# The Post and Courier

## Planned Investment Advertising Agreement

Whereas, The Post and Courier desires to provide a special advertising program with an attractive advertising rate to preferred, high-volume customers. Now, therefore,

The Post and Courier and ~~[illegible]~~ agree to the terms of this Agreement.

In consideration of the rates specified herein, I/we, the undersigned, hereinafter referred to as "Advertiser", hereby contracts to use ~~[illegible]~~ ("Contracted Dollar Volume Amount" or "CDVA") with THE POST AND COURIER during the period of ~~[illegible]~~ subject to the terms and conditions set forth below. ~~[illegible]~~ August 31, 2007 have been extended through January 31, 2008.

In return for Advertiser agreeing to purchase the Contracted Dollar Volume Amount described above, THE POST AND COURIER ("P and C") agrees to publish advertising, subject to the terms and conditions contained herein and on the rate card attached hereto and incorporated herein by reference.

All advertising published in P and C products will count toward fulfilling Advertiser's Contracted Dollar Volume Amount. Advertiser may refer to the various line items listed herein and/or in supplemental rate cards for pricing of other P and C products. Advertising purchased in other Evening Post Publishing Company subsidiary products will not count toward fulfilling the Contracted Dollar Volume Amount established by this Agreement.

LINE ITEMS:

A. **ROP Rates:**
   Daily $37.66 pci   Sunday $44.99 pci          Pick up discounts apply to these rates.

B. **Preprint Level:**
   In return for the above dollar volume commitment the following preprint rates will apply for distribution of 79,000 to 100,001:

| Size | Daily CPM | Sunday CPM |
|---|---|---|
| Single Sheet | $32.90 | $33.96 |
| 2 std/4 tab/8 flexi | $36.08 | $37.14 |
| 6 tab/12 flexi | $42.98 | $44.56 |
| 4 std/8 tab/16 flexi | $49.87 | $52.00 |
| 5 std/10 tab/20 flexi | $52.00 | $54.12 |
| 6 std/12 tab/24 flexi | $54.12 | $56.24 |
| 7 std/14 tab/28 flexi | $56.77 | $58.36 |
| 8 std/16 tab/32 flexi | $59.43 | $60.49 |
| 9 std/18 tab/36 flexi | $61.02 | $62.61 |
| 10 std/20 tab/40 flexi | $62.61 | $64.73 |
| 12 std/24 tab/48 flexi | $66.85 | $68.97 |
| 14 std/28 tab/56 flexi | $71.09 | $73.22 |
| 16 std/32 tab/64 flexi | $75.34 | $78.52 |
| 18 std/36 tab/72 flexi | $79.58 | $82.76 |
| 20 std/40 tab/80 flexi | $82.76 | $85.95 |

_____         _____
initials/advertiser                    initials/Post and Courier

1

Add $1 cpm for every additional tab page over the 40 tab size.
For quantities less than 79,000 add $2 per thousand to the above rates.
For quantities above 100,001 subtract $2 per thousand from the above rates.

Preprint Page Size Specification:
Flexi – Minimum size is 5 x 7 inches, Maximum size is 8 ½ x 11 inches (93.5 square inches)
Tab – Over 93.5 square inches and up to 143.75 square inches
Standards – Over 143.75 inches and up to 322 square inches
See the Preprint rate card for more details.

C. **Preprint TMC (Total market Coverage) Level:** Quoted on an as needed basis.

D. **Classified Rate:**
Recruitment/employment rate only.
Daily/pci $35.57  Sunday/pci $39.45  Daily/line $2.54  Sunday/line $2.82

E. **Top of Mind Awareness (TOMA):**
Rate card rates apply.

F. **Zone Rates:**
Rate card rates apply.

G. **Agreement Short rate:**
In the event advertiser does not fulfill the net spending level contract signed, advertiser will be billed the following at the end of the contract term:
95 to 99% fulfillment: 15% of shortage
90 to 94% fulfillment: 20% of shortage
85 to 89% fulfillment: 25% of shortage
80 to 84% fulfillment: 30% of shortage
less than 80% fulfillment: 35% of shortage

H. **Over performance incentive:** For overachievement of dollar volume commitment as outlined below the following rate adjustment incentives will apply:

| Revenue level achieved | Reduction in ROP and Preprint rates |
|---|---|
| $310,000 | 1% decrease in rates listed in items A and B |
| $335,000 | 2% decrease in rates listed in items A and B |

Rate decrease will begin the first day after the revenue level outlined above is achieved and will continue for the remainder of the contact term. Any rate decrease earned will not be retroactive to the start date of the contract.

