**EXHIBIT B**

03/04/09

## Customer Open Items

| Invoice # | Date | Pub | Ticket# | Tran | Amount | Pd Amount | Balance | Billing Note |
|---|---|---|---|---|---|---|---|---|
| Account: 200969 | | | Name: CIRCUIT CITY/POST PETITION/ | | | | | |
| 0 | 12/07/08 | PC | 20720 | 2PPT | 5,751.92 | 0.00 | 5,751.92 | 67687 |
| 0 | 12/14/08 | PC | 24547 | 2PPT | 5,751.92 | 0.00 | 5,751.92 | 91869@$62.61 |
| 0 | 12/21/08 | PC | 27588 | 2PPT | 5,166.71 | 0.00 | 5,166.71 | 91869@56.24 |
| 0 | 12/25/08 | PC | 29335 | 2PPT | 4,088.44 | 0.00 | 4,088.44 | 82800@ |
| 0 | 12/28/08 | PC | 29689 | 2PPT | 5,557.16 | 0.00 | 5,557.16 | 91869@60.49 |
| 0 | 01/04/09 | PC | 32666 | 2PPT | 4,777.19 | 0.00 | 4,777.19 | 91869@52 |
| 0 | 01/11/09 | PC | 35806 | 2PPT | 4,777.19 | 0.00 | 4,777.19 | 91869@52 |
| 0 | 01/18/09 | PC | 39478 | 2PPT | 4,777.19 | 0.00 | 4,777.19 | 91869@52 |
| 0 | 01/31/09 | | | FINR | 394.74 | 0.00 | 394.74 | |
| 0 | 02/28/09 | | | FINR | 609.72 | 0.00 | 609.72 | |

Account Total: 41,652.18

Report Total: 41,652.18

# The Post and Courier

CHARLESTON, SOUTH CAROLINA

## ADVERTISING INVOICE AND STATEMENT

| 1 BILLING PERIOD | 2 ADVERTISER/CLIENT NAME |
|---|---|
| 12/01/08 - 12/31/08 | CIRCUIT CITY/POST PETITION/CWO |
| 23 TOTAL AMOUNT DUE | *PREPAID AMOUNT | 3 TERMS OF PAYMENT |
| $26,316.15 | | DUE UPON RECEIPT |

| 21 CURRENT | 22 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS |
|---|---|---|---|---|
| $26,316.15 | $0.00 | $0.00 | $0.00 | -$0.00 |

| STATEMENT ID | FIN CHG ASSESSED AFTER | ACCOUNT EXECUTIVE | PHONE NUMBER |
|---|---|---|---|
| 0812200969 | 01/31/2009 | Debbie Gates | 843-937-5470 |

| 4 PAGE | 5 BILLING DATE | 6 BILLED ACCOUNT NUM | 7 PARENT/AGENCY ACCT |
|---|---|---|---|
| 1 | 12/31/2008 | 200969 | |

| 8 BILLED ACCOUNT NAME AND ADDRESS | 9 REMITTANCE ADDRESS |
|---|---|
| CIRCUIT CITY/POST PETITION/CWO<br>EXPENSE PAYABLES 6TH FLOOR<br>9954 MAYLAND DR<br>RICHMOND VA 23233 1464 | THE POST AND COURIER<br>134 COLUMBUS ST<br>DEPARTMENT # 400<br>CHARLESTON, SC 29403-4800 |

## CURRENT ACTIVITY

| 10 DATE | 11 NEWSPAPER REFERENCE | 12 13 14 DESCRIPTION, OTHER COMMENTS PO/DISCOUNTS/CHARGES | PUB | PAGE | LOCATION CLASS | START DATE | 15 SAU SIZE | 16 BILLED UNITS/QUANTITY | 17 TIMES RUN | 18 RATE | 19 AMOUNT | 20 NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PREVIOUS BALANCE | | | | | | | | | | 24,032.14 |
| 12/07/2008 | 20720 | 36 Page Preprint | PC | 0 | 0 | 12/07 | | 91,869 | 1 | 5,751.92 | 5,751.92 | 5,751.92 |
| 12/14/2008 | 24547 | 36 Page Preprint | PC | 0 | 0 | 12/14 | | 91,869 | 1 | 5,751.92 | 5,751.92 | 5,751.92 |
| 12/18/2008 | | Payment-Thank You | | | | | | | | | -24,032.14 | -24,032.14 |
| 12/21/2008 | 27588 | 24 Page Preprint | PC | 0 | 0 | 12/21 | | 91,869 | 1 | 5,166.71 | 5,166.71 | 5,166.71 |
| 12/25/2008 | 29335 | 4 Page Preprint | PC | 0 | 0 | 12/25 | | 81,982 | 1 | 4,088.44 | 4,088.44 | 4,088.44 |
| 12/28/2008 | 29689 | 8 Page Preprint | PC | 0 | 0 | 12/28 | | 91,869 | 1 | 5,557.16 | 5,557.16 | 5,557.16 |

Description of codes on reverse

*Payments will be applied against oldest reference numbers unless otherwise noted.*

**TERMS:** All charges become due and payable upon receipt. Finance charges of 1 1/2% (18% APR) will be charged on principal amounts remaining unpaid at each subsequent billing date.

