1  

2  FENNELL & OLSEN
90 Blue Ravine Road, Suite 170
Folsom, California 95630
(916) 294-9904
Fax (916) 294-9954
JEFFREY G. OLSEN - SBN 067028

**FILED**

2009 MAR 16 P 12: 28

JS BANKRUPTCY COURT
ALEXANDRIA DIVISION

Attorneys for: Creditor Alcal/Arcade Contracting, Inc.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA

In re:                                    Case No. 08-35653-KRH

CIRCUIT CITY STORES, INC.,                NOTICE OF CONTINUED PERFECTION
                                          OF LIEN
          Debtor(s).
_____/

TO THE CLERK OF THE BANKRUPTCY COURT, THE DEBTOR(S), THE TRUSTEE,

AND ALL OTHER INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

You are hereby notified that ALCAL/ARCADE CONTRACTING, INC., a

Nevada corporation, hereby perfects, under 11 United States Code §546(b), its mechanics' lien

in the amount of $2,525.00 for insulation and labor necessary to install by ALCAL/ARCADE

CONTRACTING, INC., on that real property commonly known as:

34660 Monterey Ave., Palm Desert, CA 92211-6010; APN: 694-090-031.

and legally described in the attached mechanics' lien, a true copy of which is attached hereto as

///

///

///

///

///

1

**NOTICE OF CONTINUED PERFECTION OF LIEN**

1    Exhibit "A".  You are further notified that said creditor intends to enforce the lien to the fullest

2    extent allowed by bankruptcy law and California state law.

3    DATE: February 17, 2009                          **FENNELL & OLSEN**

4

5    By:_____
          JEFFREY G. OLSEN
6          Attorneys for Creditor

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    2

DOC # 2009-0086046
02/23/2009

Customer Copy Label
The paper to which this label is
affixed has not been compared
with the recorded document

Larry W Ward
County of Riverside
Assessor, County Clerk & Recorder

Recording Requested By,

And When Recorded, Return To:
FENNELL & OLSEN
Attorneys at Law
90 Blue Ravine Road, Suite 170
Folsom, California 95630
File:Insulcom v. Engineered Struct.

## MECHANICS' LIEN

TAKE NOTICE that ALCAL/ARCADE CONTRACTING, INC., claims a mechanics' lien upon the following described real property situated in the County of Riverside, State of California, to wit:

**Commonly known as 34660 Monterey Ave., Palm Desert, CA 92211-6010; APN: 694-090-031.**

Said lien is a claim for labor and/or materials furnished by claimant, to wit:
Insulation and labor necessary to install.

That said labor and/or materials were furnished to and claimant was employed by:
ENGINEERED STRUCTURES, INC.

The owners and reputed owners of said real property are:
RJ VENTURES, 1801 Avenue of the Stars, Los Angeles, CA 90067-5803.

That the amount of claimant's demand against said property, after deducting all just credits and offsets, is: Two Thousand Five Hundred Twenty Five Dollars and 00/100 ($2,525.00), together with interest thereon at the rate of ten (10) per cent per annum from November 14, 2008.

ALCAL/ARCADE CONTRACTING, INC.

By _____
JEFFREY G. OLSEN, As Attorney & Authorized Agent

I, the undersigned, say: I am the attorney and authorized agent of claimant of the foregoing claim of mechanics' lien. I have read the claim of mechanics' lien and know the contents thereof; the same is true of my own knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 17, 2009, at Sacramento, California.

_____
JEFFREY G. OLSEN

F. WILLIAM FENNELL
JEFFREY G. OLSEN

# FENNELL & OLSEN

ATTORNEYS AT LAW
90 BLUE RAVINE ROAD, SUITE 170
FOLSOM, CALIFORNIA 95630

(916)
294-9904
FAX 294-9954

*FILED*

2009 MAR 16  P 12: 27

US BANKRUPTCY COURT
ALEXANDRIA DIVISION

## M*E*M*O

March 9, 2009

United States Bankruptcy Court
200 S. Washington St.
Alexandria, VA  22314-5405

RE          :          Circuit City Stores, Inc.
                       Case No. 08-35653-KRH
                       Our File:  Insulcom v. Engineered Structures

Dear Clerk:

(  )     For your information and records.

(  )     Please sign and return at your earliest opportunity.

(X)     Please file the originals and return endorsed copies in the envelope provided.

(  )     Enclosed is a check in the amount of $

(  )     Please call after you have reviewed the enclosed.

(  )     Pursuant to your request.

(  )     Other.

Very truly yours,

JEFFREY G. OLSEN

JGO/eae
Enclosure