Albert F. Quintrall, Esq. #58066
**QUINTRALL & ASSOCIATES LLP**
Attorneys at Law
1550 Hotel Circle North, Suite 120
San Diego, California 92108-2882
Telephone:   (619) 295-7117
Facsimile:    (619) 295-7322

Attorney for Creditor WAYNE-DALTON CORP.

## UNITED STATES BANKERUPTCY COURT

## EASTERN DISTRICT OF VIRGINIA – RICHMOND DIVISION

| In re: | ) | CHAPTER 11 |
|---|---|---|
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | CASE NO. 08-35653 |
| et. al., | ) | |
| | ) | **NOTICE OF APPEARANCE BY** |
| Debtors, | ) | **ATTORNEY, REQUEST FOR** |
| | ) | **SPECIAL NOTICE AND INCLUSION** |
| | ) | **ON COURT MAILING MATRIX** |
| | ) | |

TO:   THE CLERK OF THE COURT, THE DEBTOR AND ITS ATTORNEYS OF RECORD, THE UNITED STATES TRUSTEE, ALL CREDITORS, AND ALL OTHER PARTIES IN INTEREST

PLEASE TAKE NOTICE that the law firm of Quintrall & Associates, LLP hereby enters and gives notice of appearance on behalf of Creditor Wayne-Dalton Corp.

NOTICE IS FURTHER GIVEN that Creditor Wayne-.Dalton Corp. hereby requests that its address on the Court mailing matrix and all proof of service lists be changed to the address of its attorneys of record. From this point on, all notices and copies of all motions, applications, adversary proceedings, and other matters for which notice is required under Bankruptcy Rules 2002, 3017(a),

/ / /

9006 and 9013 are to be sent to the following address:

>Wayne-Dalton Corp.
>c/o Albert F. Quintrall, Esq.
>Quintrall & Associates, LLP
>1550 Hotel Circle North, Suite 120
>San Diego, California 92108

              Respectfully Submitted,

              QUINTRALL & ASSOCIATES, LLP

Dated: March 17, 2009      By: /s/ Albert F. Quintrall, Esq.
              Albert F. Quintrall, Esq.
              a.quintrall@quintrallaw.com
              1550 Hotel Circle North, Suite 120
              San Diego, CA 92108
              (619) 295-7117 - telephone
              (619) 295-7322 – facsimile

              *Counsel for Creditor*
              *WAYNE-DALTON CORP.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance by Attorney, Request for Special Notice and Inclusion on Court Mailing Matrix has been served on the parties receiving electronic notice via the Court's CM/ECF system, as appropriate, by email, and by First Class Mail (postage prepaid) on the following parties via U.S. regular mail, on this 17th day of March 2009.

Circuit City Stores, Inc.
Attn: Reginald D. Hedgebeth
Attn: Daniel W. Ramsey
9950 Maryland Drive
Richmond, VA  23233

*Debtors*

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods, LLP
9000 World Trade Center
101 West Main Street
Norfolk, VA  23510

*Counsel for the Debtors*

Gregg Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden Arps, Slate Meagher & Flom, LLP
One Rodney Square
Box 636
Wilmington, DE  19899

*Counsel for the Debtors*

Chris L. Dickerson, Esq.
Skadden Arps, Slate Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL  60606

*Counsel for the Debtors*

Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219

*Office of the United States Trustee for
The Eastern District of Virginia, Richmond Division*

Linda K. Myers, Esq.
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL  60601

*Special Counsel for Debtors*

David S. Berman, Esq.
Riemer & Braustein, LLP
Three Center Plaza, 6th Floor
Boston, MA  02108

*Counsel for Bank of America, N.A.*

Bruce Matson, Esq.
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, VA  23219

*Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA  23219

*Counsel for the Official Committee of
Unsecured Creditors*

Robert J. Feinstein, Esq.
Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 26th Floor
New York NY   10017

*Counsel for the Creditors Committee*

By: /s/ Albert F. Quintrall