Albert F. Quintrall, Esq. #58066
**QUINTRALL & ASSOCIATES LLP**
Attorneys at Law
1550 Hotel Circle North, Suite 120
San Diego, California 92108-2882
Telephone:    (619) 295-7117
Facsimile:    (619) 295-7322

Attorney for Creditor WAYNE-DALTON CORP.

# UNITED STATES BANKERUPTCY COURT

## EASTERN DISTRICT OF VIRGINIA – RICHMOND DIVISION

| | |
|---|---|
| In re: | CHAPTER 11 |
| CIRCUIT CITY STORES, INC., et. al., | CASE NO. 08-35653 |
| Debtors, | **NOTICE OF PERFECTION OF SECURITY INTEREST** |
| | Bankruptcy Code §546(b) |

NOTICE IS HEREBY GIVEN pursuant to Bankruptcy Code §546(b) that Wayne-Dalton Corp. claims a security interest in the following described real property, which is commonly known as Circuit City #3396, 34660 Monterey Avenue, Palm Desert, CA 92260, and more particularly described as APN: 694090005, al in the County of Riverside, State of California.

The property in which Claimant claims a security interest was owned or reputedly owned by Debtor Circuit City Stores, Inc., when Claimant furnished the work and materials described herein.

Wayne-Dalton provided labor, services, equipment and materials described as overhead service doors, rolling grilles, fire door, installation and testing, related materials, and/or labor required for the construction, alteration, or repair of a work of improvement located on the real

property in which it claims a security interest. Claimant was employed by and furnished said materials to Debtor.

The amount of Claimant's claim, after deducting all just credits and offsets, is $18,527.71 with interest thereon at the rate of seven percent (7%) per annum from December 12, 2008.

Claimant recorded a mechanic's lien against the above described property on or about December 18, 2008, as Document Number 2008-00662559 in the Official Records of the Riverside County Recorder to perfect its rights. A true and correct copy of Claimant's recorded Mechanic's Lien is attached hereto as Exhibit "A."

NOTICE IS FURHTER GIVEN pursuant to Bankruptcy Code §546(b) that Claimant also claims a security in all funds held or controlled or which should have been held or controlled by Debtor for the construction of the work of improvement on the above-described property as of December 18, 2008, the date on which it recorded its mechanic's lien, or before that date to the extend of optional advances.

                                                      Respectfully Submitted,

                                                      QUINTRALL & ASSOCIATES, LLP

Dated: March 17, 2009                     By: /s/ Albert F. Quintrall, Esq.
                                                      Albert F. Quintrall, Esq.
                                                      a.quintrall@quintrallaw.com
                                                      1550 Hotel Circle North, Suite 120
                                                      San Diego, CA 92108
                                                      (619) 295-7117 - telephone
                                                      (619) 295-7322 – facsimile

                                                      *Counsel for Creditor*
                                                      *WAYNE-DALTON CORP.*

**EXHIBIT "A"**

```
DOC # 2008-0662559
    12/18/2008
```

Customer Copy Label
The paper to which this label is
affixed has not been compared
with the recorded document

Larry W Ward
County of Riverside
Assessor, County Clerk & Recorder

Recording Requested, Prepared by, and
Recorded Document return to:
ALLAN R. POPPER
*Lienguard, Inc.*
1000 Jorie Blvd. Ste.270
Oak Brook IL 60523

---

### MECHANIC'S LIEN CLAIM OF LIEN
### (CA Civil Code § 3084)

The undersigned, **Wayne-Dalton Corp.**, One Door Dr., PO Box 67, Mt. Hope, OH 44660, referred to in this Claim of Lien as the Claimant, claims a mechanic's lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located in the County of **Riverside**, State of California, and described as follows:

APN: 694090005, al in the County of Riverside, State of California.

Commonly known as: Circuit City #3396, 34660 Monterey Avenue, Palm Desert, CA 92260

After deducting all just credits and offsets, the sum of **$18,527.71** together with interest thereon at the rate of 7% per annum from **September 19, 2008**, is due Claimant for the following labor, services, equipment and/or materials furnished by Claimant: **Overhead Service Doors, Rolling Grilles, Fire Door, Installation and Testing, related materials, and/or labor.**

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor and/or materials is: **R J Ventures**, 1801 Avenue of the Stars, #920, Los Angeles, CA 90067, Owner and **Circuit City Stores, Inc**, 9954 Mayland Dr., Richmond, VA 23233, Agent of Owner.

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **R J Ventures**, 1801 Avenue of the Stars, #920, Los Angeles, CA 90067, Owner and **Circuit City Stores, Inc.**, 9954 Mayland Dr., Richmond, VA 23233, Agent of Owner.

Name of Claimant:     Wayne-Dalton Corp.

BY: _____
ALLAN R. POPPER , of Lienguard Inc. Agent for
Wayne-Dalton Corp.
One Door Dr., PO Box 67, Mt. Hope, OH 44660

### VERIFICATION

I, the undersigned declare: I am the agent for **Wayne-Dalton Corp.**, the Claimant named in the foregoing claim of mechanic's lien; I am authorized to make this verification for the Claimant; I have read the foregoing claim of mechanic's lien and know the contents thereof, and the same is true of my own knowledge.

I declare under penalty or perjury under the laws of the State of California that the foregoing is true and correct.

December 12, 2008

_____
ALLAN R. POPPER, of Lienguard, Inc., Agent for
Wayne-Dalton Corp.



*File No: 84663-8-1*

Case 08-35653-KRH    Doc 2650    Filed 03/18/09    Entered 03/18/09 13:48:14    Desc Main
Document      Page 5 of 7

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Perfection of Security Interest has been served on the parties receiving electronic notice via the Court's CM/ECF system, as appropriate, by email, and by First Class Mail (postage prepaid) on the following parties via U.S. regular mail, on this 17th day of March 2009.

Circuit City Stores, Inc.
Attn: Reginald D. Hedgebeth
Attn: Daniel W. Ramsey
9950 Maryland Drive
Richmond, VA  23233

*Debtors*

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods, LLP
9000 World Trade Center
101 West Main Street
Norfolk, VA  23510

*Counsel for the Debtors*

Gregg Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden Arps, Slate Meagher & Flom, LLP
One Rodney Square
Box 636
Wilmington, DE  19899

*Counsel for the Debtors*

Chris L. Dickerson, Esq.
Skadden Arps, Slate Meagher & Flom, LLP

Chris L. Dickerson, Esq.
Skadden Arps, Slate Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL  60606

    *Counsel for the Debtors*

Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219

    *Office of the United States Trustee for*
    *The Eastern District of Virginia, Richmond Division*

Linda K. Myers, Esq.
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL  60601

    *Special Counsel for Debtors*

David S. Berman, Esq.
Riemer & Braustein, LLP
Three Center Plaza, 6th Floor
Boston, MA  02108

    *Counsel for Bank of America, N.A.*

Bruce Matson, Esq.
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, VA  23219

    *Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA  23219

    *Counsel for the Official Committee of*
    *Unsecured Creditors*

Robert J. Feinstein, Esq.
Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 26th Floor
New York NY  10017

*Counsel for the Creditors Committee*

By: /s/ Albert F. Quintrall