William H. Schwarzschild, III (VSB No. 15274)  
W. Alexander Burnett (VSB No. 68000)  
WILLIAMS MULLEN  
Two James Center, 17th Floor  
1021 East Cary Street  
Post Office Box 1320  
Richmond, Virginia  23218-1320  
Tel:  804.783.6489  
Fax:  804.783.6507  
tschwarz@williamsmullen.com  
aburnett@williamsmullen.com  

B. Shawan Gillians  
BUIST MOORE SMYTHE McGEE P.A.  
5 Exchange Street  
Charleston, SC 29401  
Tel:  (843)722-3400  
Fax:  (843)723-7398  
sgillians@buistmoore.com  

Counsel for Evening Post Publishing Company,  
d/b/a The Post and Courier

**IN THE UNITED STATES BANKRUPTCY COURT**  
**FOR THE EASTERN DISTRICT OF VIRGINIA**  
(Richmond Division)

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., ) | |
| ) | Case No. 08-35653-KRH |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |
| ) | |

**NOTICE OF APPEARANCE OF EVENING POST**  
**PUBLISHING COMPANY, d/b/a THE POST AND COURIER**  
**PURSUANT TO BANKRUPTCY RULE 9010 AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that the undersigned appears as counsel for Evening Post Publishing Company, d/b/a The Post and Courier ("Post and Courier") a creditor and party in interest herein, and pursuant to Rule 2002 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, requests that all notice given or required to be given in this case and all papers served in this case be given to and served upon:

> William H. Schwarzschild, III - VSB No. 15274  
> W. Alexander Burnett – VSB No. 68000  
> WILLIAMS, MULLEN  
> Two James Center, 16th Floor  
> 1021 East Cary Street  
> Post Office Box 1320  
> Richmond, Virginia  23218-1320  
> Phone: (804) 783-6489  
> FAX:   (804) 783-6507  
> Email: tschwarz@williamsmullen.com  
> Email: aburnett@williamsmullen.com

and to

B. Shawan Gillians
BUIST MOORE SMYTHE McGEE P.A.
5 Exchange Street
Charleston, SC 29401
Tel:  (843)722-3400
Fax:  (843)723-7398
sgillians@buistmoore.com

 PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the Debtors or the property of the Debtors.

 Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) Post and Courier's right to have final orders in noncore matters entered only after de novo review by a district court judge (ii) the right to a jury trial in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto; (iii) the right to have the reference withdrawn by the district court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, defenses, setoffs, or recoupments to which Post and Courier is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  Richmond, Virginia
   March 18, 2009

               **WILLIAMS MULLEN**

               */s/ W. Alexander Burnett*
           By:  _____

William H. Schwarzschild, III - VSB No. 15274
W. Alexander Burnett – VSB No. 68000
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone:  804.783.6489
FAX:  804.783.6507
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

2

B. Shawan Gillians, Esquire
BUIST MOORE SMYTHE McGEE P.A.
5 Exchange Street
Charleston, SC 29401
Tel:  (843)722-3400
Fax:  (843)723-7398
sgillians@buistmoore.com
> *Counsel for Evening Post Publishing Company, d/b/a The Post and Courier*

**CERTIFICATE OF SERVICE**

   Pursuant to Local Rule 9022-1(C), I hereby certify that on March 18, 2009, a true and complete copy of the foregoing Notice of Appearance and Request for Notice was served upon all necessary parties electronically using the Court's ECF System, was sent by electronic mail to circuitcityservice@mcguirewoods.com and project.circuitcity@skadden.com, and was sent by first class mail, postage prepaid, to the entities at the addresses indicated below:

Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Gregg Galardi, Esq.
Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899

  *Counsel for the Debtors*

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

  *Office of the U.S. Trustee for the Eastern District of Virginia, Richmond Division*

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

  *Counsel for the Creditor's Committee*

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

  *Counsel for the Official Committee of Unsecured Creditors*

            */s/ W. Alexander Burnett*
            _____

1726102v1