UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF APPEARANCE PURSUANT TO**
**BANKRUTCY RULE 9010 AND REQUEST FOR NOTICE**

**Please take notice that** the undersigned counsel hereby enters their appearance pursuant

to 11 U.S.C. §1109(b), Fed. R. Bankr. P. 9010 and Local Bankruptcy Rule 9010-1 on behalf of

Eastern Security Corp., a party in interest in this proceeding, and requests that copies of all

notices, pleadings and papers filed in this case be served on the following via mail, hand

delivery, fax, electronically or other appropriate means at the address indicated below:

> Michael E. Hastings, Esquire
> LeClairRyan, A Professional Corporation
> 1800 Wachovia Tower, Drawer 1200
> Roanoke, Virginia 24006
> Phone:  (540) 777-3065
> Fax:  (540) 510-3050
> E-mail:  michael.hastings@leclairryan.com

---

Michael E. Hastings (Va. Bar No. 36090)
LeClairRyan, A Professional Corporation
1800 Wachovia Tower, Drawer 1200
Roanoke, Virginia 24006
(540) 777-3065
(540) 510-3050 (facsimile)

Counsel for Eastern Security Corp.

LeCLAIRRYAN, A PROFESSIONAL
CORPORATION


/s/ Michael E. Hastings
Counsel

Michael E. Hastings (Va. Bar. No. 36090)
LeClairRyan, A Professional Corporation
1800 Wachovia Tower, Drawer 1200
Roanoke, Virginia 24006
(540) 777-3065
(540) 510-3050 (facsimile)

Counsel for Eastern Security Corp.


## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of March 2009, a true and correct copy of the foregoing was served on all persons receiving electronic notice in these cases.


/s/ Michael E. Hastings