```
Gregg M. Galardi, Esq.                  Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                 Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &         MCGUIREWOODS LLP
FLOM, LLP                               One James Center
One Rodney Square                       901 E. Cary Street
PO Box 636                              Richmond, Virginia 23219
Wilmington, Delaware 19899-0636         (804) 775-1000
(302) 651-3000

          - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         : Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     : Case No. 08-35653
et al.,                        :
                               :
              Debtors.         : Jointly Administered
- - - - - - - - - - - - - - - x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
MARCH 20, 2009 AT 10:00 A.M. (EASTERN)**

   Set forth below are the matters previously scheduled to be heard before the Honorable Kevin Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, VA 23219-1888, on March 20, 2009 beginning at 10:00 a.m. Eastern.

1

**I. UNCONTESTED MATTERS**

1. Motion for Orders under Bankruptcy Code Sections 105 and 363 and Bankruptcy Rules 2002 and 6004 (I) Approving Bidding Procedures, (II) Setting Auction and Sale Hearing Date, (III) Authorizing and Approving Sale by Seller of Certain Real Property Located in Phoenix, Arizona Free and Clear of Liens and (IV) and Granting Related Relief (Docket No. 2125)

    Related Documents:

    a. Notice of Motion and Hearing (Docket No. 2126)

    b. Order under Bankruptcy Code Sections 105 and 363 and Bankruptcy Rules 2002 and 6004 (I) Approving Bidding Procedures and (II) Setting Auction and Sale Hearing Dates in Connection with the Sale of Certain Real Property Located in Phoenix, Arizona (Docket No. 2401)

    Objection Deadline:    March 19, 2009 at 4:00 p.m.

    Objections/Responses Filed:    None at the time of filing this agenda.

    Status:    This matter is going forward.

2. Motion for Order Shortening Notice Period and Limiting Notice of Motion for Order Pursuant to Bankruptcy Code Sections 105 and 363 and Bankruptcy Rule 9019 (I) Approving the Sale by Circuit City Stores West Coast, Inc. and Ventoux International, Inc. of Certain Assets Free and Clear of All Interests; (II) Approving InterTAN, Inc.'s Authorization of InterTAN Canada Ltd.'s Sale of Substantially All of its Assets; (III) Approving the Intercompany Agreement; (IV) Approving the Foto Source Settlement Agreement; and (V) Granting Related Relief (Docket No. 2468)

    Related Documents:

    a. Notice of Motion and Hearing (Docket No. 2469)

>   Objection
>   Deadline:        March 18, 2009 at 4:00 p.m.
>
>   Objections/
>   Responses
>   Filed:           None at the time of filing this agenda.
>
>   Status:          This matter is going forward.

3. Motion for Order Pursuant to Bankruptcy Code Sections 105 and 363 and Bankruptcy Rule 9019 (I) Approving the Sale by Circuit City Stores West Coast, Inc. and Ventoux International, Inc. of Certain Assets Free and Clear of All Interests; (II) Approving InterTAN, Inc.'s Authorization of InterTAN Canada Ltd.'s Sale of Substantially All of its Assets; (III) Approving the Intercompany Agreement; (IV) Approving the Foto Source Settlement Agreement; and (V) Granting Related Relief (Docket No. 2466)

>   Related
>   Documents:
>
>   a.  Notice of Motion and Hearing (Docket No. 2467)
>
>   b.  Debtors' Motion for Order Shortening Notice Period and Limiting Notice (Docket No. 2468)
>
>   Objection
>   Deadline:        March 18, 2009 at 4:00 p.m.
>
>   Objections/
>   Responses
>   Filed:           None at the time of filing this agenda.
>
>   Status:          This matter is going forward.

4. Debtors' Motion for Order Shortening Notice Period and Limiting Notice of Debtors' Motion for Order Approving Letter Agreement by and Among the Debtors and Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC Pursuant to Bankruptcy Code Sections 105, 107(b), and 363 and Bankruptcy Rules 9018 and 9019 (Docket No. 2526)

>   Related
>   Documents:

    a.    Notice of Motion and Hearing (Docket No. 2527)

    Objection
    Deadline:    March 20, 2009 at 10:00 a.m.

    Objections/
    Responses
    Filed:    None at the time of filing this agenda.

    Status:    This matter is going forward.

5. Motion of the Debtors Pursuant to 11 U.S.C. Section 105, and Local Bankruptcy Rule 9013-1(M) for an Order Setting an Expedited Hearing (Docket No. 2530)

    Related
    Documents:

    a.    Notice of Motion and Hearing (Docket No. 2531)

    Objection
    Deadline:    March 20, 2009 at 10:00 a.m.

    Objections/
    Responses
    Filed:    None at the time of filing this agenda.

    Status:    This matter is going forward.

