Neil E. McCullagh (VSB No. 39027)
Cantor Arkema, P.C.
Bank of America Center
1111 East Main Street, 16th Floor
Post Office Box 561
Richmond, Virginia 23218-0561
Telephone: (804) 644-1400
Telecopier: (804) 225-8706
  Counsel for Dentici Family Limited
    Partnership

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: ) | Case No. 08-35653 (KRH) |
| ) | Jointly Administered |
| CIRCUIT CITY STORES, INC. et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | |
| ) | |

## ORDER

On March 3, 2009, this case came before the Court for a hearing on the Motion To Compel Immediate Payment of Post-Petition Portion of 2008 Real Estate Tax Obligation, Plus Attorney Fees [Docket Number 2259] (the "Motion"), filed by Dentici Family Limited Partnership ("Dentici"). The Debtors and Dentici each appeared by counsel.

Upon mature consideration of the Motion and the representations of counsel made at the hearing, it is accordingly

ADJUGED, ORDERED, and DECREED as follows:

1. The Motion is GRANTED with respect to the request therein that the Debtors immediately pay the portion of the 2008 real estate taxes that accrued during the period November 10, 2008, through November 30, 2008, with respect to Circuit City Store Number 3176, which amount totals $5,925.59.

2. The hearing on the Motion is continued to March 30, 2009, at 10:00 a.m., with respect to the request therein for immediate payment of attorney fees. On or before March 20, 2009, Dentici shall provide the Debtors with its documents in support of its request for immediate payment of attorney fees.

3. The Clerk shall send copies of this Order to those shown on the attached Mailing List.

ENTER: Mar 16 2009

/s/ Kevin Huennekens
Kevin R. Huennekens
United States Bankruptcy Judge

I ask for this:

Entered on Docket: 3/16/09

   /s/ Neil E. McCullagh
Neil E. McCullagh (VSB No. 39027)
Cantor Arkema, P.C.
Bank of America Center
1111 East Main Street, 16th Floor
Post Office Box 561
Richmond, Virginia 23218-0561
Telephone: (804) 644-1400
Telecopier: (804) 225-8706
  Counsel for Dentici Family Limited
    Partnership

Seen and Agreed:

   /s/ Ian S. Fredericks

2

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
T: 302.651.3028
F: 888.329.9475
  Counsel for the Debtors

### CERTIFICATE OF ENDORSEMENT

I hereby certify that the foregoing sketch Order has been endorsed by all necessary parties.

    /s/ Neil E. McCullagh

Neil E. McCullagh

### Mailing List

Neil E. McCullagh, Esq.
CANTOR ARKEMA, P.C.
P.O. Box 561
Richmond, Virginia  23218

Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

3

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj          Page 1 of 1               Date Rcvd: Mar 16, 2009
Case: 08-35653                Form ID: pdforder        Total Served: 1

The following entities were served by first class mail on Mar 18, 2009.
aty          +Ian S. Fredericks,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636
The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 18, 2009**            **Signature:** _Joseph Speetjens_