Case 08-35653-KRH    Doc 2658    Filed 03/19/09    Entered 03/19/09 16:19:21    Desc Main
                           Document           Page 1 of 10

| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & | MCGUIREWOODS LLP |
| FLOM, LLP | One James Center |
| One Rodney Square | 901 E. Cary Street |
| PO Box 636 | Richmond, Virginia 23219 |
| Wilmington, Delaware 19899-0636 | (804) 775-1000 |
| (302) 651-3000 | |

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
                              :
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - - x

**DESIGNATION OF ADDITIONAL ITEMS
TO BE INCLUDED IN RECORD ON APPEAL**

The debtors and debtors in possession in the above-captioned jointly administered cases and appellees in this appeal (collectively, the "Debtors" or "Appellees")[1] hereby

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer

*(cont'd)*

1

designate pursuant to Bankruptcy Rule 8006 the following items to be included in the record with respect to the appeal filed by the landlords listed on Exhibit A attached hereto (the "Appellants"), in addition to the items included in Appellants' designation filed on March 9, 2009 (D.I. 2488):

**Designation of Additional Items to be Included in the Record on Appeal**

1. Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (D.I. 21)

2. Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 and Federal Rules of Bankruptcy Procedure 2002 and 4001 (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral; (II) Granting Adequate Protection; and (III) Scheduling Interim and Final Hearings (D.I. 23)

3. Corrected Declaration of Bruce H. Besanko, Executive Vice President and Chief Financial Officer of Circuit City Stores, Inc., in Support of Chapter 11 Petitions and First Day Pleadings (D.I. 79)

---
*(cont'd from previous page)*
Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

4. Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (D.I. 81)

5. Notice of Filing of Motion and Entry of Interim Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363 and 364 and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing Incurrence by the Debtors of Postpetition Secured Indebtedness With Priority Over All Secured Indebtedness and With Administrative Superpriority, (II) Granting Liens, (III) Authorizing Use of Cash Collateral by the Debtors Pursuant to 11 U.S.C. Section 363 and Providing for Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing; Final Hearing to be Held on December 5, 2008 at 10:00 a.m. (ET) (D.I. 100)

6. Landover Crossing LLC's Objection to Order Pursuant to 11 U.S.C. Sections 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Non-Residential Real Property and Abandonment of Personal Property Effective as of the Petition Date (D.I. 229)

7. Objection by Cardinal Capitol Partners, Inc. and Affiliate to the Debtors' Motion to Reject Certain Unexpired Leases of Non-Residential Real Property and the Order Granting that Motion (D.I. 246)

8. Objection by the Balogh Companies and Certain Affiliates to the Debtors' Motion to Reject

        Certain Unexpired Leases of Non-Residential Real Property and the Order Granting that Motion (D.I. 247)

9.   The Leben Family Limited Partnership and It's General and Limited Partners' Objection to Order Pursuant to 11 U.S.C. Sections 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Non-Residential Real Property and Abandonment of Personal Property Effective as of the Petition Date (D.I. 255)

10.  Objection of Inland US Management LLC to Order Pursuant to 11 U.S.C. Sections 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Non-Residential Real Property and Abandonment of Personal Property Effective as of the Petition Date (D.I. 256)

11.  Limited Objection of CK Richmond Business Services # 2 Limited Liability Company to the Debtors' Motion to Reject Certain Unexpired Leases of Non-Residential Real Property and the Order Granting that Motion (D.I. 257)

12.  Objection of Inland Commercial Property Management, Inc. to Order Pursuant to 11 U.S.C. Sections 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection and Abandonment of Personal Property Effective as of the Petition Date (D.I. 259)

13.  Objection of Premier Retail Interiors, Inc., as Successor In Interest to Quantum Fine Casework, Inc. to Order Pursuant to 11 U.S.C. Sections 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006

       Authorizing Rejection of Unexpired Leases of Non-Residential Real Property and Abandonment of Personal Property Effective as of The Petition Date (D.I. 271)

14. Limited Objection of Dick's Sporting Goods, Inc. to Debtors' Motion for Order Pursuant to 11 U.S.C. Sections 105(a), 365(a), and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (D.I. 275)

15. Objection of Generation One and Two, LP, Cohab Realty, LLC, Kimco Realty Corp., Chung Hee Kim, CC-Investors 1996-6, Union Square Retail Trust, Gateway Center Properties III, LLC and SMR Gateway III, LLC as Tennants in Common, Whitestone Development Partners, L.P., KRG Market Street Village, LP, International Speedway Square, Ltd., Kite Coral Springs, LLC and Fishers Station Development Co. to Debtors' Motion for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming The Agency Agreement Among the Debtors, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement (D.I. 276)

16. Limited Objection of Golf Galaxy, Inc. to Order Pursuant to 11 U.S.C. Sections 105(a), 365(a), and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases and Subleases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (D.I. 277)

5

17. Objection by OLP 6609 Grand, LLC to the Debtors' Motion to Reject Certain Unexpired Leases of Nonresidential Real Property (D.I. 342)

