# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
CIRCUIT CITY STORES, INC., *et al.*                     :    Case No. 08-35653-KRH
                                                        :
                    Debtors.                            :    Jointly Administered
                                                        :    Judge Kevin R. Huennekens
------------------------------------------------------- x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Hunton & Williams LLP, as counsel for Parker Central Plaza, Ltd., hereby enters its appearance pursuant to section 1109(b) of the United States Code, 11 U.S.C. §§ 101 - 1532 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

Henry (Toby) P. Long III
Thomas N. Jamerson
**Hunton & Williams, LLP**
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074
Telephone:  (804) 788-8200
Facsimile:  (804) 788-8218
email:  tjamerson@hunton.com

| | |
|---|---|
| Henry (Toby) P. Long III [VSB # 75134] | Lynnette R. Warman [Texas Bar No. 20867940] |
| Thomas N. Jamerson [VSB # 75035] | Cameron W. Kinvig [Texas Bar No. 24055780] |
| **HUNTON & WILLIAMS LLP** | **HUNTON & WILLIAMS LLP** |
| Riverfront Plaza, East Tower | 1445 Ross Avenue, Suite 3700 |
| 951 East Byrd Street | Dallas, TX  75202 |
| Richmond, VA  23219-4074 | Telephone:  (214) 468-3393 |
| Telephone:  (804) 788-8200 | Facsimile:  (214) 740-7151 |
| Telecopier:  (804) 788-8218 | |

*Attorneys for Parker Central Plaza, Ltd.*

73935.000003 EMF_US 27004385v1

*and*

Lynnette R. Warman
Cameron W. Kinvig
**Hunton & Williams LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas  75202-2799
(214) 468-3393 Telephone
(214) 740-7181 Telecopy
email:  lwarman@hunton.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, disclosure statement, plan of reorganization and answering or reply briefs, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

Respectfully submitted,

**HUNTON & WILLIAMS LLP**

*/s/ Thomas N. Jamerson*
Thomas N. Jamerson [VSB # 75035]
Henry (Toby) P. Long III [VSB # 75134]
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074
Telephone:  (804) 788-8200
Facsimile:  (804) 788-8218
email:  tjamerson@hunton.com

Lynnette R. Warman [Texas Bar No. 20867940]
Cameron W. Kinvig [Texas Bar No. 24055780]
1445 Ross Avenue, Suite 3700
Dallas, TX  75202
Telephone:  (214) 468-3393
Facsimile:  (214) 740-7151
email:  lwarman@hunton.com

ATTORNEYS FOR PARKER CENTRAL PLAZA, LTD.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served on the parties receiving electronic notice via the Court's CM/ECF system and the parties on the attached service list, via US regular mail, on this the 19th day of March, 2009.

*/s/ Thomas N. Jamerson*

73935.000003 EMF_US 27004385v1

**SERVICE LIST**

| | |
|---|---|
| Daniel F. Blanks, Esq.<br>Douglas M. Foley, Esq.<br>McGuire Woods, L.L.P<br>9000 World Trade Ctr.<br>101 W. Main Street<br>Norfolk, VA 23510 | Robert B. Van Ardales, Esq.<br>Office of US Trustee<br>701 East Broad Street<br>Suite 4304<br>Richmond, VA 23219 |
| Dion W. Hayes, Esq.<br>Joseph S. Sheerin, Esq.<br>Sarah Beckett Boehm<br>McGuire Woods, LLP<br>901 East Cary Street<br>Richmond, VA 23219 | Paramount Home Entertainment<br>Attn: Andi Marygold<br>5555 Melrose Ave.<br>Bluhdorn #213<br>Hollywood, CA 90038 |
| Hewlett-Packard Company<br>Attn: Ranlona NealIChris Patafio<br>11 307 Chinden Blvd, MS 3 14<br>Boise, ID 83714 | Samsung Electronics America, Inc.<br>Attn: Joseph McNamara<br>105 Challenger Rd.<br>Ridgefield Park, NJ 07660 |
| LG Electronics USA, Inc.<br>Attn; Brian Wehr<br>c/o H. Jasoil Gold<br>Wiley Rein LL.P<br>7925 Jones Branch Drive<br>McLean, VA 22102 | Weidler Settlement Class<br>Attn: Christopher Jones and Martin Fletcher<br>Whiteford Taylor & Preston<br>3190 Fairview Park Drive, Ste. 300<br>Falls Church, VA 22042 |
| Gannin International, Inc.<br>Attn: Lisa Brauch<br>1200 East 151st Street<br>Olathe, KS 66062 | Simon Property Group, Inc.<br>Attn: Ronald M. Tucker<br>225 W. Washington Street<br>Indianapolis, IN 46204 |
| Alliance Entertainment Developers<br>Attn: Douglas J. Bates<br>27500 Riverview Center Blvd.<br>Bonita Springs, FL 34134 | Diversified Realty Corp.<br>Attn: Eric C. Cotton<br>3300 Enterprise Parkway<br>Beachwood, OH 44122 |
| Pension Benefit Guarantee Corporation<br>Attn: Sara Eagle<br>Office of General Counsel<br>1200 K. St. NW<br>Washington, DC 20005 | Toshiba America Consumer Products, LLC<br>Attn: Judy Oliver and Joe Shedlock<br>82 Totowa Road<br>Wayne, NJ 07470 |

73935.000003 EMF_US 27004385v1