# Exhibit B

Exhibit A

TRACT 1

Being a tract of land situated in the City of Plano, Texas, out of the Daniel Rowlett Survey, Abstract No. 738, said tract includes TRACT A and Part of TRACT B of Las Tiendas Subdivision, an addition to the City of Plano and as recorded in Volume 9, Page 59 of the Map Records of Collin County, Texas, and being more particularly described as follows:

BEGINNING at a concrete monument found for point in the southeast line of U. S. Highway No. 75, said point being the most westerly corner of Fairview Farm Marketplace Addition, according to the recorded map thereof, in Drawer G, Page 630 in the Map Records, Collin County, Texas;

THENCE South 89 degrees 40 minutes 25 seconds East along the south line of said Fairview Farm Marketplace Addition, a distance of 815.12 feet to a 1 inch iron rod found for corner in the westerly line of a 100 foot Dart Railroad right-of-way;

THENCE South 18 degrees 57 minutes 48 seconds West along said DART right-of-way line, a distance of 58.51 feet to the beginning of a curve to the left having a central angle of 08 degrees 48 minutes 47 seconds, a radius of 2,914.93 feet and a tangent length of 224.62 feet;

THENCE along said curve a distance of 448.36 feet to a 1/2 inch iron rod found for corner, said point being the northeast corner of a tract of land as deeded to Circuit City Stores, Inc. as recorded in County Clerk Records File No. 95-0063681 of the Deed Records, Collin County, Texas;

THENCE continuing along the curve to the left a distance of 247.04 feet to a concrete monument in the north line of Parker Road (a 100 foot right-of-way), said curve having a central angle of 04 degrees 51 minutes 21 seconds, a radius of 2,914.93 feet and a tangent of 123.59 feet, said point also being the southeast corner of said CIRCUIT CITY STORES, INC. tract;

THENCE North 87 degrees 37 minutes 25 seconds West, along said north line of Parker Road, a distance of 597.72 feet to a 1/2 inch iron rod found for corner;

THENCE North 17 degrees 10 minutes 47 seconds West, a distance of 119.14 feet to a 1 inch iron rod found for corner;

THENCE North 57 degrees 14 minutes 48 seconds West, a distance of 113.32 feet to a 1/2 inch iron rod found for corner;

THENCE North 66 degrees 42 minutes 15 seconds West, a distance of 100.71 feet to a 1 inch iron rod found for corner;

THENCE North 21 degrees 13 minutes 20 seconds West, a distance of 70.06 feet to a point in the southeast line of U. S. Highway No. 75, a 1 inch iron rod found for corner;

THENCE North 24 degrees 15 minutes 35 seconds East along said easterly line of

Exhibit A (Continued)                                    GF-Number 96R00280

said Highway U. S. 75 Frontage Road, a distance of 191.20 feet to a 1/2 inch iron rod set for corner said point being the northwest corner of said Circuit City Stores, Inc. tract;

THENCE continuing along the east line of said U. S. 75 Highway Frontage Road a distance of 283.95 feet to the POINT OF BEGINNING and containing 575,597.48 square feet or 13.2139 acres of land.

TRACT 2: EASEMENT ESTATE

Being a Non-exclusive, continuous and perpetual easement and right-of-way for underground drainage, including, but not limited to, the installation of pipes, culverts and other drainage facilities, in, upon, under and across the property, together with the right of ingress, egress and regress over the Easement Tract (as defined therein) for the purpose of constructing, improving, operating, inspecting, maintaining, repairing, replacing, reconstructing, removing and relocating any Drainage Facilities (as defined therein) located with the Easement Tract and the right to remove (or to prevent the construction or growth of, as applicable) all trees, shrubs, structures, improvements or any encroachment or obstructions which endanger or may interfere with the efficiency of use of any Drainage Facilities, as granted or purported to be granted in Drainage Easement dated August 28, 1995, recorded under County Clerk's File No. 95-0063684 and County Clerk's File No. 95-0063685 of the Land Records of Collin County, Texas, and as shown on Survey Plat date January 1996, prepared by Needham Wright Laskey Engineers Inc., Robert M. Needham, R.P.L.S. No. 3759. Said easement is described on Exhibit C of County Clerk's File Nos. 95-0063684 and 94-0063685, said property being described as follows:

BEING a tract of land in the City of Plano, Texas, out of the Daniel Rowlett Survey, ABS No. 738, Collin County, Texas and being more particularly described as follows:

COMMENCING at a 1" iron rod found at the southeast corner of Fairview Farm Market Place Addition according to the recorded map thereof, in Drawer G, Page 630 in the Map Records of Collin County, Texas;

THENCE North 89 degrees 40 minutes 25 seconds West along the south line of said Fairview Farm Market Place Addition a distance of 77.42 feet to a point;

THENCE North 00 degrees 19 minutes 35 seconds East a distance of 5.00 feet to a point for the POINT OF BEGINNING;

THENCE northeasterly along a curve that has an interior angle of 34 degrees 36 minutes 12 seconds a radius of 169.52 feet, a chord bearing of North 59 degrees 04 minutes 24 seconds East and an arch length of 102.38 feet to a point;

THENCE South 18 degrees 57 minutes 48 seconds West a distance of 55.20 feet;

THENCE North 89 degrees 40 minutes 25 seconds West a distance of 68.56 feet to the POINT OF BEGINNING and containing 1275 square feet or 0.0293 acres.

NOW KNOWN AS being part of Lot 1, Block A of FAIRVIEW FARM MARKETPLACE, an

Exhibit A  (Continued)

Addition to the City of Plano, Texas, according to the Map thereof recorded in Volume G, Page 630, Map Records of Collin County, Texas.