# Exhibit C

# 2008 PROPERTY TAX STATEMENT

Visit www.co.collin.tx.us/tax_assessor
or call Official Payments at 1-800-487-4567
(Option 1 for English, followed by Option 4)
Monday - Friday 7 a.m.-7:30 p.m. CST
Credit card payments are not accepted in the office.

**KENNETH L. MAUN**
**TAX ASSESSOR COLLECTOR**
**COLLIN COUNTY**
1800 N. GRAVES ST., SUITE 170
P.O. BOX 8046
MCKINNEY, TEXAS 75070-8046
972-547-5020
METRO 972-424-1460 EXT. 5020

**ACCOUNT NUMBER**
R-3361-00A-001R-1

Frisco office:
6101 Frisco Square Blvd. Ste. 2000
Frisco, TX 75034
Plano office:
920 E. Park Blvd. Ste. 100
Plano, TX 75074

## OWNER NAME AND ADDRESS

****************AUTO**5-DIGIT 75093 Tray 564
PARKER CENTRAL PLAZA LTD
PARKER CENTRAL PLAZA
C/O DALSAN PROPERTIES INC
2001 PRESTON RD
PLANO TX 75093-2313

## PROPERTY DESCRIPTION

PARKER CENTRAL PLAZA, BLK A,
LOT 1R,
13.2 ACRES; REPLAT
13.2000 ACRES

**ENTITY CODES** CPL, GCN, JCN, SPL, CAD,

**SITUS:** 3300 CENTRAL EXPY N

| Property Class | Land Value | Agricultural Exclusion | Improvement Value | Personal Property Value | Total Appraised Value (Market) | Homestead Cap Value | Assessed Value | Exemptions Granted |
|---|---|---|---|---|---|---|---|---|
| Qualifying | | | | | | | | |
| Non Qualifying | 6,899,904 | | 14,318,509 | | 21,218,413 | | 21,218,413 | |
| Agricultural | | | | | | | | |
| Total | 6,899,904 | | 14,318,509 | | 21,218,413 | | 21,218,413 | |

| TAXING ENTITY | ASSESSED VALUE | EXEMPTION AMOUNT | TAXABLE VALUE | TAX RATE | CEILING YEAR | CEILING AMOUNT | TAXES BY ENTITY |
|---|---|---|---|---|---|---|---|
| COLLIN COUNTY | 21,218,413 | | 21,218,413 | .242500 | | | 51,454.65 |
| PLANO CITY | 21,218,413 | | 21,218,413 | .473500 | | | 100,469.19 |
| JR COLLEGE | 21,218,413 | | 21,218,413 | .086493 | | | 18,352.44 |
| PLANO ISD | 21,218,413 | | 21,218,413 | 1.303400 | | | 276,560.80 |

Only persons already receiving an over 65 or disabled person exemption may pay current taxes on their residence homestead in four installments without penalty or interest. Taxpayer must pay at least 1/4 by Jan. 31st.

See back for more information.

**OVER 65/DISABLED QUARTERED PAYMENT SCHEDULE**
1ST DUE BY JAN 31
2ND DUE BY MARCH 31
3RD DUE BY MAY 31
4TH DUE BY JULY 31

**TOTAL TAXES DUE IF PAID BY JAN. 31, 2009**

446,837.08

YOUR CHECK WILL BE CONVERTED INTO AN ELECTRONIC FUND TRANSFER       DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

| TAXES WILL BE DELINQUENT FEB. 1, 2009. UNPAID TAXES WILL INCUR THE FOLLOWING PENALTY & INTEREST, IF PAID IN: | |
|---|---|
| FEBRUARY +7% | 478,115.68 |
| MARCH +9% | 487,052.42 |

MAKE CHECK PAYABLE TO:
**KENNETH L. MAUN**
**TAX ASSESSOR COLLECTOR**
**COLLIN COUNTY**
**P.O. BOX 8046**
**MCKINNEY, TEXAS 75070-8046**

IF THERE IS AN ERROR IN OWNERSHIP, EXEMPTIONS OR JURISDICTIONS, YOU MUST CONTACT THE **CENTRAL APPRAISAL DISTRICT**.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

PLEASE MAKE ADDRESS CORRECTIONS HERE.

**ACCOUNT NUMBER**
R-3361-00A-001R-1

**TOTAL TAXES DUE IF PAID BY JAN. 31, 2009**

446,837.08

PARKER CENTRAL PLAZA LTD
PARKER CENTRAL PLAZA
C/O DALSAN PROPERTIES INC
2001 PRESTON RD
PLANO TX 75093-2313

2008R336100A001R100446837080047811568004870524200000000000C01