# Exhibit D

**PARKER CENTRAL PLAZA, LTD.**
**PLANO, TEXAS**
**PROPERTY TAX BILLING**

Circuit City Stores, Inc.                          Invoice Date:        11/06/2008
Store #543                                         Account Number:      400-Circuit
Real Estate Department
9950 Mayland Drive
Richmond, VA  23233

Suite Square Footage          42,487
Building Square Footage       153,044                        27.761%

2008 Taxes                                              $446,837.08

Total Amount Due this Invoice                           $124,047.77

Make check payable and remit to:        Parker Central Plaza, Ltd.
                                        2001 Preston Road
                                        Plano, TX 75093-2313

Via Certified Mail Receipt # 7007 1490 0000 0997 5833

# PROPERTY TAX STATEMENT

## COLLIN COUNTY TAX ASSESSOR/COLLECTOR

Visit www.co.collin.tx.us/tax_assessor
or call Official Payments at 1-800-487-4567
(Option 1 for English, followed by Option 4)
Monday - Friday 7 a.m.-7:30 p.m. CST
Credit card payments are not accepted in the office.



COLLIN COUNTY
1800 N. GRAVES ST., SUITE 170
P.O. BOX 8046
MCKINNEY, TEXAS 75070-8046
972-547-5020
METRO 972-424-1460 EXT. 5020

Frisco office:
6101 Frisco Square Blvd. Ste 2000
Frisco, TX 75034
Plano office:
920 E. Park Blvd. Ste. 100
Plano, TX 75074

**ACCOUNT NUMBER**

R-3361-00A-001R-1

## OWNER NAME AND ADDRESS

AUTO**5-DIGIT 75093 Tray 564
PARKER CENTRAL PLAZA LTD
PARKER CENTRAL PLAZA
C/O DALSAN PROPERTIES INC
2001 PRESTON RD
PLANO TX 75093-2313

## PROPERTY DESCRIPTION

PARKER CENTRAL PLAZA, BLK A,
LOT 1R,
13.2 ACRES; REPLAT
13.2000 ACRES

ENTITY CODES  CPL, GCN, JCN, SPL, CAD,                    SITUS: 3300 CENTRAL EXPY N

| Property Class | Land Value | Agricultural Exclusion | Improvement Value | Personal Property Value | Total Appraised Value (Market) | Homestead Cap Value | Assessed Value | Pending |
|---|---|---|---|---|---|---|---|---|
| Qualifying | | | | | | | | |
| Non Qualifying | 6,899,904 | | 14,318,509 | | 21,218,413 | | 21,218,413 | |
| Agricultural | | | | | | | | |
| Total | 6,899,904 | | 14,318,509 | | 21,218,413 | | 21,218,413 | |

| TAXING ENTITY | ASSESSED VALUE | EXEMPTION AMOUNT | TAXABLE VALUE | TAX RATE | CEILING YEAR | CEILING AMOUNT | TAXES BY ENTITY |
|---|---|---|---|---|---|---|---|
| COLLIN COUNTY | 21,218,413 | | 21,218,413 | .242500 | | | 51,454.65 |
| PLANO CITY | 21,218,413 | | 21,218,413 | .473500 | | | 100,469.19 |
| JR COLLEGE | 21,218,413 | | 21,218,413 | .086493 | | | 18,352.44 |
| PLANO ISD | 21,218,413 | | 21,218,413 | 1.303400 | | | 276,560.80 |

Only persons already receiving an over 65
or disabled person exemption may pay
current taxes on their residence homestead
in four installments without penalty or interest.
Taxpayer must pay at least 1/4 by Jan. 31st.

See back for more information.

**OVER 65/DISABLED QUARTERED PAYMENT SCHEDULE**

1ST DUE BY JAN 31

2ND DUE BY MARCH 31

3RD DUE BY MAY 31

4TH DUE BY JULY 31

**TOTAL TAXES DUE IF PAID BY JAN. 31, 2009**

446,837.08

---

YOUR CHECK WILL BE CONVERTED INTO AN ELECTRONIC FUND TRANSFER      DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

TAXES WILL BE DELINQUENT FEB. 1, 2009.
UNPAID TAXES WILL INCUR THE FOLLOWING
PENALTY & INTEREST, IF PAID IN:

| FEBRUARY +7% | 478,115.68 |
|---|---|
| MARCH +9% | 487,052.42 |

MAKE CHECK PAYABLE TO:
**KENNETH L. MAUN**
TAX ASSESSOR COLLECTOR
COLLIN COUNTY
P.O. BOX 8046
MCKINNEY, TEXAS 75070-8046

IF THERE IS AN ERROR IN OWNERSHIP,
EXEMPTIONS OR JURISDICTIONS, YOU MUST
CONTACT THE CENTRAL APPRAISAL DISTRICT.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED
AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR
RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE
APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY
HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

PLEASE MAKE ADDRESS CORRECTIONS HERE.

**ACCOUNT NUMBER**

R-3361-00A-001R-1

**TOTAL TAXES DUE IF PAID BY JAN. 31, 2009**

446,837.08

PARKER CENTRAL PLAZA LTD
PARKER CENTRAL PLAZA
C/O DALSAN PROPERTIES INC
2001 PRESTON RD
PLANO TX 75093-2313



2008R336100A001R100446837080047811568004870524200000000000C01

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₀

OFFICIAL USE

| | |
|---|---|
| Postage | $ 42 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.32 |

Postmark Here

Sent To Circuit City Store #543
Street, Apt. No. Real Estate Department
or PO Box No. 9950 Mayland Drive
City, State, ZIP+4 Richmond, VA 23233

7007 1490 0000 0997 5633

PS Form 3800, August 2006                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Circuit City Store #543
Real Estate Department
9950 Mayland Drive
Richmond, VA 23233

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Marica James   11-10-08

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

7007 1490 0000 0997 5633

Prop Taxes

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540