## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

```
------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
CIRCUIT CITY STORES, INC., et al..                      :    Case No. 08-35653-KRH
                                                        :
                Debtors.                                :    Jointly Administered
                                                        :    Judge Kevin R. Huennekens
------------------------------------------------------- x
```

### ORDER GRANTING PARKER CENTRAL PLAZA, LTD.'S MOTION TO COMPEL DEBTORS' PAYMENT OF POST-PETITION TAXES DUE UNDER NON-RESIDENTIAL REAL PROPERTY LEASE

Upon the motion (the "Motion")[1] of Parker Central Plaza, Ltd. ("**Landlord**") to Compel Debtor's Payment of Post-Petition Taxes Due Under Non-Residential Real Property Lease, the court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b), (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) proper and adequate notice of the Motion and the opportunity for a hearing thereon has been given under the particular circumstances and no other or further notice is necessary, and (iv) good and sufficient cause exists for granting of the relief set forth herein.  Therefore,

---

[1] Unless otherwise defined herein, capitalized terms shall have the meaning ascribed to them in the Motion.

Henry (Toby) P. Long III [VSB # 75134]  
Thomas N. Jamerson [VSB # 75035]  
**HUNTON & WILLIAMS LLP**  
Riverfront Plaza, East Tower  
951 East Byrd Street  
Richmond, VA  23219-4074  
Telephone:  (804) 788-8200  
Telecopier:  (804) 788-8218  

Lynnette R. Warman [Texas Bar No. 20867940]  
Cameron W. Kinvig [Texas Bar No. 24055780]  
**HUNTON & WILLIAMS LLP**  
1445 Ross Avenue, Suite 3700  
Dallas, TX  75202  
Telephone:  (214) 468-3393  
Facsimile:  (214) 740-7151  

*Attorneys for Parker Central Plaza, Ltd.*

73935.000003 EMF_US 26999512v1

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby GRANTED.

2. Landlord is granted an administrative expense priority claim for the full amount of the Unpaid Taxes.

3. Debtors shall be required to pay the full amount of the Unpaid Taxes within ten (10) days of the entry of this order.

Dated: Richmond, Virginia
_____, 2009                                              United States Bankruptcy Judge

WE ASK FOR THIS:

**HUNTON & WILLIAMS LLP**

   */s/ Thomas N. Jamerson*
Henry (Toby) P. Long III [VSB # 75134]
Thomas N. Jamerson [VSB # 75035]
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Telecopier: (804) 788-8218

*and*

Lynnette R. Warman [Texas Bar No. 20867940]
Cameron W. Kinvig [Texas Bar No. 24055780]
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
Telephone: (214) 468-3393
Facsimile: (214) 740-7151
**ATTORNEYS FOR PARKER CENTRAL PLAZA, LTD.**

2

73935.000003 EMF_US 26999512v1