Virginia E. Robinson (Va. Bar No. 71411)
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1200
McLean, Virginia 22102
(703) 749-1300

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

-----------------------------------------------------------x
----------------------------------------------------------:
:
In re:                                  :    Chapter 11
                                        :
CIRCUIT CITY STORES, INC., et al.,[1]   :    Case Nos. 08-35653 through 08-35670
                                        :    Jointly Administered
        Debtors.                        :
                                        x
-----------------------------------------------------------

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE PURSUANT TO
LOCAL BANKRUPTCY RULE 2090-1(E)(2)**

THIS MATTER having come before the Court upon the Motion to Appear *Pro Hac Vice* Pursuant to Local Bankruptcy Rule 2090-1(E)(2) (the **"Motion"**)[2] of Virginia E. Robinson, attorney with the law firm of Greenberg Traurig, LLP, for the admission *pro hac vice* of James P.S. Leshaw and Aaron P. Honaker, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) the relief requested in the Motion is in the best interests of the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

TCO 357,828,132v1 3-10-09

Debtors, their estates, and their creditors, (iv) proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary, and (v) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion.  Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED.

2. James P.S. Leshaw and Aaron P. Honaker are permitted to appear *pro hac vice* as counsel to Bell Canada and 4458729 Canada, Inc., in the above-captioned chapter 11 cases in accordance with Local Bankruptcy Rule 2090-1(E)(2).

Dated: Richmond, Virginia
       March ____, 2009

Mar 17 2009

/s/ Kevin Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: 3/17/09

2

TCO 357,828,132v1 3-10-09

WE ASK FOR THIS:

/s/ Virginia E. Robinson

Timothy C. Bass, Va. Bar No. 40122
GREENBERG TRAURIG, LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100
Facsimile: (202) 331-3101
basst@gtlaw.com

Virginia E. Robinson, Va. Bar No. 71411
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1200
McLean, VA 22102
Telephone: (703) 749-1300
Facsimile: (703) 749-1301
robinsonv@gtlaw.com

*Counsel for Bell Canada and
4458729 Canada, Inc.*

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

  I hereby certify that notice of the Movant's intent to seek entry of the foregoing proposed order was provided to the parties identified in the Motion and a copy of this proposed order was provided to the Office of the United States Trustee for the Eastern District of Virginia prior to submission to this Court.

              /s/ Virginia E. Robinson
              Movant

3

TCO 357,828,132v1 3-10-09

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj          Page 1 of 1          Date Rcvd: Mar 17, 2009
Case: 08-35653                Form ID: pdforder        Total Served: 2
```

The following entities were served by first class mail on Mar 19, 2009.
```
aty         +Virginia E. Robinson,    Greenberg Traurig, LLP,    1750 Tysons Blvd., Suite 1200,
              McLean, VA 22102-4211
            +Timothy C. Bass, Esq.,    2101 L Street, NW, Ste. 1000,    Washington, DC 20037-1526
```

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 19, 2009**                    **Signature:**    _Joseph Speetjens_