Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

                - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
                                :
In re:                          :    Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :    Case No. 08-35653 (KRH)
et al.,                         :
                                :
            Debtors.            :    Jointly Administered
- - - - - - - - - - - - - - x

**STIPULATION, AGREEMENT AND ORDER BY AND AMONG THE DEBTORS, INTERNATIONAL BUSINESS MACHINES CORPORATION AND IBM CREDIT, LLC REGARDING REJECTION OF EQUIPMENT LEASES, PAYMENT OF MECHANICS' LIEN AND FOR RELATED RELIEF**

This stipulation and agreement (the "Stipulation") is made this 13th day of March, 2009 by and between the debtors and debtors in possession in the above-captioned cases (collectively, "Circuit City" or

the "Debtors")[1] and International Business Machines Cor-

poration and IBM Credit LLC (together, "IBM").   The

Debtors and IBM are collectively referred to herein as

the "Parties".

WHEREAS, on November 10, 2008 (the "Petition

Date"), the Debtors filed voluntary petitions for chap-

ter 11 relief with the United States Bankruptcy Court

for the Eastern District of Virginia (the "Bankruptcy

Court").

WHEREAS, pursuant to sections 1107 and 1108 of

title 11 of the United States Code (the "Bankruptcy

Code"), the Debtors are continuing to manage and operate

their businesses as debtors in possession.

WHEREAS, on January 16, 2009, the Court au-

thorized the Debtors, among other things, to conduct go-

ing-out-of-business sales (the "GOB Sales") at the Debt-

---

[1]   The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc.
(3875), Circuit City Stores West Coast, Inc. (0785), InterTAN,
Inc. (0875), Ventoux International, Inc. (1838), Circuit City
Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Dis-
tribution Company of Virginia, Inc. (2821), Circuit City Proper-
ties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertis-
ing Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Ven-
ture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland
MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC
(3360), and Circuit City Stores PR, LLC (5512).  The address of
Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard,
Westminster, Colorado 80031.  For all other Debtors, the address
is 9950 Mayland Drive, Richmond, Virginia 23233.

ors' remaining 567 stores pursuant to an agency agree-
ment (the "Agency Agreement") between the Debtors and a
joint venture, as agent (the "Agent").  On January 17,
2009, the Agent commenced GOB Sales pursuant to the
Agency Agreement at the Debtors' remaining stores.

WHEREAS, Circuit City and IBM are parties to
those certain Term Lease Master Agreements (the "Master
Lease Agreements"), entered into on December 23, 2005
and April 27, 2007, as amended from time to time and
those certain supplements to the Master Lease Agreements
(each, a "Supplement"), pursuant to which IBM leases
certain point-of-sale and other equipment (the "Equip-
ment") to Circuit City.  Copies of the Master Lease
Agreements are attached hereto as Exhibits 1 and 2.

WHEREAS, pursuant to the Master Lease Agree-
ments and certain of the Supplements, Circuit City
leased Equipment from IBM is stored in a warehouse fa-
cility (the "Warehouse") in LeMars, Iowa (the "Iowa
Equipment").

WHEREAS, the Warehouse is operated by Jacobson
Companies ("Jacobson").  Jacobson has asserted a mechan-
ics' lien (the "Mechanics' Lien") on the equipment,

which the Debtors are storing in the Warehouse, includ-
ing the Iowa Equipment.

WHEREAS, Jacobson is refusing release any of
the equipment in the Warehouse, including the Iowa
Equipment, until the Mechanics' Lien is satisfied.

WHEREAS, due to the Debtors' wind-down of
their businesses, the Debtors no longer have any need
for the Iowa Equipment.

WHEREAS, IBM desires to retrieve the Iowa
Equipment.

WHEREAS, the Debtors desire to reject the Sup-
plements and/or equipment leases (other than any master
leases) related to the Iowa Equipment (the "Iowa Equip-
ment Leases"), including (but not limited to) those Sup-
plements listed on Exhibit 3 attached hereto.

