**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

```
··············································· x
                                              :    Chapter 11
In re:                                        :
                                              :    Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC.,                    :
et al.,                                       :
                                              :
                                              :    Jointly Administered
                 Debtors.¹                    :
                                              :
··············································· x
```

<u>**AFFIDAVIT OF SERVICE**</u>

I, Isidro N. Panizales, being duly sworn according to law, depose and say that I am

employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent

for the Debtors in the above-captioned cases.

On March 12, 2009, copies of the following documents were served via 1) electronic mail

upon the parties set forth on the service lists attached hereto as **<u>Exhibit A</u>**; 2) facsimile upon the

parties set forth on the service lists attached hereto as **<u>Exhibit B</u>**; and 3) overnight mail upon the

parties set forth on the service lists attached hereto as **<u>Exhibit C</u>**:

1.  Notice of Amended Agenda of Matters Scheduled for Hearing on March 13, 2009 at
    12:00 p.m. (Eastern) (Docket No. 2547)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

Dated: March 18, 2009

Isidro N. Panizales

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 18th day of March, 2009, by
Isidro N. Panizales, proved to me on the basis of satisfactory evidence to be the person who
appeared before me.

Signature: Shannon Spencer

SHANNON JOANN SPENCER
Commission # 1676705
Notary Public - California
Los Angeles County
My Comm. Expires Jun 20, 2010

