**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.* | ) | Case No.: 08-35653-KRH |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING MOTION FOR LEAVE OF COURT TO ATTEND HEARING BY TELEPHONE**

Upon consideration of the Motion for Leave of Court to Attend Hearing by Telephone, and it appearing that the motion having been served upon counsel for Circuit City Stores, Inc., et al. (collectively, the "Debtors"), counsel for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that SEA Properties I, LLC's Motion for Leave of Court to Attend Hearing by Telephone is GRANTED and Darren W. Bentley is permitted to appear and be heard by telephone at the hearing on March 20, 2009 on behalf of SEA Properties I, LLC.

Enter:      /      /

_____
**Judge**

We ask for this:
Darren W. Bentley, VSB #48092
CLEMENT & WHEATLEY
549 Main Street
P. O. Box 8200
Danville, VA 24543-8200
Phone: (434) 793-8200
Fax: (434) 793-8436
bentleyd@clementwheatley.com

**/s/ Darren W. Bentley**
Darren W. Bentley
Counsel for SEA Properties I, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Order was served by electronic means or U.S. Mail, First Class, postage prepaid on this the ____ day of March, 2009, to the following constituting all necessary parties:

Daniel F. Blanks, Douglas M. Foley
McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
dblanks@mcguirewoods.com

Dion W. Hayes, Joseph S. Sheerin,

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Robert.B.Van.Arsdale@usdoj.gov,
USTPRegion04.RH.ECF@usdog.gov

Sarah Beckett Boehm
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
dhayes@mcguirewoods.com

Brad R. Godshall
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067
bgodshall@pszjlaw.com
jpomerantz@pszjlaw.com

Gregg Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, DE 19899

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219
ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111
jfiero@pszjlaw.com

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017
rfeinstein@pszjlaw.com

/s/ Darren W. Bentley
Darren W. Bentley