**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | **Chapter 11** <br> **Case No. 08-35653-KRH** |
| CIRCUIT CITY STORES, INC., *et al.* | |
| Debtors. | **Jointly Administered** <br> **Judge Kevin R. Huennekens** |

**NOTICE OF MOTION**

Michael T. Chalifoux has filed papers with the court to file a late Proof of Claim.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before April 21, 2009, you or your attorney must:

    X    File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

> Clerk of Court
> United States Bankruptcy Court
> Eastern District of Virginia
> Richmond Division
> 701 East Broad Street
> Richmond, VA 23219-1888

---

Richard E. Hagerty
VSB No. 47673
*Attorney for Mike Chalifoux*
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
703-734-4326
703-448-6520 (fax)

You must also mail a copy to:

        Richard E. Hagerty, Esq.
        Troutman Sanders LLP
        1660 International Drive, Suite 600
        McLean, Virginia 22102

X    Attend the hearing on the motion to be scheduled to be held on April 28, 2009 at 10:00 a.m. at the United States Bankruptcy Court, 701 East Broad Street, Richmond, Virginia 23219, Judge Huennekens' Courtroom.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief

Date: March 20, 2009                      Respectfully submitted,

                                        /s/ Richard E. Hagerty
                                        Richard E. Hagerty
                                        VSB No. 47673
                                        *Attorney for Michael T. Chalifoux*
                                        Troutman Sanders LLP
                                        1660 International Drive, Suite 600
                                        McLean, VA 22102
                                        (703) 734-4326
                                        (703) 448-6520 (facsimile)
                                        richard.hagerty@troutmansanders.com

## CERTIFICATE OF SERVICE

This is to certify that on this 20th day of March 2009, I have served the foregoing Notice of Motion (i) electronically or by first class mail postage prepaid on the "2002" and "Core" lists and (ii) through the Court's ECF System.

                                                  /s/ Richard E. Hagerty
                                      Richard E. Hagerty, VSB No. 47673

Tyson01 389725v1 234877.000002