Form 210A (10/06)

RICHMOND DIVISION
FILED MAR 19 2009 FILED
CLERK
U.S. BANKRUPTCY COURT

# United States Bankruptcy Court

__EASTERN__ District Of __VIRGINIA (RICHMOND)__

In re CIRCUIT CITY STORES, ET AL       Case No. 08-35653 (KRH)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| ON Corp. USA, Inc. and ON Corp.. | Korea Export Insurance Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Olshan Grundman Frome Rosenzweig & Wolosky, LLP
65 East 55th Street
New York, New York 10022
Attn: Fredrick J. Levy, Esq.
Phone: 212.451.2300
Last Four Digits of Acct #: 070909

Court Claim # (if known): 1239
Amount of Claim: $3,000,883.20
Date Claim Filed: 12/18/08

Phone: 212.451.2300
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Fredrick J. Levy, Esq..          Date: March 18, 2009
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## ASSIGNMENT OF PORTION OF BANKRUPTCY CLAIM

THIS AGREEMENT OF ASSIGNMENT is made this ___16___ day of March, 2009 by and between ON Corp US, Inc., ON Corp. and ON International Inc. ("ON") and Korea Export Insurance Corporation ("KEIC");

For good and valuable consideration KEIC does hereby assign, transfer and set over unto ON, a portion of its claims and demands, together will all securities and guarantees relating thereto, against the following debtor or debtors in the amount or amounts shown thereafter:

| Claim | Debtor | Amount | Claim No. |
|---|---|---|---|
| Administrative Claim pursuant to Bankruptcy Code § 503(b)(9) | Circuit City | $4,713,340.80 of KEIC's $7,714,224.00 administrative claim (KEIC to retain $3,000,883.20 of administrative claim 1239) | 1239 |

Witness:
_[signature]_

Korea Export Insurance Corporation

By: _[signature/seal in Korean]_
Authorized Signature

603559-2

# OLSHAN

OLSHAN   GRUNDMAN   FROME   ROSENZWEIG   &   WOLOSKY   LLP

PARK AVENUE TOWER
65 EAST 55TH STREET
NEW YORK, NEW YORK 10022
TELEPHONE: 212.451.2300
FACSIMILE: 212.451.2222

March 18, 2009

WWW.OLSHANLAW.COM

DIRECT DIAL: 212.451.2324
EMAIL: SSALLIE@OLSHANLAW.COM

**BY FEDERAL EXPRESS**

Circuit City Stores, Inc.
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
Attn: Michael Robin

Re:  In re Circuit City Stores, Inc., et al
     Case #08-35653 (KRH) – Ch. 11, Jointly Administered

Dear Mr. Robin:

We are counsel for ON Corp USA, Inc., ON Corp (herein "ON Corp") and Korea Export Insurance Corporation (herein "KEIC") in the above matter. As you are aware, on or around March 5, 2009, ON Corp transferred its § 503(b)(9) claim (claim no. 1239) to KEIC (dkt #2453), notice of which we provided to you.

Please be advised that now KEIC is partially transferring $3,000,883.20 of the above-described administrative claim back to ON Corp, thereby retaining $4,713,340.80 of that administrative claim.

Enclosed are two copies of Rule 3001(e)(2) transfer form and the underlying assignment, please file stamp and return one set to my attention in the self-addressed stamped envelope.

If there are any questions, feel free to contact me at 212.451.2324 or by email at SSallie@olshanlaw.com.

Regards,

Shhallah S. Sallie
Paralegal

Enclosures

cc:  Fredrick J. Levy, Esq.
     Clerk of the Court (by Federal Express)

609283-1

NEW JERSEY OFFICE
2001 ROUTE 46 / SUITE 202
PARSIPPANY, NEW JERSEY 07054
TELEPHONE: 973.331.7200
FACSIMILE: 973.331.7222