UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | Jointly Administered |
| Debtors. | ) | |

## ORDER GRANTING MOTION FOR
## ADMISSION PRO HAC VICE OF SAMUEL E. KRAMER

The matter came before the Court upon the Motion for Admission Pro Hac Vice of Samuel E. Kramer (the "Motion") filed by Michael E. Hastings, seeking admission pro hac vice for Samuel E. Kramer in the above-styled bankruptcy case (the "Bankruptcy Case") pursuant to local Bankruptcy Rule 2090-1(E).  After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Samuel E. Kramer be authorized to practice pro hac vice before the Court in this Bankruptcy Case, it is hereby

ORDERED as follows:

1. The Motion be and hereby is granted.

2. Samuel E. Kramer is hereby admitted to appear in this Bankruptcy Case and any related proceedings pro hac vice pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of Eastern Security Corp.

_____
Michael E. Hastings (Va. Bar No. 36090)
LeClairRyan, A Professional Corporation
1800 Wachovia Tower, Drawer 1200
Roanoke, Virginia 24006
(540) 777-3065
(540) 510-3050 (facsimile)

Counsel for Eastern Security Corp.

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

/s/ Michael E. Hastings
Michael E. Hastings (Va. Bar No. 36090)
LeClairRyan, A Professional Corporation
1800 Wachovia Tower, Drawer 1200
Roanoke, Virginia 24006
(540) 777-3065
(540) 510-3050 (facsimile)

 Counsel for Eastern Security Corp.

### Rule 9022-1 Certification

 I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

    /s/ Michael E. Hastings
    Movant

2