Rhett Petcher (VSB No. 65826)
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 463-2400
rpetcher@seyfarth.com

<u>Of Counsel:</u>
Kimbell Gourley
Trout Jones Gledhill Fuhrman, P.A.
225 N. 9th St., Ste 820
P.O. Box 197
Boise, ID 83701
Telephone: (208) 331-1170
Facsimile: (208) 331-1529
kgourley@idalaw.com

*Attorneys for Engineered Structures, Inc. ("ESI")*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re<br>CIRCUIT CITY STORES, INC., et al.,<br><br>       Debtors. | Chapter 11<br>Case No. 08-35653 (KRH)<br>(Jointly Administered) |
| Engineered Structures, Inc. ("ESI")<br><br>Plaintiff<br><br>v.<br><br>Circuit City Stores, Inc.<br><br><u>Defendant</u> | |

## **ORDER**

THIS MATTER, having come on before the court on January 16, 2009, at 10:00 a.m. upon

Creditor Engineered Structures, Inc.'s Motion to Terminate the Automatic Stay [Docket 1070]

and with Engineered Structures, Inc. ("ESI") having appeared by and through its counsel of

1

DC1 30249954.1

record, Seyfarth Shaw, LLP, with the Debtor, Circuit City Stores, Inc., having appeared by and through its counsel of record, with Circuit City having objected to termination of the automatic stay as to Store #3878 located at 835, East Birch Street, Brea, California APN 319-011-67 and Store #4313 located at 1020 West Imperial Highway, La Habra, Orange County, California, APN 019-171-19 and with the parties having reached an agreement with respect to the motion:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. ESI's motion to terminate the automatic stay as to Store #3878 in Brea, California and Store #4313 in La Habra, California is hereby granted and ESI is authorized to prosecute a lien foreclosure action in the state of California with respect to the properties described above; and

2. ESI shall not seek to execute upon or attach any other property of the bankruptcy estate without further court order; and

3. The ten (10) day stay provided for by Federal Rule Bankruptcy Procedure 4001(a)(3) is waived.

Dated: _____

_____
United States Bankruptcy Judge

**2**

DC1 30249954.1

WE ASK FOR THIS

_____/s/ Rhett Petcher_____
Rhett Petcher (VSB No. 65826)
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, D.C.  20004
Telephone:  (202) 463-2400
rpetcher@seyfarth.com

Of Counsel:
Kimbell Gourley
Trout Jones Gledhill Fuhrman, P.A.
225 N. 9th St., Ste 820
P.O. Box 197
Boise, ID  83701
Telephone:  (208) 331-1170
Facsimile:  (208) 331-1529
kgouley@idalaw.com

*Attorneys for Engineered Structures, Inc. ("ESI")*


_____/s/ Dion W. Hayes_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

    - and -

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and –

**3**

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

*Attorney to the Debtors
and Debtors in Possession*

**4**

DC1 30249954.1

**Local Rule 9022-1(C) Certification**

      The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

<u>*By: /s/ Rhett Petcher*</u>
Rhett Petcher (VSB No. 65826)
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 463-2400
Facsimile: (202) 828-5393
rpetcher@seyfarth.com

*Counsel for Engineered Structures, Inc.*

**5**

## PARTIES TO RECEIVE COPIES:

Linda K. Myers, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois  60601

Bruce Matson, Esq.
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia  23219

Gregg Galardi, Esq.
Chris L. Dickerson, Esq.
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
Wilmington, Delaware  19889

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia  23219

David S. Berman, Esq.
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts  02108

Robert B. Van Arsdale, Esq.
Office of the US Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia  23219

David S. Berman, Esq.
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts  02108

Rhett Petcher
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, D.C.  20004