IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al., ) | Jointly Administered |
| ) | Chapter 11 |
| Debtors. ) | Hon. Kevin R. Huennekens |
| ) | |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

Jennifer J. West moves this Court for an Order permitting Mary Elisabeth Naumann to represent Prosite Business Solutions, LLC ("Prosite"), *pro hac vice* in the above-styled bankruptcy cases and any related adversary litigation and in support of her Motion states as follows:

1.   I am a member in good standing of the Bar of the Commonwealth of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia. I will be associated with Mary Elisabeth Naumann in this matter. My business address and bar number are as follows:

> Jennifer J. West (VSB #47522)
> Spotts Fain PC
> 411 E. Franklin Street, Suite 600
> Richmond, VA 23219

2.   Mary Elisabeth Naumann is a member in good standing of the Bar of the Commonwealth of Kentucky, the state of her residence, and is admitted to practice before the Fourth and Sixth Circuit Courts of Appeals and in the United States District Courts for the Eastern and Western Districts of Kentucky. Her business address is:

> Jackson Kelly PLLC
> 175 East Main Street, Suite 500
> Lexington, KY 40507

---

Robert H. Chappell, III, Esquire (VSB #31698)
Jennifer J. West, Esquire (FSB # 47522)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Tel: (804) 697-2000  Fax: (804) 697-2100
Counsel for Prosite Business Solutions, LLC

3.     Mary Elisabeth Naumann has not been the subject of disciplinary action by the Bar or courts of the Commonwealth of Kentucky, or any other state or any Federal Court.

4.     Mary Elisabeth Naumann has not been denied admission to the courts of any state or to any federal court.

5.     Mary Elisabeth Naumann is familiar with the Federal Rules of Civil Procedure. She will become familiar with and at all times abide by the Local Rules of this Court and comply with those Rules so long as this cause is pending.

6.     Mary Elisabeth Naumann respectfully requests that she be allowed to appear before this Court to represent the interests of Prosite.

WHEREFORE, Jennifer J. West prays that this Court grant her Motion to permit Mary Elisabeth Naumann to represent Prosite, *pro hac vice* in this action, to shorten the notice period required pursuant to Rule 9013-1 for such Motion, and for such other and further relief as this Court deems just and proper.

PROSITE BUSINESS SOLUTIONS, LLC

By: /s/ Jennifer J. West
      Counsel

Robert H. Chappell, III, Esquire (VSB #31698)
Jennifer J. West, Esquire (VSB #47522)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2000
Fax: (804) 697-2100

OF COUNSEL:

<u>/s/ Mary Elisabeth Naumann (by Jennifer J. West with permission via email)</u>
Mary Elisabeth Naumann (KY Bar #88328)
Jackson Kelly PLLC
175 East Main Street, Suite 500
Lexington, KY 40507
Phone:  (859) 255-9500
Fax: (859) 252-0688
Counsel for Prosite Business Solutions, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion was served by U.S. Mail, First Class, postage prepaid or electronic means on this the 20th day of March, 2009 to the following constituting all necessary parties:

Daniel F. Blanks
Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center,
101 W. Main Street
Norfolk, VA 23510

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Gregg Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, DE 19899

Brad R. Godshall
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017

/s/ Jennifer J. West