Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

              - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :    1Case No. 08-35653 (KRH)
et al.,                       :
                              :
          Debtors.            :    Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER GRANTING DEBTORS' MOTION FOR ORDER SHORTENING NOTICE
PERIOD AND LIMITING NOTICE OF MOTION FOR ORDER PURSUANT TO
BANKRUPTCY CODE SECTIONS 105 AND 363 AND BANKRUPTCY RULE 9019
(I) APPROVING THE SALE BY CIRCUIT CITY STORES WEST COAST, INC.
AND VENTOUX INTERNATIONAL, INC. OF CERTAIN ASSETS FREE AND
CLEAR OF ALL INTERESTS; (II) APPROVING INTERTAN, INC.'S
AUTHORIZATION OF INTERTAN CANADA LTD.'S SALE OF SUBSTANTIALLY
ALL OF ITS ASSETS; (III) APPROVING THE INTERCOMPANY AGREEMENT;
(IV) APPROVING THE FOTO SOURCE SETTLEMENT AGREEMENT; AND (V)
GRANTING RELATED RELIEF**

Upon consideration of the Debtors' Motion for Order

Shortening Notice Period and Limiting Notice (the "Motion")

of the Motion for Order Pursuant to Bankruptcy Code Sections

105 and 363 and Bankruptcy Rule 9019 (I) Approving the Sale

by Circuit City Stores West Coast, Inc. and Ventoux

International, Inc. of Certain Assets Free and Clear of All

Interests; (II) Approving InterTAN, Inc.'s Authorization of

InterTAN Canada Ltd.'s Sale of Substantially All of its

Assets; (III) Approving the Intercompany Agreement; (IV)

Approving the Foto Source Settlement Agreement; and (V)

Granting Related Relief (the "Canadian Asset Sale Motion");

and the Court having reviewed the Motion; and the Court

having determined that the relief requested in the Motion is

in the best interests of the Debtors, their estates, their

creditors, and other parties in interest; and it appearing

that proper and adequate notice of the Motion has been given

and that no other or further notice is necessary; and upon

the record herein; and after due deliberation thereon; and

good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.    The Motion is GRANTED.

2.    Notice of the Canadian Asset Sale Motion is

shortened so that it may be heard, considered and ruled upon

by the Court at a hearing on March 20, 2009.

3.    Notice of the Canadian Asset Sale Motion is

limited to the parties as set forth in the Motion.

4.    This Court will retain jurisdiction with respect

to any dispute concerning the relief granted hereunder.

Dated:  Richmond, Virginia
        _____, 2009


                    _____
                    UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley