# EXHIBIT C

# INVOICES

# PROSITE BUSINESS SOLUTIONS

732 3rd Street
New Martinsville, WV 26155
(304) 455-5900

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/28/2008 | 08-73023 |

BILL TO

Circuit City Stores, INC
9950 Mayland Drive
Richmond, VA 23233-1464

| TERMS |
|---|
| Net 30 |

| Item | Description | Rate | Amount Due |
|---|---|---|---|
| PBT Hosting | Hosting For February | 32,400.00 | 32,400.00 |
| Server Hosting | Dedicated Server Monthly Charge | 4,500.00 | 4,500.00 |

| Balance Due | $36,900.00 |
|---|---|



# Invoice

732 3rd Street
New Martinsville, WV 26155
(304) 455-5900

| DATE | INVOICE # |
|---|---|
| 1/28/2009 | 09-73202 |

BILL TO

Circuit City Stores, INC
9950 Mayland Drive
Richmond, VA 23233-1464

| | TERMS |
|---|---|
| | Net 30 |

| Item | Description | Rate | Amount Due |
|---|---|---|---|
| PBT Hosting | Hosting For March | 32,400.00 | 32,400.00 |
| Server Hosting | Dedicated Server Monthly Charge | 4,500.00 | 4,500.00 |
| Discount | Only used for 13 days | -18,812.92 | -18,812.92 |

| **Balance Due** | **$18,087.08** |
|---|---|