Objection Deadline: March 26, 2009
Hearing Date: March 30, 2009 @ 10:00 a.m.

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
#### Richmond Division

| | |
|---|---|
| In re: | ) |
| | ) Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al., | ) Jointly Administered |
| | ) Chapter 11 |
| Debtors. | ) Hon. Kevin R. Huennekens |
| | ) |

### NOTICE OF MOTION OF PROSITE BUSINESS SOLUTIONS, LLC
### FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

PLEASE TAKE NOTICE that Prosite Business Solutions, LLC ("Prosite") has filed a Motion for Allowance and Payment of Administrative Expense Claim (the "Motion"). A true and complete copy of the Motion has been filed with the Court and forwarded to you.

PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read the Application carefully and then discuss it with your attorney, if you have one in this Bankruptcy Case. (If you do not have an attorney, you may wish to consult with one.)

PLEASE TAKE FURTHER NOTICE that Prosite has requested that the Court conduct a hearing on the Motion on March 30, 2009 at 10:00 a.m. in the United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Courtroom 5000, Richmond, Virginia 23219.

Any objection to the Motion shall be filed with the Clerk of the United States Bankruptcy Court, 701 East Broad Street, Suite 4000, Richmond, Virginia 23219, two business days prior to the above-scheduled hearing on the Motion, and shall be served on counsel for Prosite and the

Robert H. Chappell, III, Esquire (VSB #31698)
Jennifer J. West, Esquire (FSB # 47522)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Tel: (804) 697-2000  Fax: (804) 697-2100
*Counsel for Prosite Business Solutions, LLC*

Mary Elisabeth Naumann (KYB # 88328)
Jackson Kelly PLLC
175 E. Main St., Suite 500
Lexington, Kentucky 40507
Tel: (859) 255-9500  Fax: (859) 252-0688
*Counsel for Prosite Business Solutions, LLC*

U.S. Trustee so that it is actually received two business days prior to the above-scheduled hearing. Unless a written response is filed and served before the objection deadline, the Court may deem the opposition waived, treat the Motion as conceded, and issue an order granting the requested relief.  If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the expiration of the objection deadline.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested in the Motion.

Dated: March 20, 2009

Respectfully submitted,

PROSITE BUSINESS SOLUTIONS, LLC

By: /s/ Jennifer J. West_____
    Counsel

Robert H. Chappell, III, Esquire (VSB #31698)
Jennifer J. West, Esquire (VSB #47522)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone:  (804) 697-2000
Fax:  (804) 697-2100

and

Mary Elisabeth Naumann (KYB #88328)
Jackson Kelly PLLC
175 East Main Street, Suite 500
Lexington, KY 40507
Phone:  (859) 255-9500
Fax: (859) 252-0688

*Counsel for Prosite Business Solutions, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notice of Motion of Prosite Business Solutions, LLC for Allowance and Payment of Administrative Expense Claim was served by U.S. Mail, First Class, postage prepaid or electronic means on this the 20th day of March, 2009 to the following constituting all necessary parties:

Daniel F. Blanks
Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center,
101 W. Main Street
Norfolk, VA 23510

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Gregg Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, DE 19899

Brad R. Godshall
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017

/s/ Jennifer J. West