# EXHIBIT A

# ROBINSON & COLE LLP

MICHAEL R. ENRIGHT

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
menright@rc.com
Direct (860) 275-8290

*Via FedEx*

November 10, 2008

Circuit City Stores, Inc.
Claims Processing
c/o Kurtzman Carson Consultants, LLC
2335 Alaska Ave
El Segundo, CA 90245

Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, VA 23233
Attn: Reginald D. Hedgebeth

Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, VA 23233
Attn: David W. Ramsey

Skadden Arps, et al.
333 W. Wacker Dr.
Chicago, IL 60606
Attn: Sarah Baker, Esq.

McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Re:  **Reclamation by Sennheiser Electronic Corporation**

Ladies & Gentlemen:

This firm represents the Sennheiser Elctronic Corporation ("Sennheiser") in connection with its claims in the Circuit City Chapter 11 cases. Pursuant to the order and invoice information on the attached exhibit, Sennheiser delivered goods to the debtors prior to the filing of the bankruptcy petitions. No part of the purchase price for these shipments has been paid. Pursuant to 11 U.S.C. §546(c) and Section 2-702 of the UCC, Sennheiser hereby demands return of the goods. Please note that we do expect to file a §503(b)(9) claim for deliveries of goods received by the debtors within 20 days prior to the petition date, but we have not yet reconciled the deliveries to determine that amount.

Please advise me promptly whether the debtors will comply with this reclamation demand, or how they otherwise intend to deal with this demand. Please advise me of



*Law Offices*

BOSTON

HARTFORD

NEW LONDON

STAMFORD

WHITE PLAINS

NEW YORK CITY

SARASOTA

www.rc.com



# ROBINSON & COLE LLP

Circuit City Stores, Inc.

November 10, 2008
Page 2

any procedures implemented by the Court regarding reclamation demands so that Sennheiser may timely comply.

Very truly yours,

Michael R. Enright

Copy to:   Markus Warlitz, Esq.



## Circuit City, shipments

09/18/2008 - 11/05/2008

| Invoice | Inv. Date | Amount |
|---|---|---|
| 568482 | 9/18/2008 | $1,553.60 |
| 568483 | 9/18/2008 | $2,111.00 |
| 568484 | 9/18/2008 | $58,451.82 |
| 569789 | 9/23/2008 | $776.80 |
| 569790 | 9/23/2008 | $776.80 |
| 569791 | 9/23/2008 | $776.80 |
| 569792 | 9/23/2008 | $1,671.00 |
| 569793 | 9/23/2008 | $2,093.20 |
| 569794 | 9/23/2008 | $808.80 |
| 570425 | 9/24/2008 | $776.80 |
| 570426 | 9/24/2008 | $776.80 |
| 570427 | 9/24/2008 | $3,324.20 |
| 570428 | 9/24/2008 | $624.40 |
| 570833 | 9/25/2008 | $776.80 |
| 570834 | 9/25/2008 | $844.40 |
| 571600 | 9/29/2008 | $1,266.60 |
| 572071 | 9/30/2008 | $7,486.43 |
| 572072 | 9/30/2008 | $5,026.20 |
| 572605 | 9/30/2008 | $8,596.97 |
| 572606 | 9/30/2008 | $839.80 |
| 573151 | 10/2/2008 | $776.80 |
| 573152 | 10/2/2008 | $776.80 |
| 574214 | 10/7/2008 | $2,524.00 |
| 574215 | 10/7/2008 | $3,368.40 |
| 574216 | 10/7/2008 | $844.40 |
| 574649 | 10/8/2008 | $3,799.80 |
| 574650 | 10/8/2008 | $2,101.80 |
| 575133 | 10/9/2008 | $844.40 |
| 575851 | 10/13/2008 | $2,111.00 |
| 575852 | 10/13/2008 | $1,688.80 |
| 575853 | 10/13/2008 | $2,533.20 |
| 576697 | 10/15/2008 | $3,377.60 |
| 576698 | 10/15/2008 | $1,266.60 |
| 577101 | 10/16/2008 | $1,688.80 |
| 577659 | 10/20/2008 | $20,220.00 |
| 577660 | 10/20/2008 | $40,440.00 |
| 577661 | 10/20/2008 | $40,440.00 |
| 577662 | 10/20/2008 | $2,524.00 |
| 577663 | 10/20/2008 | $1,688.80 |
| 578215 | 10/21/2008 | $40,440.00 |
| 578216 | 10/21/2008 | $20,220.00 |
| 578217 | 10/21/2008 | $2,111.00 |
| 578701 | 10/22/2008 | $40,440.00 |
| 578702 | 10/22/2008 | $12,122.60 |
| 578703 | 10/22/2008 | $5,052.60 |
| 579083 | 10/23/2008 | $1,266.60 |

| | | |
|---|---|---|
| 579498 | 10/24/2008 | $48.96 |
| 579499 | 10/24/2008 | $12.24 |
| 579796 | 10/27/2008 | $9,270.00 |
| 580168 | 10/28/2008 | $10,532.00 |
| 582741 | 11/5/2008 | $9,894.40 |
| 582742 | 11/5/2008 | $4,635.00 |
| 582743 | 11/5/2008 | $8,059.20 |
| | **TOTALS** | **$396,479.02** |