# EXHIBIT B

# Part 1 of 4

## AFFIDAVIT OF MARK F. TOMASI

I, Mark F. Tomasi, having been first duly sworn on oath depose and state as follows:

1.      I am the Credit Manager of Sennheiser Electronic Corporation ("Sennheiser"), and have held that position since August 18, 2008.  In such capacity, I have responsibility for handling all bankruptcy claims of Sennheiser in the U.S., and am responsible for overseeing the filing and administration of such claims.  Prior to my employment by Sennheiser, I was employed by Reflexite Corporation, and had similar responsibility for administering bankruptcy claims between 2002 and 2008. In total, I have 29 years of experience in the field of credit and collections.

2.      On November 10, 2008, I became aware that Circuit City Stores, Inc. had filed a Chapter 11 petition.  As a result of my knowledge of the filing of the bankruptcy proceedings, I was aware of the possibility that time-sensitive notices would be received by Sennheiser in connection with the bankruptcy cases.  In discharging my duties as Credit Manager, I took all reasonably necessary steps to assure that all notices relating to the bankruptcy proceedings would be directed to me, if received in the first instance by other employees of Sennheiser. Circuit City's bankruptcy was announced to all employees at our next Plant meeting the first week of December 2008, indicating all should be aware of any coming developments and to forward such information to the Credit Department. The Circuit City bankruptcy was also discussed at the Sennheiser Manager's meeting of December 5, 2008.

3.      At no time prior to January 23, 2009 did Sennheiser receive any notices whatsoever regarding the bankruptcy proceedings.  If any of Sennheiser's other (approximately 75) employees at our U.S. location had received such a notice, they would have forwarded it to me or circulated it back to the Receptionist for identification of the correct recipient.  No such misrouted Circuit City notices were identified during the subject period.

4.      On January 23, 2009, I received a copy of the general claims bar date notice, which had been forwarded to Sennheiser by Bank of America. Bank of America maintains a post office box (the "Lockbox"), which it controls, for receipt of payment remittances from Sennheiser's customers. The Lockbox is referenced at the bottom of each invoice that Sennheiser issues upon shipping an order to its customer.  The invoice provides: "Please Remit Payment To: Sennheiser Electronic Corporation P.O. Box 30962 Hartford, CT, 06150-0962". The Lockbox is for customer payments only, and other correspondence sent to that address is forwarded sporadically, if ever, to Sennheiser at its regular business address. Bank of America is under no obligation to forward correspondence received at the Lockbox to Sennheiser. Upon receipt of the forwarded notice, it was circulated directly to me, on January 23, 2009, the day it was received in Sennheiser's business offices

EXHIBIT
B

5.      Each invoice sent by Sennheiser to its customer prominently displays, at the top, the business address for Sennheiser, which is "1 Enterprise Drive, Old Lyme, CT 06371." However, no notices regarding the Circuit City Stores, Inc. bankruptcy have ever been received by Sennheiser addressed to that address.

6.      Sennheiser has a sales representative relationship with AB&T Sales Corp. Jocelyn Nelson is a former employee of AB&T. At no time was Jocelyn Nelson or AB&T authorized to act as authorized recipient of any mail addressed to Sennheiser. I have contacted AB&T and been advised by Rick Monarch, the Corporate Office Manager in Gaithersburg, MD, that neither it nor its Virginia branch (where Jocelyn Nelson had been employed) has received any bankruptcy notices from Circuit City addressed to Sennheiser's attention. Had it received such notices at either location, they would have been forwarded to Monarch. Monarch assured me that had AB&T received any such notices, it would have forwarded them to Sennheiser promptly.  Sennheiser did not receive any such forwarded notices prior to the general claims bar date. The bankruptcy notices that  AB&T has received were addressed to AB&T's attention, with regard to debts owed directly by Circuit City to AB&T Sales.

7.      Upon receipt of the general claims bar date notice forwarded by Bank of America from the Lockbox on January 23, 2009, I immediately prepared a proof of claim in the amount of $714,200.08, attached copies of the applicable invoices, and on that day deposited the proof of claim in the U.S. Mail addressed to the claims agent at the address reflected for submission of claims shown on the notice.  I placed the package in our outgoing mail bin and our Receptionist (the person responsible for handling incoming/outgoing mail) affixed sufficient postage for the package and hand-delivered the package along with the other outgoing mail to the U.S. Postal Service carrier that same day, January 23, 2009. I noted the package was no longer in the outgoing mail bin on January 26, 2009 (the next working day). The package was never returned to us for any reason.  A copy of the proof of claim that I mailed to the claims agent on January 23, 2009 is attached to this Affidavit.

