# EXHIBIT B

# Part 2 of 4

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# ◪ SENNHEISER

REPRINT INVOICE

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759

WWW.SENNHEISERUSA.COM

| Invoice: | 565437 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#775 CIRCUIT CITY DIST. CTR.
19925 INDEPENDENCE BLVD
CALL FOR DELIVERY APPT 804.527.4000x6676
GROVELAND, FL 34736

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/09/08 | 20434046 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2123875 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500830 | CX300-B<br>in-ear monitor, black<br>CX300B | 120 | Each | 19.42 | 2,330.40 |
| 2 | 1Z01877R0349<br>367556 | Freight | 1 | Each | | |
| 3 | 1Z01877R0350<br>421163 | Freight | 1 | Each | | |
| 4 | 1Z01877R0351<br>691370 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/08/08 | PREPAID AMT: | | TAX AMT: | | **$2,330.40 USD** |

Please Remit Payment To: **Sennheiser Electronic Corporation** P.O Box 30962 Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# SENNHEISER

REPRINT INVOICE

Sennheiser Electronic Corporation   ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371   Phone (860) 434-9190 Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 565438 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#344 LIVERMORE WHITE GOOD
400 LONG FELLOW COURT, SUITE A
CALL FOR DELIVERY APPT 804.527.4000x6676
LIVERMORE CA 94550

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/09/08 | 20436540 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2127817 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500504 | PMX70<br>PMX70<br>PMX70 | 30 | Each | 20.22 | 606.60 |
| 2 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 50 | Each | 42.22 | 2,111.00 |
| 3 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 40 | Each | 83.98 | 3,359.20 |
| 4 | WWAT-SCH-867<br>113 | Freight | 1 | Each | | |

**F.O.B:** Truck - LTL

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/08/08 | PREPAID AMT: | | TAX AMT: | | **$6,076.80 USD** |

Please Remit Payment To: Sennheiser Electronic Corporation P.O Box 30962 Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# ⊓ SENNHEISER

REPRINT INVOICE

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759

WWW.SENNHEISERUSA.COM

| Invoice: | 565439 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#353 CIRCUIT CITY- INDUSTRY
680 S. LEMON AVENUE
CALL FOR DELIVERY APPT 804.527.4000x6676
WALNUT CA 91789

| Invoice Date | Order No. | Customer Email |
|---|---|---|
| 09/09/08 | 20436541      SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2127818 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 500504 | PMX70<br>PMX70<br>PMX70 | 50   Each | 20.22 | 1,011.00 |
| 2 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 50   Each | 42.22 | 2,111.00 |
| 3 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 50   Each | 83.98 | 4,199.00 |
| 4 | WWAT-SCH-867<br>112 | Freight | 1   Each | | |

**F.O.B:** Truck - LTL

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/08/08 | PREPAID AMT: | | TAX AMT: | | **$7,321.00 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# ⎃ SENNHEISER

REPRINT INVOICE

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759

WWW.SENNHEISERUSA.COM

| Invoice: | 565440 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#755 CIRCUIT CITY DISTRIBUTION
1100 CIRCUIT CITY RD
CALL FOR DELIVERY APPT 804.527.4000x6676
MARION IL 62959

| Invoice Date | Order No. | Customer Email |
|---|---|---|
| 09/09/08 | 20436543      SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2127820 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 110   Each | 42.22 | 4,644.20 |
| 2 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 50   Each | 83.98 | 4,199.00 |
| 3 | WWAT-SCH-774<br>013 | Freight | 1   Each | | |

**F.O.B:** Truck - LTL

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/08/08 | PREPAID AMT: | | TAX AMT: | | **$8,843.20 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# ⌁ SENNHEISER

REPRINT INVOICE

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 565862 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #255 BETHLEHEM BROWN GOOD<br>4000 TOWNSHIP LINE RD<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>BETHLEHEM PA 18020 |

| Invoice Date | Order No. | Customer Email |
|---|---|---|
| 09/10/08 | 20434043      SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2123871 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 500830 | CX300-B<br>in-ear monitor, black<br>CX300B | 120   Each | 19.42 | 2,330.40 |
| 2 | 1Z01877R0349<br>126280 | Freight | 1   Each | | |
| 3 | 1Z01877R0350<br>477470 | Freight | 1   Each | | |
| 4 | 1Z01877R0350<br>703699 | Freight | 1   Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/09/08 | PREPAID AMT: | | TAX AMT: | | **$2,330.40 USD** |

