# EXHIBIT B

# Part 3 of 4

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# ⑤ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive,  Old Lyme, CT 06371   Phone (860) 434-9190  Fax (860) 434-1759
**WWW.SENNHEISERUSA.COM**

| Invoice: | 568482 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #755 CIRCUIT CITY DISTRIBUTION<br>1100 CIRCUIT CITY RD<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>MARION IL 62959 |

| Invoice Date | Order No. | Customer Email |
|---|---|---|
| 09/18/08 | 20436736      SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2128926 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500830 | CX300-B<br>in-ear monitor, black<br>CX300B | 80 | Each | 19.42 | 1,553.60 |
| 2 | 1Z01877R0350<br>066771 | Freight | 1 | Each | | |
| 3 | 1Z01877R0351<br>073583 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/17/08 | PREPAID AMT: | | TAX AMT: | | **$1,553.60 USD** |

**Please Remit Payment To: Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962**

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 568483 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #755 CIRCUIT CITY DISTRIBUTION<br>1100 CIRCUIT CITY RD<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>MARION IL 62959 |

| Invoice Date | Order No. | Customer Email |
|---|---|---|
| 09/18/08 | 20437994      SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2133950 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 50 | Each | 42.22 | 2,111.00 |
| 2 | 1Z01877R0349<br>137947 | Freight | 1 | Each | | |
| 3 | 1Z01877R0350<br>470511 | Freight | 1 | Each | | |
| 4 | 1Z01877R0351<br>414955 | Freight | 1 | Each | | |
| 5 | 1Z01877R0351<br>701724 | Freight | 1 | Each | | |
| 6 | 1Z01877R0351<br>805532 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/17/08 | PREPAID AMT: | | TAX AMT: | | **$2,111.00 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation   ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371   Phone (860) 434-9190 Fax (860) 434-1759
**WWW.SENNHEISERUSA.COM**

| Invoice: | 568484 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#755 CIRCUIT CITY DISTRIBUTION
1100 CIRCUIT CITY RD
CALL FOR DELIVERY APPT 804.527.4000x6676
MARION IL 62959

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/18/08 | 20440483 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2150037 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009922 | RS 120-9<br>RF Headphone System<br>RS120 | 458 | Each | 57.00 | 26,106.00 |
| 2 | 500209 | PXC250<br>500209,COLLAPSABLE ANC HEADPHO<br>PXC250 | 576 | Each | 66.74 | 38,442.24 |
| 3 | WWAT-SCH-773<br>969 | Freight | 1 | Each | | |



Balance Due = 58,451.82

**F.O.B:** Truck - LTL

| TERMS: Net 90 Days | AVAIL DISC: | TAX RATE: | **Please Pay This Amount:** |
|---|---|---|---|
| NET DUE DATE: 12/17/08 | PREPAID AMT: | TAX AMT: | **$64,548.24 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962 Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# ⧠ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation   ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371   Phone (860) 434-9190 Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 569789 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #775 CIRCUIT CITY DIST. CTR.<br>19925 INDEPENDENCE BLVD<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>GROVELAND, FL 34736 |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/23/08 | 20437930 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2133339 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500830 | CX300-B<br>in-ear monitor, black<br>CX300B | 40 | Each | 19.42 | 776.80 |
| 2 | 1Z01877R0350<br>753199 | Freight | 1 | Each | | |

**F.O.B.** UPS Ground SHIP TODAY

| TERMS: Net 90 Days | AVAIL DISC: | TAX RATE: | Please Pay This Amount: |
|---|---|---|---|
| NET DUE DATE: 12/22/08 | PREPAID AMT: | TAX AMT: | **$776.80 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# ⧉ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 569790 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#344 LIVERMORE WHITE GOOD
400 LONG FELLOW COURT,SUITE A
CALL FOR DELIVERY APPT 804.527.4000x6676
LIVERMORE CA 94550

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/23/08 | 20437931 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2133340 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500830 | CX300-B<br>in-ear monitor, black<br>CX300B | 40 | Each | 19.42 | 776.80 |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/22/08 | PREPAID AMT: | | TAX AMT: | | **$776.80 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# ⟋ SENNHEISER

