# EXHIBIT B

# Part 4 of 4

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759

**WWW.SENNHEISERUSA.COM**

| Invoice: | **574649 RI** |
|---|---|
| Page: | **1 of 1** |

| **Bill To:** | **Ship To:** |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #255 BETHLEHEM BROWN GOOD<br>4000 TOWNSHIP LINE RD<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>BETHLEHEM PA 18020 |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 10/08/08 | 20443923 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2159055 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 90 | Each | 42.22 | 3,799.80 |
| 2 | WWAT-SCH-773<br>938 | Freight | 1 | Each | | |

**F.O.B:** Truck - LTL

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 01/06/09 | PREPAID AMT: | | TAX AMT: | | **$3,799.80 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# SENNHEISER

REPRINT INVOICE

Sennheiser Electronic Corporation   ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371   Phone (860) 434-9190   Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 574650 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #567 ARDMORE BROWN GOODS<br>1901 COOPER DRIVE<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>ARDMORE OK 73401 |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 10/08/08 | 20443926 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2159058 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 10 | Each | 42.22 | 422.20 |
| 2 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 20 | Each | 83.98 | 1,679.60 |
| 3 | 1Z01877R0350<br>116010 | Freight | 1 | Each | | |
| 4 | 1Z01877R0351<br>077221 | Freight | 1 | Each | | |
| 5 | 1Z01877R0351<br>231401 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 01/06/09 | PREPAID AMT: | | TAX AMT: | | **$2,101.80 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

# SENNHEISER

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 575133 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#755 CIRCUIT CITY DISTRIBUTION
1100 CIRCUIT CITY RD
CALL FOR DELIVERY APPT 804.527.4000x6676
MARION IL 62959

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 10/09/08 | 20443927 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2159059 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 20 | Each | 42.22 | 844.40 |
| 2 | 1Z01877R0351<br>080422 | Freight | 1 | Each | | |
| 3 | 1Z01877R0351<br>247216 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 01/07/09 | PREPAID AMT: | | TAX AMT: | | **$844.40 USD** |

Please Remit Payment To: Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 575851 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#344 LIVERMORE WHITE GOOD
400 LONG FELLOW COURT,SUITE A
CALL FOR DELIVERY APPT 804.527.4000x6676
LIVERMORE CA 94550

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 10/13/08 | 20445798 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2166123 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 50  Each | 42.22 | 2,111.00 |
| 2 | 1Z01877R0350<br>353522 | Freight | 1  Each | | |
| 3 | 1Z01877R0350<br>565339 | Freight | 1  Each | | |
| 4 | 1Z01877R0350<br>630759 | Freight | 1  Each | | |
| 5 | 1Z01877R0350<br>694315 | Freight | 1  Each | | |
| 6 | 1Z01877R0351<br>485745 | Freight | 1  Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 01/11/09 | PREPAID AMT: | | TAX AMT: | | **$2,111.00 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371   Phone (860) 434-9190  Fax (860) 434-1759
**WWW.SENNHEISERUSA.COM**

| Invoice: | 575852 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #353 CIRCUIT CITY- INDUSTRY<br>680 S. LEMON AVENUE<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>WALNUT CA 91789 |

| Invoice Date | Order No. | Customer Email |
|---|---|---|
| 10/13/08 | 20445799     SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2166124 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 40 | Each | 42.22 | 1,688.80 |
| 2 | 1Z01877R0350<br>702592 | Freight | 1 | Each | | |
| 3 | 1Z01877R0350<br>858602 | Freight | 1 | Each | | |
| 4 | 1Z01877R0351<br>375211 | Freight | 1 | Each | | |
| 5 | 1Z01877R0351<br>831183 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 01/11/09 | PREPAID AMT: | | TAX AMT: | | **$1,688.80 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 575853 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #775 CIRCUIT CITY DIST. CTR.<br>19925 INDEPENDENCE BLVD<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>GROVELAND, FL 34736 |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 10/13/08 | 20445802 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2166127 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 60 | Each | 42.22 | 2,533.20 |
| 2 | 1Z01877R0349<br>683133 | Freight | 1 | Each | | |
| 3 | 1Z01877R0349<br>964553 | Freight | 1 | Each | | |
| 4 | 1Z01877R0350<br>128374 | Freight | 1 | Each | | |
| 5 | 1Z01877R0350<br>683327 | Freight | 1 | Each | | |
| 6 | 1Z01877R0350<br>838160 | Freight | 1 | Each | | |
| 7 | 1Z01877R0351<br>671543 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 01/11/09 | PREPAID AMT: | | TAX AMT: | | **$2,533.20 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759

