Augustus C. Epps, Jr., VSB No. 13254
Michael D. Mueller, Esquire, VSB No. 38216
Jennifer M. McLemore, Esquire, VSB No. 47164
Noelle M. James, Esquire, VSB No. 76001
Christian & Barton, LLP
909 E. Main Street, Suite 1200
Richmond, Virginia 23219
Tel: (804) 697-4100
Fax: (804) 697-4112

-and-

Michael R. Enright, Esquire
Robinson & Cole LLP
280 Trumbull Street
Hartford, Connecticut 06103
Tel: (860) 275-8290
Fax: (860) 275-8299
Email: menright@rc.com

*Counsel for Sennheiser Electronic Corp.*

Hearing Date: April 14, 2009 at 10:00 a.m.

Objection Deadline: April 7, 2009

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 11** |
| **CIRCUIT CITY STORES, INC., et al.,** ) | |
| ) | **Case No. 08-35653-KRH** |
| Debtors. ) | |
| ) | **Jointly Administered** |

### NOTICE OF MOTION AND NOTICE OF HEARING ON MOTION
### OF SENNHEISER ELECTRONIC CORP. FOR ENTRY OF AN ORDER
### (i) RECOGNIZING SENNHEISER'S CLAIM AS TIMELY FILED, OR PERMITTING
### THE FILING OF A PROOF OF CLAIM AFTER THE BAR DATE AND
### (ii) ALLOWING AN ADMINISTRATIVE EXPENSE PURSUANT TO
### <u>SECTION 503(b)(9) OF THE BANKRUPTCY CODE</u>

PLEASE TAKE NOTICE that Sennheiser Electronic Corp. ("Sennheiser") has filed a Motion for Entry of An Order (i) Recognizing Sennheiser's Claim as Timely Filed, or Permitting the Filing of a Proof of Claim After the Bar Date and (ii) Allowing an Administrative Expense Pursuant to Section 503(b)(9) of the Bankruptcy Code (the "Motion"). A true and complete copy of the Motion has been filed with the Court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).** Under Local Bankruptcy Rule 9013-1, unless a written response to the Motion is filed with the Clerk of the Court and served on the moving party, the trustee and those parties as required by the Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures (entered on November 13, 2008 at Docket No. 130) (the "Case Management Order") no later than five (5) business days before the scheduled hearing date, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you do not want the Court to approve the Motion, or if you want the Court to consider your views on the Motion, then you or your attorney must:

  X    File with the Court, either electronically or at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so the court will receive it on or before **April 7, 2009 at 4:00 p.m.**

>Clerk of Court
>United States Bankruptcy Court
>701 East Broad Street, Suite 4000
>Richmond, Virginia 23219

You must also mail a copy to:

>Michael D. Mueller, Esquire
>Augustus C. Epps, Jr., Esquire
>Jennifer M. McLemore, Esquire
>Noelle M. James, Esquire
>CHRISTIAN & BARTON, LLP
>909 East Main Street, Suite 1200
>Richmond, Virginia 23219

  X    Pursuant to the Case Management Order, you must also serve a copy of and written response and request for hearing by the foregoing date via electronic mail on the following: (i) the Core Group, which includes the Debtors, co-counsel to the Debtors, the Office of the United States Trustee, co-counsel for any committee, counsel to the agents for the Debtors' pre-petition lenders, and counsel to the agents for the Debtors' post-petition lenders; (ii) the 2002 List; and (iii) those additional parties as required by the Case Management Order (all of which are defined in the Case Management Order), which can be found at www.kccllc.net/circuitcity.

  X    Attend a hearing on the Motion scheduled to be held on **April 14, 2009, at 10:00 a.m.** at the United States Bankruptcy Court, Eastern District of Virginia, 701 East Broad Street, Richmond, Suite 5000, Richmond, Virginia 23219.  **If your or your attorney do not attend the hearing, the Court may grant the relief requested in the Motion.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

Dated: March 20, 2009        **CHRISTIAN & BARTON, L.L.P.,**

/s/ Michael D. Mueller
Augustus C. Epps, Jr., Esquire (VSB 13254)
Michael D. Mueller, Esquire (VSB 38216)
Jennifer M. McLemore, Esquire (VSB 47164)
Noelle M. James, Esquire (VSB 76001)
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Tel:  (804) 697-4100
Fax:  (804) 697-4112

-and-

Michael R. Enright, Esquire
Robinson & Cole LLP
280 Trumbull Street
Hartford, Connecticut 06103
Tel:  (860) 275-8290
Fax:  (860) 275-8299
Email:  menright@rc.com

*Counsel for Sennheiser Electronic Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of March, 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

/s/ Michael D. Mueller
Michael D. Mueller

934312