UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.* | ) | Case No.: 08-35653-KRH |
| | ) | |
| Debtors. | ) | Jointly Administered |

### ORDER GRANTING MOTION FOR LEAVE OF COURT TO ATTEND HEARING BY TELEPHONE

Upon consideration of the Motion for Leave of Court to Attend Hearing by Telephone, and it appearing that the motion having been served upon counsel for Circuit City Stores, Inc., et al. (collectively, the "Debtors"), counsel for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that SEA Properties I, LLC's Motion for Leave of Court to Attend Hearing by Telephone is GRANTED and Darren W. Bentley is permitted to appear and be heard by telephone at the hearing on March 20, 2009 on behalf of SEA Properties I, LLC.

Enter: Mar/20 2009

/s/ Kevin Huennekens
Judge

Entered on Docket: March 20 2009

We ask for this:
Darren W. Bentley, VSB #48092
CLEMENT & WHEATLEY
549 Main Street
P. O. Box 8200
Danville, VA 24543-8200
Phone: (434) 793-8200
Fax: (434) 793-8436
bentleyd@clementwheatley.com

/s/ Darren W. Bentley
Darren W. Bentley
Counsel for SEA Properties I, LLC

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Order was served by electronic means or U.S. Mail, First Class, postage prepaid on this the ____ day of March, 2009, to the following constituting all necessary parties:

Daniel F. Blanks, Douglas M. Foley
McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
dblanks@mcguirewoods.com

Dion W. Hayes, Joseph S. Sheerin,

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Robert.B.Van.Arsdale@usdoj.gov,
USTPRegion04.RH.ECF@usdog.gov

Sarah Beckett Boehm
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
dhayes@mcguirewoods.com

Gregg Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, DE 19899

Brad R. Godshall
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067
bgodshall@pszjlaw.com
jpomerantz@pszjlaw.com

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111
jfiero@pszjlaw.com

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219
ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017
rfeinstein@pszjlaw.com


/s/ Darren W. Bentley
Darren W. Bentley

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs             Page 1 of 1              Date Rcvd: Mar 20, 2009
Case: 08-35653                Form ID: pdforder         Total Served: 1

The following entities were served by first class mail on Mar 22, 2009.
aty           Darren W. Bentley,    Clement & Wheatley,    P.O. Box 8200,    Danville, VA   24543-8200

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 22, 2009**                              **Signature:** _Joseph Speetjens_