**EXHIBIT A**
**Contracts**

| Contract Counterparty | Contract Type | Contract Description [1] | Contract Effective Date | Rejection Date | Address |
|---|---|---|---|---|---|
| Thomson Financial Corporate Services, a division of Thomson Financial, LLC | Services Agreement | Thompson Financial Corporate Services Client Agreement, and all amendments and addenda thereto. | 10/6/06 | 03/23/09 | 195 Broadway, 7th Floor, New York, NY 10007 |
| HighJump Software | License Agreement | Software License and Support Plan Agreement and all schedules, amendments and addenda thereto | 6/13/01 | 03/23/09 | 6455 City West Pkwy, Eden Prarie, MN 55344 |
| HighJump Software | Services Agreement | Services Agreement and all SOWs, amendments and addenda thereto | 6/13/01 | 03/23/09 | 6455 City West Pkwy, Eden Prarie, MN 55344 |

[1] Contracts include any amendments or modifications thereto and any and all schedules, supplements, addenda, statements of work or similar attachments thereto.