# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

----------------------------------------------------------------x
In re:                                              :     Chapter 11
                                                    :
CIRCUIT CITY STORES, INC., et al.,                  :     Case No. 08-35653-KRH
                                                    :
                                                    :     Jointly Administered
                        Debtors.                    :
----------------------------------------------------------------x

## NOTICE OF CONSENT MOTION

    M&T Bank, as Indenture Trustee ("M&T"), by and through its undersigned counsel, has filed a Motion to Modify Rejection Claims Bar Dates (the "Motion") seeking to establish a uniform claims bar date of April 30, 2009, for all claims arising out of leases rejected on and after March 1, 2009 and on or before March 31, 2009.  The Debtors and the Official Committee of Unsecured Creditors have consented to the relief requested in the Motion.

    A copy of the Motion can be obtained from the undersigned.

Dated:  March 24, 2009

/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Noelle M. James, Esquire (VSB No. 76001)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4104
Facsimile:  (804) 697-6104

Counsel to M&T Bank, as Indenture Trustee

---

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Noelle M. James, Esquire (VSB No. 76001)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4104
Facsimile:  (804) 697-6104

Counsel to M&T Bank, as Indenture Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr.

934864.1