Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   1Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x

**ORDER GRANTING DEBTORS' MOTION FOR ORDER SHORTENING NOTICE
PERIOD AND LIMITING NOTICE OF DEBTORS' MOTION FOR ORDER
APPROVING LETTER AGREEMENT BY AND AMONG THE DEBTORS AND HILCO
MERCHANT RESOURCES, LLC AND GORDON BROTHERS RETAIL PARTNERS,
LLC PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 107(b), AND 363
AND BANKRUPTCY RULES 9018 AND 9019**

Upon consideration of the Debtors' Motion for Order

Shortening Notice Period and Limiting Notice (the "Motion")

of Debtors' Motion for Order Approving Letter Agreement (the

"Letter Agreement") By and Among the Debtors and Hilco

Merchant Resources, LLC and Gordon Brothers Retail Partners,
LLC Pursuant to Bankruptcy Code Sections 105, 107(b), and
363 and Bankruptcy Rules 9018 and 9019 (the "9019 Motion");
and the Court having reviewed the Motion; and the Court
having determined that the relief requested in the Motion is
in the best interests of the Debtors, their estates, their
creditors, and other parties in interest; and it appearing
that proper and adequate notice of the Motion has been given
and that no other or further notice is necessary; and upon
the record herein; and after due deliberation thereon; and
good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.    The Motion is GRANTED.

2.    Notice of the 9019 Motion is shortened so that it
may be heard, considered and ruled upon by the Court at a
hearing on March 20, 2009 at 10:00 a.m.

3.    Notice of the 9019 Motion is limited to the
parties as set forth in the Motion.

4.   This Court will retain jurisdiction with respect to any dispute concerning the relief granted hereunder.

Dated:  Richmond, Virginia
_____, 2009


_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

     Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                   /s/ Douglas M. Foley