EVIDENCE OF TRANSFER OF CLAIM

NORFOLK DIVISION
FILED MIS DIRECTED
MAR 19 2009
CLERK
U.S. BANKRUPTCY COURT

TO:    Clerk, United States Bankruptcy Court, Eastern District of Virginia

AND TO:    JP Morgan Chase Bank, N.A.

TRANSFER OF CLAIM NO. _____

      Cobra Electronics, a Delaware corporation with offices at 6500 West Cortland, Chicago, Illinois, 60008 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JP Morgan Chase Bank, N.A. with offices at 4 New York Plaza, Floor 16, New York, New York, 10004 ("Buyer"), all of its right, title and interest in and to the claim of Seller against Circuit City Stores, Inc. under Proof of Claim No. __1803__ in the amount of $47,215.62 (collectively the "Claim") in the United States Bankruptcy Court, Eastern District of Virginia, **Case No. 08-35653**.

      Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

      IN WITNESS WHEREOF, dated as of the 16th day of January, 2009.

Cobra Electronics Corporation
By: _____
Name: Michael Smith
Title: Senior Vice President, CFO


JP Morgan Chase Bank, N.A.
By: _____
Name: Thomas C. Sawyer III
Title: Authorized Signatory

71663:v2
KL2 2533955 3

*Address for Notices:*

*JP Morgan Chase Bank, N.A.*
*4 New York Plaza, Floor 16*
*New York, New York   10004*
*Attention Aleksandra Markovic*
*Telephone: (212) 623-2061*
*Facsimile: (646) 792-3855*

*with copies to:*

*Kramer Levin Naftalis & Frankel LLP*
*1177 Avenue of Americas*
*New York, New York   10036*
*Attention:  Douglas J. Schneller, Esq.*
*Facsimile No. (212)-715-8000*

*JP Morgan Chase Bank, N.A.*
*Legal and Compliance Department*
*One Chase Square – Floor 25*
*Rochester, New York   14643*
*Attention:  Howard J. Grossman, Esq.*
*Telephone: (585) 797-1972*
*Facsimile:  (585) 797-1970*

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

**Name of Debtor:** Circuit City Stores, Inc.    **Case Number:** 08-35653

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property): Cobra Electronics

**Name and address where notices should be sent:**
Cobra Electronics
6500 West Cortland
Chicago, IL  60707

**Telephone number:** 773-836-4276

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
(*If known*)

**Filed on:** _____

**Name and address where payment should be sent (if different from above):**

**Telephone number:**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 47,215.62

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** goods sold
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 2970

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**

**Value of Property:** $_____  **Annual Interest Rate** ___%

**Amount of arrearage and other charges as of time case filed included in secured claim, if any:** $_____  **Basis for perfection:** _____

**Amount of Secured Claim:** $_____  **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$ 758.00 section 503(b)(9) claim previously filed.

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**Date:** 12/18/08

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Denise Burris - Ron L - Denise Burris - Ran L, Manger, Collections

FOR COURT USE ONLY

**RECEIVED**

**DEC 22 2008**

KURTZMAN CARSON CONSULTANTS

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| Date | Claim # | Creditor | Amount | R | Date | Priority | Debtor | Case # | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 12/5/2008 | | CHAN GARDEN INC | $28,853.19 | | | Admin Priority | Circuit City Purchasing Company, LLC | 08-35657 | |
| 12/8/2008 | 1509 | | $4,250.20 | | | General Unsecured | Circuit City Stores, Inc. | 08-35653 | |
| 12/22/2008 | 2045 | | $61,244.40 | | | Secured | Circuit City Stores, Inc | 08-35653 | |
| 12/19/2008 | | PS | $1,787.96 | | | Priority | Circuit City Stores, Inc | 08-35653 | |
| 12/29/2008 | | | $985.03 | | | General Unsecured | Circuit City Stores, Inc | 08-35653 | |
| 12/23/2008 | 1987 | PO Box Alexandria 71315 | $11,224.67 | | | General Unsecured | Circuit City Stores, Inc. | 08-35653 | |
| 12/9/2008 | 1105 | CINTAS | $150.00 | R | 3/20/2007 | Admin Priority | Circuit City Stores, Inc. | 08-35653 | |
| 12/26/2008 | | CORP | UNLIQUIDATED | | | General Unsecured | Circuit City Stores, Inc | 08-35653 | |
| 12/26/2008 | | | $806.19 | | | Admin Priority | Circuit City Stores, Inc. | 08-35653 | |
| 12/29/2008 | 2012 | GROUP PKWY 101 ENCINITAS, CA 92024 | $802.15 | | | General Unsecured | Circuit City Stores West Coast, Inc | 08-35654 | |
| 12/10/2008 | 897 | COBALT INDUSTRIAL CO | $3,876.00 | | | Admin Priority | InterTAN, Inc | 08-35655 | |
| 11/22/2008 | 1803 | Cobra Electronics 6500 W Cortland Chicago, IL 60707 | $758.00 | | | Admin Priority | Circuit City Stores, Inc. | 08-35653 | combined total of claim $47,215.62 |
| 12/22/2008 | 1803 | Cobra Electronics 6500 W Cortland Chicago, IL 60707 | $46,457.62 | | | General Unsecured | Circuit City Stores, Inc | 08-35653 | |
| 12/8/2008 | 647 | Cobra Electronics Corporation c/o Denise Burris Hand 6500 W Cortland St | $758.00 | | | Admin Priority | Circuit City Stores, Inc | 08-35653 | duplicate |



# J.P.Morgan

JP Morgan Chase Bank, N.A.
4 New York Plaza, Floor 16
New York, NY 10004

March 17, 2009

Clerk of Court
United States Bankruptcy Court
Eastern District of Virginia
600 Granby St
Norfolk, VA 23510

To Whom It May Concern:

Enclosed please find three (3) copies of an Evidence of Transfer of Claim related to JP Morgan Chase Bank, N.A.'s purchase of Claim 1803 in Case No. 08-35653. Upon filing of same, kindly return one filed stamped copy to my attention via the enclosed postage paid Federal Express envelope.

Should you have any questions or concerns, please contact me at 212.623.2044.

Thank you.

Sincerely,

Stephanie S. Skowronski