William R. Hill (Cal. Bar No. 114954)
rock@donahue.com
Eric A. Handler (Cal. Bar No. 224637)
ehandler@donahue.com
DONAHUE GALLAGHER WOODS LLP
Mail:    300 Lakeside Drive, Suite 1900
           Oakland, California  94612
Tel:    (510) 451-0544
Fax:    (510) 832-1486

Attorneys for Monte Vista Crossings, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | Case No. 08-35653 |
| Debtors. | Jointly Administered<br>Judge Kevin R. Huennekens |

**NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE**

Donahue Gallagher Woods LLP ("DGW") hereby withdraws its notice of appearance on

behalf of Monte Vista Crossing, LLC, a creditor participating in this action, and respectfully

requests the Court, all creditors, and all parties remove DGW from any and all service lists.

Dated:  March 24, 2009       DONAHUE GALLAGHER WOODS LLP


By:  /s/  Eric A. Handler
      William R. Hill (Cal. Bar No. 114954)
      Eric A. Handler (Cal. Bar No. 224637)
      Attorneys for MONTE VISTA CROSSINGS, LLC

-1-

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2009 a copy of the foregoing *Notice of Withdrawal of Notice of Appearance* is to be served by electronic means to all registered ECF users in this case via the Court's CM/ECF filing/notice system:

/s/ Eric A. Handler
Eric A. Handler