Neil E. McCullagh (VSB No. 39027)
Cantor Arkema, P.C.
Bank of America Center
1111 East Main Street, 16th Floor
Post Office Box 561
Richmond, Virginia  23218-0561
Telephone:  (804) 644-1400
Telecopier:  (804) 225-8706
  Counsel for Dentici Family Limited
    Partnership

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653 (KRH) |
| | ) | Jointly Administered |
| CIRCUIT CITY STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |
| | ) | |

## ORDER

This day came Dentici Family Limited Partnership ("Dentici") and represented to the Court that it wishes to withdraw, without prejudice, the request for immediate payment of attorney fees contained in its "Motion To Compel Immediate Payment of Post-Petition Portion of 2008 Real Estate Tax Obligation, Plus Attorney Fees" [Docket Number 2259] (the "Motion").

Upon mature consideration of the foregoing representation, and it appearing that the Debtors consent to the proposed withdrawal by virtue of its endorsement of this Order, and it otherwise appearing right and proper to do so, it is accordingly

ADJUGED, ORDERED, and DECREED as follows:

1.    The request for immediate payment of attorney fees contained in the Motion is deemed WITHDRAWN, without prejudice.  Accordingly, the hearing on the Motion

scheduled for March 30, 2009, at 10:00 a.m., with respect to the request therein for immediate payment of attorney fees may be removed from the Court's docket.

2. Nothing herein is, or will be interpreted as, an acknowledgement by the Debtors that Dentici has a valid claim for attorney fees, and all of the Debtors' objections to Dentici's request for attorney fees are preserved.

3. The Clerk shall send copies of this Order to those shown on the attached Mailing List.

ENTER:    /    /

_____
Kevin R. Huennekens
United States Bankruptcy Judge

I ask for this:

\_\_\_\_\_/s/ Neil E. McCullagh_____
Neil E. McCullagh (VSB No. 39027)
Cantor Arkema, P.C.
Bank of America Center
1111 East Main Street, 16th Floor
Post Office Box 561
Richmond, Virginia  23218-0561
Telephone:  (804) 644-1400
Telecopier:  (804) 225-8706
 Counsel for Dentici Family Limited
   Partnership

2

Seen:

_____/s/ Douglas M. Foley_____
Douglas M. Foley
Sarah B. Boehm
McGuireWoods LLP
9000 World Trade Center
101 West Main Street
Norfolk, VA 23510-1655
757.640.3715 (Office)
757.285.2644 (Mobile)
dfoley@mcguirewoods.com
 Counsel for the Debtors

CERTIFICATE OF ENDORSEMENT

I hereby certify that the foregoing sketch Order has been endorsed by all necessary parties.

\_\_\_/s/ Neil E. McCullagh_____
Neil E. McCullagh

Mailing List

Neil E. McCullagh, Esq.
CANTOR ARKEMA, P.C.
P.O. Box 561
Richmond, Virginia  23218

Douglas M. Foley
Sarah B. Boehm
McGuireWoods LLP
9000 World Trade Center
101 West Main Street
Norfolk, VA 23510-1655