**EXHIBIT A**

### STATEMENT OF ACCOUNT: POST-PETITION INVOICES (11 U.S.C. 503(b)(1))

| Customer Number | Customer Name | Customer PO Number | Document Number | Document Type | Document Date | Due Date | Payment Terms ID | Original Trx Amount | Current Trx Amount | Product |
|---|---|---|---|---|---|---|---|---|---|---|
| CIRCUIT | Circuit City | 6833157 | EDISI0091228 | Sales / Invoices | 11/19/2008 | 12/4/2008 | 1% NET15 | $21,384.00 | $21,384.00 | Slime |
| CIRCUIT | Circuit City | 7204011 | EDISI0093164 | Sales / Invoices | 12/8/2008 | 12/23/2008 | 1% NET15 | $41,627.52 | $41,627.52 | My Baby |
| CIRCUIT | Circuit City | 7215243 | EDISI0099647 | Sales / Invoices | 12/22/2008 | 1/6/2009 | 1% NET15 | $20,736.00 | $20,736.00 | My Baby/Grid |
| CIRCUIT | Circuit City | 7223372 | EDISI0105147 | Sales / Invoices | 1/8/2009 | 1/23/2009 | 1% NET15 | $23,328.00 | $23,328.00 | My Baby |
| TOTAL | | | | | | | | | $107,075.52 | |

### STATEMENT OF ACCOUNT: PRE-PETITION INVOICES (11 U.S.C. 503(b)(9))

| Customer Number | Customer Name | Customer PO Number | Document Number | Document Type | Document Date | Due Date | Payment Terms ID | Original Trx Amount | Current Trx Amount | Product |
|---|---|---|---|---|---|---|---|---|---|---|
| CIRCUIT | Circuit City | 6754594 | EDISI0085392 | Sales / Invoices | 10/28/2008 | 11/12/2008 | 1% NET15 | $93,519.36 | $93,519.36 | Ninja |
| CIRCUIT | Circuit City | 6754595 | EDISI0088968 | Sales / Invoices | 11/4/2008 | 11/19/2008 | 1% NET15 | $91,238.40 | $91,238.40 | My Baby |
| TOTAL | | | | | | | | | $184,757.76 | |