William H. Schwarzschild, III (VSB No. 15274)
W. Alexander Burnett (VSB No. 68000)
WILLIAMS MULLEN
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Tel:  804.783.6489
Fax:  804.783.6507
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

Counsel for SouthPeak Interactive, LLC
 t/a SouthPeak Games

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
(Richmond Division)

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | ) |
| | ) Case No. 08-35653-KRH |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |
| | ) |

**ORDER ALLOWING ADMINISTRATIVE EXPENSES OF
SOUTHPEAK INTERACTIVE, LLC t/a SOUTHPEAK GAMES**

Upon the Motion of SouthPeak Interactive, LLC t/a SouthPeak Games ("SouthPeak") for Payment of Administrative Expense Claim pursuant to 11 U.S.C. 503(b)(the "Motion"); and the Court having reviewed the Motion, and any opposition thereto, and the Court having determined that the relief requested in the Motion should be granted as set forth herein; and it appearing that proper and adequate notice of the Motion has been given and no further notice is necessary; and upon the record herein; after due deliberations thereon, and good and sufficient cause appearing therefore, it is hereby:

**ORDERED, ADJUDGED AND DECREED:**

1. The Motion is granted; and

2. SouthPeak shall have and hereby has an allowed administrative expense in the amount of **One Hundred Eighty-Four Thousand Seven Hundred Fifty-Seven and 76/100ths Dollars ($184,757.76)** pursuant to 11 U.S.C. § 503(b)(9);

3. SouthPeak shall have and hereby has an allowed administrative expense in the amount of **One Hundred Seven Thousand Seventy-Five and 52/100ths Dollars ($107,075.52)** pursuant to 11 U.S.C. § 503(b)(1)(A); and

4. The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived; and

5. The Court shall retain jurisdiction to hear and determine all matters from or related to the implementation of this Order.

Richmond, Virginia
Dated: _____, 2009

                                                                                          _____
                                                                                          Kevin R. Huennekens
                                                                                         United States Bankruptcy Judge

We ask for this:

    */s/ W. Alexander Burnett*
_____
William H. Schwarzschild, III (VSB No. 15274)
W. Alexander Burnett (VSB No. 68000)
WILLIAMS MULLEN
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Tel:  804.783.6489
Fax:  804.783.6507
tschwarz@williamsmullen.com
aburnett@williamsmullen.com
  *Counsel for SouthPeak Interactive, LLC*
  *t/a SouthPeak Games*

6195618_1.DOC

2

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 9022-1(C), I hereby certify that on March 25, 2009, a true and complete copy of the foregoing proposed order was served upon all necessary parties electronically using the Court's ECF System, was sent by electronic mail to circuitcityservice@mcguirewoods.com and project.circuitcity@skadden.com, and was sent by first class mail, postage prepaid, to the entities at the addresses indicated below:

Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Gregg Galardi, Esq.
Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899

*Counsel for the Debtors*

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

*Office of the U.S. Trustee for the Eastern District of Virginia, Richmond Division*

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

*Counsel for the Creditor's Committee*

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

*Counsel for the Official Committee of Unsecured Creditors*

/s/ W. Alexander Burnett
_____