Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

    - and -

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
333 West Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession  

**UNITED STATES BANKRUPTCY COURT**  
**EASTERN DISTRICT OF VIRGINIA**  
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| et al., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF FILING EXECUTED AGENCY AGREEMENT BY AND BETWEEN GREAT AMERICAN GROUP WF, LLC, HUDSON CAPITAL PARTNERS, LLC, SB CAPITAL GROUP, LLC, AND TIGER CAPITAL GROUP, LLC AND CIRCUIT CITY STORES, INC., CIRCUIT CITY STORES WEST COAST, INC., AND CIRCUIT CITY STORES, INC.'S OTHER DIRECT AND INDIRECT SUBSIDIARIES WITH CORRECTED EXHIBITS**

**PLEASE TAKE NOTICE** that on January 16, 2009, the above-captioned debtors and debtors-in-possession (the "Debtors") filed an Agency Agreement by and between Great American Group WF, LLC, Hudson Capital Partners, LLC, SB Capital Group, LLC, and Tiger Capital Group, LLC and Circuit City Stores, Inc. ("CCI"), Circuit City Stores West Coast, Inc., and CCI's other direct and indirect subsidiaries (Docket No. 1606) (the "Agency Agreement"), which was approved by the Bankruptcy

Court on January 16, 2009 (Docket No. 1634) (the "Agency Agreement Order").

**PLEASE TAKE FURTHER NOTICE** that some of the exhibits attached to the Agency Agreement and the Agency Agreement Order were incorrect.

**PLEASE TAKE FURTHER NOTICE** that attached hereto is a fully executed copy of the Agency Agreement, which includes the correct exhibits thereto.

Dated: March 25, 2009   SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia   FLOM, LLP
                        Gregg M. Galardi, Esq.
                        Ian S. Fredericks, Esq.
                        P.O. Box 636
                        Wilmington, Delaware 19899-0636
                        (302) 651-3000

                        – and –

                        SKADDEN, ARPS, SLATE, MEAGHER &
                        FLOM, LLP
                        Chris L. Dickerson, Esq.
                        333 West Wacker Drive
                        Chicago, Illinois 60606
                        (312) 407-0700

                        – and –

                        MCGUIREWOODS LLP


                        /s/ Douglas M. Foley            .
                        Dion W. Hayes (VSB No. 34304)
                        Douglas M. Foley (VSB No. 34364)
                        One James Center
                        901 E. Cary Street
                        Richmond, Virginia 23219
                        (804) 775-1000

                        Counsel for Debtors and Debtors
                        in Possession

\8327615.1