**Hearing Date: March 30, 2009 at 10:00 a.m.**

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

– and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| et al., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF MOTION AND NOTICE OF HEARING ON (I) DEBTORS'
MOTION FOR ORDER APPROVING LETTER AGREEMENT BY AND AMONG THE
DEBTORS AND A JOINT VENTURE COMPRISED OF GREAT AMERICAN
GROUP WF, LLC, HUDSON CAPITAL PARTNERS, LLC, SB CAPITAL
GROUP, LLC AND TIGER CAPITAL GROUP, LLC PURSUANT TO
BANKRUPTCY CODE SECTIONS 105 AND 363 AND BANKRUPTCY RULE
9019; (II) MOTION TO SHORTEN AND LIMIT NOTICE THEREON; (III)
MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL IN CONNECTION
THEREWITH; AND (IV) MOTION TO EXPEDITE HEARING ON THE
FOREGOING**

**PLEASE TAKE NOTICE** that on March 26, 2009, the above-
captioned debtors and debtors-in-possession (the "Debtors")
filed the following:

Motion for Order Approving Letter Agreement By and
Among the Debtors and a Joint Venture Comprised of
Great American Group WF, LLC, Hudson Capital Partners,
LLC, SB Capital Group, LLC and Tiger Capital Group, LLC
Pursuant to Bankruptcy Code Sections 105 and 363 and
Bankruptcy Rule 9019 (the "9019 Motion");

Motion to Shorten and Limit Notice of the 9019 Motion;

Motion to File Certain Documents Under Seal in
connection with the 9019 Motion; and a

Motion to Expedite Hearing in connection with the
foregoing (collectively, the "Motions").

**Your rights may be affected**. **You should read these
papers carefully and discuss them with your attorney, if you
have one in these bankruptcy cases. (If you do not have an
attorney, you may wish to consult one.)** Under Local
Bankruptcy Rule 9013-1, unless a written response to the
Motions is filed with the Clerk of the Court and served on
the moving party, the trustee and those parties as required
by the Order Pursuant to Bankruptcy Code Sections 102 and
105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy
Rules 2002-1 and 9013-1 Establishing Certain Notice, Case
Management and Administrative Procedures (entered on
November 13, 2008 at Docket No. 130) (the "Case Management
Order") by the requested expedited hearing date, the Court
may deem any opposition waived, treat the Motions as
conceded, and issue an order granting the requested relief
without further notice or hearing.  If you do not want the
Court to approve the Motions, or if you want the Court to
consider your views on the Motions, then you or you attorney
must:

    [X]  File with the Court, either electronically or at
the address shown below, a written response
pursuant to Local Bankruptcy Rule 9013-1(H).  If
you mail your response to the Court for filing,
you must mail it early enough so the Court will
**receive it on or before** **March 30, 2009 at 10:00
a.m.**

Clerk of Court
United States Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, Virginia 23219

[X]  Pursuant to the Case Management Order, you must
     also serve a copy of any written response and
     request for hearing by the foregoing date via
     electronic mail on the following:(i) the Core
     Group, which includes the Debtors, co-counsel to
     the Debtors, the Office of the United States
     Trustee, co-counsel for any committee, counsel to
     the agents for the Debtors' prepetition lenders,
     and counsel to the agents for the Debtors'
     postpetition lenders; (ii) the 2002 List; and
     (iii) those additional parties as required by the
     Case Management Order (all of which are defined in
     the Case Management Order), which can be found at
     www.kccllc.net/circuitcity.

[X]  Attend a hearing before the Honorable Kevin
     Huennekens, United States Bankruptcy Judge, **at
     10:00 a.m. (Eastern Standard Time) on March 30,
     2009** at the United States Bankruptcy Court, Room
     5000, 701 East Broad Street, Richmond, Virginia
     23219. **If you or your attorney do not attend the
     hearing, the Court may grant the relief requested
     in the Motions**.

     If you or your attorney do not take these steps, the
Court may decide that you do not oppose the relief sought in
the Motions and may enter an order granting the relief
requested.

Dated: March 26, 2009    SKADDEN, ARPS, SLATE, MEAGHER &
      Richmond, Virginia  FLOM, LLP
                       Gregg M. Galardi, Esq.
                       Ian S. Fredericks, Esq.
                       P.O. Box 636
                       Wilmington, Delaware 19899-0636
                       (302) 651-3000

                           - and -

                       SKADDEN, ARPS, SLATE, MEAGHER &
                       FLOM, LLP
                       Chris L. Dickerson, Esq.
                       333 West Wacker Drive
                       Chicago, Illinois 60606
                       (312) 407-0700

                           - and -

                       MCGUIREWOODS LLP

                       /s/ Douglas M. Foley       .
                       Dion W. Hayes (VSB No. 34304)
                       Douglas M. Foley (VSB No. 34364)
                       One James Center
                       901 E. Cary Street
                       Richmond, Virginia 23219
                       (804) 775-1000

                       Counsel for Debtors and Debtors
                       in Possession

8363505.1