Paul S. Bliley, Jr. – VSB No. 13973
William H. Schwarzschild, III - VSB No. 15274
W. Alexander Burnett – VSB No. 68000
WILLIAMS MULLEN
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone:  804.643.1991
Fax:  804.783.6507
pbliley@williamsmullen.com
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

---------------------------------------------------------x
:
In re:                                          :  Chapter 11
                                                :
CIRCUIT CITY STORES, INC., *et al.*,            :  Case No. 08-35653 (KRH)
                                                :
          Debtors.                              :  (Jointly Administered)
                                                :
---------------------------------------------------------x

### SUPPLEMENTAL AND AMENDED STATEMENT OF MULTIPLE REPRESENTATION PURSUANT TO RULE 2019

Williams Mullen Clark & Dobbins, P.C. ("Williams Mullen"), hereby notes its representation of more than one creditor in the above-styled Chapter 11 cases and makes the following supplemental and amended statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. Williams Mullen has been retained by multiple creditors or interested parties to serve as counsel to represent their respective interests in the above-styled Chapter 11 cases of Circuit City Stores, Inc., *et al.* ("Circuit City").

2. Williams Mullen previously filed a Statement of Multiple Representation pursuant to Rule 2019 on December 4, 2008 (the "Original Statement"). Williams Mullen desires to supplement and amend the Original Statement to reflect additional creditors or

interested parties represented by Williams Mullen. This Supplemental and Amended Statement of Multiple Representation pursuant to Rule 2019 is intended to amend and restate the Original Statement in its entirety.

3. Williams Mullen is counsel for the creditors whose names, addresses, the nature of whose claims or interests and the times of the acquisition thereof, except as to claims alleged to have been acquired more than one year prior to the filing of said petition, are as follows:

| Client | Address | Nature of Claim or Interest |
|---|---|---|
| CarMax, Inc. | 12800 Tuckahoe Creek Pkwy, Richmond, VA 23238-1115 | Assignment of Lease and Sub-Tenant |
| CC Countryside 98, LLC | One South Street 27th Floor Baltimore, MD 21202 | Landlord |
| CC-Investor 1997-4, Delaware Business Trust | Stephen B. Sutton, Esq. Corporate Counsel 2345 Grand Boulevard Suite 2800 Kansas City, MO 64108 | Landlord |
| Crown CCI and Burbank Mall Associates, LLC | Wendy W. Huang, Esq. Crown Realty & Development 18201 von Karman Avenue, Suite 950, Irvine, CA 92612 | Landlord |
| Dick's Sporting Goods, Inc. | Jay T. Blount, Senior Corporate Counsel 300 Industry Drive, RIDC Park West, Pittsburgh, PA 15275 | Sub-Tenant |
| DIRECTV, Inc. | Joseph R. Sgroi, Esq. 2230 E. Imperial Hwy, El Segundo, CA 90245 | Creditor |
| Dollar Tree | 500 Volvo Parkway, Chesapeake, VA 23320 | Sub-Tenant |
| Golf Galaxy, Inc. | Jay T. Blount, Senior Corporate Counsel 300 Industry Drive, RIDC Park West Pittsburgh, PA 15275 | Sub-Tenant |

| Client | Address | Nature of Claim or Interest |
|---|---|---|
| Hayward 800, LLC | 1809 Seventh Avenue Suite 1002 Seattle, WA 98101 | Landlord |
| ION Audio, LLC | 200 Scenic View Drive Suite 201 Cumberland, RI 02864 | Trade Creditor |
| Joe Tedder, Tax Collector, Polk County, Florida; Pinellas County, Florida; Bay County, Florida | Post Office Box 2016 Barto, FL 33831 | Tax Claim |
| LumiSource, Inc. | John M. Brom, Esq. 2950 Old Higgins Road, Elk Grove Village, IL 60007 | Creditor |
| Save Mart SuperMarkets | Fawn Dessy, Esq. Dessy & Dessy 1301 L Street Bakersfield, Ca 93301 | Landlord |
| SouthPeak Interactive, LLC t/a SouthPeak Games | Terry Phillips 2700 Polo Parkway, Ste 200, Midlothian, VA 23113 | Creditor |
| Stillwater Designs and Audio, Inc. | Kim Wright 3100 North Husband, Stillwater, OK  74075 | Vendor Creditor |
| Symantec Corporation & Navarre Distribution Services, Inc. | Carrie Flynn 20330 Stevens Creek Blvd. Cupertino, CA 95014 | Trade Creditor |
| The Evening Post t/a The Post and Courier | 134 Columbus Street Charleston, SC  29414-4800 | Creditor |
| Vonage Holdings, Inc. | Angelique Electra 23 Main Street, D2-180, Holmdel, NJ  07733-2136 | Creditor |
| Westlake Limited Partnership | 406 SW Washington Street Peoria, IL 61602 | Landlord |

   4.  As for the pertinent facts and circumstances in connection with the employment

3

of Williams Mullen, with each of the above referenced parties, Williams Mullen was engaged either directly by the party, the party's general counsel, or other counsel for the party to render advice and counsel in connection with the above-styled Chapter 11 cases.

5.  Williams Mullen has disclosed this multiple representation to each of its above-referenced clients and has determined that its representation of such clients will not present a conflict.

6.  In addition, Williams Mullen represented Circuit City in certain specific pre-petition matters unrelated to the above-styled Chapter 11 cases. Williams Mullen has received consent from Circuit City and all of the above-referenced clients to render services in these cases, and the clients have been apprised of our prior engagement by Circuit City. Each of the clients has consented to the multiple representations of the nature described herein.

7.  As for a copy of the instrument, if any, whereby Williams Mullen is empowered to act on behalf of creditors, Williams Mullen is employed only as counsel and is not authorized by instrument or otherwise to act for any client except in that capacity.

8.  This statement is made by W. Alexander Burnett, an attorney at law duly admitted to the bar of the Commonwealth of Virginia and an attorney in the law firm of Williams Mullen, under penalty of perjury, and is verified to be true and correct as of the date hereof to the best of his knowledge and belief.

WILLIAMS MULLEN CLARK & DOBBINS, P.C.

By  */s/ W. Alexander Burnett*
    W. Alexander Burnett

4

Paul S. Bliley, Jr. – VSB No. 13973
William H. Schwarzschild, III - VSB No. 15274
W. Alexander Burnett – VSB No. 68000
WILLIAMS MULLEN
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone:  804.643.1991
FAX:  804.783.6507
pbliley@williamsmullen.com
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 26th, 2009, a true and complete copy of the foregoing was filed and served electronically using the Court's ECF System, was sent by electronic mail to circuitcityservice@mcguirewoods.com and project.circuitcity@skadden.com, and was sent by first class mail, postage prepaid, to the entities at the addresses indicated below:

Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Gregg Galardi, Esq.
Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899

    *Counsel for the Debtors*

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

    *Office of the U.S. Trustee for the Eastern District of Virginia, Richmond Division*

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

    *Counsel for the Creditor's Committee*

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

    *Counsel for the Official Committee of Unsecured Creditors*

                                                     */s/ W. Alexander Burnett*
                                                     _____

1727023_1.DOC