**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

```
............................................................  x
                                              :   Chapter 11
In re:                                        :
                                              :   Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC.,                    :
et al.,                                       :
                                              :
                                              :   Jointly Administered
              Debtors.¹                       :
                                              :
............................................................  x
```

<u>**AFFIDAVIT OF SERVICE**</u>

I, Isidro N. Panizales, being duly sworn according to law, depose and say that I am

employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent

for the Debtors in the above-captioned cases.

On March 3, 2009, copies of the following documents were served via electronic mail upon

the parties set forth on the service lists attached hereto as **<u>Exhibit A</u>**, facsimile upon the parties set

forth on the service lists attached hereto as **<u>Exhibit B</u>**, and overnight mail upon the parties set forth

on the service lists attached hereto as **<u>Exhibit C</u>**:

1.  Notice of Sale of Excluded Defective Inventory to Hyper Microsystems Inc.
    (Docket No. 2361)

2.  Notice of Bids Received Regarding March Leases (Docket No. 2403)

3.  Notice of Rejection of Unexpired Leases and Abandonment of Personal Property
    (Locations Identified on Exhibit A) (Docket No. 2408)

---

¹ The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

On March 3, 2009, copies of the following document were served via electronic mail upon the parties set forth on the service list attached hereto as **<u>Exhibit D</u>**:

1. Notice of Sale of Excluded Defective Inventory to Hyper Microsystems Inc. (Docket No. 2361)

On March 3, 2009, copies of the following document were served via electronic mail and facsimile upon the parties set forth on the service lists attached hereto as **<u>Exhibit E</u>**:

1. Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Locations Identified on Exhibit A) (Docket No. 2408)

On March 3, 2009, copies of the following document (attached hereto as **<u>Exhibit F</u>**) were served via electronic mail and facsimile upon the party set forth on the service list attached hereto as **<u>Exhibit G</u>**.

On March 3, 2009, copies of the following document (attached hereto as **<u>Exhibit H</u>**) were served via electronic mail upon the party set forth on the service list attached hereto as **<u>Exhibit I</u>**, and via overnight mail on the party set forth on the service list attached hereto as **<u>Exhibit J</u>**.

On March 3, 2009, copies of the following document (attached hereto as **<u>Exhibit K</u>**) were served via electronic mail upon the party set forth on the service list attached hereto as **<u>Exhibit L</u>**, and via facsimile on the party set forth on the service list attached hereto as **<u>Exhibit M</u>**.

On March 3, 2009, copies of the following document (attached hereto as **<u>Exhibit N</u>**) were served via overnight mail upon the party set forth on the service list attached hereto as **<u>Exhibit O</u>**.

On March 3, 2009, copies of the following document (attached hereto as **Exhibit P**) were served via electronic mail upon the parties set forth on the service list attached hereto as **Exhibit Q**, and via facsimile on the parties set forth on the service list attached hereto as **Exhibit R**.

On March 3, 2009, copies of the following document (attached hereto as **Exhibit S**) were served via electronic mail and facsimile upon the party set forth on the service list attached hereto as **Exhibit T**.

On March 3, 2009, copies of the following document (attached hereto as **Exhibit U**) were served via electronic mail and facsimile upon the parties set forth on the service list attached hereto as **Exhibit V**, and via overnight mail on the party set forth on the service list attached hereto as **Exhibit W**.

On March 3, 2009, copies of the following document (attached hereto as **Exhibit X**) were served via electronic mail upon the party set forth on the service list attached hereto as **Exhibit Y**, and via overnight mail on the party set forth on the service list attached hereto as **Exhibit Z**.

Dated:  March 23, 2009

Isidro N. Panizales

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 23rd day of March, 2009, by Isidro N. Panizales, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _Shannon J Spencer_

SHANNON JOANN SPENCER
Commission # 1676705
Notary Public - California
Los Angeles County
My Comm. Expires Jun 20, 2010

