Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

            IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                    RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       : Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   : Case No. 08-35653
et al.,                      :
                             :
            Debtors.         : Jointly Administered
- - - - - - - - - - - - - - x

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 30, 2009 AT 10:00 A.M. (EASTERN)

        Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on March
30, 2009 beginning at 10:00 a.m. Eastern.

I.    **RESOLVED/WITHDRAWN MATTERS**

1.    Motion of AOL LLC for Payment of Administrative Expense
      Claim (Docket No. 1760)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1761)

      b.    Corrected Notice of Motion and Hearing (Docket No.
            1776)

      Objection
      Deadline:         February 6, 2009 at 4:00 p.m., extended
                        for the Debtors until March 26, 2009 at
                        4:00 p.m.

      Objections/
      Responses
      Filed:            Informal response of the Debtors

      Status:           This matter is deemed withdrawn.

2.    Corrected Motion of Platform-A for Payment of
      Administrative Expense Claim (Docket No. 1763)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1757)

      b.    Corrected Notice of Motion and Hearing (Docket No.
            1777)

      Objection
      Deadline:         February 6, 2009 at 4:00 p.m., extended
                        for the Debtors until March 26, 2009 at
                        4:00 p.m.

      Objections/
      Responses
      Filed:            Informal response of the Debtors

      Status:           This matter is deemed withdrawn.

3.      Amended Motion of Lexar Media, Inc. for Relief from the
        Automatic Stay to Permit Termination of Consignment
        Agreement and for Entry of an Order Directing Debtors to
        Reject Consignment Agreement (Docket No. 1874)

        Related
        Documents:

        a.      Emergency Motion of Lexar Media, Inc. for Relief
                from the Automatic Stay to Permit Termination of
                Consignment Agreement and for Entry of an Order
                Directing Debtors to Reject Consignment Agreement,
                (Docket No. 1788)

        b.      Motion for Expedited Hearing on Emergency Motion
                (Docket No. 1790)

        c.      Notice of Amended Motion and Hearing (Docket No.
                1875)

        Objection
        Deadline:       February 11, 2009 at 4:00 p.m.

        Objections/
        Responses
        Filed:

        a.      Debtors' Objection to Amended Motion of Lexar
                Media, Inc. for Relief from the Automatic Stay to
                Permit Termination of Consignment Agreement and for
                Entry of an Order Directing Debtors to Reject
                Consignment Agreement (Docket No. 2066)

        Status:         This matter has been resolved and the
                        parties will submit a consent order to
                        the Court.

4.      Motion and Supporting Memorandum of Law of GMS Golden
        Valley Ranch LLC for Order Allowing and Compelling
        Payment of Administrative Rent and Granting Related
        Relief, with Notice of Motion (Docket No. 1900)

        Objection
        Deadline:       February 24, 2009 at 4:00 p.m., extended
                        for the Debtors until April 10, 2009 at
                        4:00 p.m.

        Objections/

3

Responses
Filed:          None

Status:         This matter has been resolved.

5.  Motion of Applied Predictive Technologies, Inc. for
    Payment of Administrative Expense Claim (Docket No.
    1961)

    Related
    Documents:

    a.   Notice of Motion and Hearing (Docket No. 1962)

    Objection
    Deadline:       February 27, 2009 at 4:00 p.m., extended
                    for the Debtors until March 26, 2009 at
                    4:00 p.m.

    Objections/
    Responses
    Filed:          Informal response of the Debtors

    Status:         This matter has been resolved.  The
                    parties intend to submit a stipulation
                    and consent order to the Court.

6.  Motion for Entry of an Order Granting Adequate
    Protection and Granting Allowance and Payment of
    Administrative Expense Claim, by Cole CC Taunton MA,
    LLC, et al. (Docket No. 2115)

    Related
    Documents:

    a.   Notice of Motion and Hearing (Docket No. 2117)

    Objection
    Deadline:       February 27, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:

    a.   Debtors' Objection to Motion for an Order Granting
         Adequate Protection and Granting Allowance and
         Payment of Administrative Expense Claim (Docket No.
         2343)

Status:           The Court partially disposed of the
                  relief requested.  With respect to the
                  remaining relief, this matter has been
                  resolved.

7.   Motion of Dentici Family Limited Partnership to Compel
     Immediate Payment of Post-Petition Portion of 2008 Real
     Estate Tax Obligations, Plus Attorney Fees (Docket No.
     2259)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 2260)

     b.   Order (Docket No. 2595)

     Objection
     Deadline:         February 27, 2009 at 4:00 p.m., extended
                       for the Debtors until March 1, 2009

     Objections/
     Responses
     Filed:

     a.   Debtors' Objection to Motion of Dentici Family
          Limited Partnership to Compel Immediate Payment of
          Post-Petition Portion of 2008 Real Estate Tax
          Obligations, Plus Attorney Fees (Docket no. 2356)

     b.   Order that request for immediate payment of
          attorney fees contained in the Motion is withdrawn
          and hearing is removed from the Court's docket
          (Docket No. 2756).

