IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al. | ) | Jointly Administered |
| | ) | Chapter 11 |
| Debtors. | ) | Hon. Kevin R. Huennekens |
| | ) | |

## <u>ORDER</u>

In consideration of the Motion of Jennifer J. West to allow Mary Elisabeth Naumann to appear and practice before this Court *pro hac vice* in the above-styled cause and the Court having determined that the representations contained in such Motion are true, and Jennifer J. West having entered her appearance as counsel in this cause and this application being authorized by the Rules of this Court;

IT IS ORDERED that the Motion be and hereby is GRANTED.

IT IS FURTHER ORDERED that Mary Elisabeth Naumann, who is a member of the Bar of the Commonwealth of Kentucky, be admitted to appear and practice before this Court *pro hac vice* only in the captioned bankruptcy cases and any related adversary litigation on behalf of Prosite Business Solutions, LLC.

IT IS FURTHER ORDERED, that in conjunction with such admission *pro hac vice*, and as to matters arising during or pertaining to the above-styled cause, Mary Elisabeth Naumann will be subject to and submit herself to the full disciplinary powers of this Court to the same extent as if they were fully admitted to practice in this Court and the Bar of Virginia.

Robert H. Chappell, III, Esquire (VSB #31698)
Jennifer J. West, Esquire (FSB # 47522)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Tel: (804) 697-2000  Fax: (804) 697-2100
Counsel for Prosite Business Solutions, LLC

ENTER:  Mar 23 2009

/s/ Kevin Huennekens
_____
United States Bankruptcy Judge

I ASK FOR THIS:

**Entered on Docket:  3/24/09**

/s/ Jennifer J. West
_____
Robert H. Chappell, III, Esquire (VSB #31698)
Jennifer J. West, Esquire (VSB #47522)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone:  (804) 697-2000
Fax:  (804) 697-2100
Counsel for Prosite Business Solutions, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Order was served by U.S. Mail, First Class, postage prepaid or electronic means on this the 20th day of March, 2009 to the following constituting all necessary parties:

2

Daniel F. Blanks
Douglas A. Foley
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

Robert B. Van Arsdale
Office of U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

Greg M. Galardi, Esquire
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Brad R. Godshall
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP

3

780 Third Ave., 36th Floor
New York, NY 10017


                                                    /s/ Jennifer J. West

_____

<u>PARTIES TO RECEIVE COPIES</u>

Jennifer J. West, Esquire
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219

Mary Elisabeth Naumann, Esquire
Jackson Kelly PLLC
175 East Main Street, Suite 500
Lexington, Kentucky 40588-9945

Daniel F. Blanks
Douglas A. Foley
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

Robert B. Van Arsdale
Office of U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

Greg M. Galardi, Esquire
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Brad R. Godshall
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

John D. Fiero
Pachulski Stang Ziehl & Jones LLP

150 California Street, 15th Floor
San Francisco, CA 94111


Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj          Page 1 of 1              Date Rcvd: Mar 24, 2009
Case: 08-35653               Form ID: pdforder        Total Served: 1
```

The following entities were served by first class mail on Mar 26, 2009.
```
aty          +Gregg M. Galardi,    Skadden Arps Slate Meagher,    & Flom LLP, One Rodney Sq.,    PO Box 636,
              Wilmington, DE 19899-0636
```

The following entities were served by electronic transmission.
```
NONE.                                                                          TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 26, 2009**                    **Signature:**