Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                        One James Center
One Rodney Square                901 E. Cary Street
PO Box 636                       Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   Case No. 08-35653 (KRH)
et al.,                        :
                               :
                 Debtors.      :   Jointly Administered
- - - - - - - - - - - - - - x

**DEBTORS' SECOND OMNIBUS OBJECTION TO
CERTAIN LATE 503(B)(9) CLAIMS**

The debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors")[1], hereby file

their Second Omnibus Objection to Certain Late 503(b)(9)

Claims (the "Objection"), and hereby move this Court,

pursuant to sections 105 and 503(b)(9) of title 11 of the

United States Code, 11 U.S.C. §§ 101 et seq. (as amended,

the "Bankruptcy Code"), Rule 3007 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and Local

Bankruptcy Rule 3007-1, for an order, the proposed form of

which is attached hereto as Exhibit A, granting  the relief

sought by this Objection, and in support thereof states as

follows:

## JURISDICTION AND VENUE

1.    This Court has jurisdiction to consider this

Motion under 28 U.S.C. §§ 157 and 1334.  This is a core

proceeding under 28 U.S.C. § 157(b).  Venue of these cases

and this Motion in this district is proper under 28 U.S.C.

§§ 1408 and 1409.  The statutory and legal predicates for

---

[1]     The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc. (3875),
Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC
(5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia,
Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC
(2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs,
Inc.(6796), Sky Venture Corp. (0311), PRAHS, INC. (n/a), XSStuff, LLC
(9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for
Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard,

the relief requested herein are Bankruptcy Code sections 105

and 503(b)(9) and Rule 3007 of the Federal Rules of

Bankruptcy Procedure.

## BACKGROUND

2.    On November 10, 2008 (the "Petition Date"), the

Debtors filed voluntary petitions in this Court for relief

under chapter 11 of the Bankruptcy Code.

3.    The Debtors continue to manage and operate their

businesses as debtors in possession pursuant to Bankruptcy

Code sections 1107 and 1108.

4.    On November 12, 2008, the Office of the United

States Trustee for the Eastern District of Virginia

appointed a statutory committee of unsecured creditors (the

"Creditors' Committee").  To date, no trustee or examiner

has been appointed in these chapter 11 cases.

5.    On November 12, 2008, the Court appointed Kurtzman

Carson Consultants LLC ("KCC") as claims, noticing and

balloting agent for the Debtors in these chapter 11 cases

pursuant to 28 U.S.C. § 156(c).

6.    On November 12, 2008, this Court entered that

certain Order Establishing Bar Date for Filing Requests for

Westminster, Colorado 80031.  For all other Debtors, the address is 9950
Mayland Drive, Richmond, Virginia 23233.

Payment of Administrative Expense Claims Under Bankruptcy
Code Sections 105 and 503(b)(9) and Approving Form, Manner
and Sufficiency of Notice of the Bar Date Pursuant to
Bankruptcy Rule 9007 (Docket No. 107)(the "503(b)(9) Bar
Date Order").

7.    Pursuant to the 503(b)(9) Bar Date Order, this
Court approved the form and manner of the 503(b)(9) bar date
notice, which was attached as Exhibit A to the 503(b)(9) Bar
Date Order (the "503(b)(9) Bar Date Notice").  Pursuant to
the 503(b)(9) Bar Date Order and 503(b)(9) Bar Date Notice,
the bar date for filing proofs of claim asserting
administrative priority claims pursuant to section 503(b)(9)
of the Bankruptcy Code was on December 19, 2008 (the
"503(b)(9) Bar Date").

8.    On November 19, 2008, KCC served a copy of the
503(b)(9) Bar Date Notice on the 2002 Service List, all of
the Debtors' scheduled creditors in these cases, the
Debtors' equity holders, and certain other parties (Docket
No. 358).  In addition, the Debtors published the 503(b)(9)
Bar Date Notice in The New York Times (Docket No. 549), The
Wall Street Journal (Docket No. 548),and The Richmond Times-
Dispatch (Docket No. 547).

9.    On January 16, 2009, the Court authorized the

Debtors, among other things, to conduct going out of business sales at the Debtors' remaining 567 stores pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.

<u>**OBJECTIONS TO CLAIMS**</u>

10.  As more particularly described herein, the Debtors seek in this Objection the disallowance of certain claims asserting purported priority pursuant to section 503(b)(9) of the Bankruptcy Code that were filed after the 503(b)(9) Bar Date, all as further described herein and pursuant to the form of order attached hereto as <u>Exhibit A</u>.

