Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                       One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, Virginia 23219
Wilmington, Delaware 19899-0636 (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

            IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                      RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
            Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - x

          **DEBTORS' THIRD OMNIBUS OBJECTION TO
            CERTAIN LATE 503(B)(9) CLAIMS**

     The debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors")[1], hereby file

their Third Omnibus Objection to Certain Late 503(b)(9)

Claims (the "Objection"), and hereby move this Court,

pursuant to sections 105 and 503(b)(9) of title 11 of the

United States Code, 11 U.S.C. §§ 101 et seq. (as amended,

the "Bankruptcy Code"), Rule 3007 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and Local

Bankruptcy Rule 3007-1, for an order, the proposed form of

which is attached hereto as Exhibit A, granting  the relief

sought by this Objection, and in support thereof states as

follows:

## JURISDICTION AND VENUE

1.   This Court has jurisdiction to consider this

Motion under 28 U.S.C. §§ 157 and 1334.  This is a core

proceeding under 28 U.S.C. § 157(b).  Venue of these cases

and this Motion in this district is proper under 28 U.S.C.

§§ 1408 and 1409.  The statutory and legal predicates for

---

[1]   The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc. (3875),
Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC
(5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia,
Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC
(2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs,
Inc.(6796), Sky Venture Corp. (0311), PRAHS, INC. (n/a), XSStuff, LLC
(9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for
Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard,

the relief requested herein are Bankruptcy Code sections 105

and 503(b)(9) and Rule 3007 of the Federal Rules of

Bankruptcy Procedure.

## BACKGROUND

2.    On November 10, 2008 (the "Petition Date"), the

Debtors filed voluntary petitions in this Court for relief

under chapter 11 of the Bankruptcy Code.

3.    The Debtors continue to manage and operate their

businesses as debtors in possession pursuant to Bankruptcy

Code sections 1107 and 1108.

4.    On November 12, 2008, the Office of the United

States Trustee for the Eastern District of Virginia

appointed a statutory committee of unsecured creditors (the

"Creditors' Committee").  To date, no trustee or examiner

has been appointed in these chapter 11 cases.

5.    On November 12, 2008, the Court appointed Kurtzman

Carson Consultants LLC ("KCC") as claims, noticing and

balloting agent for the Debtors in these chapter 11 cases

pursuant to 28 U.S.C. § 156(c).

6.    On November 12, 2008, this Court entered that

certain Order Establishing Bar Date for Filing Requests for

---

Westminster, Colorado 80031.  For all other Debtors, the address is 9950
Mayland Drive, Richmond, Virginia 23233.

Payment of Administrative Expense Claims Under Bankruptcy
Code Sections 105 and 503(b)(9) and Approving Form, Manner
and Sufficiency of Notice of the Bar Date Pursuant to
Bankruptcy Rule 9007 (Docket No. 107)(the "503(b)(9) Bar
Date Order").

　　　7.　　Pursuant to the 503(b)(9) Bar Date Order, this
Court approved the form and manner of the 503(b)(9) bar date
notice, which was attached as Exhibit A to the 503(b)(9) Bar
Date Order (the "503(b)(9) Bar Date Notice").  Pursuant to
the 503(b)(9) Bar Date Order and 503(b)(9) Bar Date Notice,
the bar date for filing proofs of claim asserting
administrative priority claims pursuant to section 503(b)(9)
of the Bankruptcy Code was on December 19, 2008 (the
"503(b)(9) Bar Date").

　　　8.　　On November 19, 2008, KCC served a copy of the
503(b)(9) Bar Date Notice on the 2002 Service List, all of
the Debtors' scheduled creditors in these cases, the
Debtors' equity holders, and certain other parties (Docket
No. 358).  In addition, the Debtors published the 503(b)(9)
Bar Date Notice in The New York Times (Docket No. 549), The
Wall Street Journal (Docket No. 548),and The Richmond Times-
Dispatch (Docket No. 547).

