# Exhibit A

Summary of Post-Petition Charges from Google Inc.

| | |
|---|---|
| Google Affiliate Network | $1,194,850.80 |
| Adwords, Site Targeting, Fanalyst Google Content Network, YouTube Fanalyst, and Circuit City Mobile | $1,024,225.20 |
| Postini | $31,633.50 |
| **Total** | $2,250,708.50 |