# Exhibit B



Date: 1/13/09

Circuit City Stores
Tamara Larocque
Tamara_Larocque@circuitcity.com
mjurkowski@google.com

### Statement of Account

| Invoice # | Date | Amount | Payment Applied | Check # | Balance |
|---|---|---|---|---|---|
| 0608CC999-Quixtar | 07/18/08 | $76,462.31 | $76,462.31 | 7/29/08 wire | $ - |
| 0508AF999-Actuals | 07/18/08 | $412,702.79 | $412,702.79 | 7/30/08 wire | $ - |
| 0608AF625 | 08/12/08 | $389,848.89 | $389,848.89 | 9/1/08 wire | $ - |
| 0708500-Quixtar | 07/18/08 | $72,182.19 | $72,182.19 | 9/5/08 wire | $ - |
| 0808500-Quixtar | 09/12/08 | $85,430.53 | $85,430.53 | 10/16/2008 Wire | $ - |
| 0708K109183 | 09/15/08 | $477,745.59 | | | $ 477,745.59 |
| 0908500-Quixtar | 10/15/08 | $80,692.57 | | | $ 80,692.57 |
| 0808K109183 | 10/15/08 | $558,780.42 | $558,780.42 | 11/4/08 wire | $ - |
| 0908K109183 | 11/12/08 | $346,085.46 | | | $ 346,085.46 |
| 1008K109183Quix | 11/12/08 | $46,550.28 | | | $ 46,550.28 |
| 1008K109183 | 10/31/08 | $267,727.89 | | | $ 267,727.89 |
| 1108K109183 | 11/09/08 | $61,966.79 | | | $ 61,966.79 |
| 1108K109183 | 11/30/08 | $480,426.17 | | | $ 480,426.17 |
| 1208K109183 | 02/17/09 | $614,325.70 | | | $ 614,325.70 |
| 0109K109183 | 02/17/09 | $100,098.93 | | | $ 100,098.93 |

Total due: $ 2,475,619.38

To pay partners more quickly please send funds via wire transfer

Remittance Option 1: Preferred Method
Remit Via DOMESTIC WIRE TRANSFER:
TO: SIL VLY BK SJ
ROUTING & TRANSIT #: 121140399
FOR CREDIT OF: Google Affiliate Network Inc.
CREDIT ACCOUNT #: 3300531653
BY ORDER OF: [NAME OF SENDER]

Remittance Option 2: Standard Method
Remit Via LockBox:
Google Affiliate Network, Inc
Department CH 10858
Palatine, IL 60055-0858

Special Instructions: Please note invoice number with payments



Invoice Date: 11/30/08
Ad Type: Google Affiliate
Payment Terms: Due Upon Receipt
Invoice Number:           1108K109183

Circuit City Stores
Tracy Griffin
Tracy_Griffin@circuitcity.com
ellen_duffie-fritz@circuitcity.com
mjurkowski@google.com
Date of Service: November 2008
KID: K109183

**To pay partners more quickly please send funds via wire transfer**

| Remittance Option 1: Preferred Method | Remittance Option 2: Standard Method |
|---|---|
| Remit Via DOMESTIC WIRE TRANSFER: | Remit Via LockBox: |
| TO: SIL VLY BK SJ | Google Affiliate Network Inc. |
| ROUTING & TRANSIT #: 121140399 | Department CH 10858 |
| FOR CREDIT OF: Google Affiliate Network Inc. | Palatine, IL 60055-0858 |
| CREDIT ACCOUNT #: 3300531653 | |
| BY ORDER OF: [NAME OF SENDER] | |

Special Instructions: Please note invoice number with payments

**Service Description**

**Current Activity**
Publisher Fee                                   362,102.69
Agency Fee                                      118,323.48

Total amount due:                              $480,426.17

*Does not include actual Quixtar publisher fees, as those were invoiced separately

For questions about this invoice, email gan-billing@google.com.



Invoice Date: 12/31/08
Ad Type: Google Affiliate
Payment Terms: Due Upon Receipt
Invoice Number:                    1208K109183

Circuit City Stores
Tamara Larocque
Tamara_Larocque@circuitcity.com
mjurkowski@google.com
tracy_griffin@circuitcity.com
Date of Service: December 2008
KID: K109183

**To pay partners more quickly please send funds via wire transfer**

| Remittance Option 1: Preferred Method | Remittance Option 2: Standard Method |
|---|---|
| Remit Via DOMESTIC WIRE TRANSFER: | Remit Via LockBox: |
| TO: SIL VLY BK SJ | Google Affiliate Network Inc. |
| ROUTING & TRANSIT #: 121140399 | Department CH 10858 |
| FOR CREDIT OF: Google Affiliate Network Inc. | Palatine, IL 60055-0858 |
| CREDIT ACCOUNT #: 3300531653 | |
| BY ORDER OF: [NAME OF SENDER] | |

Special Instructions: Please note invoice number with payments

**Service Description**

Current Activity
Publisher Fee                                                  $467,844.50
Agency Fee                                                     $146,481.21

Total amount due:                                              $614,325.70

*Does not include actual Quixtar publisher fees, as those were invoiced separately

For questions about this invoice, email gan-billing@google.com.



Invoice Date: 1/31/09
Ad Type: Google Affiliate
Payment Terms: Due Upon Receipt
Invoice Number:    0109K109183

Circuit City Stores
Tamara Larocque
Tamara_Larocque@circuitcity.com
mjurkowski@google.com
tracy_griffin@circuitcity.com
Date of Service: January 2009
KID: K109183

**To pay partners more quickly please send funds via wire transfer**

Remittance Option 1: Preferred Method
Remit Via DOMESTIC WIRE TRANSFER:
TO: SIL VLY BK SJ
ROUTING & TRANSIT #:  121140399
FOR CREDIT OF:   Google Affiliate Network Inc.
CREDIT ACCOUNT #:  3300531653
BY ORDER OF:   [NAME OF SENDER]

Remittance Option 2: Standard Method
Remit Via LockBox:
Google Affiliate Network Inc.
Department CH 10858
Palatine, IL 60055-0858

Special Instructions: Please note invoice number with payments

**Service Description**

Current Activity
Publisher Fee                                    $73,702.60
Agency Fee                                       $26,396.33

Total amount due:                                $100,098.93

*Does not include actual Quixtar publisher fees, as those were invoiced separately

For questions about this invoice, email gan-billing@google.com.