# Exhibit C

# Invoice

Page: 1 of 1



Federal Tax ID #:    77-0493581

Bill To:

Circuit City Stores Inc
Attn: Julie Borill
9950 Mayland Dr
Richmond, VA 23233-1464

Ad Type:             Google AdWords
Invoice Number:      170866941815
Invoice Date:        30 November 2008
Customer Number:     10276846
Due Date:            30 December 2008
Payment Terms:       NET 30
Salesperson:         Rob Sena
Account Number:      543-108-1476
Agreement ID:        3133177681

Advertiser:
Circuit City Stores Inc
Julie Borill

For the period 1 November 2008 through 30 November 2008

| CAMPAIGN NAME | PURCHASE ORDER | AMOUNT |
|---|---|---|
| Adjustment | | -42.17 |
| Display_Football Fans | | 3,619.19 |
| Video_Football Fans | | 899.18 |
| Display_Social Media | | 4,008.61 |
| Display_Facebook Applications | | 597.37 |
| Display_MySpace | | 735.62 |
| Promote Your Video | | 2,364.48 |
| Display_to CC.com | | 61,303.81 |
| Content Campaign | | 1,399.91 |

Total account charges for Google AdWords 1 November 2008 - 30 November 2008    74,886.00

| Remit to: | Via Domestic Wire Transfer: | | |
|---|---|---|---|
| Google, Inc.<br>Dept. 33654<br>P.O. Box 39000<br>San Francisco, CA 94139<br>USA | Acct Name: Google Inc<br>Bank: Wells Fargo Bank, Palo Alto, CA 94321-0150<br>ABA # 121000248<br>Acct#: 4121100648 | Subtotal:<br>Tax Amount:<br>Total:<br>PAYABLE IN USD | 74,886.00<br>0.00<br>74,886.00 |

Please note invoice number with payment.

For questions about this invoice, email collections-us@google.com.

11/1 - 11/9  9,195.78
11/10 - 11/30  65,783.71



# Invoice

Page: 1 of 1

| | |
|---|---|
| Ad Type: | Google AdWords |
| Invoice Number: | 176392376815 |
| Invoice Date: | 31 December 2008 |
| Customer Number: | 10276846 |
| Due Date: | 30 January 2009 |
| Payment Terms: | NET 30 |
| Salesperson: | Rob Sena |
| Account Number: | 543-108-1476 |
| Agreement ID: | 3133177681 |

Federal Tax ID #:   77-0493581

**Bill To:**

Circuit City Stores Inc
Attn: Julie Borili
9950 Mayland Dr
Richmond, VA 23233-1464

**Advertiser:**
Circuit City Stores Inc
Julie Borili

For the period 1 December 2008 through 22 December 2008

| CAMPAIGN NAME | PURCHASE ORDER | AMOUNT |
|---|---|---|
| Adjustment | | -373.91 |
| Display_Facebook Applications | | 2.55 |
| Promote Your Video | | 597.93 |
| Display_to CC.com | | 20,956.02 |
| Content Campaign | | 220.09 |
| Adjustment | | -1.39 |

Total account charges for Google AdWords 1 December 2008 - 22 December 2008     21,401.29

| Remit to: | Via Domestic Wire Transfer: | | |
|---|---|---|---|
| Google, Inc. | Acct Name: Google Inc | Subtotal: | 21,401.29 |
| Dept. 33654 | Bank: Wells Fargo Bank, Palo Alto, CA 94321-0150 | Tax Amount: | 0.00 |
| P.O. Box 39000 | ABA # 121000248 | Total: | 21,401.29 |
| San Francisco, CA 94139 | Acct#: 4121100648 | PAYABLE IN USD | |
| USA | | | |

Please note invoice number with payment.

For questions about this invoice, email collections-us@google.com.

# Invoice

Page: 1 of 1



Federal Tax ID #:  77-0493581

Bill To:

Circuit City Stores Inc
Attn: Danielle Duncan
9950 Mayland Dr
Richmond, VA 23233-1464

| Ad Type: | Google AdWords |
|---|---|
| Invoice Number: | 170648951815 |
| Invoice Date: | 30 November 2008 |
| Customer Number: | 16492768 |
| Due Date: | 14 January 2009 |
| Payment Terms: | NET 45 |
| Salesperson: | Rob Sena |
| Account Number: | 549-032-9631 |
| Agreement ID: | 2634440498 |

