# Exhibit D

**POSTINI TRANSACTION REPORT**

Account Name: Circuit City Stores, Inc and Circuit City Stores-GMF
Account Address1: Attn. Carol Burnette
Account Address2: DR 11, 2nd Floor
Account Address3: 9954 Mayland Drive
Account Address4: RICHMOND-VA-23233-AMERICA
Postini Account No.: 102295 and 195097
Date of Report: 02-Mar-2009

Google™

Questions about your balance?
http://www.postini.com/billingfaq/
Reply to:
[illegible]

*Please note that if your account is past due you may be subject to service suspension according to the terms of your contract. To avoid this penalty, pay all past due within 10 days.*

| Invoice | Transaction | Due Date | Days Past Due | Annual / Monthly | Contract / Overage | PO | End User | Product | Contract Qty | Overage Qty | Unit Price | Line Amt | TAX/VAT | Total | Applied | Credited | Balance | Cash On Acct | Cur | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 532375 | 10680220 | 05-OCT-08 | 149 | Monthly | Contract | N/A | Circuit City Stores, Inc. | Google Message Security, Monthly Bill | 0 | 0 | 0.00 | 6,000.00 | 0.00 | 6,000.00 | 0.00 | | 6,000.00 | | USD | |
| 532375 | 10680221 | 05-OCT-08 | 149 | Monthly | Overage | N/A | Circuit City Stores, Inc. | Google Message Security, Annual, Prepaid | 12000 | 2407 | 0.50 | 1,203.50 | 0.00 | 1,203.50 | 0.00 | | 1,203.50 | | USD | |
| 538814 | 10687215 | 20-OCT-08 | 134 | Monthly | Contract | N/A | Circuit City Stores-GMF | Google Message Filtering, Monthly Bill | 0 | 0 | 0.00 | 1,300.00 | 0.00 | 1,300.00 | 0.00 | | 1,300.00 | | USD | |
| 538814 | 10687217 | 20-OCT-08 | 134 | Monthly | Overage | N/A | Circuit City Stores-GMF | Google Message Filtering, Annual, Prepaid | 19800 | 2377 | 0.13 | 607.81 | 0.00 | 607.81 | 0.00 | | 607.81 | | USD | |
| 552955 | 10727448 | 05-NOV-08 | 118 | Monthly | Contract | N/A | Circuit City Stores, Inc. | Google Message Security, Monthly Bill | 0 | 0 | 0.00 | 6,000.00 | 0.00 | 6,000.00 | 0.00 | | 6,000.00 | | USD | |
| 552955 | 10727446 | 05-NOV-08 | 118 | Monthly | Overage | N/A | Circuit City Stores, Inc. | Google Message Security, Annual, Prepaid | 12000 | 2826 | 0.50 | 1,413.00 | 0.00 | 1,413.00 | 0.00 | | 1,413.00 | | USD | |
| 558628 | 10737692 | 20-NOV-08 | 103 | Monthly | Overage | N/A | Circuit City Stores-GMF | Google Message Filtering, Annual, Prepaid | 19802 | 2507 | 0.13 | 607.81 | 0.00 | 607.81 | 0.00 | | 607.81 | | USD | |
| 558628 | 10734195 | 20-NOV-08 | 103 | Monthly | Contract | N/A | Circuit City Stores-GMF | Google Message Filtering, Monthly Bill | 0 | 0 | 0.00 | 2,600.00 | 0.00 | 2,600.00 | 0.00 | | 2,600.00 | | USD | |
| 574170 | [illegible] | 05-DEC-08 | 88 | Monthly | Contract | N/A | Circuit City Stores, Inc. | Google Message Security, Monthly Bill | 0 | 0 | 0.00 | 6,000.00 | 0.00 | 6,000.00 | 0.00 | | 6,000.00 | | USD | |
| 574170 | [illegible] | 05-DEC-08 | 88 | Monthly | Overage | N/A | Circuit City Stores, Inc. | Google Message Security, Annual, Prepaid | 12000 | 3288 | 0.50 | 1,644.00 | 0.00 | 1,644.00 | 0.00 | | 1,644.00 | | USD | |
| 581271 | 10784882 | 20-DEC-08 | 73 | Monthly | Contract | N/A | Circuit City Stores-GMF | Google Message Filtering, Monthly Bill | 0 | 0 | 0.00 | 2,600.00 | 0.00 | 2,600.00 | 0.00 | | 2,600.00 | | USD | |
| 581271 | 10784883 | 20-DEC-08 | 73 | Monthly | Contract | N/A | Circuit City Stores-GMF | Google Message Filtering, Annual, Prepaid | 13907 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | USD | |
