# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **In re:** | |
| **CIRCUIT CITY STORES, INC.,** | **Case No. 08-35653-KRH** |
| | **Chapter 11** |
| Debtors, | |
| **BAGBY & RUSSELL ELECTRIC COMPANY, INC.** | |
| | **Contested Matter No. _____** |
| Movant, | |
| v. | |
| **CIRCUIT CITY STORES, INC.** | |
| Respondent. | |

## NOTICE OF THE WITHDRAWAL OF
## <u>NOTICE OF AND MOTION FOR RELIEF FROM AUTOMATIC STAY</u>

COMES NOW Bagby & Russell Electric Company, Inc. ("Movant"), by counsel, and withdraws without prejudice its previously filed Notice of and Motion for Relief from Automatic Stay (Docket number 2545). Accordingly, the Preliminary Hearing for this matter scheduled to be held on March 30, 2009 at 10:00 a.m. is hereby cancelled.

Augustus C. Epps, Jr., Esquire (VSB 13254)
Michael D. Mueller, Esquire (VSB 38216)
Jennifer M. McLemore, Esquire (VSB 47164)
Noelle M. James, Esquire (VSB 76001)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone:    (804) 697-4100
Facsimile: (804) 697-4112

Counsel to Bagby & Russell Electric Company, Inc.

Date:  March 28, 2009                    **BAGBY & RUSSELL ELECTRIC COMPANY, INC.**

/s/ Michael D. Mueller
Augustus C. Epps, Jr., Esquire (VSB 13254)
Michael D. Mueller, Esquire (VSB 38216)
Jennifer M. McLemore, Esquire (VSB 47164)
Noelle M. James, Esquire (VSB 76001)
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

*Counsel to Bagby & Russell Electric Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March, 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

/s/ Michael D. Mueller
Michael D. Mueller

935953

2