Gregg M. Galardi, Esq.    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.    Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &    MCGUIREWOODS LLP
FLOM, LLP    One James Center
One Rodney Square    901 E. Cary Street
PO Box 636    Richmond, Virginia 23219
Wilmington, Delaware 19899-0636    (804) 775-1000
(302) 651-3000

       - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
In re:                      : Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  : Case No. 08-35653
et al.,                     :
                            :
              Debtors.      : Jointly Administered
- - - - - - - - - - - - - - x
```

**NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 30, 2009 AT 11:00 A.M. (EASTERN)**

Set forth below are the matters scheduled to be heard before the Honorable Kevin Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, VA 23219-1888, on March 30, 2009 beginning at 11:00 a.m. Eastern.

**PLEASE TAKE NOTE THAT THE HEARING TIME HAS BEEN RESCHEDULED FROM 10:00 A.M. TO 11:00 A.M.**

1

I.    **RESOLVED/WITHDRAWN MATTERS**

1.    Motion of AOL LLC for Payment of Administrative Expense
      Claim (Docket No. 1760)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1761)

      b.    Corrected Notice of Motion and Hearing (Docket No.
            1776)

      Objection
      Deadline:        February 6, 2009 at 4:00 p.m., extended
                       for the Debtors until March 26, 2009 at
                       4:00 p.m.

      Objections/
      Responses
      Filed:           Informal response of the Debtors

      Status:          This matter is deemed withdrawn.

2.    Corrected Motion of Platform-A for Payment of
      Administrative Expense Claim (Docket No. 1763)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1757)

      b.    Corrected Notice of Motion and Hearing (Docket No.
            1777)

      Objection
      Deadline:        February 6, 2009 at 4:00 p.m., extended
                       for the Debtors until March 26, 2009 at
                       4:00 p.m.

      Objections/
      Responses
      Filed:           Informal response of the Debtors

      Status:          This matter is deemed withdrawn.

3.     Amended Motion of Lexar Media, Inc. for Relief from the
       Automatic Stay to Permit Termination of Consignment
       Agreement and for Entry of an Order Directing Debtors to
       Reject Consignment Agreement (Docket No. 1874)

       Related
       Documents:

       a.     Emergency Motion of Lexar Media, Inc. for Relief
              from the Automatic Stay to Permit Termination of
              Consignment Agreement and for Entry of an Order
              Directing Debtors to Reject Consignment Agreement,
              (Docket No. 1788)

       b.     Motion for Expedited Hearing on Emergency Motion
              (Docket No. 1790)

       c.     Notice of Amended Motion and Hearing (Docket No.
              1875)

       Objection
       Deadline:      February 11, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:

       a.     Debtors' Objection to Amended Motion of Lexar
              Media, Inc. for Relief from the Automatic Stay to
              Permit Termination of Consignment Agreement and for
              Entry of an Order Directing Debtors to Reject
              Consignment Agreement (Docket No. 2066)

       Status:        This matter has been resolved and the
                      parties will submit a consent order to
                      the Court.

4.     Motion and Supporting Memorandum of Law of GMS Golden
       Valley Ranch LLC for Order Allowing and Compelling
       Payment of Administrative Rent and Granting Related
       Relief, with Notice of Motion (Docket No. 1900)

       Objection
       Deadline:      February 24, 2009 at 4:00 p.m., extended
                      for the Debtors until April 10, 2009 at
                      4:00 p.m.

Objections/
Responses
Filed:          None

Status:         This matter has been resolved.

5.  Motion of Applied Predictive Technologies, Inc. for
    Payment of Administrative Expense Claim (Docket No.
    1961)

    Related
    Documents:

    a.   Notice of Motion and Hearing (Docket No. 1962)

    Objection
    Deadline:        February 27, 2009 at 4:00 p.m., extended
                     for the Debtors until March 26, 2009 at
                     4:00 p.m.

    Objections/
    Responses
    Filed:           Informal response of the Debtors

    Status:          This matter has been resolved.  The
                     parties intend to submit a stipulation
                     and consent order to the Court.

6.  Motion for Entry of an Order Granting Adequate
    Protection and Granting Allowance and Payment of
    Administrative Expense Claim, by Cole CC Taunton MA,
    LLC, et al. (Docket No. 2115)

    Related
    Documents:

    a.   Notice of Motion and Hearing (Docket No. 2117)

