## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINA
__Richmond__ **Division**

In re    Circuit City Stores, Inc.

Case No. 08-35653-KRH

Adv. Proceeding No. [Adversary Proceeding No.]

Debtor(s)

### TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT

Pursuant to 28 U.S.C. 158, Notice of Appeal was filed herein on February 5, 2009 .

*The parties included in the Appeal to the District Court:*

APPELLANT(S): 502-12 86th Street LLC, Cottonwood Corners - Phase V, LLC

and Woodlawn Trustees, Incorporated

ATTORNEY: Sheila deLa Cruz

PO Box 500

Richmond, VA  23218-0500

APPELLEE (S): Circuit City Stores, Inc., et al

ATTORNEY: Dion W. Hayes, Esq. (Local Counsel)        Gregg M. Galardi, Esq

One James Ctr, 901 E. Cary St.        One Rodney Square

Richmond, VA  23219        Wilmington, DE  19899

Brief Description of Judgment/Order Appealed:  Findings of Fact and Conclusions of Law from Hearing Held
December 22, 2008 on Motions to Compel Payment of Postpetition Rent

Date Judgment/Order Entered:    January 26, 2009

1. Filing Fees:   A. Notice of Appeal - Filing Fee $5.00     ( ✕ ) Paid      ( ) Not Paid
                          B. Appeal Docket Fee - $250.00         (✗) Paid      ( ) Not Paid      ( ) Deferred  See attached Request
2. ( ✕ ) Notice of Appeal, Order/Judgment, True Copy Teste of Docket Record, and Designation(s) [if any]
3. ( ) No Designation of Record on Appeal filed (See Certification Below)
4. ( ) Copies of items designated by Appellant/Appellee have/have not been submitted pursuant to FRBP 8006 and LBR 8006-1.

WILLIAM C. REDDEN, Clerk of the Court
Date: March 30, 2009        By: /s/ Jennifer A. Jafarbay        , Deputy Clerk

### CERTIFICATION TO APPELLATE COURT

It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Local
Bankruptcy Rule 8006-1 has not been filed within ten (10) days after the filing of the notice of appeal.

WILLIAM C. REDDEN, Clerk of the Court
By: _____ , Deputy Clerk

#### District Clerk - Please complete and return second copy.

DISTRICT COURT CASE NUMBER_____        Date _____

cc: Attorney for Appellant(s)
   Attorney for Appellee(s)        [apptrans ver. 11/01/03]