IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RICHMOND DIVISION
FILED
MAR 2 6 2009
CLERK
U.S. BANKRUPTCY COURT

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al., | ) Jointly Administered |
| | ) Chapter 11 |
| Debtors. | ) Hon. Kevin R. Huennekens |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Prosite Business Solutions, LLC, pursuant to Bankruptcy Rule 9010(b), hereby appears by its counsel in the above-captioned case and requests that notice of all matters and service of all papers, reports, pleadings and other documents therein be duly served on its counsel at the address shown below and that it be included on all limited notice or service lists authorized by the Court in this case.

PROSITE BUSINESS SOLUTIONS, LLC

By: _____

_____
Mary Elizabeth Naumann (KY Bar #88328)
Jackson Kelly PLLC
175 East Main Street, Suite 500
Lexington, KY 40507
Phone: (859) 255-9500
Fax: (859) 252-0688
Counsel for Prosite Business Solutions, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance and Request for Service was served by U.S. Mail, First Class, postage prepaid on this the 23rd day of March, 2009 to the following constituting all necessary parties:

Daniel F. Blanks
Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center,
101 W. Main Street
Norfolk, VA 23510

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Gregg Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, DE 19899

Brad R. Godshall
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017



## JACKSON KELLY
ATTORNEYS AT LAW   PLLC

175 EAST MAIN STREET • P.O. BOX 2150 • LEXINGTON, KY 40588-9945 • TELEPHONE: 859-255-9500 • TELECOPIER: 859-281-6478

www.jacksonkelly.com

March 23, 2009

Clerk, U.S. Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219-1888



RICHMOND DIVISION
FILED MAR 2 6 2009
CLERK
U.S. BANKRUPTCY COURT

RE:  *In re: Circuit City Stores, Inc., et al.*, Debtors
United States Bankruptcy Court for the Eastern
District of Virginia, Richmond Division, Chapter 11
Case No. 08-35653-KRH

Dear Sir or Madam:

Enclosed please find our Notice of Appearance and Request for Service to be filed in the above-referenced action on behalf of Prosite Business Solutions, LLC. Please date stamp the enclosed copy and return it to me in the enclosed stamped envelope.

Thank you for your attention to this matter and please feel free to contact me if you have any questions.

Very truly yours,

Phyllis D. O'Malley
Legal Assistant to Mary Elisabeth Naumann

/pom
Enclosure

{L0449907.1}

Charleston, WV • Clarksburg, WV • Martinsburg, WV • Morgantown, WV • Wheeling, WV
Denver, CO • Pittsburgh, PA • Washington, D.C.