Hearing Date: April 14, 2009
at 10:00 a.m.

Objection Deadline: April 7, 2009

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                              Case No. 08-35653-KRH

CIRCUIT CITY STORES, INC., et al.,                  Chapter 11 (Jointly administered)

　　　　Debtors,

GOOGLE, INC.,

　　　　Movant,

v.

CIRCUIT CITY STORES, INC., et al.,

　　　　Respondent.

## NOTICE OF MOTION AND HEARING

　　　　PLEASE TAKE NOTICE THAT Google, Inc. ("Google") has filed with the Court a Motion of Google, Inc. for Entry of an Order: (A) Allowing and Compelling the Payment of Administrative Expense Claim to Google, Inc.; and (B) Compelling Assumption or Rejection of Services, or in the Alternative, Lifting the Automatic Stay to Permit Termination of Services (the "Motion"). A copy of the Motion has been filed with the Court and forwarded to you.

　　　　Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). Under Local Bankruptcy Rule 4001-(a)-1, the Court may deem any

Paul K. Campsen, Esq. (VSB No. 18133)           Wendy W. Smith, Esq.
Ann K. Crenshaw, Esq. (VSB No. 19538)            California Bar No. 133887
Kaufman & Canoles, a professional corporation    Binder & Malter, LLP
150 West Main Street (23510)                     2775 Park Avenue
Post Office Box 3037                             Santa Clara CA 95050
Norfolk, VA 23514                                Tele: (408) 295-1700
Tele: (757) 624-3000                             Fax:  (408) 295-1531
Fax:  (757) 624-3169

*Co-Counsel for Google, Inc.*                    *Co-Counsel for Google, Inc.*

opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing unless you take the following steps:

1. File with the Court, at the address shown below, a written objection. If you mail your response to the Court for filing, you must mail it early enough so the court will **receive** it on or before **April 7, 2009 at 5:00 p.m.**

> William C. Redden, Clerk
> United States Bankruptcy Court
> 701 E. Broad Street, Suite 4000
> Richmond, VA 23219

You must also deliver a copy to all parties on the Certificate of Service below and to:

> Counsel for Circuit City Stores, Inc.
> Douglas M. Foley, Esq.
> McGuireWoods LLP
> 9000 World Trade Center
> 101 W. Main St.
> Norfolk, VA 23510
>
> Counsel for Official Committee of Unsecured Creditors
> Brad R. Godshall, Esq.
> Pachulski Stang Ziehl & Jones, LLP
> 10100 Santa Monica blvd, 11th Floor
> Los Angeles, CA 90067-4100
>
> Co-Counsel for Google, Inc.
> Paul K. Campsen, Esq.
> Ann K. Crenshaw, Esq.
> Kaufman & Canoles
> 150 W. Main Street, Suite 2100
> Norfolk, VA 23510
>
> Wendy W. Smith, Esq.
> Binder & Malter, LLP
> 2775 Park Avenue
> Santa Clara CA 95050

2. Attend the hearing scheduled for **April 14, 2009 at 10:00 a.m.** before the Honorable Kevin R. Huennekens, U.S. Bankruptcy Court, Room 5000, United States Courthouse, 701 E. Broad Street, Richmond, Virginia 23219.

If you or your attorneys do not take these steps, the Court may deem any opposition

waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.

Dated: March 27, 2009.                                     **GOOGLE, INC.**


                                                           By:   /s/ Paul K. Campsen

Paul K Campsen, Esq. (VSB No. 18133)
Ann K. Crenshaw, Esq. (VSB No. 19538)
Kaufman & Canoles, a professional corporation
150 West Main Street, (23510)
Post Office Box 3037
Norfolk, VA 23514
Tele: (757) 624-3000
Fax: (757) 624-3169

Wendy W. Smith, Esq.
 California Bar No. 133887
Binder & Malter, LLP
2775 Park Avenue
Santa Clara CA 95050
Tele: (408) 295-1700

*Co-Counsel for Google, Inc.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Motion and Hearing was sent on this 27th day of March, 2009, to all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system.

                                                           /s/ Paul K. Campsen

::ODMA\PCDOCS\DOCSVB\8323452\2