# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### __Richmond__ Division

MAR 30 2009
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

In re   Circuit City Stores, Inc.

Case No. 08-35653-KRH

Adv. Proceeding No. [Adversary Proceeding No.]

**Debtor(s)**

## TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT

Pursuant to 28 U.S.C. 158, Notice of Appeal was filed herein on February 5, 2009.

The parties included in the Appeal to the District Court:

APPELLANT(S): 502-12 86th Street LLC, Cottonwood Corners - Phase V, LLC and Woodlawn Trustees, Incorporated

ATTORNEY: Sheila deLa Cruz
PO Box 500
Richmond, VA 23218-0500

APPELLEE(S): Circuit City Stores, Inc., et al

ATTORNEY: Dion W. Hayes, Esq. (Local Counsel)   Gregg M. Galardi, Esq
One James Ctr, 901 E. Cary St.   One Rodney Square
Richmond, VA 23219   Wilmington, DE 19899

Brief Description of Judgment/Order Appealed: Findings of Fact and Conclusions of Law from Hearing Held December 22, 2008 on Motions to Compel Payment of Postpetition Rent

Date Judgment/Order Entered: January 26, 2009

1. Filing Fees:   A. Notice of Appeal - Filing Fee $5.00   (X) Paid   ( ) Not Paid
   B. Appeal Docket Fee - $250.00   (X) Paid   ( ) Not Paid   ( ) Deferred. See attached Request
2. (X) Notice of Appeal, Order/Judgment, True Copy Teste of Docket Record, and Designation(s) [if any]
3. ( ) No Designation of Record on Appeal filed (See Certification Below)
4. ( ) Copies of items designated by Appellant/Appellee have/have not been submitted pursuant to FRBP 8006 and LBR 8006-1.

Date: March 30, 2009

WILLIAM C. REDDEN, Clerk of the Court
By: /s/ Jennifer A. Jafarbay_____, Deputy Clerk

### CERTIFICATION TO APPELLATE COURT

It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Local Bankruptcy Rule 8006-1 has not been filed within ten (10) days after the filing of the notice of appeal.

WILLIAM C. REDDEN, Clerk of the Court
By: _____, Deputy Clerk

**District Clerk - Please complete and return second copy.**

DISTRICT COURT CASE NUMBER  3:09CV190   Date  3/30/09

cc: Attorney for Appellant(s)
    Attorney for Appellee(s)

[apptrans ver. 11/01/03]

*Judge Williams*