UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------------------x
In re:
:    Chapter 11

CIRCUIT CITY STORES, INC., et al.,

:    Case No. 08-35653 (KRH)
(Jointly Administered)

Debtors.    :
---------------------------------------------------x

Court ID (Court use only) _____

**PARTIAL NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **CREDIT SUISSE INTERNATIONAL** | **D-LINK SYSTEMS, INC.** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to Transferee should be sent: | Court Record Address of Transferor (Court Use Only): |

Address:    11 Madison Avenue, 5th Floor
            New York, NY 10010
Telephone:  (212) 325-2175
Email:      Gil.Golan@credit-suisse.com
Facsimile:  (212) 743-4953
Attention:  Gil Golan

Name and Address where Transferee payments       Name and Current Address of Transferor:
Should be sent (if different from above):

                                                 Address:    17595 Mt. Herrmann Street
                                                             Fountain Valley, CA 92708
                                                 Telephone:  (714) 885-6000
                                                 Facsimile:  866-743-4586
                                                 Attention:  Wen Bow

- 1 –

- 2 –

Court Claim # (if known):     913
Total Claim Amount:           $1,041,711.25
Claim Amount Transferred:     $600,111.61
Date Claim Filed:             December 19, 2008

Debtor Entity:                Circuit City Stores, Inc.

Attached hereto as <u>Exhibit A</u> is a true and correct copy of the Proof of Claims.

Attached hereto as <u>Exhibit B</u> is a true and correct copy of the Evidence of Transfer from Transferor to Transferee.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    **CREDIT SUISSE INTERNATIONAL**            Date: <u>March 31, 2009</u>
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

-- DEADLINE TO OBJECT TO TRANSFER --

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____            _____
                                                 **CLERK OF THE COURT**

- 3 –

# **EXHIBIT A**

Copies of the Proof of Claims



United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

**DEADLINE FOR FILING 503(b)(9) CLAIMS**
5:00 P.M. Pacific Time
December 19, 2008

### Section 503(b)(9) Claim Request Form

| | |
|---|---|
| Circuit City Stores, Inc., et al., Claims Processing c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 | Circuit City Stores, Inc., et al. Case Nos. 08-35653 through 08-35670 Chapter 11 Jointly Administered |

NOTE: Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases (see Docket No. 107), to have claims allowed as administrative expense under 11 U.S.C. § 503(b)(9), this form must be served upon Circuit City Stores, Inc., et al., Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 by December 19, 2008, the Bar Date for Section 503(b)(9) claims in the above-referenced cases. The form may be submitted in person or by regular mail, overnight mail, or hand delivery. Facsimile, email or electronic submissions will not be accepted. Requests shall be deemed filed when actually received by Kurtzman Carson Consultants LLC.

**Name and Address of Creditor:** *(The person or other entity to whom the debtor owes money or property)*

D-Link Systems, Inc.
17595 Mt. Herrmann St.
Fountain Valley, CA 92708

Telephone: (714) 885-6000
Fax: (866) 743-4586

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☑ Check box if you have made any demand(s) to reclaim goods sold to the debtor under 11 U.S.C. § 546(c). (attach copies of any such demand(s))

☐ Check box if you have transferred the rights of your claim to any third party. If so please list name of transferee:

☐ Check box if you have never received any notices from the bankruptcy court in this case.

**Debtor against which claim is asserted:** (Check one box below:)

☑ Circuit City Stores, Inc. (Tax I.D. No. 54-0493875)
☐ Abbott Advertising, Inc. (Tax I.D. No. 54-1624659)
☐ Circuit City Stores West Coast, Inc. (Tax I.D. No. 95-4460785)
☐ CC Distribution Company of Virginia, Inc. (Tax I.D. No. 54-1712821)
☐ Circuit City Properties, LLC (Tax I.D. No. 54-0793353)
☐ Patapsco Designs, Inc. (Tax I.D. No. 52-1086796)
☐ Ventoux International, Inc. (Tax I.D. No. 20-1071838)
☐ Sky Venture Corporation (Tax I.D. No. 54-1760311)
☐ Prahs, Inc. (n/a)
☐ XS Stuff, LLC (Tax I.D. No. 54-2029263)
☐ Kinzer Technology, LLC (Tax I.D. No. 54-2022157)
☐ Circuit City Purchasing Company, LLC (Tax I.D. No. 20-0995170)
☐ Orbyx Electronics, LLC (Tax I.D. No. 20-1203360)
☐ InterTAN, Inc. (Tax I.D. No. 75-2130875)
☐ CC Aviation, LLC (Tax I.D. No. 20-5290841)
☐ Courchevel, LLC (n/a)
☐ Circuit City Stores PR, LLC (Tax I.D. No. 66-0695512)
☐ Mayland MN, LLC (Tax I.D. No. 20-0896116)

