UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------x
In re:
                 :  Chapter 11

CIRCUIT CITY STORES, INC., et al.,
                 :  Case No. 08-35653 (KRH)
                   (Jointly Administered)

          Debtors. :
------------------------------------------------------x

           Court ID (Court use only) _____

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **CREDIT SUISSE INTERNATIONAL**<br>Name of Transferee | **SONY ELECTRONICS INC.**<br>Name of Transferor |
| Name and Address where notices to Transferee should be sent: | Court Record Address of Transferor (Court Use Only): |
| Address: 11 Madison Avenue, 5th Floor<br>      New York, NY 10010<br>Telephone: (212) 325-2175<br>Email:  Gil.Golan@credit-suisse.com<br>Facsimile: (212) 743-4953<br>Attention: Gil Golan | |
| Name and Address where Transferee payments Should be sent (if different from above): | Name and Current Address of Transferor:<br><br>Address: 16530 Via Esprillo<br>      San Diego, CA  92127-1898<br>Telephone: 858-942-5411<br>Facsimile: 858-942-2704<br>Attention: Yoshinori Saito, Vice President |

- 1 –

- 2 –

Court Claim # (if known):    914
Total Claim Amount:    $42,510,747.60
Date Claim Filed:    December 19, 2008

Debtor Entity:    Circuit City Stores, Inc.

Attached hereto as <u>Exhibit A</u> is a true and correct copy of the Proof of Claims.

Attached hereto as <u>Exhibit B</u> is a true and correct copy of the Evidence of Transfer from Transferor to Transferee.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    **CREDIT SUISSE INTERNATIONAL**    Date: <u>March 31, 2009</u>
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

-- DEADLINE TO OBJECT TO TRANSFER --

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____
                                                                            **CLERK OF THE COURT**

## **EXHIBIT A**

Copies of the Proof of Claims

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

**DEADLINE FOR FILING 503(b)(9) CLAIMS**
5:00 P.M. Pacific Time
December 19, 2008

### Section 503(b)(9) Claim Request Form

| Circuit City Stores, Inc., et al., Claims Processing c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 | Circuit City Stores, Inc., et al. Case Nos. 08-35653 through 08-35670 Chapter 11 Jointly Administered |
|---|---|

NOTE: Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases (see Docket No. 107), to have claims allowed as administrative expense under 11 U.S.C. § 503(b)(9), this form must be served upon Circuit City Stores, Inc., et al., Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 by December 19, 2008, the Bar Date for Section 503(b)(9) claims in the above-referenced cases. The form may be submitted in person or by regular mail, overnight mail, or hand delivery. Facsimile, email or electronic submissions will not be accepted. Requests shall be deemed filed when actually received by Kurtzman Carson Consultants LLC.

**Name and Address of Creditor:**
Sony Electronics Inc.
1 Sony Drive
Park Ridge, NJ 07656

Telephone: Tim Griebert 201-930-7026
Fax: 201-930-7782

Name and address where notices should be sent (if different from above): COPY

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have made any demand(s) to reclaim goods sold to the debtor under 11 U.S.C. § 546(c). (attach copies of any such demand(s))

☐ Check box if you have transferred the rights of your claim to any third party. If so, please list name of transferee:

☐ Check box if you have never received any notices from the bankruptcy court in this case.

