UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------------------x
In re:
::Chapter 11

CIRCUIT CITY STORES, INC., et al.,

: Case No. 08-35653 (KRH)
(Jointly Administered)

Debtors.    :
---------------------------------------------------x

Court ID (Court use only) _____

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **CREDIT SUISSE INTERNATIONAL** | **ION AUDIO, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to Transferee should be sent: | Court Record Address of Transferor (Court Use Only): |

Address:    11 Madison Avenue, 5th Floor
            New York, NY 10010
Telephone:  (212) 325-2175
Email:      Gil.Golan@credit-suisse.com
Facsimile:  (212) 743-4953
Attention:  Gil Golan

| Name and Address where Transferee payments Should be sent (if different from above): | Name and Current Address of Transferor: |
|---|---|

Address:    200 Scenic View Drive
            Suite 201
            Cumberland, RI 02864
Telephone:  (401) 658-3131
Facsimile:  (401) 658-3958
Attention:  Paul Stansky

- 1 –

- 2 –

| | |
|---|---|
| Court Claim # (if known): | 1224 |
| Total Claim Amount: | $169,015.81 |
| Date Claim Filed: | December 18, 2008 |
| Debtor Entity: | Circuit City Stores, Inc. |

Attached hereto as <u>Exhibit A</u> is a true and correct copy of the Proof of Claims.

Attached hereto as <u>Exhibit B</u> is a true and correct copy of the Evidence of Transfer from Transferor to Transferee.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    **CREDIT SUISSE INTERNATIONAL**            Date: <u>March 31, 2009</u>
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

-- DEADLINE TO OBJECT TO TRANSFER --

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____        _____
                                            **CLERK OF THE COURT**

# **EXHIBIT A**

Copies of the Proof of Claims

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division



**DEADLINE FOR FILING 503(b)(9) CLAIMS**
5:00 P.M. Pacific Time
December 19, 2008

## Section 503(b)(9) Claim Request Form

| Circuit City Stores, Inc., et al., Claims Processing c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 | Circuit City Stores, Inc., et al. Case Nos. 08-35653 through 08-35670 Chapter 11 Jointly Administered |
|---|---|

**NOTE:** Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases (see Docket No. 107), to have claims allowed as administrative expense under 11 U.S.C. § 503(b)(9), this form must be served upon Circuit City Stores, Inc., et al., Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 by December 19, 2008, the Bar Date for Section 503(b)(9) claims in the above-referenced cases. The form may be submitted in person or by regular mail, overnight mail, or hand delivery. Facsimile, email or electronic submissions will not be accepted. Requests shall be deemed filed when actually received by Kurtzman Carson Consultants LLC.

**Name and Address of Creditor:** (The person or other entity to whom the debtor owes money or property)

ION AUDIO, LLC
200 Scenic View Drive
Suite 201
Cumberland, Rhode Island 02864

Telephone: (401) 658-3743
Fax: (401) 658-3640

**Name and address where notices should be sent (If different from above)**

c/o Patrick A. Guida, Esquire
Duffy Sweeney & Scott, LTD
1800 Financial Plaza
Providence, Rhode Island 02903-2419
Telephone: (401) 455-0700
Fax: (401) 455-0701

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have made any demand(s) to reclaim goods sold to the debtor under 11 U.S.C. § 546(c). (attach copies of any such demand(s))

☐ Check box if you have transferred the rights of your claim to any third party. If so please list name of transferee:

☐ Check box if you have never received any notices from the bankruptcy court in this case.

