Form 210A (10/06)

# United States Bankruptcy Court

_____EASTERN_____ District Of _VIRGINIA (RICHMOND)_

In re CIRCUIT CITY STORES, ET AL    Case No. 08-35653 (KRH)

**CORRECTIVE FILING**
(This Notice of Transfer Corrects Docket No. 2678 filed March 19, 2009)
**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| ON Corp. USA, Inc. and ON Corp.. | Korea Export Insurance Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Olshan Grundman Frome Rosenzweig & Wolosky, LLP
65 East 55th Street
New York, New York 10022
Attn: Fredrick J. Levy, Esq.
Phone: 212.451.2300
Last Four Digits of Acct #: 070909

Court Claim # (if known): 1239
Amount of Claim: $4,713,340.80
Date Claim Filed: 12/18/08

Phone: 212.451.2300
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Fredrick J. Levy, Esq.    Date: March 27, 2009
    Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



## ASSIGNMENT OF PORTION OF BANKRUPTCY CLAIM

THIS AGREEMENT OF ASSIGNMENT is made this ___16___ day of March, 2009 by and between ON Corp US, Inc., ON Corp. and ON International Inc. ("ON") and Korea Export Insurance Corporation ("KEIC");

For good and valuable consideration KEIC does hereby assign, transfer and set over unto ON, a portion of its claims and demands, together will all securities and guarantees relating thereto, against the following debtor or debtors in the amount or amounts shown thereafter:

| Claim | Debtor | Amount | Claim No. |
|---|---|---|---|
| Administrative Claim pursuant to Bankruptcy Code § 503(b)(9) | Circuit City | $4,713,340.80 of KEIC's $7,714,224.00 administrative claim (KEIC to retain $3,000,883.20 of administrative claim 1239) | 1239 |

Witness:
_____

Korea Export Insurance Corporation

By: _____
Authorized Signature

603559-2

# OLSHAN

OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP

PARK AVENUE TOWER
65 EAST 55TH STREET
NEW YORK, NEW YORK 10022
TELEPHONE: 212.451.2300
FACSIMILE: 212.451.2222

March 27, 2009

WWW.OLSHANLAW.COM

DIRECT DIAL: 212.451.2324
EMAIL: SSALLIE@OLSHANLAW.COM

**BY FEDERAL EXPRESS**

U.S. Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219-1888
Attn: Clerk of the Court

Re:   In re Circuit City Stores, Inc., et al
      Case #08-35653 (KRH) – Ch. 11, Jointly Administered

Dear Clerk of the Court:

We are counsel for ON Corp USA, Inc., ON Corp (herein "ON Corp") and Korea Export Insurance Corporation (herein "KEIC") in the above matter. Please find enclosed a **corrective** Transfer of Claim. This corrects our previous Transfer of Claim filing under docket no. 2678.

The correction accurately reflects the underlying assignment that is attached to the Transfer of Claim. KEIC transferred $4,713,340.80 of it's 503(b)(9) claim to ON Corp. Accordingly, KEIC is retaining $3,000,883.20 of it's 503(b)(9) claim.

Enclosed are two copies of the corrective Transfer of Claim, with the underlying assignment attached thereto. Please file stamp and return one set to my attention in the enclosed self-addressed stamped envelope.

If there are any questions, feel free to contact me at 212.451.2324 or by email at SSallie@olshanlaw.com.

Regards,

S. Sallie
Paralegal

Enclosures

cc:   Fredrick J. Levy, Esq.
      Kurtzman Carson Consultants LLC (by Federal Express)

RICHMOND DIVISION
FILED
MAR 30 2009
CLERK
U.S. BANKRUPTCY COURT

NEW JERSEY OFFICE
2001 ROUTE 46 / SUITE 202
PARSIPPANY, NEW JERSEY 07054
TELEPHONE: 973.331.7200
FACSIMILE: 973.331.7222

609320-2