Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

                - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653 |
| et al., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**ORDER AUTHORIZING DEBTORS TO FILE**
**CERTAIN DOCUMENTS UNDER SEAL**

Upon the motion (the "Motion")[1] of the Debtors for an

Order, pursuant to section 107(b)(1) of the Bankruptcy Code

and Rule 9018 of the Federal Rules of Bankruptcy Procedure,

wherein the Debtors requested authority to file certain

documents under seal; and the Court having reviewed the

---

[1]  Capitalized terms used herein shall have the meanings ascribed
to such terms in the Motion.

Motion; and the Court having determined that the relief

requested in the Motion is in the best interests of the

Debtors, their estates, their creditors, and other parties

in interest; and it appearing that proper and adequate

notice of the Motion has been given and that no other or

further notice is necessary; and upon the record herein; and

after due deliberation thereon; and good and sufficient

cause appearing therefore, it is hereby,

      **ORDERED, ADJUDGED, AND DECREED that:**

    1.   The Motion is GRANTED.

    2.   The Debtors are authorized to file the Letter

Agreement under seal and provide copies of the Letter

Agreement to Chambers for <u>in camera</u> review, and to the

Office of the United States Trustee for the Eastern District

of Virginia.

    3.   This Court retains jurisdiction to hear and

determine all matters arising from or related to the

implementation or interpretation of this Order.

Dated: Richmond, Virginia

      _____, 2009


            _____
            UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing order has been endorsed by or
served upon all necessary parties.

                    /s/ Douglas M. Foley