William H. Schwarzschild, III (VSB No. 15274)
W. Alexander Burnett (VSB No. 68000)
WILLIAMS MULLEN
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia 23218-1320
Tel: 804.783.6489
Fax: 804.783.6507
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

B. Shawan Gillians
BUIST MOORE SMYTHE McGEE P.A.
5 Exchange Street
Charleston, SC 29401
Tel: (843)722-3400
Fax: (843)723-7398
sgillians@buistmoore.com

Counsel for Evening Post Publishing Company,
d/b/a The Post and Courier

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
(Richmond Division)

| | |
|---|---|
| In re: ) <br> ) <br> CIRCUIT CITY STORES, INC., et al., ) <br> ) <br> Debtors. ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 08-35653-KRH <br><br> (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF MOTION FOR
PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

PLEASE TAKE NOTICE that movant, Evening Post Publishing Company, d/b/a The Post and Courier ("Post and Courier"), hereby withdraws its previously filed *Motion for Payment of Administrative Expense Claim and Notice of Hearing*, which requested the entry of an Order allowing Post and Courier a Chapter 11 administrative expense claim pursuant to Section 503(b)(1)(A) of the Bankruptcy Code in the amount of $41,652.18 (Document Number 2631), and which is scheduled for a hearing in this Court on April 14, 2009 at 10:00 a.m.

                                              EVENING POST PUBLISHING COMPANY
                                              d/b/a THE POST AND COURIER

                                              */s/ W. Alexander Burnett*
                            By_____
                                                 Counsel

William H. Schwarzschild, III (VSB No. 15274)
W. Alexander Burnett (VSB No. 68000)
WILLIAMS MULLEN
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Tel:  804.783.6489
Fax:  804.783.6507
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

and

B. Shawan Gillians
BUIST MOORE SMYTHE McGEE P.A.
5 Exchange Street
Charleston, SC 29401
Tel:  (843)722-3400
Fax:  (843)723-7398
sgillians@buistmoore.com

*Counsel for Evening Post Publishing Company,
d/b/a The Post and Courier*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 31, 2009, a true and complete copy of the foregoing was filed and served electronically using the Court's ECF System, was sent by electronic mail to circuitcityservice@mcguirewoods.com and project.circuitcity@skadden.com, and was sent by first class mail, postage prepaid, to the entities at the addresses indicated below:

Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Gregg Galardi, Esq.
Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899

      *Counsel for the Debtors*

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

      *Office of the U.S. Trustee for the Eastern District of Virginia, Richmond Division*

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

      *Counsel for the Creditor's Committee*

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

      *Counsel for the Official Committee of Unsecured Creditors*

                                         */s/ W. Alexander Burnett*
                                         _____

6249298_1.DOC