UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

In re:

CIRCUIT CITY STORES, INC.,

Debtor.

) Chapter 11
)
) Case No.: 08-35653
)
) Judge Kevin R. Huennekens
)
) TRANSFER OF CLAIM
) BANKRUPTCY RULE 3001(E)(2)
)
)

PLEASE TAKE NOTICE that the priority claim of Atlantic Inc(underlying creditor or "Transferor") against the above captioned Debtor in the amount of $70,490.05 (KCC Claim No. 720 filed 12-9-08) as listed within the debtor's Schedule of Liabilities filed by the debtor and all priority claims of Transferor associated with such claim have been transferred and assigned (absolutely and not for security) to United States Debt Recovery LLC., ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. I represent that the claim has not been previously objected to, sold, or satisfied. USDR assumes any and all risks associated with the subject claim that is hereby being transferred including but not limited to the bankruptcy court allowance of and debtor's ultimate payment, if any, on such claim. I agree that upon request, I will deliver to USDR any correspondence, payment received after the date of this agreement and any supporting materials (if requested by USDR) documenting the claim. The clerk of the court is authorized to changed the address and holder of this claim from Transferor to that of the Transferee, USDR below.

TRANSFEROR:

Print Name: PAUL KRILL    Title: VP FINANCE
Signature: [signature]    Date: 3/31/09
Corrected Address (if req.) _____
Phone: 862.903.9550    E-Mail: paul@atlantic-inc.com

TRANSFEREE:
United States Debt Recovery LLC
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: [signature]
Nathan E. Jones, Managing Director

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

In re: ) Chapter 11
) 
Circuit city Stores, Inc., ) Case No.: 08-35653
) 
        Debtor. ) Judge Kevin R. Huennekens
)

**NOTICE OF TRANSFER OF POST-PETITION ADMINISTRATIVE EXPENSE PURSUANT TO B.R.B.P RULE 3001(e)(2)**

**Name of Proposed Transferor:**
Atlantic Inc.     KCC Claim No. 720 filed 12-9-08     Administrative Expense Amount $70,490.05
c/o Charles Cross
10018 Santa Fe Springs
Santa Fe Springs CA 90670

**Name of Transferee:**
United States Debt Recovery LLC
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

United States Bankruptcy Court
Eastern District of Virginia
310 United States Courthouse Annex 1100 East Main St
Richmond, VA 23219-3538

**SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

FOR CLERK'S OFFICE ONLY:

This notice was filed to the first party, by first class mail, postage prepaid on _____

INTERNAL CONTROL NO._____

Copy (check) Claims Agent_____ Transferee_____ Debtor's Attorney_____

_____
Deputy Clerk