## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CIRCUIT CITY STORES, INC., <u>et al</u>., ) | Case No. 08-35653-KRH |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## NOTICE OF MOTION AND HEARING OF THE MOTION OF
## CC KINGSPORT 98, LLC FOR ORDER COMPELLING IMMEDIATE PAYMENT
## OF ACCRUED RENT PURSUANT TO 11 U.S.C. § 365(d)(3) OR ALLOWING
## <u>ADMINISTRATIVE CLAIMS PURSUANT TO 11 U.S.C. § 503(b)</u>

**PLEASE TAKE NOTICE** that on April 1, 2009, The Motion of CC Kingsport 98, LLC (the "Motion") was filed pursuant to 11 U.S.C. § 365(d)(3) and § 503(b).

PLEASE TAKE FURTHER NOTICE that a hearing has been set to consider the Motion for **May 13, 2009 at 2:00 p.m**. before the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, 701 E. Broad Street, Courtroom 5000, Richmond, Virginia 23219.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** Under Local Bankruptcy Rule 9013-1 and the Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures, if you want the Court to consider your views on the Motion, then you or your attorney must:

1.    File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your written response to the court for filing, you must mail it early enough so the court will **receive** it on or before **May 6, 2009.**

> Clerk of the Court
> United States Bankruptcy Court
> 701 East Broad Street, Suite 4000
> Richmond, Virginia 23219

2.    Attend the hearing scheduled for **May 13, 2009 at 2:00 p.m.** before the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, 701 E. Broad Street, Courtroom 5000, Richmond, Virginia 23219. **<u>If you or your attorney do not attend the hearing, the Court may grant the relief requested in the Motion.</u>**

If you or your attorneys do not take these steps, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.

Dated:  April 1, 2009
       Richmond, Virginia

                LeClairRyan, A Professional Corporation

                /s/ Christopher L. Perkins
                Christopher L. Perkins (VSB No. 41783)
                Riverfront Plaza, East Tower
                951 East Byrd Street, Eighth Floor
                Richmond, Virginia 23219
                Tel:  (804) 783-7550
                Fax:  (804) 783-7686
                christopher.perkins@leclairryan.com

                - and -

                Niclas A. Ferland (*admitted pro hac vice*)
                Ilan Markus
                555 Long Wharf Drive, 8th Floor
                New Haven, CT  06511
                Tel:  (203) 773-5026
                Fax:  (203) 773-5027
                niclas.ferland@leclairryan.com
                ilan.markus@leclairryan.com

                *Counsel for CC Kingsport 98, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2009, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter.

/s/ Christopher L. Perkins