IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| CIRCUIT CITY STORES, INC, *et al.* ) | Case No. 08-35653-KRH |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## MOTION FOR WITHDRAWAL AND
## FOR SUBSTITUTION OF COUNSEL

Holland & Knight LLP, pursuant to Local Bankruptcy Rule 2090-1(G), files this Motion (the "Motion") for an Order allowing the withdrawal of James M. Lewis as counsel of record herein for Plaza Las Americas, Inc., a creditor and party in interest, and the substitution of Richard E. Lear as counsel therefore, and in support thereof states as follows:

1. James M. Lewis has appeared in these cases on behalf of Plaza Las Americas, Inc..

2. On January 8, 2009, James M. Lewis and Holland & Knight LLP entered their appearance (Docket entry # 1412) on behalf of Plaza Las Americas, Inc.. Mr. Lewis left Holland & Knight LLP effective April 2, 2009 and, accordingly, Holland & Knight LLP requests that this Court allow the withdrawal of Mr. Lewis as counsel of record to Plaza Las Americas, Inc. and the substitution of Richard E. Lear, a partner in Holland & Knight LLP, as counsel of record for Plaza Las Americas, Inc. in these cases.

3. Pursuant to Local Rule 2090-1(G), Plaza Las Americas, Inc. has been notified of Mr.

---

Richard E. Lear (VSB # 25361)
Holland & Knight LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
(202) 457-7049
Counsel to Plaza Las Americas, Inc.

Lewis' withdrawal.

4.      Upon entry of an Order approving the relief requested in the Motion, Holland & Knight LLP will file an amended entry of appearance in these cases on behalf of Plaza Las Americas, Inc..

WHEREFORE, Holland & Knight LLP respectfully requests that this Court (i) grant the Motion; (ii) allow the withdrawal of James M. Lewis as counsel of record for Plaza Las Americas, Inc. and the substitution of Richard E. Lear as counsel therefore; and (iii) grant such other and further relief as this Court deems just and proper.

Dated: April 3, 2009

/s/ Richard E. Lear
Richard E. Lear (VSB # 25361)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Ave., NW
Suite 100
Washington, D.C. 20006-6801
(202) 955-3000

Attorney for Plaza Las Americas, Inc.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion and accompanying proposed Order was mailed by U.S. first class mail, postage prepaid, this 3rd day of April, 2009, to the following:

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
*Assistant United States Trustee*

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
*Counsel for the Debtors*

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
*Counsel for the Debtors*

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606
*Counsel for the Debtors*

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA 23219
*Counsel for the Creditors' Committee*

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, NY 10017
*Counsel for the Creditors' Committee*

and that the foregoing Motion was also filed electronically via the Court's CM/ECF system on this date such that it would be served electronically on those parties entitled to receive such notice.

                                                                                      /s/Richard E. Lear
                                                                                        Richard E. Lear

# 6223034_v1