IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC, *et al.* | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## ORDER GRANTING WITHDRAWAL AND
## SUBSTITUTION OF COUNSEL

Upon consideration of the Motion (the "Motion") of Holland & Knight LLP for an Order allowing the withdrawal of James M. Lewis as counsel of record in these cases for Plaza Las Americas, Inc. and the substitution of Richard E. Lear, a partner in Holland & Knight LLP, as counsel therefore, and it

APPEARING TO THE COURT that good and sufficient notice of the Motion having been provided pursuant to Local Rule 2090-1(G); and due deliberation having been had thereon and sufficient cause appearing therefore; and it appearing that the relief requested in the Motion is warranted, it is therefore

ORDERED that the relief requested in the Motion be, and it hereby is, GRANTED; and it is further

ORDERED that the withdrawal of James M. Lewis as counsel of record for Plaza Las Americas, Inc. be, and it hereby is, APPROVED; and it is further

---

Richard E. Lear (VSB # 25361)
Holland & Knight LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
(202) 457-7049
Counsel to Plaza Las Americas, Inc.

ORDERED that Richard E. Lear and the law firm of Holland & Knight LLP be, and they hereby are, SUBSTITUTED as counsel of record herein on behalf of Plaza Las Americas, Inc.

Dated: _____, 2009

_____
United States Bankruptcy Judge

Entered on Docket: _____

WE ASK FOR THIS:

Copy to:

HOLLAND & KNIGHT LLP

/s/ Richard E. Lear
Richard E. Lear (VSB # 25361)
Holland & Knight LLP
2099 Pennsylvania Ave., NW
Suite 100
Washington, D.C. 20006-6801
(202) 955-3000

Attorney for Plaza Las Americas, Inc.

## LOCAL RULE 9022-1 CERTIFICATION

I hereby certify that the foregoing Order has been endorsed by all necessary parties.

/s/ Richard E. Lear
Richard E. Lear

# 6223205_v1