

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re: | Judge Kevin R. Huennekens |
| CIRCUIT CITY STORES, INC. d/b/a CIRCUIT CITY, | Case No. 08-35653-KRH<br>Chapter 11 |
| Debtor. | |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO
### FED. R. BANKR. P. 3001(e)(2) AND TRANSFEROR'S WAIVER OF NOTICE

**PLEASE TAKE NOTICE** that all right, title and interest in and to the claim described below has been sold and transferred:

1. Person or entity to whom the claim has been transferred ("Transferee"):

    Name: Circsan Limited Partnership    Telephone Number: (561) 620-9200

    Address: c/o Kin Properties, Inc.
    185 NW Spanish River Boulevard, Suite 100
    Boca Raton, FL 33431-4230
    ATTN: Allen P. Ley, Esq.

2. Date of Transfer of Claim: March 31, 2009

3. Type of Claim:  ☐ Secured    ☐ Priority    ☑ General Unsecured

4. Amount of Claim: No less than $779,136.94

5. Date of Filing Proof of Claim: January 29, 2009

6. Claim No.: 8070

7. Person or entity who filed the claim ("Transferor"):

    Name: Manufacturers and Traders Trust Company, as Trustee
    Address: c/o Hodgson Russ LLP    Telephone Number: (212) 661-3535
    Attn: Deborah J. Piazza, Esq.
    60 East 42nd Street, 37th Floor
    New York, NY 10165

8. A true and correct copy of the Proof of Claim originally filed (without exhibits) is attached hereto as Exhibit A. A true and correct copy of the Notice of Assignment and Sale of Claim is attached as Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that the transferor hereby waives any notice or hearing requirements provided by Fed. R. Bankr. P. 3001 and hereby stipulates that an order may be entered recognizing the sale of the above-referenced claim as an unconditional sale and

DSMDB-2591489v01

transfer other than for security after the proof of claim has been filed and that the Transferee is the valid owner of the claim.

| TRANSFEROR: | TRANSFEREE: |
|---|---|
| MANUFACTURERS AND TRADERS TRUST COMPANY, AS TRUSTEE | CIRCSAN LIMITED PARTNERSHIP |
| By: *[signature]* | By: _____ |
| Name: Nancy T. George | Name: _____ |
| Title: Vice President | Title: _____ |
| Date: 3/31/09 | Date: _____ |

transfer other than for security after the proof of claim has been filed and that the Transferee is the valid owner of the claim.

| TRANSFEROR: | TRANSFEREE: |
|---|---|
| MANUFACTURERS AND TRADERS TRUST COMPANY, AS TRUSTEE | CIRCSAN LIMITED PARTNERSHIP<br>By: Hillsan Company, Inc., Its General Partner |
| By: _____ | By: *[signature]* |
| Name _____ | Name: Andrew Schreier |
| Title: _____ | Title: Vice President |
| Date: _____ | Date: March 31, 2009 |

# Exhibit A

#8070

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

Debtor against which claim is asserted : (Check only one box below:)

- ☒ Circuit City Stores, Inc. (Case No. 08-35653)
- ☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
- ☐ InterTAN, Inc. (Case No. 08-35655)
- ☐ Ventoux International, Inc. (Case No. 08-35656)
- ☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)
- ☐ CC Aviation, LLC (Case No. 08-35658)
- ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
- ☐ Circuit City Stores PR, LLC (Case No. 08-35660)
- ☐ Circuit City Properties, LLC (Case No. 08-35661)
- ☐ Orbyx Electronics, LLC (Case No. 08-35662)
- ☐ Kinzer Technology, LLC (Case No. 08-35663)
- ☐ Courchevel, LLC (Case No. 08-35664)
- ☐ Abbott Advertising, Inc. (Case No. 08-35665)
- ☐ Mayland MN, LLC (Case No. 08-35666)
- ☐ Patapsco Designs, Inc. (Case No. 08-35667)
- ☐ Sky Venture Corporation (Case No. 08-35668)
- ☐ XSStuff, LLC (Case No. 08-35669)
- ☐ PRAHS, INC (Case No. 08-35670)

