Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
(302) 651-3000

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, IL 60606
(312) 407-0700

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
McGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
(804) 775-1000

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| Debtors. | : | Jointly Administered |

**STIPULATION AND CONSENT ORDER BETWEEN DEBTORS AND BETHESDA SOFTWORKS LLC REGARDING DEBTORS' FIRST OMNIBUS OBJECTION TO (I) CERTAIN DUPLICATIVE 503(B)(9) CLAIMS AND (II) CERTAIN AMENDED 503(B)(9) CLAIMS (CLAIMS 1244 AND 1861)**

This Stipulation and Consent Order (the "Stipulation and Consent Order") is made this 30th day of March, 2009 by and between the debtors and debtors in possession in the above captioned cases (collectively, the "Debtors") and Bethesda Softworks LLC ("BSLLC").

WHEREAS, the Debtors and BSLLC wish to resolve the Debtors' First Omnibus Objection to (I) Certain Duplicative 503(b)(9) Claims and (II) Certain Amended 503(b)(9) Claims (the "Objection") as the Objection pertains to BSLLC.

DC:50613197.1

NOW, THEREFORE, BSLLC and the Debtors hereby STIPULATE AND AGREE, and it is hereby ORDERED, ADJUDGED AND DECREED by the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"), as follows:

.1   The 503(b)(9) Claims filed on behalf of BSLLC which are identified in Exhibit C to the Objection as:

()a

| | |
|---|---|
| Claim           1244 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed:     12/18/2008 | Secured: |
| Creditor's Name and Address: | Priority: |
| BETHESDA SOFTWORKS LLC 1370 PICCARD DR NO 120 ROCKVILLE, MD 20850 | Administrative:   $3,838,606.40 |
| | Unsecured:        _____ |
| | Total:             $3,838,606.40 |

("Claim 1244"), and

()b

| | |
|---|---|
| Claim           1861 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed:     12/22/2008 | Secured: |
| Creditor's Name and Address: | Priority: |
| BETHESDA SOFTWORKS LLC 1370 PICCARD DR NO 120 ROCKVILLE, MD 20850 | Administrative:   $3,838,606.40 |
| | Unsecured:        _____ |
| | Total:             $3,838,606.40 |

("Claim 1861"), shall be incorporated into, made a part of, and designated as, a single surviving 503(b)(9) Claim on behalf of BSLLC under Claim 1244, as follows:

DC:50613197.1

| Claim | 1244 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|
| Date Filed: | 12/18/2008 | Secured: | |
| Creditor's Name and Address: | | Priority: | |
| BETHESDA SOFTWORKS LLC 1370 PICCARD DR NO 120 ROCKVILLE, MD 20850 | | Administrative: | $3,838,606.40 |
| | | Unsecured: | _____ |
| | | Total: | $3,838,606.40 |

.2    Except as provided in paragraph 1, above, Claim 1861 shall be disallowed in its entirety for all purposes in these bankruptcy cases.

.3    Any and all rights that the Debtors may have to object to any claims or claim amounts that BSLLC may assert, including but not limited to the surviving Claim 1244, are expressly reserved and preserved; likewise, BSLLC's rights to respond to any such objections are expressly reserved and preserved.

.4    The Bankruptcy Court shall retain jurisdiction to hear and determine all matters arising from or related to this Stipulation and Consent Order.

DATED: _____,2009

_____
Honorable Kevin R. Huennekens
United States Bankruptcy Judge

WE ASK FOR THIS:

S<small>KADDEN</small>, A<small>RPS</small>, S<small>LATE</small>, M<small>EAGHER</small> &
F<small>LOM</small>, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19898-0636
(302) 651-3000

and

S<small>KADDEN</small>, A<small>RPS</small>, S<small>LATE</small>, M<small>EAGHER</small> &
F<small>LOM</small>, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606

    and

M<small>C</small>G<small>UIRE</small> W<small>OODS</small> LLP

/s/ Daniel Carrigan
Daniel Carrigan (admitted *pro hac vice*)
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7500

*Counsel to Bethesda Softworks LLC*

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 East Cary Street
Richmond, Virginia 23219
(804) 775-1000

*Counsel for Debtors and Debtors in Possession*

### **CERTIFICATION**

    THE UNDERSIGNED HEREBY CERTIFIES, pursuant to Local Rule 9022-1(C), that this Consent Order has been endorsed by all necessary parties.

                                  /s/ Douglas M. Foley
                                  Douglas M. Foley

DC:50613197.1