Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - -x
In re:                          :  Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :  Case No. 08-35653 (KRH)
et al.,                         :
                                :
            Debtors.            :  Jointly Administered
- - - - - - - - - - - - - - - -x
```

**ORDER SUSTAINING DEBTORS' FIRST OMNIBUS
OBJECTION TO (I) CERTAIN DUPLICATIVE 503(b)(9) CLAIMS
AND (II) CERTAIN AMENDED 503(b)(9) CLAIMS**

THIS MATTER having come before the Court on the Debtors' First Omnibus Objection to (i) Certain Duplicative Claims and (ii) Certain Amended Claims (the "Objection"), which requested, among other things, that the claims specifically identified on the Exhibits C and D attached to

the Objection be disallowed in their entirety and for all purposes in these bankruptcy cases for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED.

2. The Claims identified on <u>Exhibit A – Duplicative Claims</u> as attached hereto and incorporated herein, are forever disallowed in their entirety for all purposes in these bankruptcy cases.

3.  The Claims identified on <u>Exhibit B – Amended Claims</u> as attached hereto and incorporated herein, are forever disallowed in their entirety for all purposes in these bankruptcy cases.

Dated: Richmond, Virginia

_____, 2009

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

   - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

   - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                          _/s/ Douglas M. Foley_____
                                          Douglas M. Foley

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

First Omnibus Claims Objection

**EXHIBIT A - DUPLICATIVE 503(b)(9) CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 664<br>Date Filed: 12/08/2008<br>Creditor's Name and Address:<br>ARNEL COMPRESSOR CO<br>114 N SUNSET AVE<br>CITY OF INDUSTRY, CA 91744<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $327.99<br>Unsecured:<br>Total: $327.99 | Claim: 1495<br>Date Filed: 12/08/2008<br>Creditor's Name and Address:<br>ARNEL COMPRESSOR CO<br>114 N SUNSET AVE<br>CITY OF INDUSTRY, CA 91744<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $327.99<br>Unsecured:<br>Total: $327.99 |
| Claim: 1277<br>Date Filed: 12/18/2008<br>Creditor's Name and Address:<br>BISSELL HOMECARE INC<br>2345 WALKER RD<br>GRAND RAPIDS, MI 49544<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $48,916.54<br>Unsecured:<br>Total: $48,916.54 | Claim: 1293<br>Date Filed: 12/18/2008<br>Creditor's Name and Address:<br>BISSELL HOMECARE INC<br>2345 WALKER RD<br>GRAND RAPIDS, MI 49544<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $48,916.54<br>Unsecured:<br>Total: $48,916.54 |
| Claim: 2678<br>Date Filed: 01/16/2009<br>Creditor's Name and Address:<br>CHATTANOOGA PUBLISHING CO INC<br>PO BOX 190<br>RETAIL ADVERTISING<br>CHATTANOOGA, TN 37401<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $15,168.96<br>Unsecured:<br>Total: $15,168.96 | Claim: 757<br>Date Filed: 12/12/2008<br>Creditor's Name and Address:<br>CHATTANOOGA PUBLISHING CO INC<br>PO BOX 190<br>RETAIL ADVERTISING<br>CHATTANOOGA, TN 37401<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $15,168.96<br>Unsecured:<br>Total: $15,168.96 |
