*THOMPSON*MCMULLAN, P.C.
Adam R. Nelson, Esquire (VSB No. 39137)
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Voice: (804) 649-7545
Facsimile: (804) 780-1813
Email: anelson@t-mlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CIRCUIT CITY STORES, INC. ) | Case No. 08-35653 |
| ) | Chapter 11 |
| Debtor. ) | |
| _____ ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Adam R. Nelson of Thompson McMullan, P.C. hereby withdraws his appearance on behalf of and as co-counsel for North American Roofing Services, Inc., a Delaware corporation, a creditor of the Debtor and a party in interest in the Debtor's Chapter 11 bankruptcy case, upon its request and with its consent by and through its lead counsel, and requests that he be removed from the service list in this case.

  /s/ Adam R. Nelson
Adam R. Nelson

2

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 6th day of April, 2009, a copy of the foregoing Notice Of Withdrawal Of Appearance was (1) filed electronically on the Court's ECF System and thereby served on all parties who are ECF participants in this case, and (2) sent by first-class mail, postage prepaid, to those parties listed on the Service List below at the addresses listed therein.

                    /s/ Adam R. Nelson
                    Adam R. Nelson

Service List

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

*Debtor*

Bruce H. Besanko
9950 Mayland Drive
Richmond, Virginia 23233

*Debtor Designee*

W. Clarkson McDow, Jr.
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, Virginia 23219

*Chapter 11 Trustee*

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

*Counsel for Chapter 11 Trustee*

Alan J. Kornfeld
Brad R. Godshall
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, CA 90067-4100

Gillian N. Brown
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones, LLP
10100 Sants Monica Blvd.
Suite 100
Los Angeles, CA 9006

John D. Fiero
Pachulski Stang Ziehl & Jones, LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4554

Daniel F. Blanks
McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219

Douglas M. Foley
McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510

Gregg M. Galardi
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
Post Office Box 636
Wilmington, Delaware 19899

Ian S. Fredericks
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
Post Office Box 636
Wilmington, Delaware 19899

Joseph S. Sheerin
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

Sarah Beckett Boehm
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

*Counsel for Debtor*

3

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Robert J. Feinstein
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, New York 10017

*Counsel for Official Committee of
Unsecured Creditors*