Hearing Date: April 28, 2009 at 10:00 a.m.
Objection Deadline: April 21, 2009 at 4:00 p.m.

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

NOTICE OF MOTION AND NOTICE OF HEARING ON
DEBTORS' MOTION FOR ORDER APPROVING INSURANCE CLAIM SETTLEMENT BY
AND AMONG THE DEBTORS AND INSURANCE CARRIERS PURSUANT TO
BANKRUPTCY CODE SECTION 105 AND BANKRUPTCY RULE 9019

**PLEASE TAKE NOTICE** that on April 6, 2009, the above-captioned debtors and debtors-in-possession (the "Debtors") filed a Motion for Order Approving Insurance Claim Settlement by and among the Debtors and Insurance Carriers Pursuant to Bankruptcy Code Section 105 and Bankruptcy Rule 9019 (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)** Under Local Bankruptcy Rule 9013-1, unless a written response to the Motion is filed with the Clerk of the

Court and served on the moving party, the trustee and those
parties as required by the Order Pursuant to Bankruptcy Code
Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local
Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice,
Case Management and Administrative Procedures (entered on November
13, 2008 at Docket No. 130) (the "Case Management Order") no later
than five (5) business days before the scheduled hearing date, the
Court may deem any opposition waived, treat the Motion as
conceded, and issue an order granting the requested relief without
further notice or hearing.  If you do not want the Court to
approve the Motion, or if you want the Court to consider your
views on the Motion, then you or you attorney must:

[X]   File with the Court, either electronically or at the
      address shown below, a written response pursuant to
      Local Bankruptcy Rule 9013-1(H).  If you mail your
      response to the Court for filing, you must mail it early
      enough so the Court will **receive it on or before April
      21, 2009 at 4:00 p.m.**

                  Clerk of Court
                  United States Bankruptcy Court
                  701 East Broad Street, Suite 4000
                  Richmond, Virginia 23219

[X]   Pursuant to the Case Management Order, you must also
      serve a copy of any written response and request for
      hearing by the foregoing date via electronic mail on the
      following:(i) the Core Group, which includes the
      Debtors, co-counsel to the Debtors, the Office of the
      United States Trustee, co-counsel for any committee,
      counsel to the agents for the Debtors' prepetition
      lenders, and counsel to the agents for the Debtors'
      postpetition lenders; (ii) the 2002 List; and (iii)
      those additional parties as required by the Case
      Management Order (all of which are defined in the Case
      Management Order), which can be found at
      www.kccllc.net/circuitcity.

[X]   Attend a hearing before the Honorable Kevin Huennekens,
      United States Bankruptcy Judge, **at 10:00 a.m. (Eastern
      Standard Time) on April 28, 2009** at the United States
      Bankruptcy Court, Room 5000, 701 East Broad Street,
      Richmond, Virginia 23219.  **If you or your attorney do
      not attend the hearing, the Court may grant the relief
      requested in the Motion**.

         If you or your attorney do not take these steps, the Court
may decide that you do not oppose the relief sought in the Motion
and may enter an order granting the relief requested.

Dated: April 6, 2009        SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia   FLOM, LLP
                            Gregg M. Galardi, Esq.
                            Ian S. Fredericks, Esq.
                            P.O. Box 636
                            Wilmington, Delaware 19899-0636
                            (302) 651-3000

                                   - and -

                            SKADDEN, ARPS, SLATE, MEAGHER &
                            FLOM, LLP
                            Chris L. Dickerson, Esq.
                            333 West Wacker Drive
                            Chicago, Illinois 60606
                            (312) 407-0700

                                   - and -

                            MCGUIREWOODS LLP

                            /s/ Douglas M. Foley          .
                            Dion W. Hayes (VSB No. 34304)
                            Douglas M. Foley (VSB No. 34364)
                            One James Center
                            901 E. Cary Street
                            Richmond, Virginia 23219
                            (804) 775-1000

                            Counsel for Debtors and Debtors
                            in Possession