# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### ___Richmond___ Division

re   Circuit City Stores, Inc.                                   Case No. 08-35653-KRH

                                                                 Adv. Proceeding No. _____

   **Debtor(s)**

## TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT

Pursuant to 28 U.S.C. 158, Notice of Appeal was filed herein on  1/2/09 and Amended 1/5/09  .

The parties included in the Appeal to the District Court:

APPELLANT(S):  Developers Diversified Realty Investors, General Growth Properties, Inc., Weingarten Realty
               Investors, Basser-Kaufman, Inc., Philips International Holding Corp., Regency Centers, L.P.,
               AAC Management Corp., Jones Lang LaSalle Americas, Inc., Continental Properties Co., and

ATTORNEY:     Benderson Development Company, LLC
              David J. Ervin, Washington Harbour, Ste. 400, 3050 K St., NW, Washington DC  20007
              Robert J. LeHane, 101 Park Ave., New York, NY  10178-0002

APPELLEE (S): Circuit City Stores, Inc., et al

ATTORNEY:     Dion W. Hayes, Esq. (Local Counsel)      Gregg M. Galardi, Esq
              One James Ctr, 901 E. Cary St.           One Rodney Square
              Richmond, VA  23219                       Wilmington, DE  19899

Brief Description of Judgment/Order Appealed:  Decision, dated December 22, 2008, denying the various motions for an Or
compelling the Debtors to immediately pay post-petition rent pursuant to sections 365(d)(3) and 503(b)(1)(A) of the Bankr
Code (Order Not Entered on Docket)

Date Judgment/Order Entered:  January 26, 2009

1. Filing Fees:  A. Notice of Appeal - Filing Fee $5.00      (X) Paid    (  ) Not Paid
                 B. Appeal Docket Fee - $250.00              (X) Paid    (  ) Not Paid    (  ) Deferred. See attached
2. (X) Notice of Appeal, Order/Judgment, True Copy Teste of Docket Record, and Designation(s) [if any]
3. (  ) No Designation of Record on Appeal filed (See Certification Below)
4. (X) Copies of items designated by Appellant/Appellee have ~~not been~~ been submitted pursuant to FRBP 8006 and LBR 8

                                          WILLIAM C. REDDEN, Clerk of the Court
Date: March 03, 2009                      By: /s/ Jennifer A. Jafarbay_____, Deputy Clerk

## CERTIFICATION TO APPELLATE COURT

It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Lo
Bankruptcy Rule 8006-1 has not been filed within ten (10) days after the filing of the notice of appeal.

                                          WILLIAM C. REDDEN, Clerk of the Court
                                          By: _____, Deputy Clerk

**District Clerk - Please complete and return second copy.**

DISTRICT COURT CASE NUMBER_____           Date _____

cc: Attorney for Appellant(s)
    Attorney for Appellee(s)                                              [apptrans ver. 11/01/03]