IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | Case No. 08-35654 |
| Debtors. | Jointly Administered |

REQUEST FOR SPECIAL NOTICE

AND INCLUSION ON MASTER MAILING LIST AND NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby enters its appearance on behalf of the California Self-Insurers' Security Fund (the "Fund"), a priority unsecured creditor of Circuit City Stores West Coast, Inc. (the "Debtor") and a party-in-interest in the above-captioned case.

The Fund hereby requests that, pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), all notices given or required to be given to creditors, any creditors' committee or other committee, or any other parties in interest, including, without limitation, notices given pursuant to Bankruptcy Rules 2002(a), (b), (c), and (f), whether sent by the Court, the Debtor, any trustee, or any other party in this case, and all papers served or required to be served in connection with any such matter, be served at the following address and that, pursuant to Bankruptcy Rule 2002(g), the following address be added to the Court's master mailing list:

      Daniel R. Sovocool
      Louis J. Cisz, III
      Gina M. Fornario
      NIXON PEABODY LLP

12498501.1

One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. section 1109(b), the foregoing request includes not only notices and papers referred to the in the Bankruptcy Rules but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger or courier service, telephone, facsimile, or otherwise, filed or made with regard to the above-captioned case and the proceedings.

NIXON PEABODY LLP

By  /s/ Gina M. Fornario
    ———————————————
    Louis J. Cisz
    Gina M. Fornario
    Attorneys for Creditor
    CALIFORNIA SELF-INSURERS'
    SECURITY FUND

2

12498501.1

# PROOF OF SERVICE

**CASE NAME: In re Circuit City Stores West Coast, Inc.**
**COURT:    U.S. Bankruptcy Court, Eastern District of Virginia**
**CASE NO.: Case No. 08-35654**
**NP FILE:   410400.000002**

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, Suite 1800, San Francisco, CA 94111. On this date, I served the following document(s):

- **REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MASTER MAILING LIST AND NOTICE OF APPEARANCE**

on the parties stated below, through their attorneys of record, by the following means of service:

**  X  : By First-Class Mail** — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
P.O. Box 636
Wilmington, DE 19899-0636
T: (302) 651-3000
F: (302) 651-3001

Dion W. Hayes
Douglas M. Foley
McGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
T: (804) 775-1089
F: (804) 775-1061

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, IL 60606
T: 312-407-0700
F: 312-407-0411

Robert B. Van Arsdale
Office of the United States Trustee
Richmond, Virginia Office
701 East Broad Street, Suite 4304
Richmond, VA 23219-1888
T: (804) 771-2310
F: (804) 771-2330

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 7, 2009, at San Francisco, California.

/s/ Kim Love

Kim Love (klove@nixonpeabody.com)

12498501.1