IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                                                          Case No. 08-35653-KRH

    CIRCUIT CITY STORES, INC., et al.                 Chapter 11 (Jointly administered)

    Debtors.

ORDER GRANTING MOTION OF LANDLORDS, RAMCO WEST OAKS I, LLC,
RAMCO JW, LLC, RLV VILLAGE PLAZA, LP, AND RLV VISTA PLAZA, LP, FOR
ORDER ALLOWING AND COMPELLING PAYMENT OF ADMINISTRATIVE
EXPENSE CLAIM UNDER 11 U.S.C. § 503(B) AND POST-PETITION LEASE
OBLIGATION UNDER 11 U.S.C. §365(d)(3)

Upon consideration of the Motion of Landlords, Ramco West Oaks I, LLC, Ramco JW, LLC, RLV Village Plaza, LP, and RLV Vista Plaza, LP for Order Allowing and Compelling Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b) and Post-Petition Lease Obligations Under 11 U.S.C. §365(d)(3); and any response or objections thereto; and the Court having determined that notice of the Motion was proper and sufficient; it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that each Landlord is awarded allowed administrative claims under 11 U.S.C. §503(b)(1) for Stub Rent in the following amounts:

| | | |
|---|---|---|
| Ramco West Oaks I, LLC | Rent<br>CAM<br>Electric | $35,886.26<br>$ 2,245.54<br>$   739.16 |
| | Total | $74,757.22 |
| Ramco JW, LLC | Rent<br>CAM<br>Electric | $16,281.62<br>$ 1,095.36<br>$663.05 |
| | Total | $18,040.03 |

| | |
|---|---|
| RLV Village Plaza, LP | Rent $19,075.06<br>Tax on Base Rent $1,335.26<br>CAM $1841.00<br>Tax on CAM $128.87<br><br>Total $22,380.19 |
| RLV Vista Plaza, LP | Rent $23,346.60<br>Tax on Base Rent $1,517.53<br>CAM $1,955.83<br>Tax on CAM $127.12<br><br>Total $26,947.08 |

ORDERED that each Landlord is awarded allowed administrative claims under 11 U.S.C. §365(d)(3) for Post-Petition Obligations in the following amounts:

| | | |
|---|---|---|
| Ramco West Oaks I, LLC | Electric (11/21 – 12/22/08)<br>2008 Winter Tax Bill<br>Electric 12/22/08 - 1/22/09<br>Electric 1/22/09 - 2/16/09<br>Base Rent 2/1/2009 – 2/23/2009<br>CAM 2/1/2009 - 2/23/2009<br><br>Total | $2,297.18<br>$18,073.26<br>$1,876.71<br>$1,599.06<br>$15,026.35<br>$940.30<br><br>$39,812.86 |
| Ramco JW, LLC | Electric (12/13/2008 -12/31/2008)<br>2008 Winter Tax Bill<br>2008 Year end CAM Reconciliation<br>Total | $2,008.34<br>$6,843.79<br>$1,652.46<br>$10,504.59 |
| RLV Village Plaza, LP | 2008 Year end Taxes<br>Tax<br><br>Total | $34,236.27<br>$2,396.54<br><br>$36,632.81 |
| RLV Vista Plaza, LP | 2008 Real Estate Taxes<br>Tax<br><br>Total | $55,797.56<br>$3,626.84<br><br>$59,424.40 |

ORDERED that each Landlord is awarded its attorneys' fees and costs incurred in preparing the Motion and obtaining compliance with the terms of the Lease.

The Stub Rent Clams shall be paid at the same time as all other Stub Rent claims are paid.

The Post-Petition Obligations shall be paid within 10 days of the date of this Order.

_____
UNITED STATES BANKRUPTCY JUDGE

:1462906\1