IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                       Case No. 08-35653-KRH

    CIRCUIT CITY STORES, INC., et al.        Chapter 11 (Jointly administered)

    Debtors.

ORDER GRANTING MOTION OF LANDLORD, GEENEN DEKOCK PROPERTIES, L.L.C. FOR ORDER ALLOWING AND COMPELLING PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. § 503(B) AND POST-PETITION LEASE OBLIGATION UNDER 11 U.S.C. §365(d)(3)

Upon consideration of the Motion of Landlord, Geenen DeKock Properties, L.L.C for Order Allowing and Compelling Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b) and Post-Petition Lease Obligations Under 11 U.S.C. §365(d)(3); and any response or objections thereto; and the Court having determined that notice of the Motion was proper and sufficient; it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Geenen DeKock Properties, L.L.C. is awarded an allowed administrative claim under 11 U.S.C. §503(b)(1) for Stub Rent in the following amount:

| Geenen DeKock Properties, L.L.C. | Rent | $14,204.66 |
| | CAM | $ 1,042.30 |
| | Insurance | $ 84.00 |
| | Total  $15,330.96 | |

ORDERED that Geenen DeKock Properties, L.L.C. is awarded an allowed administrative claim under 11 U.S.C. §365(d)(3) for Post-Petition Obligations in the following amount:

| Geenen DeKock Properties, L.L.C. | 2008 Winter Taxes (Partially paid) | $5,025.63 |
| | 1/09 and 2/09 Taxes | $6,364.98 |

|  | | |
|---|---|---|
| | Insurance 3/1/09 | $120.00 |
| | Base Rent 3/09 | $20,292.37 |
| | CAM | $1,489.00 |
| | Taxes 3/09 | $3,182.49 |
| | **Total**      $36,474.47 | |

ORDERED that Geenen DeKock Properties, L.L.C. is awarded its attorneys' fees and costs incurred in preparing the Motion and obtaining compliance with the terms of the Lease.

The Stub Rent Clams shall be paid at the same time as all other Stub Rent claims are paid.

The Post-Petition Obligations shall be paid within 10 days of the date of this Order.

_____
UNITED STATES BANKRUPTCY JUDGE

:\1462904\1