Hearing Date: April 28, 2009
at 10:00 a.m.

Objection Deadline: April 21, 2009

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                          Case No. 08-35653-KRH

CIRCUIT CITY STORES, INC., et al.,              Chapter 11 (Jointly administered)

    Debtors,

LEA COMPANY, A VIRGINIA
GENERAL PARTNERSHIP,

    Movant,

v.

CIRCUIT CITY STORES, INC., et al.,

    Respondent.

### NOTICE OF MOTION AND HEARING

    PLEASE TAKE NOTICE THAT Lea Company, a Virginia general partnership has filed with the Court a Motion of Lea Company for Payment of Administrative Expense Claim (the "Motion"). A copy of the Motion has been filed with the Court and forwarded to you.

    <u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). Under Local Bankruptcy Rule 4001-(a)-1, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief

Ann K. Crenshaw, Esq. (VSB No. 19358)
Paul K. Campsen, Esq. (VSB No. 18133)
Kaufman & Canoles, a professional corporation
2101 Parks Avenue, Suite 700
Virginia Beach, VA 23451
Tele: (757) 491-4000
Fax: (757) 491-4020
*Counsel for Lea Company, a Virginia general partnership,*
*the Assignee from Newport News Shopping Center, LLC*

without further notice or hearing unless you take the following steps:

    1.    File with the Court, at the address shown below, a written objection. If you mail your response to the Court for filing, you must mail it early enough so the court will **receive** it on or before **April 21, 2009 at 5:00 p.m.**

                William C. Redden, Clerk
                United States Bankruptcy Court
                701 E. Broad Street, Suite 4000
                Richmond, VA 23219

You must also deliver a copy to all parties on the Certificate of Service below and to:

                Counsel for Circuit City Stores, Inc.
                Douglas M. Foley, Esq.
                McGuireWoods LLP
                9000 World Trade Center
                101 W. Main St.
                Norfolk, VA 23510

                Counsel for Official Committee of Unsecured Creditors
                Brad R. Godshall, Esq.
                Pachulski Stang Ziehl & Jones, LLP
                10100 Santa Monica Blvd., 11th Floor
                Los Angeles, CA 90067-4100

                Counsel for Lea Company, a Virginia general partnership
                Paul K. Campsen, Esq.
                Ann K. Crenshaw, Esq.
                Kaufman & Canoles
                150 W. Main Street, Suite 2100
                Norfolk, VA 23510

    2.    Attend the hearing scheduled for **April 28, 2009 at 10:00 a.m.** before the Honorable Kevin R. Huennekens, U.S. Bankruptcy Court, Room 5000, United States Courthouse, 701 E. Broad Street, Richmond, Virginia 23219.

    If you or your attorneys do not take these steps, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.

Dated: April 8, 2009.                                          **LEA COMPANY, a Virginia general partnership**

                                                        By:    */s/ Ann K. Crenshaw*

Ann K. Crenshaw, Esq. (VSB No. 19538)
Paul K Campsen, Esq. (VSB No. 18133)
Kaufman & Canoles, a professional corporation
2101 Parks Avenue, Suite 700
Virginia Beach, VA  23451
Tele: (757) 491-4000
*Counsel for Lea Company, a Virginia general partnership,
the assignee from Newport News Shopping Center, LLC*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Motion and Hearing was sent on this 8th day of April, 2009, to all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system.

/s/ Ann K. Crenshaw

::ODMA\PCDOCS\DOCSVB\8324372\1