John B. Mulleady
Vice President
Real Estate and Construction

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233
tel 804.486.4059
fax 804.486.4866
john_mulleady@circuitcity.com

November 21, 2007
VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

ATTN:  Barry Becker
Becker Trust, LLC
50 South Jones Boulevard, Suite 100
Las Vegas, NV  89107

Re:     Circuit City Store #00272
        Sahara Decatur Specialty Center
        5055 Sahara Avenue
        Las Vegas, Nevada  89146-3405

Dear Landlord:

Reference is made to the Agreement of Lease ("Lease") dated December 16, 1988 between Becker Trust, LLC (successor to Lepercq Corporate Income Fund II L.P.), as Landlord and Circuit City Stores West Coast, Inc., as Tenant (successor in interest to Circuit City Stores, Inc.) for the above referenced Premises.

Under section 3 of the Lease, Tenant has the option to renew and extend the term of the Lease for three (3) successive extended terms of ten (10) years each.  Notice is hereby given to you of the exercise by Tenant of its option to renew and extend the Lease for the first extended term to expire on December 15, 2018.

Please acknowledge receipt of this letter by signing and returning to the undersigned a copy of this letter.  However, we intend that our exercise of this option shall be effective whether or not you sign and return the enclosed copy of this letter.

Very truly yours,

John B. Mulleady
Vice President, Real Estate & Construction

JBM/sas

ATTN: BARRY BECKER
BECKER TRUST, LLC
NOVEMBER 21, 2007
PAGE 2


cc:      ATTN: Managing Partner
         Weil, Gotshal & Manges LLP
         767 Fifth Avenue
         New York, NY  10153

         Danny Clark
         Jacqueline Grove
         Michael McNeese
         Maureen Olson
         Denise Coover
         Janet Gibbs
         Jana Brown
         Marice Garcia-Little




RECEIPT IS ACKNOWLEDGED THIS ____ DAY OF _____, 2007.


BY:_____


TITLE:_____