REJECTION CLAIM CALCULATION

### CIRCUIT CITY - MONTHLY PER DIEM - NOVEMBER 2008

| Fixed Costs | Monthly Obligatons Amount | Quarterly Obligations Amount | Daily Per Diem Amount |
|---|---:|---:|---:|
| Base Minimum Rent Fixed | $25,950.09 | $0.00 | $865.00 |
| Taxes (Quarterly) | $3,427.27 | $10,281.82 | $114.24 |
| Sewer (bill May thru June each year) | $135.21 | $405.63 | $4.51 |
| CAM's | $833.33 | $2,500.00 | $27.78 |
| **TOTAL:** | **$29,512.57** | **$10,687.45** | **$983.75** |

### CIRCUIT CITY - MONTHLY PER DIEM - DECEMBER 2008

| Fixed Costs | Monthly Obligatons Amount | Quarterly Obligations Amount | Daily Per Diem Amount |
|---|---:|---:|---:|
| Base Minimum Rent Fixed | $31,319.55 | $0.00 | $1,010.31 |
| Taxes (Quarterly) | $3,427.27 | $10,281.82 | $110.56 |
| Sewer (bill May thru June each year) | $135.21 | $405.63 | $4.36 |
| CAM's | $833.33 | $2,500.00 | $26.88 |
| **TOTAL:** | **$35,715.36** | **$13,187.45** | **$1,125.23** |

REJECTION CLAIM CALCULATION

**CIRCUIT CITY - MONTHLY PER DIEM - JANUARY 2009**

| Fixed Costs | Monthly Obligatons Amount | Quarterly Obligations Amount | Daily Per Diem Amount |
|---|---:|---:|---:|
| Base Minimum Rent Fixed | $31,319.55 | $0.00 | $1,010.31 |
| Taxes (Quarterly) | $3,427.27 | $10,281.82 | $110.56 |
| Sewer (bill May thru June each year) | $135.21 | $405.63 | $4.36 |
| CAM's | $833.33 | $2,500.00 | $26.88 |
| **TOTAL:** | **$35,715.36** | **$13,187.45** | **$1,125.23** |

**CIRCUIT CITY - MONTHLY PER DIEM - FEBRUARY 2009**

| Fixed Costs | Monthly Obligatons Amount | Quarterly Obligations Amount | Daily Per Diem Amount |
|---|---:|---:|---:|
| Base Minimum Rent Fixed | $31,319.55 | $0.00 | $1,118.56 |
| Taxes (Quarterly) | $3,427.27 | $10,281.82 | $122.40 |
| Sewer (bill May thru June each year) | $135.21 | $405.63 | $4.83 |
| CAM's | $833.33 | $2,500.00 | $29.76 |
| **TOTAL:** | **$35,715.36** | **$13,187.45** | **$1,245.79** |

REJECTION CLAIM CALCULATION

### CIRCUIT CITY - MONTHLY PER DIEM - MARCH 2009

| Fixed Costs | Monthly Obligatons Amount | Quarterly Obligations Amount | Daily Per Diem Amount |
|---|---:|---:|---:|
| Base Minimum Rent Fixed | $31,319.55 | $0.00 | $1,010.31 |
| Taxes (Quarterly) | $3,427.27 | $10,281.82 | $110.56 |
| Sewer (bill May thru June each year) | $135.21 | $405.63 | $4.36 |
| CAM's | $833.33 | $2,500.00 | $26.88 |
| **TOTAL:** | **$35,715.36** | **$13,187.45** | **$1,125.23** |

3 4/1/2009