UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re ) | |
| ) | **Chapter 11** |
| **CIRCUIT CITY STORES, INC., et al.** ) | **Case No. 08-35653-KRH** |
| ) | **Jointly Administered** |
| Debtors. ) | **Hon. Kevin R. Huennekens** |

**ORDER ALLOWING ADMINISTRATIVE
EXPENSES OF BECKER TRUST, LLC
PURSUANT TO 11 U.S.C. §§ 503(b)(1)(A), 503(b)(9) AND 507(a)(2)**

Upon the Application of Becker Trust, LLC ("Becker") for Entry of Order Allowing Administrative Expenses Pursuant to 11 U.S.C. §§ 503(b)(1)(A), 503(b)(9) and 507(a)(2) (the "Motion"); and the Court having reviewed the Application, and any Opposition thereto, and the Court having determined that the relief requested in the Application should be granted as set forth herein; and it appearing that proper and adequate notice of the Motion has been given and no further notice is necessary; and upon the record herein; after due deliberations thereon; and good and sufficient cause appearing therefor;

it is hereby:

**ORDERED, ADJUDGED AND DECREED:**

    1.    The Motion is granted; and

    2.    Becker shall have and hereby has an allowed administrative expense in the amount of one hundred seventy-two thousand three hundred seventy-four dollars and one cent ($172,374.01); and

    3.    The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived; and

4. The Court shall retain jurisdiction to hear and determine all matters from or related to the implementation of this Order.

Dated: Richmond, Virginia
April ____, 2009

_____
Kevin R. Huennekens
United States Bankruptcy Judge

I ASK FOR THIS:

*/s/ Steven H. Greenfeld*
Steven H. Greenfeld
COHEN BALDINGER & GREENFELD, LLC
Suite 1103
7910 Woodmont Avenue
Bethesda, MD  20814
(301) 881-8300
Counsel for Becker Trust, LLC