-------------------------------------------

**EXHIBIT 1**

-------------------------------------------



| | |
|---|---|
| **Date:** | 10/24/2008 |
| **Page:** | 1 of 1 |
| **Invoice:** | 90045176 |
| **Payment terms:** | |
| | NET 60 DAYS |
| **Incoterms:** | Z08 Prepaid |

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

*R-163991*
*(x)*

# Invoice

| Sold to: | Ship to: |
|---|---|
| 100068 | 200205 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 353 |
| 9950  MAYLAND DRIVE | 680  S. LEMON AVENUE |
| RICHMOND VA US | WALNUT CA US |
| 23233 | 91789 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| **IRS # 54-0493-875** | |

| P/O NUMBER | S/O NUMBER | PACKING SLIP | SHIP DATE | CARRIER |
|---|---|---|---|---|
| 2173273 | 10028677 | 80038422 | 10/24/2008 | 100164  COURRIER CAN./U.S.LIAISON INC. |

**Notes:**

| LINE | QTY | PRODUCT CODE | DESCRIPTION | UNIT_PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | 9.00 | SWH4024B | TV STAND BLACK | $ 150.00 | $ 1,350.00 |
| Customer Product Code: SWH4024B | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ 81.00- |
| 2 | 8.00 | PTV30B | WOOD TV STAND | $ 83.00 | $ 664.00 |
| Customer Product Code: PTV30B | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ 39.84- |
| 3 | 6.00 | SWH4024 | TV STAND | $ 150.00 | $ 900.00 |
| Customer Product Code: SWH4024 | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ 54.00- |

**REMIT TO:  TECHCRAFT MANUFACTURING INC.**
**P.O. BOX 55811, BOSTON, MA USA 02205-5811**

| | | |
|---|---|---|
| **TOTAL AMOUNT:** | $ | 2,739.16 |
| **CURRENCY:** | | USD |



| Date: | 10/24/2008 |
|---|---|
| Page: | 1 of 1 |
| Document Number: | 95010811/ 80038422 |
| Incoterms: | Z08 Prepaid |



**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

# Pro-Forma Invoice

| Sold to: | Ship to: |
|---|---|
| 100068 | 200205 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 353 |
| 9950   MAYLAND DRIVE | 680  S. LEMON AVENUE |
| RICHMOND VA US | WALNUT CA US |
| 23233 | 91789 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| IRS # 54-0493-875 | |

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173273 | 10028677 | 100164 | 11/03/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Notes:**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST
PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA

| QTY | PRODUCT CODE | DESCRIPTION | WEIGHT/LBS | CUBE | NET PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 9.00 | SWH4024B | TV STAND BLACK | 675 | 0.000 | 150.00 | 1,350.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ | 81.00- |
| 8.00 | PTV30B | WOOD TV STAND | 552 | 0.000 | 83.00 | 664.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ | 39.84- |
| 6.00 | SWH4024 | TV STAND | 450 | 0.000 | 150.00 | 900.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ | 54.00- |

| Total Amount: USD$ | 2,739.16 |
|---|---|

**US CUSTOM CLEARANCE BY:** *PBB - CAN US ACC# 859624
**PRICES INCLUDE:** Freight / Brokerage
**FREIGHT COST:** 0.00

| PROFORMA PREPARED BY: | **SANDY MELO** | DATE: 10/24/2008 | PHONE: 450.622.2203 | FAX: 450.622.3452 |
|---|---|---|---|---|



| | |
|---|---|
| Date: | 10/24/2008 |
| Page: | 1 of 1 |
| Document Number: | 80038394 |
| Incoterms: | Z08  Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203   Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

**Ship to:**
200203
CIRCUIT CITY # 335
14301   MATTAWOMAN DRIVE
BRANDYWINE MD US
20613

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173266 | 10028670 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions: PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST

*R-7*

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 183.00 | BTB5016 | METAL TV STAND | 623788004642 | 13,725 | | 79465 | 70 |
| Customer Product Code: BTB5016 | | | | | | | |
| 30.00 | SWBL60 | WOOD TV STAND | 623788004840 | 3,780 | | 79465 | 70 |
| Customer Product Code: SWBL60 | | | | | | | |
| 52.00 | SWP48 | WOOD TV STAND | 623788004116 | 5,044 | | 79465 | 70 |
| Customer Product Code: SWP48 | | | | | | | |
| 19.00 | SWP60 | WOOD TV STAND | 623788004109 | 2,394 | | 79465 | 70 |
| Customer Product Code: SWP60 | | | | | | | |

| Van Length: 540.000 | Total Pallets: *19* | Total Weight: 24,943 | Total Cube: |
|---|---|---|---|

| TRAILER #  *10156* | SEAL # |
|---|---|

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY        DRIVER SIGNATURE / DATE / QTY        CONSIGNEE SIGNATURE / DATE / QTY

