

# TECH CRAFT

| | |
|---|---|
| Date: | 10/24/2008 |
| Page: | 1 of 1 |
| Invoice: | 90045209 |
| Payment terms: | NET 60 DAYS |
| Incoterms: | Z08 Prepaid |

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

# Invoice

| Sold to: | Ship to: |
|---|---|
| 100068 | 200208 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 755 |
| 9950  MAYLAND DRIVE | 1100  CIRCUIT CITY RD |
| RICHMOND VA US | MARION IL US |
| 23233 | 62959 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| **IRS # 54-0493-875** | |

| P/O NUMBER | S/O NUMBER | PACKING SLIP | SHIP DATE | CARRIER |
|---|---|---|---|---|
| 2178902 | 10028885 | 80038430 | 10/24/2008 | 100164  COURRIER CAN./U.S.LIAISON INC. |

**Notes:**

| LINE | QTY | PRODUCT CODE | DESCRIPTION | UNIT_PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | 144.00 | BTB5016 | METAL TV STAND | $ 115.00 | $ 16,560.00 |
| Customer Product Code: BTB5016 | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ 993.60- |
| 2 | 62.00 | SWP48 | WOOD TV STAND | $ 150.00 | $ 9,300.00 |
| Customer Product Code: SWP48 | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ 558.00- |

**REMIT TO:  TECHCRAFT MANUFACTURING INC.**
**P.O. BOX 55811, BOSTON, MA USA 02205-5811**

| | | |
|---|---|---|
| TOTAL AMOUNT: | $ | 24,308.40 |
| CURRENCY: | | USD |



| | |
|---|---|
| Date: | 10/24/2008 |
| Page: | 1 of 1 |
| Document Number: | 80038430 |
| Incoterms: | Z08 Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203   Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

**Ship to:**
200208
CIRCUIT CITY # 755
1100   CIRCUIT CITY RD
MARION IL US
62959

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2178902 | 10028885 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions: PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
PLEASE SHIP TO ARRIVE ON FRIDAY ON OCT 31/08.

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 144.00 | BTB5016 | METAL TV STAND | 623788004642 | 10,800 | | 79465 | 70 |
| Customer Product Code: BTB5016 | | | | | | | |
| 62.00 | SWP48 | WOOD TV STAND | 623788004116 | 6,014 | | 79465 | 70 |
| Customer Product Code: SWP48 | | | | | | | |

| Van Length: 338.000 | Total Pallets: | Total Weight: 16,814 | Total Cube: |
|---|---|---|---|

| TRAILER # | 65 35 | | SEAL # | |
|---|---|---|---|---|

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY        DRIVER SIGNATURE / DATE / QTY        CONSIGNEE SIGNATURE / DATE / QTY

10-24-08



**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

Document Number:    95010819/ 80038430
Incoterms:    Z08 Prepaid

# Pro-Forma Invoice

| Sold to: | Ship to: |
|---|---|
| 100068 | 200208 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 755 |
| 9950   MAYLAND DRIVE | 1100   CIRCUIT CITY RD |
| RICHMOND VA US | MARION IL US |
| 23233 | 62959 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| **IRS # 54-0493-875** | |

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2178902 | 10028885 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Notes:**
PLEASE SHIP TO ARRIVE ON FRIDAY ON OCT 31/08.
PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA

| QTY | PRODUCT CODE | DESCRIPTION | WEIGHT/LBS | CUBE | NET PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 144.00 | BTB5016 | METAL TV STAND | 10,800 | 0.000 | 115.00 | 16,560.00 |
| | HS CLASSIFICATION: 9403.20.00.15 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ | 993.60- |
| 62.00 | SWP48 | WOOD TV STAND | 6,014 | 0.000 | 150.00 | 9,300.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ | 558.00- |

Total Amount: USD$    24,308.40

**US CUSTOM CLEARANCE BY:** *PBB - CAN US ACC# 859624
**PRICES INCLUDE:** Freight / Brokerage
**FREIGHT COST:** 0.00

| PROFORMA PREPARED BY: | SANDY MELO | DATE:
10/24/2008 | PHONE:
450.622.2203 | FAX:
450.622.3452 |
|---|---|---|---|---|



# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC H7L 5E3
Phone: (450) 622-2203  Fax: (450) 622-3452
TPS/GST: R100455518 TVQ/PST: 1000764007

**IMPORTER NO.: 910201-05268**

| | |
|---|---|
| **Date:** | 10/24/2008 |
| **Page:** | 1 of 1 |
| **Document Number:** | 80038430 |
| **Incoterms:** | ZQB Prepaid |

