

| | | |
|---|---|---|
| **Date:** | | 10/24/2008 |
| **Page:** | | 2 of 2 |
| **Document Number:** | | 80038392 |
| **Incoterms:** | | Z08  Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203   Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

**Ship to:**
200206
CIRCUIT CITY # 567
1901   COOPER DRIVE
ARDMORE OK US
73401

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173269 | 10028673 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions:  PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 4.00 | SWP60 | WOOD TV STAND | 623788004109 | 504 | | 79465 | 70 |

Customer Product Code: SWP60

| | | | |
|---|---|---|---|
| **Van Length: 95.000** | **Total Pallets:** | **Total Weight: 6,662.500** | **Total Cube:** |

| | |
|---|---|
| **TRAILER #** | **SEAL #** |

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY          DRIVER SIGNATURE / DATE / QTY          CONSIGNEE SIGNATURE / DATE / QTY

_____          _____          _____



**Document Number:**    95010825/ 80038392
**Incoterms:**                    Z08 Prepaid



**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518 TVQ/PST: 1000764007

# Pro-Forma Invoice

| Sold to: | Ship to: |
|---|---|
| 100068 | 200206 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 567 |
| 9950  MAYLAND DRIVE | 1901   COOPER DRIVE |
| RICHMOND VA US | ARDMORE OK US |
| 23233 | 73401 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| **IRS # 54-0493-875** | |

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173269 | 10028673 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Notes:**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST
PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA

| QTY | PRODUCT CODE | DESCRIPTION | WEIGHT/LBS | CUBE | NET PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 38.00 | BTB5016 | METAL TV STAND | 2,850 | 0.000 | 115.00 | 4,370.00 |
| | HS CLASSIFICATION: 9403.20.00.15 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | | $    262.20- |
| 13.00 | SWBL60 | WOOD TV STAND | 1,638 | 0.000 | 200.00 | 2,600.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | | $    156.00- |
| 17.00 | PLM50 | METAL TV STAND | 603.500 | 0.000 | 45.00 | 765.00 |
| | HS CLASSIFICATION: 9403.20.00.15 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | | $      45.90- |

| | | | |
|---|---|---|---|
| PROFORMA PREPARED BY: | **SANDY MELO** | DATE: 10/24/2008 | PHONE: 450.622.2203 |
| | | | FAX: 450.622.3452 |



Date    10/24/2008
Page:    2 of 2
Document Number:    95010825/ 80038392
Incoterms:    Z08 Prepaid

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

# Pro-Forma Invoice

| Sold to: | Ship to: |
|---|---|
| 100068 | 200206 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 567 |
| 9950   MAYLAND DRIVE | 1901   COOPER DRIVE |
| RICHMOND VA US | ARDMORE OK US |
| 23233 | 73401 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| **IRS # 54-0493-875** | |

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173269 | 10028673 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Notes:**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST
 PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA

| QTY | PRODUCT CODE | DESCRIPTION | WEIGHT/LBS | CUBE | NET PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 11.00 | SWP48 | WOOD TV STAND | 1,067 | 0.000 | 150.00 | 1,650.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ | 99.00- |
| 4.00 | SWP60 | WOOD TV STAND | 504 | 0.000 | 200.00 | 800.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ | 48.00- |

| Total Amount: USD$ | 9,573.90 |
|---|---|

**US CUSTOM CLEARANCE BY:** *PBB - CAN US ACC# 859624
**PRICES INCLUDE:** Freight / Brokerage
**FREIGHT COST:**  0.00

PROFORMA PREPARED BY:    **SANDY MELO**        DATE:        PHONE:        FAX:
                                                10/24/2008    450.622.2203    450.622.3452



| | |
|---|---|
| Date: | 10/24/2008 |
| Page: | 1 of 2 |
| Document Number: | 80038392 |
| Incoterms: | Z08 Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203   Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

**Ship to:**
200206
CIRCUIT CITY # 567
1901  COOPER DRIVE
ARDMORE OK US
73401

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173269 | 10028673 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions: PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 38.00 | BTB5016 | METAL TV STAND | 623788004642 | 2,850 | | 79465 | 70 |
| Customer Product Code: BTB5016 | | | | | | | |
| 13.00 | SWBL60 | WOOD TV STAND | 623788004840 | 1,638 | | 79465 | 70 |
| Customer Product Code: SWBL60 | | | | | | | |
| 17.00 | PLM50 | METAL TV STAND | 623788004130 | 603.500 | | 79465 | 70 |
| Customer Product Code: PLM50 | | | | | | | |
| 11.00 | SWP48 | WOOD TV STAND | 623788004116 | 1,067 | | 79465 | 70 |
| Customer Product Code: SWP48 | | | | | | | |

| Van Length: 190.000 | Total Pallets: 17 | Total Weight: 6,662.500 | Total Cube: |
|---|---|---|---|

**TRAILER #**

SEAL # 1434919  *Intact money*

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY          DRIVER SIGNATURE / DATE / QTY          CONSIGNEE SIGNATURE / DATE / QTY

10-27-08          10-30-08  Rec 850

Gerdania Gaither



| | |
|---|---|
| Date: | 10/24/2008 |
| Page: | 2 of 2 |
| Document Number: | 80038392 |
| Incoterms: | Z08 Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203  Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

**Ship to:**
200206
CIRCUIT CITY # 567
1901  COOPER DRIVE
ARDMORE OK US
73401

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173269 | 10028673 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions:** PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 4.00 | SWP60 | WOOD TV STAND | 623788004109 | 504 | | 79465 | 70 |

Customer Product Code: SWP60

CIRCUIT CITY DC

ARDMORE, OK USA

'08 OCT 30 10:03

| Van Length: 95.000 | Total Pallets: | Total Weight: 6,662.500 | Total Cube: |
|---|---|---|---|

**TRAILER #**

SEAL # 1434919  Intact only

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and  shipper, if
applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on
request, and to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY        DRIVER SIGNATURE / DATE / QTY        CONSIGNEE SIGNATURE / DATE / QTY



