

# Pro-Forma Invoice

**TechCraft Manufacturing Inc**
1260 Dagenais Ouest, Laval, QC H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518 TVQ/PST: 1000764007

**Sold to:**
100060
CIRCUIT CITY STORES INC.
9950 MAYLAND DRIVE
RICHMOND VA US
23233
Phone: 804-527-4000
Fax: 804-418-8268
**IRS # 54-0493-875**

**Ship to:**
200203
CIRCUIT CITY # 335
14301 MATTAWOMAN DRIVE
BRANDYWINE MD US
20613

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 217892B | 1002885B | 100164 | 11/07/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Notes:**
PLEASE SHIP TO ARRIVE ON FRIDAY NOVEMBER 7TH
PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA

| QTY | PRODUCT CODE DESCRIPTION | WEIGHT/LBS | CUBE | NET PRICE | TOTAL |
|---|---|---|---|---|---|
| 16.00 | SWH4024B TV STAND BLACK | 1,200 | 0.000 | 150.00 | 2,400.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | | | |
| | COUNTRY OF ORIGIN: CN | | | | |
| | Dis. Prd. Disc % 6.00- % | | | $ | 144.00- |
| 18.00 | PTV30B WOOD TV STAND | 1,242 | 0.000 | 83.00 | 1,494.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | | | |
| | COUNTRY OF ORIGIN: CN | | | | |
| | Dis. Prd. Disc % 6.00- % | | | $ | -89.64 |

**US CUSTOM CLEARANCE BY:** *PBB - CAN US ACC# 859624
**PRICES INCLUDE:** Freight / Brokerage
**FREIGHT COST:** 0.00

**Total Amount:** USD$   3,660.36

PROFORMA PREPARED BY:   **SANDY MELO**   DATE:   PHONE:   FAX:
80x(hjgh)8   450.622.2203   450.622.3452

Incoterms:
ZOB Prepaid
Document Number:
9501090/ 8003894
Page:
1 of 1
Date:
10/31/2008

*(handwritten)* 11-04-09

# TECH CRAFT

# Bill of Lading

| | |
|---|---|
| **Date:** 10/31/2008 | **Incoterms:** |
| **Page:** 1 of 1 | Z08 Prepaid |
| **Document Number:** 80038694 | |

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC H7L 5E3
Phone: (450) 622-2203 Fax: (450) 622-3452
TPS/GST: R100455516 TVQ/PST: 1000764007
IMPORTER NO: 910201-05268

**Ship to:**
200203
CIRCUIT CITY # 335
14391 MATTAWOMAN DRIVE
BRANDYWINE MD US
20613

| SHIP DATE | CARRIER | S/O NUMBER | P/O NUMBER |
|---|---|---|---|
| 11/07/2008 | 100164 | 10028859 | 21789828 |

COI RRIER CAN./U.S LIAISON

**Special Instructions:** PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA

**PLEASE SHIP TO ARRIVE ON FRIDAY NOVEMBER 7TH**

| QTY | PRODUCT CODE DESCRIPTION | UPC CODE | WEIGHT/LBS | Ct BE | NMFC# | CLASS |
|---|---|---|---|---|---|---|
| 16.00 | TV STAND SWH424B BLACK Customer Product Code: SWH4024B | 623788005533 | 1,200 | | 79465 | 70 |
| 18.00 | WOOD TV STAND PTV30B Customer Product Code: PTV30B | 623788003454 | 1,242 | | 79465 | 70 |

*(stamp)* PIECES REC'D ___ DATE

Van Length: 100.000
Total Pallets:
Total Weight: 2,442
Total Cube:

TRAILER #

SEAL #

NOTE: Liability limitation for loss or damage in this shipment may be applicable.
DECLARATION VALUATION
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless red valuation states otherwise.
NOTICE OF CLAIM
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

| SHIPPERS SIGNATURE / DATE / QTY | DRIVER SIGNATURE / DATE / QTY | CONSIGN EE SIGNATURE / DATE / QTY |
|---|---|---|



# Invoice

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518 TVQ/PST: 1000764007

| | |
|---|---|
| **Date:** | 10/31/2008 |
| **Page:** | 1 of 1 |
| **Invoice:** | **9004562** |

**Payment terms:**
NET 60 DAYS
ZOB Prepaid

**Incoterms:**

*R- 163943*
*HEXUSLAN*

**Sold to:**
100068
CIRCUIT CITY STORES INC.
9950  MAYLAND DRIVE
RICHMOND VA US
23233
Phone: 804-527-4000
Fax: 804-418-8268
**IRS # 54-0493-875**

**Ship to:**
200203
CIRCUIT CITY # 335
14301  MATTAWOMAN DRIVE
BRANDYWINE MD US
20613

| P/O NUMBER | S/O NUMBER | PACKING SLIP | SHIP DATE | CARRIER |
|---|---|---|---|---|
| 2178904 | 1002883 | 8003870S | 10/31/2008 | 100164 COURRIER CAN./U.S.LIAISON INC. |

**Notes:**

| LINE | QTY | PRODUCT CODE | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | 232.00 | BTB5016 | METAL TV STAND | $   115.00 | $   26,680.00 |
| | | Customer Product Code: BTB5016 | | | |
| | | | Dis. Prd. Disc % | 6.00- % | $   -1,600.80- |

**REMIT TO: TECHCRAFT MANUFACTURING INC.**
**P.O. BOX 55811, BOSTON, MA USA 02205-5811**

| | | |
|---|---|---|
| **TOTAL AMOUNT:** | $  25,079.20 | |
| **CURRENCY:** | USD | |

80-40-11

# TECH CRAFT

# Bill of Lading

| | |
|---|---|
| **Date:** | 10/31/2008 |
| **Page:** | 1 of 1 |
| **Document Number:** | 8003870S |
| **Incoterms:** | Z08 Prepaid |

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC H7L 5E3
Phone: (450) 622-2203  Fax: (450) 622-3452
TPS/GST: R100455518 TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

**Ship to:**
200203
CIRCUIT CITY # 335
14301  MATTAWOMAN DRIVE
BRANDYWINE MD US
20613

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2178904 | 1002888S | 100164 | 11/07/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions:** PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA
PLEASE SHIP TO ARRIVE ON FRIDAY NOVEMBER 7TH

*R-7*

| QTY | PRODUCT CODE DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMF#C | CLASS |
|---|---|---|---|---|---|---|
| 232.00 | BTB5016  METAL TV | 6237880046 42 | 17,400 | 17,400 | 79465 | 70 |
| | STAND | | | | | |
| | Customer Product Code: BTB5016 | | | | | |

| Total Pallets: | 15 | Total Weight: | 17,400 | Total Cube: |
|---|---|---|---|---|

Van Length: 390.000

| TRAILER # | | SEAL # | |
|---|---|---|---|
| 526 | | | |

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.

