-------------------------------------------

# EXHIBIT 3

-------------------------------------------

**JNTADMN, Appeal**

# U.S. Bankruptcy Court
## Eastern District of Virginia (Richmond)
## Bankruptcy Petition #: 08-35653-KRH

*Date filed:* 11/10/2008

*Assigned to:* Kevin R. Huennekens
Chapter 11
Voluntary
Asset

Show Associated Cases

| | |
|---|---|
| *Debtor* | represented **Daniel F. Blanks** |
| **Circuit City Stores, Inc.** | by McGuireWoods LLP |
| 9950 Mayland Drive | 9000 World Trade Center, 101 W. Main St. |
| Richmond, VA 23233 | Norfolk, VA 23510 |
| Tax ID / EIN: 54-0493875 | 757-640-3774 |
| | Fax : 757-640-3963 |
| | Email: dblanks@mcguirewoods.com |
| | |
| | **Dion W. Hayes** |
| | McGuireWoods LLP |
| | One James Center, 901 E. Cary St. |
| | Richmond, VA 23219 |
| | 804-775-1144 |
| | Email: dhayes@mcguirewoods.com |
| | |
| | **Douglas M. Foley** |
| | McGuireWoods LLP |
| | 9000 World Trade Center, 101 W. Main St. |
| | Norfolk, VA 23510 |
| | (757) 640-3715 |
| | Fax : (757) 640-3957 |
| | Email: |

dfoley@mcguirewoods.com

**Gregg M. Galardi**
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899
(302) 651-3000

**Ian S. Fredericks**
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899
(302)651-3000

**Joseph S. Sheerin**
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
(804) 775-1135
Email:
jsheerin@mcguirewoods.com

**Sarah Beckett Boehm**
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA 23219
(804) 775-1000
Email:
sboehm@mcguirewoods.com

*Debtor Designee*
**Bruce H. Besanko**
9950 Mayland Drive
Richmond, VA 23233

*U.S. Trustee*                                represented    **Robert B. Van Arsdale**
**W. Clarkson McDow, Jr.**                    by            Office of the U. S. Trustee
Office of the U. S. Trustee                                 701 East Broad Street, Suite 4304
701 E. Broad St., Suite 4304                                Richmond, VA 23219
Richmond, VA 23219                                          804-771-2310
804-771-2310                                                Fax : 804-771-2330
                                                            Email:

|  |  |  |
|---|---|---|
|  |  | Robert.B.Van.Arsdale@usdoj.gov |
| *Creditor Committee*<br>**Official Committee of Unsecured Creditors,** *Official Committee of Unsecured Creditors* | represented by | **Alan J. Kornfeld** |
|  |  | **Brad R. Godshall**<br>Pachulski Stang Ziehl & Jones, LLP<br>10100 Santa Monica blvd, 11th Floor<br>Los Angeles, CA 90067-4100<br>310-277-6910<br>Email: bgodshall@pszjlaw.com |
|  |  | **Gillian N. Brown** |
|  |  | **Jeffrey N. Pomerantz**<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., Suite 1100<br>Los Angeles, CA 90067<br>(310) 277-6910<br>Email: jpomerantz@pszjlaw.com |
|  |  | **John M. Brom**<br>Querrey & Harrow, Ltd. |
|  |  | **John D. Fiero**<br>Pachulski Stang Ziehl & Jones LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 9411-4500<br>(415) 263-7000<br>Email: jfiero@pszjlaw.com |
|  |  | **John A. Morris** |
|  |  | **Lynn L. Tavenner**<br>Tavenner & Beran, PLC<br>20 North Eighth Street, Second Floor<br>Richmond, VA 23219<br>(804) 783-8300<br>Fax : 804-783-0178<br>Email: ltavenner@tb-lawfirm.com |

**Paula S. Beran**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
804-783-8300
Fax : 804-783-0178
Email: pberan@tb-lawfirm.com

**Robert J. Feinstein**
Pachulski Stang Ziehl & Jones LLP
780 Third Ave. 36th Floor
New York, NY 10017
(212) 561-7710
Email: rfeinstein@pszjlaw.com

*Court Reporter*
**Crane-Snead & Associates, Inc.**
4914 Fitzhugh Ave, Ste 203
Richmond, VA 23230-3435
804-355-4335
Tax ID / EIN: 54-1028629

