**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | **Case No. 08-35653 (KRH)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |

**AMENDED NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

**(Change of Firm Affiliation and Mailing Address)**

Pursuant to Fed. R. Bankr. Proc. 2002(g) and 9010(b), Nicholas M. Miller (i) enters this amended appearance as counsel for Manufacturers and Traders Trust Company, as Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February 1, 1993 and (II) the Collateral Trust Indenture from Secured Lease Finance Corporation II, dated February 24, 1994, a creditor in the above-captioned case and (ii) requests that all notices given or required to be given in these proceedings, and all papers served or required to be served in these proceedings, be served at the following addresses:

>Nicholas M. Miller, Esq.
>Illinois Bar No. 6295723
>Neal, Gerber & Eisenberg LLP
>Two North LaSalle Street, Suite 1700
>Chicago, IL  60602
>Phone:  (312) 269-5654
>Fax:  (312) 980-0789
>Email:  nmiller@ngelaw.com

>Augustus C. Epps, Jr., Esq.
>Virginia State Bar No. 13254
>Christian & Barton, L.L.P.
>909 East Main Street, Suite 1200
>Richmond, Virginia  23219
>Phone:  (804) 697-4100
>Fax:  (804) 697-4112
>Email:  aepps@cblaw.com

NGEDOCS: 1613424.1

This request includes not only the notices and papers required to be served pursuant to Federal Rule of Bankruptcy Procedure 2002, but additionally includes, without limitation, notices of any application, disclosure statement, plan of reorganization, complaint, demand, notice of hearing, motion, petitions, pleading or request, whether formal or informal, whether transmitted or conveyed electronically, by mail, delivery, telephone or otherwise.

The foregoing request simply constitutes a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

**Counsel also requests inclusion on any limited notice list as ordered by this Court.**

Respectfully submitted, this 9th day of April, 2009.


/s/   Augustus C. Epps, Jr.,
Augustus C. Epps, Jr., VSB No. 13254
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia  23219
Phone:  (804) 697-4100
Fax:  (804) 697-4112

Nicholas M. Miller, Esq.
Illinois Bar No. 6295723
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 1700
Chicago, IL  60602
Phone:  (312) 269-5654
Fax:  (312) 980-0789

*Counsel for Manufacturers and Traders Trust Company,*
*as Trustee under (I) the Collateral Trust Indenture from*
*Bond Lease Corporation IV, dated February 1, 1993 and*
*(II) the Collateral Trust Indenture from Secured Lease Finance*
*Corporation II, dated February 24, 1994.*

NGEDOCS: 1613424.1

**CERTIFICATE OF SERVICE**

I hereby certify on this 9th day of April, 2009, a copy of the foregoing Amended Notice of Appearance and Request for Service of Papers was delivered by electronic means to all parties who receive notice in this case pursuant to the Order Establishing Certain Notice, Case Management and Administrative Procedures entered in this case and to

circuitcityservice@mcquirewoods.com
project.circuitcity@skadden.com

/s/ Augustus C. Epps., Jr.

NGEDOCS: 1613424.1