**EXHIBIT D**

**(Sale Notice)**

| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and  Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - -x
In re:                          :   Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :   Case No. 08-35653 (KRH)
et al.,                         :
                                :   Jointly Administered
              Debtors.          :
                                :   Auction: May 11, 2009 at 10:00
                                :   a.m. (ET)
                                :   Obj. Deadline: May 12, 2009 at
                                :   4:00 p.m. (ET)
                                :   Sale Hearing: May 13, 2009 at
                                :   10:00 a.m. (ET)
- - - - - - - - - - - - - - - -x
```

**NOTICE OF ENTRY OF ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 332 AND 363 (I) APPROVING PROCEDURES IN CONNECTION WITH SALE OF INTELLECTUAL PROPERTY, INTERNET-RELATED PROPERTY AND CUSTOMER INFORMATION, (II) AUTHORIZING SELLERS TO ENTER INTO STALKING HORSE AGREEMENT IN CONNECTION THEREWITH, (III) APPROVING CERTAIN BID PROTECTIONS IN CONNECTION THEREWITH, (IV) APPROVING FORM AND MANNER OF SALE NOTICE AND (V) SETTING AUCTION AND SALE HEARING DATES**

PLEASE TAKE NOTICE that on April ___, 2009, Circuit City Stores West Coast, Inc., and Circuit City Stores, Inc. (the "Sellers" and, collectively with the debtors and debtors in

2

possession in the above-captioned jointly administered cases, the "Debtors")[1] filed their Motion for Orders under Bankruptcy Code Sections 105, 332 and 363 (I)(A) Approving Procedures In Connection With Sale of Intellectual Property, Internet-Related Property and Customer Information, (B) Authorizing Sellers To Enter Into Stalking Horse Agreement In Connection Therewith, (C) Approving Certain Bid Protections In Connection Therewith, (D) Approving Form And Manner Of Sale Notice And (E) Setting Auction And Sale Hearing Dates; (II) Authorizing U.S. Trustee To Appoint Consumer Privacy Ombudsman; (III) Approving Sale Of Intellectual Property, Internet-Related Property And Customer Information Free And Clear Of All Interests And (IV) Granting Related Relief (Docket No. ____, the "Motion").

PLEASE TAKE FURTHER NOTICE that, on April ___, 2009, the Court entered the Order Pursuant To Bankruptcy Code Sections 105, 332 and 363 (I) Approving Procedures In Connection With Sale of Intellectual Property, Internet-Related Property and Customer Information, (II) Authorizing Sellers To Enter Into Stalking Horse Agreement In Connection Therewith, (III) Approving Certain Bid Protections In Connection Therewith, (IV) Approving Form And Manner Of Sale Notice And (V) Setting Auction And Sale Hearing Dates (Docket No. ____, the "Bidding Procedures Order").[2]

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order, the Sellers are authorized to enter into the Asset Purchase Agreement by and among the Sellers and Systemax Inc. (the "Agreement") as a "stalking horse" agreement.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order and procedures approved thereby (the

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

[2]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion or the Bidding Procedures Order.

3

"Bidding Procedures"), the Sellers will accept competing bids on the Intellectual Property and Internet Assets, which are due to be received by no later than **5:00 p.m. (Eastern) on May 6, 2009** (the "Bid Deadline").  **All bids must comply with the Bidding Procedures.**

   PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order and the Bidding Procedures, in the event that the Sellers receive any Qualified Bids, an auction with respect to the Sale (the "Auction") will be conducted at the offices of Skadden, Arps, Slate, Meagher & Flom, LLP, 4 Times Square, New York, New York 10036], tentatively commencing at **10:00 a.m. (Eastern) on May 11, 2009** or such later time or other place as the Sellers notify all Qualified Bidders who have submitted Qualified Bids.

   PLEASE TAKE FURTHER NOTICE that the Debtors have made the Motion, the Bidding Procedures Order, the Bidding Procedures, the Agreement and any related documents available at [www.kccllc.net/circuitcity](www.kccllc.net/circuitcity).

4

Dated: _____, 2009  
Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
P.O. Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
Chris L. Dickerson, Esq.  
333 West Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700

- and -

MCGUIREWOODS LLP

_____  
Dion W. Hayes (VSB No. 34304)  
Douglas Foley (VSB No. 34364)  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000

Counsel for Debtors and Debtors in Possession

**EXHIBIT 1**

**(Motion)**

**EXHIBIT 2**

**(Bidding Procedures Order)**