Kenneth R. Rhoad, Esq. (VSB No. 33993)
Gebhardt & Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
Ph: (410) 385-5071
Fax: (410) 385-5119

*Attorneys for ActionLink, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-35653-KRH |
| | ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## LINE WITHDRAWING AMENDED APPLICATION BY ACTIONLINK, LLC FOR ENTRY OF AN ORDER GRANTING ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

ActionLink, LLC, an Ohio limited liability company ("ActionLink"), by its undersigned attorneys, hereby withdrawals the Amended Application by ActionLink, LLC for Entry of an Order Granting Allowance and Immediate Payment of Administrative Expense Claim [Docket No. 2551] (the "Amended Application").[1]

Dated:  April 10, 2009         Respectfully submitted,

/s/ Kenneth R. Rhoad
Kenneth R. Rhoad, Esq. (VSB No. 33993)
Gebhardt & Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
Ph: (410) 385-5071
Fax: (410) 385-5119

---

[1] The Amended Application amended the original Application by ActionLink, LLC for Entry of an Order Granting Allowance and Immediate Payment of Administrative Claim, filed on or about March 11, 2009 [Doc. No. 2517].

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2009, a true and complete copy of the foregoing was filed and served upon all parties in interest using the Court's ECF System and was sent by first class mail, postage prepaid to the parties set forth below:

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
Seventh Floor
Wilmington, DE 19899-0636
gregg.galardi@skadden.com

*Counsel for the Debtors*

Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Chicago, Illinois 60606
chris.dickerson@skadden.com
*Counsel for the Debtors*


Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA 23219
ltavenner@tb-lawfirm.com

*Counsel for the Creditors Committee*


Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Robert.b.van.arsdale@usdoj.gov

*Assistant United States Trustee*

-3-

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, VA 23219
dhayes@mcguirewoods.com

*Counsel for the Debtors*


Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, NY 10017
rfeinstein@pszjlaw.com

*Counsel for the Creditors Committee*

Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, Virginia 23233
Attn: Reginald D. Hedgebeth and Daniel W. Ramsey

*Debtor*


                                                /s/ Kenneth R. Rhoad
                                                Kenneth R. Rhoad, Esq.