| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Virginia, Richmond Div. | WITHDRAWAL OF CLAIM 96-1 and<br>WITHDRAWAL OF CLAIM 96-2 |
|---|---|
| **Name of Debtor**   CIRCUIT CITY STORES, INC., et al<br>Claim Asserted Against: CIRCUIT CITY STORES, INC. | Case No.   **08-35653** |

NOTE: This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A "request" for payment of administrative expenses may be filed pursuant to 11 U.S.C. §503.

| NAME OF CREDITOR: (The person or other entity to whom the debtor owes money or property)<br>**SOUTHLAND ACQUISITIONS, LLC / LEASE #3634** | ☐ **Check this box to indicate that this claim amends a previously filed claim.** |
|---|---|
| **Name and address where NOTICES should be sent:**<br>  Thomas G. King / DS Holmgren<br>  **KREIS, ENDERLE, HUDGINS & BORSOS, P.C.**<br>  PO Box 4010<br>  Kalamazoo, MI 49003-4010<br>Ph: **(269) 324-3000**; Fax: **(269) 324-3010**; E-Mail: **tking@kech.com** ; **dholmgren@kech.com** | **Court Claim Number: 96-1 and**<br>Filed on: January 15, 2009<br>**Court Claim Number: 96-2**<br>Filed on: February 24, 2009 |
| **Name and Address of CREDITOR:**<br>  Southland Acquisitions, LLC / Landlord / LEASE # 3634<br>  c/o PO Box 2470<br>  Portage, MI  49081<br>Telephone:     269-323-2441          Other: | ☐ Check box if you are aware that anyone else has filed proof of claim relating to your claim.  Attach a copy of statement giving particulars.<br>☐ Check box if you are the debtor or trustee in this case. |

NOW COMES, **SOUTHLAND ACQUISITIONS, LLC, Landlord** under **LEASE #3634,** by and through its Attorneys, **KREIS, ENDERLE, HUDGINS & BORSOS, P.C.,** and hereby **WITHDRAWS** the following claims previously filed in this matter for the reason that the claim(s) represented protective **LEASE CURE CLAIMS** submitted <u>prior</u> to the rejection of the subject lease by the Debtor on **March 11, 2009**.

The following claims are hereby **WITHDRAWN:**

**COURT CLAIM #96-1 – Filed January 15, 2009:**     $ 47,391.47  [Statement of Cure]
  KURTZMAN CLAIM #3769

**COURT CLAIM #96-2 – Filed February 24, 2009:**    $ 111,700.73 [AMD Statement of Cure]
  KURTZMAN CLAIM #11214

A copy of the Court's Claims Register reflecting both claims is attached hereto as **EXHIBIT A.**

A copy of the KCC, LLC's Claims Register reflecting ALL claims is attached hereto as **EXHIBIT B.**

| DATE | Signature: Sign and print the name and title, if any, of the creditor or other person authorized to file this claim.  State address & phone if different from address above.  Attach copy of power of Attorney, if any Above. (Attach copy of Power of Attorney, if any) | |
|---|---|---|
| April 10, 2009 | **CLAIMANT:**   **SOUTHLAND ACQUISITIONS, LLC**<br>**KREIS, ENDERLE, HUDGINS & BORSOS , P.C., Attorneys for Claimant**<br>By: /s/ *Thomas G. King*<br>Thomas G. King, Attorney for Claimant | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.