# Eastern District of Virginia
# Claims Register

## 08-35653-KRH Circuit City Stores, Inc.

**Judge:** Kevin R. Huennekens    **Chapter:** 11
**Office:** Richmond    **Last Date to file claims:** 01/30/2009
**Trustee:**    **Last Date to file (Govt):** 05/11/2009

| Creditor: (8657405)<br>Southland Acquisitions, LLC<br>c/o Thomas G. King / DS Holmgren<br>Kreis, Enderle, Hudgins & Borsos<br>PO Box 4010<br>Kalamazoo, MI 49003-4010 | **Claim No: 96**<br>*Original Filed Date:* 01/15/2009<br>*Original Entered Date:* 01/15/2009<br>*Last Amendment Filed:* 02/24/2009<br>*Last Amendment Entered:* 02/24/2009 | *Status:*<br>*Filed by:* AT<br>*Entered by:* King, Thomas<br>*Modified:* 03/10/2009 |
|---|---|---|

Unknown claimed: $111700.73
**Total    claimed: $111700.73**

*History:*
Details    96-1    01/15/2009    Claim #96 filed by Southland Acquisitions, LLC, total amount claimed: $47391.47 (Jafarbay, Jenni )
Details    96-2    02/24/2009    Amended Claim #96 filed by Southland Acquisitions, LLC, total amount claimed: $111700.73 (Jafarbay, Jenni )

*Description:* (96-1) STATEMENT of CURE Per Docket #1454
(96-2) ADMIN: AMENDED STATEMENT OF LEASE CURE Per Dkt #2242

*Remarks:* (96-1) jaj; LANDLORD: Southland Acquisitions, LLC / Lease #3634
(96-2) jaj; LANDLORD: Southland Acquisitions, LLC / Lease #3634

**A**

## Claims Register Summary

**Case Name:** Circuit City Stores, Inc.
**Case Number:** 08-35653-KRH
**Chapter:** 11
**Date Filed:** 11/10/2008
**Total Number Of Claims:** 1

|  | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| **Unsecured** | | |
| **Secured** | | |
| **Priority** | | |
| **Unknown** | $111700.73 | |
| **Administrative** | | |
| **Total** | $111700.73 | $0.00 |

Clients : Active Cases : Circuit City Stores, Inc.

Client Login

> Claims Register
> Court Documents
> Equity and Claim Trading Information
> First Day Motions
> First Day Orders
> Notice Lists
> Schedules and Statements

Bankruptcy Industry Links | General Proof Of Claim Form | 503(b)(9) Proof Of Claim Form | Claim/Creditor Search | Submit an Inquiry

Circuit City Stores, Inc. Search Results
Creditor Name: Begins With "Southland Acquisitions"

| Date Claim Filed | Claim No. | Schedule | Nature | Name | Amount | C* | U* | D* | Debtor |
|---|---|---|---|---|---|---|---|---|---|
| | | F | General Unsecured | SOUTHLAND ACQUISITIONS LLC | | | | | Circuit City Stores, Inc. |
| 1/6/2009 | 2659 | | Admin Priority | Southland Acquisitions LLC | $34,321.27 | | | | Circuit City Stores, Inc. |
| 1/6/2009 | 2659 | | General Unsecured | Southland Acquisitions LLC | $13,070.20 | | | | Circuit City Stores, Inc. |
| 1/6/2009 | 2792 | | General Unsecured | Southland Acquisitions LLC | $13,070.20 | | | | Circuit City Stores, Inc. |
| 1/15/2009 | 3769 | | General Unsecured | Southland Acquisitions LLC | $47,391.47 | | | | Circuit City Stores, Inc. |
| 2/24/2009 | 11214 | | Secured | Southland Acquisitions LLC | $111,700.73 | | | | Circuit City Stores, Inc. |
| | | F | General Unsecured | SOUTHLAND ACQUISITIONS, LLC | | C | U | D | Circuit City Stores, Inc. |

*C=Contingent, U=Unliquidated, D=Disputed

---

**CIRCUIT CITY STORES, INC. / Southland Acquisitions, LLC**

Landlord: Southland Acquisitions, LLC
Tenant: Circuit City Stores, Inc.

Lease No: 3634
Store Name: Kalamazoo SS

**REVIEW OF EDVA & KCC, LCC CLAIMS REGISTER**

| ACTION | KCC CLAIM # | COURT CLM # | CLAIM AMOUNT | AMD, WDR OR DUPL CLAIMS | DATE | TYPE | CLAIM STATUS @ APRIL 2009 |
|---|---|---|---|---|---|---|---|
| AMENDED | 2659 | 80-1 | | $ 34,321.27 | 01/06/09 | ADM PRIOR | Amended @ Ct Clm #80-2 up to Rejection Date |
| AMENDED CLM | | 80-2 | $ 51,026.96 | | 04/10/09 | ADM PRIOR | Amendment up to 3-11-09 Rejection Date |
| DUPLICATION | 2659 | DUPL | | $ 13,070.20 | DUPL | GEN UNS | *** DUPLICATION by KCC, LCC *** |
| NO CHANGE | 2792 | 79-1 | $ 13,070.20 | | 01/06/09 | GEN UNS | Unsecured Pre-Petition Claim |
| WITHDRAWN | 3769 | 96-1 | | $ 47,391.47 | 01/15/09 | CURE CLAIM | Protective CURE CLAIM [Pre-Rejection] |
| WITHDRAWN | 11214 | 96-2 | | $ 111,700.73 | 02/24/09 | AMD CURE | AMENDED Protective CURE CLAIM [Pre-Rejection] |
| REJECTION CLM | | 189 | $ 794,622.44 | | 04/10/09 | LEASE REJ | Lease Rejection claim: 3-12-09 thru end of Term |

