UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:                                          )
                                                )
CIRCUIT CITY STORES, INC., et al.,              )    Case No. 08-35653-KRH
                                                )    Chapter 11
                    Debtors.                    )    (Jointly Administered)

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that pursuant to Section 1109 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, the law firms listed below appear as counsel for Vertis, Inc. ("Vertis"), a creditor and/or party-in-interest in each of the above captioned, jointly administered, Chapter 11 cases, and request that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given and served upon the following:

> Michael P. Falzone, Esquire
> Sheila deLa Cruz, Esquire
> Hirschler Fleischer, PC
> Post Office Box 500
> Richmond, VA 23218-0500
> (804) 771-9560
> (804) 644-0957 (fax)
> mfalzone@hf-law.com
> sdelacruz@hf-law.com
>
> and
>
> John J. Cruciani, Esquire
> Husch Blackwell Sanders LLP

---

Michael P. Falzone (VSB No. 22324)           John J. Cruciani, Esq.
Sheila deLa Cruz (VSB No. 65395)             Husch Blackwell Sanders LLP
Hirschler Fleischer, PC                      4801 Main Street, Suite 1000
Post Office Box 500                          Kansas City, MO 64112
Richmond, VA 23218-0500                      (816) 983-8197
(804) 771-9500                               (816) 983-8080 (fax)
(804) 644-0957 (fax)

*Counsel for Vertis, Inc.*                   *Co-counsel for Vertis, Inc.*

> 4801 Main Street, Suite 1000
> Kansas City, MO 64112
> (816) 983-8197
> (816) 983-8080 (fax)
> john.cruciani@huschblackwell.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the above-captioned debtors, their property, or their estates.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Service of Notices and Documents* (the "Notice") nor any later appearance nor any pleading, proof of claim, claim, or suit shall constitute (a) a consent or waiver of Vertis to the jurisdiction of the Court over it for any purpose or (b) a waiver of Vertis of (i) the right to have final orders in noncore matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: April 10, 2009                              VERTIS, INC.

                                                  By:  /s/ Sheila deLa Cruz
                                                       Counsel

Michael P. Falzone (VSB #22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9500
(804) 644-0957 (fax)

John J. Cruciani, Esquire
Husch Blackwell Sanders LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
(816) 983-8197
(816) 983-8080 (fax)

*Counsel for Vertis, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April, 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

                                                  /s/ Sheila deLa Cruz
                                                  Sheila deLa Cruz

#2511974v1