COPY

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

**Debtor against which claim is asserted :** (Check only **one** box below:)

| | | |
|---|---|---|
| ☒ Circuit City Stores, Inc. (Case No. 08-35653) | ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659) | ☐ Abbott Advertising, Inc. (Case No. 08-35665) |
| ☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654) | ☐ Circuit City Stores PR, LLC (Case No. 08-35660) | ☐ Mayland MN, LLC (Case No. 08-35666) |
| ☐ InterTAN, Inc. (Case No. 08-35655) | ☐ Circuit City Properties, LLC (Case No. 08-35661) | ☐ Patapsco Designs, Inc. (Case No. 08-35667) |
| ☐ Ventoux International, Inc. (Case No. 08-35656) | ☐ Orbyx Electronics, LLC (Case No. 08-35662) | ☐ Sky Venture Corporation (Case No. 08-35668) |
| ☐ Circuit City Purchasing Company, LLC (Case No. 08-35657) | ☐ Kinzer Technology, LLC (Case No. 08-35663) | ☐ XSStuff, LLC (Case No. 08-35669) |
| ☐ CC Aviation, LLC (Case No. 08-35658) | ☐ Courchevel, LLC (Case No. 08-35664) | ☐ PRAHS, INC. (Case No. 08-35670) |

NOTE: *This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br><br>Vertis, Inc | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br>John J. Cruciani<br>Husch Blackwell Sanders LLP<br>4801 Main Street, Suite 1000<br>Kansas City, MO 64112<br>                           Telephone number: 816-983-8000 | Court Claim Number:_____<br>*(If known)*<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br>                          Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**     $  47,363.50<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐  Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim. |
| **2. Basis for Claim:** services and goods<br>(See instruction #2 on reverse side.) | ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). |
| **3. Last four digits of any number by which creditor identifies debtor:**_____<br><br>   **3a.**  Debtor may have scheduled account as:_____<br>      (See instruction #3a on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier – 11 U.S.C. § 507(a)(4). |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br>**Describe:**<br><br>**Value of Property:** $_____   **Annual Interest Rate**___%<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br>**if any:** $_____   **Basis for perfection:**_____<br><br>**Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).<br><br>☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | **Amount entitled to priority:**<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment* |

| | | |
|---|---|---|
| **Date:**<br>1/29/09 | **Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*[signature]*<br><br>                  John J. Cruciani, Esq. | **FOR COURT USE ONLY**<br><br>RECEIVED<br><br>FEB 03 2009<br><br>KURTZMAN CARSON CONSULTANTS |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**EXHIBIT**

**A**

 **vertis.**
communications

250 West Pratt Street
18th Floor
Baltimore, MD 21201
(410) 528-9800
www.vertisinc.com

# Invoice

| Number | Date | Page |
|---|---|---|
| 07004029 | 09/30/2008 | 1 of 2 |

**Bill To:** 061350

CIRCUIT CITY PURCHSING CO LLC
SUBSIDIARY OF CIRCUIT CITY 2
ATTN:BRIAN HARGROVE    DR 3,2
9954 MAYLAND DR
RICHMOND, VA 23233-1463

**Please send remittance to:**
VERTIS, INC.
P. O. BOX 404555
ATLANTA,GA 30384-4555

**Via TK**

| Currency | USD |
|---|---|
| PO# | : |
| Reference# | : |
| Job# | : 07071800 |
| Job Name | : CIRCUIT CITY |
| Sales Rep | : GARY WHITMER |
| CSR | : PATRICIA WEIGAND |
| Payment Terms | : NET 10 DAYS FROM INVOICE DATE |
| Note 1 | : |
| Note 2 | : |
| Sold to Cust | : CIRCUIT CITY PURCHSING CO LLC |

| Product/Service | Description | Quantity | Unit Price | U/M | Amount |
|---|---|---|---|---|---|
| | CIRCUIT CITY | | | | |
| | 10/5 PUERTO RICO EVENT | | | | |
| | TRANSPORTATION SERVICES | | | | |
| OTHER B | 8 TAB - 175,000 COPIES | | | | 755.00 |
| | 20% FUEL SURCHARGE | | | | 151.00 |

Thank you - It is our pleasure to serve you

**Total**     **$906.00**

Subject to terms and conditions on final page - after invoice total.

## VERTIS SERVICES TERMS AND CONDITIONS

To the extent the parties have executed a mutually agreed Services Agreement or other written contractual commitment, these terms and conditions are inapplicable and the terms of the parties' relationship shall be governed by such Services Agreement or other written contractual commitment.

These Terms and Conditions apply to all goods, printed pieces, merchandise, materials, equipment, supplies and products or services ("Services") provided by Vertis, Inc. (or its affiliated companies ("Company") for you ("Customer").

### Promedia, Printing, and Direct Marketing Services.

1.1. **Materials.** All paper, film, electronic media, artwork, engravings, data, and other materials furnished by Customer ("Customer-Furnished Materials") will meet Company's specifications and will be delivered on a schedule acceptable to Company. Company may charge Customer additional amounts for the use, handling, storage, transportation or transmission of Customer-Furnished Materials and, except as set forth in Paragraph 9.0, will not be liable for any loss or damage to the Customer-Furnished Materials. Unless otherwise agreed in writing, Company will retain Customer-Furnished Materials and other preparatory materials for up to 30 days following the Services, and then may dispose of them without notice or liability. All negatives, positives, flats and other film will become the property of Customer and Company will deliver them to Customer upon its request.

1.2. **Customer's Delay.** If Customer fails to use reserved press time, or fails to provide Company with Customer-Furnished Materials in time to meet a scheduled copy release date or by the due date for such materials as provided to Customer, Company shall not be responsible for meeting Customer deadlines and may attempt to re-schedule the Services to a mutually-acceptable date and/or may, in its sole discretion, charge Customer for press stand-ready time and any unused paper or other materials or services ordered or purchased in preparation for the Services.

1.3. **Customer Final Approval Proof.**

1.3.1. Prior to release for final output or release for printing, Company will provide an analog proof or digital representations, along with original copy where applicable, to Customer for review and approval (the "Final Proof"). Customer will notify Company of its approval of Final Proofs and of any corrections either (i) by noting any corrections on Final Proofs and returning them to Company marked "OK" or "OK with change" along with Customer's authorized signature, or (ii) if mutually agreed, by email to the appropriate Company representative. Company will not be responsible for printing errors if Customer fails or is unable to provide notice of necessary corrections within a reasonable amount of time prior to final output or release for printing. The timely return of the Final Proofs by Customer will be determined by a mutually agreed job schedule.

1.3.2. Company will not be responsible for errors in copy (omissions or commissions), folding, format, or color break, if Customer (i) does not order or refuses to accept Final Proofs; (ii) either fails to return Final Proofs with indications of changes or marked "OK" or fails to provide email approval of Final Proofs when permitted; or (iii) communicates changes verbally.

1.3.3. Customer changes to original copy or instructions will be invoiced at rates unless otherwise mutually agreed. Company will not be responsible for any loss, damage, or liability incurred by Customer arising from delay in delivery due to untimely return of Final Proofs. A reasonable variation in color between Final Proofs and the completed job will constitute an acceptable delivery.

1.4. **Delivery.** Unless otherwise agreed in writing, delivery will be FCA Company's dock (Incoterms 2000). Unless otherwise specified in writing, Company will choose the carrier and will ship each portion of the Services to Customer upon completion (without storage at Company's facility). Title and risk of loss passes to Customer on delivery to carrier. Partial shipments by Company are permitted. If Company delivers a quantity of printed materials that varies 5 percent either way from the total quantities ordered, or direct marketing materials 10 days earlier or later than the mutually agreed delivery date, Company will be deemed in compliance with this Agreement. If Company fails to deliver direct marketing materials 15 days after the mutually agreed delivery date, Customer's sole and exclusive remedy is to cancel only the undelivered portion of direct marketing materials.

### 2.0 Media Placement Services.
Company will act as Customer's agency of record, and Customer will cooperate with and assist Company in having Company recognized as such by media vendors. Customer will provide reasonable assistance to Company in dealings with media vendors. Customer is financially responsible for all media costs (including without limitation short rates) for advertising placed by Company on Customer's behalf, regardless of whether such costs vary from prior quotes. Company will not be responsible for errors in placement of advertising if (a) Customer does not request review of its media plan; (b) Customer fails or is unable to provide notice of necessary corrections within a reasonable amount of time prior to placement of the advertising; or (c) Customer provides oral or written approval of the media plan, and Company has followed such media plan. If the actual quantity circulated varies from the ordered quantity by up to 1% of total circulation per event, Company will be deemed in compliance with this Agreement. If Customer fails to approve the media plan in time to allow Company to place the advertising, Company may attempt to place the advertising for an alternative date agreed to by Customer and/or may, in its sole discretion, charge Customer for charges assessed by the media.

### 3.0 Payment Terms.

3.1. **Payments, Credit, and Taxes.** If Company extends credit to Customer, each payment is due within 30 days of the invoice date; otherwise, payment is due in advance or on delivery (as specified by Company). Customer will pay late fees equal to 1 1/2 % per month (or the amount allowed by law, if less) on all past due amounts, and reimburse Company for all collection costs incurred (including without limitation attorneys' fees). Company may retain any Customer property as security until full payment is received. Company will determine whether to extend credit to Customer, and such decision may be modified or this Agreement terminated at any time at Company's creditworthiness determines (in its sole discretion) that Customer's creditworthiness is unacceptable. Customer will provide Company with financial information on request, to enable Company to evaluate Customer's creditworthiness. Customer will pay Company directly or reimburse Company for all taxes on Services, except taxes on Company's income.

3.2. **Price Changes.** Prices are subject to change if Customer requests changes in the specifications or schedule or otherwise causes a delay in the Services, or if Customer-Furnished Materials do not conform to Company's specifications. Company may increase or decrease prices at any time to reflect media vendors' rate changes, and changes in the market for freight, paper, ink and other materials. In addition, on 60 days' prior written notice to Customer, Company may increase prices on an annual basis on the anniversary of this Agreement by an amount equal to any increase in the Consumer Price Index (U.S., All Items, Not Seasonally Adjusted, as published by the U.S. Department of Commerce, and any successor index) that occurred in the prior calendar year. Customer will have no right to setoff any amounts due to Company under this Agreement against any amounts claimed by Customer against Company, whether such claimed amounts are the result of Company's breach or otherwise.

3.3. **Postage Payments.** Customer will pre-pay the estimated postage related expenses for all direct marketing Services by furnishing Company a check or wire transfer to be deposited to the postal account maintained by Company. Company will compare Post Office counts and charges against the count furnished by Customer and Company's machine count. Company will resolve any discrepancies as Customer's agent, will advise Customer of such resolution, and if either party owes the other party amounts based on such resolution that party will promptly pay such amount to the other party.

### 4.0 Claims.
Customer must provide written notice of any defect, damage, shortage or breach of this Agreement as soon as it is discovered, but in any event no later than 10 days after delivery of the affected portion of the Services.

### 5.0 Limited Warranty and Liability.
Company warrants that it will perform the Services in a workmanlike manner. Customer's sole and exclusive remedy for any claim arising out of this Agreement will be fix Company, in Customer's commercially reasonable discretion to (a) to use commercially reasonable efforts to cure the breach, or (b) to refund the price paid to Company for the non-conforming portion of the Services. **COMPANY DISCLAIMS ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A GENERAL OR PARTICULAR PURPOSE. FOR ALL CLAIMS REGARDLESS OF FORM, WHETHER BASED ON BREACH OF CONTRACT, TORT, OR OTHERWISE (INCLUDING NEGLIGENCE OR LOST SALES OR PROFITS), COMPANY'S AND ITS CONTRACTORS' AGGREGATE LIABILITY WILL NOT EXCEED THE AMOUNTS PAID BY CUSTOMER FOR THE PORTION OF THE SERVICES THAT GAVE RISE TO THE CLAIM(S). COMPANY AND ITS CONTRACTORS AND CUSTOMER WILL NOT BE LIABLE UNDER ANY CIRCUMSTANCES FOR INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES FOR ALL CLAIMS REGARDLESS OF FORM, WHETHER BASED ON BREACH OF CONTRACT, TORT, OR OTHERWISE (INCLUDING NEGLIGENCE OR LOST SALES OR PROFITS).** Neither party is liable for delays or failures in performance of any obligations under this Agreement, other than payment obligations, due to a cause beyond its reasonable control.

### 6.0 Indemnification.
Customer will defend, indemnify, and hold Company harmless against all claims, losses, costs, expenses, and damages related to: (a) Customer's use of the Services (including without limitation unfair competition claims); (b) Customer's provision of materials that actually or allegedly violate third-party proprietary rights, contain illegal or improper material, or invade privacy or other personal rights; (c) Customer's failure to honor any of its agreements with media vendors; or (d) Customer's failure to pay for advertising ordered by Company on Customer's behalf.

### 7.0 Insurance.
Company will maintain its standard fire, extended coverage, vandalism, malicious mischief and sprinkler leakage insurance on all Customer-Furnished Materials, preparatory material, and printed work in Company's possession. Company's liability for loss or damage to such property will not exceed the lesser of: (a) the amount recovered from such insurance; or (b) the amount set forth in Section 6.

### 8.0 Interpretation and Enforcement.
This Agreement will be governed and construed in accordance with the laws of the State of New York, without regard to its conflicts of laws principles. If any provision is declared invalid, illegal or unenforceable, the validity of the remaining provisions will not be affected. The parties agree that this Agreement will not be presumptively interpreted for or against any party by reason of that party having drafted or negotiated, or failed to draft or negotiate, all or any portion of any provision of this Agreement. Senior managers of each party will attempt to resolve any negotiations any disputes prior to engaging in litigation, except when seeking injunctive relief. Venue for any dispute between the parties arising out of this Agreement or pertaining to the subject matter hereof may be had in the District Court for the Southern District of New York or in the state courts of New York State sitting in New York County. The parties specifically disclaim application of the Convention on Contracts for the International Sale of Goods. **EACH PARTY EXPRESSLY WAIVES ALL RIGHTS TO A TRIAL BY JURY.**

### 9.0 Miscellaneous.
Customer will perform those tasks and assume those responsibilities specified in this Agreement, and will provide Company with decisions and approvals upon Company's request. Waiver of any default or breach of this Agreement will not constitute a waiver of any other default or breach. This Agreement is the complete and exclusive statement of the terms of the contract for the Services, and can be modified only by a written amendment signed by both parties. Except as expressly provided in this Agreement, Company is an independent contractor, and not an agent of Customer. All notices will be in writing and will be deemed to have been given when delivered personally, when mailed by certified or registered mail, return receipt requested and postage prepaid, when sent via a nationally recognized overnight carrier, or when sent via facsimile confirmed in writing to the recipient. Customer may not assign its rights or obligations under this Agreement without the prior written consent of Company. This Agreement will be binding upon and inure to the benefit of the parties' successors and permitted assigns. To the extent any other agreement is inconsistent with these Terms and Conditions, unless expressly provided otherwise, these Terms and Conditions will govern.


**vertis.**
communications

250 West Pratt Street
18th Floor
Baltimore, MD 21201
(410) 528-9800
www.vertisinc.com

# Invoice

| Number | Date | Page |
|---|---|---|
| 07004047 | 10/08/2008 | 1 of 2 |

**Bill To: 081360**

CIRCUIT CITY PURCHSING CO LLC
SUBSIDARY OF CIRCUIT CITY 2
ATTN:BRIAN HARGROVE    DR 3,2
9954 MAYLAND DR
RICHMOND, VA  23233-1463

**Please send remittance to:**

VERTIS, INC.
P. O. BOX 404555
ATLANTA,GA 30384-4555

**Via TK**

| Currency | USD |
|---|---|
| PO# | : |
| Reference# | : |
| Job# | : 07072400 |
| Job Name | : CIRCUIT CITY |
| Sales Rep | : KEITH FLEMING |
| CSR | : PATRICIA WEIGAND |
| Payment Terms | : NET 10 DAYS FROM INVOICE DATE |
| Note 1 | : |
| Note 2 | : |
| Sold to Cust | : CIRCUIT CITY PURCHSING CO LLC |

| Product/Service | Description | Quantity | Unit Price | U/M | Amount |
|---|---|---|---|---|---|
| | CIRCUIT CITY | | | | |
| | 10/12 PUERTO RICO EVENT | | | | |
| | TRANSPORTATION SERVICES | | | | |
| OTHER B | 8 TAB - 175,000 COPIES | | | | 755.00 |
| | 20% FUEL SURCHARGE | | | | 151.00 |

Thank you - It is our pleasure to serve you          Total          $906.00

Subject to terms and conditions on final page - after invoice total.

