UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | |
| CIRCUIT CITY STORES, INC., et al., ) | Case No. 08-35653-KRH |
| ) | Chapter 11 |
| Debtors. ) | (Jointly Administered) |

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that Vertis, Inc. ("Movant"), by counsel, has filed a Motion to Allow Late Proof of Claim to be Deemed Timely Filed (the "Motion"). A copy of the Motion is available from the undersigned.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then by April 24, 2009, you or your attorney must:

1. File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your written response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before **April 24, 2009**.

   William C. Redden, Clerk
   United States Bankruptcy Court
   701 East Broad Street, Suite 4000
   Richmond, VA 23219-1888

You must also deliver a copy to all parties on the Certificate of Service below and to:

   Michael P. Falzone (VSB #22324)
   Sheila deLa Cruz (VSB #65395)
   Hirschler Fleischer, P.C.
   P.O. Box 500
   Richmond, Virginia 23218-0500

   and

---

| | |
|---|---|
| Michael P. Falzone (VSB No. 22324) | John J. Cruciani, Esq. |
| Sheila deLa Cruz (VSB No. 65395) | Husch Blackwell Sanders LLP |
| Hirschler Fleischer, PC | 4801 Main Street, Suite 1000 |
| Post Office Box 500 | Kansas City, MO 64112 |
| Richmond, VA 23218-0500 | (816) 983-8197 |
| (804) 771-9500 | (816) 983-8080 (fax) |
| (804) 644-0957 (fax) | |
| | |
| *Counsel for Vertis, Inc.* | *Co-counsel for Vertis, Inc.* |

John J. Cruciani (MO Bar #43073)
Husch Blackwell Sanders LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112

2. Attend the hearing scheduled for **April 28, 2009 at 10:00 a.m.** before The Honorable Kevin R. Huennekens, in Courtroom 5000, United States Bankruptcy Court, 701 E. Broad Street, Richmond, Virginia 23219.

### NOTICE

In accordance with Local Bankruptcy Rule 9013-1, unless a written response to the Motion is filed with the Clerk of Court and served on the Movant within two business days before the scheduled hearing date, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.

Dated: April 10, 2009                                VERTIS, INC.

                                                     By:   /s/ Sheila deLa Cruz
                                                              Counsel

Michael P. Falzone (VSB #22324)
Sheila deLa Cruz (VSB #65395)
Hirschler Fleischer, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9500
(804) 644-0957 (fax)

John J. Cruciani (MO Bar #43073)
Husch Blackwell Sanders LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
(816) 983-8197
(816) 983-8080 (fax)

*Counsel for Vertis, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April, 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

/s/ Sheila deLa Cruz
Sheila deLa Cruz

#2511979v1