UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., *et al.*, | ) Case No.   08-35653-KRH |
| Debtors. | ) |
| | ) |
| TREMOR MEDIA, INC., | ) Jointly Administered |
| Movant, | ) |
| v. | ) |
| | ) |
| CIRCUIT CITY STORES, INC., | ) |
| Respondent. | ) |

## NOTICE OF WITHDRAWAL

Tremor Media, Inc. hereby withdraws its Application for the Allowance and Payment of the Priority Administrative Claim of Tremor Media, Inc., set for hearing on April 14th, 2009 at 10:00 a.m. in the United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Courtroom 5000, Richmond, Virginia 23219.

Dated: April 10, 2009                TREMOR MEDIA, INC.

By: _[signature]_

Dennis T. Lewandowski, Esq. (VSB No. 22232)
Kaufman & Canoles,
  a professional corporation
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Phone:  (757) 624-3252
Fax:  (757) 624-3169
Email:  dtlewand@kaufcan.com

John G. Loughnane, Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA  02110
Phone:  (617) 342-3885
Fax:  (617) 342-6899
Email:  JLoughnane@eckertseamans.com

*Counsel for Tremor Media, Inc.*

Dennis T. Lewandowski, Esq.
Kaufman & Canoles,
  a professional corporation
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Phone: (757) 624-3252
Fax: (757) 624-3169
Email: dtlewand@kaufcan.com

-and-

John G. Loughnane, Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA 02110
Phone: (617) 342-3885
Fax: (617) 342-6899
Email: JLoughnane@eckertseamans.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Withdrawal was sent via electronic mail on April 10th, 2009 to all creditors and parties-in-interest who are included in the Bankruptcy Court's ECF e-mail notification system.

_____

1463893\1