Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        : Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    : Case No. 08-35653
et al.,                       :
                              :
            Debtors.          : Jointly Administered
- - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
APRIL 14, 2009 AT 10:00 A.M. (EASTERN)**

Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
April 14, 2009 beginning at 10:00 a.m. Eastern.

I. **RESOLVED/WITHDRAWN MATTERS**

1.  Debtors' Motion for Order Pursuant to 11 U.S.C. §§
    105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006
    Authorizing Rejection of Unexpired Leases of
    Nonresidential Real Property and Abandonment of
    Personal Property Effective as of the Petition Date
    (Docket No. 21)

    Related
    Documents:

    a.  Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and
        554 and Fed. R. Bankr. P. 6006 Authorizing
        Rejection of Unexpired Leases of Nonresidential
        Real Property and Abandonment of Personal Property
        Effective as of the Petition Date (Docket No. 81)

    Objection
    Deadline:                 December 18, 2008 at 4:00 p.m.

    Objections/
    Responses
    Filed:

    a.  Limited Objection by Dick's Sporting Goods, Inc.
        to Order Pursuant to 11 U.S.C. §§ 105(a), 365(a)
        and 554 and Fed. R. Bankr. P. 6006 Authorizing
        Rejection of Unexpired Leases of Nonresidential
        Real Property and Abandonment of Personal Property
        Effective as of the Petition Date (Docket No. 275)

        Status:   This objection has been resolved.

    b.  Joinder of Landlord, 120 Orchard, 427 Orchard LLC
        and FT Orchard LLC in Limited Objection to Order
        Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554
        and Fed. R. Bankr. P. 6006 Authorizing Rejection
        of Unexpired Leases of Nonresidential Real
        Property and Abandonment of Personal Property
        Effective as of the Petition Date (Docket No. 354)

        Related
        Documents:

    (i)   Landlords' 120 Orchard, 427 Orchard LLC and
FT Orchard LLC Motion and Supporting
Memorandum for an Order Compelling Payment of
Post-Petition Rent and Granting Related
Relief and Supplement to Joinder in Limited
Objection (Dkt. Nos. 277 and 354) (Docket No.
949)

Status:   This objection has been resolved.

c.   Joinder Of Galleria Plaza, Ltd. To Limited
Objection Of Dick's Sporting Goods, Inc. To Order
Pursuant To 11 U.S.C. Sections L05(a), 365(a) And
554 And Fed. R. Bankr. P. 6006 Authorizing
Rejection Of Unexpired Leases And Subleases Of
Nonresidential Real Property And Abandonment Of
Personal Property Effective As Of The Petition
Date (Docket No. 719)

Related
Documents:

    (i)   Amended Joinder Of Galleria Plaza, Ltd. To
Limited Objection Of Dick's Sporting Goods,
Inc. To Order Pursuant To 11 U.S.C. Sections
L05(a), 365(a) And 554 And Fed. R. Bankr. P.
6006 Authorizing Rejection Of Unexpired Leases
And Subleases Of Nonresidential Real Property
And Abandonment Of Personal Property Effective
As Of The Petition Date (Docket No. 927)

    (ii)  Second Amended Joinder of Galleria Plaza,
Ltd. to Limited Objection of Dick's Sporting
Goods, Inc. To Order Pursuant To 11 U.S.C.
Sections L05(a), 365(a) And 554 And Fed. R.
Bankr. P. 6006 Authorizing Rejection Of
Unexpired Leases And Subleases Of
Nonresidential Real Property And Abandonment
Of Personal Property Effective As Of The
Petition Date (Docket No. 2647)

Status:   This objection has been resolved.

d.    Debtors' Omnibus Reply to Objections and in
      Support of Motion of the Debtors for Entry of an
      Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and
      554 and Fed. R. Bankr. P. 6006 Authorizing
      Rejection of Unexpired Leases of Nonresidential
      Real Property and Abandonment of Personal Property
      Effective as of the Petition Date (Docket No. 664)

General
Status:        This matter has been resolved as and to
               the extent listed above.

2.    Navarre Distribution Services, Inc.'s Motion for an
      Order Granting Adequate Protection Pursuant to 11
      U.S.C. §§ 361 and 363 (Docket No. 958)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 959)

      Objection
      Deadline:        December 18, 2008 at 4:00 p.m., extended
                       for the Debtors until December 19, 2008
                       at 1:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Objection To Navarre Distribution
            Services, Inc.'s Motion For Adequate Protection
            And Response To Limited Objection Of Navarre To
            Debtors' DIP Motion (Docket No. 1126)

      Status:          This matter has been withdrawn.

3.    Motion of Evening Post Publishing Company d/b/a The
      Post and Courier for Payment of Administrative Expense
      Claim, and Notice of Hearing (Docket No. 2631)

      Related
      Documents:

a.    Attachment A to Application for Administrative
      Expenses (Docket No. 2646)

b.    Attachment B to Application for Administrative
      Expenses (Docket No. 2647)

Objection
Deadline:              April 7, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                 None

Status:                This matter has been withdrawn.

