**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In Re:

Circuit City Stores, Inc., et al.                    Case No. 08-35653-KRH
                                                     Chapter 11

    Debtors

---

**APPOINTMENT OF LUCY L. THOMSON AS**
**CONSUMER PRIVACY OMBUDSMAN**

---

    On April 10, 2009, the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, signed an Order authorizing the U.S. Trustee for Region Four to appoint a Consumer Privacy Ombudsman in the above-styled case in accordance with the provisions of 11 U.S.C. § 332.

    The U.S. Trustee has determined after inquiry that Lucy L.Thomson of Alexandria, Virginia is qualified to hold this position and is a disinterested person as defined in 11 U.S.C. §101 (14).

    For these reasons, the U.S. Trustee hereby appoints Lucy L. Thomson as the Consumer Privacy Ombudsman in this case.

April 10, 2009                       /s/Robert B. Van Arsdale
   Dated                            W. Clarkson McDow, Jr.
                                     United States Trustee
                                     Office of the United States Trustee
                                     701 E. Broad Street
                                     Suite 4304
                                     Richmond, Virginia  23219
                                     (804) 771-2310