| Location | GRADE | BASIS | ROLL WIDTH | ENDING BALANCE # |
|---|---|---|---|---|
| Arlington, TX | News | 27.7 | 37.50 | 326,298 |
| Arlington, TX | News | 27.7 | 45.00 | 5,678 |
| Arlington, TX | News | 27.7 | 52.50 | 23,274 |
| Arlington, TX | News | 27.7 | 60.00 | 39,834 |
| **Arlington, TX Total** | | | | **395,084** |
| Avon, CT | News | 27.7 | 45.00 | 10,730 |
| Avon, CT | News | 27.7 | 52.50 | 127,600 |
| Avon, CT | News | 27.7 | 60.00 | 90,571 |
| **Avon, CT Total** | | | | **228,901** |
| Nashville, TN | News | 27.7 | 37.50 | 385,225 |
| Nashville, TN | News | 27.7 | 45.00 | 217,158 |
| Nashville, TN | News | 27.7 | 52.50 | 37,584 |
| Nashville, TN | News | 27.7 | 52.50 | 87,791 |
| Nashville, TN | News | 27.7 | 60.00 | 21,042 |
| Nashville, TN | News | 27.7 | 64.00 | 62,986 |
| Nashville, TN | News | 27.7 | 65.25 | 7,103 |
| **Nashville, TN Total** | | | | **818,889** |
| Pineville, NC | News | 27.7 | 37.50 | 322,089 |
| Pineville, NC | News | 27.7 | 52.50 | 99,650 |
| Pineville, NC | News | 27.7 | 60.00 | 15,291 |
| Pineville, NC | News | 27.7 | 65.25 | 127,149 |
| **Pineville, NC Total** | | | | **564,179** |
| Pittsburg, CA | News | 27.7 | 37.50 | 352,701 |
| Pittsburg, CA | News | 27.7 | 52.50 | 97,563 |
| Pittsburg, CA | News | 27.7 | 64.00 | 44,908 |
| **Pittsburg, CA Total** | | | | **495,172** |
| Riverside, CA | News | 27.7 | 37.50 | 4,683 |
| Riverside, CA | News | 27.7 | 45.00 | 168,033 |
| Riverside, CA | News | 27.7 | 52.50 | 44,123 |
| Riverside, CA | News | 27.7 | 60.00 | 52,110 |
| Riverside, CA | News | 27.7 | 64.00 | 6,535 |
| Riverside, CA | News | 27.7 | 65.25 | 9,737 |
| **Riverside, CA Total** | | | | **285,221** |
| Taunton, MA | News | 27.7 | 52.50 | 68,517 |
| **Taunton, MA Total** | | | | **68,517** |
| Winchester, VA | News | 27.7 | 37.50 | 329,003 |
| Winchester, VA | News | 27.7 | 45.00 | 5,638 |
| Winchester, VA | News | 27.7 | 52.50 | 74,043 |
| Winchester, VA | News | 27.7 | 60.00 | 129,968 |
| Winchester, VA | News | 27.7 | 65.25 | 5,978 |
| Winchester, VA | News | 27.7 | 65.25 | 257,654 |
| **Winchester, VA Total** | | | | **802,284** |
| | | | | |
| **Grand Total** | | | | **3,658,247** |