RICHMOND DIVISION
FILED APR 1 3 2009 FILED
CLERK
U.S. BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| CIRCUIT CITY STORES WEST COAST, INC. ) | Case No. 08-35654-KRH |
| ) | |
| Taxpayer ID: 95-4460785, ) | |
| ) | Chapter 11 |
| Debtors. ) | |

## ENTRY OF APPEARANCE, REQUEST FOR
## NOTICE AND RESERVATION OF RIGHTS

Pursuant to Bankruptcy Rule 9010(b), the undersigned hereby enters his appearance on behalf of the City and County of Denver, a municipal corporation, a creditor and party-in-interest herein, and requests that copies of all notices, pleadings, motions, applications, and other documents filed or served in this case (including, without limitation, all notices pursuant to Bankruptcy Rule 2002, plans, disclosure statements and U.S. Trustee's reports) be served upon the following:

David V. Cooke
Assistant City Attorney
Municipal Operations
201 West Colfax Avenue, Dept. 1207
Denver, CO  80202-5332
Telephone:     (720) 913-3275
Direct dial:     (720) 913-8422
Facsimile:      (720) 913-3180
E-mail:          david.cooke@denvergov.org

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) the above-mentioned creditor's rights to have final orders in non-core matters entered only after de novo review by a district judge; (ii) this creditor's rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) this creditor's rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which this creditor is or may be entitled under agreements in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments this creditor expressly reserves.

DATED this ____ day of _____, 2009.

Respectfully submitted,

CITY ATTORNEY for the
City and County of Denver

DAVID V. COOKE #34623
Assistant City Attorney

By: _____
David V. Cooke
Attorney for City and County of Denver
201 West Colfax Avenue, Dept. 1207
Denver, Colorado 80202
Telephone:    (720) 913-3275
Direct Dial:   (720) 913-8422
Facsimile:    (720) 913-3180
E-mail:       david.cooke@denvergov.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2009 true and correct copies of the above and foregoing ENTRY OF APPEARANCE, REQUEST FOR NOTICE AND RESERVATION OF RIGHTS were mailed to the attached list of parties.

Circuit City Stores West Coast, Inc.
9250 Sheridan Boulevard
Westminster, CO 80031

US Trustee
W. Clarkson McDow Jr.
Office of the U.S. Trustee
701 E. Broad Street, Ste. 4304
Richmond, VA 23219

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 E. Carry St.
Richmond, VA 23219

Douglas M. Foley
McGuire Woods, LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510

Sarah Beckett Boehm
McGuire Woods, LLP
One James Center
901 East Cary St.
Richmond, VA 23219

_____
City Attorney's Office

3