# Schedule 1.02(a)(i)

## "Circuit City" and related Trademark Applications for Registration and Registrations:

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Australia | CIRCUIT CITY | 1058682 | 6/3/2005 | 1058682 | 1/30/2006 | Registered | Circuit City Stores West Coast, Inc. | 35 | |
| Canada | CIRCUIT CITY | 0608678 | 6/7/1988 | TMA427363 5/20/1994 | | Registered | Circuit City Stores West Coast, Inc. | 9, 42 | Subject to Trademark License Agreement to InterTAN Canada, Ltd. and its successor for no longer than 5 years with 18 month "tail." Trademark only permitted to be used with "The Source" in Canada (i.e. "The Source by Circuit City"). |
| Canada | CIRCUIT CITY | 0680646 | 4/24/1991 | TMA407148 1/22/1993 | | Registered | Circuit City Stores West Coast, Inc. | 42 | Subject to Trademark License Agreement to InterTAN Canada, Ltd. and its successor for no longer than 5 years with 18 month "tail." Trademark only permitted to be used with "The Source" in Canada (i.e. "The Source by Circuit City"). |
| Canada | CIRCUIT CITY & DESIGN | 0792254 | 9/11/1995 | TMA508806 3/4/1999 | | Registered | Circuit City Stores West Coast, Inc. | 1 | Subject to Trademark License Agreement to InterTAN Canada, Ltd. and its successor for no longer than 5 years with 18 month "tail." Trademark only permitted to be used with "The Source" in Canada (i.e. "The Source by Circuit City"). |
| Canada | CIRCUIT CITY and Circle Logo Design | 1222654 | 6/30/2004 | | | Allowed | Circuit City Stores West Coast, Inc. | 35 | Design mark in Canada not specifically licensed to InterTAN Canada, Ltd. under Trademark License Agreement (b/c not used with "The Source"), but not permitted to be used in Canada during 5 year/18 month "tail" period. |
| Canada | CIRCUIT CITY Circle and Design with Canada and the maple leaf logo | 1222653 | 6/30/2004 | | | Allowed | Circuit City Stores West Coast, Inc. | 35 | Design mark in Canada not specifically licensed to InterTAN Canada, Ltd. under Trademark License Agreement (b/c not used with "The Source"), but not permitted to be used in Canada during 5 year/18 month "tail" period. |

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Canada | CIRCUIT CITY DIRECT | 0795658 | 10/23/1995 | TMA523186 | 2/16/2000 | Registered | Circuit City Stores West Coast, Inc. | 1 | Subject to Trademark License Agreement to InterTAN Canada, Ltd. and its successor for no longer than 5 years with 18 month "tail." Trademark only permitted to be used with "The Source" in Canada (i.e. "The Source by Circuit City"). |
| Canada | CIRCUIT CITY EXPRESS | 743999 | 12/22/1993 | TMA508369 | 2/23/1999 | Registered | Circuit City Stores West Coast, Inc. | 42 | Subject to Trademark License Agreement to InterTAN Canada, Ltd. and its successor for no longer than 5 years with 18 month "tail." Trademark only permitted to be used with "The Source" in Canada (i.e. "The Source by Circuit City"). |
| Canada | CIRCUIT METRO | 0608679 | 6/7/1988 | TMA481169 | 8/21/1997 | Registered | Circuit City Stores West Coast, Inc. | 35 | Subject to Trademark License Agreement to InterTAN Canada, Ltd. and its successor for no longer than 5 years with 18 month "tail." Trademark only permitted to be used with "The Source" in Canada (i.e. "The Source by Circuit City"). |
| China | CIRCUIT CITY | 4810394 | 8/1/2005 | | | Pending | Circuit City Stores West Coast, Inc. | 35 | |
| Hong Kong | CIRCUIT CITY | 300432099 | 6/2/2005 | 300432099 | 10/19/2005 | Registered | Circuit City Stores West Coast, Inc. | 35 | |
| Japan | CIRCUIT CITY | H07-087862 | 8/24/1995 | 4016437 | 6/20/1997 | Registered | Circuit City Stores West Coast, Inc. | 9 | |
| Japan | CIRCUIT CITY | H08-062125 | 6/5/1996 | 4109287 | 1/30/1998 | Registered | Circuit City Stores West Coast, Inc. | 11 | |
| Mexico | CIRCUIT CITY | 247270 | 11/6/1995 | 511107 | 11/28/1995 | Registered | Circuit City Stores West Coast, Inc. | 35 | |
| Mexico | CIRCUIT CITY | 167479 | 5/12/1993 | 466861 | 7/19/1994 | Registered | Circuit City Stores West Coast, Inc. | 42 | |
| Mexico | CIRCUIT CITY and Circle Logo Design | 670886 | 8/9/2004 | 857102 | 10/27/2004 | Registered | Circuit City Stores West Coast, Inc. | 35 | |
| Mexico | CIRCUIT CITY EXPRESS | 185791 | 12/13/1993 | 453532 | 3/3/1994 | Registered | Circuit City Stores West Coast, Inc. | 42 | |

