**Hearing Date: April 28, 2009, at 10:00 a.m.**
**Objection Deadline: April 24, 2009**

Malcolm M. Mitchell, Jr. (VSB No. 18098)
Kara D. Lehman (VSB No. 68359)
Vorys, Sater, Seymour and Pease LLP
277 South Washington Street, Suite 310
Alexandria, VA 22314
Telephone: 703-837-6999
Facsimile: 703-549-4492
mmmitchell@vorys.com
*Counsel for Polaris Circuit City, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Judge Kevin R. Huennekens |

### NOTICE OF AMENDED MOTION AND HEARING

**PLEASE TAKE NOTICE THAT** Polaris Circuit City, LLC ("Polaris") filed with the Court in the above-captioned bankruptcy case the *Amended Motion, Reply and Supporting Memorandum of Polaris Circuit City, LLC, for Allowance of Administrative Expense Claim and Granting Related Relief* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that Polaris intends to present such Motion for hearing at the Omnibus Hearing scheduled in the above-captioned case for April 28, 2009, at 10:00 a.m., in the United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Courtroom 5000, Richmond, Virginia 23219

**PLEASE TAKE FURTHER NOTICE THAT <u>your rights may be affected</u>. You should read the Motion carefully and then discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.)**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before April 24, 2009, you or your attorney must:

1. File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9012-1(H). If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

> William C. Redden
> Clerk of Court
> United States Bankruptcy Court
> Eastern District of Virginia, Richmond Division
> 701 East Broad Street, Suite 4000
> Richmond, VA 23219

You must also mail a copy to:

> Malcolm M. Mitchell, Jr., Esq.
> Vorys, Sater, Seymour and Pease LLP
> 277 South Washington Street, Suite 310
> Alexandria, VA 22314

2. Attend the hearing on the Motion scheduled to be held on April 28, 2009 at 10:00 a.m. in Chief Judge Huennekens' Courtroom at the U.S. Bankruptcy Court, 701 East Broad Street, Room 5000, Richmond, VA 23219

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested in the Motion.

## NOTICE

**Under Local Bankruptcy Rule 9013.1, unless a written response to this Motion and supporting memorandum are filed with the Clerk of the Court and served on the moving party within two (2) business days before the scheduled hearing date, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.**

Dated:  April 14, 2009       /s/ Malcolm M. Mitchell, Jr.
        Alexandria, Virginia       Malcolm M. Mitchell, Jr. (VSB No. 18098)
        Kara D. Lehman (VSB No. 68359)
        Vorys, Sater, Seymour and Pease LLP
        277 South Washington Street, Suite 310
        Alexandria, VA 22314
        Telephone: 703-837-6999
        Facsimile: 703-549-4492
        mmmitchell@vorys.com
        *Counsel for Polaris Circuit City, LLC*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2009, a true and complete copy of the foregoing *Notice of Motion and Hearing* was served by electronic delivery to all of the parties through ECF.

_____/s/ Malcolm M. Mitchell, Jr._____