Kenneth R. Rhoad, Esq. (VSB No. 33993)
Gebhardt & Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
Ph: (410) 385-5071
Fax: (410) 385-5119


*Attorneys for ActionLink, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-35653-KRH |
| | ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**LINE WITHDRAWING AMENDED APPLICATION BY ACTIONLINK, LLC FOR ENTRY OF AN ORDER GRANTING ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM[1]**

ActionLink, LLC, an Ohio limited liability company ("ActionLink"), by its undersigned attorneys, hereby withdrawals the Amended Application by ActionLink, LLC for Entry of an Order Granting Allowance and Immediate Payment of Administrative Expense Claim [Docket No. 2551] (the "Amended Application").[2]

Dated:  April 15, 2009          Respectfully submitted,

/s/ Kenneth R. Rhoad
Kenneth R. Rhoad, Esq. (VSB No. 33993)
Gebhardt & Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
Ph: (410) 385-5071
Fax: (410) 385-5119

---

[1] This Line replaces the identical motion filed by ActionLink on or about April 10, 2009 [Doc. No. 2984].
[2] The Amended Application amended the original Application by ActionLink, LLC for Entry of an Order Granting Allowance and Immediate Payment of Administrative Claim, filed on or about March 11, 2009 [Doc. No. 2517].

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2009, a true and complete copy of the foregoing was filed and served upon all parties in interest using the Court's ECF System.

/s/ Kenneth R. Rhoad
Kenneth R. Rhoad, Esq.