| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Co-Counsel to the Debtors and Debtors in Possession

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al.,[1] | ) | Case No. 08-35653 (KRH) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF CHANGE OF ADDRESS FOR KIRKLAND & ELLIS LLP (CHICAGO)

PLEASE TAKE NOTICE that the law firm of Kirkland & Ellis LLP ("K&E"), special counsel to the above-captioned debtors (collectively, the "Debtors") has relocated its

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

K&E 14482126.2

Chicago office effectively immediately. The new contact information for K&E's Chicago office[2] is as follows:

> Kirkland & Ellis, LLP
> 300 North LaSalle
> Chicago, IL 60654
> Telephone: (312) 862-2000
> Facsimile: (312) 862-2200

PLEASE TAKE FURTHER NOTICE that all documents directed to attorneys in K&E's Chicago office should be sent or forwarded to the above address effective immediately. Additionally, parties may contact attorneys in K&E's Chicago office at the above telephone number.

---

[2] The previous contact information for K&E's Chicago office was: Kirkland & Ellis LLP, Aon Center, 200 East Randolph Drive, Chicago, Illinois 60601; Telephone: (312) 861-2000; Facsimile: (312) 861-2200.

| | |
|---|---|
| Richmond, Virginia<br>Dated: April 16, 2009 | /s/ Linda K. Myers<br>Linda K. Myers, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>Special Counsel to the Debtors and Debtors in Possession<br><br>Submitted by:<br><br>Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000<br><br>- and -<br><br>Chris L. Dickerson, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>333 West Wacker Drive<br>Chicago, Illinois 60606<br>(312) 407-0700<br><br>-and-<br><br>/s/ Douglas M. Foley<br>Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000<br><br>Co-Counsel to the Debtors and Debtors in Possession |

3

K&E 14482126.2