Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

        IN THE UNITED STATES BANKRUPTCY COURT
        FOR THE EASTERN DISTRICT OF VIRGINIA
                 RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :    Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :    1Case No. 08-35653
et al.,                      :
                             :
            Debtors.         :    Jointly Administered
- - - - - - - - - - - - - - x

             **ORDER SETTING AN EXPEDITED HEARING**

        Upon the motion (the "Motion")[1] of the Debtors for

an order, pursuant to Bankruptcy Code section 105 and Rule

9013-1(M) and (N) of the Local Bankruptcy Rules for the

United States Bankruptcy Court for the Eastern District of

Virginia (the "Local Bankruptcy Rules"), requesting an

expedited hearing on the IP Motions; and the Court having

_____

[1]    Capitalized terms not otherwise defined herein shall
   have the meanings ascribed to such terms in the Motion.

1

reviewed the Motion and the IP Motions; and the Court

having determined that the relief requested in the Motion

is in the best interests of the Debtors, their estates,

their creditors, and other parties in interest; and it

appearing that proper and adequate notice of the Motion has

been given and that no other or further notice is

necessary; and upon the record herein; and after due

deliberation thereon; and good and sufficient cause

appearing therefor, it is hereby

        **ORDERED, ADJUDGED AND DECREED that:**

    1.   The Motion is GRANTED.

    2.   A hearing will be held on April 14, 2009 at

10:00 a.m., prevailing Eastern Time, to hear and consider

the IP Motions.

    3.   Adequate notice of the relief sought in the

Motion has been given and no further notice is required.

    4.   The Court retains jurisdiction with respect

to all matters arising from or related to the

implementation of this Order.

Dated:  Richmond, Virginia

    _____, 2009

    _____
    UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

      Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                              /s/ Douglas M. Foley
                              Douglas M. Foley