Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

                  - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
                              :
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
          Debtors.            :   Jointly Administered
- - - - - - - - - - - - - - - x

**ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a) AND 365(a) AND BANKRUPTCY RULE 6006 AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS**

Upon the motion (the "Motion")[1] of the Debtors

for entry of an order, under Bankruptcy Code sections

105(a) and 365(a) and Bankruptcy Rule 6006, authorizing

---

[1]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

the Debtors to reject certain executory contracts as set

forth on the attached Exhibit A, including any

amendments or modifications thereto and any and all

schedules, supplements, addenda, statements of work or

similar attachments thereto (collectively, the

"Contracts"), and any guaranties thereof, as of the

rejection date specified in Exhibit A for each Contract

(the "Rejection Date"); and the Court having reviewed

the Motion; and the Court having determined that the

relief requested in the Motion is in the best interests

of the Debtors, their estates, their creditors, and

other parties in interest; and it appearing that proper

and adequate notice of the Motion has been given and

that no other or further notice is necessary; and upon

the record herein; and after due deliberation thereon;

and good and sufficient cause appearing therefor, it is

hereby

       **ORDERED, ADJUDGED, AND DECREED that:**

    1.   The Motion is GRANTED.

    2.   The Contracts and any guaranties thereof

are hereby rejected as of the applicable Rejection Date.

Nothing in this paragraph 2 shall preclude a

2

counterparty from seeking rejection damages against a

guarantor of a rejected guaranty, in addition to such

counterparty's right to seek rejection damages under the

Bankruptcy Code.

3.    Each counterparty to a Contract or any

guaranty thereof shall have until thirty (30) days from

the date this Order is entered on the docket to file a

proof of claim on account any and all claims (as defined

in the Bankruptcy Code) arising from or related to

rejection of its Contract or guaranty.

4.    The requirement under Local Bankruptcy

Rule 9013-1(G) to file a memorandum of law in connection

with the Motion is hereby waived.

5.    The Court retains jurisdiction to hear

and determine all matters arising from or related to the

implementation or interpretation of this Order.

Dated:   Richmond, Virginia
         April __, 2009


_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

     Pursuant to Local Bankruptcy Rule 9022-1(C), I
hereby certify that the foregoing proposed order has
been endorsed by or served upon all necessary parties.

                              /s/ Douglas M. Foley
                              Douglas M. Foley


4

**EXHIBIT A**

**(List of Executory Contracts)**

**EXHIBIT A**
**Contracts**

| Contract Counterparty | Contract Type | Contract Description [1] | Contract Effective Date | Rejection Date | Address |
|---|---|---|---|---|---|
| Thomson Financial Corporate Services, a division of Thomson Financial, LLC | Services Agreement | Thompson Financial Corporate Services Client Agreement, and all amendments and addenda thereto. | 10/6/06 | 03/23/09 | 195 Broadway, 7th Floor, New York, NY 10007 |
| HighJump Software | License Agreement | Software License and Support Plan Agreement and all schedules, amendments and addenda thereto | 6/13/01 | 03/23/09 | 6455 City West Pkwy, Eden Prarie, MN 55344 |
| HighJump Software | Services Agreement | Services Agreement and all SOWs, amendments and addenda thereto | 6/13/01 | 03/23/09 | 6455 City West Pkwy, Eden Prarie, MN 55344 |

[1] Contracts include any amendments or modifications thereto and any and all schedules, supplements, addenda, statements of work or similar attachments thereto.