IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al., ) | Jointly Administered |
| ) | Chapter 11 |
| Debtors. ) | Hon. Kevin R. Huennekens |
| ) | |

**AGREED ORDER FOR ALLOWANCE AND PAYMENT OF**
**ADMINISTRATIVE EXPENSE CLAIM**

This matter is before the Court on Prosite Business Solutions, LLC's ("Prosite") Motion for Allowance and Payment of Administrative Expense Claim filed on March 20, 2009 (Docket No. 2715) (the "Motion"). By agreement of Prosite and Circuit City Stores, Inc. and its affiliated debtors (the "Debtors"), each by counsel, and the Court being otherwise duly and sufficiently advised, it is HEREBY ORDERED:

1.      The Motion is resolved through the Debtors' payment for postpetition services provided by Prosite in the amount of $54,987.08 and such amounts paid are hereby authorized and were actual, necessary costs and expenses of preserving the estate and were beneficial to the Debtors in the operation of their businesses.

Date:_____                                          By the Court:

 

_____
The Honorable Kevin R. Huennekens
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

/s/ Jennifer J. West
Robert H. Chappell, III, Esquire (VSB #31698)
Jennifer J. West, Esquire (VSB #47522)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone:  (804) 697-2000
Fax:  (804) 697-2100

and

/s/ Mary Elisabeth Naumann
Mary Elisabeth Naumann (KYB #88328)
Jackson Kelly PLLC
175 East Main Street, Suite 500
Lexington, KY 40507
Phone:  (859) 255-9500
Fax: (859) 252-0688

*Counsel for Prosite Business Solutions, LLC*

SEEN AND AGREED:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636 (302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

*Counsel for Debtors and Debtors in Possession*

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing order has been endorsed by all necessary parties.

/s/ Douglas M. Foley