Gregg M. Galardi, Esq.                 Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &        MCGUIREWOODS LLP
FLOM, LLP                              One James Center
One Rodney Square                      901 E. Cary Street
PO Box 636                             Richmond, Virginia 23219
Wilmington, Delaware 19899-0636        (804) 775-1000
(302) 651-3000

                 - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

            IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                      RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :    Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :    Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :    Jointly Administered
- - - - - - - - - - - - - - x

            NOTICE OF DEBTORS' FOURTH OMNIBUS
          OBJECTION TO CERTAIN DUPLICATIVE CLAIMS


        **PLEASE TAKE NOTICE THAT** the above-captioned Debtors
(the "Debtors") filed the Debtors' Fourth Omnibus Objection
to Claims (the "Omnibus Objection") with the Bankruptcy
Court.  A copy of the Omnibus Objection is attached to this
notice (this "Notice").  By the Omnibus Objection, the
Debtors are seeking to disallow and/or modify Claims (as
defined herein) on the ground that the Claims are
duplicates.

        **PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the
Bankruptcy Court entered the Order Establishing Omnibus

Objection Procedures and Approving the Form and Manner of
the Notice of Omnibus Objections (Docket No. 2881) (the
"Order"), by which the Bankruptcy Court approved procedures
for filing omnibus objections to proofs of claim and
requests for allowance and payment of administrative
expenses and/or cure claims (collectively, the "Claims") in
connection with the above-captioned chapter 11 cases (the
"Omnibus Objection Procedures").

Specifically, the Omnibus Objection seeks to disallow
and/or modify claims, including your claim(s), listed below

| TO: | Claim Number | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|-----|-------------|------------------------|------------------------|--------------------------|
|  |  |  |  |  |
| [Claimant Name][1] |  |  |  |  |
| [Claimant Address] |  |  |  |  |
|  |  |  |  |  |

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF
CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF
THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE
SUBJECT TO THE OBJECTION.  <u>YOUR RIGHTS MAY BE AFFECTED BY
THE OBJECTION</u>.  THEREFORE, YOU SHOULD READ THIS NOTICE
(INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY
AND DISCUSS THEM WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN
ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF
THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT
OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A
WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH
THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY
WITHIN 30 DAYS OF THE SERVICE OF THIS OBJECTION, THE COURT
MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION CONCEDED
AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A
HEARING.**

<u>**Critical Information for Claimants
Choosing to File a Response to the Omnibus Objection**</u>

---

[1]  Personalized claim information is included in the personalized notices
served on the Claimants listed on <u>Exhibit B</u> to the Objection.

<u>Who Needs to File a Response</u>:  If you oppose the disallowance and/or modification of your claim(s) listed above and if you are unable to resolve the Omnibus Objection with the Debtors before the deadline to object, then you must file and serve a written response (the "Response") to the Omnibus Objection in accordance with this Notice.

If you do not oppose the disallowance and/or modification of your claim(s) listed above, then you do not need to file a written Response to the Omnibus Objection and you do not need to appear at the hearing.

Response Deadline: The Response Deadline is **4:00 p.m. (Eastern Time) on May 20, 2009 (the "Response Deadline")**.

THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED <u>AND</u> RECEIVED BY THE RESPONSE DEADLINE.

Your Response will be deemed timely filed only if the Response is **<u>actually received</u>** on or before the Response Deadline by the Bankruptcy Court at the following address:

> Clerk of the Bankruptcy Court
> United States Bankruptcy Court
> 701 East Broad Street – Room 4000
> Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Debtors' attorneys:

SKADDEN, ARPS, SLATE, MEAGHER    MCGUIREWOODS LLP
& FLOM, LLP                       One James Center
One Rodney Square                 901 E. Cary Street
PO Box 636                        Richmond, VA 23219
Wilmington, DE 19899-0636         Attn: Dion W. Hayes
Attn: Gregg M. Galardi            Attn: Douglas M. Foley
Attn: Ian S. Fredericks

            - and -

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
333 West Wacker Drive
Chicago, IL 60606
Attn:  Chris L. Dickerson

       The status hearing on the Omnibus Objection will be
held at **10:00 a.m. prevailing Eastern Time on May 28, 2009
at:**

                 United States Bankruptcy Court
                 701 East Broad Street - Courtroom 5000
                 Richmond, Virginia 23219

       If you file a timely Response, in accordance with the
Omnibus Objection Procedures, you do not need to appear at
the status hearing on the Omnibus Objection.

