**EXHIBIT A**
**Contracts**

| Contract Counterparty | Contract Type | Contract Description [1] | Contract Effective Date | Rejection Date | Address |
|---|---|---|---|---|---|
| Avaya World Services | Customer Agreement | Customer Agreement (Global), together with all schedules, attachments, amendments, addenda, supplements, order forms, and statements of work | 5/19/06 | 04/28/09 | 211 Mount Airy Road, Basking Ridge, NJ 07920 |
| Forsythe Solutions Group, Inc. | Services Agreement | Master Services Agreement, together with all statements of work and change requests | 2/15/07 | 04/28/09 | 7770 Frontage Road, Skokie, IL 60077, Attn: President, Attn: Legal Department |
| Postini, Inc., a wholly owned subsidiary of Google, Inc. | Services Agreement | Master Services Contract, and all addenda and amendments thereto | 6/25/08 | 04/28/09 | c/o Google, Inc., 1600 Amphitheatre Parkway, Mountain View, CA 94043, Attn: Account Manager, Attn: Google Legal Department |

[1] Contracts include any amendments or modifications thereto and any and all schedules, supplements, addenda, statements of work or similar attachments thereto.