Gordon S. Woodward, Esquire (Va. Bar No. 42449)
Schnader Harrison Segal & Lewis, LLP
750 9th Street, N.W.
Washington, D.C. 20006
Phone: 202-419-4215
Facsimile: 202-419-3454

Attorneys for Commerce Technologies, Inc.

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| In re: | Chapter 11 |
|---|---|
| CIRCUIT CITY STORES, INC., *et al.*, | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |
| | Judge Kevin R. Huennekens |

**ORDER GRANTING MOTION FOR ADMISSION
*PRO HAC VICE* OF MICHAEL J. BARRIE**

This matter came before the Court upon the Motion for Admission *Pro Hac Vice* of Michael J. Barrie (the "Motion") filed by Gordon S. Woodward, seeking admission *pro hac vice* for Michael J. Barrie, of the law firm of Schnader Harrison Segal & Lewis, LLP, in the above-captioned bankruptcy cases (the "Bankruptcy Case") pursuant to local Bankruptcy Rule 2090-1(E). After review of the Motion and statements therein, the court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Michael J. Barrie be authorized to practice *pro hac vice* before the Court in this Bankruptcy Case, and it is hereby

ORDERED as follows:

1. The Motion be and hereby is granted.

2.      Michael J. Barrie, of the law firm of Schnader Harrison Segal & Lewis LLP, is hereby admitted to appear in this Bankruptcy Case and any related proceedings *pro hac vice* pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of Commerce Technologies, Inc.

ENTERED: Apr 16 2009               /s/ Kevin R. Huennekens
                                   UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:                              Entered on Docket: April 17 2009

/s/ Gordon S. Woodward
Gordon S. Woodward, Esquire (Va. Bar No. 42449)
Schnader Harrison Segal & Lewis, LLP
750 9th Street, N.W.
Washington, D.C.  20006
Phone:  202-419-4215
Facsimile:  202-419-3454

### Rule 9022-1 Certification

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

                              /s/ Gordon S. Woodward
                              Movant

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1                 Date Rcvd: Apr 17, 2009
Case: 08-35653                 Form ID: pdforder          Total Served: 1

The following entities were served by first class mail on Apr 19, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2009**            **Signature:** *Joseph Speetjens*