**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

RICHMOND DIVISION

F I L E D

APR 2 0 2009

F I L E D

CLERK
U.S. BANKRUPTCY COURT

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653 (KRH) |
|  | ) | (Jointly Administered) |
| Debtor. | ) |  |
|  | ) | Hon. Kevin R. Huennekens |

**MOTION OF FORECAST DANBURY LIMITED PARTNERSHIP FOR (I)
ALLOWANCE OF ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. §§ 365(d)(3),
503(b), AND 507(a)(2) AND; (II) TO COMPEL IMMEDIATE PAYMENT OF POST-
PETITION REAL ESTATE TAX AND MAINTENANCE OBLIGATIONS PURSUANT
TO 11 U.S.C. § 365(d)(3)**

Forecast Danbury Limited Partnership ("Forecast Danbury") hereby files this request for

allowance of administrative expense obligations pursuant to 11 U.S.C. §§ 365(d)(3), 503(b), and

507(a)(2) with respect to claims arising under a nonresidential real property lease (the "Lease")

between Forecast Danbury, as lessor, and the above-captioned debtor (the "Debtor"), as lessee,

and to compel immediate payment of post-petition real estate tax and maintenance obligations

pursuant to § 365(d)(3). In support of this Motion, Forecast Danbury respectfully represents in

support thereof as follows:

**BACKGROUND**

1.      On November 10, 2008 (the "Petition Date"), the Debtor filed a voluntary petition

pursuant to Chapter 11 of the Title 11 of the United States Code (the "Bankruptcy Code").

2.      Since the Petition Date, the Debtor has continued in the operation of its business

and management of its properties as a debtor-in-possession pursuant to Sections §§ 1107 and

1108 of the Bankruptcy Code.

4577766v.1

8.      Section 365(d)(3) of the Bankruptcy Code requires a debtor to timely perform all

of its obligations under its leases. As noted by the invoices attached in <u>Exhibit B,</u> the Debtor's

obligation to make payment for the Pre-Rejection Period expenses did not arise until after the

Petition Date. The Court's Memorandum Opinion dated February 12, 2009, regarding when the

Debtor must pay "stub rent" is also instructive as to the issue of whether applicable taxes and

other obligations under a lease must be paid immediately. If the due date for a lease obligation

occurs post-petition, then the debtor is obligated to pay on the due date with respect to the

portion of the obligation that accrued after the Petition Date. <u>See,</u> Opinion at p. 12.

## <u>CONCLUSION</u>

9.      For the foregoing reasons, Forecast Danbury is entitled to the allowance of

an administrative expense claim in the amount of $49,121.00, as reflected in the foregoing

calculations, for rent and charges billed pre-petition but allocable to the post-petition

period.

10.     Forecast Danbury is also entitled to immediate payment of $79,278.30 as

reflected in the foregoing calculations for obligations accruing and payable during the

post-petition Pre-Rejection Period.

11.     Forecast Danbury is continuing to evaluate the condition of the Leasehold

Premises as well as other amounts due under the Lease and therefore reserves the right to

supplement and amend this Motion.

# Exhibit A



# FOREST

Properties.

Management, Inc.

19 Needham Street, Newton Highlands, MA 02461 617-630-9566 Fax 617-964-0003

## INVOICE

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA  23233-1464                    **REVISED**

RE:  110 Federal Road, Danbury CT.  **Store #3668**

To invoice you for Property Insurance  for **Post Petition Period  11/10/08-3/31/09**
pursuant to your lease for your premises located at 110 Federal Road, Danbury CT

| | |
|---|---|
| Total Property Insurance  6/29/08-6/29/09 | $3,000.00 |
| Tenant's Percentage of Property 30,010 / 61,115 sq. ft | 49.10% |
| Tenant's Share of Expense | $1,473.12 |
| Percentage of Days Occupied -**Post Petition Period**<br>**141 days/ 365  days total billing (11/10/08-3/31/09)** | 38.63% |
| Total Due: | $569.07 |
| Admistrative Fee -7% | $39.83 |
| **TOTAL DUE** | **$608.90** |

**Please Pay Upon Receipt**

Post
Petition

## Knapp, Schenck & Company
Insurance
Mailing Address
P.O. Box 51310  Boston, MA  02205

Forecast Danbury LP
FD Holding Corp

C/O Forest Properties Management Inc
19 Needham St.,
Newton Highlands, MA  02461

### INVOICE

| Invoice Date | Invoice Number |
|---|---|
| 7/9/08 | 53698 |
| Customer Number | Agency Contact |
| 020804 | Kimberly Cybulski |

AMOUNT ENCLOSED $ _____

DETACH AND RETURN THIS PORTION WITH REMITTANCE TO: KNAPP, SCHENCK & COMPANY P.O BOX 51310, BOSTON, MA 02205

| TRANSACTION DATE | POLICY NUMBER | INSURANCE COMPANY | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| 7/9/08 | See Below | See Below | 6/29/08 | 6/29/09 |

DESCRIPTION REFER TO POLICY/BINDER FOR DETAILS                    AMOUNT

| POLICIES | INSURANCE CO. | POLICY NUMBER | |
|---|---|---|---|
| Property & Boiler | Travelers | KTQCMB4160M435 | $3,000.00 |
| G.L. | Travelers | 6301023A123 | Included |
| Umbrella | Chubb | 7943363 | Included |
| Terrorism | Travelers | Included | Included |

Location: 110 Federal Rd & 168 & 170 Old Brookfield Rd., Danbury, CT
Note: Amounts due are annual premiums for term listed above.

