IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

In re:                                          )
                                                )
CIRCUIT CITY STORES, INC, *et al.*              )        Case No.: 08-35653-KRH
                                                )        Chapter 11
                                                )        (Jointly Administered)

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that pursuant to Section 1109 of Title 11 of the United States Cod, 11 U.S.C. § 101 *et seq.* and Rule 9010(b) of the Federal Rule of Bankruptcy Procedure, the law firm listed below hereby appears as counsel for Express Services, Inc. d/b/a Express Personnel Services ("Express"), a creditor and/or party-in-interest in each of the above-captioned, jointly administered, Chapter 11 cases, and requests that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given and served upon the following:

Richard C. Ogden, Esq.
Martin A. Brown, Esq.
Mulinix Ogden Hall Andrews & Ludlam , PLLC
210 Park Avenue, Suite 3030
Oklahoma City, Oklahoma 73102
(405) 232-3800 (Phone)
(405) 232-8999 (Fax)
rco@lawokc.com
martin.brown@lawokc.com

PLEASE TAKE FURTHER NOTICE that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the above-captioned debtors, their property or their estates.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Service of Notices and Documents* (the "Notice") nor any later appearance nor any pleading, proof of claim, claim or suit shall constitute (a) consent or waiver of Express to the jurisdiction of the Court over it for any purpose or (b) a waiver of Express of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreement, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Date: April 20, 2009

Respectfully submitted:

By:    /s/Martin Allen Brown
       Richard C. Ogden (OBA#13749)
       Martin Allen Brown (OBA#18660)
       **Mulinix Ogden Hall**
           **Andrews & Ludlam, PLLC**
       210 Park Avenue, Suite 3030
       Oklahoma City, OK 73102
       (405) 232-3800 (Phone)
       (405) 232-8999 (Fax)

       ATTORNEYS FOR EXPRESS
       SERVICES, INC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 20th day of April , 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" list and through the ECF system.

       /s/     Martin Allen Brown
               Martin Allen Brown