Malcolm M. Mitchell, Jr. (VSB # 18098)
Vorys, Sater, Seymour and Pease LLP
277 South Washington Street, Suite 310
Alexandria, Virginia 22314
E-mail: mmmitchell@vorys.com
(703) 837-6970
Counsel for Polaris Circuit City, LLC, Accent
        Energy California LLC and
        Advance Real Estate Management, LLC


Tiffany Strelow Cobb (OH-0067516)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
E-mail: tscobb@vorys.com
Telephone: 614-464-8322
Counsel for AOL LLC
and certain of its related entities


**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC. et al.,** | ) | |
| | ) | **Case No. 08-35653-KRH** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |
| | ) | |

**AMENDED VERIFIED STATEMENT PURSUANT TO RULE 2019 OF THE**
**BANKRUPTCY CODE**


        Vorys, Sater, Seymour and Pease LLP (the "Vorys Firm"), pursuant to Rule 2019 of the

Federal Rules of Bankruptcy Procedure, hereby files this Amended Verified Statement.

        1.      Name and address of creditors/parties in interest represented:

AOL LLC and certain of its related entities, including Platform-A Inc.
        and Advertising.com Inc.
c/o Vorys, Sater, Seymour and Pease LLP
Tiffany Strelow Cobb, Esq.
52 East Gay Street
Columbus, OH 43215

Polaris Circuit City, LLC
c/o Vorys, Sater, Seymour and Pease LLP
Malcolm Mitchell, Jr., Esq.
Kara D. Lehman, Esq.
277 South Washington Street, Suite 310
Alexandria, VA 22314

Accent Energy California LLC
c/o Vorys, Sater, Seymour and Pease LLP
Malcolm Mitchell, Jr., Esq.
Kara D. Lehman, Esq.
277 South Washington Street, Suite 310
Alexandria, VA 22314

Advance Real Estate Management, LLC
c/o Vorys, Sater, Seymour and Pease LLP
Malcolm Mitchell, Jr., Esq.
Kara D. Lehman, Esq.
277 South Washington Street, Suite 310
Alexandria, VA 22314

2.    Nature and amount of claim or interest and time of acquisition thereof unless it is alleged to have been acquired more than one year prior to the filing of the petition.

A.    AOL LLC and certain of its related entities, including Platform-A Inc. and Advertising.com Inc., hold pre-petition, general unsecured claims and post-petition administrative claims in this Chapter 11 case. Counsel has been retained by these creditors to represent them in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

B.    Polaris Circuit City, LLC is a creditor holding a pre-petition, general unsecured claim, post-petition administrative claim arising from a nonresidential real property

–2–

lease and a rejection damages claim in this Chapter 11 case.  Counsel has been retained by this creditor to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

C.      Accent Energy California LLC is a creditor holding a pre-petition, general unsecured claim, a pre-petition administrative claim and post-petition administrative claim for executory contract rights in this Chapter 11 case.  Counsel has been retained by this creditor to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

D.      Advance Real Estate Management, LLC is a creditor holding a pre-petition, general unsecured claim, post-petition administrative claim arising from a nonresidential real property lease and a rejection damages claim in this Chapter 11 case. Counsel has been retained by this creditor to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

3.      A recital of pertinent facts and circumstances in connection with the employment of the entity or entities at whose instance, directly or indirectly, the employment was arranged.

Except for Advance Real Estate Management, LLC, which is being represented for the first time, the Vorys Firm has represented each of the above creditors/parties in interest on a variety of matters and was asked by each of these related entities to represent each in this Chapter 11 case.

4.      With reference to the time of the employment of the entity, the organization or formation of the committee, or the appearance in the case, the amounts of claims or interests owned by the entity, the times when acquired, the amounts paid therefor, and any sales or other disposition thereof.

–3–

This is not applicable to the Vorys Firm.

Dated: April 22, 2009                    Respectfully submitted,


                                         /s/Malcolm M. Mitchell, Jr.
                                         Malcolm M. Mitchell, Jr. (VSB # 18098)
                                         Vorys, Sater, Seymour and Pease LLP
                                         277 South Washington Street, Suite 310
                                         Alexandria, Virginia 22314
                                         (703) 837-6970
                                         E-mail: mmmitchell@vorys.com

                                         And

                                         Tiffany Strelow Cobb, Esq. (OH-0067516)
                                         Vorys, Sater, Seymour, and Pease LLP
                                         52 East Gay Street
                                         Columbus, Ohio 43216
                                         Phone: (614) 464-8322
                                         Fax:    (614) 719-4663
                                         E-mail: tscobb@vssp.com

                                         Counsel for Polaris Circuit City, LLC, Accent
                                         Energy California LLC, Advance Real Estate LLC
                                         and AOL LLC and certain of its related entities

## VERIFICATION

I, Malcolm M. Mitchell, Jr., of the law firm of Vorys, Sater, Seymour, and Pease LLP, declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.


                                         /s/Malcolm M. Mitchell, Jr.
                                         Malcolm M. Mitchell, Jr.

COMMONWEALTH OF VIRGINIA         )
CITY OF ALEXANDRIA               )        ss.

SWORN TO AND SUBSCRIBED TO in my presence, this 22nd day of April, 2009.

                                         /s/ Penny Lee Hess, Reg#103519
                                         Notary Public, Commonwealth of Virginia
My Commission expires 06/30/2011.

– 5 –

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of this document was served on this 22nd day of April, 2009, via the Court's CM/ECF filing system and can be viewed through the Court's system.


/s/Malcolm M. Mitchell, Jr.
Malcolm M. Mitchell, Jr.