**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC, et al., | ) | Case No. 08-35653-KRH |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF ADDRESS CORRECTION FOR
<u>RICMAC EQUITIES CORPORATION</u>**

PLEASE TAKE NOTICE that the correct address of Ricmac Equities Corporation is

6 Harbour Point Drive, Northport, NY 11768.


Respectfully submitted

MEIBURGER LAW FIRM, P.C.


Dated: April 22, 2009        By:     /s/ Janet M. Meiburger
                    Janet M. Meiburger, Esq.
                    (VSB No. 31842)
                    1493 Chain Bridge Road, Suite 201
                    McLean, Virginia 22101
                    (703) 556-7871
                    Attorney for Ricmac Equities Corporation

---

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Attorneys for Chapter 11 Trustee

# **CERTIFICATE OF SERVICE**

I HEREBY certify that on this 22nd day of February, 2009, (1) a true and correct copy of the foregoing Notice of Address Correction for Ricmac Equities Corporation will served by ECF e-mail pursuant to the applicable Standing Order of the Court; (2) I caused a true and correct copy of the foregoing Notice of Address Correction for Ricmac Equities Corporation to be sent by e mail to circuitcityservice@mcguirewoods.com and project.circuitcity@skadden.com; and (3) I caused a true and correct copy of the foregoing Notice of Address Correction for Ricmac Equities Corporation to be sent by first class mail, postage prepaid, to:

Circuit City Stores, LLC
Attention: Reginald D. Hedgebeth
9950 Maryland Drive
Richmond, VA  23233

Riemer & Braunstein LLP
Attention: David S. Berman
Three Center Plaza, 6th Floor
Boston, MA  02108

Richard McDaniel
1121 Ocean Forest Lane
Seabrook, South Carolina 29455

                                                  /s/ Janet M. Meiburger
                                                  Janet M. Meiburger