**EXHIBIT 2**

## STORE NO. 3792

### STUB RENT CALCULATION
### FOR BASE RENT AND CAM

**LANDLORD:**     **ADVANCE REAL ESTATE MANAGEMENT, LLC**

**TENANT:**     **CIRCUIT CITY STORES, INC.**

| | |
|---|---|
| November 2008 Base Rent | $41,712.50 |
| November 2008 CAM | <u>2,825.87</u> |
| TOTAL: | 44,538.37 |

$44,538.37 ÷ 30 = 1,484.61 X 21 days

    November 10, 2008 – November 30, 2008:     <u>$31,176.81</u>