# EXHIBIT 3

## STORE 3792

## ADMINISTRATIVE CLAIM FOR REAL ESTATE TAXES

**LANDLORD:** ADVANCE REAL ESTATE MANAGEMENT, LLC

**TENANT:** CIRCUIT CITY STORES, INC.

November 10, 2008 through December 31, 2008:
    51/336 x $90,212.03     =    $12,570.53

January 1, 2009 through March 11, 2009
    70/365 x 90,212.03     =    <u>17,300.94</u>

                                        <u>$29,871.47*</u>

*Based on 2007 taxes.

A copy of the real estate tax bill for 2007 is attached and will be replaced by the real estate tax bill for 2008 before the hearing, and the tax calculation will be adjusted if necessary.

FROM THE OFFICE OF:  
WILLIAM W. Le FEW  
McHENRY COUNTY TREASURER

**REAL ESTATE TAX BILL**  
**1ST INSTALLMENT COUPON PAYMENT**

ASSESSED TO: ADVANCE REAL EST MGMT LLC

PIN: 09-23-452-004

MAKE CHECKS PAYABLE TO: McHENRY COUNTY COLLECTOR

**\*\*DUPLICATE\*\***

ADVANCE REAL EST MGMT LLC  
1420 TECHNY RD  
NORTHBROOK IL 60062-

| 1ST INSTALLMENT FOR 2007 | |
|---|---|
| DUE BY 06/03/08 | $128,534.44 |
| **1-2007** INTEREST | |
| COSTS | |
| TOTAL PAID | |

PAID BY: CHECK ____ CASH ____ MAIL ____

0923452004001285344416

---

FROM THE OFFICE OF:  
WILLIAM W. Le FEW  
McHENRY COUNTY TREASURER

**REAL ESTATE TAX BILL**  
**2ND INSTALLMENT COUPON PAYMENT**

ASSESSED TO: ADVANCE REAL EST MGMT LLC

PIN: 09-23-452-004

MAKE CHECKS PAYABLE TO: McHENRY COUNTY COLLECTOR

**\*\*DUPLICATE\*\***

ADVANCE REAL EST MGMT LLC  
1420 TECHNY RD  
NORTHBROOK IL 60062-

| 2ND INSTALLMENT FOR 2007 | |
|---|---|
| DUE BY 9/3/2008 | $128,534.44 |
| **2-2007** INTEREST | |
| COSTS | |
| TOTAL PAID | |

PAID BY: CHECK ____ CASH ____ MAIL ____

0923452004001285344428

---

| Taxing Body | | Rate | Percent | Tax This Year | Tax Last Year |
|---|---|---|---|---|---|
| MCHENRY COUNTY | | 0.6331 | 9.23 | $23,738.39 | $25,267.41 |
| MCHENRY COUNTY | PENSION | 0.0540 | 0.79 | $2,024.75 | $3,771.82 |
| MCHENRY CO CONSV | | 0.1738 | 2.54 | $6,516.71 | $5,861.32 |
| MCHENRY CC | | 0.2608 | 3.80 | $9,778.81 | $11,138.56 |
| MCHENRY CC | PENSION | 0.0026 | 0.04 | $97.49 | $135.73 |
| SCHOOL DIST 15 | | 2.6515 | 38.67 | $99,419.28 | $102,114.41 |
| SCHOOL DIST 15 | PENSION | 0.0858 | 1.25 | $3,217.04 | $3,594.96 |
| SCHOOL DIST 156 | | 1.5285 | 22.29 | $57,311.86 | $64,696.61 |
| SCHOOL DIST 156 | PENSION | 0.0233 | 0.34 | $873.59 | $1,051.20 |
| MCHENRY FIRE DIST | | 0.4012 | 5.85 | $15,043.18 | $16,938.16 |
| MCHENRY LIBRARY | | 0.2120 | 3.09 | $7,949.04 | $9,028.48 |
| MCHENRY TOWNSHIP | | 0.1155 | 1.68 | $4,330.73 | $4,919.39 |
| MCHENRY TWP RD & BR | | 0.2097 | 3.06 | $7,862.80 | $8,933.88 |
| MCHENRY CITY | | 0.3398 | 4.96 | $12,740.96 | $14,313.97 |
| MCHENRY CITY | PENSION | 0.1644 | 2.40 | $6,164.25 | $6,914.28 |
| Totals | | 6.8560 | | $257,068.88 | $278,690.20 |

**\*\* PLEASE NOTE \*\***

You May be eligible for the Senior Citizens and Disabled Persons Property Tax Relief and Pharmaceutical Assistance Act. Applications are available from the Illinois Department of Revenue.

MCHENRY COUNTY 2007 REAL ESTATE TAX BILL

LEGAL DESCRIPTION:  
DOC 2006R0010123  
LT 2 RUBLOFF TOWN CENTRE SUB

ASSESSED TO:  
ADVANCE REAL EST MGMT LLC  
MAIL TO:  
ADVANCE REAL EST MGMT LLC  
1420 TECHNY RD  
NORTHBROOK IL 60062-

If paid after due date, pay amount below which includes 1.5% per month penalty:

| | FIRST INSTALLMENT | SECOND INSTALLMENT |
|---|---|---|
| 06/4 - 07/3 | 130,462.46 | |
| 07/4 - 08/3 | 132,390.47 | |
| 08/4 - 09/3 | 134,318.49 | |
| 09/4 - 10/3 | 136,246.51 | 130,462.46 |
| 10/4 - 11/3 | 138,174.52 | 132,400.47 |

PIN: 09-23-452-004

| Township | Tax Code | Property Class |
|---|---|---|
| MC | 09002 | 0060 |
| Sub Lot | Acres | |

| 1st Install | 2nd Install |
|---|---|
| $128,534.44 | $128,534.44 |
| Interest | Interest |
| Costs | Costs |
| Total Paid | Total Paid |

| Paid on 05/15/2008 | Total Due Due by 09/03/2008 |

| Fair Cash Value | 11,248,638 |
|---|---|
| S/A Value | 3,632,577 |
| S/A Multiplier | 1.0322 | X |
| S/A Equalized Value | 3,749,546 | = |
| Brd. of Review Value | 3,749,546 | |
| Brd. of Review Mulitplier | 1.0000 | X |
| Brd. of Review EQ Value | 3,749,546 | = |
| Home Improv./Vet Exemptions - | 0 |
| State Multiplier | 1.0000 | X |
| State Equalized Value | 3,749,546 | = |
| Farmland and Bldgs. Value + | 0 |
| Total Amt. Prior to Exemptions = | 3,749,546 |
| Annual Homestead Exemptions- | 0 |
| Sr. Freeze Abated Amount - | 0 |
| Elderly Homestead Exemption - | 0 |
| Disabled Vet Homestead Ex - | 0 |
| Disabled Person Exemption - | 0 |
| Returning Veteran Exemption - | 0 |
| Net Taxable Amount = | 3,749,546 |
| Local Tax Rate | 6.8560 | X |
| Total Current Year Tax Due = | $257,068.88 |