**Hearing Date:  May 13, 2009, at 2:00 p.m.**
**Objection Deadline:  May 6, 2009**

Malcolm M. Mitchell, Jr. (VSB No. 18098)
Kara D. Lehman (VSB No. 68359)
Vorys, Sater, Seymour and Pease LLP
277 South Washington Street, Suite 310
Alexandria, VA 22314
Telephone:  703-837-6999
Facsimile:  703-549-4492
mmmitchell@vorys.com
*Counsel for Advance Real Estate Management, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

```
-------------------------------------------------------x
                                        )
In re:                                  )       Chapter 11
                                        )
CIRCUIT CITY STORES, INC., et al.,      )       Case No. 08-35653-KRH
                                        )
        Debtors.                        )       Jointly Administered
                                        )       Judge Kevin R. Huennekens
-------------------------------------------------------x
```

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE THAT** Advance Real Estate Management, LLC

("Advance") filed with the Court in the above-captioned bankruptcy case the *Motion and*

*Supporting Memorandum of Advance Real Estate Management, LLC, for Allowance of*

*Administrative Expense Claim and Granting Related Relief.* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that Advance intends to present such Motion for

hearing at the Omnibus Hearing scheduled in the above-captioned case for May 13, 2009, at 2:00

p.m., in the United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad

Street, Courtroom 5000, Richmond, Virginia 23219

**PLEASE TAKE FURTHER NOTICE THAT <u>your rights may be affected</u>. You should read the Motion carefully and then discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.)** If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before May 6, 2009, you or your attorney must:

1.      File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9012-1(H). If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

> William C. Redden
> Clerk of Court
> United States Bankruptcy Court
> Eastern District of Virginia, Richmond Division
> 701 East Broad Street, Suite 4000
> Richmond, VA 23219

You must also mail a copy to:

> Malcolm M. Mitchell, Jr., Esq.
> Vorys, Sater, Seymour and Pease LLP
> 277 South Washington Street, Suite 310
> Alexandria, VA 22314

2.      Attend the hearing on the Motion scheduled to be held on May 13, 2009 at 2:00 p.m. in Chief Judge Huennekens' Courtroom at the U.S. Bankruptcy Court, 701 East Broad Street, Room 5000, Richmond, VA 23219

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested in the Motion.

## NOTICE

**Under Local Bankruptcy Rule 9013.1, unless a written response to this Motion and supporting memorandum are filed with the Clerk of the Court and served on the moving party within five (5) business days before the scheduled hearing date, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.**

Dated:   April 22, 2009
         Alexandria, Virginia

_____/s/ Malcolm M. Mitchell, Jr._____
Malcolm M. Mitchell, Jr. (VSB No. 18098)
Kara D. Lehman (VSB No. 68359)
Vorys, Sater, Seymour and Pease LLP
277 South Washington Street, Suite 310
Alexandria, VA 22314
Telephone: 703-837-6999
Facsimile: 703-549-4492
mmmitchell@vorys.com
*Counsel for Advance Real Estate Management,, LLC*

- 3 -

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2009, a true and complete copy of the foregoing *Notice of Motion and Hearing* was served by electronic delivery to all of the parties through ECF.


_____/s/ Malcolm M. Mitchell, Jr._____