# United States Bankruptcy Court
## Eastern District of Virginia
Richmond Division

**TO:**　　　　　　　　　　　　　　　　　　　　　　　**In re:**　Circuit City Stores, Inc.

　　　　　　　　　　　　　　　　　　　　　　　　　　**Case Number**　08−35653−KRH
　　　　　　　　　　　　　　　　　　　　　　　　　　**Chapter**　11

## YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:

*3124* − Motion to Compel MOTION OF FORECAST DANBURY LIMITED PARTNERSHIP FOR (I) ALLOWANCE OF ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. 365(D)(3), 503(B), AND 507(A)(2) AND; (II) TO COMPEL IMMEDIATE PAYMENT OF POST−PETITION REAL ESTATE TAX AND MAINTENANCE OBLIGATIONS PURSUANT TO 11 U.S.C.365(D)(3) filed by Forecast Danbury Limited Partnership. (French, Suzanne)

### REQUIREMENTS OF FORM/PROCESS:

__　Not in compliance with LBR 5005−1(C)(3). Papers, including attachments and exhibits, shall be of standard weight and letter size (8 1/2 by 11 inches), photo−reduced if necessary, with top margin not less than 1 1/2 inches and, except for exhibits, pre−punched with two holes at the top; multi−page pleadings to be fastened into sets at the top; and all paper presented for filing at the same time arranged in case number order.

__　Caption. If joint case, both debtors' names must be listed in caption.

__　Attorney filing pleading is not the attorney of record in the case for this party. Please take appropriate action to correct. [LBR 2090−1]

__　Proof of Service not in compliance with LBR 5005−1(C)(8). The full names and addresses should be listed for each person or entity served, including when service is made upon the list of the twenty largest unsecured creditors and insured depository institutions as required under FRBP 7004(h). A copy of the proof of service attached to the original document filed with the Clerk shall be attached to the document served.

__　Diskette did not contain the document indicated on the label **or** did not pertain to the case indicated. Please review this filing for possible error and file a diskette containing any appropriate amendment/correction.

__　Diskette not properly labeled. Diskettes must be labeled with the case name, case number, adversary proceeding number (*if applicable*), description of document, and name and telephone number of attorney.

__　Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

**X**　Counsel filing papers, suits or pleadings, or making an appearance, must be a member of the Bar of this Court or have a member of the Bar of this Court join in the pleading by endorsement. [LBR 2090−1(F)]

**X**　All pleadings and proposed orders shall include on the first page thereof the name, state bar number, complete mailing address and telephone number of the attorney (or pro se party) filing same and the name of the party whom the attorney represents. [LBR 5005−(C)(5) and LBR 9022−1]

__　All pleadings, motions and other papers required to be served upon a party shall be accompanied by a proof of service signed by counsel (or pro se party) certifying that copies were served and detailing date and manner of service. If less than all parties were served, proof of service shall name parties served. [LBR 2002−1(G)]

__　A party in interest in a Chapter 11 case shall serve upon the U.S. Trustee copies of all papers filed with the Court except proofs of claim. [LBR 2002−1(D)}

__

*\*A copy of the above−referenced form may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:　April 20, 2009　　　　　　　　　　　　　CLERK, UNITED STATES BANKRUPTCY COURT

　　　　　　　　　　　　　　　　　　　　　　　　　By /s/ Suzanne French, Deputy Clerk
[genchksht_Form.jsp ver. 9/2008]　　　　　　　Direct Dial Telephone No. 804−916−2419

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs           Page 1 of 1            Date Rcvd: Apr 20, 2009
Case: 08-35653                Form ID: igform         Total Served: 1

The following entities were served by first class mail on Apr 22, 2009.
cr           +Forecast Danbury Limited Partnership,   c/o Forest Property Management,   19 Needham Street,
              Newton, MA 02461-1624
The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 22, 2009**          **Signature:**  _Joseph Speetjens_