Statement as of    4/17/2009

| Date | Description | Amount | Late Chrg |
|---|---|---|---|
| 11/1/2008 | Stub Rent | $ 17,396.40 | |
| 11/21/2008 | Late Charge | | $ 869.82 |
| 12/31/2008 | CAM Recon | $ 11,600.06 | |
| 1/11/2009 | Late Charge | | $ 580.00 |
| 3/1/2009 | Base Rent | $ 23,092.42 | |
| 3/1/2009 | CAM | $ 3,002.02 | |
| 3/10/2009 | Late Charge | | $ 1,304.72 |
| 4/1/2009 | Base Rent | $ 23,092.42 | |
| 4/1/2009 | CAM | $ 3,002.02 | |
| 4/10/2009 | Late Charge | | $ 1,304.72 |
| | Sub Total | **$ 81,185.34** | **$ 4,059.27** |
| | Legal Fees | | **$ 750.00** |
| | Total | | **$ 85,994.61** |

# EXHIBIT 1