**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 08-35653 |
| | ) | |
| **CIRCUIT CITY STORES, INC.** | ) | (Chapter 11) |
| | ) | |
| **Debtor.** | ) | Jointly Administered |

**NOTICE OF MOTION AND HEARING THEREON**
**BY ST. CLOUD ASSOCIATES**
**FOR ADMINISTRATIVE EXPENSE CLAIM**

St. Cloud Associates ("St. Cloud"), by counsel, has filed papers with the Court for an allowance of an administrative expense priority claim for Debtor's use and possession of non-residential real property.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before May 8, 2009, you or your attorney must:

- ✓ File with the court, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before May 8, 2009 at 4:00 p.m.

  Clerk of the Court
  United States Bankruptcy Court
  701 E. Broad Street, Room 4000
  Richmond, VA 23219

- ✓ Mail a copy to the following persons:

  Adam M. Spence, Esq., VSB#38524
  Spence & Buckler, P.C.
  P.O. Box 20369
  Baltimore MD 21284
  (410) 823-5003
  (fax) (443) 927-8905

1

✓ Attend the hearing on the motion (or objection) scheduled to be held on May 13, 2009 at 2:00 p.m. at the United States Bankruptcy Court, 701 E. Broad Street, Richmond VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief without further notice or hearing.

Respectfully submitted,

Date: April 23, 2009

/s/ Adam M. Spence
_____
Adam M. Spence, Esq., VSB#38524
Spence & Buckler, P.C.
100 West Pennsylvania Avenue, Suite 301
Towson, Maryland 21204
(410) 823-5003
(fax) (443) 927-8905
*Counsel for St. Cloud Associates*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24[rd] day of April 2009, a copy of this Motion was served via electronic delivery to the parties on the Court's CM/ECF list and by regular U.S. Mail, postage prepaid, upon the 2004 List filed with the Court with this Motion (mailed copy did not include exhibit).

/s/ Adam M. Spence
_____
ADAM M. SPENCE