IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 08-35653** |
| **CIRCUIT CITY STORES, INC.** | ) | |
| | ) | **(Chapter 11)** |
| Debtor. | ) | Jointly Administered |

**ORDER GRANTING ST. CLOUD ASSOCIATES
MOTION FOR ALLOWANCE OF AND IMMEDIATE
PAYMENT OF ADMINISTRATIVE EXPENSE PRIORITY CLAIMS**

UPON CONSIDERATION of St. Cloud Associates' ("Landlord") Motion for Allowance of and Immediate Payment of Administrative Expense Claims and due notice having been properly given; it is hereby

ORDERED that Landlord's Motion be, and the same hereby is, granted; and it is further

ORDERED that Landlord is allowed an administrative expense claim in the amount of $85,994.61, representing post-petition rent due and owing from the Petition Date to April 17, 2009 by Debtor under the Lease as more fully set forth in the Motion; and it is further

ORDERED that, if it has not already, Debtor shall make immediate payment of this allowed $85,994.61 administrative expense priority claim; and it is further

ORDERED that Landlord is allowed an administrative expense claim in the additional monthly rental amount(s) of $26,094.44 as they come due and owing under the Lease from and after May 1, 2009 (and each month thereafter), until the Lease is assumed or possession of the Premises is returned to Landlord; and it is further

ORDERED that Debtor shall pay the forgoing monthly administrative expense priority claim(s) in the amount(s) of $26,094.44 on the first of each month from and after May 1, 2009 until the Lease is assumed or possession of the Premises is returned to Landlord; and it is further

ORDERED that Landlord's administrative expense claims shall be afforded priority status under 11 U.S.C. §507 in any distribution in this case.

Date:_____                    _____
                                               Judge Kevin R. Huennekens
                                               U.S. Bankruptcy Court Judge

I ASK FOR THIS:


_____/s/ Adam M. Spence_____
Adam M. Spence, Esq., VSB#38524
Spence & Buckler, P.C.
100 West Pennsylvania Avenue, Suite 301
Towson, Maryland 21204
(410) 823-5003
(fax) (443) 927-8905
*Counsel for St. Cloud Associates*