**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | **Case No. 08-35653-KRH** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |

## MOTION FOR AN ORDER AUTHORIZING LAURIE A. SHADE TO APPEAR *PRO HAC VICE*

Pursuant to Local Bankruptcy Rule 2090-1(E)(2), Rhysa Griffith South, a member in good standing of the Bar of the Commonwealth of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia and an Assistant County Attorney for the County of Henrico, hereby moves this Court for an Order authorizing Laurie A. Shade, an attorney with the Office of the Orange County Counsel, to appear *pro hac vice* on behalf of the Orange County California Treasurer-Tax Collector, in the above-captioned case now pending in the United States Bankruptcy Court for the Eastern District of Virginia.

Ms. Shade is a member in good standing of the State Bar of California and the United States District Court for the Central District of California and her bar number is 182364. There are no disciplinary proceedings listed against Ms. Shade.

Rhysa Griffith South, Esquire VSB# 25944
P.O. Box 90775
Henrico, VA 23273-0775
Phone: (804) 501-5091
*Local Counsel to Orange County California Treasurer-Tax Collector*

**WHEREFORE**, Rhysa Griffith South respectfully moves this Court for an Order authorizing Laurie A. Shade to appear *pro hac vice* on behalf of the Orange County California Treasurer-Tax Collector in substantially the same form as Exhibit A attached hereto, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

**County of Henrico, Virginia**
By:  /s/ Rhysa Griffith South
Rhysa Griffith South (VSB #25944)
Assistant Henrico County Attorney
Office of the County Attorney
County of Henrico
P.O. Box 90775
Henrico, Virginia 23273-0775
Telephone: (804) 501-5091
Facsimile:  (804) 501-4140

*Local Counsel to Orange County*
*California Treasurer-Tax Collector*

## CERTIFICATE OF SERVICE

I hereby certify that I have sent a copy of the above Motion to the following parties via electronic means and to all other parties electronically to the court via the CM/ECF system on the 24th day of April, 2009:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636
Gregg.galardi@skadden.com
Ian.fredericks@skadden.com

Douglas M. Foley, Esq.
Dion W. Hayes, Esq.
McGuireWoods, LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
dhayes@mcguirewoods.com
dfoley@mcguirewoods.com

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 Broad Street, Suite 4304
Richmond, Virginia 23219
Robert.b.van.arsdale@usdoj.gov

                                                  /s/ Rhysa Griffith South
                                                  Rhysa Griffith South (VSB #25944)

**EXHIBIT A**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | **Case No. 08-35653-KRH** |
| | ) | **Jointly Administered** |
| Debtors. | ) | |

### ORDER GRANTING ADMISSION *PRO HAC VICE*

This matter came before the Court upon the Motion for Admission to Appear *Pro Hac Vice* of Laurie A. Shade (the "Motion"), and upon the representations by counsel, Assistant Henrico County Attorney Rhysa Griffith South, that Laurie A. Shade is a practicing attorney in good standing in the State of California; it is hereby

ORDERED that the Motion is hereby GRANTED and that Laurie A. Shade, an attorney with the Office of the Orange County Counsel, may appear *pro hac vice* in the above-captioned bankruptcy case and any related contested matter on behalf of the Orange County California Treasurer-Tax Collector.

DATE: April 24, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

PREPARED BY:

OFFICE OF THE COUNTY ATTORNEY
P.O. Box 90775
Henrico, Virginia 23273-0775
Telephone: (804) 501-5091
Facsimile: (804) 501-4140

By:   /s/ Rhysa Griffith South
      Rhysa Griffith South (VSB #25944)
      *Local Counsel to Orange County California Treasurer-Tax Collector*

## **RULE 9022-1 CERTIFICATION**

I hereby certify that the foregoing Motion has either been endorsed by or served upon all necessary parties.

/s/ Rhysa Griffith South
Rhysa Griffith South