**Hearing Date: May 13, 2009 at 2:00 p.m.**
**Objection Deadline: May 11, 2009 at 4:00 p.m.**

| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| <u>et al.</u>, | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF MOTION AND NOTICE OF HEARING ON
(I) DEBTORS' MOTION FOR ORDER PURSUANT TO BANKRUPTCY CODE
SECTIONS 105, 363 AND 503 AND BANKRUPTCY RULES 2002 AND 6004
(A) AUTHORIZING SELLER TO ENTER INTO AGREEMENT IN CONNECTION
WITH SALE OF CERTAIN REAL PROPERTY LOCATED IN ARDMORE,
OKLAHOMA, SUBJECT TO HIGHER OR OTHERWISE BETTER BIDS, (B)
APPROVING TERMINATION FEE IN CONNECTION THEREWITH, (C)
APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF ALL
INTERESTS, AND (D) GRANTING RELATED RELIEF AND
(II) MOTION TO SHORTEN AND LIMIT NOTICE THEREON;**

**PLEASE TAKE NOTICE** that on April 24, 2009, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the following:

Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105, 363 and 503 and Bankruptcy Rules 2002 and 6004 (A) Authorizing Seller to Enter Into Agreement in Connection with Sale of Certain Real Property Located in Ardmore, Oklahoma, Subject to Higher or Otherwise Better Bids, (B) Approving Termination Fee in Connection Therewith, (C) Approving Sale of Real Property Free and Clear of All Interests, and (D) Granting Related Relief (the "Sale Motion"); and

Debtors' Motion For Order Shortening Notice Period and Limiting Notice of Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105, 363 And 503 And Bankruptcy Rules 2002 and 6004 (A) Authorizing Seller to Enter Into Agreement in Connection with Sale of Certain Real Property Located in Ardmore, Oklahoma, Subject to Higher or Otherwise Better Bids, (B) Approving Termination Fee in Connection Therewith, (C) Approving Sale of Real Property Free and Clear of All Interests, and (D) Granting Related Relief (collectively, the "Motions").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases.  (If you do not have an attorney, you may wish to consult one.)**  Under Local Bankruptcy Rule 9013-1, unless a written response to the Motions is filed with the Clerk of the Court and served on the moving party, the trustee and those parties as required by the Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures (entered on November 13, 2008 at Docket No. 130) (the "Case Management Order") no later than two (2) business days before the scheduled hearing date, the Court may deem any opposition waived, treat the Motions as conceded, and issue an order granting the requested relief without further notice or hearing.  If you do not want the Court to approve the Motions, or if you want the Court to consider your views on the Motions, then you or you attorney must:

    [X]  File with the Court, either electronically or at the address shown below, a written response

    pursuant to Local Bankruptcy Rule 9013-1(H).  If
you mail your response to the Court for filing,
you must mail it early enough so the Court will
**receive it on or before <u>May 11, 2009 at 4:00 p.m.</u>**

      Clerk of Court
      United States Bankruptcy Court
      701 East Broad Street, Suite 4000
      Richmond, Virginia 23219

[X] Pursuant to the Case Management Order, you must
also serve a copy of any written response and
request for hearing by the foregoing date via
electronic mail on the following:(i) the Core
Group, which includes the Debtors, co-counsel to
the Debtors, the Office of the United States
Trustee, co-counsel for any committee, counsel to
the agents for the Debtors' prepetition lenders,
and counsel to the agents for the Debtors'
postpetition lenders; (ii) the 2002 List; and
(iii) those additional parties as required by the
Case Management Order (all of which are defined in
the Case Management Order), which can be found at
www.kccllc.net/circuitcity.

[X] Attend a hearing before the Honorable Kevin
Huennekens, United States Bankruptcy Judge, **<u>at
2:00 p.m. (Eastern Time) on May 13, 2009</u>** at the
United States Bankruptcy Court, Room 5000, 701
East Broad Street, Richmond, Virginia 23219.  **<u>If
you or your attorney do not attend the hearing,
the Court may grant the relief requested in the
Motions</u>**.

  If you or your attorney do not take these steps, the
Court may decide that you do not oppose the relief sought in
the Motions and may enter an order granting the relief
requested.

Dated: April 24 2009
      Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and –

MCGUIREWOODS LLP

/s/ Douglas M. Foley      .
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

\8651804