Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        : Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    : Case No. 08-35653
et al.,                       :
                              :
            Debtors.          : Jointly Administered
- - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
APRIL 28, 2009 AT 10:00 A.M. (EASTERN)**

        Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
April 28, 2009 beginning at 10:00 a.m. Eastern.

I.    **RESOLVED/WITHDRAWN MATTERS**

1.    Motion of the AT&T Entities for Entry of an Order: (A)
      Allowing and Compelling the Payment of Administrative
      Expense Claim to AT&T; and (B) Compelling Assumption or
      Rejection of Equipment Lease, or in the Alternative,
      Lifting the Automatic Stay to Permit Termination of the
      Equipment Lease and Repossession of Equipment (Docket
      No. 2298)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 2299)

      Objection
      Deadline:         March 23, 2009 at 4:00 p.m., extended for
                        the Debtors to a date to be determined

      Objections/
      Responses
      Filed:            None at the time of filing this agenda

      Status:           The Debtors intend to submit an order
                        rejecting AT&T's Equipment Lease
                        effective March 31, 2009.  The Debtors
                        believe this resolves all outstanding
                        matters between the parties

2.    Motion and Supporting Memorandum of TKG Coffee Tree,
      L.P.  for an Order Compelling Debtors to Immediately
      Perform Lease Obligations and Pay Administrative Rent
      Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(b), and
      Granting Related Relief (Docket No. 2513)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 2514)

      Objection
      Deadline:         April 7, 2009 at 4:00 p.m., extended for
                        the Debtors until April 21, 2009 at 4:00
                        p.m.

      Objections/
      Responses

```
     Filed:          None.

     Status:         This matter has been withdrawn
```

3.   Amended Application by ActionLink, LLC for Entry of an
     Order Granting Allowance and Immediate Payment of
     Administrative Expense Claim (Docket No. 2551)

```
     Related
     Documents:

     a.   Amended Notice of Motion (Docket No. 2552)

     Objection
     Deadline:       April 23, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:          None.

     Status:         This matter has been withdrawn
```

**II.   CONTINUED/ADJOURNED MATTERS**

4.   Amended Class Action Adversary Proceeding Complaint
     (Docket No. 2) (In re Marlon Mondragon v. Circuit City
     Stores, Inc., Adversary No. 09-3073 (KRH))

```
     Response
     Deadline:       April 17, 2009 at 4:00 p.m., extended for
                     the Debtors until May 1, 2009 at 4:00
                     p.m.

     Responses
     Filed:          None at the time of filing this agenda.

     Status:         The parties have submitted a scheduling
                     stipulation to the Court
```

5.   Motion for Order Under 11 U.S.C. Sections 105, 362 and
     541 and Fed. R. Bankr. P. 3001 and 3002 Establishing
     Notice, Hearing, and Sell-Down Procedures for Trading in
     Equity Securities and Claims Against the Debtors'
     Estates (Docket No. 20)

```
     Related
     Documents:
```

      a.     Interim Order Under 11 U.S.C. 105, 362 And 541 And
Fed. R. Bankr. P. 3001 And 3002 Establishing
Notice, Hearing, And Sell-Down Procedures For
Trading In Equity Securities And Claims Against The
Debtors Estates And Setting Hearing (Docket No.
135)

Objection
Deadline:      November 22, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

      a.     Informal Response of the Securities Exchange
Commission

      b.     Informal Response of the Official Committee of
Unsecured Creditors

Status:      The informal response of the SEC has been
resolved.  This matter has been adjourned
to May 13, 2009 at 2:00 p.m.

6.    Motion of Motorola Inc. for Allowance and Payment of
Administrative Expense Claim Pursuant to 11 U.S.C.
Section 503(b)(9) (Docket No. 1128)

Related
Documents:

      a.     Notice of Motion and Hearing (Docket No. 1135)

      b.     Amended Notice of Motion and Hearing (Docket No.
1242)

      c.     Exhibits to Motion of Motorola Inc. for Allowance
and Payment of Administrative Expense Claim
Pursuant to 11 U.S.C. Section 503(b)(9) (Docket
Nos. 1288, 1289, 1290, 1291, 1292, 1293)

Objection
Deadline:      February 6, 2009 at 4:00 p.m., extended
for the Debtors until May 21, 2009 at
4:00 p.m.

