# TMT Development Company, Inc.

*Fox Tower • 1000 Broadway Building*
*Haney Industrial Properties • Hayden Meadows*

**805 SW Broadway, Suite 2020 • Portland, OR 97205**



April 21, 2009

Clerk of Court
United States Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, Virginia 23219

RE: Written Response to Notice of Debtors' Second Omnibus Objection to Certain Late 503 (b) (9) Claims

To Whom It May Concern:

Pursuant to Rule 3007-1 of the United States Bankruptcy Court, this claim is not listed as disputed contingent or unliquidated. We are owed November, 2008 rent in the amount of $9,918.75.

This is in reference to the Ground Lease Agreement dated March 15, 1994 by and between Hayden Meadows, an Oregon Joint Venture (Landlord) and Circuit City Stores, Inc. (Tenant) for a 20 year term to expire January 31, 2015. This was the former location of Circuit City # 6352.

Additionally, this Lease was rejected on December 29, 2008 and Landlord should receive rejection damages under the Bankruptcy Code, which is capped at the greater of one year's rent, or 15% of the rend due under the lease, not to exceed three years' rent.

| | |
|---|---|
| One years rent- | $119,025.00 |
| 15% of 3 years rent (357075 x 15%) | $53,561.25. |

We would certainly appreciate the opportunity to recover some of our losses. Thank you for your attention to this matter. I may be reached at 503-241-1111.

Sincerely,
**HAYDEN MEADOWS JOINT VENTURE**

*[signature]*

Jill Hollowell
Property Manager
0271l.jmh

Phone (503) 241-1111 • Fax (503) 241-1999