**TASLER PALLET, INC.**
H.C. 73   BOX 11   Marietta, Oklahoma  73448

Direct Phone:     515-309-2783                                 Direct Fax: 206-984-3872
Email: loslon@tasler.com

Date:       April 21, 2009                                                    Certified Mail

Clerk of Court
United States Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, Virginia  23219

>RE: Circuit City Stores, Inc.     Chapter 11     Case No. 08-35653-KRH

>*Notice of Debtors' Third Omnibus Objection to Certain Late 503 (B) (9) Claims*

Gentlemen:

As a 503 (B) (9) claimant (claim #2677), we discourage you from approving the objection. As stated in the letter accompanying the claim, our filing was after the December 19, 2008 deadline because the bankruptcy announcement did not reach our office until December 22, 2008.

Sincerely,

*Lewis O. Olson*
Lewis O. Olson
Credit Manager

CC:  Mark Greufe—via email
      Brent Johnson—via email
      The Core Group—via email
      The 2002 List—via email

RICHMOND DIVISION
FILED APR 2 7 2009
CLERK U.S. BANKRUPTCY COURT