RECEIVED
Judge's Chambers
APR 2 2 2009
KEVIN R. HUENNEKENS

Judge Kevin Huennekens
U. S. Bankruptcy Court
Richmond, VA 23219-1888

Your Honor:

I have a hundred dollar gift card for Circuit City.

I'm 85 years of age and could certainly use that amount for my medications.

Would you please assist me in claiming this hundred dollars from Circuit City.

Thanking you in advance for your kindness, I remain

Sincerely,

Mary

Mary H. Stienemann
1037 Maiden Choice Ln. Apt. B
Baltimore, MD 21229
Phone: 410 247 7636