IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                              Case No. 08-35653-KRH

CIRCUIT CITY STORES, INC., et al.                   Chapter 11 (Jointly administered)

    Debtors,

## ENTRY OF APPEARANCE, REQUEST FOR NOTICES
## AND REQUEST FOR COPIES OF DISCLOSURE
## STATEMENT AND PLANS OF REORGANIZATION

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firm of Kaufman & Canoles, a professional corporation, enters its appearance on behalf of CC Springs, L.L.C., a Colorado limited liability company, successor in interest to C-470 Limited Liability Company, a Colorado limited liability company (the "Landlord").

Pursuant to Section 1109(b) of the United States Bankruptcy Code and Bankruptcy Rule 2002(g), the Landlord requests that notice of all matters specified in Rules 2002(a), 2002(b), 2002(c) and 2002(1) of the Federal Rules of Bankruptcy Procedure, or otherwise directed to or affecting interested parties, including, without limitation, any and all notices of any application, motion, petition, pleading, request, complaint or demand, whether given in writing, telephonically or otherwise, be sent to the following address:

Ann K. Crenshaw, Esq. (VSB No. 19538)           Debra Piazza, Esq.
Paul K. Campsen, Esq. (VSB No. 18133)           Montgomery Little Soran & Murray, PC
Kaufman & Canoles, a professional corporation   5445 DTC Parkway, Suite 800
2101 Parks Avenue, Suite 700                    Greenwood Village, CO  80111
Virginia Beach, VA 23451                        Tele: (303) 773-8100
Tele:  (757) 491-4000                           Fax: (303) 220-0412
Fax:  (757) 491-4020
*Counsel for CC Springs, L.L.C., a Colorado limited liability company,*
*successor in interest to C-470 Limited Liability Company,*
*a Colorado limited liability company*

Ann K. Crenshaw, Esq.
Paul K. Campsen, Esq.
Kaufman & Canoles
2101 Parks Avenue, Suite 700
Virginia Beach, VA 23415
Tele: (757) 491-4000
Fax: (757) 491-4020
E-mail: akcrenshaw@kaufcan.com

Pursuant to Rule 3017 of Federal Rules of Bankruptcy Procedure, the Landlord further requests that copies of all disclosure statements and plans of reorganization, together with any accompanying notices, be mailed to them as set forth above.

**Kaufman & Canoles, a
professional corporation**

By:   _/s/ Ann K. Crenshaw_____

        Of Counsel

Ann K. Crenshaw, Esq. (VSB No. 19538)
Paul K Campsen, Esq. (VSB No. 18133)
Kaufman & Canoles, a professional corporation
2101 Parks Avenue, Suite 700
Virginia Beach, VA  23451
Tele: (757) 491-4000
*Counsel for CC Springs, L.L.C., a Colorado limited liability company
successor in interest to C-470 Limited Liability Company, a
Colorado limited liability company*

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Entry of Appearance, Request for Notices and Request for Copies of Disclosure Statement and Plans of Reorganization was sent first-class, postage prepaid U.S. Mail, on this 28th day of April, 2009, to the following parties who are included in the United States Bankruptcy Court's ECF e-mail notification system.

Circuit City Stores, Inc.
Attn:  Reginald D. Hedgebeth
Attn: Daniel W. Ramsey
9950 Maryland Drive
Richmond, VA  23233

   *Debtors*

2

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuireWoods, LLP
9000 World Trade Center
101 West Main Street
Norfolk, VA 23510

*Counsel for the Debtors*

Gregg Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden Arps, Slate Meagher & Flom, LLP
One Rodney Square
Box 636
Wilmington, DE  19899

*Counsel for the Debtors*

Chris L. Dickerson, Esq.
Skadden Arps, Slate Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL  60606

*Counsel for the Debtors*

Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219

*Office of the United States Trustee for
The Eastern District of Virginia, Richmond Division*

Linda K. Myers, Esq.
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL  60601

*Special Counsel for Debtors*

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA  23219

Brad R. Godshall, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA  90067-4100

> *Counsel for the Official Committee of*
> *Unsecured Creditors*

Robert J. Feinstein, Esq.
Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 26th Floor
New York, NY  10017

> *Counsel for the Creditors Committee*

__ */s/ Ann K. Crenshaw* _____

::ODMA\PCDOCS\DOCSVB\8325401\1