IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| **CIRCUIT CITY STORES, INC.,** ) | Case No. 08-35653 (KRH) |
| **et al.,** ) | Chapter 11 |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

## NOTICE OF APPEARANCE PURSUANT TO
## RULE 2002 AND REQUEST FOR NOTICE

Wharton, Aldhizer & Weaver, P.L.C. notes its appearance pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, as counsel for General Electric Company's Consumer & Industrial Division, party in interest herein, and requests that copies of all notices and papers filed in this case, electronically or otherwise, including any disclosure statement(s), plan(s) of reorganization and notices required or otherwise served in the proceedings, be served on the following person at the address indicated below:

Stephan W. Milo, Esq.
Wharton, Aldhizer & Weaver, P.L.C.
The American Hotel
125 South Augusta Street, Suite 2000
Staunton, VA 24401

Dated: Staunton, Virginia
April 28, 2009

WHARTON, ALDHIZER & WEAVER, P.L.C.

/s/ Stephan W. Milo
STEPHAN W. MILO, ESQ. (VSB#42156)
The American Hotel
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(540) 213-7440 – Telephone
(540) 213-0390 – Facsimile
Counsel for General Electric Company's Consumer & Industrial Division

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of eighteen (18) years and not a party to the within cause; that I am employed in the City of Staunton and my business address is The American Hotel, 125 South Augusta Street, Suite 2000, Staunton, Virginia 24401.

I hereby certify that on this 28th day of April, 2009, a copy of the foregoing "Notice of Appearance Pursuant to Rule 2002 and Request for Notice" was mailed, postage pre-paid to:

Dion W. Hayes, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Counsel for Debtor

Alan J. Kornfeld, Esq.
Pachulski Stang Ziehl & Jones
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067-4100
Counsel for Official Committee of Unsecured Creditors

Gregg M. Galardi
Skadden Arps Slate Meagher & Flom LLP,
One Rodney Sq.
PO Box 636
Wilmington, DE 19899
Counsel for Official Committee of Unsecured Creditors

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
Counsel for Official Committee of Unsecured Creditors

W. Clarkson McDow, Jr., Trustee
Office of the U.S. Trustee
701 E. Broad Street
Suite 4304
Richmond, VA 23219

/s/ Stephan W. Milo
Stephan W. Milo

S0901174