**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC., <u>et al.,</u>** | ) | Case No. 08-35653-KRH |
| | ) | Jointly Administered |
| Debtors. | ) | |

### ORANGE COUNTY TREASURER-TAX COLLECTOR'S RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CERTAIN LATE 503(B)(9) CLAIMS

Chriss W. Street, the Treasurer-Tax Collector for the County of Orange, California ("County"), respectfully submits the following Response to the above-captioned Debtors' ("Debtors") "Debtors' Second Omnibus Objection To Certain Late 503(B)(9) Claims" ("Objection"). Said Response is based on the following Points and Authorities, the attached Exhibit, and any other evidence or argument that may be produced at hearing.

### POINTS AND AUTHORITIES

1. County agrees with Debtors that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. sections 157 and 1334. County also agrees that venue is proper before this Court pursuant to 28 U.S.C. sections 1408 and 1409, and that this matter is a core proceeding pursuant to 28 U.S.C. section 157(b).

Nicholas Chrisos, County Counsel
and Laurie A. Shade, Deputy  (Ca. Bar No. 182364)
333 W. Santa Ana Blvd., Suite 407
P.O. Box 1379
Santa Ana, CA 92702-1379
Telephone: (714) 834-6297
Facsimile: (714) 834-2359
*Attorneys for Orange County California Treasurer-Tax Collector*

Rhysa Griffith South (VSB #25944)
Assistant Henrico County Attorney
Office of the County Attorney, County of Henrico
P.O. Box 90775
Henrico, Virginia 23273-0775
Telephone: (804) 501-5091
Facsimile: (804) 501-4140
*Local Counsel to Orange County California Treasurer-Tax Collector*

## FACTS

2. The Objection seeks "the disallowance of certain claims asserting priority pursuant to section 503(b)(9) of the Bankruptcy Code that were filed after the 503(b)(9) Bar Date."[1] (Objection, ¶ 10.)

3. Section 503(b)(9) provides in pertinent part for the allowance of administrative expenses for:

> the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business.

4. According to the Objection, the 503(b)(9) Bar Date Notice advised any holders of a Section 503(b)(9) Claim that failure to file a Section 503(b)(9) Claim request on or before the Bar Date shall result in them being "forever barred and estopped from asserting a 503(b)(9) Claim against the Debtors, their estates, or the property of any of them, absent further order of the Court." (Objection, ¶ 16.)

5. Included in the list of claims the Objection seeks to be disallowed is County's Claim No. 11242 (hereinafter "County's Claim"), a true and correct conformed copy of which is attached hereto as Exhibit A. (Objection, Exhibits B and C.)

## ARGUMENT

6. County is not a Section 503(b)(9) holder and did not file a Section 503(b)(9) Claim request. County filed a Request for Payment of Expenses of Administration for post-petition property taxes in an estimated amount of $112,356.55 for the 2009-2010 tax year. The request specifies that it is being brought under 11 U.S.C. section 503(b)(1)(B)

---

[1] All statutory references are to the Bankruptcy Code (11 U.S.C. §§ 101-1330), unless otherwise noted.

and (C), *not* under 503(b)(9) and the attachments thereto set forth Debtors' post-petition tax liability making it clear that County's Claim is for taxes *not* for goods sold.

7. Given the fact that County's Claim is not a claim "for administrative expenses for the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business," it is not properly included as the subject of this "Objection for Certain Late 503(b)(9) Claims."

8. Counsel for the County has contacted Debtors' counsel by electronic mail and by telephone for the purpose of pointing out this mistake but to date, has not received a response from any of the four attorneys contacted.

//

//

//

//

//

//

//

//

//

//

//

//

//

3.

## **CONCLUSION**

9. In sum, since County's Claim is not a 503(b)(9) Claim, late-filed or otherwise, Debtors' Objection does not apply to County's request for payment of post-petition priority taxes incurred as expenses of administration. Accordingly, the Objection should be denied as to County's Claim.

