**EXHIBIT A**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | Case No. 08-35653-KRH |
| | ) | Jointly Administered |
| **Debtors.** | ) | |

## ORDER GRANTING ADMISSION *PRO HAC VICE*

This matter came before the Court upon the Motion for Admission to Appear *Pro Hac Vice* of Laurie A. Shade (the "Motion"), and upon the representations by counsel, Assistant Henrico County Attorney Rhysa Griffith South, that Laurie A. Shade is a practicing attorney in good standing in the State of California; it is hereby

ORDERED that the Motion is hereby GRANTED and that Laurie A. Shade, an attorney with the Office of the Orange County Counsel, may appear *pro hac vice* in the above-captioned bankruptcy case and any related contested matter on behalf of the Orange County California Treasurer-Tax Collector.

DATE: _____
UNITED STATES BANKRUPTCY JUDGE

PREPARED BY:

OFFICE OF THE COUNTY ATTORNEY
P.O. Box 90775
Henrico, Virginia 23273-0775
Telephone: (804) 501-5091
Facsimile: (804) 501-4140

By:  /s/ Rhysa Griffith South
     Rhysa Griffith South (VSB #25944)
     *Local Counsel to Orange County California Treasurer-Tax Collector*

## RULE 9022-1 CERTIFICATION

I hereby certify that the foregoing Motion has either been endorsed by or served upon all necessary parties.

/s/ Rhysa Griffith South
Rhysa Griffith South