-------------------------------------------

# EXHIBIT 1

-------------------------------------------

**From:** Boehm, Sarah B. [sboehm@mcguirewoods.com]
**Sent:** Tuesday, December 02, 2008 10:40 AM
**To:** Keech-Barker, Jo-Ann
**Subject:** RE: Circuit City
No, it is not too early to file a claim. You can go to www.kccllc.net/circuitcity for information.
-----Original Message-----
**From:** Keech-Barker, Jo-Ann [mailto:JKeech-Barker@edc.ca]
**Sent:** Tuesday, December 02, 2008 10:26 AM
**To:** Boehm, Sarah B.
**Subject:** RE: Circuit City

Is it too early to file Proof of Claims?
-----Original Message-----
**From:** Boehm, Sarah B. [mailto:sboehm@mcguirewoods.com]
**Sent:** Tuesday, December 02, 2008 10:25 AM
**To:** Keech-Barker, Jo-Ann
**Cc:** Blanks, Daniel F.
**Subject:** RE: Circuit City

The general bar date for filing proofs of claim has not yet been established.
-----Original Message-----
**From:** Keech-Barker, Jo-Ann [mailto:JKeech-Barker@edc.ca]
**Sent:** Tuesday, December 02, 2008 10:22 AM
**To:** Boehm, Sarah B.
**Subject:** Circuit City
**Importance:** High

Dear Ms. Beckett-Boehm,

Can you please tell me when is the Bar Date for filing proof of Claims? Export Development Canada (EDC) has pending claims against Circuit City and we would like to register these debts in EDC's name.

Thank you for your assistance in this matter.

Best Regards,


Jo-Ann Keech-Barker
Recovery Assistant/Adjointe aux recouvrements
Export Development Canada/Exportation et développement Canada
151 O'Connor St.
Ottawa, Ontario
Tel: 613-598-3103
Fax: 613-598-2837
jkeech-barker@edc.ca