-------------------------------------------

# EXHIBIT 3

-------------------------------------------

## Creditor Data for Claim Number 8051

| | |
|---|---|
| **Creditor Name:** Export Development Canada<br>**Creditor Notice Name:** | **Date Claim Filed:** 1/28/2009<br>**KCC Claim #:** 8051<br>**Amend/Replace?** No |
| **Debtor Name:** Circuit City Stores, Inc.<br>**Case Number:** 08-35653 | |
| **Claim Nature:** Admin Priority<br>**Amount of Claim:** $551,624.90 | **Creditor Info Altered?** N |
| **Schedule:**<br>**Schedule Amt:** | |

**Objection History**

| Date | Name | Basis | Status |
|---|---|---|---|
| 3/27/2009 | Debtors' Second Omnibus Objection to Certain Late 503(b)(9) Claims | Exhibit C - Late 503(b)(9) Claims | Pending |