



April 1, 2009

Clerk of Court
United States Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, VA 23219

In response to the letter dated March 27, 2009, Case 08-35653 –KHR, doc 2790, we are objecting that our 503B9 claims were filed late. On November 17, 2008 Kurtzman Carson Consultants received our general proof of claim for Circuit City in the amount of $75,312.00 which is pre filing goods sold in the 20 day window before Circuit City filed for Chapter 11 reorganization. In January 2009 after having a conversation with an associate from Kurtzman Carson about filing with the courts as to goods that were sold to CC post filing, we were told that we needed to revise our claims from general to priority administration claims and file form 503B9. We did that and they were received by KCC on January 26th 2009. We feel that we filed our claims on time by the fact that our post filing goods were delivered to CC after the Dec. 19th deadline for admin claims; therefore, we would have had no way of filing post petition claims any sooner because the amount due was still undetermined as of 12/19/08. We delivered goods until January 15th, 2009 to Circuit City.

Please accept this as our formal objection to have our claims being considered late.

Sincerely,

*Anne Marie Gleason*

Anne Marie Gleason
Bookkeeper

400 Harris Ave. Providence, RI  USA  02909     Tel: (401) 946.7273     Toll Free: (800) 345.6433     Fax: (401) 946.1980