IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: **08-35653-KRH** |
| CIRCUIT CITY STORES, INC., *et al.*, | * | (CHAPTER 11) |
| DEBTORS. | * | (JOINTLY ADMINISTERED) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ENTRY OF APPEARANCE OF COUNSEL TO WASHINGTON GREEN TIC
### AND REQUEST FOR ALL NOTICES

Jeremy S. Friedberg and Gordon S. Young of Leitess Leitess Friedberg + Fedder PC hereby enter their appearances in the above captioned case as counsel to Washington Green TIC ("Washington Green"). As directed by Federal Rule of Bankruptcy Procedure 9010(b), the attorneys' names, office addresses, telephone numbers, fax numbers and email addresses are:

> Jeremy S. Friedberg, Esq.
> Leitess Leitess Friedberg + Fedder PC
> One Corporate Center
> 10451 Mill Run Circle, Suite 1000
> Owings Mills, Maryland 21117
> (410) 581-7400
> (410) 581-7410 (facsimile)
> Email: jeremy.friedberg@llff.com

---

Jeremy S. Friedberg, VSB No. 40228
Gordon S. Young, VSB No. 68822
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland 21117
(410) 581-7400
(410) 581-7410 (facsimile)

*Attorneys for Washington Green TIC*

89826.doc

>Gordon S. Young, Esq.
>Leitess Leitess Friedberg + Fedder PC
>One Corporate Center
>10451 Mill Run Circle, Suite 1000
>Owings Mills, Maryland 21117
>(410) 581-7400
>(410) 581-7410 (facsimile)
>Email: gordon.young@llff.com.

Washington Green requests that copies of all notices required by the Federal Rules of Bankruptcy Procedure, including notices under Rule 2002(i), be given to it by service upon its attorneys at the address shown above.

Pursuant to Federal Rule of Bankruptcy Procedure 3017(a), Washington Green further requests that copies of all plans filed herein be served upon it by service upon its attorneys at the above address.

The foregoing request includes all of the notices and papers referred to in the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules and also includes, without limitation, notices of any hearings, orders, pleadings, motions, applications, complaints, demands, cash-flow reports, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to this case and any proceeding therein whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, or otherwise, all of which should be sent to its attorney at the address shown above.

This *Entry of Appearance of Counsel to Washington Green TIC and Request for All Notices*, nor any later appearance, pleading, claim or suit (i) shall not be, and shall not be deemed or construed to be, a consent to jurisdiction of, or venue in the United States Bankruptcy Court for the Eastern District of Virginia and (ii) shall not be, and shall not be deemed or construed to

be, a waiver of Washington Green's rights: (1) to have final orders in non-core matters entered only after *de novo* review by a district judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, setoffs, or recoupment to which Washington Green is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Washington Green expressly reserves.

/s/ Jeremy S. Friedberg
Jeremy S. Friedberg, VSB No. 40228
Gordon S. Young, VSB No. 68822
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland 21117
(410) 581-7400
(410) 581-7410 (facsimile)

-and-

James E. Huggett, Esq.
Margolis Edelstein
750 Shipyard Drive, Suite 102
Wilmington, Delaware 19801
(302) 888-1112
(302) 888-1119 (facsimile)

-and-

Bradley S. Copeland, Esq.
Arnold Gallagher Saydack Percell Roberts
 & Potter, P.C.
800 Willamette Street, Suite 800
Eugene, Oregon 97401

*Attorneys for Washington Green TIC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of April, 2009, a copy of the foregoing was served *via* first-class mail, postage prepaid, and, if the recipients are properly registered, *via* the Court's CM/ECF system, on:

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Beckett Boehm, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
PO Box 636
Wilmington, DE 19899

Robert Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

Brad R. Godshall, Esq.
Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

John D. Fiero, Esq.
Pachulski Stang Ziehl & Jones, LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017.

                /s/ Jeremy S. Friedberg
                Jeremy S. Friedberg