IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

| | | |
|---|---|---|
| IN RE: | * | CASE NO.:    **08-35653-KRH** |
| CIRCUIT CITY STORES, INC., *et al.*, | * | (CHAPTER 11) |
| DEBTORS. | * | (JOINTLY ADMINISTERED) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**AMENDED VERIFIED STATEMENT OF MULTIPLE CREDITOR REPRESENTATION
BY LEITESS LEITESS FRIEDBERG + FEDDER PC
UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Jeremy S. Friedberg and Leitess Leitess Friedberg + Fedder PC ("LLFF"), pursuant to Federal Rule of Bankruptcy Procedure 2019, file this amended verified statement with respect to their legal representation of Toshiba America Consumer Products, L.L.C. ("TACP"), Toshiba America Information Systems, Inc. ("TAIS") and Washington Green TIC ("Washington Green") in the captioned bankruptcy case, and state:

1.      The names and addresses of the creditors represented by LLFF in this matter are:

Toshiba America Consumer Products, L.L.C.
82 Totowa Road
Wayne, NJ 07470

Toshiba America Information Systems, Inc.
9740 Irvine Boulevard
Irvine, CA 92618

Washington Green TIC
c/o G Group, LLC
PO Box 529
Eugene, OR 97440.

---

Jeremy S. Friedberg, VSB No. 40228
Gordon S. Young, VSB No. 68822
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland 21117
(410) 581-7400
(410) 581-7410 (facsimile)

*Attorneys for Washington Green TIC*

89828.doc

2.  TACP and TAIS are electronics vendors and intend to participate in the claims filing process.

3.  Washington Green is a lessor of commercial real property and intends to participate in the claims filing process.

4.  TACP and TAIS both retained LLFF on November 11, 2008. Washington Green retained LLFF on February 20, 2009. Jeremy S. Friedberg and Gordon Young are the primary contacts at LLFF for all parties.

5.  TACP and TAIS have filed reclamation demands and administrative and general proofs of claim in this bankruptcy case.

6.  Washington Green intends to assert a claim for administrative expenses in this bankruptcy case and reserves the right to assert other claims in this bankruptcy case.

This statement is executed by Jeremy S. Friedberg on behalf of LLFF effective as of April 30, 2009.

Date: April 30, 2009        By:     /s/ Jeremy S. Friedberg
                                    Jeremy S. Friedberg, VSB No. 40228
                                    Gordon S. Young, VSB No. 68822
                                    Leitess Leitess Friedberg + Fedder PC
                                    One Corporate Center
                                    10451 Mill Run Circle, Suite 1000
                                    Owings Mills, Maryland 21117
                                    (410) 581-7400
                                    (410) 581-7410 (facsimile)

                                    *Attorneys for Toshiba America Consumer
                                    Products, L.L.C., Toshiba America
                                    Information Systems, Inc., and
                                    Washington Green TIC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of April, 2009, a copy of the foregoing was served *via* first-class mail, postage prepaid, and, if the recipients are properly registered, *via* the Court's CM/ECF system, on:

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Beckett Boehm, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
PO Box 636
Wilmington, DE 19899

Robert Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

Brad R. Godshall, Esq.
Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

John D. Fiero, Esq.
Pachulski Stang Ziehl & Jones, LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017.

/s/ Jeremy S. Friedberg
Jeremy S. Friedberg