

SOUTH ELEVATION

WEST ELEVATION

EAST ELEVATION

NORTH ELEVATION

ELEVATIONS FOR BUILDING #1

2-14-94    A3

WASHINGTON GREEN
WASHINGTON COUNTY, OREGON

FOR:
ARCHONS ODGEM ASSOCIATED ARCHITECTS





EAST ELEVATION

SOUTH ELEVATION

NORTH ELEVATION

WEST ELEVATION

ELEVATIONS FOR BUILDING #2

2-14-94

A4

WASHINGTON GREEN
WASHINGTON COUNTY, OREGON



Attachment "3"

Standards for Grading Work

1.    The Land and the Shopping Center shall be graded in accordance with the Site Plan Submission and the following:

(a)    The Grading Plan shall show contours in accordance with standard engineering practice and these contours shall be shown with the existing (shown as a dashed line) and final (shown as a solid line) elevations.  Whether existing or proposed, all buildings, improvements, roads and highways, including those adjacent to the Shopping Center, shall be shown in their true locations.

(b)    The Building will be accessible by grade level parking only.  Steps and stairs are not permitted except as shown on the Site Plan Submission.

(c)    Sidewalk at the Building will be constructed by Tenant and will slope away from the Building with grade of no less than 1.5% and no more than 3.0%.  All water shall be sheet drained away from the Tenant's doors.

(d)    Asphalt paving areas will be graded to avoid ponding water with slopes as shown on the Site Plan Submission.  Entrances and access drives shall have a maximum slope of 6.0%.

(e)    Surface drainage swales other than the biofiltration swale shown on the Site Plan Submission will not be allowed without prior approval of Tenant.

(f)    All structural fill material must be of a select grade.

(g)    No retaining walls or embankments causing breaks in grade shall be permitted except as shown on the Site Plan Submission.

2.    "Tenant's Pad Area" shall be defined as the area extending five (5) feet beyond the Building walls and truck dock and ramp area, or to the back of curbing around the Building, whichever is further.  The Landlord shall, in addition to the other pad preparation requirements contained in the Lease, prepare the Tenant's Pad Area at a slope of 3:1 to grade, and to otherwise prepare such area so that the Tenant may construct the retaining wall shown in the Plans and Specifications with a minimum of additional grading and fill work.  The Tenant will remove excess materials produced as the result of installation of its retaining wall and locate

1

same at a site within the Shopping Center designated by the Landlord. The Site Work shall comply with the following additional requirements:

(a)    Landlord shall be responsible for preparing the Tenant's Pad Area subgrades to within plus or minus one-tenth of a foot as set by the Site Plan Submission. Tenant's subgrades are typically 8"-10" below finish floor elevation. Landlord will complete compaction in accordance with the appropriate engineering standards and building code requirements, but in no event less than ninety-five percent (95%) of the modified proctor soil test for water content and compaction levels ("Modified Proctor") on the upper three (3) feet of the Land, and ninety-two percent (92%) Modified Proctor for material below three (3) feet on the Land, so as to enable Landlord to perform construction work necessary to provide completed Improvements in accordance with the "Plans and Specifications" (defined in the Construction Provisions), with standard footings and without the necessity of pilings or spread footings or other extraordinary foundation work. Tenant's minimum slab thickness and under slab fill will be established in accordance with Landlord's geotechnical report attached as Attachment "3A". All compacted areas of the site shall be verified by an independent professional soils engineering test laboratory and a certificate from such independent laboratory indicating compliance with the soils report shall be furnished to Tenant upon completion of the Site Work, at Landlord's expense. The greater of three in-place compaction tests per work day or one in-place compaction test per 5,000 square feet of pad area must be completed.

(b)    Tenant's Pad Area soil shall have a minimum bearing capacity of 2,500 pounds per square foot. Earth stabilization and/or replacement shall be performed by Landlord as necessary to meet this minimum requirement.

(c)    On or before May 18, 1994, Landlord shall provide Tenant with:

(i)    An independent soils engineer's written certification based on its tests and observations that all pad work was completed generally in accordance with the Site Plan Submission and the Plans and Specifications. This report shall include the results of all compaction and other tests performed during the pad preparation phase and any tests performed prior to the date of such certification.

(ii)    A surveyor's written elevation certification stating that Tenant's Pad Area is at the prescribed elevation within the stated tolerance of plus or minus one-tenth of a foot. This certification shall be based on elevation shots taken on a 50-foot-grid minimum

C:\CIRCUIT\BEAVERTON\LEASE.R10

including pad perimeter and corners. Promptly upon completion of the Site Work, Landlord shall cause its surveyor or engineer to designate the corners of the Land by means of standard surveying monuments.

