

SCHEMATIC - NOT TO SCALE

NOTES:

1. Filter Fabric is non-woven geotextile (Propex 4545, Mirafi 140N, or equivalent).
2. Lay perforated drain pipe on minimum 0.5% gradient, widening excavation as required. Maintain pipe above 2:1 slope, as shown.
3. All granular backfill is recommended for support of slabs, pavements, etc. (See text for structural fill).
4. Drain Gravel to be 3/4" to 1-1/2" clean washed gravel.

Applied Geotechnology Inc.
Geotechnical Engineering
Geology & Hydrogeology

**Perimeter Footing Drain Detail**
Washington Green
Tigard, Oregon

FIGURE 3

| JOB NUMBER | DRAWN | APPROVED | DATE | REVISED | DATE |
|---|---|---|---|---|---|
| 30,181.011 | CMP | | 2/24/94 | | |

H4 to H4


**SCHEMATIC - NOT TO SCALE**

Applied Geotechnology Inc.
Geotechnical Engineering
Geology & Hydrogeology

**Retaining Wall Drain Detail**
Washington Green
Tigard, Oregon

FIGURE 4

| JOB NUMBER | DRAWN | APPROVED | DATE | REVISED | DATE |
|---|---|---|---|---|---|
| 30,160.011 | CMF | | 3/24/94 | | |

A4 to A4

Square Column Footing Dimension
(feet)
Continuous Footing Width
(inches)
Estimated Footing Settlements
Where "q" = The "Real Applied Soil Stress"
Settlement Curves
5

Applied Geotechnology Inc.

APPENDIX A

EXPLORATION PROCEDURES
LOGS OF BORINGS

WASHINGTON GREEN RETAIL CENTER
WASHINGTON COUNTY, OREGON

Applied Geotechnology Inc.

AGI EXPLORATION PROCEDURES

Exploratory Borings. Our scope of work included 7 exploratory test borings, designated B-1 through B-7 as shown on the Exploration Location Plan, Figure 2. The test borings were drilled with a solid-stem auger drilling rig under subcontract to Greg Van De Hey Soil Sampling of Banks, Oregon, and were advanced to depths ranging from 4 to 30.8 feet.

Samples were typically taken at 2.5 or 5-foot intervals. Sampling was performed by 1) the Standard Penetration Test (SPT) method, and 2) hydraulically pushing thin-walled steel tubes. Sampling methods are described as follows:

- SPT Method (ASTM D1586) - A 2-inch O.D. split-barrel sampling tube is driven into the soil with blows from a 140-pound hammer falling 30 inches. The number of hammer blows required to drive the sampler each of three 6-inch increments is recorded and the sum of the blows for the final 12 inches of penetration is regarded as the N-value or SPT resistance. The N-value is a measure of the relative density of sands or the strength/consistency of clayey, cohesive soils and is recorded as blows per foot (bpf).

  Following split-barrel removal from the boring and sample field classification, a representative soil sample is saved in an airtight jar. The jar is identified and returned to our laboratory.

- Thin-Walled Tube Method (ASTM D-1587) - Thin-walled tube samples are used to obtain relatively undisturbed samples for laboratory testing. A 3-inch, thin-walled steel tube is hydraulically pushed below the base of the boring and carefully removed from the hole. The ends of the tube is sealed to prevent moisture loss. The tube is labeled and returned to our laboratory for extrusion, classification and testing, as required.

All test borings were logged by an experienced geologist from our staff. She directed the sampling program and recorded sample depth/type, identified all jar/tube samples, field classified the soils, recorded relative drill action, and developed a preliminary log of the soil units encountered. Surface elevations of the borings were estimated using topography from a site plan provided by W&H Pacific. The surface elevations are presented on the Logs of Borings.

Final logs of the test borings are presented on Figures A-1 through A-9. These reflect the descriptions of soil units encountered and their relative depths from the ground surface. The SPT resistance values (N-values) and natural moisture contents of the samples are plotted graphically.

Information relative to groundwater is also presented on the Logs of Borings. Groundwater observation wells were installed in Borings B-1 and B-3.



