## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Case No. 08-35653 (KRH) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Hearing Date: June 9, 2009 at 10:00 a.m. |
| | ) | Objection Deadline: June 4, 2009 at 4:00 p.m. |

### NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that Washington Green TIC ("Washington Green" and/or "Claimant"), by and through its undersigned counsel, filed the **Motion of Landlord, Washington Green TIC for Order Allowing and Compelling Payment of Administrative Expense Claim Under 11 U.S.C. § 503(B) and Post-Petition Lease Obligations Under 11 U.S.C. § 365(d)(3) (the "Motion")** with the Court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have once in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before **June 4, 2009**, you or your attorney must:

1. File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

William C. Redden
Clerk of the Court
United States Bankruptcy Court for the Eastern District of Virginia
701 East Broad Street, Suite 4000
Richmond, VA 23219.

Jeremy S. Friedberg, VSB No. 40228
Gordon S. Young, VSB No. 68822
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland 21117
(410) 581-7400
(410) 581-7410 (facsimile)

*Attorneys for Washington Green TIC*

92680.doc

You must also mail a copy to:

Jeremy S. Friedberg, Esq.
Gordon S. Young, Esq.
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, MD 21117

-and-

James E. Huggett, Esq.
750 Shipyard Drive, Suite 102
Wilmington, DE 19801

-and-

Bradley S. Copeland, Esq.
Arnold Gallagher Saydack Percell Roberts & Potter, P.C.
800 Willamette Street, Suite 800
Eugene, OR 97401

2.    Attend the hearing on the motion scheduled to be held on **June 9, 2009 at 10:00
a.m.** before the Honorable Kevin R. Huennekens, United States Bankruptcy Court
for the Eastern District of Virginia, Room 5000, 701 East Broad Street,
Richmond, VA 23219. **If no timely response has been filed opposing the relief
requested, the court may grant the relief without holding a hearing.**

If you or your attorney do not take these steps, the court may decide that you do not
oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: April 30, 2009

Respectfully submitted,

_____/s/ Jeremy S. Friedberg_____
Jeremy S. Friedberg, VSB No. 40228
Gordon S. Young, VSB No. 68822
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland 21117
(410) 581-7400
(410) 581-7410 (facsimile)

-and-

James E. Huggett, Esq.
Margolis Edelstein
750 Shipyard Drive, Suite 102
Wilmington, Delaware 19801
(302) 888-1112
(302) 888-1119 (facsimile)

-and-

Bradley S. Copeland, Esq.
Arnold Gallagher Saydack Percell Roberts
  & Potter, P.C.
800 Willamette Street, Suite 800
Eugene, Oregon 97401

*Attorneys for Washington Green TIC*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of April, 2009, a copy of the foregoing was served on all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system.

/s/ Jeremy S. Friedberg
Jeremy S. Friedberg