I. Value Added Program:
N/A

J. Agency ___% discount (If applicable).
N/A

K. Direct Mail Rate:
Quoted on an as needed basis.

_OK/cc_
initials/advertiser

_[signature]_
initials/Post and Courier

2

L. **Poly Bag Rate:**
Rate card rates apply.

M. **Post It Note Rate:**
Rate card rates apply.

N. **Charleston.net:** Your print ROP ads will now be searchable online within our shopping portal on Charleston.net.

O. **Color:**
ROP Color rates are as follows: (Pick up discounts apply to these rates)

Daily spot color: $625
Daily two color: $900
Daily full color: $1225
Sunday spot color: $660
Sunday two color: $950
Sunday full color: $1300

P. **Supplemental Sections**
The Post and Courier may notify advertiser of supplemental section opportunities that are available during the contract period.

Q. **Other Niche Product or Programs:**
N/A

R. **Preprint Deadlines:**
Preprint deadline is 10 days prior to insertion. Advertiser agrees to pay a $350 charge when copy is late. Advertiser assumes responsibility for missed zones when copy is late. See addendum rate card for further preprint specifications and receiving details.

S. **Placement and positioning:**
Advertiser can opt to pay a position premium for ROP ad placement. See rate card for details.

T. **Co-op and Tear sheet process:**
Advertiser agrees to accept electronic tear sheets as proof of publication for all ROP advertising.

U. **File transmittal process:**
Creative material for ROP ads can be sent electronically. See addendum rate card for mechanicals and ad specifications.

V. **Marketing analysis:**
Newspaper agrees to provide detailed marketing analysis at the request of advertiser at no charge. This information will come from The Post and Courier's most recent MORI research study.

_____
initials/advertiser

_____
initials/Post and Courier

3

W. **Contract expiration**:
~~Advertiser agrees to sign a new Advertising Agreement prior to the expiration of the Term of this Agreement.~~ Upon Advertiser's request, P and C may grant an extension of this Agreement in 30 day increments. ~~Advertiser agrees to pay a $500 fee for each 30 day extension granted by P and C.~~ If Advertiser is represented by a third party, Advertiser remains solely responsible for the terms and conditions of this Agreement including any extensions to this Agreement granted by P and C. Advertiser must designate an Advertiser Key Decision Maker for decisions to be made for Advertiser under this Agreement, including any requested extensions.

X. **Invoice Discrepancies**
It is required that all invoice discrepancies be brought to the attention of the other party within a 120 day period from the invoice date. If a discrepancy is found after this time period then neither party will hold the other liable for any adjustments.

This contract is subject to The Post and Courier policies as outlined in the rate card. The Post and Courier ROP and Preprint rate cards are addendums to this contract.

Publisher reserves the right to amend ~~rates,~~ conditions, etc specified in this contract upon 30 days in writing, and if said revision is not acceptable, the Advertiser has the right to terminate this contract upon the date of such change without penalty.

_____
Accepted for Circuit City Stores Incorporated

Media Manager
Title

2.15.08
Date

_____
Accepted for The Post and Courier

_____   2-22-08
Approved by Advertising Manager   Date

Account # R0132090

03/04/09

## Customer Open Items

| Invoice # | Date | Pub | Ticket# | Tran | Amount | Pd Amount | Balance | Billing Note |
|---|---|---|---|---|---|---|---|---|
| Account: 200969 | | | Name: CIRCUIT CITY/POST PETITION/ | | | | | |
| 0 | 12/07/08 | PC | 20720 | 2PPT | 5,751.92 | 0.00 | 5,751.92 | 67687 |
| 0 | 12/14/08 | PC | 24547 | 2PPT | 5,751.92 | 0.00 | 5,751.92 | 91869@$62.61 |
| 0 | 12/21/08 | PC | 27588 | 2PPT | 5,166.71 | 0.00 | 5,166.71 | 91869@56.24 |
| 0 | 12/25/08 | PC | 29335 | 2PPT | 4,088.44 | 0.00 | 4,088.44 | 82800@ |
| 0 | 12/28/08 | PC | 29689 | 2PPT | 5,557.16 | 0.00 | 5,557.16 | 91869@60.49 |
| 0 | 01/04/09 | PC | 32666 | 2PPT | 4,777.19 | 0.00 | 4,777.19 | 91869@52 |
| 0 | 01/11/09 | PC | 35806 | 2PPT | 4,777.19 | 0.00 | 4,777.19 | 91869@52 |
| 0 | 01/18/09 | PC | 39478 | 2PPT | 4,777.19 | 0.00 | 4,777.19 | 91869@52 |
| 0 | 01/31/09 | PC | | FINR | 394.74 | 0.00 | 394.74 | |
| 0 | 02/28/09 | PC | | FINR | 609.72 | 0.00 | 609.72 | |