If you have questions about your advertising, please call your Account Executive on their direct number. For accounting inquiries call 843-937-5652

Thank you for your business!

---

### PLEASE DETACH AND RETURN LOWER PORTION WITH YOUR REMITTANCE

| 21 CURRENT | 22 30 DAYS | 60 DAYS | 90 DAYS | OVER 120 DAYS | AMOUNT PAID | CHECK NUMBER |
|---|---|---|---|---|---|---|
| $26,316.15 | $0.00 | $0.00 | $0.00 | $0.00 | | |

| PREVIOUS BALANCE | CURRENT CHARGES | ADJUSTMENTS | FINANCE CHARGES | PAYMENTS | *PREPAID AMOUNT | 23 TOTAL AMOUNT DUE |
|---|---|---|---|---|---|---|
| $24,032.14 | $26,316.15 | $0.00 | $0.00 | ($24,032.14) | $0.00 | $26,316.15 |

| 24 STATEMENT ID | 25 1 BILLING PERIOD | 6 BILLED ACCOUNT NUM | 7 PARENT/AGENCY ACCT | ADVERTISER INFORMATION<br>2 ADVERTISER/CLIENT NAME |
|---|---|---|---|---|
| 0812200969 | 12/01/08 - 12/31/08 | 200969 | | CIRCUIT CITY/POST PETITION/CWO |

# The Post and Courier

CHARLESTON, SOUTH CAROLINA

## ADVERTISING INVOICE AND STATEMENT

| 1 BILLING PERIOD | 2 ADVERTISER/CLIENT NAME |
|---|---|
| 01/01/09 - 01/31/09 | CIRCUIT CITY/POST PETITION/CWO |

| 23 TOTAL AMOUNT DUE | *PREPAID AMOUNT | 3 TERMS OF PAYMENT |
|---|---|---|
| $41,042.46 | | DUE UPON RECEIPT |

| 21 CURRENT | 22 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS |
|---|---|---|---|---|
| $14,726.31 | $26,316.15 | $0.00 | $0.00 | $0.00 |

| STATEMENT ID | FIN CHG ASSESSED AFTER | ACCOUNT EXECUTIVE | PHONE NUMBER |
|---|---|---|---|
| 0901200969 | 02/28/2009 | Debbie Gates | 843-937-5470 |

| 4 PAGE | 5 BILLING DATE | 6 BILLED ACCOUNT NUM | 7 PARENT/AGENCY ACCT |
|---|---|---|---|
| 1 | 01/31/2009 | 200969 | |

| 8 BILLED ACCOUNT NAME AND ADDRESS | 9 REMITTANCE ADDRESS |
|---|---|
| CIRCUIT CITY/POST PETITION/CWO<br>EXPENSE PAYABLES 6TH FLOOR<br>9954 MAYLAND DR<br>RICHMOND VA  23233 1464 | THE POST AND COURIER<br>134 COLUMBUS ST<br>DEPARTMENT # 400<br>CHARLESTON, SC 29403-4800 |

## CURRENT ACTIVITY

| 10 DATE | 11 NEWSPAPER REFERENCE | 12 13 14 DESCRIPTION, OTHER COMMENTS PO#/DISCOUNTS/CHARGES | PUB | PAGE | LOCATION CLASS | 15 START DATE | 16 SAU SIZE | 17 BILLED UNITS/ QUANTITY | 18 TIMES RUN | 19 RATE | 20 AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PREVIOUS BALANCE | | | | | | | | | | 26,316.15 |
| 01/04/2009 | 32666 | 16 Page Preprint | PC | 0 | 0 | 01/04 | | 91,869 | 1 | 4,777.19 | 4,777.19 | 4,777.19 |
| 01/11/2009 | 35806 | 16 Page Preprint | PC | 0 | 0 | 01/11 | | 91,869 | 1 | 4,777.19 | 4,777.19 | 4,777.19 |
| 01/18/2009 | 39478 | 16 Page Preprint | PC | 0 | 0 | 01/18 | | 91,869 | 1 | 4,777.19 | 4,777.19 | 4,777.19 |
| 01/31/2009 | | Finance Charge | | | | | | | | | 394.74 | 394.74 |

Description of codes on reverse

*Payments will be applied against oldest reference numbers unless otherwise noted.*

TERMS: All charges become due and payable upon receipt. Finance charges of 1 1/2% (18% APR) will be charged on principal amounts remaining unpaid at each subsequent billing date.