6. Motion for Order Approving Letter Agreement by and Among the Debtors and Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC Pursuant to Bankruptcy Code Sections 105, 107(b), and 363 and Bankruptcy Rules 9018 and 9019 (Docket No. 2524)

    Related
    Documents:

    a.    Notice of Motion and Hearing (Docket No. 2525)

    b.    Debtors' Motion for Order Shortening Notice Period and Limiting Notice (Docket No. 2526)

    c.    Motion to File Certain Documents under Seal (Docket No. 2528)

  d. Debtors' Motion for an Order Setting an Expedited Hearing (Docket No. 2530)

  Objection
  Deadline: March 20, 2009 at 10:00 a.m.

  Objections/
  Responses
  Filed: None at the time of filing this agenda.

  Status: This matter is going forward.

7. Debtors' Motion to File Certain Documents Under Seal (Docket No. 2528)

  Related Documents:

  a. Notice of Motion and Hearing (Docket No. 2529)

  b. Debtors' Motion for an Order Setting an Expedited Hearing (Docket No. 2530)

  Objection
  Deadline: March 20, 2009 at 10:00 a.m.

  Objections/
  Responses
  Filed: None at the time of filing this agenda.

  Status: This matter is going forward.

**II. CONTESTED MATTERS**

8. Motion by Engineered Structures, Inc. to Terminate Automatic Stay and Rule 4001(a)-1 Notice (Docket No. 1070)

  Related Documents:

  a. Corrected Order (Docket No. 1877)

  b. Order (Docket No. 1895)

  Objection
  Deadline: January 9, 2009 at 4:00 p.m.

  Objections/

       Responses
       Filed:

       a.    Debtors' Objection to Engineered Structures, Inc. Motion to Terminate Automatic Stay (Docket No. 1448)

       b.    Reply Brief by Engineered Structures, Inc. in Support of Motion to Terminate Automatic Stay and Rule 4001.2 Notice (Docket No. 1536)

       Status:    The parties are working to resolve this matter and anticipate submitting a revised form of order for the Court's approval.

9.    Debtors' Motion for Orders Under Bankruptcy Code Sections 105, 363, and 365 (I) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Dates and (III) Authorizing and Approving (A) Sale of Certain Unexpired Nonresidential Real Property Leases Free and Clear of All Interests, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases and (C) Lease Rejection Procedures (Docket No. 1946)

       Related
       Documents:

       a.    Notice of Hearing (Docket No. 1947)

       b.    Order under Bankruptcy Code Sections 105, 363, and 265 (I) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Dates and (III) Authorizing and Approving (A) Sale of Certain Unexpired Nonresidential Real Property Leases Free and Clear of All Interests, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases and (C) Lease Rejection Procedures (Docket No. 2242)

       c.    Notice of February Lease Bid Deadline, Auction Date and Related Objection Deadline and Sale Hearing Date (Docket No. 2245)

       d.    Supplemental Order Under Bankruptcy Code Sections 105, 363, and 365 Approving Amended Bid Deadline in Connection with Bidding and Auction Procedures for

Sale of Unexpired Nonresidential Real Property Leases (Docket No. 2346)

e. Notice of Amended March Bid Deadline – New Deadline: March 3, 2009 at 4:00 p.m. (Eastern) (Docket No. 2351)

f. Notice of Bids Received (Docket No. 2403)

g. Cure Schedule (Docket No. 2407)

h. Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2408)

i. Notice of Rejection of Unexpired Lease and Abandonment of Personal Property (Docket No. 2409)

j. Notice of Rejection of Unexpired Lease and Abandonment of Personal Property (Docket No. 2410)

k. Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2412)

l. Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2419)

m. Supplemental Notice of Bids Received (Docket No. 2420)

n. Supplemental Cure Schedule (Docket No. 2421)

o. Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2434)

p. Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2463)

q. Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2503)

r. Order Authorizing Debtors to Assume, Assign and Sell Unexpired Lease of Non-Residential Real Property (Store #3697) (Docket No. 2580)

s. Order Authorizing Debtors to Assume, Assign and Sell Unexpired Lease of Non-Residential Real Property (Store #3692) (Docket No. 2581)

7

t.   Order Authorizing Debtors to Assume, Assign and Sell Unexpired Lease of Non-Residential Real Property (Store #3670) (Docket No. 2582)

u.   Order Authorizing Debtors to Assume, Assign and Sell Unexpired Lease of Non-Residential Real Property (Store #3669) (Docket No. 2583)

v.   Order Authorizing Debtors to Assume, Assign and Sell Unexpired Lease of Non-Residential Real Property (Store #859) (Docket No. 2584)

w.   Order Authorizing Debtors to Assume, Assign and Sell Unexpired Lease of Non-Residential Real Property (Store #3690) (Docket No. 2585)

x.   Order Authorizing Debtors to Terminate Unexpired Lease of Non-Residential Real Property (Store #785) (Docket No. 2586)

y.   Notice of Rejection of Unexpired Lease and Abandonment of Personal Property (Docket No. 2592)

z.   Order Authorizing Debtors to Terminate Unexpired Lease of Non-Residential Real Property (Store #3561) (Docket No. 2607)

aa.  Order Authorizing Debtors to Terminate Unexpired Lease of Non-Residential Real Property (Store #3663) (Docket No. 2609)

bb.  Order Authorizing Debtors to Terminate Unexpired Lease of Non-Residential Real Property (Store # 3679) (Docket No. 2611)

cc.  Order Authorizing Debtors to Terminate Unexpired Lease of Non-Residential Real Property (Store # 3207) (Docket No. 2612)

dd.  Order Authorizing Debtors to Terminate Unexpired Lease of Non-Residential Real Property (Store # 854) (Docket No. 2613)

ee.  Order Authorizing Debtors to Terminate Unexpired Lease of Non-Residential Real Property (Store # 3682A) (Docket No. 2614)

ff.   Order Authorizing Debtors to Terminate Unexpired Lease of Non-Residential Real Property (Store # 4305) (Docket No. 2651)

Objection
Deadline:        March 12, 2009 at 5:00 p.m.