18. Objection of Dollar Tree Stores, Inc. to the Order Pursuant to 11 U.S.C. §§ 105(A), 365(A) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (D.I. 351)

19. Joinder of Landlords in Limited Objection to Order Pursuant to 11 U.S.C. Sections 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases and Subleases of Non-Residential Real Property and Abandonment of Personal Property Effective as of the Petition Date (Docket No. 277)(D.I. 354)

20. Limited Objection of Melvin Walton Hone to Order Pursuant to 11 U.S.C. Sections 105(a), 365(a) and 554 of Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases and Subleases of Non-Residential Real Property and Abandonment of Personal Property Effective as of the Petition Date (D.I. 368)

21. Bond C.C. I Delaware Business Trust's Objection to Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date and Order Granting Requested Relief (D.I. 378)

22. Transcript of November 10, 2008 hearing entered on November 25, 2008 (D.I. 384)

23. Notice of Filing of Executed DIP Credit Agreements (D.I. 425)

24. Amended Objection of Carrollton Arms, LLC to the Debtors' Motion to Reject Leases and Abandon Personal Property (D.I. 437)

25. Amended Objection and Joinder in Objections of Manufacturers and Traders Trust Company to the Debtors' Motion to Reject Certain Unexpired Leases of Nonresidential Real Property as of the Petition Date and the Order Granting That Motion Pursuant to 11 U.S.C. Sections 105(a), 365(a), and 554 and Fed. R. Bankr. P. 6006 (D.I. 576)

26. Debtors' Omnibus Reply to Objections and in Support of Motion of the Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 365(a), and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of Petition Date (D.I. 664)

27. Corrected Interim Order Pursuant to 11 U.S.C Sections 105, 361, 362, 363 and 364 and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (1) Authorizing Incurrence by the Debtors of Post-Petition Secured Indebtedness with Priority Over All Secured Indebtedness and with Administrative Superpriority, (2) Granting Liens, (3) Authorizing Use of Cash Collateral by the Debtors Pursuant to 11 U.S.C. Section 363 and Providing for Adequate Protection, (4) Modifying the

7

        Automatic Stay and (5) Scheduling a Final Hearing (D.I. 823)

28. Amended Joinder of Galleria Plaza, Ltd. to Limited Objection of Dick's Sporting Goods, Inc. to Order Pursuant to 11 U.S.C. Sections 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases and Subleases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (D.I. 927)

29. Final Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363 and 364 and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (1) Authorizing Incurrence by the Debtors of Post-Petition Secured Indebtedness With Priority Over All Secured Indebtedness and With Administrative Superpriority, (2) Granting Liens, (3) Authorizing Use of Cash Collateral by the Debtors Pursuant to 11 U.S.C. Section 363 and Providing for Adequate Protection and (4) Modifying the Automatic Stay (D.I. 1262)

30. Memorandum Opinion of the Court dated February 12, 2009, relating to Docket No. 1781 (D.I. 2107).

Dated: March 19, 2009
      Richmond, Virginia

          SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
          Gregg M. Galardi, Esq.
          Ian S. Fredericks, Esq.
          P.O. Box 636
          Wilmington, Delaware 19899-0636
          (302) 651-3000

          - and -

          SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
          Chris L. Dickerson, Esq.
          333 West Wacker Drive
          Chicago, Illinois 60606
          (312) 407-0700

          - and -

          MCGUIREWOODS LLP

          /s/ Douglas M. Foley             .
          Dion W. Hayes (VSB No. 34304)
          Douglas M. Foley (VSB No. 34364)
          One James Center
          901 E. Cary Street
          Richmond, Virginia 23219
          (804) 775-1000

          Counsel for Debtors and Debtors in Possession

**EXHIBIT A**

|     | Appellants -Landlords |
| --- | --- |
| 1.  | Brighton Commercial LLC |
| 2.  | Carousel Center Company, L.P. |
| 3.  | Cedar Development Ltd. |
| 4.  | Drexel Delaware Limited Partnership |
| 5.  | Fingerlakes Crossing, LLC |
| 6.  | Generation One and Two, LP |
| 7.  | GRI-EQY (Sparkleberry Square) LLC |
| 8.  | Hamilton Crossing I, LLC |
| 9.  | Inland American Retail Management LLC |
| 10. | Inland Commercial Property Management, Inc. |
| 11. | Inland Continental Property Management Corp. |
| 12. | Inland Pacific Property Services LLC |
| 13. | Inland Southwest Management LLC |
| 14. | Inland US Management LLC |
| 15. | Kimco Realty Corporation |
| 16. | La Habra Imperial, LLC |
| 17. | Madison Waldorf LLC |
| 18. | Myrtle Beach Farms Co., Inc. |
| 19. | N.P. Huntsville Limited Liability Company |
| 20. | Rancon Realty Fund IV |
| 21. | RREEF Management Company |
| 22. | Sangertown Square, LLC |
| 23. | Starpoint Property Management, LLC |
| 24. | The Macerich Company |
| 25. | The Portland Investment Company of America |
| 26. | The Prudential Insurance Company of America |
| 27. | UnCommon, Ltd. |