NOW, THEREFORE, intending to be legally bound
hereby, upon order of the Bankruptcy Court as contem-
plated hereby (the "Order"), the Parties hereto stipu-
late as follows:

1.    IBM shall pay to Jacobson an amount nec-
essary to satisfy in full the Mechanics' Lien.

2.    The Iowa Equipment Leases by which IBM
leased the Iowa Equipment to Circuit City, including the

4

Supplements listed on Exhibit 3 attached hereto,[2] shall
be deemed rejected as of March 13, 2009.[3]

3.   IBM hereby waives and forever releases
the Debtors and their estates from any and all claims
(including claims relating to the Mechanics' Lien) for
damages arising from the Debtors' rejection of the Iowa
Equipment Leases, whether or not they are specifically
listed on Exhibit 3,

4.   Upon entry of the Order by the Bankruptcy
Court, this Stipulation shall be binding upon and shall
inure to the benefit of each of the Parties and each of
their respective successors and assigns.

5.   The Bankruptcy Court shall retain exclu-
sive jurisdiction to hear and determine all matters re-
lating to or arising from this Stipulation.

6.   This Stipulation contains the entire
agreement and understanding between the Parties with re-

---

[2]   Exhibit 3 sets forth the list of Iowa Equipment Leases associated
with the Iowa Equipment based on the Debtors' latest information.
However, the Debtors believe that certain Iowa Equipment Leases
associated with the Subject Equipment may have been inadvertently
omitted.  To ensure that all Iowa Equipment Leases are rejected,
the Debtors are seeking to reject all Iowa Equipment Leases for
Iowa Equipment stored in or used at the Warehouse, whether or not
such Iowa Equipment Leases are specifically listed on Exhibit 3.

[3]   To the extent the Debtors have previously rejected any of the
Iowa Equipment Leases, the prior rejection date shall control.

5

spect to the subject matter hereof, and supersedes and

replaces all prior negotiations or proposed agreements,

written or oral.

7.    This Stipulation may be executed in coun-

terparts, each of which shall be deemed to be an origi-

nal, but all of which, together will constitute one and

the same agreement.  This Stipulation may be executed by

facsimile signature which shall have the same force and

effect as an original signature.

IN WITNESS WHEREOF, the Parties have set their
hands in agreement as of the date written above.

**CIRCUIT CITY STORES, INC.**

By:
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636 (302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Circuit City Stores Inc.

**INTERNATIONAL BUSINESS MACHINES CORPORATION and IBM CREDIT, LLC**

By:
SATTERLEE STEPHENS BURKE & BURKE LLP
Christopher R. Belmonte
230 Park Avenue
New York, NY 10169
(212) 404-8725

    -and-

THOMPSONMCMULLAN, P.C.


/s/ Robert Dybing
_____
Robert Dybing (VSB No. 32712)
100 Shockoe Slip
Richmond, Virginia 23219
(804) 698-6248

Counsel to International Business Machines
Corporation and IBM Credit, LLC

**ORDER**

Upon consideration of the foregoing, it is

hereby:

ORDERED, that the Stipulation is hereby ap-

proved in its entirety; and it is further

ORDERED, that this Court shall retain juris-

diction to hear and determine all matters arising from

or related to this Stipulation and Order.

Dated:  Richmond, Virginia
       March __, 2009
     Mar 17 2009

               /s/ Kevin Huennekens
              UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

                    Entered on Docket:  3/17/09

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP

9

One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and
Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

**EXHIBIT 1**

**(December 23, 2005 Master Lease Agreement)**

**EXHIBIT 2**

**(April 27, 2007 Master Lease Agreement)**

**EXHIBIT 3**

**(Iowa Equipment Leases)**

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj          Page 1 of 1               Date Rcvd: Mar 17, 2009
Case: 08-35653               Form ID: pdforder         Total Served: 1

The following entities were served by first class mail on Mar 19, 2009.
aty         +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636

The following entities were served by electronic transmission.
NONE.                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 19, 2009**                              **Signature:**