# EXHIBIT A

Circuit City Stores, Inc.
Core Service List

| NAME | ATTENTION | Email |
|---|---|---|
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | bob.duffy@fticonsulting.com<br>steve.coulombe@fticonsulting.com |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | bruce.matson@leclairryan.com |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | dberman@riemerlaw.com |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | dhayes@mcguirewoods.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | gregg.galardi@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | IAN S. FREDERICKS, ESQ. | Ian.Fredericks@skadden.com |
| PACHULSKI STANG ZIEHL & JONES LLP | JEFFREY N POMERANTZ ESQ | jpomerantz@pszjlaw.com |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | kcordry@naag.org |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | lmyers@kirkland.com |
| TAVENNER & BERAN PLC | LYNN L TAVENNER ESQ<br>PAULA S BERAN ESQ | ltavenner@tb-lawfirm.com<br>pberan@tb-lawfirm.com |
| KUTAK ROCK LLP | PETER J. BARRETT | peter.barrett@kutakrock.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ROBERT J FEINSTEIN ESQ | rfeinstein@pszjlaw.com |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | Robert.B.Van.Arsdale@usdoj.gov |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | TIMOTHY G. POHL, ESQ. | tim.pohl@skadden.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Lazer Aptheker Rosella & Yedid PC | Robin S Abramowitz | abramowitz@larypc.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com<br>rhicks@shutts.com |
| Hangley Aronchick Segal & Pudlin | Ashely M Chan Esq | achan@hangley.com |
| Ciardi Ciardi & Astin PC | Albert A Ciardi III Esq<br>Thomas D Bielli Esq | aciardi@ciardilaw.com<br>tbielli@ciardilaw.com |
| Krokidas & Bluestein LLP | Anthony J Cichello Esq | acichello@kb-law.com |
| Franklin & Prokopik PC | Andrew L Cole | acole@fandpnet.com |
| Andrew S Conway Esq | | Aconway@taubman.com |
| The Meiburger Law Firm PC | Janet M Meiburger Esq | admin@meiburgerlaw.com |
| Christian & Barton LLP | Augustus C Epps Jr Esq<br>Michael D Mueller Esq<br>Jennifer M McLemore Esq<br>Noelle M James Esq | aepps@cblaw.com<br>mmueller@cblaw.com<br>jmclemore@cblaw.com<br>njames@cblaw.com |
| Miami Dade County Paralegal Unity | Alberto Burnstein | alberto@miamidade.gov<br>MDTCBKC@miamidade.gov |
| Foster Pepper PLLC | Christopher M Alston | alstc@foster.com |
| K&L Gates LLP | Amy Pritchard Williams | amy.williams@klgates.com |
| Monarch Alternative Capital LP | Andrew Herenstein | Andrew.Herenstein@monarchlp.com |
| Vonage Holdings Inc | Angelique Electra | angelique.electra@vonage.com |
| DLA Piper LLP | Anne Braucher Esq | anne.braucher@dlapiper.com |
| Greenberg Traurig LLP | Daniel J Ansell Esq<br>Heath B Kushnick Esq | AnsellD@GTLaw.com<br>kushnickh@gtlaw.com |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda<br>Yolanda Humphrey | arlbank@pbfcm.com<br>ebanda@pbfcm.com<br>yhumphrey@pbfcm.com |
| Lindquist Kleissler & Company LLC | Arthur Lindquist Kleissler | arthurlindquistkleissler@msn.com |
| Culbert & Schmitt PLLC | Ann E Schmitt | aschmitt@culbert-schmitt.com |
| Noland Hamerly Etienne & Hoss PC | Anne Secker Esq<br>Lisa K Omori | asecker@nheh.com |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | austin.bankruptcy@publicans.com |
| Hunton & Williams LLP | Benjamin C Ackerly<br>JR Smith<br>Henry Toby P Long III | backerly@hunton.com<br>jrsmith@hunton.com<br>hlong@hunton.com |
| Kern County Treasurer and Tax Collector Office | Angelica Leon | bankruptcy@co.kern.ca.us |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Morrison Cohen LLP | Michael R Dal Lago Esq | bankruptcy@morrisoncohen.com |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | batteberry@mdea.com |
| Arnold Gallagher Saydack Percell Roberts & Potter PC | Bradley S Copeland | bcopeland@agsprp.com |
| Loudoun County Attorney | John R Roberts Belkys Escobar | Belkys.Escobar@loudoun.gov |
| Linowes and Blocher LLP | Bradford F Englander Esq Brian M Nestor Esq | benglander@linowes-law.com bnestor@linowes-law.com |
| Clement & Wheatley | Darren W Bentley Esq | bentleyd@clementwheatley.com |
| Greenberg Traurig LLP | Howard J Berman Esq | bermanH@gtlaw.com |
| Mullins Riley & Scarborough LLP | Betsy Johnson Burn | betsy.burn@nelsonmullins.com |
| Smith Gambrell & Russell LLP | Brian P Hall Esq | bhall@sgrlaw.com |
| Brian T Hanlon | | bhanlon@pbcgov.org |
| Hamilton Beach Brands Inc | Bill Ray | bill.ray@hamiltonbeach.com |
| Moldo Davidson Fraioli Seror & Sestanovich LLP | Byron Z Moldo Kenneth Miller Esq | bmoldo@mdfslaw.com kmiller@mdfslaw.com |
| Office of Joe G Tedder CFC | Bonnie Holly | bonnieholly@polktaxes.com |
| Borges & Associates LLC | Wanda Borges Esq | borgeslawfirm@aol.com |
| Troutman Sanders LLP | Bradfute W Davenport Jr | bradfute.davenport@troutmansanders.com |
| Katten Muchin Rosenman LLP | c o Brian D Huben c o Thomas J Leanse c o Dustin P Branch | brian.huben@kattenlaw.com dustin.branch@kattenlaw.com thomas.leanse@kattenlaw.com |
| Arent Fox LLP | Timothy F Brown Esq Mary Joanne Dowd Esq Christopher J Giaimo Esq | brown.timothy@arentfox.com dowd.mary@arentfox.com giaimo.christopher@arentfox.com |
| LeClairRyan A Professional Corporation | Bruce H Matson | Bruce.Matson@leclairryan.com |
| Quarles & Brady LLP | Brian Sirower Esq Lori L Winkelman Esq Catherine M Guastello Esq | bsirower@quarles.com lwinkelm@quarles.com cguastel@quarles.com |
| Vinson & Elkins LLP | William L Wallander Angela B Degeyter | bwallander@velaw.com adegeyter@velaw.com |
| Mesch Clark & Rothschild PC | Brenda Moody Whinery Esq | bwhinery@mcrazlaw.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Sheppard Mullin Richter & Hampton LLC | Blanka Wolfe<br>Margaret Mann | bwolfe@sheppardmullin.com<br>Mmann@sheppardmullin.com |
| Carter Ledyard & Milburn LLP | Aaron R Cahn | cahn@clm.com |
| Laurin & Associates | Paul J Laurin Esq<br>Stephen M Astor Esq | CalendarClerk@laurinlawfirm.com. |
| Miami Dade County Attorneys Office | Erica S Zaron | cao.bkc@miamidade.gov |
| Regency Centers | Catherine L Strauss | catherinestrauss@regencycenters.com |
| Acxiom Corporation | C B Blackard III | cbblac@acxiom.com |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte Esq<br>Pamela A Bosswick Esq<br>Abigail Snow Esq | cbelmonte@ssbb.com<br>pbosswick@ssbb.com<br>asnow@ssbb.com |
| Winthrop & Weinstine PA | Christopher A Camardello | ccamardello@winthrop.com |
| Buchalter Nemer A Professional Corporation | Craig C Chiang Esq<br>Shawn M Christianson Esq | cchiang@buchalter.com<br>schristianson@buchalter.com |
| Nixon Peabody LLP | Dennis J Drebsky<br>Christopher M Desiderio | cdesiderio@nixonpeabody.com |
| McCarter & English LLP | Clement J Farley<br>Angela Sheffler Abreu | cfarley@mccarter.com<br>aabreu@mccarter.com |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos Esq<br>Charles W Chotvacs Esq | cgp@ballardspahr.com<br>chotvacsc@ballardspahr.com |
| Quarles & Brady LLP | Catherine M Guastello Esq | cguastel@quarles.com |
| City of Fort Worth Sr Assistant City Attorney | Christopher B Mosley | Chris.Mosley@fortworthgov.org |
| Attorney General of New Jersey | Anne Milgram | citizens.services@lps.state.nj.us |
| Recovery Management Systems Corp | Ramesh Singh | claims@recoverycorp.com |
| Goulston & Storrs PC | Christine D Lynch Esq<br>Peter D Bilowz Esq | clynch@goulstonstorrs.com<br>pbilowz@goulstonstorrs.com |
| Magee Foster Goldstein & Sayers PC | A Carter Magee Jr<br>W Joel Charboneau | cmagee@mfgs.com<br>jcharboneau@mfgs.com |
| Squire Sanders & Dempsey LLP | G Christopher Meyer | cmeyer@ssd.com |
| Palmer Law Firm Inc | R Chase Palmer | cpalmerplf@gmail.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Glass & Reynolds | David G Reynolds Esq | dave@glassandreynolds.com |
| Moore & Van Allen PLLC | David B Wheeler Esq | davidwheeler@mvalaw.com |
| Riemer & Braunstein LLP | David S Berman | Dberman@riemerlaw.com |
| Chiariello & Chiariello | Dominic L Chiariello | dc@chiariello.com |
| Jackson & Campbell PC | David H Cox Esq | dcox@jackscamp.com |
| | John J Matteo Esq | jmatteo@jackscamp.com |
| Cole Schotz Meisel Dean & Leonard PA | G David Dean Esq | ddean@coleschotz.com |
| Cook Heyward Lee Hopper & Feehan PC | David D Hopper Esq | ddhopper@chlhf.com |
| Office of the Attorney General | Denise Mondell | Denise.Mondell@po.state.ct.us |
| Weiss Serota Helfman Pastoriza Cole & Boniske PL | Douglas R Gonzales | dgonzales@wsh-law.com |