8.      On February 23, 2009, as a matter of routine follow up on the claim status, and with an interest in learning whether there had been any progress in the case such that I could better ascertain the likely recovery on the claim, I visited the claims agent's website on the internet.  In so doing, I could not locate any reference to the filing of the claim that I had placed in the mail on January 23, 2009.  I immediately called the claims agent to inquire, but was only able to leave a message.  I immediately created another copy of the claim form, attached duplicate copies of the invoices, and sent them by overnight delivery service (Federal Express) to the claims agent, so that they would be received on February 24, 2009.

9.     At no time did Sennheiser receive any notice whatsoever of the deadline for filing Section 503(b)(9) claims, nor did Sennheiser receive any notices regarding the reclamation demand issued by its attorneys.

Affiant: _____

Mark F. Tomasi

Subscribed and sworn to this
    day of        ,
before me

_____

Commissioner of the Superior Court
Notary Public
My commission expires:

LOU DELAFORCADE
NOTARY PUBLIC
My Commission Expires Sep 30, 2011

3

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

Debtor against which claim is asserted : (Check only one box below:)

☑ Circuit City Stores, Inc. (Case No. 08-35653)
☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
☐ InterTAN, Inc. (Case No. 08-35655)
☐ Ventoux International, Inc. (Case No. 08-35656)
☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)
☐ CC Aviation, LLC (Case No. 08-35658)

☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
☐ Circuit City Stores PR, LLC (Case No. 08-35660)
☐ Circuit City Properties, LLC (Case No. 08-35661)
☐ Orbyx Electronics, LLC (Case No. 08-35662)
☐ Kinzer Technology, LLC (Case No. 08-35663)
☐ Courchevel, LLC (Case No. 08-35664)

☐ Abbott Advertising, Inc. (Case No. 08-35665)
☐ Mayland MN, LLC (Case No. 08-35666)
☐ Patapsco Designs, Inc. (Case No. 08-35667)
☐ Sky Venture Corporation (Case No. 08-35668)
☐ XSStuff, LLC (Case No. 08-35669)
☐ PRAHS, INC. (Case No. 08-35670)

NOTE: This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Sennheiser Electronic Corp.

Name and address where notices should be sent:
Sennheiser Electronic Corp.
1 Enterprise Dr.
Old Lyme, CT 06371
Telephone number: 860-434-9190

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
Sennheiser Electronic Corp.
P.O. Box 30962
Hartford, CT 06150-0962
Telephone number: 860-434-9190

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 714,200.08

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Goods Sold
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 8789

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date:
1-03-09

**Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Mark F. Tomasi
MARK F. TOMASI
Credit Manager

FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# SENNHEISER

**REPRINT INVOICE**

| Invoice: | 559021 RI |
|---|---|
| Page: | 1 of 1 |

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive,  Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759
**WWW.SENNHEISERUSA.COM**

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#755 CIRCUIT CITY DISTRIBUTION
1100 CIRCUIT CITY RD
CALL FOR DELIVERY APPT 804.527.4000x6676
MARION IL 62959

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 08/18/08 | 20432546 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2121532 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 004974 | HD 280 PRO 04974R,DYNAMIC HEADPHONE HD280PRO | 144 | Each | 60.00 | 8,640.00 |
| 2 | WWAT-SCH-774 016 | Freight | 1 | Each | | |

*Balance Due = 1,364.24*

**F.O.B:** Truck - LTL

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | **Please Pay This Amount:** |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 11/16/08 | PREPAID AMT: | | TAX AMT: | | **$8,640.00 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

# ⌇ SENNHEISER

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759

**WWW.SENNHEISERUSA.COM**

| Invoice: | 561631 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#353 CIRCUIT CITY- INDUSTRY
680 S. LEMON AVENUE
CALL FOR DELIVERY APPT 804.527.4000x6676
WALNUT CA 91789

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 08/27/08 | 20424499 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2105623 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 2 | 500830 | CX300-B<br>in-ear monitor, black<br>CX300B | 40 | Each | 19.42 | 776.80 |
| 3 | 1Z5250230269<br>448715 | Freight | 1 | Each | | |

**F.O.B:** UPS 2nd Day Air

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 11/25/08 | PREPAID AMT: | | TAX AMT: | | **$776.80 USD** |

**Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962**

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# ◿ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation   ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371   Phone (860) 434-9190  Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 561632 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #344 LIVERMORE WHITE GOOD<br>400 LONG FELLOW COURT,SUITE A<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>LIVERMORE CA 94550 |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 08/27/08 | 20424500 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2105625 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 2 | 500830 | CX300-B<br>in-ear monitor, black<br>CX300B | 40 | Each | 19.42 | 776.80 |
| 3 | 1Z5250230267<br>456755 | Freight | 1 | Each | | |

**F.O.B:** UPS 2nd Day Air

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 11/25/08 | PREPAID AMT: | | TAX AMT: | | **$776.80 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 561633 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#775 CIRCUIT CITY DIST. CTR.
19925 INDEPENDENCE BLVD
CALL FOR DELIVERY APPT 804.527.4000x6676
GROVELAND, FL 34736