Please Remit Payment To: **Sennheiser Electronic Corporation** P.O Box 30962 Hartford CT, 06150-0962

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# ||||| SENNHEISER

REPRINT INVOICE

Sennheiser Electronic Corporation   ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371   Phone (860) 434-9190 Fax (860) 434-1759
**WWW.SENNHEISERUSA.COM**

| Invoice: | 565863 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #567 ARDMORE BROWN GOODS<br>1901 COOPER DRIVE<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>ARDMORE OK 73401 |

| Invoice Date | Order No. | | Customer Email | |
|---|---|---|---|---|
| 09/10/08 | 20434045 | SO | | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2123874 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500830 | CX300-B<br>in-ear monitor, black<br>CX300B | 40 | Each | 19.42 | 776.80 |
| 2 | 1Z01877R0350<br>401265 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/09/08 | PREPAID AMT: | | TAX AMT: | | **$776.80 USD** |

**Please Remit Payment To: Sennheiser Electronic Corporation P.O Box 30962 Hartford CT, 06150-0962**

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 565864 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #255 BETHLEHEM BROWN GOOD<br>4000 TOWNSHIP LINE RD<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>BETHLEHEM PA 18020 |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/10/08 | 20436539 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2127816 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860 /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500504 | PMX70<br>PMX70<br>PMX70 | 240 | Each | 20.22 | 4,852.80 |
| 2 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 110 | Each | 42.22 | 4,644.20 |
| 3 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 80 | Each | 83.98 | 6,718.40 |
| 4 | WWAT-SCH-774<br>018 | Freight | 1 | Each | | |

**F.O.B:** Truck - LTL

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/09/08 | PREPAID AMT: | | TAX AMT: | | **$16,215.40 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# ⧉ SENNHEISER

Sennheiser Electronic Corporation   ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371   Phone (860) 434-9190 Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

**REPRINT INVOICE**

| Invoice: | 565865 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#567 ARDMORE BROWN GOODS
1901 COOPER DRIVE
CALL FOR DELIVERY APPT 804.527.4000x6676
ARDMORE OK 73401

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/10/08 | 20436542 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2127819 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500504 | PMX70 <br> PMX70 <br> PMX70 | 40 | Each | 20.22 | 808.80 |
| 2 | 009919 | RS 110-9 <br> RF Headphone System <br> RS110 | 80 | Each | 42.22 | 3,377.60 |
| 3 | 009925 | RS 130-9 <br> SRS Wireless headphone <br> RS130 | 30 | Each | 83.98 | 2,519.40 |
| 4 | WWAT-SCH-774 017 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/09/08 | PREPAID AMT: | | TAX AMT: | | **$6,705.80 USD** |

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# ⌇ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759

**WWW.SENNHEISERUSA.COM**

| Invoice: | 566430 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #755 CIRCUIT CITY DISTRIBUTION<br>1100 CIRCUIT CITY RD<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>MARION IL 62959 |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/11/08 | 20434044 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2123873 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 500830 | CX300-B<br>in-ear monitor, black<br>CX300B | 120   Each | 19.42 | 2,330.40 |
| 2 | 1Z01877R0350<br>168965 | Freight | 1   Each | | |
| 3 | 1Z01877R0351<br>307179 | Freight | 1   Each | | |
| 4 | 1Z01877R0351<br>527351 | Freight | 1   Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/10/08 | PREPAID AMT: | | TAX AMT: | | **$2,330.40 USD** |

Please Remit Payment To: Sennheiser Electronic Corporation P.O Box 30962 Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# ◱ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 567231 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #775 CIRCUIT CITY DIST. CTR.<br>19925 INDEPENDENCE BLVD<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>GROVELAND, FL 34736 |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/15/08 | 20436544 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2127821 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 500504 | PMX70<br>PMX70<br>PMX70 | 40  Each | 20.22 | 808.80 |
| 2 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 50  Each | 83.98 | 4,199.00 |
| 3 | 1Z01877R0349<br>109325 | Freight | 1  Each | | |
| 4 | 1Z01877R0349<br>669131 | Freight | 1  Each | | |
| 5 | 1Z01877R0350<br>104167 | Freight | 1  Each | | |
| 6 | 1Z01877R0350<br>182118 | Freight | 1  Each | | |
| 7 | 1Z01877R0350<br>817549 | Freight | 1  Each | | |
| 8 | 1Z01877R0351<br>870551 | Freight | 1  Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/14/08 | PREPAID AMT: | | TAX AMT: | | **$5,007.80 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