REPRINT INVOICE

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 569791 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#353 CIRCUIT CITY- INDUSTRY
680 S. LEMON AVENUE
CALL FOR DELIVERY APPT 804.527.4000x6676
WALNUT CA 91789

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/23/08 | 20437932 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2133341 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500830 | CX300-B<br>in-ear monitor, black<br>CX300B | 40 | Each | 19.42 | 776.80 |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/22/08 | PREPAID AMT: | | TAX AMT: | | **$776.80 USD** |

Please Remit Payment To: Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# ⧉ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive,  Old Lyme, CT 06371   Phone (860) 434-9190 Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 569792 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#344 LIVERMORE WHITE GOOD
400 LONG FELLOW COURT,SUITE A
CALL FOR DELIVERY APPT 804.527.4000x6676
LIVERMORE CA 94550

| Invoice Date | Order No. | Customer Email | |
|---|---|---|---|
| 09/23/08 | 20440060      SO | | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2147868 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500504 | PMX70<br>PMX70<br>PMX70 | 20 | Each | 20.22 | 404.40 |
| 2 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 30 | Each | 42.22 | 1,266.60 |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/22/08 | PREPAID AMT: | | TAX AMT: | | **$1,671.00 USD** |

**Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962**

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# ⊏≡ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive,  Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759

WWW.SENNHEISERUSA.COM

| Invoice: | 569793 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #353 CIRCUIT CITY- INDUSTRY<br>680 S. LEMON AVENUE<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>WALNUT CA 91789 |

| Invoice Date | Order No. | Customer Email |
|---|---|---|
| 09/23/08 | 20440061    SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2147869 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860    /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500504 | PMX70<br>PMX70<br>PMX70 | 20 | Each | 20.22 | 404.40 |
| 2 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 40 | Each | 42.22 | 1,688.80 |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/22/08 | PREPAID AMT: | | TAX AMT: | | **$2,093.20 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962 Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# ⊟ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive,  Old Lyme, CT 06371   Phone (860) 434-9190  Fax (860) 434-1759
**WWW.SENNHEISERUSA.COM**

| Invoice: | 569794 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #775 CIRCUIT CITY DIST. CTR.<br>19925 INDEPENDENCE BLVD<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>GROVELAND, FL 34736 |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/23/08 | 20440064 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2147872 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500504 | PMX70<br>PMX70<br>PMX70 | 40 | Each | 20.22 | 808.80 |
| 2 | 1Z01877R0350<br>945204 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/22/08 | PREPAID AMT: | | TAX AMT: | | **$808.80 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

Case 08-35653-KRH    Doc 2722-4    Filed 03/20/09    Entered 03/20/09 17:46:39    Desc
Invoice discrepancies must be reported within five (5) days upon receipt of invoice
Exhibit(s) Proposed 4    Page 11 of 26

# ⧈ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 570425 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#255 BETHLEHEM BROWN GOOD
4000 TOWNSHIP LINE RD
CALL FOR DELIVERY APPT 804.527.4000x6676
BETHLEHEM PA 18020

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/24/08 | 20437927 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2133336 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500830 | CX300-B<br>in-ear monitor, black<br>CX300B | 40 | Each | 19.42 | 776.80 |
| 2 | 1Z01877R0351<br>186569 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: Net 90 Days | AVAIL DISC: | TAX RATE: | Please Pay This Amount: |
|---|---|---|---|
| NET DUE DATE: 12/23/08 | PREPAID AMT: | TAX AMT: | **$776.80 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

Case 08-35653-KRH    Doc 2722-4    Filed 03/20/09    Entered 03/20/09 17:46:39    Desc
Invoice discrepancies must be reported within five (5) days upon receipt of invoice
Exhibit(s) E - Page 4 - Page 12 of 26

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759

**WWW.SENNHEISERUSA.COM**

| Invoice: | 570426 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#567 ARDMORE BROWN GOODS
1901 COOPER DRIVE
CALL FOR DELIVERY APPT 804.527.4000x6676
ARDMORE OK 73401