**WWW.SENNHEISERUSA.COM**

| Invoice: | **576697 RI** |
|---|---|
| Page: | **1 of 1** |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #255 BETHLEHEM BROWN GOOD<br>4000 TOWNSHIP LINE RD<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>BETHLEHEM PA 18020 |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 10/15/08 | 20445797 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2166122 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 80 | Each | 42.22 | 3,377.60 |
| 2 | 1Z01877R0349<br>818765 | Freight | 1 | Each | | |
| 3 | 1Z01877R0350<br>271192 | Freight | 1 | Each | | |
| 4 | 1Z01877R0350<br>643781 | Freight | 1 | Each | | |
| 5 | 1Z01877R0350<br>944974 | Freight | 1 | Each | | |
| 6 | 1Z01877R0351<br>060140 | Freight | 1 | Each | | |
| 7 | 1Z01877R0351<br>135819 | Freight | 1 | Each | | |
| 8 | 1Z01877R0351<br>543208 | Freight | 1 | Each | | |
| 9 | 1Z01877R0351<br>669154 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 01/13/09 | PREPAID AMT: | | TAX AMT: | | **$3,377.60 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

Invoice discrepancies must be Reported with Exhibit E Page 9 of 30 days upon receipt of invoice

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759
**WWW.SENNHEISERUSA.COM**

| Invoice: | 576698 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#567 ARDMORE BROWN GOODS
1901 COOPER DRIVE
CALL FOR DELIVERY APPT 804.527.4000x6676
ARDMORE OK 73401

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 10/15/08 | 20445800 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2166125 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 30 | Each | 42.22 | 1,266.60 |
| 2 | 1Z01877R0349<br>386839 | Freight | 1 | Each | | |
| 3 | 1Z01877R0350<br>285025 | Freight | 1 | Each | | |
| 4 | 1Z01877R0351<br>597240 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 01/13/09 | PREPAID AMT: | | TAX AMT: | | **$1,266.60 USD** |

**Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962**

# SENNHEISER

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive,  Old Lyme, CT 06371   Phone (860) 434-9190  Fax (860) 434-1759

**WWW.SENNHEISERUSA.COM**

| Invoice: | 577101 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#755 CIRCUIT CITY DISTRIBUTION
1100 CIRCUIT CITY RD
CALL FOR DELIVERY APPT 804.527.4000x6676
MARION IL 62959

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 10/16/08 | 20445801 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2166126 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 40 | Each | 42.22 | 1,688.80 |
| 2 | 1Z01877R0349<br>400456 | Freight | 1 | Each | | |
| 3 | 1Z01877R0349<br>428061 | Freight | 1 | Each | | |
| 4 | 1Z01877R0349<br>793443 | Freight | 1 | Each | | |
| 5 | 1Z01877R0350<br>931031 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 01/14/09 | PREPAID AMT: | | TAX AMT: | | **$1,688.80 USD** |

**Please Remit Payment To:** Sennheiser Electronic Corporation  P.O Box 30962 Hartford CT, 06150-0962

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# ⟨/⟩ SENNHEISER

REPRINT INVOICE

Sennheiser Electronic Corporation   ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371   Phone (860) 434-9190  Fax (860) 434-1759

**WWW.SENNHEISERUSA.COM**

| Invoice: | 577659 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#344 LIVERMORE WHITE GOOD
400 LONG FELLOW COURT,SUITE A
CALL FOR DELIVERY APPT 804.527.4000x6676
LIVERMORE CA 94550

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 10/20/08 | 20445787 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2165549 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500504 | PMX70 PMX70 PMX70 | 1000 | Each | 20.22 | 20,220.00 |
| 2 | WWAT-2008101 6 | Freight | 1 | Each | | |

**F.O.B:** Truck - LTL

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 01/18/09 | PREPAID AMT: | | TAX AMT: | | **$20,220.00 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# ⊘ SENNHEISER