# EXHIBIT A

Circuit City Stores, Inc.
Core Service List

| NAME | ATTENTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | Email |
|------|-----------|----------|----------|----------|------|-------|-----|-------|
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | MR. STEPHEN COULOMBE | 200 STATE STREET, 2ND FLOOR | | BOSTON | MA | 02109 | bob.duffy@fticonsulting.com steve.coulombe@fticonsulting.com |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | RIVERFRONT PLAZA E TOWER | 951 E BYRD ST 8TH FL | | RICHMOND | VA | 23219 | bruce.matson@leclairryan.com |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | THREE CENTER PLAZA, 6TH FLOOR | | | BOSTON | MA | 02108 | dberman@riemerlaw.com |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | 901 E CARY ST. | ONE JAMES CENTER | | RICHMOND | VA | 23219 | dhayes@mcguirewoods.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | ONE RODNEY SQUARE | P.O. BOX 636 | | WILMINGTON | DE | 19899-0636 | gregg.galardi@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | IAN S. FREDERICKS, ESQ. | ONE RODNEY SQUARE | P.O. BOX 636 | | WILMINGTON | DE | 19899-0636 | Ian.Fredericks@skadden.com |
| PACHULSKI STANG ZIEHL & JONES LLP | JEFFREY N POMERANTZ ESQ | 10100 SANTA MONICA BLVD 11TH FL | | | LOS ANGELES | CA | 90067-4100 | jpomerantz@pszjlaw.com |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | NAAG BANKRUPTCY COUNSEL | 2030 M STREET, N.W., 8TH FLOOR | | WASHINGTON | DC | 20036 | kcordry@naag.org |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | 200 E RANDOLPH DR | | | CHICAGO | IL | 60601 | lmyers@kirkland.com |
| TAVENNER & BERAN PLC | LYNN L TAVENNER ESQ PAULA S BERAN ESQ | 20 N EIGHTH ST 2ND FL | | | RICHMOND | VA | 23219 | ltavenner@tb-lawfirm.com pberan@tb-lawfirm.com |
| KUTAK ROCK LLP | PETER J. BARRETT | 1111 EAST MAIN STREET | SUITE 800 | | RICHMOND | VA | 23219 | peter.barrett@kutakrock.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ROBERT J FEINSTEIN ESQ | 780 THIRD AVE 36TH FL | | | NEW YORK | NY | 10017 | rfeinstein@pszjlaw.com |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | 701 E. BROAD ST. | SUITE 4304 | | RICHMOND | VA | 23219-1888 | Robert.B.Van.Arsdale@usdoj.gov |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | TIMOTHY G. POHL, ESQ. | CHRIS L. DICKERSON, ESQ. | 333 WEST WACKER DRIVE | SUITE 2000 | CHICAGO | IL | 60606 | tim.pohl@skadden.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|------|-------------|-----------|-----------|------|-------|-----|---------|-------|
| Lazer Aptheker Rosella & Yedid PC | Robin S Abramowitz | Melville Law Ctr | 225 Old Country Rd | Melville | NY | 11747-2712 | | abramowitz@larypc.com |
| Shutts & Bowen LLP | Andrew M Brumby | 300 S Orange Ave Ste 1000 | | Orlando | FL | 32801 | | abrumby@shutts.com |
| Shutts & Bowen LLP | Andrew M Brumby | PO Box 4956 | | Orlando | FL | 32802-4956 | | abrumby@shutts.com<br>rhicks@shutts.com |
| Hangley Aronchick Segal & Pudlin | Ashely M Chan Esq | One Logan Sq 27th Fl | | Philadelphia | PA | 19103 | | achan@hangley.com |
| Ciardi Ciardi & Astin PC | Albert A Ciardi III Esq<br>Thomas D Bielli Esq | One Commerce Sq Ste 1930 | 2005 Market St | Philadelphia | PA | 19103 | | aciardi@ciardilaw.com<br>tbielli@ciardilaw.com |
| Krokidas & Bluestein LLP | Anthony J Cichello Esq | 600 Atlantic Ave | | Boston | MA | 02210 | | acichello@kb-law.com |
| Franklin & Prokopik PC | Andrew L Cole | The B&O Bldg | Two N Charles St Ste 600 | Baltimore | MD | 21201 | | acole@fandpnet.com |
| Andrew S Conway Esq | | 200 E Long Lake Rd Ste 300 | | Bloomfield Hills | MI | 48304 | | Aconway@taubman.com |
| The Meiburger Law Firm PC | Janet M Meiburger Esq | 1493 Chain Bridge Rd Ste 201 | | McLean | VA | 22101 | | admin@meiburgerlaw.com |
| Christian & Barton LLP | Augustus C Epps Jr Esq<br>Michael D Mueller Esq<br>Jennifer M McLemore Esq<br>Noelle M James Esq | 909 E Main St Ste 1200 | | Richmond | VA | 23219 | | aepps@cblaw.com<br>mmueller@cblaw.com<br>jmclemore@cblaw.com<br>njames@cblaw.com |
| Miami Dade County Paralegal Unity | Alberto Burnstein | 140 W Flagler St Ste 1403 | | Miami | FL | 33130-1575 | | alberto@miamidade.gov<br>MDTCBKC@miamidade.gov |
| Foster Pepper PLLC | Christopher M Alston | 1111 Third Ave Ste 3400 | | Seattle | WA | 98101 | | alstc@foster.com |
| K&L Gates LLP | Amy Pritchard Williams | Hearst Tower 47th Fl | 214 N Tryon St | Charlotte | NC | 28202 | | amy.williams@klgates.com |
| Monarch Alternative Capital LP | Andrew Herenstein | 535 Madison Ave | | New York | NY | 10022 | | Andrew.Herenstein@monarchlp.com |
| Vonage Holdings Inc | Angelique Electra | 23 Main St | | Holmdel | NJ | 07733 | | angelique.electra@vonage.com |
| DLA Piper LLP | Anne Braucher Esq | 500 Eighth St NW | | Washington | DC | 20004 | | anne.braucher@dlapiper.com |
| Greenberg Traurig LLP | Daniel J Ansell Esq<br>Heath B Kushnick Esq | 200 Park Ave | | New York | NY | 10166 | | AnsellD@GTLaw.com<br>kushnickh@gtlaw.com |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda<br>Yolanda Humphrey | PO Box 13430 | | Arlington | TX | 76094-0430 | | arlbank@pbfcm.com<br>ebanda@pbfcm.com<br>yhumphrey@pbfcm.com |
| Lindquist Kleissler & Company LLC | Arthur Lindquist Kleissler | 950 S Cherry St Ste 710 | | Denver | CO | 80246 | | arthurlindquistkleissler@msn.com |
| Culbert & Schmitt PLLC | Ann E Schmitt | 30C Catoctin Cir SE | | Leesburg | VA | 20175 | | aschmitt@culbert-schmitt.com |
| Noland Hamerly Etienne & Hoss PC | Anne Secker Esq<br>Lisa K Omori | 333 Salinas St | PO Box 2510 | Salinas | CA | 93902-2510 | | asecker@nheh.com |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | PO Box 17428 | 1949 S IH 35 78741 | Austin | TX | 78760 | | austin.bankruptcy@publicans.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|---|---|---|---|---|---|---|---|---|
| Hunton & Williams LLP | Benjamin C Ackerly<br>JR Smith<br>Henry Toby P Long III | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23219-4074 | | backerly@hunton.com<br>jrsmith@hunton.com<br>hlong@hunton.com |
| Kern County Treasurer and Tax Collector Office | Angelica Leon | Bankruptcy Division | PO Box 579 | Bakersfield | CA | 93302-0579 | | bankruptcy@co.kern.ca.us |
| Morrison Cohen LLP | Michael R Dal Lago Esq | 909 Third Ave | | New York | NY | 10022 | | bankruptcy@morrisoncohen.com |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | AV Division | 9351 Jeronimo Rd | Irvine | CA | 92656 | | batteberry@mdea.com |
| Arnold Gallagher Saydack Percell Roberts & Potter PC | Bradley S Copeland | PO Box 1758 | | Eugene | OR | 97440-1758 | | bcopeland@agsprp.com |
| Loudoun County Attorney | John R Roberts<br>Belkys Escobar | One Harrison St SE | MSC No 06 | Leesburg | VA | 20175-3102 | | Belkys.Escobar@loudoun.gov |
| Linowes and Blocher LLP | Bradford F Englander Esq<br>Brian M Nestor Esq | 7200 Wisconsin Ave Ste 800 | | Bethesda | MD | 20814 | | benglander@linowes-law.com<br>bnestor@linowes-law.com |
| Clement & Wheatley | Darren W Bentley Esq | 549 Main St | PO Box 8200 | Danville | VA | 24543-8200 | | bentleyd@clementwheatley.com |
| Greenberg Traurig LLP | Howard J Berman Esq | 200 Park Ave | | New York | NY | 10166 | | bermanH@gtlaw.com |
| Mullins Riley & Scarborough LLP | Betsy Johnson Burn | PO Box 11070 | | Columbia | SC | 29201 | | betsy.burn@nelsonmullins.com |
| Smith Gambrell & Russell LLP | Brian P Hall Esq | Ste 3100 Promenade II | 1230 Peachtree St NE | Atlanta | GA | 30309 | | bhall@sgrlaw.com |
| Brian T Hanlon | | PO Box 3715 | | West Palm Beach | FL | 33402 | | bhanlon@pbcgov.org |
| Hamilton Beach Brands Inc | Bill Ray | 4421 Waterfront Dr | | Glen Allen | VA | 23060 | | bill.ray@hamiltonbeach.com |
| Moldo Davidson Fraioli Seror & Sestanovich LLP | Byron Z Moldo<br>Kenneth Miller Esq | 2029 Century Park E 21st Fl | | Los Angeles | CA | 90067 | | bmoldo@mdfslaw.com<br>kmiller@mdfslaw.com |
| Office of Joe G Tedder CFC | Bonnie Holly | Deliquency and Enforcement | PO Box 2016 | Bartow | FL | 33831-2016 | | bonnieholly@polktaxes.com |
| Borges & Associates LLC | Wanda Borges Esq | 575 Underhill Blvd Ste 118 | | Syosset | NY | 11791 | | borgeslawfirm@aol.com |
| Troutman Sanders LLP | Bradfute W Davenport Jr | Bank of America Plz Ste 5200 | 600 Peachtree St NE | Atlanta | GA | 30308-2216 | | bradfute.davenport@troutmansanders.com |
| Katten Muchin Rosenman LLP | c o Brian D Huben<br>c o Thomas J Leanse<br>c o Dustin P Branch | 2029 Century Park E Ste 2600 | | Los Angeles | CA | 90067-3012 | | brian.huben@kattenlaw.com<br>dustin.branch@kattenlaw.com<br>thomas.leanse@kattenlaw.com |
| Arent Fox LLP | Timothy F Brown Esq<br>Mary Joanne Dowd Esq<br>Christopher J Giaimo Esq | 1050 Connecticut Ave NW | | Washington | DC | 20036 | | brown.timothy@arentfox.com<br>dowd.mary@arentfox.com<br>giaimo.christopher@arentfox.com |
| LeClairRyan A Professional Corporation | Bruce H Matson | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23218-2499 | | Bruce.Matson@leclairryan.com |
| Quarles & Brady LLP | Brian Sirower Esq<br>Lori L Winkelman Esq<br>Catherine M Guastello Esq | Renaissance One | Two N Central Ave | Phoenix | AZ | 85004-2391 | | bsirower@quarles.com<br>lwinkelm@quarles.com<br>cguastel@quarles.com |
| Vinson & Elkins LLP | William L Wallander<br>Angela B Degeyter | 2001 Ross Ave Ste 3700 | | Dallas | TX | 75201-2975 | | bwallander@velaw.com<br>adegeyter@velaw.com |
| Mesch Clark & Rothschild PC | Brenda Moody Whinery Esq | 259 N Meyer Ave | | Tuscon | AZ | 85701 | | bwhinery@mcrazlaw.com |
| Sheppard Mullin Richter & Hampton LLC | Blanka Wolfe<br>Margaret Mann | 30 Rockefeller Plaza Ste 2400 | | New York | NY | 10112 | | bwolfe@sheppardmullin.com<br>Mmann@sheppardmullin.com |
| Carter Ledyard & Milburn LLP | Aaron R Cahn | 2 Wall St | | New York | NY | 10005 | | cahn@clm.com |
| Laurin & Associates | Paul J Laurin Esq<br>Stephen M Astor Esq | 280 S Beverly Dr Ste 304 | | Beverly Hills | CA | 90212 | | CalendarClerk@laurinlawfirm.com. |
| Miami Dade County Attorneys Office | Erica S Zaron | 2810 Stephen P Clark Ctr | 111 NW First St | Miami | FL | 33128-1993 | | cao.bkc@miamidade.gov |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|---|---|---|---|---|---|---|---|---|
| Regency Centers | Catherine L Strauss | Regency Corporate Counsel | 8044 Montgomery Rd Ste 520 | Cincinnati | OH | 45236 | | catherinestrauss@regencycenters.com |
| Acxiom Corporation | C B Blackard III | 301 E Dave Ward Dr | PO Box 2000 | Conway | AR | 72033-2000 | | cbblac@acxiom.com |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte Esq Pamela A Bosswick Esq Abigail Snow Esq | 230 Park Ave | | New York | NY | 10169 | | cbelmonte@ssbb.com pbosswick@ssbb.com asnow@ssbb.com |
| Winthrop & Weinstine PA | Christopher A Camardello | 225 S Sixth St Ste 3500 | | Minneapolis | MN | 55402 | | ccamardello@winthrop.com |
| Buchalter Nemer A Professional Corporation | Craig C Chiang Esq Shawn M Christianson Esq | 333 Market St 25th Fl | | San Francisco | CA | 94105-2126 | | cchiang@buchalter.com schristianson@buchalter.com |
| Nixon Peabody LLP | Dennis J Drebsky Christopher M Desiderio | 437 Madison Ave | | New York | NY | 10022 | | cdesiderio@nixonpeabody.com |
| McCarter & English LLP | Clement J Farley Angela Sheffler Abreu | Four Gateway Ctr | 100 Mulberry St | Newark | NJ | 07102-4096 | | cfarley@mccarter.com aabreu@mccarter.com |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos Esq Charles W Chotvacs Esq | 601 13th St NW | Ste 1000 South | Washington | DC | 20005 | | cgp@ballardspahr.com chotvacsc@ballardspahr.com |
| Quarles & Brady LLP | Catherine M Guastello Esq | Two N Central Ave | | Phoenix | AZ | 85004 | | cquastel@quarles.com |
| City of Fort Worth Sr Assistant City Attorney | Christopher B Mosley | 1000 Throckmorton St | | Fort Worth | TX | 76102 | | Chris.Mosley@fortworthgov.org |
| Attorney General of New Jersey | Anne Milgram | Richard J Hughes Justice Complex | PO Box 106 25 Market St | Trenton | NJ | 08625-0119 | | citizens.services@lps.state.nj.us |
| Recovery Management Systems Corp | Ramesh Singh | GE Money Bank | 25 SE 2nd Ave Ste 1120 | Miami | FL | 33131-1605 | | claims@recoverycorp.com |
| Goulston & Storrs PC | Christine D Lynch Esq Peter D Bilowz Esq | 400 Atlantic Ave | | Boston | MA | 02110-3333 | | clynch@goulstonstorrs.com pbilowz@goulstonstorrs.com |
| Magee Foster Goldstein & Sayers PC | A Carter Magee Jr W Joel Charboneau | PO Box 404 | | Roanoke | VA | 24003 | | cmagee@mfgs.com jcharboneau@mfgs.com |
| Squire Sanders & Dempsey LLP | G Christopher Meyer | 4900 Key Tower | 127 Public Sq | Cleveland | OH | 44114-1304 | | cmeyer@ssd.com |
| Palmer Law Firm Inc | R Chase Palmer | PO Box Drawer M | | Marshall | TX | 75671 | | cpalmerplf@gmail.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | | dallas.bankruptcy@publicans.com |
| Glass & Reynolds | David G Reynolds Esq | PO Box 1700 | | Corrales | NM | 87048 | | dave@glassandreynolds.com |
| Moore & Van Allen PLLC | David B Wheeler Esq | 40 Calhoun St Ste 300 | PO Box 22828 | Charleston | SC | 29413-2828 | | davidwheeler@mvalaw.com |
| Riemer & Braunstein LLP | David S Berman | Three Ctr Plz 6th Fl | | Boston | MA | 02108 | | Dberman@riemerlaw.com |
| Chiariello & Chiariello | Dominic L Chiariello | 118 21 Queens Blvd | | Forest Hills | NY | 11375 | | dc@chiariello.com |
| Jackson & Campbell PC | David H Cox Esq John J Matteo Esq | 1120 20th St NW | S Tower | Washington | DC | 20036 | | dcox@jackscamp.com jmatteo@jackscamp.com |
| Cole Schotz Meisel Forman & Leonard PA | G David Dean Esq | 300 E Lombard St Ste 2000 | | Baltimore | MD | 21202 | | ddean@coleschotz.com |
| Cook Heyward Lee Hopper & Feehan PC | David D Hopper Esq | 4551 Cox Rd Ste 210 | PO Box 3059 | Glen Allen | VA | 23058-3059 | | ddhopper@chlhf.com |
| Office of the Attorney General | Denise Mondell | PO Box 120 | 55 Elm St 4th Fl | Hartford | CT | 06141-0120 | | Denise.Mondell@po.state.ct.us |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|------|-------------|-----------|-----------|------|-------|-----|---------|-------|
| Weiss Serota Helfman Pastoriza Cole & Boniske PL | Douglas R Gonzales | 200 E Broward Blvd St 1900 | | Ft Lauderdale | FL | 33301 | | dgonzales@wsh-law.com |
| The Law Offices of David A Greer PLC | David A Greer Esq | 500 E Main St Ste 1225 | | Norfolk | VA | 23510 | | dgreer@davidgreerlaw.com |
| Vinson & Elkins LLP | David E Hawkins | The Willard Office Bldg | 1455 Pennsylvania Ave NW | Washington | DC | 20004-1008 | | dhawkins@velaw.com |
| Neuberger Quinn Gielen Rubin & Gibber PA | Deborah H Devan Esq | One South St 27th Fl | | Baltimore | MD | 21202-3282 | | dhd@nqgrg.com |
| Morris Manning & Martin LLP | David W Cranshaw Esq | 1600 Atlanta Financial Ctr | 3343 Peachtree Rd NE | Atlanta | GA | 30326 | | dhp@mmmlaw.com |
| Duane Morris LLP | Rudolph J Di Massa Jr Esq Matthew E Hoffman Esq Lauren Lonergan Taylor Esq Matthew E Hoffman Esq | 30 S 17th St | | Philadelphia | PA | 19103 | | DiMassa@duanemorris.com MEHoffman@duanemorris.com LLTaylor@duanemorris.com MEHoffman@duanemorris.com |
| Robinson Diamant & Wolkowitz | Douglas D Kappler Esq | 1888 Century Park E Ste 1500 | | Los Angeles | CA | 90067 | | dkappler@rdwlawcorp.com |
| Arnall Golden Gregory LLP | Darryl S Laddin Frank N White | 171 17th St NW Ste 2100 | | Atlanta | GA | 30363-1031 | | dladdin@agg.com frank.white@agg.com |
| Brown Connery LLP | Donald K Ludman | 6 N Broad St Ste 100 | | Woodbury | NJ | 08096 | | dludman@brownconnery.com |
| Wolff Hill McFarlin & Herron PA | David R McFarlin Esq | 1851 W Colonial Dr | | Orlando | FL | 32804 | | dmcfarlin@whmh.com |
| Jeffer Mangels Butler & Marmaro LLP | David M Poitras PC | 1900 Avenue of the Stars 7th Fl | | Los Angeles | CA | 90067 | | dpoitras@jmbm.com |
| McSweeney Crump Childress & Temple PC | David R Ruby Esq | PO Box 1463 | 11 S 12th St | Richmond | VA | 23219 | | druby@mcsweeneycrump.com |
| Munsch Hardt Kopf & Harr PC | Davor Rukavina Esq | 500 N Akard St Ste 3800 | | Dallas | TX | 75201 | | drukavina@munsch.com |
| Duane Morris LLP | Denyse Sabagh | 505 9th St NW Ste 1000 | | Washington | DC | 20004-2166 | | dsabagh@duanemorris.com |
| McDowell Rice Smith & Buchanan PC | Donald G Scott | 605 W 47th St Ste 350 | | Kansas City | MO | 64112-1905 | | dscott@mcdowellrice.com |
| Cantor Arkema PC | David K Spiro Esq Neil E McCullagh Esq | PO Box 561 | 1111 E Main St 16th Fl | Richmond | VA | 23218-0561 | | dspiro@cantorarkema.com nmccullagh@cantorarkema.com |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | Office of the Chief Counsel | 1200 K St NW | Washington | DC | 20005-4026 | | eagle.sara@pbgc.gov efile@pbgc.gov |
| Saul Ewing LLP | Edith K Altice Esq | Lockwood Pl | 500 E Pratt St Ste 900 | Baltimore | MD | 21202-3171 | | ealtice@saul.com |
| Weltman Weinberg & Reis Co LPA | Scott D Fink | 323 W Lakeside Ave Ste 200 | | Cleveland | OH | 44113-1099 | | ecfndoh@weltman.com |
| Stein & Lubin LLP | Eugene Chang | TKG Coffee Tree LP | 600 Montgomery St 14th Fl | San Francisco | CA | 94111 | | echang@steinlubin.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | PO Box 227042 | 3300 Enterprise Pkwy | Beachwood | OH | 44122 | | ecotton@ddrc.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | 3300 Enterprise Pkwy | PO Box 228042 | Beachwood | OH | 44122 | | ecotton@ddrc.com |
| Hunton & Williams LLP | J Eric Crupi | 1900 K St NW | | Washington | DC | 20006 | | ecrupi@hunton.com |
| Missouri Department of Revenue | Attn Richard M Maseles | Bankruptcy Unit | PO Box 475 | Jefferson City | MO | 65105-0475 | | edvaecf@dor.mo.gov |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | 150 Spear St Ste 1600 | | San Francisco | CA | 94105 | | efriedman@friedumspring.com |
| Stutman Treister & Glatt PC | Eric D Goldberg | 1901 Avenue of the Stars 12th Fl | | Los Angeles | CA | 90067 | | egoldberg@stutman.com |
| Stempel Bennett Claman & Hochberg PC | Edmond P O Brien Esq | 675 Third Ave 31st Fl | | New York | NY | 10017 | | eobrien@sbchlaw.com |
| K&L Gates LLP | Eric C Rusnak | 1601 K St NW | | Washington | DC | 20006-1600 | | eric.rusnak@klgates.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|---|---|---|---|---|---|---|---|---|
| Bewley Lassleben & Miller LLP | Ernie Zachary Park | 13215 E Penn St Ste 510 | | Whittier | CA | 90602-1797 | | ernie.park@bewleylaw.com |
| Weycer Kaplan Pulaski & Zuber PC | Edward L Rothberg<br>Jessica L Hickford | 11 E Greenway Plz Ste 1400 | | Houston | TX | 77046 | | erothberg@wkpz.com<br>jhickford@wkpz.com |
| Siller Wilk LP | Eric J Snyder | 675 Third Ave | | New York | NY | 10017-5704 | | esnyder@sillerwilk.com |
| Panattoni Law Firm | Fredric Albert | 34 Tesla Ste 100 | | Irvine | CA | 92618 | | falbert@czmlaw.com |
| Quarles & Brady LLP | Faye B Feinstein Esq<br>Christopher Combest Esq | 500 W Madison St Ste 3700 | | Chicago | IL | 60661 | | fbf@quarles.com<br>ccombest@quarles.com |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | 1345 Avenue of the Americas | | New York | NY | 10105 | | fbr@robinsonbrog.com |
| Bartlett Hackett Feinberg PC | Frank F McGinn | 155 Federal St 9th Fl | | Boston | MA | 02110 | | ffm@bostonbusinesslaw.com |
| Bronwen Price | Gail B Price Esq | 2600 Mission St Ste 206 | | San Marino | CA | 91108 | | gail@bronwenprice.com |
| Weil Gotshal & Manges LLP | Gary T Holtzer Esq<br>Joseph W Gelb Esq | 767 Fifth Ave | | New York | NY | 10153 | | gary.holtzer@weil.com<br>joseph.gelb@weil.com |
| Envision Peripherals Inc | Gay Richey<br>Sr Credit Manager | 47490 Seabridge Dr | | Fremont | CA | 94538 | | gay@epius.com |
| Michael A Cardozo | Gabriela P Cacuci Esq | 100 Church St Rm 5 223 | | New York | NY | 10007 | | gcacuci@law.nyc.gov |
| Siegfried Bingham Levy Selzer & Gee | Gary V Fulghum | 2800 Commerce Tower 911 Main | | Kansas City | MO | 64105 | | gfulghum@sblsg.com |
| Hodgson Russ LLP | Garry M Graber Esq | The Guaranty Bldg | 140 Pearl St Ste 100 | Buffalo | NY | 14202 | | Ggraber@HodgsonRuss.com |
| Roussos Lassiter Glanzer & Marcus PLC | Lawrence H Glanzer Esq | 580 E Main St Ste 300 | | Norfolk | VA | 23510 | | glanzer@rlglegal.com |
| Howard Rice Nemerovski Canady Falk & Rabkin | Gary M Kaplan Esq | Three Embarcadero Ctr 7th Fl | | San Francisco | CA | 94111-4065 | | gmkaplan@howardrice.com |
| Procopio Cory Hargreaves & Savitch LLP | Gerald P Kennedy | 530 B St Ste 2100 | | San Diego | CA | 92101 | | gpk@procopio.com |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | 340 Madison Ave | | New York | NY | 10173-1922 | | graicht@mwe.com |
| The Arapahoe County Treasurer | George Rosenberg Esq | 5334 S Prince St | | Littleton | CO | 80166 | | grosenberg@co.arapahoe.co.us<br>jholmgren@co.arapahoe.co.us |
| Schnader Harrison Segal & Lewis LLP | Gordon S Woodward Esq | 750 9th St NW | Ste 550 | Washington | DC | 20001-4534 | | gwoodward@schnader.com |
| Finn Dixon & Herling LLP | Henry P Baer Jr Esq | 177 Broad St | | Stamford | CT | 06901-2048 | | hbaer@fdh.com |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | 11 Piedmont Ctr Ste 900 | 3495 Piedmont Rd NE | Atlanta | GA | 30305 | | hdawson@kkgpc.com |
| Troutman Sanders LLP | Hollace Topol Cohen<br>Vivieon E Kelley | 405 Lexington Ave | | New York | NY | 10174 | | hollace.cohen@troutmansanders.com<br>vivieon.kelley@troutmansanders.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | | houston_bankruptcy@publicans.com |
| Jaspan Schlesinger LLP | Hale Yazicioglu Esq | 300 Garden City Plz | | Garden City | NY | 11530 | | hyazicioglu@jaspanllp.com |
| Landsberg Margulies LLP | Ian S Landsberg Esq | 16030 Ventura Blvd Ste 470 | | Encino | CA | 91436 | | ilandsberg@lm-lawyers.com |
| Haynes and Boone LLP | Jason Binford | 2323 Victory Ave Ste 700 | | Dallas | TX | 75219 | | jason.binford@haynesboone.com |
| Jay T Blount | | 300 Industry Dr | RIDC Park W | Pittsburgh | PA | 15275 | | jay.blount@dcsg.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|---|---|---|---|---|---|---|---|---|
| | Jeffrey B Ellman | | | | | | | jbellman@jonesday.com |
| Jones Day | Brett J Berlin | 1420 Peachtree St NE Ste 800 | | Atlanta | GA | 30309-3053 | | bjberlin@jonesday.com |
| | James E Bird | | | | | | | jbird@polsinelli.com |
| Polsinelli Shalton Flanigan Suelthaus PC | Amy E Hatch | 700 W 47th St Ste 1000 | | Kansas City | MO | 64112 | | ahatch@polsinelli.com |
| Cox Castle & Nicholson LLP | Jess R Bressi Esq | 19800 MacArthur Blvd Ste 500 | | Irvine | CA | 92612 | | jbressi@coxcastle.com |
| Querrey & Harrow Ltd | John M Brom | 175 W Jackson Blvd | Ste 1600 | Chicago | IL | 60604-2827 | | jbrom@querrey.com |
| | Jeremy Dacks | 100 King St W 1 First Canadian | | | | | | jdacks@osler.com |
| Osler Hoskin & Hardcourt LLP | Marc S Wasserman | Pl | Ste 6100 PO Box 50 | Toronto | ON | M5X 1B8 | Canada | mwasserman@osler.com |
| | Jaime S Dibble | | | | | | | jdibble@stinson.com |
| Stinson Morrison Hecker LLP | Katherine M Sutcliffe Becker | 1150 18th St NW Ste 800 | | Washington | DC | 20036-3816 | | kbecker@stinson.com |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | 28 State St | | Boston | MA | 02109 | | jdoran@haslaw.com |
| | Chris Koster | | | | | | | |
| Missouri Attorney General Office | Jeff Klusmeier | PO Box 899 | | Jefferson City | MO | 65102 | | Jeff.Klusmeier@ago.mo.us |
| Carmody MacDonald PC | John E Hilton | 120 S Central Ste 1800 | | Clayton | MO | 63105 | | jeh@carmodymacdonald.com |
| | Jeremy S Friedberg Esq | | 10451 Mill Run Cir Ste | | | | | jeremy.friedberg@llff.com |
| Leitess Leitess Friedberg & Fedder PC | Gordon S Young Esq | One Corporate Ctr | 1000 | Owings Mills | MD | 21117 | | gordon.young@llff.com |
| | Joseph D Frank | | | | | | | |
| Frank Gecker LLP | Jeremy C Kleinman | 325 N LaSalle St Ste 625 | | Chicago | IL | 60654 | | jfrank@fgllp.com |
| | | 1900 Avenue of the Stars Ste | | | | | | |