     Status:           This matter is resolved.  The Movant's
                       request for payment of real estate taxes
                       has been granted with the Debtors'
                       consent, and the Movant has withdrawn,
                       without prejudice, its request for
                       attorney fees, with all of the Debtors'
                       rights with respect thereto preserved.

8.    Notice of and Motion for Relief from Automatic Stay, by
      Cleveland Construction, Inc. (Docket No. 2417)

      Objection
      Deadline:        March 23, 2009 at 4:00 p.m. Generally
                       extended for the Debtors

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          The parties are working towards a
                       consensual resolution of this matter, and
                       anticipate submitting a consent order to
                       the Court.

9.    Motion of Port Arthur Holdings, III, Ltd. and 610 & San
      Felipe, Inc. to Compel Immediate Payment of Post-
      Petition Portion of 2008 Real Estate Tax Obligation
      (Docket No. 2460)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 2461)

      Objection
      Deadline:        March 23, 2009 at 5:00 p.m.

      Objections/
      Responses
      Filed:           Informal response of the Debtors

      Status:          This matter has been resolved.

10.   Corrected Motion for Entry of an Order Granting Adequate
      Protection and Granting Allowance and Payment of
      Administrative Expense Claim, by Port Arthur Holdings,
      III, Ltd. (Docket No. 2483)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 2458)

      b.    Original Motion (Docket No. 2456)

Objection
Deadline:          March 23, 2009 at 5:00 p.m.

Objections/
Responses
Filed:             Debtors' Objection To Motion For An Order
                   Granting Adequate Protection And Granting
                   Allowance And Payment Of Administrative
                   Expense Claim (Docket No.2763)

Status:            This matter has been resolved.  The
                   parties intend to submit a consensual
                   form of order to the Court.

11.   Notice of and Motion for Relief from Automatic Stay, by
      John Rohrer Contracting Company, Inc. (Docket No. 2497)

Objection
Deadline:          March 23, 2009 at 4:00 p.m.; generally
                   extended for the Debtors

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            The parties are working towards a
                   consensual resolution of this matter, and
                   anticipate submitting a consent order to
                   the Court.

12.   Notice of and Motion for Relief from Automatic Stay, by
      Hillson Electric Inc. (Docket No. 2498)

Objection
Deadline:          March 23, 2009 at 4:00 p.m.; generally
                   extended for the Debtors

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            The parties are working towards a
                   consensual resolution of this matter, and
                   anticipate submitting a consent order to
                   the Court.

13.   Notice of and Motion for Relief from Automatic Stay, by
      Lang Construction, Inc. (Docket No. 2499)

      Objection
      Deadline:        March 23, 2009 at 4:00 p.m.; generally
                       extended for the Debtors.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          The parties are working towards a
                       consensual resolution of this matter, and
                       anticipate submitting a consent order to
                       the Court.

14.   Notice of and Motion for Relief from Automatic Stay, by
      Bagby & Russell Electric Company, Inc. (Docket No. 2545)

      Objection
      Deadline:        March 27, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter is deemed withdrawn.

15.   Motion of 610 & San Felipe, Inc. for an Order Compelling
      Debtor to Immediately Pay Post-Petition Rent and Other
      Related Charges Pursuant to 11 U.S.C. Section 365(d)(3)
      and Granting Related Relief (Docket No. 2600)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2601)

      Objection
      Deadline:        March 26, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           Informal response of the Debtors

      Status:          The parties have resolved this matter.

**II.   CONTINUED/ADJOURNED MATTERS**

16.   Motion for Order Under 11 U.S.C. Sections 105, 362 and
      541 and Fed. R. Bankr. P. 3001 and 3002 Establishing
      Notice, Hearing, and Sell-Down Procedures for Trading in
      Equity Securities and Claims Against the Debtors'
      Estates (Docket No. 20)

      Related
      Documents:

      a.    Interim Order Under 11 U.S.C. 105, 362 And 541 And
            Fed. R. Bankr. P. 3001 And 3002 Establishing
            Notice, Hearing, And Sell-Down Procedures For
            Trading In Equity Securities And Claims Against The
            Debtors Estates And Setting Hearing (Docket No.
            135)

      Objection
      Deadline:      November 22, 2008 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Informal Response of the Securities Exchange
            Commission

      b.    Informal Response of the Official Committee of
            Unsecured Creditors

      Status:        The informal response of the SEC has been
                     resolved.  This matter has been adjourned
                     until April 28, 2009 at 10:00 a.m.