11.  The claims that are the subject of this Objection may be the subject to additional subsequently filed objections.

12.  The Debtors reserve the right to further object to any and all claims, whether or not the subject of this Objection, for allowance, voting, and/or distribution purposes, and on any other grounds.  The Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any claim or claimant herein.

5

13.  Attached as <u>Exhibit B</u> is an alphabetical listing of all claimants included in this Objection, with a cross-reference by claim number.  The basis of this Objection is that the claims included herein were not filed timely.  This Objection includes 93 claims, which are all listed on <u>Exhibit C</u>.  <u>See</u> Rule 3007(e)(1) and (2).

### **LATE 503(B)(9) CLAIMS**

14.  <u>Exhibit C</u> contains a list of claims that were filed by purported creditors who filed claims alleging an administrative priority claim pursuant to 503(b)(9) after the 503(b)(9) Bar Date (the "Late 503(b)(9) Claims").

15.  The 503(b)(9) Bar Date Order provides in relevant part:

> Any holder of a Section 503(b)(9) Claim that fails to file a Section 503(b)(9) Claim Request or a Section 503(b)(9) Motion by the Section 503(b)(9) Bar Date in accordance with the procedure set forth in this Order is forever barred, estopped, and permanently enjoined from asserting its Section 503(b)(9) Claim against the Debtors, their estates, or the property of any of them, and such holder shall not be entitled to receive any distribution in these bankruptcy cases on account of such Section 503(b)(9) Claim or receive further notices regarding such Section 503(b)(9) Claim, absent further order of this Court.
>
> . . .

Any Section 503(b)(9) Claim Request or Section 503(b)(9) Motion that is not timely filed and served in accordance with this Order on or before the Section 503(b)(9) Bar Date, so as to be actually RECEIVED by the deadline and in the manner set forth herein, shall be disallowed, and the holder of such Section 503(b)(9) Claim shall be forever barred, estopped, and permanently enjoined from asserting such Section 503(b)(9) Claim against the Debtors, their estates, or the property of any of them, and such holder shall not be entitled to receive any distribution in these bankruptcy cases on account of such Section 503(b)(9) Claim or receive further notices regarding such Section 503(b)(9) Claim, absent further order of this Court.

503(b)(9) Bar Date Order, ¶ 7, 12.

16.    The 503(b)(9) Bar Date Notice provides in relevant

part:

**CONSEQUENCES OF FAILURE TO FILE SECTION 503(b)(9) CLAIM REQUEST**

**ANY PERSON OR ENTITY HOLDING A SECTION 503(b)(9) CLAIM THAT FAILS TO FILE A SECTION 503(b)(9) CLAIM REQUEST ON OR BEFORE THE BAR DATE SHALL BE FOREVER BARRED AND ESTOPPED FROM ASSERTING A SECTION 503(b)(9) CLAIM AGAINST THE DEBTORS, THEIR ESTATES, OR THE PROPERTY OF ANY OF THEM, ABSENT FURTHER ORDER OF THE COURT.**

Bar Date Notice, p. 5.

17.    The disallowance of the Late 503(b)(9) Claims is

appropriate under applicable law, as well as pursuant to the
503(b)(9) Bar Date Order.

18.   Bar dates for asserting claims in chapter 11
bankruptcy cases serve extremely important purposes.  "The
requirement of a Bar Date in Chapter 11 enables the debtor
. . . to establish the universe of claims with which it must
deal and the amount of those claims."  See In re A.H. Robins
Co., Inc., 129 B.R. 457, 459 (Bankr. E.D. Va. 1991).
Premised on the imperative purpose of finality of asserting
claims against a debtor, courts have not allowed claims
filed by creditors after the bar date, absent special
circumstances.  See In re Provident Hosp., Inc., 122 B.R.
683, 685 (D. Md. 1990), aff'd, 943 F.2d 49 (4th Cir. 1991)
(unpublished opinion) ("Because Bean did not timely file his
bankruptcy claim after having been given constitutionally
sufficient notice, his claim is barred under well-settled
authority, 11 U.S.C. 1141(d) and Bankruptcy Rule
3003(c)(2).").

19.   The Late 503(b)(9) Claims were filed in the
present cases after the bar date for asserting
administrative priority claims pursuant to 503(b)(9) of the
Bankruptcy Code.  Accordingly, pursuant to the 503(b)(9) Bar
Date Order, these Late 503(b)(9) Claims are "forever barred,

estopped, and permanently enjoined from asserting such Section 503(b)(9) Claim against the Debtors . . . ."

20.   It is essential for the Debtors to establish the proper liabilities asserted against them.   Moreover, it is even more critical that the Debtors confirm the administrative liabilities that can be properly asserted against the Debtors' estates.   In order to achieve the imperative of finality in the claims process, the Debtors request that this Court disallow in their entirety and for all purposes in these bankruptcy cases the Late 503(b)(9) Claims in this Objection.