　　　9.　　On January 16, 2009, the Court authorized the

4

Debtors, among other things, to conduct going out of business sales at the Debtors' remaining 567 stores pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.

### OBJECTIONS TO CLAIMS

10.  As more particularly described herein, the Debtors seek in this Objection the disallowance of certain claims asserting purported priority pursuant to section 503(b)(9) of the Bankruptcy Code that were filed after the 503(b)(9) Bar Date, all as further described herein and pursuant to the form of order attached hereto as Exhibit A.

11.  The claims that are the subject of this Objection may be the subject to additional subsequently filed objections.

12.  The Debtors reserve the right to further object to any and all claims, whether or not the subject of this Objection, for allowance, voting, and/or distribution purposes, and on any other grounds.  The Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any claim or claimant herein.

13.   Attached as <u>Exhibit B</u> is an alphabetical listing of all claimants included in this Objection, with a cross-reference by claim number.  The basis of this Objection is that the claims included herein were not filed timely.  This Objection includes 66 claims, which are all listed on <u>Exhibit C</u>.  <u>See</u> Rule 3007(e)(1) and (2).

<u>**LATE 503(B)(9) CLAIMS**</u>

14.   <u>Exhibit C</u> contains a list of claims that were filed by purported creditors who filed claims alleging an administrative priority claim pursuant to 503(b)(9) after the 503(b)(9) Bar Date (the "Late 503(b)(9) Claims").

15.   The 503(b)(9) Bar Date Order provides in relevant part:

> Any holder of a Section 503(b)(9) Claim
> that fails to file a Section 503(b)(9)
> Claim Request or a Section 503(b)(9)
> Motion by the Section 503(b)(9) Bar Date
> in accordance with the procedure set
> forth in this Order is forever barred,
> estopped, and permanently enjoined from
> asserting its Section 503(b)(9) Claim
> against the Debtors, their estates, or
> the property of any of them, and such
> holder shall not be entitled to receive
> any distribution in these bankruptcy
> cases on account of such Section
> 503(b)(9) Claim or receive further
> notices regarding such Section 503(b)(9)
> Claim, absent further order of this
> Court.
>
> . . .

Any Section 503(b)(9) Claim Request or Section 503(b)(9) Motion that is not timely filed and served in accordance with this Order on or before the Section 503(b)(9) Bar Date, so as to be actually RECEIVED by the deadline and in the manner set forth herein, shall be disallowed, and the holder of such Section 503(b)(9) Claim shall be forever barred, estopped, and permanently enjoined from asserting such Section 503(b)(9) Claim against the Debtors, their estates, or the property of any of them, and such holder shall not be entitled to receive any distribution in these bankruptcy cases on account of such Section 503(b)(9) Claim or receive further notices regarding such Section 503(b)(9) Claim, absent further order of this Court.

503(b)(9) Bar Date Order, ¶ 7, 12.

16.   The 503(b)(9) Bar Date Notice provides in relevant

part:

**CONSEQUENCES OF FAILURE TO FILE SECTION 503(b)(9) CLAIM REQUEST**

**ANY PERSON OR ENTITY HOLDING A SECTION 503(b)(9) CLAIM THAT FAILS TO FILE A SECTION 503(b)(9) CLAIM REQUEST ON OR BEFORE THE BAR DATE SHALL BE FOREVER BARRED AND ESTOPPED FROM ASSERTING A SECTION 503(b)(9) CLAIM AGAINST THE DEBTORS, THEIR ESTATES, OR THE PROPERTY OF ANY OF THEM, ABSENT FURTHER ORDER OF THE COURT.**

Bar Date Notice, p. 5.

17.   The disallowance of the Late 503(b)(9) Claims is

appropriate under applicable law, as well as pursuant to the
503(b)(9) Bar Date Order.