For the period 1 November 2008 through 30 November 2008

| ADVERTISER NAME | ADVERTISER CID | DESCRIPTION | PURCHASE ORDER | AMOUNT |
|---|---|---|---|---|
| Circuit City | 9134197943 | Account Budget Overrun | | -38.30 |
| | | AdWords usage | | 211,176.23 |
| | | Adjustment | | -4.08 |
| | | Adjustment | | -275.57 |

| Total Google account charges for 1 November 2008 - 30 November 2008 | | 210,858.28 |
|---|---|---|
| **Remit to:** | **Via Domestic Wire Transfer:** | Subtotal: 210,858.28 |
| Google, Inc. | Acct Name: Google Inc | Tax Amount: 0.00 |
| Dept. 33654 | Bank: Wells Fargo Bank, Palo Alto, CA 94321-0150 | |
| P.O. Box 39000 | ABA # 121000248 | Total: 210,858.28 |
| San Francisco, CA 94139 | Acct#: 4121100648 | PAYABLE IN USD |
| USA | | |

Please note invoice number with payment.

For questions about this invoice, email collections-us@google.com.

11/1 - 11/9  $65,702.08
11/10 - 11/30  145,154.39

# Invoice

Page: 1 of 1



Federal Tax ID #:    77-0493581

Bill To:

Circuit City Stores Inc
Attn: Danielle Duncan
9950 Maytand Dr
Richmond, VA 23233-1464

| | |
|---|---|
| Ad Type: | Google AdWords |
| Invoice Number: | 176376593815 |
| Invoice Date: | 31 December 2008 |
| Customer Number: | 16492768 |
| Due Date: | 14 February 2009 |
| Payment Terms: | NET 45 |
| Salesperson: | Rob Sena |
| Account Number: | 549-032-9631 |
| Agreement ID: | 2634440498 |

For the period 1 December 2008 through 31 December 2008

| ADVERTISER NAME | ADVERTISER CID | DESCRIPTION | PURCHASE ORDER | AMOUNT |
|---|---|---|---|---|
| Circuit City | 9134197943 | AdWords usage | | 207,275.40 |
| | | Adjustment | | -0.47 |
| | | Adjustment | | -1.09 |
| | | Adjustment | | -1,111.75 |

| | |
|---|---|
| Total Google account charges for 1 December 2008 - 31 December 2008 | 206,162.09 |

| Remit to: | Via Domestic Wire Transfer: | Subtotal: | 206,162.09 |
|---|---|---|---|
| Google, Inc. | Acct Name: Google Inc | Tax Amount: | 0.00 |
| Dept. 33654 | Bank: Wells Fargo Bank, Palo Alto, CA 94321-0150 | | |
| P.O. Box 39000 | ABA # 121000248 | Total: | 206,162.09 |
| San Francisco, CA 94139 | Acct#: 4121100848 | PAYABLE IN USD | |
| USA | | | |

Please note invoice number with payment.

For questions about this invoice, email collections-us@google.com.

# Invoice

Page: 1 of 1

**Google**

Federal Tax ID #:    77-0493581

Bill To:

Circuit City Stores Inc
Attn: Danielle Duncan
9950 Mayland Dr
Richmond, VA 23233-1464

| | |
|---|---|
| Ad Type: | Google AdWords |
| Invoice Number: | 182446158815 |
| Invoice Date: | 31 January 2009 |
| Customer Number: | 16492768 |
| Due Date: | 17 March 2009 |
| Payment Terms: | NET 45 |
| Salesperson: | Rob Sena |
| Account Number: | 549-032-9631 |
| Agreement ID: | 2634440498 |

For the period 1 January 2009 through 16 January 2009

| ADVERTISER NAME | ADVERTISER CID | DESCRIPTION | PURCHASE ORDER | AMOUNT |
|---|---|---|---|---|
| Circuit City | 9134197943 | Account Budget Overrun | | -4.22 |
| | | AdWords usage | | 123,164.04 |
| | | Adjustment | | -0.58 |
| | | Adjustment | | -845.78 |

Total Google account charges for 1 January 2009 - 16 January 2009          122,313.46

| Remit to: | Via Domestic Wire Transfer: | | |
|---|---|---|---|
| Google, Inc. | Acct Name: Google Inc | Subtotal: | 122,313.46 |
| Dept. 33654 | Bank: Wells Fargo Bank, Palo Alto, CA 94321-0150 | Tax Amount: | 0.00 |
| P.O. Box 39000 | ABA # 121000248 | Total: | 122,313.46 |
| San Francisco, CA 94139 | Acct#: 4121100648 | PAYABLE IN USD | |
| USA | | | |

Please note invoice number with payment.

For questions about this invoice, email collections-us@google.com.