| 596297 | 10825172 | 05-JAN-09 | 57 | Monthly | Contract | N/A | Circuit City Stores, Inc. | Google Message Security, Monthly Bill | 0 | 0 | 0.00 | 6,000.00 | 0.00 | 6,000.00 | 0.00 | 0.00 | 6,000.00 | | USD | |
| 596297 | 10825173 | 05-JAN-09 | 57 | Monthly | Overage | N/A | Circuit City Stores, Inc. | Google Message Security, Annual, Prepaid | 12000 | 3004 | 0.50 | 1,502.00 | 0.00 | 1,502.00 | 0.00 | 0.00 | 1,502.00 | | USD | |
| [illegible] | [illegible] | 20-JAN-09 | 42 | Monthly | Contract | N/A | Circuit City Stores-GMF | Google Message Filtering, Monthly Bill | 0 | 0 | 0.00 | 2,600.00 | 0.00 | 2,600.00 | 0.00 | 0.00 | 2,600.00 | | USD | |
| [illegible] | [illegible] | 20-JAN-09 | 42 | Monthly | Contract | N/A | Circuit City Stores-GMF | Google Message Filtering, Annual, Prepaid | 13907 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | USD | |
| [illegible] | [illegible] | 05-FEB-09 | 26 | Monthly | Contract | N/A | Circuit City Stores, Inc. | Google Message Security, Monthly Bill | 0 | 0 | 0.00 | 6,000.00 | 0.00 | 6,000.00 | 0.00 | 0.00 | 6,000.00 | | USD | |
| [illegible] | [illegible] | 05-FEB-09 | 26 | Monthly | Overage | N/A | Circuit City Stores, Inc. | Google Message Security, Annual, Prepaid | 12000 | 3030 | 0.50 | 1,515.00 | 0.00 | 1,515.00 | 0.00 | 0.00 | 1,515.00 | | USD | |
| [illegible] | [illegible] | 20-FEB-09 | 11 | Monthly | Contract | N/A | Circuit City Stores-GMF | Google Message Filtering, Monthly Bill | 0 | 0 | 0.00 | 3,250.00 | 0.00 | 3,250.00 | 0.00 | 0.00 | 3,250.00 | | USD | |
| [illegible] | [illegible] | 20-FEB-09 | 11 | Monthly | Contract | N/A | Circuit City Stores-GMF | Google Message Filtering, Annual, Prepaid | 13907 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | USD | |
| [illegible] | [illegible] | 05-MAR-09 | -3 | Monthly | Contract | N/A | Circuit City Stores, Inc. | Google Message Security, Monthly Bill | 0 | 0 | 0.00 | 6,000.00 | 0.00 | 6,000.00 | 0.00 | 0.00 | 6,000.00 | | USD | |
| [illegible] | [illegible] | 05-MAR-09 | -3 | Monthly | Overage | N/A | Circuit City Stores, Inc. | Google Message Security, Annual, Prepaid | 12000 | 3033 | 0.50 | 1,516.50 | 0.00 | 1,516.50 | 0.00 | 0.00 | 1,516.50 | | USD | |
| [illegible] | [illegible] | 20-MAR-09 | -17 | Monthly | Contract | N/A | Circuit City Stores-GMF | Google Message Filtering, Monthly Bill | 0 | 0 | 0.00 | 3,250.00 | 0.00 | 3,250.00 | 0.00 | 0.00 | 3,250.00 | | USD | |
| [illegible] | [illegible] | 20-MAR-09 | -17 | Monthly | Contract | N/A | Circuit City Stores-GMF | Google Message Filtering, Annual, Prepaid | 13907 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | USD | |
| | [illegible] | 20-APR-09 | -48 | Monthly | Contract | N/A | Circuit City Stores-GMF | Google Message Filtering, Monthly Bill | 0 | 0 | 0.00 | 3,250.00 | 0.00 | 3,250.00 | 0.00 | 0.00 | 3,250.00 | | USD | Not Invoiced Yet - March 05 |
| | [illegible] | 20-APR-09 | -48 | Monthly | Contract | N/A | Circuit City Stores-GMF | Google Message Filtering, Annual, Prepaid | 13907 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | USD | Not Invoiced Yet - March 05 |
| | [illegible] | 05-APR-09 | -33 | Monthly | Contract | N/A | Circuit City Stores, Inc. | Google Message Security, Monthly Bill | 0 | 0 | 0.00 | 6,000.00 | 0.00 | 6,000.00 | 0.00 | 0.00 | 6,000.00 | | USD | Not Invoiced Yet - March 05 |
| | [illegible] | 05-APR-09 | -33 | Monthly | Overage | N/A | Circuit City Stores, Inc. | Google Message Security, Annual, Prepaid | 12000 | 2376 | 0.50 | 1,188.00 | 0.00 | 1,188.00 | 0.00 | 0.00 | 1,188.00 | | USD | Not Invoiced Yet - March 05 |
| | | | | | | | | | | | | | | | | Total: | 71,747.82 | | USD | |