    Objection
    Deadline:        February 27, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:

    a.   Debtors' Objection to Motion for an Order Granting
         Adequate Protection and Granting Allowance and

Payment of Administrative Expense Claim (Docket No. 2343)

Status:        The Court partially disposed of the relief requested.  With respect to the remaining relief, this matter has been resolved.

7.    Motion of Dentici Family Limited Partnership to Compel Immediate Payment of Post-Petition Portion of 2008 Real Estate Tax Obligations, Plus Attorney Fees (Docket No. 2259)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 2260)

b.    Order (Docket No. 2595)

Objection
Deadline:      February 27, 2009 at 4:00 p.m., extended for the Debtors until March 1, 2009

Objections/
Responses
Filed:

a.    Debtors' Objection to Motion of Dentici Family Limited Partnership to Compel Immediate Payment of Post-Petition Portion of 2008 Real Estate Tax Obligations, Plus Attorney Fees (Docket no. 2356)

b.    Order that request for immediate payment of attorney fees contained in the Motion is withdrawn and hearing is removed from the Court's docket (Docket No. 2756).

Status:        This matter is resolved.  The Movant's request for payment of real estate taxes has been granted with the Debtors' consent, and the Movant has withdrawn, without prejudice, its request for attorney fees, with all of the Debtors' rights with respect thereto preserved.

8.    Motion of Port Arthur Holdings, III, Ltd. and 610 & San
      Felipe, Inc. to Compel Immediate Payment of Post-
      Petition Portion of 2008 Real Estate Tax Obligation
      (Docket No. 2460)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2461)

      Objection
      Deadline:      March 23, 2009 at 5:00 p.m.

      Objections/
      Responses
      Filed:         Informal response of the Debtors

      Status:        This matter has been resolved.

9.    Corrected Motion for Entry of an Order Granting Adequate
      Protection and Granting Allowance and Payment of
      Administrative Expense Claim, by Port Arthur Holdings,
      III, Ltd. (Docket No. 2483)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2458)

      b.   Original Motion (Docket No. 2456)

      Objection
      Deadline:      March 23, 2009 at 5:00 p.m.

      Objections/
      Responses
      Filed:         Debtors' Objection To Motion For An Order
                     Granting Adequate Protection And Granting
                     Allowance And Payment Of Administrative
                     Expense Claim (Docket No.2763)

      Status:        This matter has been resolved.  The
                     parties intend to submit a consensual
                     form of order to the Court.

10.  Motion of 610 & San Felipe, Inc. for an Order Compelling
     Debtor to Immediately Pay Post-Petition Rent and Other
     Related Charges Pursuant to 11 U.S.C. Section 365(d)(3)
     and Granting Related Relief (Docket No. 2600)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 2601)

     Objection
     Deadline:        March 26, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           Informal response of the Debtors

     Status:          The parties have resolved this matter.

**II.  CONTINUED/ADJOURNED MATTERS**

11.  Motion for Order Under 11 U.S.C. Sections 105, 362 and
     541 and Fed. R. Bankr. P. 3001 and 3002 Establishing
     Notice, Hearing, and Sell-Down Procedures for Trading in
     Equity Securities and Claims Against the Debtors'
     Estates (Docket No. 20)

     Related
     Documents:

     a.   Interim Order Under 11 U.S.C. 105, 362 And 541 And
          Fed. R. Bankr. P. 3001 And 3002 Establishing
          Notice, Hearing, And Sell-Down Procedures For
          Trading In Equity Securities And Claims Against The
          Debtors Estates And Setting Hearing (Docket No.
          135)

     Objection
     Deadline:        November 22, 2008 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Informal Response of the Securities Exchange
          Commission

b.    Informal Response of the Official Committee of
      Unsecured Creditors

Status:            The informal response of the SEC has been
                   resolved.  This matter has been adjourned
                   until April 28, 2009 at 10:00 a.m.

12.  Debtors' Motion for Order Pursuant to 11 U.S.C. §§
     105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006
     Authorizing Rejection of Unexpired Leases of
     Nonresidential Real Property and Abandonment of Personal
     Property Effective as of the Petition Date (Docket No.
     21)

     Related
     Documents:

     a.    Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and
           554 and Fed. R. Bankr. P. 6006 Authorizing
           Rejection of Unexpired Leases of Nonresidential
           Real Property and Abandonment of Personal Property