**Name and address where notices should be sent** (if different from above)

Nancy Lemm
D-Link Systems, Inc.
17595 Mt. Herrmann St.
Fountain Valley, CA 92708
Tel: (714) 885-6000
Fax: (866) 743-4586

Margaret Mann, Esq.
Sheppard, Mullin, Richter & Hampton LLP
501 W. Broadway 19th Floor
San Diego, CA 92101
Tel: (619) 338-6500
Fax: (619) 234-3815

**ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:** Account #23481

Check here if this claim ☑ replaces ☐ amends a previously filed claim, dated: 12/18/2008

1. **BASIS FOR CLAIM:** Goods received by the Debtor within 20 days before the date of commencement of the case. Value of Goods: $ 1,041,711.25

2. **DATE OF SHIPMENT:** See attached documentation  **METHOD OF SHIPMENT:** See attached documentation  **DATE OF RECEIPT:** See attached documentation
   **NAME OF CARRIER:** See attached documentation  **PLACE OF DELIVERY:** See attached documentation

3. **TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM:** $ 1,041,711.25
   ☐ Check the box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

4. **BRIEF DESCRIPTION OF CLAIM:** Claim for goods sold to Circuit City Stores, Inc.
   Describe goods sold: Network communication devices, such as routers, switches
   *Attach support for your claim.*

5. **CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor. See Note Below

6. **SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, or contracts. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Attachments must be printed on 8-1/2" by 11" paper.

7. **DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this claim request form.

8. **ORDINARY COURSE CERTIFICATION:** By signing this claim request form, you are certifying that the goods for which payment is sought hereby, were sold to the debtor in the ordinary course of the debtor's business as required by 11 U.S.C. § 503(b)(9).
   *Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**FOR COURT USE ONLY**

RECEIVED
DEC 19 2008
KURTZMAN CARSON CONSULTANTS

Date: 12/18/2008

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
/s/ Wen Bow / Controller

NOTE: Claimant has not deducted amounts owed to debtor for pre-petition promotions that have not been billed. Claimant will amend this claim when such adjustments can be determined.

## INSTRUCTIONS FOR FILING SECTION 503(B)(9) CLAIM REQUEST FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, there may be exceptions to the general rules.*

### – DEFINITIONS –

**Debtor:**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Section 503(b)(9) Claim:**
Any claim entitled to treatment in accordance with Section 503(b)(9) of the Bankruptcy Code. Specifically, Section 503(b)(9) Claims are those claims for the "value of any goods received by the debtor, within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business." 11 U.S.C. § 503(b)(9).

**Section 503(b)(9) Bar Date:**
By Order of the United States Bankruptcy Court for the Eastern District of Virginia, all requests for allowance of a Section 503(b)(9) Claim must be filed so as to be received at the address set forth below no later than 5:00 p.m., Prevailing Pacific Time on **December 19, 2008**.

1. Please read this Section 503(b)(9) Claim Request Form carefully and fill it in completely and accurately.

2. Print legibly. Your claim may be disallowed if it cannot be read and understood.

3. This Section 503(b)(9) Claim Request Form must be completed in English. The amount of any Section 503(b)(9) Claim must be denominated in United States currency.

4. Attach additional pages on 8-1/2 x 11" paper if more space is required to complete this Section 503(b)(9) Claim Request Form.

5. This form should only be used by a claimant asserting a Section 503(b)(9) claim. It should not be used for claims arising prior to **October 21, 2008** or after **November 9, 2008**, and should not be used for any claims that are not entitled to priority in accordance with 11 U.S.C. § 503(b)(9).