**Debtor against which claim is asserted:** (Check one box below:)
☒ Circuit City Stores, Inc. (Tax I.D. No. 54-0493875)
☐ Abbott Advertising, Inc. (Tax I.D. No. 54-1624659)
☐ Circuit City Stores West Coast, Inc. (Tax I.D. No. 95-4460785)
☐ CC Distribution Company of Virginia, Inc. (Tax I.D. No. 54-1712821)
☐ Circuit City Properties, LLC (Tax I.D. No. 54-0793353)
☐ Patapsco Designs, Inc. (Tax I.D. No. 52-1086796)
☐ Ventoux International, Inc. (Tax I.D. No. 20-1071838)
☐ Sky Venture Corporation (Tax I.D. No. 54-1760311)
☐ Prahs, Inc. (n/a)
☐ XS Stuff, LLC (Tax I.D. No. 54-2029263)
☐ Kinzer Technology, LLC (Tax I.D. No. 54-2022157)
☐ Circuit City Purchasing Company, LLC (Tax I.D. No. 20-0995170)
☐ Orbyx Electronics, LLC (Tax I.D. No. 20-1203360)
☐ InterTAN, Inc. (Tax I.D. No. 75-2130875)
☐ CC Aviation, LLC (Tax I.D. No. 20-5290841)
☐ Courchevel, LLC (n/a)
☐ Circuit City Stores PR, LLC (Tax I.D. No. 66-0695512)
☐ Mayland MN, LLC (Tax I.D. No. 20-0896116)

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: 1027285, 1036269

Check here if this claim ☐ replaces ☒ amends a previously filed claim, dated 12/17/08

1. BASIS FOR CLAIM: Goods received by the Debtor within 20 days before the date of commencement of the case. Value of Goods: **$ 42,510,747.60**

2. DATE OF SHIPMENT: 10/13/08 – 11/09/08  METHOD OF SHIPMENT: Air/Land  DATE OF RECEIPT: 10/21/08 – 11/09/08
NAME OF CARRIER: See attached Exhibit A  PLACE OF DELIVERY: See attached Exhibit B

3. TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM: $ 42,510,747.60
   ☐ Check the box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges

4. BRIEF DESCRIPTION OF CLAIM: Value of goods received by debtor within 20 days of commencement date pursuant to the 503 (b)(9) bankruptcy code
   Describe goods sold: Electronics Products, Parts and Accessories   Attach support for your claim.

5. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

6. SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, or contracts. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Attachments must be printed on 8-1/2" by 11" paper

7. DATE-STAMPED COPY. To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this claim request form.

8. ORDINARY COURSE CERTIFICATION. By signing this claim request form, you are certifying that the goods for which payment is sought hereby, were sold to the debtor in the ordinary course of the debtor's business as required by 11 U.S.C. § 503(b)(9).

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Date: 12/18/08   Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
[Signature] TIMOTHY GRIEBERT
NATIONAL MGR AR + COLLATERAL

FOR COURT USE ONLY
**RECEIVED**
DEC 19 2008
KURTZMANCARSONCONSULTANTS

# **EXHIBIT B**

Evidence of Transfer from Transferor to Transferee

### EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, SONY ELECTRONICS INC. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Credit Suisse International ("Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's administrative expense claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Circuit City Stores, Inc. (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, Circuit City Stores, Inc., et al., Chapter 11 Case No. 08-35653 (KRH) (Jointly Administered), pending in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Bankruptcy Court"), in the amount of $42,510,747.60 (the "Claim") with a claim number of 914.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owners and holders of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 24 day of February, 2009.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| SONY ELECTRONICS INC. | CREDIT SUISSE INTERNATIONAL |
| By: 齊藤義範 (signature) | By: _____ |
| Name: Yoshinori Saito | Name: |
| Title: Vice President and Corporate Treasurer | Title: |
|  | By: _____ |
|  | Name: |
|  | Title: |

### EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, SONY ELECTRONICS INC. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Credit Suisse International ("Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's administrative expense claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Circuit City Stores, Inc. (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, Circuit City Stores, Inc., et al., Chapter 11 Case No. 08-35653 (KRH) (Jointly Administered), pending in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Bankruptcy Court"), in the amount of $42,510,747.60 (the "Claim") with a claim number of 914.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owners and holders of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 21 day of February, 2009.

ASSIGNOR:

SONY ELECTRONICS INC.

By: _____
Name:
Title:

ASSIGNEE:

CREDIT SUISSE INTERNATIONAL

By: _____
Name: Bik Kwan Chang
Title: Authorized Signatory

By: _____
Name:
Title: Kamel Ouchikh
Authorized Signatory

-3-