**Debtor against which claim is asserted:** (Check one box below:)

☒ Circuit City Stores, Inc. (Tax I.D. No. 54-0493875)
☐ Abbott Advertising, Inc. (Tax I.D. No. 54-1624659)
☐ Circuit City Stores West Coast, Inc. (Tax I.D. No. 95-4460785)
☐ CC Distribution Company of Virginia, Inc. (Tax I.D. No. 54-1712821)
☐ Circuit City Properties, LLC (Tax I.D. No. 54-0793353)
☐ Patapsco Designs, Inc. (Tax I.D. No. 52-1086796)
☐ Ventoux International, Inc. (Tax I.D. No. 20-1071838)
☐ Sky Venture Corporation (Tax I.D. No. 54-1760311)
☐ Prahs, Inc. (n/a)
☐ XS Stuff, LLC (Tax I.D. No. 54-2029263)
☐ Kinzer Technology, LLC (Tax I.D. No. 54-2022157)
☐ Circuit City Purchasing Company, LLC (Tax I.D. No. 20-0995170)
☐ Orbyx Electronics, LLC (Tax I.D. No. 20-1203360)
☐ InterTAN, Inc. (Tax I.D. No. 75-2130875)
☐ CC Aviation, LLC (Tax I.D. No. 20-5290841)
☐ Courchevel, LLC (n/a)
☐ Circuit City Stores PR, LLC (Tax I.D. No. 66-0695512)
☐ Mayland MN, LLC (Tax I.D. No. 20-0896116)

**ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:** CIR0001

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

1. **BASIS FOR CLAIM:** Goods received by the Debtor within 20 days before the date of commencement of the case. Value of Goods: $169,015.81

2. **DATE OF SHIPMENT:** *      **METHOD OF SHIPMENT:** *      **DATE OF RECEIPT:** *
   **NAME OF CARRIER:** *     **PLACE OF DELIVERY:** *      *See Attached Exhibit A

3. **TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM:** $169,015.81 (See Invoices Attached)
   ☐ Check the box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

4. **BRIEF DESCRIPTION OF CLAIM:** Administrative expense claim for the value of goods sold in the ordinary course of business and received by Debtors within twenty (20) days before November 10, 2008
   Describe goods sold: Home entertainment and other consumer electronic equipment       Attach support for your claim.

5. **CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

6. **SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, or contracts. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Attachments must be printed on 8-1/2" by 11" paper.

7. **DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this claim request form.

8. **ORDINARY COURSE CERTIFICATION:** By signing this claim request form, you are certifying that the goods for which payment is sought hereby, were sold to the debtor in the ordinary course of the debtor's business as required by 11 U.S.C. § 503(b)(9).