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Manufacturers and Traders Trust Company, as Trustee

**Name and address where notices should be sent:**
c/o Hodgson Russ LLP
Attn: Deborah J. Piazza, Esq.
60 East 42nd Street, 37th Floor
New York, New York 10165

Telephone number: (212) 661-3535

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

**Name and address where payment should be sent (if different from above):**
Manufacturers and Traders Trust Company, as Trustee
One M&T Plaza
Buffalo, New York 14203

Telephone number: (716) 853-7960

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ Not less than $779,136.94 (Refer to annexed Exhibit B)

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Amounts due under Lease and related agreements - Store No. 1816
(See instruction #2 on reverse side.)  (Refer to annexed Exhibits A and C)

**3. Last four digits of any number by which creditor identifies debtor:** ____

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____  Annual Interest Rate ____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan  11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**Date:** January 26, 2009

Signature: the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Manufacturers and Traders Trust Company, as Trustee

By: _____
Nancy L. George, Vice President, Corporate Trust Department

FOR COURT USE ONLY
RECEIVED
JAN 29 2009
KURTZMANCARSONCONSULTANTS

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0835653090129000000000605

☒ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

# Exhibit B

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| In re: | Judge Kevin R. Huennekens |
| CIRCUIT CITY STORES, INC. d/b/a CIRCUIT CITY, | Case No. 08-35653-KRH<br>Chapter 11 |
| Debtor. | |

## NOTICE OF ASSIGNMENT AND SALE OF CLAIM

Manufacturers and Traders Trust Company, as Trustee ("M&T"), its successors and assigns (collectively, "Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, received from Circsan Limited Partnership ("Purchaser") in connection with, inter alia, that certain Agreement dated as of March 31, 2009 between Circsan and M&T, hereby absolutely and unconditionally transfers and sells to Purchaser all of Seller's right, title and interest in and to its claim, evidenced by its Proof of Claim filed on January 29, 2009, Claim No. 8070 (the "Claim"), filed in the aggregate amount of no less than $779,136.94, against Circuit City Stores, Inc., the debtor in Chapter 11 Bankruptcy Case No. 08-35653-KRH, in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, or any other court with jurisdiction over such proceedings.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment and sale of the Claim as an unconditional transfer and sale and Purchaser as the valid owner of the Claim.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DSMDB-2593071v01

IN WITNESS WHEREOF, Seller has duly executed this Notice of Assignment and Sale of Claim by its duly authorized representative this 31st day of March, 2009.

MANUFACTURERS AND TRADERS
TRUST COMPANY, AS TRUSTEE

By: _____

Name: Nancy L. George

Title: Vice President

2

DSMDB-2593071v01

**DICKSTEIN**SHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

April 2, 2009

**VIA UPS OVERNIGHT DELIVERY**

Office of the Clerk
United States Bankruptcy Court
 for the Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA  23219

Re:   *In re Circuit City Stores, Inc.*, Case No. 08-35653-KRH in the United States
      Bankruptcy Court for the Eastern District of Virginia, Richmond Division

Dear Clerk:

Enclosed please find an original and one (1) copy of a Notice of Transfer of Claim Pursuant to Fed.R.Bankr.P. 3001(e)(2) and Transferor's Waiver of Notice.

Please accept the original for filing in the above-referenced proceeding, date-stamp the copy as "Filed," and return the copy to me in the enclosed self-addressed, postage prepaid envelope.

Should you have any questions regarding the foregoing or the enclosed, please do not hesitate to contact me. I thank you for your assistance with this matter.

Sincerely,

Jeffrey Rhodes
(202) 420-3150   direct dial
(202) 379-9367 direct fax
rhodesj@dicksteinshapiro.com

JR/pc
Enclosure
cc:   Allen P. Lev, Esq. (w/encl.)
      Daniel M. Litt, Esq. (w/encl.)