| Claim: 4545<br>Date Filed: 01/20/2009<br>Creditor's Name and Address:<br>CHECKPOINT SYSTEMS INC & CHECKPOINT<br>SYSTEMS INC DBA ALPHA SECURITY<br>PRODUCTS<br>101 WOLF DR<br>THOROFARE, NJ 08086<br>Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Secured:<br>Priority:<br>Administrative: $108,797.44<br>Unsecured:<br>Total: $108,797.44 | Claim: 915<br>Date Filed: 12/19/2008<br>Creditor's Name and Address:<br>CHECKPOINT SYSTEMS INC & CHECKPOINT<br>SYSTEMS INC DBA ALPHA SECURITY<br>PRODUCTS<br>101 WOLF DR<br>THOROFARE, NJ 08086<br>Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Secured:<br>Priority:<br>Administrative: $108,797.44<br>Unsecured:<br>Total: $108,797.44 |
| Claim: 952<br>Date Filed: 12/19/2008<br>Creditor's Name and Address:<br>COCA COLA ENTERPRISES INC<br>C O RICHARD W STITELER<br>521 LAKE KATHY DR<br>BRANDON, FL 33510-2010<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $208,875.36<br>Unsecured:<br>Total: $208,875.36 | Claim: 1022<br>Date Filed: 12/19/2008<br>Creditor's Name and Address:<br>COCA COLA ENTERPRISES INC<br>C O RICHARD W STITELER<br>521 LAKE KATHY DR<br>BRANDON, FL 33510-2010<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $208,875.36<br>Unsecured:<br>Total: $208,875.36 |

Case 08-35653-KRH    Doc 2914    Filed 04/03/09    Entered 04/03/09 15:31:02    Desc Main
Document    Page 6 of 11

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

First Omnibus Claims Objection

EXHIBIT A - DUPLICATIVE 503(b)(9) CLAIMS

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 1259<br>Date Filed: 12/18/2008<br>Creditor's Name and Address:<br>D LINK SYSTEMS INC<br>17595 MT HERMANN ST<br>FOUNTAIN VALLEY, CA 92709<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $1,041,711.25<br>Unsecured:<br>Total: $1,041,711.25 | Claim: 913<br>Date Filed: 12/19/2008<br>Creditor's Name and Address:<br>D LINK SYSTEMS INC<br>NANCY LEMM<br>17595 MT HERRMANN ST<br>FOUNTAIN VALLEY, CA 92708<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $1,041,711.25<br>Unsecured:<br>Total: $1,041,711.25 |
| Claim: 863<br>Date Filed: 12/08/2008<br>Creditor's Name and Address:<br>DAILY PROGRESS, THE<br>PO BOX 25819<br>RICHMOND, VA 23260-5819<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $16,323.45<br>Unsecured:<br>Total: $16,323.45 | Claim: 1187<br>Date Filed: 12/15/2008<br>Creditor's Name and Address:<br>DAILY PROGRESS, THE<br>PO BOX 25819<br>RICHMOND, VA 23260-5819<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $16,323.45<br>Unsecured:<br>Total: $16,323.45 |
| Claim: 419<br>Date Filed: 12/01/2008<br>Creditor's Name and Address:<br>EXPEDITER SERVICES INC<br>URB LOS COLOBOS PARK<br>618 ALMENDRO ST<br>CAROLINA, PR 00987<br><br>Debtor: CIRCUIT CITY STORES PR, LLC (08-35660)<br>Secured:<br>Priority:<br>Administrative: $3,635.50<br>Unsecured:<br>Total: $3,635.50 | Claim: 937<br>Date Filed: 12/16/2008<br>Creditor's Name and Address:<br>EXPEDITER SERVICES INC<br>URB LOS COLOBOS PARK<br>618 ALMENDRO ST<br>CAROLINA, PR 00987<br><br>Debtor: CIRCUIT CITY STORES PR, LLC (08-35660)<br>Secured:<br>Priority:<br>Administrative: $3,635.50<br>Unsecured:<br>Total: $3,635.50 |