10-27-08        V. Kitai



| | |
|---|---|
| Date: | 10/24/2008 |
| Page: | 1 of 1 |
| Document Number: | 80038422 |
| Incoterms: | Z08 Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203   Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

**Ship to:**
200205
CIRCUIT CITY # 353
680  S. LEMON AVENUE
WALNUT CA US
91789

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173273 | 10028677 | 100164 | 11/03/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions:  PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 9.00 | SWH4024B | TV STAND BLACK | 623788005533 | 675 | | 79465 | 70 |
| Customer Product Code: SWH4024B | | | | | | | |
| 8.00 | PTV30B | WOOD TV STAND | 623788003454 | 552 | | 79465 | 70 |
| Customer Product Code: PTV30B | | | | | | | |
| 6.00 | SWH4024 | TV STAND | 623788005519 | 450 | | 79465 | 70 |
| Customer Product Code: SWH4024 | | | | | | | |

| Van Length: 76.000 | Total Pallets: | | Total Weight: 1,677 | Total Cube: |
|---|---|---|---|---|

| TRAILER # | SEAL # |
|---|---|

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

| SHIPPERS SIGNATURE / DATE / QTY | DRIVER SIGNATURE / DATE / QTY | CONSIGNEE SIGNATURE / DATE / QTY |
|---|---|---|
| 10-24-08 | | 10-31-08   Smith  23 |



# TECH CRAFT

| | |
|---|---|
| Date: | 10/24/2008 |
| Page: | 1 of 1 |
| Invoice: | 90045177 |
| Payment terms: | |
| | NET 60 DAYS |
| Incoterms: | Z08 Prepaid |

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

# Invoice

**Sold to:**
100068
CIRCUIT CITY STORES INC.
9950   MAYLAND DRIVE
RICHMOND VA US
23233
Phone: 804-527-4000
Fax: 804-418-8268
**IRS # 54-0493-875**

**Ship to:**
200205
CIRCUIT CITY # 353
680   S. LEMON AVENUE
WALNUT CA US
91789

| P/O NUMBER | S/O NUMBER | PACKING SLIP | SHIP DATE | CARRIER |
|---|---|---|---|---|
| 2178924 | 10028863 | 80038437 | 10/24/2008 | 100164  COURRIER CAN./U.S.LIAISON INC. |

**Notes:**

| LINE | QTY | PRODUCT CODE | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | 18.00 | SWH4024B | TV STAND BLACK | $ 150.00 | $ 2,700.00 |
| Customer Product Code: SWH4024B | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ 162.00- |
| 2 | 12.00 | PTV30B | WOOD TV STAND | $ 83.00 | $ 996.00 |
| Customer Product Code: PTV30B | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ 59.76- |

**REMIT TO:  TECHCRAFT MANUFACTURING INC.**
**P.O. BOX 55811, BOSTON, MA USA 02205-5811**

| | | |
|---|---|---|
| **TOTAL AMOUNT:** | $ | 3,474.24 |
| **CURRENCY:** | USD | |



| | |
|---|---|
| **Date:** | 10/24/2008 |
| **Page:** | 1 of 1 |
| **Document Number:** | 80038437 |
| **Incoterms:** | Z08  Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203   Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

**Ship to:**
200205
CIRCUIT CITY # 353
680  S. LEMON AVENUE
WALNUT CA US
91789

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2178924 | 10028863 | 100164 | 11/04/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions: PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
PLEASE SHIP TO ARRIVE ON FRIDAY ON OCT 31/08.