**Ship to:**
260208
CIRCUIT CITY # 755
1100 CIRCUIT CITY RD
MARION IL US
62959

| P/O NUMBER | S/O NUMBER O/O | CARRIER | SHIP DATE |
|---|---|---|---|
| 2178902 | 1002885 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions:** PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA

**PLEASE SHIP TO ARRIVE ON FRIDAY ON OCT 31/08.**

| QTY | PRODUCT CODE DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|
| 144.00 | BTB5016  METAL TV STAND | 62378800464 | 10,800 | | .9435 | 70 |
| | Customer Product Code: BTB5016 | | | | | |
| 62.00 | SWP48  WOOD TV STAND | 62378800411 | 6,014 | | .9435 | 70 |
| | Customer Product Code: SWP48 | | | | | |

| | |
|---|---|
| Van Length: 338.000 | Total Pallets: |
| Total Weight: 16,814 | Total Cube: |

| TRAILER # | | SEAL # | |
|---|---|---|---|

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.

**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per Kg), computed on the total weight of the shipment unless declared valuation states otherwise.

**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

| SHIPPERS SIGNATURE / DATE / QTY | DRIVER SIGNATURE / DATE / QTY | CONSIGNEE SIGNATURE / DATE / QTY |
|---|---|---|

Sales document Edit Goto Extras Environment System Help

## Change Standard Order 10028885: Overview

Orders

| | | | |
|---|---|---|---|
| Standard Order | 10028885 | Net value | 27,880.40 USD |
| Sold-to party | 100068 | CIRCUIT CITY STORES INC. / 9950 MAYLAND DRIVE / RICHM_ | |
| Ship-to party | 200208 | CIRCUIT CITY # 755 / 1100 CIRCUIT CITY RD / MARION IL 629_ | |
| PO Number | 2178902 | PO date | 10/22/2008 |

Item overview

Req.deliv.date D 10/31/2008 Deliver.Plant

| Item | Material | Order quantity | Amount | Net price | Net value | SU | S | Description | Customer Material Nu |
|---|---|---|---|---|---|---|---|---|---|
| 10 | BTB5016 | 144.00 | 115.00 | 108.10 | 15,566.40 | EA | | METAL TV STAND | BTB5016 |
| 20 | SWBL60 | 19.00 | 200.00 | 188.00 | 3,572.00 | EA | | WOOD TV STAND | SWBL60 |
| 30 | SWP48 | 62.00 | 150.00 | 141.00 | 8,742.00 | EA | | WOOD TV STAND | SWP48 |

VA02 tcsapep1 INS

start Change Standard ... Novell GroupWise ... Document1 - Micr... 2:41 PM

# TECHCRAFT

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518 TVQ/PST: 1000764007

| | |
|---|---|
| **Date:** | 10/24/2008 |
| **Page:** | 1 of 1 |
| **Invoice:** | 9004521 0 |

**Payment terms:** NET 60 DAYS
**Incoterms:** Z08 Prepaid

# Invoice

$-163692$
(4)

**Sold to:** 100068
CIRCUIT CITY STORES INC.
9950   MAYLAND DRIVE
RICHMOND VA US
23233
Phone: 804-527-4000
Fax: 804-418-8268
**IRS # 54-0493-875**

**Ship to:** 200209
CIRCUIT CITY # 775
19925   INDEPENDENCE BOULEVARD
GROVELAND FL US
34736

| P/O NUMBER | S/O NUMBER | PACKING SLIP | SHIP DATE | CARRIER |
|---|---|---|---|---|
| 2178903 | 10025884 | 80038431 | 10/24/2008 | 100164 COURRIER CAN./U.S.LIAISON INC. |

**Notes:**

| LINE | QTY | PRODUCT CODE | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | 84.00 | BTB5016 | METAL TV STAND | $ 115.00 | $ 9,660.00 |
| | | | Dis. Prd. Disc % | 6.00- % | $ 579.60- |
| | | Customer Product Code: BTB5016 | | | |
| 2 | 12.00 | SWBL60 | WOOD TV STAND | $ 200.00 | $ 2,400.00 |
| | | | Dis. Prd. Disc % | 6.00- % | $ 144.00- |
| | | Customer Product Code: SWBL60 | | | |
| 3 | 37.00 | SWP48 | WOOD TV STAND | $ 150.00 | $ 5,550.00 |
| | | | Dis. Prd. Disc % | 6.00- % | $ 333.00- |
| | | Customer Product Code: SWP48 | | | |

**REMIT TO:** TECHCRAFT MANUFACTURING INC.
P.O. BOX 55811, BOSTON, MA USA 02205-5811

| | |
|---|---|
| **TOTAL AMOUNT:** | $ 16,553.40 |
| **CURRENCY:** | USD |



# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Daganais Ouest, Laval, QC H7L 5E3
Phone: (450) 622-2203  Fax: (450) 622-3452
TPS/GST: R100455518 TVQ/PST: 1000764007
**IMPORTER NO.: 910201-05268**