# TECH CRAFT

|  |  |
|---|---|
| **Date:** | 10/24/2008 |
| **Page:** | 1 of 1 |
| **Invoice:** | 90045246 |
| **Payment terms:** | |
| | NET 60 DAYS |
| **Incoterms:** | Z08 Prepaid |

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

*R-163973
(2)*

# Invoice

| **Sold to:** | **Ship to:** |
|---|---|
| 100068 | 200203 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 335 |
| 9950  MAYLAND DRIVE | 14301  MATTAWOMAN DRIVE |
| RICHMOND VA US | BRANDYWINE MD US |
| 23233 | 20613 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| **IRS # 54-0493-875** | |

| P/O NUMBER | S/O NUMBER | PACKING SLIP | SHIP DATE | CARRIER |
|---|---|---|---|---|
| 2173266 | 10028670 | 80038394 | 10/24/2008 | 100164  COURRIER CAN./U.S.LIAISON INC. |

**Notes:**

| LINE | QTY | PRODUCT CODE | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | 183.00 | BTB5016 | METAL TV STAND | $   115.00 | $   21,045.00 |
| Customer Product Code: BTB5016 | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $   1,262.70- |
| 2 | 30.00 | SWBL60 | WOOD TV STAND | $   200.00 | $   6,000.00 |
| Customer Product Code: SWBL60 | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $   360.00- |
| 3 | 52.00 | SWP48 | WOOD TV STAND | $   150.00 | $   7,800.00 |
| Customer Product Code: SWP48 | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $   468.00- |
| 4 | 19.00 | SWP60 | WOOD TV STAND | $   200.00 | $   3,800.00 |
| Customer Product Code: SWP60 | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $   228.00- |

**REMIT TO:  TECHCRAFT MANUFACTURING INC.**
**P.O. BOX 55811, BOSTON, MA USA 02205-5811**

| | | |
|---|---|---|
| **TOTAL AMOUNT:** | $ | 36,326.30 |
| **CURRENCY:** | USD | |



| | | |
|---|---|---|
| **Date:** | | 10/24/2008 |
| **Page:** | | 1 of 1 |
| **Document Number:** | | 80038422 |
| **Incoterms:** | | Z08  Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203  Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

**Ship to:**
200205
CIRCUIT CITY # 353
680   S. LEMON AVENUE
WALNUT CA US
91789

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173273 | 10028677 | 100164 | 11/03/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions: PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST

*LT-4*

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 9.00 | SWH4024B | TV STAND BLACK | 623788005533 | 675 | | 79465 | 70 |
| Customer Product Code: SWH4024B | | | | | | | |
| 8.00 | PTV30B | WOOD TV STAND | 623788003454 | 552 | | 79465 | 70 |
| Customer Product Code: PTV30B | | | | | | | |
| 6.00 | SWH4024 | TV STAND | 623788005519 | 450 | | 79465 | 70 |
| Customer Product Code: SWH4024 | | | | | | | |

| Van Length: 76.000 | Total Pallets: 4 | Total Weight: 1,677 | Total Cube: |
|---|---|---|---|
| TRAILER # | | SEAL # | |

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and  shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY          DRIVER SIGNATURE / DATE / QTY          CONSIGNEE SIGNATURE / DATE / QTY

10-24-08



| | | | Date: | 10/24/2008 |
| Page: | | | | 1 of 2 |
| Document Number: | | | | 95010824/ 80038394 |
| Incoterms: | | | | Z08 Prepaid |

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007



# Pro-Forma Invoice

| Sold to: | Ship to: |
|---|---|
| 100068 | 200203 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 335 |
| 9950   MAYLAND DRIVE | 14301   MATTAWOMAN DRIVE |
| RICHMOND VA US | BRANDYWINE MD US |
| 23233 | 20613 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| **IRS # 54-0493-875** | |

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173266 | 10028670 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Notes:**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST
PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA

| QTY | PRODUCT CODE | DESCRIPTION | WEIGHT/LBS | CUBE | NET_PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 183.00 | BTB5016 | METAL TV STAND | 13,725 | 0.000 | 115.00 | 21,045.00 |
| | HS CLASSIFICATION: 9403.20.00.15 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | | $    1,262.70- |
| 30.00 | SWBL60 | WOOD TV STAND | 3,780 | 0.000 | 200.00 | 6,000.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | | $    360.00- |
| 52.00 | SWP48 | WOOD TV STAND | 5,044 | 0.000 | 150.00 | 7,800.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | | $    468.00- |

| PROFORMA PREPARED BY: | **SANDY MELO** | DATE: | PHONE: | FAX: |
|---|---|---|---|---|
| | | 10/24/2008 | 450.622.2203 | 450.622.3452 |



Date: 10/24/2008
Page: 2 of 2
Document Number:   95010824/ 80038394
Incoterms:   Z08 Prepaid

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

# Pro-Forma Invoice

| Sold to: | Ship to: |
|---|---|
| 100068 | 200203 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 335 |
| 9950   MAYLAND DRIVE | 14301   MATTAWOMAN DRIVE |
| RICHMOND VA US | BRANDYWINE MD US |
| 23233 | 20613 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| **IRS # 54-0493-875** | |

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173266 | 10028670 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Notes:**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST
PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA

| QTY | PRODUCT CODE | DESCRIPTION | WEIGHT/LBS | CUBE | NET PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 19.00 | SWP60 | WOOD TV STAND | 2,394 | 0.000 | 200.00 | 3,800.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ | 228.00- |

| | Total Amount: USD$ | 36,326.30 |
|---|---|---|

**US CUSTOM CLEARANCE BY:** *PBB - CAN US ACC# 859624
**PRICES INCLUDE:** Freight / Brokerage
**FREIGHT COST:** 0.00

PROFORMA PREPARED BY:   **SANDY MELO**   DATE: 10/24/2008   PHONE: 450.622.2203   FAX: 450.622.3452



| | |
|---|---|
| Date: | 10/24/2008 |
| Page: | 1 of |
| Document Number: | 80038394 |
| Incoterms: | Z08 Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203  Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