**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.

**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

| SHIPPERS SIGNATURE / DATE / QTY | DRIVER SIGNATURE / DATE / QTY | CONSIGNEE SIGNATURE / DATE / QTY |
|---|---|---|
| | 13 pal | |



# Pro-Forma Invoice

**TechCraft Manufacturing Inc**
1250 Daganais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518 TVQ/PST: 1000764007

**Sold to:**
100068
CIRCUIT CITY STORES INC.
9950  MAYLAND DRIVE
RICHMOND VA US
23233
Phone: 804-527-4000
Fax: 804-418-8268
**IRS # 54-0493-875**

**Ship to:**
200203
CIRCUIT CITY # 335
14301  MATTAWOMAN DRIVE
BRANDYWINE MD US
20613

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2178904 | 1002883 | 100164 | 11/07/2008 |

COURRIER CAN./U.S.LIAISON

**Notes:**
PLEASE SHIP TO ARRIVE ON FRIDAY NOVEMBER 7TH
PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA

| QTY | PRODUCT CODE | DESCRIPTION | WEIGHT/LBS | CUBE | NET PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 232.00 | BT85016 | METAL TV STAND | 17,400 | 0.000 | 115.00 | 26,680.00 |

HS CLASSIFICATION: 9403.20.00.15
COUNTRY OF ORIGIN: CN

Dis. Prd. Disc %      6.00- %      $      1,600.80-

US CUSTOM CLEARANCE BY: * PBB - CAN US ACC# 859624
PRICES INCLUDE: Freight / Brokerage
**FREIGHT COST:** 0.00

**Total Amount:** USD$      25,079.20

**PROFORMA PREPARED BY:** **SANDY MELO**
DATE: (10/31/2008)
PHONE: 450.622.2203    FAX: 450.622.3452

**Date:** 10/31/2008
**Document Number:** 9501094 1 / 8003870 6
**Page:** 1 of 1
**Incoterms:** ZOB Prepaid



# TECH CRAFT

**Bill of Lading**

| | |
|---|---|
| Date: | 10/31/2008 |
| Page: | 1 of 1 |
| Document Number: | 8005705 |
| Incoterms: | 208 Prepaid |

**Techcraft Manufacturing Inc**
1250 Degenais Ouest, Laval, QC. H7L 5E3
Phone: (450) 622-2203  Fax: (450) 622-3452
TPS/GST: R100455518 TVQ/PST: 1000764007
**IMPORTER NO:910201-05268**

Ship to:
200203
CIRCUIT CITY # 335
14301  MATTAWOMAN DRIVE
BRANDYWINE MD US
20613

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 217890A | 1002888J | 100164 | 11/07/2008 |
| | | COURRIER CAN/U.S.LIAISON | |

**Special Instructions: PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
**PLEASE SHIP TO ARRIVE ON FRIDAY NOVEMBER 7TH**

| QTY. | PRODUCT CODE DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|
| 232.00 | BT8S016    METAL TV     STAND | C237/8000/6/12 | 17,400 | 79465 | 70 | |

Customer Product Code: BT8S016

PROBLEM PROD'
NAME  Afend
DATE  11-7-08
232

| Van Length: 390.000 | Total Pallets: 15 | Total Weight: 17,400 | Total Cube: |
|---|---|---|---|

TRAILER #

SEAL #

NOTE: Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

| SHIPPERS SIGNATURE / DATE / QTY | DRIVER SIGNATURE / DATE / QTY | CONSIGNEE SIGNATURE / DATE / QTY |
|---|---|---|

Sales document Edit Goto Extras Environment System Help

## Change Standard Order 10028883: Overview

Orders

| | | | |
|---|---|---|---|
| Standard Order | 10028883 | Net value | 44,443.20 USD |
| Sold-to party | 100060 | CIRCUIT CITY STORES INC. / 9950 MAYLAND DRIVE / RICHM... | |
| Ship-to party | 200203 | CIRCUIT CITY # 335 / 14301 MATTAWOMAN DRIVE / BRANDY... | |
| PO Number | 2178904 | PO date | 10/22/2008 |

Item overview

Req. deliv.date D 11/07/2008 Deliver.Plant

| Item | Material | Order quantity | Amount | Net price | Net value | SU | S | Description | Customer Material Num |
|---|---|---|---|---|---|---|---|---|---|
| 10 | BTB5016 | 232.00 | 115.00 | 108.10 | 25,079.20 | EA | | METAL TV STAND | BTB5016 |
| 20 | SWBL60 | 49.00 | 260.00 | 188.00 | 9,212.00 | EA | | WOOD TV STAND | SWBL60 |
| 30 | SWP48 | 72.00 | 150.00 | 141.00 | 10,152.00 | EA | | WOOD TV STAND | SWP48 |

VA02 tcsapep1 INS

start Change Standard ... Novell GroupWise ... Document1 - Micr... 2:55 PM

REMIT TO: TECHCRAFT MANUFACTURING INC.
P.O. BOX 55811, BOSTON, MA USA 02205-5811

| TOTAL AMOUNT: | $ 19,364.00 |
| CURRENCY: | USD |

| LINE | PRODUCT CODE | QTY | DESCRIPTION | UNIT PRICE | EXT. PRICE |
| --- | --- | --- | --- | --- | --- |
| 1 | SWBL60 | 49.00 | WOOD TV STAND | $ 200.00 | $ 9,800.00 |
| | Customer Product Code: SWBL60 | | | | |
| | | | Dis. Prd. Disc % | 6.00- % | $ -588.00 |
| 2 | SWP48 | 72.00 | WOOD TV STAND | $ 150.00 | $ 10,800.00 |
| | Customer Product Code: SWP48 | | | | |
| | | | Dis. Prd. Disc % | 6.00- % | $ -648.00 |

**Notes:**

| P/O NUMBER | S/O NUMBER | PACKING SLIP | SHIP DATE | CARRIER |
| --- | --- | --- | --- | --- |
| 2178904 | 1002888 3 | 8003870 10 | 10/31/2008 | 100164 COURRIER CAN./U.S.LIAISON INC. |