*Court Reporter*
**J&J Court Transcribers, Inc.**
268 Evergreen Avenue
Hamilton, NJ 08619
609-586-2311
Tax ID / EIN: 22-3042692

| Filing Date | # | Docket Text |
|---|---|---|
| 11/10/2008 | 1 | Voluntary Petition Under Chapter 11 Filed by Dion W. Hayes of McGuireWoods LLP on behalf of Circuit City Stores, Inc.. (Hayes, Dion) |
| 11/10/2008 | 2 | U.S. Treasury receipt of Voluntary Petition Under Chapter 11(08-35653) [misc,824] (1039.00) filing fee. Receipt number 7391762, amount $1039.00. (U.S. Treasury) |
| 11/10/2008 | 3 | Motion for Joint Administration with 08-35654, 08-35655, |

|  |  |  |
|---|---|---|
|  |  | 08-35656, 08-35657, 08-35658, 08-35659, 08-35660, 08-35661, 08-35662, 08-35663, 08-35664, 08-35665, 08-35666, 08-35667, 08-35668, 08-35669, 08-35670 *Motion of Debtors for Order Directing Joint Administration Pursuant to Bankruptcy Code Section 302 and Bankruptcy Rule 1015(b) and Waiving Requirements of Bankruptcy Code Sections 105 and 342(c)(1) and Rules 1005 and 2002(n)* filed by Douglas M. Foley of McGuireWoods LLP on behalf of Circuit City Stores, Inc.. (Foley, Douglas) |
| 11/10/2008 | [4](#) | Motion to Authorize *(Motion of the Debtors, Pursuant to 11 U.S.C. Sections 105(a), 342(a) and 521, Fed. R. Bankr. P. 1007 and Local Bankruptcy Rule 1007-1, for Authority to (A) Prepare a List of Creditors in Lieu of Submitting a Formatted Mailing Matrix and (B) File a Consolidated List of the Debtors' Fifty (50) Largest Unsecured Creditors)* filed by Dion W. Hayes of McGuireWoods LLP on behalf of Circuit City Stores, Inc.. (Hayes, Dion) |
| 11/10/2008 | [5](#) | Motion to Authorize *Establishing Certain Notice, Case Management, and Administrative Procedures* filed by Daniel F. Blanks of McGuireWoods LLP on behalf of Circuit City Stores, Inc.. (Blanks, Daniel) |
| 11/10/2008 | [6](#) | Motion to Authorize -- *Debtors' Motion For Order Pursuant to Bankruptcy Code Sections 105(A), 363, 507(A), 541, 1107(A) and 1108 and Bankruptcy Rule 6003 Authorizing Debtors to Pay Prepetition Wages, Compensation, and Employee Benefits* filed by Daniel F. Blanks of McGuireWoods LLP on behalf of Circuit City Stores, Inc.. (Blanks, Daniel) |
| 11/10/2008 | [7](#) | Motion to Authorize -- *Motion of the Debtors for Order Pursuant to Bankruptcy Code Sections 105(A), 506(A), 507(A)(8), 541, and 1129 and Bankruptcy Rule 6003 Authorizing the Debtors to Pay Prepetition Sales, Use, Trust Fund and Other Taxes and Related Obligations* filed by Daniel F. Blanks of McGuireWoods LLP on behalf of Circuit City Stores, Inc.. (Blanks, Daniel) |
| 11/10/2008 | [8](#) | Motion to Authorize -- *Motion of Debtors for Order Under Bankruptcy Code Sections 105(A), 363, and 366, and Bankruptcy Rule 6003 (I) Approving Debtors' Adequate Assurance of Payment, (II) Establishing Procedures for* |