## VERTIS SERVICES TERMS AND CONDITIONS

To the extent the parties have executed a mutually agreed Services Agreement or other written contractual commitment, these terms and conditions are inapplicable and the terms of the parties' relationship shall be governed by such Services Agreement or other written contractual commitment.

These Terms and Conditions apply to all goods, printed pieces, merchandise, materials, equipment, supplies and products or services ("Services") provided by Vertis, Inc. for its affiliated companies ("Company") for you ("Customer").

### Premedia, Printing, and Direct Marketing Services.

1.1. **Materials.** All paper, film, electronic media, artwork, engravings, data, and other materials furnished by Customer ("Customer-Furnished Materials") will meet Company's specifications and will be delivered on a schedule acceptable to Company. Company may charge Customer additional amounts for the use, handling, storage, transportation or transmission of Customer-Furnished Materials and, except as set forth in Paragraph 9.0, will not be liable for any loss or damage to the Customer-Furnished Materials. Unless otherwise agreed in writing, Company will retain Customer-Furnished Materials and other preparatory materials for up to 30 days following the Services, and then may dispose of them without notice or liability. All negatives, positives, flats and other film will become the property of Customer and Company will deliver them to Customer upon its request.

1.2. **Customer's Delay.** If Customer fails to use reserved press time, or fails to provide Company with Customer-Furnished Materials in time to meet a scheduled copy release date or by the due date for such materials as provided to Customer, Company shall not be responsible for meeting Customer deadlines and may attempt to re-schedule the Services to a mutually-acceptable date and/or may, in its sole discretion, charge Customer for press stand-ready time and any unused paper or other materials or services ordered or purchased in preparation for the Services.

1.3. **Customer Final Approval Proof.**

1.3.1. Prior to release for final output or release for printing, Company will provide an analog proof or digital representations, along with original copy where applicable, to Customer for review and approval (the "Final Proof"). Customer will notify Company of its approval of Final Proofs and of any corrections either (i) by noting any corrections on Final Proofs and returning them to Company marked "OK" or "OK with change" along with Customer's authorized signature, or (ii) if mutually agreed, by email to the appropriate Company representative. Company will not be responsible for printing errors if Customer fails or is unable to provide notice of necessary corrections within a reasonable amount of time prior to final output or release for printing. The timely return of the Final Proofs by Customer will be determined by a mutually agreed job schedule.

1.3.2. Company will not be responsible for errors in copy (omissions or commissions), folding, format, or color break, if Customer (i) does not order or refuses to accept Final Proofs; (ii) either fails to return Final Proofs with indications of changes or marked "OK" or fails to provide email approval of Final Proofs when permitted; or (iii) communicates changes verbally.

1.3.3. Customer changes to original copy or instructions will be invoiced at ... at rates unless otherwise mutually agreed. Company will not be responsible for any loss, damage, or liability incurred by Customer arising from delay in delivery due to untimely return of Final Proofs. A reasonable variation in color between Final Proofs and the completed job will constitute an acceptable delivery.

1.4. **Delivery.** Unless otherwise agreed in writing, delivery will be FCA Company's dock (Incoterms 2000). Unless otherwise specified in writing, Company will choose the carrier and will ship each portion of the Services to Customer upon completion (without storage at Company's facility). Title and risk of loss passes to Customer on delivery to carrier. Partial shipments by Company are permitted. If Company delivers a quantity of printed materials that varies 5 percent either way from the total quantities ordered, or direct marketing materials 10 days earlier or later than the mutually agreed delivery date, Company will be deemed in compliance with this Agreement. If Company fails to deliver direct marketing materials 15 days after the mutually agreed delivery date, Customer's sole and exclusive remedy is to cancel only the undelivered portion of direct marketing materials.

### 2.0 Media Placement Services.
Company will act as Customer's agency of record, and Customer will cooperate with and assist Company in having Company recognized as such by media vendors. Customer will provide reasonable assistance to Company in dealings with media vendors. Customer is financially responsible for all media costs (including without limitation short rates) for advertising placed by Company on Customer's behalf, regardless of whether such costs vary from prior quotes. Company will not be responsible for errors in placement of advertising if (a) Customer does not request review of its media plan; (b) Customer fails or is unable to provide notice of necessary corrections within a reasonable amount of time prior to placement of the advertising; or (c) Customer provides oral or written approval of the media plan, and Company has followed such media plan. If the actual quantity circulated varies from the ordered quantity by up to 1% of total circulation per event, Company will be deemed in compliance with this Agreement. If Customer fails to approve the media plan in time to allow Company to place the advertising, Company may attempt to place the advertising for an alternative date agreed to by Customer and/or may, in its sole discretion, charge Customer for charges assessed by the media.

### 3.0 Payment Terms.

3.1. **Payments, Credit, and Taxes.** If Company extends credit to Customer, each payment is due within 30 days of the invoice date; otherwise, payment is due in advance or on delivery (as specified by Company). Customer will pay late fees equal to 1 1/2 % per month (or the amount allowed by law, if less) on all past due amounts, and reimburse Company for all collection costs incurred (including without limitation attorneys' fees). Company may retain any Customer property as security until full payment is received. Company will determine whether to extend credit to Customer, and such decision may be modified or this Agreement terminated at any time on notice to Customer if Company determines (in its sole discretion) that Customer's creditworthiness is unacceptable. Customer will provide Company with financial information on request, to enable Company to evaluate Customer's creditworthiness. Customer will pay Company directly or reimburse Company for all taxes on Services, except taxes on Company's income.

3.2. **Price Changes.** Prices are subject to change if Customer requests changes in the specifications or schedule or otherwise causes a delay in the Services, or if Customer-Furnished Materials do not conform to Company's specifications. Company may increase or decrease prices at any time to reflect media vendors' rate changes, and changes in the market for freight, paper, ink and other materials. In addition, on 60 days' prior written notice to Customer, Company may increase prices on an annual basis on the anniversary of this Agreement by an amount equal to any increase in the Consumer Price Index (U.S., All Items, Not Seasonally Adjusted, as published by the U.S. Department of Commerce, and any successor index) that occurred in the prior calendar year. Customer will have no right to setoff any amounts due to Company under this Agreement against any amounts claimed by Customer against Company, whether such claimed amounts are the result of Company's breach or otherwise.

3.3. **Postage Payments.** Customer will pre-pay the estimated postage related expenses for all direct marketing Services by furnishing Company a check or wire transfer to be deposited to the postal account maintained by Company. Company will compare Post Office counts and charges against the count furnished by Customer and Company's machine count. Company will resolve any discrepancies as Customer's agent, will advise Customer of such resolution, and if either party owes the other party amounts based on such resolution that party will promptly pay such amount to the other party.

### 4.0 Claims.
Customer must provide written notice of any defect, damage, shortage or breach of this Agreement as soon as it is discovered, but in any event no later than 10 days after delivery of the affected portion of the Services.

### 5.0 Limited Warranty and Liability.
Company warrants that it will perform the Services in a workmanlike manner. Customer's sole and exclusive remedy for any claim arising out of this Agreement will be for Company, in Customer's commercially reasonable discretion to (a) to use commercially reasonable efforts to cure the breach, or (b) to refund the price paid to Company for the non-conforming portion of the Services. **COMPANY DISCLAIMS ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A GENERAL OR PARTICULAR PURPOSE, FOR ALL CLAIMS REGARDLESS OF FORM, WHETHER BASED ON BREACH OF CONTRACT, TORT, OR OTHERWISE (INCLUDING NEGLIGENCE OR LOST SALES OR PROFITS). COMPANY'S AND ITS CONTRACTORS' AGGREGATE LIABILITY WILL NOT EXCEED THE AMOUNTS PAID BY CUSTOMER FOR THE PORTION OF THE SERVICES THAT GAVE RISE TO THE CLAIM(S). COMPANY AND ITS CONTRACTORS AND CUSTOMER WILL NOT BE LIABLE UNDER ANY CIRCUMSTANCES FOR INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES FOR ALL CLAIMS REGARDLESS OF FORM, WHETHER BASED ON BREACH OF CONTRACT, TORT, OR OTHERWISE (INCLUDING NEGLIGENCE OR LOST SALES OR PROFITS).** Neither party is liable for delays or failures in performance of any obligations under this Agreement, other than payment obligations, due to a cause beyond its reasonable control.

### 6.0 Indemnification.
Customer will defend, indemnify, and hold Company harmless against all claims, losses, costs, expenses, and damages related to: (a) Customer's use of the Services (including without limitation unfair competition claims); (b) Customer's provision of materials that actually or allegedly violate third-party proprietary rights, contain illegal or improper material, or invade privacy or other personal rights; (c) Customer's failure to honor any of its agreements with media vendors; or (d) Customer's failure to pay for advertising ordered by Company on Customer's behalf.

### 7.0 Insurance.
Company will maintain its standard fire, extended coverage, vandalism, malicious mischief and sprinkler leakage insurance on all Customer-Furnished Materials, preparatory material, and printed work in Company's possession. Company's liability for loss or damage to such property will not exceed the lesser of: (a) the amount recovered from such insurance; or (b) the amount set forth in Section 6.

### 8.0 Interpretation and Enforcement.
This Agreement will be governed by and construed in accordance with the laws of the State of New York, without regard to its conflicts of laws principles. If any provision is declared invalid, illegal or unenforceable, the validity of the remaining provisions will not be affected. The parties agree that this Agreement will not be presumptively interpreted for or against any party by reason of that party having drafted or negotiated, or failed to draft or negotiate, all or any portion of any provision of this Agreement. Senior managers of each party will attempt to resolve by negotiations any disputes prior to engaging in litigation, except when seeking injunctive relief. Venue for any dispute between the parties arising out of this Agreement or pertaining to the subject matter hereof may be had in the District Court for the Southern District of New York or in the state courts of New York sitting in New York County. The parties specifically disclaim application of the Convention on Contracts for the International Sale of Goods. EACH PARTY EXPRESSLY WAIVES ALL RIGHTS TO A TRIAL BY JURY.

### 9.0 Miscellaneous.
Customer will perform those tasks and assume those responsibilities specified in this Agreement, and will provide Company with decisions and approvals upon Company's request. Waiver of any default or breach of this Agreement will not constitute a waiver of any other default or breach. This Agreement is the complete and exclusive statement of the terms of the contract for the Services, and can be modified only by a written amendment signed by both parties. Except as expressly provided in this Agreement, Company is an independent contractor, and not an agent of Customer. All notices will be in writing and will be deemed to have been given when delivered personally, when mailed by certified or registered mail, return receipt requested and postage prepaid, when sent via a nationally recognized overnight carrier, or when sent via facsimile confirmed in writing to the recipient. Customer may not assign its rights or obligations under this Agreement without the prior written consent of Company. This Agreement will be binding upon and inure to the benefit of the parties' successors and permitted assigns. To the extent any other agreement is inconsistent with these Terms and Conditions, unless expressly provided otherwise, these Terms and Conditions will govern.



250 West Pratt Street
18th Floor
Baltimore, MD 21201
(410) 528-9800
www.vertisinc.com

# Invoice

| Number | Date | Page |
|---|---|---|
| 07004062 | 10/14/2008 | 1 of 2 |

**Bill To    061360**

CIRCUIT CITY PURCHSING CO LLC
SUBSIDIARY OF CIRCUIT CITY 2
ATTN:BRIAN HARGROVE    DR 3,2
9954 MAYLAND DR
RICHMOND, VA  23233-1463

**Please send remittance to:**

VERTIS, INC.
P. O. BOX 404555
ATLANTA,GA 30384-4555

**Via TK**

| Currency | USD |
|---|---|
| PO# | : |
| Reference# | : |
| Job# | : 07072500 |
| Job Name | : CIRCUIT CITY |
| Sales Rep | : KEITH FLEMING |
| CSR | : PATRICIA WEIGAND |
| Payment Terms | : NET 10 DAYS FROM INVOICE DATE |
| Note 1 | : |
| Note 2 | : |
| Sold to Cust | : CIRCUIT CITY PURCHSING CO LLC |

| Product/Service | Description | Quantity | Unit Price | U/M | Amount |
|---|---|---|---|---|---|
| | CIRCUIT CITY | | | | |
| | 10/19 PUERTO RICO EVENT | | | | |
| | TRANSPORTATION SERVICES | | | | |
| OTHER B | 8 TAB - 175,000 COPIES | | | | 755.00 |
| | 20% FUEL SURCHARGE | | | | 151.00 |

Thank you - It is our pleasure to serve you                    Total                    $906.00

Subject to terms and conditions on final page - after invoice total.

## VERTIS SERVICES TERMS AND CONDITIONS

To the extent the parties have executed a mutually agreed Services Agreement or other written contractual commitment, these terms and conditions are inapplicable and the terms of the parties' relationship shall be governed by such Services Agreement or other written contractual commitment.

These Terms and Conditions apply to all goods, printed pieces, merchandise, materials, equipment, supplies and products or services ("Services") provided by Vertis, Inc. or its affiliated companies ("Company") for you ("Customer").

**Premedia, Printing, and Direct Marketing Services.**

1.1.    Materials. All paper, film, electronic media, artwork, engravings, data, and other materials furnished by Customer ("Customer-Furnished Materials") will meet Company's specifications and will be delivered on a schedule acceptable to Company. Company may charge Customer additional amounts for the use, handling, storage, transportation or transmission of Customer-Furnished Materials and, except as set forth in Paragraph 9.0, will not be liable for any loss or damage to the Customer-Furnished Materials. Unless otherwise agreed in writing, Company will retain Customer-Furnished Materials and other preparatory materials for up to 30 days following the Services, and then may dispose of them without notice or liability. All negatives, positives, flats and other film will become the property of Customer and Company will deliver them to Customer upon its request.

1.2.    Customer's Delay. If Customer fails to use reserved press time, or fails to provide Company with Customer-Furnished Materials in time to meet a scheduled copy release date or by the due date for such materials as provided to Customer, Company shall not be responsible for meeting Customer deadlines and may attempt to re-schedule the Services to a mutually-acceptable date and/or may, in its sole discretion, charge Customer for press stand-ready time and any unused paper or other materials or services ordered or purchased in preparation for the Services.

1.3.    Customer Final Approval Proof.

1.3.1.    Prior to release for final output or release for printing, Company will provide an analog proof or digital representations, along with original copy where applicable, to Customer for review and approval (the "Final Proof"). Customer will notify Company of its approval of Final Proofs and of any corrections either (i) by noting any corrections on Final Proofs and returning them to Company marked "OK" or "OK with change" along with Customer's authorized signature, or (ii) if mutually agreed, by email to the appropriate Company representative. Company will not be responsible for printing errors if Customer fails or is unable to provide notice of necessary corrections within a reasonable amount of time prior to final output or release for printing. The timely return of the Final Proofs by Customer will be determined by a mutually agreed job schedule.

1.3.2.    Company will not be responsible for errors in copy (omissions or commissions), folding, format, or color break, if Customer (i) does not order or refuses to accept Final Proofs; (ii) either fails to return Final Proofs with indications of changes or marked "OK" or fails to provide email approval of Final Proofs when permitted; or (iii) communicates changes verbally.

1.3.3.    Customer changes to original copy or instructions will be invoiced at Company's rates unless otherwise mutually agreed. Company will not be responsible for any loss, damage, or liability incurred by Customer arising from delay in delivery due to untimely return of Final Proofs. A reasonable variation in color between Final Proofs and the completed job will constitute an acceptable delivery.