4.   Fifth Omnibus Motion for Order Pursuant to Bankruptcy
     Code Sections 105(a), 365(a) and 554 and Bankruptcy
     Rule 6006 Authorizing Rejection of Certain Unexpired
     Leases of Nonresidential Real Property and Abandonment
     of Personal Property (Docket No. 2484)

     Related
     Documents:

     a.    Notice of Motion and Hearing (Docket No. 2485)

     b.    Notice of Filing Revised Exhibit A to Debtors'
           Motion (Docket No. 2510)

     c.    Order Pursuant to Bankruptcy Code Sections 105(a),
           365(a) and 554 and Bankruptcy Rule 6006
           Authorizing Rejection of Certain Unexpired Leases
           of Nonresidential Real Property and Abandonment of
           Personal Property (Docket No. 2915)

     Objection
     Deadline:              March 23, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.    Limited Objection of TSA Stores, Inc. to Debtors'
           Notice of Rejection of Unexpired Leases and
           Abandonment of Personal Property (Docket No. 2492)

5

Status:          The parties have resolved the limited
                 objection of TSA Stores, Inc.   No
                 further hearing is necessary.

5.   Notice of and Motion for Relief from Automatic Stay, by
     Cleveland Construction, Inc. (Docket No. 2417)

     Related
     Documents:

     a.    Consent Order Modifying the Stay (Docket No. 2986)

     Objection
     Deadline:        March 23, 2009 at 4:00 p.m., extended
                      for the Debtors to a date to be
                      determined.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          This matter has been resolved.   A
                      consent order has been entered.

6.   Notice of and Motion for Relief from Automatic Stay, by
     John Rohrer Contracting Company, Inc. (Docket No. 2497)

     Objection
     Deadline:        March 23, 2009 at 4:00 p.m., extended
                      for the Debtors to a date to be
                      determined.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          The parties have resolved this matter
                      and intend to submit an agreed order at
                      or prior to the hearing.

7.   Notice of and Motion for Relief from Automatic Stay, by
     Hilson Electric Inc. (Docket No. 2498)

     Objection

Deadline:           March 23, 2009 at 4:00 p.m., extended
                    for the Debtors to a date to be
                    determined.

Objections/
Responses
Filed:              None at the time of filing this agenda

Status:             The parties have resolved this matter
                    and intend to submit an agreed order at
                    or prior to the hearing.

8.    Notice of and Motion for Relief from Automatic Stay, by
      Lang Construction, Inc. (Docket No. 2499)

Objection
Deadline:           March 23, 2009 at 4:00 p.m., extended
                    for the Debtors to a date to be
                    determined.

Objections/
Responses
Filed:              None at the time of filing this agenda

Status:             The parties have resolved this matter
                    and intend to submit an agreed order at
                    or prior to the hearing.

9.    Application for the Allowance and Payment of the
      Priority Administrative Expense Claim of Tremor Media,
      Inc. (Docket No. 2554)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 2555)

b.    Amended Notice of Motion (Docket No. 2602)

c.    Notice of Withdrawal of Application for the
      Allowance and Payment of the Priority
      Administrative Claim of Tremor Media, Inc. (Docket
      No. 2983)

Objection

```
Deadline:        April 7, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           None

Status:          This matter has been withdrawn.
```

10.  Motion of Prosite Business Solutions, LLC for Allowance
     and Payment of Administrative Expense Claim (Docket No.
     2715)

```
Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 2716)

Objection
Deadline:        March 26, 2009 at 4:00 p.m., extended
                 for the Debtors until April 10, 2009 at
                 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          The parties have resolved this matter
                 and intend to submit an agreed order at
                 or prior to the hearing.
```

**II.  CONTINUED/ADJOURNED MATTERS**

11.  Motion of Motorola Inc. for Allowance and Payment of
     Administrative Expense Claim Pursuant to 11 U.S.C.
     Section 503(b)(9) (Docket No. 1128)

```
Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 1135)

b.   Amended Notice of Motion and Hearing (Docket No.
     1242)

c.   Exhibits to Motion of Motorola Inc. for Allowance
     and Payment of Administrative Expense Claim
```

Pursuant to 11 U.S.C. Section 503(b)(9) (Docket Nos. 1288, 1289, 1290, 1291, 1292, 1293)

Objection
Deadline:           February 6, 2009 at 4:00 p.m., extended for the Debtors until April 21, 2009 at 4:00 p.m.

Objections/
Responses
Filed:              None at the time of filing this agenda

Status:             This matter has been adjourned to April 28, 2009 at 10:00 a.m.

12. Motion of General Instrument Corporation Doing Business as the Home & Networks Mobility Business of Motorola Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9) (Docket No. 1134)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 1136)

b.   Amended Notice of Motion and Hearing (Docket No. 1243)

c.   Notice of Filing Exhibit to Motion (Docket Nos. 1281, 1282, 1283, 1284, 1285, 1286, 1287)

Objection
Deadline:           February 6, 2009 at 4:00 p.m., extended for the Debtors until April 21, 2009 at 4:00 p.m.