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| United States | CIRCUIT CITY | 75/977633 | 4/30/1996 | 2202309 | 11/3/1998 | Registered | Circuit City Stores West Coast, Inc. | 21,25 | Renewal 11/3/2008 |
| United States | CIRCUIT CITY | 74/663010 | 4/17/1995 | 1966767 | 4/9/1996 | Registered | Circuit City Stores West Coast, Inc. | 36,37,42 | Renewal 4/9/2016 |
| United States | CIRCUIT CITY | 73/174463 | 6/15/1978 | 1121646 | 7/3/1979 | Registered | Circuit City Stores West Coast, Inc. | 42 | Renewal 7/3/2009 |
| United States | CIRCUIT CITY ADVANTAGE PROTECTION PLAN (stylized and design) | 78/772888 | 12/14/2005 | 3229279 | 4/17/2007 | Registered | Circuit City Stores West Coast, Inc. | 36 | |
| United States | CIRCUIT CITY and Circle Logo Design | 76/258566 | 5/17/2001 | 2626493 | 9/24/2002 | Registered | Circuit City Stores West Coast, Inc. | 35 | |
| United States | CIRCUIT CITY and Color Circle Logo Design | 76/258565 | 5/17/2001 | 2626492 | 9/24/2002 | Registered | Circuit City Stores West Coast, Inc. | 35 | |
| United States | CIRCUIT CITY EXPRESS | 74/452097 | 10/26/1993 | 1880174 | 2/21/1995 | Registered | Circuit City Stores West Coast, Inc. | 42 | |
| United States | CIRCUIT CITY PLUS | 75/894213 | 1/11/2000 | 2425092 | 1/30/2001 | Registered | Circuit City Stores West Coast, Inc. | 36 | |
| United States | CIRCUIT CITY stylized | 73/535267 | 5/1/1985 | 1369581 | 11/5/1985 | Registered | Circuit City Stores West Coast, Inc. | 42 | |
| Taiwan | CIRCUIT CITY | 94025775 | 5/31/2005 | 1212343 | 6/1/2006 | Registered | Circuit City Stores West Coast, Inc. | 35 | |

3

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| United States | ROADSHOP THE MOBILE ELECTRONICS SPECIALIST @ CIRCUIT CITY stylized and or design | 78/681342 | 7/29/2005 | 3191902 | 1/2/2007 | Registered | Circuit City Stores West Coast, Inc. | 35,37 | |
| United States | ROADSHOP (Roadshop logo) | 78/681309 | 7/29/2005 | 3120201 | 7/25/2006 | Registered | Circuit City Stores West Coast, Inc. | 35,37 | |

## "Circuit City" and related Domain Registrations:

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| ccaportal.com | 9/27/2009 | registered locked | Auto Renewal |
| ccaprotectionplan.com | 9/6/2010 | registered locked | Auto Renewal |
| ccaprotectionplan.info | 9/6/2010 | registered locked | Auto Renewal |
| ccaprotectionplan.net | 9/6/2010 | registered locked | Auto Renewal |
| ccaprotectionplan.org | 9/6/2010 | registered locked | Auto Renewal |
| ccccityadvantage.com | 7/3/2011 | registered locked | Auto Renewal |
| ccity.com | 1/20/2012 | registered locked | Auto Renewal |
| ccity.info | 9/15/2010 | registered locked | Auto Renewal |
| ccity.org | 11/12/2011 | registered locked | Auto Renewal |
| ccnotes.com | 2/8/2012 | registered locked | Auto Renewal |
| ccplusrewards.com | 7/17/2011 | registered locked | Auto Renewal |
| ccprotectionplan.com | 9/6/2010 | registered locked | Auto Renewal |
| ccprotectionplan.info | 9/6/2010 | registered locked | Auto Renewal |
| ccprotectionplan.net | 9/6/2010 | registered locked | Auto Renewal |
| ccprotectionplan.org | 9/6/2010 | registered locked | Auto Renewal |
| circcuitcity.com | 11/9/2014 | registered locked | Auto Renewal |
| circuircityrewards.com | 1/11/2015 | registered locked | Auto Renewal |
| circuitccity.com | 9/19/2010 | registered locked | Auto Renewal |
| circuitcity.biz | 11/18/2011 | registered locked | Auto Renewal |
| circuitcity.com | 12/13/2011 | super-locked | Auto Renewal |
| circuit-city.com | 2/25/2012 | registered locked | Auto Renewal |