**Procedures for Filing a Timely Response
and Information Regarding the Hearing on the Omnibus
Objection**

       **Contents**.  Each Response must contain the following (at
a minimum):

    1.    a caption setting forth the name of the Bankruptcy
          Court, the name of the Debtors, the case number
          and the title of the Omnibus Objection to which
          the Response is directed;

    2.    the claimant's name and an explanation for the
          amount of the claim;

3.      a concise statement setting forth the reasons why
        the Bankruptcy Court should not sustain the
        Omnibus Objection, including, without limitation,
        the specific factual and legal bases upon which
        the claimant will rely in opposing the Omnibus
        Objection;

4.      a copy of any other documentation or other
        evidence of the claim, to the extent not already
        included with the Claim, upon which the claimant
        will rely in opposing the Omnibus Objection at the
        hearing;

5.      a declaration of a person with personal knowledge
        of the relevant facts that support the Response;
        and

6.      your name, address, telephone number and facsimile
        number and/or the name, address, telephone number
        and facsimile number of your attorney and/or
        designated representative to whom the attorneys
        for the Debtors should serve a reply to the
        Response, if any (collectively, the "Notice
        Addresses").  If a Response contains Notice
        Addresses that are different from the name and/or
        address listed on the Claim, the Notice Addresses
        will control and will become the service address
        for future service of papers with respect to all
        of your Claims listed in the Omnibus Objection
        (including all Claims to be disallowed and the
        surviving claims) and only for those Claims in the
        Omnibus Objection.

     **Additional Information**.  To facilitate a resolution of
the Omnibus Objection, your Response should also include the
name, address, telephone number and facsimile number of the
party with authority to reconcile, settle or otherwise
resolve the Omnibus Objection on the claimant's behalf (the
"Additional Addresses").  Unless the Additional Addresses
are the same as the Notice Addresses, the Additional
Addresses will <u>not</u> become the service address for future
service of papers.

     **Failure to File Your Timely Response**.  If you fail to
file and serve your Response on or before the Response
Deadline in compliance with the procedures set forth in this

Notice, the Debtors will present to the Bankruptcy Court an appropriate order granting the relief requested in the Omnibus Objection <u>without further notice</u> to you.

**Each Objection Is a Contested Matter**. Each Claim subject to an Omnibus Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

## Additional Information

**Requests for Information**.  You may also obtain a copy of the Omnibus Objection or related documents on the internet, by accessing the website of the Debtors at www.kccllc.net/circuitcity.

**Reservation of Rights**.  Nothing in this Notice or the Omnibus Objection constitutes a waiver of the Debtors' right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you of the Debtors.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Debtors have the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date.  In such event, you will receive a separate notice of any such objections.

```
Dated: April 17, 2009
       Richmond, Virginia      SKADDEN, ARPS, SLATE, MEAGHER &
                               FLOM, LLP
                               Gregg M. Galardi, Esq.
                               Ian S. Fredericks, Esq.
                               P.O. Box 636
                               Wilmington, Delaware 19899-0636
                               (302) 651-3000

                                    - and -

                               SKADDEN, ARPS, SLATE, MEAGHER &
                               FLOM, LLP
                               Chris L. Dickerson, Esq.
                               333 West Wacker Drive
                               Chicago, Illinois 60606
                               (312) 407-0700

                                    - and -

                               MCGUIREWOODS LLP

                               _/s/ Douglas M. Foley _____
                               Dion W. Hayes (VSB No. 34304)
                               Douglas M. Foley (VSB No. 34364)
                               One James Center
                               901 E. Cary Street
                               Richmond, Virginia 23219
                               (804) 775-1000

                               Counsel for Debtors and Debtors
                               in Possession
```

\8876960.1

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

                - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - - x

**DEBTORS' FOURTH OMNIBUS OBJECTION TO
CERTAIN DUPLICATIVE CLAIMS**

The debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors")[1], hereby file

their Fourth Omnibus Objection to Certain Duplicative Claims

(the "Objection"), and hereby move this Court, pursuant to

section 502 of title 11 of the United States Code, 11 U.S.C.