KNAPP, SCHENCK & COMPANY 137 LEWIS WHARF, BOSTON, MA  02110
(617) 742-3366

| Amount Due. | $3,000.00 |
|---|---|



*Fed k 1/30/09*
*Property Tck Sup*
*9950 Mayland*
*Richmond, VA*
*23242*



**FOREST**
Properties.
Management,
INC.    Newton Highlands, MA 02461 617-630-9566 Fax 617-964-0003

January 30, 2009

Circuit City Stores, Inc.
PO Box 42304
Richmond, VA 23242
Property Tax Supervisor

Enclosed is the Real Estate Tax invoice for the **Second Quarter 2009**

Second Quarter 2009 consists of 92 days total (October 1, 2008 - December 31, 2008)
Circuit City should have paid for 52 days, payment for 30 days was received.

                                                                    **$6,498.10**

**Please remit payment within 30 days to :**
                    Forecast Danbury L.P.
                    c/o Forest Properties Management
                    19 Needham Street
                    Newton, MA 02161
                    Attn: Lynette Franciose

If you have any questions regarding this invoice do not hesitate to call
me at (617)-630-9566

Sincerely

Lynette M. Franciose
Commercial Property Manager



**FOREST**
Properties.
Management, Inc.

19 Needham Street, Newton Highlands, MA 02461 617-630-9566 Fax 617-964-0003

# INVOICE

January 30, 2009

Circuit City Stores, Inc.
PO Box 42304
Richmond, VA  23242
Property Tax Supervisor

RE:  Danbury, CT 110 Federal Road **Store # 3668**

To invoice you for Real Estate Tax Escalation pursuant to your
lease for your premises located at 110 Federal Road, Danbury CT
for the **Second  Quarter 2009- Post Petition Date 11/10/08-12/31/08**

| | |
|---|---|
| Total Real Estate Tax Expense | $58,014.84 |
| Tenant's Percentage of Property 30,010/ 61,115 sq. ft. | 49.07% |
| Tenant's Share of Real Estate Expense | $28,467.88 |
| Percentage of Days Occupied **(62 days of Post Petition)** | 56.52% |
| (November 11, 2008 - December 31, 2008) | |
| **Total Real Estate Tax due:** | **$16,090.54** |

Please Remit to:      Forecast Danbury L.P.
                      c/o Forest Properties Management, Inc.
                      19 Needham Street
                      Newton, MA  02461

**Please remit within 30 days**

③

**FORECAST DANBURY L.P.**
110 Federal Road
Danbury, CT
C/O LORD ST PROPERTIES MANAGEMENT
19 NEEDHAM STREET NEWTON, MA 02461
(203) 730-9866

# INVOICE

**Circuit City**
9950 Mayland Drive
Richmond, VA 23233-1464
Attn: Property Tax Supervisor

INVOICE DATE : 1/30/09

**Please make all checks payable to: FORECAST DANBURY L.P.**

*This is an invoice not a statement of account.*
*Please remit payment in full to above address by invoice date.*

| CHARGE TYPE | DESCRIPTION | AMOUNT |
|---|---|---|
| TAX | Real Estate Tax -2nd Quarter 2009<br>110 Federal Highway Danbury, CT<br>Total Due -Circiut City -40 days<br>October 1, 2008- November 9, 2008 | $16,090.54 |
| | Sub Total: | $16,090.54 |
| | Please pay this amount: | $6,498.10 |

④



**FOREST**

Properties.

Management, Inc.

19 Needham Street, Newton Highlands, MA 02461 617-630-9566 Fax 617-964-0003

# INVOICE

April 15, 2009

Circuit City Stores, Inc.
PO Box 42304
Richmond, VA  23242
Property Tax Supervisor

RE:  Danbury, CT 110 Federal Road **Store # 3668**

To invoice you for Real Estate Tax Escalation pursuant to your
lease for your premises located at 110 Federal Road, Danbury CT
for the **Third Quarter 2009- Post Petition Date 11/10/08-3/31/09**

| | |
|---|---|
| Total Real Estate Tax Expense | $58,014.84 |
| Tenant's Percentage of Property 30,010/ 61,115 sq. ft. | 49.07% |
| Tenant's Share of Real Estate Expense | $28,467.88 |
| Percentage of Days Occupied | 100% |