Objections/

```
Responses
Filed:            None at the time of filing this agenda

Status:           This matter has been adjourned until May
                  28, 2009 at 10:00 a.m.
```

7.    Motion of General Instrument Corporation Doing Business
      as the Home & Networks Mobility Business of Motorola
      Inc. for Allowance and Payment of Administrative Expense
      Claim Pursuant to 11 U.S.C. Section 503(b)(9) (Docket
      No. 1134)

```
Related
Documents:
```

      a.    Notice of Motion and Hearing (Docket No. 1136)

      b.    Amended Notice of Motion and Hearing (Docket No.
            1243)

      c.    Notice of Filing Exhibit to Motion (Docket Nos.
            1281, 1282, 1283, 1284, 1285, 1286, 1287)

```
Objection
Deadline:         February 6, 2009 at 4:00 p.m., extended
                  for the Debtors until May 21, 2009 at
                  4:00 p.m.

Objections/
Responses
Filed:            None at the time of filing this agenda

Status:           This matter has been adjourned until May
                  28, 2009 at 10:00 a.m.
```

8.    Debtors' Motion for Order Approving Stipulation by and
      among the Debtors and International Business Machines
      Corporation Pursuant to Bankruptcy Code Sections 105 and
      363 and Bankruptcy Rule 9019 (Docket No. 1419)

```
Related
Documents:
```

      a.    Notice of Motion and Hearing (Docket No. 1420)

      b.    Motion for an Order Setting an Expedited Hearing
            (Docket No. 1421)

c.   Order Setting an Expedited Hearing (Docket No.
     1709)

Objection
Deadline:          January 16, 2009 at 10:00 a.m.

Objections/
Responses
Filed:             Informal Response of the Official
                   Committee of Unsecured Creditors

Status:            This matter has been adjourned to May 13,
                   2009 at 2:00 p.m.

9.   Motion of Federal Warranty Services Corporation,
     Sureway, Inc., American Bankers Insurance Company of
     Florida, and United Service Protection, Inc. To Compel
     Assumption Or Rejection Of Agreements Between The
     Assurant Companies And Circuit City Stores, Inc., Or In
     The Alternative Motion For Relief From Stay To Terminate
     Agreements, And Memorandum In Support (Docket Nos. 1794
     and 1813)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket Nos. 1796 and
          1816)

     Objection
     Deadline:          February 11, 2009 at 4:00 p.m., extended
                        for the Debtors until May 6, 2009 at 4:00
                        p.m.

     Objections/
     Responses
     Filed:             Informal response of the Debtors

     Status:            This matter has been adjourned to May 13,
                        2009 at 2:00 p.m.

10.  Motion for Approval of Administrative Rent Claim, by
     Congressional North Associates Limited Partnership
     (Docket No. 1884)

     Related
     Documents:

a.   Notice of Motion and Hearing (Docket No. 1886)

Objection
Deadline:        April 23, 2009 at 4:00 p.m., extended for
                 the Debtors until May 23, 2009 at 4:00
                 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned until May
                 28, 2009 at 10:00 a.m.

11.   Debtors' Motion for Orders Under Bankruptcy Code
      Sections 105, 363, and 365 (I) Approving Bidding and
      Auction Procedures for Sale of Unexpired Nonresidential
      Real Property Leases, (II) Setting Sale Hearing Dates
      and (III) Authorizing and Approving (A) Sale of Certain
      Unexpired Nonresidential Real Property Leases Free and
      Clear of All Interests, (B) Assumption and Assignment of
      Certain Unexpired Nonresidential Real Property Leases
      and (C) Lease Rejection Procedures (Docket No. 1946)

      Related
      Documents:

      a.   Notice of Hearing (Docket No. 1947)

      b.   Order under Bankruptcy Code Sections 105, 363, and
           265 (I) Approving Bidding and Auction Procedures
           for Sale of Unexpired Nonresidential Real Property
           Leases, (II) Setting Sale Hearing Dates and (III)
           Authorizing and Approving (A) Sale of Certain
           Unexpired Nonresidential Real Property Leases Free
           and Clear of All Interests, (B) Assumption and
           Assignment of Certain Unexpired Nonresidential Real
           Property Leases and (C) Lease Rejection Procedures
           (Docket No. 2242)

      c.   Notice of February Lease Bid Deadline, Auction Date
           and Related Objection Deadline and Sale Hearing
           Date (Docket No. 2245)

      d.   Supplemental Order Under Bankruptcy Code Sections
           105, 363, and 365 Approving Amended Bid Deadline in
           Connection with Bidding and Auction Procedures for