                                        Respectfully submitted,

Dated: April 29, 2009           NICHOLAS CHRISOS, COUNTY COUNSEL
Santa Ana, California             and LAURIE A. SHADE, SENIOR DEPUTY

                                        By /s/ Laurie A. Shade
                                           Laurie A. Shade, Deputy (Ca. Bar No. 182364)
                                           Office of the County Counsel
                                           333 W. Santa Ana Blvd., Suite 407
                                           P.O. Box 1379
                                           Santa Ana, CA  92702-1379
                                           Telephone: (714) 834-6297
                                           Facsimile:  (714) 834-2359

                                           Attorneys for Orange County California
                                           Treasurer-Tax Collector

                                        County of Henrico, Virginia

                                        By /s/ Rhysa Griffith South
                                           Rhysa Griffith South (VSB #25944)
                                           Assistant Henrico County Attorney
                                           Office of County Attorney
                                           County of Henrico
                                           P.O. Box 90775
                                           Henrico, Virginia 23273-0775
                                           Telephone: (804) 501-5091
                                           Facsimile:  (804) 501-4140

                                           Local Counsel to Orange County California
                                           Treasurer-Tax Collector

## CERTIFICATE OF SERVICE

I hereby certify that I have sent a copy of the above Response to Debtors' Second Omnibus Objection to Certain Late 503(b)(9) Claims to the following parties via electronic means and to all other parties electronically to the court via the CM/ECF system on the 29th day of April, 2009:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636
Gregg.Galardi@skadden.com
Ian.Fredericks@skadden.com

Douglas M. Foley, Esq.
Dion W. Hayes, Esq.
McGuireWoods, LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
dhayes@mcguirewoods.com
dfoley@mcguirewoods.com

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 Broad Street, Suite 4304
Richmond, Virginia 23219
Robert.b.van.arsdale@usdoj.gov

    /s/ Laurie A. Shade_____
    Laurie A. Shade (Ca. Bar No. #182364)

# UNITED STATES BANKRUPTCY COURT
## VIRGINIA EASTERN DISTRICT, RICHMOND DISTRICT

| | |
|---|---|
| IN RE: CIRCUIT CITY STORES INC<br>Tc Ref No.: 0073279, 0073284, 0073285,<br>0073290, 0441156, & 0073291<br>Bk No.; 0900027 | Case Number: 08-35653 KRH<br>Chapter: 11<br>**REQUEST FOR PAYMENT OF EXPENSES OF ADMINISTRATION**<br><br>Estimated 2009-2010 Tax Year |

1. The undersigned makes this claim in the above-entitled bankruptcy as a priority tax claim for expenses of administration under 11 U.S.C., 503(b)(1)(B)(I), and 503(b)(1)(C) in the sum of $ 112,356.55 . As of, _____ per month will accrue and continue to attach to the claim until paid in full.  Government Code Section 43001.

   Itemization of penalties and fees are attached.

2. This claim is for taxes due under the Revenue and Taxation code of the State of California Sections 2191.3, 2191.4 & 2193.

3. The amount of all payments, if any, on this claim has been credited and deducted for the purpose of making this proof of claim.

☒    Interest attaches pursuant to California Revenue and Taxation Code Sections 2704, 2705, 2706, 4103, 4103(b) or 2922.

☒    The amount of the claim may be subject to amendment after mandatory audit by the County Assessor pursuant to California Revenue & Taxation Code, Section 469.

Executed under penalty of perjury at Orange County, California, January 28, 2009,

Orange County Treasurer-Tax Collector
P.O. Box 1438
Santa Ana, CA 92702-1438
714/834-3411 FAX: 714/834-6229

Chriss W. Street

*R D Butani*
By: Ratna D Butani     ,
   Deputy

```
RICHMOND DIVISION
FILED  FEB - 4 2009  FILED
       CLERK
  U.S. BANKRUPTCY COURT
```


EXHIBIT A



| DEBTOR: | Circuit City Stores Inc. | |
|---|---|---|
| CASE NO.: | 08-35653 KRH | PETITION DATE: 11/10/2008 |
| CHAPTER: | 11 | BANKRUPTCY NO.: 0900027 |