(d)     Landscaping slopes and berms shall be set by Landlord to preserve the integrity of the slopes as determined by an independent soils engineer. However, in no case may the slope of a landscaping berm exceed 3 to 1 in turf areas, or 2 to 1 in ground cover and shrub areas.

(e)     All material, including native and fill, within 3 feet of any surface of the building including foundation concrete, shall be nonexpansive with a plasticity index of 12 or less. No oversize material or lumps greater than 6" in diameter will be allowed and not more than 15% of the material shall be greater than 2-1/2" diameter.

(f)     The Grading Plans shall not be materially changed by Landlord without the prior consent of Tenant, which consent shall not be unreasonably withheld or delayed.

(g)     All outlots or future building areas shall be rough graded and planted with grass seed.

C:\CIRCUIT\BEAVERTON\LEASE.R10

# ATTACHMENT "3A"

**Applied Geotechnology Inc.**



A report prepared for:

Mr. John James
James Property Investments
Building I, Suite G
Bend, Oregon 97702

GEOTECHNICAL INVESTIGATION AND REPORT
PROPOSED WASHINGTON GREEN RETAIL CENTER
NORTHWEST OF HALL BOULEVARD AND OLESON (GREENBURG) ROAD
WASHINGTON COUNTY, OREGON

AGI Project #30,111.011

APPLIED GEOTECHNOLOGY INC.
541 N.E. 20th, Suite 103
Portland, Oregon  97232

March 16, 1994

541 N.E. 20th Avenue, Suite 103        Portland, OR 97232        FAX 503/232-9272        Telephone 503/232-1600

CIRCUIT CITY-RF

Applied Geotechnology Inc.



March 16, 1994                                                    30,111.011

Mr. John James
James Property Investments
15 S.W. Colorado Avenue
Building I, Suite C
Bend, Oregon 97702


GEOTECHNICAL INVESTIGATION AND REPORT
PROPOSED WASHINGTON GREEN RETAIL CENTER
NORTH OF HALL BOULEVARD AND OLESON (GREENBURG) ROAD
WASHINGTON COUNTY, OREGON


Dear Mr. James:

In accordance with our December 23, 1992 proposal and January 24, 1994
proposal amendment, we have completed a geotechnical investigation at the
referenced site. This report summarizes our field explorations and laboratory
testing and presents our comments and recommendations for project design that
relate to site grading and foundations.


BACKGROUND INFORMATION

Site Description.  The 5.5±-acre project site is located north of the SW Hall
Boulevard, SW Oleson Road, SW Greenburg intersection, approximately 1/2-mile
east of Oregon State Highway 217 in the Progress area of unincorporated
Washington County (see Vicinity Map - Figure 1).  The approximately
triangular-shaped site slopes down to the northeast property corner with an
average gradient of 3 percent.  Pre-development site elevations range from
+240.5 ft. (msl) at the northeast property corner to +266 ft. (msl) at the
southwest corner.

The Unigard Insurance office building and parking lot lie east of the site,
and Progress Downs Golf Course bounds the west and north property lines.
Prior on-site land use has been agricultural/residential.  Site development
during this investigation included demolition of several single family
residences and outbuildings, tree and stump removal, abandonment of on-site
water wells, and septic tank removal.  A former on-site UST was decommissioned
in July 1989.  AGI observed decommissioning activities as noted in our July
28, 1989 report.

Project Description.  The Washington Green Retail Center will include three
commercial buildings as shown on Figure 2, Exploration Location Plan:  1) a
59,000±-square foot Circuit City store constructed at +247 ft. finished floor
elevation; 2) and two 12,000±-square foot rectangular retail buildings
constructed at finished floor elevations +255.3 ft. and +261.5 ft.


841 N.E. 80th Avenue, Suite 103        Portland, OR 97232        FAX 503/232-9272        Telephone 503/232-1800

James Property Investments                              Applied Geotechnology Inc.
Project No. 30,111.011
March 18, 1994
Page 2

Site topography requires cut and fill to grade all three building pads as
described below. For all three buildings, maximum cuts and fills will occur
at the southwest and northeast corners, respectively, and are summarized in
Table 1 below.