SOIL DESCRIPTION
SURFACE ELEVATION 261' MSL
STANDARD PENETRATION RESISTANCE (140LB. WEIGHT, 30" DROP)
▲ N-VALUE IN BLOWS/FOOT
Stiff, brown SILT with some fine to coarse sand, trace clay, frequent organic fragments (TOPSOIL ZONE)
0.5
Stiff, brown SILT; moist, trace to some clay, trace to some fine sand, sparse rootlets and organic fragments in upper 2 ft., micaceous (ML/CL)
9.8
Stiff, red-brown SILT with some clay; damp, trace coarse rounded sand (ML)
- wet below 12.0 feet
14.5
Very stiff, gray-brown, sandy SILT to silty SAND; wet, trace clay (decomposed BASALT, extremely soft (R1))
- Grades to very soft BASALT (R1)
22.8
Bottom of boring, completed 2/2/94
50-6"
50-6"
2.0" O.D. SPLIT SPOON SAMPLE
3.0" O.D. THIN WALL SAMPLE
GRAB SAMPLE
* SAMPLE NOT RECOVERED
P SAMPLE PUSHED
ATTERBERG LIMITS
LIQUID LIMITS
NATURAL WATER CONTENT
PLASTIC LIMIT
IMPERVIOUS SEAL
● WATER CONTENT IN PERCENT
WATER LEVEL FOR DATE SHOWN
OBSERVATION WELL TIP
Applied Geotechnology Inc.
Geotechnical Engineering
Geology & Hydrogeology
Log of Boring B-1
Washington Green
Tigard, Oregon
FIGURE
A-1
JOB NUMBER
30,111.011
DRAWN
WDF
APPROVED
DATE
2/4/94
REVISED
DATE
3/15/94

## LAB DATA

| Sample No. | Depth (ft.) | γw (pcf) | γd (pcf) | wo (%) |
|---|---|---|---|---|
| S-2A | 3.2-3.5 | 121.5 | 91.9 | 32.2 |
| S-2B | 2.5-3.1 | 116.3 | 88.8 | 31.0 |
| S-4A | 8.0-8.6 | 125.3 | 95.6 | 31.1 |
| S-4B | 7.5-7.9 | 128.5 | 100.0 | 28.4 |
| S-11A | 0.3-0.9 | 121.8 | 98.8 | 23.2 |
| S-11B | 1.0-1.5 | 114.6 | 91.5 | 25.2 |

1. SOIL DESCRIPTIONS AND INTERFACES ARE INTERPRETIVE ACTUAL CHANGES MAY BE GRADUAL. 2. WATER LEVEL IS FOR DATE SHOWN AND MAY VARY WITH TIME OF YEAR.

A1 to A1

R=90% 804 527 4186 04-05-94 01:26PM P021 #06



## LAB DATA

| Sample No. | Depth (ft.) | γw (pcf) | γd (pcf) | wc (%) |
|---|---|---|---|---|
| S-2 | 2.9-3.5 | 121.8 | 95.7 | 27.3 |
| S-7 | 15.0-15.5 | 134.6 | 103.0 | 30.6 |
| S-9A | 1.5-2.0 | 128.8 | 102.7 | 25.4 |
| S-9B | 0.9-1.5 | 117.5 | 94.5 | 24.6 |
| S-9C | 0.3-0.9 | 115.0 | 86.1 | 33.6 |

1. SOIL DESCRIPTIONS AND INTERFACES ARE INTERPRETIVE; ACTUAL CHANGES MAY BE GRADUAL. 2. WATER LEVEL IS FOR DATE SHOWN AND MAY VARY WITH TIME OF YEAR.

Applied Geotechnology Inc.
Geotechnical Engineering
Geology & Hydrogeology

**Log of Boring B-2**
Washington Green
Tigard, Oregon

FIGURE **A-2**

| JOB NUMBER | DRAWN | APPROVED | DATE | REVISED | DATE |
|---|---|---|---|---|---|
| 30,111.011 | MRP | | 2/4/94 | | 3/15/94 |

A4 to A4

SOIL DESCRIPTION

SURFACE ELEVATION 249' MSL

Medium stiff, mottled brown SILT; moist, with trace to some fine to coarse sand, trace clay, abundant roots (TOPSOIL ZONE) — 1.0