Account Total: 41,652.18

Report Total: 41,652.18

# The Post and Courier

CHARLESTON, SOUTH CAROLINA

**ADVERTISING INVOICE AND STATEMENT**

| | | |
|---|---|---|
| 1 BILLING PERIOD | 2 | ADVERTISER/CLIENT NAME |
| 12/01/08 - 12/31/08 | | CIRCUIT CITY/POST PETITION/CWO |
| 23 TOTAL AMOUNT DUE | *PREPAID AMOUNT | 3 TERMS OF PAYMENT |
| $26,316.15 | | DUE UPON RECEIPT |
| 21 CURRENT | 22 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS |
| $26,316.15 | $0.00 | $0.00 | $0.00 | -$0.00 |
| STATEMENT ID | FIN CHG ASSESSED AFTER | ACCOUNT EXECUTIVE | PHONE NUMBER |
| 0812200969 | 01/31/2009 | Debbie Gates | 843-937-5470 |
| 4 PAGE | 5 BILLING DATE | 6 BILLED ACCOUNT NUM | 7 PARENT/AGENCY ACCT |
| 1 | 12/31/2008 | 200969 | |

| 8 BILLED ACCOUNT NAME AND ADDRESS | 9 REMITTANCE ADDRESS |
|---|---|
| CIRCUIT CITY/POST PETITION/CWO<br>EXPENSE PAYABLES 6TH FLOOR<br>9954 MAYLAND DR<br>RICHMOND VA  23233 1464 | THE POST AND COURIER<br>134 COLUMBUS ST<br>DEPARTMENT # 400<br>CHARLESTON, SC  29403-4800 |

## CURRENT ACTIVITY

| 10 DATE | 11 NEWSPAPER REFERENCE | 12 13 14 DESCRIPTION, OTHER COMMENTS PO/DISCOUNTS/CHARGES | PUB | PAGE | LOCATION CLASS | START DATE | 15 SAU SIZE | 16 BILLED UNITS/ QUANTITY | 17 TIMES RUN | 18 RATE | 19 AMOUNT | 20 NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PREVIOUS BALANCE | | | | | | | | | | 24,032.14 |
| 12/07/2008 | 20720 | 36 Page Preprint | PC | 0 | 0 | 12/07 | | 91,869 | 1 | 5,751.92 | 5,751.92 | 5,751.92 |
| 12/14/2008 | 24547 | 36 Page Preprint | PC | 0 | 0 | 12/14 | | 91,869 | 1 | 5,751.92 | 5,751.92 | 5,751.92 |
| 12/18/2008 | | Payment-Thank You | | | | | | | | | -24,032.14 | -24,032.14 |
| 12/21/2008 | 27588 | 24 Page Preprint | PC | 0 | 0 | 12/21 | | 91,869 | 1 | 5,166.71 | 5,166.71 | 5,166.71 |
| 12/25/2008 | 29335 | 4 Page Preprint | PC | 0 | 0 | 12/25 | | 81,982 | 1 | 4,088.44 | 4,088.44 | 4,088.44 |
| 12/28/2008 | 29689 | 8 Page Preprint | PC | 0 | 0 | 12/28 | | 91,869 | 1 | 5,557.16 | 5,557.16 | 5,557.16 |

Description of codes on reverse

*Payments will be applied against oldest reference numbers unless otherwise noted.*

**TERMS:** All charges become due and payable upon receipt.  Finance charges of 1 1/2% (18% APR) will be charged on principal amounts remaining unpaid at each subsequent billing date.