If you have questions about your advertising, please call your Account Executive on their direct number. For accounting inquiries call 843-937-5652

Thank you for your business!

---

**PLEASE DETACH AND RETURN LOWER PORTION WITH YOUR REMITTANCE**

| 21 CURRENT | 22 30 DAYS | 60 DAYS | 90 DAYS | OVER 120 DAYS | AMOUNT PAID | CHECK NUMBER |
|---|---|---|---|---|---|---|
| $14,726.31 | $26,316.15 | $0.00 | $0.00 | $0.00 | | |
| PREVIOUS BALANCE | CURRENT CHARGES | ADJUSTMENTS | FINANCE CHARGES | PAYMENTS | *PREPAID AMOUNT | 23 TOTAL AMOUNT DUE |
| $26,316.15 | $14,331.57 | $0.00 | $394.74 | $0.00 | $0.00 | $41,042.46 |

| 24 STATEMENT ID | 25 1 BILLING PERIOD | 6 BILLED ACCOUNT NUM | 7 PARENT/AGENCY ACCT | ADVERTISER INFORMATION<br>2 ADVERTISER/CLIENT NAME |
|---|---|---|---|---|
| 0901200969 | 01/01/09 - 01/31/09 | 200969 | | CIRCUIT CITY/POST PETITION/CWO |

# The Post and Courier

CHARLESTON, SOUTH CAROLINA

**ADVERTISING INVOICE AND STATEMENT**

| BILLING PERIOD | ADVERTISER/CLIENT NAME |
|---|---|
| 02/01/09 - 02/28/09 | CIRCUIT CITY/POST PETITION/CWO |

| TOTAL AMOUNT DUE | PREPAID AMOUNT | TERMS OF PAYMENT |
|---|---|---|
| $41,652.18 | | DUE UPON RECEIPT |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS |
|---|---|---|---|---|
| $609.72 | $14,726.31 | $26,316.15 | $0.00 | $0.00 |

| STATEMENT ID | FIN CHG ASSESSED AFTER | ACCOUNT EXECUTIVE | PHONE NUMBER |
|---|---|---|---|
| 0902200969 | 03/31/2009 | Debbie Gates | 843-937-5470 |

| PAGE | BILLING DATE | BILLED ACCOUNT NUM | PARENT/AGENCY ACCT |
|---|---|---|---|
| 1 | 02/28/2009 | 200969 | |

**BILLED ACCOUNT NAME AND ADDRESS**

CIRCUIT CITY/POST PETITION/CWO
EXPENSE PAYABLES 6TH FLOOR
9954 MAYLAND DR
RICHMOND VA 23233 1464

**REMITTANCE ADDRESS**

THE POST AND COURIER
134 COLUMBUS ST
DEPARTMENT # 400
CHARLESTON, SC 29403-4800

## CURRENT ACTIVITY

| DATE | NEWSPAPER REFERENCE | DESCRIPTION, OTHER COMMENTS PO#/DISCOUNTS/CHARGES | PUB | PAGE | LOCATION CLASS | START DATE | SAU SIZE | BILLED UNITS/QUANTITY | TIMES RUN | RATE | AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PREVIOUS BALANCE | | | | | | | | | | 41,042.46 |
| 02/28/2009 | | Finance Charge | | | | | | | | | 609.72 | 609.72 |

Description of codes on reverse

Payments will be applied against oldest reference numbers unless otherwise noted.

TERMS: All charges become due and payable upon receipt. Finance charges of 1 1/2% (18% APR) will be charged on principal amounts remaining unpaid at each subsequent billing date.

If you have questions about your advertising, please call your Account Executive on their direct number. For accounting inquiries call 843-937-5652

Your account is 60 days past due. Prompt payment is requested.

---

**PLEASE DETACH AND RETURN LOWER PORTION WITH YOUR REMITTANCE**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 120 DAYS | AMOUNT PAID | CHECK NUMBER |
|---|---|---|---|---|---|---|
| $609.72 | $14,726.31 | $26,316.15 | $0.00 | $0.00 | | |
| PREVIOUS BALANCE | CURRENT CHARGES | ADJUSTMENTS | FINANCE CHARGES | PAYMENTS | *PREPAID AMOUNT | TOTAL AMOUNT DUE |
| $41,042.46 | $0.00 | $0.00 | $609.72 | $0.00 | $0.00 | $41,652.18 |

| STATEMENT ID | BILLING PERIOD | BILLED ACCOUNT NUM | PARENT/AGENCY ACCT | ADVERTISER/CLIENT NAME |
|---|---|---|---|---|
| 0902200969 | 02/01/09 - 02/28/09 | 200969 | | CIRCUIT CITY/POST PETITION/CWO |

ADVERTISER INFORMATION