Objections/
Responses
Filed:

a.   Madison Waldorf, LLC's Statement of Cure Under Lease of Non-Residential Real Property (Store No. 704) (Docket No. 2404)

   Status:   The parties have resolved this objection.

b.   Objection of East Brunswick VF, LLC to Cure Amount Established by Debtors (Docket No. 2451)

   Status:   The parties have resolved this objection.

c.   Objection of 444 Connecticut Avenue, LLC to Assumption and Assignment of Lease, and Cure Amounts Associated Therewith (Docket No. 2480)

   Status:   This objection is adjourned to April 28, 2009 at 10:00 a.m.

d.   Joe G. Tedder's Pro Se Objection to Debtors Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2490)

   Status:   This objection is going forward.

e.   Limited Objection of TSA Stores, Inc. to Debtors' Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2492)

   Status:   This objection is adjourned to April 28, 2009 at 10:00 a.m.

f.   Conditional Objection Of Cole CC Taunton MA, LLC, Cole CC Aurora CO, LLC, And Cole CC Mesquite TX, LLC To Debtors' Notices Of Rejection Of Unexpired Leases And Abandonment Of Personal Property (Docket No. 2496)

       Status:    This objection is going forward.

g.    Objection to Cure Amount under the Non-Residential Real Property Lease with Cameron Group Associates, LLP (Docket No. 2534)

       Status:    The parties have resolved this objection.

h.    Limited Objection to the Debtors' Proposed Cure Amounts and Assumption and Assignment of Nonresidential Real Property Lease, by Carousel Center Company, L.P. (Docket No. 2539)

       Status:    The parties are working to resolve this matter. This matter is going forward to the extent a resolution has not been reached.

i.    Limited Objection of Glimcher Properties Limited Partnership to Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2540)

       Status:    This objection is going forward.

j.    Objection of Gateway Center Properties III, LLC to SMR Gateway III, LLC as Tenants in Common, to Debtors' Proposed Cure Amount (Docket No. 2542)

       Status:    This objection is adjourned to April 28, 2009 at 10:00 a.m.

k.    Objection of Whitestone Development Partners, L.P. to Debtors' Proposed Cure Amount (Docket No. 2543)

       Status:    This objection is adjourned to April 28, 2009 at 10:00 a.m.

l.    Objection of Union Square Retail Trust to Debtors' Proposed Cure Amount (Docket No. 2544)

       Status:    This objection is adjourned to April 28, 2009 at 10:00 a.m.

General Status:    The Debtors may seek approval of bids associated with Store Location Numbers 3150, 3699, and 4305.

Dated: March 18, 2009         SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia     FLOM, LLP
                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000

                                      - and -

                              SKADDEN, ARPS, SLATE, MEAGHER &
                              FLOM, LLP
                              Chris L. Dickerson, Esq.
                              333 West Wacker Drive
                              Chicago, Illinois 60606
                              (312) 407-0700

                                      - and -

                              MCGUIREWOODS LLP


                              /s/ Douglas M. Foley              .
                              Dion W. Hayes (VSB No. 34304)
                              Douglas M. Foley (VSB No. 34364)
                              One James Center
                              901 E. Cary Street
                              Richmond, Virginia 23219
                              (804) 775-1000

                              Counsel for Debtors and Debtors
                              in Possession

\8143305