| The Law Offices of David A Greer PLC | David A Greer Esq | dgreer@davidgreerlaw.com |
| Vinson & Elkins LLP | David E Hawkins | dhawkins@velaw.com |
| Neuberger Quinn Gielen Rubin & Gibber PA | Deborah H Devan Esq | dhd@nqgrg.com |
| Morris Manning & Martin LLP | David W Cranshaw Esq | dhp@mmmlaw.com |
| Duane Morris LLP | Rudolph J Di Massa Jr Esq | DiMassa@duanemorris.com |
| | Matthew E Hoffman Esq | MEHoffman@duanemorris.com |
| | Lauren Lonergan Taylor Esq | LLTaylor@duanemorris.com |
| | Matthew E Hoffman Esq | MEHoffman@duanemorris.com |
| Robinson Diamant & Wolkowitz | Douglas D Kappler Esq | dkappler@rdwlawcorp.com |
| Arnall Golden Gregory LLP | Darryl S Laddin | dladdin@agg.com |
| | Frank N White | frank.white@agg.com |
| Brown Connery LLP | Donald K Ludman | dludman@brownconnery.com |
| Wolff Hill McFarlin & Herron PA | David R McFarlin Esq | dmcfarlin@whmh.com |
| Jeffer Mangels Butler & Marmaro LLP | David M Poitras PC | dpoitras@jmbm.com |
| McSweeney Crump Childress & Temple PC | David R Ruby Esq | druby@mcsweeneycrump.com |
| Munsch Hardt Kopf & Harr PC | Davor Rukavina Esq | drukavina@munsch.com |
| Duane Morris LLP | Denyse Sabagh | dsabagh@duanemorris.com |
| McDowell Rice Smith & Buchanan PC | Donald G Scott | dscott@mcdowellrice.com |
| Cantor Arkema PC | David K Spiro Esq | dspiro@cantorarkema.com |
| | Neil E McCullagh Esq | nmccullagh@cantorarkema.com |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | eagle.sara@pbgc.gov |
| | | efile@pbgc.gov |
| Saul Ewing LLP | Edith K Altice Esq | ealtice@saul.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Weltman Weinberg & Reis Co LPA | Scott D Fink | ecfndoh@weltman.com |
| Stein & Lubin LLP | Eugene Chang | echang@steinlubin.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| Hunton & Williams LLP | J Eric Crupi | ecrupi@hunton.com |
| Missouri Department of Revenue | Attn Richard M Maseles | edvaecf@dor.mo.gov |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | efriedman@friedumspring.com |
| Stutman Treister & Glatt PC | Eric D Goldberg | egoldberg@stutman.com |
| Stempel Bennett Claman & Hochberg PC | Edmond P O Brien Esq | eobrien@sbchlaw.com |
| K&L Gates LLP | Eric C Rusnak | eric.rusnak@klgates.com |
| Bewley Lassleben & Miller LLP | Ernie Zachary Park | ernie.park@bewleylaw.com |
| Weycer Kaplan Pulaski & Zuber PC | Edward L Rothberg | erothberg@wkpz.com |
| | Jessica L Hickford | jhickford@wkpz.com |
| Siller Wilk LP | Eric J Snyder | esnyder@sillerwilk.com |
| Panattoni Law Firm | Fredric Albert | falbert@czmlaw.com |
| Quarles & Brady LLP | Faye B Feinstein Esq | fbf@quarles.com |
| | Christopher Combest Esq | ccombest@quarles.com |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | fbr@robinsonbrog.com |
| Bartlett Hackett Feinberg PC | Frank F McGinn | ffm@bostonbusinesslaw.com |
| Bronwen Price | Gail B Price Esq | gail@bronwenprice.com |
| Weil Gotshal & Manges LLP | Gary T Holtzer Esq | gary.holtzer@weil.com |
| | Joseph W Gelb Esq | joseph.gelb@weil.com |
| Envision Peripherals Inc | Gay Richey Sr Credit Manager | gay@epius.com |
| Michael A Cardozo | Gabriela P Cacuci Esq | gcacuci@law.nyc.gov |
| Siegfried Bingham Levy Selzer & Gee | Gary V Fulghum | gfulghum@sblsg.com |
| Hodgson Russ LLP | Garry M Graber Esq | Ggraber@HodgsonRuss.com |
| Tennessee Department of Revenue | TN Attorney Generals Office | Gina.Hantel@ag.tn.gov |
| Roussos Lassiter Glanzer & Marcus PLC | Lawrence H Glanzer Esq | glanzer@rlglegal.com |
| Howard Rice Nemerovski Canady Falk & Rabkin | Gary M Kaplan Esq | gmkaplan@howardrice.com |
| Procopio Cory Hargreaves & Savitch LLP | Gerald P Kennedy | gpk@procopio.com |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | graicht@mwe.com |
| The Arapahoe County Treasurer | George Rosenberg Esq | grosenberg@co.arapahoe.us jholmgren@co.arapahoe.co.us |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Schnader Harrison Segal & Lewis LLP | Gordon S Woodward Esq | gwoodward@schnader.com |
| Finn Dixon & Herling LLP | Henry P Baer Jr Esq | hbaer@fdh.com |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | hdawson@kkgpc.com |
| Troutman Sanders LLP | Hollace Topol Cohen | hollace.cohen@troutmansanders.com |
|  | Vivieon E Kelley | vivieon.kelley@troutmansanders.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@publicans.com |
| Jaspan Schlesinger LLP | Hale Yazicioglu Esq | hyazicioglu@jaspanllp.com |
| Landsberg Margulies LLP | Ian S Landsberg Esq | ilandsberg@lm-lawyers.com |
| Haynes and Boone LLP | Jason Binford | jason.binford@haynesboone.com |
| Jay T Blount |  | jay.blount@dcsg.com |
| Jones Day | Jeffrey B Ellman | jbellman@jonesday.com |
|  | Brett J Berlin | bjberlin@jonesday.com |
| Polsinelli Shalton Flanigan Suelthaus PC | James E Bird | jbird@polsinelli.com |
|  | Amy E Hatch | ahatch@polsinelli.com |
| Cox Castle & Nicholson LLP | Jess R Bressi Esq | jbressi@coxcastle.com |
| Querrey & Harrow Ltd | John M Brom | jbrom@querrey.com |
| Osler Hoskin & Hardcourt LLP | Jeremy Dacks | jdacks@osler.com |
|  | Marc S Wasserman | mwasserman@osler.com |
| Stinson Morrison Hecker LLP | Jaime S Dibble | |
|  | Katherine M Sutcliffe | jdibble@stinson.com |
|  | Becker | kbecker@stinson.com |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | jdoran@haslaw.com |
| Missouri Attorney General Office | Chris Koster | |
|  | Jeff Klusmeier | Jeff.Klusmeier@ago.mo.us |
| Carmody MacDonald PC | John E Hilton | jeh@carmodymacdonald.com |
| Leitess Leitess Friedberg & Fedder PC | Jeremy S Friedberg Esq | jeremy.friedberg@llff.com |
|  | Gordon S Young Esq | gordon.young@llff.com |
| Frank Gecker LLP | Joseph D Frank | |
|  | Jeremy C Kleinman | jfrank@fgllp.com |
| Hamburg Karic Edwards & Martin LLP | J Bennett Friedman Esq | jfriedman@hkemlaw.com |
| Akin Gump Strauss Hauer & Feld LLP | Jonathan L Gold | jgold@akingump.com |
|  | Mary A House | mhouse@akingump.com |
|  | Catherine E Creely | ccreely@akingump.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| | H Jason Gold Esq | jgold@wileyrein.com |
| | Dylan G Trache Esq | dtrache@wileyrein.com |
| | Rebecca L Saitta Esq | rsaitta@wileyrein.com |
| | Valerie P Morrison Esq | vmorrison@wileyrein.com |
| Wiley Rein LLP | Dylan G Trache Esq | dtrache@wileyrein.com |
| Taft Stettinius & Hollister LLP | Jeffrey J Graham | jgraham@taftlaw.com |
| | Jessica Hughes Esq | jhughes@seyfarth.com |
| | Rhett Petcher Esq | rpetcher@seyfarth.com |
| Seyfarth Shaw LLP | Alexander Jackins | ajackins@seyfarth.com |
| Ford Parshall & Baker | Jordan M Humphreys | jhumphreys@fpb-law.com |
| Weingarten Realty Investors | Jenny J Hyun Esq | jhyun@weingarten.com |
| Holland & Knight LLP | James H Rollins | jim.rollins@hklaw.com |
| Core Properties Inc | James Donaldson | jim@coreproperties.com |
| Greenberg Glusker Fields Claman & Machtinger LLP | Jeffrey A Krieger Esq | jkrieger@ggfirm.com |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Jeffrey Kurtzman Esq | jkurtzma@klehr.com |
| Carlton Fields PA | John J Lamoureux Esq | jlamoureux@carltonfields.com |
| Ball Janik LLP | Justin D Leonard | jleonard@balljanik.com |
| McKenna Long & Aldridge LLP | John G McJunkin Esq | jmcjunkin@mckennalong.com |
| | John G McJunkin Esq | jmcjunkin@mckennalong.com |
| McKenna Long & Alridge LLP | J David Folds | dfolds@mckennalong.com |
| McKay Burton & Thurman | Joel T Marker | joel@mbt-law.com |
| John Marshall Collins PC | John Marshall Collins Esq | johnlaw@gmail.com |
| Khang & Khang LLP | Joon M Khang | joon@khanglaw.com |
| Latham  Watkins LLP | Josef S Athanas | josef.athanas@lw.com |
| | James A Pardo Jr | jpardo@kslaw.com |
| King & Spalding LLP | Thaddeus D Wilson | thadwilson@kslaw.com |
| Saul Ewing LLP | Jeremy W Ryan Esq | jryan@saul.com |
| J Scott Douglass | | jsdlaw@msn.com |
| | Jeffrey L Tarkenton | jtarkenton@wcsr.com |
| Womble Carlyle Sandridge & Rice PLLC | Todd D Ross | toross@wcsr.com |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | jvlombardi@rossbanks.com |
| Wagner Choi & Verbrugge | James A Wagner Esq | jwagner@wcelaw.com |
| PriceGrabber com Inc | Katerina Canyon | katerina@pricegrabber.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq<br>Christina M Thompson Esq | kbifferato@cblh.com<br>cthompson@cblh.com |
| Bernstein Law Firm PC | Stacey Suncine<br>Kirk B Burkley | kburkley@bernsteinlaw.com |