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 08/27/08 | 20424501 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2105626 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 2 | 500830 | CX300-B<br>in-ear monitor, black<br>CX300B | 80 | Each | 19.42 | 1,553.60 |
| 3 | 1Z5250230267<br>048811 | Freight | 1 | Each | | |
| 4 | 1Z5250230269<br>526809 | Freight | 1 | Each | | |

**F.O.B:** UPS 2nd Day Air

| TERMS: Net 90 Days | AVAIL DISC: | TAX RATE: | Please Pay This Amount: |
|---|---|---|---|
| NET DUE DATE: 11/25/08 | PREPAID AMT: | TAX AMT: | **$1,553.60 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 561634 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #255 BETHLEHEM BROWN GOOD<br>4000 TOWNSHIP LINE RD<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>BETHLEHEM PA 18020 |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 08/27/08 | 20424502 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2105627 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 2 | 500830 | CX300-B<br>in-ear monitor, black<br>CX300B | 40 | Each | 19.42 | 776.80 |
| 3 | 1Z5250230369<br>376774 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: Net 90 Days | AVAIL DISC: | TAX RATE: | Please Pay This Amount: |
|---|---|---|---|
| NET DUE DATE: 11/25/08 | PREPAID AMT: | TAX AMT: | **$776.80 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 561635 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #255 BETHLEHEM BROWN GOOD<br>4000 TOWNSHIP LINE RD<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>BETHLEHEM PA 18020 |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 08/27/08 | 20424503 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2105628 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 2 | 500830 | CX300-B<br>in-ear monitor, black<br>CX300B | 80 | Each | 19.42 | 1,553.60 |
| 3 | 1Z5250230367<br>846724 | Freight | 1 | Each | | |
| 4 | 1Z5250230368<br>080737 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 11/25/08 | PREPAID AMT: | | TAX AMT: | | **$1,553.60 USD** |

# ⧚ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation   ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371   Phone (860) 434-9190  Fax (860) 434-1759

**WWW.SENNHEISERUSA.COM**

| Invoice: | **561636 RI** |
|---|---|
| Page: | **1 of 1** |

| **Bill To:** | **Ship To:** |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #775 CIRCUIT CITY DIST. CTR.<br>19925 INDEPENDENCE BLVD<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>GROVELAND, FL 34736 |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 08/27/08 | 20424504 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2105629 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 2 | 500830 | CX300-B<br>in-ear monitor, black<br>CX300B | 40 | Each | 19.42 | 776.80 |
| 3 | 1Z5250230269<br>790783 | Freight | 1 | Each | | |

**F.O.B:** UPS 2nd Day Air

| TERMS: Net 90 Days | AVAIL DISC: | TAX RATE: | **Please Pay This Amount:** |
|---|---|---|---|
| NET DUE DATE: 11/25/08 | PREPAID AMT: | TAX AMT: | **$776.80 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

# ⑅ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 561637 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #344 LIVERMORE WHITE GOOD<br>400 LONG FELLOW COURT,SUITE A<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>LIVERMORE CA 94550 |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 08/27/08 | 20424505 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2105630 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 2 | 500830 | CX300-B<br>in-ear monitor, black<br>CX300B | 40 | Each | 19.42 | 776.80 |
| 3 | 1Z5250230267<br>798761 | Freight | 1 | Each | | |

**F.O.B:** UPS 2nd Day Air

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 11/25/08 | PREPAID AMT: | | TAX AMT: | | **$776.80 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759

**WWW.SENNHEISERUSA.COM**

| Invoice: | 561638 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #353 CIRCUIT CITY- INDUSTRY<br>680 S. LEMON AVENUE<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>WALNUT CA 91789 |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 08/27/08 | 20424506 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2105631 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 2 | 500830 | CX300-B<br>in-ear monitor, black<br>CX300B | 40 | Each | 19.42 | 776.80 |
| 3 | 1Z5250230267<br>750749 | Freight | 1 | Each | | |

**F.O.B:** UPS 2nd Day Air

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 11/25/08 | PREPAID AMT: | | TAX AMT: | | **$776.80 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# ⧉ SENNHEISER