# ◢ SENNHEISER

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

**REPRINT INVOICE**

Sennheiser Electronic Corporation   ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371   Phone (860) 434-9190   Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 567232 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#344 LIVERMORE WHITE GOOD
400 LONG FELLOW COURT, SUITE A
CALL FOR DELIVERY APPT 804.527.4000x6676
LIVERMORE CA 94550

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/15/08 | 20436739 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2128931 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500830 | CX300-B<br>in-ear monitor, black<br>CX300B | 40 | Each | 19.42 | 776.80 |
| 2 | 1Z01877R0350<br>643914 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/14/08 | PREPAID AMT: | | TAX AMT: | | **$776.80 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# ◣ SENNHEISER

REPRINT INVOICE

Sennheiser Electronic Corporation   ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371   Phone (860) 434-9190 Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 567233 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#353 CIRCUIT CITY- INDUSTRY
680 S. LEMON AVENUE
CALL FOR DELIVERY APPT 804.527.4000x6676
WALNUT CA 91789

| Invoice Date | Order No. | | Customer Email | |
|---|---|---|---|---|
| 09/15/08 | 20436740 | SO | | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2128933 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500830 | CX300-B<br>in-ear monitor, black<br>CX300B | 40 | Each | 19.42 | 776.80 |
| 2 | 1Z01877R0350<br>279121 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/14/08 | PREPAID AMT: | | TAX AMT: | | **$776.80 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

# ⧌ SENNHEISER

**REPRINT INVOICE**

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

Sennheiser Electronic Corporation   ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371   Phone (860) 434-9190 Fax (860) 434-1759
**WWW.SENNHEISERUSA.COM**

| Invoice: | 567234 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#344 LIVERMORE WHITE GOOD
400 LONG FELLOW COURT, SUITE A
CALL FOR DELIVERY APPT 804.527.4000x6676
LIVERMORE CA 94550

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/15/08 | 20437991 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2133947 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 500504 | PMX70<br>PMX70<br>PMX70 | 10   Each | 20.22 | 202.20 |
| 2 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 60   Each | 42.22 | 2,533.20 |
| 3 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 30   Each | 83.98 | 2,519.40 |
| 4 | WWAT-SCH-774<br>020 | Freight | 1   Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/14/08 | PREPAID AMT: | | TAX AMT: | | **$5,254.80 USD** |

Please Remit Payment To: Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# ⧉ SENNHEISER

REPRINT INVOICE

Sennheiser Electronic Corporation   ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371   Phone (860) 434-9190 Fax (860) 434-1759

WWW.SENNHEISERUSA.COM

| Invoice: | 567235 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#353 CIRCUIT CITY- INDUSTRY
680 S. LEMON AVENUE
CALL FOR DELIVERY APPT 804.527.4000x6676
WALNUT CA 91789

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/15/08 | 20437992 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2133948 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500504 | PMX70<br>PMX70<br>PMX70 | 30 | Each | 20.22 | 606.60 |
| 2 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 60 | Each | 42.22 | 2,533.20 |
| 3 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 40 | Each | 83.98 | 3,359.20 |
| 4 | WWAT-SCH-774<br>019 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/14/08 | PREPAID AMT: | | TAX AMT: | | **$6,499.00 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# ⟋ SENNHEISER

REPRINT INVOICE

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive,  Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759

WWW.SENNHEISERUSA.COM

| Invoice: | 567689 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| **CIRCUIT CITY STORES INC**<br>**ATTN: ACCOUNTS PAYABLE**<br>**DEEP RUN 3, 5TH FLOOR**<br>**RICHMOND VA 23233** | **#775 CIRCUIT CITY DIST. CTR.**<br>**19925 INDEPENDENCE BLVD**<br>**CALL FOR DELIVERY APPT 804.527.4000x6676**<br>**GROVELAND, FL 34736** |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/16/08 | 20436738 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2128929 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500830 | CX300-B<br>in-ear monitor, black<br>CX300B | 80 | Each | 19.42 | 1,553.60 |
| 2 | 1Z01877R0351<br>202406 | Freight | 1 | Each | | |
| 3 | 1Z01877R0351<br>298395 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/15/08 | PREPAID AMT: | | TAX AMT: | | **$1,553.60 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# ⊟ SENNHEISER