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/24/08 | 20437929 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2133338 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500830 | CX300-B<br>in-ear monitor, black<br>CX300B | 40 | Each | 19.42 | 776.80 |
| 2 | 1Z01877R0349<br>830090 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/23/08 | PREPAID AMT: | | TAX AMT: | | **$776.80 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# ⑁ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759

WWW.SENNHEISERUSA.COM

| Invoice: | 570427 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #255 BETHLEHEM BROWN GOOD<br>4000 TOWNSHIP LINE RD<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>BETHLEHEM PA 18020 |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/24/08 | 20440059 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2147867 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500504 | PMX70<br>PMX70<br>PMX70 | 60 | Each | 20.22 | 1,213.20 |
| 2 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 50 | Each | 42.22 | 2,111.00 |
| 3 | 1Z01877R0349<br>240012 | Freight | 1 | Each | | |
| 4 | 1Z01877R0349<br>241173 | Freight | 1 | Each | | |
| 5 | 1Z01877R0349<br>431397 | Freight | 1 | Each | | |
| 6 | 1Z01877R0349<br>581350 | Freight | 1 | Each | | |
| 7 | 1Z01877R0351<br>315400 | Freight | 1 | Each | | |
| 8 | 1Z01877R0351<br>462966 | Freight | 1 | Each | | |
| 9 | 1Z01877R0351<br>711982 | Freight | 1 | Each | | |
| 10 | 1Z01877R0351 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/23/08 | PREPAID AMT: | | TAX AMT: | | **$3,324.20 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962 Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# ꞏ⃝ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive,  Old Lyme, CT 06371   Phone (860) 434-9190  Fax (860) 434-1759

WWW.SENNHEISERUSA.COM

| Invoice: | 570428 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #567 ARDMORE BROWN GOODS<br>1901 COOPER DRIVE<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>ARDMORE OK 73401 |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/24/08 | 20440062 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2147870 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500504 | PMX70<br>PMX70<br>PMX70 | 10 | Each | 20.22 | 202.20 |
| 2 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 10 | Each | 42.22 | 422.20 |
| 3 | 1Z01877R0349<br>181621 | Freight | 1 | Each | | |
| 4 | 1Z01877R0349<br>396417 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/23/08 | PREPAID AMT: | | TAX AMT: | | **$624.40 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# ⚡ SENNHEISER

REPRINT INVOICE

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive,  Old Lyme, CT 06371   Phone (860) 434-9190  Fax (860) 434-1759

WWW.SENNHEISERUSA.COM

| Invoice: | 570833 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| **CIRCUIT CITY STORES INC**<br>**ATTN: ACCOUNTS PAYABLE**<br>**DEEP RUN 3, 5TH FLOOR**<br>**RICHMOND VA 23233** | **#755 CIRCUIT CITY DISTRIBUTION**<br>**1100 CIRCUIT CITY RD**<br>**CALL FOR DELIVERY APPT 804.527.4000x6676**<br>**MARION IL 62959** |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/25/08 | 20437928 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2133337 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500830 | CX300-B<br>in-ear monitor, black<br>CX300B | 40 | Each | 19.42 | 776.80 |
| 2 | 1Z01877R0351<br>794170 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/24/08 | PREPAID AMT: | | TAX AMT: | | **$776.80 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

# SENNHEISER

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 570834 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#755 CIRCUIT CITY DISTRIBUTION
1100 CIRCUIT CITY RD
CALL FOR DELIVERY APPT 804.527.4000x6676
MARION IL 62959

| Invoice Date | Order No. | Customer Email |
|---|---|---|
| 09/25/08 | 20440063     SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2147871 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 20 | Each | 42.22 | 844.40 |
| 2 | 1Z01877R0350<br>819476 | Freight | 1 | Each | | |
| 3 | 1Z01877R0351<br>988283 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/24/08 | PREPAID AMT: | | TAX AMT: | | **$844.40 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 571600 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#344 LIVERMORE WHITE GOOD
400 LONG FELLOW COURT,SUITE A
CALL FOR DELIVERY APPT 804.527.4000x6676
LIVERMORE CA 94550