REPRINT INVOICE

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759
**WWW.SENNHEISERUSA.COM**

| Invoice: | 577660 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#353 CIRCUIT CITY- INDUSTRY
680 S. LEMON AVENUE
CALL FOR DELIVERY APPT 804.527.4000x6676
WALNUT CA 91789

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 10/20/08 | 20445788 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2165550 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500504 | PMX70<br>PMX70<br>PMX70 | 2000 | Each | 20.22 | 40,440.00 |
| 2 | WWAT-SCH8779<br>51 | Freight | 1 | Each | | |

**F.O.B:** Truck - LTL

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 01/18/09 | PREPAID AMT: | | TAX AMT: | | **$40,440.00 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# SENNHEISER

REPRINT INVOICE

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759

**WWW.SENNHEISERUSA.COM**

| Invoice: | 577661 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#775 CIRCUIT CITY DIST. CTR.
19925 INDEPENDENCE BLVD
CALL FOR DELIVERY APPT 804.527.4000x6676
GROVELAND, FL 34736

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 10/20/08 | 20445791 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2165553 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500504 | PMX70<br>PMX70<br>PMX70 | 2000 | Each | 20.22 | 40,440.00 |
| 2 | WWAT-SCH8779<br>52 | Freight | 1 | Each | | |

**F.O.B:** Truck - LTL

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 01/18/09 | PREPAID AMT: | | TAX AMT: | | **$40,440.00 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759
**WWW.SENNHEISERUSA.COM**

| Invoice: | **577662 RI** |
|---|---|
| Page: | **1 of 1** |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#344 LIVERMORE WHITE GOOD
400 LONG FELLOW COURT,SUITE A
CALL FOR DELIVERY APPT 804.527.4000x6676
LIVERMORE CA 94550

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 10/20/08 | 20447701 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2169530 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 20 | Each | 42.22 | 844.40 |
| 2 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 20 | Each | 83.98 | 1,679.60 |
| 3 | 1Z01877R0349<br>190684 | Freight | 1 | Each | | |
| 4 | 1Z01877R0350<br>558105 | Freight | 1 | Each | | |
| 5 | 1Z01877R0351<br>117875 | Freight | 1 | Each | | |
| 6 | 1Z01877R0351<br>632095 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 01/18/09 | PREPAID AMT: | | TAX AMT: | | **$2,524.00 USD** |

**Please Remit Payment To:**  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation   ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371   Phone (860) 434-9190 Fax (860) 434-1759
**WWW.SENNHEISERUSA.COM**

| Invoice: | 577663 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #353 CIRCUIT CITY- INDUSTRY<br>680 S. LEMON AVENUE<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>WALNUT CA 91789 |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 10/20/08 | 20447702 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2169531 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 40 | Each | 42.22 | 1,688.80 |
| 2 | 1Z01877R0350<br>063818 | Freight | 1 | Each | | |
| 3 | 1Z01877R0350<br>591202 | Freight | 1 | Each | | |
| 4 | 1Z01877R0350<br>893029 | Freight | 1 | Each | | |
| 5 | 1Z01877R0351<br>239190 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 01/18/09 | PREPAID AMT: | | TAX AMT: | | **$1,688.80 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962 Hartford CT, 06150-0962

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759
**WWW.SENNHEISERUSA.COM**

| Invoice: | 578215 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#255 BETHLEHEM BROWN GOOD
4000 TOWNSHIP LINE RD
CALL FOR DELIVERY APPT 804.527.4000x6676
BETHLEHEM PA 18020

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 10/21/08 | 20445786 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2165547 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500504 | PMX70 PMX70 PMX70 | 2000 | Each | 20.22 | 40,440.00 |
| 2 | WWAT-SCH-878 023 | Freight | 1 | Each | | |

**F.O.B:** Truck - LTL

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 01/19/09 | PREPAID AMT: | | TAX AMT: | | **$40,440.00 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

# ⑆ SENNHEISER

Sennheiser Electronic Corporation   ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371   Phone (860) 434-9190 Fax (860) 434-1759