| Hamburg Karic Edwards & Martin LLP | J Bennett Friedman Esq | 1800 | | Los Angeles | CA | 90067 | | jfriedman@hkemlaw.com |
| | Jonathan L Gold | | | | | | | jgold@akingump.com |
| | Mary A House | | | | | | | mhouse@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | Catherine E Creely | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | ccreely@akingump.com |
| | H Jason Gold Esq | | | | | | | jgold@wileyrein.com |
| | Dylan G Trache Esq | | | | | | | dtrache@wileyrein.com |
| | Rebecca L Saitta Esq | | | | | | | rsaitta@wileyrein.com |
| | Valerie P Morrison Esq | | | | | | | vmorrison@wileyrein.com |
| Wiley Rein LLP | Dylan G Trache Esq | 7925 Jones Branch Dr Ste 6200 | | McLean | VA | 22102 | | dtrache@wileyrein.com |
| Taft Stettinius & Hollister LLP | Jeffrey J Graham | One Indiana Sq Ste 3500 | | Indianapolis | IN | 46204 | | jgraham@taftlaw.com |
| | Jessica Hughes Esq | | | | | | | jhughes@seyfarth.com |
| | Rhett Petcher Esq | | | | | | | rpetcher@seyfarth.com |
| Seyfarth Shaw LLP | Alexander Jackins | 975 F St NW | | Washington | DC | 20004 | | ajackins@seyfarth.com |
| Ford Parshall & Baker | Jordan M Humphreys | 3210 Bluff Creek | | Columbia | MO | 65201 | | jhumphreys@fpb-law.com |
| Weingarten Realty Investors | Jenny J Hyun Esq | 2600 Citadel Plz Dr | | Houston | TX | 77008 | | jhyun@weingarten.com |
| | | | 1201 W Peachtree St | | | | | |
| Holland & Knight LLP | James H Rollins | One Atlantic Ctr | Ste 2000 | Atlanta | GA | 30309-3400 | | jim.rollins@hklaw.com |
| Core Properties Inc | James Donaldson | 831 E Morehead St Ste 445 | | Charlotte | NC | 28202 | | jim@coreproperties.com |
| Greenberg Glusker Fields Claman & | | 1900 Avenue of the Stars Ste | | | | | | |
| Machtinger LLP | Jeffrey A Krieger Esq | 2100 | | Los Angeles | CA | 90067-4590 | | jkrieger@ggfirm.com |
| Klehr Harrison Harvey Branzburg & Ellers | | | | | | | | |
| LLP | Jeffrey Kurtzman Esq | 260 S Broad St | | Philadelphia | PA | 19102 | | jkurtzma@klehr.com |
| Carlton Fields PA | John J Lamoureux Esq | 4221 W Boy Scout Blvd 10th Fl | | Tampa | FL | 33607-5736 | | jlamoureux@carltonfields.com |
| Ball Janik LLP | Justin D Leonard | 101 SW Main St Ste 1100 | | Portland | OR | 97204 | | jleonard@balljanik.com |
| McKenna Long & Aldridge LLP | John G McJunkin Esq | 1900 K St NW | | Washington | DC | 20006 | | jmcjunkin@mckennalong.com |
| | John G McJunkin Esq | | | | | | | jmcjunkin@mckennalong.com |
| McKenna Long & Alridge LLP | J David Folds | 1900 K St NW | | Washington | DC | 20006 | | dfolds@mckennalong.com |
| McKay Burton & Thurman | Joel T Marker | 170 S Main Ste 800 | | Salt Lake City | UT | 84101 | | joel@mbt-law.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|------|-------------|-----------|-----------|------|-------|-----|---------|-------|
| John Marshall Collins PC | John Marshall Collins Esq | 50 W San Fernando St Ste 400 | | San Jose | CA | 95113 | | johnolaw@gmail.com |
| Khang & Khang LLP | Joon M Khang | 1901 Avenue of the Stars 2nd Fl | | Los Angeles | CA | 90067 | | joon@khanglaw.com |
| Latham & Watkins LLP | Josef S Athanas | Sears Tower Ste 5800 | 233 S Wacker Dr | Chicago | IL | 60606 | | josef.athanas@lw.com |
| King & Spalding LLP | James A Pardo Jr Thaddeus D Wilson | 1180 Peachtree St | | Atlanta | GA | 30309 | | jpardo@kslaw.com thadwilson@kslaw.com |
| Saul Ewing LLP | Jeremy W Ryan Esq | PO Box 1266 | 222 Delaware Ave | Wilmington | DE | 19801 | | jryan@saul.com |
| J Scott Douglass | | 909 Fannin Ste 1800 | | Houston | TX | 77010 | | jsdlaw@msn.com |
| Womble Carlyle Sandridge & Rice PLLC | Jeffrey L Tarkenton Todd D Ross | 1401 Eye St NW 7th Fl | Ste 700 | Washington | DC | 20005 | | jtarkenton@wcsr.com toross@wcsr.com |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | 2 Riverway Ste 700 | | Houston | TX | 77056 | | jvlombardi@rossbanks.com |
| Wagner Choi & Verbrugge | James A Wagner Esq | 745 Fort St Ste 1900 | | Honolulu | HI | 96813 | | jwagner@wcelaw.com |
| PriceGrabber com Inc | Katerina Canyon | 5150 Goldleaf Circle 2nd Fl | | Los Angeles | CA | 90056 | | katerina@pricegrabber.com |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq Christina M Thompson Esq | PO Box 2207 | 1007 N Orange St | Wilmington | DE | 19899 | | kbifferato@cblh.com cthompson@cblh.com |
| Bernstein Law Firm PC | Stacey Suncine Kirk B Burkley | Ste 2200 Gulf Tower | | Pittsburgh | PA | 15219 | | kburkley@bernsteinlaw.com |
| Kelley Drye & Warren LLP | James S Carr Esq Robert L LeHane Esq | 101 Park Ave | | New York | NY | 10178 | | KDWBankruptcyDepartment@kelleydrye.com |
| Blank Rome LLP | Regina Stango Kelbon Esq John Lucian Esq | One Logan Sq | 130 N 18th St | Philadelphia | PA | 19103 | | Kelbon@blankrome.com Lucian@blankrome.com |
| Allen & Overy LLP | Ken Coleman | 1221 Avenue of the Americas | | New York | NY | 10020 | | ken.coleman@allenovery.com |
| Wolff & Samson PC | Karen L Gilman Esq | One Boland Dr | | West Orange | NJ | 07052 | | kgilman@wolffsamson.com |
| Trout Jones Gledhill Fuhrman PA | Kimbell D Gourley | 225 N 9th St Ste 820 PO Box 1097 | | Boise | ID | 83701 | | kgourley@idalaw.com |
| Reed Smith LLP | Kurt F Gwynne Esq Kathleen A Murphy Esq | 1201 N Market St Ste 1500 | | Wilmington | DE | 19801 | | kgwynne@reedsmith.com kmurphy@reedsmith.com |
| Whiteford Taylor Preston LLP | Kevin G Hroblak Esq | 7 Saint Paul St | | Baltimore | MD | 21202 | | khroblak@wtplaw.com |
| Bricker & Eckler LLP | Kenneth C Johnson Andria M Beckham | 100 S Third St | | Columbus | OH | 43215 | | kjohnson@bricker.com abeckham@bricker.com |
| Pentiuk Couvreur & Kobiljak PC | Kurt M Kobiljak | Edelson Building Ste 200 | | Wyandotte | MI | 48192 | | kkobiljak@pck-law.com |
| Cooley Godward Kronish LLP | Gregg S Kleiner | 101 California St 5th Fl | | San Francisco | CA | 94111-5800 | | kleinergs@cooley.com |
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | 308 Maltbie St Ste 200 | | Syracuse | NY | 13204-1498 | | knewman@menterlaw.com |
| McDermott Will & Emery LLP | Karla L Palmer Esq | 600 13th St NW | | Washington | DC | 20005-3096 | | kpalmer@mwe.com |
| Nicholls & Crampton PA | Kevin L Sink | PO Box 18237 | | Raleigh | NC | 27619 | | ksink@nichollscrampton.com |
| Venable LLP | Lawrence A Katz Kristen E Burgers | 8010 Towers Crescent Dr Ste 300 | | Vienna | VA | 22182-2707 | | lakatz@venable.com keburgers@venable.com |
| Carroll & Carroll PLLC | Scott P Carroll Esq | 831 E Morehead St Ste 440 | | Charlotte | NC | 28202 | | lawcarroll@aol.com |
| Linda J Brame | | PO Box 700 | | Marion | IL | 62959 | | lbrame@winterslaw.com |
| Schreeder Wheeler & Flint LLP | Lawrence S Burnat Esq J Carole Thompson Hord Esq | 1100 Peachtree St NE | Ste 800 | Atlanta | GA | 30309 | | lburnat@swfllp.com chord@swfllp.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|------|-------------|-----------|-----------|------|-------|-----|---------|-------|
| Wise DelCotto PLLC | Laura Day DelCotto Esq<br>Allison Fridy Arbuckle Esq | 200 N Upper St | | Lexington | KY | 40507 | | ldelcotto@wisedel.com<br>aarbuckle@wisedel.com |
| Enterprise Asset Management Inc | Lee Sudakoff | 521 Fifth Ave Ste 1804 | | New York | NY | 10175 | | Lee.Sudakoff@eassets.com |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Lei Lei Wang Ekvall Esq | 650 Town Ctr Dr Ste 950 | | Costa Mesa | CA | 92626 | | lekvall@wgllp.com |
| Wyatt Tarrant & Combs LLP | John P Brice | 250 W Main St Ste 1600 | | Lexington | KY | 40507-1746 | | lexbankruptcy@wyattfirm.com |
| Hewitt & O Neil LLP | Lawrence J Hilton | 19900 MacArthur Blvd Ste 1050 | | Irvine | CA | 92612 | | lhilton@hewittoneil.com |
| Orange Grove Properties | Linda Taylor | | | | | | | linda@tayloruns.com |
| Magruder Cook Carmody & Koutsouftikis | Anne M Magruder Esq<br>Leon Koutsouftikis Esq | 1889 Preston White Dr Ste 200 | | Reston | VA | 20191 | | lkouts@magruderpc.com |
| Sony Electronics Inc | Lloyd B Sarakin | 1 Sony Dr MD No 1E 4 | | Park Ridge | NJ | 07656 | | lloyd.sarakin@am.sony.com |
| Duane Morris LLP | Lauren Lonergan Taylor<br>Matthew E Hoffman | 30 S17th St | | Philadelphia | PA | 19103 | | lltaylor@duanemorris.com<br>mehoffman@duanemorris.com |
| Hatch Allen & Shepherd PA | Leslie D Maxwell Esq | PO Box 94750 | | Albuquerque | NM | 87199-4750 | | lmaxwell@hatchlaw.com |
| Empire Blue Cross Blue Shield | Louis Benza Esq | 15 Metro Tech Ctr 6th Fl | | Brooklyn | NY | 11201 | | louis.benza@empireblue.com |
| Lionel J Postic PC | Lionel J Postic Esq | 125 Townpark Dr Ste 300 | | Kennesaw | GA | 30144 | | lpostic@mindspring.com<br>aarusso@mindspring.com |
| Gary & Regenhardt PLLC | Linda D Regenhardt | 8500 Leesburg Pike Ste 7000 | | Vienna | VA | 22182-2409 | | lregenhardt@garyreg.com |
| Levy Stopol & Camelo LLP | Larry Stopol Esq | 1425 RexCorp Plz | | Uniondale | NY | 11556-1425 | | lstopol@levystopol.com |
| K&L Gates LLP | Marc Barreca | 925 Fourth Ave Ste 2900 | | Seattle | WA | 98104-1158 | | marc.barreca@klgates.com<br>bankruptcyecf@klgates.com |
| Smith Moore Leatherwood LLP | F Marion Hughes | 300 E McBee Ave Ste 500 | PO Box 87 | Greenville | SC | 29602-0087 | | marion.hughes@smithmoorelaw.com |
| Stromberg & Associates PC | Mark Stromberg | Two Lincoln Ctr | 5420 LBJ Fwy Ste 300 | Dallas | TX | 75240 | | mark@stromberglawfirm.com |
| Taxing Authority Consulting Services PC | Mark K Ames<br>Jeffrey Scharf | PO Box 771476 | | Richmond | VA | 23255 | | mark@taxva.com |
| Righetti Law Firm PC | Matthew Righetti | 456 Montgomery St Ste 1400 | | San Francisco | CA | 94104 | | matt@righettilaw.com<br>erin@righettilaw.com |
| Womble Carlyle Sandridge & Rice PLLC | Michael Busenkell | 222 Delaware Ave Ste 1501 | | Wilmington | DE | 19801 | | mbusenkell@wcsr.com |
| Gibbons PC | Mark B Conlan Esq | One Gateway Ctr | | Newark | NJ | 07102-5310 | | mconlan@gibbonslaw.com |
| Hirschler Fleischer PC | Michael P Falzone Esq<br>Sheila deLa Cruz Esq | PO Box 500 | | Richmond | VA | 23218-0500 | | mfalzone@hf-law.com<br>sdelacruz@hf-law.com |
| Ravich Meyer Kirkman McGrath Nauman & Tansey PA | Michael F McGrath Esq | 4545 IDS Ctr | 80 S Eighth St | Minneapolis | MN | 55402 | | mfmcgrath@ravichmeyer.com |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox Esq<br>Frederick J Levy Esq | Park Avenue Tower | 65 E 55th St | New York | NY | 10022 | | mfox@olshanlaw.com<br>flevy@olshanlaw.com |
| Hunton & Williams LLP | Michael S Held Esq | 1445 Ross Ave Ste 3700 | | Dallas | TX | 75202-2799 | | mheld@hunton.com |
| Kutak Rock LLP | Michael A Condyles Esq<br>Loc Pfeiffer Esq<br>Peter J Barrett Esq<br>Kimberly A Pierro | 1111 E Main St Ste 800 | | Richmond | VA | 23219-3500 | | michael.condyles@kutakrock.com<br>loc.pfeiffer@kutakrock.com<br>peter.barrett@kutakrock.com<br>kimberly.pierro@kutakrock.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|---|---|---|---|---|---|---|---|---|
| Schulte Roth & Zabel LLP | Michael L Cook / David H Hillman / Meghan M Breen | 919 Third Ave | | New York | NY | 10022 | | michael.cook@srz.com / david.hillman@srz.com / meghan.breen@srz.com |
| Binder & Malter LLP | Michael W Malter Esq / Julie H Rome Banks Esq | 2775 Park Ave | | Santa Clara | CA | 95050 | | michael@bindermalter.com / julie@bindermalter.com |
| Michelle Leeson CFCA | | PO Box 25300 | | Bradenton | FL | 34206-5300 | | michellel@taxcollector.com |
| Michelle Leeson CFCA | | 819 US 301 Blvd W | | Bradenton | FL | 34205 | | michellel@taxcollector.com |
| Frost Brown Todd LLC | Michael J O Grady Esq | 201 E Fifth St Ste 2200 | | Cincinnati | OH | 45202 | | mjogrady@fbtlaw.com |
| Ervin Cohen & Jessup LLP | Michael S Kogan / Kenneth Miller Esq | 9401 Wilshire Blvd 9th Fl | | Bevery Hills | CA | 90212 | | mkogan@ecjlaw.com / Kmiller@ecjlaw.com |
| Travelers | Mike Lynch | Account Resolution | One Tower Sq 5MN | Hartford | CT | 06183 | | mlynch2@travelers.com |
| Barnes & Thornburg LLP | Michael K McCrory Esq | 11 S Meridian St | | Indianapolis | IN | 46204 | | mmccrory@btlaw.com |
| Vorys Sater Seymour and Pease LLP | Malcolm M Mitchell Jr / Suparna Banerjee / Kara D Lehman | 277 S Washington St Ste 310 | | Alexandria | VA | 22314 | | mmmitchell@vorys.com / sbanerjee@vorys.com / kdlehman@vorys.com |
| McDonough Holland & Allen PC | Mary E Olden Esq / Andre K Campbell Esq / Sean Thomas Thompson Esq | 555 Capitol Mall Ste 950 | | Sacramento | CA | 95814 | | molden@mhalaw.com / acampbell@mhalaw.com / sthompson@mhalaw.com |
| Connolly Bove Lodge & Hutz LLP | Min Park Esq | 1875 Eye St NW 11th Fl | | Washington | DC | 20006 | | mpark@cblh.com |
| McCreary Veselka Bragg & Allen PC | Michael Reed | PO Box 1269 | | Round Rock | TX | 78680 | | mreed@mvbalaw.com |
| Polsinelli Shalton Flanigan Suelthaus PC | Michael F Ruggio | 1152 15th St NW Ste 800 | | Washington | DC | 20005 | | mruggio@polsinelli.com |
| O Melveny & Myers LLP | Michael J Sage Esq / Karyn B Zeldman Esq | Times Square Tower | 7 Times Square | New York | NY | 10036 | | msage@omm.com / kzeldman@omm.com |
| Michael J Sawyer | Quincy Ctr Plaza | PO Box 55888 | 1385 Hancock St | Quincy | MA | 02169 | | msawyer@stopandshop.com |
| Macdermid Reynolds & Glissman PC | Michael S Stiebel | 86 Farmington Ave | | Hartford | CT | 06105 | | mstiebel@mrglaw.com |
| Klee Tuchin Bogdanoff & Stern LLP | Michael L Tuchin | 1999 Avenue of the Stars 39th Fl | | Los Angeles | CA | 90067-6049 | | mtuchin@ktbslaw.com |
| Gust Rosenfeld PLC | Madeleine C Wanslee | 201 E Washington St Ste 800 | | Phoenix | AZ | 85004-2327 | | mwanslee@gustlaw.com |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | 2300 Wilson Blvd 7th Fl | | Arlington | VA | 22201 | | Mweitzman@beankinney.com |
| Walter Wilhelm Law Group | Michael L Wilhelm Esq | 7110 N Fresno St Ste 400 | | Fresno | CA | 93720 | | mwilhelm@W2LG.com |
| Saiber LLC | Nancy A Washington Esq | One Gateway Ctr 13th Fl | | Newark | NJ | 07102 | | naw@saiber.com |
| Young Goldman & Van Beek PC | Neil P Goldman Esq / John P Van Beek Esq | 510 King St Ste 416 | | Alexandria | VA | 22313 | | ngoldman@ygvb.com |
| Morgan Lewis & Bockius LLP | Neil E Herman Esq / Menachem O Zelmanovitz Esq | 101 Park Ave | | New York | NY | 10178-0600 | | nherman@morganlewis.com / mzelmanovitz@morganlewis.com |
| Trainor Fairbrook | Nancy Hotchkiss Esq | 980 Fulton Ave | | Sacramento | CA | 95825 | | nhotchkiss@trainorfairbrook.com |
| Neal Gerber Eisenberg LLP | Nicholas M Miller | Two N LaSalle St Ste 1700 | | Chicago | IL | 60602-3801 | | nmiller@ngelaw.com |
| Miller & Martin PLLC | Nicholas W Whittenburg | Volunteer Building Ste 1000 | 832 Georgia Ave | Chattanooga | TN | 37402-2289 | | nwhittenburg@millermartin.com |
| Spilman Thomas & Battle PLLC | Paul M Black Esq | PO Box 90 | | Roanoke | VA | 24002 | | pblack@spilmanlaw.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|---|---|---|---|---|---|---|---|---|
| Donchess Notinger & Tamposi | Peter N Tamposi | 547 Amherst St Ste 204 | | Nashua | NH | 03063 | | Peter@dntpc.com nontrustee@dntpc.com |
| Akin Gump Strauss Hauer & Feld LLP | Peter J Gurfein | 2029 Century Park E Ste 2400 | | Los Angeles | CA | 90067 | | pgurfein@akingump.com |
| MercerTrigiani LLP | Philip C Baxa Esq | 16 S Second St | | Richmond | VA | 23219 | | phil.baxa@mercertrigiani.com |
| Dilworth Paxson LLP | Peter C Hughes Esq | 1500 Market St Ste 3500E | | Philadelphia | PA | 19102 | | phughes@dilworthlaw.com |
| Receivable Management Services | Phyllis A Hayes | PO Box 5126 | | Timonium | MD | 21094 | | Phyllis.Hayes@rmsna.com |
| Kaufman & Canoles | Paul K Campsen Esq | 150 W Main St Ste 2100 | | Norfolk | VA | 23510 | | pkcampsen@kaufcan.com |
| Ballard Spahr Andrews & Ingersoll LLP | David L Pollack Esq Jeffrey Meyers Esq Jesse N Silverman Esq | Mellon Bank Ctr 51st Fl | 1735 Market St | Philadelphia | PA | 19103 | | pollack@ballardspahr.com meyers@ballardspahr.com silvermanj@ballardspahr.com |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | 400 Capitol Mall Ste 1450 | | Sacramento | CA | 95814 | | ppascuzzi@ffwplaw.com |
| Sands Anderson Marks & Miller PC | C Thomas Ebel Esq William A Gray Esq Peter M Pearl Esq Lisa Taylor Hudson Esq | 801 E Main St Ste 1800 | PO Box 1998 | Richmond | VA | 23218-1998 | | ppearl@sandsanderson.com lhudson@sandsanderson.com bgray@sandsanderson.com tebel@sandsanderson.com |
| Southwinds Ltd | Paul Resnick | 5900 Wilshire Blvd Ste 2600 | | Los Angeles | CA | 90036 | | pr@southwindsltd.com |
| Herrick Feinstein LLP | Paul Rubin | Two Park Ave | | New York | NY | 10016 | | prubin@herrick.com |
| Robinson & Cole | Peter E Strniste Patrick M Birney | 280 Trumbull St | | Hartford | CT | 06103 | | pstrniste@rc.com pbirney@rc.com |
| Jorden Burt LLP | Raul A Cuervo | 1025 Thomas Jefferson St NW Ste 400 E | | Washington | DC | 20007 | | rac@wdc.jordenusa.com |
| Oppenheimer Blend Harrison & Tate Inc | Raymond W Battaglia | 711 Navarro 6th Fl | | San Antonio | TX | 78205 | | Rbattaglia@obht.com |
| Stites & Harbison PLLC | Ron C Bingham II | 303 Peachtree St NE | 2800 SunTrust Plz | Atlanta | GA | 30308 | | rbingham@stites.com |
| The Cafaro Company | Richard T Davis | PO Box 2186 | 2445 Belmont Ave | Youngstown | OH | 44504-0186 | | rdavis@cafarocompany.com |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | 620 Eighth Ave | | New York | NY | 10018 | | rdremluk@seyfarth.com |
| Gleason Dunn Walsh & O Shea | Ronald G Dunn Esq | 40 Beaver St | | Albany | NY | 12207 | | rdunn@gdwo.net |
| Thompson McMullan PC | Robert A Dybing Robert R Musick | 100 Shockoe Slip | 3rd Fl | Richmond | VA | 23219 | | rdybing@t-mlaw.com bmusick@t-mlaw.com |
| State of Michigan Department of Treasury | Michael A Cox Victoria A Reardon | Cadillac Place Ste 10 200 | 3030 W Grand Blvd | Detroit | MI | 48202 | | ReardonV@michigan.gov |
| Pennsylvania Dept of Revenue | Robert C Edmundson | 5th Fl Manor Complex | 564 Forbes Ave | Pittsburgh | PA | 15219 | | redmundson@attorneygeneral.gov |
| Friedlander Misler PLLC | Robert E Greenberg Esq Thomas F Murphy Esq | 1101 Seventeenth St NW Ste 700 | | Washington | DC | 20036-4704 | | rgreenberg@dclawfirm.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|---|---|---|---|---|---|---|---|---|
| Fullerton & Knowles PC | Richard I Hutson Esq | 12644 Chapel Rd Ste 206 | | Clifton | VA | 20124 | | rhutson@fullertonlaw.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | 12644 Chapel Rd Ste 206 | | Clifton | VA | 20124 | | rhutson@fullertonlaw.com |
| Troutman Sanders LLP | 1660 International Dr Ste 600 | | | McLean | VA | 22102 | | richard.hagerty@troutmansanders.com |
| Holland & Knight LLP | Richard E Lear | 2099 Pennsylvania Ave NW Ste 100 | | Washington | DC | 20006 | | richard.lear@hklaw.com |
| Law Offices of Ronald K Brown Jr | Ronald K Brown Jr | 901 Dove St Ste 120 | | Newport Beach | CA | 92660 | | rkbgwhw@aol.com |
| Broad and Cassel | Roy S Kobert Esq | 390 N Orange Ave Ste 1100 | PO Box 4961 | Orlando | FL | 32801 | | rkobert@broadandcassel.com |
| Donahue Gallagher Woods LLP | William R Hill<br>Eric A Handler | 300 Lakeside Dr Ste 1900 | | Oakland | CA | 94612 | | rock@donahue.com<br>ehandler@donahue.com |
| Romero Law Firm | Martha E Romero | BMR Professional Building | 6516 Bright Ave | Whittier | CA | 90601 | | romero@mromerolawfirm.com |
| Posternak Blankstein & Lund LLP | Robert Somma Esq<br>Laura A Otenti Esq | Prudential Tower | 800 Boylston St | Boston | MA | 02199 | | rsomma@pbl.com<br>lotenti@pbl.com |
| Schenk Annes Brookman & Tepper Ltd | Robert D Tepper Esq | 311 S Wacker Dr Ste 5125 | | Chicago | IL | 60606-6657 | | rtepper@sabt.com |
| Durrette Bradshaw PLC | Roy M Terry Jr Esq<br>John C Smith Esq<br>Elizabeth L Gunn Esq | 600 E Main St 20th Fl | | Richmond | VA | 23219 | | rterry@durrettebradshaw.com<br>jsmith@durrettebradshaw.com<br>egunn@durrettebradshaw.com |
| Ronald M Tucker Esq | | 225 W Washington St | | Indianapolis | IN | 46204 | | rtucker@simon.com |
| Canon USA Inc | Ruth Weinstein | 1 Canon Plz | | Lake Success | NY | 11042 | | rweinstein@cusa.canon.com |
| Hunton & Williams LLP | Robert S Westermann Esq | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23219-4074 | | rwestermann@hunton.com |
| Elliott Greenleaf | Rafael X Zahralddin Aravena<br>Neil R Lapinski | 1000 W St Ste 1440 | | Wilmington | DE | 19899 | | rxza@elliottgreenleaf.com<br>nrl@elliottgreenleaf.com |
| Lim Ruger & Kim LLP | Samuel S Oh Esq | 1055 W Seventh St Ste 2800 | | Los Angeles | CA | 90017 | | sam.oh@limruger.com |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | 711 Navarro Ste 300 | | San Antonio | TX | 78205 | | sanantonio.bankruptcy@publicans.com |
| Sonnenschein Nath & Rosenthal LLP | Sara L Chenetz Esq | 601 S Figueroa St Ste 2500 | | Los Angeles | CA | 90017-5704 | | schenetz@sonnenschein.com |
| Honigman Miller Schwartz and Cohn LLP | Seth A Drucker Esq<br>Adam K Keith Esq<br>Joseph R Sgroi Esq | 2290 First National Bldg | 660 Woodward Ave Ste 2290 | Detroit | MI | 48226 | | sdrucker@honigman.com<br>akeith@honigman.com<br>jsgroi@honigman.com |
| Miller Canfield Paddock and Stone PLC | John L Senica | 225 W Washington Ste 2600 | | Chicago | IL | 60606 | | senica@millercanfield.com |
| Law Office of Robert E Luna PC | Andrea Sheehan | 4411 N Central Expressway | | Dallas | TX | 75205 | | sheehan@txschoollaw.com |
| US Securities and Exchange Commission | Susan R Sherrill Beard | Atlanta Regional Office | Ste 1000 3475 Lenox Rd NE | Atlanta | GA | 30326-1232 | | sherrill-beards@sec.gov |
| Stevens & Lee PC | Steven J Adams Esq | 111 N 6th St | | Reading | PA | 19603 | | sja@stevenslee.com |
| Goodwin & Goodwin LLP | Suzanne Jett Trowbridge | 300 Summers St Ste 1500 | | Charleston | WV | 25301 | | sjt@goodwingoodwin.com |
| Hofheimer Gartlir & Gross LLP | Scott R Kipnis Esq<br>Rachel N Greenberger Esq<br>Nicholas B Malito Esq | 530 Fifth Ave | | New York | NY | 10036 | | skipnis@hgg.com<br>rgreenberger@hgg.com<br>nmalito@hgg.com |
| Lehnardt & Lehnhardt LLC | Detlef G Lehnardt<br>Stephen K Lehnardt | 20 Westwoods Dr | | Liberty | MO | 64068-3519 | | skleh@lehnardt-law.com |
| Leach Travell Britt PC | Stephen E Leach Esq<br>D Marc Sarata Esq | 8270 Greensboro Dr Ste 1050 | | McLean | VA | 22102 | | sleach@ltblaw.com<br>msarata@ltblaw.com |
| Jones Day | Sheila L Shadmand Esq | 51 Louisiana Ave NW | | Washington | DC | 20001-2113 | | slshadmand@jonesday.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|------|-------------|-----------|-----------|------|-------|-----|---------|-------|
| Shulman Rogers Gandal Pordy & Ecker PA | Stephen A Metz Esq Courtney R Sydnor Esq Gregory D Grant Esq | 11921 Rockville Pike Ste 300 | | Rockville | MD | 20852-2743 | | smetz@srgpe.com ggrant@srgpe.com csydnor@srgpe.com |
| Katsky Korins LLP | Steven H Newman Esq | 605 Third Ave 16th Fl | | New York | NY | 10158 | | snewman@katskykorins.com |
| County of Henrico Attorneys Office | Rhysa Griffith South Esq | PO Box 90775 | | Henrico | VA | 23273-0775 | | Sou06@co.henrico.va.us |
| Orrick Herrington & Sutcliffe LLP | Scott A Stengel Esq Jonathan P Guy Esq | Columbia Ctr | 1152 15th St NW | Washington | DC | 20005-1706 | | sstengel@orrick.com jguy@orrick.com |
| Womac & Associates | Brian D Womac Stacy Kremling | Two Memorial Plz | 820 Gessner Ste 1540 | Houston | TX | 77024 | | Stacey@brianwomac.com brianwomac@aol.com |
| Phillips Goldman & Spence PA | Stephen W Spence Esq Scott L Adkins Esq | 1200 N Broom St | | Wilmington | DE | 19806 | | sws@pgslaw.com sla@pgslaw.com |
| Kupelian Ormond & Magy PC | Terrance A Hiller Jr Esq David M Blau Esq | 25800 Northwestern Hwy Ste 950 | | Southfield | MI | 48075 | | tah@kompc.com dmb@kompc.com |
| Oklahoma County Treasurer | Tammy Jones Pro Se | 320 Robert S Kerr Rm 307 | | Oklahaoma City | OK | 73102 | | tammik@oklahomacounty.org |
| Greer Herz & Adams LLP | Frederick Black Tara B Annweiler | One Moody Plaza 18th Fl | | Galveston | TX | 77550 | | tannweiler@greerherz.com |