17.   Debtors' Motion for Order Pursuant to 11 U.S.C. §§
      105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006
      Authorizing Rejection of Unexpired Leases of
      Nonresidential Real Property and Abandonment of Personal
      Property Effective as of the Petition Date (Docket No.
      21)

      Related
      Documents:

      a.    Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and
            554 and Fed. R. Bankr. P. 6006 Authorizing
            Rejection of Unexpired Leases of Nonresidential

Real Property and Abandonment of Personal Property
Effective as of the Petition Date (Docket No. 81)

Objection
Deadline:        December 18, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.     Limited Objection by Dick's Sporting Goods, Inc. to
       Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and
       554 and Fed. R. Bankr. P. 6006 Authorizing
       Rejection of Unexpired Leases of Nonresidential
       Real Property and Abandonment of Personal Property
       Effective as of the Petition Date (Docket No. 275)

       Status:    This matter has been adjourned to April
                  14, 2009 at 10:00 a.m.

b.     Limited Objection by Golf Galaxy, Inc. to Order
       Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and
       Fed. R. Bankr. P. 6006 Authorizing Rejection of
       Unexpired Leases of Nonresidential Real Property
       and Abandonment of Personal Property Effective as
       of the Petition Date (Docket No. 277)

       Status:    This matter has been adjourned to April
                  14, 2009 at 10:00 a.m.

c.     Objection of Dollar Tree Stores, Inc. to the Order
       Pursuant to 11 U.S.C. Sections 105(A), and 554 and
       Fed. R. Bankr. P. 6006 Authorizing Rejection of
       Unexpired Leases of Nonresidential Real Property
       and Abandonment of Personal Property Effective as
       of the Petition Date (Docket No. 351)

       Related
       Documents:

       (i) Response of Chalek Company, LLC, (Landlord) to
           Objection of Dollar Tree Stores, Inc.
           (Sublessee) to the Order Pursuant to 11 U.S.C.
           §§ 105(A), and 554 and Fed. R. Bankr. P. 6006
           Authorizing Rejection Of Unexpired Leases And
           Subleases Of Nonresidential Real Property And
           Abandonment Of Personal Property as of the
           Petition Date (Docket No. 1481)

(ii) Notice of Withdrawal of Response of Chalek
     Company, LLC (Docket No. 1778)

Status:   This objection has been resolved. No
          hearing is necessary.

d.   Joinder of Landlord, 120 Orchard, 427 Orchard LLC
     and FT Orchard LLC in Limited Objection to Order
     Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and
     Fed. R. Bankr. P. 6006 Authorizing Rejection of
     Unexpired Leases of Nonresidential Real Property
     and Abandonment of Personal Property Effective as
     of the Petition Date (Docket No. 354)

Related
Documents:

     (i)  Landlords' 120 Orchard, 427 Orchard LLC and FT
          Orchard LLC Motion and Supporting Memorandum
          for an Order Compelling Payment of Post-
          Petition Rent and Granting Related Relief and
          Supplement to Joinder in Limited Objection
          (Dkt. Nos. 277 and 354) (Docket No. 949)

     Status:   This matter has been adjourned to April
               14, 2009 at 10:00 a.m.

e.   Joinder Of Galleria Plaza, Ltd. To Limited
     Objection Of Dick's Sporting Goods, Inc. To Order
     Pursuant To 11 U.S.C. Sections 105(a), 365(a) And
     554 And Fed. R. Bankr. P. 6006 Authorizing
     Rejection Of Unexpired Leases And Subleases Of
     Nonresidential Real Property And Abandonment Of
     Personal Property Effective As Of The Petition Date
     (Docket No. 719)

Related
Documents:

     (i)  Amended Joinder Of Galleria Plaza, Ltd. To
          Limited Objection Of Dick's Sporting Goods,
          Inc. To Order Pursuant To 11 U.S.C. Sections
          L05(a), 365(a) And 554 And Fed. R. Bankr. P.
          6006 Authorizing Rejection Of Unexpired
          Leases And Subleases Of Nonresidential Real
          Property And Abandonment Of Personal

Property Effective As Of The Petition Date
(Docket No. 927)

(ii) Second Amended Joinder of Galleria Plaza,
Ltd. to Limited Objection of Dick's Sporting
Goods, Inc. To Order Pursuant To 11 U.S.C.
Sections 105(a), 365(a) And 554 And Fed. R.
Bankr. P. 6006 Authorizing Rejection Of
Unexpired Leases And Subleases Of
Nonresidential Real Property And Abandonment
Of Personal Property Effective As Of The
Petition Date (Docket No. 2647)

Status:    This matter has been adjourned to April
14, 2009 at 10:00 a.m.

f.    Debtors' Omnibus Reply to Objections and in Support
of Motion of the Debtors for Entry of an Order
Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and
Fed. R. Bankr. P. 6006 Authorizing Rejection of
Unexpired Leases of Nonresidential Real Property
and Abandonment of Personal Property Effective as
of the Petition Date (Docket No. 664)

Status:    This matter has been adjourned to April
14, 2009 at 10:00 a.m.