21.   The Debtors reserve the right to object to the Late 503(b)(9) Claims on any other grounds at any time.

<u>**NOTICE AND PROCEDURE**</u>

22.   Notice of this Objection has been provided to all claimants with claims that are the subject to this Objection as identified on <u>Exhibit C</u> (the "Claimants"), respectively, and to parties-in-interest in accordance with the Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures (Docket No. 130) (the "Case Management Order").   The Debtors submit that the

following methods of service upon the Claimants should be
deemed by the Court to constitute due and sufficient service
of this Objection: (a) service in accordance with Federal
Rule of Bankruptcy Procedure 7004 and the applicable
provisions of Federal Rule of Civil Procedure 4; (b) to the
extent counsel for a Claimant is not known to the Debtors,
by first class mail, postage prepaid, on the signatory of
the Claimant's proof of claim form or other representative
identified in the proof of claim form or any attachment
thereto; or (c) by first class mail, postage prepaid, on any
counsel that has appeared on the Claimant's behalf in the
Debtors' bankruptcy cases.  The Debtors are serving the
Claimant with this Objection and the Exhibit on which the
Claimant's claim is listed.

23.  To the extent any Claimant timely files and
properly serves a response to this Objection by April 29,
2009 as required by the Case Management Order and under
applicable law, and the parties are unable to otherwise
resolve the Objection, the Debtors request that the Court
conduct a status conference with respect to any such
responding claimant at the May 13, 2009 Omnibus Hearing, and
thereafter schedule the matter for a future hearing as to
the merits of such 503(b)(9) claim.  However, to the extent

any Claimant fails to timely file and properly serve a
response to this Objection as required by the Case
Management Order and applicable law, the Debtors request
that the Court enter an order, substantially in the form
attached hereto as <u>Exhibit A</u>, disallowing such Claimant's
503(b)(9) claim in its entirety for all purposes in these
bankruptcy cases.

**<u>WAIVER OF MEMORANDUM OF LAW</u>**

24.   Pursuant to Local Bankruptcy Rule 9013-1(G), and
because there are no novel issues of law presented in the
Motion, the Debtors request that the requirement that all
motions be accompanied by a written memorandum of law be
waived.

**<u>NO PRIOR RELIEF</u>**

25.   No previous request for the relief sought herein
has been made to this Court or any other court.

WHEREFORE, the Debtors request the Court to enter an Order sustaining this Objection and granting such other and further relief as the Court deems appropriate.

Dated: Richmond, Virginia    SKADDEN, ARPS, SLATE, MEAGHER &
      March 27, 2009    FLOM, LLP
                            Gregg M. Galardi, Esq.
                            Ian S. Fredericks, Esq.
                            P.O. Box 636
                            Wilmington, Delaware 19899-0636
                            (302) 651-3000

                                     - and -

                            SKADDEN, ARPS, SLATE, MEAGHER &
                            FLOM, LLP
                            Chris L. Dickerson, Esq.
                            333 West Wacker Drive
                            Chicago, Illinois 60606
                            (312) 407-0700

                                     - and -

                            MCGUIREWOODS LLP

                            _/s/ Douglas M. Foley_____
                            Dion W. Hayes (VSB No. 34304)
                            Douglas M. Foley (VSB No. 34364)
                            One James Center
                            901 E. Cary Street
                            Richmond, Virginia 23219
                            (804) 775-1000

                            Counsel for Debtors and Debtors
                            in Possession

**EXHIBIT A**

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

                IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                          RICHMOND DIVISION

- - - - - - - - - - - - - -x
In re:                    :   Chapter 11
                          :
CIRCUIT CITY STORES, INC., :   Case No. 08-35653 (KRH)
et al.,                   :
                          :
            Debtors.      :   Jointly Administered
- - - - - - - - - - - - - -x

           **ORDER SUSTAINING DEBTORS' SECOND OMNIBUS
           OBJECTION TO CERTAIN LATE 503(b)(9) CLAIMS**

        THIS MATTER having come before the Court on the

Debtors' Second Omnibus Objection to Certain Late 503(b)(9)

Claims (the "Objection"), which requested, among other

things, that the claims specifically identified on Exhibit C

attached to the Objection be disallowed in their entirety

and for all purposes in these bankruptcy cases for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is GRANTED.

2.    The Claims identified on Exhibit A – Late 503(b)(9) Claims as attached hereto and incorporated herein, are forever disallowed in their entirety for all purposes in these bankruptcy cases.