18.    Bar dates for asserting claims in chapter 11
bankruptcy cases serve extremely important purposes.  "The
requirement of a Bar Date in Chapter 11 enables the debtor
. . . to establish the universe of claims with which it must
deal and the amount of those claims."  See In re A.H. Robins
Co., Inc., 129 B.R. 457, 459 (Bankr. E.D. Va. 1991).
Premised on the imperative purpose of finality of asserting
claims against a debtor, courts have not allowed claims
filed by creditors after the bar date, absent special
circumstances.  See In re Provident Hosp., Inc., 122 B.R.
683, 685 (D. Md. 1990), aff'd, 943 F.2d 49 (4th Cir. 1991)
(unpublished opinion) ("Because Bean did not timely file his
bankruptcy claim after having been given constitutionally
sufficient notice, his claim is barred under well-settled
authority, 11 U.S.C. 1141(d) and Bankruptcy Rule
3003(c)(2).").

19.    The Late 503(b)(9) Claims were filed in the
present cases after the bar date for asserting
administrative priority claims pursuant to 503(b)(9) of the
Bankruptcy Code.  Accordingly, pursuant to the 503(b)(9) Bar
Date Order, these Late 503(b)(9) Claims are "forever barred,

estopped, and permanently enjoined from asserting such Section 503(b)(9) Claim against the Debtors . . . ."

20.   It is essential for the Debtors to establish the proper liabilities asserted against them.   Moreover, it is even more critical that the Debtors confirm the administrative liabilities that can be properly asserted against the Debtors' estates.   In order to achieve the imperative of finality in the claims process, the Debtors request that this Court disallow in their entirety and for all purposes in these bankruptcy cases the Late 503(b)(9) Claims in this Objection.

21.   The Debtors reserve the right to object to the Late 503(b)(9) Claims on any other grounds at any time.

## NOTICE AND PROCEDURE

22.   Notice of this Objection has been provided to all claimants with claims that are the subject to this Objection as identified on Exhibit C (the "Claimants"), respectively, and to parties-in-interest in accordance with the Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures (Docket No. 130) (the "Case Management Order").   The Debtors submit that the

following methods of service upon the Claimants should be
deemed by the Court to constitute due and sufficient service
of this Objection: (a) service in accordance with Federal
Rule of Bankruptcy Procedure 7004 and the applicable
provisions of Federal Rule of Civil Procedure 4; (b) to the
extent counsel for a Claimant is not known to the Debtors,
by first class mail, postage prepaid, on the signatory of
the Claimant's proof of claim form or other representative
identified in the proof of claim form or any attachment
thereto; or (c) by first class mail, postage prepaid, on any
counsel that has appeared on the Claimant's behalf in the
Debtors' bankruptcy cases.  The Debtors are serving the
Claimant with this Objection and the Exhibit on which the
Claimant's claim is listed.

23.  To the extent any Claimant timely files and
properly serves a response to this Objection by April 29,
2009 as required by the Case Management Order and under
applicable law, and the parties are unable to otherwise
resolve the Objection, the Debtors request that the Court
conduct a status conference with respect to any such
responding claimant at the May 13, 2009 Omnibus Hearing, and
thereafter schedule the matter for a future hearing as to
the merits of such 503(b)(9) claim.  However, to the extent

any Claimant fails to timely file and properly serve a response to this Objection as required by the Case Management Order and applicable law, the Debtors request that the Court enter an order, substantially in the form attached hereto as <u>Exhibit A</u>, disallowing such Claimant's 503(b)(9) claim in its entirety for all purposes in these bankruptcy cases.

### <u>WAIVER OF MEMORANDUM OF LAW</u>

24.   Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion, the Debtors request that the requirement that all motions be accompanied by a written memorandum of law be waived.

### <u>NO PRIOR RELIEF</u>

25.   No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Debtors request the Court to enter an Order sustaining this Objection and granting such other and further relief as the Court deems appropriate.