# Invoice

Page: 1 of 1

**Google**

Federal Tax ID #:    77-0493581

**Bill To:**

Circuit City Stores Inc
Attn: Julie Borill
9950 Mayland Dr
Richmond, VA 23233-1464

| | |
|---|---|
| Ad Type: | You Tube |
| Invoice Number: | 172561324815 |
| Invoice Date: | 7 December 2008 |
| Customer Number: | 10276846 |
| Due Date: | 6 January 2009 |
| Payment Terms: | NET 30 |
| Salesperson: | Rob Sena |
| Account Number: | 530-182-4074 |
| Agreement ID: | 2425352123 |

**Advertiser:**

Circuit City Stores Inc
Julie Borill

Circuit City (Circuit City)
MASTER YVA-- Circuit City Fanalyst Media
Nov-08
For the period 4 December 2008 through 4 December 2008

| CAMPAIGN NAME | PURCHASE ORDER | AMOUNT |
|---|---|---|
| HP Video URL Master (Ad Size for Trafficking Purposes Only) - QTY 33555717 | | 200,000.00 |
| Partner Watch InVideo: Sports CC 480x70 Overlay QTY 3727273 | | 55,909.10 |
| PWI: Entertainment 480x70 Overlay QTY 3685980 | | 55,289.70 |
| ROS 300x250 Display Ad Q408 QTY 1441227 | | 2,882.45 |
| Partner Watch InVideo: Tech News and Reviews Pack CC 480x70 - Overlay QTY 545455 | | 8,181.83 |
| ROS 160x600 Display Ad Q408 QTY 3530376 | | 7,060.75 |
| Partner Watch InVideo: Sports YT 480x70 Overlay QTY 1227273 | | 18,409.10 |
| HP 300x250 Advertiser Watch Page QTY 6383 | | 0.00 |
| FANalyst Phase 2 Sponsorship Video Watch Pages 300x250 Display Ad QTY 873333 | | 0.00 |
| FANalyst Phase 2 Sponsorship Carousel 300x250 Display Ad QTY 15505 | | 0.00 |
| Partner Watch InVideo: Sports CC 480x70 Overlay QTY 0 | | 0.00 |
| Search Results Vertical 2: Sports > Football YVA 300x35 Companion QTY 0 | | 0.00 |
| Search Results Vertical 2: Sports > Football YVA QTY 2301136 | | 0.00 |

| | | | |
|---|---|---|---|
| Total account charges for You Tube 4 December 2008 - 4 December 2008 | | | 347,732.93 |

| Remit to: | Via Domestic Wire Transfer: | Subtotal: | 347,732.93 |
|---|---|---|---|
| Google, Inc. | Acct Name: Google Inc | Tax Amount: | 0.00 |
| Dept. 33654 | Bank: Wells Fargo Bank, Palo Alto, CA 94321-0150 | Total: | 347,732.93 |
| P.O. Box 39000 | ABA # 121000248 | **PAYABLE IN USD** | |
| San Francisco, CA 94139 | Acct#: 4121100648 | | |
| USA | | | |

Please note invoice number with payment.

For questions about this invoice, email collections-us@google.com.

# Google

Federal Tax ID #:   77-0493581

**Bill To:**

Circuit City Stores Inc
Attn: Julie Borill
9950 Mayland Dr
Richmond, VA 23233-1464

# Invoice

Page: 1 of 1

| | |
|---|---|
| Ad Type: | You Tube |
| Invoice Number: | 178091934815 |
| Invoice Date: | 8 January 2009 |
| Customer Number: | 10276846 |
| Due Date: | 7 February 2009 |
| Payment Terms: | NET 30 |
| Salesperson: | Rob Sena |
| Account Number: | 530-182-4074 |
| Agreement ID: | 2425352123 |

**Advertiser:**

Circuit City Stores Inc
Julie Borill

Circuit City (Circuit City)
MASTER YVA-- Circuit City Fanalyst Media
Billing Period from 1 Dec 2008 thru 31 Dec 2008. Invoice generated in:
For the period 7 January 2009 through 7 January 2009