           Effective as of the Petition Date (Docket No. 81)

     Objection
     Deadline:          December 18, 2008 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.    Limited Objection by Dick's Sporting Goods, Inc. to
           Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and
           554 and Fed. R. Bankr. P. 6006 Authorizing
           Rejection of Unexpired Leases of Nonresidential
           Real Property and Abandonment of Personal Property
           Effective as of the Petition Date (Docket No. 275)

           Status:   This matter has been resolved.

     b.    Limited Objection by Golf Galaxy, Inc. to Order
           Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and
           Fed. R. Bankr. P. 6006 Authorizing Rejection of
           Unexpired Leases of Nonresidential Real Property
           and Abandonment of Personal Property Effective as
           of the Petition Date (Docket No. 277)

           Status:   This matter has been resolved.

c.   Objection of Dollar Tree Stores, Inc. to the Order
     Pursuant to 11 U.S.C. Sections 105(A), and 554 and
     Fed. R. Bankr. P. 6006 Authorizing Rejection of
     Unexpired Leases of Nonresidential Real Property
     and Abandonment of Personal Property Effective as
     of the Petition Date (Docket No. 351)

                              Related
                              Documents:

     (i)  Response of Chalek Company, LLC, (Landlord) to
          Objection of Dollar Tree Stores, Inc.
          (Sublessee) to the Order Pursuant to 11 U.S.C.
          §§ 105(A), and 554 and Fed. R. Bankr. P. 6006
          Authorizing Rejection Of Unexpired Leases And
          Subleases Of Nonresidential Real Property And
          Abandonment Of Personal Property as of the
          Petition Date (Docket No. 1481)

     (ii) Notice of Withdrawal of Response of Chalek
          Company, LLC (Docket No. 1778)

     Status:   This objection has been resolved. No
               hearing is necessary.

d.   Joinder of Landlord, 120 Orchard, 427 Orchard LLC
     and FT Orchard LLC in Limited Objection to Order
     Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and
     Fed. R. Bankr. P. 6006 Authorizing Rejection of
     Unexpired Leases of Nonresidential Real Property
     and Abandonment of Personal Property Effective as
     of the Petition Date (Docket No. 354)

     Related
     Documents:

     (i)  Landlords' 120 Orchard, 427 Orchard LLC and FT
          Orchard LLC Motion and Supporting Memorandum
          for an Order Compelling Payment of Post-
          Petition Rent and Granting Related Relief and
          Supplement to Joinder in Limited Objection
          (Dkt. Nos. 277 and 354) (Docket No. 949)

     Status:   This matter has been adjourned to April
               14, 2009 at 10:00 a.m.

e.   Joinder Of Galleria Plaza, Ltd. To Limited
     Objection Of Dick's Sporting Goods, Inc. To Order

Pursuant To 11 U.S.C. Sections 105(a), 365(a) And
554 And Fed. R. Bankr. P. 6006 Authorizing
Rejection Of Unexpired Leases And Subleases Of
Nonresidential Real Property And Abandonment Of
Personal Property Effective As Of The Petition Date
(Docket No. 719)

Related
Documents:

(i)    Amended Joinder Of Galleria Plaza, Ltd. To
       Limited Objection Of Dick's Sporting Goods,
       Inc. To Order Pursuant To 11 U.S.C. Sections
       L05(a), 365(a) And 554 And Fed. R. Bankr. P.
       6006 Authorizing Rejection Of Unexpired Leases
       And Subleases Of Nonresidential Real Property
       And Abandonment Of Personal Property Effective
       As Of The Petition Date (Docket No. 927)

(ii)   Second Amended Joinder of Galleria Plaza, Ltd.
       to Limited Objection of Dick's Sporting Goods,
       Inc. To Order Pursuant To 11 U.S.C. Sections
       105(a), 365(a) And 554 And Fed. R. Bankr. P.
       6006 Authorizing Rejection Of Unexpired Leases
       And Subleases Of Nonresidential Real Property
       And Abandonment Of Personal Property Effective
       As Of The Petition Date (Docket No. 2657)

Status:    This matter has been adjourned to April
           14, 2009 at 10:00 a.m.

f.    Debtors' Omnibus Reply to Objections and in Support
      of Motion of the Debtors for Entry of an Order
      Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and
      Fed. R. Bankr. P. 6006 Authorizing Rejection of
      Unexpired Leases of Nonresidential Real Property
      and Abandonment of Personal Property Effective as
      of the Petition Date (Docket No. 664)

      Status:    This matter has been adjourned to April
                 14, 2009 at 10:00 a.m.

General
Status:        The matter has been adjourned/resolved as
               and to the extent listed above.

13.    Navarre Distribution Services, Inc.'s Motion for an
       Order Granting Adequate Protection Pursuant to 11 U.S.C.
       §§ 361 and 363 (Docket No. 958)

       Related
       Documents:

       a.    Notice of Motion and Hearing (Docket No. 959)

       Objection
       Deadline:          December 18, 2008 at 4:00 p.m., extended
                          for the Debtors until December 19, 2008
                          at 1:00 p.m.

       Objections/
       Responses
       Filed:

       a.    Debtors' Objection To Navarre Distribution
             Services, Inc.'s Motion For Adequate Protection And
             Response To Limited Objection Of Navarre To
             Debtors' DIP Motion (Docket No. 1126)

       Status:            This matter has been adjourned to April
                          14, 2009 at 10:00 a.m.

14.    Motion of TomTom, Inc. for an Order Under Sections 105,
       362, and 363 Modifying the Automatic Stay to Permit the
       Exercise of Setoff and/or Recoupment Rights Against the
       Debtors, and Notice of Motion (Docket No. 1052)

       Related
       Documents:

       a.    Amended Notice of Motion and Hearing (Docket No.
             1244)

       Objection
       Deadline:          January 12, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:

       a.    Debtors' Objection To Tomtom, Inc.'s Motion For An
             Order Under Sections 105, 362 And 363 Modifying The
             Automatic Stay To Permit The Exercise Of Setoff

And/Or Recoupment Rights Against The Debtors
(Docket No. 1475)

b.    Reply to the Debtor's Objection to the Motion for
an Order Under Sections 105, 362, and 363 Modifying
the Automatic Stay to Permit the Exercise of Setoff
and/or Recoupment Rights Against the Debtors
(Docket No. 1529)

Status:       This matter has been adjourned to April
14, 2009 at 10:00 a.m.

15.    Motion of Federal Warranty Services Corporation,
Sureway, Inc., American Bankers Insurance Company of
Florida, and United Service Protection, Inc. To Compel
Assumption Or Rejection Of Agreements Between The
Assurant Companies And Circuit City Stores, Inc., Or In
The Alternative Motion For Relief From Stay To Terminate
Agreements, And Memorandum In Support (Docket Nos. 1794
and 1813)

Related
Documents:

a.    Notice of Motion and Hearing (Docket Nos. 1796 and
1816)

Objection
Deadline:     February 11, 2009 at 4:00 p.m., extended
for the Debtors until April 8, 2009 at
4:00 p.m.

Objections/
Responses
Filed:        Informal response of the Debtors

Status:       This matter has been adjourned to April
14, 2009 at 10:00 a.m.

16.    Debtors' Motion for Orders Under Bankruptcy Code
Sections 105, 363, and 365 (I) Approving Bidding and
Auction Procedures for Sale of Unexpired Nonresidential
Real Property Leases, (II) Setting Sale Hearing Dates
and (III) Authorizing and Approving (A) Sale of Certain
Unexpired Nonresidential Real Property Leases Free and
Clear of All Interests, (B) Assumption and Assignment of
Certain Unexpired Nonresidential Real Property Leases
and (C) Lease Rejection Procedures (Docket No. 1946)

Related
Documents:

a.    Notice of Hearing (Docket No. 1947)

b.    Order under Bankruptcy Code Sections 105, 363, and
      265 (I) Approving Bidding and Auction Procedures
      for Sale of Unexpired Nonresidential Real Property
      Leases, (II) Setting Sale Hearing Dates and (III)
      Authorizing and Approving (A) Sale of Certain
      Unexpired Nonresidential Real Property Leases Free
      and Clear of All Interests, (B) Assumption and
      Assignment of Certain Unexpired Nonresidential Real
      Property Leases and (C) Lease Rejection Procedures
      (Docket No. 2242)

c.    Notice of February Lease Bid Deadline, Auction Date
      and Related Objection Deadline and Sale Hearing
      Date (Docket No. 2245)

d.    Supplemental Order Under Bankruptcy Code Sections
      105, 363, and 365 Approving Amended Bid Deadline in
      Connection with Bidding and Auction Procedures for
      Sale of Unexpired Nonresidential Real Property
      Leases (Docket No. 2346)

e.    Notice of Amended March Bid Deadline – New
      Deadline: March 3, 2009 at 4:00 p.m. (Eastern)
      (Docket No. 2351)

f.    Notice of Bids Received (Docket No. 2403)

g.    Cure Schedule (Docket No. 2407)

h.    Notice of Rejection of Unexpired Leases and
      Abandonment of Personal Property (Docket No. 2408)

i.    Notice of Rejection of Unexpired Lease and
      Abandonment of Personal Property (Docket No. 2409)

j.    Notice of Rejection of Unexpired Lease and
      Abandonment of Personal Property (Docket No. 2410)

k.    Notice of Rejection of Unexpired Leases and
      Abandonment of Personal Property (Docket No. 2412)

l.    Notice of Rejection of Unexpired Leases and
      Abandonment of Personal Property (Docket No. 2419)

m.    Supplemental Notice of Bids Received (Docket No. 2420)

n.    Supplemental Cure Schedule (Docket No. 2421)

o.    Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2434)

p.    Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2463)

q.    Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2503)