6. This Section 503(b)(9) Claim Request Form should be sent by regular mail, overnight mail, or hand delivery to the following address:

    Circuit City Stores, Inc., *et al.*, Claims Processing
    c/o Kurtzman Carson Consultants LLC
    2335 Alaska Avenue, El Segundo, CA 90245
    (888) 830-4650

    Please note that Kurtzman Carson Consultants LLC is **not** permitted to accept proofs of claim, including any Section 503(b)(9) Claim Request Form, by facsimile, telecopy or other electronic submission, including electronic mail.

7. To receive an acknowledgment of the filing of your claim from Kurtzman Carson Consultants LLC, enclose a stamped, self-addressed envelope and copy of this Section 503(b)(9) Claim Request Form.

8. ANY DOCUMENTS RELIED UPON BY ANY 503(b)(9) CLAIMANT TO SUPPORT ITS SECTION 503(b)(9) CLAIM, INCLUDING ALL DOCUMENTS THAT PURPORT TO ESTABLISH THAT THE "GOODS" WITHIN THE 20 DAY PERIOD BEFORE NOVEMBER 10, 2008, THE "VALUE" OF SUCH GOODS AND THAT SUCH GOODS WERE "SOLD TO THE DEBTOR IN THE ORDINARY COURSE OF THE DEBTOR'S BUSINESS," SHOULD BE ANNEXED TO THIS SECTION 503(b)(9) CLAIM REQUEST FORM.

9. To be considered timely filed, this Section 503(b)(9) Claim Request Form must be actually received by Kurtzman Carson Consultants LLC, by 5:00 p.m. (Prevailing Pacific Time) on December 19, 2008 and should include appropriate documents/materials establishing the claimants entitlement to an allowed Section 503(b)(9) Claim and the amount of the asserted claim.

# **EXHIBIT B**

Evidence of Transfer from Transferor to Transferee

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, D-LINK SYSTEMS, INC. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to CREDIT SUISSE INTERNATIONAL ("Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's administrative expense claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Circuit City Stores, Inc. (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization cases entitled *In re: Circuit City Stores, Inc., et al.*, Chapter 11 Case No. 08-35653 *(KRH) (Jointly Administered)*, pending in the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"), with a claim number of 913 (the "Claim"), solely to the extent of an undivided interest in $600,111.61, representing an undivided percentage equal to 57.6082485% (the "Allowance Percentage") of the Claim. Assignor shall retain the balance of the Claim.

Assignor hereby waives any objection to the transfer of the Allowance Percentage of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Allowance Percentage of the Claim and recognizing the Assignee as the sole owner and holder of the Allowance Percentage of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Allowance Percentage of the Claim, and all payments or distributions of money or property in respect of the Allowance Percentage of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 2nd day of ~~February~~ March, 2009.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| D-LINK SYSTEMS, INC. | CREDIT SUISSE INTERNATIONAL |
| By: _____ | By: _____ |
| Name: Wen Bow | Name: |
| Title: Comptroller | Title: |
| | By: _____ |
| | Name: |
| | Title: |

-3-

### EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, D-LINK SYSTEMS, INC. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to CREDIT SUISSE INTERNATIONAL ("Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's administrative expense claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Circuit City Stores, Inc. (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization cases entitled *In re: Circuit City Stores, Inc., et al.*, Chapter 11 Case No. 08-35653 *(KRH) (Jointly Administered)*, pending in the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"), with a claim number of 913 (the "Claim"), solely to the extent of an undivided interest in $600,111.61, representing an undivided percentage equal to 57.6082485% (the "Allowance Percentage") of the Claim. Assignor shall retain the balance of the Claim.

Assignor hereby waives any objection to the transfer of the Allowance Percentage of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Allowance Percentage of the Claim and recognizing the Assignee as the sole owner and holder of the Allowance Percentage of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Allowance Percentage of the Claim, and all payments or distributions of money or property in respect of the Allowance Percentage of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __ day of ~~February~~ March, 2009.

ASSIGNOR:                                           ASSIGNEE:

D-LINK SYSTEMS, INC.                                CREDIT SUISSE INTERNATIONAL

By: _____                            By: _____
Name: Wen Bow                                       Name:
Title: Comptroller                                  Title: Craig Weingard
                                                           Authorized Signatory

                                                    By: _____
                                                    Name:
                                                    Title:
                                                           STEVEN J. REIS
                                                           Authorized Signatory