**FOR COURT USE ONLY**

RECEIVED
DEC 18 2008
KURTZMAN CARSON CONSULTANTS

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Date: 12/17/2008

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

PAUL STANSKY  CFO

## EXHIBIT A

| Invoice Date | Invoice Number | Customer Number | Inv. Amount | REF # | Date of Shipment | Ship Method | Carrier | Date of Receipt | Place of Delivery |
|---|---|---|---|---|---|---|---|---|---|
| 16-Oct-08 | 0025275 | CIR0001 | $9,990.00 | | 10/17/2008 | Freight | Roadway | 10/24/2008 | Bethlehem, PA |
| 16-Oct-08 | 0025276 | CIR0001 | $23,040.00 | | 10/17/2008 | Freight | Roadway | 10/23/2008 | Marion, IL |
| 17-Oct-08 | 0025358 | CIR0001 | $2,985.00 | | 10/16/2008 | Freight | Roadway | 10/21/2008 | Livermore, CA |
| 17-Oct-08 | 0025359 | CIR0001 | $11,280.00 | | 10/16/2008 | Freight | Roadway | 10/24/2008 | Bethlehem, PA |
| 17-Oct-08 | 0025360 | CIR0001 | $9,456.00 | | 10/16/2008 | Freight | Roadway | 10/23/2008 | Marion, IL |
| 17-Oct-08 | 0025361 | CIR0001 | $7,446.00 | | 10/16/2008 | Freight | Roadway | 10/22/2008 | Ardmore, OK |
| 17-Oct-08 | 0025363 | CIR0001 | $4,716.00 | | 10/17/2008 | Freight | Roadway | 10/24/2008 | Groveland, FL |
| 22-Oct-08 | 0354438 | CIR0001 | $1,065.00 | A | | | | Returns - see off-setting credit | |
| 22-Oct-08 | 7569895 | CIR0001 | $1,866.00 | D | | | | Returns - see off-setting credit | |
| 22-Oct-08 | VP0708 | CIR0001 | $14,672.24 | | | | | Vendor Pefromance Chargeback - subsequently credited | |
| 30-Oct-08 | 0026697 | CIR0001 | $18,468.00 | | 10/31/2008 | Freight | Roadway | 10/24/2008 | Bethlehem, PA |
| 30-Oct-08 | 0026698 | CIR0001 | $11,484.00 | | 10/30/2008 | Freight | Roadway | 11/6/2008 | Ardmore, OK |
| 30-Oct-08 | 0026699 | CIR0001 | $21,228.00 | | 10/31/2008 | Freight | Roadway | 11/5/2008 | Marion, IL |
| 30-Oct-08 | 0026700 | CIR0001 | $23,490.00 | | 10/31/2008 | Freight | Roadway | 11/6/2008 | Bethlehem, PA |
| 30-Oct-08 | 0026701 | CIR0001 | $5,220.00 | | 10/30/2008 | Freight | Roadway | 11/7/2008 | Livermore, CA |
| 30-Oct-08 | 0026702 | CIR0001 | $7,014.00 | | 10/30/2008 | Freight | Roadway | 11/3/2008 | Walnut, CA |
| 31-Oct-08 | 2569485 | CIR0001 | $1,014.00 | E | | | | Returns - see off-setting credit | |
| 31-Oct-08 | 3451401 | CIR0001 | $1,539.00 | B | | | | Returns - see off-setting credit | |
| 31-Oct-08 | 7569314 | CIR0001 | $925.24 | C | | | | Returns - see off-setting credit | |
| 04-Nov-08 | 0026814 | CIR0001 | ($1,257.00) | D | | | | Credit for Returned merrchandise | |
| 04-Nov-08 | 0026829 | CIR0001 | ($1,539.00) | B | | | | Credit for Returned merrchandise | |
| 04-Nov-08 | 0026849 | CIR0001 | $522.00 | | 11/4/2008 | Fedex frt | FedEx | 11/5/2008 | Livermore, CA |
| 12-Nov-08 | 0027069 | CIR0001 | ($1,065.00) | A | | | | Credit for Returned merrchandise | |
| 12-Nov-08 | 0027073 | CIR0001 | ($925.24) | C | | | | Credit for Returned merrchandise | |
| 12-Nov-08 | 0027074 | CIR0001 | ($1,014.00) | E | | | | Credit for Returned merrchandise | |
| 20-Nov-08 | 0000252 | CIR0001 | ($2,304.43) | | | | | Advertising Co-Op - credited against a previous debit | |
| | | | **$169,015.81** | | | | | | |

## **EXHIBIT B**

Evidence of Transfer from Transferor to Transferee

- 4 –

## EVIDENCE OF TRANSFER OF CLAIM

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Ion Audio LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Credit Suisse International ("Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's administrative expense claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Circuit City Stores, Inc. (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, Circuit City Stores, Inc., et al., Chapter 11 Case No. 08-35653 (KRH) (Jointly Administered), pending in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Bankruptcy Court"), in the amount of $169,015.81 (the "Claim") with a claim number of 1224.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owners and holders of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ~~27~~ 11 day of ~~January~~ February, 2009.

**ASSIGNOR:**

**ION AUDIO, LLC**

By: _____
Name:  Paul Stansky
Title:    Chief Financial Officer

**ASSIGNEE:**

**CREDIT SUISSE INTERNATIONAL**

By: _____
Name:  MARISA SCAUZILLO
Title:    AUTHORIZED SIGNATORY

By: _____
Name:
Title:    Shui Wong
           Authorized Signatory

-3-