| Claim: 2051<br>Date Filed: 12/22/2008<br>Creditor's Name and Address:<br>GENERAL INSTRUMENT CORPORATION<br>DBA HOME & NETWORKS MOBILITY<br>BUSINESS OF MOTOROLA INC<br>101 TOURNAMENT DR<br>HORSHAM, PA 19044<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $85,321.74<br>Unsecured:<br>Total: $85,321.74 | Claim: 1321<br>Date Filed: 12/19/2008<br>Creditor's Name and Address:<br>GENERAL INSTRUMENT CORPORATION DBA<br>THE HOME & NETWORKS MOBILITY<br>BUSINESS OF MOTOROLA INC<br>101 TOURNAMENT DR<br>HORSHAM, PA 19044<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $85,321.74<br>Unsecured:<br>Total: $85,321.74 |
| Claim: 1090<br>Date Filed: 12/15/2008<br>Creditor's Name and Address:<br>GREENE COUNTY DEPARTMENT OF PUBLIC WOR<br>667 DAYTON XENIA RD<br>XENIA, OH 45385-2665<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $167.29<br>Unsecured:<br>Total: $167.29 | Claim: 1214<br>Date Filed: 12/17/2008<br>Creditor's Name and Address:<br>GREENE COUNTY SANAITARY DEPT<br>667 DAYTON XENIA RD<br>XENIA, OH 45385-2665<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $167.29<br>Unsecured:<br>Total: $167.29 |

Case 08-35653-KRH    Doc 2914    Filed 04/03/09    Entered 04/03/09 15:31:02    Desc Main
Document    Page 7 of 11

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

First Omnibus Claims Objection

**EXHIBIT A - DUPLICATIVE 503(b)(9) CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 1211<br>Date Filed: 12/17/2008<br>Creditor's Name and Address:<br>GREENE COUNTY SANAITARY DEPT<br>667 DAYTON XENIA RD<br>XENIA, OH 453852665<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $167.29<br>Unsecured:<br>Total: $167.29 | Claim: 1214<br>Date Filed: 12/17/2008<br>Creditor's Name and Address:<br>GREENE COUNTY SANAITARY DEPT<br>667 DAYTON XENIA RD<br>XENIA, OH 45385-2665<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $167.29<br>Unsecured:<br>Total: $167.29 |
| Claim: 888<br>Date Filed: 12/10/2008<br>Creditor's Name and Address:<br>HERNANDO COUNTY<br>789 PROVIDENCE BLVD<br>BROOKSVILLE, FL 34601<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $7,367.88<br>Unsecured:<br>Total: $7,367.88 | Claim: 1706<br>Date Filed: 12/12/2008<br>Creditor's Name and Address:<br>HERNANDO COUNTY<br>789 PROVIDENCE BLVD<br>BROOKSVILLE, FL 34601<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $7,367.88<br>Unsecured:<br>Total: $7,367.88 |
| Claim: 2676<br>Date Filed: 01/16/2009<br>Creditor's Name and Address:<br>KRON TV<br>PO BOX 601703<br>CHARLOTTE, NC 28260-1703<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $14,305.50<br>Unsecured:<br>Total: $14,305.50 | Claim: 1170<br>Date Filed: 12/10/2008<br>Creditor's Name and Address:<br>KRON TV<br>PO BOX 601703<br>CHARLOTTE, NC 28260-1703<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $14,305.50<br>Unsecured:<br>Total: $14,305.50 |
| Claim: 2052<br>Date Filed: 12/22/2008<br>Creditor's Name and Address:<br>MOTOROLA INC<br>101 TOURNAMENT DR<br>HORSHAM, PA 19044<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $495,963.74<br>Unsecured:<br>Total: $495,963.74 | Claim: 1320<br>Date Filed: 12/19/2008<br>Creditor's Name and Address:<br>MOTOROLA INC<br>101 TOURNAMENT DR<br>HORSHAM, PA 19044<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $495,963.74<br>Unsecured:<br>Total: $495,963.74 |