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 18.00 | SWH4024B | TV STAND BLACK | 623788005533 | 1,350 | | 79465 | 70 |
| | Customer Product Code: SWH4024B | | | | | | |
| 12.00 | PTV30B | WOOD TV STAND | 623788003454 | 828 | | 79465 | 70 |
| | Customer Product Code: PTV30B | | | | | | |

| Van Length: 76.000 | Total Pallets: | Total Weight: 2,178 | Total Cube: |
|---|---|---|---|

| TRAILER # | SEAL # |
|---|---|

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

| SHIPPERS SIGNATURE / DATE / QTY | DRIVER SIGNATURE / DATE / QTY | CONSIGNEE SIGNATURE / DATE / QTY |
|---|---|---|
| 10-24-08 | | |



**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

# Pro-Forma Invoice

| Sold to: | Ship to: |
|---|---|
| 100068 | 200205 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 353 |
| 9950  MAYLAND DRIVE | 680  S. LEMON AVENUE |
| RICHMOND VA US | WALNUT CA US |
| 23233 | 91789 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| IRS # 54-0493-875 | |

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2178924 | 10028863 | 100164 | 11/04/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Notes:**
PLEASE SHIP TO ARRIVE ON FRIDAY ON OCT 31/08.
PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA

| QTY | PRODUCT CODE | DESCRIPTION | WEIGHT/LBS | CUBE | NET PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 18.00 | SWH4024B | TV STAND BLACK | 1,350 | 0.000 | 150.00 | 2,700.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ | 162.00- |
| 12.00 | PTV30B | WOOD TV STAND | 828 | 0.000 | 83.00 | 996.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ | 59.76- |

| | Total Amount: USD$ | 3,474.24 |
|---|---|---|

**US CUSTOM CLEARANCE BY:** *PBB - CAN US ACC# 859624
**PRICES INCLUDE:** Freight / Brokerage
**FREIGHT COST:** 0.00

| PROFORMA PREPARED BY: | **SANDY MELO** | DATE: 10/24/2008 | PHONE: 450.622.2203 | FAX: 450.622.3452 |
|---|---|---|---|---|



| | |
|---|---|
| Date: | 10/24/2008 |
| Page: | 1 of 1 |
| Document Number: | 80038437 |
| Incoterms: | Z08 Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203  Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

**Ship to:**
200205
CIRCUIT CITY # 353
680  S. LEMON AVENUE
WALNUT CA US
91789

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2178924 | 10028863 | 100164 | 11/04/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions:  PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
**PLEASE SHIP TO ARRIVE ON FRIDAY ON OCT 31/08.**

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 18.00 | SWH4024B | TV STAND BLACK | 623788005533 | 1,350 | | 79465 | 70 |
| Customer Product Code: SWH4024B | | | | | | | |
| 12.00 | PTV30B | WOOD TV STAND | 623788003454 | 828 | | 79465 | 70 |
| Customer Product Code: PTV30B | | | | | | | |

Door#: _D34_
Trailer#: _5362_
Seal#: _1434705_

OCT 31 2010

Van Length: 76.000    Total Pallets:    Total Weight: 2,178    Total Cube:

TRAILER #

SEAL # _1434705_

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if
applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on
request, and to all applicable state and federal regulations.

_(30) 10-31-08_

SHIPPERS SIGNATURE / DATE / QTY        DRIVER SIGNATURE / DATE / QTY        CONSIGNEE SIGNATURE / DATE / QTY

_10-24-08_                                                                _Smith_



# TECH CRAFT

| | |
|---|---|
| Date: | 10/24/2008 |
| Page: | 1 of 1 |
| Invoice: | **90045205** |
| Payment terms: | |
| | NET 60 DAYS |
| Incoterms: | Z08 Prepaid |

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

# Invoice

| Sold to: | Ship to: |
|---|---|
| 100068 | 200209 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 775 |
| 9950  MAYLAND DRIVE | 19925  INDEPENDENCE BOULEVARD |
| RICHMOND VA US | GROVELAND FL US |
| 23233 | 34736 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| **IRS # 54-0493-875** | |

| P/O NUMBER | S/O NUMBER | PACKING SLIP | SHIP DATE | CARRIER |
|---|---|---|---|---|
| 2173275 | 10028679 | 80038388 | 10/24/2008 | 100164  COURRIER CAN./U.S.LIAISON INC. |

**Notes:**

| LINE | QTY | PRODUCT CODE | DESCRIPTION | UNIT_PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| **1** | **2.00** | **EDH32B** | WOOD HIFI RACK | $  108.00 | $  216.00 |
| Customer Product Code: EDH32B | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $  12.96- |
| **2** | **13.00** | **PTV30B** | WOOD TV STAND | $  83.00 | $  1,079.00 |
| Customer Product Code: PTV30B | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $  64.74- |
| **3** | **2.00** | **SWH4024B** | TV STAND BLACK | $  150.00 | $  300.00 |
| Customer Product Code: SWH4024B | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $  18.00- |