**Ship to:**
200209
CIRCUIT CITY # 775
19925 INDEPENDENCE BOULEVARD
GROVELAND FL US
34736

| Date: | 10/24/2008 |
|---|---|
| Page: | 1 of 1 |
| Document Number: | 8003843T |
| Incoterms: | Z08 Prepaid |

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 217890 | 1002888 | 100164 | 10/31/2008 |
| 217890 | 1002888 | COURRIER CAN./U.S.LIAISON | 10/31/2008 |

**Special Instructions:** PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA

PLEASE SHIP TO ARRIVE ON FRIDAY ON OCT 31/08.

| QTY | PRODUCT CODE DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|
| 84.00 | BTBS016 METAL TV STAND Customer Product Code: BTBS016 | 6237880042 | 6,300 | | 79465 | 70 |
| 12.00 | SWBL60 WOOD TV STAND Customer Product Code: SWBL60 | 62378004840 | 1,512 | | 79465 | 70 |
| 37.00 | SWP48 WOOD TV STAND Customer Product Code: SWP48 | 62378004116 | 3,589 | | 79465 | 70 |

| TRAILER # | 25 |
|---|---|

Van Length: 265.000    Total Pallets:

| SEAL # | |
|---|---|

Total Weight: 11,401    Total Cube:

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

| SHIPPERS SIGNATURE / DATE / QTY | DRIVER SIGNATURE / DATE / QTY | CONSIGNEE SIGNATURE / DATE / QTY |
|---|---|---|

# TECH CRAFT

*22 SKIDS*
*REST 4 FEET*

| | |
|---|---|
| Date: | 10/24/2008 |
| Page: | 1 of 1 |
| Document Number: | 80038434 |
| Incoterms: | Z08  Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203  Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
IMPORTER NO.:910201-05268

**Ship to:**
200208
CIRCUIT CITY # 755
1100   CIRCUIT CITY RD
MARION IL US
62959

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2178926 | 10028861 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions:  PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
PLEASE SHIP TO ARRIVE ON FRIDAY ON OCT 31/08.

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 42.00 | SWH4024B | TV STAND BLACK | 623788005533 | 3,150 | 94.5 | | 70 |
| Customer Product Code: SWH4024B | | | | | | | |
| 14.00 | PTV30B | WOOD TV STAND | 623788003454 | 966 | 94.5 | | 70 |
| Customer Product Code: PTV30B | | | | | | | |

| Van Length: 102.000 | Total Pallets: 22 | Total Weight: 4,116 | Total Cube: |
|---|---|---|---|

| TRAILER # | SEAL # |
|---|---|

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available ot the shipper, on request, and to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY            10-24-08

DRIVER SIGNATURE / DATE / QTY

CONSIGNEE SIGNATURE / DATE / QTY            10/30/08





| | | 10/24/2008 |
|---|---|---|
| **Page:** | | 1 of 1 |
| **Invoice:** | | **90045212** |
| **Payment terms:** | | |
| | | NET 60 DAYS |
| **Incoterms:** | | Z08 Prepaid |

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

# Invoice

| **Sold to:** | **Ship to:** |
|---|---|
| 100068 | 200209 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 775 |
| 9950   MAYLAND DRIVE | 19925   INDEPENDENCE BOULEVARD |
| RICHMOND VA US | GROVELAND FL US |
| 23233 | 34736 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| **IRS # 54-0493-875** | |

| P/O NUMBER | S/O NUMBER | PACKING SLIP | SHIP DATE | CARRIER |
|---|---|---|---|---|
| 2178927 | 10028860 | 80038435 | 10/24/2008 | 100164   COURRIER CAN./U.S.LIAISON INC. |

**Notes:**

| LINE | QTY | PRODUCT CODE | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | 21.00 | SWH4024B | TV STAND BLACK | $    150.00 | $    3,150.00 |
| Customer Product Code: SWH4024B | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $    189.00- |
| 2 | 14.00 | PTV30B | WOOD TV STAND | $    83.00 | $    1,162.00 |
| Customer Product Code: PTV30B | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $    69.72- |

**REMIT TO:  TECHCRAFT MANUFACTURING INC.**
**P.O. BOX 55811, BOSTON, MA USA 02205-5811**

| **TOTAL AMOUNT:** | $    4,053.28 |
|---|---|
| **CURRENCY:** | USD |



| | |
|---|---|
| Date: | 10/24/2008 |
| Page: | 1 of 1 |
| Document Number: | 80038435 |
| Incoterms: | Z08  Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203  Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

**Ship to:**
200209
CIRCUIT CITY # 775
19925  INDEPENDENCE BOULEVARD
GROVELAND FL US
34736

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2178927 | 10028860 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions: PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
PLEASE SHIP TO ARRIVE ON FRIDAY ON OCT 31/08.