**Ship to:**
200203
CIRCUIT CITY # 335
14301   MATTAWOMAN DRIVE
BRANDYWINE MD US
20613

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173266 | 10028670 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions: PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 183.00 | BTB5016 | METAL TV STAND | 623788004642 | 13,725 | | 79465 | 70 |
| Customer Product Code: BTB5016 | | | | | | | |
| 30.00 | SWBL60 | WOOD TV STAND | 623788004840 | 3,780 | | 79465 | 70 |
| Customer Product Code: SWBL60 | | | | | | | |
| 52.00 | SWP48 | WOOD TV STAND | 623788004116 | | | 79465 | 70 |
| Customer Product Code: SWP48 | | | | | | | |
| 19.00 | SWP60 | WOOD TV STAND | 623788004109 | 2,394 | | 79465 | 70 |
| Customer Product Code: SWP60 | | | | | | | |

*(handwritten over table: PIECES REC'D 284  Alex C.  044  10-31-08)*

| Van Length: 540.000 | Total Pallets: 19 | Total Weight: 24,943 | Total Cube: |
|---|---|---|---|

**TRAILER #** *10156.*

**SEAL #**

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and  shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY       DRIVER SIGNATURE / DATE / QTY       CONSIGNEE SIGNATURE / DATE / QTY

*10-27-08*



# TECH CRAFT

## Bill of Lading

| | |
|---|---|
| Date: | 10/31/2008 |
| Page: | 1 of 1 |
| Document Number: | 8003893 |
| Incoterms: | Z08 Prepaid |

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC H7L 5E3
Phone: (450) 622-2203  Fax: (450) 622-3452
TPS/GST: R100455518 TVQ/PST: 1000764007
IMPORTER NO.:910201-05268

**Ship to:**
200205
CIRCUIT CITY # 353
680  S. LEMON AVENUE
WALNUT CA US
91789

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 21732268 | 10028672 | 100164 | 10/31/2008 |
| | | COURRIER CAN./U.S. LIAISON | |

**Special Instructions:** PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA

PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST

| QTY | PRODUCT CODE DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMF# | CLASS |
|---|---|---|---|---|---|---|
| 35.00 | BTB5016 / METAL TV STAND Customer Product Code: BTB5016 | 6237680004642 | 2,625 | | 79465 | 70 |
| 30.00 | SWBL60 / WOOD TV STAND Customer Product Code: SWBL60 | 6237680004840 | 3,780 | | 79465 | 70 |
| 15.00 | SWP48 / WOOD TV STAND Customer Product Code: SWP48 | 6237680004116 | 1,455 | | 79465 | 70 |
| 5.00 | SWP60 / WOOD TV STAND Customer Product Code: SWP60 | 6237680004109 | 630 | | 79465 | 70 |

| Van Length: 197.000 | Total Pallets: | Total Weight: 8,490 | 7 | Total Cube: |
|---|---|---|---|---|

TRAILER #

SEAL #

NOTE: Liability Limitation for loss or damage in this shipment may be applicable.

**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.

**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

| SHIPPERS SIGNATURE / DATE / QTY | CONSIGNEE SIGNATURE / DATE / QTY | DRIVER SIGNATURE / DATE / QTY |
|---|---|---|



Date 10/30/08 **Bill of Lading-Short Form-Not Negotiable** Page 1 of ____

Name: Techcraft C/O UPS Supply Chain Solutions
Address: 11991 Landon Drive
City/State/Zip:Mira Loma CA 91752
Phone: 951-749-3213

BOL NUMBER: 80038393

Name: Circuit City #353
Address: 680 S. Lemon Avenue
City/State/Zip: Walnut CA 91789

Carrier Name: CAN US
Trailer number:
Seal number:

Name:
Address:
City/State/Zip:
Phone:

Pro Number:

Freight Charge Terms:(Freight charges are prepaid unless marked otherwise)
Prepaid X Collect:_____ 3rd Party_____

___Check: Master bill of lading with attached underlying bills of lading

| Item Description | | Units | Weight | Pallet | Slip | Marks/Numbers |
|---|---|---|---|---|---|---|
| MODEL: | BTB5016 | 35 | 2625 | (Y) | N | 6 PALLETS |
| | SWBL60 | 30 | 3780 | Y | N | |
| | SWP48 | 15 | 1455 | Y | N | |
| | SWP60 | 5 | 630 | Y | N | |
| PO: 2173268 | | | | Y | N | |
| | | | | Y | N | |
| | | 85 | 8490 | Y | N | |

**Carrier Information**

| Handling Unit Qty | Handling Unit Type PLT | Package Qty | Package Type Carton | WT. | HM (X) | Commodity Description<br>Commodity Description Commodities require special or additional care or attention attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | LTL ONLY NMFC NO. | LTL ONLY CLASS |
|---|---|---|---|---|---|---|---|---|
| 6 | | 85 | | 8490 | | TV STANDS | 79465 | 70 |
| | | | | | | | | |
| | | | | | | | | |
| 6 | | 85 | | 8490 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of property is specifically stated by the shipper to be not exceeding____per____

**COD Amount: $_______**
**Free Terms: Collect_Prepaid__**
**Customer check acceptable__**

**Note Liability limitation for loss or damage in this shipment may be applicable.See 49 USC 14706(C)(1)(A)(B)**

Received, subject to individual determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations

**The carrier should not make delivery of this shipment without payment of and all other lawful charges.**

**Shipper Signature:** [signature] 10/30/08

**Carrier Signature:** [signature] 10-30-08

Date 10/30/08

# Bill of Lading-Short Form-Not Negotiable

Page 1 of ____

**Ship From**

Name: Techcraft C/O UPS Supply Chain Solutions
Address: 11991 Landon Drive
City/State/Zip: Mira Loma CA 91752
Phone: 951-749-3213

BOL NUMBER: 80038393

177697

**Ship To**

Name: Circuit City #353
Address: 680 S. Lemon Avenue
City/State/Zip: Walnut CA 91789

Carrier Name: CAN US
Trailer number: 1715
Seal number:

**Third Party Freight Charges Bill to**

Name:
Address:
City/State/Zip:
Phone:

Pro Number:

Door#: D 12
Trailer#: 1715
Seal#: N/S

Freight Charge Terms:(Freight charges are prepaid unless marked otherwise)
Prepaid X Collect:____ 3rd Party____
__Check: Master bill of lading with attached underlying bills of lading

**Customer Order Information**

| Item Description | | Units | Weight | Pallet | Slip | Marks/Numbers |
|---|---|---|---|---|---|---|
| MODEL: | BTB5016 | 35 | 2625 | (Y) | N | 6 PALLETS |
| | SWBL60 | 30 | 3780 | Y | N | |
| | SWP48 | 15 | 1455 | Y | N | |
| | SWP60 | 5 | 630 | Y | N | |
| PO: | 2173268 | | | Y | N | |
| | | | | Y | N | |
| | | 85 | 8490 | Y | N | |

**Carrier Information**

Mark Elizalde

| Handling Unit Qty | Handling Unit Type PLT | Package Qty | Package Type Carton | WT. | HM (X) | Commodity Description: Commodity Description Commodities require special or additional care or attention attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | LTL ONLY NMFC NO. | LTL ONLY CLASS |
|---|---|---|---|---|---|---|---|---|
| 6 | | 85 | | 8490 | | TV STANDS | 79465 | 70 |
| | | | | | | 85 cart. | | |
| | | | | | | 10-31-8 | | |
| 6 | | 85 | | 8490 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of property is specifically stated by the shipper to be not exceeding_____per_____

COD Amount: $________
Free Terms: Collect_Prepaid__
Customer check acceptable__

**Note Liability limitation for loss or damage in this shipment may be applicable.See 49 USC 14706(C)(1)(A)(B)**

Received, subject to individual determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations

**The carrier should not make delivery of this shipment without payment of and all other lawful charges.**

**Shipper Signature:** 10/30/08

**Carrier Signature:** (6) plts 10-30-08

Sales document Edit Goto Extras Environment System Help

## Change Standard Order 10028672: Overview

Orders

Standard Order: 10028672 | Net value: 12,478.50 USD

Sold-to party: 100068 CIRCUIT CITY STORES INC. / 9950 MAYLAND DRIVE / RICHM...

Ship-to party: 280285 CIRCUIT CITY # 353 / 680 S. LEMON AVENUE / WALNUT CA 9...

PO Number: 2173268 | PO date: 10/16/2008

Item overview

Req. deliv.date: D 10/31/2008 | Deliver.Plant

| Item | Material | Order quantity | Amount | Net price | Net value | SU | S | Description | Customer Material Nu |
|---|---|---|---|---|---|---|---|---|---|
| 10 | BTB5016 | 35.00 | 115.00 | 108.10 | 3,783.50 | EA | ☑ | METAL TV STAND | BTB5016 |
| 20 | SWBL60 | 30.00 | 200.00 | 188.00 | 5,640.00 | EA | ☐ | WOOD TV STAND | SWBL60 |
| 30 | SWP48 | 15.00 | 150.00 | 141.00 | 2,115.00 | EA | ☐ | WOOD TV STAND | SWP48 |
| 40 | SWP60 | 5.00 | 200.00 | 188.00 | 940.00 | EA | ☐ | WOOD TV STAND | SWP60 |

VA02 | tcsapep1 | INS

start | Change Standard ... | Novell GroupWise ... | Document1 - Micr... | 2:51 PM

**TECH CRAFT**

TechCraft Manufacturing Inc
1250 Dagenais Ouest, Laval, QC H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R1004555518 TVQ/PST: 1000764007

# Invoice

**Sold to:**
100068
CIRCUIT CITY STORES INC.
9950 MAYLAND DRIVE
RICHMOND VA US
23233
Phone: 804-527-4000
Fax: 804-418-8268
IRS # 54-0493-875

**Ship to:**
200204
CIRCUIT CITY # 344
400 LONGFELLOW COURT SUITE A
LIVERMORE CA US
94550

Date: 10/31/2008
Page: 1 of 1
Invoice: 900454488
Payment terms: NET 60 DAYS
Incoterms: Z08 Prepaid

| P/O NUMBER | S/O NUMBER | PACKING SLIP | SHIP DATE | CARRIER |
|---|---|---|---|---|
| 217326? | 10028671 | 80038424 | 10/31/2008 | 100164 GOURRIER CAN./U.S.LIAISON INC. |

**Notes:**

| LINE | QTY | PRODUCT CODE | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | 20.00 | SWBL60 | WOOD TV STAND | $ 200.00 | $ 4,000.00 |
| | | Customer Product Code: SWBL60 | | | |
| | | Dis. Prd. Disc % | 6.00 % | | $ 240.00- |
| 2 | 20.00 | BTB5016 | METAL TV STAND | $ 115.00 | $ 2,300.00 |
| | | Customer Product Code: BTB5016 | | | |
| | | Dis. Prd. Disc % | 6.00 % | | $ 138.00- |

REMIT TO: TECHCRAFT MANUFACTURING INC.
P.O. BOX 55811, BOSTON, MA USA 02205-5811

TOTAL AMOUNT: $ 5,922.00
CURRENCY: USD

# Bill of Lading



| | |
|---|---|
| Date: | 10/31/2008 |
| Page: | 1 of 1 |
| Document Number: | 8003824 |
| Incoterms: | Z08 Prepaid |

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC H7L 5E3
Phone: (450) 622-2203  Fax: (450) 622-3452
TPS/GST: R100455518 TVQ/PST: 1000764007
IMPORTER NO.:910201-05268

**Ship to:**
200204
CIRCUIT CITY # 344
400  LONGFELLOW COURT SUITE A
LIVERMORE CA US
94550

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2173267 | 1002867/1 | COURRIER CAN/U.S.LIAISON 100164 | 10/31/2008 |