**Sold to:**
100068
CIRCUIT CITY STORES INC.
9950  MAYLAND DRIVE
RICHMOND VA US
23233
Phone: 804-527-4000
Fax: 804-418-8268
IRS # 54-0493-875

**Ship to:**
200203
CIRCUIT CITY # 335
14301  MATTAWOMAN DRIVE
BRANDYWINE MD US
20613

TechCraft Manufacturing Inc
1250 Degenais Ouest, Laval, QC H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518 TVQ/PST: 1000764007

# Invoice

*NRG*
*12-16394*

| Date: | 10/31/2008 |
| Page: | 1 of 1 |
| Invoice: | 9004563 |
| Payment terms: | NET 60 DAYS |
| Incoterms: | Z0B Prepaid |



TECH CRAFT



| | |
|---|---|
| **Date:** | 10/31/2008 |
| **Page:** | 1 of 1 |
| **Document Number:** | 80038710 |
| **Incoterms:** | Z08  Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203   Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

**Ship to:**
200203
CIRCUIT CITY # 335
14301  MATTAWOMAN DRIVE
BRANDYWINE MD US
20613

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2178904 | 10028883 | 100164 | 11/07/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions:  PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
PLEASE SHIP TO ARRIVE ON FRIDAY NOVEMBER 7TH

*R-1*

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 49.00 | SWBL60 | WOOD TV STAND | 623788004840 | 6,174 | | 79465 | 70 |
| Customer Product Code: SWBL60 | | | | | | | |
| 72.00 | SWP48 | WOOD TV STAND | 623788004116 | 6,984 | | 79465 | 70 |
| Customer Product Code: SWP48 | | | | | | | |

| Van Length: 254.000 | Total Pallets: 10 | Total Weight: 13,158 | Total Cube: |
|---|---|---|---|

**TRAILER #**   *10166*

**SEAL #**

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and  shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY       DRIVER SIGNATURE / DATE / QTY       CONSIGNEE SIGNATURE / DATE / QTY

*11-04-08*



**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

Date: 10/31/2008
Page: 1 of 1
Document Number:   95010939/ 80038710
Incoterms:   Z08 Prepaid

10

# Pro-Forma Invoice

| Sold to: | Ship to: |
|---|---|
| 100068 | 200203 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 335 |
| 9950  MAYLAND DRIVE | 14301  MATTAWOMAN DRIVE |
| RICHMOND VA US | BRANDYWINE MD US |
| 23233 | 20613 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| **IRS # 54-0493-875** | |

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2178904 | 10028883 | 100164 | 11/07/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Notes:**
PLEASE SHIP TO ARRIVE ON FRIDAY NOVEMBER 7TH
PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA

| QTY | PRODUCT CODE | DESCRIPTION | WEIGHT/LBS | CUBE | NET PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 49.00 | SWBL60 | WOOD TV STAND | 6,174 | 0.000 | 200.00 | 9,800.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ | 588.00- |
| 72.00 | SWP48 | WOOD TV STAND | 6,984 | 0.000 | 150.00 | 10,800.00 |
| | HS CLASSIFICATION: 9403.60.80.00 | | COUNTRY OF ORIGIN: CN | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $ | 648.00- |

| Total Amount: USD$ | 19,364.00 |
|---|---|

**US CUSTOM CLEARANCE BY:** *PBB - CAN US ACC# 859624
**PRICES INCLUDE:** Freight / Brokerage
**FREIGHT COST:**  0.00

PROFORMA PREPARED BY:   **SANDY MELO**

DATE:   10/31/2008
PHONE:   450.622.2203
FAX:   450.622.3452



| | | |
|---|---|---|
| **Date:** | | 10/31/2008 |
| **Page:** | | 1 of 1 |
| **Document Number:** | | 80038710 |
| **Incoterms:** | | Z08 Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203  Fax: (450) 622-3452
TPS/GST: R100455518 TVQ/PST: 1000764007
IMPORTER NO.:910201-05268

**Ship to:**
200203
CIRCUIT CITY # 335
14301  MATTAWOMAN DRIVE
BRANDYWINE MD US
20613

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2178904 | 10028883 | 100164 | 11/07/2008 |
| | | COURRIER CAN./U.S LIAISON | |

**Special Instructions:  PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
**PLEASE SHIP TO ARRIVE ON FRIDAY NOVEMBER 7TH**

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 49.00 | SWBL60 | WOOD TV STAND | 623768004840 | 6,174 | | 79465 | 70 |
| Customer Product Code: SWBL60 | | | | | | | |
| 72.00 | SWP48 | WOOD TV STAND | 623768004116 | 6,984 | | 79465 | 70 |
| Customer Product Code: SWP48 | | | | | | | |

| | Van Length: 254.000 | Total Pallets: | 10 | Total Weight: 13,158 | Total Cube: |
|---|---|---|---|---|---|
| **TRAILER #** | | | **SEAL #** | | |

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper. If applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY        DRIVER SIGNATURE / DATE / QTY        CONSIGNEE SIGNATURE / DATE / QTY

11-04-08





| Date: | 11/05/2008 |
| Page: | 1 of 1 |
| Invoice: | 90045776 |
| Payment terms: | |
| | NET 60 DAYS |
| Incoterms: | Z08 Prepaid |

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

# Invoice

| Sold to: | Ship to: |
| --- | --- |
| 100068 | 200206 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 567 |
| 9950   MAYLAND DRIVE | 1901   COOPER DRIVE |
| RICHMOND VA US | ARDMORE OK US |
| 23233 | 73401 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| **IRS # 54-0493-875** | |

| P/O NUMBER | S/O NUMBER | PACKING SLIP | SHIP DATE | CARRIER |
| --- | --- | --- | --- | --- |
| 2178907 | 10028880 | 80038691 | 11/05/2008 | 100164  COURRIER CAN./U.S.LIAISON INC. |

**Notes:**

| LINE | QTY | PRODUCT CODE | DESCRIPTION | UNIT PRICE | EXT. PRICE |
| --- | --- | --- | --- | --- | --- |
| 1 | 88.00 | BTB5016 | METAL TV STAND | $   115.00 | $   10,120.00 |
| Customer Product Code: BTB5016 | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $   607.20- |
| 2 | 20.00 | SWBL60 | WOOD TV STAND | $   200.00 | $   4,000.00 |
| Customer Product Code: SWBL60 | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $   240.00- |
| 3 | 39.00 | SWP48 | WOOD TV STAND | $   150.00 | $   5,850.00 |
| Customer Product Code: SWP48 | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $   351.00- |