|  |  |  |
|---|---|---|
|  |  | *Resolving Requests by Utility Companies for Additional Assurance Of Payment, (III) Scheduling a Hearing with Respect to Contested Adequate Assurance of Payment Requests, and (IV) Authorizing Debtors to Pay Claims of a Third Party Vendor* filed by Daniel F. Blanks of McGuireWoods LLP on behalf of Circuit City Stores, Inc.. (Blanks, Daniel) |
| 11/10/2008 | 9 | Motion to Authorize -- *Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(A), 363, 506, 507(A), 553, 1107(A), 1108 and 1129(B) and Bankruptcy Rule 6003 Authorizing Continuation of Certain Customer Practices* filed by Daniel F. Blanks of McGuireWoods LLP on behalf of Circuit City Stores, Inc.. (Blanks, Daniel) |
| 11/10/2008 | 10 | Motion to Authorize -- *Debtors' Motion For Order Pursuant to Bankruptcy Code Sections 105, 362(B), 363, 503(B), 506, 546(B), 1107(A) and 1108 and Bankruptcy Rule 6003 Authorizing Payment of Certain Prepetition Shipping and Delivery Charges* filed by Daniel F. Blanks of McGuireWoods LLP on behalf of Circuit City Stores, Inc.. (Blanks, Daniel) |
| 11/10/2008 | 11 | Motion to Authorize -- *Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(A), 362(B), 506, 546(B), 1107(A), 1108 and 1129 And Bankruptcy Rule 6003 Authorizing Payment of Contractors in Satisfaction of Liens* filed by Daniel F. Blanks of McGuireWoods LLP on behalf of Circuit City Stores, Inc.. (Blanks, Daniel) |
| 11/10/2008 | 12 | Motion to Authorize -- *Motion of Debtors for Order Pursuant to Bankruptcy Code Sections 105, 363, 1107(A) and 1108, and Bankruptcy Rule 6003 Authorizing Debtors to Pay Prepetition Claims of Certain Foreign Vendors and Service Providers* filed by Daniel F. Blanks of McGuireWoods LLP on behalf of Circuit City Stores, Inc.. (Blanks, Daniel) |
| 11/10/2008 | 13 | Motion to Authorize -- *Motion of the Debtors for Order Pursuant to Bankruptcy Code Sections 105, 363, 364, 1107 and 1108, and Bankruptcy Rule 6003 (I) Authorizing Debtors to Maintain Insurance Policies, Pay Insurance Obligations, and Renew Insurance Policies; (II) Authorizing Intercompany Transactions; and (III) Granting Superpriority* |

| | | |
|---|---|---|
| | | *Claim Status to Postpetition Intercompany Claims* filed by Daniel F. Blanks of McGuireWoods LLP on behalf of Circuit City Stores, Inc.. (Blanks, Daniel) |
| 11/10/2008 | 14 | Motion to Authorize -- *Motion of Debtors for Order Under Bankruptcy Code Sections 105(A), 362, 503(B), 507(A), 546(C), and 546(H) (I) Granting Administrative Expense Status to Obligations from Postpetition Delivery of Goods; (II) Authorizing Payment of Expenses in the Ordinary Course of Business; (III) Authorizing Debtors to Return Goods; and (IV) Establishing Procedures for Reclamation Demands* filed by Daniel F. Blanks of McGuireWoods LLP on behalf of Circuit City Stores, Inc.. (Blanks, Daniel) |
| 11/10/2008 | 15 | Motion to Authorize -- *Motion of Debtors for Order Pursuant to 11 U.S.C. Sections 105(A), 363 and 364 and Fed. R. Bankr. P. 6003 (I) Authorizing Maintenance of Existing Bank Accounts, (II) Authorizing Use of Existing Business Forms, (III) Authorizing Use of Existing Cash Management System, (IV) Authorizing Intercompany Transactions and (V) Granting Superpriority Status to Intercompany Claims* filed by Daniel F. Blanks of McGuireWoods LLP on behalf of Circuit City Stores, Inc.. (Blanks, Daniel) |
| 11/10/2008 | 16 | Motion to Authorize -- *Motion of the Debtors for Interim and Final Waivers of Investment and Deposit Requirements Pursuant to Bankruptcy Code Sections 105 and 345* filed by Sarah Beckett Boehm of McGuireWoods LLP on behalf of Circuit City Stores, Inc.. (Boehm, Sarah) |
| 11/10/2008 | 17 | Application to Employ Kurtzman Carson Consultants LLC as Claims, Noticing and Balloting Agent *Pursuant to 28 U.S.C. Section 156(c) and Bankruptcy Rule 2002(f)* filed by Sarah Beckett Boehm of McGuireWoods LLP on behalf of Circuit City Stores, Inc.. (Boehm, Sarah |
| 11/10/2008 | 18 | Motion to Appear Pro Hac Vice *for Gregg M. Galardi, Chris L. Dickerson, and Ian S. Fredericks* filed by Daniel F. Blanks of McGuireWoods LLP on behalf of Circuit City Stores, Inc.. (Blanks, Daniel) |
| 11/10/2008 | 19 | Motion to Authorize -- *Motion Of Debtors For Order Establishing Bar Date For Filing Requests For Payment Of* |

|  |  | *Administrative Expense Claims Under Bankruptcy Code Sections 105 And 503(b)(9) And Approving Form, Manner And Sufficiency Of Notice Of The Bar Date Pursuant To Bankruptcy Rule 9007* filed by Sarah Beckett Boehm of McGuireWoods LLP on behalf of Circuit City Stores, Inc.. (Boehm, Sarah) |
|---|---|---|