1.4.    Delivery. Unless otherwise agreed in writing, delivery will be FCA Company's dock (Incoterms 2000). Unless otherwise specified in writing, Company will choose the carrier and will ship each portion of the Services to Customer upon completion (without storage at Company's facility). Title and risk of loss passes to Customer on delivery to carrier. Partial shipments by Company are permitted. If Company delivers a quantity of printed materials that varies 5 percent either way from the total quantities ordered, or direct marketing materials 10 days earlier or later than the mutually agreed delivery date, Company will be deemed in compliance with this Agreement. If Company fails to deliver direct marketing materials 15 days after the mutually agreed delivery date, Customer's sole and exclusive remedy is to cancel only the undelivered portion of direct marketing materials.

2.0    Media Placement Services. Company will act as Customer's agency of record, and Customer will cooperate with and assist Company in having Company recognized as such by media vendors. Customer will provide reasonable assistance to Company in dealings with media vendors. Customer is financially responsible for all media costs (including without limitation short rates) for advertising placed by Company on Customer's behalf, regardless of whether such costs vary from prior quotes. Company will not be responsible for errors in placement of advertising if (a) Customer does not request review of its media plan; (b) Customer fails or is unable to provide notice of necessary corrections within a reasonable amount of time prior to placement of the advertising; or (c) Customer provides oral or written approval of the media plan, and Company has followed such media plan. If the actual quantity circulated varies from the ordered quantity by up to 1% of total circulation per event, Company will be deemed in compliance with this Agreement. If Customer fails to approve the media plan in time to allow Company to place the advertising, Company may attempt to place the advertising for an alternative date agreed to by Customer and/or may, in its sole discretion, charge Customer for charges assessed by the media.

3.0    Payment Terms.

3.1.    Payments, Credit, and Taxes. If Company extends credit to Customer, each payment is due within 30 days of the invoice date; otherwise, payment is due in advance or on delivery (as specified by Company). Customer will pay late fees equal to 1 1/2 % per month (or the amount allowed by law, if less) on all past due amounts, and reimburse Company for all collection costs incurred (including without limitation attorneys' fees). Company may retain any Customer property as security until full payment is received. Company will determine whether to extend credit to Customer, and such decision may be modified or its extension terminated at any time on notice to Customer if Company determines (in its sole discretion) that Customer's creditworthiness is unacceptable. Customer will provide Company with financial information on request, to enable Company to evaluate Customer's creditworthiness. Customer will pay Company directly or reimburse Company for all taxes on Services, except taxes on Company's income.

3.2.    Price Changes. Prices are subject to change if Customer requests changes in the specifications or schedule or otherwise causes a delay in the Services, or if Customer-Furnished Materials do not conform to Company's specifications. Company may increase or decrease prices at any time to reflect materials vendors' rate changes, and changes in the market for freight, paper, ink and other materials. In addition, on 60 days' prior written notice to Customer, Company may increase prices on an annual basis on the anniversary of this Agreement by an amount equal to any increase in the Consumer Price Index (U.S., All Items, Not Seasonally Adjusted, as published by the U.S. Department of Commerce, and any successor index) that occurred in the prior calendar year. Customer will have no right to setoff any amounts due to Company under this Agreement against any amounts claimed by Customer against Company, whether such claimed amounts are the result of Company's breach or otherwise.

3.3.    Postage Payments. Customer will pre-pay the estimated postage related expenses for all direct marketing Services by furnishing Company a check or wire transfer to be deposited to the postal account maintained by Company. Company will compare Post Office counts and charges against the count furnished by Customer and Company's machine count. Company will resolve any discrepancies on Customer's agent, will advise Customer of such resolution, and if either party owes the other party amounts based on such resolution that party will promptly pay such amount to the other party.

4.0    Claims. Customer must provide written notice of any defect, damage, shortage or breach of this Agreement as soon as it is discovered, but in any event no later than 10 days after delivery of the affected portion of the Services.

5.0    Limited Warranty and Liability. Company warrants that it will perform the Services in a workmanlike manner. Customer's sole and exclusive remedy for any claim arising out of this Agreement will be for Company, in Customer's commercially reasonable discretion to (a) to use commercially reasonable efforts to cure the breach, or (b) to refund the price paid to Company for the non-conforming portion of the Services. COMPANY DISCLAIMS ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A GENERAL OR PARTICULAR PURPOSE. FOR ALL CLAIMS REGARDLESS OF FORM, WHETHER BASED ON BREACH OF CONTRACT, TORT, OR OTHERWISE (INCLUDING NEGLIGENCE OR LOST SALES OR PROFITS), COMPANY'S AND ITS CONTRACTORS' AGGREGATE LIABILITY WILL NOT EXCEED THE AMOUNTS PAID BY CUSTOMER FOR THE PORTION OF THE SERVICES THAT GAVE RISE TO THE CLAIM(S). COMPANY AND ITS CONTRACTORS AND CUSTOMER WILL NOT BE LIABLE UNDER ANY CIRCUMSTANCES FOR INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES FOR ALL CLAIMS REGARDLESS OF FORM, WHETHER BASED ON BREACH OF CONTRACT, TORT, OR OTHERWISE (INCLUDING NEGLIGENCE OR LOST SALES OR PROFITS). Neither party is liable for delays or failures in performance of any obligations under this Agreement, other than payment obligations, due to a cause beyond its reasonable control.

6.0    Indemnification. Customer will defend, indemnify, and hold Company harmless against all claims, losses, costs, expenses, and damages related to: (a) Customer's use of the Services (including without limitation unfair competition claims); (b) Customer's provision of materials that actually or allegedly violate third-party proprietary rights, contain illegal or improper material, or invade privacy or other personal rights; (c) Customer's failure to honor any of its agreements with media vendors; or (d) Customer's failure to pay for advertising ordered by Company on Customer's behalf.

7.0    Insurance. Company will maintain its standard fire, extended coverage, vandalism, malicious mischief and sprinkler leakage insurance on all Customer-Furnished Materials, preparatory material, and printed work in Company's possession. Company's liability for loss or damage to such property will not exceed the lesser of: (a) the amount recovered from such insurance; or (b) the amount set forth in Section 6.

8.0    Interpretation and Enforcement. This Agreement will be governed by and construed in accordance with the laws of the State of New York, without regard to its conflicts of laws principles. If any provision is declared invalid, illegal or unenforceable, the validity of the remaining provisions will not be affected. The parties agree that this Agreement will not be preemptively interpreted for or against any party by reason of that party having drafted or negotiated, or failed to draft or negotiate, all or any portion of any provision of this Agreement. Senior managers of each party will attempt to resolve by negotiations any disputes prior to engaging in litigation, except when seeking injunctive relief. Venue for any dispute between the parties arising out of this Agreement or pertaining to the subject matter hereof may be had in the District Court for the Southern District of New York or in the state courts of New York sitting in New York County. The parties specifically disclaim application of the Convention on Contracts for the International Sale of Goods. EACH PARTY EXPRESSLY WAIVES ALL RIGHTS TO A TRIAL BY JURY.

9.0    Miscellaneous. Customer will perform those tasks and assume those responsibilities specified in this Agreement, and will provide Company with decisions and approvals upon Company's request. Waiver of any default or breach of this Agreement will not constitute a waiver of any other default or breach. This Agreement is the complete and exclusive statement of the terms of the contract for the Services, and can be modified only by a written amendment signed by both parties. Except as expressly provided in this Agreement, Company is an independent contractor, not an agent of Customer. All notices will be in writing and will be deemed to have been given when delivered personally, when mailed by certified or registered mail, return receipt requested and postage prepaid, when sent via a nationally recognized overnight carrier, or when sent via facsimile confirmed in writing to the recipient. Customer may not assign its rights or obligations under this Agreement without the prior written consent of Company. This Agreement will be binding upon and inure to the benefit of the parties' successors and permitted assigns. To the extent any other agreement is inconsistent with these Terms and Conditions, unless expressly provided otherwise, these Terms and Conditions will govern.


250 West Pratt Street
18th Floor
Baltimore, MD  21201
(410) 528-9800
www.vertisinc.com

## Invoice

| Number | Date | Page |
|---|---|---|
| 07004075 | 10/21/2008 | 1 of 2 |

**Bill To**  061360

CIRCUIT CITY PURCHSING CO LLC
SUBSIDIARY OF CIRCUIT CITY 2
ATTN:BRIAN HARGROVE     DR 3,2
9954 MAYLAND DR
RICHMOND, VA  23233-1463

**Please send remittance to:**
VERTIS, INC.
P. O. BOX 404555
ATLANTA,GA 30384-4555

**Via TK**

| Currency | : USD |
|---|---|
| PO# | : |
| Reference# | : |
| Job# | : 07072600 |
| Job Name | : CIRCUIT CITY |
| Sales Rep | : KEITH FLEMING |
| CSR | : PATRICIA WEIGAND |
| Payment Terms | : NET 10 DAYS FROM INVOICE DATE |
| Note 1 | : |
| Note 2 | : |
| Sold to Cust | : CIRCUIT CITY PURCHSING CO LLC |

| Product/Service | Description | Quantity | Unit Price | U/M | Amount |
|---|---|---|---|---|---|
| | CIRCUIT CITY | | | | |
| | 10/26 PUERTO RICO EVENT | | | | |
| | TRANSPORTATION SERVICES | | | | |
| OTHER B | 8 TAB - 175,000 COPIES | | | | 755.00 |
| | 20% FUEL SURCHARGE | | | | 151.00 |

Thank you - It is our pleasure to serve you          **Total**          $906.00

Subject to terms and conditions on final page - after invoice total.

## VERTIS SERVICES TERMS AND CONDITIONS

To the extent the parties have executed a mutually agreed Services Agreement or other written contractual commitment, these terms and conditions are inapplicable and the terms of the parties' relationship shall be governed by such Services Agreement or other written contractual commitment.

These Terms and Conditions apply to all goods, printed pieces, merchandise, materials, equipment, supplies and products or services ("Services") provided by Vertis, Inc. (or its affiliated companies ("Company") for you ("Customer").

**Premedia, Printing, and Direct Marketing Services.**

1.1. **Materials.** All paper, film, electronic media, artwork, engravings, data, and other materials furnished by Customer ("Customer-Furnished Materials") will meet Company's specifications and will be delivered on a schedule acceptable to Company. Company may charge Customer additional amounts for the use, handling, storage, transportation or transmission of Customer-Furnished Materials and, except as set forth in Paragraph 9.0, will not be liable for any loss or damage to the Customer-Furnished Materials. Unless otherwise agreed in writing, Company will retain Customer-Furnished Materials and other preparatory materials for up to 30 days following the Services, and then may dispose of them without notice or liability. All negatives, positives, flats and other film will become the property of Customer and Company will deliver them to Customer upon its request.

1.2. **Customer's Delay.** If Customer fails to use reserved press time, or fails to provide Company with Customer-Furnished Materials in time to meet a scheduled copy release date or by the due date for such materials as provided to Customer, Company shall not be responsible for meeting Customer deadlines and may attempt to re-schedule the Services to a mutually-acceptable date and/or may, in its sole discretion, charge Customer for press stand-ready time and any unused paper or other materials or services ordered or purchased in preparation for the Services.

1.3. **Customer Final Approval Proof.**

1.3.1. Prior to release for final output or release for printing, Company will provide an analog proof or digital representations, along with original copy where applicable, to Customer for review and approval (the "Final Proof"). Customer will notify Company of its approval of Final Proofs and of any corrections either (i) by noting any corrections on Final Proofs and returning them to Company marked "OK" or "OK with change" along with Customer's authorized signature, or (ii) if mutually agreed, by email to the appropriate Company representative. Company will not be responsible for printing errors if Customer fails or is unable to provide notice of necessary corrections within a reasonable amount of time prior to final output or release for printing. The timely return of the Final Proofs by Customer will be determined by a mutually agreed job schedule.

1.3.2. Company will not be responsible for errors in copy (omissions or commissions), folding, format, or color break, if Customer (i) does not order or refuses to accept Final Proofs; (ii) either fails to return Final Proofs with indications of changes or marked "OK" or fails to provide email approval of Final Proofs when permitted; or (iii) communicates changes verbally.

1.3.3. Customer changes to original copy or instructions will be invoiced at .t rates unless otherwise mutually agreed. Company will not be responsible for any loss, damage, or liability incurred by Customer arising from delay in delivery due to untimely return of Final Proofs. A reasonable variation in color between Final Proofs and the completed job will constitute an acceptable delivery.

1.4. **Delivery.** Unless otherwise agreed in writing, delivery will be FCA Company's dock (Incoterms 2000). Unless otherwise specified in writing, Company will choose the carrier and will ship each portion of the Services to Customer upon completion (without storage at Company's facility). Title and risk of loss passes to Customer on delivery to carrier. Partial shipments by Company are permitted. If Company delivers a quantity of printed materials that varies 5 percent either way from the total quantities ordered, or direct marketing materials 10 days earlier or later than the mutually agreed delivery date, Company will be deemed in compliance with this Agreement. If Company fails to deliver direct marketing materials 15 days after the mutually agreed delivery date, Customer's sole and exclusive remedy is to cancel only the undelivered portion of direct marketing materials.

**2.0 Media Placement Services.** Company will act as Customer's agency of record, and Customer will cooperate with and assist Company in having Company recognized as such by media vendors. Customer will provide reasonable assistance to Company in dealings with media vendors. Customer is financially responsible for all media costs (including without limitation short rates) for advertising placed by Company on Customer's behalf, regardless of whether such costs vary from prior quotes. Company will not be responsible for errors in placement of advertising if (a) Customer does not request review of its media plan; (b) Customer fails or is unable to provide notice of necessary corrections within a reasonable amount of time prior to placement of the advertising; or (c) Customer provides oral or written approval of the media plan, and Company has followed such media plan. If the actual quantity circulated varies from the ordered quantity by up to 1% of total circulation per event, Company will be deemed in compliance with this Agreement. If Customer fails to approve the media plan in time to allow Company to place the advertising, Company may attempt to place the advertising for an alternative date agreed to by Customer and/or may, in its sole discretion, charge Customer for charges assessed by the media.

**3.0 Payment Terms.**

3.1. **Payments, Credit, and Taxes.** If Company extends credit to Customer, each payment is due within 30 days of the invoice date; otherwise, payment is due in advance or on delivery (as specified by Company). Customer will pay late fees equal to 1 1/2 % per month (or the amount allowed by law, if less) on all past due amounts, and reimburse C- -any for all collection costs incurred (including without limitation attorneys' fees). . . ..ny may retain any Customer property as security until full payment is received. C. .any will determine whether to extend credit to Customer, and such decision may be modified on this Agreement terminated at any time on notice to Customer if Company determines (in its sole discretion) that Customer's creditworthiness is unacceptable. Customer will provide Company with financial information on request, to enable Company to evaluate Customer's creditworthiness. Customer will pay Company directly or reimburse Company for all taxes on Services, except taxes on Company's income.

3.2. **Price Change.** Prices are subject to change if Customer requests changes in the specifications or schedule or otherwise causes a delay in the Services, or if Customer-Furnished Materials do not conform to Company's specifications. Company may increase or decrease prices at any time to reflect media vendors' rate changes, and changes in the market for freight, paper, ink and other materials. In addition, on 60 days' prior written notice to Customer, Company may increase prices on an annual basis on the anniversary of this Agreement by an amount equal to any increase in the Consumer Price Index (U.S., All Items, Not Seasonally Adjusted, as published by the U.S. Department of Commerce, and any successor index) that occurred in the prior calendar year. Customer will have no right to setoff any amounts due to Company under this Agreement against any amounts claimed by Customer against Company, whether such claimed amounts are the result of Company's breach or otherwise.

3.3. **Postage Payments.** Customer will pre-pay the estimated postage related expenses for all direct marketing Services by furnishing Company a check or wire transfer to be deposited to the postal account maintained by Company. Company-will compare Post Office counts and charges against the count furnished by Customer and Company's machine count. Company will resolve any discrepancies as Customer's agent, will advise Customer of such resolution, and if either party owes the other party amounts based on such resolution that party will promptly pay such amount to the other party.