Objections/
Responses
Filed:              None at the time of filing this agenda

Status:             This matter has been adjourned to April 28, 2009 at 10:00 a.m.

13. Debtors' Motion for Order Approving Stipulation by and

among the Debtors and International Business Machines
Corporation Pursuant to Bankruptcy Code Sections 105
and 363 and Bankruptcy Rule 9019 (Docket No. 1419)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 1420)

b.    Motion for an Order Setting an Expedited Hearing
      (Docket No. 1421)

c.    Order Setting an Expedited Hearing (Docket No.
      1709)

Objection
Deadline:         January 16, 2009 at 10:00 a.m.

Objections/
Responses
Filed:            Informal Response of the Official
                  Committee of Unsecured Creditors

Status:           This matter has been adjourned to April
                  28, 2009 at 10:00 a.m.

14.   Motion of Federal Warranty Services Corporation,
      Sureway, Inc., American Bankers Insurance Company of
      Florida, and United Service Protection, Inc. To Compel
      Assumption Or Rejection Of Agreements Between The
      Assurant Companies And Circuit City Stores, Inc., Or In
      The Alternative Motion For Relief From Stay To
      Terminate Agreements, And Memorandum In Support (Docket
      Nos. 1794 and 1813)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket Nos. 1796 and
            1816)

      Objection
      Deadline:         February 11, 2009 at 4:00 p.m., extended
                        for the Debtors until April 8, 2009 at
                        4:00 p.m.

Objections/
Responses
Filed:          Informal response of the Debtors

Status:         This matter has been adjourned to April
                28, 2009 at 10:00 a.m.

15.   Debtors' Motion for Orders Under Bankruptcy Code
      Sections 105, 363, and 365 (I) Approving Bidding and
      Auction Procedures for Sale of Unexpired Nonresidential
      Real Property Leases, (II) Setting Sale Hearing Dates
      and (III) Authorizing and Approving (A) Sale of Certain
      Unexpired Nonresidential Real Property Leases Free and
      Clear of All Interests, (B) Assumption and Assignment
      of Certain Unexpired Nonresidential Real Property
      Leases and (C) Lease Rejection Procedures (Docket No.
      1946)

      Related
      Documents:

      a.    Notice of Hearing (Docket No. 1947)

      b.    Order under Bankruptcy Code Sections 105, 363, and
            265 (I) Approving Bidding and Auction Procedures
            for Sale of Unexpired Nonresidential Real Property
            Leases, (II) Setting Sale Hearing Dates and (III)
            Authorizing and Approving (A) Sale of Certain
            Unexpired Nonresidential Real Property Leases Free
            and Clear of All Interests, (B) Assumption and
            Assignment of Certain Unexpired Nonresidential
            Real Property Leases and (C) Lease Rejection
            Procedures (Docket No. 2242)

      c.    Notice of February Lease Bid Deadline, Auction
            Date and Related Objection Deadline and Sale
            Hearing Date (Docket No. 2245)

      d.    Supplemental Order Under Bankruptcy Code Sections
            105, 363, and 365 Approving Amended Bid Deadline
            in Connection with Bidding and Auction Procedures
            for Sale of Unexpired Nonresidential Real Property
            Leases (Docket No. 2346)

e.      Notice of Amended March Bid Deadline – New
        Deadline: March 3, 2009 at 4:00 p.m. (Eastern)
        (Docket No. 2351)

f.      Notice of Bids Received (Docket No. 2403)

g.      Cure Schedule (Docket No. 2407)

h.      Notice of Rejection of Unexpired Leases and
        Abandonment of Personal Property (Docket No. 2408)

i.      Notice of Rejection of Unexpired Lease and
        Abandonment of Personal Property (Docket No. 2409)

j.      Notice of Rejection of Unexpired Lease and
        Abandonment of Personal Property (Docket No. 2410)

k.      Notice of Rejection of Unexpired Leases and
        Abandonment of Personal Property (Docket No. 2412)

l.      Notice of Rejection of Unexpired Leases and
        Abandonment of Personal Property (Docket No. 2419)

m.      Supplemental Notice of Bids Received (Docket No.
        2420)

n.      Supplemental Cure Schedule (Docket No. 2421)

o.      Notice of Rejection of Unexpired Leases and
        Abandonment of Personal Property (Docket No. 2434)

p.      Notice of Rejection of Unexpired Leases and
        Abandonment of Personal Property (Docket No. 2463)

q.      Notice of Rejection of Unexpired Leases and
        Abandonment of Personal Property (Docket No. 2503)

r.      Order Authorizing Debtors to Assume, Assign and
        Sell Unexpired Lease of Non-Residential Real
        Property (Store #3697) (Docket No. 2580)