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| circuitcity.com.pr | 7/21/2009 | registered locked | Auto Renewal |
| circuitcity.mobi | 7/11/2010 | registered locked | Auto Renewal |
| circuitcity.ms | 7/31/2010 | registered locked | Auto Renewal |
| circuitcity.net | 12/17/2011 | registered locked | Auto Renewal |
| circuit-city.net | 7/26/2015 | registered locked | Auto Renewal |
| circuitcity.net.pr | 7/21/2009 | registered locked | Auto Renewal |
| circuitcity.org | 5/13/2011 | registered locked | Auto Renewal |
| circuitcity.pr | 7/21/2009 | registered locked | Auto Renewal |
| circuitcity.us | 7/26/2010 | registered locked | Auto Renewal |
| circuitcityadvantage.com | 9/6/2010 | registered locked | Auto Renewal |
| circuitcityadvantage.info | 9/6/2010 | registered locked | Auto Renewal |
| circuitcityadvantage.net | 9/6/2010 | registered locked | Auto Renewal |
| circuitcityadvantage.org | 9/6/2010 | registered locked | Auto Renewal |
| circuitcityconnect.com | 10/6/2011 | registered locked | Auto Renewal |
| circuitcitycredit.com | 6/3/2011 | registered locked | Auto Renewal |
| circuitcitydirect.biz | 6/11/2015 | registered locked | Auto Renewal |
| circuitcitydirect.cc | 6/12/2015 | registered locked | Auto Renewal |
| circuitcitydirect.com | 6/12/2015 | registered locked | Auto Renewal |
| circuitcitydirect.net | 6/12/2015 | registered locked | Auto Renewal |
| circuitcitydirect.org | 6/12/2015 | registered locked | Auto Renewal |
| circuitcitydirect.tv | 6/12/2015 | registered locked | Auto Renewal |
| circuitcityoutlet.com | 9/14/2009 | registered locked | Auto Renewal |
| circuitcityplus.com | 6/3/2011 | registered locked | Auto Renewal |
| circuitcityplusvisa.com | 6/3/2011 | registered locked | Auto Renewal |
| circuitcityrebate.com | 9/9/2013 | registered locked | Auto Renewal |
| circuitcityrebates.com | 2/11/2014 | registered locked | Auto Renewal |
| circuitcityrepair.com | 2/6/2010 | registered locked | Auto Renewal |
| circuitcityrewards.com | 7/17/2013 | registered locked | Auto Renewal |
| circuitcityservice.com | 5/2/2014 | registered locked | Auto Renewal |
| circuitcityservice.net | 5/2/2014 | registered locked | Auto Renewal |
| circuitcityservice.org | 5/2/2014 | registered locked | Auto Renewal |
| circuitcityservices.com | 12/18/2012 | registered locked | Auto Renewal |

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| circuitcity-store.com | 7/11/2011 | registered locked | Auto Renewal |
| circuitcitystores.com | 7/11/2011 | registered locked | Auto Renewal |
| circuitcity-stores.com | 1/9/2017 | registered locked | Auto Renewal |
| circuitcitysurvey.com | 7/11/2011 | registered locked | Auto Renewal |
| circuitcitywarehouse.com | 12/10/2011 | registered locked | Auto Renewal |
| circuitcitydirect.biz | 12/7/2011 | registered locked | Auto Renewal |
| circuitcitydirect.cc | 6/11/2015 | registered locked | Auto Renewal |
| circuitcitydirect.com | 6/12/2015 | registered locked | Auto Renewal |
| circuitcitydirect.net | 6/12/2015 | registered locked | Auto Renewal |
| circuitcitydirect.org | 6/12/2015 | registered locked | Auto Renewal |
| circuitcitydirect.tv | 6/12/2015 | registered locked | Auto Renewal |
| circuitcityshity.com | 6/12/2015 | registered locked | Auto Renewal |
| circuitshity.net | 5/22/2012 | registered locked | Auto Renewal |
| circuitshity.com | 5/22/2012 | registered locked | Auto Renewal |
| ciruitcity.com | 12/7/2009 | registered locked | Auto Renewal |
| ciruitcity.com | 7/27/2009 | registered locked | Auto Renewal |
| cityadvantage.com | 5/21/2012 | registered locked | Auto Renewal |
| connectcircuitcity.com | 10/6/2011 | registered locked | Auto Renewal |
| connectoperatedbycircuitcity.com | 10/6/2011 | registered locked | Auto Renewal |
| connectpoweredbycircuitcity.com | 10/6/2011 | registered locked | Auto Renewal |
| curcuity.com | 2/6/2017 | registered locked | Auto Renewal |
| wwwcircuitcity.com | 11/19/2011 | registered locked | Auto Renewal |
| roadshop.org | 2/28/2013 | registered locked | Auto Renewal |