§§ 101 et seq. (as amended, the "Bankruptcy Code"), Rule

3007 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for

an order, the proposed form of which is attached hereto as

Exhibit A, granting the relief sought by this Objection, and

in support thereof states as follows:

### JURISDICTION AND VENUE

1.    This Court has jurisdiction to consider this

Motion under 28 U.S.C. §§ 157 and 1334.  This is a core

proceeding under 28 U.S.C. § 157(b).  Venue of these cases

and this Motion in this district is proper under 28 U.S.C.

§§ 1408 and 1409.  The statutory and legal predicates for

the relief requested herein are Bankruptcy Code sections

---

[1]    The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc. (3875),
Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC
(5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia,
Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC
(2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs,
Inc.(6796), Sky Venture Corp. (0311), PRAHS, INC. (n/a), XSStuff, LLC
(9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for
Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard,

105, 502, and 503(b)(9) and Rule 3007 of the Federal Rules
of Bankruptcy Procedure.

## BACKGROUND

2.    On November 10, 2008 (the "Petition Date"), the
Debtors filed voluntary petitions in this Court for relief
under chapter 11 of the Bankruptcy Code.

3.    The Debtors continue to manage and operate their
businesses as debtors in possession pursuant to Bankruptcy
Code sections 1107 and 1108.

4.    On November 12, 2008, the Office of the United
States Trustee for the Eastern District of Virginia
appointed a statutory committee of unsecured creditors (the
"Creditors' Committee").  To date, no trustee or examiner
has been appointed in these chapter 11 cases.

5.    On November 12, 2008, the Court appointed Kurtzman
Carson Consultants LLC ("KCC") as claims, noticing and
balloting agent for the Debtors in these chapter 11 cases
pursuant to 28 U.S.C. § 156(c).

6.    On November 12, 2008, this Court entered that
certain Order Establishing Bar Date for Filing Requests for
Payment of Administrative Expense Claims Under Bankruptcy

---

Westminster, Colorado 80031.  For all other Debtors, the address is 9950
Mayland Drive, Richmond, Virginia 23233.

Code Sections 105 and 503(b)(9) and Approving Form, Manner and Sufficiency of Notice of the Bar Date Pursuant to Bankruptcy Rule 9007 (Docket No. 107)(the "503(b)(9) Bar Date Order").

7.   Pursuant to the 503(b)(9) Bar Date Order, this Court approved the form and manner of the 503(b)(9) bar date notice, which was attached as Exhibit A to the 503(b)(9) Bar Date Order (the "503(b)(9) Bar Date Notice").  Pursuant to the 503(b)(9) Bar Date Order and 503(b)(9) Bar Date Notice, the bar date for filing proofs of claim asserting administrative priority claims pursuant to section 503(b)(9) of the Bankruptcy Code was on December 19, 2008 (the "503(b)(9) Bar Date").

8.   On November 19, 2008, KCC served a copy of the 503(b)(9) Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 358). In addition, the Debtors published the 503(b)(9) Bar Date Notice in The New York Times (Docket No. 549), The Wall Street Journal (Docket No. 548),and The Richmond Times-Dispatch (Docket No. 547).

9.   On December 10, 2009, the Court entered that

certain Order Pursuant to Bankruptcy Code Sections 105 and
502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I)
Setting General Bar Date and Procedures for Filing Proofs of
Claim; and (II) Approving Form and Manner of Notice Thereof
(Docket No. 890) (the "Claims Bar Date Order").