(Third Quarter =January 1, 2009 - March 31, 2009)

**Total Real Estate Tax due:**                                          **$28,467.88**

Please Remit to:        Forecast Danbury L.P.
c/o Forest Properties Management, Inc.
19 Needham Street
Newton, MA  02461

**Please remit within 30 days**



**FOREST**
Properties.
Management,
INC.      Newton Highlands, MA 02461 617-630-9566 Fax 617-964-0003

April 15, 2009

Circuit City Stores, Inc.
PO Box 42304
Richmond, VA  23242
Property Tax Supervisor

Enclosed is the Real Estate Tax invoice for the **Revised Third Quarter  2009**

Third Quarter 2009  (January 1, 2009- March-31, 2009 )

The Amount Due is:                           **$28,467.88**

**Please remit payment within 30 days to :**

                    Forecast Danbury L.P.
                    c/o Forest Properties Management
                    19 Needham Street
                    Newton, MA  02161
                    Attn:  Lynette Franciose

If you have any questions regarding this invoice do not hesitate to call
me at (617)-630-9566

Sincerely,

Lynette M. Franciose
Commercial Property Manager





# FOREST
Properties.
Management,
INC.   Newton Highlands, MA 02461 617-630-9566 Fax 617-964-0003

November 1, 2008

Circuit City Stores, Inc.
PO Box 42304
Richmond, VA  23242
Property Tax Supervisor

RE:  Danbury, CT 110 Federal Road Store # 3668      1008 - 1208

Enclosed is the Real Estate Tax invoice for the Second Quarter 2009
for the above referenced store.  The amount due is:    $28,467.88
All documentation is attached.

**Please remit payment within 30 days to :**

Forecast Danbury L.P.
c/o Forest Properties Management
19 Needham Street
Newton, MA  02161
Attn:  Lynette Franciose

If you have any questions regarding this invoice do not hesitate to call
me at (617)-630-9566

Sincerely,

Lynette M. Franciose
Commercial Property Manager



| INV DATE | INV NUMBER | AMOUNT | BATCH - VOUCHER | INV DATE | INV NUMBER | | |
|---|---|---|---|---|---|---|---|
| 01 07 09 | 18105 | 9,592.44 | 0516020 | | | | |

CHECK NUMBER:   0004597899    VENDOR NUMBER:   0001023148    CHECK TOTALS:   *****$9,592.44

# *CIRCUIT CITY* ®

CIRCUIT CITY STORES, INC. (SU)
9950 MAYLAND DRIVE
RICHMOND, VA 23233
(804) 418-8148
VENDOR NUMBER:  0001023148

SUNTRUST BANK
ATLANTA, GEORGIA

64-79
611

CHECK NUMBER
0004597899

PAY  Nine thousand five hundred ninety two and 44/100 Dollars

PAY EXACTLY
******$9,592.44

TO THE    FORECAST DANBURY LIMITED PTNSP
ORDER    C/O FORREST PROPERTIES MNGMT
OF        19 NEEDHAM ST
          NEWTON, MA 02161

DATE: 01/28/09

CDA NUMBER  8800606660



⑈004597899⑈ ⑈061100790⑈ 8800606660⑈

CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND, VA 23233
Attn.: EXPENSE PAYABLES

Questions on invoice status,
account balance, or payment
information? Please call our
vendor hotline at 804-418-8148

FORECAST DANBURY LIMITED PTNSP
C/O FORREST PROPERTIES MNGMT
19 NEEDHAM ST
NEWTON, MA 02161

000041XYZB

TX    SU    0004597899

5



January 20", 2009

SUBJECT:   Circuit City Stores, Inc. and affiliated debtors
           Chapter 11 Bankruptcy – Lead Case Number 08-35653
           Notice of partial-payment of post-petition tax

To Whom It May Concern:

Please be advised that on November 10, 2008 (the "Petition Date"), Circuit City Stores, Inc. and 17 affiliate debtors (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Bankruptcy Code in the Bankruptcy Court of the Eastern District of Virginia (the "Bankruptcy Court").

All or part of the real estate tax bill which we have received has been classified as a "pre petition" obligation. Generally the Debtors are not allowed to make payments based on pre petition liabilities. However, a payment for the "post petition" period can be paid by Circuit City Stores, Inc. Enclosed, please find a check for the amount calculated for the "post-petition" period.

You have or will receive an official notice of the Debtor's Chapter 11 filing as well as subsequent notices. These notices will include instructions on how to file a claim for any "pre petition" amounts owing that have not been paid. Additional information is also available on the Debtor's noticing agent's website at www.kccllc.com.

If you have any questions, please contact us at: 804-486-2265 or by email at: Property_Tax@circuitcity.com.