Sale of Unexpired Nonresidential Real Property
Leases (Docket No. 2346)

e.    Notice of Amended March Bid Deadline – New
Deadline: March 3, 2009 at 4:00 p.m. (Eastern)
(Docket No. 2351)

f.    Notice of Bids Received (Docket No. 2403)

g.    Cure Schedule (Docket No. 2407)

h.    Notice of Rejection of Unexpired Leases and
Abandonment of Personal Property (Docket No. 2408)

i.    Notice of Rejection of Unexpired Lease and
Abandonment of Personal Property (Docket No. 2409)

j.    Notice of Rejection of Unexpired Lease and
Abandonment of Personal Property (Docket No. 2410)

k.    Notice of Rejection of Unexpired Leases and
Abandonment of Personal Property (Docket No. 2412)

l.    Notice of Rejection of Unexpired Leases and
Abandonment of Personal Property (Docket No. 2419)

m.    Supplemental Notice of Bids Received (Docket No.
2420)

n.    Supplemental Cure Schedule (Docket No. 2421)

o.    Notice of Rejection of Unexpired Leases and
Abandonment of Personal Property (Docket No. 2434)

p.    Notice of Rejection of Unexpired Leases and
Abandonment of Personal Property (Docket No. 2463)

q.    Notice of Rejection of Unexpired Leases and
Abandonment of Personal Property (Docket No. 2503)

r.    Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #3697) (Docket No. 2580)

s.    Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #3692) (Docket No. 2581)

t.   Order Authorizing Debtors to Assume, Assign and
     Sell Unexpired Lease of Non-Residential Real
     Property (Store #3670) (Docket No. 2582)

u.   Order Authorizing Debtors to Assume, Assign and
     Sell Unexpired Lease of Non-Residential Real
     Property (Store #3669) (Docket No. 2583)

v.   Order Authorizing Debtors to Assume, Assign and
     Sell Unexpired Lease of Non-Residential Real
     Property (Store #859) (Docket No. 2584)

w.   Order Authorizing Debtors to Assume, Assign and
     Sell Unexpired Lease of Non-Residential Real
     Property (Store #3690) (Docket No. 2585)

x.   Order Authorizing Debtors to Terminate Unexpired
     Lease of Non-Residential Real Property (Store #785)
     (Docket No. 2586)

y.   Notice of Rejection of Unexpired Lease and
     Abandonment of Personal Property (Docket No. 2592)

z.   Order Authorizing Debtors to Assume, Assign and
     Sell Unexpired Lease of Non-Residential Real
     Property (Store #3561) (Docket No. 2607)

aa.  Order Authorizing Debtors to Assume, Assign and
     Sell Unexpired Lease of Non-Residential Real
     Property (Store #3663) (Docket No. 2609)

ab.  Order Authorizing Debtors to Assume, Assign and
     Sell Unexpired Lease of Non-Residential Real
     Property (Store #3679) (Docket No. 2611)

ac.  Order Authorizing Debtors to Assume, Assign and
     Sell Unexpired Lease of Non-Residential Real
     Property (Store #3207) (Docket No. 2612)

ad.  Order Authorizing Debtors to Assume, Assign and
     Sell Unexpired Lease of Non-Residential Real
     Property (Store #854) (Docket No. 2613)

ae.  Order Authorizing Debtors to Terminate Unexpired
     Lease of Non-Residential Real Property (Store
     #3682A) (Docket No. 2614)

af.    Order Authorizing Debtors to Assume, Assign and
       Sell Unexpired Lease of Non-Residential Real
       Property (Store #4305) (Docket No. 2651)

ag.    Order Authorizing Debtors to Assume, Assign and
       Sell Unexpired Lease of Non-Residential Real
       Property (Store #852) (Docket No. 2691)

ah.    Order Authorizing Debtors to Assume, Assign and
       Sell Unexpired Lease of Non-Residential Real
       Property (Store #3203) (Docket No. 2696)

ai.    Order Authorizing Debtors to Terminate Unexpired
       Lease of Non-Residential Real Property (Store
       #3150) (Docket No. 2731)

aj.    Order Authorizing Debtors to Terminate Unexpired
       Lease of Non-Residential Real Property (Store
       #3699) (Docket No. 2741)

ak.    Order Authorizing Debtors to Terminate Unexpired
       Lease of Non-Residential Real Property (Store
       #3343) (Docket No. 2838)

Objection
Deadline:        March 12, 2009 at 5:00 p.m.