## Post-Petition Priority Tax Liability

| YEAR | PROPERTY TYPE ASSESSMENT NO: | NET VALUE | TOTAL BASE TAX | Basic 10% PENALTY | ADDL PENALTY | INTEREST | FEES | AMOUNT PAID | CLAIM TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 2009 Est | BUSINESS ASSESSMENTS 08 376629 | 1,043,546 | $12,766.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,766.99 |
| 2009 Est | BUSINESS ASSESSMENTS 08 438411 | 693,524 | 8,799.98 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $8,799.98 |
| 2009 Est | BUSINESS ASSESSMENTS 08 438407 | 254,968 | 3,145.98 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $3,145.98 |
| 2009 Est | BUSINESS ASSESSMENTS 08 438408 | 182,055 | 2,374.57 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $2,374.57 |
| 2009 Est | BUSINESS ASSESSMENTS 08 438409 | 797,343 | 9,611.17 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $9,611.17 |
| 2009 Est | BUSINESS ASSESSMENTS 08 467499 | 991,611 | 12,327.94 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $12,327.94 |
| 2009 Est | BUSINESS ASSESSMENTS 08 421405 | 806,153 | 9,975.46 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $9,975.46 |
| 2009 Est | BUSINESS ASSESSMENTS 08 421406 | 1,836,887 | 22,729.93 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $22,729.93 |
| | TOTALS: | $6,606,087 | $81,732.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $81,732.02 |

Note: This Claim is subject to amendment or modification in the event of an audit assessment, if the debtor has failed to file a Business Property Statement, or if the debtor has acquisitions or dispositions of assets subject to assessment.

I certify the above to be a true and correct copy of the original entry of the unsecured property tax roll.

ORANGE COUNTY TAX COLLECTOR                Page 1

By _____R. D. Butani_____      1/27/2009
Ratna D Butani
Deputy Tax Collector



| DEBTOR: | Circuit City Stores Inc. | | |
|---|---|---|---|
| CASE NO.: | 08-35653 KRH | PETITION DATE: 11/10/2008 | |
| CHAPTER: | 11 | BANKRUPTCY NO.: 0900027 | |

## Post-Petition Priority Tax Liability

| YEAR | PROPERTY TYPE ASSESSMENT NO: | NET VALUE | TOTAL BASE TAX | Basic 10% PENALTY | ADDL PENALTY | INTEREST | FEES | AMOUNT PAID | CLAIM TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | Total Page 1 | | $81,732.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $81,732.02 |
| 2009 Est | BUSINESS ASSESSMENTS 08 444241 | 824,029 | 10,450.79 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $10,450.79 |
| 2009 Est | BUSINESS ASSESSMENTS 08 438410 | 904,022 | 11,186.51 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $11,186.51 |
| 2009 Est | BUSINESS ASSESSMENTS 08 438412 | 702,844 | 8,987.23 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $8,987.23 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | TOTALS: | $2,430,895 | $112,356.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $112,356.55 |

Note:This Claim is subject to amendment or modification in the event of an audit assessment, if the debtor has failed to
file a Business Property Statement, or if the debtor has acquisitions or dispositions of assets subject to assessment.
I certify the above to be a true and correct copy of the original entry of the unsecured property tax roll.
ORANGE COUNTY TAX COLLECTOR                              **Page 2**

By _____R. D. Butani_____
Ratna D Butani                    1/27/2009
Deputy Tax Collector

PROOF OF SERVICE BY MAIL

(CCP SEC. 1013A, 2015.5)

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is Orange County Treasurer-Tax Collector, 12 Civic Center Plaza, Room G40 Santa Ana, CA 92702.

DOCUMENT(S) SERVED:    Proof of Claim

On January 28, 2009, I served the documents named above on the parties in this action by placing a true copy of said document(s) in a sealed envelope in the following manner:

[X] (BY MAIL) I caused each such envelope, with postage fully prepaid, to be placed in the United States mail at Santa Ana, California. I am readily familiar with this office's practice for collecting and processing correspondence for mailing, said practice for collecting and processing correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is place for.

[X] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this January 28, 2009

at Santa Ana, California by

Roselyn Prasad
Deputy Tax Collector

NAME AND ADDRESS OF PERSON(S) SERVED:

*Attorney for the Debtor*
Daniel F Blanks
9000 World Trade Center, 101 W Main St.
Norfolk, Va 23510

Claims Processing Dept.
**Circuit City Stores, Inc.**, et al.
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245