Table 1
Building Pad Grading

| Building Pad | Plan Finished Floor Elevation, ft. | Maximum Cut | Maximum Fill Depth |
|---|---|---|---|
| Circuit City | 247.0 | 2.0 ft. | 5.5 ft. |
| West Building | 251.5 | 3.5 ft. | 4.5 ft. |
| Center Building | 255.3 | 0.7 ft. | 8.5 ft. |

The remainder of the site will be graded to allow for surface runoff
collection to a storm water quality detention pond at the east property
corner.

The north and east exterior walls of the Circuit City store are nearly
contiguous with property boundaries (minimal setbacks) which does not allow
sufficient distance to permanently slope the pad fill. The pad fill will be
sloped to match the ground near the property line. We understand that the
fill will be retained permanently by a combination retaining/foundation wall
in these areas. The wall footing will be constructed on native soil.

We understand that construction of the building pad for the Circuit City store
must be completed by May 1, 1994 together with a suitable construction access
road and staging area. Store construction will commence thereafter. Pad
construction will occur during the wet, early spring months which will impact
earthwork operations. The two smaller retail buildings, associated grading,
and parking areas will likely be constructed during drier, summer months.
This report addresses recommended methods and materials required for both wet
and drier weather construction.


FIELD INVESTIGATION

Field Explorations. On December 9, 1993 AGI acted as observer on your behalf
while nine exploratory backhoe test pits were excavated in the proposed
Circuit City building area. The test pits were limited in depth to 10 feet.
Circuit City retained Kleinfelder for the geotechnical investigation and
report. AGI returned to the site in February to perform additional
geotechnical investigation and acquire soil data in the Circuit City area
which was not provided by the Kleinfelder test pit explorations.

On February 1 and 2, seven borings, designated B-1 through B-7, were drilled
over the entire site at locations shown on Figure 2. The borings were drilled
using a hollow-stem auger trailer-mounted drilling rig under contract to Greg
Vandehey Soil Sampling of Forest Grove, Oregon. Five borings (B-1 through B-
5) were advanced to depths ranging from 19 to 30.5 feet for a total footage

A4 to A4

James Property Investments                           Applied Geotechnology Inc.
Project No. 30,111.011
March 16, 1994
Page 3

drilled of approximately 126 feet. For B-6 and B-7, the drill rig was used
to continuously sample the upper 4 feet of soils using thin-walled sampling
tubes where the test holes were terminated. AGI Logs of Borings for B-1
through B-7 are included in Appendix A.

The borings were field located from existing landmarks and fence lines.
Elevations shown on the Logs of Borings were interpolated from the site plan
developed by W & H Pacific. B-2 and B-4 through B-7 were backfilled with
hydrated bentonite chips to seal the borings from surface infiltrations. B-1
and B-3 were used to construct temporary observations wells to measure
groundwater elevations.

Logging and Sampling. All test borings were logged by an experienced AGI
geologist who directed the sampling program and recorded sample depth/type,
identified all samples, field classified the soils, recorded relative drill
action, and developed a field log of the soil units encountered.

Samples of the soil units encountered were collected at approximate 2-foot
intervals using either hydraulically pushed thin-walled tub (ASTM D1587) or
Standard Penetration Test (SPT - ASTM D1586). Final boring logs are presented
on Figures A-1 through A-7. A detailed description of the exploratory methods
and borings is presented. The boring logs include soil unit descriptions, as
refined in the laboratory, and their relative depths from the ground surface.
The SPT resistance values ("N"-values) and natural moisture contents of all
samples are plotted graphically on the boring logs and summarized in Table B-1
presented in Appendix B. Information relative to groundwater is also
presented.

LABORATORY TESTING

Classification. All jar samples were visually classified to refine, when
necessary, the field soil classification. Atterberg limits (ASTM D423 for
Liquid limit and ASTM D424 for plastic limit) were determined for samples
representative of the subsurface soils to assist in classifications. The
results are shown graphically on the Logs of Borings and are presented on the
Plasticity Chart, Figure B-1.

Moisture Contents. Natural moisture contents were taken on all samples in
accordance with ASTM D2216. The moisture contents are expressed as a
percentage of free water lost by evaporation compared to the dry weight of
soil. The values are shown graphically or listed on the Logs of Borings.

Consolidation Testing. Three consolidation tests were performed to evaluate
the relative settlement or strain response to applied stresses in the
subsurface soils. Consolidation tests result in a plot of strain response
versus the logarithm of applied normal stress. The test is performed by
adding increasing stress increments to a one-inch thick specimen and allowing
sufficient time for primary consolidation strains to occur. The final plot
represents the total strain under each load increment and is used to estimate
settlement of soils under structural loads. The logarithm of stress versus
strain plots for the consolidation tests are presented as Figures B-2 through
B-4.