Stiff, brown SILT; moist, trace to some fine sand, trace clay, micaceous (ML/CL)

LAB DATA

| Sample No. | Depth (ft.) | γw (pcf) | γd (pcf) | wc (%) |
|---|---|---|---|---|
| S-2B | 2.5-3.0 | 119.5 | 91.0 | 31.4 |
| S-2A | 3.0-3.5 | 121.3 | 91.2 | 32.9 |
| S-11B | 0.5-1.1 | 112.3 | 89.5 | 25.5 |
| S-11A | 1.2-1.8 | 115.9 | 92.9 | 24.7 |
| S-12 | 10.2-10.8 | 124.6 | 93.2 | 33.6 |

- Soft to medium stiff from ~10.0 to 15.0 feet
- wet below 12.5 feet

Stiff to very stiff, red-brown SILT with some clay; moist to wet, trace coarse sand (ML) — 17.0

Medium dense, rust mottled gray and streaked black, SILT with some sand; wet, trace clay (decomposed BASALT, extremely soft $(R_0)$) — 23.0

- grades to very soft BASALT $(R_1)$

Bottom of boring, completed 2/2/94 — 30.8

*Possible erroneous water level due to insufficient gravel pack around observation well screen

Samples: S-11, S-1, S-2, S-3, S-4, S-12, S-5, S-6, S-7, S-8, S-9, S-10

Depth in feet: 0, 5, 10, 15, 20, 25, 30, 35

STANDARD PENETRATION RESISTANCE (140LB. WEIGHT, 30" DROP) ▲ N-VALUE IN BLOWS/FOOT — 0, 25, 50

50/6", 50/4"

I 2.0" O.D. SPLIT SPOON SAMPLE
II 3.0" O.D. THIN WALL SAMPLE
GRAB SAMPLE
* SAMPLE NOT RECOVERED
P SAMPLE PUSHED
ATTERBERG LIMITS — LIQUID LIMITS, NATURAL WATER CONTENT, PLASTIC LIMIT
IMPERVIOUS SEAL ● WATER CONTENT IN PERCENT
WATER LEVEL FOR DATE SHOWN
OBSERVATION WELL TIP

1. SOIL DESCRIPTIONS AND INTERFACES ARE INTERPRETIVE ACTUAL CHANGES MAY BE GRADUAL. 2. WATER LEVEL IS FOR DATE SHOWN AND MAY VARY WITH TIME OF YEAR.

Applied Geotechnology Inc.
Geotechnical Engineering
Geology & Hydrogeology

Log of Boring B-3
Washington Green
Tigard, Oregon

FIGURE A-3

| JOB NUMBER | DRAWN | APPROVED | DATE | REVISED | DATE |
|---|---|---|---|---|---|
| 20,111.011 | SSP | | 2/4/94 | | 3/15/94 |

A4 to A4



SOIL DESCRIPTION
SURFACE ELEVATION 246' MSL
STANDARD PENETRATION RESISTANCE (140LB. WEIGHT, 30" DROP)
N-VALUE IN BLOWS/FOOT
Medium dense, dark brown SILT with some fine to coarse sand; moist, trace clay, frequent organic fragments and roots (TOPSOIL ZONE)
Medium stiff to stiff, brown SILT; moist, with trace to some clay, trace to some fine sand, micaceous, trace organic fragments and roots to 8.5 feet
- wet below 9.5 feet (ML/CL)
LAB DATA
Sample No. | Depth (ft.) | γw (pcf) | γd (pcf) | w (%)
S-2A | 3.1-3.7 | 120.2 | 90.4 | 32.9
S-2B | 2.5-3.1 | 118.3 | 90.8 | 30.3
S-5C | 12.8-13.2 | 126.3 | 93.6 | 35.0
S-5B | 13.2-13.8 | 123.9 | 91.9 | 34.8
S-5A | 13.8-14.4 | 123.0 | 91.1 | 35.0
S-10A | 1.8-2.2 | 124.5 | 99.6 | 25.0
S-10B | 0.8-1.2 | 108.5 | 87.0 | 24.8
S-10C | 0.0-0.6 | 100.5 | 82.2 | 22.6
Loose to medium dense, red-brown SILT with some coarse rounded sand; wet, trace clay (ML)
Dense, gray-brown streaked rust and black SAND; moist, trace to some silt (decomposed BASALT, extremely soft (R0))
- grades to very soft BASALT (R1)
Bottom of boring, completed 2/1/94
1.0
15.0
19.5
25.5
2.0" O.D. SPLIT SPOON SAMPLE
3.0" O.D. THIN WALL SAMPLE
GRAB SAMPLE
* SAMPLE NOT RECOVERED
P SAMPLE PUSHED
ATTERBERG LIMITS
LIQUID LIMIT
NATURAL WATER CONTENT
PLASTIC LIMIT
WATER CONTENT IN PERCENT
WATER LEVEL FOR DATE SHOWN
OBSERVATION WELL TIP
Applied Geotechnology Inc.
Geotechnical Engineering
Geology & Hydrogeology
Log of Boring B-4
Washington Green
Tigard, Oregon
A-4
30,111.011
2/4/94
3/15/94