If you have questions about your advertising, please call your Account Executive on their direct number.  For accounting inquiries call 843-937-5652

Thank you for your business!

---

**PLEASE DETACH AND RETURN LOWER PORTION WITH YOUR REMITTANCE**

| 21 CURRENT | 22 30 DAYS | 60 DAYS | 90 DAYS | OVER 120 DAYS | AMOUNT PAID | CHECK NUMBER |
|---|---|---|---|---|---|---|
| $26,316.15 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| PREVIOUS BALANCE | CURRENT CHARGES | ADJUSTMENTS | FINANCE CHARGES | PAYMENTS | *PREPAID AMOUNT | 23 TOTAL AMOUNT DUE |
| $24,032.14 | $26,316.15 | $0.00 | $0.00 | ($24,032.14) | $0.00 | $26,316.15 |

| 24 STATEMENT ID | 25 1 BILLING PERIOD | 6 BILLED ACCOUNT NUM | ADVERTISER INFORMATION<br>7 PARENT/AGENCY ACCT | z | ADVERTISER/CLIENT NAME |
|---|---|---|---|---|---|
| 0812200969 | 12/01/08 - 12/31/08 | 200969 | | | CIRCUIT CITY/POST PETITION/CWO |

# The Post and Courier

CHARLESTON, SOUTH CAROLINA

## ADVERTISING INVOICE AND STATEMENT

| | |
|---|---|
| BILLING PERIOD | 01/01/09 - 01/31/09 |
| TOTAL AMOUNT DUE | $41,042.46 |
| CURRENT | $14,726.31 |
| 30 DAYS | $26,316.15 |
| 60 DAYS | $0.00 |
| 90 DAYS | $0.00 |
| 120 DAYS | $0.00 |
| STATEMENT ID | 0901200969 |
| FIN CHG ASSESSED AFTER | 02/28/2009 |
| PAGE | 1 |
| BILLING DATE | 01/31/2009 |
| ADVERTISER/CLIENT NAME | CIRCUIT CITY/POST PETITION/CWO |
| PREPAID AMOUNT | |
| TERMS OF PAYMENT | DUE UPON RECEIPT |
| ACCOUNT EXECUTIVE | Debbie Gates |
| PHONE NUMBER | 843-937-5470 |
| BILLED ACCOUNT NUM | 200969 |
| PARENT/AGENCY ACCT | |

**BILLED ACCOUNT NAME AND ADDRESS**
CIRCUIT CITY/POST PETITION/CWO
EXPENSE PAYABLES 6TH FLOOR
9954 MAYLAND DR
RICHMOND VA  23233 1464

**REMITTANCE ADDRESS**
THE POST AND COURIER
134 COLUMBUS ST
DEPARTMENT # 400
CHARLESTON, SC 29403-4800

## CURRENT ACTIVITY

| DATE | NEWSPAPER REFERENCE | DESCRIPTION, OTHER COMMENTS PO#/DISCOUNTS/CHARGES | PUB | PAGE | LOCATION CLASS | START DATE | SAU SIZE | BILLED UNITS/QUANTITY | TIMES RUN | RATE | AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PREVIOUS BALANCE | | | | | | | | | | 26,316.15 |
| 01/04/2009 | 32666 | 16 Page Preprint | PC | 0 | 0 | 01/04 | | 91,869 | 1 | 4,777.19 | 4,777.19 | 4,777.19 |
| 01/11/2009 | 35806 | 16 Page Preprint | PC | 0 | 0 | 01/11 | | 91,869 | 1 | 4,777.19 | 4,777.19 | 4,777.19 |
| 01/18/2009 | 39478 | 16 Page Preprint | PC | 0 | 0 | 01/18 | | 91,869 | 1 | 4,777.19 | 4,777.19 | 4,777.19 |
| 01/31/2009 | | Finance Charge | | | | | | | | | 394.74 | 394.74 |

Description of codes on reverse

Payments will be applied against oldest reference numbers unless otherwise noted.

**TERMS:** All charges become due and payable upon receipt. Finance charges of 1 1/2% (18% APR) will be charged on principal amounts remaining unpaid at each subsequent billing date.

If you have questions about your advertising, please call your Account Executive on their direct number. For accounting inquiries call 843-937-5852

Thank you for your business!