| Kelley Drye & Warren LLP | James S Carr Esq<br>Robert L LeHane Esq | KDWBankruptcyDepartment@kelleydrye.com |
| Blank Rome LLP | Regina Stango Kelbon Esq<br>John Lucian Esq | Kelbon@blankrome.com<br>Lucian@blankrome.com |
| Allen & Overy LLP | Ken Coleman | ken.coleman@allenovery.com |
| Wolff & Samson PC | Karen L Gilman Esq | kgilman@wolffsamson.com |
| Trout Jones Gledhill Fuhrman PA | Kimbell D Gourley | kgourley@idalaw.com |
| Reed Smith LLP | Kurt F Gwynne Esq<br>Kathleen A Murphy Esq | kgwynne@reedsmith.com<br>kmurphy@reedsmith.com |
| Whiteford Taylor Preston LLP | Kevin G Hroblak Esq | khroblak@wtplaw.com |
| Bricker & Eckler LLP | Kenneth C Johnson<br>Andria M Beckham | kjohnson@bricker.com<br>abeckham@bricker.com |
| Pentiuk Couvreur & Kobiljak PC | Kurt M Kobiljak | kkobiljak@pck-law.com |
| Cooley Godward Kronish LLP | Gregg S Kleiner | kleinergs@cooley.com |
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | knewman@menterlaw.com |
| McDermott Will & Emery LLP | Karla L Palmer Esq | kpalmer@mwe.com |
| Nicholls & Crampton PA | Kevin L Sink | ksink@nichollscrampton.com |
| Venable LLP | Lawrence A Katz<br>Kristen E Burgers | lakatz@venable.com<br>keburgers@venable.com |
| Carroll & Carroll PLLC | Scott P Carroll Esq | lawcarroll@aol.com |
| Linda J Brame | | lbrame@winterslaw.com |
| Schreeder Wheeler & Flint LLP | Lawrence S Burnat Esq<br>J Carole Thompson Hord Esq | lburnat@swfllp.com<br>chord@swfllp.com |
| Wise DelCotto PLLC | Laura Day DelCotto Esq<br>Allison Fridy Arbuckle Esq | ldelcotto@wisedel.com<br>aarbuckle@wisedel.com |
| Enterprise Asset Management Inc | Lee Sudakoff | Lee.Sudakoff@eassets.com |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Lei Lei Wang Ekvall Esq | lekvall@wgllp.com |
| Wyatt Tarrant & Combs LLP | John P Brice | lexbankruptcy@wyattfirm.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Hewitt & O Neil LLP | Lawrence J Hilton | lhilton@hewittoneil.com |
| Orange Grove Properties | Linda Taylor | linda@tayloruns.com |
| Magruder Cook Carmody & Koutsouftikis | Anne M Magruder Esq<br>Leon Koutsouftikis Esq | lkouts@magruderpc.com |
| Sony Electronics Inc | Lloyd B Sarakin | lloyd.sarakin@am.sony.com |
| Duane Morris LLP | Lauren Lonergan Taylor<br>Matthew E Hoffman | lltaylor@duanemorris.com<br>mehoffman@duanemorris.com |
| Hatch Allen & Shepherd PA | Leslie D Maxwell Esq | lmaxwell@hatchlaw.com |
| Empire Blue Cross Blue Shield | Louis Benza Esq | louis.benza@empireblue.com |
| Lionel J Postic PC | Lionel J Postic Esq | lpostic@mindspring.com<br>aarusso@mindspring.com |
| Gary & Regenhardt PLLC | Linda D Regenhardt | lregenhardt@garyreg.com |
| Levy Stopol & Camelo LLP | Larry Stopol Esq | lstopol@levystopol.com |
| K&L Gates LLP | Marc Barreca | marc.barreca@klgates.com<br>bankruptcyecf@klgates.com |
| Smith Moore Leatherwood LLP | F Marion Hughes | marion.hughes@smithmoorelaw.com |
| Stromberg & Associates PC | Mark Stromberg | mark@stromberglawfirm.com |
| Taxing Authority Consulting Services PC | Mark K Ames<br>Jeffrey Scharf | mark@taxva.com |
| Righetti Law Firm PC | Matthew Righetti | matt@righettilaw.com<br>erin@righettilaw.com |
| Womble Carlyle Sandridge & Rice PLLC | Michael Busenkell | mbusenkell@wcsr.com |
| Gibbons PC | Mark B Conlan Esq | mconlan@gibbonslaw.com |
| Hirschler Fleischer PC | Michael P Falzone Esq<br>Sheila deLa Cruz Esq<br>Robert S Westermann | mfalzone@hf-law.com<br>sdelacruz@hf-law.com<br>rwestermann@hf-law.com |
| Ravich Meyer Kirkman McGrath Nauman & Tansey PA | Michael F McGrath Esq | mfmcgrath@ravichmeyer.com |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox Esq<br>Frederick J Levy Esq | mfox@olshanlaw.com<br>flevy@olshanlaw.com |
| Hunton & Williams LLP | Michael S Held Esq | mheld@hunton.com |
| Kutak Rock LLP | Michael A Condyles Esq<br>Loc Pfeiffer Esq<br>Peter J Barrett Esq<br>Kimberly A Pierro | michael.condyles@kutakrock.com<br>loc.pfeiffer@kutakrock.com<br>peter.barrett@kutakrock.com<br>kimberly.pierro@kutakrock.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Schulte Roth & Zabel LLP | Michael L Cook | michael.cook@srz.com |
| | David M Hillman | david.hillman@srz.com |
| | Meghan M Breen | meghan.breen@srz.com |
| Binder & Malter LLP | Michael W Malter Esq | michael@bindermalter.com |
| | Julie H Rome Banks Esq | julie@bindermalter.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Frost Brown Todd LLC | Michael J O Grady Esq | mjogrady@fbtlaw.com |
| Ervin Cohen & Jessup LLP | Michael S Kogan | mkogan@ecjlaw.com |
| | Kenneth Miller Esq | Kmiller@ecjlaw.com |
| Travelers | Mike Lynch | mlynch2@travelers.com |
| Barnes & Thornburg LLP | Michael K McCrory Esq | mmccrory@btlaw.com |
| Vorys Sater Seymour and Pease LLP | Malcolm M Mitchell Jr | mmmitchell@vorys.com |
| | Suparna Banerjee | sbanerjee@vorys.com |
| | Kara D Lehman | kdlehman@vorys.com |
| McDonough Holland & Allen PC | Mary E Olden Esq | molden@mhalaw.com |
| | Andre K Campbell Esq | acampbell@mhalaw.com |
| | Sean Thomas Thompson Esq | sthompson@mhalaw.com |
| Connolly Bove Lodge & Hutz LLP | Min Park Esq | mpark@cblh.com |
| McCreary Veselka Bragg & Allen PC | Michael Reed | mreed@mvbalaw.com |
| Polsinelli Shalton Flanigan Suelthaus PC | Michael F Ruggio | mruggio@polsinelli.com |
| O Melveny & Myers LLP | Michael J Sage Esq | msage@omm.com |
| | Karyn B Zeldman Esq | kzeldman@omm.com |
| Michael J Sawyer | Quincy Ctr Plaza | msawyer@stopandshop.com |
| Macdermid Reynolds & Glissman PC | Michael S Stiebel | mstiebel@mrglaw.com |
| Klee Tuchin Bogdanoff & Stern LLP | Michael L Tuchin | mtuchin@ktbslaw.com |
| Gust Rosenfeld PLC | Madeleine C Wanslee | mwanslee@gustlaw.com |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | Mweitzman@beankinney.com |
| Walter Wilhelm Law Group | Michael L Wilhelm Esq | mwilhelm@W2LG.com |
| Saiber LLC | Nancy A Washington Esq | naw@saiber.com |
| Young Goldman & Van Beek PC | Neil P Goldman Esq | ngoldman@ygvb.com |
| | John P Van Beek Esq | |
| Morgan Lewis & Bockius LLP | Neil E Herman Esq | nherman@morganlewis.com |
| | Menachem O Zelmanovitz Esq | mzelmanovitz@morganlewis.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Trainor Fairbrook | Nancy Hotchkiss Esq | nhotchkiss@trainorfairbrook.com |
| Neal Gerber Eisenberg LLP | Nicholas M Miller | nmiller@ngelaw.com |
| Miller & Martin PLLC | Nicholas W Whittenburg | nwhittenburg@millermartin.com |
| Spilman Thomas & Battle PLLC | Paul M Black Esq | pblack@spilmanlaw.com |
| Donchess Notinger & Tamposi | Peter N Tamposi | Peter@dntpc.com <br> nontrustee@dntpc.com |
| Akin Gump Strauss Hauer & Feld LLP | Peter J Gurfein | pgurfein@akingump.com |
| MercerTrigiani LLP | Philip C Baxa Esq | phil.baxa@mercertrigiani.com |
| Dilworth Paxson LLP | Peter C Hughes Esq | phughes@dilworthlaw.com |
| Receivable Management Services | Phyllis A Hayes | Phyllis.Hayes@rmsna.com |
| Kaufman & Canoles | Paul K Campsen Esq | pkcampsen@kaufcan.com |
| Ballard Spahr Andrews & Ingersoll LLP | David L Pollack Esq <br> Jeffrey Meyers Esq <br> Jesse N Silverman Esq | pollack@ballardspahr.com <br> meyers@ballardspahr.com <br> silvermanj@ballardspahr.com |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | ppascuzzi@ffwplaw.com |
| Sands Anderson Marks & Miller PC | C Thomas Ebel Esq <br> William A Gray Esq <br> Peter M Pearl Esq <br> Lisa Taylor Hudson Esq | ppearl@sandsanderson.com <br> lhudson@sandsanderson.com <br> bgray@sandsanderson.com <br> tebel@sandsanderson.com |
| Southwinds Ltd | Paul Resnick | pr@southwindsltd.com |
| Herrick Feinstein LLP | Paul Rubin | prubin@herrick.com |
| Caparra Center Associates SE | Penny R Stark Esq | pstarkesq@yahoo.com |
| Robinson & Cole | Peter E Strniste <br> Patrick M Birney | pstrniste@rc.com <br> pbirney@rc.com |
| Jorden Burt LLP | Raul A Cuervo | rac@wdc.jordenusa.com |
| Oppenheimer Blend Harrison & Tate Inc | Raymond W Battaglia | Rbattaglia@obht.com |
| Stites & Harbison PLLC | Ron C Bingham II | rbingham@stites.com |
| The Cafaro Company | Richard T Davis | rdavis@cafarocompany.com |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | rdremluk@seyfarth.com |
| Gleason Dunn Walsh & O Shea | Ronald G Dunn Esq | rdunn@gdwo.net |
| Thompson McMullan PC | Robert A Dybing <br> Robert R Musick | rdybing@t-mlaw.com <br> bmusick@t-mlaw.com |
| State of Michigan Department of Treasury | Michael A Cox <br> Victoria A Reardon | ReardonV@michigan.gov |
| Pennsylvania Dept of Revenue | Robert C Edmundson | redmundson@attorneygeneral.gov |