**REPRINT INVOICE**

| Invoice: | 563217 RI |
|----------|-----------|
| Page: | 1 of 1 |

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759
**WWW.SENNHEISERUSA.COM**

| **Bill To:** | **Ship To:** |
|---|---|
| **CIRCUIT CITY STORES INC**<br>**ATTN: ACCOUNTS PAYABLE**<br>**DEEP RUN 3, 5TH FLOOR**<br>**RICHMOND VA 23233** | **#344 LIVERMORE WHITE GOOD**<br>**400 LONG FELLOW COURT,SUITE A**<br>**CALL FOR DELIVERY APPT 804.527.4000x6676**<br>**LIVERMORE CA 94550** |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 08/30/08 | 20434532 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2124862 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 20 | Each | 83.98 | 1,679.60 |
| 2 | 1Z01877R0350<br>594316 | Freight | 1 | Each | | |
| 3 | 1Z01877R0351<br>091705 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: Net 90 Days | AVAIL DISC: | TAX RATE: | **Please Pay This Amount:** |
|---|---|---|---|
| NET DUE DATE: 11/28/08 | PREPAID AMT: | TAX AMT: | **$1,679.60 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation   ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371   Phone (860) 434-9190 Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 563218 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#775 CIRCUIT CITY DIST. CTR.
19925 INDEPENDENCE BLVD
CALL FOR DELIVERY APPT 804.527.4000x6676
GROVELAND, FL 34736

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 08/30/08 | 20434535 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2124865 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 30 | Each | 83.98 | 2,519.40 |
| 2 | 1Z01877R0350<br>692666 | Freight | 1 | Each | | |
| 3 | 1Z01877R0350<br>749051 | Freight | 1 | Each | | |
| 4 | 1Z01877R0351<br>586047 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 11/28/08 | PREPAID AMT: | | TAX AMT: | | **$2,519.40 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive,  Old Lyme, CT 06371   Phone (860) 434-9190  Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 563459 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #255 BETHLEHEM BROWN GOOD<br>4000 TOWNSHIP LINE RD<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>BETHLEHEM PA 18020 |

| Invoice Date | Order No. | Customer Email |
|---|---|---|
| 09/03/08 | 20434531      SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2124861 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 30 | Each | 83.98 | 2,519.40 |
| 2 | 1Z01877R0349<br>760791 | Freight | 1 | Each | | |
| 3 | 1Z01877R0350<br>408802 | Freight | 1 | Each | | |
| 4 | 1Z01877R0351<br>717388 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: Net 90 Days | AVAIL DISC: | TAX RATE: | Please Pay This Amount: |
|---|---|---|---|
| NET DUE DATE: 12/02/08 | PREPAID AMT: | TAX AMT: | **$2,519.40 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759
**WWW.SENNHEISERUSA.COM**

| Invoice: | 563460 RI |
|---|---|
| Page: | 1 of 1 |

| **Bill To:** | **Ship To:** |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #567 ARDMORE BROWN GOODS<br>1901 COOPER DRIVE<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>ARDMORE OK 73401 |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/03/08 | 20434533 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2124863 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 60 | Each | 42.22 | 2,533.20 |
| 2 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 20 | Each | 83.98 | 1,679.60 |
| 3 | WWAT-SCH-774<br>014 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | **Please Pay This Amount:** |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/02/08 | PREPAID AMT: | | TAX AMT: | | **$4,212.80 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# ⌇ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 563784 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #755 CIRCUIT CITY DISTRIBUTION<br>1100 CIRCUIT CITY RD<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>MARION IL 62959 |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/04/08 | 20434534 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2124864 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 140 | Each | 42.22 | 5,910.80 |
| 2 | OVNT-PAL0416<br>21451 | Freight | 1 | Each | | |

**F.O.B:** Truck - LTL

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/03/08 | PREPAID AMT: | | TAX AMT: | | **$5,910.80 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# ⌇ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759
**WWW.SENNHEISERUSA.COM**

| Invoice: | 564869 RI |
|---|---|
| Page: | 1 of 1 |

| **Bill To:** | **Ship To:** |
|---|---|
| **CIRCUIT CITY STORES INC**<br>**ATTN: ACCOUNTS PAYABLE**<br>**DEEP RUN 3, 5TH FLOOR**<br>**RICHMOND VA 23233** | **#344 LIVERMORE WHITE GOOD**<br>**400 LONG FELLOW COURT,SUITE A**<br>**CALL FOR DELIVERY APPT 804.527.4000x6676**<br>**LIVERMORE CA 94550** |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/08/08 | 20434047 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2123876 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500830 | CX300-B<br>in-ear monitor, black<br>CX300B | 40 | Each | 19.42 | 776.80 |
| 2 | 1Z01877R0349<br>946171 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | **Please Pay This Amount:** |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/07/08 | PREPAID AMT: | | TAX AMT: | | **$776.80 USD** |

**Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962**

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759

**WWW.SENNHEISERUSA.COM**

| Invoice: | 564870 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #353 CIRCUIT CITY- INDUSTRY<br>680 S. LEMON AVENUE<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>WALNUT CA 91789 |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/08/08 | 20434048 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2123883 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500830 | CX300-B<br>in-ear monitor, black<br>CX300B | 40 | Each | 19.42 | 776.80 |
| 2 | 1Z01877R0350<br>770705 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/07/08 | PREPAID AMT: | | TAX AMT: | | **$776.80 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962