REPRINT INVOICE

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive,  Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759
**WWW.SENNHEISERUSA.COM**

| Invoice: | 567690 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#775 CIRCUIT CITY DIST. CTR.
19925 INDEPENDENCE BLVD
CALL FOR DELIVERY APPT 804.527.4000x6676
GROVELAND, FL 34736

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/16/08 | 20437995 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2133951 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500504 | PMX70<br>PMX70<br>PMX70 | 20 | Each | 20.22 | 404.40 |
| 2 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 30 | Each | 42.22 | 1,266.60 |
| 3 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 40 | Each | 83.98 | 3,359.20 |
| 4 | WWAT-SCH-774<br>022 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/15/08 | PREPAID AMT: | | TAX AMT: | | **$5,030.20 USD** |

**Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962**

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# ⎙ SENNHEISER

REPRINT INVOICE

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive,  Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 567691 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #775 CIRCUIT CITY DIST. CTR.<br>19925 INDEPENDENCE BLVD<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>GROVELAND, FL 34736 |

| Invoice Date | Order No. | Customer Email |
|---|---|---|
| 09/16/08 | 20440485          SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2150039 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 009922 | RS 120-9<br>RF Headphone System<br>RS120 | 338    Each | 57.00 | 19,266.00 |
| 2 | 500209 | PXC250<br>500209,COLLAPSABLE ANC HEADPHO<br>PXC250 | 432    Each | 66.74 | 28,831.68 |
| 3 | WWAT-SCH-774<br>023 | Freight | 1    Each | | |

*Balance Due = 43545.66*

F.O.B: Truck - LTL

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/15/08 | PREPAID AMT: | | TAX AMT: | | **$48,097.68 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

Case 08-35653-KRH   Doc 2722-3   Filed 03/20/09   Entered 03/20/09 17:46:39   Desc
Exhibit(s) Proposed 4 Page 19 of 28
Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# ⧉ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759

**WWW.SENNHEISERUSA.COM**

| Invoice: | 567692 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| **CIRCUIT CITY STORES INC**<br>**ATTN: ACCOUNTS PAYABLE**<br>**DEEP RUN 3, 5TH FLOOR**<br>**RICHMOND VA 23233** | **#344 LIVERMORE WHITE GOOD**<br>**400 LONG FELLOW COURT,SUITE A**<br>**CALL FOR DELIVERY APPT 804.527.4000x6676**<br>**LIVERMORE CA 94550** |

| Invoice Date | Order No. | Customer Email |
|---|---|---|
| 09/16/08 | 20440486   SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2150041 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 009922 | RS 120-9<br>RF Headphone System<br>RS120 | 183   Each | 57.00 | 10,431.00 |
| 2 | 500209 | PXC250<br>500209,COLLAPSABLE ANC HEADPHO<br>PXC250 | 228   Each | 66.74 | 15,216.72 |
| 3 | WWAT-SCH-774<br>024 | Freight | 1   Each | | |

*Balance Due=$3,028.25* (handwritten)

**F.O.B:** Truck - LTL

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/15/08 | PREPAID AMT: | | TAX AMT: | | **$25,647.72 USD** |

Please Remit Payment To: Sennheiser Electronic Corporation P.O Box 30962 Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# ⊓ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371   Phone (860) 434-9190 Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 567693 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #353 CIRCUIT CITY- INDUSTRY<br>680 S. LEMON AVENUE<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>WALNUT CA 91789 |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/16/08 | 20440487 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2150042 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009922 | RS 120-9<br>RF Headphone System<br>RS120 | 239 | Each | 57.00 | 13,623.00 |
| 2 | 500209 | PXC250<br>500209,COLLAPSABLE ANC HEADPHO<br>PXC250 | 288 | Each | 66.74 | 19,221.12 |

Balance Due = 29,759.01

**F.O.B:** Truck - LTL

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/15/08 | PREPAID AMT: | | TAX AMT: | | **$32,844.12 USD** |