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/29/08 | 20442030 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2152513 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 30 | Each | 42.22 | 1,266.60 |
| 2 | 1Z01877R0349<br>763967 | Freight | 1 | Each | | |
| 3 | 1Z01877R0350<br>602173 | Freight | 1 | Each | | |
| 4 | 1Z01877R0350<br>732989 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/28/08 | PREPAID AMT: | | TAX AMT: | | **$1,266.60 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759

WWW.SENNHEISERUSA.COM

| Invoice: | 572071 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#353 CIRCUIT CITY- INDUSTRY
680 S. LEMON AVENUE
CALL FOR DELIVERY APPT 804.527.4000x6676
WALNUT CA 91789

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 09/30/08 | 20442031 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2152514 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 40 | Each | 42.22 | 1,688.80 |
| 2 | 009922 | RS 120-9<br>RF Headphone System<br>RS120 | 93 | Each | 53.31 | 4,957.83 |
| 3 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 10 | Each | 83.98 | 839.80 |

**F.O.B:** Truck - LTL

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/29/08 | PREPAID AMT: | | TAX AMT: | | **$7,486.43 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759

WWW.SENNHEISERUSA.COM

| Invoice: | 572072 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #775 CIRCUIT CITY DIST. CTR.<br>19925 INDEPENDENCE BLVD<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>GROVELAND, FL 34736 |

| Invoice Date | Order No. | Customer Email |
|---|---|---|
| 09/30/08 | 20442033    SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2152516 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860    /434-9190 | |

| Line | Item No. | Description | Qty / UOM | Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 500504 | PMX70<br>PMX70<br>PMX70 | 40   Each | 20.22 | 808.80 |
| 2 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 80   Each | 42.22 | 3,377.60 |
| 3 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 10   Each | 83.98 | 839.80 |
| 4 | WWAT-SCH-773<br>971 | Freight | 1   Each | | |

**F.O.B:** Truck - LTL

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/29/08 | PREPAID AMT: | | TAX AMT: | | **$5,026.20 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# ⊓ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 572605 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #255 BETHLEHEM BROWN GOOD<br>4000 TOWNSHIP LINE RD<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>BETHLEHEM PA 18020 |

| Invoice Date | Order No. | Customer Email |
|---|---|---|
| 09/30/08 | 20442029     SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2152512 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500504 | PMX70<br>PMX70<br>PMX70 | 60 | Each | 20.22 | 1,213.20 |
| 2 | 009922 | RS 120-9<br>RF Headphone System<br>RS120 | 107 | Each | 53.31 | 5,704.17 |
| 3 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 20 | Each | 83.98 | 1,679.60 |
| 4 | WWAT-SCH-773<br>972 | Freight | 1 | Each | | |

**F.O.B:** Truck - LTL

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/29/08 | PREPAID AMT: | | TAX AMT: | | **$8,596.97 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# ⧉ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759

**WWW.SENNHEISERUSA.COM**

| Invoice: | 572606 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#567 ARDMORE BROWN GOODS
1901 COOPER DRIVE
CALL FOR DELIVERY APPT 804.527.4000x6676
ARDMORE OK 73401

| Invoice Date | Order No. | Customer Email |
|---|---|---|
| 09/30/08 | 20442032     SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2152515 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 10 | Each | 83.98 | 839.80 |
| 2 | 1Z01877R0350<br>631758 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/29/08 | PREPAID AMT: | | TAX AMT: | | **$839.80 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 573151 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#755 CIRCUIT CITY DISTRIBUTION
1100 CIRCUIT CITY RD
CALL FOR DELIVERY APPT 804.527.4000x6676
MARION IL 62959

| Invoice Date | Order No. | | Customer Email | |
|---|---|---|---|---|
| 10/02/08 | 20439307 | SO | | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2136752 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500830 | CX300-B<br>in-ear monitor, black<br>CX300B | 40 | Each | 19.42 | 776.80 |
| 2 | 1Z01877R0349<br>284912 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 12/31/08 | PREPAID AMT: | | TAX AMT: | | **$776.80 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962 Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# ◢ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 573152 RI |
|----------|-----------|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|----------|----------|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #775 CIRCUIT CITY DIST. CTR.<br>19925 INDEPENDENCE BLVD<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>GROVELAND, FL 34736 |