**WWW.SENNHEISERUSA.COM**

| Invoice: | 578216 RI |
|---|---|
| Page: | 1 of 1 |

| **Bill To:** | **Ship To:** |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #567 ARDMORE BROWN GOODS<br>1901 COOPER DRIVE<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>ARDMORE OK 73401 |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 10/21/08 | 20445789 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2165551 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500504 | PMX70<br>PMX70<br>PMX70 | 1000 | Each | 20.22 | 20,220.00 |
| 2 | WWAT-SCH-877<br>965 | Freight | 1 | Each | | |

**F.O.B:** Truck - LTL

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | **Please Pay This Amount:** |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 01/19/09 | PREPAID AMT: | | TAX AMT: | | **$20,220.00 USD** |

**Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962**

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# ⑈ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation   ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371   Phone (860) 434-9190 Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 578217 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#775 CIRCUIT CITY DIST. CTR.
19925 INDEPENDENCE BLVD
CALL FOR DELIVERY APPT 804.527.4000x6676
GROVELAND, FL 34736

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 10/21/08 | 20447705 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2169534 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty | UOM | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 50 | Each | 42.22 | 2,111.00 |
| 2 | 1Z01877R0349<br>817944 | Freight | 1 | Each | | |
| 3 | 1Z01877R0349<br>953583 | Freight | 1 | Each | | |
| 4 | 1Z01877R0350<br>146774 | Freight | 1 | Each | | |
| 5 | 1Z01877R0350<br>592569 | Freight | 1 | Each | | |
| 6 | 1Z01877R0350<br>894957 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 01/19/09 | PREPAID AMT: | | TAX AMT: | | **$2,111.00 USD** |

Please Remit Payment To:   Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

Case 08-35653-KRH    Doc 2722-5    Filed 03/20/09    Entered 03/20/09 17:46:39    Desc
Invoice discrepancies must be reported within five (5) days upon receipt of invoice
Exhibit(s) E Part 19    Page 19 of 30

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759

**WWW.SENNHEISERUSA.COM**

| Invoice: | 578701 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#755 CIRCUIT CITY DISTRIBUTION
1100 CIRCUIT CITY RD
CALL FOR DELIVERY APPT 804.527.4000x6676
MARION IL 62959

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 10/22/08 | 20445790 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2165552 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500504 | PMX70 PMX70 PMX70 | 2000 | Each | 20.22 | 40,440.00 |
| 2 | TRCK-1580150 40-1 | Freight | 1 | Each | | |

**F.O.B:** Truck - LTL

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 01/20/09 | PREPAID AMT: | | TAX AMT: | | **$40,440.00 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# ⧉ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 578702 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#255 BETHLEHEM BROWN GOOD
4000 TOWNSHIP LINE RD
CALL FOR DELIVERY APPT 804.527.4000x6676
BETHLEHEM PA 18020

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 10/22/08 | 20447700 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2169529 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500504 | PMX70<br>PMX70<br>PMX70 | 100 | Each | 20.22 | 2,022.00 |
| 2 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 100 | Each | 42.22 | 4,222.00 |
| 3 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 70 | Each | 83.98 | 5,878.60 |
| 4 | WWAT-SCH-877<br>971 | Freight | 1 | Each | | |

**F.O.B:** Truck - LTL

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 01/20/09 | PREPAID AMT: | | TAX AMT: | | **$12,122.60 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# ≋ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation   ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 578703 RI |
|---|---|
| Page: | 1 of 2 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #567 ARDMORE BROWN GOODS<br>1901 COOPER DRIVE<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>ARDMORE OK 73401 |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 10/22/08 | 20447703 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2169532 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 60 | Each | 42.22 | 2,533.20 |
| 2 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 30 | Each | 83.98 | 2,519.40 |
| 3 | 1Z01877R0349<br>602005 | Freight | 1 | Each | | |
| 4 | 1Z01877R0349<br>722617 | Freight | 1 | Each | | |
| 5 | 1Z01877R0349<br>869639 | Freight | 1 | Each | | |
| 6 | 1Z01877R0350<br>565562 | Freight | 1 | Each | | |
| 7 | 1Z01877R0350<br>681990 | Freight | 1 | Each | | |
| 8 | 1Z01877R0351<br>048048 | Freight | 1 | Each | | |
| 9 | 1Z01877R0351<br>079827 | Freight | 1 | Each | | |
| 10 | 1Z01877R0351 | Freight | 1 | Each | | |
| 11 | 1Z01877R0351<br>499776 | Freight | 1 | Each | | |

Continued...