Email List

# EXHIBIT B

Circuit City Stores, Inc.
Core Service List

| NAME | ATTENTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | FAX |
|---|---|---|---|---|---|---|---|---|
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX | VIRGINIA DEPARTMENT OF TAXATION | 3600 WEST BROAD STREET | | | RICHMOND | VA | 23230-4915 | 804-254-6111 |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN: DIRECTOR | COMMERCIAL LITIGATION BRANCH | P.O. BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 | 202-307-0494 |
| ENVIRONMENTAL PROTECTION AGENCY | | 1650 ARCH STREET | | | PHILADELPHIA | PA | 19103-2029 | 215-814-3005 |
| ENVIRONMENTAL PROTECTION AGENCY | DIANA SAENZ | 1200 PENNSYLVANIA AVENUE NW | SUITE 4209 | | WASHINGTON | DC | 20004 | 202-501-0461 |
| ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF GENERAL COUNSEL | U.S. EPA MAILCODE 2377R | 1300 PENNSYLVANIA AVENUE, N.W. | | WASHINGTON | DC | 20004 | 202-565-2478 |
| INTERNAL REVENUE SERVICE | ATTN L LORELLO | 400 N 8TH STREET BOX 76 | | | RICHMOND | VA | 23219 | 804-916-8198 |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | STATE OF VIRGINIA | 900 E. MAIN ST. | | RICHMOND | VA | 23219 | 804-786-1991 |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20020 | 202-622-6415 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 100 F ST NE | | | WASHINGTON | DC | 20020 | 202-772-9293 |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS, ESQ. PATRICIA SCHRAGE, ESQ. | NEW YORK OFFICE | BRANCH/REORGANIZATION | 3 WORLD FINANCIAL CTR STE 400 | NEW YORK | NY | 10281-1022 | 212-336-1348 |

Facsimile

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Fax |
|------|-------------|-----------|-----------|------|-------|-----|-----|
| Locke Lord Bissell & Liddell LLP | Thomas G Yoxall Thomas A Connop Melissa S Hayward | 2200 Ross Ave Ste 2200 | | Dallas | TX | 75201 | 214-740-8800 |
| Pasadena Independent School District | Dexter D Joyner | 4701 Preston Ave | | Pasadena | TX | 77505 | 281-991-6012 |
| Draper & Goldberg PLLC | Adam Hiller | 1500 N French St 2nd Fl | | Wilmington | DE | 19801 | 302-213-0043 |
| Thomas W Daniels | | 1265 Scottsville Rd | | Rochester | NY | 14624 | 585-464-0706 |
| Draper & Goldberg PLLC | James E Clarke L Darren Goldberg | 803 Sycolin Rd Ste 301 | | Leesburg | VA | 20175 | 703-995-4542 |
| Poyner Spruill LLP | Shannon E Hoff Esq | 301 S College St Ste 2300 | | Charlotte | NC | 28202 | 704-342-5264 |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman | 600 Travis St Ste 3400 | | Houston | TX | 77002 | 713-223-3717 |
| Attorney General of the United States | Robert P McIntosh | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | 804-819-7417 |
| Attorney General of the US | Richard F Stein Dana J Boente | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | 804-916-3939 |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 | 912-652-7101 |
| Broward County | Jeffrey J Newton | Government Center | 115 S Andrews Ave | Ft Lauderdale | FL | 33301 | 954-357-7641 |
| Ornelas Castillo & Ornelas PLLC | Sylvia M Ornelas Mario A Castillo Jr | 401 E Hillside Rd 2nd Fl | | Laredo | TX | 78041 | 956-725-4594 |
| Gay McCall Isaacks Gordon & Roberts PC | David McCall | 777 E 15th St | | Plano | TX | 75074 | 972-424-5619 |
| Parsons Kinghorn Harris | George B Hoffman | 111 E Broadway 11th Fl | | Salt Lake City | UT | 84111 | 801-363-4378 |
| G&W Service Co LP | Georgette Treece | 2503 Capitol Ave | | Houston | TX | 77003-3203 | 713-227-3410 |
| Law Office of Kenneth B Roseman & Assoc PC | Kenneth B Roseman | 105 W Madison St | Ste 810 | Chicago | IL | 60602 | 312-372-4751 |

Facsimile List

# EXHIBIT C

Circuit City Stores, Inc.
Core Service List

| Company | Contact | Address1 | City | State | Zip | Country |
|---------|---------|----------|------|-------|-----|---------|
| CIRCUIT CITY STORES, LLC | REGINALD D. HEDGEBETH | 9950 MAYLAND DRIVE | RICHMOND | VA | 23233 | US |

FedEx

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Attorney General of the US | Robert K Coulter | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 |
| UrbanCal Oakland II LLC | c o Urban Retail Properties LLC | 900 N Michigan Ave Ste 900 | | Chicago | IL | 60611 |
| Eaton Corporation | David J Persichetti | Eaton Center | Eaton Ctr 1111 Superior Ave | Cleveland | OH | 44114-2584 |
| Griffith McCague & Wallace PC | Judy Gawlowski | 200 Allegheny Center Mall | | Pittsburgh | PA | 15212 |
| Gregory Lee McCall | FCI Forrest City Low | PO Box 9000 | | Forrest City | AR | 72336 |
| Millman 2000 Charitable Trust | David Bennett | 2400 Cherry Creek Dr S | Ste 7002 | Denver | CO | 80209-3261 |

# EXHIBIT D

Circuit City Stores, Inc.
Special Party

| Email |
|---|
| sweiss@lplegal.com |
| jfriedland@lplegal.com |

# EXHIBIT E

Circuit City Stores, Inc.
Special Parties

| Notice Name | Email |
|---|---|
| C Kevin Kobbe | kevin.kobbe@dlapiper.com |
| Christopher R Belmonte | cbelmonte@ssbb.com |
| Jim Avallone | javallone@djmrealty.com |

Email List

Circuit City Stores, Inc.
Landlord

| COMPANY | CONTACT NAME | EMAIL |
|---------|--------------|-------|
| M & M BERMAN ENTERPRISES | MARTIN BERMAN | mbberman@adelphia.net<br>wterry@hemar-rousso.com |
| COLDWATER DEVELOPMENT LLC | BILL MOYER PROPERTY MANAGER cell 317 223 9199 | bemoyer@sandordev.com<br>Wniemier@sandordev.com |
| CC LA QUINTA LLC | JEANNE L CHUZEL PROJECT ACCOUNTANT PROPERTY MANAGER | washington111ltd@dc.rr.com<br>tarr@cox.net |
| KRUPP EQUITY LIMITED PARTNERSHIP | WAYNE ZAROZNY REPRESENTATIVE FOR LANDLORD | wayne.zarozny@berkshire-group.com<br>steve.wood@berkshire-group.com |
| NORTHWOODS LP | | pd48@ntrs.com<br>steve.althoff@sembler.com |
| JOHNSON CITY CROSSING DELAWARELLC | NANCY MORTON SR PROPERTY MGR | nmorton@ronusproperties.com<br>rmarkham@ronusproperties.com |
| MEYERLAND PLAZA DE LLC | MARGARET GARRETT SR PROPERTY MGR | mgarrett@ronusproperties.com<br>rmarkham@ronusproperties.com |
| SIR BARTON PLACE LLC | PATRICK FITZGERALD | pjfitzgerald@hamburgplace.com<br>patmadden@hamburgplace.com |
| CENTENNIAL HOLDINGS LLC | BARBARA OLSEN | bolson@territoryinc.com<br>nhannon@territoryinc.com |
| VNO TRU DALE MABRY LLC | NICK SALIMBENE PROPERTY MGR | nsalimbene@vno.com<br>llyons@vno.com |
| ADD HOLDINGS LP | ALEJANDRA SERNANDEZ | ASERNANDEZ@DELAVEGAGROUP.COM<br>LHEID@DELAVEGAGROUP.COM |
| FABER BROS INC | CEIL ADAIRE PROPERTY MANAGER | CEILADAIR@GABRELLIAN.COM<br>jwelkis@welcorealty.com |
| SITE A LLC | DOUG ERNST CONTROLLER | dernst@jp-cp.com<br>jsperlmutter@jp-co.com |
| PANATTONI DEVELOPMENT CO LLC | SHANNON MCGLASSON | smcglasson@pdcproperties.com<br>jpintar@panattoni.com |
| CROWN CC 1 LLC | PHIL CARTER PROPERTY MANAGER | pcarter@crowndev.com<br>joc@crowndev.com |

Email List

Circuit City Stores, Inc.
Landlord

| COMPANY | CONTACT NAME | EMAIL |
|---|---|---|
| KNOXVILLE LEVCAL LLC | BRONWEN HARBOUR SR PROPERTY MGR | bharbour@levcor.com<br>jhoag@levcor.com |
| POLARIS CIRCUIT CITY LLC | FRANZ GEIGER VICE PRESIDENT | geigerf@aol.com<br>fgeiger@polariscenters.com |
| CC MADISON LLC | LARRY RIETZ | larry@triplenetbuyer.com<br>erietz@vedderprice.com |
| JAFFE OF WESTON II INC | MARY | mary@southerncm.com<br>donna@southerncom.com |
| CDB FALCON SUNLAND PLAZA LP | KRISTA ROSTOSKY | krostosky@falconcompanies.com<br>dhoward@falconcompanies.com |
| VAN NESS POST CENTER LLC | PORTFOLIO MANAGER | jkfang@pacbell.net<br>dfc01@aol.com |
| HAYWARD 880 LLC | SUSANNE ELLIOT | SUSANNE@TEMKINPROPERTY.COM<br>dan@temkinproperty.com |
| FAIRWAY CENTRE ASSOCIATES LP | LESLIE LOPEZ PROPERTY MGR | leslie.m.lopez@cbre.com<br>ccheney@trammellcrow.com |
| PACIFIC YOUNGMAN WOODLAND HILLS | DONNA MUMFORD PROPERTY MANAGER | dmumford@pdgcenters.com<br>ayoungman@pdgcenters.com |
| SANTA ROSA TOWN CENTER LLC | ATTN JAN L HARDER | jharder@shelterbay.com<br>alarocca@shelterbay.com |
| INLAND WESTERN SOUTHLAKE CORNERS LP | CLAUDETTE ZOCH PROPERTY MGR | zoch@inland-western.com |
| Hemar Rousso & Heald LLP | Wayne R Terry | wterry@hemar-rousso.com |
| SHERWOOD PROPERTIES LLC | | wlarrywalden@yahoo.com |
| TRUMBULL SHOPPING CENTER No 2 LLC | WILLIAM DAVIS PROPERTY MANAGER | wdavis@westfield.com |
| MEADOWBROOK VILLAGE LIMITED PARTNERSHIP | PARTNER WESLEY CREESE | wcreese@creesesmith.com |
| MAIN STREET AT EXTON LP | | tverrichia@wvgroup.com |
| TKG COFFEE TREE LP | THOMAS F ANGSTADT | tom@kivelstadt.com |
| 4 NEWBURY DANVERS LLC | | tom@edgewaterassociates.net |
| HART KINGS CROSSING LLC | ATTN THOMAS H DYE | tom@camlu.com |
| ROCKWALL CROSSING LTD | | tkolba@woodmont.com |

Email List

Circuit City Stores, Inc.
Landlord

| COMPANY | CONTACT NAME | EMAIL |
|---|---|---|
| RITZ MOTEL COMPANY | TOM GOLDBERG | tgoldberg@atmfcorp.com |
| PRINCE GEORGE'S STATION RETAIL LLC | CARRIE HECOX OFFICE ADMIN OFFICE ADMIN TAYLOR DEVELOPMENT & LAND | tdlmd@verizon.net |
| PRINCIPAL REAL ESTATE HOLDING CO LLC | SHERRI STEWART PROPERTY MANAGER | sstewart@frpltd.com |
| CC VIRGINIA BEACH LLC | | sriley@cardinalcapital.com |
| E&A NORTHEAST LIMITED PARTNERSHIP | Additional Phone | sjudd@edensandavant.com |
| NORTH HILL CENTRE LLC | STEVE EPSTEIN MANAGER | SIEPSTEIN@CHARTER.NET |
| BROADSTONE CROSSING LLC | MR STEPHEN HEMINGTON VICE PRESIDENT | shemington@elliotthomes.com |
| TAUNTON DEPOT LLC | STACY BLETTE PROPERTY MANAGER | sblette@ldne.com |
| 19TH STREET INVESTORS INC | REBECCA YATES PROPERTY MGT | ryates@rpg123.com |
| AMCAP ARBORLAND LLC | C O AMCAP INC | rsinger@amcap.com |
| GRAVOIS BLUFFS III LLC | RICH REICHE PROPERTY MANAGER | rreiche@gjgrewe.com |
| FC TREECO COLUMBIA PARK LLC | | rpesin@fcrc.com |
| FC RICHMOND ASSOCIATES LP | TERENCE WHALEN | rpesin@fcrc.com |
| FC WOODBRIDGE CROSSING LLC | MR RICK FERRELL | rpesin@fcrc.com |
| SWEETWATER ASSOCIATES LIMITED PARTNERSHIP | FU HSING CHEN | rob.ippolito@cushwake.com |
| SOUTHWESTERN ALBUQUERQUE LP | M CANDACE DUFOUR SENIOR VICE PRESIDENT | rlehane@kelleydrye.com |
| GLENMOOR LIMITED PARTNERSHIP | ATTN GEORGE F MARSHALL PRESIDENT | rickmarshall2@mac.com |
| NEVADA INVESTMENT HOLDINGS INC | MICHAEL W HOLMES V ROBERT E GRIFFIN V | rgriffin@sunbeltinv.com |