General
Status:    The matter has been adjourned/resolved as
and to the extent listed above.

18.    Navarre Distribution Services, Inc.'s Motion for an
Order Granting Adequate Protection Pursuant to 11 U.S.C.
§§ 361 and 363 (Docket No. 958)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 959)

Objection
Deadline:    December 18, 2008 at 4:00 p.m., extended
for the Debtors until December 19, 2008
at 1:00 p.m.

Objections/
Responses
Filed:

    a.    Debtors' Objection To Navarre Distribution
          Services, Inc.'s Motion For Adequate Protection And
          Response To Limited Objection Of Navarre To
          Debtors' DIP Motion (Docket No. 1126)

    Status:          This matter has been adjourned to April
                     14, 2009 at 10:00 a.m.

19.  Motion of TomTom, Inc. for an Order Under Sections 105,
     362, and 363 Modifying the Automatic Stay to Permit the
     Exercise of Setoff and/or Recoupment Rights Against the
     Debtors, and Notice of Motion (Docket No. 1052)

     Related
     Documents:

     a.    Amended Notice of Motion and Hearing (Docket No.
           1244)

     Objection
     Deadline:         January 12, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.    Debtors' Objection To Tomtom, Inc.'s Motion For An
           Order Under Sections 105, 362 And 363 Modifying The
           Automatic Stay To Permit The Exercise Of Setoff
           And/Or Recoupment Rights Against The Debtors
           (Docket No. 1475)

     b.    Reply to the Debtor's Objection to the Motion for
           an Order Under Sections 105, 362, and 363 Modifying
           the Automatic Stay to Permit the Exercise of Setoff
           and/or Recoupment Rights Against the Debtors
           (Docket No. 1529)

     Status:          This matter has been adjourned to April
                      14, 2009 at 10:00 a.m.

20.  Motion of Federal Warranty Services Corporation,
     Sureway, Inc., American Bankers Insurance Company of
     Florida, and United Service Protection, Inc. To Compel
     Assumption Or Rejection Of Agreements Between The
     Assurant Companies And Circuit City Stores, Inc., Or In
     The Alternative Motion For Relief From Stay To Terminate

Agreements, And Memorandum In Support (Docket Nos. 1794 and 1813)

Related
Documents:

a.    Notice of Motion and Hearing (Docket Nos. 1796 and 1816)

Objection
Deadline:        February 11, 2009 at 4:00 p.m., extended for the Debtors until April 8, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           Informal response of the Debtors

Status:          This matter has been adjourned to April 14, 2009 at 10:00 a.m.

21.   Debtors' Motion for Orders Under Bankruptcy Code Sections 105, 363, and 365 (I) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Dates and (III) Authorizing and Approving (A) Sale of Certain Unexpired Nonresidential Real Property Leases Free and Clear of All Interests, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases and (C) Lease Rejection Procedures (Docket No. 1946)

Related
Documents:

a.    Notice of Hearing (Docket No. 1947)

b.    Order under Bankruptcy Code Sections 105, 363, and 265 (I) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Dates and (III) Authorizing and Approving (A) Sale of Certain Unexpired Nonresidential Real Property Leases Free and Clear of All Interests, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases and (C) Lease Rejection Procedures (Docket No. 2242)

c.    Notice of February Lease Bid Deadline, Auction Date and Related Objection Deadline and Sale Hearing Date (Docket No. 2245)

d.    Supplemental Order Under Bankruptcy Code Sections 105, 363, and 365 Approving Amended Bid Deadline in Connection with Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases (Docket No. 2346)

e.    Notice of Amended March Bid Deadline – New Deadline: March 3, 2009 at 4:00 p.m. (Eastern) (Docket No. 2351)

f.    Notice of Bids Received (Docket No. 2403)

g.    Cure Schedule (Docket No. 2407)

h.    Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2408)

i.    Notice of Rejection of Unexpired Lease and Abandonment of Personal Property (Docket No. 2409)