Dated: Richmond, Virginia
       May_____, 2009


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                        __/s/ Douglas M. Foley_____
                        Douglas M. Foley

\8267863.2

Exhibit B - Claimants And Related Claims Subject To Second Omnibus Objection To 503(b)(9) Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| AIRGAS | 2667 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| AMC | 2057 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| ANIXTER INC | 10274 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| ANIXTER INC | 11220 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| ASHEVILLE CITIZEN TIMES | 1891 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| AT SYSTEMS WEST | 2124 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| BARKLEY COURT REPORTERS INC | 6975 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| BCA DIGITAL SOLUTIONS | 4903 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| BEAVEX INC | 1873 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| BRIGHTON PROPERTY TAX, CITY OF | 10851 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| BROADACRE SOUTH LLC | 1814 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| BURRTEC WASTE INDUSTRIES | 11334 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| CENTENNIAL WIRELESS | 1871 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| CITY OF DOVER, DE | 2054 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| CITY OF DOVER, DE | 2220 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| CITY OF MESA, AZ | 1841 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| CITY WIDE SWEEPING | 1905 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| CITY WIDE SWEEPING | 1941 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| COMMERCIAL APPEAL INC | 2223 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| COMMUNICATIONS SUPPLY CORP | 2671 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| COOK, MARY R | 9559 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| COSCO | 1872 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| COVERALL OF NORTH AMERICA INC | 1822 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| CROWN PACKAGING | 1895 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| DAILY TIMES, THE | 2127 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| DELIVERY SOLUTIONS | 1828 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| DELTA COMMUNICATION SERVICE | 1823 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| DICKINSON, KATHY | 1876 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| DILIGENT BOARD MEMBER SERVICES INC | 7873 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| DURA MICRO | 1864 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| ELEETS TRANSPORTATION COMPANY INC | 11148 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| EPPS, PHEOLA | 1965 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| EVERETT, CITY OF | 2308 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| EXPORT DEVELOPMENT CANADA | 8051 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| FACKINA, MARGARET | 9854 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| FAGA ESQ, ANTONIO | 3407 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| FIRST ENERGY SOLUTIONS | 7779 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| FIRST ENERGY SOLUTIONS | 8815 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| FLOWERS JR, ALBERT | 1855 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| FORSYTH COUNTY NEWS | 1906 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| FOUR STAR INTERNATIONAL TRADE | 2053 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| FREDERICK POST INC | 2226 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| FSM BUILDING MAINTENANCE INC | 1888 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| GAMER GRAFFIX WORLDWIDE LLC | 5181 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| GAMER GRAFFIX WORLDWIDE LLC | 5183 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| GANNETT WISCONSIN MEDIA | 1846 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| GASTON COUNTY TAX COLLECTOR | 1836 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| GENERAL RUBBER & PLASTICS | 1934 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| GREENVILLE NEWS | 1892 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| GROVE CITY DIVISION OF POLICE | 1826 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| HAYDEN MEADOWS | 1812 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| IKON OFFICE SOLUTIONS | 3920 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| INVNT | 1815 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| JON JAY ASSOCIATES INC | 2010 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| JON JAY ASSOCIATES INC | 2011 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| KATU TV | 11342 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| KELLEY, MARK | 1882 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| KENSTAN LOCK & HARDWARE CO INC | 1805 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| KOIN TV INC | 2217 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| KOMO TV | 11344 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| KOSCO, JIM | 1874 | EXHIBIT C - LATE 503(b)(9) CLAIMS |

Exhibit B - Claimants And Related Claims Subject To Second Omnibus Objection To 503(b)(9) Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| LACROSSE TECHNOLOGY LTD WEB SALES | 1887 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| LEAGUE CITY TOWNE CENTER LTD | 1879 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| LEAGUE CITY TOWNE CENTER LTD | 1881 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| LTD COMMODITIES INC | 1827 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| MACON WATER AUTHORITY | 1820 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| MARION BATTING CAGES | 1880 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| MARTINSVILLE, CITY OF | 1938 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| MEDIA BANK INC | 9841 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| MIDWAY | 1848 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| MISHAWAKA UTILITIES | 1870 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| MISSOURI GAS ENERGY | 2669 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| MONTAGE INC | 1868 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| MONTGOMERY WATER WORKS | 1853 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| MONTGOMERY WATER WORKS | 1854 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| MONTGOMERY WATER WORKS | 1856 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| MULTIBAND SUBSCRIBER SERVICES | 1945 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| MYPOINTS COM INC | 1847 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| NAIDU, KOKA C | 5273 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| NASHUA WASTE WATER SYSTEM | 1937 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| NASHUA, CITY OF | 1933 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| NEWAVE SATELLITE | 1896 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| NEWS JOURNAL | 1893 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| NEWS LEADER | 1894 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| NIELSEN MEDIA RESEARCH | 2224 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| NORTH ATTLEBOROUGH ELECTRIC | 1821 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| NORTHEAST OHIO MARKETING NETWORK | 1875 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| NORTHEAST OHIO MARKETING NETWORK | 1950 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| NOTEBOOK SOLUTIONS INC | 1830 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| NPD INTELECT LLC | 1857 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| OCALA ELECTRIC UTILITY | 1936 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| ORANGE COUNTY TREASURER TAX COLLECTOR | 11242 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| PASSPORT UNLIMITED | 2672 | EXHIBIT C - LATE 503(b)(9) CLAIMS |