Dated: Richmond, Virginia
      March 27, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

– and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

– and –

MCGUIREWOODS LLP

_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

## EXHIBIT A

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :    Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :    Jointly Administered
- - - - - - - - - - - - - - x

**ORDER SUSTAINING DEBTORS' THIRD OMNIBUS
OBJECTION TO CERTAIN LATE 503(b)(9) CLAIMS**

THIS MATTER having come before the Court on the

Debtors' Third Omnibus Objection to Certain Late 503(b)(9)

Claims (the "Objection"), which requested, among other

things, that the claims specifically identified on Exhibit C

attached to the Objection be disallowed in their entirety

and for all purposes in these bankruptcy cases for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.   The Objection is GRANTED.

2.   The Claims identified on Exhibit A – Late 503(b)(9) Claims as attached hereto and incorporated herein, are forever disallowed in their entirety for all purposes in these bankruptcy cases.

Dated: Richmond, Virginia
       May_____, 2009


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

2

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -


__/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


   **CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

        Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                        __/s/ Douglas M. Foley_____
                        Douglas M. Foley

\8415366.1

3

Exhibit B - Claimants And Related Claims Subject To Third Omnibus Objection To 503(b)(9) Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| PENNSYLVANIA UNCLAIMED PROP | 1908 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| PENNSYLVANIA UNCLAIMED PROP | 1909 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| PENNSYLVANIA UNCLAIMED PROP | 1910 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| PENNSYLVANIA UNCLAIMED PROP | 1911 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| PENNSYLVANIA UNCLAIMED PROP | 1912 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| PENNSYLVANIA UNCLAIMED PROP | 1913 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| PENNSYLVANIA UNCLAIMED PROP | 1914 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| PENNSYLVANIA UNCLAIMED PROP | 1915 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| PENNSYLVANIA UNCLAIMED PROP | 1916 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| PENNSYLVANIA UNCLAIMED PROP | 1917 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| PENNSYLVANIA UNCLAIMED PROP | 1918 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| PENNSYLVANIA UNCLAIMED PROP | 1919 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| PENNSYLVANIA UNCLAIMED PROP | 1920 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| PENNSYLVANIA UNCLAIMED PROP | 1921 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| PENNSYLVANIA UNCLAIMED PROP | 1922 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| PENNSYLVANIA UNCLAIMED PROP | 1923 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| PENNSYLVANIA UNCLAIMED PROP | 1924 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| PENNSYLVANIA UNCLAIMED PROP | 1925 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| PIZZA HUT | 2225 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| PLANO, CITY OF | 2674 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| POPE, RONNIE | 2219 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| RANCHO CUCAMONGA CITY OF | 1808 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| REMOTE & MANUAL SERVICE | 2221 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| REPORTER HERALD | 1816 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| RESCO BALTIMORE INC | 1976 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| RESIDENCE INN | 1968 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| REYES, GUADALOPE AS MOTHER & GUARDIAN OF REYES, PATRICIO JEREMY A MINOR | 1831 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| RICHARDS, BRIAN D | 11375 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| RICHMOND SECURITY INC | 1832 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| ROANOKE GAS COMPANY | 2008 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| ROCHESTER GAS AND ELECTRIC | 1849 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| ROSATTO, MARCELO P | 10514 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| RYZEX INC | 4851 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| SALITRERO, HECTOR E | 10731 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| SAMSONITE CORPORATION | 1889 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| SANITARY BOARD OF S CHARLESTON | 2218 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| SCHAEFFER MFG CO | 4929 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| SHELBY COUNTY | 2222 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| SHELBY COUNTY | 2241 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| SIEMENS HOME & OFFICE | 1877 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| SIERRA SOUND & SECURITY | 4164 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| SPORTS ILLUSTRATED | 1940 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| SUEZ ENERGY RESOURCES NA | 3218 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| SUMTER ELECTRIC COOPERATIVE, INC ,FL | 2162 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| SYMBOL TECHNOLOGIES | 11223 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| TALX CORPORATION UC EXPRESS | 2009 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| TASLER PALLET | 2677 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| TEMPLE, CITY OF | 1907 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| TENNESSEAN NEWSPAPER | 2664 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| TIMES LEADER | 1867 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| TOCAD AMERICA INC | 4893 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| TOWERS PERRIN FORSTER & CROSBY INC AKA | 1904 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| UNITED ISD TAX OFFICE | 1932 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| VACO RICHMOND LLC | 1890 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| VILLAGE OF GURNEE, IL | 1829 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| WBTP FM | 2666 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| WCIU TV | 1952 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| WEEMS, FOLEY | 2080 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| WELCH CONSULTING LTD | 1818 | EXHIBIT C - LATE 503(b)(9) CLAIMS |