| CAMPAIGN NAME | PURCHASE ORDER | AMOUNT |
|---|---|---:|
| Partner Watch InVideo: Sports CC 480x70 Overlay QTY 1678063 | | 25,170.95 |
| Partner Watch InVideo: Sports CC 480x70 Overlay QTY 501319 | | 7,519.79 |
| Partner Watch InVideo: Sports YT 480x70 Overlay QTY 148216 | | 2,223.24 |
| Partner Watch InVideo: Sports YT 480x70 Overlay QTY 500329 | | 7,504.94 |
| Partner Watch InVideo: Tech News and Reviews Pack CC 480x70 - Overlay QTY 217253 | | 3,258.80 |
| ROS 300x250 Display Ad Q408 QTY 69836 | | 139.67 |
| PWI: Sports 480x70 Overlay QTY 997121 | | 14,956.82 |
| PWI: Entertainment 480x70 Overlay QTY 4 | | 0.05 |
| ROS 160x600 Display Ad Q408 QTY 1497077 | | 2,994.15 |
| ROS 160x600 Display Ad Q408 QTY 2512887 | | 5,025.77 |
| ROS 300x250 Display Ad Q408 QTY 215909 | | 431.82 |
| Partner Watch InVideo: Tech News and Reviews Pack CC 480x70 - Overlay QTY 62686 | | 940.29 |
| FANalyst Phase 2 Sponsorship Carousel 300x250 Display Ad QTY 0 | | 0.00 |
| FANalyst Phase 2 Sponsorship Video Watch Pages 300x250 Display Ad QTY 0 | | 0.00 |
| Search Results Vertical 2: Sports > Football YVA 300x35 Companion QTY 0 | | 0.00 |
| Search Results Vertical 2: Sports > Football YVA QTY 1073864 | | 0.00 |
| Search Results Vertical 2: Sports > Football YVA QTY 507643 | | 0.00 |
| Total account charges for You Tube 7 January 2009 - 7 January 2009 | | 70,166.30 |

| Remit to: | Via Domestic Wire Transfer: | | |
|---|---|---|---:|
| Google, Inc.<br>Dept. 33654<br>P.O. Box 39000<br>San Francisco, CA 94139<br>USA | Acct Name: Google Inc<br>Bank: Wells Fargo Bank, Palo Alto, CA 94321-0150<br>ABA # 121000248<br>Acct#: 4121100648 | Subtotal: | 70,166.30 |
| | | Tax Amount: | 0.00 |
| | | Total:<br>PAYABLE IN USD | 70,166.30 |

Please note invoice number with payment.

For questions about this invoice, email collections-us@google.com.

Google Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043-1351
United States

# Invoice

Page: 1 of 1

## Google

Federal Tax ID #: 77-0493581

Bill To:

CIRCUIT CITY
Attn: Accounts Payable
9954 Mayland Dr.
Richmond, VA 23233
United States

| | |
|---|---|
| Product: | YouTube |
| Invoice Number: | 106748 |
| Invoice Date: | 01 January 2009 |
| Customer Number: | 126567 |
| Due Date: | 31 January 2009 |
| Payment Term: | NET 30 |
| Salesperson: | |
| Original Transaction #: | |
| Purchase Order: | |
| Order Number: | |

Ship To:
Attn:

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| FANalyst Phase 2 Sponsorship Carousel 300x250 Display Ad - Nov 10 thru Dec 22, 2008 | 43.000 | 1,090.48 | 46,890.64 |

| Remit To: | Via Wire Transfer: | | |
|---|---|---|---|
| Google, Inc | Google Inc. | Subtotal: | 46,890.64 |
| Department 33654 | Wells Fargo Bank | Tax Amount: | 0.00 |
| PO Box 39000 | Palo Alto, CA 94321-0150 | | |
| San Francisco, CA | ACCT# 4375669785 | Total: | 46,890.64 |
| 94139 | SWIFT WFBIUS6S | Payable In USD | |
| USA | ABA # 121000248 | | |

Please note invoice number with payment: 106748
For billing questions, contact billing-youtube@google.com

Google Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043-1351
United States

# Credit Memo

Page: 1 of 1



Federal Tax ID #: 77-0493581

**Bill To:**

CIRCUIT CITY STORES, INC.
Attn: Rob Bennett
9950 Mayland Dr
Richmond, VA 23233
United States

| | |
|---|---|
| Product: | YouTube |
| Credit Memo Number: | 107450 |
| Credit Memo Date: | 31 January 2009 |
| Customer Number: | 93343 |
| Due Date: | |
| Payment Term: | |
| Salesperson: | Peter Pawlus |
| Original Transaction #: | |
| Purchase Order: | |
| Order Number: | |

Ship To:
Attn:

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Dec-08 Circuit City (Circuit City) MASTER DISPLAY -- Circuit City Fanalyst Media | -1.000 | 329.61 | -329.61 |

**Remit To:**        **Via Wire Transfer:**

| | |
|---|---|
| Subtotal: | -329.61 |
| Tax Amount: | 0.00 |
| Total: | -329.61 |
| Credit Amount In USD | |

For billing questions, contact billing-youtube@google.com