r.    Order Authorizing Debtors to Assume, Assign and Sell Unexpired Lease of Non-Residential Real Property (Store #3697) (Docket No. 2580)

s.    Order Authorizing Debtors to Assume, Assign and Sell Unexpired Lease of Non-Residential Real Property (Store #3692) (Docket No. 2581)

t.    Order Authorizing Debtors to Assume, Assign and Sell Unexpired Lease of Non-Residential Real Property (Store #3670) (Docket No. 2582)

u.    Order Authorizing Debtors to Assume, Assign and Sell Unexpired Lease of Non-Residential Real Property (Store #3669) (Docket No. 2583)

v.    Order Authorizing Debtors to Assume, Assign and Sell Unexpired Lease of Non-Residential Real Property (Store #859) (Docket No. 2584)

w.    Order Authorizing Debtors to Assume, Assign and Sell Unexpired Lease of Non-Residential Real Property (Store #3690) (Docket No. 2585)

x.    Order Authorizing Debtors to Terminate Unexpired Lease of Non-Residential Real Property (Store #785) (Docket No. 2586)

y.    Notice of Rejection of Unexpired Lease and Abandonment of Personal Property (Docket No. 2592)

z.    Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #3561) (Docket No. 2607)

aa.   Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #3663) (Docket No.2609)

ab.   Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #3679) (Docket No.2611)

ac.   Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #3207) (Docket No. 2612)

ad.   Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #854) (Docket No. 2613)

ae.   Order Authorizing Debtors to Terminate Unexpired
Lease of Non-Residential Real Property (Store
#3682A) (Docket No. 2614)

af.   Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #4305) (Docket No. 2651)

ag.   Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #852) (Docket No. 2691)

ah.   Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #3203) (Docket No. 2696)

Objection
Deadline:     March 12, 2009 at 5:00 p.m.

Objections/
Responses
Filed:

a.    Objection of 444 Connecticut Avenue, LLC to
Assumption and Assignment of Lease, and Cure
Amounts Associated Therewith (Docket No. 2480)

    Status: This objection is adjourned to April 28, 2009 at 10:00 a.m.

  b. Limited Objection Of TSA Stores, Inc. To Debtors' Notice Of Rejection Of Unexpired Leases And Abandonment Of Personal Property (Docket No. 2492)

    Status: This objection is adjourned to April 28, 2009 at 10:00 a.m.

  c. Objection of Sea Properties I, LLC's to (I) Debtors' Failure to Follow Bidding Procedures and (II) Cure Amount Proposed by Debtors (Docket No. 2541)

    Status: This objection has been adjourned to April 14, 2009 at 10:00 a.m.

  d. Objection of Gateway Center Properties III, LLC to SMR Gateway III, LLC as Tenants in Common, to Debtors' Proposed Cure Amount (Docket No. 2542)

    Status: This objection has been adjourned to April 28, 2009 at 10:00 a.m.

  e. Objection of Whitestone Development Partners, L.P. to Debtors' Proposed Cure Amount (Docket No. 2543)

    Status: This objection has been adjourned to April 28, 2009 at 10:00 a.m.

  f. Objection of Union Square Retail Trust to Debtors' Proposed Cure Amount (Docket No. 2544)

    Status: This objection has been adjourned to April 28, 2009 at 10:00 a.m.

 General
 Status: The matter has been adjourned as and to the extent listed above.

17. Motion of DirecTV, Inc. for Relief from the Automatic Stay to Effect Setoff and Memorandum of Points and Authorities in Support Thereof (Docket No. 2082)

  Objection
  Deadline: February 26, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.     Debtors' Objection to Motion of DirecTV, Inc. for
       Relief from the Automatic Stay to Effect Setoff and
       Memorandum of Points and Authorities in Support
       Thereof (Docket No. 2331)

Status:          This matter has been adjourned to April
                 14, 2008 at 10:00 a.m.

18.  Motion of Sony Pictures Home Entertainment Inc. for
     Entry of Order Allowing Administrative Expenses Pursuant
     to 11 U.S.C. Sections 503(b)(1)(A), 503(b)(9) and
     507(a)(2) (Docket No. 2294)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 2295)

     Objection
     Deadline:        April 6, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          This matter has been adjourned to April
                      14, 2009 at 10:00 a.m.

19.  Motion of the AT&T Entities for Entry of an Order: (A)
     Allowing and Compelling the Payment of Administrative
     Expense Claim to AT&T; and (B) Compelling Assumption or
     Rejection of Equipment Lease, or in the Alternative,
     Lifting the Automatic Stay to Permit Termination of the
     Equipment Lease and Repossession of Equipment (Docket
     No. 2298)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 2299)

     Objection
     Deadline:        March 23, 2009 at 4:00 p.m., extended for
                      the Debtors to a date to be determined