| Claim: 992<br>Date Filed: 12/16/2008<br>Creditor's Name and Address:<br>NEW JORDAN LANES INC, THE<br>731 JORDAN PKY<br>WHITEHALL, PA 18052<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $1,352.05<br>Unsecured:<br>Total: $1,352.05 | Claim: 1083<br>Date Filed: 12/19/2008<br>Creditor's Name and Address:<br>NEW JORDAN LANES INC, THE<br>731 JORDAN PKY<br>WHITEHALL, PA 18052<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $1,352.05<br>Unsecured:<br>Total: $1,352.05 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

First Omnibus Claims Objection

**EXHIBIT A - DUPLICATIVE 503(b)(9) CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 1366<br>Date Filed: 12/17/2008<br>Creditor's Name and Address:<br>OMNIMOUNT SYSTEMS INC<br>ATTN RAY NAKANO EXECUTIVE VICE PRESIDENT<br>8201 S 48TH ST<br>PHOENIX, AZ 85044<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $257,696.79<br>Unsecured:<br>Total: $257,696.79 | Claim: 1334<br>Date Filed: 12/19/2008<br>Creditor's Name and Address:<br>OMNIMOUNT SYSTEMS INC<br>ATTN RAY NAKANO EXECUTIVE VICE PRESIDENT<br>8201 S 48TH ST<br>PHOENIX, AZ 85044<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $257,696.79<br>Unsecured:<br>Total: $257,696.79 |
| Claim: 632<br>Date Filed: 12/08/2008<br>Creditor's Name and Address:<br>RETAIL MDS INC<br>2909 SUNSET AVE<br>EAST NORRITON, PA 19403<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $43,173.80<br>Unsecured:<br>Total: $43,173.80 | Claim: 633<br>Date Filed: 12/08/2008<br>Creditor's Name and Address:<br>RETAIL MDS INC<br>2909 SUNSET AVE<br>EAST NORRITON, PA 19403<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $43,173.80<br>Unsecured:<br>Total: $43,173.80 |
| Claim: 401<br>Date Filed: 12/02/2008<br>Creditor's Name and Address:<br>SDI TECHNOLOGIES INC<br>1299 MAIN ST<br>RAHWAY, NJ 07065<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $48,984.00<br>Unsecured:<br>Total: $48,984.00 | Claim: 651<br>Date Filed: 12/02/2008<br>Creditor's Name and Address:<br>SDI TECHNOLOGIES INC<br>1299 MAIN ST<br>RAHWAY, NJ 07065<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $48,984.00<br>Unsecured:<br>Total: $48,984.00 |
| Claim: 207<br>Date Filed: 12/05/2008<br>Creditor's Name and Address:<br>T&T ENTERPRISES LP<br>ATTN ANTHONY SAMMUT<br>60 D CORRAL DETIERRA RD<br>SALINAS, CA 93908<br><br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $151,829.74<br>Unsecured:<br>Total: $151,829.74 | Claim: 1033<br>Date Filed: 12/10/2008<br>Creditor's Name and Address:<br>T&T ENTERPRISES LP<br>ATTN ANTHONY SAMMUT<br>60 D CORRAL DETIERRA RD<br>SALINAS, CA 93908<br><br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $151,829.74<br>Unsecured:<br>Total: $151,829.74 |
| Claim: 2375<br>Date Filed: 01/05/2009<br>Creditor's Name and Address:<br>TELECO INC<br>PO BOX 11364<br>COLUMBIA, SC 29211-1364<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $23,122.80<br>Unsecured:<br>Total: $23,122.80 | Claim: 642<br>Date Filed: 12/08/2008<br>Creditor's Name and Address:<br>TELECO INC<br>PO BOX 11364<br>COLUMBIA, SC 29211-1364<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $23,122.80<br>Unsecured:<br>Total: $23,122.80 |

Case 08-35653-KRH    Doc 2914    Filed 04/03/09    Entered 04/03/09 15:31:02    Desc Main
Document    Page 9 of 11

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

First Omnibus Claims Objection