**REMIT TO:  TECHCRAFT MANUFACTURING INC.**
**P.O. BOX 55811, BOSTON, MA USA 02205-5811**

| | | |
|---|---|---|
| **TOTAL AMOUNT:** | $ | 1,499.30 |
| **CURRENCY:** | USD | |



| | |
|---|---|
| **Date:** | 10/24/2008 |
| **Page:** | 1 of 1 |
| **Document Number:** | 80038388 |
| **Incoterms:** | Z08  Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203  Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

**Ship to:**
200209
CIRCUIT CITY # 775
19925   INDEPENDENCE BOULEVARD
GROVELAND FL US
34736

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173275 | 10028679 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions: PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST

*R-9*

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 2.00 | EDH32B | WOOD HIFI RACK | 623788003331 | 152 | | 79465 | 70 |
| Customer Product Code: EDH32B | | | | | | | |
| 13.00 | PTV30B | WOOD TV STAND | 623788003454 | 897 | | 79465 | 70 |
| Customer Product Code: PTV30B | | | | | | | |
| 2.00 | SWH4024B | TV STAND BLACK | 623788005533 | 150 | | 79465 | 70 |
| Customer Product Code: SWH4024B | | | | | | | |

| Van Length: 74.000 | Total Pallets: *18* | Total Weight: 1,199 | Total Cube: |
|---|---|---|---|

TRAILER #  *25*

SEAL #

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY          DRIVER SIGNATURE / DATE / QTY          CONSIGNEE SIGNATURE / DATE / QTY

10-24-08



| | |
|---|---|
| Date | 10/24/2008 |
| Page: | 1 of 1 |
| Document Number: | 95010813/ 80038388 |
| Incoterms: | Z08 Prepaid |

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

# Pro-Forma Invoice

**Sold to:**
100068
CIRCUIT CITY STORES INC.
9950  MAYLAND DRIVE
RICHMOND VA US
23233
Phone: 804-527-4000
Fax: 804-418-8268
**IRS # 54-0493-875**

**Ship to:**
200209
CIRCUIT CITY # 775
19925  INDEPENDENCE BOULEVARD
GROVELAND FL US
34736

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173275 | 10028679 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Notes:**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST
PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA

| QTY | PRODUCT CODE | DESCRIPTION | WEIGHT/LBS | CUBE | NET PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 2.00 | EDH32B | WOOD HIFI RACK | 152 | 0.000 | 108.00 | 216.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ | 12.96- |
| 13.00 | PTV30B | WOOD TV STAND | 897 | 0.000 | 83.00 | 1,079.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ | 64.74- |
| 2.00 | SWH4024B | TV STAND BLACK | 150 | 0.000 | 150.00 | 300.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ | 18.00- |

| Total Amount: USD$ | 1,499.30 |
|---|---|

**US CUSTOM CLEARANCE BY:** *PBB - CAN US ACC# 859624
**PRICES INCLUDE:** Freight / Brokerage
**FREIGHT COST:** 0.00

| PROFORMA PREPARED BY: | **SANDY MELO** | DATE: | PHONE: | FAX: |
|---|---|---|---|---|
| | | 10/24/2008 | 450.622.2203 | 450.622.3452 |



| | |
|---|---|
| Date: | 10/24/2008 |
| Page: | 1 of 1 |
| Document Number: | 80038388 |
| Incoterms: | Z08 Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203  Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

Ship to:
200209
CIRCUIT CITY # 775
19925  INDEPENDENCE BOULEVARD
GROVELAND FL US
34736

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173275 | 10028679 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions:** PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 2.00 | EDH32B | WOOD HIFI RACK | 623788003331 | 152 | | 79465 | 70 |
| Customer Product Code: EDH32B | | | | | | | |
| 13.00 | PTV30B | WOOD TV STAND | 623788003454 | 897 | | 79465 | 70 |
| Customer Product Code: PTV30B | | | | | | | |
| 2.00 | SWH4024B | TV STAND BLACK | 623788005533 | 150 | | 79465 | 70 |
| Customer Product Code: SWH4024B | | | | | | | |

OCT 31 '08 05:34

Van Length: 74.000    Total Pallets: 18    Total Weight: 1,199    Total Cube:

TRAILER #

SEAL #

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and  shipper, if
applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on
request, and to all applicable state and federal regulations.