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 21.00 | SWH4024B | TV STAND BLACK | 623788005533 | 1,575 | | 79465 | 70 |
| Customer Product Code: SWH4024B | | | | | | | |
| 14.00 | PTV30B | WOOD TV STAND | 623788003454 | 966 | | 79465 | 70 |
| Customer Product Code: PTV30B | | | | | | | |

| Van Length: 76.000 | Total Pallets: | Total Weight: 2,541 | Total Cube: |
|---|---|---|---|

**TRAILER #** _25_

**SEAL #**

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY        DRIVER SIGNATURE / DATE / QTY        CONSIGNEE SIGNATURE / DATE / QTY

10-24-08



| | Date: | 10/24/2008 |
|---|---|---|
| | Page: | 1 of 1 |
| | Document Number: | 95010816/ 80038435 |
| | Incoterms: | Z08 Prepaid |

**18**

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

# Pro-Forma Invoice

**Sold to:**
100068
CIRCUIT CITY STORES INC.
9950  MAYLAND DRIVE
RICHMOND VA US
23233
Phone: 804-527-4000
Fax: 804-418-8268
IRS # 54-0493-875

**Ship to:**
200209
CIRCUIT CITY # 775
19925  INDEPENDENCE BOULEVARD
GROVELAND FL US
34736

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2178927 | 10028860 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Notes:**
PLEASE SHIP TO ARRIVE ON FRIDAY ON OCT 31/08.
PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA

| QTY | PRODUCT CODE | DESCRIPTION | WEIGHT/LBS | CUBE | NET_PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 21.00 | SWH4024B | TV STAND BLACK | 1,575 | 0.000 | 150.00 | 3,150.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ | 189.00- |
| 14.00 | PTV30B | WOOD TV STAND | 966 | 0.000 | 83.00 | 1,162.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ | 69.72- |

| | Total Amount: USD$ | 4,053.28 |
|---|---|---|

US CUSTOM CLEARANCE BY: *PBB - CAN US ACC# 859624
PRICES INCLUDE: Freight / Brokerage
FREIGHT COST:  0.00

| PROFORMA PREPARED BY: | SANDY MELO | DATE: 10/24/2008 | PHONE: 450.622.2203 | FAX: 450.622.3452 |
|---|---|---|---|---|



| | |
|---|---|
| Date: | 10/24/2008 |
| Page: | 1 of 1 |
| Document Number: | 80038435 |
| Incoterms: | Z08  Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203   Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

APP = 12256 47#

6 A.M.

10/31/08

**Ship to:**
200209
CIRCUIT CITY # 775
19925   INDEPENDENCE BOULEVARD
GROVELAND FL US
34736

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2178927 | 10028860 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions:   PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
PLEASE SHIP TO ARRIVE ON FRIDAY ON OCT 31/08.

| QTY | PRODUCT CODE DESCRIPTION | | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 21.00 | SWH4024B | TV STAND BLACK | 623788005533 | 1,575 | | 79465 | 70 |
| Customer Product Code: SWH4024B | | | | | | | |
| 14.00 | PTV30B | WOOD TV STAND | 623788003454 | 966 | | 79465 | 70 |
| Customer Product Code: PTV30B | | | | | | | |

FILER CODE
310

OCT 31 '08 05:33

| Van Length: 76.000 | Total Pallets: | Total Weight: 2,541 | Total Cube: |
|---|---|---|---|

**TRAILER #**  25        **SEAL #**  No seal

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and  shipper, if
applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on
request, and to all applicable state and federal regulations.

35 ctns reca.

SHIPPERS SIGNATURE / DATE / QTY          DRIVER SIGNATURE / DATE / QTY          CONSIGNEE SIGNATURE / DATE / QTY

10-24-08                                                                C. Ultra, CC775  10/31/0





| | 10/24/2008 |
|---|---|
| **Page:** | 1 of 1 |
| **Invoice:** | 90045213 |
| **Payment terms:** | |
| | NET 60 DAYS |
| **Incoterms:** | Z08 Prepaid |

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

# Invoice

| Sold to: | Ship to: |
|---|---|
| 100068 | 200208 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 755 |
| 9950   MAYLAND DRIVE | 1100   CIRCUIT CITY RD |
| RICHMOND VA US | MARION IL US |
| 23233 | 62959 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| **IRS # 54-0493-875** | |

| P/O NUMBER | S/O NUMBER | PACKING SLIP | SHIP DATE | CARRIER |
|---|---|---|---|---|
| 2173270 | 10028674 | 80038499 | 10/24/2008 | 100164  COURRIER CAN./U.S.LIAISON INC. |