**Special Instructions:** PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA

PLEASE SHIP TO ARRIVE ON FRIDAY OCTOBER 31ST

| QTY | PRODUCT CODE DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|
| 20.00 | SWBL60 WOOD TV STAND | 6237880048A0 | 2,520 | | 79465 | 70 |
| | Customer Product Code: SWBL60 | | | | | |
| 20.00 | BTB5016 METAL TV STAND | 6237880046A2 | 1,500 | | 79465 | 70 |
| | Customer Product Code: BTB5016 | | | | | |

| Van Length: 114.000 | Total Pallets: | Total Weight: 4,020 | 4 | Total Cube: |
|---|---|---|---|---|

| TRAILER # | SEAL # |
|---|---|

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

| SHIPPERS SIGNATURE / DATE / QTY | DRIVER SIGNATURE / DATE / QTY | CONSIGNEE SIGNATURE / DATE / QTY |
|---|---|---|

4-7-09; 1:03PM;Blakeley & Blakeley                    ;9492600613                    # 8/ 29



Date 10/30/08 **Bill of Lading-Short Form-Not Negotiable** Page 1 of ____

| | |
|---|---|
| Name: Techcraft C/O UPS Supply Chain Solutions<br>Address: 11991 Landon Drive<br>City/State/Zip:Mira Loma CA 91752<br>Phone: 951-749-3213 | BOL NUMBER: 80038424 |
| Name: Circuit City #344<br>Address: 400 Longfellow Court Suite A<br>City/State/Zip: Livermore CA 94550 | Carrier Name: CAN US<br>Trailer number:<br>Seal number: |
| Name:<br>Address:<br>City/State/Zip:<br>Phone: | Pro Number: |
| | Freight Charge Terms:(Freight charges are prepaid unless marked otherwise)<br>Prepaid X Collect: ____ 3rd Party ____<br>___Check: Master bill of lading with attached underlying bills of lading |

| Item Description | Units | Weight | Pallet | Slip | Marks/Numbers |
|---|---|---|---|---|---|
| MODEL: BTB5016 ' | 20 | 1500 | (Y) | N | 3 PALLETS |
| SWBL60 | 20 | 2520 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| PO: 2173267 | | | Y | N | |
| | | | Y | N | |
| | 40 | 4020 | Y | N | |

**Carrier Information**

| Handling Unit Qty | Handling Unit Type PLT | Package Qty | Package Type Carton | WT. | HM (X) | Commodity Description<br>Commodity Description Commodities require special or additional care or attention attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY NMFC NO. | LTL ONLY CLASS |
|---|---|---|---|---|---|---|---|---|
| 3 | | 40 | | 4020 | | TV STANDS | 79465 | 70 |
| | | | | | | | | |
| | | | | | | | | |
| 3 | | 40 | | 4020 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of property is specifically stated by the shipper to be not exceeding____per____

**COD Amount: $______**
**Free Terms: Collect_Prepaid__**
**Customer check acceptable__**

**Note Liability limitation for loss or damage in this shipment may be applicable.See 49 USC 14706(C)(1)(A)(B)**

Received, subject to individual determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations

**The carrier should not make delivery of this shipment without payment of and all other lawful charges.**

**Shipper Signature:** [illegible] 013d08

**Carrier Signature:** [illegible]

D

# Bill of Lading-Short Form-Not Negotiable

Page 1 of ____

**Ship From**

Name: Techcraft C/O UPS Supply Chain Solutions
Address: 11991 Landon Drive
City/State/Zip: Mira Loma CA 91752
Phone: 951-749-3213

BOL NUMBER: 80038424

**Ship To**

Name: Circuit City #344
Address: 400 Longfellow Court Suite A
City/State/Zip: Livermore CA 94550

Carrier Name: CAN US
Trailer number:
Seal number:

**Third Party Freight Charges Bill to**

Name:
Address:
City/State/Zip:
Phone:

Pro Number:

Freight Charge Terms: (Freight charges are prepaid unless marked otherwise)
Prepaid X Collect: ____ 3rd Party ____
___Check: Master bill of lading with attached underlying bills of lading

**Customer Order Information**

| Item Description | | Units | Weight | Pallet | Slip | Marks/Numbers |
|---|---|---|---|---|---|---|
| MODEL: | BTB5016 | 20 | 1500 | (Y) | N | 3 PALLETS |
| | SWBL60 | 20 | 2520 | Y | N | |
| | | | | Y | N | |
| | | | | Y | N | |
| PO: | 2173267 | | | Y | N | |
| | | | | Y | N | |
| | | 40 | 4020 | Y | N | |

**Carrier Information**

| Handling Unit Qty | Handling Unit Type PLT | Package Qty | Package Type Carton | WT. | HM (X) | Commodity Description: Commodities require special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | LTL ONLY NMFC NO. | LTL ONLY CLASS |
|---|---|---|---|---|---|---|---|---|
| 3 | | 40 | | 4020 | | TV STANDS | 79465 | 70 |
| | | | | | | | | |
| | | | | | | | | |
| 3 | [redacted] | 40 | [redacted] | 4020 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of property is specifically stated by the shipper to be not exceeding ____ per ____

COD Amount: $______
Free Terms: Collect_Prepaid__
Customer check acceptable__

Note Liability limitation for loss or damage in this shipment may be applicable. See 49 USC 14706(C)(1)(A)(B)

Received, subject to individual determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations

The carrier should not make delivery of this shipment without payment of and all other lawful charges.