**REMIT TO:  TECHCRAFT MANUFACTURING INC.**
**P.O. BOX 55811, BOSTON, MA USA 02205-5811**

| TOTAL AMOUNT: | $   18,771.80 |
| --- | --- |
| CURRENCY: | USD |



| | | Date: | 11/05/2008 |
| --- | --- | --- | --- |
| | | Page: | 1 of 1 |
| | | Document Number: | 80038691 |
| | | Incoterms: | Z08  Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203  Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

**Ship to:**
200206
CIRCUIT CITY # 567
1901  COOPER DRIVE
ARDMORE OK US
73401

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
| --- | --- | --- | --- |
| 2178907 | 10028880 | 100164 | 11/07/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions:  PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
PLEASE SHIP TO ARRIVE ON FRIDAY NOVEMBER 7TH

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 88.00 | BTB5016 | METAL TV STAND | 623788004642 | 6,600 | | 79465 | 70 |
| Customer Product Code: BTB5016 | | | | | | | |
| 20.00 | SWBL60 | WOOD TV STAND | 623788004840 | 2,520 | | 79465 | 70 |
| Customer Product Code: SWBL60 | | | | | | | |
| 39.00 | SWP48 | WOOD TV STAND | 623788004116 | 3,783 | | 79465 | 70 |
| Customer Product Code: SWP48 | | | | | | | |

| Van Length: 296.000 | Total Pallets: | 11 | Total Weight: 12,903 | Total Cube: |
| --- | --- | --- | --- | --- |

**TRAILER #**

**SEAL #**

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if
applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on
request, and to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY          DRIVER SIGNATURE / DATE / QTY          CONSIGNEE SIGNATURE / DATE / QTY

| Date 11/4/08 | Bill of Lading-Short Form-Not Negotiable | Page 1 of 1 |
|---|---|---|

**BOL NUMBER:** 80038691

Name: Techcraft C/O UPS Supply Chain Solutions
Address: 11991 Landon Drive
City/State/Zip: Mira Loma CA 91752
Phone: 951-749-3213

**Carrier Name:** CAN US
Trailer number:
Seal number:

Name:     CIRCUIT CITY 567
Address:     1901 COOPER DRIVE
City/State/Zip:     ARDMORE OK 73401

**Pro Number:**

Name:
Address:
City/State/Zip:
Phone:

Freight Charge Terms:(Freight charges are prepaid
unless marked otherwise)
Prepaid__X__   Collect:_____3rd Party_____
____Check: Master bill of lading with attached
underlying bills of lading

| Item Description | | Units | Weight | Pallet | Slip | Marks/Numbers |
|---|---|---|---|---|---|---|
| MODEL:     BTB5016 | | 88 | 6600 | (Y) | N | 10 PALLETS |
|     SWBL60 | | 20 | 2520 | Y | N | |
|     SWP48 | | 39 | 3783 | Y | N | |
| | | | | Y | N | |
| PO:  2178907 | | | | Y | N | |
| | | | | Y | N | |
| | | 147 | 12903 | Y | N | |

**Carrier Information**

| Handling Unit | | Package | | | | Commodity Description | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type PLT | Qty | Type Carton | WT. | HM (X) | Commodity Description Commodities require special or additional care or attention attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC NO. | CLASS |
| 10 | | 147 | | 12903 | | TV STANDS | 79465 | 70 |
| 10 | | 147 | | 12903 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing
the agreed or declared value of the property as follows:"The agreed or declared value of
property is specifically stated by the shipper to be not exceeding_____per_____

**COD Amount:** $_____
**Free Terms: Collect_Prepaid__**
**Customer check acceptable__**

Note Liability limitation for loss or damage in this shipment may be applicable.See 49 USC 14706(C)(1)(A)(B)

Received, subject to individual determined rates or contracts that have been agreed
upon in writing between the carrier and shipper, if applicable, otherwise to the rates
classifications and rules that have been established by the carrier and are available to
the shipper, on request, and to all applicable state and federal regulations

The carrier should not make delivery of this shipment
without payment of and all other lawful charges.

Shipper Signature: _John Keiser_ 11/4/08

Carrier Signature: _____ 11-4.08

| Date: 11/4/08 | Bill of Lading-Short Form-Not Negotiable | | Page 1 of 1 |
|---|---|---|---|

**BOL NUMBER:** 80036691

Name: Factron/l C/O UPS Supply Chain Solutions
Address: 11001 Landon Drive
City/State/Zip: Mira Loma, CA, 91752
Phone: 951-760-6213

Carrier Name: CAN US
Trailer number:
Seal number: *No SEAL log*
Pro Number:

Name: CIRCUIT CITY 967
Address: 2601 COOPER DRIVE
City/State/Zip: ARDMORE OK 73401

Name:
Address:
City/State/Zip:
Phone:

Freight Charge Terms: (Freight charges are prepaid unless marked otherwise)
Prepaid X    Collect    3rd Party
☐ Check Master bill of lading with attached underlying bills of lading.

| Item Description | Units | Weight | Pallet | Slip | Make/Numbers |
|---|---|---|---|---|---|
| MODEL - BTB5016 | 60 | 6600 | Y | N | 10 PALLETS |
| SWBL88 | 20 | 2020 | Y | N | |
| SWP40 | 37 | 3768 | Y | N | |
| PO: 2378507 | | | Y | N | CIRCUIT CITY |
| | | | Y | N | ARDMORE OK 73401 |
| | 147 | 12603 | Y | N | 08 NOV 7 7:00 |

Carrier Information

| Handling Unit | | Package | | | | | Commodity Description | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|---|
| Qty | Type PLT | Qty | Type Carton | WT. | HM (X) | | | NMFC NO. | CLASS |
| 10 | | 147 | | 12603 | | | TV STANDS | 79465 | 70 |
| 10 | | 147 | | 12603 | | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ___ per ___.

COD Amount: $
Fee Terms: Collect___ Prepaid___
Customer check acceptable

The carrier shall not make delivery of this shipment without payment of and all other lawful charges.