**4.0 Claims.** Customer must provide written notice of any defect, damage, shortage or breach of this Agreement as soon as it is discovered, but in any event no later than 10 days after delivery of the affected portion of the Services. .

**5.0 Limited Warranty and Liability.** Company warrants that it will perform the Services in a workmanlike manner. Customer's sole and exclusive remedy for any claim arising out of this Agreement will be for Company, in Customer's commercially reasonable discretion to (a) to use commercially reasonable efforts to cure the breach, or (b) to refund the price paid to Company for the non-conforming portion of the Services. COMPANY DISCLAIMS ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A GENERAL OR PARTICULAR PURPOSE. FOR ALL CLAIMS REGARDLESS OF FORM, WHETHER BASED ON BREACH OF CONTRACT, TORT, OR OTHERWISE (INCLUDING NEGLIGENCE OR LOST SALES OR PROFITS), COMPANY'S AND ITS CONTRACTORS' AGGREGATE LIABILITY WILL NOT EXCEED THE AMOUNTS PAID BY CUSTOMER FOR THE PORTION OF THE SERVICES THAT GAVE RISE TO THE CLAIMS). COMPANY AND ITS CONTRACTORS AND CUSTOMER WILL NOT BE LIABLE UNDER ANY CIRCUMSTANCES FOR INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES FOR ALL CLAIMS REGARDLESS OF FORM, WHETHER BASED ON BREACH OF CONTRACT, TORT, OR OTHERWISE (INCLUDING NEGLIGENCE OR LOST SALES OR PROFITS). Neither party is liable for delays or failures in performance of any obligations under this Agreement, other than payment obligations, due to a cause beyond its reasonable control.

**6.0 Indemnification.** Customer will defend, indemnify, and hold Company harmless against all claims, losses, costs, expenses, and damages related to: (a) Customer's use of the Services (including without limitation under competition claims); (b) Customer's provision of materials that actually or allegedly violate third-party proprietary rights, contain illegal or improper material, or invade privacy or other personal rights; (c) Customer's failure to honor any of its agreements with media vendors; or (d) Customer's failure to pay for advertising ordered by Company on Customer's behalf.

**7.0 Insurance.** Company will maintain its standard fire, extended coverage, vandalism, malicious mischief and sprinkler leakage insurance on all Customer-Furnished Materials, preparatory material, and printed work in Company's possession. Company's liability for loss or damage to such property will not exceed the lesser of: (a) the amount recovered from such insurance; or (b) the amount set forth in Section 6.

**8.0 Interpretation and Enforcement.** This Agreement will be governed by and construed in accordance with the laws of the State of New York, without regard to its conflicts of laws principles. If any provision is declared invalid, illegal or unenforceable, the validity of the remaining provisions will not be affected. The parties agree that this Agreement will not be presumptively interpreted for or against any party by reason of that party having drafted or negotiated, or failed to draft or negotiate, all or any portion of any provision of this Agreement. Senior managers of each party will attempt to resolve by negotiations any disputes prior to engaging in litigation, except when seeking injunctive relief. Venue for any dispute between the parties arising out of this Agreement or pertaining to the subject matter hereof may be had in the District Court for the Southern District of New York or in the state courts of New York sitting in New York County. The parties specifically disclaim application of the Convention on Contracts for the International Sale of Goods. EACH PARTY EXPRESSLY WAIVES ALL RIGHTS TO A TRIAL BY JURY.

**9.0 Miscellaneous.** Customer will perform those tasks and assume those responsibilities specified in this Agreement, and will provide Company with decisions and approvals upon Company's request. Waiver of any default or breach of this Agreement will not constitute a waiver of any other default or breach. This Agreement is the complete and exclusive statement of the terms of the contract for the Services, and can be modified only by a written amendment signed by both parties. Except as expressly provided in this Agreement, Company is an independent contractor, not an agent of Customer. All notices will be in writing and will be deemed to have been given when delivered personally, when mailed by certified or registered mail, return receipt requested and postage prepaid, when sent via a nationally recognized overnight carrier, or when sent via facsimile confirmed in writing to the recipient. Customer may not assign its rights of obligations under this Agreement without the prior written consent of Company. This Agreement will be binding upon and inure to the benefit of the parties' successors and permitted assigns. To the extent any other agreement is inconsistent with these Terms and Conditions, unless expressly provided otherwise, these Terms and Conditions will govern.


communications

**Invoice No.** 56-704579

**Customer Ref** N/A

**P.O. No.**

**Keyword 1**

**Keyword 2**

**Invoice Date** 10/30/08

**Terms NET** NET 30 DAYS

**Please remit to:**
Vertis, Inc.
PreMedia
P.O. Box 840617
Dallas, TX 75284-0617

Bill To:

CIRCUIT CITY - MARKETING DEPT.
Attn: Eddie Edwards
9950 MAYLAND DR
DR1, 4TH FLOOR
RICHMOND, VA 23233-1463

**Job No.** 588295

**Job Description** October 2008 Photography

—Fold here—

| Description | Qty | Charge Amt | Ext Amount |
|---|---|---|---|
| PHOTOGRAPHY SERVICES | | | |
| Additional Angle Shots | 49 | $60.00 | $2,940.00 |
| Initial Angle Shots | 78 | $70.00 | $5,460.00 |
| A MODS | | | |
| | | | $8,400.00 |

| Shipping Charges | Ship Amount |
|---|---|
| Total Shipping Charges | $.00 |

Sales Tax:

| Product Code | State | Tax |
|---|---|---|
| PREPRESS ELECTRON | VA | $.00 |
| | | $.00 |

| | |
|---|---|
| Subtotal | $8,400.00 |
| Freight | $.00 |
| Taxes | $.00 |
| Total | $8,400.00 |

**Due and payable in Irving, Dallas County, Texas in U.S. Dollars**

**Please reference invoice number when remitting payment.**

Vertis, Inc., Irving, TX, 972-373-4800   800-385-8957

To the extent the parties have executed a mutually agreed Services Agreement or other written contractual commitment, these terms and conditions are inapplicable and the terms of the parties¿ relationship shall be governed by such Services Agreement or other written contractual commitment.

These Terms and Conditions apply to all goods, printed pieces, merchandise, materials, equipment, supplies and products or services (¿Services¿) provided by Vertis, Inc. ( or its affiliated companies ¿Company¿) for you (¿Customer¿).

## 1.0 Premedia, Printing, and Direct Marketing Services.
1.1. Materials. All paper, film, electronic media, artwork, engravings, data, and other materials furnished by Customer (¿Customer-Furnished Materials¿) will meet Company¿s specifications and will be [ ] on a schedule acceptable to Company. Company may charge Customer additional amounts for the use, handling, storage, transportation or transmission of Customer-Furnished Materials and, set forth in Paragraph 9.0, will not be liable for any loss or damage to the Customer-Furnished Materials. Unless otherwise agreed in writing, Company will retain Customer-Furnished Materials and c... or preparatory materials for up to 30 days following the Services, and then may dispose of them without notice or liability. All negatives, positives, flats and other film will become the property of Customer and Company will deliver them to Customer upon its request.

1.2. Customer¿s Delay. If Customer fails to use reserved press time, or fails to provide Company with Customer-Furnished Materials in time to meet a scheduled copy release date or by the due date for such materials as provided to Customer, Company shall not be responsible for meeting Customer deadlines and may attempt to re-schedule the Services to a mutually-acceptable date and/or may, in its sole discretion, charge Customer for press stand-ready time and any unused paper or other materials or services ordered or purchased in preparation for the Services.

1.3. Customer Final Approval Proof.
1.3.1. Prior to release for final output or release for printing, Company will provide an analog proof or digital representations, along with original copy where applicable, to Customer for review and approval the ¿Final Proof¿). Customer will notify Company of its approval of Final Proofs and of any corrections either (i) by noting any corrections on Final Proofs and returning them to Company marked ¿OK¿ or ¿OK with change¿ along with Customer¿s authorized signature, or (ii) if mutually agreed, by email to the appropriate Company representative. Company will not be responsible for printing errors if Customer fails or is unable to provide notice of necessary corrections within a reasonable amount of time prior to final output or release for printing. The timely return of the Final Proofs by Customer will be determined by a mutually agreed job schedule.
1.3.2. Company will not be responsible for errors in copy (omissions or commissions), folding, format, or color break, if Customer (i) does not order or refuses to accept Final Proofs; (ii) either fails to return Final Proofs with indications of changes or marked ¿OK¿ or fails to provide email approval of Final Proofs; or (iii) communicates changes verbally.
1.3.3. Customer changes to original copy or instructions will be invoiced at current rates unless otherwise mutually agreed. Company will not be responsible for any loss, damage, or liability incurred by Customer arising from delay in delivery due to untimely return of Final Proofs. A reasonable variation in color between Final Proofs and the completed job will constitute an acceptable delivery.

1.4. Delivery. Unless otherwise agreed in writing, delivery will be FCA Company¿s dock (Incoterms 2000). Unless otherwise specified in writing, Company will choose the carrier and will ship each portion of the Services to Customer upon completion (without storage at Company¿s facility). Title and risk of loss passes to Customer on delivery to carrier. Partial shipments by Company are permitted. If Company delivers a quantity of printed materials that varies 5 percent either way from the total quantities ordered, or direct marketing materials 10 days earlier or later than the mutually agreed delivery date, Company will be deemed in compliance with this Agreement. If Company fails to deliver direct marketing materials 15 days after the mutually agreed delivery date, Customer¿s sole and exclusive remedy is to cancel only the undelivered portion of direct marketing materials.

1.0 Media Placement Services. Company will act as Customer¿s agency of record, and Customer will cooperate with and assist Company in having Company recognized as such by media vendors. Customer will provide reasonable assistance to Company in dealings with media vendors. Customer is financially responsible for all media costs (including without limitation short rates) for advertising placed by Company on Customer¿s behalf, regardless of whether such costs vary from prior quotes. Company will not be responsible for errors in placement of advertising if (a) Customer does not request view of its media plan; (b) Customer fails or is unable to provide notice of necessary corrections within a reasonable amount of time prior to placement of the advertising; or (c) Customer provides oral or written approval of the media plan, and Company has followed such media plan. If the actual quantity circulated varies from the ordered quantity by up to 1% of total circulation per event, Company will be deemed in compliance with this Agreement. If Customer fails to approve the media plan in time to allow Company to place the advertising, Company may attempt to place the advertising for an alternative date agreed to by Customer and/or may, in its sole discretion, charge Customer for charges assessed by the media.

## 1.0 Payment Terms.
1.1. Payments, Credit, and Taxes. If Company extends credit to Customer, each payment is due within 30 days of the invoice date; otherwise, payment is due in advance or on delivery (as specified by Company). Customer will pay late fees equal to 1 1/2 % per month (or the amount allowed by law, if less) on all past due amounts, and reimburse Company for all collection costs incurred (including without limitation attorneys¿ fees). Company may retain any Customer property as security until full payment is received. Company will determine whether to extend credit to Customer, and such decision may be modified or this Agreement terminated at any time on notice to Customer if Company determines (in its sole discretion) that Customer¿s creditworthiness is unacceptable. Customer will provide Company with financial information on request, to enable Company to evaluate Customer¿s creditworthiness. Customer will pay Company directly or reimburse Company for all taxes on Services, except taxes on Company¿s income.

1.2. [ ] Changes. Prices are subject to change if Customer requests changes in the specifications or schedule or otherwise causes a delay in the Services, or if Customer-Furnished Materials do not conform to Company¿s specifications. Company may increase or decrease prices at any time to reflect media vendors¿ rate changes, and changes in the market for freight, paper, ink and other materials. In addition, on 60 days¿ prior written notice to Customer, Company may increase prices on an annual basis on the anniversary of this Agreement by an amount equal to any increase in the Consumer Price Index (U.S., All Items, Not Seasonally Adjusted, as published by the U.S. Department of Commerce, and any successor index) that occurred in the prior calendar year. Customer will have no right to setoff any amounts due to Company under this Agreement against any amounts claimed by Customer against Company, whether such claimed amounts are the result of Company¿s breach or otherwise.

1.3. Postage Payments. Customer will pre-pay the estimated postage related expenses for all direct marketing Services by furnishing Company a check or wire transfer to be deposited to the postal account maintained by Company. Company will compare Post Office counts and charges against the count furnished by Customer and Company¿s machine count. Company will resolve any discrepancies as Customer¿s agent, will advise Customer of such resolution, and if either party owes the other party amounts based on such resolution that party will promptly pay such amount to the other party.

1.0 Claims. Customer must provide written notice of any defect, damage, shortage or breach of this Agreement as soon as it is discovered, but in any event no later than 10 days after delivery of the affected portion of the Services.

1.0 Limited Warranty and Liability. Company warrants that it will perform the Services in a workmanlike manner. Customer¿s sole and exclusive remedy for any claim arising out of this Agreement will be or Company, in Customer¿s commercially reasonable discretion to (a) to use commercially reasonable efforts to cure the breach, or (b) to refund the price paid to Company for the non-conforming portion of the Services. COMPANY DISCLAIMS ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A GENERAL OR PARTICULAR PURPOSE. FOR ALL CLAIMS REGARDLESS OF FORM, WHETHER BASED ON BREACH OF CONTRACT, TORT, OR OTHERWISE (INCLUDING NEGLIGENCE OR LOST SALES OR PROFITS), COMPANY¿S AND ITS CONTRACTORS¿ AGGREGATE LIABILITY WILL NOT EXCEED THE AMOUNTS PAID BY CUSTOMER FOR THE PORTION OF THE SERVICES THAT GAVE RISE TO THE CLAIM(S). COMPANY AND ITS CONTRACTORS AND CUSTOMER WILL NOT BE LIABLE UNDER ANY CIRCUMSTANCES FOR INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES FOR ALL CLAIMS REGARDLESS OF FORM, WHETHER BASED ON BREACH OF CONTRACT, TORT, OR OTHERWISE (INCLUDING NEGLIGENCE OR LOST SALES OR PROFITS). Neither party is liable for delays or failures in performance of any obligations under this Agreement, other than payment obligations, due to a cause beyond its reasonable control.

1.0 Indemnification. Customer will defend, indemnify, and hold Company harmless against all claims, losses, costs, expenses, and damages related to: (a) Customer¿s use of the Services (including without limitation unfair competition claims); (b) Customer¿s provision of materials that actually or allegedly violate third-party proprietary rights, contain illegal or improper material, or invade privacy or other personal rights; (c) Customer¿s failure to honor any of its agreements with media vendors; or (d) Customer¿s failure to pay for advertising ordered by Company on Customer¿s behalf.

1.0 Insurance. Company will maintain its standard fire, extended coverage, vandalism, malicious mischief and sprinkler leakage insurance on all Customer-Furnished Materials, preparatory material, and printed work in Company¿s possession. Company¿s liability for loss or damage to such property will not exceed the lesser of: (a) the amount recovered from such insurance; or (b) the amount set forth in Section 6.

1.0 Interpretation and Enforcement. This Agreement will be governed by and construed in accordance with the laws of the State of New York, without regard to its conflicts of laws principles. If any provision is declared invalid, illegal or unenforceable, the validity of the remaining provisions will not be affected. The parties agree that this Agreement will not be presumptively interpreted for or against any party by reason of that party having drafted or negotiated, or failed to draft or negotiate, all or any portion of any provision of this Agreement. Senior managers of each party will attempt to resolve by negotiations any disputes prior to engaging in litigation, except when seeking injunctive relief. Venue for any dispute between the parties arising out of this Agreement or pertaining to the subject matter hereof may be had in the District Court for the Southern District of New York or in the state courts of New York sitting in New York County. The parties specifically disclaim application of the Convention on Contracts for the International Sale of Goods. EACH PARTY EXPRESSLY WAIVES ALL RIGHTS TO A TRIAL BY JURY.