s.      Order Authorizing Debtors to Assume, Assign and
        Sell Unexpired Lease of Non-Residential Real
        Property (Store #3692) (Docket No. 2581)

t.    Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3670) (Docket No. 2582)

u.    Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3669) (Docket No. 2583)

v.    Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #859) (Docket No. 2584)

w.    Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3690) (Docket No. 2585)

x.    Order Authorizing Debtors to Terminate Unexpired
      Lease of Non-Residential Real Property (Store
      #785) (Docket No. 2586)

y.    Notice of Rejection of Unexpired Lease and
      Abandonment of Personal Property (Docket No. 2592)

z.    Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3561) (Docket No. 2607)

aa.   Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3663) (Docket No.2609)

ab.   Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3679) (Docket No.2611)

ac.   Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3207) (Docket No. 2612)

ad.   Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #854) (Docket No. 2613)

ae.   Order Authorizing Debtors to Terminate Unexpired
      Lease of Non-Residential Real Property (Store
      #3682A) (Docket No. 2614)

af.   Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #4305) (Docket No. 2651)

ag.   Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #852) (Docket No. 2691)

ah.   Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3203) (Docket No. 2696)

ai.   Order Authorizing Debtors to Terminate Unexpired
      Lease of Non-Residential Real Property (Store
      #3150) (Docket No. 2731)

aj.   Order Authorizing Debtors to Terminate Unexpired
      Lease of Non-Residential Real Property (Store
      #3699) (Docket No. 2741)

ak.   Order Authorizing Debtors to Terminate Unexpired
      Lease of Non-Residential Real Property (Store
      #3343) (Docket No. 2838)

Objection
Deadline:        March 12, 2009 at 5:00 p.m.

Objections/
Responses
Filed:

a.    Objection of 444 Connecticut Avenue, LLC to
      Assumption and Assignment of Lease, and Cure
      Amounts Associated Therewith (Docket No. 2480)

      Status:   This objection is adjourned to April 28,
                2009 at 10:00 a.m.

b.    Limited Objection Of TSA Stores, Inc. To Debtors'
      Notice Of Rejection Of Unexpired Leases And
      Abandonment Of Personal Property (Docket No. 2492)

14

        Status:    This objection is adjourned to April 28,
2009 at 10:00 a.m.

c.    Objection of Sea Properties I, LLC's to (I)
Debtors' Failure to Follow Bidding Procedures and
(II) Cure Amount Proposed by Debtors (Docket No.
2541)

        Status:    This objection is adjourned to May 28,
2009 at 10:00 a.m.

d.    Objection of Gateway Center Properties III, LLC to
SMR Gateway III, LLC as Tenants in Common, to
Debtors' Proposed Cure Amount (Docket No. 2542)

        Status:    This objection has been adjourned to
April 28, 2009 at 10:00 a.m.

e.    Objection of Whitestone Development Partners, L.P.
to Debtors' Proposed Cure Amount (Docket No. 2543)

        Status:    This objection has been adjourned to
April 28, 2009 at 10:00 a.m.

f.    Objection of Union Square Retail Trust to Debtors'
Proposed Cure Amount (Docket No. 2544)

        Status:    This objection has been adjourned to
April 28, 2009 at 10:00 a.m.

General
Status:    This matter has been adjourned to April
28, 2009 at 10:00 a.m.

16.   Motion of DirecTV, Inc. for Relief from the Automatic
Stay to Effect Setoff and Memorandum of Points and
Authorities in Support Thereof (Docket No. 2082)

Objection
Deadline:      February 26, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.   Debtors' Objection to Motion of DirecTV, Inc. for
     Relief from the Automatic Stay to Effect Setoff
     and Memorandum of Points and Authorities in
     Support Thereof (Docket No. 2331)

Status:        This matter has been adjourned to April
               28, 2009 at 10:00 a.m.

17.   Motion of Sony Pictures Home Entertainment Inc. for
      Entry of Order Allowing Administrative Expenses
      Pursuant to 11 U.S.C. Sections 503(b)(1)(A), 503(b)(9)
      and 507(a)(2) (Docket No. 2294)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2295)

      Objection
      Deadline:      April 20, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:         None at the time of filing this agenda

      Status:        This matter has been adjourned to April
                     28, 2009 at 10:00 a.m.

18.   Motion of the AT&T Entities for Entry of an Order: (A)
      Allowing and Compelling the Payment of Administrative
      Expense Claim to AT&T; and (B) Compelling Assumption or
      Rejection of Equipment Lease, or in the Alternative,
      Lifting the Automatic Stay to Permit Termination of the
      Equipment Lease and Repossession of Equipment (Docket
      No. 2298)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2299)

      Objection

Deadline:           March 23, 2009 at 4:00 p.m., extended
                    for the Debtors to a date to be
                    determined.

Objections/
Responses
Filed:              None at the time of filing this agenda

Status:             This matter has been adjourned to April
                    28, 2009 at 10:00 a.m.