6

Schedule 1.02(a)(ii)

"The City" and related Trademark Applications for Registration and Registrations:

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Benelux | FIND YOURSELF IN THE CITY | 1127815 | 1/26/2007 | 0817472 | 5/7/2007 | Registered | Circuit City Stores West Coast, Inc. | 6,9,16,25, 28,35,37,4 1,42 | Registered (have agreed to remove Class 36 as concession to Citigroup); registered 0817472 |
| Benelux | FIND YOURSELF IN THE CITY (LOGO) | 1127822 | 1/26/2007 | 0817476 | 7/12/2007 | Registered | Circuit City Stores West Coast, Inc. | 6,9,16,25, 28,35,37,4 1,42 | |
| Benelux | FIND YOURSELF IN (LOGO) | 1128508 | 2/6/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 6,9,16,25, 28,35,37,4 1,42 | Opposed (by La City) – Answer filed and discovery period extended to Mar. 11, 2009 |
| Benelux | THE CITY (LOGO) | 1127825 | 1/26/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 6,9,16,25, 28,35,37,4 1,42 | Opposed (by La City) – Answer filed and discovery period extended to Mar. 11, 2009 |
| Canada | THE CITY (LOGO) 2 | 1357440 | 7/26/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 6,9,16,25, 28,35,37,4 1,42 | Opposed by Citigroup on Jul. 2, 2008 – Matter suspended until Jun. 30, 2009 due to Circuit City bankruptcy |
| Canada | FIND YOURSELF IN THE CITY | 1357441 | 7/26/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 6,9,21,25, 28,35,37,4 1,42 | Opposed by Citigroup on Jul. 2, 2008 – Matter suspended until Jun. 30, 2009 due to Circuit City bankruptcy |
| Canada | THE CITY | 1338031 | 3/6/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 6,9,16,25, 28,35,37,4 1,42 | Statement of Opposition filed by Citigroup on May 7, 2008; Counterstatement filed by CC; Matter suspended until Jun. 30, 2009 due to Circuit City bankruptcy |
| Canada | THE CITY (LOGO) FIND YOURSELF IN | 1357442 | 7/26/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 6,9,16,25, 28,35,37,4 1,42 | Proposed opposition filed by Citigroup on Sep. 19, 2008; Matter suspended until Jun. 30, 2009 due to Circuit City bankruptcy |
| Puerto Rico | THE CITY | 72,512 | 3/9/2007 | 72,512 | 3/9/2007 | Registered | Circuit City Stores West Coast, Inc. | 6 | Deadline to file Statement of Use: Mar. 9, 2012 |