      10.   Pursuant to the Claims Bar Date Order, the
deadline for filing all "claims" (as defined in 11 U.S.C. §
105(5)) arising before November 10, 2008 against the Debtors
by any non-governmental entity was 5:00 p.m. (Pacific) on
January 30, 2009 (the "General Bar Date").   The deadline for
governmental units to file claims that arose before November
10, 2009 is 5:00 p.m. (Pacific) on May 11, 2009 (the
"Governmental Bar Date").

      11.   On January 16, 2009, the Court authorized the
Debtors, among other things, to conduct going out of
business sales at the Debtors' remaining 567 stores pursuant
to an agency agreement (the "Agency Agreement") between the
Debtors and a joint venture, as agent (the "Agent").   On
January 17, 2009, the Agent commenced going out of business
sales pursuant to the Agency Agreement at the Debtors
remaining stores.   As of March 8, 2009, the going out of
business sales at the Debtors' remaining stores had been
completed.

## OBJECTIONS TO CLAIMS

12.   As more particularly described herein, and as further illustrated on Exhibit C attached hereto, the Debtors seek in this Objection the disallowance of certain duplicative claims, all as further described herein and pursuant to the form of order attached hereto as Exhibit A.

13.   The claims that are the subject of this Objection may be the subject to additional subsequently filed objections.

14.   The Debtors reserve the right to further object to any and all claims, whether or not the subject of this Objection, for allowance, voting, and/or distribution purposes, and on any other grounds.   The Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any claim or claimant herein.

15.   Attached as Exhibit B is an alphabetical listing of all claimants included in this Objection, with a cross-reference by claim number, and the exhibit upon which the claimant's claim is located.   See Bankruptcy Rule 3007(e)(1) and (2).   In addition, this Objection is filed in accordance with this Court's Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections (Docket No. 2881) (the "Omnibus Objection

Procedures Order").

## DUPLICATIVE CLAIMS

16.   Exhibit C contains a listing of claims that were
filed by creditors (the "Claimants") who filed two (2) or
more proofs of claim, or portions thereof, against the same
Debtor asserting the same liability with the same
classification (the "Duplicate Claims").  The Claimants
timely filed proofs of claim asserting administrative
priority pursuant to section 503(b)(9) of the Bankruptcy
Code (the "503(b)(9) Claims") by the 503(b)(9) Bar Date.
Thereafter, the Claimants filed additional proofs of claim
asserting additional claims against the Debtors (e.g.,
general unsecured claims), which also reasserted such
Claimants' 503(b)(9) claims.  The later-filed Duplicate
Claims assert the same liability as asserted in the timely
filed 503(b)(9) Claims.  Accordingly, the duplicative
503(b)(9) Claims that were reasserted in the later-filed
Duplicate Claims should be disallowed.

17.   In addition, Bethesda Softworks LLC and Onkyo USA
Corporation reasserted their 503(b)(9) Claims, in not one
but two identical proofs of claim, which were filed against
the same Debtor asserting the same liability with the same
classification.  Accordingly, the Debtors object to these

7

additional proofs of claim in their entirety, as more fully
described on Exhibit C and request that the additional
duplicative claims be disallowed in their entirety.

18.   The Debtors object to the Duplicate Claims
because, among other reasons, the amounts and basis of the
Duplicate Claims also are set forth in another proof of
claim filed by the same Claimant.  Such repetitive claims
should be disallowed.  The Duplicate Claims listed on
Exhibit C should be modified for all purposes in these
bankruptcy cases with the "Modified Surviving Amount" on
Exhibit C (the "Modified Surviving Claims").  The
classification of the Modified Surviving Claims shall remain
as the classification as filed.

19.   The Debtors reserve the right to object to all of
the claims set forth in this Objection on any other grounds
at any time.