Respectfully submitted,

Circuit City Stores, Inc.
Tax Department


Enc:  Payment Check



# Exhibit B



**FILE**

**FOREST**
Properties.
Management,
INC.    Newton Highlands, MA 02461 617-630-9566 Fax 617-964-0003

March 10, 2009

Circuit City Stores, Inc.
PO Box 42304
Richmond, VA  23242
Property Tax Supervisor

Enclosed is the Real Estate Tax invoice for the **Third Quarter  2009**

Third Quarter 2009 consists of  69 days total (January 1, 2009- March 10, 2009 )

The Amount Due is:                **$21,825.38**

**Please remit payment within 30 days to :**

Forecast Danbury L.P.
c/o Forest Properties Management
19 Needham Street
Newton, MA  02161
Attn:  Lynette Franciose

If you have any questions regarding this invoice do not hesitate to call
me at (617)-630-9566

Sincerely,

Lynette M. Franciose
Commercial Property Manager

( 8 )



**FOREST**
Properties.
Management, Inc.

19 Needham Street, Newton Highlands, MA 02461 617-630-9566 Fax 617-964-0003

# INVOICE

March 10, 2009

Circuit City Stores, Inc.
PO Box 42304
Richmond, VA 23242
Property Tax Supervisor

RE: Danbury, CT 110 Federal Road **Store # 3668**

To invoice you for Real Estate Tax Escalation pursuant to your
lease for your premises located at 110 Federal Road, Danbury CT
**for the Third Quarter 2009- Post Petition Date 11/10/08-3/10/09**

| | |
|---|---|
| Total Real Estate Tax Expense | $58,014.84 |
| Tenant's Percentage of Property 30,010/ 61,115 sq. ft. | 49.07% |
| Tenant's Share of Real Estate Expense | $28,467.88 |
| Percentage of Days Occupied **(69 days of Post Petition)** (January 1, 2009 - March 10, 2009) | 77% |
| **Total Real Estate Tax due:** | **$21,825.38** |

Please Remit to:    Forecast Danbury L.P.
c/o Forest Properties Management, Inc.
19 Needham Street
Newton, MA  02461

**Please remit within 30 days**



# City of Danbury

| | |
|---|---|
| Lot Number: | Assessor ID: |
| L09017- | 104914 |
| List Number: | Escrow Code: |
| 237231 | 34A |

Property Location:
80 FEDERAL RD

DANBURY BOWLARAMA CORP
C/O FOREST PROPERTIES MANG.
19 NEEDHAM ST
NEWTON MA 02461-1624

Prepared:  6/19/2008

| Gross Assessment | Exemption | Net Assessment | Tax Rate | Credit | Tax |
|---|---|---|---|---|---|
| 8,636,700 | | 8,451,630 | .021350 | | 180,442.32 |

This is not a bill. We submitted your taxes to your bank or mortgage holder for payment from the
monies you have escrowed with them. Shown above is your current tax obligation.

### Distribution of your taxes

| | |
|---|---|
| General Government | 7,217.69 |
| Public Safety | 27,601.67 |
| Public Works | 9,743.89 |
| Health/Housing | 1,623.98 |
| Public Welfare | 1,443.54 |
| Education | 92,025.58 |
| Libraries | 2,345.75 |
| Recreation | 721.77 |
| Recurring Costs | 24,901.04 |
| Debt Service/General | 7,759.02 |
| Debt Service/School | 3,969.73 |
| Capital | .00 |
| Transportation | 541.33 |
| Contingency Accounts | 541.33 |
| | 180,442.32 |

We estimate that we will receive $32,583,218 from the state. Without this money, the tax rate
would have been .02520.  If you have any questions about your assessment or exemptions,
telephone the Tax Assessor's Office at 203-797-4556.  If you have any questions about your tax
obligation, contact the Tax Collector's Office at 203-797-4541. If you have questions about your
escrow account, telephone your bank or mortgage holder directly.  Most general questions are
answered on the Internet, go to the FAQ section at:

### www.danbury-ct.gov

In accordance with state law, school expenditures are made without the approval of the Mayor or
Common Council.  The Board of Education has the sole authority for determining educational
spending priorities.

Thank you for your support of our municipality, our progress, and our quality of life.

Sincerely yours,
Scott M Ferguson, Tax Collector

*Office of the Tax Collector*
*155 Deer Hill Ave. • Danbury, CT 06810 • 203-797-4541*



# *City of Danbury*

| | |
|---|---|
| Lot Number: | Assessor ID: |
| L09001- | 104915 |
| List Number: | Escrow Code: |
| 237181 | 34A |

DANBURY BOWLARAMA CORP
C/O FOREST PROPERTIES MANG.
19 NEEDHAM ST
NEWTON MA 02461-1624

Property Location:

FEDERAL RD

Prepared:  6/19/2008

| Gross Assessment | Exemption | Net Assessment | Tax Rate | Credit | Tax |
|---|---|---|---|---|---|
| 2,470,600 | | 2,417,660 | .021350 | | 51,617.04 |

This is not a bill.  We submitted your taxes to your bank or mortgage holder for payment from the monies you have escrowed with them.  Shown above is your current tax obligation.