Objections/
Responses
Filed:

a.     Objection of 444 Connecticut Avenue, LLC to
       Assumption and Assignment of Lease, and Cure
       Amounts Associated Therewith (Docket No. 2480)

       Status:   This objection is adjourned to May 28,
                 2009 at 2:00 p.m.

b.     Limited Objection Of TSA Stores, Inc. To Debtors'
       Notice Of Rejection Of Unexpired Leases And
       Abandonment Of Personal Property (Docket No. 2492)

       Status:   This objection has been resolved

c.     Objection of Sea Properties I, LLC's to (I)
       Debtors' Failure to Follow Bidding Procedures and
       (II) Cure Amount Proposed by Debtors (Docket No.
       2541)

Status:      This objection is adjourned to May 28,
             2009 at 10:00 a.m.

d.    Objection of Gateway Center Properties III, LLC to
      SMR Gateway III, LLC as Tenants in Common, to
      Debtors' Proposed Cure Amount (Docket No. 2542)

      Status:      This objection is adjourned to May 28,
                   2009 at 2:00 p.m.

e.    Objection of Whitestone Development Partners, L.P.
      to Debtors' Proposed Cure Amount (Docket No. 2543)

      Status:      This objection is adjourned to May 28,
                   2009 at 2:00 p.m.

f.    Objection of Union Square Retail Trust to Debtors'
      Proposed Cure Amount (Docket No. 2544)

      Status:      This objection is adjourned to May 28,
                   2009 at 2:00 p.m.

General
Status:      This matter has been adjourned as and to
             the extent set forth above.

12.  Motion of DirecTV, Inc. for Relief from the Automatic
     Stay to Effect Setoff and Memorandum of Points and
     Authorities in Support Thereof (Docket No. 2082)

     Objection
     Deadline:      February 26, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.    Debtors' Objection to Motion of DirecTV, Inc. for
           Relief from the Automatic Stay to Effect Setoff and
           Memorandum of Points and Authorities in Support
           Thereof (Docket No. 2331)

     Status:        This matter has been adjourned to May 13,
                    2009 at 2:00 p.m.

13.  Motion of Sony Pictures Home Entertainment Inc. for
     Entry of Order Allowing Administrative Expenses Pursuant

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 2295)

Objection
Deadline:         April 20, 2009 at 4:00 p.m., extend to
                  May 6, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            None at the time of filing this agenda

Status:           This matter has been adjourned to May 13,
                  2009 at 2:00 p.m.

14.  Motion of Michael T. Chalifoux to File Late Proof of
     Claim (Docket No. 2676)

     Related
     Documents:

     a.    Notice of Motion and Hearing (Docket No. 2680)

     Objection
     Deadline:         April 21, 2009 at 4:00 p.m., extended for
                       the Debtors until June 16, 2009 at 4:00
                       p.m.

     Objections/
     Responses
     Filed:            None at the time of filing this agenda

     Status:           This matter has been adjourned to June
                       23, 2009 at 2:00 p.m.

15.  Motion of Sennheiser Electronic Corp. for Entry of an
     Order (i) Recognizing Sennheiser's Claim as Timely
     Filed, or Permitting the Filing of a Proof of Claim
     After the Bar Date and (ii) Allowing an Administrative
     Expense Pursuant to Section 503(b)(9) of The Bankruptcy
     Code (Docket No. 2722)

     Related
     Documents:

    a.   Corrected Motion of Sennheiser Electronic Corp.
       (Docket No. 2723)

    b.   Notice of Motion and Hearing (Docket No. 2724)

Objection
Deadline:    April 7, 2009 at 4:00 p.m., extended for
          the Debtors until May 6, 2009 at 4:00
          p.m.

Objections/
Responses
Filed:    None at the time of filing this agenda

Status:    This matter has been adjourned to May 13,
          2009 at 2:00 p.m.

16.  Motion of Southpeak Interactive, LLC for Payment of
    Administrative Expense Claim and Notice of Hearing
    (Docket No. 2758)

Objection
Deadline:    April 7, 2009 at 4:00 p.m., extended for
          the Debtors until May 11, 2009 at 4:00
          p.m.

Objections/
Responses
Filed:    None at the time of filing this agenda

Status:    This matter has been adjourned to May 13,
          2009 at 2:00 p.m.