James Property Investments
Project No. 30,111.011
March 16, 1994
Page 4

Applied Geotechnology Inc.

Thin-Walled Tube Samples. All thin-walled tube samples were extruded, classified, and tested for relative strength using a manually operated Torevane and/or Pocket Penetrometer device. Dry densities and water contents were determined for representative portions of the samples. Data from these tests are summarized on Table B-1 presented in Appendix B. Consolidation test specimens were removed, and undisturbed specimens were saved in waxed containers for additional testing should the need arise.

California Bearing Ratio. Compacted California Bearing Ratio (CBR) testing was conducted on a bulk sample collected from one of two shallow (4-foot deep) test pits located in proposed pavement areas. Based on visual observations, subgrade soils encountered in the two test pits were similar. The test pits were backhoe-excavated by Dan Obrist Trucking. The CBR test pit locations are shown on Figure 2. For the CBR testing, a compaction test was performed to develop the modified Proctor curve for the subgrade. Two representative subgrade samples were then compacted to approximately 92 and 95 percent of ASTM D1557 on the wet side of optimum. Each sample was penetrated at one end prior to soaking in a water bath, inverted, soaked, and penetrated on the undisturbed end. All penetration testing and soaking was under a surcharge load equivalent to 30 pounds. Results of the compaction test and compacted CBR test are presented in Appendix B, on Figure B-3 and Table B-2, respectively.

SUBSURFACE CONDITIONS

Foundation Soils. Subsurface conditions at the project site generally consist of approximately 14 to 23 feet of Willamette SILT over residual soils derived from the decomposition of the underlying BASALT bedrock. The soils at Washington Green Retail Center are characterized as three distinct units from the ground surface downward: 1) stiff dark brown SILT with organic fragments and roots (TOPSOIL ZONE), 2) medium stiff to stiff brown SILT with trace to some clay and trace to some fine to medium sand, and 3) very dense, mottled, fine to coarse sandy SILT to silty fine to coarse SAND (decomposed BASALT) grading to weathered BASALT.

TOPSOIL ZONE. The topsoil zone consists of an average 6-inch thickness of stiff, dark brown SILT with organic fragments and roots lies below the ground surface.

Medium stiff to stiff, brown SILT with trace to some fine to medium sand and trace to some clay. Generally stiff from 0.5 to 10.0 feet below ground surface (bgs) with a medium stiff layer encountered in B-3, B-4, and B-5 from approximately 10 to 17 feet bgs. The unit thickness ranges from 14 to 23 feet. Dry densities found for unit samples range from 87.0 to 103.0 pcf with an average of 92.0. Natural moisture content ranges from 23.3 to 39.3 percent and averaged 30.7 percent.

Very dense, mottled, fine to coarse sandy SILT to silty fine to coarse SAND (decomposed BASALT). Residual soil grading into decomposed BASALT was encountered below the SILT. The unit continued to the bottom of the deeper borings (B-1 through B-5). Natural moisture contents in the

James Property Investments                                    Applied Geotechnology Inc.
Project No. 30,111.011
March 16, 1994
Page 5

SAND/decomposed BASALT unit ranged from 22.8 to 51.8 percent and averaged 36.1 percent.

Groundwater.  Groundwater was observed in B-1 through B-5 while advancing the borings.  Temporary observation wells were installed in B-1 and B-3 for additional water measurements.  The groundwater data is summarized in Table 2 below.

Table 2
Groundwater Data

| Boring ID | Approx. Surface Elevation, ft. | Groundwater While Drilling (2/1 & 2/2/94) | | Groundwater Measured 2/16/94 | |
|---|---|---|---|---|---|
| | | Depth, ft. | Elev., ft. | Depth, ft. | Elev., ft. |
| B-1 | 285.0 | 12.0 | 263.0 | 9.0 | 256.0 |
| B-2 | 257.0 | 9.5 | 247.5 | n/a | n/a |
| B-3 | 249.0 | 12.5 | 236.5 | 15.0 | 234.0 |
| B-4 | 243.0 | 9.5 | 236.5 | n/a | n/a |
| B-5 | 241.5 | 1.5 | 240.0 | n/a | n/a |

Expansive Soil Comment.  The near surface silts and clayey silts found in the Tualatin Valley area are typically wind-blown loess deposits or lacustrine in nature.  They are typically of low to moderate plasticity and low to very low expansion potential.  Locally, the soils are considered non-expansive and require no special treatment below foundations and slabs.