H4 to H4



SOIL DESCRIPTION

SURFACE ELEVATION 241.3' MSL

| Soil Description | Depth in Feet | Sample |
|---|---|---|
| Soft to medium stiff, gray-brown clayey SILT; wet, trace to some fine to coarse sand, frequent organic fragments and roots (TOPSOIL ZONE) | 0.5 | S-1 |
| Stiff, dark brown SILT with some clay; moist to wet, trace fine sand, occasional small roots (CH) | 4.0 | S-2 |
| Medium stiff to stiff, brown SILT; moist to wet, trace clay, trace fine sand, micaceous (ML) | | S-3, S-3 |
| - medium stiff below 10.0 feet | | S-4, S-5, S-6 |
| - color is gray below 17.0 feet | | S-7, S-8 |
| Very dense, gray-brown mottled rust, coarse sandy SILT; damp, trace clay, sand is rounded (decomposed BASALT, extremely to very soft ($R_0$ to $R_1$)) | 23.5 / 26.5 | S-10 |

Bottom of boring, completed 2/1/94

STANDARD PENETRATION RESISTANCE (140LB. WEIGHT, 30" DROP)
▲ N-VALUE IN BLOWS/FOOT

0 25 50

50/5"

**LAB DATA**

| Sample No. | Depth (ft.) | γ w (pcf) | γ d (pcf) | wc (%) |
|---|---|---|---|---|
| S-1B | 0.6-1.2 | 115.0 | 87.2 | 31.9 |
| S-1A | 1.3-1.9 | 117.6 | 90.0 | 32.2 |

I 2.0" O.D. SPLIT SPOON SAMPLE
II 3.0" O.D. THIN WALL SAMPLE
GRAB SAMPLE
* SAMPLE NOT RECOVERED

P SAMPLE PUSHED
ATTERBERG LIMITS
LIQUID LIMIT
NATURAL WATER CONTENT
PLASTIC LIMIT

IMPERVIOUS SEAL ● WATER CONTENT IN PERCENT
WATER LEVEL FOR DATE SHOWN
OBSERVATION WELL TIP

1. SOIL DESCRIPTIONS AND INTERFACES ARE INTERPRETIVE AND ACTUAL CHANGES MAY BE GRADUAL.
2. WATER LEVEL IS FOR DATE SHOWN AND MAY VARY WITH TIME OF YEAR.

Applied Geotechnology Inc.
Geotechnical Engineering
Geology & Hydrogeology

Log of Boring B-5
Washington Green
Tigard, Oregon

FIGURE A-5

| JOB NUMBER | DRAWN | APPROVED | DATE | REVISED | DATE |
|---|---|---|---|---|---|
| 30,111.011 | BBP | | 2/4/94 | | 3/15/94 |



SOIL DESCRIPTION

SURFACE ELEVATION 246' MSL

| Soil Description | Depth in feet |
|---|---|
| Medium stiff, dark brown SILT; moist, trace to some fine to coarse sand, trace clay, frequent roots and organic fragments (TOPSOIL ZONE) | 0.9 |
| Soft to medium stiff, gray mottled rust, SILT; moist, trace to some fine to medium sand, trace clay, occasional small root holes (ML) | 2.5 |
| Stiff, brown mottled rust, SILT; moist, trace to some fine sand, trace clay, occasional root holes (ML) | 4.0 |