---

**PLEASE DETACH AND RETURN LOWER PORTION WITH YOUR REMITTANCE**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 120 DAYS | AMOUNT PAID | CHECK NUMBER |
|---|---|---|---|---|---|---|
| $14,726.31 | $26,316.15 | $0.00 | $0.00 | $0.00 | | |
| PREVIOUS BALANCE | CURRENT CHARGES | ADJUSTMENTS | FINANCE CHARGES | PAYMENTS | PREPAID AMOUNT | TOTAL AMOUNT DUE |
| $26,316.15 | $14,331.57 | $0.00 | $394.74 | $0.00 | $0.00 | $41,042.46 |

| STATEMENT ID | BILLING PERIOD | BILLED ACCOUNT NUM | PARENT/AGENCY ACCT | ADVERTISER/CLIENT NAME |
|---|---|---|---|---|
| 0901200969 | 01/01/09 - 01/31/09 | 200969 | | CIRCUIT CITY/POST PETITION/CWO |

# The Post and Courier

CHARLESTON, SOUTH CAROLINA

**ADVERTISING INVOICE AND STATEMENT**

| BILLING PERIOD | | ADVERTISER/CLIENT NAME |
|---|---|---|
| 02/01/09 - 02/28/09 | | CIRCUIT CITY/POST PETITION/CWO |
| TOTAL AMOUNT DUE | *PREPAID AMOUNT | TERMS OF PAYMENT |
| $41,652.18 | | DUE UPON RECEIPT |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS |
|---|---|---|---|---|
| $609.72 | $14,726.31 | $26,316.15 | $0.00 | $0.00 |

| STATEMENT ID | FIN CHG ASSESSED AFTER | ACCOUNT EXECUTIVE | PHONE NUMBER |
|---|---|---|---|
| 0902200969 | 03/31/2009 | Debbie Gates | 843-937-5470 |

| PAGE | BILLING DATE | BILLED ACCOUNT NUM | PARENT/AGENCY ACCT |
|---|---|---|---|
| 1 | 02/28/2009 | 200969 | |

**BILLED ACCOUNT NAME AND ADDRESS**

CIRCUIT CITY/POST PETITION/CWO
EXPENSE PAYABLES 6TH FLOOR
9954 MAYLAND DR
RICHMOND VA 23233 1464

**REMITTANCE ADDRESS**

THE POST AND COURIER
134 COLUMBUS ST
DEPARTMENT # 400
CHARLESTON, SC 29403-4800

## CURRENT ACTIVITY

| DATE | NEWSPAPER REFERENCE | DESCRIPTION, OTHER COMMENTS PO#/DISCOUNTS/CHARGES | PUB | PAGE | LOCATION CLASS | START DATE | SAU SIZE | BILLED UNITS/QUANTITY | TIMES RUN | RATE | AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PREVIOUS BALANCE | | | | | | | | | | 41,042.46 |
| 02/28/2009 | | Finance Charge | | | | | | | | | 609.72 | 609.72 |

Description of codes on reverse

Payments will be applied against oldest reference numbers unless otherwise noted.

TERMS: All charges become due and payable upon receipt. Finance charges of 1 1/2% (18% APR) will be charged on principal amounts remaining unpaid at each subsequent billing date.

If you have questions about your advertising, please call your Account Executive on their direct number. For accounting inquiries call 843-937-5652

Your account is 60 days past due. Prompt payment is requested.

---

**PLEASE DETACH AND RETURN LOWER PORTION WITH YOUR REMITTANCE**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 120 DAYS | AMOUNT PAID | CHECK NUMBER |
|---|---|---|---|---|---|---|
| $609.72 | $14,726.31 | $26,316.15 | $0.00 | $0.00 | | |

| PREVIOUS BALANCE | CURRENT CHARGES | ADJUSTMENTS | FINANCE CHARGES | PAYMENTS | *PREPAID AMOUNT | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|---|
| $41,042.46 | $0.00 | $0.00 | $609.72 | $0.00 | $0.00 | $41,652.18 |

| STATEMENT ID | BILLING PERIOD | BILLED ACCOUNT NUM | PARENT/AGENCY ACCT | ADVERTISER/CLIENT NAME |
|---|---|---|---|---|
| 0902200969 | 02/01/09 - 02/28/09 | 200969 | | CIRCUIT CITY/POST PETITION/CWO |

ADVERTISER INFORMATION