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Friedlander Misler PLLC | Robert E Greenberg Esq<br>Thomas F Murphy Esq | rgreenberg@dclawfirm.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Troutman Sanders LLP | 1660 International Dr Ste 600 | richard.hagerty@troutmansanders.com |
| Holland & Knight LLP | Richard E Lear | richard.lear@hklaw.com |
| Law Offices of Ronald K Brown Jr | Ronald K Brown Jr | rkbgwhw@aol.com |
| Broad and Cassel | Roy S Kobert Esq | rkobert@broadandcassel.com |
| Donahue Gallagher Woods LLP | William R Hill<br>Eric A Handler | rock@donahue.com<br>ehandler@donahue.com |
| Romero Law Firm | Martha E Romero | romero@mromerolawfirm.com |
| Posternak Blankstein & Lund LLP | Robert Somma Esq<br>Laura A Otenti Esq | rsomma@pbl.com<br>lotenti@pbl.com |
| Schenk Annes Brookman & Tepper Ltd | Robert D Tepper Esq | rtepper@sabt.com |
| Durrette Bradshaw PLC | Roy M Terry Jr Esq<br>John C Smith Esq<br>Elizabeth L Gunn Esq | rterry@durrettebradshaw.com<br>jsmith@durrettebradshaw.com<br>egunn@durrettebradshaw.com |
| Ronald M Tucker Esq | | rtucker@simon.com |
| Canon USA Inc | Ruth Weinstein | rweinstein@cusa.canon.com |
| Hunton & Williams LLP | Robert S Westermann Esq | rwestermann@hunton.com |
| Elliott Greenleaf | Rafael X Zahralddin Aravena<br>Neil R Lapinski | rxza@elliottgreenleaf.com<br>nrl@elliottgreenleaf.com |
| Lim Ruger & Kim LLP | Samuel S Oh Esq | sam.oh@limruger.com |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | sanantonio.bankruptcy@publicans.com |
| Sonnenschein Nath & Rosenthal LLP | Sara L Chenetz Esq | schenetz@sonnenschein.com |
| Honigman Miller Schwartz and Cohn LLP | Seth A Drucker Esq<br>Adam K Keith Esq<br>Joseph R Sgroi Esq | sdrucker@honigman.com<br>akeith@honigman.com<br>jsgroi@honigman.com |
| Miller Canfield Paddock and Stone PLC | John L Senica | senica@millercanfield.com |
| Law Office of Robert E Luna PC | Andrea Sheehan | sheehan@txschoollaw.com |
| US Securities and Exchange Commission | Susan R Sherrill Beard | sherrill-beards@sec.gov |
| Stevens & Lee PC | Steven J Adams Esq | sja@stevenslee.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Goodwin & Goodwin LLP | Suzanne Jett Trowbridge | sjt@goodwingoodwin.com |
| Hofheimer Gartlir & Gross LLP | Scott R Kipnis Esq | skipnis@hgg.com |
| | Rachel N Greenberger Esq | rgreenberger@hgg.com |
| | Nicholas B Malito Esq | nmalito@hgg.com |
| Lehnhardt & Lehnhardt LLC | Detlef G Lehnhardt | |
| | Stephen K Lehnhardt | skleh@lehnardt-law.com |
| Leach Travell Britt PC | Stephen E Leach Esq | sleach@ltblaw.com |
| | D Marc Sarata Esq | msarata@ltblaw.com |
| Jones Day | Sheila L Shadmand Esq | slshadmand@jonesday.com |
| Shulman Rogers Gandal Pordy & Ecker PA | Stephen A Metz Esq | smetz@srgpe.com |
| | Courtney R Sydnor Esq | ggrant@srgpe.com |
| | Gregory D Grant Esq | csydnor@srgpe.com |
| Katsky Korins LLP | Steven H Newman Esq | snewman@katskykorins.com |
| County of Henrico Attorneys Office | Rhysa Griffith South Esq | Sou06@co.henrico.va.us |
| Orrick Herrington & Sutcliffe LLP | Scott A Stengel Esq | sstengel@orrick.com |
| | Jonathan P Guy Esq | jguy@orrick.com |
| Womac & Associates | Brian D Womac | Stacey@brianwomac.com |
| | Stacy Kremling | brianwomac@aol.com |
| Phillips Goldman & Spence PA | Stephen W Spence Esq | sws@pgslaw.com |
| | Scott L Adkins Esq | sla@pgslaw.com |
| Kupelian Ormond & Magy PC | Terrance A Hiller Jr Esq | tah@kompc.com |
| | David M Blau Esq | dmb@kompc.com |
| Oklahoma County Treasurer | Tammy Jones Pro Se | tammik@oklahomacounty.org |
| Greer Herz & Adams LLP | Frederick Black | |
| | Tara B Annweiler | tannweiler@greerherz.com |
| Madison County Alabama Tax Collector | Lynda Hall | taxcol@co.madison.al.us |
| | | swells@co.madison.al.us |
| Farrell Fritz PC | Ted A Berkowitz | tberkowitz@farrellfritz.com |
| Office of Unemployment Compensation Tax Services | Timothy A Bortz | tbortz@state.pa.us |
| Patton Boggs LLP | R Timothy Bryan | tbryan@pattonboggs.com |
| | Alan M Noskow | anoskow@pattonboggs.com |
| Nelson Mullins Riley & Scarborough LLP | Terri L Gardner | terri.gardner@nelsonmullins.com |
| | Anitra Goodman Royster | anitra.royster@nelsonmullins.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
| --- | --- | --- |
| Pima County Attorney Civil Division | German Yusufov | terri.roberts@pcao.pima.gov |
| | Terri A Roberts | german.yusufov@pcao.pima.gov |
| | Timothy W Brink Esq | timothy.brink@dlapiper.com |
| | Forrest Lammiman | forrest.lammiman@dlapiper.com |
| DLA Piper LLP | Ann Marie Bredin Esq | ann.bredin@dlapiper.com |
| Thomas G King | | tking@kech.com |
| Bracewell & Giuliani LLP | William A Trey Wood III | Trey.Wood@bgllp.com |
| Reed Smith LLP | Travis A Sabalewski Esq | tsabalewski@reedsmith.com |
| Gregory Kaplan PLC | Troy Savenko Esq | tsavenko@gregkaplaw.com |
| | William H Schwarzschild III | tschwarz@williamsmullen.com |
| Williams Mullen | W Alexander Burnett | aburnett@williamsmullen.com |
| Vorys Sater Seymour and Pease LLP | Tiffany Strelow Cobb Esq | tscobb@vssp.com |
| Lowenstein Sandler PC | Vincent A D Agostino Esq | vdagostino@lowenstein.com |
| IBM Corporation | Vicky Namken | vnamken@us.ibm.com |
| Kepley Broscious & Biggs PLC | William A Broscious Esq | wbroscious@kbbplc.com |
| | William D Buckner | wbuckner@bamlaw.net |
| Buckner Alani & Mirkovich | Catherine J Weinberg | cweinberg@bamlaw.net |
| | William H Casterline Jr Esq | wcasterlinejr@bklawva.com |
| Blankingship & Keith PC | Jeremy B Root Esq | jroot@bklawva.com |
| Powell Goldstein LLP | William C Crenshaw Esq | wcrenshaw@pogolaw.com |
| Four Star International Trade | Wendy M Mead PC | wendymeadpc@verizon.net |