Please Remit Payment To: Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# ⊟ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759
**WWW.SENNHEISERUSA.COM**

| Invoice: | 568111 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #255 BETHLEHEM BROWN GOOD<br>4000 TOWNSHIP LINE RD<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>BETHLEHEM PA 18020 |

| Invoice Date | Order No. | Customer Email |
|---|---|---|
| 09/17/08 | 20436735      SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2128924 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500830 | CX300-B<br>in-ear monitor, black<br>CX300B | 80 | Each | 19.42 | 1,553.60 |
| 2 | WWAT-SCH-774<br>025 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| | | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| **TERMS:** | Net 90 Days | | | | | **$1,553.60 USD** |
| **NET DUE DATE:** | 12/16/08 | PREPAID AMT: | | TAX AMT: | | |

**Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962**

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# ≡ SENNHEISER

REPRINT INVOICE

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759

**WWW.SENNHEISERUSA.COM**

| Invoice: | 568112 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#567 ARDMORE BROWN GOODS
1901 COOPER DRIVE
CALL FOR DELIVERY APPT 804.527.4000x6676
ARDMORE OK 73401

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/17/08 | 20436737 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2128928 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500830 | CX300-B<br>in-ear monitor, black<br>CX300B | 80 | Each | 19.42 | 1,553.60 |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/16/08 | PREPAID AMT: | | TAX AMT: | | **$1,553.60 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# SENNHEISER

REPRINT INVOICE

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759

WWW.SENNHEISERUSA.COM

| Invoice: | 568113 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#255 BETHLEHEM BROWN GOOD
4000 TOWNSHIP LINE RD
CALL FOR DELIVERY APPT 804.527.4000x6676
BETHLEHEM PA 18020

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/17/08 | 20437990 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2133946 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500504 | PMX70<br>PMX70<br>PMX70 | 40 | Each | 20.22 | 808.80 |
| 2 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 80 | Each | 42.22 | 3,377.60 |
| 3 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 50 | Each | 83.98 | 4,199.00 |
| 4 | WWAT-SCH-774<br>025 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/16/08 | PREPAID AMT: | | TAX AMT: | | **$8,385.40 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# ⧉ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 568114 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #567 ARDMORE BROWN GOODS<br>1901 COOPER DRIVE<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>ARDMORE OK 73401 |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/17/08 | 20437993 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2133949 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500504 | PMX70<br>PMX70<br>PMX70 | 50 | Each | 20.22 | 1,011.00 |
| 2 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 20 | Each | 42.22 | 844.40 |
| 3 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 40 | Each | 83.98 | 3,359.20 |
| 4 | WWAT-SCH-773<br>968 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/16/08 | PREPAID AMT: | | TAX AMT: | | **$5,214.60 USD** |

Please Remit Payment To: Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# ◤ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 568115 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#255 BETHLEHEM BROWN GOOD
4000 TOWNSHIP LINE RD
CALL FOR DELIVERY APPT 804.527.4000x6676
BETHLEHEM PA 18020

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/17/08 | 20440482 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2150036 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009922 | RS 120-9<br>RF Headphone System<br>RS120 | 477 | Each | 57.00 | 27,189.00 |
| 2 | 500209 | PXC250<br>500209,COLLAPSABLE ANC HEADPHO<br>PXC250 | 600 | Each | 66.74 | 40,044.00 |
| 3 | WWAT-SCH-774<br>025 | Freight | 1 | Each | | |



Balance Due = 60,882.8?

**F.O.B:** Truck - LTL

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/16/08 | PREPAID AMT: | | TAX AMT: | | **$67,233.00 USD** |

**Please Remit Payment To:** Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# ⦀ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 568116 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#567 ARDMORE BROWN GOODS
1901 COOPER DRIVE
CALL FOR DELIVERY APPT 804.527.4000x6676
ARDMORE OK 73401

| Invoice Date | Order No. | Customer Email |
|---|---|---|
| 09/17/08 | 20440484        SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2150038 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 009922 | RS 120-9<br>RF Headphone System<br>RS120 | 305   Each | 57.00 | 17,385.00 |
| 2 | 500209 | PXC250<br>500209,COLLAPSABLE ANC HEADPHO<br>PXC250 | 372   Each | 66.74 | 24,827.28 |
| 3 | WWAT-SCH-773<br>968 | Freight | 1   Each | | |



Balance Due = $38,241.03

**F.O.B:** Truck - LTL

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/16/08 | PREPAID AMT: | | TAX AMT: | | $42,212.28 USD |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962