| Invoice Date | Order No. | | Customer Email |
|--------------|-----------|-----|----------------|
| 10/02/08 | 20439308 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|--------------|-----------------|--------------|
| 51038789 | 2136754 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|----------------|---------------|---------------|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|------|----------|-------------|-----------|-----|-------|----------------|
| 1 | 500830 | CX300-B<br>in-ear monitor, black<br>CX300B | 40 | Each | 19.42 | 776.80 |
| 2 | 1Z01877R0151<br>380129 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|--------|-------------|-------------|--|-----------|--|-------------------------|
| NET DUE DATE: | 12/31/08 | PREPAID AMT: | | TAX AMT: | | **$776.80 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# SENNHEISER

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 574214 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #344 LIVERMORE WHITE GOOD<br>400 LONG FELLOW COURT,SUITE A<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>LIVERMORE CA 94550 |

| Invoice Date | Order No. | Customer Email |
|---|---|---|
| 10/07/08 | 20443924      SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2159056 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 20   Each | 42.22 | 844.40 |
| 2 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 20   Each | 83.98 | 1,679.60 |
| 3 | 1Z01877R0349<br>564164 | Freight | 1   Each | | |
| 4 | 1Z01877R0349<br>908597 | Freight | 1   Each | | |
| 5 | 1Z01877R0350<br>414377 | Freight | 1   Each | | |
| 6 | 1Z01877R0351<br>277185 | Freight | 1   Each | | |

F.O.B: UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 01/05/09 | PREPAID AMT: | | TAX AMT: | | **$2,524.00 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# ≡ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation   ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371   Phone (860) 434-9190 Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 574215 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #353 CIRCUIT CITY- INDUSTRY<br>680 S. LEMON AVENUE<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>WALNUT CA 91789 |

| Invoice Date | Order No. | Customer Email |
|---|---|---|
| 10/07/08 | 20443925      SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2159057 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 40   Each | 42.22 | 1,688.80 |
| 2 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 20   Each | 83.98 | 1,679.60 |
| 3 | 1Z01877R0349<br>077548 | Freight | 1   Each | | |
| 4 | 1Z01877R0349<br>169323 | Freight | 1   Each | | |
| 5 | 1Z01877R0349<br>551507 | Freight | 1   Each | | |
| 6 | 1Z01877R0349<br>642114 | Freight | 1   Each | | |
| 7 | 1Z01877R0350<br>329139 | Freight | 1   Each | | |
| 8 | 1Z01877R0351<br>861490 | Freight | 1   Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 01/05/09 | PREPAID AMT: | | TAX AMT: | | **$3,368.40 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# ⁄∑ SENNHEISER

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 574216 RI |
|----------|-----------|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|----------|----------|
| **CIRCUIT CITY STORES INC**<br>**ATTN: ACCOUNTS PAYABLE**<br>**DEEP RUN 3, 5TH FLOOR**<br>**RICHMOND VA 23233** | **#775 CIRCUIT CITY DIST. CTR.**<br>**19925 INDEPENDENCE BLVD**<br>**CALL FOR DELIVERY APPT 804.527.4000x6676**<br>**GROVELAND, FL 34736** |

| Invoice Date | Order No. | | Customer Email |
|--------------|-----------|---|----------------|
| 10/07/08 | 20443928 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|--------------|-----------------|--------------|
| 51038789 | 2159060 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|----------------|---------------|---------------|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|------|----------|-------------|-----|-----|-------|----------------|
| 1 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 20 | Each | 42.22 | 844.40 |
| 2 | 1Z01877R0350<br>311460 | Freight | 1 | Each | | |
| 3 | 1Z01877R0350<br>999675 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|--------|-------------|-------------|---|-----------|---|-------------------------|
| NET DUE DATE: | 01/05/09 | PREPAID AMT: | | TAX AMT: | | **$844.40 USD** |

Please Remit Payment To: Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962