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# ⧉ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759

**WWW.SENNHEISERUSA.COM**

| Invoice: | 578703 RI |
|---|---|
| Page: | 2 of 2 |

| Line | Item No. | Description | Qty / UOM | Price | Extended Price |
|---|---|---|---|---|---|
| | | | | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 01/20/09 | PREPAID AMT: | | TAX AMT: | | **$5,052.60 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# ⧉ SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 579083 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #755 CIRCUIT CITY DISTRIBUTION<br>1100 CIRCUIT CITY RD<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>MARION IL 62959 |

| Invoice Date | Order No. | Customer Email |
|---|---|---|
| 10/23/08 | 20447704    SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2169533 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 30 | Each | 42.22 | 1,266.60 |
| 2 | 1Z01877R0350<br>901206 | Freight | 1 | Each | | |
| 3 | 1Z01877R0350<br>949193 | Freight | 1 | Each | | |
| 4 | 1Z01877R0350<br>973817 | Freight | 1 | Each | | |

**F.O.B:** UPS Ground SHIP TODAY

| TERMS: Net 90 Days | AVAIL DISC: | TAX RATE: | Please Pay This Amount: |
|---|---|---|---|
| NET DUE DATE: 01/21/09 | PREPAID AMT: | TAX AMT: | **$1,266.60 USD** |

# SENNHEISER

REPRINT INVOICE

Sennheiser Electronic Corporation   ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371   Phone (860) 434-9190 Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 579498 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 10/24/08 | 20451017 | SW | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 25693364 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| DAVID GILMARTIN | 860   /434-9190 | dgilmartin@sennheiserusa.com |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | USPRICE ADJ 11 | PRICE ADJ 11<br>PRICE ADJUSTMENT | 1 | Each | 48.96 | 48.96 |

**F.O.B:** UPS Ground

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 01/22/09 | PREPAID AMT: | | TAX AMT: | | **$48.96 USD** |

Please Remit Payment To: Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# ⧼⧽ SENNHEISER

REPRINT INVOICE

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759

WWW.SENNHEISERUSA.COM

| Invoice: | 579499 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 |

| Invoice Date | Order No. | Customer Email |
|---|---|---|
| 10/24/08 | 20451020    SW | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 25693113 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| DAVID GILMARTIN | 860  /434-9190 | dgilmartin@sennheiserusa.com |

| Line | Item No. | Description | Qty / UOM | Price | Extended Price |
|---|---|---|---|---|---|
| 1 | USPRICE ADJ<br>11 | PRICE ADJ 11<br>PRICE ADJUSTMENT | 1   Each | 12.24 | 12.24 |

**F.O.B:** UPS Ground

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 01/22/09 | PREPAID AMT: | | TAX AMT: | | **$12.24 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

**Invoice discrepancies must be reported within five (5) days upon receipt of invoice**

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 579796 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #344 LIVERMORE WHITE GOOD<br>400 LONG FELLOW COURT,SUITE A<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>LIVERMORE CA 94550 |

| Invoice Date | Order No. | Customer Email |
|---|---|---|
| 10/27/08 | 20449467     SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2173083 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 140 | Each | 42.22 | 5,910.80 |
| 2 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 40 | Each | 83.98 | 3,359.20 |
| 3 | WWAT-SCH-893<br>180 | Freight | 1 | Each | | |

**F.O.B:** Truck - LTL

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 01/25/09 | PREPAID AMT: | | TAX AMT: | | **$9,270.00 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962 Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice
Exhibit(s) E Part 4 Page 27 of 30

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 580168 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #353 CIRCUIT CITY- INDUSTRY<br>680 S. LEMON AVENUE<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>WALNUT CA 91789 |

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 10/28/08 | 20449468 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2173084 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 150 | Each | 42.22 | 6,333.00 |
| 2 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 50 | Each | 83.98 | 4,199.00 |
| 3 | WWAT-SCH-893<br>187 | Freight | 1 | Each | | |

**F.O.B:** Truck - LTL

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 01/26/09 | PREPAID AMT: | | TAX AMT: | | **$10,532.00 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962 Hartford CT, 06150-0962