Email List

Circuit City Stores, Inc.
Landlord

| COMPANY | CONTACT NAME | EMAIL |
|---|---|---|
| BERKSHIRE AMHERST LLC | | rcunningham@berkshireusa.com |
| INLAND WESTERN LEWISVILLE LAKEPOINTE LTD PTRSP | RICHELLE CHAPMAN PROP MGR | rchapman@inland-western.com |
| CLAIREMONT SQUARE | ERIC FRAZER | rcameron@dsrg.com |
| RAY MUCCI'S INC | RAYMOND MUCCI PRESIDENT | raymucci@comcast.net |
| INLAND COMMERCIAL PROPERTY MANAGEMENT INC | | Rankin@Inlandrealestate.com |
| WXIII PWM REAL ESTATE LIMITED PARTNERSHIP | | paul.garancis@archon.com |
| NATIONAL RETAIL PROPERTIES INC | ANDREW BOSCO | paul.bayer@cnlreit.com |
| NATIONAL RETAIL PROPERTIES INC | ANDREW BOSCO | paul.bayer@cnlreit.com |
| IRVING HARLEM VENTURE LIMITED PARTNERSHIP | ATTN EVP GENERAL COUNSEL | NEber@jfreed.com |
| HV COVINGTON LLC | C O COHEN DEVELOPMENT CO | ncohen@cobecapital.com |
| HOWLAND COMMONS PARTNERSHIP | NORM ARMSTRONG PAST DUE QUESTIONS | NArmstrong@cafarocompany.com |
| GENERATION H ONE AND TWO LIMITED PARTNERSHIP | NADINE HOLTER GEORGE HOLTER | NadineHolter@aol.com |
| BB LINCOLN US PROPERTIES LP | MICHELLE THRASHER ASSISTANT PROPERTY MGR | mthrasher@lpc.com |
| THF ONC DEVELOPMENT LLC | MICHAEL H STAENBERG | Mstaenberg@thfrealty.com |
| PRATTCENTER LLC | | msmith@collett.biz |
| 610 & SAN FELIPE INC | JOLENE MURSSER | mikemartin@shawbiz.ca |
| Farella Braun & Martel LLP | Redtree Properties LP | mhoward@fbm.com aratner@fbm.com |
| CARDINAL COURT LLC | MICHAEL HICKMAN | MHICKMANN@CHARTERINTERNET.COM |

Email List

Circuit City Stores, Inc.
Landlord

| COMPANY | CONTACT NAME | EMAIL |
|---|---|---|
| OLP CCFAIRVIEW HEIGHTS LLC | ALYSSA BLOCK | markl@gouldlp.com |
| SWEDESFORD SHOPPING CENTER ACQUISITION LLC | | mark@wrgusa.com |
| DURHAM WESTGATE PLAZA INVESTORS LLC | MARCI HADLEY PROPERTY MANAGER | MARCI@SAMCOPROPERTIES.COM |
| KATY MILLS MALL LIMITED PARTNERSHIP | LEWIS HIRT MALL MANAGER | mahirt@simon.com |
| SWQ 35 FORUM LTD | LISA VASQUEZ | lvasquez@cencorrealty.com |
| DDR MIAMI AVE LLC | LANORE RYAN PROPERTY MGT | LRyan@ddrc.com |
| SOUTHLAND CENTER INVESTORS LLC | MR LARRY NIFONG | lln@nifongrealty.com |
| PALMETTO INVESTORS LLC | ATTN AL VINCENT | lln@nifongrealty.com |
| INLAND AMERICAN CHESAPEAKE CROSSROADS LLC | C O INLAND AMERICAN RETAIL MANAGEMENT LLC | lio@inlandgroup.com |
| CROSSWAYS FINANCIAL ASSOCIATES LLC | KYMBERLY WIDICK MAINTENANCE ISSUES | KWIDICK@harborg.com |
| TROUT SEGALL DOYLE WINCHESTER PROPERTIES LLC | KIM WICK PROPERTY MANAGER | kwick@troutsegall.com |
| FC JANES PARK LLC | ATTN GENERAL COUNSEL | kemblue@forestcity.net |
| UNCOMMON LTD | KARIN MEIER PROPERTY MGR | karin.meier@freg.com |
| FARMINGDALE GROCERY LLC | KELLY SERENKO DIRECTOR OF LEASE ADMINISTRATION | kamin@kaminrealty.com |
| DANIEL G KAMIN AN INDIVIDUAL AND HOWARD KADISH LLC | | kamin@kaminrealty.com |
| I 93 SOMERVILLE LLC | | jyasser@milprop.com |
| CONTINENTAL 64 FUND LLC | STEVEN WAGNER | jsestito@cproperties.com |

Email List

Circuit City Stores, Inc.
Landlord

| COMPANY | CONTACT NAME | EMAIL |
|---|---|---|
| BAINBRIDGE SHOPPING CENTER II LLC | | johnm@mcgillpg.com |
| MELBOURNE JCP ASSOCIATES LTD | JOHN CAMPBELL MALL MGR | jocampbell@simon.com |
| WILMINGTON TRUST COMPANY | Jennifer Luce | jluce@wilmingtontrust.com |
| WEC 96D APPLETON 1 INVESTMENT TRUST | | jhol@gbis.com |
| BARD ERVIN & SUZANNE BARD | | jfriedberg@ifklaw.com |
| FORECAST DANBURY LIMITED PARTNERSHIP | JEFFREY A LIBERT | jeffreylibert@msn.com |
| AVR CPC ASSOCIATES LLC | ATTN LILY ANN MARDEN | Jeffg@avrrealty.com |
| PACIFIC HARBOR EQUITIES LTD LIABILITY CO | LUPITA DE LOS REYES PROPERTY MGR | hopepropertygroup@yahoo.com |
| LEA COMPANY | C O PALMS ASSOCIATES | gzitkus@palms.net |
| TEN PRYOR STREET BUILDING LTD | ARINA MEEUWSEN GUY W MILLNER | guymillner@aol.com |
| Abrams Willowbrook Three LP | Gary Phillips Jr | gphillips@investarinc.com |
| COTTONWOOD PHASE V LLC | | glf@lcrealty.com |
| BELLA TERRA ASSOCIATES LLC | ERIC SAHN VICE PRESIDENT | esahn@djmcapital.com |
| CC LAFAYETTE LLC | C O PRICILLA J RIET | erietz@vedderprice.com |
| CT RETAIL PROPERTIES FINANCE V LLC | EILEEN DONLON TENANT INSURANCE COORDINATOR KIMCO | edonlon@kimcorealty.com |
| KIMCO REALTY CORPORATION | | edonlon@kimcorealty.com |
| FW CA BREA MARKETPLACE LLC | ERWIN BUCY SR VICE PRESIDENT INVESTMENTS | ebucy@regencycenters.com |
| SPG ARBOR WALK LP | DIANE SWEENEY PROPERTY MGR | DSweeney@Simon.com |
| REDTREE PROPERTIES LP | DIANE GORHAM PROPERTY MANAGER | diane@redtreeproperties.com |

Email List

Circuit City Stores, Inc.
Landlord

| COMPANY | CONTACT NAME | EMAIL |
|---|---|---|
| SCHIFFMAN TODD I | TOM JORDAN REPRESENTATIVE | dgelgur@ppd.occoxmail.com |
| CHAPMAN AND MAIN CENTER | DALE GELGUR PROPERTY MANAGER | dgelgur@ppd.occoxmail.com |
| CEDAR DEVELOPMENT LTD | | dfeurring@sfrealty.com |
| DENTICI FAMILY LIMITED PARTNERSHIP | | dentici@aol.com |
| DENO P DIKEOU | | deno@dikeourealty.com |
| DDR SOUTHEAST ROME LLC | DAVID WEISS SENIOR VICE PRESIDENT | DDRinquiries@ddrc.com |
| ABERCORN COMMON LLLP | | dblackburne@melaver.com |
| DICKER WARMINGTON PROPERTIES | | dave@gvdcommercial.com |
| UK AMERICAN PROPERTIES INC | DANIYEL GORDON SENIOR GENERAL MANAGER | daniyel.gordon@generalgrowth.com |
| CHK LLC | | cschwartz@cmithlaw.com |
| KB COLUMBUS I CC | CHRISTINE MORENDO | cmorendo@charlesdunn.com sandra@sbmgmt.com vmbohanec@arkapropertiesgroup.com kmiller@ecjlaw.com |
| LC WHITE PLAINS RETAIL LLC | CHRISTOPHER MCVEETY | CMCVEETY@CAPPELLI-INC.COM |
| RREEF AMERICA REIT II CORP MM | DISTRICT MANAGER CHARLOTTE SWEETLAND | charlotte.sweetland@rreef.com |
| BEAR VALLEY ROAD PARTNERS LLC & MLANTZ LLC | BRAD BECKER | brad@beckerdev.com |
| DIM VASTGOED NV | | bmark@dbrcorp.com |
| BAKER NATICK PROMENADE LLC | BILL BAKER BAKER PARTNERS | bill_baker1@comcast.net |
| LA HABRA IMPERIAL LLC | BRIAN HOPKINS VICE PRESIDENT | bhopkins@arnelhopkins.com |
| INLAND US MANAGEMENT LLC | DAVID BENNETT | bennett@inland-investments.com |
| AMMON PROPERTIES LC | PROPERTY MANAGER | b_hathaway@woodburycorp.com |
| EEL MCKEE LLC | ATTN ALLISON ROHNERT | ausaymas@sbcglobal.net |

Email List

Circuit City Stores, Inc.
Landlord

| COMPANY | CONTACT NAME | EMAIL |
|---|---|---|
| BOULEVARD NORTH ASSOCIATES LP | | arosenzweig@goldenberggroup.com |
| RED ROSE COMMONS CONDOMINIUM ASSOCIATION | | arosenzweig@goldenberggroup.com |
| KRG MARKET STREET VILLAGE LP | ANGIE PERKINS | Aperkins@kiterealty.com |
| NEW PLAN OF MEMPHIS COMMONS LLC | ANN TILLMAN PROPERTY MGR | ann.tillman@centroprop.com |
| OLP CCSTLOUIS LLC | ALYSSA BLOCK | alyssab@gouldlp.com |
| GALLERIA PARTNERSHIP | ALEXANDER H BOBINSK | alexbobinski@honeymoonhill.com |
| GREENBACK ASSOCIATES | ANDREW C GIANULIAS REAL ESTATE BROKER | ag@gianulias.com |
| SUNRISE PLANTATION PROPERTIES LLC | Adi Perry Asset Manager | adi@starpointproperties.com |
| CCC REALTY LLC | | aberkowitz@dzco.com |
| EASTCHASE MARKET CENTER LLC | | a.skinner@jwamalls.com |
| 502 12 86TH STREET LLC | c o CENTURY REALTY INC | snewman@katskykorins.com mfalzone@hf-law.com sdelacruz@hf-law.com |
| DEVELOPERS DIVERSIFIED REALTY CORP | Eric Cotton | ecotton@ddrc.com |
| PAPPAS GATEWAY LP | LOUIE PAPPAS LANDLORD | louie@pappasinvestments.com |

Email List

Circuit City Stores, Inc.
Landlord Counsel

| Company Name | Notice Name | Email |
|---|---|---|
| Allen Matkins | Ivan M Gold | igold@allenmatkins.com |
| Arent Fox LLP | Christopher J Giaimo | Giaimo.Christopher@ARENTFOX.COM |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos | cgp@ballardspahr.com |
| Ballard Spahr Andrews & Ingersoll LLP | Charles W Chotvacs | chotvacsc@ballardspahr.com |
| Ballard Spahr Andrews & Ingersoll LLP | David L Pollack | pollack@ballardspahr.com |
| Bracewell & Giuliani | Trey Wood III | trey.wood@bgllp.com |
| Broad And Cassel | Roy S Kobert | rkobert@broadandcassel.com |
| Bryan Cave LLP | Michelle K McMahon | Michelle.McMahon@bryancave.com |
| Bryan Cave LLP | Synde B Keywell | synde.keywell@bryancave.com |
| Buchanan Ingersoll & Rooney | Annemarie G McGavin | annemarie.mcgavin@bipc.com |
| Buchanan Ingersoll & Rooney PC | Zakarij O Thomas | zakarij.thomas@bipc.com |
| Christian & Barton LLP | Augustus C. Epps Jr. | aepps@cblaw.com |
| Christian & Barton LLP | | avaughn@cblaw.com |
| Christian & Barton LLP | Jennifer McLain McLemore | Jmclemore@cblaw.com |
| Christian & Barton LLP | Michael D Mueller | mmueller@cblaw.com |
| Christopher J Freeman | | chris@chrisfreemanlaw.com |
| Connolly Bove Lodge & Hutz LLP | Christina M Thompson | CThompson@cblh.com |
| Dewey & LeBoeuf | Lisa Hill Fenning | lfenning@DeweyLeBoeuf.com |
| Neal Gerber Eisenberg | Nicholas M Miller | nmiller@ngelaw.com |
| Giarmarco Mullins & Horton PC | Gary H. Cunningham | gcunningham@gmhlaw.com |
| Giarmarco Mullins & Horton PC | | jmahar@gmhlaw.com |
| Goldstein Isaacson PC | Nancy Isaacson | nisaacson@goldisaac.com |
| GreenbergTraurig | Howard J Berman | bermanh@gtlaw.com |
| Hirschler Fleischer | Michael P Falzone | mfalzone@hf-law.com |
| Hirschler Fleischer | Sheila dela Cruz | sdelacruz@hf-law.com |
| Hodgson Russ LLP | Garry M Graber | ggraber@hodgsonruss.com |
| Hofheimer Gartlir & Gross LLP | Nicholas B Malito | nmalito@hgg.com |
| Hofheimer Gartlir & Gross LLP | Rachel Greenberger | rgreenberger@hgg.com |
| Hofheimer Gartlir & Gross LLP | Scott R Kipnis | skipnis@hgg.com |

Email List

Circuit City Stores, Inc.

Landlord Counsel

| Company Name | Notice Name | Email |
|---|---|---|
| Honigman Miller Schwartz & Cohn LLP | Adam K Keith | AKeith@honigman.com |
| Hunton & Williams | Henry P Long | hlong@hunton.com |
| Hunton & Williams | Lynette R Warman | lwarman@hunton.com |
| Hunton & Williams LLP | Eric J Crupi | ecrupi@hunton.com |
| Jones Day | Sheila L Shadmand | slshadmand@jonesday.com |
| Katsky Korins LLP | Steven H Newman | SNewman@katskykorins.com |
| Katten Muchin Rosenman LLP | Dustin P Branch | dustin.branch@kattenlaw.com |
| Kelley Drye | David J Ervin | dervin@kelleydrye.com |
| Kelley Drye | Robert L LeHane | RLeHane@KelleyDrye.com |
| Law Offices of David A Greer PLC | David A Greer | Dgreer@davidgreerlaw.com |
| LeClair Ryan PC | Christopher L Perkins | christopher.perkins@leclairryan.com |
| LeClair Ryan PC | Niclas A Ferland | niclas.ferland@leclairryan.com |
| LeClairRyan | Ilan Markus | Ilan.Markus@leclairryan.com |
| Levenfeld Pearlstein LLC | Thomas G Jaros | tjaros@lplegal.com |
| McKenna Long & Aldridge LLP | John G McJunkin | jmcjunkin@mckennalong.com |
| Meiburger Law Firm | Janet Meiburger | janetm@meiburgerlaw.com |
| Mener Rudin Trivelpiece PC | Kevin M Newman | knewman@menterlaw.com |
| Menter Rudin Trivelpiece PC | James C Thoman | jthoman@menterlaw.com |
| Much Shelist | Colleen E McManus | cmcmanus@muchshelist.com |
| Pachulski Stang Zeihl & Jones | Jeffrey N. Pomerantz | jpomerantz@pszjlaw.com |
| Pachulski Stang Zeihl & Jones | Robert J Feinstein | rfeinstein@pszjlaw.com |
| Powell Goldstein LLP | William C Crenshaw | wcrenshaw@pogolaw.com |
| Sands Anderson Marks & Miller | William A Gray | BGray@sandsanderson.com |
| Sands Anderson Marks & Miller | Lisa Taylor Hudson | lhudson@sandsanderson.com |
| Sands Anderson Marks & Miller | Peter M Pearl | ppearl@sandsanderson.com |
| Saul Ewing LLP | Jeremy W Ryan | jryan@saul.com |
| Seyfarth Shaw LLP | Robert W Dremluk | rdremluk@seyfarth.com |
| Seyfarth Shaw LLP | Rhett E Petcher | RPetcher@seyfarth.com |
| St James Law PC | Michael St James | michael@stjames-law.com |
| Vinson&Elkins | David E Hawkins | dhawkins@velaw.com |
| Wagner Choi & Verbugge | James A Wagner | jwagner@wcelaw.com |
| Wiley Rein LLP | Rebecca L Saitta | rsaitta@wileyrein.com |
| WileyRein LLP | H Jason Gold | jgold@wileyrein.com |
| WileyRein LLP | Kalina B Miller | KMiller@wileyrein.com |

Email List

Circuit City Stores, Inc.
Landlord Counsel

| Company Name | Notice Name | Email |
|---|---|---|
| Willcox & Savage | John D McIntyre | jmcintyre@wilsav.com |
| Williams Mullen | William H Schwarzchild III | tschwarz@williamsmullen.com |
| Williams Mullen | Paul Chip S Bliley Jr | pbliley@williamsmullen.com |
| Young Goldman & VanBeek PC | Libeau J Berthelot III | bberthelot@ygvb.com |
| Pedersen & Houpt | Thomas J Kelly | tkelly@pedersenhoupt.com |
| No Contact Information | | gary@caplease.com |
| Law Offices of Penny R Stark | Penny Stark | pstarkesq@yahoo.com |
| Reed Smith LLP | Jeanne S Lofgren | jlofgren@reedsmith.com |
| Neal Gerber Eisenberg | Robert Zimelis | rzimelis@ngelaw.com |
| Clement & Wheatley | Darren W Bentley | bentleyd@clementwheatley.com |
| JMBM Jeffer, Mangels, Butler & Marmaro LLP | David M. Poitras | DPoitras@jmbm.com |
| Robertson Properties Group | Mark S Weinstock | mweinstock@RobProp.com |
| Sherman & Howard LLC | John F Poor | jpoor@shermanhoward.com |
| Wayne R Miller PC | Lisa A Linch | lisa.linch@weberandcompany.com<br>wayne.miller@prodigy.net |

Email List

Circuit City Stores, Inc.
Landlord

| COMPANY | CONTACT NAME | FAX |
|---------|--------------|-----|
| NP SSP BAYBROOK LLC | | 61398861234 |
| PARKER CENTRAL PLAZA LTD | | 9729318332 |
| INLAND WESTERN SUGAR LAND COLONY LP | C O INLAND SOUTHWEST MGT LLC BLDG 5081 | 9724299017 |
| PLANTATION POINT DEVELOPMENT LLC | ATTN ALAN HARGROVE DIR OF ASSET MGMT | 9723615928 |
| THE IRVINE COMPANY LLC | SUZI SIENER | 9497202218 |
| IRVINE COMPANY LLC THE | SUZIE SIENER MANAGER REVENUE ACCOUNTING | 9497202161 |
| CITRUS PARK CC LLC | DONALD L EMERICK SR | 9414938481 |
| COLONIAL SQUARE ASSOCIATES LLC | | 9413591836 |
| MONTE VISTA CROSSINGS LLC | ATTN MARK D HALL | 9259334172 |
| DONAHUE SCHRIBER REALTY GROUP LP | | 9169204265 |
| ARHO LIMITED PARTNERSHIP | | 9164142026 |
| CORTLANDT B LLC | MARY LOU FOERTSCH OFFICE MANAGER | 8455340101 |
| MYRTLE BEACH FARMS COMPANY INC | DOUGLAS WENDEL | 8434489838 |
| VALENCIA MARKETPLACE I LLC | | 8053741703 |
| BOYER LAKE POINTE LC | | 8015214793 |
| WEC 96D SPRINGFIELD 1 INVESTMENT TRUST | | 7757852245 |
| AMERICAN NATIONAL BANK & TRUST COMPANY OF CHICAGO | ALAN G SCHWARTZ | 7734630999 |
| HOME DEPOT USA INC | ATTN PROPERTY MANAGEMENT | 7703843042 |
| JANAF CROSSINGS LLC | | 7347690036 |