j.    Notice of Rejection of Unexpired Lease and Abandonment of Personal Property (Docket No. 2410)

k.    Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2412)

l.    Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2419)

m.    Supplemental Notice of Bids Received (Docket No. 2420)

n.    Supplemental Cure Schedule (Docket No. 2421)

o.    Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2434)

p.    Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2463)

q.    Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2503)

r.    Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3697) (Docket No. 2580)

s.    Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3692) (Docket No. 2581)

t.    Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3670) (Docket No. 2582)

u.    Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3669) (Docket No. 2583)

v.    Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #859) (Docket No. 2584)

w.    Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3690) (Docket No. 2585)

x.    Order Authorizing Debtors to Terminate Unexpired
      Lease of Non-Residential Real Property (Store #785)
      (Docket No. 2586)

y.    Notice of Rejection of Unexpired Lease and
      Abandonment of Personal Property (Docket No. 2592)

z.    Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3561) (Docket No. 2607)

aa.   Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3663) (Docket No.2609)

ab.   Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3679) (Docket No.2611)

ac.   Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3207) (Docket No. 2612)

ad.   Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #854) (Docket No. 2613)

ae.   Order Authorizing Debtors to Terminate Unexpired
      Lease of Non-Residential Real Property (Store
      #3682A) (Docket No. 2614)

af.   Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #4305) (Docket No. 2651)

ag.   Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #852) (Docket No. 2691)

ah.   Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3203) (Docket No. 2696)

Objection
Deadline:      March 12, 2009 at 5:00 p.m.

Objections/
Responses
Filed:

a.   Objection of 444 Connecticut Avenue, LLC to
     Assumption and Assignment of Lease, and Cure
     Amounts Associated Therewith (Docket No. 2480)

     Status:   This objection is adjourned to April 28,
               2009 at 10:00 a.m.

b.   Limited Objection Of TSA Stores, Inc. To Debtors'
     Notice Of Rejection Of Unexpired Leases And
     Abandonment Of Personal Property (Docket No. 2492)

     Status:   This objection is adjourned to April 28,
               2009 at 10:00 a.m.

c.   Objection of Sea Properties I, LLC's to (I)
     Debtors' Failure to Follow Bidding Procedures and
     (II) Cure Amount Proposed by Debtors (Docket No.
     2541)

     Status:   This objection has been adjourned to
               April 14, 2009 at 10:00 a.m.

d.   Objection of Gateway Center Properties III, LLC to
     SMR Gateway III, LLC as Tenants in Common, to
     Debtors' Proposed Cure Amount (Docket No. 2542)

     Status:   This objection has been adjourned to
               April 28, 2009 at 10:00 a.m.

e.   Objection of Whitestone Development Partners, L.P.
     to Debtors' Proposed Cure Amount (Docket No. 2543)

     Status:   This objection has been adjourned to
               April 28, 2009 at 10:00 a.m.

f.   Objection of Union Square Retail Trust to Debtors'
     Proposed Cure Amount (Docket No. 2544)

     Status:   This objection has been adjourned to
               April 28, 2009 at 10:00 a.m.

General
Status:        The matter has been adjourned as and to
               the extent listed above.

22.  Motion of DirecTV, Inc. for Relief from the Automatic
     Stay to Effect Setoff and Memorandum of Points and
     Authorities in Support Thereof (Docket No. 2082)

     Related
     Documents:

     Objection
     Deadline:      February 26, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Debtors' Objection to Motion of DirecTV, Inc. for
          Relief from the Automatic Stay to Effect Setoff and
          Memorandum of Points and Authorities in Support
          Thereof (Docket No. 2331)

     Status:        This matter has been adjourned to April
                    14, 2008 at 10:00 a.m.

23.   Motion of Sony Pictures Home Entertainment Inc. for
      Entry of Order Allowing Administrative Expenses Pursuant
      to 11 U.S.C. Sections 503(b)(1)(A), 503(b)(9) and
      507(a)(2) (Docket No. 2294)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2295)

      Objection
      Deadline:        April 6, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been adjourned to April
                       14, 2009 at 10:00 a.m.

24.   Motion of the AT&T Entities for Entry of an Order: (A)
      Allowing and Compelling the Payment of Administrative
      Expense Claim to AT&T; and (B) Compelling Assumption or
      Rejection of Equipment Lease, or in the Alternative,
      Lifting the Automatic Stay to Permit Termination of the
      Equipment Lease and Repossession of Equipment (Docket
      No. 2298)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2299)

      Objection
      Deadline:        March 23, 2009 at 4:00 p.m., extended for
                       the Debtors to a date to be determined

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been adjourned to April
                       14, 2009 at 10:00 a.m.