In re: Circuit City Stores, Inc, et al.                        Second Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT C - LATE 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AIRGAS<br>PO BOX 802615<br>CHICAGO, IL 60680-2615 | 2667 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $971.98<br>$971.98 | 01/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| AMC<br>PO BOX 933<br>BETHPAGE, NY 11714 | 2057 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $83,455.55<br>$83,455.55 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ANIXTER INC<br>2301 PATRIOT BLVD<br>GLENVIEW, IL 60026 | 11220 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,223.00<br>$12,223.00 | 02/04/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ANIXTER INC<br>2301 PATRIOT BLVD<br>GLENVIEW, IL 60026 | 10274 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,223.00<br>$12,223.00 | 02/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ASHEVILLE CITIZEN TIMES<br>PO BOX 2090<br>ASHEVILLE, NC 28802 | 1891 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $11,816.38<br>$11,816.38 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| AT SYSTEMS WEST<br>PO BOX 90131<br>PASADENA, CA 91109-0131 | 2124 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $35,826.56<br>$35,826.56 | 12/30/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BARKLEY COURT REPORTERS INC<br>1875 CENTURY PARK EAST STE 1300<br>LOS ANGELES, CA 90067 | 6975 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BCA DIGITAL SOLUTIONS<br>949 AMMA RD<br>CLENDENIN, WV 25045 | 4903 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $4,510.00<br>$4,510.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.              Second Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - LATE 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BEAVEX INC<br>3715 NORTHSIDE PKY<br>NORTHCREEK BLDG 200 STE 300<br>ATLANTA, GA 30327 | 1873 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $412.35<br>$412.35 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BRIGHTON PROPERTY TAX, CITY OF<br>PO BOX 67000<br>DETROIT, GA 48267-2222 | 10851 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $2,663.51<br>$2,663.51 | 02/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BROADACRE SOUTH LLC<br>505 E ILLINOIS ST STE ONE<br>CHICAGO, IL 60611 | 1814 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $858.99<br>$858.99 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BURRTEC WASTE INDUSTRIES<br>9820 CHERRY AVE<br>FONTANA, CA 92335 | 11334 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,535.98<br>$3,535.98 | 02/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CENTENNIAL WIRELESS<br>PO BOX 9001094<br>LOUISVILLE, KY 40290-1094 | 1871 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $162.10<br>$162.10 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF DOVER, DE<br>P O BOX 7100<br>DOVER, DE 19903-7100 | 2054 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $7,274.53<br>$7,274.53 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF DOVER, DE<br>P O BOX 7100<br>DOVER, DE 19903-7100 | 2220 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $7,274.53<br>$7,274.53 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF MESA, AZ<br>P O BOX 1878<br>MESA, AZ 85211-1878 | 1841 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $159.41<br>$159.41 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                              Second Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT C - LATE 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY WIDE SWEEPING<br>PO BOX 53<br>HUMBLE, TX 77347-0053 | 1905 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,416.52<br><br>$1,416.52 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY WIDE SWEEPING<br>PO BOX 53<br>HUMBLE, TX 773470053 | 1941 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $646.66<br><br>$646.66 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COMMERCIAL APPEAL INC<br>PO BOX 781<br>MEMPHIS, TN 38101-0781 | 2223 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $50,028.20<br><br>$50,028.20 | 12/24/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COMMUNICATIONS SUPPLY CORP<br>3050 PAYSHERE CR<br>CHICAGO, IL 60674 | 2671 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $596.22<br><br>$596.22 | 01/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| COOK, MARY R<br>2345 W 143 ST<br>BLUE ISLAND, IL 60406 | 9559 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $176.91<br><br>$176.91 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| COSCO<br>1369 COLBURN ST<br>HONOLULU, HI 96817 | 1872 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $5,704.56<br><br>$5,704.56 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COVERALL OF NORTH AMERICA INC<br>5201 CONGRESS AVE STE 275<br>BOCA RATON, FL 33487 | 1822 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,141.74<br><br>$1,141.74 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CROWN PACKAGING<br>CROWN PACKAGING CORP<br>17854 CHESTERFIELD AIRPORT RD<br>CHESTERFIELD, MO 63005 | 1895 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,894.75<br><br>$1,894.75 | 12/22/2008 | INTERTAN, INC. (08-35655) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.              Second Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - LATE 503(b)(9) CLAIMS