Exhibit B - Claimants And Related Claims Subject To Third Omnibus Objection To 503(b)(9) Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| WELCH CONSULTING LTD | 1819 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| WFLZ FM | 2665 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| WGN TV | 2016 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| WHATCOM COUNTY TREASURER | 1858 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| WOOD COUNTY, SHERIFF OF | 2670 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| WPHL TV | 1804 | EXHIBIT C - LATE 503(b)(9) CLAIMS |
| YOUNGSTOWN WATER DEPT , OH | 1951 | EXHIBIT C - LATE 503(b)(9) CLAIMS |

In re: Circuit City Stores, Inc, et al.    Third Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - LATE 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PENNSYLVANIA UNCLAIMED PROP PO BOX 1837 HARRISBURG, PA 171051837 | 1916 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 12/23/2008 | KINZER TECHNOLOGY, LLC (08-35663) |
| PENNSYLVANIA UNCLAIMED PROP PO BOX 1837 HARRISBURG, PA 171051837 | 1910 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 12/23/2008 | CIRCUIT CITY PROPERTIES, LLC (08-35661) |
| PENNSYLVANIA UNCLAIMED PROP PO BOX 1837 HARRISBURG, PA 171051837 | 1925 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 12/23/2008 | MAYLAND MN, LLC (08-35666) |
| PENNSYLVANIA UNCLAIMED PROP PO BOX 1837 HARRISBURG, PA 171051837 | 1912 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 12/23/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| PENNSYLVANIA UNCLAIMED PROP PO BOX 1837 HARRISBURG, PA 171051837 | 1922 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 12/23/2008 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| PENNSYLVANIA UNCLAIMED PROP PO BOX 1837 HARRISBURG, PA 171051837 | 1909 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 12/23/2008 | PATAPSCO DESIGNS, INC. (08-35667) |
| PENNSYLVANIA UNCLAIMED PROP PO BOX 1837 HARRISBURG, PA 171051837 | 1914 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 12/23/2008 | PRAHS, INC. (08-35670) |
| PENNSYLVANIA UNCLAIMED PROP PO BOX 1837 HARRISBURG, PA 171051837 | 1921 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 12/23/2008 | ORBYX ELECTRONICS, LLC (08-35662) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                    Third Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT C - LATE 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| PENNSYLVANIA UNCLAIMED PROP PO BOX 1837 HARRISBURG, PA 171051837 | 1919 | Secured:<br>Priority:<br>Administrative:  UNL<br>Unsecured:<br>Total:  UNL | 12/23/2008 | CC AVIATION, LLC (08-35658) |
| PENNSYLVANIA UNCLAIMED PROP PO BOX 1837 HARRISBURG, PA 171051837 | 1913 | Secured:<br>Priority:<br>Administrative:  UNL<br>Unsecured:<br>Total:  UNL | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PENNSYLVANIA UNCLAIMED PROP PO BOX 1837 HARRISBURG, PA 171051837 | 1915 | Secured:<br>Priority:<br>Administrative:  UNL<br>Unsecured:<br>Total:  UNL | 12/23/2008 | SKY VENTURE CORP. (08-35668) |
| PENNSYLVANIA UNCLAIMED PROP PO BOX 1837 HARRISBURG, PA 171051837 | 1918 | Secured:<br>Priority:<br>Administrative:  UNL<br>Unsecured:<br>Total:  UNL | 12/23/2008 | COURCHEVEL, LLC (08-35664) |
| PENNSYLVANIA UNCLAIMED PROP PO BOX 1837 HARRISBURG, PA 171051837 | 1908 | Secured:<br>Priority:<br>Administrative:  UNL<br>Unsecured:<br>Total:  UNL | 12/23/2008 | VENTOUX INTERNATIONAL, INC. (08-35656) |
| PENNSYLVANIA UNCLAIMED PROP PO BOX 1837 HARRISBURG, PA 171051837 | 1923 | Secured:<br>Priority:<br>Administrative:  UNL<br>Unsecured:<br>Total:  UNL | 12/23/2008 | ABBOTT ADVERTISING AGENCY, INC. (08-35665) |
| PENNSYLVANIA UNCLAIMED PROP PO BOX 1837 HARRISBURG, PA 171051837 | 1920 | Secured:<br>Priority:<br>Administrative:  UNL<br>Unsecured:<br>Total:  UNL | 12/23/2008 | INTERTAN, INC. (08-35655) |