```
          Objections/
          Responses
          Filed:         None at the time of filing this agenda

          Status:        This matter has been adjourned to April
                         14, 2009 at 10:00 a.m.

20.   Notice of and Motion for Relief from Automatic Stay, by
      Cleveland Construction, Inc. (Docket No. 2417)

          Objection
          Deadline:      March 23, 2009 at 4:00 p.m., extended for
                         the Debtors to a date to be determined

          Objections/
          Responses
          Filed:         None at the time of filing this agenda

          Status:        This matter has been adjourned to April
                         14, 2009 at 10:00 a.m.

21.   Administrative Claim Request of Goodmill, LLC, Pursuant
      to 11 U.S.C. Sections 365(d)(3) and 503(a) and (b)
      (Docket No. 2429)

          Objection
          Deadline:      March 23, 2009 at 4:00 p.m., extended for
                         the Debtors to a date to be determined.

          Objections/
          Responses
          Filed:         None at the time of filing this agenda

          Status:        This matter has been adjourned to April
                         28, 2009 at 10:00 a.m.

22.   Administrative Claim Request of Goldenberg Management,
      Inc., as Agent for Red Rose Commons Associates, L.P.,
      Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(a) and
      (b) (Docket No. 2430)

          Objection
          Deadline:      March 23, 2009 at 4:00 p.m., extended for
                         the Debtors to a date to be determined.
```

                  Objections/
                  Responses
                  Filed:          None at the time of filing this agenda

                  Status:         This matter has been adjourned to April
                                  28, 2009 at 10:00 a.m.

23.    Administrative Claim Request of PREIT Services, LLC, as
       Agent for PR Christiana, LLC, Pursuant to 11 U.S.C.
       Sections 365(d)(3) and 503(a) and (b) (Docket No. 2432)

                  Objection
                  Deadline:       March 23, 2009 at 4:00 p.m., extended for
                                  the Debtors to a date to be determined.

                  Objections/
                  Responses
                  Filed:          None at the time of filing this agenda

                  Status:         This matter has been adjourned to April
                                  28, 2009 at 10:00 a.m.

24.    Administrative Claim Request of PREIT Services, LLC, as
       Agent for PRGL Paxton Limited Partnership, Pursuant to
       11 U.S.C. Sections 365(d)(3) and 503(a) and (b) (Docket
       No. 2433)

                  Objection
                  Deadline:       March 23, 2009 at 4:00 p.m., extended for
                                  the Debtors to a date to be determined.

                  Objections/
                  Responses
                  Filed:          None at the time of filing this agenda

                  Status:         This matter has been adjourned to April
                                  28, 2009 at 10:00 a.m.

25.    Administrative Claim Request of Goldenberg Management,
       Inc. as Agent for Boulevard North Associates, L.P.,
       Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(a) and
       (b) (Docket No. 2448)

                  Objection
                  Deadline:       March 23, 2009 at 4:00 p.m., extended for
                                  the Debtors to a date to be determined.

|                        |                                                         |
|------------------------|---------------------------------------------------------|
| Objections/<br>Responses<br>Filed:      | None at the time of filing this agenda    |
| Status:                | This matter has been adjourned to April 28, 2009 at 10:00 a.m. |

26.    Administrative Claim Request of Park Side Realty, L.P., Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(a) and (b) (Docket No. 2449)

|                        |                                                         |
|------------------------|---------------------------------------------------------|
| Objection<br>Deadline: | March 23, 2009 at 4:00 p.m., extended for the Debtors to a date to be determined. |
| Objections/<br>Responses<br>Filed:      | None at the time of filing this agenda    |
| Status:                | This matter has been adjourned to April 28, 2009 at 10:00 a.m. |

27.    Administrative Claim Request of Marple XYZ Associates, Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(a) and (b) (Docket No. 2450)

|                        |                                                         |
|------------------------|---------------------------------------------------------|
| Objection<br>Deadline: | March 23, 2009 at 4:00 p.m., extended for the Debtors to a date to be determined. |
| Objections/<br>Responses<br>Filed:      | None at the time of filing this agenda    |
| Status:                | This matter has been adjourned to April 28, 2009 at 10:00 a.m. |

28.    Notice of and Motion for Relief from Automatic Stay, by John Rohrer Contracting Company, Inc. (Docket No. 2497)

|                        |                                                         |
|------------------------|---------------------------------------------------------|
| Objection<br>Deadline: | March 23, 2009 at 4:00 p.m., extended for the Debtors to a date to be determined |
| Objections/<br>Responses<br>Filed:      | None at the time of filing this agenda    |

Status:          This matter has been adjourned to April
                 14, 2009 at 10:00 a.m.

29.   Notice of and Motion for Relief from Automatic Stay, by
      Hillson Electric Inc. (Docket No. 2498)

      Objection
      Deadline:        March 23, 2009 at 4:00 p.m., extended for
                       the Debtors to a date to be determined

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been adjourned to April
                       14, 2009 at 10:00 a.m.

30.   Notice of Motion for Relief from Automatic Stay by Lang
      Construction, Inc. (Docket No. 2499).

      Objection
      Deadline:        March 23, 2009 at 4:00 p.m., extended for
                       the Debtors to a date to be determined

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been adjourned to April
                       14, 2009 at 10:00 a.m.

31.   Motion of Prosite Business Solutions, LLC for Allowance
      and Payment of Administrative Expense Claim (Docket No.
      2715)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 2716)

      Objection
      Deadline:        March 26, 2009 at 4:00 p.m., extended for
                       the Debtors until April 10, 2009 at 4:00
                       p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

Status:          The parties are working to resolve this
                 matter.  This matter has been adjourned
                 to April 14, 2009 at 10:00 a.m.

## III. UNCONTESTED MATTERS

32.  Debtors' First Omnibus Objection to (i) Certain
     Duplicative 503(b)(9) Claims and (ii) Certain Amended
     503(b)(9) Claims (Docket No. 2171)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 2173)

     Objection
     Deadline:        March 18, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           Informal response of Bethesda Softworks
                      LLC

     Status:          This matter is going forward.

33.  Motion for Order Pursuant to Bankruptcy Code Sections
     105(a) and 365(a) and Bankruptcy Rule 6006 Authorizing
     Rejection of Certain Unexpired Leases of Personal
     Property Between the Debtors, International Business
     Machines Corporation and IBM Credit LLC (Docket No.
     2464)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 2465)

     Objection
     Deadline:        March 23, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          This matter is going forward.

34.   Fifth Omnibus Motion for Order Pursuant to Bankruptcy
      Code Sections 105(a), 365(a) and 554 and Bankruptcy Rule
      6006 Authorizing Rejection of Certain Unexpired Leases
      of Nonresidential Real Property and Abandonment of
      Personal Property (Docket No. 2484)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2485)

      b.   Notice of Filing Revised Exhibit A to Debtors'
           Motion (Docket No. 2510)

      Objection
      Deadline:      March 23, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.   Limited Objection of TSA Stores, Inc. to Debtors'
           Notice of Rejection of Unexpired Leases and
           Abandonment of Personal Property (Docket No. 2492)

      b.   Limited Objection by Circuit Realty NJ LLC to
           Debtor's Fifth Omnibus Motion For Order Pursuant To
           Bankruptcy Code Sections 105(A), 365(A) and 554 And
           Bankruptcy Rule 6006 Authorizing Rejection Of
           Certain Unexpired Leases Of Nonresidential Real
           Property and Abandonment Of Personal Property Store
           #3104/Location #6104, 3350 Brunswick Pike,
           Lawrenceville, NJ08648 (Docket No. 2775)

      Status:        The parties have resolved this matter and
                     the Debtors will submit a revised form of
                     order.  This matter is going forward.

35.   Debtors' Motion for an Order Approving (a) Procedures
      for Filing Omnibus Objections to Claims and (b) the Form
      and Manner of the Notice of Omnibus Objections (Docket
      No. 2505)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2506)