**EXHIBIT A - DUPLICATIVE 503(b)(9) CLAIMS**

| CLAIM TO BE EXPUNGED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 911 <br> Date Filed: 12/19/2008 <br> Creditor's Name and Address: <br><br> WARNER HOME VIDEO A DIVISION OF <br> WARNER HOME ENTERTAINMENT INC <br> ATTN JULIE KELLEY VICE PRESIDENT <br> BUSINESS AND LEGAL AFFAIRS <br> 4000 WARNER BLVD BLDG 160 RM 11072 <br> BURBANK, CA 91522 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) <br> Secured: <br> Priority: <br> Administrative: $3,565,348.37 <br> Unsecured: <br> Total: $3,565,348.37 | Claim: 1899 <br> Date Filed: 12/23/2008 <br> Creditor's Name and Address: <br><br> WARNER HOME VIDEO A DIVISION OF <br> WARNER HOME ENTERTAINMENT INC <br> ATTN JULIE KELLEY VICE PRESIDENT <br> BUSINESS AND LEGAL AFFAIRS <br> 4000 WARNER BLVD BLDG 160 RM 11072 <br> BURBANK, CA 91522 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) <br> Secured: <br> Priority: <br> Administrative: $3,565,348.37 <br> Unsecured: <br> Total: $3,565,348.37 |

**Total Claims To Be Expunged:** 21

**Total Asserted Amount To Be Expunged:** $6,138,557.48

Case 08-35653-KRH    Doc 2914    Filed 04/03/09    Entered 04/03/09 15:31:02    Desc Main
Document      Page 10 of 11

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

First Omnibus Claims Objection

**EXHIBIT B - AMENDED 503(b)(9) CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 1120<br>Date Filed: 12/15/2008<br>Creditor's Name and Address:<br>AUDIOVOX CORPORATION<br>ATTN LORIANN SHELTON<br>150 MARCUS BLVD<br>HAUPPAUGE, NY 11788<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $999,445.65<br>Unsecured:<br>Total: $999,445.65 | Claim: 954<br>Date Filed: 12/19/2008<br>Creditor's Name and Address:<br>AUDIOVOX CORPORATION<br>ATTN MICHAEL STOEHR<br>150 MARCUS BLVD<br>HAUPPAUGE, NY 11788<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $2,901,345.35<br>Unsecured:<br>Total: $2,901,345.35 |
| Claim: 701<br>Date Filed: 12/09/2008<br>Creditor's Name and Address:<br>EXCEL BEST INDUSTRIES LIMITED<br>LIN LIM UNIT 1603<br>16/F TOWER 2 SILVERCORD NO 30 CANTON RD<br>TSIMSHATSUI KOWLOON, HONG KONG<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $35,507.04<br>Unsecured:<br>Total: $35,507.04 | Claim: 1064<br>Date Filed: 12/19/2008<br>Creditor's Name and Address:<br>EXCEL BEST INDUSTRIES LIMITED<br>LIN LIM UNIT 1603<br>16/F TOWER 2 SILVERCORD NO 30 CANTON RD<br>TSIMSHATSUI KOWLOON, HONG KONG<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $27,967.20<br>Unsecured:<br>Total: $27,967.20 |
| Claim: 52<br>Date Filed: 11/25/2008<br>Creditor's Name and Address:<br>FUJIFILM USA INC<br>ATTN DENNIS FENNELL DIRECTOR OF CREDIT<br>200 SUMMIT LAKE DR<br>VALHALLA, NY 10595<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $255,920.00<br>Unsecured:<br>Total: $255,920.00 | Claim: 877<br>Date Filed: 12/08/2008<br>Creditor's Name and Address:<br>FUJIFILM USA INC<br>ATTN DENNIS FENNELL DIRECTOR OF CREDIT<br>200 SUMMIT LAKE DR<br>VALHALLA, NY 10595<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $962,750.40<br>Unsecured:<br>Total: $962,750.40 |