17 ctns reca.

SHIPPERS SIGNATURE / DATE / QTY        DRIVER SIGNATURE / DATE / QTY        CONSIGNEE SIGNATURE / DATE / QTY

10-24-08        C. Ulloa, CC775  10/31



# TECH CRAFT

| | |
|---|---|
| Desc | 10/24/2008 |
| **Page:** | 1 of 1 |
| **Invoice:** | **90045206** |
| **Payment terms:** | |
| | NET 60 DAYS |
| **Incoterms:** | Z08 Prepaid |

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

# Invoice

| Sold to: | Ship to: |
|---|---|
| 100068 | 200208 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 755 |
| 9950   MAYLAND DRIVE | 1100   CIRCUIT CITY RD |
| RICHMOND VA US | MARION IL US |
| 23233 | 62959 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| **IRS # 54-0493-875** | |

| P/O NUMBER | S/O NUMBER | PACKING SLIP | SHIP DATE | CARRIER |
|---|---|---|---|---|
| 217.3274 | 10028678 | 80038389 | 10/24/2008 | 100164  COURRIER CAN./U.S.LIAISON INC. |

**Notes:**

| LINE | QTY | PRODUCT CODE | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | 7.00 | EDH32B | WOOD HIFI RACK | $ 108.00 | $ 756.00 |
| Customer Product Code: EDH32B | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ 45.36- |
| 2 | 7.00 | PTV30B | WOOD TV STAND | $ 83.00 | $ 581.00 |
| Customer Product Code: PTV30B | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ 34.86- |
| 3 | 2.00 | SWH4024B | TV STAND BLACK | $ 150.00 | $ 300.00 |
| Customer Product Code: SWH4024B | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ 18.00- |

**REMIT TO:  TECHCRAFT MANUFACTURING INC.**
**P.O. BOX 55811, BOSTON, MA USA 02205-5811**

| TOTAL AMOUNT: | $ | 1,538.78 |
|---|---|---|
| CURRENCY: | | USD |



| | |
|---|---|
| Date: | 10/24/2008 |
| Page: | 1 of 1 |
| Document Number: | 80038389 |
| Incoterms: | Z08  Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203  Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

**Ship to:**
200208
CIRCUIT CITY # 755
1100   CIRCUIT CITY RD
MARION IL US
62959

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173274 | 10028678 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions:** PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 7.00 | EDH32B | WOOD HIFI RACK | 623788003331 | 532 | | 79465 | 70 |
| | Customer Product Code: EDH32B | | | | | | |
| 7.00 | PTV30B | WOOD TV STAND | 623788003454 | 483 | | 79465 | 70 |
| | Customer Product Code: PTV30B | | | | | | |
| 2.00 | SWH4024B | TV STAND BLACK | 623788005533 | 150 | | 79465 | 70 |
| | Customer Product Code: SWH4024B | | | | | | |

| Van Length: 74.000 | Total Pallets: | Total Weight: 1,165 | Total Cube: |
|---|---|---|---|

| TRAILER #   65 35 | SEAL # |
|---|---|

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and  shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

| SHIPPERS SIGNATURE / DATE / QTY | DRIVER SIGNATURE / DATE / QTY | CONSIGNEE SIGNATURE / DATE / QTY |
|---|---|---|
| 10-24-08 | | |



Date: 10/24/2008
Page: 1 of 1
Document Number: 95010818/ 80038389
Incoterms: Z08 Prepaid

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

# Pro-Forma Invoice

| Sold to: | Ship to: |
|---|---|
| 100068 | 200208 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 755 |
| 9950   MAYLAND DRIVE | 1100   CIRCUIT CITY RD |
| RICHMOND VA US | MARION IL US |
| 23233 | 62959 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| **IRS # 54-0493-875** | |

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173274 | 10028678 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Notes:**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST
PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA

| QTY | PRODUCT CODE | DESCRIPTION | WEIGHT/LBS | CUBE | NET PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 7.00 | EDH32B | WOOD HIFI RACK | 532 | 0.000 | 108.00 | 756.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ | 45.36- |
| 7.00 | PTV30B | WOOD TV STAND | 483 | 0.000 | 83.00 | 581.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ | 34.86- |
| 2.00 | SWH4024B | TV STAND BLACK | 150 | 0.000 | 150.00 | 300.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ | 18.00- |