**Notes:**

| LINE | QTY | PRODUCT CODE | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | 25.00 | SWP48 | WOOD TV STAND | $   150.00 | $   3,750.00 |
| Customer Product Code: SWP48 | | | | | |
| | | | Dis. Prd. Disc % | 6.00- % | $   225.00- |

| | |
|---|---|
| **REMIT TO:  TECHCRAFT MANUFACTURING INC.**<br>**P.O. BOX 55811, BOSTON, MA USA 02205-5811** | **TOTAL AMOUNT:**  $   3,525.00<br>**CURRENCY:**   USD |



| | |
|---|---|
| **Date:** | 10/24/2008 |
| **Page:** | 1 of 1 |
| **Document Number:** | 80038391 |
| **Incoterms:** | Z08  Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203   Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

**Ship to:**
200208
CIRCUIT CITY # 755
1100   CIRCUIT CITY RD
MARION IL US
62959

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173270 | 10028674 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions: PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 75.00 | BTB5016 | METAL TV STAND | 623788004642 | 5,625 | | 79465 | 70 |

Customer Product Code: BTB5016

Van Length: 130.000          Total Pallets:               Total Weight: 5,625          Total Cube:

**TRAILER #**   65 35

**SEAL #**

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and  shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY          DRIVER SIGNATURE / DATE / QTY          CONSIGNEE SIGNATURE / DATE / QTY

10-24-08



**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

Date: 10/24/2008
Page: 1 of 1
Document Number:    95010822/ 80038391
Incoterms:                              Z08 Prepaid

# Pro-Forma Invoice

| Sold to: | Ship to: |
|---|---|
| 100068 | 200208 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 755 |
| 9950  MAYLAND DRIVE | 1100  CIRCUIT CITY RD |
| RICHMOND VA US | MARION IL US |
| 23233 | 62959 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| **IRS # 54-0493-875** | |

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173270 | 10028674 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Notes:**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST
PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA

| QTY | PRODUCT CODE | DESCRIPTION | WEIGHT/LBS | CUBE | NET_PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 75.00 | BTB5016 | METAL TV STAND | 5,625 | 0.000 | 115.00 | 8,625.00 |
| | HS CLASSIFICATION: 9403.20.00.15 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc %    6.00- % | | | $ | 517.50- |

Total Amount: USD$    8,107.50

**US CUSTOM CLEARANCE BY:** *PBB - CAN US ACC# 859624
**PRICES INCLUDE:** Freight / Brokerage
**FREIGHT COST:** 0.00

| PROFORMA PREPARED BY: | **SANDY MELO** | DATE: 10/24/2008 | PHONE: 450.622.2203 | FAX: 450.622.3452 |
|---|---|---|---|---|

# TECH CRAFT

| Date: | 10/24/2008 |
|---|---|
| Page: | 1 of 1 |
| Document Number: | 80038499 |
| Incoterms: | Z08  Prepaid |

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203   Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

# Bill of Lading

Ship to:
200208
CIRCUIT CITY # 755
1100  CIRCUIT CITY RD
MARION IL US
62959

| P/O. NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173270 | 10028674 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions: PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 25.00 | SWP48 | WOOD TV STAND | 623788004116 | 2,425 | 79.65 | 70 | |
| | Customer Product Code: SWP48 | | | | | | |

| Van Length: 52.000 | Total Pallets: | Total Weight: 2,425 | Total Cube: |
|---|---|---|---|

TRAILER #                                                    SEAL #

NOTE: Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY          DRIVER SIGNATURE / DATE / QTY          CONSIGNEE SIGNATURE / DATE / QTY

10-24-08                                                                                       25 tvs  -Jw





| | | 10/24/2008 |
|---|---|---|
| **Page:** | | 1 of 1 |
| **Invoice:** | | **90045243** |
| **Payment terms:** | | |
| | | NET 60 DAYS |
| **Incoterms:** | | Z08 Prepaid |

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

*R-163972*
*(4)*

# Invoice

| **Sold to:** | **Ship to:** |
|---|---|
| 100068 | 200206 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 567 |
| 9950   MAYLAND DRIVE | 1901   COOPER DRIVE |
| RICHMOND VA US | ARDMORE OK US |
| 23233 | 73401 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| **IRS # 54-0493-875** | |

| P/O NUMBER | S/O NUMBER | PACKING SLIP | SHIP DATE | CARRIER |
|---|---|---|---|---|
| 2174201 | 10028697 | 80038367 | 10/24/2008 | 100164  COURRIER CAN./U.S.LIAISON INC. |