Shipper Signature: 10/30/08

Carrier Signature: ____________

Sales document Edit Goto Extras Environment System Help

SAP

## Change Standard Order 10028671: Overview

Orders

| | | | |
|---|---|---|---|
| Standard Order | 10028671 | Net value | 8,192.10 USD |
| Sold-to party | 100050 | CIRCUIT CITY STORES INC. / 9950 MAYLAND DRIVE / RICHM... | |
| Ship-to party | 200204 | CIRCUIT CITY # 344 / 400 LONGFELLOW COURT SUITE A / LI... | |
| PO Number | 2173267 | PO date | 10/16/2008 |

Item overview

Req. deliv.date D 10/31/2008 Deliver.Plant

| Item | Material | Order quantity | Amount | Net price | Net value | SU | B | Description | Customer Material Num |
|---|---|---|---|---|---|---|---|---|---|
| 10 | SWBL60 | 20.00 | 200.00 | 188.00 | 3,760.00 | EA | ☐ | WOOD TV STAND | SWBL60 |
| 20 | BTB5016 | 20.00 | 115.00 | 108.10 | 2,162.00 | EA | ☑ | METAL TV STAND | BTB5016 |
| 30 | PLM50 | 17.00 | 45.00 | 42.30 | 719.10 | EA | ☑ | METAL TV STAND | PLM50 |
| 40 | SWP48 | 7.00 | 150.00 | 141.00 | 987.00 | EA | ☑ | WOOD TV STAND | SWP48 |
| 50 | SWP60 | 3.00 | 200.00 | 188.00 | 564.00 | EA | ☑ | WOOD TV STAND | SWP60 |

VA02 lcsapep1 INS

start Change Standard ... Novell GroupWise ... Document1 - Micr... 2:53 PM

# Invoice

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518 TVQ/PST: 1000764007

| | |
|---|---|
| Date: | 10/31/2008 |
| Page: | 1 of 1 |
| Invoice: | 90045489 |
| Payment terms: | NET 60 DAYS |
| Incoterms: | Z08 Prepaid |

**Sold to:** 100066
CIRCUIT CITY STORES INC.
9950  MAYLAND DRIVE
RICHMOND VA US
23233
Phone: 804-527-4000
Fax: 804-418-8268
IRS # 54-0493-875

**Ship to:** 200204
CIRCUIT CITY # 344
400  LONGFELLOW COURT SUITE A
LIVERMORE CA US
94550

| P/O NUMBER | S/O NUMBER | PACKING SLIP | SHIP DATE | CARRIER |
|---|---|---|---|---|
| 2178899 | 1002888 | 8003427 | 10/31/2008 | 100164  COURRIER CAN./U.S.LIAISON INC. |

**Notes:**

| LINE | QTY | PRODUCT CODE | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | 63.00 | BTB5016 | METAL TV STAND | $ 115.00 | $ 7,245.00 |
| | | Customer Product Code: BTB5016 | | | |
| | | Dis. Prd. Disc % | 6.00 -% | | $ 434.70- |
| 2 | 8.00 | SWBL60 | WOOD TV STAND | $ 200.00 | $ 1,600.00 |
| | | Customer Product Code: SWBL60 | | | |
| | | Dis. Prd. Disc % | 6.00 -% | | $ 96.00- |
| 3 | 21.00 | SWP48 | WOOD TV STAND | $ 150.00 | $ 3,150.00 |
| | | Customer Product Code: SWP48 | | | |
| | | Dis. Prd. Disc % | 6.00 -% | | $ 189.00- |

**REMIT TO: TECHCRAFT MANUFACTURING INC.**
P.O. BOX 55811, BOSTON, MA USA 02205-5811

| TOTAL AMOUNT: | $ 11,275.30 |
|---|---|
| CURRENCY: | USD |



# Bill of Lading

**TECH CRAFT**

TechCraft Manufacturing Inc
1250 Dagenais Ouest, Laval, QC. H7L 5E3
Phone: (450) 622-2203  Fax: (450) 622-3452
TPS/GST: R100455518 TVQ/PST: 1000764007
IMPORTER NO.:910201-05268

| | |
|---|---|
| Date: | 10/31/2008 |
| Page: | 1 of 1 |
| Document Number: | 8003842Z |
| Incoterms: | Z08 Prepaid |

**Ship to:**
200204
CIRCUIT CITY # 344
400 LONGFELLOW COURT SUITE A
LIVERMORE CA US
94550

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2178899 | 100288B8 100164 | COURRIER CAN./U.S.LIAISON | 10/31/2008 |

**Special Instructions:** PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA
PLEASE SHIP TO ARRIVE ON FRIDAY ON OCT 31/08.

| QTY | PRODUCT CODE DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|
| 63.00 | BTB5016 METAL TV STAND | 6237880046 42 | 4,725 | 79465 | 70 | |
| | Customer Product Code: BTB5016 | | | | | |
| 8.00 | SWBL60 WOOD TV STAND | 6237880046 40 | 1,008 | 79465 | 70 | |
| | Customer Product Code: SWBL60 | | | | | |
| 21.00 | SWP48 WOOD TV STAND | 6237880041 16 | 2,037 | 79465 | 70 | |
| | Customer Product Code: SWP48 | | | | | |

| Van Length: 187.000 | Total Pallets: | 7 | Total Weight: 7,770 | Total Cube: |
|---|---|---|---|---|

TRAILER #

SEAL #

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.

**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.

**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY    DRIVER SIGNATURE / DATE / QTY    CONSIGNEE SIGNATURE / DATE / QTY

# TECH CRAFT

# Bill of Lading

Date: 10/31/2008
Page: 1 of 1
Document Number: 8003869S
Incoterms: ZO8 Prepaid

**Techcraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203  Fax: (450) 622-3452
TPS/GST: R100455518 TVQ/PST: 1000764007
IMPORTER NO.:910201-05268

Ship to:
200206
CIRCUIT CITY # 567
1901 COOPER DRIVE
ARDMORE OK US
73401

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2178931 | 10028866 | 100164 | 11/07/2008 |
| | | COURIER CAN./U.S.LIAISON | |

**Special Instructions:** PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA
PLEASE SHIP TO ARRIVE ON FRIDAY NOVEMBER 7TH

| QTY | PRODUCT CODE DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|
| 17.00 | TV STAND SWH4024B BLACK | 6237880053 | 1.275 | | 79465 | 70 |
| | Customer Product Code: SWH4024B | | | | | |
| 18.00 | WOOD TV STAND PTV30B | 6237880345 | 1.242 | | 79465 | 70 |
| | Customer Product Code: PTV30B | | | | | |

Total Pallets: 3     Total Weight: 2.517     Total Cube:
Van Length: 76.000

TRAILER #

SEAL #

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY     DRIVER SIGNATURE / DATE / QTY     CONSIGNEE SIGNATURE / DATE / QTY