Shipper Signature: *Nelsy Reyes 11/4/08*

Carrier Signature:

Shipper Signature: *Benjamin Grffth 11-7-08*
*Dec 1478*



# TECH CRAFT

| | |
|---|---|
| Date: | 11/05/2008 |
| Page: | 1 of 1 |
| Invoice: | 90045777 |
| Payment terms: | NET 60 DAYS |
| Incoterms: | Z08 Prepaid |

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

# Invoice

| Sold to: | Ship to: |
|---|---|
| 100068 | 200208 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 755 |
| 9950  MAYLAND DRIVE | 1100   CIRCUIT CITY RD |
| RICHMOND VA US | MARION IL US |
| 23233 | 62959 |
| Phone: 804-527-4000 | |
| Fax: 804-418-8268 | |
| **IRS # 54-0493-875** | |

| P/O NUMBER | S/O NUMBER | PACKING SLIP | SHIP DATE | CARRIER |
|---|---|---|---|---|
| 2178908 | 10028879 | 80038692 | 11/05/2008 | 100164  COURRIER CAN./U.S.LIAISON INC. |

**Notes:**

| LINE | QTY | PRODUCT CODE | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | 192.00 | BTB5016 | METAL TV STAND | $  115.00 | $   22,080.00 |
| Customer Product Code: BTB5016 | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $    1,324.80- |
| 2 | 35.00 | SWBL60 | WOOD TV STAND | $  200.00 | $    7,000.00 |
| Customer Product Code: SWBL60 | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $      420.00- |
| 3 | 60.00 | SWP48 | WOOD TV STAND | $  150.00 | $    9,000.00 |
| Customer Product Code: SWP48 | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $      540.00- |

**REMIT TO:  TECHCRAFT MANUFACTURING INC.**
**P.O. BOX 55811, BOSTON, MA USA 02205-5811**

| | | |
|---|---|---|
| TOTAL AMOUNT: | $ | 35,795.20 |
| CURRENCY: | USD | |



| | | |
|---|---|---|
| | **Date:** | 11/05/2008 |
| | **Page:** | 1 of 1 |
| | **Document Number:** | 80038692 |
| | **Incoterms:** | Z08 Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203   Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
**IMPORTER NO.:910201-05268**

**Ship to:**
200208
CIRCUIT CITY # 755
1100   CIRCUIT CITY RD
MARION IL US
62959

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2178908 | 10028879 | 100164 | 11/07/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions:** PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA
PLEASE SHIP TO ARRIVE ON FRIDAY NOVEMBER 7TH

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 192.00 | BTB5016 | METAL TV STAND | 623788004642 | 14,400 | | 79465 | 70 |
| Customer Product Code: BTB5016 | | | | | | | |
| 35.00 | SWBL60 | WOOD TV STAND | 623788004840 | 4,410 | | 79465 | 70 |
| Customer Product Code: SWBL60 | | | | | | | |
| 60.00 | SWP48 | WOOD TV STAND | 623788004116 | 5,820 | | 79465 | 70 |
| Customer Product Code: SWP48 | | | | | | | |

| Van Length: 509.000 | Total Pallets: 19 | Total Weight: 24,630 | Total Cube: |
|---|---|---|---|

| TRAILER # | | SEAL # | |
|---|---|---|---|

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and  shipper, if
applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on
request, and to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY          DRIVER SIGNATURE / DATE / QTY          CONSIGNEE SIGNATURE / DATE / QTY

| Date  11/3/08 | Bill of Lading-Short Form-Not Negotiable | | | | Page 1 of  1 | |
|---|---|---|---|---|---|---|

Name: Techcraft C/O UPS Supply Chain Solutions
Address: 11991 Landon Drive
City/State/Zip:Mira Loma CA 91752
Phone: 951-749-3213

**BOL NUMBER:  80038692**

Name:      CIRCUIT CITY #755
Address:      1100 CIRCUIT CITY RD
City/State/Zip:  MARION IL 62959

Carrier Name:   CAN US
Trailer number:
Seal number:

Name:
Address:
City/State/Zip:
Phone:

Pro Number:

Freight Charge Terms:(Freight charges are prepaid
unless marked otherwise)
Prepaid   **X**      Collect:_____      3rd Party
___Check: Master bill of lading with attached
underlying bills of lading

| Item Description | | Units | Weight | Pallet | Slip | Marks/Numbers |
|---|---|---|---|---|---|---|
| MODEL:      BTB5016 | | 192 | 14400 | (Y) | N | 18 PALLETS |
| SWBL60 | | 35 | 4410 | Y | N | |
| SWP48 | | 60 | 5820 | Y | N | |
| | | | | Y | N | |
| PO:  2178908 | | | | Y | N | |
| | | | | Y | N | |
| | | 287 | 24630 | Y | N | |

### Carrier Information

| Handling Unit | | Package | | | | Commodity Description | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type PLT | Qty | Type Carton | WT. | HM (X) | Commodity Description Commodities require special or additional care or attention attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | NMFC NO. | CLASS |
| 18 | | 287 | | 24630 | | **TV STANDS** | 79465 | 70 |
| | | | | | | | | |
| 18 | | 287 | | 24630 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing
the agreed or declared value of the property as follows:"The agreed or declared value of
property is specifically stated by the shipper to be not exceeding_____per_____

COD Amount: $_____
Free Terms: Collect_Prepaid__
Customer check acceptable__

Note Liability limitation for loss or damage in this shipment may be applicable.See 49 USC 14706(C)(1)(A)(B)

Received, subject to individual determined rates or contracts that have been agreed
upon in writing between the carrier and shipper, if applicable, otherwise to the rates
classifications and rules that have been established by the carrier and are available to
the shipper, on request, and to all applicable state and federal regulations

The carrier should not make delivery of this shipment
without payment of and all other lawful charges.