1.0 Miscellaneous. Customer will perform those tasks and assume those responsibilities specified in this Agreement, and will provide Company with decisions and approvals upon Company¿s request. Waiver of any default or breach of this Agreement will not constitute a waiver of any other default or breach. This Agreement is the complete and exclusive statement of the terms of the contract for the Services, and can be modified only by a written amendment signed by both parties. Except as expressly provided in this Agreement, Company is an independent contractor, not an agent of Customer. All notices [ ] t be in writing and will be deemed to have been given when delivered personally, when mailed by certified or registered mail, return receipt requested and postage prepaid, when sent via a recognized overnight carrier, or when sent via facsimile confirmed in writing to the recipient. Customer may not assign its rights or obligations under this Agreement without the prior written consent... of Company. This Agreement will be binding upon and inure to the benefit of the parties¿ successors and permitted assigns. To the extent any other agreement is inconsistent with these Terms and Conditions, unless expressly provided otherwise, these Terms and Conditions will govern.


**vertis.**
communications

250 West Pratt Street
18th Floor
Baltimore, MD  21201
(410) 528-9800
www.vertisinc.com

# Invoice

| Number | Date | Page |
|--------|------|------|
| 07004105 | 11/04/2008 | 1 of 2 |

**Bill To:  061350**

CIRCUIT CITY PURCHSING CO LLC
SUBSIDIARY OF CIRCUIT CITY 2
ATTN:BRIAN HARGROVE    DR 3,2
9954 MAYLAND DR
RICHMOND, VA  23233-1463

**Please send remittance to:**

VERTIS, INC.
P. O. BOX 404555
ATLANTA,GA 30384-4555

**Via: TK**

| Currency | USD |
|----------|-----|
| PO# | : |
| Reference# | : |
| Job# | : 07086400 |
| Job Name | : CIRCUIT CITY |
| Sales Rep | : KEITH FLEMING |
| CSR | : PATRICIA WEIGAND |
| Payment Terms | : NET 10 DAYS FROM INVOICE DATE |
| Note 1 | : |
| Note 2 | : |
| Sold to Cust | : CIRCUIT CITY PURCHSING CO LLC |

| Product/Service | Description | Quantity | Unit Price | U/M | Amount |
|-----------------|-------------|----------|------------|-----|--------|
| | CIRCUIT CITY | | | | |
| | 11/2 PUERTO RICO EVENT | | | | |
| | TRANSPORTATION SERVICES | | | | |
| OTHER B | 8 TAB - 188,500 COPIES | | | | 815.00 |
| | 15% FUEL SURCHARGE | | | | 122.25 |

Thank you - It is our pleasure to serve you                    Total                    $937.25

Subject to terms and conditions on final page - after Invoice total.

## VERTIS SERVICES TERMS AND CONDITIONS

To the extent the parties have executed a mutually agreed Services Agreement or other written contractual commitment, these terms and conditions are inapplicable and the terms of the parties' relationship shall be governed by such Services Agreement or other written contractual commitment.

These Terms and Conditions apply to all goods, printed pieces, merchandise, materials, equipment, supplies and products or services ("Services") provided by Vertis, Inc. (or its affiliated companies ("Company") for you ("Customer").

**Premedia, Printing, and Direct Marketing Services.**

1.1.    **Materials.** All paper, film, electronic media, artwork, engravings, data, and other materials furnished by Customer ("Customer-Furnished Materials") will meet Company's specifications and will be delivered on a schedule acceptable to Company. Company may charge Customer additional amounts for the use, handling, storage, transportation or transmission of Customer-Furnished Materials and, except as set forth in Paragraph 9.0, will not be liable for any loss or damage to the Customer-Furnished Materials. Unless otherwise agreed in writing, Company will retain Customer-Furnished Materials and other preparatory materials for up to 30 days following the Services, and then may dispose of them without notice or liability. All negatives, positives, flats and other film will become the property of Customer and Company will deliver them to Customer upon its request.

1.2.    **Customer's Delay.** If Customer fails to use reserved press time, or fails to provide Company with Customer-Furnished Materials in time to meet a scheduled copy release date or by the due date for such materials as provided to Customer, Company shall not be responsible for meeting Customer deadlines and may attempt to re-schedule the Services to a mutually-acceptable date and/or may, in its sole discretion, charge Customer for press stand-ready time and any unused paper or other materials or services ordered or purchased in preparation for the Services.

1.3.    **Customer Final Approval Proof.**

1.3.1.    Prior to release for final output or release for printing, Company will provide an analog proof or digital representations, along with original copy where applicable, to Customer for review and approval (the "Final Proof"). Customer will notify Company of its approval of Final Proofs and of any corrections either (i) by noting any corrections on Final Proofs and returning them to Company marked "OK" or "OK with change" along with Customer's authorized signature, or (ii) if mutually agreed, by email to the appropriate Company representative. Company will not be responsible for printing errors if Customer fails or is unable to provide notice of necessary corrections within a reasonable amount of time prior to final output or release for printing. The timely return of the Final Proofs by Customer will be determined by a mutually agreed job schedule.

1.3.2.    Company will not be responsible for errors in copy (omissions or commissions), folding, format, or color break, if Customer (i) does not order or refuses to accept Final Proofs; (ii) either fails to return Final Proofs with indications of changes or marked "OK" or fails to provide email approval of Final Proofs when permitted; or (iii) communicates changes verbally.

1.3.3.    Customer changes to original copy or instructions will be invoiced at rates unless otherwise mutually agreed. Company will not be responsible for any loss, damage, or liability incurred by Customer arising from delay in delivery due to untimely return of Final Proofs. A reasonable variation in color between Final Proofs and the completed job will constitute an acceptable delivery.

1.4.    **Delivery.** Unless otherwise agreed in writing, delivery will be FCA Company's dock (Incoterms 2000). Unless otherwise specified in writing, Company will choose the carrier and will ship each portion of the Services to Customer upon completion (without storage at Company's facility). Title and risk of loss passes to Customer on delivery to carrier. Partial shipments by Company are permitted. If Company delivers a quantity of printed materials that varies 5 percent either way from the total quantities ordered, or direct marketing materials 10 days earlier or later than the mutually agreed delivery date, Company will be deemed in compliance with this Agreement. If Company fails to deliver direct marketing materials 15 days after the mutually agreed delivery date, Customer's sole and exclusive remedy is to cancel only the undelivered portion of direct marketing materials.

**2.0    Media Placement Services.** Company will act as Customer's agency of record, and Customer will cooperate with and assist Company in having Company recognized as such by media vendors. Customer will provide reasonable assistance to Company in dealings with media vendors. Customer is financially responsible for all media costs (including without limitation short rates) for advertising placed by Company on Customer's behalf, regardless of whether such costs vary from prior quotes. Company will not be responsible for errors in placement of advertising if (i) Customer does not request review of its media plan; (b) Customer fails or is unable to provide notice of necessary corrections within a reasonable amount of time prior to placement of the advertising; or (c) Customer provides oral or written approval of the media plan, and Company has followed such media plan. If the actual quantity circulated varies from the ordered quantity by up to 1% of total circulation per event, Company will be deemed in compliance with this Agreement. If Customer fails to approve the media plan in time to allow Company to place the advertising, Company may attempt to place the advertising for an alternative date agreed to by Customer and/or may, in its sole discretion, charge Customer for charges assessed by the media.

**3.0    Payment Terms.**

3.1.    **Payments, Credit and Taxes.** If Company extends credit to Customer, each payment is due within 30 days of the invoice date; otherwise, payment is due in advance or on delivery (as specified by Company). Customer will pay late fees equal to 1 1/2 % per month (or the amount allowed by law, if less) on all past due amounts, and reimburse Company for all collection costs incurred (including without limitation attorneys' fees). Company may retain any Customer property as security until full payment is received. Company will determine whether to extend credit to Customer, and such decision may be modified, or this Agreement terminated at any time on notice to Customer if Company determines (in its sole discretion) that Customer's creditworthiness is unacceptable. Customer will provide Company with financial information on request, to enable Company to evaluate Customer's creditworthiness. Customer will pay Company directly or reimburse Company for all taxes on Services, except taxes on Company's income.

3.2.    **Price Changes.** Prices are subject to change if Customer requests changes in the specifications or schedule or otherwise causes a delay in the Services, or if Customer-Furnished Materials do not conform to Company's specifications. Company may increase or decrease prices at any time to reflect media vendors' rate changes, and changes in the market for freight, paper, ink and other materials. In addition, on 60 days' prior written notice to Customer, Company may increase prices on an annual basis on the anniversary of this Agreement by an amount equal to any increase in the Consumer Price Index (U.S., All Items, Not Seasonally Adjusted, as published by the U.S. Department of Commerce, and any successor index) that occurred in the prior calendar year. Customer will have no right to setoff any amounts due to Company under this Agreement against any amounts claimed by Customer against Company, whether such claimed amounts are the result of Company's breach or otherwise.

3.3.    **Postage Payments.** Customer will pre-pay the estimated postage related expenses for all direct marketing Services by furnishing Company a check or wire transfer to be deposited to the postal account maintained by Company. Company will compare Post Office counts and charges against the count furnished by Customer and Company's machine count. Company will resolve any discrepancies as Customer's agent, will advise Customer of such resolution, and if either party owes the other party amounts based on such resolution that party will promptly pay such amount to the other party.

**4.0    Claims.** Customer must provide written notice of any defect, damage, shortage or breach of this Agreement as soon as it is discovered, but in any event no later than 10 days after delivery of the affected portion of the Services.

**5.0    Limited Warranty and Liability.** Company warrants that it will perform the Services in a workmanlike manner. Customer's sole and exclusive remedy for any claim arising out of this Agreement will be for Company, in Customer's commercially reasonable discretion to (a) to use commercially reasonable efforts to cure the breach, or (b) to refund the price paid to Company for the non-conforming portion of the Services. COMPANY DISCLAIMS ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A GENERAL OR PARTICULAR PURPOSE. FOR ALL CLAIMS REGARDLESS OF FORM, WHETHER BASED ON BREACH OF CONTRACT, TORT, OR OTHERWISE (INCLUDING NEGLIGENCE OR LOST SALES OR PROFITS), COMPANY'S AND ITS CONTRACTORS' AGGREGATE LIABILITY WILL NOT EXCEED THE AMOUNTS PAID BY CUSTOMER FOR THE PORTION OF THE SERVICES THAT GAVE RISE TO THE CLAIM(S). COMPANY AND ITS CONTRACTORS AND CUSTOMER WILL NOT BE LIABLE UNDER ANY CIRCUMSTANCES FOR INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES FOR ALL CLAIMS REGARDLESS OF FORM, WHETHER BASED ON BREACH OF CONTRACT, TORT, OR OTHERWISE (INCLUDING NEGLIGENCE OR LOST SALES OR PROFITS). Neither party is liable for delays or failures in performance of any obligations under this Agreement, other than payment obligations, due to a cause beyond its reasonable control.

**6.0    Indemnification.** Customer will defend, indemnify, and hold Company harmless against all claims, losses, costs, expenses, and damages related to: (a) Customer's use of the Services (including without limitation unfair competition claims); (b) Customer's provision of materials that actually or allegedly violate third-party proprietary rights, contain illegal or improper material, or invade privacy or other personal rights; (c) Customer's failure to honor any of its agreements with media vendors; or (d) Customer's failure to pay for advertising ordered by Company on Customer's behalf.

**7.0    Insurance.** Company will maintain its standard fire, extended coverage, vandalism, malicious mischief and sprinkler leakage insurance on all Customer-Furnished Materials, preparatory material, and printed work in Company's possession. Company's liability for loss or damage to such property will not exceed the lesser of: (a) the amount recovered from such insurance; or (b) the amount set forth in Section 6.

**8.0    Interpretation and Enforcement.** This Agreement will be governed by and construed in accordance with the laws of the State of New York, without regard to its conflicts of laws principles. If any provision is declared invalid, illegal or unenforceable, the validity of the remaining provisions will not be affected. The parties agree that this Agreement will not be presumptively interpreted for or against any party by reason of that party having drafted or negotiated, or failed to draft or negotiate, all or any portion of any provision of this Agreement. Senior managers of each party will attempt to resolve by negotiations any disputes prior to engaging in litigation, except when seeking injunctive relief. Venue for any dispute between the parties arising out of this Agreement or pertaining to the subject matter hereof may be had in the District Court for the Southern District of New York or in the state courts of New York sitting in New York County. The parties specifically disclaim application of the Convention on Contracts for the International Sale of Goods. EACH PARTY EXPRESSLY WAIVES ALL RIGHTS TO A TRIAL BY JURY.

**9.0    Miscellaneous.** Customer will perform those tasks and assume those responsibilities specified in this Agreement, and will provide Company with decisions and approvals upon Company's request. Waiver of any default or breach of this Agreement will not constitute a waiver of any other default or breach. This Agreement is the complete and exclusive statement of the terms of the contract for the Services, and can be modified only by a written amendment signed by both parties. Except as expressly provided in this Agreement, Company is an independent contractor, and not agent of Customer. All notices will be in writing and will be deemed to have been given when delivered personally, when mailed by certified or registered mail, return receipt requested and postage prepaid, when sent via a nationally recognized overnight carrier, or when sent via facsimile confirmed in writing to the recipient. Company may not assign its rights or obligations under this Agreement without the prior written consent of Company. This Agreement will be binding upon and inure to the benefit of the parties' successors and permitted assigns. To the extent any other agreement is inconsistent with these Terms and Conditions, unless expressly provided otherwise, these Terms and Conditions will govern.



250 West Pratt Street
18th Floor
Baltimore, MD 21201
(410) 528-9800
www.vertisinc.com

# Invoice

| Number | Date | Page |
|---|---|---|
| 07004109 | 11/06/2008 | 1 of 2 |

**Bill To:   061360**

CIRCUIT CITY PURCHSING CO LLC
SUBSIDIARY OF CIRCUIT CITY 2
ATTN:BRIAN HARGROVE      DR 3,2
9954 MAYLAND DR
RICHMOND, VA  23233-1463

**Please send remittance to:**

VERTIS, INC.
P. O. BOX 404555
ATLANTA,GA 30384-4555

**Via: TK**

| Currency | USD |
|---|---|
| PO# | : |
| Reference# | : |
| Job# | : 07086500 |
| Job Name | : CIRCUIT CITY |
| Sales Rep | : KEITH FLEMING |
| CSR | : PATRICIA WEIGAND |
| Payment Terms | : NET 10 DAYS FROM INVOICE DATE |
| Note 1 | : |
| Note 2 | : |
| Sold to Cust | : CIRCUIT CITY PURCHSING CO LLC |

| Product/Service | Description | Quantity | Unit Price | U/M | Amount |
|---|---|---|---|---|---|
| | CIRCUIT CITY | | | | |
| | 11/9 PUERTO RICO EVENT | | | | |
| | TRANSPORTATION SERVICES | | | | |
| OTHER B | 8 TAB - 185,000 COPIES | | | | 815.00 |
| | 15% FUEL SURCHARGE | | | | 122.25 |

Thank you - It is our pleasure to serve you            Total            $937.25

Subject to terms and conditions on final page - after invoice total.

## VERTIS SERVICES TERMS AND CONDITIONS

To the extent the parties have executed a mutually agreed Services Agreement or other written contractual commitment, these terms and conditions are
inapplicable and the terms of the parties' relationship shall be governed by such Services Agreement or other written contractual commitment.

These Terms and Conditions apply to all goods, printed pieces, merchandise, materials, equipment, supplies and products or services ("Services") provided by Vertis, Inc. (or its affiliated companies ("Company") for you ("Customer").

**Premedia, Printing, and Direct Marketing Services.**

1.1.    Materials. All paper, film, electronic media, artwork, engravings, data, and other materials furnished by Customer ("Customer-Furnished Materials") will meet Company's specifications and will be delivered on a schedule acceptable to Company. Company may charge Customer additional amounts for the use, handling, storage, transportation or transmission of Customer-Furnished Materials and, except as set forth in Paragraph 9.0, will not be liable for any loss or damage to the Customer-Furnished Materials. Unless otherwise agreed in writing, Company will retain Customer-Furnished Materials and other preparatory materials for up to 30 days following the Services, and then may dispose of them without notice or liability. All negatives, positives, flats and other film will become the property of Customer and Company will deliver them to Customer upon its request.