19.   Motion and Supporting Memorandum of TKG Coffee Tree,
      L.P.  for an Order Compelling Debtors to Immediately
      Perform Lease Obligations and Pay Administrative Rent
      Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(b),
      and Granting Related Relief (Docket No. 2513)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 2514)

      Objection
      Deadline:           April 7, 2009 at 4:00 p.m., extended for
                          the Debtors until April 21, 2009 at 4:00
                          p.m.

      Objections/
      Responses
      Filed:              None at the time of filing this agenda

      Status:             This matter has been adjourned to April
                          28, 2009 at 10:00 a.m.

20.   Motion of Sennheiser Electronic Corp. for Entry of an
      Order (i) Recognizing Sennheiser's Claim as Timely
      Filed, or Permitting the Filing of a Proof of Claim
      After the Bar Date and (ii) Allowing an Administrative
      Expense Pursuant to Section 503(b)(9) of The Bankruptcy
      Code (Docket No. 2722)

      Related
      Documents:

     a.    Corrected Motion of Sennheiser Electronic Corp.
          (Docket No. 2723)

     b.    Notice of Motion and Hearing (Docket No. 2724)

     Objection
     Deadline:     April 7, 2009 at 4:00 p.m., extend for
               the Debtors until April 21, 2009 at 4:00
               p.m.

     Objections/
     Responses
     Filed:     None at the time of filing this agenda

     Status:     This matter has been adjourned to April
               28, 2009 at 10:00 a.m.

21.   Motion of Southpeak Interactive, LLC for Payment of
     Administrative Expense Claim and Notice of Hearing
     (Docket No. 2758)

     Objection
     Deadline:     April 7, 2009 at 4:00 p.m., extended for
               the Debtors until April 24, 2009 at 4:00
               p.m.

     Objections/
     Responses
     Filed:     None at the time of filing this agenda

     Status:     This matter has been adjourned to April
               28, 2009 at 10:00 a.m.

22.   Motion of Google Inc. for Entry of an Order:  (A)
     Allowing and Compelling Payment of Administrative
     Expense Claim to Google, Inc.; and (B) Compelling
     Assumption or Rejection of Services, or in the
     Alternative, Lifting the Automatic Stay to Permit
     Termination of Services (Docket Nos. 2796 and 2852)

     Related
     Documents:

      a.    Declaration of Michael Trinh in Support of Motion of Google, Inc. for Payment of Administrative Claim (Docket Nos. 2797 and 2853)

      b.    Notice of Motion and Hearing (Docket Nos. 2798 and 2854)

| | |
|---|---|
| Objection Deadline: | April 7, 2009 at 5:00 p.m., extended for the Debtors until April 24, 2009 at 4:00 p.m. |
| Objections/ Responses Filed: | None at the time of filing this agenda |
| Status: | This matter has been adjourned to April 28, 2009 at 10:00 a.m. |

## III. UNCONTESTED MATTERS

23.    Debtors' Fourth Motion for Order Pursuant to Bankruptcy Code Sections 105(a) and 365(a) and Bankruptcy Rule 6006 Authorizing Rejection of Certain Executory Contracts (Docket No. 2738)

    Related Documents:

      a.    Notice of Motion and Hearing (Docket No. 2739)

| | |
|---|---|
| Objection Deadline: | April 7, 2009 at 4:00 p.m. |
| Objections/ Responses Filed: | None at the time of filing this agenda |
| Status: | This matter is going forward. |

24.    Motion for Order Pursuant to Bankruptcy Code Sections 105 and 363 and Bankruptcy Rule 9019 (I) Approving Commutation and Release Agreement Between Circuit City Stores, Inc. and Northern National Insurance Ltd., (II) Authorizing Circuit City Stores, Inc. to Engage in

Affiliate Transactions with Northern National Insurance
Ltd., and (III) Approving Circuit City Stores, Inc.'s
Authorization of Northern National Insurance Ltd.'s
Commencement of Liquidation Proceedings (Docket No.
2764)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 2765)

Objection
Deadline:      April 10, 2009 at 4:00 p.m.

Objections/
Responses
Filed:         None at the time of filing this agenda

Status:        This matter is going forward.

25.  Motion Of The Debtors Pursuant To 11 U.S.C. § 105, And
     Local Bankruptcy Rule 9013-1(M) For An Order Setting An
     Expedited Hearing (Docket No. 2968)

     Related
     Documents:

     a.   Debtors' Motion For Order Under Bankruptcy Code
          Sections 105, 363(b) And 503(c)(3) Approving
          Additional Compensation For Eligible Employees
          (Docket No. 2964)

     b.   Debtors' Motion For Order Shortening Notice Period
          And Limiting Notice Of Debtors' Motion For Order
          Under Bankruptcy Code Sections 105, 363(b) And
          503(c)(3) Approving Additional Compensation For
          Eligible Employees (Docket No. 2966)

     c.   Notice of Motion and Hearing (Docket No. 2969)

     Objection
     Deadline:      April 14, 2009 at 10:00 a.m.