7

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Puerto Rico | THE CITY | 75,510 | 3/9/2007 | 75,510 | 3/9/2007 | Registered | Circuit City Stores West Coast, Inc. | 9 | Deadline to file Statement of Use: Mar. 9, 2012 |
| Puerto Rico | THE CITY | 72,511 | 3/9/2007 | 72,511 | 3/9/2007 | Registered | Circuit City Stores West Coast, Inc. | 16 | Deadline to file Statement of Use: Mar. 9, 2012 |
| Puerto Rico | THE CITY | 72,509 | 3/9/2007 | 72,509 | 3/9/2007 | Registered | Circuit City Stores West Coast, Inc. | 21 | Deadline to file Statement of Use: Mar. 9, 2012 |
| Puerto Rico | THE CITY | 72,508 | 3/9/2007 | 72,508 | 3/9/2007 | Registered | Circuit City Stores West Coast, Inc. | 25 | Deadline to file Statement of Use: Mar. 9, 2012 |
| Puerto Rico | THE CITY | 72,506 | 3/9/2007 | 72,506 | 3/9/2007 | Registered | Circuit City Stores West Coast, Inc. | 28 | Deadline to file Statement of Use: Mar. 9, 2012 |
| Puerto Rico | THE CITY | 72,505 | 3/9/2007 | 72,505 | 3/9/2007 | Registered | Circuit City Stores West Coast, Inc. | 35 | Deadline to file Statement of Use: Mar. 9, 2012 |
| Puerto Rico | THE CITY | 72,507 | 3/9/2007 | 72,507 | 3/9/2007 | Registered | Circuit City Stores West Coast, Inc. | 37 | Deadline to file Statement of Use: Mar. 9, 2012 |
| Puerto Rico | THE CITY | 72,504 | 3/9/2007 | 72,504 | 3/9/2007 | Registered | Circuit City Stores West Coast, Inc. | 41 | Deadline to file Statement of Use: Mar. 9, 2012 |
| Puerto Rico | THE CITY | 72,503 | 3/9/2007 | 72,503 | 3/9/2007 | Registered | Circuit City Stores West Coast, Inc. | 42 | Deadline to file Statement of Use: Mar. 9, 2012 |
| Hong Kong | THE CITY | 300827028 | 3/8/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 9,16,21,25 ,28,35,37, 41,42 | Opposition filed by Citigroup – 8/22/08 – BDA responded to office action and revised goods description 5/9/09; local counsel instructed to agree to proposed 9 month stay per examiner request |
| Taiwan | THE CITY | 09610252 | 3/7/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 9,16,21, 25,28,35, 37,41,42 | |
| United States | FIND YOURSELF IN THE CITY | 77233114 | 7/18/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 6,9,16,25, 28,35,37, 41,42 | Opposed by Citigroup: 12/29/08 – Matter suspended pending outcome of bankruptcy |
| United States | FIND YOURSELF IN THE CITY (LOGO) | 77233092 | 7/18/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 6,9,16,25, 28,35,37, 41,42 | Opposed by Citigroup: 12/29/08 – Matter suspended pending outcome of bankruptcy |
| United States | THE CITY | 77/045076 | 11/15/2006 | | | Pending | Circuit City Stores West Coast, Inc. | 6 | Notice of Allowance issued; 2 EOT taken; Statement of Use due 2/28/09 |
| United States | THE CITY | 77/045101 | 11/15/2006 | 3419172 | 4/29/2008 | Registered | Circuit City Stores West Coast, Inc. | 16 | |
| United States | THE CITY | 77/045131 | 11/15/2006 | 3436855 | 5/27/2008 | Registered | Circuit City Stores West Coast, Inc. | 35 | |
| United States | THE CITY | 77/045137 | 11/15/2006 | 3427528 | 5/13/2008 | Registered | Circuit City Stores West Coast, Inc. | 41 | |

8

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| United States | THE CITY | 77/045140 | 11/15/2006 | 3458704 | 7/1/2008 | Registered | Circuit City Stores West Coast, Inc. | 42 | |
| United States | THE CITY | 77045109 | 11/15/2006 | | | Pending | Circuit City Stores West Coast, Inc. | 21 | Notice of Allowance issued: 2 EOT taken; Statement of Use due 2/28/09 |
| United States | THE CITY | 77045123 | 11/15/2006 | | | Pending | Circuit City Stores West Coast, Inc. | 25 | Opposed (by La City) – 7/15/08 – received amended notice of opposition; deadline to answer 11/5/08 |
| United States | THE CITY | 77045127 | 11/15/2006 | | | Pending | Circuit City Stores West Coast, Inc. | 28 | Notice of Allowance issued on 5/8/07; 2 EOT taken; Statement of Use due 5/8/09 |
| United States | THE CITY | 77045135 | 11/15/2006 | | | Pending | Circuit City Stores West Coast, Inc. | 37 | Opposed by Citigroup; 12/29/08 – Matter suspended pending outcome of bankruptcy |
| United States | THE CITY (LOGO) | 77124278 | 3/7/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 38,41 | Notice of Allowance issued; Statement of Use due 5/20/09 |
| United States | THE CITY | 77233104 | 7/18/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 6,9,16,25, 28,35,37, 41,42 | Opposed by Citigroup; 12/29/08 – Matter suspended pending outcome of bankruptcy |
| United States | CITY BUNDLE | 77493143 | 06/06/2008 | | | Pending | Circuit City Stores West Coast, Inc. | 35 | Notice of Publication – 11/12/08 |
| United States | CITY BUNDLE | 77493122 | 06/06/2008 | | | Pending | Circuit City Stores West Coast, Inc. | 9 | Notice of Publication – 11/12/08 |
| United States | CITY DEAL | 77493107 | 06/06/2008 | | | Pending | Circuit City Stores West Coast, Inc. | 9 | 12/2/08- Extension of time to oppose filed by Citigroup |
| United States | CITY DEAL | 77/493055 | 06/06/2008 | | | Pending | Circuit City Stores West Coast, Inc. | 35 | Office action response due: 3/18/09 |
| United States | CITY DESIGNS | 78/972150 | 9/12/2006 | | | Transfer | Circuit City Stores, Inc. | 42,37 | |
| United States | CITY HOME | 77303436 | 10/12/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 21,25 | Suspended due to similar third party applications (now abandoned); need to file request lift suspension |
| United States | CITY HOME | 77303434 | 10/12/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 35,37,41, 42 | Notice of Allowance issued on May 27, 2008; Statement of Use due on 5/27/09 |
| United States | CITY LIFE | 77/493213 | 06/06/2008 | | | Pending | Circuit City Stores West Coast, Inc. | 9,16,41 | Office action response due: 3/18/09 |
| United States | CITY SOLUTIONS | 77156778 | 4/13/07 | | | Pending | Circuit City Stores West Coast, Inc. | 9,35 | Opposed by Citigroup; 12/29/08 – Matter suspended pending outcome of bankruptcy |