### NOTICE AND PROCEDURE

20.   Notice of this Objection has been provided to all
Claimants with claims that are the subject to this Objection
as identified on Exhibit C in accordance with the Omnibus
Objection Procedures Order, and to parties-in-interest in
accordance with the Court's Order Pursuant to Bankruptcy
Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007,

and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing
Certain Notice, Case Management and Administrative
Procedures (Docket No. 130) (the "Case Management Order").
The Debtors submit that the following methods of service
upon the Claimants should be deemed by the Court to
constitute due and sufficient service of this Objection: (a)
service in accordance with Federal Rule of Bankruptcy
Procedure 7004 and the applicable provisions of Federal Rule
of Civil Procedure 4; (b) to the extent counsel for a
Claimant is not known to the Debtors, by first class mail,
postage prepaid, on the signatory of the Claimant's proof of
claim form or other representative identified in the proof
of claim form or any attachment thereto; or (c) by first
class mail, postage prepaid, on any counsel that has
appeared on the Claimant's behalf in the Debtors' bankruptcy
cases.  The Debtors are serving the Claimant with this
Objection and the Exhibit(s) on which the Claimant's claim
is listed.  This service is consistent with the Omnibus
Objection Procedures Order.

21.  To the extent any Claimant timely files and
properly serves a response to this Objection by **May 20, 2009**
as required by the Case Management Order, Omnibus Objection
Procedures Order, and under applicable law, and the parties

are unable to otherwise resolve the Objection, the Debtors

request that the Court conduct a status conference with

respect to any such responding claimant at the May 28, 2009

Omnibus Hearing date, and thereafter schedule the matter for

a future hearing as to the merits of such claim.[2]  However,

to the extent any Claimant fails to timely file and properly

serve a response to this Objection as required by the Case

Management Order and applicable law, the Debtors request

that the Court enter an order, substantially in the form

attached hereto as Exhibit A, disallowing and/or modifying

such Claimant's claim(s) for all purposes in these

bankruptcy cases.

## WAIVER OF MEMORANDUM OF LAW

22.   Pursuant to Local Bankruptcy Rule 9013-1(G), and

because there are no novel issues of law presented in the

Objection, the Debtors request that the requirement that all

motions be accompanied by a written memorandum of law be

waived.

## NO PRIOR RELIEF

23.   No previous request for the relief sought herein

has been made to this Court or any other court.

---

[2]   In accordance with the Omnibus Objection Procedures Order, claimants
who respond to the Objection do not need to appear at the status

WHEREFORE, the Debtors request the Court to enter an
Order sustaining this Objection and granting such other and
further relief as the Court deems appropriate.

Dated: Richmond, Virginia   SKADDEN, ARPS, SLATE, MEAGHER &
      April 17, 2009       FLOM, LLP
                        Gregg M. Galardi, Esq.
                        Ian S. Fredericks, Esq.
                        P.O. Box 636
                        Wilmington, Delaware 19899-0636
                        (302) 651-3000

                              - and -

                        SKADDEN, ARPS, SLATE, MEAGHER &
                        FLOM, LLP
                        Chris L. Dickerson, Esq.
                        333 West Wacker Drive
                        Chicago, Illinois 60606
                        (312) 407-0700

                              - and -

                        MCGUIREWOODS LLP

                        _/s/ Douglas M. Foley_____
                        Dion W. Hayes (VSB No. 34304)
                        Douglas M. Foley (VSB No. 34364)
                        One James Center
                        901 E. Cary Street
                        Richmond, Virginia 23219
                        (804) 775-1000

                        Counsel for Debtors and Debtors
                        in Possession

---

conference.

## EXHIBIT A

| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & | MCGUIREWOODS LLP |
| FLOM, LLP | One James Center |
| One Rodney Square | 901 E. Cary Street |
| PO Box 636 | Richmond, Virginia 23219 |
| Wilmington, Delaware 19899-0636 | (804) 775-1000 |
| (302) 651-3000 | |

                - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x
```

### ORDER SUSTAINING DEBTORS' FOURTH OMNIBUS OBJECTION TO CERTAIN DUPLICATIVE CLAIMS

THIS MATTER having come before the Court on the

Debtors' Fourth Omnibus Objection to Certain Duplicative

Claims (the "Objection"), which requested, among other

things, that the claims specifically identified on Exhibit C

attached to the Objection be modified and/or disallowed for

all purposes in these bankruptcy cases as set forth on

Exhibit C for those reasons set forth in the Objection; and

it appearing that due and proper notice and service of the

Objection as set forth therein was good and sufficient and

that no other further notice or service of the Objection

need be given; and it further appearing that no response was

timely filed or properly served by the Claimants being

affected by this Order; and it appearing that the relief

requested on the Objection is in the best interest of the

Debtors, their estates and creditors and other parties-in-

interest; and after due deliberation thereon good and

sufficient cause exists for the granting of the relief as

set forth herein,

     IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

     1.   The Objection is GRANTED.

     2.   The Claims identified on Exhibit A as attached

hereto and incorporated herein, are forever disallowed

and/or modified for all purposes in these bankruptcy cases.


Dated: Richmond, Virginia
      May ____, 2009



_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

            _/s/ Douglas M. Foley_____
            Douglas M. Foley

\8611628.1

In re: Circuit City Stores, Inc, et al.                                                    Fourth Omnibus Claims Objection
Case No. 08-35653 (KRH)

Exhibit B - Claimants And Related Claims Subject To Fourth Omnibus Objection

| Claimant Name | Claim Number | Exhibit |
|---|---|---|
| BETHESDA SOFTWORKS LLC | 8423 | Exhibit C - Duplicative Claims |
| BETHESDA SOFTWORKS LLC | 8476 | Exhibit C - Duplicative Claims |
| CHECKPOINT SYSTEMS INC & CHECKPOINT SYSTEMS INC DBA ALPHA SECURITY PRODUCTS | 4433 | Exhibit C - Duplicative Claims |
| ION AUDIO LLC | 6273 | Exhibit C - Duplicative Claims |
| MITSUBISHI DIGITAL ELECTRONICS AMERICA INC | 7194 | Exhibit C - Duplicative Claims |
| NAVARRE ONLINE FULFILLMENT SERVICES INC | 7594 | Exhibit C - Duplicative Claims |
| ONKYO USA CORPORATION | 2295 | Exhibit C - Duplicative Claims |
| ONKYO USA CORPORATION | 958 | Exhibit C - Duplicative Claims |
| SANDISK CORPORATION | 9544 | Exhibit C - Duplicative Claims |
| SONY ELECTRONICS INC | 4139 | Exhibit C - Duplicative Claims |
| THQ INC | 5836 | Exhibit C - Duplicative Claims |
| WARNER HOME VIDEO A DIVISION OF WARNER BROS HOME ENTERTAINMENT INC | 9428 | Exhibit C - Duplicative Claims |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Fourth Omnibus Claims Objection

Exhibit C - Duplicative Claims

| Claim Number | Date Filed | Claimant Name | Claimant Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|
| 8423 | 1/29/09 | BETHESDA SOFTWORKS LLC | BETHESDA SOFTWORKS LLC ATTN J GRIFFIN LESHER ESQ 1370 PICCARD DR STE 120 ROCKVILLE, MD 20850 | CIRCUIT CITY STORES, INC. | Unsecured | $32,742.84 | $0.00 |
| 8423 | 1/29/09 | BETHESDA SOFTWORKS LLC | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $3,838,606.40 | $0.00 |
| 8476 | 1/29/09 | BETHESDA SOFTWORKS LLC | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $32,742.84 | $32,742.84 |
| 8476 | 1/29/09 | BETHESDA SOFTWORKS LLC | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $3,838,606.40 | $0.00 |