### Distribution of your taxes

| | |
|---|---|
| General Government | 2,064.68 |
| Public Safety | 7,897.41 |
| Public Works | 2,787.32 |
| Health/Housing | 464.55 |
| Public Welfare | 412.94 |
| Education | 26,324.69 |
| Libraries | 671.02 |
| Recreation | 206.47 |
| Recurring Costs | 7,123.15 |
| Debt Service/General | 2,219.53 |
| Debt Service/School | 1,135.57 |
| Capital | .00 |
| Transportation | 154.85 |
| Contingency Accounts | 154.86 |
| | 51,617.04 |

We estimate that we will receive $32,583,218 from the state.  Without would have been .02520.  If you have any questions about your a telephone the Tax Assessor's Office at 203-797-4556.  If you have any obligation, contact the Tax Collector's Office at 203-797-4541.  If you l escrow account, telephone your bank or mortgage holder directly.  Mos. gen... answered on the Internet, go to the FAQ section at:

### www.danbury-ct.gov

In accordance with state law, school expenditures are made without the approval of the Mayor or Common Council.  The Board of Education has the sole authority for determining educational spending priorities.

Thank you for your support of our municipality, our progress, and our quality of life.

Sincerely yours,
Scott M Ferguson, Tax Collector

*Office of the Tax Collector*





# FOREST

Properties.

Management, Inc.

19 Needham Street, Newton Highlands, MA 02461 617-630-9566 Fax 617-964-0003

## INVOICE

Circuit City Stores, Inc.                                              3/19/2009
9950 Mayland Drive
Richmond, VA  23233-1464                                  **REVISED**


RE:  110 Federal Road, Danbury CT.  **Store #3668**


To invoice you for Water and Sewer for **Post Petition Period  11/10/08-2/6/09**
pursuant to your lease for your premises located at 110 Federal Road, Danbury CT


Total  Water & Sewer for 10/21/08-2/6/09                    $4,023.23


Tenant's Percentage of Property 30,010 / 61,115 sq. ft                49.10%

Tenant's Share of Expense                                  $1,975.57

Percentage of Days Occupied -Post Petition Period              81.48%
88 days/ 108 days total billing (11/10/08-2/6/09)

Total Due:                                                 $1,609.73


| TOTAL DUE | $1,609.73 |
|---|---|


**Please Pay Upon Receipt**



# City of Danbury Utility Bill

| SERVICE ADDRESS |
| --- |
| 80 FEDERAL RD |

| ACCOUNT NUMBER | CYCLE | BILL DATE | PAY BY DATE |
| --- | --- | --- | --- |
| 20405-237231 | 09-03 | 3/01/09 | 4/01/09 |

DANBURY BOWLARAMA CORP
19 NEEDHAM ST
NEWTON MA 02461-1624

**Make Checks Payable To:**
Tax Collector, City of Danbury
PO Box 237
Danbury, CT 06813

Current Charges: 4,023.23
Past Due Balance: 431.10-

RETURN THIS PORTION WITH PAYMENT

**Total Amount Due**          3,592.13

15          Rate Class: COMMERCIAL

SERVICE ADDRESS          80 FEDERAL RD

Last Bill Amount: 3,099.71
Payments: 3,623.80-
Adjustments: 92.99
Past Due Balance: 431.10-

| ACCOUNT NUMBER | CYCLE | BILL DATE | PAY BY DATE |
| --- | --- | --- | --- |
| 20405-237231 | 09-03 | 3/01/09 | 4/01/09 |

Last Payment Amount: 3,623.80
Last Payment Date: 1/14/09

| | Service Period | | Days | Meter Number | Mult | Units | Current | Previous | Usage |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FL | 10/21/08 | 2/06/09 | 108 | 23065513 | 1.000 | MGAL | 120 | 120 | 0 |
| WA | 10/21/08 | 2/06/09 | 108 | 23124301 | 1.000 | TGAL | 687 | 656 | 310 |

| | Service | Consumption | Charge | Total |
| --- | --- | --- | --- | --- |
| WA | USAGE OF FIRST 15 MG | 15.00 | 158.95 | |
| WA | USAGE OVER 15 MG | 15.00 | 48.45 | |
| WA | USAGE OVER 30 MG | 45.00 | 167.85 | |
| WA | USAGE OVER 75 MG | 235.00 | 987.00 | |
| | TOTAL WATER | | | 1,362.25 |
| | | | | |
| SW | O&M - 90%/WA @ $2.11 | 279.00 | 588.69 | |
| SW | DEBT- 90%/WA @ $6.05 | 279.00 | 1,687.95 | |
| | TOTAL SEWER | | | 2,276.64 |
| | | | | |
| FL | 8 IN FIRE LINE   11/30/08   2/28/09 | | 384.34 | 384.34 |

Total Current Charges          4,023.23
Past Due Balance          431.10-
Total Amount Due          3,592.13

Please note:  Interest on past due balance is calculated through FEBRUARY.
Any additional interest accrued will be included on your next
bill. Call the Tax Office for current amount due.