17.  Motion of Google Inc. for Entry of an Order:  (A)
    Allowing and Compelling Payment of Administrative
    Expense Claim to Google, Inc.; and (B) Compelling
    Assumption or Rejection of Services, or in the
    Alternative, Lifting the Automatic Stay to Permit
    Termination of Services (Docket Nos. 2796 and 2852)

Related
Documents:

    a.   Declaration of Michael Trinh in Support of Motion
       of Google, Inc. for Payment of Administrative Claim
       (Docket Nos. 2797 and 2853)

      b.   Notice of Motion and Hearing (Docket Nos. 2798 and 2854)

Objection
Deadline:       April 7, 2009 at 5:00 p.m., extended for the Debtors until May 11, 2009 at 4:00 p.m.

Objections/
Responses
Filed:        None at the time of filing this agenda

Status:       This matter has been adjourned to May 13, 2009 at 2:00 p.m.

18.   Motion for an Order Allowing and Compelling Payment of Administrative Expenses and Post-Petition Lease Obligations, by RLV Village Plaza, LP (Docket No. 2951)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 2952)

Objection
Deadline:       April 21, 2009 at 5:00 p.m., extended for the Debtors until May 21, 2009 at 4:00 p.m.

Objections/
Responses
Filed:        None at the time of filing this agenda

Status:       This matter has been adjourned to May 28, 2009 at 10:00 a.m.

19.   Motion for an Order Allowing and Compelling Payment of Administrative Expense Claim and Post-Petition Lease Obligations, by Geenen DeKock Properties, LLC (Docket No. 2953)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 2954)

Objection

Deadline:          April 21, 2009 at 5:00 p.m., extended for
                   the Debtors until May 21, 2009 at 4:00
                   p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to May 28,
                   2009 at 10:00 a.m.

20.   Motion of Lea Company for Payment of Administrative
      Expense Claim (Docket No. 2955)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 2956)

      Objection
      Deadline:          April 21, 2009 at 5:00 p.m., extended for
                         the Debtors until May 21, 2009 at 4:00
                         p.m.

      Objections/
      Responses
      Filed:             None at the time of filing this agenda

      Status:            This matter has been adjourned to May 28,
                         2009 at 10:00 a.m.

21.   Motion of Crossways Financial Associates, LLC for
      Payment of Administrative Expense Claim (Docket No.
      2958)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 2959)

      Objection
      Deadline:          April 21, 2009 at 5:00 p.m., extended for
                         the Debtors until May 21, 2009 at 4:00
                         p.m.

      Objections/
      Responses
      Filed:             None at the time of filing this agenda

Status:          This matter has been adjourned to May 28,
                 2009 at 10:00 a.m.

22.  Motion to Allow Proof of Claim to be Deemed Timely
     Filed, by Vertis, Inc. (Docket No. 2989)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 2990)

     Objection
     Deadline:        April 24, 2009 at 4:00 p.m., extended for
                      the Debtors until May 6, 2009 at 4:00
                      p.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          This matter has been adjourned to May 13,
                      2009 at 2:00 p.m.

23.  Amended Motion, Reply and Supporting Memorandum of
     Polaris Circuit City, LLC for Allowance of
     Administrative Expense Claim and Granting Related Relief
     (Docket No. 3063)

     Related
     Documents:

     a.   Motion and Supporting Memorandum of Polaris Circuit
          City, LLC for an Order (A) Compelling Debtor to
          Immediately Pay Administrative Rent Pursuant to 11
          U.S.C. Sections 365(d)(3) and 503(b), and (B)
          Granting Related Relief (Docket No. 2071)

     b.   Notice of Motion and Hearing (Docket No. 3064)

     Objection
     Deadline:        April 24, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

    a.   Debtors' Objection to Motion and Supporting
Memorandum of Polaris Circuit City, LLC for an
Order (A) Compelling Debtor to Immediately Pay
Administrative Rent Pursuant to 11 U.S.C. Sections
365(d)(3) and 503(b), and (B) Granting Related
Relief (Docket No. 2332)

Status:       This matter has been adjourned to May 13,
2009 at 2:00 p.m.

## III.  UNCONTESTED MATTERS

24.  Motion for Order Approving Insurance Claim Settlement by
and among the Debtors and Insurance Carriers Pursuant to
Bankruptcy Code Section 105 and Bankruptcy Rule 9019
(Docket No. 2941)

Related
Documents:

a.  Notice of Motion and Hearing (Docket No. 2942)

Objection
Deadline:     April 21, 2009 at 4:00 p.m.