SITE GRADING RECOMMENDATIONS

Preliminary Site Preparation.  All former backhoe test pits (approximate locations shown on Figure 2), grubbed stump holes, and any other natural or man-made intrusions into the native soils must be re-excavated to expose native undisturbed soils and backfilled with 3/4"-0 crushed base aggregate rock which meets the specification by Oregon Department of Transportation (ODOT) "Standard Specifications for Highway Construction", 1991, Section 02630.  The base rock should be placed in 9-inch maximum loose lifts and compacted to 92 percent of the maximum density determined by ASTM D 1557 (Modified Proctor) to within 3 feet of subgrade and to 95 percent for the upper 3 feet.

As part of their environmental site assessment, Circuit City's consultant (Raiswenn and Associates) identified several magnetic anomalies, suspected of being underground storage tanks.  Raiswenn explored those areas with a backhoe, finding a septic tank and two trash piles as noted on Figure 2.  The septic tank was apparently not removed with other site work.  These areas should be identified, the trash piles and septic tank removed to expose undisturbed native soils, and the excavations backfilled to grade as recommended above for the test pits.

James Property Investments                                    **Applied Geotechnology Inc.**
Project No. 30,111.011
March 16, 1994
Page 6

**Stripping and Building Pad Preparation.** We recommend that all grass, root mats, debris and trash piles, loose surficial organic soils, stumps, and rocks over 14 inches in diameter be stripped from all building pad and pavement areas. We expect an average stripping depth of 6 inches which is sufficient to remove the organic root zone.

During wet weather, removal of the sod and topsoil will expose very "tender" subgrades that are subject to disturbance. We recommend that stripping and excavation be performed with an excavator and straight-edged bucket. During wet weather, stripping and excavation in building pad areas should be performed without traversing the subgrade.

Weather and ground conditions permitting, the building pad fill areas should be proof-rolled (loaded or unloaded dump truck) and/or probed to detect any soft or unsuitable areas. The stripping, over-excavating, and proof-rolling and probing to identify unsuitable conditions at subgrade should be observed by the Engineer to ensure adequacy of the site preparations. Site filling may follow over approved subgrade surfaces.

**Building Pad Materials and Placement.** Normally, during summer months (typically July through October), the native soils can be used as structural fill if schedule and working space allows for moisture conditioning (drying out) to meet compaction specifications. Compaction of native soils to structural fill specifications will not be possible during the wet season (typically November through June). The native soils are moisture sensitive, becoming soft under construction traffic during wet weather.

AGI recommendations for both wet and dry weather fill placement are presented below.

▶   **Wet Weather** – Realizing that the Circuit City building pad must be completed by May 1, 1994, it will not be possible to use native soils as fill. We recommend that the Circuit City building pad be constructed with crushed base aggregate rock (1½"-0) meeting the previously cited ODOT specifications. Our local experience indicates that the material will allow for compaction during most wet weather conditions. Delays should be expected during heavy downpours. The moisture content of incoming loads should be monitored for excessive water. Typically, this material will allow for the greatest deviation from optimum moisture content and still achieve compaction specifications.

ODOT crushed base aggregate is recommended above because our experience with it in wet weather is positive. Alternate granular materials will be considered if the Contractor can demonstrate that they can meet all compaction specifications during the prevailing construction weather conditions. We recommend that we be retained to evaluate alternates. As a minimum, ODOT crushed aggregate must be used in the upper 12 inches of the Circuit City pad and for the full 18-inch depth in cut areas.

For wet weather fill placement in building pad areas, we recommend that cut areas be over-excavated by 18 inches below proposed slab subgrade

James Property Investments                              Applied Geotechnology Inc.
Project No. 30,111,011
March 16, 1994
Page 7

elevation to provide a minimum 16-inch structural fill thickness. This
minimum thickness should extend at least 5 feet beyond footing lines.
In our opinion, this minimum thickness is required for a stable
construction surface.

The crushed rock should be spread in maximum 9-inch loose lifts for
compaction by self-propelled or tractor-towed compactors. The first
two lifts should be carefully placed and rolled with a static roller.
If compaction is successful and SILT subgrade integrity is preserved,
suitable vibrating equipment may be used on successive lifts.  All
building pad fill must be compacted to 95 percent of ASTM D 1557.

▶ Dry Weather - During dry summer months, structural fill may consist of
either native, on-site non-organic SILT or imported granular material.
1½"-0 crushed "reject rock", available from local quarries, can be used
if the material's moisture content at delivery time allows for
compaction.  If the material is too wet, the material should be
rejected.