Bottom of boring, completed 2/1/94
No free water observed

STANDARD PENETRATION RESISTANCE (140LB. WEIGHT, 30" DROP) ▲ N-VALUE IN BLOWS/FOOT

**LAB DATA**

| Sample No. | Depth (ft.) | γw (pcf) | γd (pcf) | w (%) |
|---|---|---|---|---|
| S-1A | 1.3-1.9 | 121.5 | 92.9 | 30.7 |
| S-1B | 0.6-1.2 | 117.6 | 90.6 | 29.8 |
| S-1C | 0.0-0.6 | 108.8 | 82.3 | 32.2 |
| S-2A | 3.2-3.8 | 122.5 | 91.0 | 34.6 |
| S-2B | 2.6-3.2 | 119.4 | 89.2 | 33.9 |
| S-2C | 2.0-2.6 | 117.6 | 88.4 | 33.0 |

2.0" O.D. SPLIT SPOON SAMPLE
3.0" O.D. THIN WALL SAMPLE
GRAB SAMPLE
* SAMPLE NOT RECOVERED
P SAMPLE PUSHED
ATTERBERG LIMITS — LIQUID LIMITS, NATURAL WATER CONTENT, PLASTIC LIMIT
IMPERVIOUS SEAL
● WATER CONTENT IN PERCENT
WATER LEVEL FOR DATE SHOWN
OBSERVATION WELL TIP

1. SOIL DESCRIPTIONS AND INTERFACES ARE INTERPRETIVE ACTUAL CHANGES MAY BE GRADUAL.
2. WATER LEVEL IS FOR DATE SHOWN AND MAY VARY WITH TIME OF YEAR.

Applied Geotechnology Inc.
Geotechnical Engineering
Geology & Hydrogeology

**Log of Boring B-6**
Washington Green
Tigard, Oregon

FIGURE **A-6**

| JOB NUMBER | DRAWN | APPROVED | DATE | REVISED | DATE |
|---|---|---|---|---|---|
| 30,111.011 | BRP | | 2/4/94 | | 3/15/94 |

A4 to A4



SOIL DESCRIPTION

SURFACE ELEVATION 244' MSL

Medium stiff, dark brown SILT; moist, trace to some fine to coarse sand, trace clay, frequent organic fragments and roots (TOPSOIL ZONE) — 0.7

Medium stiff to stiff, brown SILT; moist, trace to some fine to medium sand, trace to some clay, micaceous (ML) — 4.0

Bottom of boring, completed 2/1/94
No free water observed

LAB DATA

| Sample No. | Depth (ft.) | γw (pcf) | γd (pcf) | wc (%) |
|---|---|---|---|---|
| S-1A | 1.3-1.9 | 120.9 | 95.8 | 26.9 |
| S-1B | 0.7-1.3 | 123.4 | 98.9 | 24.8 |
| S-1C | 0.1-0.7 | 111.5 | 87.2 | 27.8 |
| S-2A | 2.7-3.3 | 119.8 | 89.3 | 34.2 |
| S-2B | 2.1-2.7 | 118.2 | 90.8 | 31.3 |

STANDARD PENETRATION RESISTANCE (140LB. WEIGHT, 30" DROP) ▲ N-VALUE IN BLOWS/FOOT

2.0" O.D. SPLIT SPOON SAMPLE — P SAMPLE PUSHED
3.0" O.D. THIN WALL SAMPLE — ATTERBERG LIMITS
GRAB SAMPLE
* SAMPLE NOT RECOVERED
LIQUID LIMIT / NATURAL WATER CONTENT / PLASTIC LIMIT
IMPERVIOUS SEAL ● WATER CONTENT IN PERCENT
▽ WATER LEVEL FOR DATE SHOWN
OBSERVATION WELL TIP

1. SOIL DESCRIPTIONS AND INTERFACES ARE INTERPRETIVE AND ACTUAL CHANGES MAY BE GRADUAL. 2. WATER LEVEL IS FOR DATE SHOWN AND MAY VARY WITH TIME OF YEAR.