Email List

Circuit City Stores, Inc.

Agenda Parties

| Name | Notice Name | Email |
|---|---|---|
| Gregory Kaplan PLC | Troy Savenko | tsavenko@gregkaplaw.com |
| | Leslie A Skiba | lskiba@gregkaplaw.com |
| Choate Hall & Stewart LLP | John F Ventola Esq | jventola@choate.com |
| | Sean M Monahan Esq | smonahan@choate.com |
| Bean Kinney & Korman PC | Mitchell B Weitzman | Mweitzman@beankinney.com |
| Sands Anderson Marks & Miller PC | William A Gray Esq | bgray@sandsanderson.com |
| | Lisa Taylor Hudson Esq | lhudson@sandsanderson.com |
| Zeisler & Zeisler PC | James G Verrillo | jverrillo@zeislaw.com |
| Kutak Rock LLP | Peter J Barrett | Peter.Barrett@KutakRock.com |
| | Kimberly A Pierro | Kimberly.Pierro@KutakRock.com |
| Kutak Rock LLP | Jeffrey T Wegner | Jeffrey.Wegner@KutakRock.com |
| Joe G Tedder | Tax Collector for Polk County Florida | bankruptcynoticing@polktaxes.com |
| Young Goldman & Van Beek PC | Neil D Goldman Esq | ngoldman@ygvb.com |
| | John P Van Beek Esq | jvanbeek@ygvb.com |
| Sherman & Howard LLC | Peter Cal Esq | pcal@shermanhoward.com |
| Troutman Sanders LLP | Richard E Hagerty | richard.hagerty@troutmansanders.com |
| Cavazos Hendricks Poirot & Smitham PC | Charles B Hendricks | chuckh@chfirm.com |
| | Lyndel Anne Mason | Lmason@chfirm.com |
| McNamee Hosea et al | Craig M Palik | cpalik@mhlawyers.com |
| Hirschler Fleischer PC | Robert S Westermann | rwestermann@hf-law.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com |
| Seyfarth Shaw LLP | Rhett Petcher | rpetcher@seyfarth.com |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | rdremluk@seyfarth.com |
| Williams Mullen | Paul S Bliley Jr | pbliley@williamsmullen.com |
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | knewman@menterlaw.com |
| | James C Thoman Esq | jthoman@menterlaw.com |
| Christian & Barton LLP | Augustus C Epps Jr Esq | aepps@cblaw.com |
| | Michael D Mueller Esq | mmueller@cblaw.com |
| | Jennifer M McLemore Esq | jmclemore@cblaw.com |
| Greenberg Traurig LLP | Daniel J Ansell | anselld@gtlaw.com |
| | Howard J Berman | bermanh@gtlaw.com |
| | Heath B Kushnick | kushnickh@gtlaw.com |
| Frost Brown Todd LLC | Ronald E Gold | rgold@fbtlaw.com |
| | Joseph B Wells | jbwells@fbtlaw.com |
| Clement & Wheatley | Darren W Bentley | bentleyd@clementwheatley.com |

Email List

Circuit City Stores, Inc.
Landlord Counsel Emails

| Company Name | Notice Name | Email |
|---|---|---|
| Allen Matkins | Ivan M Gold | igold@allenmatkins.com |
| Arent Fox LLP | Christopher J Giaimo | Giaimo.Christopher@ARENTFOX.COM |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos | cgp@ballardspahr.com |
| Ballard Spahr Andrews & Ingersoll LLP | Charles W Chotvacs | chotvacsc@ballardspahr.com |
| Ballard Spahr Andrews & Ingersoll LLP | David L Pollack | pollack@ballardspahr.com |
| Bracewell & Giuliani | Trey Wood III | trey.wood@bgllp.com |
| Broad And Cassel | Roy S Kobert | rkobert@broadandcassel.com |
| Bryan Cave LLP | Michelle K McMahon | Michelle.McMahon@bryancave.com |
| Bryan Cave LLP | Synde B Keywell | synde.keywell@bryancave.com |
| Buchanan Ingersoll & Rooney | Annemarie G McGavin | annemarie.mcgavin@bipc.com |
| Buchanan Ingersoll & Rooney PC | Zakarij O Thomas | zakarij.thomas@bipc.com |
| Christian & Barton LLP | Augustus C. Epps Jr. | aepps@cblaw.com |
| Christian & Barton LLP | | avaughn@cblaw.com |
| Christian & Barton LLP | Jennifer McLain McLemore | Jmclemore@cblaw.com |
| Christian & Barton LLP | Michael D Mueller | mmueller@cblaw.com |
| Christopher J Freeman | | chris@chrisfreemanlaw.com |
| Connolly Bove Lodge & Hutz LLP | Christina M Thompson | CThompson@cblh.com |
| Dewey & LeBoeuf | Lisa Hill Fenning | lfenning@DeweyLeBoeuf.com |
| Neal Gerber Eisenberg | Nicholas M Miller | nmiller@ngelaw.com |
| Giarmarco Mullins & Horton PC | Gary H. Cunningham | gcunningham@gmhlaw.com |
| Giarmarco Mullins & Horton PC | | jmahar@gmhlaw.com |
| Goldstein Isaacson PC | Nancy Isaacson | nisaacson@goldisaac.com |
| GreenbergTraurig | Howard J Berman | bermanh@gtlaw.com |
| Hirschler Fleischer | Michael P Falzone | mfalzone@hf-law.com |
| Hirschler Fleischer | Sheila dela Cruz | sdelacruz@hf-law.com |
| Hodgson Russ LLP | Garry M Graber | ggraber@hodgsonruss.com |
| Hofheimer Gartlir & Gross LLP | Nicholas B Malito | nmalito@hgg.com |
| Hofheimer Gartlir & Gross LLP | Rachel Greenberger | rgreenberger@hgg.com |
| Hofheimer Gartlir & Gross LLP | Scott R Kipnis | skipnis@hgg.com |
| Honigman Miller Schwartz & Cohn LLP | Adam K Keith | AKeith@honigman.com |