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759

**WWW.SENNHEISERUSA.COM**

| Invoice: | 582741 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#255 BETHLEHEM BROWN GOOD
4000 TOWNSHIP LINE RD
CALL FOR DELIVERY APPT 804.527.4000x6676
BETHLEHEM PA 18020

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 11/05/08 | 20451268 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2179782 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500504 | PMX70<br>PMX70<br>PMX70 | 10 | Each | 20.22 | 202.20 |
| 2 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 150 | Each | 42.22 | 6,333.00 |
| 3 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 40 | Each | 83.98 | 3,359.20 |
| 4 | WWAT-SCH-864<br>958 | Freight | 1 | Each | | |

**F.O.B:** Truck - LTL

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | Please Pay This Amount: |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 02/03/09 | PREPAID AMT: | | TAX AMT: | | **$9,894.40 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

Invoice discrepancies must be reported within five (5) days upon receipt of invoice

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190  Fax (860) 434-1759
WWW.SENNHEISERUSA.COM

| Invoice: | 582742 RI |
|---|---|
| Page: | 1 of 1 |

**Bill To:**

CIRCUIT CITY STORES INC
ATTN: ACCOUNTS PAYABLE
DEEP RUN 3, 5TH FLOOR
RICHMOND VA 23233

**Ship To:**

#567 ARDMORE BROWN GOODS
1901 COOPER DRIVE
CALL FOR DELIVERY APPT 804.527.4000x6676
ARDMORE OK 73401

| Invoice Date | Order No. | | Customer Email |
|---|---|---|---|
| 11/05/08 | 20451271 | SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2179785 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860  /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 70 | Each | 42.22 | 2,955.40 |
| 2 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 20 | Each | 83.98 | 1,679.60 |
| 3 | WWAT-SCH-864<br>956 | Freight | 1 | Each | | |

**F.O.B:** Truck - LTL

| TERMS: | Net 90 Days | AVAIL DISC: | | TAX RATE: | | **Please Pay This Amount:** |
|---|---|---|---|---|---|---|
| NET DUE DATE: | 02/03/09 | PREPAID AMT: | | TAX AMT: | | **$4,635.00 USD** |

Please Remit Payment To:  Sennheiser Electronic Corporation  P.O Box 30962  Hartford CT, 06150-0962

Invoice discrepancies must be reported within thirty (30) days upon receipt of invoice

# SENNHEISER

**REPRINT INVOICE**

Sennheiser Electronic Corporation  ID#13-1988840
1 Enterprise Drive, Old Lyme, CT 06371  Phone (860) 434-9190 Fax (860) 434-1759

**WWW.SENNHEISERUSA.COM**

| Invoice: | 582743 RI |
|---|---|
| Page: | 1 of 1 |

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: ACCOUNTS PAYABLE<br>DEEP RUN 3, 5TH FLOOR<br>RICHMOND VA 23233 | #775 CIRCUIT CITY DIST. CTR.<br>19925 INDEPENDENCE BLVD<br>CALL FOR DELIVERY APPT 804.527.4000x6676<br>GROVELAND, FL 34736 |

| Invoice Date | Order No. | Customer Email |
|---|---|---|
| 11/05/08 | 20451273      SO | |

| Customer No. | Customer PO No. | Customer Fax |
|---|---|---|
| 51038789 | 2179787 | 804 - 5274170 |

| Contact Person | Contact Phone | Contact Email |
|---|---|---|
| SENNHEISER CORPORATI | 860   /434-9190 | |

| Line | Item No. | Description | Qty / UOM | | Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 500504 | PMX70<br>PMX70<br>PMX70 | 190 | Each | 20.22 | 3,841.80 |
| 2 | 009919 | RS 110-9<br>RF Headphone System<br>RS110 | 80 | Each | 42.22 | 3,377.60 |
| 3 | 009925 | RS 130-9<br>SRS Wireless headphone<br>RS130 | 10 | Each | 83.98 | 839.80 |

**F.O.B:** Truck - LTL

| TERMS: Net 90 Days | AVAIL DISC: | TAX RATE: | Please Pay This Amount: |
|---|---|---|---|
| NET DUE DATE: 02/03/09 | PREPAID AMT: | TAX AMT: | **$8,059.20 USD** |

**Please Remit Payment To:** Sennheiser Electronic Corporation  P.O Box 30962 Hartford CT, 06150-0962