Facsimile List

Circuit City Stores, Inc.
Landlord

| COMPANY | CONTACT NAME | FAX |
|---------|--------------|-----|
| ATLANTIC CENTER FORT GREENE ASSOCIATES LP | PRESIDENT & GENERAL | 7187223533 |
| WMI MPI BUSINESS TRUST | | 7168862269 |
| WRI OVERTON PLAZA LP | LEASE ADMINISTRATOR LISA MCKIEL PROPERTY MGR | 7138666072 |
| WEINGARTEN NOSTAT INC | GENERAL COUNSEL | 7138666049 |
| TYSONS 3 LLC | | 7037578095 |
| BATTLEFIELD FE LIMITED PARTNERSHIP | ATTN KEITH J ALLEN | 7035603073 |
| INLAND WESTERN TEMECULA COMMONS LLC | ATTN VICE PRESIDENT | 6306457236 |
| INLAND WESTERN COLUMBUS CLIFTY LLC | | 6306457231 |
| INLAND WESTERN WEST MIFFLIN CENTURY III DST | | 6306457231 |
| BEL AIR SQUARE LLC | | 6302184928 |
| JUBILEE SPRINGDALE LLC | ATTN LEGAL DEPARTME ATTN PRESIDENT OF R | 6144490403 |
| DJD PARTNERS II | JOHN J JOHANNSON | 6128977704 |
| KRAMONT VESTAL MANAGEMENT LLC | TOM EIKHOS PROPERTY MANAGER | 6108348110 |
| BERKSHIRE WEST | | 6103766541 |
| THE SHOPPES AT SCHERERVILLE LLC | ATTN R OTTO MALY | 5738159459 |
| ROSSMOOR SHOPS LLC | MADELYN JACKREL | 5627990449 |
| CHICO CROSSROADS LP | JENNIFER JIMENEZ LEASE ADMINISTRATION | 5168699001 |
| CFH REALTY III SUNSET VALLEY LP | C O KIMCO REALTY CORP | 5168699001 |
| KIR PIERS 716 LLC | | 5168697118 |
| VALLEY VIEW SC LLC | BRUCE KAUDERER VICE PRESIDENT | 5168697118 |

Facsimile List

Circuit City Stores, Inc.
Landlord

| COMPANY | CONTACT NAME | FAX |
|---------|--------------|-----|
| SAUGUS PLAZA ASSOCIATES | STEVEN KAUFMAN | 5165697528 |
| MARKET HEIGHTS LTD | | 5123203101 |
| SOUTHHAVEN CENTER II LLC | ATTENTION GENERAL MANAGER | 5016662115 |
| TANURB BURNSVILLE LP | THOMAS R EHRLICH | 4169479820 |
| DANIEL G KAMIN MCALLEN LLC | DANIEL KAMIN | 4126618160 |
| CP VENTURE TWO LLC | PAMELA F ROPER ASSOCIATE GENERAL COUNSEL | 4044071811 |
| CARLYLE CYPRESS TUSCALOOSA I LLC | ATTN DIRECTOR OF ASSET MANAGEMENT | 4042312280 |
| GARDEN CITY CENTER | ATTN GENERAL MANAGER | 4019428240 |
| HUNTINGTON MALL COMPANY | ATTN LEGAL DEPARTME | 3307432902 |
| ST LOUIS MILLS LP | | 3176857301 |
| W&S ASSOCIATES LP | DAVID SIMON | 3176857270 |
| BRIANTREE PROPERTY ASSOC LIMITED PARTNERSHIP | CINDY PARRISH | 3176857222 |
| CONCORD MILLS LIMITED PARTNERSHIP | CINDY PARRISH | 3176857222 |
| INTERNATIONAL SPEEDWAY SQUARE LTD | KATHY ALL | 3175775605 |
| BL NTV I LLC | ATTN BETH ARNOLD | 3154763408 |
| SANGERTOWN SQUARE LLC | JAMES TUOZZOLO | 3154225269 |
| NeCROSSGATES COMMONS NEWCO LLC | | 3154223887 |
| PARKS AT ARLINGTON LP | Additional Fax | 3129605991 |
| DEERBROOK ANCHOR ACQUISITION LLC | JUSTIN ROCHE MALL MANAGER | 3129605475 |

Facsimile List

Circuit City Stores, Inc.
Landlord

| COMPANY | CONTACT NAME | FAX |
|---------|--------------|-----|
| 1251 FOURTH STREET INVESTORS LLC | | 3108241204 |
| WHEATON PLAZA REGIONAL SHOPPING CENTER | ATTN OFFICE OF LEGA | 3104788776 |
| PALM SPRINGS MILE ASSOCIATES LTD | | 3058210921 |
| KENDALL 77 LTD | | 3052738771 |
| TSA STORES INC | ATTN GENERAL COUNS | 3038632243 |
| CC SPRINGS LLC | MICHAEL C BULLOCK | 3037714758 |
| BOND CIRCUIT V DELAWARE BUSINESS TRUST | | 3026518882 |
| BOND CIRCUIT XI DELAWARE BUSINESS TRUST | JENNIFER A LUCE FINANCIAL SERVICES | 3026364140 |
| CONGRESSIONAL NORTH ASSOCIATES LIMITED PARTNERSHIP | DIRECTOR PROPERTY MG ALEX DIAZ | 3016921901 |
| DDR SOUTHEAST DOTHAN OUTPARCEL LLC | DEBRA CORBO PROPERTY MANAGER | 2167553455 |
| BG WALKER LLC | | 2167551500 |
| DDR MDT GRANDVILLE MARKETPLACE LLC | | 2167551500 |
| COMMUNITY CENTERS ONE LLC | DIRECTOR OF OPERATIO | 2167551500 |
| DDRTC T&C LLC | | 2167551500 |
| DDRTC SYCAMORE COMMONS LLC | ATTN EXECUTIVE VICE PRESIDENT | 2167551500 |
| DDR MDT UNION CONSUMER SQUARE LLC | | 2167551500 |
| DDR 1ST CAROLINA CROSSINGS SOUTH LLC | C O DEVELOPERS DIVERSIFIED REALTY CORPORATION | 2167551500 |

Facsimile List

Circuit City Stores, Inc.
Landlord

| COMPANY | CONTACT NAME | FAX |
|---|---|---|
| DDR SOUTHEAST UNION LLC | ATTN EXECUTIVE VICE PRESIDENT | 2167551500 |
| DDR MDT MONACA TOWNSHIP MARKETPLACE LLC | ATTN EXECUTIVE VICE PRESIDENT | 2167551500 |
| DEVELOPERS DIVERSIFIED REALTY CORPORATION | | 2167551500 |
| DDR HORSEHEADS LLC | ATTN EXECUTIVE VICE PRESIDENT | 2157551888 |
| TOWN SQUARE PLAZA | C O GRUBB & ELLIS MANAGEMENT SERVICES INC | 2134880819 |
| EXCEL WESTMINSTER MARKETPLACE INC | DANIEL DORNFELD LEA DOUGLAS MILLER | 2128694944 |
| HK NEW PLAN EPR PROPERTY HOLDINGS LLC | | 2128693989 |
| FRIEDLAND LAWRENCE AND MELVIN | | 2127441989 |
| 1965 RETAIL LLC | ATTN CHIEF FINANCIAL OFFICER | 2125951831 |
| GREEN 521 5TH AVENUE LLC | ATTN NEIL KESSNER | 2122161786 |
| INLAND WESTERN AUSTIN SOUTHPARK MEADOWS II LTD PARTNERSHIP | BRUCE SPENCER PROPERTY MGR | 2103411169 |
| BOISE TOWNE PLAZA LLC | | 2083784933 |
| AIG BAKER DEPTFORD LLC | ATTN ASSET MANAGEMENT | 2059691051 |
| MILFORD CROSSING INVESTORS LLC | | 2032564001 |
| ALEXANDER'S OF REGO PARK CENTER INC | | 2015870600 |
| AMHERST INDUSTRIES INC | CHIEF FINANCIAL OFFI VP REAL ESTATE & | 2015870600 |

Facsimile List

Circuit City Stores, Inc.
Landlord

| COMPANY | CONTACT NAME | FAX |
|---|---|---|
| GREEN ACRES MALL LLC | ATTN VICE PRESIDENT REAL ESTATE | 2015870600 |
| TOWSON VF LLC | ATTN; VICE PRESIDENT OF REAL ESTATE | 2015870600 |
| BOND CIRCUIT VIII DELAWARE BUSINESS TRUST | | 2013252237 |
| BARNES AND POWERS NORTH LLC | ATTN CHRIS JENKINS | 7196330545 |
| INLAND WESTERN HOUMA MAGNOLIA LLC | | 6306457230 |
| INLAND WESTERN SAN ANTONIO HQ LTD PARNERSHIP | | 6306457230 |

Facsimile List

# EXHIBIT F

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors in
Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
                              :
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :    Case No. 08-35653-KRH
et al.,                       :
                              :
            Debtors.[1]       :    Jointly Administered
                              :
                              :    **Hrg. Date: March 13, 2009 at**
                              :    **10:00 a.m. (ET)**
                              :    **Obj. Due: March 12, 2009 at**
                              :    **5:00 p.m. (ET)**
- - - - - - - - - - - - - - x

---

[1]   The Debtors and the last four digits of their respective taxpayer
      identification numbers are as follows: Circuit City Stores, Inc. (3875),
      Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux
      International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC
      Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821),
      Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott
      Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture
      Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116),
      Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City
      Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc.
      is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other
      Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

1

**NOTICE TO COUNTERPARTIES TO LEASES THAT THE DEBTORS HAVE
IDENTIFIED A POTENTIAL PURCHASER OF UNEXPIRED NONRESIDENTIAL REAL
PROPERTY LEASE**

PLEASE TAKE NOTICE that pursuant to the bidding procedures (the "Bidding Procedures")[2] approved by the Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") in the Order Under Bankruptcy Code Sections 105, 363, And 365 (I) Approving Bidding And Auction Procedures For Sale Of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Date And (III) Authorizing And Approving (A) Sale Of Certain Unexpired Nonresidential Real Property Leases Free And Clear Of All Interests, (B) Assumption And Assignment Of Certain Unexpired Nonresidential Real Property Leases And (C) Lease Rejection Procedures (the "Bidding And Rejection Procedures Order") (Docket No. 2242) entered on February 19, 2009, the debtors and debtors in possession in the above captioned cases (collectively, the "Debtors") have identified P.C. Richard & Son, Inc. as a potential purchaser (a "Potential Purchaser") of the lease referred to as location 3692, Bricktown (the "Lease").

PLEASE TAKE FURTHER NOTICE pursuant to the Bidding Procedures, the Lease to which you are a counterparty will be assumed and assigned to the Potential Purchaser if the sale is successful and approved by the Bankruptcy Court at the sale hearing to be held on **March 13, 2009 at 10:00 a.m. (Eastern)** (the "Sale Hearing") in the United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Room 5000, Richmond, VA 23219.

PLEASE TAKE FURTHER NOTICE that if more than one party has been identified as a Potential Purchaser, such parties may participate in an auction for the interest in the Lease at **10:00 a.m. (Eastern) on March 10, 2009** at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, New York 10036 or such later time or other place as the Debtors shall determine.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the assumption and assignment of a Lease to a Potential Purchaser, who may ultimately become the Successful Bidder, must (a) be in writing, (b) state with specificity the legal and factual basis

---

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures.

for such objection, (c) conform to the Federal Rules of
Bankruptcy Procedure, the Local Bankruptcy Rules for the Eastern
District of Virginia, and the Order Pursuant to Bankruptcy Code
Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local
Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice,
Case Management, and Administrative Procedures (Docket No. 0130)
(the "Case Management Order"), (d) be filed with Bankruptcy Court
and (e) served in accordance with the Case Management Order so as
to be **received** on or before **March 12, 2009 at 5:00 p.m. (Eastern).**

PLEASE TAKE FURTHER NOTICE that if an objection to the
assumption and assignment of the Lease is timely filed and served
in accordance with the procedures above, a hearing with respect
to the objection will be held before the Honorable Kevin R.
Huennekens, United States Bankruptcy Judge for the Eastern
District of Virginia at the Bankruptcy Court, 701 East Broad
Street, Room 5000, Richmond, VA 23219, at the Sale Hearing or
such other date and time as the Court may schedule.  Only
objections conforming to the requirements set forth herein and
timely filed and received will be considered by the Bankruptcy
Court at such hearing.

PLEASE TAKE FURTHER NOTICE that if no objection is
timely filed and received with regard to the Lease, the non-
Debtor counterparty to the Lease will be deemed to have consented
to the assumption and assignment of the Lease to a Potential
Purchaser that is selected as the Successful Bidder and will be
forever barred from asserting any other claims as to such Lease,
including, but not limited to, the propriety or effectiveness of
the assumption and assignment of the Lease, against the Debtors
or the Successful Bidder, or the property of either of them.

PLEASE TAKE FURTHER NOTICE that the Debtors assert that
pursuant to 11 U.S.C. § 365, there is adequate assurance that the
Proposed Cure Amount set forth on the Cure Schedule to be filed
with the Court by 12:00 p.m. (Eastern) on March 5, 2009 will be
paid in accordance with the terms of the Sale Order.  Further,
the Debtors assert that there is adequate assurance of the
Potential Purchasers' future performance under the Lease to be
assumed and assigned.  Adequate Assurance Information, which
includes information regarding the financial wherewithal of the
Potential Purchaser, will be provided by the Potential Purchaser
upon request and evidence of the same will be adduced, if
necessary, at the Sale Hearing. Prior to the date of the Closing,
the Debtors may revise their decision with respect to the
assumption and/or assignment of any Lease and provide a new
notice amending the information provided in this notice.

3

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 3, 2009
      Richmond, Virginia   SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
                             Gregg M. Galardi, Esq.
                             Ian S. Fredericks, Esq.
                             P.O. Box 636
                             Wilmington, Delaware 19899-0636
                             (302) 651-3000

                                       - and -

                           SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
                           Chris L. Dickerson, Esq.
                           333 West Wacker Drive
                           Chicago, Illinois 60606
                           (312) 407-0700

                                       - and -

                           MCGUIREWOODS LLP

                           /s/ Douglas M. Foley
                           Dion W. Hayes (VSB No. 34304)
                           Douglas Foley (VSB No. 34364)
                           One James Center
                           901 E. Cary Street
                           Richmond, Virginia 23219
                           (804) 775-1000

                           Counsel for Debtors and Debtors in Possession

# EXHIBIT G

Circuit City Stores, Inc.
Special Party

| Name | Fax | Email |
|------|-----|-------|
| Brick 70 LLC | (972) 249-1001 | ndoornheim@arcproperties.com |

Email

# EXHIBIT H

Gregg M. Galardi, Esq.                    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                   Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,     MCGUIREWOODS LLP
LLP                                       One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors in
Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
                              :
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653-KRH
et al.,                       :
                              :
           Debtors.[1]        :   Jointly Administered
                              :
                              :   **Hrg. Date: March 13, 2009 at
                              :   10:00 a.m. (ET)**
                              :   **Obj. Due: March 12, 2009 at
                              :   5:00 p.m. (ET)**
- - - - - - - - - - - - - - x

---

[1]   The Debtors and the last four digits of their respective taxpayer
      identification numbers are as follows: Circuit City Stores, Inc. (3875),
      Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux
      International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC
      Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821),
      Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott
      Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture
      Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116),
      Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City
      Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc.
      is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other
      Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

1

**NOTICE TO COUNTERPARTIES TO LEASES THAT THE DEBTORS HAVE
IDENTIFIED A POTENTIAL PURCHASER OF UNEXPIRED NONRESIDENTIAL REAL
PROPERTY LEASE**

PLEASE TAKE NOTICE that pursuant to the bidding procedures (the "Bidding Procedures")[2] approved by the Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") in the Order Under Bankruptcy Code Sections 105, 363, And 365 (I) Approving Bidding And Auction Procedures For Sale Of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Date And (III) Authorizing And Approving (A) Sale Of Certain Unexpired Nonresidential Real Property Leases Free And Clear Of All Interests, (B) Assumption And Assignment Of Certain Unexpired Nonresidential Real Property Leases And (C) Lease Rejection Procedures (the "Bidding And Rejection Procedures Order") (Docket No. 2242) entered on February 19, 2009, the debtors and debtors in possession in the above captioned cases (collectively, the "Debtors") have identified as potential purchasers (i) P.C. Richard & Son, Inc. and (ii) Best Buy Stores, L.P. (each, a "Potential Purchaser,") of the lease referred to as location 3697, Whitestone (the "Lease").

PLEASE TAKE FURTHER NOTICE pursuant to the Bidding Procedures, the Lease to which you are a counterparty will be assumed and assigned to the Potential Purchaser if the sale is successful and approved by the Bankruptcy Court at the sale hearing to be held on **March 13, 2009 at 10:00 a.m. (Eastern)** (the "Sale Hearing") in the United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Room 5000, Richmond, VA 23219.

PLEASE TAKE FURTHER NOTICE that if more than one party has been identified as a Potential Purchaser, such parties may participate in an auction for the interest in the Lease at **10:00 a.m. (Eastern) on March 10, 2009** at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, New York 10036 or such later time or other place as the Debtors shall determine.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the assumption and assignment of the Lease to a Potential Purchaser, who may ultimately become the Successful Bidder, must

---

[2]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures.

(a) be in writing, (b) state with specificity the legal and factual basis for such objection, (c) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Eastern District of Virginia, and the Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures (Docket No. 0130) (the "Case Management Order"), (d) be filed with Bankruptcy Court and (e) served in accordance with the Case Management Order so as to be **received** on or before **March 12, 2009 at 5:00 p.m. (Eastern).**

PLEASE TAKE FURTHER NOTICE that if an objection to the assumption and assignment of the Lease is timely filed and served in accordance with the procedures above, a hearing with respect to the objection will be held before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge for the Eastern District of Virginia at the Bankruptcy Court, 701 East Broad Street, Room 5000, Richmond, VA 23219, at the Sale Hearing or such other date and time as the Court may schedule.  Only objections conforming to the requirements set forth herein and timely filed and received will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE that if no objection is timely filed and received with regard to the Lease, the non-Debtor counterparty to the Lease will be deemed to have consented to the assumption and assignment of the Lease to a Potential Purchaser that is selected as the Successful Bidder and will be forever barred from asserting any other claims as to such Lease, including, but not limited to, the propriety or effectiveness of the assumption and assignment of the Lease, against the Debtors or the Successful Bidder, or the property of either of them.

PLEASE TAKE FURTHER NOTICE that the Debtors assert that pursuant to 11 U.S.C. § 365, there is adequate assurance that the Proposed Cure Amount set forth on the Cure Schedule to be filed with the Court by 12:00 p.m. (Eastern) on March 5, 2009 will be paid in accordance with the terms of the Sale Order.  Further, the Debtors assert that there is adequate assurance of the Potential Purchasers' future performance under the Lease to be assumed and assigned.  Adequate Assurance Information, which includes information regarding the financial wherewithal of Best Buy Stores, L.P, is attached hereto and evidence of the same will be adduced, if necessary, at the Sale Hearing. P.C. Richard & Sons, Inc. will provide Adequate Assurance Information upon request.  Prior to the date of the Closing, the Debtors may

revise their decision with respect to the assumption and/or
assignment of any Lease and provide a new notice amending the
information provided in this notice.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 3, 2009
      Richmond, Virginia  SKADDEN, ARPS, SLATE, MEAGHER &
                             FLOM, LLP
                             Gregg M. Galardi, Esq.
                             Ian S. Fredericks, Esq.
                             P.O. Box 636
                             Wilmington, Delaware 19899-0636
                             (302) 651-3000

                                     - and -

                             SKADDEN, ARPS, SLATE, MEAGHER &
                             FLOM, LLP
                             Chris L. Dickerson, Esq.
                             333 West Wacker Drive
                             Chicago, Illinois 60606
                             (312) 407-0700

                                     - and -

                             MCGUIREWOODS LLP

                             /s/ Douglas M. Foley
                             Dion W. Hayes (VSB No. 34304)
                             Douglas Foley (VSB No. 34364)
                             One James Center
                             901 E. Cary Street
                             Richmond, Virginia 23219
                             (804) 775-1000

                             Counsel for Debtors and Debtors
                             in Possession

# EXHIBIT

For the purpose of confidentiality, the Exhibit to the
Potential Purchaser Notice has been redacted.