25.   Administrative Claim Request of Goodmill, LLC, Pursuant
      to 11 U.S.C. Sections 365(d)(3) and 503(a) and (b)
      (Docket No. 2429)

      Objection
      Deadline:          March 23, 2009 at 4:00 p.m., extended for
                         the Debtors to a date to be determined.

      Objections/
      Responses
      Filed:             None at the time of filing this agenda

      Status:            This matter has been adjourned to April
                         28, 2009 at 10:00 a.m.

26.   Administrative Claim Request of Goldenberg Management,
      Inc., as Agent for Red Rose Commons Associates, L.P.,
      Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(a) and
      (b) (Docket No. 2430)

      Objection
      Deadline:          March 23, 2009 at 4:00 p.m., extended for
                         the Debtors to a date to be determined.

      Objections/
      Responses
      Filed:             None at the time of filing this agenda

      Status:            This matter has been adjourned to April
                         28, 2009 at 10:00 a.m.

27.   Administrative Claim Request of PREIT Services, LLC, as
      Agent for PR Christiana, LLC, Pursuant to 11 U.S.C.
      Sections 365(d)(3) and 503(a) and (b) (Docket No. 2432)

      Objection
      Deadline:          March 23, 2009 at 4:00 p.m., extended for
                         the Debtors to a date to be determined.

      Objections/
      Responses
      Filed:             None at the time of filing this agenda

      Status:            This matter has been adjourned to April
                         28, 2009 at 10:00 a.m.

28.  Administrative Claim Request of PREIT Services, LLC, as
     Agent for PRGL Paxton Limited Partnership, Pursuant to
     11 U.S.C. Sections 365(d)(3) and 503(a) and (b) (Docket
     No. 2433)

     Objection
     Deadline:          March 23, 2009 at 4:00 p.m., extended for
                        the Debtors to a date to be determined.

     Objections/
     Responses
     Filed:             None at the time of filing this agenda

     Status:            This matter has been adjourned to April
                        28, 2009 at 10:00 a.m.

29.  Administrative Claim Request of Goldenberg Management,
     Inc. as Agent for Boulevard North Associates, L.P.,
     Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(a) and
     (b) (Docket No. 2448)

     Objection
     Deadline:          March 23, 2009 at 4:00 p.m., extended for
                        the Debtors to a date to be determined.

     Objections/
     Responses
     Filed:             None at the time of filing this agenda

     Status:            This matter has been adjourned to April
                        28, 2009 at 10:00 a.m.

30.  Administrative Claim Request of Park Side Realty, L.P.,
     Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(a) and
     (b) (Docket No. 2449)

     Objection
     Deadline:          March 23, 2009 at 4:00 p.m., extended for
                        the Debtors to a date to be determined.

     Objections/
     Responses
     Filed:             None at the time of filing this agenda

     Status:            This matter has been adjourned to April
                        28, 2009 at 10:00 a.m.

31.  Administrative Claim Request of Marple XYZ Associates,
     Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(a) and
     (b) (Docket No. 2450)

     Objection
     Deadline:        March 23, 2009 at 4:00 p.m., extended for
                      the Debtors to a date to be determined.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          This matter has been adjourned to April
                      28, 2009 at 10:00 a.m.

32.  Motion of Prosite Business Solutions, LLC for Allowance
     and Payment of Administrative Expense Claim (Docket No.
     2715)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 2716)

     Objection
     Deadline:        March 26, 2009 at 4:00 p.m., extended for
                      the Debtors until April 10, 2009 at 4:00
                      p.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          The parties are working to resolve this
                      matter.  This matter has been adjourned
                      to April 14, 2009 at 10:00 a.m.

**III.  UNCONTESTED MATTERS**

33.  Debtors' First Omnibus Objection to (i) Certain
     Duplicative 503(b)(9) Claims and (ii) Certain Amended
     503(b)(9) Claims (Docket No. 2171)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 2173)

Objection
Deadline:         March 18, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            Informal response of Bethesda Softworks
                  LLC

Status:           This matter is going forward.

34.   Motion for Order Pursuant to Bankruptcy Code Sections
      105(a) and 365(a) and Bankruptcy Rule 6006 Authorizing
      Rejection of Certain Unexpired Leases of Personal
      Property Between the Debtors, International Business
      Machines Corporation and IBM Credit LLC (Docket No.
      2464)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 2465)

      Objection
      Deadline:         March 23, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:            None at the time of filing this agenda

      Status:           This matter is going forward.

35.   Debtors' Motion for an Order Approving (a) Procedures
      for Filing Omnibus Objections to Claims and (b) the Form
      and Manner of the Notice of Omnibus Objections (Docket
      No. 2505)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 2506)

      Objection
      Deadline:         March 23, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:            None at the time of filing this agenda

Status:         This matter is going forward.