| CREDITOR'S  NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DAILY TIMES, THE<br>115 E CARROLL STREET<br>PO BOX 1937<br>SALISBURY, MD 21802-1937 | 2127 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$5,917.86<br><br>$5,917.86 | 12/30/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DELIVERY SOLUTIONS<br>16700 VALLEY VIEW AVE NO 175<br>LA MIRADA, CA 90638 | 1828 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$91,596.83<br><br>$91,596.83 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DELTA COMMUNICATION SERVICE<br>126C S FUQUAY AVE<br>FUQUAY VARINA, NC 27526 | 1823 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$7,802.50<br><br>$7,802.50 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DICKINSON, KATHY<br>LOC NO 1454 PETTY CASH<br>505 S CHERYL LN<br>WALNUT, CA 91789 | 1876 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$314.17<br><br>$314.17 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DILIGENT BOARD MEMBER SERVICES INC<br>39 W 37TH ST 8TH FL<br>NEW YORK, NY 10018 | 7873 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$17,100.00<br><br>$17,100.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DURA MICRO<br>JENNY CHIANG<br>901 E CEDAR ST<br>ONTARIO, CA 91761 | 1864 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$39,364.00<br><br>$39,364.00 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ELEETS TRANSPORTATION COMPANY INC<br>3131 ST JOHNS BLUFF<br>JACKSONVILLE, FL 32246-0000 | 11148 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$368,718.49<br><br>$368,718.49 | 02/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| EPPS, PHEOLA<br>8905 PLAYGROUND CIR<br>RICHMOND, VA 23237 | 1965 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 12/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Second Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - LATE 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| EVERETT, CITY OF<br>3002 WETMORE<br>EVERETT, WA 98201 | 2308 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 12/30/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| EXPORT DEVELOPMENT CANADA<br>151 OCONNER ST<br>OTTAWA, ON K1A 1K3<br>CANADA | 8051 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$551,624.90<br><br>$551,624.90 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FACKINA, MARGARET<br>3105 A RIVER RD<br>POINT PLEASANT, NJ 08742 | 9854 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$15,000.00<br><br>$15,000.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FAGA ESQ, ANTONIO<br>23 OXFORD RD<br>NEW HARTFORD, NY 13413 | 3407 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 01/12/2009 | CIRCUIT CITY STORES PR, LLC (08-35660) |
| FIRST ENERGY SOLUTIONS<br>ATTN BANKRUPTCY ANALYST<br>341 WHITE POND DR<br>A WAC B21<br>AKRON, OH 44320 | 7779 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$11,936.65<br><br>$11,936.65 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FIRST ENERGY SOLUTIONS<br>ATTN BANKRUPTCY ANALYST<br>341 WHITE POND DR<br>A WAC B21<br>AKRON, OH 44320 | 8815 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$11,936.65<br><br>$11,936.65 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FLOWERS JR, ALBERT<br>376 MCDONALD ST<br>CRESTVIEW, FL 32536 | 1855 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,800.00<br><br>$1,800.00 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| FORSYTH COUNTY NEWS<br>PO BOX 210<br>302 VETERANS MEMORIAL BLVD<br>CUMMING, GA 30028 | 1906 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,634.26<br><br>$1,634.26 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                          Second Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - LATE 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FOUR STAR INTERNATIONAL TRADE<br>TOM JAWOREK<br>63 SOUTH STREET SUITE 190<br>HOPKINTON, MA 01748 | 2053 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $104,153.60<br><br>$104,153.60 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| FREDERICK POST INC<br>351 BALLENGER CENTER DR<br>FREDERICK, MD 21703 | 2226 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $10,800.60<br><br>$10,800.60 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FSM BUILDING MAINTENANCE INC<br>7697 HAWTHORNE AVE<br>LIVERMORE, CA 94550 | 1888 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $7,107.79<br><br>$7,107.79 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GAMER GRAFFIX WORLDWIDE LLC<br>400 HARRIS AVE<br>PROVIDENCE, RI 02908 | 5181 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $75,312.00<br><br>$75,312.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GAMER GRAFFIX WORLDWIDE LLC<br>400 HARRIS AVE<br>PROVIDENCE, RI 02909 | 5183 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $86,040.00<br><br>$86,040.