| PENNSYLVANIA UNCLAIMED PROP PO BOX 1837 HARRISBURG, PA 171051837 | 1917 | Secured:<br>Priority:<br>Administrative:  UNL<br>Unsecured:<br>Total:  UNL | 12/23/2008 | XSSTUFF, LLC (08-35669) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                Third Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT C - LATE 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PENNSYLVANIA UNCLAIMED PROP PO BOX 1837 HARRISBURG, PA 171051837 | 1911 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 12/23/2008 | CC DISTRIBUTION COMPANY OF VIRGINIA, INC. (08-35659) |
| PENNSYLVANIA UNCLAIMED PROP PO BOX 1837 HARRISBURG, PA 171051837 | 1924 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 12/23/2008 | CIRCUIT CITY STORES PR, LLC (08-35660) |
| PIZZA HUT PO BOX 820 ENERGY, IL 62933 | 2225 | Secured: Priority: Administrative: Unsecured: Total: | $209.15 $209.15 | 12/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PLANO, CITY OF ATTN PAIGE MIMS PO BOX 860358 PLANO, TX 75086-0358 | 2674 | Secured: Priority: Administrative: Unsecured: Total: | $5,299.44 $5,299.44 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| POPE, RONNIE 10637 S CRENSHAW NO 4 INGLEWWOD, CA 90303 | 2219 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| RANCHO CUCAMONGA CITY OF PO BOX 807 RANCO CUCAMONGA, CA 91729 | 1808 | Secured: Priority: Administrative: Unsecured: Total: | $9,495.24 $9,495.24 | 12/24/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| REMOTE & MANUAL SERVICE 2115 SE ADAMS STREET MILWAUKIE, OR 97222 | 2221 | Secured: Priority: Administrative: Unsecured: Total: | $605.83 $605.83 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| REPORTER HERALD PO BOX 59 LOVELAND, CO 80539-0059 | 1816 | Secured: Priority: Administrative: Unsecured: Total: | $675.72 $675.72 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.        Third Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - LATE 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RESCO BALTIMORE INC<br>4961 MERCANTILE RD<br>BALTIMORE, MD 21236 | 1976 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,707.99<br>$3,707.99 | 12/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| RESIDENCE INN<br>3940 WESTERRE PKY<br>RICHMOND, VA 23233 | 1968 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $10,700.00<br>$10,700.00 | 12/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| REYES, GUADALOPE AS MOTHER<br>& GUARDIAN OF REYES, PATRICIO<br>JEREMY A MINOR<br>7208 LAKE MARSHA DR<br>ORLANDO, FL 32819 | 1831 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $25,000.00<br>$25,000.00 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| RICHARDS, BRIAN D<br>1547 ESSEX RD<br>UPPER ARLINGTON, OH 43221 | 11375 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $869.00<br>$869.00 | 02/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RICHMOND SECURITY INC<br>711 JOHNSTON WILLIS DR<br>RICHMOND, VA 23236 | 1832 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $177.05<br>$177.05 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROANOKE GAS COMPANY<br>P O BOX 13007<br>ROANOKE, VA 24030 | 2008 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $160.93<br>$160.93 | 12/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROCHESTER GAS AND ELECTRIC<br>89 EAST AVENUE<br>ROCHESTER, NY 14649-0001 | 1849 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $10,499.10<br>$10,499.10 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROSATTO, MARCELO P<br>TM ANCHORENA 1238 3RD FL<br>APT 24 CAPITAL FEDERAL<br>BUENOS AIRES, 1425<br>ARGENTINA | 10514 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*        "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                2nd Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - LATE 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RYZEX INC<br>4600 RYZEX WY<br>BELLINGHAM, WA 98226-7691 | 4851 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $459.00<br><br>$459.