```
        Objection
        Deadline:        March 23, 2009 at 4:00 p.m.

        Objections/
        Responses
        Filed:           Informal response of landlords

        Status:          The Debtors will submit a revised form of
                         Order.  This matter is going forward.
```

36.   Sixth Omnibus Motion for Order Pursuant to Bankruptcy
      Code Sections 105(a), 365(a) and 554 and Bankruptcy Rule
      6006 Authorizing Rejection of Certain Unexpired Leases
      of Nonresidential Real Property and Abandonment of
      Personal Property (Docket No. 2698)

```
        Related
        Documents:

        a.   Notice of Motion and Hearing (Docket No. 2699)

        Objection
        Deadline:        March 26, 2009 at 4:00 p.m.

        Objections/
        Responses
        Filed:           None at the time of filing this agenda

        Status:          This matter is going forward.
```

37.   Debtors' Third Omnibus Motion for Order Pursuant to
      Bankruptcy Code Sections 105(a) and 365(a) and
      Bankruptcy Rule 6006 Authorizing Rejection of Certain
      Executory Contracts (Docket No. 2720)

```
        Related
        Documents:

        a.   Notice of Motion and Hearing (Docket No. 2721)

        Objection
        Deadline:        March 26, 2009 at 4:00 p.m.

        Objections/
        Responses
        Filed:           None at the time of filing this agenda