| Claim: 512<br>Date Filed: 12/05/2008<br>Creditor's Name and Address:<br>FUJIFILM USA INC<br>ATTN DENNIS FENNELL DIRECTOR OF CREDIT<br>200 SUMMIT LAKE DR<br>VALHALLA, NY 10595<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $255,920.00<br>Unsecured:<br>Total: $255,920.00 | Claim: 877<br>Date Filed: 12/08/2008<br>Creditor's Name and Address:<br>FUJIFILM USA INC<br>ATTN DENNIS FENNELL DIRECTOR OF CREDIT<br>200 SUMMIT LAKE DR<br>VALHALLA, NY 10595<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $962,750.40<br>Unsecured:<br>Total: $962,750.40 |
| Claim: 1052<br>Date Filed: 11/17/2008<br>Creditor's Name and Address:<br>SONY ELECTRONICS INC<br>1 SONY DR<br>PARK RIDGE, NJ 07656-8003<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $81,897,139.07<br>Unsecured:<br>Total: $81,897,139.07 | Claim: 914<br>Date Filed: 12/19/2008<br>Creditor's Name and Address:<br>SONY ELECTRONICS INC<br>TIM GRIEBERT<br>1 SONY DR<br>PARK RIDGE, NJ 07656<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $42,510,747.60<br>Unsecured:<br>Total: $42,510,747.60 |

Case 08-35653-KRH    Doc 2914    Filed 04/03/09    Entered 04/03/09 15:31:02    Desc Main
Document    Page 11 of 11

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

First Omnibus Claims Objection

EXHIBIT B - AMENDED 503(b)(9) CLAIMS

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 1266<br>Date Filed: 12/18/2008<br>Creditor's Name and Address:<br>SONY ELECTRONICS INC<br>TIM GRIEBERT<br>1 SONY DR<br>PARK RIDGE, NJ 07656<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $42,345,539.70<br>Unsecured:<br>Total: $42,345,539.70 | Claim: 914<br>Date Filed: 12/19/2008<br>Creditor's Name and Address:<br>SONY ELECTRONICS INC<br>TIM GRIEBERT<br>1 SONY DR<br>PARK RIDGE, NJ 07656<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $42,510,747.60<br>Unsecured:<br>Total: $42,510,747.60 |
| Claim: 474<br>Date Filed: 12/03/2008<br>Creditor's Name and Address:<br>UNIVERSAL PROTECTION SERVICE<br>PO BOX 512719<br>LOS ANGELES, CA 90051-0719<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $59,487.54<br>Unsecured:<br>Total: $59,487.54 | Claim: 5125<br>Date Filed: 01/22/2009<br>Creditor's Name and Address:<br>UNIVERSAL PROTECTION SERVICE<br>PO BOX 512719<br>LOS ANGELES, CA 90051-0719<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $66,465.42<br>Unsecured:<br>Total: $66,465.42 |
| Claim: 1352<br>Date Filed: 12/17/2008<br>Creditor's Name and Address:<br>US SIGNS INC<br>1800 BERING STE 700<br>HOUSTON, TX 77057<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $103,209.17<br>Unsecured:<br>Total: $103,209.17 | Claim: 1309<br>Date Filed: 12/18/2008<br>Creditor's Name and Address:<br>US SIGNS INC<br>1800 BERING STE 700<br>HOUSTON, TX 77057<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $108,844.38<br>Unsecured:<br>Total: $108,844.38 |
| Claim: 137<br>Date Filed: 11/19/2008<br>Creditor's Name and Address:<br>WIRELESS SOLUTIONS LLC<br>2720 E PHILLIPS RD<br>GREER, SC 29650<br><br>Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Secured:<br>Priority:<br>Administrative: $15,000.04<br>Unsecured:<br>Total: $15,000.04 | Claim: 351<br>Date Filed: 11/24/2008<br>Creditor's Name and Address:<br>WIRELESS SOLUTIONS LLC<br>2720 E PHILLIPS RD<br>GREER, SC 29650<br><br>Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Secured:<br>Priority:<br>Administrative: $37,122.64<br>Unsecured:<br>Total: $37,122.64 |

Total Claims To Be Expunged: 9

Total Asserted Amount To Be Expunged: $125,967,168.21