Total Amount: USD$    1,538.78

**US CUSTOM CLEARANCE BY:** *PBB - CAN US ACC# 859624
**PRICES INCLUDE:** Freight / Brokerage
**FREIGHT COST:** 0.00

PROFORMA PREPARED BY:    **SANDY MELO**    DATE:    PHONE:    FAX:
10/24/2008    450.622.2203    450.622.3452



**TECH CRAFT**

| Date: | 10/24/2008 |
|---|---|
| Page: | 1 of 1 |
| Document Number | 80038389 |
| Incoterms: | Z08 Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203 · Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
IMPORTER NO.:910201-05268

**Ship to:**
200208
CIRCUIT CITY # 755
1100   CIRCUIT CITY RD
MARION IL US
62959

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173274 | 10028678 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions:  PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
**PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST**

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 7.00 | EDH32B | WOOD HIFI RACK | 623788003331 | 532 | | 79435 | 70 |
| Customer Product Code: EDH32B | | | | | | | |
| 7.00 | PTV30B | WOOD TV STAND | 623788003454 | 483 | | 79435 | 70 |
| Customer Product Code: PTV30B | | | | | | | |
| 2.00 | SWH4024B | TV STAND BLACK | 623788005533 | 150 | | 79435 | 70 |
| Customer Product Code: SWH4024B | | | | | | | |

Van Length: 74.000    Total Pallets:    Total Weight: 1,165    Total Cube:

TRAILER #

SEAL #

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY        DRIVER SIGNATURE / DATE / QTY        CONSIGNEE SIGNATURE / DATE / QTY

10-24-08        16 dirs Jay        10/30/08



# TECH CRAFT

| | |
|---|---|
| | Date: 10/24/2008 |
| | Page: 1 of 1 |
| | Invoice: **90045207** |
| | Payment terms: |
| | NET 60 DAYS |
| | Incoterms: Z08 Prepaid |

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

# Invoice

| Sold to: | Ship to: |
|---|---|
| 100068 | 200209 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 775 |
| 9950  MAYLAND DRIVE | 19925  INDEPENDENCE BOULEVARD |
| RICHMOND VA US | GROVELAND FL US |
| 23233 | 34736 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| **IRS # 54-0493-875** | |

| P/O NUMBER | S/O NUMBER | PACKING SLIP | SHIP DATE | CARRIER |
|---|---|---|---|---|
| 2173271 | 10028675 | 80038390 | 10/24/2008 | 100164  COURRIER CAN./U.S.LIAISON INC. |

**Notes:**

| LINE | QTY | PRODUCT CODE | DESCRIPTION | UNIT_PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | 46.00 | BTB5016 | METAL TV STAND | $ 115.00 | $ 5,290.00 |
| Customer Product Code: BTB5016 | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ 317.40- |
| 2 | 6.00 | SWBL60 | WOOD TV STAND | $ 200.00 | $ 1,200.00 |
| Customer Product Code: SWBL60 | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ 72.00- |
| 3 | 23.00 | SWP48 | WOOD TV STAND | $ 150.00 | $ 3,450.00 |
| Customer Product Code: SWP48 | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ 207.00- |
| 4 | 9.00 | SWP60 | WOOD TV STAND | $ 200.00 | $ 1,800.00 |
| Customer Product Code: SWP60 | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ 108.00- |

**REMIT TO:  TECHCRAFT MANUFACTURING INC.**
**P.O. BOX 55811, BOSTON, MA USA 02205-5811**

| TOTAL AMOUNT: | $ 11,035.60 |
|---|---|
| CURRENCY: | USD |



| | | |
|---|---|---|
| Date: | | 10/24/2008 |
| Page: | | 1 of 1 |
| Document Number: | | 80038390 |
| Incoterms: | | Z08 Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203  Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

**Ship to:**
200209
CIRCUIT CITY # 775
19925  INDEPENDENCE BOULEVARD
GROVELAND FL US
34736

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173271 | 10028675 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions: PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 46.00 | BTB5016 | METAL TV STAND | 623788004642 | 3,450 | | 79465 | 70 |
| Customer Product Code: BTB5016 | | | | | | | |
| 6.00 | SWBL60 | WOOD TV STAND | 623788004840 | 756 | | 79465 | 70 |
| Customer Product Code: SWBL60 | | | | | | | |
| 23.00 | SWP48 | WOOD TV STAND | 623788004116 | 2,231 | | 79465 | 70 |
| Customer Product Code: SWP48 | | | | | | | |
| 9.00 | SWP60 | WOOD TV STAND | 623788004109 | 1,134 | | 79465 | 70 |
| Customer Product Code: SWP60 | | | | | | | |