**Notes:**

| LINE | QTY | PRODUCT CODE | DESCRIPTION | UNIT_PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | 11.00 | PTV30B | WOOD TV STAND | $   83.00 | $   913.00 |
| Customer Product Code: PTV30B | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $   54.78- |
| 2 | 3.00 | SWH4024B | TV STAND BLACK | $  150.00 | $   450.00 |
| Customer Product Code: SWH4024B | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $   27.00- |

**REMIT TO:  TECHCRAFT MANUFACTURING INC.**
**P.O. BOX 55811, BOSTON, MA USA 02205-5811**

| | | |
|---|---|---|
| **TOTAL AMOUNT:** | $ | 1,281.22 |
| **CURRENCY:** | USD | |



| | |
|---|---|
| Date: | 10/24/2008 |
| Page: | 1 of 1 |
| Document Number: | 80038367 |
| Incoterms: | Z08  Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203   Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

**Ship to:**
200206
CIRCUIT CITY # 567
1901   COOPER DRIVE
ARDMORE OK US
73401

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2174201 | 10028697 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions:  PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 11.00 | PTV30B | WOOD TV STAND | 623788003454 | 759 | | 79465 | 70 |
| Customer Product Code: PTV30B | | | | | | | |
| 3.00 | SWH4024B | TV STAND BLACK | 623788005533 | 225 | | 79465 | 70 |
| Customer Product Code: SWH4024B | | | | | | | |

| Van Length: 50.000 | Total Pallets: | | Total Weight: 984 | Total Cube: |
|---|---|---|---|---|

| TRAILER # | SEAL # |
|---|---|

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and  shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY        DRIVER SIGNATURE / DATE / QTY        CONSIGNEE SIGNATURE / DATE / QTY

10-27-08



| | | | | Date: | 10/24/2008 |
| | | | | Page: | 1 of 1 |
| | | | | Document Number: | 95010826/ 80038367 |
| | | | | Incoterms: | Z08 Prepaid |

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

# Pro-Forma Invoice

| **Sold to:** | **Ship to:** |
|---|---|
| 100068 | 200206 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 567 |
| 9950   MAYLAND DRIVE | 1901   COOPER DRIVE |
| RICHMOND VA US | ARDMORE OK US |
| 23233 | 73401 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| **IRS # 54-0493-875** | |

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2174201 | 10028697 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Notes:**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST
PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA

| QTY | PRODUCT CODE | DESCRIPTION | WEIGHT/LBS | CUBE | NET PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 11.00 | PTV30B | WOOD TV STAND | 759 | 0.000 | 83.00 | 913.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ | 54.78- |
| 3.00 | SWH4024B | TV STAND BLACK | 225 | 0.000 | 150.00 | 450.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ | 27.00- |

| | Total Amount: USD$ | 1,281.22 |
|---|---|---|

**US CUSTOM CLEARANCE BY:** *PBB - CAN US ACC# 859624
**PRICES INCLUDE:** Freight / Brokerage
**FREIGHT COST:** 0.00

| PROFORMA PREPARED BY: | **SANDY MELO** | DATE: | PHONE: | FAX: |
|---|---|---|---|---|
| | | 10/24/2008 | 450.622.2203 | 450.622.3452 |



| | |
|---|---|
| Date: | 10/24/2008 |
| Page: | 1 of 1 |
| Document Number: | 80038367 |
| Incoterms: | Z08  Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203  Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

**Ship to:**
200206
CIRCUIT CITY # 567
1901  COOPER DRIVE
ARDMORE OK US
73401

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2174201 | 10028697 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions: PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
**PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST**

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 11.00 | PTV30B | WOOD TV STAND | 623788003454 | 759 | | 79465 | 70 |
| Customer Product Code: PTV30B | | | | | | | |
| 3.00 | SWH4024B | TV STAND BLACK | 623788005533 | 225 | | 79465 | 70 |
| Customer Product Code: SWH4024B | | | | | | | |

| | Van Length: 50.000 | Total Pallets: | Total Weight: 984 | Total Cube: |
|---|---|---|---|---|

| TRAILER # | SEAL # 1434919 *Intact Money* |
|---|---|

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

*103008  Rec 14ct*

SHIPPERS SIGNATURE / DATE / QTY          DRIVER SIGNATURE / DATE / QTY          CONSIGNEE SIGNATURE / DATE / QTY

10-27-08                                                                        Germania Gaither



# TECH CRAFT

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

Date: 10/24/2008
Page: 1 of 1
Invoice: **90045244**
Payment terms:

Incoterms:

NET 60 DAYS
Z08 Prepaid

# Invoice

| Sold to: | Ship to: |
|---|---|
| 100068 | 200203 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 335 |
| 9950  MAYLAND DRIVE | 14301  MATTAWOMAN DRIVE |
| RICHMOND VA US | BRANDYWINE MD US |
| 23233 | 20613 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| **IRS # 54-0493-875** | |

| P/O NUMBER | S/O NUMBER | PACKING SLIP | SHIP DATE | CARRIER |
|---|---|---|---|---|
| 2174200 | 10028696 | 80038368 | 10/24/2008 | 100164  COURRIER CAN./U.S.LIAISON INC. |

**Notes:**

| LINE | QTY | PRODUCT CODE | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | 11.00 | PTV30B | WOOD TV STAND | $   83.00 | $   913.00 |
| Customer Product Code: PTV30B | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $   54.78- |
| 2 | 2.00 | SWH4024B | TV STAND BLACK | $   150.00 | $   300.00 |
| Customer Product Code: SWH4024B | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $   18.00- |

**REMIT TO:  TECHCRAFT MANUFACTURING INC.**
**P.O. BOX 55811, BOSTON, MA USA 02205-5811**

| TOTAL AMOUNT: | $ | 1,140.22 |
|---|---|---|
| CURRENCY: | USD | |



| | |
|---|---|
| **Date:** | 10/24/2008 |
| **Page:** | 1 of 1 |
| **Document Number:** | 80038368 |
| **Incoterms:** | Z08 Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203   Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

**Ship to:**
200203
CIRCUIT CITY # 335
14301  MATTAWOMAN DRIVE
BRANDYWINE MD US
20613

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2174200 | 10028696 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions: PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 11.00 | PTV30B | WOOD TV STAND | 623788003454 | 759 | | 79465 | 70 |
| Customer Product Code: PTV30B | | | | | | | |
| 2.00 | SWH4024B | TV STAND BLACK | 623788005533 | 150 | | 79465 | 70 |
| Customer Product Code: SWH4024B | | | | | | | |

| Van Length: 50.000 | Total Pallets: | Total Weight: 909 | Total Cube: |
|---|---|---|---|

**TRAILER #**   10156        **SEAL #**

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and  shipper, if
applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on
request, a nd to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY           DRIVER SIGNATURE / DATE / QTY        CONSIGNEE SIGNATURE / DATE / QTY

10-27-08                                  V. Kitatger



**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

| | |
|---|---|
| Date: | 10/24/2008 |
| Page: | 1 of 1 |
| Document Number: | 95010823/ 80038368 |
| Incoterms: | Z08 Prepaid |

# Pro-Forma Invoice

| Sold to: | Ship to: |
|---|---|
| 100068 | 200203 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 335 |
| 9950  MAYLAND DRIVE | 14301  MATTAWOMAN DRIVE |
| RICHMOND VA US | BRANDYWINE MD US |
| 23233 | 20613 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| IRS # 54-0493-875 | |

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2174200 | 10028696 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Notes:**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST
PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA

| QTY | PRODUCT CODE | DESCRIPTION | WEIGHT/LBS | CUBE | NET_PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 11.00 | PTV30B | WOOD TV STAND | 759 | 0.000 | 83.00 | 913.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ | 54.78- |
| 2.00 | SWH4024B | TV STAND BLACK | 150 | 0.000 | 150.00 | 300.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ | 18.00- |

| | |
|---|---|
| Total Amount: USD$ | 1,140.22 |

**US CUSTOM CLEARANCE BY:** *PBB - CAN US ACC# 859624
**PRICES INCLUDE:** Freight / Brokerage
**FREIGHT COST:**  0.00

| PROFORMA PREPARED BY: | SANDY MELO | DATE: | PHONE: | FAX: |
|---|---|---|---|---|
| | | 10/24/2008 | 450.622.2203 | 450.622.3452 |

# TECH CRAFT

| | |
|---|---|
| Date: | 10/24/200 |
| Page: | 1 of |
| Document Number: | 8003836 |
| Incoterms: | Z08 Prepai |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203   Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

**Ship to:**
200203
CIRCUIT CITY # 335
14301  MATTAWOMAN DRIVE
BRANDYWINE MD US
20613

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2174200 | 10028696 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions:  PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 11.00 | PTV30B | WOOD TV STAND | 623788003454 | 759 | 79465 | 70 | |
| Customer Product Code: PTV30B | | | | | | | |
| 2.00 | SWH4024B | TV STAND BLACK | 623788005533 | 150 | 79465 | 70 | |
| Customer Product Code: SWH4024B | | | | | | | |

PIECES REC'D  13
NAME
DATE  10 31-08

| Van Length: 50.000 | Total Pallets: | Total Weight: 909 | Total Cube: |
|---|---|---|---|

| TRAILER # | SEAL # |
|---|---|

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY          DRIVER SIGNATURE / DATE / QTY          CONSIGNEE SIGNATURE / DATE / QTY