*handwritten:* Georgina Gaither     10/31/08

*handwritten:* Rec 354  11/4/08

*handwritten notes:* SEAL # 1434986 INTACT NOT SHOWN ON PAPERWORK  1 ASHBUY
The PTV30B The M30325...  Short 44  Doc 44

Sales document Edit Goto Extras Environment System Help

SAP

## Change Standard Order 10028856: Overview

Orders

| | | | |
|---|---|---|---|
| Standard Order | 10028856 | Net value | 3,801.36 USD |
| Sold-to party | 100008 | CIRCUIT CITY STORES INC. / 9950 MAYLAND DRIVE / RICHM_ | |
| Ship-to party | 200206 | CIRCUIT CITY # 567 / 1901 COOPER DRIVE / ARDMORE OK 7_ | |
| PO Number | 2178931 | PO date | 10/22/2008 |

Item overview

Req. deliv.date D 11/07/2008 Deliver.Plant

| Item | Material | Order quantity | Amount | Net price | Net value | SU | S | Description | Customer Material Num |
|---|---|---|---|---|---|---|---|---|---|
| 10 | SWH4024B | 17.00 | 150.00 | 141.00 | 2,397.00 | EA | | TV STAND BLACK | SWH4024B |
| 20 | PTV30B | 18.00 | 83.00 | 78.02 | 1,404.36 | EA | | WOOD TV STAND | PTV30B |

VA02 tcsapep1 INS

start Change Standard ... Novell GroupWise ... Document1 - Micr... 2:54 PM

![TECH CRAFT logo]

**TechCraft Manufacturing Inc**
1250 Degenais Ouest, Laval, QC H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518 TVQ/PST: 1000764007

**Invoice**

| | |
|---|---|
| **Date:** | 10/31/2008 |
| **Page:** | 1 of 1 |
| **Invoice:** | 90045493 |
| **Payment terms:** | NET 60 DAYS |
| **Incoterms:** | Z08 Prepaid |

**Sold to:**
100068
CIRCUIT CITY STORES INC.
9950  MAYLAND DRIVE
RICHMOND VA US
23233
Phone: 804-527-4000
Fax: 804-418-8268
**IRS # 54-0493-875**

**Ship to:**
200209
CIRCUIT CITY # 775
19925  INDEPENDENCE BOULEVARD
GROVELAND FL US
34736

| P/O NUMBER | S/O NUMBER | PACKING SLIP | SHIP DATE | CARRIER |
|---|---|---|---|---|
| 2178933 | 100228854 | 80038699 | 10/31/2008 | 100164  COURRIER CAN./U.S.LIAISON INC. |

**Notes:**

| LINE | QTY | PRODUCT CODE | DESCRIPTION | UNIT PRICE | | EXT. PRICE | |
|---|---|---|---|---|---|---|---|
| 1 | 15.00 | SWH4024B | TV STAND BLACK | $ | 150.00 | $ | 2,250.00 |
| | | | Customer Product Code: SWH4024B | | | | |
| | | | Dis. Prd. Disc % | 6.00- % | | $ | 135.00- |
| 2 | 14.00 | PTV30B | WOOD TV STAND | $ | 83.00 | $ | 1,162.00 |
| | | | Customer Product Code: PTV30B | | | | |
| | | | Dis. Prd. Disc % | 6.00- % | | $ | 69.72- |

**REMIT TO:  TECHCRAFT MANUFACTURING INC.**
P.O. BOX 55811, BOSTON, MA USA 02205-5811

| | TOTAL AMOUNT: | | CURRENCY: |
|---|---|---|---|
| | $   3,207.28 | | USD |

# TECH CRAFT

# Bill of Lading

| Date: | 10/31/2008 |
|---|---|
| Page: | 1 of 1 |
| Document Number: | 8003699 |
| Incoterms: | ZOB Prepaid |

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC H7L 5E3
Phone: (450) 622-2203  Fax: (450) 622-3452
TPS/GST: R100455518 TVQ/PST: 100076400764007

**IMPORTER NO.:910201-05268**

**Ship to:**
200209
CIRCUIT CITY # 775
19925 INDEPENDENCE BOULEVARD
GROVELAND FL US
34736

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 217893 | 1002854 | 100164 | 11/07/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions:** PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA
PLEASE SHIP TO ARRIVE ON FRIDAY NOVEMBER 7TH

| QTY | PRODUCT CODE DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|
| 15.00 | SWH4024B TV STAND BLACK | 6237880055333 | 1,125 | | 79465 | 70 |
| | Customer Product Code: SWH4024B | | | | | |
| 14.00 | PTV30B WOOD TV STAND | 6237880034547 | 966 | | 79465 | 70 |
| | Customer Product Code: PTV30B | | | | | |

| Van Length: 76.000 | Total Pallets: | Total Weight: 2,091 | Total Cube: |
|---|---|---|---|

| TRAILER# 5309 | SEAL # |
|---|---|

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

| SHIPPERS SIGNATURE / DATE / QTY | DRIVER SIGNATURE / DATE / QTY | CONSIGNEE SIGNATURE / DATE / QTY |
|---|---|---|

4 - 7-09; 1:03PM;Blakeley & Blakeley                    ;9492600613                    # 15/ 29



# Pro-Forma Invoice

**TechCraft Manufacturing Inc.**
1250 Dagenais Ouest, Laval, QC H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518 TVQ/PST: 1000764007

**Sold to:**
100068
CIRCUIT CITY STORES INC.
9950 MAYLAND DRIVE
RICHMOND VA US
23233
Phone: 804-527-4000
Fax: 804-418-8268
**IRS # 54-0493-875**

**Ship to:**
200209
CIRCUIT CITY # 775
19925  INDEPENDENCE BOULEVARD
GROVELAND FL US
34736

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2178933 | 1002885A | 1001 64 | 11/07/2008 |