Shipper Signature: _Nelys Reyes_ 11/4/08

Carrier Signature: _____

| Date   11/3/08 | Bill of Lading-Short Form-Not Negotiable | Page 1 of |
|---|---|---|

Name: Techcraft C/O UPS Supply Chain Solutions
Address: 11991 Landon Drive
City/State/Zip: Mira Loma CA 91752
Phone: 951-749-3219

BOL NUMBER:   80036692

Name:   CIRCUIT CITY #755
Address:   1100 CIRCUIT CITY RD
City/State/Zip:   MARION IL 62959

Carrier Name:   CAN US
Trailer number:
Seal number:   NO Scal PE

Name:
Address:
City/State/Zip:
Phone:

Pro Number:

Freight Charge Terms:(Freight charges are prepaid unless marked otherwise)
Prepaid   X       Collect: _____   3rd Party
____ Check: Master bill of lading with attached underlying bills of lading

| Item Description | | Units | Weight | Pallet | Slip | Marks/Numbers |
|---|---|---|---|---|---|---|
| MODEL: | BTB5018 | 192 | 14400 | (Y) | N | 18 PALLETS |
| | SWBL60 | 35 | 4410 | Y | N | |
| | SWP48 | 60 | 5820 | Y | N | |
| | | | | Y | N | |
| PO:  2178008 | | | | Y | N | |
| | | | | Y | N | |
| | | 287 | 24630 | Y | N | |

**Carrier Information**

| Handling Unit | | Package | | | | Commodity Description | | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|---|
| Qty | Type PLT | Qty | Type Carton | WT. | HM (X) | Commodity Description Commodities require special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | | NMFC NO. | CLASS |
| 18 | | 287 | | 24630 | | TV STANDS | | 79466 | 70 |
| | | | | | | | | | |
| 18 | | 287 | | 24630 | | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: The agreed or declared value of property is specifically stated by the shipper to be not exceeding _____ per _____

Note Liability limitation for loss or damage in this shipment may be applicable See 49 USC 14706(C)(1)(A)(B)

Received, subject to individual determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

COD Amount: $ _____
Free Terms: Collect_Prepaid _
Customer check acceptable _

The carrier should not make delivery of this shipment without payment of and all other lawful charges.

Shipper Signature: _Nohn Peyia_ 11/4/08

Carrier Signature:

F. EC'D BY: _Saul Kassay_

NUMBER OF CARTONS 287
DATE: 11-7-08
CIRCUIT CITY



# TECH CRAFT

|  |  |
|---|---|
| Date: | 11/07/2008 |
| Page: | 1 of 1 |
| Invoice: | 90045939 |
| Payment terms: |  |
|  | NET 60 DAYS |
| Incoterms: | Z08 Prepaid |

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

# Invoice

| Sold to: | Ship to: |
|---|---|
| 100068 | 200204 |
| CIRCUIT CITY STORES INC. | CIRCUIT CITY # 344 |
| 9950  MAYLAND DRIVE | 400   LONGFELLOW COURT SUITE A |
| RICHMOND VA US | LIVERMORE CA US |
| 23233 | 94550 |
| Phone: 804-527-4000 |  |
| Fax: 804-418-8268 |  |
| IRS # 54-0493-875 |  |

| P/O NUMBER | S/O NUMBER | PACKING SLIP | SHIP DATE | CARRIER |
|---|---|---|---|---|
| 2178905 | 10028882 | 80038689 | 11/07/2008 | 100164  COURRIER CAN./U.S.LIAISON INC. |

**Notes:**

| LINE | QTY | PRODUCT CODE | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | 85.00 | BTB5016 | METAL TV STAND | $   115.00 | $    9,775.00 |
| Customer Product Code: BTB5016 |  |  |  |  |  |
|  |  | Dis. Prd. Disc % | 6.00- % |  | $      586.50- |
| 2 | 15.00 | SWBL60 | WOOD TV STAND | $   200.00 | $    3,000.00 |
| Customer Product Code: SWBL60 |  |  |  |  |  |
|  |  | Dis. Prd. Disc % | 6.00- % |  | $      180.00- |
| 3 | 21.00 | SWP48 | WOOD TV STAND | $   150.00 | $    3,150.00 |
| Customer Product Code: SWP48 |  |  |  |  |  |
|  |  | Dis. Prd. Disc % | 6.00- % |  | $      189.00- |

**REMIT TO:  TECHCRAFT MANUFACTURING INC.**
**P.O. BOX 55811, BOSTON, MA USA 02205-5811**

| TOTAL AMOUNT: | $   14,969.50 |
|---|---|
| CURRENCY: | USD |



Date: 11/07/2008
**Page:** 1 of 1
**Document Number:** 80038689
**Incoterms:** Z08 Prepaid

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203  Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
IMPORTER NO.:910201-05268

**Ship to:**
200204
CIRCUIT CITY # 344
400   LONGFELLOW COURT SUITE A
LIVERMORE CA US
94550

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2178905 | 10028882 | 100164 | 11/07/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions: PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA**
PLEASE SHIP TO ARRIVE ON FRIDAY NOVEMBER 7TH

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 85.00 | BTB5016 | METAL TV STAND | 623788004642 | 6,375 | | 79465 | 70 |
| Customer Product Code: BTB5016 | | | | | | | |
| 15.00 | SWBL60 | WOOD TV STAND | 623788004840 | 1,890 | | 79465 | 70 |
| Customer Product Code: SWBL60 | | | | | | | |
| 21.00 | SWP48 | WOOD TV STAND | 623788004116 | 2,037 | | 79465 | 70 |
| Customer Product Code: SWP48 | | | | | | | |

| Van Length: 239.000 | Total Pallets: 9 | Total Weight: 10,302 | Total Cube: |
|---|---|---|---|

| TRAILER # | SEAL # |
|---|---|

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and  shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY          DRIVER SIGNATURE / DATE / QTY          CONSIGNEE SIGNATURE / DATE / QTY

| Date  11/6/08 | Bill of Lading-Short Form-Not Negotiable | Page 1 of |
|---|---|---|

**BOL NUMBER:  80038689**

Name: Techcraft C/O UPS Supply Chain Solutions
Address: 11991 Landon Drive
City/State/Zip:Mira Loma CA 91752
Phone: 951-749-3213

Carrier Name:  CAN US
Trailer number:
Seal number:

Name:           CIRCUIT CITY 344
Address:        400 LONGFELLOW COURT SUITE A
City/State/Zip:  LIVERMORE CA 94550

Pro Number:

Name:
Address:
City/State/Zip:
Phone:

Freight Charge Terms:(Freight charges are prepaid unless marked otherwise)
Prepaid  **X**      Collect:_____3rd Party_____
___ Check: Master bill of lading with attached underlying bills of lading

| Item Description | | Units | Weight | Pallet | Slip | Marks/Numbers |
|---|---|---|---|---|---|---|
| MODEL: | BTB5016 | 85 | 6375 | (Y) | N | 8 PALLETS |
| | SWBL60 | 15 | 1890 | Y | N | |
| | SWP48 | 21 | 2037 | Y | N | |
| | | | | Y | N | |
| PO: 2178905 | | | | Y | N | |
| | | | | Y | N | |
| | | 121 | 10302 | Y | N | |

| Carrier Information | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| Handling Unit | | Package | | | | Commodity Description | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type PLT | Qty | Type Carton | WT. | HM (X) | Commodity Description Commodities require special or additional care or attention attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | NMFC NO. | CLASS |
| 8 | | 121 | | 10302 | | TV STANDS | 79465 | 70 |
| | | | | | | | | |
| | | | | | | | | |
| 8 | | 121 | | 10302 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: The agreed or declared value of property is specifically stated by the shipper to be not exceeding_____per_____

COD Amount: $
Free Terms: Collect_Prepaid__
Customer check acceptable__

Note Liability limitation for loss or damage in this shipment may be applicable.See 49 USC 14706(C)(1)(A)(B)

Received, subject to individual determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations

The carrier should not make delivery of this shipment without payment of and all other lawful charges.