1.2.    Customer's Delay. If Customer fails to use reserved press time, or fails to provide Company with Customer-Furnished Materials in time to meet a scheduled copy release date or by the due date for such materials as provided to Customer, Company shall not be responsible for meeting Customer deadlines and may attempt to re-schedule the Services to a mutually-acceptable date and/or may, in its sole discretion, charge Customer for press stand-ready time and any unused paper or other materials or services ordered or purchased in preparation for the Service.

1.3.    Customer Final Approval Proof.

1.3.1.    Prior to release for final output or release for printing, Company will provide an analog proof or digital representations, along with original copy where applicable, to Customer for review and approval (the "Final Proof"). Customer will notify Company of its approval of Final Proofs and of any corrections either (i) by noting any corrections on Final Proofs and returning them to Company marked "OK" or "OK with change" along with Customer's authorized signature, or (ii) if mutually agreed, by email to the appropriate Company representative. Company will not be responsible for printing errors if Customer fails or is unable to provide notice of necessary corrections within a reasonable amount of time prior to final output or release for printing. The timely return of the Final Proofs by Customer will be determined by a mutually agreed job schedule.

1.3.2.    Company will not be responsible for errors in copy (omissions or commissions), folding, format, or color break, if Customer (i) does not order or refuses to accept Final Proofs, (ii) either fails to return Final Proofs with indications of changes or marked "OK" or fails to provide email approval of Final Proofs when permitted; or (iii) communicates changes verbally.

1.3.3.    Customer changes to original copy or instructions will be invoiced at rates unless otherwise mutually agreed. Company will not be responsible for any loss, damage, or liability incurred by Customer arising from delay in delivery due to untimely return of Final Proofs. A reasonable variation in color between Final Proofs and the completed job will constitute an acceptable delivery.

1.4.    Delivery. Unless otherwise agreed in writing, delivery will be FCA Company's dock (Incoterms 2000). Unless otherwise specified in writing, Company will choose the carrier and will ship each portion of the Services to Customer upon completion (without storage at Company's facility). Title and risk of loss passes to Customer on delivery to carrier. Partial shipments by Company are permitted. If Company delivers a quantity of printed materials that varies 5 percent either way from the total quantities ordered, or direct marketing materials 10 days earlier or later than the mutually agreed delivery date, Company will be deemed in compliance with this Agreement. If Company fails to deliver direct marketing materials 15 days after the mutually agreed delivery date, Customer's sole and exclusive remedy is to cancel only the undelivered portion of direct marketing materials.

**2.0    Media Placement Services.** Company will act as Customer's agency of record, and Customer will cooperate with and assist Company in having Company recognized as such by media vendors. Customer will provide reasonable assistance to Company in dealings with media vendors. Customer is financially responsible for all media costs (including without limitation short rates) for advertising placed by Company on Customer's behalf, regardless of whether such costs vary from prior quotes. Company will not be responsible for errors in placement of advertising if (a) Customer does not request review of its media plan; (b) Customer fails or is unable to provide notice of necessary corrections within a reasonable amount of time prior to placement of the advertising; or (c) Customer provides oral or written approval of the media plan, and Company has followed such media plan. If the actual quantity circulated varies from the ordered quantity by up to 1% of total circulation per event, Company will be deemed in compliance with this Agreement. If Customer fails to approve the media plan in time to allow Company to place the advertising, Company may attempt to place the advertising for an alternative date agreed to by Customer and/or may, in its sole discretion, charge Customer for charges assessed by the media.

**3.0    Payment Terms.**

3.1.    Payments, Credit, and Taxes. If Company extends credit to Customer, each payment is due within 30 days of the invoice date; otherwise, payment is due in advance or on delivery (as specified by Company). Customer will pay late fees equal to 1 1/2 % per month (or the amount allowed by law, if less) on all past due amounts, and reimburse Company for all collection costs incurred (including without limitation attorneys' fees). Company may retain any Customer property as security until full payment is received. Company will determine whether to extend credit to Customer, and such decision may be modified or this Agreement terminated at any time on notice to Customer if Company determines (in its sole discretion) that Customer's creditworthiness is unacceptable. Customer will provide Company with financial information on request, to enable Company to evaluate Customer's creditworthiness. Customer will pay Company directly or reimburse Company for all taxes on Services, except taxes on Company's income.

3.2.    Price Changes. Prices are subject to change if Customer requests changes in the specifications or schedule or otherwise causes a delay in the Services, or if Customer-Furnished Materials do not conform to Company's specifications. Company may increase or decrease prices at any time to reflect media vendors' rate changes, and changes in the market for freight, paper, ink and other materials. In addition, on 60 days' prior written notice to Customer, Company may increase prices on an annual basis on the anniversary of this Agreement by an amount equal to any increase in the Consumer Price Index (U.S., All Items, Not Seasonally Adjusted, as published by the U.S. Department of Commerce, and any successor index) that occurred in the prior calendar year. Customer will have no right to setoff any amounts due to Company under this Agreement against any amounts claimed by Customer against Company, whether such claimed amounts are the result of Company's breach or otherwise.

3.3.    Postage Payments. Customer will pre-pay the estimated postage related expenses for all direct marketing Services by furnishing Company a check or wire transfer to be deposited to the postal account maintained by Company. Company will compare Post Office counts and charges against the count furnished by Customer and Company's machine count. Company will resolve any discrepancies as Customer's agent, will advise Customer of such resolution, and if either party owes the other party amounts based on such resolution that party will promptly pay such amount to the other party.

**4.0    Claims.** Customer must provide written notice of any defect, damage, shortage or breach of this Agreement as soon as it is discovered, but in any event no later than 10 days after delivery of the affected portion of the Services.

**5.0    Limited Warranty and Liability.** Company warrants that it will perform the Services in a workmanlike manner. Customer's sole and exclusive remedy for any claim arising out of this Agreement will be for Company, in Customer's commercially reasonable discretion to (a) to use commercially reasonable efforts to cure the breach, or (b) to refund the price paid to Company for the non-conforming portion of the Services. COMPANY DISCLAIMS ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A GENERAL OR PARTICULAR PURPOSE. FOR ALL CLAIMS REGARDLESS OF FORM, WHETHER BASED ON BREACH OF CONTRACT, TORT, OR OTHERWISE (INCLUDING NEGLIGENCE OR LOST SALES OR PROFITS), COMPANY'S AND ITS CONTRACTORS' AGGREGATE LIABILITY WILL NOT EXCEED THE AMOUNTS PAID BY CUSTOMER FOR THE PORTION OF THE SERVICES THAT GAVE RISE TO THE CLAIM(S). COMPANY AND ITS CONTRACTORS AND CUSTOMER WILL NOT BE LIABLE UNDER ANY CIRCUMSTANCES FOR INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES FOR ALL CLAIMS REGARDLESS OF FORM, WHETHER BASED ON BREACH OF CONTRACT, TORT, OR OTHERWISE (INCLUDING NEGLIGENCE OR LOST SALES OR PROFITS). Neither party is liable for delays or failures in performance of any obligations under this Agreement, other than payment obligations, due to a cause beyond its reasonable control.

**6.0    Indemnification.** Customer will defend, indemnify, and hold Company harmless against all claims, losses, costs, expenses, and damages related to: (a) Customer's use of the Services (including without limitation unfair competition claims); (b) Customer's provision of materials that actually or allegedly violate third-party proprietary rights, contain illegal or improper material, or invade privacy or other personal rights; (c) Customer's failure to honor any of its agreements with media vendors; or (d) Customer's failure to pay for advertising ordered by Company on Customer's behalf.

**7.0    Insurance.** Company will maintain its standard fire, extended coverage, vandalism, malicious mischief and sprinkler leakage insurance on all Customer-Furnished Materials, preparatory material, and printed work in Company's possession. Company's liability for loss or damage to such property will not exceed the lesser of: (a) the amount recovered from such insurance; or (b) the amount set forth in Section 6.

**8.0    Interpretation and Enforcement.** This Agreement will be governed by and construed in accordance with the laws of the State of New York, without regard to its conflicts of laws principles. If any provision is declared invalid, illegal or unenforceable, the validity of the remaining provisions will not be affected. The parties agree that this Agreement will not be preemptively interpreted for or against any party by reason of that party having drafted or negotiated, or failed to draft or negotiate, all or any portion of any provision of this Agreement. Senior managers of each party will attempt to resolve by negotiations any disputes prior to engaging in litigation, except when seeking injunctive relief. Venue for any dispute between the parties arising out of this Agreement or pertaining to the subject matter hereof may be had in the District Court for the Southern District of New York or in the state courts of New York sitting in New York County. The parties specifically disclaim application of the Convention on Contracts for the International Sale of Goods. EACH PARTY EXPRESSLY WAIVES ALL RIGHTS TO A TRIAL BY JURY.

**9.0    Miscellaneous.** Customer will perform those tasks and assume those responsibilities specified in this Agreement, and will provide Company with decisions and approvals upon Company's request. Waiver of any default or breach of this Agreement will not constitute a waiver of any other default or breach. This Agreement is the complete and exclusive statement of the terms of the contract for the Services, and can be modified only by a written amendment signed by both parties. Except as expressly provided in this Agreement, Company is an independent contractor, not an agent of Customer. All notices will be in writing and will be deemed to have been given when delivered personally, when mailed by certified or registered mail, return receipt requested and postage prepaid, when sent via a nationally recognized overnight carrier, or when sent via facsimile confirmed in writing to the recipient. Customer may not assign its rights or obligations under this Agreement without the prior written consent of Company. This Agreement will be binding upon and inure to the benefit of the parties' successors and permitted assigns. To the extent any other agreement is inconsistent with these Terms and Conditions, unless expressly provided otherwise, these Terms and Conditions will govern.



**Please remit to:**
Vertis, Inc.
PreMedia
P.O. Box 840617
Dallas, TX 75284-0617

| | |
|---|---|
| **Invoice No.** | 56-707155 |
| **Customer Ref** | N/A |
| **P.O. No.** | |
| **Keyword 1** | |
| **Keyword 2** | |
| **Invoice Date** | 11/25/08 |
| **Terms NET** | NET 10 DAYS |

Bill To:

CIRCUIT CITY - MARKETING DEPT.
Attn: Eddie Edwards
9950 MAYLAND DR
DR1, 4TH FLOOR
RICHMOND, VA 23233-1463

**Job No.** 591190

**Job Description** November 2008 Photography

—Fold here—

| Description | Qty | Charge Amt | Ext. Amount |
|---|---|---|---|
| PHOTOGRAPHY SERVICES | | | |
| Additional Angle Shots | 5 | $60.00 | $300.00 |
| Initial Angles | 6 | $70.00 | $420.00 |
| A MODS | | | |
| | | | $720.00 |

| Shipping Charges | Ship Amount |
|---|---|
| Total Shipping Charges | $.00 |

**Sales Tax:**

| Product Code | State | Tax |
|---|---|---|
| PREPRESS ELECTRON | VA | $.00 |
| | | $.00 |

| | |
|---|---|
| **Subtotal** | $720.00 |
| **Freight** | $.00 |
| **Taxes** | $.00 |
| **Total** | $720.00 |

Due and payable in Irving, Dallas County, Texas in U.S. Dollars

Please reference invoice number when remitting payment.

Vertis, Inc., Irving, TX, 972-373-4800    972-373-4000

## VERTIS SERVICES TERMS AND CONDITIONS

To the extent the parties have executed a mutually agreed Services Agreement or other written contractual commitment, these terms and conditions are inapplicable and the terms of the parties¿ relationship shall be governed by such Services Agreement or other written contractual commitment.

These Terms and Conditions apply to all goods, printed pieces, merchandise, materials, equipment, supplies and products or services (¿Services¿) provided by Vertis, Inc. ( or its affiliated companies (¿Company¿) for you (¿Customer¿).

**1.0 Premedia, Printing, and Direct Marketing Services.**
Materials. All paper, film, electronic media, artwork, engravings, data, and other materials furnished by Customer (¿Customer-Furnished Materials¿) will meet Company¿s specifications and will be
ed on a schedule acceptable to Company. Company may charge Customer additional amounts for the use, handling, storage, transportation or transmission of Customer-Furnished Materials and, except as set forth in Paragraph 9.0, will not be liable for any loss or damage to the Customer-Furnished Materials. Unless otherwise agreed in writing, Company will retain Customer-Furnished Materials and other preparatory materials for up to 30 days following the Services, and then may dispose of them without notice or liability. All negatives, positives, flats and other film will become the property of Customer and Company will deliver them to Customer upon its request.

**1.2. Customer¿s Delay.** If Customer fails to use reserved press time, or fails to provide Company with Customer-Furnished Materials in time to meet a scheduled copy release date or by the due date for such materials as provided to Customer, Company shall not be responsible for meeting Customer deadlines and may attempt to re-schedule the Services to a mutually-acceptable date and/or may, in its sole discretion, charge Customer for press stand-ready time and any unused paper or other materials or services ordered or purchased in preparation for the Services.

**1.3. Customer Final Approval Proof.**
1.3.1. Prior to release for final output or release for printing, Company will provide an analog proof or digital representations, along with original copy where applicable, to Customer for review and approval (the ¿Final Proof¿). Customer will notify Company of its approval of Final Proofs and of any corrections either (i) by noting any corrections on Final Proofs and returning them to Company marked ¿OK¿ or ¿OK with change¿ along with Customer¿s authorized signature, or (ii) if mutually agreed, by email to the appropriate Company representative. Company will not be responsible for printing errors if Customer fails or is unable to provide notice of necessary corrections within a reasonable amount of time prior to final output or release for printing. The timely return of the Final Proofs by Customer will be determined by a mutually agreed job schedule.
1.3.2. Company will not be responsible for errors in copy (omissions or commissions), folding, format, or color break, if Customer (i) does not order or refuses to accept Final Proofs; (ii) either fails to return Final Proofs with indications of changes or marked ¿OK¿ or fails to provide email approval of Final Proofs when permitted; or (iii) communicates changes verbally.
1.3.3. Customer changes to original copy or instructions will be invoiced at current rates unless otherwise mutually agreed. Company will not be responsible for any loss, damage, or liability incurred by Customer arising from delay in delivery due to untimely return of Final Proofs. A reasonable variation in color between Final Proofs and the completed job will constitute an acceptable delivery.

**1.4. Delivery.** Unless otherwise agreed in writing, delivery will be FCA Company¿s dock (Incoterms 2000). Unless otherwise specified in writing, Company will choose the carrier and will ship each portion of the Services to Customer upon completion (without storage at Company¿s facility). Title and risk of loss passes to Customer on delivery to carrier. Partial shipments by Company are permitted. If Company delivers a quantity of printed materials that varies 5 percent either way from the total quantities ordered, or direct marketing materials 10 days earlier or later than the mutually agreed delivery date, Company will be deemed in compliance with this Agreement. If Company fails to deliver direct marketing materials 15 days after the mutually agreed delivery date, Customer¿s sole and exclusive remedy is to cancel only the undelivered portion of direct marketing materials.

**2.0 Media Placement Services.** Company will act as Customer¿s agency of record, and Customer will cooperate with and assist Company in having Company recognized as such by media vendors. Company will provide reasonable assistance to Company in dealings with media vendors. Customer is financially responsible for all media costs (including without limitation short rates) for advertising placed by Company on Customer¿s behalf, regardless of whether such costs vary from prior quotes. Company will not be responsible for errors in placement of advertising if (a) Customer does not request review of its media plan; (b) Customer fails or is unable to provide notice of necessary corrections within a reasonable amount of time prior to placement of the advertising; or (c) Customer provides oral or written approval of the media plan, and Company has followed such media plan. If the actual quantity circulated varies from the ordered quantity by up to 1% of total circulation per event, Company will be deemed in compliance with this Agreement. If Customer fails to approve the media plan in time to allow Company to place the advertising, Company may attempt to place the advertising for an alternative date agreed to by Customer and/or may, in its sole discretion, charge Customer for charges assessed by the media.