     Objections/
     Responses

Filed:              None at the time of filing this agenda

Status:             This matter is going forward.

26.   Debtors' Motion For Order Shortening Notice Period And
      Limiting Notice Of Debtors' Motion For Order Under
      Bankruptcy Code Sections 105, 363(b) And 503(c)(3)
      Approving Additional Compensation For Eligible
      Employees (Docket No. 2966)

      Related
      Documents:

      a.    Debtors' Motion For Order Under Bankruptcy Code
            Sections 105, 363(b) And 503(c)(3) Approving
            Additional Compensation For Eligible Employees
            (Docket No. 2964)

      b.    Notice of Motion and Hearing (Docket No. 2967)

      Objection
      Deadline:     April 14, 2009 at 10:00 a.m.

      Objections/
      Responses
      Filed:        None at the time of filing this agenda

      Status:       If the Court grants the relief sought in
                    the motion to expedite (Docket No.
                    2968), this matter will go forward.

27.   Debtors' Motion For Order Under Bankruptcy Code
      Sections 105, 363(b) And 503(c)(3) Approving Additional
      Compensation For Eligible Employees (Docket No. 2964)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 2965)

      b.    Debtors' Motion For Order Shortening Notice Period
            And Limiting Notice Of Debtors' Motion For Order
            Under Bankruptcy Code Sections 105, 363(b) And
            503(c)(3) Approving Additional Compensation For
            Eligible Employees (Docket No. 2966)

Objection
Deadline:        April 14, 2009 at 10:00 a.m.

Objections/
Responses
Filed:          None at the time of filing this agenda

Status:         If the Court grants the relief sought in
                the motion to expedite (Docket No.
                2968), this matter will go forward.

28.   Motion Of The Debtors Pursuant To 11 U.S.C. § 105, And
      Local Bankruptcy Rule 9013-1(M) For An Order Setting An
      Expedited Hearing (Docket No. 2981)

      Related
      Documents:

      a.    Motion For Orders Pursuant To Bankruptcy Code
            Sections 105, 332 And 363 (I)(A) Approving
            Procedures In Connection With Sale Of Intellectual
            Property, Internet-Related Property And Customer
            Information, (B) Authorizing Sellers To Enter Into
            A Stalking Horse Agreement In Connection
            Therewith, (C) Approving Certain Bid Protections
            In Connection Therewith, (D) Approving Form And
            Manner Of Sale Notice And (E) Setting Auction And
            Sale Hearing Dates; (II) Authorizing U.S. Trustee
            To Appoint Consumer Privacy Ombudsman; (III)
            Approving Sale Of Intellectual Property, Internet-
            Related Property And Customer Information Free And
            Clear Of All Interests; And (IV) Granting Related
            Relief (Docket No. 2977)

      b.    Debtors' Motion For Order Shortening Notice Period
            And Limiting Notice Of Motion For Orders Pursuant
            To Bankruptcy Code Sections 105, 332 And 363
            (I)(A) Approving Procedures In Connection With
            Sale Of Intellectual Property, Internet-related
            Property And Customer Information, (B) Authorizing
            Sellers To Enter Into A Stalking Horse Agreement
            In Connection Therewith, (C) Approving Certain Bid
            Protections In Connection Therewith, (D) Approving
            Form And Manner Of Sale Notice And (E) Setting
            Auction And Sale Hearing Dates; (II) Authorizing

U.S. Trustee To Appoint Consumer Privacy
Ombudsman; (III) Approving Sale Of Intellectual
Property, Internet-Related Property And Customer
Information Free And Clear Of All Interests; And
(IV) Granting Related Relief (Docket No. 2979)

c.    Notice of Motion and Hearing (Docket No. 2982)

Objection
Deadline:        April 14, 2009 at 10:00 a.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter is going forward.

29.    Debtors' Motion For Order Shortening Notice Period And
Limiting Notice Of Motion For Orders Pursuant To
Bankruptcy Code Sections 105, 332 And 363 (I)(A)
Approving Procedures In Connection With Sale Of
Intellectual Property, Internet-related Property And
Customer Information, (B) Authorizing Sellers To Enter
Into A Stalking Horse Agreement In Connection
Therewith, (C) Approving Certain Bid Protections In
Connection Therewith, (D) Approving Form And Manner Of
Sale Notice And (E) Setting Auction And Sale Hearing
Dates; (II) Authorizing U.S. Trustee To Appoint
Consumer Privacy Ombudsman; (III) Approving Sale Of
Intellectual Property, Internet-Related Property And
Customer Information Free And Clear Of All Interests;
And (IV) Granting Related Relief (Docket No. 2979)

Related
Documents:

a.    Motion For Orders Pursuant To Bankruptcy Code
Sections 105, 332 And 363 (I)(A) Approving
Procedures In Connection With Sale Of Intellectual
Property, Internet-Related Property And Customer
Information, (B) Authorizing Sellers To Enter Into
A Stalking Horse Agreement In Connection
Therewith, (C) Approving Certain Bid Protections
In Connection Therewith, (D) Approving Form And
Manner Of Sale Notice And (E) Setting Auction And