9

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| United States | IT'S SIMPLE IN THE CITY | 77268689 | 8/30/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 6,9,16,21, 25,28,35, 37,41,42 | Opposed by Citigroup; 12/29/08 – Matter suspended pending outcome of bankruptcy |

### "The City" and related Domain Registrations:

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| 1800thecity.com | 8/13/2010 | registered locked | Auto Renewal |
| thecity.com | 6/16/2017 | registered locked | Auto Renewal |
| thecity.com.pr | 11/20/2009 | registered locked | Auto Renewal |
| thecity.net.pr | 11/20/2009 | registered locked | Auto Renewal |
| thecity.org.pr | 11/20/2009 | registered locked | Auto Renewal |

10

**Other Miscellaneous Domain Registrations:**

Schedule 1.02(a)(iii)

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| buyec.biz | 11/10/2011 | registered locked | Auto Renewal |
| buyec.com | 11/11/2011 | registered locked | Auto Renewal |
| buyec.net | 11/11/2011 | registered locked | Auto Renewal |
| buyec.org | 11/11/2011 | registered locked | Auto Renewal |
| eccwest.com | 12/30/2011 | registered locked | Auto Renewal |
| econline.biz | 11/10/2011 | registered locked | Auto Renewal |
| econline.org | 11/11/2011 | registered locked | Auto Renewal |
| ecstores.biz | 11/10/2011 | registered locked | Auto Renewal |
| ecstores.net | 11/11/2011 | registered locked | Auto Renewal |
| ecstores.org | 11/11/2011 | registered locked | Auto Renewal |
| ehdc.com | 4/8/2015 | registered locked | Auto Renewal |
| heartofthecity.com | 5/17/2010 | registered locked | Auto Renewal |
| ihateec.biz | 11/10/2011 | registered locked | Auto Renewal |
| ihateec.com | 11/11/2011 | registered locked | Auto Renewal |
| ihateec.net | 11/11/2011 | registered locked | Auto Renewal |
| ihateec.org | 11/11/2011 | Registered locked | Auto Renewal |
| iloveec.biz | 11/10/2011 | registered locked | Auto Renewal |
| iloveec.net | 11/11/2011 | registered locked | Auto Renewal |
| iloveec.org | 11/11/2011 | registered locked | Auto Renewal |

11

**Toll Free Number:** 1-800-THE CITY

**Schedule 1.02(a)(iv)**

12

Schedule 1.02(a)(v)

**Patents and Patent Applications:**

| Title | Country | Applic. No. | Filing Date | Patent No. | Issue Date | Owner |
|---|---|---|---|---|---|---|
| System and Method for Guided Sales | United States | 11/553092 | 10/26/2006 | | | Circuit City Stores Inc. |
| System and Method for Guided Sales | Canada | 2566052 | 10/30/2006 | | | Circuit City Stores, Inc. |

13

## Schedule 1.02(a)(vi)

**Website content:**

All text, graphics, video, audio, and links to external or internal resources or documents, in each case that is owned by Sellers and that appeared exclusively on the www.circuitcity.com website on or after 1/1/08.