| 1244 | 12/18/08 | BETHESDA SOFTWORKS LLC | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $3,838,606.40 | $3,838,606.40 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Fourth Omnibus Claims Objection

Exhibit C - Duplicative Claims

| Claim Number | Date Filed | Claimant Name | Claimant Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|
| 4433 | 1/20/09 | CHECKPOINT SYSTEMS INC & CHECKPOINT SYSTEMS INC DBA ALPHA SECURITY PRODUCTS | CHECKPOINT SYSTEMS INC & CHECKPOINT SYSTEMS INC DBA ALPHA SECURITY PRODUCTS ATTN SANDY CHRISTOFIDES 101 WOLF DR THOROFARE, NJ 08086 | CIRCUIT CITY PURCHASING COMPANY, LLC | 503b9 - Admin Priority | $108,797.44 | $0.00 |
| 4433 | 1/20/09 | CHECKPOINT SYSTEMS INC & CHECKPOINT SYSTEMS INC DBA ALPHA SECURITY PRODUCTS | SEE ABOVE | CIRCUIT CITY PURCHASING COMPANY, LLC | Unsecured | $345,639.50 | $345,639.50 |
| 915 | 12/19/08 | CHECKPOINT SYSTEMS INC & CHECKPOINT SYSTEMS INC DBA ALPHA SECURITY PRODUCTS | SEE ABOVE | CIRCUIT CITY PURCHASING COMPANY, LLC | 503b9 - Admin Priority | $108,797.44 | $108,797.44 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Fourth Omnibus Claims Objection

Exhibit C - Duplicative Claims

| Claim Number | Date Filed | Claimant Name | Claimant Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|
| 6273 | 1/27/09 | ION AUDIO LLC | ION AUDIO LLC 200 SCENIC VIEW DR STE 201 CUMBERLAND, RI 02864 | CIRCUIT CITY STORES, INC. | Unsecured | $276,166.74 | $276,166.74 |
| 6273 | 1/27/09 | ION AUDIO LLC | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $169,015.81 | $0.00 |
| 1224 | 12/18/08 | ION AUDIO LLC | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $169,015.81 | $169,015.81 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Fourth Omnibus Claims Objection

Exhibit C - Duplicative Claims

| Claim Number | Date Filed | Claimant Name | Claimant Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|
| 7194 | 1/28/09 | MITSUBISHI DIGITAL ELECTRONICS AMERICA INC | MITSUBISHI DIGITAL ELECTRONICS AMERICA INC ATTN BRIAN ATTEBERRY CREDIT MGR 9351 JERONIMA RD IRVINE, CA 92618-1904 | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $4,965,976.18 | $0.00 |
| 7194 | 1/28/09 | MITSUBISHI DIGITAL ELECTRONICS AMERICA INC | SEE ABOVE | CIRCUIT CITY STORES, INC. | Secured | $2,641,909.24 | $2,641,909.24 |
| 7194 | 1/28/09 | MITSUBISHI DIGITAL ELECTRONICS AMERICA INC | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $12,616,167.76 | $12,616,167.76 |
| 132 | 11/18/08 | MITSUBISHI DIGITAL ELECTRONICS AMERICA INC | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $4,965,976.18 | $4,965,976.18 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Fourth Omnibus Claims Objection

Exhibit C - Duplicative Claims

| Claim Number | Date Filed | Claimant Name | Claimant Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|
| 7594 | 1/28/09 | NAVARRE ONLINE FULFILLMENT SERVICES INC | NAVARRE ONLINE FULFILLMENT SERVICES INC ATTN GENERAL COUNSEL 7400 49TH AVE N NEW HOPE, MN 55428 | CIRCUIT CITY STORES, INC. | Unsecured | $1,633.14 | $1,633.14 |
| 7594 | 1/28/09 | NAVARRE ONLINE FULFILLMENT SERVICES INC | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $3,860.12 | $0.00 |
| 1251 | 12/18/08 | NAVARRE ONLINE FULFILLMENT INC A SUBSIDIARY OF NAVARRE CORPORATION | NAVARRE ONLINE FULFILLMENT INC A SUBSIDIARY OF NAVARRE CORPORATION 7400 49TH AVE N NEW HOPE, MN 55428 | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $7,287.01 | $3,860.12 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Fourth Omnibus Claims Objection

Exhibit C - Duplicative Claims

| Claim Number | Date Filed | Claimant Name | Claimant Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|
| 2295 | 12/22/08 | ONKYO USA CORPORATION | ONKYO USA CORPORATION C O  MATTHEW ATTANASIO 18 PARK WAY UPPER SADDLE RIVER, NJ 07458 | CIRCUIT CITY STORES, INC. | Priority | $1,722,427.00 | $1,722,427.00 |