FULL PAYMENT OF ACCOUNT MUST BE IN THE TAX OFFICE BY 6:30PM ON 04/30/09 OR
LIENS WILL BE FILED.  ANY QUESTIONS? PLEASE CALL TAX OFFICE.

Average cost per day          37.25

15)

| Credit Card Payments: | To make payment by telephone call: |
| --- | --- |
| Now you can enjoy the convenience and flexibility of using your credit card to pay for your utility bill. Accepted credit cards include: American Express, Visa, MasterCard, or Discover/Novis | 1 800 2PAY-TAX    Jurisdiction Code  1743 1-800 272-9829    Account Number   20405 To make payment on the Internet go to:   **www.danbury-ct.gov** |





# FOREST
Properties.

Management, Inc.

19 Needham Street, Newton Highlands, MA 02461 617-630-9566 Fax 617-964-0003

## INVOICE

Circuit City Stores, Inc.                                      4/15/2009
9950 Mayland Drive
Richmond, VA  23233-1464

RE:  110 Federal Road, Danbury CT.  **Store #3668**

**To invoice you for CAM Expenses for the period of 1/1/09-3/31/09**

| | |
|---|---|
| Snow Removal for 1/7/09-1/28/09 | $8,612.50 |
| Snow Removal for 2/1/09-2/28/09 | $1,722.50 |
| Snow Removal for 3/1/09-3/2/09 | $2,978.60 |
| Debris Removal -Mister Trash | $400.00 |
| Parking Lot Cleaning 2/1/09-2/28/09 | $1,272.00 |
| Parking Lot Cleaning  3/1/09-3/31/09 | $1,272.00 |
| **TOTAL CHARGES** | **$16,257.60** |
| Tenant's Percentage of Property 30,010 / 61,115 sq. ft | 49.10% |
| Tenant's Share of Expense | $7,983.16 |
| Admistrative Fee -7% | $  558.82 |
| **TOTAL DUE** | **$8,541.98** |

**Please Pay Upon Receipt**



**FILE**

# FOREST
Properties.
Management, Inc.

19 Needham Street, Newton Highlands, MA 02461 617-630-9566 Fax 617-964-0003

## INVOICE

Circuit City Stores, Inc.                                          3/13/2009
9950 Mayland Drive
Richmond, VA  23233-1464


RE:  110 Federal Road, Danbury CT.  **Store #3668**

---

**To invoice you for CAM Expenses for the period of 1/1/09-3/10/09**

| | |
|---|---|
| Snow Removal for 1/7/09-1/28/09 | $8,612.50 |
| Snow Removal for 2/1/09-2/28/09 | $1,722.50 |
| Snow Removal for 3/1/09-3/2/09 | $2,978.60 |
| Debris Removal -Mister Trash | $400.00 |
| Parking Lot Cleaning 2/1/09-2/28/09 | $1,272.00 |
| Parking Lot Cleaning  3/1/09-3/10/09 (Prorated for Days occupied) | $624.55 |

**TOTAL CHARGES**                                           **$15,610.15**

Tenant's Percentage of Property 30,010 / 61,115 sq. ft          49.10%

Tenant's Share of Expense                                  $7,665.23

Admistrative Fee -7%                                   $    536.57

---

**TOTAL DUE**                                          **$8,201.80**


**Please Pay Upon Receipt**





**YARDAPES, INC.**
COMPLETE ESTATE MAINTENANCE
P O BOX 962
NEW MILFORD, CT 06776
**860-350-APES**

# Invoice

| DATE | INVO CE # |
|---|---|
| Jan-31-2009 | 12361 |

BILL TO

Forecast Danbury LP
19 Needham St
Newton, MA 02461

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | DUE UPON RECEIPT | |

| QUANTITY | | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| 1.00 | Jan-07-2009 | Snow Plowing & Sanding/Salting<br>0" - 6" plowing & De-icing of Roadways & Walks | $1,300.00 | $1,300.00 |
| 1.00 | Jan-07-2009 | Snow Plowing & Sanding/Salting | $0.00 | $0.00 |
| 1.00 | Jan-08-2009 | Snow Plowing & Sanding/Salting<br>De-Icing Application | $325.00 | $325.00 |
| 1.00 | Jan-10-2009 | Snow Plowing & Sanding/Salting<br>0"-9" & De-icing of Parking Lot & Walkways | $1,300.00 | $1,300.00 |
| 1.00 | Jan-11-2009 | Snow Plowing & Sanding/Salting | $0.00 | $0.00 |
| 1.00 | Jan-15-2009 | Snow Plowing & Sanding/Salting<br>0" - 6" & De - icing Applicaiton | $1,300.00 | $1,300.00 |
| 1.00 | Jan-18-2009 | Snow Plowing & Sanding/Salting<br>0" - 6" & De-icing application | $1,300.00 | $1,300.00 |
| 1.00 | Jan-19-2009 | Snow Plowing & Sanding/Salting<br>0" - 6" storm | $975.00 | $975.00 |
| 1.00 | Jan-28-2009 | Snow Plowing & Sanding/Salting<br>0 - 6 & De-icing application | $1,300.00 | $1,300.00 |
| 1.00 | Jan-28-2009 | Snow Plowing & Sanding/Salting | $0.00 | $0.00 |