Objections/
Responses
Filed:       None

Status:      This matter is going forward.

25.  Motion of Ada Alicea, on Behalf of Herself and All
Others Similarly Situated, for Relief from the Automatic
Stay under Section 362 of the Bankruptcy Code (Docket
No. 2995)

Related
Documents:

a.  Notice of Motion and Hearing (Docket No. 2996)

Objection
Deadline:     April 24, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

    a.   Debtors' Objection to Motion of Ada Alicea, on
Behalf of Herself and All Others Similarly
Situation, For Relief From the Automatic Stay Under
Section 362 of the Bankruptcy Code(Docket No. 3146)

Status:       This matter is going forward as a
preliminary hearing.

26.   Debtors' Motion to File Certain Information Under Seal
(Docket No. 3100)

Related
Documents:

   a.   Debtors' Application for Order Under Bankruptcy
Code Sections (105)(a), 328 and 1107 and Bankruptcy
Rule 2014(a), Authorizing the Employment and
Retention of Streambank, LLC as Intellectual
Property Disposition Consultant to the Debtors Nunc
Pro Tunc to March 23, 2009 (Docket No. 3097)

   b.   Notice of Motion and Hearing (Docket No. 3101)

Objection
Deadline:     April 24, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

   a.   None at the time of filing this agenda

Status:       This matter is going forward.

27.   Debtors' Application for Order Under Bankruptcy Code
Sections (105)a), 328 and 1107 and Bankruptcy Rule
2014(a), Authorizing the Employment and Retention of
Streambank, LLC as Intellectual Property Disposition
Consultant to the Debtors Nunc Pro Tunc to March 23,
2009 (Docket No. 3097)

Related
Documents:

   a.   Notice of Motion and Hearing (Docket No. 3101)

Objection
Deadline:     April 24, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.   None at the time of filing this agenda

Status:        This matter is going forward.

28.   Debtors' Fifth Omnibus Motion for Order Pursuant to
      Bankruptcy Code Section 105(a) and 365(a) and Bankruptcy
      Rule 6006 Authorizing Rejection of Certain Executory
      Contracts (Docket No. 3098)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 3099)

      Objection
      Deadline:        April 24, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.   None at the time of filing this agenda

      Status:        This matter is going forward.

IV.   **CONTESTED MATTERS**

29.   Motion for Allowance of the Late Filed Administrative
      Expense Claim of Export Development Canada (Docket No.
      2960)

      Related
      Documents:

      a.   Reply to Debtors' Preliminary Objection to Motion
           for Allowance of the Late Filed Administrative
           Expense Claim (Docket No. 3152)

      Objection
      Deadline:        April 21, 2009 at 4:00 p.m.

      Objections/
      Responses

Filed:

    a.   Debtors' Preliminary Objection To Motion For
        Allowance Of The Late Filed Administrative Expense
        Claim Of Export Development Canada (Docket No.
        3131)

Status:      This matter is going forward.

30.  Debtors' Motion for Order Approving Procedures
    Authorizing Destruction of Obsolete Business Records
    (Docket No. 2962)

Related
Documents:

    a.   Notice of Motion and Hearing (Docket No. 2963)

Objection
Deadline:     April 21, 2009 at 4:00 p.m., extended for
           Old Republic until April 23, 2009 at 4:00
           p.m.

Objections/
Responses
Filed:

  a.   Informal Response of Old Republic

Status:      This matter is going forward

Dated: April 24, 2009          SKADDEN, ARPS, SLATE, MEAGHER &
      Richmond, Virginia   FLOM, LLP
                                          Gregg M. Galardi, Esq.
                                          Ian S. Fredericks, Esq.
                                          P.O. Box 636
                                          Wilmington, Delaware 19899-0636
                                          (302) 651-3000

                                              - and -

                                          SKADDEN, ARPS, SLATE, MEAGHER &
                                          FLOM, LLP
                                          Chris L. Dickerson, Esq.
                                          333 West Wacker Drive
                                          Chicago, Illinois 60606
                                          (312) 407-0700

                                            - and -

                                          MCGUIREWOODS LLP


                                          /s/ Douglas M. Foley_____
                                          Dion W. Hayes (VSB No. 34304)
                                          Douglas M. Foley (VSB No. 34364)
                                          One James Center
                                          901 E. Cary Street
                                          Richmond, Virginia 23219
                                          (804) 775-1000

                                          Counsel for Debtors and Debtors
                                          in Possession

\8927002