Native SILT in-situ moisture contents average 31 percent, approximately
twice the optimum moisture content (16.8 percent). If native materials
are used as building pad fill, drying the soil to optimum moisture
content will be necessary.  Large areas are typically required for
drying and redrying after periodic precipitation.  The drying and
processing may result in discontinuous fill operations and construction
delays.

Building pads should extend full-depth at least 5 feet beyond building edges
where retaining walls will not retain the fill.  Pad edges should slope to
grade at 3H:1V.  After retaining wall construction at the Circuit City store,
3/4"-0 ODOT crushed base aggregate rock should be used as interior backfill.
The backfill should be compacted with suitable manually-guided equipment using
6-inch loose lifts.

Placement of the building pad fill will induce settlements in the underlying
soils.  Maximum settlement of the planned fill depths is 0.5 inches.  Most
settlement will occur elastically, as the fill is placed.

<u>Structural Fill Compaction</u>. All native and imported structural fill should
be spread in maximum 9-inch loose lifts for compaction by heavy, self-
propelled or tractor-towed compactors and maximum 6-inch loose lifts for
light, manually-guided compactors.  Each lift should be thoroughly compacted
to the appropriate criterion (see Table 3) with equipment suitable to the soil
types being compacted.  We recommend that structural fill compaction
specifications be based on ASTM D1557 (Modified Proctor).  Prior to compacting
each lift, the fill should be properly moisture-conditioned by uniformly
adding water or by drying, as required, to achieve a moisture content which
is within ±2 percent of the optimum moisture content as determined by the
compaction (Proctor) test.

All compacted fill surfaces should be firm and deflect only slightly beneath
rubber-tired construction equipment.  Fills which rut, pump, or weave should
be considered to possess excess moisture and are not acceptable. These should

James Property Investments                     Applied Geotechnology Inc.
Project No. 30,111.011
March 16, 1994
Page 8

be removed and replaced with fill material of proper moisture content or
moisture-conditioned as specified herein.

Table 3
Compaction Specifications

| Application | Relative Compaction Specification (ASTM D1557) | |
|---|---|---|
| | Imported Granular Material | Native Soils |
| Building Pad (ODOT Crushed Base Aggregate) | 95% | 93% |
| Beneath Foundations | 95% | 93% |
| Beneath Slabs-on-Grade | 95% | 93% |
| Beneath Sidewalks & Pavements<br>Within 3 ft. of Finished Grade<br>>3 ft. Below Finished Grade | 95%<br>92% | 93%<br>90% |
| Backfill in Test Pits, Stump Holes, etc.<br>Within 3 ft. of Finished Grade<br>>3 ft. Below Finished Grade | 95%<br>92% | n/a<br>n/a |
| Retaining Wall Backfill (see Note #1 below) | 95% | 93% |
| Landscaped Areas Above Pipe Zone | 92% | 88% |
| Random Site or Landscaping Fill | 90% | 85% |

Notes:
1. Where conflicts occur between values, the higher percentage shall govern.
2. Imported granular fill should be reviewed by geotechnical engineer prior to receiving delivery.
3. Use lightweight, manually guided compactors within 3 feet of all embedded walls.

Slabs-On-Grade.  For typical, slabs-on-grade supporting loads of less than 100
psf, slab-on-grade floor systems may be founded over a minimum 6-inch zone of
compacted 3/4"-0 or 1 1/2"-0 crushed base aggregate rock that conforms to the
previously cited ODOT standards.  This assumes that the supporting subgrade
is non-organic and the upper 9 inches is compacted to 92% ASTM D1557.  If wet
weather precludes native silt subgrade compaction or floor loads exceed 100
psf, we recommend a minimum 12-inch aggregate base below slabs.

As discussed above (Building Pad Materials and Placement), the Circuit City
building pad will result in a minimum 18-inch aggregate rock zone below slabs-
on-grade.  The upper few inches of the pad material will become contaminated
with mud during construction. The contaminated zone should be removed and the
surface fine-graded with 1/4"-0 ODOT base aggregate, compacted to final
subgrade.

James Property Investments
Project No. 30,111.011
March 16, 1994
Page 9

Applied Geotechnology Inc.

The silt subgrade and relatively high groundwater levels at the site are
expected to produce high soil vapor transmission rates. If moisture sensitive
floor coverings (vinyl tile, carpet, sheet vinyl, etc.) will be used, we
recommend that a vapor barrier be installed below the slab. The vapor barrier
should be a product of recognized stability in a damp soil environment
(Moistop or equivalent). A 2-inch damp sand zone is recommended over the
vapor barrier (and below the slab) to avoid damage to the vapor barrier.