Applied Geotechnology Inc.
Geotechnical Engineering
Geology & Hydrogeology

Log of Boring B-7
Washington Green
Tigard, Oregon

FIGURE A-7

| JOB NUMBER | DRAWN | APPROVED | DATE | REVISED | DATE |
|---|---|---|---|---|---|
| 30,111.011 | RRP | | 2/4/94 | | 3/15/94 |

A1 to A1

Applied Geotechnology Inc.

APPENDIX B

LABORATORY TESTING & SELECT FIELD DATA

WASHINGTON GREEN RETAIL CENTER
WASHINGTON COUNTY, OREGON

Tables B-1 and B-[illegible]
Figures B-1 through B-5

A1 to A1

Applied Geotechnology Inc.

TABLE B-1 - SELECT FIELD & LAB DATA
Part A - Shelby Tube Data

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| 0-2.2' | B-1 (S-11) | 0.3-0.9' | 91.6 | 25.2 | 3.0 | .64 |
| | | 1.0-1.6' | 93.6 | 23.2 | 2.25 | .39 (avg.) |
| | B-2 (S-9) | 0.3-0.9' | 96.1 | 25.6 | 2.25 | .34 |
| | | 0.9-1.5' | 94.2 | 24.0 | 1.8 (avg.) | .35 (avg.) |
| | | 1.5-2.1' | 102.7 | 25.4 | 2.25 | .82 |
| | B-3 (S-11) | 0.5-1.1 | 88.5 | 25.5 | 3.7 | .51 |
| | | 1.2-1.8' | 92.9 | 24.7 | 1.7 (avg.) | .3 (avg.) |
| | B-4 (S-10) | 0-0.6' | 83.2 | 29.6 | 2.25 | .42 |
| | | 0.6-1.2' | 87.0 | 24.8 | 2.25 | .30 |
| | | 1.6-2.2' | 99.6 | 25.0 | 3.75 | .45 (avg.) |
| | B-5 (S-1) | 0.6-1.2' | 87.2 | 31.8 | 0.7 | .30 |
| | | 1.3-1.9 | 80.0 | 32.2 | 0.4 | .27 (avg.) |
| | B-6 (S-1) | 0-0.6' | 82.3 | 32.2 | 1.5 | .36 |
| | | 0.6 1.2' | 90.6 | 25.8 | 2.25 | .30 |
| | | 1.3-1.9 | 92.9 | 30.7 | 1.00 (avg.) | .18 (avg.) |
| | B-7 (S-1) | 0.1-0.7' | 87.2 | 27.8 | 1.70 (avg.) | .30 (avg.) |
| | | 0.7-1.3' | 93.9 | 24.8 | 1.75 (avg.) | .30 (avg.) |
| | | 1.3-1.9' | 95.3 | 28.9 | 1.25 | .32 (avg.) |
| 2.5-4.0' | B-1 (S-2) | 2.5-3.1' | 88.8 | 31.0 | 2.25 | .43 |
| | | 3.3-3.8' | 91.9 | 32.2 | 0.25 | .61 |
| | B-2 (S-2) | 2.9-3.5' | 96.7 | 27.3 | 2.25 (avg.) | .40 (avg.) |
| | B-3 (S-2) | 2.5-3.0' | 91.0 | 31.4 | 2.75 | .80 |
| | | 3.0-3.6' | 91.2 | 32.9 | 3.50 | .64 |
| | B-4 (S-2) | 2.5-3.1' | 90.3 | 30.3 | 2.75 | .40 |
| | | 3.1-3.7' | 90.4 | 32.3 | 4.25 | .70 (avg.) |
| | B-6 (S-2) | 2.0-2.6' | 88.4 | 33.0 | 1.25 | .30 (avg.) |
| | | 2.6-3.2' | 89.2 | 33.9 | 2.5 (avg.) | .37 (avg.) |
| | | 3.2-3.8' | 91.0 | 24.6 | 3.0 | .52 (avg.) |
| | B-7 (S-2) | 2.1-2.7' | 90.8 | 31.3 | 2.25 | .44 (avg.) |
| | | 2.7-3.3' | 89.3 | 24.2 | 3.25 (avg.) | .39 (avg.) |
| 7.5-9.5' | B-1 (S-4) | 7.5-7.9' | 100.0 | 26.4 | 3.25 | .70 |
| | | 8.0-8.8' | 95.6 | 31.1 | 2.25 | .57 |
| 10.0-12.0' | B-3 (S-12) | 10.2-10.8' | 83.2 | 33.6 | 1.25 | .24 |
| 12.0-15.0' | B-4 (S-6) | 12.6-13.2' | 93.6 | 35.0 | 1.75 | .42 (avg.) |
| | | 13.2-13.8' | 91.9 | 36.0 | 1.75 | .40 |
| | | 13.8-14.5' | 91.1 | 34.8 | 1.0 | .35 (avg.) |
| 15.0-17.0' | B-2 (S-7) | 15.0-15.6 | 103.0 | 30.5 | 2.0 (top) | .32 (top) |
| | | | | | 4.5+ (bot.) | .82 (bot.) |