Email List

Circuit City Stores, Inc.
Landlord Counsel Emails

| Company Name | Notice Name | Email |
|---|---|---|
| Hunton & Williams | Henry P Long | hlong@hunton.com |
| Hunton & Williams | Lynette R Warman | lwarman@hunton.com |
| Hunton & Williams LLP | Eric J Crupi | ecrupi@hunton.com |
| Jones Day | Sheila L Shadmand | slshadmand@jonesday.com |
| Katsky Korins LLP | Steven H Newman | SNewman@katskykorins.com |
| Katten Muchin Rosenman LLP | Dustin P Branch | dustin.branch@kattenlaw.com |
| Kelley Drye | David J Ervin | dervin@kelleydrye.com |
| Kelley Drye | Robert L LeHane | RLeHane@KelleyDrye.com |
| Law Offices of David A Greer PLC | David A Greer | Dgreer@davidgreerlaw.com |
| LeClair Ryan PC | Christopher L Perkins | christopher.perkins@leclairryan.com |
| LeClair Ryan PC | Niclas A Ferland | niclas.ferland@leclairryan.com |
| LeClairRyan | Ilan Markus | Ilan.Markus@leclairryan.com |
| Levenfeld Pearlstein LLC | Thomas G Jaros | tjaros@lplegal.com |
| McKenna Long & Aldridge LLP | John G McJunkin | jmcjunkin@mckennalong.com |
| Meiburger Law Firm | Janet Meiburger | janetm@meiburgerlaw.com |
| Mener Rudin Trivelpiece PC | Kevin M Newman | knewman@menterlaw.com |
| Menter Rudin Trivelpiece PC | James C Thoman | jthoman@menterlaw.com |
| Much Shelist | Colleen E McManus | cmcmanus@muchshelist.com |
| Pachulski Stang Zeihl & Jones | Jeffrey N. Pomerantz | jpomerantz@pszjlaw.com |
| Pachulski Stang Zeihl & Jones | Robert J Feinstein | rfeinstein@pszjlaw.com |
| Powell Goldstein LLP | William C Crenshaw | wcrenshaw@pogolaw.com |
| Sands Anderson Marks & Miller | William A Gray | BGray@sandsanderson.com |
| Sands Anderson Marks & Miller | Lisa Taylor Hudson | lhudson@sandsanderson.com |
| Sands Anderson Marks & Miller | Peter M Pearl | ppearl@sandsanderson.com |
| Saul Ewing LLP | Jeremy W Ryan | jryan@saul.com |
| Seyfarth Shaw LLP | Robert W Dremluk | rdremluk@seyfarth.com |
| Seyfarth Shaw LLP | Rhett E Petcher | RPetcher@seyfarth.com |
| St James Law PC | Michael St James | michael@stjames-law.com |
| Vinson&Elkins | David E Hawkins | dhawkins@velaw.com |
| Wagner Choi & Verbugge | James A Wagner | jwagner@wcelaw.com |
| Wiley Rein LLP | Rebecca L Saitta | rsaitta@wileyrein.com |
| WileyRein LLP | H Jason Gold | jgold@wileyrein.com |
| WileyRein LLP | Kalina B Miller | KMiller@wileyrein.com |
| Willcox & Savage | John D McIntyre | jmcintyre@wilsav.com |
| Williams Mullen | William H Schwarzchild III | tschwarz@williamsmullen.com |
| Williams Mullen | Paul Chip S Bliley Jr | pbliley@williamsmullen.com |

2 of 3

Circuit City Stores, Inc.
Landlord Counsel Emails

| Company Name | Notice Name | Email |
|---|---|---|
| Young Goldman & VanBeek PC | Libeau J Berthelot III | bberthelot@ygvb.com |
| Pedersen & Houpt | Thomas J Kelly | tkelly@pedersenhoupt.com |
| No Contact Information | | gary@caplease.com |
| Law Offices of Penny R Stark | Penny Stark | pstarkesq@yahoo.com |
| Reed Smith LLP | Jeanne S Lofgren | jlofgren@reedsmith.com |
| Neal Gerber Eisenberg | Robert Zimelis | rzimelis@ngelaw.com |
| Clement & Wheatley | Darren W Bentley | bentleyd@clementwheatley.com |
| JMBM Jeffer, Mangels, Butler & Marmaro LLP | David M. Poitras | DPoitras@jmbm.com |
| Robertson Properties Group | Mark S Weinstock | mweinstock@RobProp.com |
| Sherman & Howard LLC | John F Poor | jpoor@shermanhoward.com |
| Wayne R Miller PC | Lisa A Linch | lisa.linch@weberandcompany.com wayne.miller@prodigy.net |
| Ropes & Gray LLP | Heather J Zelevinsky | heather.zelevinsky@ropesgray.com |
| Surling Northrup Hanna Cullen & Cochran Ltd | Emily B Cour | ebcour@sorlinglaw.com |
| Mayfair | Michael P Sullivan | msullivan@pedersenhoupt.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com |
| Cavazos Hendricks Poirot & Smitham PC | Lyndel Anne Mason | lmason@chfirm.com |

Email List

Circuit City Stores, Inc.

Landlord

| COMPANY | CONTACT NAME | EMAIL |
|---|---|---|
| WILLIAM P BEATSON JR and JEROME B TROUT JR | MELINDA D BEDNARIK | amco6570@aol.com |
| CIRCUIT INVESTORS No 2 LTD | | bobbybalogh@aol.com |
| 444 CONNECTICUT AVENUE LLC | DAVID HALL PROPERTY MANAGER CONTROLLER | dhall@seligsonproperties.com |
| CONCAR ENTERPRISES INC | JEFFREY ATKINSON SECRETARY TREASURER | jeff@concar.com |
| FAYETTEVILLE DEVELOPERS LLC | KELLY VOSS DIR OF PROP MGMT DIRECTOR PROPERTY MGMT | kelly@developers-realty.com |
| PROMVENTURE LP | MARYANNE DZIKI | marianned@gumberg.com |
| WAL MART STORES EAST LP | MARK D STEPHENS REAL ESTATE MANAGER | mark.stephens@wal-mart.com |
| BRICK 70 LLC | | ndoornheim@arcproperties.com |
| CAMERON GROUP ASSOCIATES LLP | J STEVEN SCHRIMSHER | rifemiller@gmail.com |
| VORNADO FINANCE LLC | THOMASSteve ANDRESEN PROPERTY MANAGER | tandresen3@verizon.net |

Email List

Circuit City Stores, Inc.

Bidders List

| Company | Notice Name | Email |
|---------|-------------|-------|
| For the purpose of confidentiality, the Bidders are not disclosed in this Affidavit of Service. | | |

Email

# EXHIBIT B

Circuit City Stores, Inc.
Core Service List

| NAME | ATTENTION | FAX |
|------|-----------|-----|
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN: DIRECTOR | 202-307-0494 |
| ENVIRONMENTAL PROTECTION AGENCY | DIANA SAENZ | 202-501-0461 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 202-772-9293 |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS, ESQ. PATRICIA SCHRAGE, ESQ. | 212-336-1348 |
| ENVIRONMENTAL PROTECTION AGENCY | | 215-814-3005 |
| KURTZMAN CARSON CONSULTANTS LLC | EVAN GERSHBEIN | 310-823-9133 |
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX | VIRGINIA DEPARTMENT OF TAXATION | 804-254-6111 |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | 804-786-1991 |
| INTERNAL REVENUE SERVICE | ATTN L LORELLO | 804-916-8198 |

Facsimile List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Fax |
|------|-------------|-----|
| Locke Lord Bissell & Liddell LLP | Thomas G Yoxall<br>Thomas A Connop<br>Melissa S Hayward | 214-740-8800 |
| Pasadena Independent School District | Dexter D Joyner | 281-991-6012 |
| Draper & Goldberg PLLC | Adam Hiller | 302-213-0043 |
| Law Office of Kenneth B Roseman & Assoc PC | Kenneth B Roseman | 312-372-4751 |
| Thomas W Daniels | | 585-464-0706 |
| Draper & Goldberg PLLC | James E Clarke<br>L Darren Goldberg | 703-995-4542 |
| Poyner Spruill LLP | Shannon E Hoff Esq | 704-342-5264 |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman | 713-223-3717 |
| G&W Service Co LP | Georgette Treece | 713-227-3410 |
| Attorney General of the United States | Robert P McIntosh | 804-819-7417 |
| Attorney General of the US | Richard F Stein<br>Dana J Boente | 804-916-3939 |
| Ornelas Castillo & Ornelas PLLC | Sylvia M Ornelas<br>Mario A Castillo Jr | 956-725-4594 |
| Gay McCall Isaacks Gordon & Roberts PC | David McCall | 972-424-5619 |

Facsimile List

Circuit City Stores, Inc.
Landlord

| COMPANY | CONTACT NAME | FAX |
|---|---|---|
| WHITESTONE DEVELOPMENT PARTNERS A LP | C O RELATED COMPANIES | 2124214501 |
| GATEWAY CENTER PROPERTIES III LLC | ANA BLUMENAU | 2128011003 |
| 36 MONMOUTH PLAZA LLC | MARCELO KLAJNBART | 2128698933 |
| SHORT PUMP TOWN CENTER LLC | ATTN GENERAL COUNSE | 2162636211 |
| CAROUSEL CENTER COMPANY LP | BRANDON MUNGER MALL OPERATIONS MANAGER | 3154222717 |
| ESTATE OF JOSEPH Y EINBINDER | | 4104862266 |
| OTR | DIRECTOR OF REAL EST | 6142222917 |
| AAC CROSS COUNTY LEASEHOLD OWNER LLC | | 6462140057 |
| SEA PROPERTIES I LLC | SOUTHEASTERN ASSOCIA HOWARD J BURNETTE | 8047926610 |
| CC INVESTORS 1997 4 | c o HEALTH FACILITIES CREDIT CORPORATION | 8175797073 |
| BURBANK MALL ASSOCIATES LLC | | 8185667936 |
| LANDINGS MANAGEMENT ASSOC | GREG WANNER COMPTROLLER | 8133460409 |

1 of 1

Facsimile List

# EXHIBIT C

Circuit City Stores, Inc.