# EXHIBIT I

Circuit City Stores, Inc.
Special Party

| Email |
|---|
| kushnickh@gtlaw.com |

Email

# EXHIBIT J

Circuit City Stores, Inc.
Landlord

| Company Name | Notice Name | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| WHITESTONE DEV PARTNERS A LP | C O RELATED COMPANIES | & WHITESTONE DEV PARTNERS C LP | 60 COLUMBUS CIRCLE 19TH FLOOR | NEW YORK | NY | 10023 | USA |

Overnight Mail

# EXHIBIT K

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors in
Possession

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
                                :
In re:                          :    Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :    Case No. 08-35653-KRH
et al.,                         :
                                :
          Debtors.[1]           :    Jointly Administered
                                :
                                :    **Hrg. Date: March 13, 2009 at
                                :    10:00 a.m. (ET)**
                                :    **Obj. Due: March 12, 2009 at
                                :    5:00 p.m. (ET)**
- - - - - - - - - - - - - - - x

---

[1]  The Debtors and the last four digits of their respective taxpayer
     identification numbers are as follows: Circuit City Stores, Inc. (3875),
     Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux
     International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC
     Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821),
     Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott
     Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture
     Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116),
     Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City
     Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc.
     is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other
     Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

1

**NOTICE TO COUNTERPARTIES TO LEASES THAT THE DEBTORS HAVE
IDENTIFIED A POTENTIAL PURCHASER OF UNEXPIRED NONRESIDENTIAL REAL
PROPERTY LEASE**

PLEASE TAKE NOTICE that pursuant to the bidding procedures (the "Bidding Procedures")[2] approved by the Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") in the Order Under Bankruptcy Code Sections 105, 363, And 365 (I) Approving Bidding And Auction Procedures For Sale Of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Date And (III) Authorizing And Approving (A) Sale Of Certain Unexpired Nonresidential Real Property Leases Free And Clear Of All Interests, (B) Assumption And Assignment Of Certain Unexpired Nonresidential Real Property Leases And (C) Lease Rejection Procedures (the "Bidding And Rejection Procedures Order") (Docket No. 2242) entered on February 19, 2009, the debtors and debtors in possession in the above captioned cases (collectively, the "Debtors") have identified Best Buy Stores, L.P. as a potential purchaser (a "Potential Purchaser") of the lease referred to as location 3679, Union Square (the "Lease").

PLEASE TAKE FURTHER NOTICE pursuant to the Bidding Procedures, the Lease to which you are a counterparty will be assumed and assigned to the Potential Purchaser if the sale is successful and approved by the Bankruptcy Court at the sale hearing to be held on **March 13, 2009 at 10:00 a.m. (Eastern)** (the "Sale Hearing") in the United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Room 5000, Richmond, VA 23219.

PLEASE TAKE FURTHER NOTICE that if more than one party has been identified as a Potential Purchaser, such parties may participate in an auction for the interest in the Lease at **10:00 a.m. (Eastern) on March 10, 2009** at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, New York 10036 or such later time or other place as the Debtors shall determine.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the assumption and assignment of a Lease to a Potential Purchaser, who may ultimately become the Successful Bidder, must (a) be in writing, (b) state with specificity the legal and factual basis

---

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures.

for such objection, (c) conform to the Federal Rules of
Bankruptcy Procedure, the Local Bankruptcy Rules for the Eastern
District of Virginia, and the Order Pursuant to Bankruptcy Code
Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local
Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice,
Case Management, and Administrative Procedures (Docket No. 0130)
(the "Case Management Order"), (d) be filed with Bankruptcy Court
and (e) served in accordance with the Case Management Order so as
to be **received** on or before **March 12, 2009 at 5:00 p.m. (Eastern).**

        PLEASE TAKE FURTHER NOTICE that if an objection to the
assumption and assignment of the Lease is timely filed and served
in accordance with the procedures above, a hearing with respect
to the objection will be held before the Honorable Kevin R.
Huennekens, United States Bankruptcy Judge for the Eastern
District of Virginia at the Bankruptcy Court, 701 East Broad
Street, Room 5000, Richmond, VA 23219, at the Sale Hearing or
such other date and time as the Court may schedule.  Only
objections conforming to the requirements set forth herein and
timely filed and received will be considered by the Bankruptcy
Court at such hearing.

        PLEASE TAKE FURTHER NOTICE that if no objection is
timely filed and received with regard to the Lease, the non-
Debtor counterparty to the Lease will be deemed to have consented
to the assumption and assignment of the Lease to a Potential
Purchaser that is selected as the Successful Bidder and will be
forever barred from asserting any other claims as to such Lease,
including, but not limited to, the propriety or effectiveness of
the assumption and assignment of the Lease, against the Debtors
or the Successful Bidder, or the property of either of them.

        PLEASE TAKE FURTHER NOTICE that the Debtors assert that
pursuant to 11 U.S.C. § 365, there is adequate assurance that the
Proposed Cure Amount set forth on the Cure Schedule to be filed
with the Court by 12:00 p.m. (Eastern) on March 5, 2009 will be
paid in accordance with the terms of the Sale Order.  Further,
the Debtors assert that there is adequate assurance of the
Potential Purchasers' future performance under the Lease to be
assumed and assigned.  Adequate Assurance Information, which
includes information regarding the financial wherewithal of the
Potential Purchaser, is attached hereto and evidence of the same
will be adduced, if necessary, at the Sale Hearing. Prior to the
date of the Closing, the Debtors may revise their decision with
respect to the assumption and/or assignment of any Lease and
provide a new notice amending the information provided in this
notice.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 3, 2009
      Richmond, Virginia  SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

# EXHIBIT

For the purpose of confidentiality, the Exhibit to the
Potential Purchaser Notice has been redacted.

# EXHIBIT L

Circuit City Stores, Inc.
Special Party

| Email |
|-------|
| anselld@gtlaw.com |

# EXHIBIT M

Circuit City Stores, Inc.
Special Party

| Name | Fax |
|------|-----|
| OTR | (614) 222-2917 |

Email

# EXHIBIT N

Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,   MCGUIREWOODS LLP
LLP                                 One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors in
Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
                             :
In re:                       :    Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :    Case No. 08-35653-KRH
et al.,                      :
                             :
          Debtors.[1]        :    Jointly Administered
                             :
                             :    **Hrg. Date: March 13, 2009 at
                             :    10:00 a.m. (ET)**
                             :    **Obj. Due: March 12, 2009 at
                             :    5:00 p.m. (ET)**
- - - - - - - - - - - - - - x

---

[1]  The Debtors and the last four digits of their respective taxpayer
     identification numbers are as follows: Circuit City Stores, Inc. (3875),
     Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux
     International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC
     Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821),
     Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott
     Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture
     Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116),
     Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City
     Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc.
     is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other
     Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

**NOTICE TO COUNTERPARTIES TO LEASES THAT THE DEBTORS HAVE
IDENTIFIED A POTENTIAL PURCHASER OF UNEXPIRED NONRESIDENTIAL REAL
PROPERTY LEASE**

PLEASE TAKE NOTICE that pursuant to the bidding procedures (the "Bidding Procedures")[2] approved by the Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") in the Order Under Bankruptcy Code Sections 105, 363, And 365 (I) Approving Bidding And Auction Procedures For Sale Of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Date And (III) Authorizing And Approving (A) Sale Of Certain Unexpired Nonresidential Real Property Leases Free And Clear Of All Interests, (B) Assumption And Assignment Of Certain Unexpired Nonresidential Real Property Leases And (C) Lease Rejection Procedures (the "Bidding And Rejection Procedures Order") (Docket No. 2242) entered on February 19, 2009, the debtors and debtors in possession in the above captioned cases (collectively, the "Debtors") have identified P.C. Richard & Son, Inc. as a potential purchaser (a "Potential Purchaser") of the lease referred to as location 3670, Eatontown (the "Lease").

PLEASE TAKE FURTHER NOTICE pursuant to the Bidding Procedures, the Lease to which you are a counterparty will be assumed and assigned to the Potential Purchaser if the sale is successful and approved by the Bankruptcy Court at the sale hearing to be held on **March 13, 2009 at 10:00 a.m. (Eastern)** (the "Sale Hearing") in the United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Room 5000, Richmond, VA 23219.

PLEASE TAKE FURTHER NOTICE that if more than one party has been identified as a Potential Purchaser, such parties may participate in an auction for the interest in the Lease at **10:00 a.m. (Eastern) on March 10, 2009** at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, New York 10036 or such later time or other place as the Debtors shall determine.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the assumption and assignment of a Lease to a Potential Purchaser, who may ultimately become the Successful Bidder, must (a) be in writing, (b) state with specificity the legal and factual basis

---

[2]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures.

for such objection, (c) conform to the Federal Rules of
Bankruptcy Procedure, the Local Bankruptcy Rules for the Eastern
District of Virginia, and the Order Pursuant to Bankruptcy Code
Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local
Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice,
Case Management, and Administrative Procedures (Docket No. 0130)
(the "Case Management Order"), (d) be filed with Bankruptcy Court
and (e) served in accordance with the Case Management Order so as
to be **received** on or before **March 12, 2009 at 5:00 p.m. (Eastern)**.

PLEASE TAKE FURTHER NOTICE that if an objection to the
assumption and assignment of the Lease is timely filed and served
in accordance with the procedures above, a hearing with respect
to the objection will be held before the Honorable Kevin R.
Huennekens, United States Bankruptcy Judge for the Eastern
District of Virginia at the Bankruptcy Court, 701 East Broad
Street, Room 5000, Richmond, VA 23219, at the Sale Hearing or
such other date and time as the Court may schedule.  Only
objections conforming to the requirements set forth herein and
timely filed and received will be considered by the Bankruptcy
Court at such hearing.

PLEASE TAKE FURTHER NOTICE that if no objection is
timely filed and received with regard to the Lease, the non-
Debtor counterparty to the Lease will be deemed to have consented
to the assumption and assignment of the Lease to a Potential
Purchaser that is selected as the Successful Bidder and will be
forever barred from asserting any other claims as to such Lease,
including, but not limited to, the propriety or effectiveness of
the assumption and assignment of the Lease, against the Debtors
or the Successful Bidder, or the property of either of them.

PLEASE TAKE FURTHER NOTICE that the Debtors assert that
pursuant to 11 U.S.C. § 365, there is adequate assurance that the
Proposed Cure Amount set forth on the Cure Schedule to be filed
with the Court by 12:00 p.m. (Eastern) on March 5, 2009 will be
paid in accordance with the terms of the Sale Order.  Further,
the Debtors assert that there is adequate assurance of the
Potential Purchasers' future performance under the Lease to be
assumed and assigned.  Adequate Assurance Information, which
includes information regarding the financial wherewithal of the
Potential Purchaser, will be provided by the Potential Purchaser
upon request and evidence of the same will be adduced, if
necessary, at the Sale Hearing. Prior to the date of the Closing,
the Debtors may revise their decision with respect to the
assumption and/or assignment of any Lease and provide a new
notice amending the information provided in this notice.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 3, 2009
       Richmond, Virginia   SKADDEN, ARPS, SLATE, MEAGHER &
                            FLOM, LLP
                            Gregg M. Galardi, Esq.
                            Ian S. Fredericks, Esq.
                            P.O. Box 636
                            Wilmington, Delaware 19899-0636
                            (302) 651-3000

                                    - and -

                            SKADDEN, ARPS, SLATE, MEAGHER &
                            FLOM, LLP
                            Chris L. Dickerson, Esq.
                            333 West Wacker Drive
                            Chicago, Illinois 60606
                            (312) 407-0700

                                    - and -

                            MCGUIREWOODS LLP

                            /s/ Douglas M. Foley
                            Dion W. Hayes (VSB No. 34304)
                            Douglas Foley (VSB No. 34364)
                            One James Center
                            901 E. Cary Street
                            Richmond, Virginia 23219
                            (804) 775-1000

                            Counsel for Debtors and Debtors
                            in Possession

# EXHIBIT O

Circuit City Stores, Inc.

Landlord

| Company Name | Notice Name | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 36 MONMOUTH PLAZA LLC | MARCELO KLAJNBART | ACHS MANAGEMENT CORP | 1412 BROADWAY 3RD FLOOR | NEW YORK | NY | 10018 | US |

Overnight Mail

# EXHIBIT P

Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,  MCGUIREWOODS LLP
LLP                                   One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors in
Possession

                  IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE EASTERN DISTRICT OF VIRGINIA
                            RICHMOND DIVISION

- - - - - - - - - - - - - - x
                             :
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653-KRH
et al.,                      :
                             :
            Debtors.[1]       :   Jointly Administered
                             :
                             :   **Hrg. Date: March 13, 2009 at**
                             :   **10:00 a.m. (ET)**
                             :   **Obj. Due: March 12, 2009 at**
                             :   **5:00 p.m. (ET)**
- - - - - - - - - - - - - - x

---

[1]  The Debtors and the last four digits of their respective taxpayer
     identification numbers are as follows: Circuit City Stores, Inc. (3875),
     Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux
     International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC
     Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821),
     Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott
     Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture
     Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116),
     Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City
     Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc.
     is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other
     Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

**NOTICE TO COUNTERPARTIES TO LEASES THAT THE DEBTORS HAVE
IDENTIFIED A POTENTIAL PURCHASER OF UNEXPIRED NONRESIDENTIAL REAL
PROPERTY LEASE**

PLEASE TAKE NOTICE that pursuant to the bidding procedures (the "Bidding Procedures")[2] approved by the Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") in the Order Under Bankruptcy Code Sections 105, 363, And 365 (I) Approving Bidding And Auction Procedures For Sale Of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Date And (III) Authorizing And Approving (A) Sale Of Certain Unexpired Nonresidential Real Property Leases Free And Clear Of All Interests, (B) Assumption And Assignment Of Certain Unexpired Nonresidential Real Property Leases And (C) Lease Rejection Procedures (the "Bidding And Rejection Procedures Order") (Docket No. 2242) entered on February 19, 2009, the debtors and debtors in possession in the above captioned cases (collectively, the "Debtors") have identified P.C. Richard & Son, Inc. as a potential purchaser (a "Potential Purchaser") of the lease referred to as location 3669, East Brunswick (the "Lease").

PLEASE TAKE FURTHER NOTICE pursuant to the Bidding Procedures, the Lease to which you are a counterparty will be assumed and assigned to the Potential Purchaser if the sale is successful and approved by the Bankruptcy Court at the sale hearing to be held on **March 13, 2009 at 10:00 a.m. (Eastern)** (the "Sale Hearing") in the United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Room 5000, Richmond, VA 23219.

PLEASE TAKE FURTHER NOTICE that if more than one party has been identified as a Potential Purchaser, such parties may participate in an auction for the interest in the Lease at **10:00 a.m. (Eastern) on March 10, 2009** at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, New York 10036 or such later time or other place as the Debtors shall determine.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the assumption and assignment of a Lease to a Potential Purchaser, who may ultimately become the Successful Bidder, must (a) be in writing, (b) state with specificity the legal and factual basis

---

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures.

for such objection, (c) conform to the Federal Rules of
Bankruptcy Procedure, the Local Bankruptcy Rules for the Eastern
District of Virginia, and the Order Pursuant to Bankruptcy Code
Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local
Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice,
Case Management, and Administrative Procedures (Docket No. 0130)
(the "Case Management Order"), (d) be filed with Bankruptcy Court
and (e) served in accordance with the Case Management Order so as
to be **received** on or before **March 12, 2009 at 5:00 p.m. (Eastern)**.

PLEASE TAKE FURTHER NOTICE that if an objection to the
assumption and assignment of the Lease is timely filed and served
in accordance with the procedures above, a hearing with respect
to the objection will be held before the Honorable Kevin R.
Huennekens, United States Bankruptcy Judge for the Eastern
District of Virginia at the Bankruptcy Court, 701 East Broad
Street, Room 5000, Richmond, VA 23219, at the Sale Hearing or
such other date and time as the Court may schedule.  Only
objections conforming to the requirements set forth herein and
timely filed and received will be considered by the Bankruptcy
Court at such hearing.

PLEASE TAKE FURTHER NOTICE that if no objection is
timely filed and received with regard to the Lease, the non-
Debtor counterparty to the Lease will be deemed to have consented
to the assumption and assignment of the Lease to a Potential
Purchaser that is selected as the Successful Bidder and will be
forever barred from asserting any other claims as to such Lease,
including, but not limited to, the propriety or effectiveness of
the assumption and assignment of the Lease, against the Debtors
or the Successful Bidder, or the property of either of them.

PLEASE TAKE FURTHER NOTICE that the Debtors assert that
pursuant to 11 U.S.C. § 365, there is adequate assurance that the
Proposed Cure Amount set forth on the Cure Schedule to be filed
with the Court by 12:00 p.m. (Eastern) on March 5, 2009 will be
paid in accordance with the terms of the Sale Order.  Further,
the Debtors assert that there is adequate assurance of the
Potential Purchasers' future performance under the Lease to be
assumed and assigned.  Adequate Assurance Information, which
includes information regarding the financial wherewithal of the
Potential Purchaser, will be provided by the Potential Purchaser
upon request and evidence of the same will be adduced, if
necessary, at the Sale Hearing. Prior to the date of the Closing,
the Debtors may revise their decision with respect to the
assumption and/or assignment of any Lease and provide a new
notice amending the information provided in this notice.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 3, 2009
   Richmond, Virginia SKADDEN, ARPS, SLATE, MEAGHER &
             FLOM, LLP
             Gregg M. Galardi, Esq.
             Ian S. Fredericks, Esq.
             P.O. Box 636
             Wilmington, Delaware 19899-0636
             (302) 651-3000

              - and –

             SKADDEN, ARPS, SLATE, MEAGHER &
             FLOM, LLP
             Chris L. Dickerson, Esq.
             333 West Wacker Drive
             Chicago, Illinois 60606
             (312) 407-0700

              - and –

             MCGUIREWOODS LLP

             /s/ Douglas M. Foley
             Dion W. Hayes (VSB No. 34304)
             Douglas Foley (VSB No. 34364)
             One James Center
             901 E. Cary Street
             Richmond, Virginia 23219
             (804) 775-1000

             Counsel for Debtors and Debtors
             in Possession

# EXHIBIT Q

Circuit City Stores, Inc.
Special Party

| Email |
|---|
| tandresen3@verizon.net |
| bgray@sandsanderson.com |

Email

# EXHIBIT R

Circuit City Stores, Inc.
Special Party

| Name | Fax |
|------|-----|
| Vornado Finance LLC | (201) 587-0600 |
| Sands Anderson Marks & Miller | (804) 783-7291 |

Email

# EXHIBIT S

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors in
Possession

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
                                :
In re:                          :    Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :    Case No. 08-35653-KRH
et al.,                         :
                                :
          Debtors.[1]           :    Jointly Administered
                                :
                                :    **Hrg. Date: March 13, 2009 at
                                :    10:00 a.m. (ET)**
                                :    **Obj. Due: March 12, 2009 at
                                :    5:00 p.m. (ET)**
- - - - - - - - - - - - - - x

_____

[1]  The Debtors and the last four digits of their respective taxpayer
     identification numbers are as follows: Circuit City Stores, Inc. (3875),
     Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux
     International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC
     Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821),
     Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott
     Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture
     Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116),
     Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City
     Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc.
     is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other
     Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

1

**NOTICE TO COUNTERPARTIES TO LEASES THAT THE DEBTORS HAVE
IDENTIFIED A POTENTIAL PURCHASER OF UNEXPIRED NONRESIDENTIAL REAL
PROPERTY LEASE**

PLEASE TAKE NOTICE that pursuant to the bidding procedures (the "Bidding Procedures")[2] approved by the Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") in the Order Under Bankruptcy Code Sections 105, 363, And 365 (I) Approving Bidding And Auction Procedures For Sale Of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Date And (III) Authorizing And Approving (A) Sale Of Certain Unexpired Nonresidential Real Property Leases Free And Clear Of All Interests, (B) Assumption And Assignment Of Certain Unexpired Nonresidential Real Property Leases And (C) Lease Rejection Procedures (the "Bidding And Rejection Procedures Order") (Docket No. 2242) entered on February 19, 2009, the debtors and debtors in possession in the above captioned cases (collectively, the "Debtors") have identified Best Buy Stores, L.P. as a potential purchaser (a "Potential Purchaser") of the lease referred to as location 3561, Mall at Millenia (the "Lease").