36.   Sixth Omnibus Motion for Order Pursuant to Bankruptcy
      Code Sections 105(a), 365(a) and 554 and Bankruptcy Rule
      6006 Authorizing Rejection of Certain Unexpired Leases
      of Nonresidential Real Property and Abandonment of
      Personal Property (Docket No. 2698)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2699)

      Objection
      Deadline:       March 26, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:          None at the time of filing this agenda

      Status:         This matter is going forward.

37.   Debtors' Third Omnibus Motion for Order Pursuant to
      Bankruptcy Code Sections 105(a) and 365(a) and
      Bankruptcy Rule 6006 Authorizing Rejection of Certain
      Executory Contracts (Docket No. 2720)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2721)

      Objection
      Deadline:       March 26, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:          None at the time of filing this agenda

      Status:         This matter is going forward.

38.   Debtors' Motion for Order Shortening Notice Period and
      Limiting Notice of Debtors' Motion for Order Approving
      Letter Agreement By and Among the Debtors and a Joint
      Venture Comprised of Great American Group WF, LLC,
      Hudson Capital Partners, LLC SB Capital Group, LLC and
      Tiger Capital Group, LLC Pursuant to Bankruptcy Code
      Sections 105 and 363 and Bankruptcy Rule 9019 (Docket

No. 2769)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 2770)

b.    Motion for Order Approving Letter Agreement By and
      Among the Debtors and a Joint Venture Comprised of
      Great American Group WF, LLC, Hudson Capital
      Partners, LLC, SB Capital Group, LLC and Tiger
      Capital Group, LLC Pursuant to Bankruptcy Code
      Sections 105 and 363 and Bankruptcy Rule 9019
      (Docket No. 2767)

Objection
Deadline:       March 30, 2009 at 10:00 a.m.

Objections/
Responses
Filed:          None at the time of filing this agenda

Status:         This matter is going forward.

39.   Debtors' Motion to File Certain Document(s) Under Seal
      (Docket No. 2771)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 2772)

b.    Motion for Order Approving Letter Agreement By and
      Among the Debtors and a Joint Venture Comprised of
      Great American Group WF, LLC, Hudson Capital
      Partners, LLC, SB Capital Group, LLC and Tiger
      Capital Group, LLC Pursuant to Bankruptcy Code
      Sections 105 and 363 and Bankruptcy Rule 9019
      (Docket No. 2767)

Objection
Deadline:       March 30, 2009 at 10:00 a.m.

Objections/
Responses
Filed:          None at the time of filing this agenda

Status:         This matter is going forward.

40.   Motion of the Debtors Pursuant to 11 U.S.C. § 105, and
      Local Bankruptcy Rule 9013(M) for an Order Setting and
      Expedited Hearing (Docket No. 2773)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2774)

      b.   Motion for Order Approving Letter Agreement By and
           Among the Debtors and a Joint Venture Comprised of
           Great American Group WF, LLC, Hudson Capital
           Partners, LLC, SB Capital Group, LLC and Tiger
           Capital Group, LLC Pursuant to Bankruptcy Code
           Sections 105 and 363 and Bankruptcy Rule 9019
           (Docket No. 2767)

      c.   Debtors' Motion for Order Shortening Notice Period
           and Limiting Notice of Debtors' Motion for Order
           Approving Letter Agreement By and Among the Debtors
           and a Joint Venture Comprised of Great American
           Group WF, LLC, Hudson Capital Partners, LLC SB
           Capital Group, LLC and Tiger Capital Group, LLC
           Pursuant to Bankruptcy Code Sections 105 and 363
           and Bankruptcy Rule 9019 (Docket No. 2769)

      d.   Debtors' Motion to File Certain Document(s) Under
           Seal (Docket No. 2771)

      Objection
      Deadline:      March 30, 2009 at 10:00 a.m.

      Objections/
      Responses
      Filed:         None at the time of filing this agenda

      Status:        This matter is going forward.

41.   Motion for Order Approving Letter Agreement By and Among
      the Debtors and a Joint Venture Comprised of Great
      American Group WF, LLC, Hudson Capital Partners, LLC, SB
      Capital Group, LLC and Tiger Capital Group, LLC Pursuant
      to Bankruptcy Code Sections 105 and 363 and Bankruptcy
      Rule 9019 (Docket No. 2767)

      Related
      Documents:

a.    Notice of Motion and Hearing (Docket No. 2768)

Objection
Deadline:        March 30, 2009 at 10:00 a.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter is going forward.