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GANNETT WISCONSIN MEDIA<br>PO BOX 59<br>APPLETON, WI 54912 | 1846 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GASTON COUNTY TAX COLLECTOR<br>PO BOX 1578<br>GASTONIA, NC 28053 | 1836 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $5,556.92<br><br>$5,556.92 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GENERAL RUBBER & PLASTICS<br>3840 INDUSTRIAL DR<br>PADUCAH, KY 42001 | 1934 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $4,313.75<br><br>$4,313.75 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                                                Second Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT C - LATE 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GREENVILLE NEWS<br>PO BOX 1688<br>GREENVILLE, SC 29602 | 1892 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$34,205.90<br><br>$34,205.90 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GROVE CITY DIVISION OF POLICE<br>3360 PARK ST<br>GROVE CITY, OH 43123 | 1826 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$100.00<br><br>$100.00 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| HAYDEN MEADOWS<br>805 SW BROADWAY STE 2020<br>PORTLAND, OR 97205 | 1812 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 12/22/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| IKON OFFICE SOLUTIONS<br>ATTN BANKRUPTCY TEAM<br>ACCOUNTS RECEIVABLE CENTER<br>3920 ARKWRIGHT RD STE 400<br>MACON, GA 31210 | 3920 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$164,935.50<br><br>$164,935.50 | 01/13/2009 | CIRCUIT CITY STORES PR, LLC (08-35660) |
| INVNT<br>73 SPRING ST<br>STE 501<br>NEW YORK, NY 10012 | 1815 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$2,200.00<br><br>$2,200.00 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JON JAY ASSOCIATES INC<br>135 S LASALLE<br>DEPT 4621<br>CHICAGO, IL 60607-4621 | 2011 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$800.00<br><br>$800.00 | 12/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JON JAY ASSOCIATES INC<br>4621 PAYSPHERE CR<br>CHICAGO, IL 60674 | 2010 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$12,212.00<br><br>$12,212.00 | 12/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| KATU TV<br>FISHER COMMUNICATIONS<br>PORTLAND<br>PO BOX 94394<br>SEATTLE, WA 98124-6694 | 11342 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$4,364.75<br><br>$4,364.75 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                    Second Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - LATE 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| KELLEY, MARK<br>2340 W O ST NO 27<br>LINCOLN, NE 68528 | 1882 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,125.00<br><br>$1,125.00 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| KENSTAN LOCK & HARDWARE CO INC<br>101 COMMERCIAL STREET<br>PLAINVIEW, NY 11803 | 1805 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,462.61<br><br>$3,462.61 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| KOIN TV INC<br>222 SW COLUMBIA ST<br>PORTLAND, OR 97201 | 2217 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $425.00<br><br>$425.00 | 12/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| KOMO TV<br>PO BOX 94394<br>SEATTLE, WA 98124-6694 | 11344 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $6,375.00<br><br>$6,375.00 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KOSCO, JIM<br>6351 LAKE SHORE DR<br>ERIE, PA 16505 | 1874 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $524.00<br><br>$524.00 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LACROSSE TECHNOLOGY LTD<br>WEB SALES<br>MANDA SHAH<br>2809 LOSEY BLVD SOUTH<br>LACROSSE, WI 54601 | 1887 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,861.05<br><br>$1,861.05 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LEAGUE CITY TOWNE CENTER LTD<br>C/O PROPERTY COMMERCE<br>11000 BRITTMOORE PARK DR STE 100<br>HOUSTON, TX 77041 | 1879 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $29,763.07<br><br>$29,763.07 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Seconds Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - LATE 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LEAGUE CITY TOWNE CENTER LTD<br>JODI BUTSCHEK<br>11000 BRITTMOORE PARK DRIVE NO 100<br>C/O PROPERTY COMMERCE<br>ATTN S JAY WILLIAMS<br>HOUSTON, TX 77041 | 1881 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $29,763.07<br>$29,763.07 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LTD COMMODITIES INC<br>PO BOX 702<br>BANNOCKBURN, IL 600150702 | 1827 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $104.38<br>$104.38 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MACON WATER AUTHORITY<br>P O BOX 108<br>MACON, GA 31202-0108 | 1820 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $126.59<br>$126.59 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MARION BATTING CAGES<br>2200 AUTUMN LN<br>MARION, IL 62959 | 1880 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $561.00<br>$561.00 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MARTINSVILLE, CITY OF<br>C/O CITY TREASURER<br>MARTINSVILLE, VA 24114 | 1938 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,261.26<br>$1,261.26 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MEDIA BANK INC<br>600 W CHICAGO AVE<br>STE 830<br>CHICAGO, IL 60654 | 9841 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $26,659.00<br>$26,659.