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SALITRERO, HECTOR E<br>925 THE ALAMEDA UNIT 313<br>SAN JOSE, CA 95126-0000 | 10731 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 02/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SAMSONITE CORPORATION<br>JAMES REGO<br>575 WEST STREET SUITE 110<br>MANSFIELD, MA 02048 | 1889 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $846.00<br><br>$846.00 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SANITARY BOARD OF S CHARLESTON<br>PO BOX 8336<br>SOUTH CHARLESTON, WV 25303-0336 | 2218 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 12/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SCHAEFFER MFG CO<br>102 BARTON ST<br>ST LOUIS, MO 63104-4729 | 4929 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $416.73<br><br>$416.73 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SHELBY COUNTY<br>150 WASHINGTON AVE<br>COUNTY CLERK<br>MEMPHIS, TN 38103 | 2241 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $36,252.02<br><br>$36,252.02 | 12/24/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SHELBY COUNTY<br>150 WASHINGTON AVE<br>COUNTY CLERK<br>MEMPHIS, TN 38103 | 2222 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $24,310.52<br><br>$24,310.52 | 12/24/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SIEMENS HOME & OFFICE<br>JEFFREY BUCKLEW<br>4849 ALPHA ROAD<br>DALLAS, TX 75244 | 1877 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $25,622.64<br><br>$25,622.64 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                              Third Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - LATE 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SIERRA SOUND & SECURITY<br>4995 HALLGARTEN DR<br>SPARKS, NV 89436 | 4164 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$2,974.00<br><br>$2,974.00 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SPORTS ILLUSTRATED<br>3822 PAYSPHERE CIR<br>CHICAGO, IL 60674-3822 | 1940 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$250,000.00<br><br>$250,000.00 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SUEZ ENERGY RESOURCES NA<br>ATTN CHRIS JONES<br>P O BOX 25237<br>LEHIGH VALLEY, PA 18002-5228 | 3218 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,768.48<br><br>$1,768.48 | 01/07/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SUMTER ELECTRIC COOPERATIVE, INC ,FL<br>P O BOX 301<br>SUMTERVILLE, FL 33585 | 2162 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$48,650.59<br><br>$48,650.59 | 01/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SYMBOL TECHNOLOGIES<br>MICHAEL RANDAZZO<br>ONE SYMBOL PLAZA<br>HOLSTVILLE, NY 11742 | 11223 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$583.98<br><br>$583.98 | 02/10/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TALX CORPORATION UC EXPRESS<br>3065 PAYSPHERE CIR<br>CHICAGO, IL 60674 | 2009 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$4,554.31<br><br>$4,554.31 | 12/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TASLER PALLET<br>HC 73<br>BOX 11<br>MARIETTA, OK 73448 | 2677 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$3,559.95<br><br>$3,559.95 | 01/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TEMPLE, CITY OF<br>PO BOX 878<br>UTILITY BUSINESS OFFICE<br>TEMPLE, TX 76503-0878 | 1907 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,577.47<br><br>$1,577.47 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.   Fourth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - LATE 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TENNESSEAN NEWSPAPER<br>1100 BROADWAY<br>NASHVILLE, TN 37203 | 2664 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $55,269.10<br><br>$55,269.10 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TIMES LEADER<br>15 NORTH MAIN STREET<br>WILKES BARRE, PA 18711 | 1867 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $5,897.85<br><br>$5,897.85 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TOCAD AMERICA INC<br>TERESA DA COSTA<br>53 GREEN POND ROAD<br>ROCKAWAY, NJ 07866 | 4893 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $262,327.56<br><br>$262,327.56 | 01/22/2009 | CC DISTRIBUTION COMPANY OF VIRGINIA, INC. (08-35659) |