        Status:          This matter is going forward.
```

38.   Debtors' Motion for Order Shortening Notice Period and
      Limiting Notice of Debtors' Motion for Order Approving
      Letter Agreement By and Among the Debtors and a Joint
      Venture Comprised of Great American Group WF, LLC,
      Hudson Capital Partners, LLC SB Capital Group, LLC and
      Tiger Capital Group, LLC Pursuant to Bankruptcy Code
      Sections 105 and 363 and Bankruptcy Rule 9019 (Docket
      No. 2769)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2770)

      b.   Motion for Order Approving Letter Agreement By and
           Among the Debtors and a Joint Venture Comprised of
           Great American Group WF, LLC, Hudson Capital
           Partners, LLC, SB Capital Group, LLC and Tiger
           Capital Group, LLC Pursuant to Bankruptcy Code
           Sections 105 and 363 and Bankruptcy Rule 9019
           (Docket No. 2767)

      c.   Motion of the Debtors Pursuant to 11 U.S.C. § 105,
           and Local Bankruptcy Rule 9013(M) for an Order
           Setting an Expedited Hearing (Docket No. 2773)

      d.   Order Setting Expedited Hearing (Docket No. 2793)

      Objection
      Deadline:      March 30, 2009 at 10:00 a.m.

      Objections/
      Responses
      Filed:         None at the time of filing this agenda

      Status:        This matter is going forward.

39.   Debtors' Motion to File Certain Document(s) Under Seal
      (Docket No. 2771)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2772)

      b.   Motion for Order Approving Letter Agreement By and
           Among the Debtors and a Joint Venture Comprised of

Great American Group WF, LLC, Hudson Capital
Partners, LLC, SB Capital Group, LLC and Tiger
Capital Group, LLC Pursuant to Bankruptcy Code
Sections 105 and 363 and Bankruptcy Rule 9019
(Docket No. 2767)

c.   Order Setting Expedited Hearing (Docket No. 2793)

Objection
Deadline:        March 30, 2009 at 10:00 a.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter is going forward.

40.   Motion for Order Approving Letter Agreement By and Among
      the Debtors and a Joint Venture Comprised of Great
      American Group WF, LLC, Hudson Capital Partners, LLC, SB
      Capital Group, LLC and Tiger Capital Group, LLC Pursuant
      to Bankruptcy Code Sections 105 and 363 and Bankruptcy
      Rule 9019 (Docket No. 2767)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2768)

      b.   Motion of the Debtors Pursuant to 11 U.S.C. § 105,
           and Local Bankruptcy Rule 9013(M) for an Order
           Setting an Expedited Hearing (Docket No. 2773)

      c.   Order Setting Expedited Hearing (Docket No. 2793)

      Objection
      Deadline:        March 30, 2009 at 10:00 a.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter is going forward.

IV.    **CONTESTED MATTERS**

41.    Debtors' Motion to Modify Order Under Bankruptcy Code
       Sections 105, 363, 165 (I) Approving Bidding and Auction
       Procedures for Sale of Unexpired Nonresidential Real
       Property, (II) Setting Sale Hearing Dates and (III)
       Authorizing and Approving (A) Sale of Certain Unexpired
       Nonresidential Real Property Leases Fee and Clear of All
       Interest, (B) Assumption and Assignment of Certain
       Unexpired Nonresidential Real Property Leases and (C)
       Lease Rejection Procedures Authorizing Rejection of
       Certain Unexpired Leases of Nonresidential Real Property
       and Abandonment of Personal Property (Docket No. 2718)

       Related
       Documents:

       a.    Notice of Motion and Hearing (Docket No. 2719)

       b.    Order under Bankruptcy Code Sections 105, 363, and
             265 (I) Approving Bidding and Auction Procedures
             for Sale of Unexpired Nonresidential Real Property
             Leases, (II) Setting Sale Hearing Dates and (III)
             Authorizing and Approving (A) Sale of Certain
             Unexpired Nonresidential Real Property Leases Free
             and Clear of All Interests, (B) Assumption and
             Assignment of Certain Unexpired Nonresidential Real
             Property Leases and (C) Lease Rejection Procedures
             (Docket No. 2242)

       Objection
       Deadline:        March 26, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:

       a.    Objection and Demand for Adequate Protection of
             T.J. Maxx of CA, LLC Regarding Debtors' Motion to
             Modify Bidding and Auction Procedures for Sale of
             Unexpired Nonresidential Real Property Leases
             (Docket No. 2777)

Related
Documents:

    (i)   Objection And Demand For Adequate Protection
        Of T.J. Maxx of CA, LLC Regarding Debtors'
        Motion For Orders Pursuant To Bankruptcy Code
        Sections 105, 363 And 364 (I)(A) Approving
        Procedures In Connection With Sale Of All Or
        Substantially All Of The Business Or
        Additional Post-Petition Financing For The
        Business, (B) Authorizing Debtors To Enter
        Into Stalking Horse Or Financing Agreements In
        Connection With Going Concern Transactions Or
        Stalking Horse Agreements In Connection With
        Store Closing And Miscellaneous Asset Sales,
        (C) Approving The Payment Of Termination Fees
        In Connection Therewith, And (D) Setting
        Auction And Hearing Dates, (II) Approving Sale
        Of Debtors' Assets Free And Clear Of All
        Interests And (III) Granting Related Relief
        (Prime Loc. No. 232) (Docket No. 1586)

Status:      This matter is going forward.

Dated: March 29, 2009      SKADDEN, ARPS, SLATE, MEAGHER &
    Richmond, Virginia    FLOM, LLP
    Gregg M. Galardi, Esq.
    Ian S. Fredericks, Esq.
    P.O. Box 636
    Wilmington, Delaware 19899-0636
    (302) 651-3000

        - and -

    SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM, LLP
    Chris L. Dickerson, Esq.
    333 West Wacker Drive
    Chicago, Illinois 60606
    (312) 407-0700

        - and -

    MCGUIREWOODS LLP


    /s/ Douglas M. Foley      .
    Dion W. Hayes (VSB No. 34304)
    Douglas M. Foley (VSB No. 34364)
    One James Center
    901 E. Cary Street
    Richmond, Virginia 23219
    (804) 775-1000

    Counsel for Debtors and Debtors
    in Possession

\8403570