Van Length: 192.000   Total Pallets:   Total Weight: 7,571   Total Cube:

TRAILER # 25

SEAL #

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and  shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY    DRIVER SIGNATURE / DATE / QTY    CONSIGNEE SIGNATURE / DATE / QTY

10-24-08



**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

# Pro-Forma Invoice

| Sold to: | Ship to: |
|---|---|
| 100068 | 200209 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 775 |
| 9950  MAYLAND DRIVE | 19925  INDEPENDENCE BOULEVARD |
| RICHMOND VA US | GROVELAND FL US |
| 23233 | 34736 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| **IRS # 54-0493-875** | |

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173271 | 10028675 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Notes:**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST
PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA

| QTY | PRODUCT CODE | DESCRIPTION | WEIGHT/LBS | CUBE | NET_PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 46.00 | BTB5016 | METAL TV STAND | 3,450 | 0.000 | 115.00 | 5,290.00 |
| | HS CLASSIFICATION: 9403.20.00.15 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ | 317.40- |
| 6.00 | SWBL60 | WOOD TV STAND | 756 | 0.000 | 200.00 | 1,200.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ | 72.00- |
| 23.00 | SWP48 | WOOD TV STAND | 2,231 | 0.000 | 150.00 | 3,450.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ | 207.00- |

| PROFORMA PREPARED BY: | **SANDY MELO** | DATE: | PHONE: | FAX: |
|---|---|---|---|---|
| | | 10/24/2008 | 450.622.2203 | 450.622.3452 |



Date: 10/24/2008
Page: 2 of 2
**Document Number:** 95010814/ 80038390
**Incoterms:** Z08 Prepaid

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

# Pro-Forma Invoice

| Sold to: | Ship to: |
|---|---|
| 100068 | 200209 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 775 |
| 9950   MAYLAND DRIVE | 19925   INDEPENDENCE BOULEVARD |
| RICHMOND VA US | GROVELAND FL US |
| 23233 | 34736 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| **IRS # 54-0493-875** | |

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173271 | 10028675 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Notes:**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST
PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA

| QTY | PRODUCT CODE | DESCRIPTION | WEIGHT/LBS | CUBE | NET_PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 9.00 | SWP60 | WOOD TV STAND | 1,134 | 0.000 | 200.00 | 1,800.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc %   6.00- % | | | $ | 108.00- |

| | Total Amount: USD$ | 11,035.60 |
|---|---|---|

**US CUSTOM CLEARANCE BY:** *PBB - CAN US ACC# 859624
**PRICES INCLUDE:** Freight / Brokerage
**FREIGHT COST:** 0.00

PROFORMA PREPARED BY:   **SANDY MELO**

DATE:            PHONE:            FAX:
10/24/2008       450.622.2203      450.622.3452

# TECH CRAFT

| | |
|---|---|
| Date: | 10/24/2008 |
| Page: | 1 of 1 |
| Document Number: | 80038390 |
| Incoterms: | Z08 Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203   Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

Ship to:
200209
CIRCUIT CITY # 775
19925   INDEPENDENCE BOULEVARD
GROVELAND FL US
34736

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173271 | 10028675 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions: PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 46.00 | BTB5016 | METAL TV STAND | 623788004642 | 3,450 | | 79465 | 70 |
| Customer Product Code: BTB5016 | | | | | | | |
| 6.00 | SWBL60 | WOOD TV STAND | 623788004840 | 756 | | 79465 | 70 |
| Customer Product Code: SWBL60 | | | | | | | |
| 23.00 | SWP48 | WOOD TV STAND | 623788004116 | 2,231 | | 79465 | 70 |
| Customer Product Code: SWP48 | | | | | | | |
| 9.00 | SWP60 | WOOD TV STAND | 623788004109 | 1,134 | | 79465 | 70 |
| Customer Product Code: SWP60 | | | | | | | |