10-27-08



# TECH CRAFT

| | |
|---|---|
| | Date: 10/24/2008 |
| | Page: 1 of 2 |
| | Invoice: 90045245 |
| | Payment terms: |
| | NET 60 DAYS |
| | Incoterms: Z08 Prepaid |

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

# Invoice

**Sold to:**
100068
CIRCUIT CITY STORES INC.
9950   MAYLAND DRIVE
RICHMOND VA US
23233
Phone: 804-527-4000
Fax: 804-418-8268
**IRS # 54-0493-875**

**Ship to:**
200206
CIRCUIT CITY # 567
1901   COOPER DRIVE
ARDMORE OK US
73401

| P/O NUMBER | S/O NUMBER | PACKING SLIP | SHIP DATE | CARRIER |
|---|---|---|---|---|
| 2173269 | 10028673 | 80038392 | 10/24/2008 | 100164  COURRIER CAN./U.S.LIAISON INC. |

**Notes:**

| LINE | QTY | PRODUCT CODE | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | 38.00 | BTB5016 | METAL TV STAND | $   115.00 | $    4,370.00 |
| Customer Product Code: BTB5016 | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $       262.20- |
| 2 | 13.00 | SWBL60 | WOOD TV STAND | $   200.00 | $    2,600.00 |
| Customer Product Code: SWBL60 | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $       156.00- |
| 3 | 17.00 | PLM50 | METAL TV STAND | $    45.00 | $       765.00 |
| Customer Product Code: PLM50 | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $        45.90- |
| 4 | 11.00 | SWP48 | WOOD TV STAND | $   150.00 | $    1,650.00 |
| Customer Product Code: SWP48 | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $        99.00- |
| 5 | 4.00 | SWP60 | WOOD TV STAND | $   200.00 | $       800.00 |
| Customer Product Code: SWP60 | | | | | |



| | | |
|---|---|---|
| | Date: | 10/24/2008 |
| | Page: | 2 of 2 |
| | Invoice: | 90045245 |
| | Payment terms: | |
| | | NET 60 DAYS |
| | Incoterms: | Z08 Prepaid |

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

# Invoice

| Sold to: | Ship to: |
|---|---|
| 100068 | 200206 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 567 |
| 9950   MAYLAND DRIVE | 1901   COOPER DRIVE |
| RICHMOND VA US | ARDMORE OK US |
| 23233 | 73401 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| **IRS # 54-0493-875** | |

| P/O NUMBER | S/O NUMBER | PACKING SLIP | SHIP DATE | CARRIER |
|---|---|---|---|---|
| 2173269 | 10028673 | 80038392 | 10/24/2008 | 100164  COURRIER CAN./U.S.LIAISON INC. |

**Notes:**

| LINE | QTY | PRODUCT CODE | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| | | Dis. Prd. Disc % | 6.00- % | $ | 48.00- |

**REMIT TO:  TECHCRAFT MANUFACTURING INC.**
**P.O. BOX 55811, BOSTON, MA USA 02205-5811**

| | | |
|---|---|---|
| TOTAL AMOUNT: | $ | 9,573.90 |
| CURRENCY: | USD | |



|  |  |
|---|---|
| Date: | 10/24/2008 |
| Page: | 1 of 2 |
| Document Number: | 80038392 |
| Incoterms: | Z08 Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203  Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

**Ship to:**
200206
CIRCUIT CITY # 567
1901   COOPER DRIVE
ARDMORE OK US
73401

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173269 | 10028673 | 100164 | 10/31/2008 |
|  |  | COURRIER CAN./U.S.LIAISON |  |

**Special Instructions:  PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST

*R-2*

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 38.00 | BTB5016 | METAL TV STAND | 623788004642 | 2,850 |  | 79465 | 70 |
| Customer Product Code: BTB5016 |  |  |  |  |  |  |  |
| 13.00 | SWBL60 | WOOD TV STAND | 623788004840 | 1,638 |  | 79465 | 70 |
| Customer Product Code: SWBL60 |  |  |  |  |  |  |  |
| 17.00 | PLM50 | METAL TV STAND | 623788004130 | 603.500 |  | 79465 | 70 |
| Customer Product Code: PLM50 |  |  |  |  |  |  |  |
| 11.00 | SWP48 | WOOD TV STAND | 623788004116 | 1,067 |  | 79465 | 70 |
| Customer Product Code: SWP48 |  |  |  |  |  |  |  |

| Van Length: 190.000 | Total Pallets: *17* | Total Weight: 6,662.500 | Total Cube: |
|---|---|---|---|

**TRAILER #**

**SEAL #**

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and  shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY          DRIVER SIGNATURE / DATE / QTY          CONSIGNEE SIGNATURE / DATE / QTY

*10-27-08*