COURRIER CAN./U.S. LIAISON

**Notes:**
PLEASE SHIP TO ARRIVE ON FRIDAY NOVEMBER 7TH
PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA

| QTY | PRODUCT CODE | DESCRIPTION | WEIGHT/LBS | CUBE | NET PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 15.00 | SWH4024B | TV STAND BLACK | 1,125 | 0.000 | 150.00 | 2,250.00 |
| | | HS CLASSIFICATION: 9403.60.80.00   COUNTRY OF ORIGIN: CN | | | | |
| | | Dis. Prd. Disc % | 6.00 | % | $ | 135.00- |
| 14.00 | PTV30B | WOOD TV STAND | 966 | 0.000 | 83.00 | 1,162.00 |
| | | HS CLASSIFICATION: 9403.60.80.00   COUNTRY OF ORIGIN: CN | | | | |
| | | Dis. Prd. Disc % | 6.00 | % | $ | 69.72- |

**Total Amount: USD$**    3,207.28

US CUSTOM CLEARANCE BY: *PBB - CAN US ACC# 859624
PRICES INCLUDE: Freight / Brokerage
**FREIGHT COST:** 0.00

**Date:**
10/31/2008
**Page:**
1 of 1
**Document Number:**
9501092l / 8003869
8003869
**Incoterms:**
Z08 Prepaid

PROFORMA PREPARED BY:   **SANDY MELO**   DATE: 10/31/2008   PHONE: 450.622.2203   FAX: 450.622.3452



TECH CRAFT

| | |
|---|---|
| **Date:** | 10/31/2008 |
| **Page:** | 1 of 1 |
| **Document Number:** | 80038699 |
| **Incoterms:** | Z08 Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC H7L 5E3
Phone: (450) 622-2203 Fax: (450) 622-3452
TPS/GST: R100455518 TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

**Ship to:**
200209
CIRCUIT CITY # 775
19925 INDEPENDENCE BOULEVARD
GROVELAND FL US
34736

1226637

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2178933 | 10028854 | 10016 | 11/07/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions: PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
PLEASE SHIP TO ARRIVE ON FRIDAY NOVEMBER 7TH

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 15.00 | SWH4024B | TV STAND BLACK | 623788005533 | 1,125 | | 79465 | 70 |
| Customer Product Code: SWH4024B | | | | | | | |
| 14.00 | PTV30B | WOOD TV STAND | 623788003454 | 966 | | 79465 | 70 |
| Customer Product Code: PTV30B | | | | | | | |

NOV 06 '08 05:24

Van Length: 76.000 Total Pallets: Total Weight: 2,091 Total Cube:

TRAILER # 5309

SEAL # 02058138 [initials]

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

| SHIPPERS SIGNATURE / DATE / QTY | DRIVER SIGNATURE / DATE / QTY | CONSIGNEE SIGNATURE / DATE / QTY |
|---|---|---|
| [signature] 11-03-08 | [signature] | 29 CTNS RECD<br>CC775 11-6-08<br>A. Merritt |

# Invoice

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518 TVQ/PST: 1000764007

**Sold to:**
100069
CIRCUIT CITY STORES INC.
9950 MAYLAND DRIVE
RICHMOND VA US
23233
Phone: 804-527-4000
Fax: 804-418-8268
IRS # 54-0493-875

**Ship to:**
200203
CIRCUIT CITY # 335
14301 MATTAWOMAN DRIVE
BRANDYWINE MD US
20613

| P/O NUMBER | S/O NUMBER | PACKING SLIP | SHIP DATE | CARRIER |
| --- | --- | --- | --- | --- |
| 217892B | 100228859 | 8003869A | 10/31/2008 | 100164 COURRIER CAN./U.S.LIAISON INC. |

**Notes:**

| LINE | QTY | PRODUCT CODE | DESCRIPTION | UNIT PRICE | EXT PRICE |
| --- | --- | --- | --- | --- | --- |
| 1 | 16.00 | SWH4024B | TV STAND BLACK | $ 150.00 | $ 2,400.00 |
| | | Customer Product Code: SWH4024B | | | |
| | | 6.00- % Dis. Prd. Disc % | | | $ -144.00 |
| 2 | 18.00 | PTV30B | WOOD TV STAND | $ 83.00 | $ 1,494.00 |
| | | Customer Product Code: PTV30B | | | |
| | | 6.00- % Dis. Prd. Disc % | | | $ -89.64 |

**Date:** 10/31/2008
**Page:** 1 of 1
**Invoice:** 9004556A
**Payment terms:** NET 60 DAYS
**Incoterms:** ZQ8 Prepaid

**REMIT TO: TECHCRAFT MANUFACTURING INC.**
**P.O. BOX 55811, BOSTON, MA USA 02205-5811**

| TOTAL | $ 3,660.36 |
| --- | --- |
| CURRENCY: | USD |



11-04-09



# Bill of Lading

| | |
|---|---|
| **Date:** | 10/31/2008 |
| **Page:** | 1 of 1 |
| **Document Number:** | 8003894 |
| **Incoterms:** | Z08 Prepaid |

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC H7L 5E3
Phone: (450) 622-2203  Fax: (450) 622-3452
TPS/GST: R100455518 TVQ/PST: 1000764007
**IMPORTER NO. 91020-05268**

**Ship to:**
200203
CIRCUIT CITY # 335
14301 MATTAWOMAN DRIVE
BRANDYWINE MD US
20613

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 217892B | 100285859 | 100164 COURRIER CAN./U.S. LIAISON | 11/07/2008 |

**Special Instructions:** PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA
*PLEASE SHIP TO ARRIVE ON FRIDAY NOVEMBER 7TH

| QTY | PRODUCT CODE DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|
| 16.00 | SWH4024B TV STAND BLACK | 6237880055533 | 1,200 | | 79465 | 70 |
| | Customer Product Code: SWH4024B | | | | | |
| 18.00 | PTV30B WOOD TV STAND | 6237880033454 | 1,242 | | 79465 | 70 |
| | Customer Product Code: PTV30B | | | | | |

| **TRAILER #** | 18166 | **SEAL #** | |
|---|---|---|---|

| Van Length: 100.000 | Total Pallets: | Total Weight: 2,442 | Total Cube: |
|---|---|---|---|

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY    DRIVER SIGNATURE / DATE / QTY    CONSIGNEE SIGNATURE / DATE / QTY