Shipper Signature: *Nolys Reyer  11/6/08*

SLC

Carrier Signature: *Carlos A. Conmig Ah*

178711   PAGE  03/04

| Date: 11/6/08 | Bill of Lading-Short Form-Not Negotiable | | Page 1 of 1 |
|---|---|---|---|

**BOL NUMBER:** 80035689

Name: Techcraft C/O UPS Supply Chain Solutions
Address: 11991 Landon Drive
City/State/Zip: Mira Loma CA 91752
Phone: 951-749-3213

Name: CIRCUIT CITY 344
Address:     400 LONGFELLOW COURT SUITE A
City/State/Zip: LIVERMORE CA 94550

**Carrier Name:** CAN US
**Trailer number:** 2148
**Seal number:** 0229622 · 0L9E24

Name:
Address:
City/State/Zip:
Phone:

**Pro Number:**

**Freight Charge Terms:(Freight charges are prepaid
unless marked otherwise)
Prepaid  X    Collect       3rd Party**
____Check Master bill of lading with attached
underlying bills of lading.

| Item Description | Units | Weight | Pallet | Slip | Marks/Numbers |
|---|---|---|---|---|---|
| MODEL:   BTB5016 | 85 | 6375 | (Y) | N | 0 PALLETS |
| SWBL60 | 15 | 1890 | Y | N | |
| SWP48 | 21 | 2037 | Y | N | |
| | | | Y | N | |
| PO:  2178905 | | | Y | N | |
| | | | Y | N | |
| | 121 | 10302 | Y | N | |

**Carrier Information**

SLC

| Handling Unit | | Package | | | | Commodity Description | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type PLT | Qty | Type Carton | WT. | HM (X) | Commodity Description Commodities require special or additional care or attention attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC NO. | CLASS |
| 8 | | 121 | | 10302 | | TV STANDS | 79485 | 70 |
| | | RCC | | | | Dilip Raj R. KAUR | | |
| 8 | | 121 | | 10302 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: The agreed or declared value of property is specifically stated by the shipper to be not exceeding _____ per _____.

**COD Amount: $_____**
**Free Terms: Collect_Prepaid__**
**Customer check acceptable**

Note Liability limitation for loss or damage in this shipment may be applicable. See 49 USC 14706(C)(1)(A)(B)

Received, subject to individual determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier should not make delivery of this shipment without payment of and all other lawful charges.

**Shipper Signature:** _Nancy Reyes_ 11/6/08

**Carrier Signature:** _Robert Kreyel_

SEAL # 0229622 · 0229624 SLC
CHANGE ON SITE Oceano

C & A TRUCKING
6030           TARIFF 32302



# TECH CRAFT

| | |
|---|---|
| Date: | 11/07/2008 |
| Page: | 1 of 1 |
| Invoice: | 90045940 |
| Payment terms: | |
| | NET 60 DAYS |
| Incoterms: | Z08 Prepaid |

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Toll free: (888) 476-8896, Laval: (450) 622-2203
Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007

# Invoice

**Sold to:**
100068
CIRCUIT CITY STORES INC.
9950  MAYLAND DRIVE
RICHMOND VA US
23233
Phone: 804-527-4000
Fax: 804-418-8268
**IRS # 54-0493-875**

**Ship to:**
200205
CIRCUIT CITY # 353
680   S. LEMON AVENUE
WALNUT CA US
91789

| P/O NUMBER | S/O NUMBER | PACKING SLIP | SHIP DATE | CARRIER |
|---|---|---|---|---|
| 2178906 | 10028881 | 80038690 | 11/07/2008 | 100164  COURRIER CAN./U.S.LIAISON INC. |

**Notes:**

| LINE | QTY | PRODUCT CODE | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | 92.00 | BTB5016 | METAL TV STAND | $   115.00 | $    10,580.00 |
| Customer Product Code: BTB5016 | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $        634.80- |
| 2 | 21.00 | SWBL60 | WOOD TV STAND | $   200.00 | $     4,200.00 |
| Customer Product Code: SWBL60 | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $        252.00- |
| 3 | 25.00 | SWP48 | WOOD TV STAND | $   150.00 | $     3,750.00 |
| Customer Product Code: SWP48 | | | | | |
| | | Dis. Prd. Disc % | 6.00- % | | $        225.00- |

REMIT TO:  TECHCRAFT MANUFACTURING INC.
P.O. BOX 55811, BOSTON, MA USA 02205-5811

| | |
|---|---|
| TOTAL AMOUNT: | $   17,418.20 |
| CURRENCY: | USD |



| | |
|---|---|
| Date | 11/07/2008 |
| Page: | 1 of 1 |
| Document Number: | 80038690 |
| Incoterms: | Z08 Prepaid |

# Bill of Lading

**TechCraft Manufacturing Inc**
1250 Dagenais Ouest, Laval, QC  H7L 5E3
Phone: (450) 622-2203  Fax: (450) 622-3452
TPS/GST: R100455518  TVQ/PST: 1000764007
IMPORTER NO.:910201-05268

**Ship to:**
200205
CIRCUIT CITY # 353
680  S. LEMON AVENUE
WALNUT CA US
91789

| P/O NUMBER | S/O NUMBER | CARRIER | SHIP DATE |
|---|---|---|---|
| 2178906 | 10028881 | 100164 | 11/07/2008 |
| | | COURRIER CAN./U.S.LIAISON | |