**3.0 Payment Terms.**
**3.1. Payments, Credit, and Taxes.** If Company extends credit to Customer, each payment is due within 30 days of the invoice date; otherwise, payment is due in advance or on delivery (as specified by Company). Customer will pay late fees equal to 1 1/2 % per month (or the amount allowed by law, if less) on all past due amounts, and reimburse Company for all collection costs incurred (including without limitation attorneys¿ fees). Company may retain any Customer property as security until full payment is received. Company will determine whether to extend credit to Customer, and such decision may be modified or this Agreement terminated at any time on notice to Customer if Company determines (in its sole discretion) that Customer¿s creditworthiness is unacceptable. Customer will provide Company w¹⁰ ʰfinancial information on request, to enable Company to evaluate Customer¿s creditworthiness. Customer will pay Company directly or reimburse Company for all taxes on Services, except taxes on
ny¿s income.

**3.2. Price Changes.** Prices are subject to change if Customer requests changes in the specifications or schedule or otherwise causes a delay in the Services, or if Customer-Furnished Materials do not conform to Company¿s specifications. Company may increase or decrease prices at any time to reflect media vendors¿ rate changes, and changes in the market for freight, paper, ink and other materials. In addition, on 60 days¿ prior written notice to Customer, Company may increase prices on an annual basis on the anniversary of this Agreement by an amount equal to any increase in the Consumer Price Index (U.S., All Items, Not Seasonally Adjusted, as published by the U.S. Department of Commerce, and any successor index) that occurred in the prior calendar year. Customer will have no right to setoff any amounts due to Company under this Agreement against any amounts claimed by Customer against Company, whether such claimed amounts are the result of Company¿s breach or otherwise.

**3.3. Postage Payments.** Customer will pre-pay the estimated postage expenses for all direct marketing Services by furnishing Company a check or wire transfer to be deposited to the postal account maintained by Company. Company will compare Post Office counts and charges against the count furnished by Customer and Company¿s machine count. Company will resolve any discrepancies as Customer¿s agent, and will advise Customer of such resolution, and if either party owes the other party amounts based on such resolution that party will promptly pay such amount to the other party.

**4.0 Claims.** Customer must provide written notice of any defect, damage, shortage or breach of this Agreement as soon as it is discovered, but in any event no later than 10 days after delivery of the affected portion of the Services.

**5.0 Limited Warranty and Liability.** Company warrants that it will perform the Services in a workmanlike manner. Customer¿s sole and exclusive remedy for any claim arising out of this Agreement will be for Company, in Customer¿s commercially reasonable discretion to (a) to use commercially reasonable efforts to cure the breach, or (b) to refund the price paid to Company for the non-conforming portion of the Services. COMPANY DISCLAIMS ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A GENERAL OR PARTICULAR PURPOSE. FOR ALL CLAIMS REGARDLESS OF FORM, WHETHER BASED ON BREACH OF CONTRACT, TORT, OR OTHERWISE (INCLUDING NEGLIGENCE OR LOST SALES OR PROFITS), COMPANY¿S AND ITS CONTRACTORS¿ AGGREGATE LIABILITY WILL NOT EXCEED THE AMOUNTS PAID BY CUSTOMER FOR THE PORTION OF THE SERVICES THAT GAVE RISE TO THE CLAIM(S). COMPANY AND ITS CONTRACTORS AND CUSTOMER WILL NOT BE LIABLE UNDER ANY CIRCUMSTANCES FOR INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES FOR ALL CLAIMS REGARDLESS OF FORM, WHETHER BASED ON BREACH OF CONTRACT, TORT, OR OTHERWISE (INCLUDING NEGLIGENCE OR LOST SALES OR PROFITS). Neither party is liable for delays or failures in performance of any obligations under this Agreement, other than payment obligations, due to a cause beyond its reasonable control.

**6.0 Indemnification.** Customer will defend, indemnify, and hold Company harmless against all claims, losses, costs, expenses, and damages related to: (a) Customer¿s use of the Services (including without limitation unfair competition claims); (b) Customer¿s provision of materials that actually or allegedly violate third-party proprietary rights, contain illegal or improper material, or invade privacy or other personal rights; (c) Customer¿s failure to honor any of its obligations hereunder; or (d) Customer¿s failure to pay for advertising ordered by Company on Customer¿s behalf.

**7.0 Insurance.** Company will maintain its standard fire, extended coverage, vandalism, malicious mischief and sprinkler leakage insurance on all Customer-Furnished Materials, preparatory material, and printed work in Company¿s possession. Company¿s liability for loss or damage to such property will not exceed the lesser of: (a) the amount recovered from such insurance; or (b) the amount set forth in Section 6.

**8.0 Interpretation and Enforcement.** This Agreement will be governed by and construed in accordance with the laws of the State of New York, without regard to its conflicts of laws principles. If any provision is declared invalid, illegal or unenforceable, the validity of the remaining provisions will not be affected. The parties agree that this Agreement will not be presumptively interpreted for or against any party by reason of that party having drafted or negotiated, or failed to draft or negotiate, all or any portion of any provision of this Agreement. Senior managers of each party will attempt to resolve by negotiations any disputes prior to engaging in litigation, except when seeking injunctive relief. Venue for any dispute between the parties arising out of this Agreement or pertaining to the subject matter hereof may be had in the District Court for the Southern District of New York or in the state courts of New York sitting in New York County. The parties specifically disclaim application of the Convention on Contracts for the International Sale of Goods. EACH PARTY EXPRESSLY WAIVES ALL RIGHTS TO A TRIAL BY JURY.

**9.0 Miscellaneous.** Company will perform those tasks and assume those responsibilities specified in this Agreement, and will provide Company with decisions and approvals upon Company¿s request. Waiver of any default or breach of this Agreement will not constitute a waiver of any other default or breach. This Agreement is the complete and exclusive statement of the terms of the contract for the
s, and can be modified only by a written amendment signed by both parties. Except as expressly provided in this Agreement, Company is an independent contractor, not an agent of Customer. All
will be in writing and will be deemed to have been given when delivered personally, when mailed by certified or registered mail, return receipt requested and postage prepaid, when sent via a
nationally recognized overnight carrier, or when transmitted by facsimile. Neither party may assign its rights or delegate its obligations under this Agreement without the prior written consent of Company. This Agreement will be binding upon and inure to the benefit of the parties¿ successors and permitted assigns. To the extent any other agreement is inconsistent with these Terms and Conditions, unless expressly provided otherwise, these Terms and Conditions will govern.

### Please reference invoice number when remitting payment.


**vertis.**
communications

**Invoice No.** 56-709633

| | |
|---|---|
| **Customer Ref** | N/A |
| **P.O. No.** | |
| **Keyword 1** | |
| **Keyword 2** | |
| **Invoice Date** | 12/18/08 |
| **Terms NET** | NET 10 DAYS |

**Please remit to:**
Vertis, Inc.
PreMedia
P.O. Box 840617
Dallas, TX 75284-0617

Bill To:

CIRCUIT CITY - MARKETING DEPT.
Attn: Eddie Edwards
9950 MAYLAND DR
DR1, 4TH FLOOR
RICHMOND, VA 23233-1463

**Job No.** 580949

**Job Description** Photography Special Project - 6

---Fold here---

| Description | Qty | Charge Amt | Ext Amount |
|---|---|---|---|
| PHOTOGRAPHY FEES FOR GO STORE: | | | $32,400.00 |
| PELHAM, HENRIETTA, BRONX, TAMPA, ROSEMONT, | | | |
| MANCHESTER, LAURAL, MERRIMACK, FLORIDA CITY, | | | |
| MONACA, SARASOTA, S BARRINGTON, PALM DESERT, | | | |
| SANTA CLARITA, HYANNIS, MERRIAM, HOMESTEAD, | | | |
| MACON, PARSIPPANY, DENVER, FT MYERS, HATILLO | | | |
| PUERTO RICO, MOBILE, BIRMINGHAM, MARLTON, | | | |
| MANTUA, CAGUAS PUERTO RICO | | | |
| | | | $32,400.00 |

| Shipping Charges | | Ship Amount |
|---|---|---|
| **Total Shipping Charges** | | $.00 |

Sales Tax:

| Product Code | State | Tax |
|---|---|---|
| PREPRESS ELECTRON | VA | $.00 |
| | | $.00 |

| | |
|---|---|
| **Subtotal** | $32,400.00 |
| **Freight** | $.00 |
| **Taxes** | $.00 |
| **Total** | $32,400.00 |

**Due and payable in Irving, Dallas County, Texas in U.S. Dollars**

**Please reference invoice number when remitting payment.**

Vertis, Inc., Irving, TX, 972-373-4800    800-365-8957

To the extent the parties have executed a mutually agreed Services Agreement or other written contractual commitment, these terms and conditions are inapplicable and the terms of the parties¿ relationship shall be governed by such Services Agreement or other written contractual commitment.

These Terms and Conditions apply to all goods, printed pieces, merchandise, materials, equipment, supplies and products or services (¿Services¿) provided by Vertis, Inc. ( or its affiliated companies ¿Company¿) for you (¿Customer¿).

**1.0 Premedia, Printing, and Direct Marketing Services.**

**1.1. Materials.** All paper, film, electronic media, artwork, engravings, data, and other materials furnished by Customer (¿Customer-Furnished Materials¿) will meet Company¿s specifications and will be left on a schedule acceptable to Company. Company may charge Customer additional amounts for the use, handling, storage, transportation or transmission of Customer-Furnished Materials and, except as set forth in Paragraph 9.0, will not be liable for any loss or damage to the Customer-Furnished Materials. Unless otherwise agreed in writing, Company will retain Customer-Furnished Materials and preparatory materials for up to 30 days following the Services, and then may dispose of them without notice or liability. All negatives, positives, flats and other film will become the property of Customer and Company will deliver them to Customer upon its request.

**1.2. Customer¿s Delay.** If Customer fails to use reserved press time, or fails to provide Company with Customer-Furnished Materials in time to meet a scheduled copy release date or by the due date for such materials as provided to Customer, Company shall not be responsible for meeting Customer deadlines and may attempt to re-schedule the Services to a mutually-acceptable date and/or may, in its sole discretion, charge Customer for press stand-ready time and any unused paper or other materials or services ordered or purchased in preparation for the Services.

**1.3. Customer Final Approval Proof.**
**1.3.1.** Prior to release for final output or release for printing, Company will provide an analog proof or digital representations, along with original copy where applicable, to Customer for review and approval (the ¿Final Proof¿). Customer will notify Company of its approval of Final Proofs and of any corrections either (i) by noting any corrections on Final Proofs and returning them to Company marked ¿OK¿ or ¿OK with change¿ along with Customer¿s authorized signature, or (ii) if mutually agreed, by email to the appropriate Company representative. Company will not be responsible for printing errors if Customer fails or is unable to provide notice of necessary corrections within a reasonable amount of time prior to final output or release for printing. The timely return of the Final Proofs by Customer will be determined by a mutually agreed job schedule.
**1.3.2.** Company will not be responsible for errors in copy (omissions or commissions), folding, format, or color break, if Customer (i) does not order or refuses to accept Final Proofs; (ii) either fails to return Final Proofs with indications of changes or marked ¿OK¿ or fails to provide email approval of Final Proofs when permitted; or (iii) communicates changes verbally.
**1.3.3.** Customer changes to original copy or instructions will be invoiced at current rates unless otherwise mutually agreed. Company will not be responsible for any loss, damage, or liability incurred by Customer arising from delay in delivery due to untimely return of Final Proofs. A reasonable variation in color between Final Proofs and the completed job will constitute an acceptable delivery.

**1.4. Delivery.** Unless otherwise agreed in writing, delivery will be FCA Company¿s dock (Incoterms 2000). Unless otherwise specified in writing, Customer will choose the carrier and will ship each portion of the Services to Customer upon completion (without storage at Company¿s facility). Title and risk of loss passes to Customer on delivery to carrier. Partial shipments by Company are permitted. If Company delivers a quantity of printed materials that varies 5 percent either way from the total quantities ordered, or direct marketing materials 10 days earlier or later than the mutually agreed delivery date, Company will be deemed in compliance with this Agreement. If Company fails to deliver direct marketing materials 15 days after the mutually agreed delivery date, Customer¿s sole and exclusive remedy is to cancel only the undelivered portion of direct marketing materials.

**2.0 Media Placement Services.** Company will act as Customer¿s agency of record, and Customer will cooperate with and assist Company in having Company recognized as such by media vendors. Customer will provide reasonable assistance to Company in dealings with media vendors. Customer is financially responsible for all media costs (including without limitation short rates) for advertising placed by Company on Customer¿s behalf, regardless of whether such costs vary from prior quotes. Company will not be responsible for errors in placement of advertising if (a) Customer does not request review of its media plan; (b) Customer fails or is unable to provide notice of necessary corrections within a reasonable amount of time prior to placement of the advertising; or (c) Customer provides oral or written approval of the media plan, and Company has followed such media plan. If the actual quantity circulated varies from the ordered quantity by up to 1% of total circulation per event, Company will be deemed in compliance with this Agreement. If Customer fails to approve the media plan in time to allow Company to place the advertising, Company may attempt to place the advertising for an alternative date agreed to by Customer and/or may, in its sole discretion, charge Customer for charges assessed by the media.

**3.0 Payment Terms.**
**3.1. Payments, Credit, and Taxes.** If Company extends credit to Customer, each payment is due within 30 days of the invoice date; otherwise, payment is due in advance or on delivery (as specified by Company). Customer will pay late fees equal to 1 1/2 % per month (or the amount allowed by law, if less) on all past due amounts, and reimburse Company for all collection costs incurred (including without limitation attorneys¿ fees). Company may retain any Customer property as security until full payment is received. Company will determine whether to extend credit to Customer, and such decision may be modified or this Agreement terminated at any time on notice to Customer if Company determines (in its sole discretion) that Customer¿s creditworthiness is unacceptable. Customer will provide Company with financial information on request, to enable Company to evaluate Customer¿s creditworthiness. Customer will pay Company directly or reimburse Company for all taxes on Services, except taxes on Company¿s income.

**3.2.** Changes. Prices are subject to change if Customer requests changes in the specifications or schedule or otherwise causes a delay in the Services, or if Customer-Furnished Materials do not conform to Company¿s specifications. Company may increase or decrease prices at any time to reflect media vendor¿s rate changes, and changes in the market for freight, paper, ink and other materials. In addition, on 60 days¿ prior written notice to Customer, Company may increase prices on an annual basis on the anniversary of this Agreement by an amount equal to any increase in the Consumer Price Index (U.S., All Items, Not Seasonally Adjusted, as published by the U.S. Department of Commerce, and any successor index) that occurred in the prior calendar year. Customer will have no right to setoff any amounts due to Company under this Agreement against any amounts claimed by Customer against Company, whether such claimed amounts are the result of Company¿s breach or otherwise.

**3.3. Postage Payments.** Customer will pre-pay the estimated postage related expenses for all direct marketing Services by furnishing Company a check or wire transfer to be deposited to the postal account maintained by Company. Company will compare Post Office counts and charges against the count furnished by Customer and Company¿s machine count. Company will resolve any discrepancies as Customer¿s agent, will advise Customer of such resolution, and if either party owes the other party amounts based on such resolution that party will promptly pay such amount to the other party.

**4.0 Claims.** Customer must provide written notice of any defect, damage, shortage or breach of this Agreement as soon as it is discovered, but in any event no later than 10 days after delivery of the affected portion of the Services.