Sale Hearing Dates; (II) Authorizing U.S. Trustee
To Appoint Consumer Privacy Ombudsman; (III)
Approving Sale Of Intellectual Property, Internet-
Related Property And Customer Information Free And
Clear Of All Interests; And (IV) Granting Related
Relief (Docket No. 2977).

b.    Notice of Motion and Hearing (Docket No. 2980)

Objection
Deadline:        April 14, 2009 at 10:00 a.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          If the Court grants the relief sought in
                 the motion to expedite (Docket No.
                 2981), this matter will go forward.

30.   Motion For Orders Pursuant To Bankruptcy Code Sections
      105, 332 And 363 (I)(A) Approving Procedures In
      Connection With Sale Of Intellectual Property,
      Internet-Related Property And Customer Information, (B)
      Authorizing Sellers To Enter Into A Stalking Horse
      Agreement In Connection Therewith, (C) Approving
      Certain Bid Protections In Connection Therewith, (D)
      Approving Form And Manner Of Sale Notice And (E)
      Setting Auction And Sale Hearing Dates; (II)
      Authorizing U.S. Trustee To Appoint Consumer Privacy
      Ombudsman; (III) Approving Sale Of Intellectual
      Property, Internet-Related Property And Customer
      Information Free And Clear Of All Interests; And (IV)
      Granting Related Relief (Docket No. 2977)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 2978)

      Objection
      Deadline:        April 14, 2009 at 10:00 a.m.

      Objections/
      Responses

Filed:          None at the time of filing this agenda

Status:         If the Court grants the relief sought in
                the motion to expedite (Docket No.
                2981), this matter will go forward.

## IV.   CONTESTED MATTERS

31.   Motion of TomTom, Inc. for an Order Under Sections 105,
      362, and 363 Modifying the Automatic Stay to Permit the
      Exercise of Setoff and/or Recoupment Rights Against the
      Debtors, and Notice of Motion (Docket No. 1052)

      Related
      Documents:

      a.    Amended Notice of Motion and Hearing (Docket No.
            1244)

      Objection
      Deadline:       January 12, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Objection To Tomtom, Inc.'s Motion For An
            Order Under Sections 105, 362 And 363 Modifying
            The Automatic Stay To Permit The Exercise Of
            Setoff And/Or Recoupment Rights Against The
            Debtors (Docket No. 1475)

      b.    Reply to the Debtor's Objection to the Motion for
            an Order Under Sections 105, 362, and 363
            Modifying the Automatic Stay to Permit the
            Exercise of Setoff and/or Recoupment Rights
            Against the Debtors (Docket No. 1529)

      Status:         The parties are working on a stipulation
                      to resolve factual issues and to set
                      briefing schedule for legal issues.

32.   Motion and Notice of Motion and Hearing for Relief from
      Debtor Stay Pursuant to 11 U.S.C. Section 362(d), by
      Decarla Taylor-Conyers (Docket No. 2411)

```
       Objection
       Deadline:        April 7, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:

       a.   Debtors' Response and Objection to Decarla
            Taylor's Motion for Relief from Automatic Stay
            (Docket No. 2946)

       Status:          This matter is going forward as a
                        preliminary hearing.

33.    Motion for Relief from Automatic Stay, by Kina Thompson
       (Docket No. 2605)

       Objection
       Deadline:            April 7, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:

       a.   Debtors' Response and Objection to Kina Thompson's
            Motion for Relief from Automatic Stay (Docket No.
            2944)

       Status:          This matter is going forward as a
                        preliminary hearing.

34.    Motion for Relief from Automatic Stay, by William Gower
       (Docket No. 2608)

       Objection
       Deadline:        April 7, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:

       a.   Debtors' Response and Objection to William R.
            Gower's Motion for Relief from Automatic Stay
            (Docket No. 2945)
```

Status:          This matter is going forward as a
                 preliminary hearing.

**V.    FEE APPLICATIONS**

35.   First Application for Compensation and Reimbursement of
      Expenses of McGuireWoods LLP, Co-Counsel to the
      Debtors, for Services Rendered from November 10, 2008
      through January 31, 2009 (Docket No. 2618)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2619)

      Objection
      Deadline:         April 7, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:            Informal Responses of the United States
                        Trustee

      Status:           The parties have resolved the informal
                        objection of the United States Trustee.
                        This matter is going forward.

36.   First Interim Fee Application of Ernst & Young LLP as
      Accounting and Tax Consultants for the Debtors for the
      Period November 10, 2008 through January 31, 2009
      (Docket No. 2620)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2626)

      Objection
      Deadline:         April 7, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:            None at the time of filing this agenda

      Status:           This matter is going forward.