| 2295 | 12/22/08 | ONKYO USA CORPORATION | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $4,905,048.57 | $0.00 |
| 958 | 12/19/08 | ONKYO USA CORPORATION | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $4,905,048.57 | $0.00 |
| 958 | 12/19/08 | ONKYO USA CORPORATION | SEE ABOVE | CIRCUIT CITY STORES, INC. | Priority | $1,722,427.00 | $0.00 |
| 128 | 11/20/08 | ONKYO USA CORPORATION | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $4,905,048.57 | $4,905,048.57 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Fourth Omnibus Claims Objection

Exhibit C - Duplicative Claims

| Claim Number | Date Filed | Claimant Name | Claimant Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|
| 9544 | 1/30/09 | SANDISK CORPORATION | SANDISK CORPORATION 601 MCCARTHY BLVD MILPITAS, CA 95053-7932 | CIRCUIT CITY STORES, INC. | Unsecured | Unliquidated | Unliquidated |
| 9544 | 1/30/09 | SANDISK CORPORATION | SEE ABOVE | CIRCUIT CITY STORES, INC. | Priority | Unliquidated | Unliquidated |
| 9544 | 1/30/09 | SANDISK CORPORATION | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | Unliquidated | $0.00 |
| 963 | 12/19/08 | SANDISK CORPORATION | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | Unliquidated | Unliquidated |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Fourth Omnibus Claims Objection

Exhibit C - Duplicative Claims

| Claim Number | Date Filed | Claimant Name | Claimant Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|
| 4139 | 1/21/09 | SONY ELECTRONICS INC | SONY ELECTRONICS INC TIMOTHY GRIEBERT 1 SONY DR PARK RIDGE, NJ 07656 | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $42,510,747.60 | $0.00 |
| 4139 | 1/21/09 | SONY ELECTRONICS INC | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $57,755,114.55 | $57,755,114.55 |
| 4139 | 1/21/09 | SONY ELECTRONICS INC | SEE ABOVE | CIRCUIT CITY STORES, INC. | Priority | $69,157,076.10 | $69,157,076.10 |
| 914 | 12/19/08 | SONY ELECTRONICS INC | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $42,510,747.60 | $42,510,747.60 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Fourth Omnibus Claims Objection

Exhibit C - Duplicative Claims

| Claim Number | Date Filed | Claimant Name | Claimant Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|
| 5836 | 1/26/09 | THQ INC | THQ INC<br>ATTN CAROLINE R DJANG<br>C O JEFFER MANGELS BUTLER &<br>MARMARO LLP<br>1900 AVE OF THE STARS 7TH FL<br>LOS ANGELES, CA 90067 | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $514,159.08 | $0.00 |
| 5836 | 1/26/09 | THQ INC | SEE ABOVE | CIRCUIT CITY STORES, INC. | Secured | $2,019,596.68 | $2,019,596.68 |
| 747 | 12/12/08 | THQ INC | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $514,159.08 | $514,159.08 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Fourth Omnibus Claims Objection

Exhibit C - Duplicative Claims

| Claim Number | Date Filed | Claimant Name | Claimant Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|
| 9428 | 1/30/09 | WARNER HOME VIDEO A DIVISION OF WARNER BROS HOME ENTERTAINMENT INC | WARNER HOME VIDEO A DIVISION OF WARNER HOME ENTERTAINMENT INC ATTN JULIE KELLEY VICE PRESIDENT BUSINESS AND LEGAL AFFAIRS 4000 WARNER BLVD BLDG 160 RM 11072 BURBANK, CA 91522 | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $3,565,348.37 | $0.00 |
| 9428 | 1/30/09 | WARNER HOME VIDEO A DIVISION OF WARNER BROS HOME ENTERTAINMENT INC | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $17,768,738.84 | $17,768,738.84 |
| 1899 | 12/23/08 | WARNER HOME VIDEO A DIVISION OF WARNER HOME ENTERTAINMENT INC | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $3,565,348.37 | $3,565,348.37 |