REFER A FRIEND OR NEIGHBOR AND SAVE $50!

| | |
|---|---|
| Sub Total: | $8,125.00 |
| Sales Tax: | $487.50 |
| TOTAL: | $8,612.50 |

We accept:  



A finance charge of 2% per month (an annual percentage rate of 24%) will be assessed on the average daily balance basis for all items over 30 days.



**YARDAPES,INC.**
COMPLETE ESTATE MAINTENANCE
P O BOX 982
NEW MILFORD CT 06776
**860-350-APES**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| Jan-31-2009 | 12361 |

**BILL TO**

Forecast Danbury LP
19 Needham St
Newton, MA 02461

| P O NUMBER | TERMS | PROJECT |
|------------|-------|---------|
|  | DUE UPON RECEIPT |  |

| QUANTITY |  | DESCRIPTION | RATE | AMOUNT |
|----------|--|-------------|------|--------|
| 1.00 | Jan-29-2009 | Snow Plowing & Sanding/Salting De-icing application | $325.00 | $325.00 |

**REFER A FRIEND OR NEIGHBOR AND SAVE $50!**

| | |
|---|---|
| Sub Total: | $8,125.00 |
| Sales Tax: | $487.50 |
| TOTAL: | $8,612.50 |

We accept:   


A finance charge of 7% per month (an annual percentage rate of 24%) will be assessed to the average daily balance basis for all invoices over 30 days.





**YARDAPES,INC.**
COMPLETE ESTATE MAINTENANCE
P O BOX 982
NEW MILFORD, CT  06776

**860-350-APES**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| Feb-28-2009 | 12546 |

**BILL TO**

Forecast Danbury LP
19 Needham St
Newton, MA 02461

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | DUE UPON RECEIPT | |

| QUANTITY | | DESCRIPTION | RATE | AMOUNT |
|----------|--|-------------|------|--------|
| 1.00 | Feb-03-2009 | Snow Plowing & Sanding/Salting | $975.00 | $975.00 |
| 1.00 | Feb-03-2009 | Snow Plowing & Sanding/Salting | $0.00 | $0.00 |
| 1.00 | Feb-04-2009 | Snow Plowing & Sanding/Salting De - icing application | $325.00 | $325.00 |
| 1.00 | Feb-04-2009 | Snow Plowing & Sanding/Salting | $0.00 | $0.00 |
| 1.00 | Feb-20-2009 | Snow Plowing & Sanding/Salting De-icing application | $325.00 | $325.00 |

REDUCE TICK POPULATIONS & LYME DISEASE, CALL US FOR
DETAILS!

| | |
|--|--|
| Sub Total: | $1,625.00 |
| Sales Tax: | $97.50 |
| TOTAL: | $1,722.50 |

(19)

We accept:    

Mar-11-2009        12676

**Forecast Danbury LP**
19 Needham St
Newton, MA 02461

DUE UPON RECEIPT

| 1.00 | Mar-02-2009 | Snow Plowing & Sanding/Salting<br>9 - 12 storm & De-icing application | $2,485.00 | $2,485.00 |
| 1.00 | Mar-03-2009 | Snow Plowing & Sanding/Salting<br>De - icing application | $325.00 | $325.00 |

THANK YOU FOR CHOOSING YARDAPES!

| Sub Total: | $2,810.00 |
| Sales Tax: | $168.60 |
| TOTAL: | $2,978.60 |



fax to 617 964 0003

## Mister Trash
63 Neponset Avenue
Roslindale, MA 02131
617-323-5978

## INVOICE

**Name:** forest Properties      **Address:** 110 federal Rd

**City** Danbury      **State** CT   **Zip** _____

**Alt. Phone** 107 630 9506      **Date Of Service** Feb 11, 2009

| Description of Services | Total |
|---|---|
| Removal of donation box | $400.00 |
|  |  |
|  |  |
|  |  |
|  |  |
|  | . |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total Due** | **$400.00** |

Please make checks payable to Mister Trash & mail to the address above. Thank you

Tech. J.C.