We recommend a minimum 6-inch slab thickness for all site structures. We
recommend that minimum slab reinforcement consist of #4 bars @ 24 inches both
ways. If fork lifts, or other heavy wheel/storage loads are anticipated, the
slab should be designed as a rigid pavement by the structural engineer.

## FOUNDATION RECOMMENDATIONS

**Spread Footings.** The field explorations indicate that spread footing
foundation systems are suitable for proposed structures. We recommend that
spread footings be designed for a maximum allowable soil pressure of 3,500 psf
when footings bear in properly prepared imported granular or native SILT
subgrades. The allowable soil pressure may be increased by 1/3 for seismic
loading.

Footings should be located at least 18 inches below the lowest adjacent
exterior grade for frost protection and 12 inches below adjacent interior
grades for bearing requirements. Minimum footing dimensions of 18 inches wide
for continuous footings and 24 inches square for column footings are
recommended. Consolidation test data (see Consolidation Test Figures B-1
through B-3) was used to analyze settlements for various footing sizes and
configurations.

Estimated settlements are presented versus the "real applied soil stress" on
the Settlement Curves - Figure 5. "Real applied stress" equals the dead load
plus real live loads and normally is 10 to 15 percent less than the total
design load. Maximum expected loads for the Circuit City building are 65 kips
and perimeter wall loads are 3 kips. Assuming a real applied stress of about
2,000 (0.85 x 2,500) yields estimated settlements less than 0.5 inches for
both continuous and column footings. Differential settlements between
adjacent column points are estimated to be about 1/4-inch. We estimate that
80 to 90 percent of the settlement will occur elastically, as loads are
applied. The remainder of the settlement will occur within one month of
application.

Estimated settlements below footings constructed on approximately 3 feet of
compacted granular fill are slightly less than footings constructed on native
silt.

**Footing Preparation.** If footings are excavated into native soil soils during
wet weather periods the bearing surfaces will be subject to disturbance during
forming and reinforcing steel placement. We recommend that all footings in
native soils be provided a 6-inch pad of 3/4"-0 ODOT base aggregate to prevent
disturbance. Compact the base aggregate to 95% ASTM D1557.

James Property Investments                          Applied Geotechnology Inc.
Project No. 30,111.011
March 16, 1994
Page 10

**Subdrainage.** A foundation drain is recommended around the perimeter of each
building. The drain should consist of a 4-inch diameter, rigid, perforated
PVC pipe surrounded by an envelope of drain gravel and drainage quality
geotextile according to the details shown on Figures 3.

**Seismic.** The UBC seismic zonation for western Oregon was changed from Zone
2B to Zone 3 effective January 1, 1993. All site buildings must be designed
to Zone 3 requirements. Table 23J of the UBC defines the Site Coefficients
for use in seismic analysis. Soil type S, (value = 1.2) represents the
closest approximation to site conditions and is recommended for use.

**Pole Signs.** Pier foundation recommendations for pole-mounted signs can be
provided upon determination of design overturning loads.

**Retaining Walls.** Flexible retaining walls free to rotate may use active
lateral soil pressures. Rigid walls should use "at-rest" pressures. All
retaining wall design recommendations are presented below in Table 4.
Backfill placed behind the wall will induce settlements of approximately 0.4
inches maximum.

To avoid hydrostatic pressure behind the retaining walls, we recommend that
an interior drain be installed above the footing. The drain should consist
of a materials similar to those used for the perimeter footing drain and
according to the details shown on Figures 4. The exterior footing drain is
not necessary along the retaining walls located along the 5-foot minimum
setbacks (northmost and eastmost walls).

Table 4
Retaining Wall Design

| Design Item | Design Value |
|---|---|
| Active Lateral Soil Pressure | 35 pcf |
| At-Rest Lateral Soil Pressure | 50 pcf |
| Passive Lateral Soil Pressure (ultimate) | 300 pcf |
| Friction Coefficient | 0.35 |
| Maximum Allowable Toe Pressure | 2,500 psf |

ACCESS ROAD, STAGING AREA, PAVEMENTS

**Access Road.** We understand that a temporary construction access road will
begin at the main entrance and traverse toward the Circuit City site. We
recommend that the access road be constructed of a minimum 18 inches of
compacted 1½"-0 crushed base rock (per ODOT specifications) underlain by a
high strength geotextile (Mirafi 500X or equivalent). The filter fabric
should be placed at, or below, elevations that coincide with the permanent
pavement subgrade elevations. When the permanent pavement is constructed, the
overbuilt access road section can be bladed down, and the crushed rock re-used

James Property Investments
Project No. 30,111.011
March 16, 1994
Page 11

Applied Geotechnology Inc.

for the final pavement section elsewhere, provided that it is not contaminated
with silt and clay from construction traffic.