**TABLE B-1**
**Part B - SPT Sample Data**

**Applied Geotechnology Inc.**

| [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|
| B-1 | S-1 @ 1.0-2.5' | 9 | 23.9 |
| | S-3 @ 4.5-6.0' | 13 | 31.8 |
| | S-5 @ 10.0-11.5' | 10 | 29.1 |
| | S-6 @ 12.5-14.0' | 15 | 31.6 |
| | S-7 @ 15.0-16.5' | 20 | 47.0 |
| | S-8 @ 17.5-19.0' | 38 | 51.8 |
| | S-9 @ 20.0-20.8 | 50/4" | 28.8 |
| | S-10 @ 22.5-22.8 | 50/3" | 24.2 |
| B-2 | S-1 @ 0-1.5' | 4 | 26.5 |
| | S-3 @ 5-6.5' | 10 | 30.0 |
| | S-4 @ 7.5-9.0' | 10 | 26.5 |
| | S-5 @ 10.0-11.5' | 8 | 31.1 |
| | S-6 @ 12.5-14.0' | 13 | 28.5 |
| | S-8 @ 17.5-18.0' | 50/6" | 22.8 |
| | No recovery | 50/0" | n/a |
| B-3 | S-1 @ 1.0-2.5' | 7 | 25.3 |
| | S-3 @ 4.5-6.0' | 10 | 34.2 |
| | S-4 @ 7.5-9.0' | 8 | 30.9 |
| | S-5 @ 12.5-14.0' | 6 | 34.9 |
| | S-6 @ 15.0-16.5' | 9 | 35.5 |
| | S-7 @ 17.5-19.0' | 8 | 30.7 |
| | S-8 @ 20.0-21.5' | 21 | 27.7 |
| | S-9 @ 25.0-26.5' | 26 | 50.6 |
| | S-10 @ 30.0-30.8' | 50/4" | 32.7 |
| B-4 | S-1 @ 1.0-2.5' | 9 | 28.5 |
| | S-3 @ 4.0-5.5' | 13 | 31.6 |
| | S-4 @ 7.5-9.0' | 6 | 33.7 |
| | S-12 @ 10.0-11.5' | 8 | 34.8 |
| | S-6 @ 15.0-16.5' | 5 | 37.5 |
| | S-7 @ 17.5-19.0' | 10 | 29.1 |
| | S-8 @ 20.0-21.5' | 31 | 38.1 |
| | S-9 @ 25.0-26.5' | 40 | 40.5 |
| B-5 | S-2 @ 2-3.5' | 10 | 37.0 |
| | S-[illegible] @ 5.0-6.5' | 11 | 31.9 |
| | S-3 @ 7.5-9.0' | 7 | 26.3 |
| | S-4 @ 10.0-11.5' | 8 | 29.4 |
| | S-5 @ 12.5-14.0' | 7 | 29.3 |
| | S-6 @ 15.0-16.5' | 8 | 36.5 |
| | S-7 @ 17.5-19.0' | 8 | 34.0 |
| | S-8 @ 20.0-21.5' | 5 | 34.5 |
| | S-10 @ 25.0-26.3' | 93 | 36.0 |

A1 to A1

TABLE 8-2
COMPACTED CBR TEST RESULTS

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| Bulk 1 | 106 | 92 | 2.14 | 1.68 | 2.50 | 2.41 |
| Bulk 1 | 110 | 98 | 3.62 | 3.75 | 4.58 | 5.49 |