Core Service List

| NAME | ATTENTION | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| CIRCUIT CITY STORES, LLC | REGINALD D. HEDGEBETH | 9950 MAYLAND DRIVE | | RICHMOND | VA | 23233 |
| ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF GENERAL COUNSEL | U.S. EPA MAILCODE 2377R | 1300 PENNSYLVANIA AVENUE, N.W. | WASHINGTON | DC | 20004 |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | WASHINGTON | DC | 20020 |

Overnight Mail List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Attorney General of the US | Robert K Coulter | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 |
| UrbanCal Oakland II LLC | c o Urban Retail Properties LLC | 900 N Michigan Ave Ste 900 | | Chicago | IL | 60611 |
| Eaton Corporation | David J Persichetti | Eaton Center | Eaton Ctr 1111 Superior Ave | Cleveland | OH | 44114-2584 |
| Broward County | Jeffrey J Newton | Government Center | 115 S Andrews Ave | Ft Lauderdale | FL | 33301 |
| Griffith McCague & Wallace PC | Judy Gawlowski | 200 Allegheny Center Mall | | Pittsburgh | PA | 15212 |
| Gregory Lee McCall | FCI Forrest City Low | PO Box 9000 | | Forrest City | AR | 72336 |
| Millman 2000 Charitable Trust | David Bennett | 2400 Cherry Creek Dr S | Ste 7002 | Denver | CO | 80209-3261 |
| Parsons Kinghorn Harris | George B Hofmann | 111 E Broadway 11th Fl | | Salt Lake City | UT | 84111 |
| Caparra Center Associates SE | Penny R Stark Esq | 17 Bon Pinck Way | | East Hampton | NY | 11937 |

Overnight Mail List

Circuit City Stores, Inc.
Landlord

| COMPANY | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| CONCAR ENTERPRISES INC | JEFFREY ATKINSON SECRETARY TREASURER | 1700 SOUTH EL CAMINO REAL | SUITE 407 | | SAN MATEO | CA | 94402-3050 | USA |
| WILLIAM P BEATSON JR and JEROME B TROUT JR | MELINDA D BEDNARIK | AS TENANTS IN COMMON | c o ANNAPOLIS PLAZA LLC | PO BOX 6570 | ANNAPOLIS | MD | 21401-0570 | USA |
| SEA PROPERTIES I LLC | SOUTHEASTERN ASSOCIA HOWARD J BURNETTE | c o SOUTHEASTERN ASSOCIATES; | 223 RIVERVIEW DRIVE | | DANVILLE | VA | 24541 | USA |
| FAYETTEVILLE DEVELOPERS LLC | KELLY VOSS DIR OF PROP MGMT DIRECTOR PROPERTY | C O DEVELOPERS REALTY INC | ATTN PRESIDENT | CORPORATE CENTER WEST; 433 SOUTH MAIN | WEST HARTFORD | CT | 06110 | USA |
| ESTATE OF JOSEPH Y EINBINDER | | C O BERTRAM L POTEMKEN PERSONAL REPRESENTATIVE | 3602 GARDENVIEW ROAD | | BALTIMORE | MD | 21208 | USA |
| PROMVENTURE LP | MARYANNE DZIKI | 3200 NORTH FEDERAL HIGHWAY | C O GUMBERG ASSET MGT CORP | | FT LAUDERDALE | FL | 33306 | USA |
| CAROUSEL CENTER COMPANY LP | BRANDON MUNGER MALL OPERATIONS MANAGER | MANUFACTURERS AND TRADERS TRUST CO | P O BOX 8000 DEPT 692 | | BUFFALO | NY | 14267 | USA |
| CIRCUIT INVESTORS No 2 LTD | | c o ROBERT BALOGH | 777 ARTHUR GODFREY ROAD No 400 | | MIAMI BEACH | FL | 33140 | USA |
| WAL MART STORES EAST LP | MARK D STEPHENS REAL ESTATE MANAGER | 2001 SE 10TH STREET | | | BENTONVILLE | AR | 72716-0550 | USA |
| CC INVESTORS 1997 4 | c o HEALTH FACILITIES CREDIT CORPORATION | 4750 BRYANT IRVIN | No 808 PMB 230 | | FORT WORTH | TX | 76132 | USA |
| SHORT PUMP TOWN CENTER LLC | ATTN GENERAL COUNSE | C O FOREST CITY ENTERPRISES INC | 50 PUBLIC SQUARE SUITE 1100 | TERMINAL TOWER | CLEVELAND | OH | 44113-2267 | USA |
| CAMERON GROUP ASSOCIATES LLP | J STEVEN SCHRIMSHER | 600 EAST COLONIAL DRIVE | SUITE 100 | | ORLANDO | FL | 32803 | USA |
| GATEWAY CENTER PROPERTIES III LLC | ANA BLUMENAU | 625 MADISON AVENUE | C O RELATED RETAIL CORPORATION | | NEW YORK | NY | 10022 | USA |
| VORNADO FINANCE LLC | THOMASSteve ANDRESEN PROPERTY MANAGER | NEW VORNADO SADDLE BROOK LLC | P O BOX 31594 | | HARTFORD | CT | 06150-1594 | USA |
| 36 MONMOUTH PLAZA LLC | MARCELO KLAJNBART | ACHS MANAGEMENT CORP | 1412 BROADWAY 3RD FLOOR | | NEW YORK | NY | 10018 | USA |
| OTR | DIRECTOR OF REAL EST | c o STATE TEACHERS RETIREMENT BOARD | 275 EAST BROAD STREET | | COLUMBUS | OH | 43215 | USA |
| 444 CONNECTICUT AVENUE LLC | DAVID HALL PROPERTY MANAGER CONTROLLER | 605 WEST AVENUE | | | NORWALK | CT | 06850 | USA |
| BRICK 70 LLC | | C O ARC PROPERTIES | 1401 BROAD STREET | | CLIFTON | NJ | 07013 | USA |
| WHITESTONE DEVELOPMENT PARTNERS A LP | C O RELATED COMPANIES | & WHITESTONE DEVELOPMENT | 60 COLUMBUS CIRCLE 19TH FLOOR | | NEW YORK | NY | 10023 | USA |
| AAC CROSS COUNTY LEASEHOLD OWNER LLC | | c o AAC MANAGEMENT | 433 FIFTH AVENUE | | NEW YORK | NY | 10016 | USA |
| BURBANK MALL ASSOCIATES LLC | | 18201 VON KARMAN AVENUE | SUITE 950 | | IRVINE | CA | 92612 | USA |
| BARBERIO JANET | | 430 ROUTE 211 EAST | | | MIDDLETOWN | NY | 10940 | USA |
| LANDINGS MANAGEMENT ASSOC | GREG WANNER COMPTROLLER | ATTN GREG WANNER COMPTROLLER | C O AM PM PROPERTY MANAGEMENT | 5700 MIDNIGHT PASS ROAD | SARASOTA | FL | 34242 | USA |