PLEASE TAKE FURTHER NOTICE pursuant to the Bidding Procedures, the Lease to which you are a counterparty will be assumed and assigned to the Potential Purchaser if the sale is successful and approved by the Bankruptcy Court at the sale hearing to be held on **March 13, 2009 at 10:00 a.m. (Eastern)** (the "Sale Hearing") in the United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Room 5000, Richmond, VA 23219.

PLEASE TAKE FURTHER NOTICE that if more than one party has been identified as a Potential Purchaser, such parties may participate in an auction for the interest in the Lease at **10:00 a.m. (Eastern) on March 10, 2009** at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, New York 10036 or such later time or other place as the Debtors shall determine.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the assumption and assignment of a Lease to a Potential Purchaser, who may ultimately become the Successful Bidder, must (a) be in

---

[2]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures.

writing, (b) state with specificity the legal and factual basis
for such objection, (c) conform to the Federal Rules of
Bankruptcy Procedure, the Local Bankruptcy Rules for the Eastern
District of Virginia, and the Order Pursuant to Bankruptcy Code
Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local
Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice,
Case Management, and Administrative Procedures (Docket No. 0130)
(the "Case Management Order"), (d) be filed with Bankruptcy Court
and (e) served in accordance with the Case Management Order so as
to be **received** on or before **March 12, 2009 at 5:00 p.m. (Eastern).**

PLEASE TAKE FURTHER NOTICE that if an objection to the
assumption and assignment of the Lease is timely filed and served
in accordance with the procedures above, a hearing with respect
to the objection will be held before the Honorable Kevin R.
Huennekens, United States Bankruptcy Judge for the Eastern
District of Virginia at the Bankruptcy Court, 701 East Broad
Street, Room 5000, Richmond, VA 23219, at the Sale Hearing or
such other date and time as the Court may schedule.  Only
objections conforming to the requirements set forth herein and
timely filed and received will be considered by the Bankruptcy
Court at such hearing.

PLEASE TAKE FURTHER NOTICE that if no objection is
timely filed and received with regard to the Lease, the non-
Debtor counterparty to the Lease will be deemed to have consented
to the assumption and assignment of the Lease to a Potential
Purchaser that is selected as the Successful Bidder and will be
forever barred from asserting any other claims as to such Lease,
including, but not limited to, the propriety or effectiveness of
the assumption and assignment of the Lease, against the Debtors
or the Successful Bidder, or the property of either of them.

PLEASE TAKE FURTHER NOTICE that the Debtors assert that
pursuant to 11 U.S.C. § 365, there is adequate assurance that the
Proposed Cure Amount set forth on the Cure Schedule to be filed
with the Court by 12:00 p.m. (Eastern) on March 5, 2009 will be
paid in accordance with the terms of the Sale Order.  Further,
the Debtors assert that there is adequate assurance of the
Potential Purchasers' future performance under the Lease to be
assumed and assigned.  Adequate Assurance Information, which
includes information regarding the financial wherewithal of the
Potential Purchaser, is attached hereto and evidence of the same
will be adduced, if necessary, at the Sale Hearing. Prior to the
date of the Closing, the Debtors may revise their decision with
respect to the assumption and/or assignment of any Lease and

provide a new notice amending the information provided in this
notice.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT
MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER
NOTICE OR HEARING.**


Dated: March 3, 2009
       Richmond, Virginia   SKADDEN, ARPS, SLATE, MEAGHER &
                            FLOM, LLP
                            Gregg M. Galardi, Esq.
                            Ian S. Fredericks, Esq.
                            P.O. Box 636
                            Wilmington, Delaware 19899-0636
                            (302) 651-3000

                                    - and -

                            SKADDEN, ARPS, SLATE, MEAGHER &
                            FLOM, LLP
                            Chris L. Dickerson, Esq.
                            333 West Wacker Drive
                            Chicago, Illinois 60606
                            (312) 407-0700

                                    - and -

                            MCGUIREWOODS LLP

                            /s/ Douglas M. Foley
                            Dion W. Hayes (VSB No. 34304)
                            Douglas Foley (VSB No. 34364)
                            One James Center
                            901 E. Cary Street
                            Richmond, Virginia 23219
                            (804) 775-1000

                            Counsel for Debtors and Debtors
                            in Possession

# EXHIBIT

For the purpose of confidentiality, the Exhibit to the
Potential Purchaser Notice has been redacted.

# EXHIBIT T

Circuit City Stores, Inc.
Landlord

| Name | Fax | Email |
|------|-----|-------|
| CAMERON GROUP ASSOCIATES LLP | (407) 648-9230 | rifemiller@gmail.com |

# EXHIBIT U

Gregg M. Galardi, Esq.                    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                   Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,     MCGUIREWOODS LLP
LLP                                       One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors in
Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
                                :
In re:                          :   Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :   Case No. 08-35653-KRH
et al.,                         :
                                :
        Debtors.[1]             :   Jointly Administered
                                :
                                :   **Hrg. Date: March 13, 2009 at
                                :   10:00 a.m. (ET)**
                                :   **Obj. Due: March 12, 2009 at
                                :   5:00 p.m. (ET)**
- - - - - - - - - - - - - - x

[1]  The Debtors and the last four digits of their respective taxpayer
     identification numbers are as follows: Circuit City Stores, Inc. (3875),
     Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux
     International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC
     Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821),
     Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott
     Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture
     Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116),
     Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City
     Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc.
     is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other
     Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

1

**NOTICE TO COUNTERPARTIES TO LEASES THAT THE DEBTORS HAVE
IDENTIFIED A POTENTIAL PURCHASER OF UNEXPIRED NONRESIDENTIAL REAL
PROPERTY LEASE**

PLEASE TAKE NOTICE that pursuant to the bidding
procedures (the "Bidding Procedures")[2] approved by the Bankruptcy
Court for the Eastern District of Virginia (the "Bankruptcy
Court") in the Order Under Bankruptcy Code Sections 105, 363, And
365 (I) Approving Bidding And Auction Procedures For Sale Of
Unexpired Nonresidential Real Property Leases, (II) Setting Sale
Hearing Date And (III) Authorizing And Approving (A) Sale Of
Certain Unexpired Nonresidential Real Property Leases Free And
Clear Of All Interests, (B) Assumption And Assignment Of Certain
Unexpired Nonresidential Real Property Leases And (C) Lease
Rejection Procedures (the "Bidding And Rejection Procedures
Order") (Docket No. 2242) entered on February 19, 2009, the
debtors and debtors in possession in the above captioned cases
(collectively, the "Debtors") have identified The TJX Companies,
Inc. as a potential purchaser (a "Potential Purchaser") of the
lease referred to as location 232, San Mateo (the "Lease").

PLEASE TAKE FURTHER NOTICE pursuant to the Bidding
Procedures, the Lease to which you are a counterparty will be
assumed and assigned to the Potential Purchaser if the sale is
successful and approved by the Bankruptcy Court at the sale
hearing to be held on **March 13, 2009 at 10:00 a.m. (Eastern)** (the
"Sale Hearing") in the United States Bankruptcy Court for the
Eastern District of Virginia, 701 East Broad Street, Room 5000,
Richmond, VA 23219.

PLEASE TAKE FURTHER NOTICE that if more than one party
has been identified as a Potential Purchaser, such parties may
participate in an auction for the interest in the Lease at **10:00
a.m. (Eastern) on March 10, 2009** at the offices of Skadden, Arps,
Slate, Meagher & Flom LLP, 4 Times Square, New York, New York
10036 or such later time or other place as the Debtors shall
determine.

PLEASE TAKE FURTHER NOTICE that objections, if any, to
the assumption and assignment of a Lease to a Potential Purchaser,
who may ultimately become the Successful Bidder, must (a) be in
writing, (b) state with specificity the legal and factual basis

---

[2]  Capitalized terms not otherwise defined herein shall have the meanings
ascribed to them in the Bidding Procedures.

for such objection, (c) conform to the Federal Rules of
Bankruptcy Procedure, the Local Bankruptcy Rules for the Eastern
District of Virginia, and the Order Pursuant to Bankruptcy Code
Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local
Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice,
Case Management, and Administrative Procedures (Docket No. 0130)
(the "Case Management Order"), (d) be filed with Bankruptcy Court
and (e) served in accordance with the Case Management Order so as
to be **received** on or before **March 12, 2009 at 5:00 p.m. (Eastern).**

PLEASE TAKE FURTHER NOTICE that if an objection to the
assumption and assignment of the Lease is timely filed and served
in accordance with the procedures above, a hearing with respect
to the objection will be held before the Honorable Kevin R.
Huennekens, United States Bankruptcy Judge for the Eastern
District of Virginia at the Bankruptcy Court, 701 East Broad
Street, Room 5000, Richmond, VA 23219, at the Sale Hearing or
such other date and time as the Court may schedule.  Only
objections conforming to the requirements set forth herein and
timely filed and received will be considered by the Bankruptcy
Court at such hearing.

PLEASE TAKE FURTHER NOTICE that if no objection is
timely filed and received with regard to the Lease, the non-
Debtor counterparty to the Lease will be deemed to have consented
to the assumption and assignment of the Lease to a Potential
Purchaser that is selected as the Successful Bidder and will be
forever barred from asserting any other claims as to such Lease,
including, but not limited to, the propriety or effectiveness of
the assumption and assignment of the Lease, against the Debtors
or the Successful Bidder, or the property of either of them.

PLEASE TAKE FURTHER NOTICE that the Debtors assert that
pursuant to 11 U.S.C. § 365, there is adequate assurance that the
Proposed Cure Amount set forth on the Cure Schedule to be filed
with the Court by 12:00 p.m. (Eastern) on March 5, 2009 will be
paid in accordance with the terms of the Sale Order.  Further,
the Debtors assert that there is adequate assurance of the
Potential Purchasers' future performance under the Lease to be
assumed and assigned.  Adequate Assurance Information, which
includes information regarding the financial wherewithal of the
Potential Purchaser, is attached hereto and evidence of the same
will be adduced, if necessary, at the Sale Hearing. Prior to the
date of the Closing, the Debtors may revise their decision with
respect to the assumption and/or assignment of any Lease and
provide a new notice amending the information provided in this
notice.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 3, 2009
      Richmond, Virginia   SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
                           Gregg M. Galardi, Esq.
                           Ian S. Fredericks, Esq.
                           P.O. Box 636
                           Wilmington, Delaware 19899-0636
                           (302) 651-3000

                                      - and -

                           SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
                           Chris L. Dickerson, Esq.
                           333 West Wacker Drive
                           Chicago, Illinois 60606
                           (312) 407-0700

                                      - and -

                           MCGUIREWOODS LLP

                           /s/ Douglas M. Foley
                           Dion W. Hayes (VSB No. 34304)
                           Douglas Foley (VSB No. 34364)
                           One James Center
                           901 E. Cary Street
                           Richmond, Virginia 23219
                           (804) 775-1000

                           Counsel for Debtors and Debtors in Possession

# EXHIBIT

For the purpose of confidentiality, the Exhibit to the
Potential Purchaser Notice has been redacted.

# EXHIBIT V

Circuit City Stores, Inc.
Special Party

| Name | Fax | Email |
|------|-----|-------|
| Ropes & Gray LLP | (617) 235-0745 | heather.zelevinsky@ropesgray.com |
| Concar Enterprises Inc | | mmueller@cblaw.com |

# EXHIBIT W

Circuit City Stores, Inc.
Landlord

| Company Name | Notice Name | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| CONCAR ENTERPRISES INC | JEFFREY ATKINSON SEC TREASURER | 1700 SOUTH EL CAMINO REAL | SUITE 407 | SAN MATEO | CA | 94402-3050 | US |

Overnight Mail

# EXHIBIT X

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors in
Possession

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
               :
In re:           :  Chapter 11
               :
CIRCUIT CITY STORES, INC.,  :  Case No. 08-35653-KRH
et al.,          :
               :
        Debtors.[1]  :  Jointly Administered
               :
               :  **Hrg. Date: March 13, 2009 at
               :  10:00 a.m. (ET)
               :  Obj. Due: March 12, 2009 at
               :  5:00 p.m. (ET)**
- - - - - - - - - - - - - x

[1] The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc. (3875),
Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux
International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC
Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821),
Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott
Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture
Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116),
Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City
Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc.
is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other
Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

1

**NOTICE TO COUNTERPARTIES TO LEASES THAT THE DEBTORS HAVE
IDENTIFIED A POTENTIAL PURCHASER OF UNEXPIRED NONRESIDENTIAL REAL
PROPERTY LEASE**

PLEASE TAKE NOTICE that pursuant to the bidding
procedures (the "Bidding Procedures")[2] approved by the Bankruptcy
Court for the Eastern District of Virginia (the "Bankruptcy
Court") in the Order Under Bankruptcy Code Sections 105, 363, And
365 (I) Approving Bidding And Auction Procedures For Sale Of
Unexpired Nonresidential Real Property Leases, (II) Setting Sale
Hearing Date And (III) Authorizing And Approving (A) Sale Of
Certain Unexpired Nonresidential Real Property Leases Free And
Clear Of All Interests, (B) Assumption And Assignment Of Certain
Unexpired Nonresidential Real Property Leases And (C) Lease
Rejection Procedures (the "Bidding And Rejection Procedures
Order") (Docket No. 2242) entered on February 19, 2009, the
debtors and debtors in possession in the above captioned cases
(collectively, the "Debtors") have identified as potential
purchasers (i) Best Buy Stores, L.P., (ii) P.C. Richard & Son,
Inc. and (iii) America's Kids LLC (each, a "Potential Purchaser")
of the lease referred to as location 3663, Gateway (the "Lease").

PLEASE TAKE FURTHER NOTICE pursuant to the Bidding
Procedures, the Lease to which you are a counterparty will be
assumed and assigned to the Potential Purchaser if the sale is
successful and approved by the Bankruptcy Court at the sale
hearing to be held on **March 13, 2009 at 10:00 a.m. (Eastern)** (the
"Sale Hearing") in the United States Bankruptcy Court for the
Eastern District of Virginia, 701 East Broad Street, Room 5000,
Richmond, VA 23219.

PLEASE TAKE FURTHER NOTICE that if more than one party
has been identified as a Potential Purchaser, such parties may
participate in an auction for the interest in the Lease at **10:00
a.m. (Eastern) on March 10, 2009** at the offices of Skadden, Arps,
Slate, Meagher & Flom LLP, 4 Times Square, New York, New York
10036 or such later time or other place as the Debtors shall
determine.

PLEASE TAKE FURTHER NOTICE that objections, if any, to
the assumption and assignment of the Lease to a Potential
Purchaser, who may ultimately become the Successful Bidder, must

---

[2]   Capitalized terms not otherwise defined herein shall have the meanings
ascribed to them in the Bidding Procedures.

(a) be in writing, (b) state with specificity the legal and
factual basis for such objection, (c) conform to the Federal
Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the
Eastern District of Virginia, and the Order Pursuant to
Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and
9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing
Certain Notice, Case Management, and Administrative Procedures
(Docket No. 0130) (the "Case Management Order"), (d) be filed
with Bankruptcy Court and (e) served in accordance with the Case
Management Order so as to be **received** on or before **March 12, 2009
at 5:00 p.m. (Eastern).**

        PLEASE TAKE FURTHER NOTICE that if an objection to the
assumption and assignment of the Lease is timely filed and served
in accordance with the procedures above, a hearing with respect
to the objection will be held before the Honorable Kevin R.
Huennekens, United States Bankruptcy Judge for the Eastern
District of Virginia at the Bankruptcy Court, 701 East Broad
Street, Room 5000, Richmond, VA 23219, at the Sale Hearing or
such other date and time as the Court may schedule.  Only
objections conforming to the requirements set forth herein and
timely filed and received will be considered by the Bankruptcy
Court at such hearing.

        PLEASE TAKE FURTHER NOTICE that if no objection is
timely filed and received with regard to the Lease, the non-
Debtor counterparty to the Lease will be deemed to have consented
to the assumption and assignment of the Lease to a Potential
Purchaser that is selected as the Successful Bidder and will be
forever barred from asserting any other claims as to such Lease,
including, but not limited to, the propriety or effectiveness of
the assumption and assignment of the Lease, against the Debtors
or the Successful Bidder, or the property of either of them.

        PLEASE TAKE FURTHER NOTICE that the Debtors assert that
pursuant to 11 U.S.C. § 365, there is adequate assurance that the
Proposed Cure Amount set forth on the Cure Schedule to be filed
with the Court by 12:00 p.m. (Eastern) on March 5, 2009 will be
paid in accordance with the terms of the Sale Order.  Further,
the Debtors assert that there is adequate assurance of the
Potential Purchasers' future performance under the Lease to be
assumed and assigned.  Adequate Assurance Information, which
includes information regarding the financial wherewithal of Best
Buy Stores, L.P, is attached hereto and evidence of the same will
be adduced, if necessary, at the Sale Hearing. P.C. Richard &
Sons, Inc. will provide Adequate Assurance Information upon
request.  America's Kids, LLC has been granted an extension to

3

provide Adequate Assurance Information and will do so no later
than 4:00 p.m. (Eastern) on March 5, 2009.  Prior to the date of
the Closing, the Debtors may revise their decision with respect
to the assumption and/or assignment of any Lease and provide a
new notice amending the information provided in this notice.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 3, 2009
      Richmond, Virginia    SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
                                    Gregg M. Galardi, Esq.
                                    Ian S. Fredericks, Esq.
                                    P.O. Box 636
                                    Wilmington, Delaware 19899-0636
                                    (302) 651-3000

                                        - and -

                                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
                                    Chris L. Dickerson, Esq.
                                    333 West Wacker Drive
                                    Chicago, Illinois 60606
                                    (312) 407-0700

                                        - and -

                                    MCGUIREWOODS LLP

                                    /s/ Douglas M. Foley
                                    Dion W. Hayes (VSB No. 34304)
                                    Douglas Foley (VSB No. 34364)
                                    One James Center
                                    901 E. Cary Street
                                    Richmond, Virginia 23219
                                    (804) 775-1000

                                    Counsel for Debtors and Debtors in Possession

# EXHIBIT

For the purpose of confidentiality, the Exhibit to the
Potential Purchaser Notice has been redacted.

# EXHIBIT Y

Circuit City Stores, Inc.
Special Party

| Email |
|---|
| kushnickh@gtlaw.com |

# EXHIBIT Z

Circuit City Stores, Inc.
Landlord

| Company Name | Notice Name | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| GATEWAY CENTER PROPERTIES III LLC | ANA BLUMENAU | 625 MADISON AVENUE | C O RELATED RETAIL CORPORATION | NEW YORK | NY | 10022 | US |

Overnight Mail