**IV.    CONTESTED MATTERS**

42.   Fifth Omnibus Motion for Order Pursuant to Bankruptcy
      Code Sections 105(a), 365(a) and 554 and Bankruptcy Rule
      6006 Authorizing Rejection of Certain Unexpired Leases
      of Nonresidential Real Property and Abandonment of
      Personal Property (Docket No. 2484)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 2485)

      b.    Notice of Filing Revised Exhibit A to Debtors'
            Motion (Docket No. 2510)

      Objection
      Deadline:        March 23, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Limited Objection of TSA Stores, Inc. to Debtors'
            Notice of Rejection of Unexpired Leases and
            Abandonment of Personal Property (Docket No. 2492)

      b.    Limited Objection by Circuit Realty NJ LLC to
            Debtor's Fifth Omnibus Motion For Order Pursuant To
            Bankruptcy Code Sections 105(A), 365(A) and 554 And
            Bankruptcy Rule 6006 Authorizing Rejection Of
            Certain Unexpired Leases Of Nonresidential Real
            Property and Abandonment Of Personal Property Store
            #3104/Location #6104, 3350 Brunswick Pike,
            Lawrenceville, NJ08648 (Docket No. 2775)

Status:          This matter is going forward.

43.   Debtors' Motion to Modify Order Under Bankruptcy Code
      Sections 105, 363, 165 (I) Approving Bidding and Auction
      Procedures for Sale of Unexpired Nonresidential Real
      Property, (II) Setting Sale Hearing Dates and (III)
      Authorizing and Approving (A) Sale of Certain Unexpired
      Nonresidential Real Property Leases Fee and Clear of All
      Interest, (B) Assumption and Assignment of Certain
      Unexpired Nonresidential Real Property Leases and (C)
      Lease Rejection Procedures Authorizing Rejection of
      Certain Unexpired Leases of Nonresidential Real Property
      and Abandonment of Personal Property (Docket No. 2718)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2719)

      b.   Order under Bankruptcy Code Sections 105, 363, and
           265 (I) Approving Bidding and Auction Procedures
           for Sale of Unexpired Nonresidential Real Property
           Leases, (II) Setting Sale Hearing Dates and (III)
           Authorizing and Approving (A) Sale of Certain
           Unexpired Nonresidential Real Property Leases Free
           and Clear of All Interests, (B) Assumption and
           Assignment of Certain Unexpired Nonresidential Real
           Property Leases and (C) Lease Rejection Procedures
           (Docket No. 2242)

      Objection
      Deadline:        March 26, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.   Objection and Demand for Adequate Protection of
           T.J. Maxx of CA, LLC Regarding Debtors' Motion to
           Modify Bidding and Auction Procedures for Sale of
           Unexpired Nonresidential Real Property Leases
           (Docket No. 2777)

      Related
      Documents:

28

(i)      Objection And Demand For Adequate Protection
Of T.J. Maxx of CA, LLC Regarding Debtors'
Motion For Orders Pursuant To Bankruptcy Code
Sections 105, 363 And 364 (I)(A) Approving
Procedures In Connection With Sale Of All Or
Substantially All Of The Business Or
Additional Post-Petition Financing For The
Business, (B) Authorizing Debtors To Enter
Into Stalking Horse Or Financing Agreements In
Connection With Going Concern Transactions Or
Stalking Horse Agreements In Connection With
Store Closing And Miscellaneous Asset Sales,
(C) Approving The Payment Of Termination Fees
In Connection Therewith, And (D) Setting
Auction And Hearing Dates, (II) Approving Sale
Of Debtors' Assets Free And Clear Of All
Interests And (III) Granting Related Relief
(Prime Loc. No. 232) (Docket No. 1586)

Status:         This matter is going forward.

```
Dated: March 26, 2009       SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia   FLOM, LLP
                            Gregg M. Galardi, Esq.
                            Ian S. Fredericks, Esq.
                            P.O. Box 636
                            Wilmington, Delaware 19899-0636
                            (302) 651-3000

                                  - and -

                            SKADDEN, ARPS, SLATE, MEAGHER &
                            FLOM, LLP
                            Chris L. Dickerson, Esq.
                            333 West Wacker Drive
                            Chicago, Illinois 60606
                            (312) 407-0700

                                  - and -

                            MCGUIREWOODS LLP


                            /s/ Douglas M. Foley        .
                            Dion W. Hayes (VSB No. 34304)
                            Douglas M. Foley (VSB No. 34364)
                            One James Center
                            901 E. Cary Street
                            Richmond, Virginia 23219
                            (804) 775-1000

                            Counsel for Debtors and Debtors
                            in Possession
```

\8379209