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MIDWAY<br>BANK OF AMERICA LOCKBOX SVC<br>15218 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | 1848 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $47,960.00<br>$47,960.00 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Second Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - LATE 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MISHAWAKA UTILITIES<br>PO BOX 363<br>126 N CHURCH ST<br>MISHAWAKA, IN 46546-0363 | 1870 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$4,653.68<br><br>$4,653.68 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MISSOURI GAS ENERGY<br>PO BOX 219255<br>KANSAS CITY, MO 64121-9255 | 2669 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$850.84<br><br>$850.84 | 01/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MONTAGE INC<br>3050 CENTRE POINTE DR<br>STE 50<br>ROSEVILLE, MN 55113 | 1868 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,385.00<br><br>$1,385.00 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MONTGOMERY WATER WORKS<br>PO BOX 1631<br>MONTGOMERY, AL 36102-1631 | 1854 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$98.41<br><br>$98.41 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MONTGOMERY WATER WORKS<br>PO BOX 1631<br>MONTGOMERY, AL 36102-1631 | 1856 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$28.76<br><br>$28.76 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MONTGOMERY WATER WORKS<br>PO BOX 1631<br>MONTGOMERY, AL 36102-1631 | 1853 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$39.73<br><br>$39.73 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MULTIBAND SUBSCRIBER SERVICES<br>9449 SCIENCE CENTER DR<br>NEW HOPE, MN 55428 | 1945 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$3,910.00<br><br>$3,910.00 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MYPOINTS COM INC<br>PO BOX 200333<br>PITTSBURGH, PA 15251-0333 | 1847 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$138,022.44<br><br>$138,022.44 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                    Second Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - LATE 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NAIDU, KOKA C<br>468 SHOOTINGSTAR LN<br>SIMI VALLEY, CA 93065 | 5273 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $96.51<br><br>$96.51 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| NASHUA WASTE WATER SYSTEM<br>PO BOX 3840<br>NASHUA, NH 030613840 | 1937 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $172.70<br><br>$172.70 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NASHUA, CITY OF<br>PO BOX 885<br>NASHUA, NH 030610885 | 1933 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $52,112.34<br><br>$52,112.34 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NEWAVE SATELLITE<br>4303 PROFESSIONAL WAY STE B<br>IDAHO FALLS, ID 83402 | 1896 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $680.00<br><br>$680.00 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NEWS JOURNAL<br>PO BOX 1337<br>BUFFALO, NY 14240 | 1893 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $32,296.80<br><br>$32,296.80 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NEWS LEADER<br>651 BOONVILLE<br>SPRINGFIELD, MO 65801 | 1894 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $18,539.38<br><br>$18,539.38 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NIELSEN MEDIA RESEARCH<br>770 BROADWAY<br>NEW YORK, NY 10003 | 2224 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $26,072.78<br><br>$26,072.78 | 12/24/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NORTH ATTLEBOROUGH ELECTRIC<br>275 LANDRY AVENUE<br>N ATTLEBOROUGH, MA 02760 | 1821 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $11,441.49<br><br>$11,441.49 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Second Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT C - LATE 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NORTHEAST OHIO MARKETING NETWORK<br>ATT CREDIT MANAGER<br>PO BOX 630504<br>CINCINNATI, OH 45263-0504 | 1875 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $98,078.80<br>$98,078.80 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NORTHEAST OHIO MARKETING NETWORK<br>ATT CREDIT MANAGER<br>PO BOX 630504<br>CINCINNATI, OH 45263-0504 | 1950 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $98,078.80<br>$98,078.80 | 12/26/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NOTEBOOK SOLUTIONS INC<br>52 DOUBLETREE RD<br>TORONTO, ON M2J 3Z4<br>UNKNOWN | 1830 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,645.36<br>$1,645.36 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NPD INTELECT LLC<br>PO BOX 29323<br>NEW YORK, NY 10087-9323 | 1857 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $7,500.00<br>$7,500.00 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| OCALA ELECTRIC UTILITY<br>201 SE 3RD ST<br>OCALA, FL 34471-2174 | 1936 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $15,828.09<br>$15,828.09 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ORANGE COUNTY TREASURER<br>TAX COLLECTOR<br>CHRISS STREET<br>12 CIVIC CENTER PLAZA G 76<br>SANTA ANA, CA 92701 | 11242 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $112,356.55<br>$112,356.55 | 02/04/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PASSPORT UNLIMITED<br>ATTN BRIAN BELL<br>801 KIRKLAND AVE STE 200<br>KIRKLAND, WA 98033 | 2672 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $18,501.78<br>$18,501.78 | 01/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| Total: | 93 | | $2,674,183.82 | | |

*    "UNL" denotes an unliquidated claim.