| TOWERS PERRIN FORSTER & CROSBY INC AKA TOWERS PERRIN<br>ATTN JOEL KRANZEL<br>1500 MARKET ST<br>CENTRE SQ E<br>PHILADELPHIA, PA 19102-4790 | 1904 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,768.25<br><br>$12,768.25 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| UNITED ISD TAX OFFICE<br>3501 E SAUNDERS<br>NORMA FARABOUGH RTA CSTS CTA<br>LAREDO, TX 78041 | 1932 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $25,724.69<br><br>$25,724.69 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| VACO RICHMOND LLC<br>5410 MARYLAND WY STE 460<br>BRENTWOOD, TN 37027 | 1890 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $32,946.00<br><br>$32,946.00 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| VILLAGE OF GURNEE, IL<br>325 NORTH OPLAINE ROAD<br>GURNEE, IL 60031-2636 | 1829 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $143.45<br><br>$143.45 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WBTP FM<br>PO BOX 406295<br>ATLANTA, GA 30384-6295 | 2666 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,140.75<br><br>$3,140.75 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                    Fifth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT C - LATE 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WCIU TV<br>3256 PAYSPHERE CIR<br>WEIGEL BROADCASTING CO<br>CHICAGO, IL 60674 | 1952 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $15,130.00<br><br>$15,130.00 | 12/26/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WEEMS, FOLEY<br>PO BOX 2414<br>CORDOVA, AK 99574-2414 | 2080 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $23,479.04<br><br>$23,479.04 | 12/30/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WELCH CONSULTING LTD<br>1716 BRIARCREST DR 700<br>ATTN ACCOUNTS RECEIVABLE<br>BRYAN, TX 77802 | 1818 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $900.00<br><br>$900.00 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WELCH CONSULTING LTD<br>1716 BRIARCREST DR 700<br>BRYAN, TX 77802 | 1819 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $31,544.50<br><br>$31,544.50 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WFLZ FM<br>CLEAR CHANNEL BROADCASTING INC<br>PO BOX 406295<br>ATLANTA, GA 30384 | 2665 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,137.25<br><br>$3,137.25 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WGN TV<br>PO BOX 98473<br>CHICAGO, IL 60693 | 2016 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $42,330.00<br><br>$42,330.00 | 12/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WHATCOM COUNTY TREASURER<br>PO BOX 34873<br>SEATTLE, WA 98411-6626 | 1858 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,882.62<br><br>$3,882.62 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WOOD COUNTY, SHERIFF OF<br>PO BOX 1985<br>PARKERSBURG, WV 26102 | 2670 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $14,359.87<br><br>$14,359.87 | 01/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                Fourth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT C - LATE 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WPHL TV<br>15190 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | 1804 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $18,891.25<br><br>$18,891.25 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| YOUNGSTOWN WATER DEPT , OH<br>P O BOX 6219<br>YOUNGSTOWN, OH 44501 | 1951 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $100.02<br><br>$100.02 | 12/26/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

| | Total: | 66 | | $1,020,947.34 |
|---|---|---|---|---|

*       "UNL" denotes an unliquidated claim.