OCT 31 '08 05:33

| Van Length: 192.000 | Total Pallets: | Total Weight: 7,571 | Total Cube: |
|---|---|---|---|

| TRAILER # | SEAL # |
|---|---|

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

84 Ctns rec'd.

SHIPPERS SIGNATURE / DATE / QTY        DRIVER SIGNATURE / DATE / QTY        CONSIGNEE SIGNATURE / DATE / QTY

10-24-08        C. Ulloa, CC775 10/31



# TECH CRAFT

|  |  |
|---|---|
| Date: | 10/24/2008 |
| Page: | 1 of 1 |
| Invoice: | **90045208** |
| Payment terms: | |
| | NET 60 DAYS |
| Incoterms: | Z08 Prepaid |

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

# Invoice

| Sold to: | Ship to: |
|---|---|
| 100068 | 200208 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 755 |
| 9950  MAYLAND DRIVE | 1100  CIRCUIT CITY RD |
| RICHMOND VA US | MARION IL US |
| 23233 | 62959 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| **IRS # 54-0493-875** | |

| P/O NUMBER | S/O NUMBER | PACKING SLIP | SHIP DATE | CARRIER |
|---|---|---|---|---|
| 2173270 | 10028674 | 80038391 | 10/24/2008 | 100164  COURRIER CAN./U.S.LIAISON INC. |

**Notes:**

| LINE | QTY | PRODUCT CODE | DESCRIPTION | UNIT_PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | 75.00 | BTB5016 | METAL TV STAND | $  115.00 | $  8,625.00 |
| | Customer Product Code: BTB5016 | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $  517.50- |

**REMIT TO:  TECHCRAFT MANUFACTURING INC.**
**P.O. BOX 55811, BOSTON, MA USA 02205-5811**

| TOTAL AMOUNT: | $  8,107.50 |
|---|---|
| CURRENCY: | USD |



| | |
|---|---|
| **Date:** | 10/24/2008 |
| **Page:** | 1 of 1 |
| **Document Number:** | 80038499 |
| **Incoterms:** | Z08  Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203   Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

**Ship to:**
200208
CIRCUIT CITY # 755
1100   CIRCUIT CITY RD
MARION IL US
62959

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173270 | 10028674 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions: PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 25.00 | SWP48 | WOOD TV STAND | 623788004116 | 2,425 | | 79465 | 70 |

Customer Product Code: SWP48

Van Length: 52.000        Total Pallets:        Total Weight: 2,425        Total Cube:

**TRAILER #**   65 35

**SEAL #**

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY          DRIVER SIGNATURE / DATE / QTY          CONSIGNEE SIGNATURE / DATE / QTY

10-24-08



Date: 10/24/2008
Page: 1 of 1
Document Number: 95010820/ 80038499
Incoterms: Z08 Prepaid

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

# Pro-Forma Invoice

| Sold to: | Ship to: |
|---|---|
| 100068 | 200208 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 755 |
| 9950   MAYLAND DRIVE | 1100   CIRCUIT CITY RD |
| RICHMOND VA US | MARION IL US |
| 23233 | 62959 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| **IRS # 54-0493-875** | |

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173270 | 10028674 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Notes:**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST
 PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA

| QTY | PRODUCT CODE | DESCRIPTION | WEIGHT/LBS | CUBE | NET PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 25.00 | SWP48 | WOOD TV STAND | 2,425 | 0.000 | 150.00 | 3,750.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ | 225.00- |

| | Total Amount: USD$ | 3,525.00 |
|---|---|---|

**US CUSTOM CLEARANCE BY:** *PBB - CAN US ACC# 859624
**PRICES INCLUDE:** Freight / Brokerage
**FREIGHT COST:** 0.00

| PROFORMA PREPARED BY: | **SANDY MELO** | DATE: 10/24/2008 | PHONE: 450.622.2203 | FAX: 450.622.3452 |
|---|---|---|---|---|

# TECH CRAFT

| | |
|---|---|
| Date: | 10/24/200: |
| Page: | 1 of |
| Document Number: | 8003839 |
| Incoterms: | Z08 Prepai |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203  Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
IMPORTER NO.:910201-05268

**Ship to:**
200208
CIRCUIT CITY # 755
1100   CIRCUIT CITY RD
MARION IL US
62959

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173270 | 10028674 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions:  PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 75.00 | BTB5016 | METAL TV STAND | 623788004642 | 5,625 | 9435 | 70 | |

Customer Product Code: BTB5016

Van Length: 130.000   Total Pallets:        Total Weight: 5,625    Total Cube:

TRAILER # .        SEAL #

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY    10-24-08

DRIVER SIGNATURE / DATE / QTY

CONSIGNEE SIGNATURE / DATE / QTY    10/30/0