**Special Instructions:** PRODUCT DOES NOT CONTAIN ANY WOODEN PALLETS FROM CHINA
PLEASE SHIP TO ARRIVE ON FRIDAY NOVEMBER 7TH

| QTY | PRODUCT CODE | DESCRIPTION | UPC CODE | WEIGHT/LBS | CUBE | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|
| 92.00 | BTB5016 | METAL TV STAND | 623788004642 | 6,900 | | 79465 | 70 |
| Customer Product Code: BTB5016 | | | | | | | |
| 21.00 | SWBL60 | WOOD TV STAND | 623788004840 | 2,646 | | 79465 | 70 |
| Customer Product Code: SWBL60 | | | | | | | |
| 25.00 | SWP48 | WOOD TV STAND | 623788004116 | 2,425 | | 79465 | 70 |
| Customer Product Code: SWP48 | | | | | | | |

| Van Length: 270.000 | Total Pallets: | 10 | Total Weight: 11,971 | Total Cube: |
|---|---|---|---|---|

| TRAILER # | | SEAL # | |
|---|---|---|---|

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable.
**DECLARATION VALUATION**
Maximum liability of $2.00 per pound (or $4.41 per kg), computed on the total weight of the shipment unless declared valuation states otherwise.
**NOTICE OF CLAIM**
Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

SHIPPERS SIGNATURE / DATE / QTY        DRIVER SIGNATURE / DATE / QTY        CONSIGNEE SIGNATURE / DATE / QTY

| Date   11/6/08 | Bill of Lading-Short Form-Not Negotiable | | | | | | Page 1 of |
|---|---|---|---|---|---|---|---|

**BOL NUMBER:  80038690**

Name: Techcraft C/O UPS Supply Chain Solutions
Address: 11991 Landon Drive
City/State/Zip:Mira Loma CA 91752
Phone: 951-749-3213

**Carrier Name:   CAN US**
Trailer number:
Seal number:

Name:       CIRCUIT CITY #353
Address:    680 S LEMON AVENUE
City/State/Zip:  WALNUT CA 91789

**Pro Number:**

Name:
Address:
City/State/Zip:
Phone:

**Pro Number:**

Freight Charge Terms:(Freight charges are prepaid
unless marked otherwise)
Prepaid   **X**   Collect:_____   3rd Party_____
____Check: Master bill of lading with attached
underlying bills of lading

| Item Description | | Units | Weight | Pallet | Slip | Marks/Numbers |
|---|---|---|---|---|---|---|
| MODEL: | BTB5016 | 92 | 6900 | (Y) | N | 9 PALLETS |
|  | SWBL60 | 21 | 2646 | Y | N | |
|  | SWP48 | 25 | 2425 | Y | N | |
|  |  |  |  | Y | N | |
| PO: | 2178906 |  |  | Y | N | |
|  |  |  |  | Y | N | |
|  |  |  |  | Y | N | |
|  |  | 138 | 11971 | Y | N | |

**Carrier Information**

| Handling Unit | | Package | | | | Commodity Description | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type PLT | Qty | Type Carton | WT. | HM (X) | Commodity Description  Commodities require special or additional care or attention  attention in handling or stowing must be so marked and packaged as to ensure safe  transportation with ordinary care. See Section 2(e) of NMFC item 360 | NMFC NO. | CLASS |
| 9 | | 138 | | 11971 | | TV STANDS | 79465 | 70 |
|  | | | | | | | | |
| 9 | | 138 | | 11971 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing
the agreed or declared value of the property as follows:"The agreed or declared value of
property is specifically stated by the shipper to be not exceeding_____per_____

COD Amount: $_____
Free Terms: Collect_Prepaid__
Customer check acceptable_

Note Liability limitation for loss or damage in this shipment may be applicable.See 49 USC 14706(C)(1)(A)(B)

Received, subject to individual determined rates or contracts that have been agreed
upon in writing between the carrier and shipper, if applicable, otherwise to the rates
classifications and rules that have been established by the carrier and are available to
the shipper, on request, and to all applicable state and federal regulations

The carrier should not make delivery of this shipment
without payment of and all other lawful charges.

Shipper Signature: _____ 11/6/08

Carrier Signature: _____ 11/6/08

**Bill of Lading Short Form-Not Negotiable**

Page 1 of 1

| | |
|---|---|
| Name: Techcraft C/O UPS Supply Chain Solutions<br>Address: 11991 Landon Drive<br>City/State/Zip: Mira Loma CA 91752<br>Phone: 951-749-3213 | BOL NUMBER: 80038690 |
| Name:   CIRCUIT CITY #353<br>Address:   680 S LEMON AVENUE<br>City/State/Zip: WALNUT CA 91789 | Carrier Name:  CAN US<br>Trailer number: 1713<br>Seal number: |
| Name:<br>Address:<br>City/State/Zip:<br>Phone: | Pro Number:<br><br>Door#: __P11__<br>Trailer#: __1918__<br>Seal#: __N/S__ |

Freight Charge Terms: (Freight charges are prepaid unless marked otherwise)
Prepaid __X__    Collect: _____  3rd Party
__ Check: Master bill of lading with attached underlying bills of lading

| Item Description | | Units | Weight | Pallet | Slip | Marks/Numbers |
|---|---|---|---|---|---|---|
| MODEL: | BTB5016 | 92 | 6900 | (Y) | N | 9 PALLETS |
| | SWBL60 | 21 | 2646 | Y | N | |
| | SWP48 | 25 | 2425 | Y | N | |
| PO:  2178906 | | | | Y | N | |
| | | | | Y | N | |
| | | 138 | 11971 | Y | N | |

**Carrier Information**

| Handling Unit | | Package | | | | Commodity Description | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type PLT | Qty | Type Carton | WT. | HM (X) | Commodity Description Commodities require special or additional care or attention attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | NMFC NO. | CLASS |
| 9 | | 138 | | 11971 | | | | |
| | | | | | | **TV STANDS** | 79465 | 70 |
| 9 | | 138 | | 11971 | | | | |

DAVID ENGERTH   11/7/08  7:15  138 Cartons

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of property is specifically stated by the shipper to be not exceeding_____ per_____
Note Liability limitation for loss or damage in this shipment may be applicable. See 49 USC 14706(C)(1)(A)(B)
Received, subject to individual determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

COD Amount: $_____
Free Terms: Collect_Prepaid__
Customer check acceptable

The carrier should not make delivery of this shipment without payment of and all other lawful charges.

Shipper Signature: _Holzkeifer_ 11/6/08

Carrier Signature: _____ 11/6/08