**5.0 Limited Warranty and Liability.** Company warrants that it will perform the Services in a workmanlike manner. Customer¿s sole and exclusive remedy for any claim arising out of this Agreement will be or Company, in Customer¿s commercially reasonable discretion to (a) to use commercially reasonable efforts to cure the breach, or (b) to refund the price paid to Company for the non-conforming portion of the Services. **COMPANY DISCLAIMS ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A GENERAL OR PARTICULAR PURPOSE. FOR ALL CLAIMS REGARDLESS OF FORM, WHETHER BASED ON BREACH OF CONTRACT, TORT, OR OTHERWISE (INCLUDING NEGLIGENCE OR LOST SALES OR PROFITS), COMPANY¿S AND ITS CONTRACTORS¿ AGGREGATE LIABILITY WILL NOT EXCEED THE AMOUNTS PAID BY CUSTOMER FOR THE PORTION OF THE SERVICES THAT GAVE RISE TO THE CLAIM(S). COMPANY AND ITS CONTRACTORS AND CUSTOMER WILL NOT BE LIABLE UNDER ANY CIRCUMSTANCES FOR INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES FOR ALL CLAIMS REGARDLESS OF FORM, WHETHER BASED ON BREACH OF CONTRACT, TORT, OR OTHERWISE (INCLUDING NEGLIGENCE OR LOST SALES OR PROFITS).** Neither party is liable for delays or failures in performance of any obligations under this Agreement, other than payment obligations, due to a cause beyond its reasonable control.

**6.0 Indemnification.** Customer will defend, indemnify, and hold Company harmless against all claims, losses, costs, expenses, and damages related to: (a) Customer¿s use of the Services (including without limitation unfair competition claims); (b) Customer¿s provision of materials that actually or allegedly violate third-party proprietary rights, contain illegal or improper material, or invade privacy or other personal rights; (c) Customer¿s failure to honor any of its agreements with media vendors; or (d) Customer¿s failure to pay for advertising ordered by Company on Customer¿s behalf.

**7.0 Insurance.** Company will maintain its standard fire, extended coverage, vandalism, malicious mischief and sprinkler leakage insurance on all Customer-Furnished Materials, preparatory material, and printed work in Company¿s possession. Company¿s liability for loss or damage to such property will not exceed the lesser of: (a) the amount recovered from such insurance; or (b) the amount set forth in Section 6.

**8.0 Interpretation and Enforcement.** This Agreement will be governed by and construed in accordance with the laws of the State of New York, without regard to its conflicts of laws principles. If any provision is declared invalid, illegal or unenforceable, the validity of the remaining provisions will not be affected. The parties agree that this Agreement will not be presumptively interpreted for or against any party by reason of that party having drafted or negotiated, or failed to draft or negotiate, all or any portion of any provision of this Agreement. Senior managers of each party will attempt to resolve by negotiations any dispute prior to engaging in litigation, except when seeking injunctive relief. Venue for any dispute between the parties arising out of this Agreement or pertaining to the subject matter hereof may be had in the District Court for the Southern District of New York or in the state courts of New York sitting in New York County. The parties specifically disclaim application of the Convention on Contracts for the International Sale of Goods. EACH PARTY EXPRESSLY WAIVES ALL RIGHTS TO A TRIAL BY JURY.

**9.0 Miscellaneous.** Customer will perform those tasks and assume those responsibilities specified in this Agreement, and will provide Company with decisions and approvals upon Company¿s request. Waiver of any default or breach of this Agreement will not constitute a waiver of any other default or breach. This Agreement is the complete and exclusive statement of the terms of the contract for the Services, and can be modified only by a written amendment signed by both parties. Except as expressly provided in this Agreement, Company is an independent contractor, not an agent of Customer. All notices will be in writing and will be deemed to have been given when delivered personally, when mailed by certified or registered mail, return receipt requested and postage prepaid, when sent via a nationally recognized overnight carrier, or when sent via facsimile confirmed in writing to the recipient. Customer may not assign its rights or obligations under this Agreement without the prior written consent of Company. This Agreement will be binding upon and inure to the benefit of the parties¿, successors and permitted assigns. To the extent any other agreement is inconsistent with these Terms and Conditions, unless expressly provided otherwise, these Terms and Conditions will govern.


**communications**

**Invoice No.**  56-704586

**Customer Ref**
**P.O. No.**
**Keyword 1**
**Keyword 2**
**Invoice Date**  12/18/08
**Terms NET**  NET 10 DAYS

**Please remit to:**
Vertis, Inc.
PreMedia
P.O. Box 840617
Dallas, TX 75284-0617

Bill To:

CIRCUIT CITY - MARKETING DEPT.
ATTN:  BILL RATTNER
9950 MAYLAND DR
DR1, 4TH FLOOR
RICHMOND, VA 23233-1463

**Job  No.** 591196

**Job Description**  October 2008 360 Shots

—Fold here—

| Description | Qty | Charge Amt | Ext Amount |
|---|---|---|---|
| PHOTOGRAPHY SERVICES | | | |
| 360 shots - color edit/clip/place in flash template | 1 | $195.00 | $195.00 |
| IMAGING SERVICES | | | |
| 360 Shots | 1 | $150.00 | $150.00 |
| | | | $345.00 |

| Shipping Charges | Ship Amount |
|---|---|
| Total Shipping Charges | $.00 |

Sales Tax:

| Product Code | State | Tax |
|---|---|---|
| PREPRESS ELECTRON | VA | $.00 |
| | | $.00 |

|  |  |
|---|---|
| Subtotal | $345.00 |
| Freight | $.00 |
| Taxes | $.00 |
| Total | $345.00 |

**Due and payable in Irving, Dallas County, Texas in U.S. Dollars**

**Please reference invoice number when remitting payment.**

Vertis, Inc., Irving, TX. 972-373-4800 · 800-365-8957

To the extent the parties have executed a mutually agreed Services Agreement or other written contractual commitment, these terms and conditions are inapplicable and the terms of the parties¿ relationship shall be governed by such Services Agreement or other written contractual commitment.

These Terms and Conditions apply to all goods, printed pieces, merchandise, materials, equipment, supplies and products or services (¿Services¿) provided by Vertis, Inc. ( or its affiliated companies ¿Company¿) for you (¿Customer¿).

**1.0 Premedia, Printing, and Direct Marketing Services.**
1.1. Materials. All paper, film, electronic media, artwork, engravings, data, and other materials furnished by Customer (¿Customer-Furnished Materials¿) will meet Company¿s specifications and will be lef***'**' on a schedule acceptable to Company. Company may charge Customer additional amounts for the use, handling, storage, transportation or transmission of Customer-Furnished Materials and, set forth in Paragraph 9.0, will not be liable for any loss or damage to the Customer-Furnished Materials. Unless otherwise agreed in writing, Company will retain Customer-Furnished Materials and ... preparatory materials for up to 30 days following the Services, and then may dispose of them without notice or liability. All negatives, positives, flats and other film will become the property of Customer and Company will deliver them to Customer upon its request.

1.2. Customer¿s Delay. If Customer fails to use reserved press time, or fails to provide Company with Customer-Furnished Materials in time to meet a scheduled copy release date or by the due date for such materials as provided to Customer, Company shall not be responsible for meeting Customer deadlines and may attempt to re-schedule the Services to a mutually-acceptable date and/or may, in its sole discretion, charge Customer for press stand-ready time and any unused paper or other materials or services ordered or purchased in preparation for the Services.

1.3. Customer Final Approval Proof.
1.3.1. Prior to release for final output or release for printing, Company will provide an analog proof or digital representations, along with original copy where applicable, to Customer for review and approval the ¿Final Proof¿). Customer will notify Company of its approval of Final Proofs and of any corrections either (i) by noting any corrections on Final Proofs and returning them to Company marked ¿OK¿ or ¿OK with change¿ along with Customer¿s authorized signature, or (ii) if mutually agreed, by email to the appropriate Company representative. Company will not be responsible for printing errors if Customer fails or is unable to provide notice of necessary corrections within a reasonable amount of time prior to final output or release for printing. The timely return of the Final Proofs by Customer will be determined by a mutually agreed job schedule.
1.3.2. Company will not be responsible for errors in copy (omissions or commissions), folding, format, or color break, if Customer (i) does not order or refuses to accept Final Proofs; (ii) either fails to return Final Proofs with indications of changes or marked ¿OK¿ or fails to provide email approval of Final Proofs when permitted; or (iii) communicates changes verbally.
1.3.3. Customer changes to original copy or instructions will be invoiced at current rates unless otherwise mutually agreed. Company will not be responsible for any loss, damage, or liability incurred by Customer arising from delay in delivery due to untimely return of Final Proofs. A reasonable variation in color between Final Proofs and the completed job will constitute an acceptable delivery.

1.4. Delivery. Unless otherwise agreed in writing, delivery will be FCA Company¿s dock (Incoterms 2000). Unless otherwise specified in writing, Company will choose the carrier and will ship each portion of the Services to Customer upon completion (without storage at Company¿s facility). Title and risk of loss passes to Customer on delivery to carrier. Partial shipments by Company are permitted. If Company delivers a quantity of printed materials that varies 5 percent either way from the total quantities ordered, or direct marketing materials 10 days earlier or later than the mutually agreed delivery late, Company will be deemed in compliance with this Agreement. If Company fails to deliver direct marketing materials 15 days after the mutually agreed delivery date, Customer¿s sole and exclusive medy is to cancel only the undelivered portion of direct marketing materials.

**2.0 Media Placement Services.** Company will act as Customer¿s agency of record, and Customer will cooperate with and assist Company in having Company recognized as such by media vendors. Customer will provide reasonable assistance to Company in dealings with media vendors. Customer is financially responsible for all media costs (including without limitation short rates) for advertising placed by Company on Customer¿s behalf, regardless of whether such costs vary from prior quotes. Company will not be responsible for errors in placement of advertising if (a) Customer does not request view of its media plan; (b) Customer fails or is unable to provide notice of necessary corrections within a reasonable amount of time prior to placement of the advertising; or (c) Customer provides oral or written approval of the media plan, and Company has followed such media plan. If the actual quantity circulated varies from the ordered quantity by up to 10% of total circulation per event, Company will be deemed in compliance with this Agreement. If Customer fails to approve the media plan in time to allow Company to place the advertising, Company may attempt to place the advertising for an alternative late agreed to by Customer and/or may, in its sole discretion, charge Customer for charges assessed by the media.

**3.0 Payment Terms.**
3.1. Payments, Credit, and Taxes. If Company extends credit to Customer, each payment is due within 30 days of the invoice date; otherwise, payment is due in advance or on delivery (as specified by Company). Customer will pay late fees equal to 1 1/2 % per month (or the amount allowed by law, if less) on all past due amounts, and reimburse Company for all collection costs incurred (including without limitation attorneys¿ fees). Company may retain any Customer property as security until full payment is received. Company will determine whether to extend credit to Customer, and such decision may be modified or this Agreement terminated at any time on notice to Customer if Company determines (in its sole discretion) that Customer¿s creditworthiness is unacceptable. Customer will provide Company with financial information on request, to enable Company to evaluate Customer¿s creditworthiness. Customer will pay Company directly or reimburse Company for all taxes on Services, except taxes on Company¿s income.

3.2. Changes. Prices are subject to change if Customer requests changes in the specifications or schedule or otherwise causes a delay in the Services, or if Customer-Furnished Materials do not conf... to Company¿s specifications. Company may increase or decrease prices at any time to reflect media vendor¿s rate changes, and changes in the market for freight, paper, ink and other materials. n addition, on 60 days¿ prior written notice to Customer, Company may increase prices on an annual basis on the anniversary of this Agreement by an amount equal to any increase in the Consumer Price ndex (U.S., All Items, Not Seasonally Adjusted, as published by the U.S. Department of Commerce, and any successor index) that occurred in the prior calendar year. Customer will have no right to setoff iny amounts due to Company under this Agreement against any amounts claimed by Customer against Company, whether such claimed amounts are the result of Company¿s breach or otherwise.

3.3. Postage Payments. Customer will pre-pay the estimated postage related expenses for all direct marketing Services by furnishing Company a check or wire transfer to be deposited to the postal account maintained by Company. Company will compare Post Office counts and charges against the count furnished by Customer and Company¿s machine count. Company will resolve any discrepancies is Customer¿s agent, will advise Customer of such resolution, and if either party owes the other party amounts based on such resolution that party will promptly pay such amount to the other party.

**4.0 Claims.** Customer must provide written notice of any defect, damage, shortage or breach of this Agreement as soon as it is discovered, but in any event no later than 10 days after delivery of the affected portion of the Services.

**5.0 Limited Warranty and Liability.** Company warrants that it will perform the Services in a workmanlike manner. Customer¿s sole and exclusive remedy for any claim arising out of this Agreement will be or Company, in Customer¿s commercially reasonable discretion to (a) to use commercially reasonable efforts to cure the breach, or (b) to refund the price paid to Company for the non-conforming portion if the Services. COMPANY DISCLAIMS ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A GENERAL OR PARTICULAR PURPOSE. FOR ALL CLAIMS REGARDLESS OF FORM, WHETHER BASED ON BREACH OF CONTRACT, TORT, OR OTHERWISE (INCLUDING NEGLIGENCE OR LOST SALES OR PROFITS), COMPANY¿S AND ITS CONTRACTORS¿ AGGREGATE LIABILITY WILL NOT EXCEED THE AMOUNTS PAID BY CUSTOMER FOR THE PORTION OF THE SERVICES THAT GAVE RISE TO THE CLAIM(S). COMPANY AND ITS CONTRACTORS AND CUSTOMER WILL NOT BE LIABLE UNDER ANY CIRCUMSTANCES FOR INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES FOR ALL CLAIMS REGARDLESS OF FORM, WHETHER BASED ON BREACH OF CONTRACT, TORT, OR OTHERWISE (INCLUDING NEGLIGENCE OR LOST SALES OR PROFITS). Neither party is liable for delays or failures in performance of any obligations under this Agreement, other than payment obligations, due to a cause beyond its reasonable control.

**6.0 Indemnification.** Customer will defend, indemnify, and hold Company harmless against all claims, losses, costs, expenses, and damages related to: (a) Customer¿s use of the Services (including without limitation unfair competition claims); (b) Customer¿s provision of materials that actually or allegedly violate third-party proprietary rights, contain illegal or improper material, or invade privacy or ther personal rights; (c) Customer¿s failure to honor any of its agreements with media vendors; or (d) Customer¿s failure to pay for advertising ordered by Company on Customer¿s behalf.

**7.0 Insurance.** Customer will maintain its standard fire, extended coverage, vandalism, malicious mischief and sprinkler leakage insurance on all Customer-Furnished Materials, preparatory material, and printed work in Company¿s possession. Company¿s liability for loss or damage to such property will not exceed the lesser of: (a) the amount recovered from such insurance; or (b) the amount set forth in Section 6.

**8.0 Interpretation and Enforcement.** This Agreement will be governed by and construed in accordance with the laws of the State of New York, without regard to its conflicts of laws principles. If any provision is declared invalid, illegal or unenforceable, the validity of the remaining provisions will not be affected. The parties agree that this Agreement will not be presumptively interpreted for or against iny party by reason of that party having drafted or negotiated, or failed to draft or negotiate, all or any portion of any provision of this Agreement. Senior managers of each party will attempt to resolve by negotiations any disputes prior to engaging in litigation, except when seeking injunctive relief. Venue for any dispute between the parties arising out of this Agreement or pertaining to the subject matter hereof may be had in the District Court for the Southern District of New York or in the state courts of New York sitting in New York County. The parties specifically disclaim application of the Convention on Contracts for the International Sale of Goods. EACH PARTY EXPRESSLY WAIVES ALL RIGHTS TO A TRIAL BY JURY.

**9.0 Miscellaneous.** Customer will perform those tasks and assume those responsibilities specified in this Agreement, and will provide Company with decisions and approvals upon Company¿s request. Waiver of any default or breach of this Agreement will not constitute a waiver of any other default or breach. This Agreement is the complete and exclusive statement of the terms of the contract for the Services, and can be modified only by a written amendment signed by both parties. Except as expressly provided in this Agreement, Company is an independent contractor, not an agent of Customer. All not* *** be in writing and will be deemed to have been given when delivered personally, when mailed by certified or registered mail, return receipt requested and postage prepaid, when sent via a ral recognized overnight carrier, or when sent via facsimile confirmed in writing to the recipient. Customer may not assign its rights or obligations under this Agreement without the prior written cons...  of Company. This Agreement will be binding upon and inure to the benefit of the parties, successors and permitted assigns. To the extent any other agreement is inconsistent with these Terms and Conditions, unless expressly provided otherwise, these Terms and Conditions will govern.