37.  First Interim Fee Application of DJM Realty Services,
     LLC for Reimbursement of Expenses Incurred and For
     Allowance and Payment of Compensation for Services
     Rendered (Docket No. 2622)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 2625)

     Objection
     Deadline:      April 7, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:         None at the time of filing this agenda

     Status:        This matter is going forward.

38.  First Interim Fee Application of Kirkland & Ellis LLP
     for Compensation and Reimbursement of Expenses for
     Services Rendered as Special Counsel for the Debtors
     and Debtors in Possession for the Period from November
     10, 2008 through January 31, 2009 (Docket No. 2623)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 2624)

     Objection
     Deadline:      April 7, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:         None at the time of filing this agenda

     Status:        This matter is going forward.

39.  First Interim Fee Application of KPMG LLP as
     Independent Auditors and Tax Consultants to the Debtors
     for Allowance of Compensation and Reimbursement of
     Expenses for the Period Beginning November 10, 2008
     through January 31, 2009 (Docket No. 2627)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 2628)

Objection
Deadline:        April 7, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter is going forward.

40.   First Interim Application of FTI Consulting, Inc. as
      Financial Advisors to the Debtors for Compensation and
      Reimbursement of Expenses Incurred for the Period
      November 10, 2008 through January 31, 2009 (Docket No.
      2629)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2630)

      Objection
      Deadline:        April 7, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           Informal Responses of the United States
                       Trustee

      Status:          The parties are working to resolve the
                       informal response of the United States
                       Trustee.  This matter is going forward.

41.   First Interim Application for Compensation and
      Reimbursement of Expenses of Rothschild Inc., as
      Financial Advisor and Investment Banker to the Debtors
      for the Period from November 10, 2008 through January
      31, 2009 (Docket No. 2632)

      Related
      Documents:

a.   Notice of Motion and Hearing (Docket No. 2633)

Objection
Deadline:        April 7, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter is going forward.

42.   First Interim Fee Application of Skadden, Arps, Slate,
      Meagher & Flom LLP for Compensation for Services
      Rendered and Reimbursement of Expenses as Counsel to
      the Debtors for the Period From November 10, 2008
      through and including January 31, 2009 (Docket No.
      2634)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2635)

      Objection
      Deadline:        April 7, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           Informal Responses of the United States
                       Trustee

      Status:          The parties have resolved the informal
                       response of the United States Trustee.
                       This matter is going forward.

43.   First Interim Application of Pachulski Stang Ziehl &
      Jones for Compensation for Services Rendered and
      Reimbursement of Expenses as Counsel to the Official
      Committee of Unsecured Creditors For the Period From
      November 18, 2008 through January 31, 2009 (Docket No.
      2638)

      Related
      Documents:

a.   Notice of Motion and Hearing (Docket No. 2641)

Objection
Deadline:        April 7, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           Informal Responses of the United States
                 Trustee

Status:          The parties are working to resolve the
                 informal response of the United States
                 Trustee.  This matter is going forward.

44.  Application of Protiviti, Inc. for First Interim
     Allowance of Compensation and Reimbursement of Expenses
     as Financial Advisor for the Official Committee of
     Unsecured Creditors For the Period November 18, 2008
     through January 31, 2009 (Docket No. 2639)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 2642)

     Objection
     Deadline:        April 7, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          This matter is going forward.

45.  First Interim Application of Jefferies & Company, Inc.
     for Compensation for Services Rendered and
     Reimbursement of Expenses as Financial Advisors to the
     Official Committee of Unsecured Creditors For the
     Period From November 18, 2008 through January 31, 2009
     (Docket No. 2640)

     Related
     Documents:

a.    Notice of Motion and Hearing (Docket No. 2644)

Objection
Deadline:        April 7, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter is going forward.

46.    First Interim Application of Tavenner & Beran, PLC for
       Allowance of Compensation and Expense Reimbursement as
       Local Counsel to the Official Committee of Unsecured
       Creditors (Docket No. 2643)

       Related
       Documents:

       a.    Notice of Motion and Hearing (Docket No. 2645)

       Objection
       Deadline:        April 7, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:           None at the time of filing this agenda

       Status:           This matter is going forward.

Dated: April 10, 2009          SKADDEN, ARPS, SLATE, MEAGHER &
      Richmond, Virginia     FLOM, LLP
                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000

                                      - and -

                              SKADDEN, ARPS, SLATE, MEAGHER &
                              FLOM, LLP
                              Chris L. Dickerson, Esq.
                              333 West Wacker Drive
                              Chicago, Illinois 60606
                              (312) 407-0700

                                    - and -

                              MCGUIREWOODS LLP


                              _/s/ Douglas M. Foley _____
                              Dion W. Hayes (VSB No. 34304)
                              Douglas M. Foley (VSB No. 34364)
                              One James Center
                              901 E. Cary Street
                              Richmond, Virginia 23219
                              (804) 775-1000

                              Counsel for Debtors and Debtors
                              in Possession

\8698532.1