Mar-18-2009      12681

**Forecast Danbury LP**
19 Needham St
Newton, MA 02461

DUE UPON RECEIPT

1.00    Feb-01-2009    Monthly Installment: Parking Lot Clean-up        $1,200.00      $1,200.00

THANK YOU FOR CHOOSING YARDAPES!

| | |
|---|---|
| Sub Total: | $1,200.00 |
| Sales Tax: | $72.00 |
| TOTAL: | $1,272.00 |

Mar-18-2009      12682

**Forecast Danbury LP**
19 Needham St
Newton, MA 02461

**DUE UPON RECEIPT**

| 1.00 | Mar-01-2009 | Monthly Installment: Parking Lot Clean-up | $1,200.00 | $1,200.00 |

THANK YOU FOR CHOOSING YARDAPES!

| Sub Total: | $1,200.00 |
| Sales Tax: | $72.00 |
| **TOTAL:** | **$1,272.00** |

WHEREFORE, Forecast Danbury, Limited Partnership, respectfully requests the entry of an order pursuant to 11 U.S.C. §§ 365(d)(3), 503(b), and 507(a)(2) allowing: (i) as an administrative expense obligation against the Debtor's estate a claim in the amount of $49,121.00; and (ii) compelling immediate payment of $79,278.30 for obligations accruing during post-petition Pre-Rejection Period pursuant to 11 U.S.C. 365(d)(3), together with such other and further relief as is just and proper.

Dated: April 15, 2009

> Respectfully submitted,
> FORECAST DANBURY, LP
> 110 Federal Road
> Danbury, Connecticut
>
> By: FOHolding Corp., GPr.
> Title: JM Cutler, President

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653 (KRH) |
| | ) | (Jointly Administered) |
| Debtor. | ) | |
| | ) | Hon. Kevin R. Huennekens |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Request of Forecast Danbury, Limited

Partnership (I) For Administrative Claim Pursuant to 11 U.S.C. §§ 365(d)(3), 503(b), and 507(a)

and ; (II) To Compel Payment of Post-Petition Real Estate Taxes and Maintenance Obligations was

served via first-class mail, postage prepaid, or served electronically via the CM/ECF system, this

15 day of April, 2009 to the following:

Daniel F. Blanks, Esquire
McGuire Woods LLP 9000
World Trade Center 101 W.
Main St.
Norfolk, VA 23510

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher &
Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899

Robert V. Van Arsdale Office
of the U.S. Trustee 701 East
Broad Street Suite 4303
Richmond, VA 23219

4577766v.1

Alan J. Kornfeld, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, CA 90067-4100

Lynn L. Tavenner, Esquire Tavenner & Beran, PLC
20 North Eighth Street Second Floor
Richmond, VA 232



FORECAST DANBURY, LP
110 Federal Road
Danbury, Connecticut

By: _____

Title: _____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re                                 ) | |
| ) | **Chapter 11** |
| **CIRCUIT CITY STORES, INC., et al.**  ) | **Case No. 08-35653-KRH** |
| ) | **Jointly Administered** |
| **Debtors.**         ) | **Hon. Kevin R. Huennekens** |

<u>**ORDER ALLOWING MOTION OF FORECAST DANBURY (I) FOR ALLOWANCE OF**</u>
<u>**ADMINISTRATIVE EXPENSES PURSUANT TO 11 U.S.C. §§ 365(d)(3), 503(b) AND**</u>
<u>**507(a)(2) AND (II) TO COMPEL IMMEDIATE PAYMENT OF POST-PETITION REAL**</u>
<u>**ESTATE TAX AND MAINTENANCE OBLIGATIONS PURSUANT TO 11 U.S.C. §**</u>
<u>**365(d)(3)**</u>

Upon the Motion of Forecast Danbury, Limited Partnership (I) For Allowance of

Administrative Claim Pursuant to 11 U.S.C. §§ 365(d)(3), 503(b), and 507(a)(2) and; (II) To

Compel Payment of Post-Petition Real Estate Taxes and Maintenance Obligations Pursuant to 11

U.S.C. § 365(d)(3) (the "<u>Motion</u>"); and the Court having reviewed the Application, and any

Opposition thereto, and the Court having determined that the relief requested in the Application

should be granted as set forth herein; and it appearing that proper and adequate notice of the

Motion has been given and no further notice is necessary; and upon the record herein; after due

deliberations thereon; and good and sufficient cause appearing therefor;  it is hereby:

**ORDERED, ADJUDGED AND DECREED:**

1.      The Motion is granted; and

2.      Forecast Danbury Limited Partnership shall have and hereby has an allowed

administrative expense in the amount of forty-nine thousand one hundred and

twenty-one dollars ($49,121.00); and

3.    Upon entry of this Order, the Debtor shall immediately make payment to Forecast Danbury in the amount of seventy-nine thousand two hundred seventy-eight dollars and thirty cents ($79,278.30) representing  payment of post-petition Pre-Rejection Period real estate taxes and maintenance obligations.

4.    The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived; and

5.    The Court shall retain jurisdiction to hear and determine all matters from or related to the implementation of this Order.

Dated: Richmond, Virginia April _____, 2009

_____
Judge Kevin Huennekens
United States Bankruptcy Judge


WE ASK FOR THIS:

FORECAST DANBURY, LP
110 Federal Road
Danbury, Connecticut