Contractor Staging Area. We understand that the initial grading includes
preparation of a staging area pad. We recommend that the pad be constructed
with the same methods and materials recommended for the Circuit City pad.

Pavements. The design of flexible pavement sections for this project was
accomplished using the AASHTO 1986 design method. For this analysis, we have
assumed a Serviceability Index of 2.5 and a 20-year design life. Pavement
sections were designed for light duty and heavy duty pavement areas. Based
on the foregoing, the design Equivalent 18-kip Axle Load (EAL) in light duty
travel lanes is estimated to be less than 5,000 in heavy duty travel lanes to
be 30,000. The light duty design traffic loading does not include
construction traffic.

The CBR values obtained in our laboratory were converted to resilient modulus
($M_r$) using a factor of 1500. The selected design $M_r$ value was 3200 psi for the
on-site SILT soils compacted to 92% of ASTM D1557. Recommended pavement
sections are presented in Table 5. The base aggregate should be compacted to
95% of ASTM D1557. The upper two inches of 1 1/2"-0 base aggregate can be
replaced with 3/4"-0 base aggregate to facilitate final grading.

Table 5
Pavement Sections

| Pavement Material | Design Thickness (inches) | |
|---|---|---|
| | Heavy Duty (30,000 EAL) | Light Duty (5,000 EAL) |
| Asphaltic Concrete | 4 | 2 1/2 |
| 1 1/2"-0 Crushed Base Aggregate Rock | 8 | 8 |
| Compacted Native Subgrade | 9 | 9 |

When the subgrade cannot be compacted due to wet weather, the aggregate base
section should be increased to 16 inches for heavy duty pavement areas and to
12 inches for light duty pavement areas.

QUALITY CONTROL.

AGI is prepared to provide on-site quality control of grading operations at
your request. In our opinion, such work is important to review the following
items:

James Property Investments
Project No. 30,111.011
March 16, 1994
Page 12

Applied Geotechnology Inc.

1. Adequacy of stripping depth
2. Replacement of test pit materials
3. Soft spot identification/correction
4. Adequacy of stripped subgrade to receive fill
5. Structural fill material quality, placement, and compaction control
6. Preparation of pavement subgrades, base aggregate
7. Review foundation bearing conditions
8. Retaining wall backfill
9. Foundation drain construction

## GENERAL NOTES

This report was prepared solely for the Owner and Engineer for the design of the project. We encourage its review by bidders and/or the Contractor as it relates to factual data only (logs of test pits and laboratory data). The opinions and recommendations contained within the report are not intended to be nor should they be construed to represent a warranty of subsurface conditions but are forwarded to assist in the planning and design process.

If, during construction, unexpected subsurface conditions are encountered within excavations, we should be notified at once so that we may review such conditions and revise our recommendations, if necessary. We request that we be retained to review the applicable portions of the plans and specifications for the project prior to bidding for conformance to our recommendations.

We would be pleased to provide additional input, as necessary, during the design process and to provide on-site observations during construction. Please feel free to contact us for this work as well as for any questions you might have regarding this report.

Very truly yours,

APPLIED GEOTECHNOLOGY INC.

Nancy G. T. Kraushaar, P.E.
Project Engineer

Robert J. Miller, G.E.
Principal

Encl: Figure 1 - Vicinity Map
      Figure 2 - Exploration Location Plan
      Figure 3 - Perimeter Footing Drain Detail
      Figure 4 - Retaining Wall Drain Detail
      Figure 5 - Settlement Curves
      Appendix A - AGI Exploration Procedures
                   Figures A-1 through A-7
      Appendix B - Laboratory Testing & Select Field Data
                   Tables B-1 and B-2
                   Figures B-1 through B-5



SCALE IN FEET

Base Map: Oregon Department of Transportation, Tigard, Oregon  1988

Applied Geotechnology Inc.
Geotechnical Engineering
Geology & Hydrogeology

**VICINITY MAP**
Washington Green Retail Center
Washington County, Oregon

PLATE

**1**

| JOB NUMBER | DRAWN | APPROVED | DATE | REVISED | DATE |
|---|---|---|---|---|---|
| 30,111,011 | BLW | | 8/2/94 | | |

CIRCUITCITYRE