CIRCUITCITY-RE TEL:804-527-4186 Exhibit(s) Lease 6 of 9 Page 17 of 20 Apr 05 94 13:28 No.004 P.32

PLASTICITY INDEX
LIQUID LIMIT
CH
CL
A-LINE
MH
OH
ML
OL
CL-ML
ML
B-5, S-1
B-2, S-2
B-4, S-5
0
10
20
30
40
50
60
70
80
90
Applied Geotechnology Inc.
Geotechnical Engineering
Geology & Hydrogeology
Plasticity Chart
Washington Green Retail Center
Washington County, Oregon
FIGURE
B-1
JOB NUMBER
24111.011
DRAWN
MRN
APPROVED
DATE
7 Feb 94
REVISED
DATE

| B/TP-NUMBER | SAMPLE NUMBER | U.S.C. | WATER CONTENT IN PERCENT | LIQUID LIMIT IN PERCENT | PLASTIC LIMIT IN PERCENT | PLASTICITY INDEX |
|---|---|---|---|---|---|---|
| B-2 | S-2 | CL | 22.9 | 40.9 | 23.2 | 17.7 |
| B-4 | S-5 | ML | 30.7 | 30.4 | 25.0 | 5.4 |
| B-5 | S-1 | CH | 30.8 | 65.4 | 23.4 | 41.9 |

A4 to A4
R=90% 804 527 4186 04-05-94 01:25PM P032 #06



| BORING NUMBER | SAMPLE NUMBER | DEPTH IN FEET | WATER CONTENT IN PERCENT NATURAL | WATER CONTENT IN PERCENT FINAL | INITIAL UNIT WEIGHT IN PCF WET | INITIAL UNIT WEIGHT IN PCF DRY | CLASSIFICATION |
|---|---|---|---|---|---|---|---|
| B-2 | S2 | 3.3' | 24.4 | | 117.4 | 94.3 | Medium-stiff, brown SILT; moist, trace to some fine sand |

Applied Geotechnology Inc.
Geotechnical Engineering
Geology & Hydrogeology

Consolidation Test
Washington Green Retail Center
Washington County, Oregon

FIGURE
**B-2**

| JOB NUMBER | DRAWN | APPROVED | DATE | REVISED | DATE |
|---|---|---|---|---|---|
| 80111.011 | MEN | | 7 Feb 94 | | |

A4 to A4



| BORING NUMBER | SAMPLE NUMBER | DEPTH IN FEET | WATER CONTENT IN PERCENT | | INITIAL UNIT WEIGHT IN PCF | | CLASSIFICATION |
|---|---|---|---|---|---|---|---|
| | | | NATURAL | FINAL | WET | DRY | |
| B-4 | S6 | 12.7 | 28.6 | | 121.4 | 94.4 | Medium-stiff, mottled brown SILT; moist, trace to some fine sand, trace clay |

Applied Geotechnology Inc.
Geotechnical Engineering
Geology & Hydrogeology

Consolidation Test
Washington Green Retail Center
Washington County, Oregon

FIGURE
B-3

| JOB NUMBER | DRAWN | APPROVED | DATE | REVISED | DATE |
|---|---|---|---|---|---|
| 90111.011 | MCN | | 7 Feb 94 | | |

A4 to A4



| BORING NUMBER | SAMPLE NUMBER | DEPTH IN FEET | WATER CONTENT IN PERCENT | | INITIAL UNIT WEIGHT IN PCF | | CLASSIFICATION |
|---|---|---|---|---|---|---|---|
| | | | NATURAL | FINAL | WET | DRY | |
| B-5 | S-1 | 1.7' | 34.3 | | 113.8 | 84.7 | Medium stiff, dark gray-brown SILT; wet, trace to some fine to coarse sand |

**Applied Geotechnology Inc.**
Geotechnical Engineering
Geology & Hydrogeology

**Consolidation Test**
Washington Green Retail Center
Washington County, Oregon

FIGURE **B-4**

| JOB NUMBER | DRAWN | APPROVED | DATE | REVISED | DATE |
|---|---|---|---|---|---|
| 90111.011 | MEN | | 7 Feb 94 | | |

A4 to A4