# EXHIBIT A

#1404020 v1
104692-65007

Palm Beach County Tax Collector's Office

Page 1 of 1

# ANNE M. GANNON
TAX COLLECTOR, PALM BEACH COUNTY

Home | Quick Help | Site Map | Employment | En Español | An Kreyòl

Search Site... [Go]

1 SEARCH    2 DETAIL    3 REVIEW CART    4 PAYMENT METHOD    5 PAYMENT INFORMATION    6 CONFIRM & SUBMIT

← Back

| Collector # | 4-720-741-80 | Property Control # | 74-43-43-19-01-000-0051 | Tax Year | 2008 |

## Real Estate Property Details

Owner: BOND CIRCUIT IV DELAWARE
Owner2:
Legal Description: PERINI-WESTWARD COMMERCIAL AREA 725 FT, S 191.33 FT OF W 200.09 FT & TRGLR PAR  SR 704 R/W) TR E (LESS W
Mortgage: NONE
Record Status: UNPAID
Tax if Paid Today:
Installment #: 0

### Physical Address

Address1: 1901  OKEECHOBEE BLVD
City:
Address2:
State:        Zipcode:

### Mailing Address

Address1: BUSINESS TRUST % WILMINGTO
City: WILMINGTON
Address2: 1100 N MARKET ST
State: DE    Zipcode: 19801-1243

| NOVEMBER | DECEMBER | JANUARY | FEBRUARY | MARCH | TAXES ARE DELINQUENT APRIL 1 |
|---|---|---|---|---|---|
| 156,343.26 | 157,971.83 | 159,600.41 | 161,228.98 | 162,857.56 | |

All content ©2007 Tax Collector, Palm Beach County. | Disclaimer

Apr 27 09 10:31a     Belmont                                               561-626-2643              p.2

## AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| PROPERTY CONTROL NUMBER | TAX YEAR | CMC | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE |
|---|---|---|---|---|---|
| 74-63-43-19-01-000-0051 | 2008 | 40 | 7,174,698 | | 7,174,698 |

|  | EXEMPTIONS APPLIED TO THIS PROPERTY | LEGAL DESCRIPTION |
|---|---|---|
| | 0 | |

EXEMPTIONS APPLIED TO THIS PROPERTY

LEGAL DESCRIPTION
PERINI-WESTWARD COMMERCIAL
AREA TR E (LESS W 725 FT, S
101.33 FT OF W 200.09 FT AND
TRGLR PAR SR 704 R/W)

lıludlılulıdlıılıılıııllıdlıılıdlıludlılıluludlıl
BOND CIRCUIT IV DELAWARE
BUSINESS TRUST % WILMINGTON TR
1100 N MARKET ST
WILMINGTON DE   19801-1243

SEE REVERSE SIDE FOR
MORE INFORMATION

COLLECTOR NO.
4-720-741-80

ANNE M. GANNON,
Tax Collector
Palm Beach County

# PROPERTY TAX

# REMINDER

# NOTICE

## OUR RECORDS SHOW THAT AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS IN YOUR NAME HAVE NOT BEEN PAID AS OF 03/10/2009

### IF PAID AFTER 03/10/2009 PLEASE DISREGARD THIS NOTICE.

PLEASE RETAIN THIS
TOP PORTION FOR
YOUR RECORDS

| AMOUNT DUE IF PAID IN | $162,857.56 | $167,749.29 | $187,653.28 |
|---|---|---|---|
| | MARCH 2009 | APRIL/MAY 2009 | JUNE/JULY 2009 |
| | | | DELINQUENT |

PLEASE RETAIN THIS
TOP PORTION FOR
YOUR RECORDS

---

DETACH HERE   *** SEE REVERSE SIDE FOR INSTRUCTIONS AND INFORMATION ***   DETACH HERE

## COUNTY OF PALM BEACH: NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| PROPERTY CONTROL NUMBER | TAX YEAR | MTG CODE | COLLECTOR NO. |
|---|---|---|---|
| 74-43-43-19-01-000-0051 | 2008 | | 4-720-741-80 |

BOND CIRCUIT IV DELAWARE
BUSINESS TRUST % WILMINGTON TR
1100 N MARKET ST
WILMINGTON DE   19801-1243

LEGAL DESCRIPTION
PERINI-WESTWARD COMMERCIAL
AREA TR E (LESS W 725 FT, S
91.33 FT OF W 200.09 FT AND
TRGLR PAR SR 704 R/W)

00472074180016285756010001

P.O. BOX 3353
WEST PALM BEACH, FL 33402-3353

MAKE CHECKS PAYABLE TO:
TAX COLLECTOR, PALM BEACH COUNTY

SEE REVERSE SIDE FOR
INSTRUCTIONS AND
INFORMATION

00000083   000046972   RRSew

| AMOUNT DUE IF PAID IN | $162,857.56 | $167,749.29 | $187,653.28 |
|---|---|---|---|
| | MARCH 2009 | APRIL/MAY 2009 | JUNE/JULY 2009 |
| | | | DELINQUENT |

PAYMENT AFTER MARCH 31st MUST
BE BY CASH, MONEY ORDER,
CERTIFIED CHECK, BANK DRAFT,
US POSTAL ORDER, OR,
CASHIER'S CHECK

# EXHIBIT B

#1404020 v1
104692-65007

December 16, 2008

**CAPMARK**

Bond-Circuit IV, DE Business Trust
Rosinsky Associates/Circuit City Stores
3450 Northlake Blvd, Suite 210
Palm Beach Gardens, FL. 33403

Re:   **Capmark Loan No. 98-7004870**
      **Property Address: 1901 Okeecheobee Blvd, W Palm Beach, FL**

Dear Borrower:

This letter shall serve to advise you that the subject loan is in **default.**

Demand is hereby made for payments currently due and payable.  As of the date of this
letter, the **amount immediately due is $152,483.65**.  The breakdown is as follows:

| | |
|---|---|
| Monthly Payment for November 2008 | $ 56,783.00 |
| Monthly Payment for December 2008 | 56,783.00 |
| Late Charges Outstanding | 5,658.30 |
| Default Interest @ 6% from 11/05/08-12/15/08 | 33,259.35 |
| **Total Amount Due** | **$152,483.65** |

Default Interest will continue to accrue on a daily basis at **$811.20** until such time as all
outstanding defaults are cured and payment brought current.  Default interest is being
calculated in accordance with Page 3, Paragraph 2 of the Mortgage Note dated
December 30, 1996.

Payments must be sent either by overnight carrier to the address shown below or
payment must be sent via wire to the wiring instructions also listed below:

**Overnight Mailing Address:**

Capmark Finance Inc.
116 Welsh Road
Horsham, PA 19044
Attn: Payment Application-A

**Wiring Instructions:**

Capmark Bank
6955 Union Park Center, Suite 300
Midvale, UT 84047
ABA #: 1240-8473-7 (for wire or ACH)
Acct #: 18478043
Beneficiary:   GMACCM / Capmark
Reference:     Loan Number 98-7004870

**Capmark Finance Inc. and the Noteholder explicitly reserve the right to exercise any and all legal remedies available without further notice or demand to you, except as required by law.  No statement set forth in this letter will modify or waive any term or provision of the Note, Mortgage, or any other Loan Document. This letter shall not be construed as an agreement by us to give you further notice.**

Please call me immediately to review this matter.

Sincerely,

*Kristi Lee*

Kristi Lee
Sr. Client Relations Manager
Phone: 801-233-2013
Fax:    801-233-2043
Email:  kristi.lee@capmark.com

# **EXHIBIT C**

#1404020 v1
104692-65007

 **WILMINGTON** TRUST

Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890-0001

---

*Bond Circuit IV DBT*

For Work Performed Between: 10/1/2008 and 3/30/2009

| Date | Employee | Billable Hours | Work Code | Work Description |
|------|----------|----------------|-----------|-----------------|
| 11/11/2008 | Vanaskey, Da | 0.5 | Update Internal Management | Review of Circuit City filing and accounts of Wilmington Trust Co. |
| 11/12/2008 | Vanaskey, Da | 0.2 | Other 3rd Party Communication | Review delinquent loans with Capmark |
| 11/13/2008 | Vanaskey, Da | 1 | Correspond/ with Company | Discuss filing, trust activities and next steps |
| 11/17/2008 | Vanaskey, Da | 0.2 | Review File/Court Papers | The Notice of Bankruptcy Filing reviewed, discussed and distributed |
| 11/18/2008 | Vanaskey, Da | 0.2 | Review File/Court Papers | The Notice of Bankruptcy Filing reviewed, discussed and distributed |
| 11/19/2008 | Vanaskey, Da | 0.2 | Review File/Court Papers | he Notice of Bankruptcy Filing reviewed, discussed and distributed |
| 11/24/2008 | Vanaskey, Da | 0.1 | Other 3rd Party Communication | Review delinquent notice information fro Capmark |
| 11/26/2008 | Vanaskey, Da | 0.2 | Other 3rd Party Communication | Capmark Finance Notice of Delinquency |
| 12/1/2008 | Vanaskey, Da | 0.2 | Review File/Court Papers | The Notice of Bankruptcy Filing, reviewed, discussed and distributed |
| 12/1/2008 | Vanaskey, Da | 0.2 | Review File/Court Papers | Claim request for us sent to Trust Owner |
| 12/4/2008 | Vanaskey, Da | 0.1 | Bondholder Communication | Update on Case |
| 12/4/2008 | Vanaskey, Da | 1 | Bondholder Communication | Default notices received and mailed out |
| 12/8/2008 | Vanaskey, Da | 0.2 | Other 3rd Party Communication | Review and distribute CPEX communication |
| 12/9/2008 | Vanaskey, Da | 0.1 | Other 3rd Party Communication | Delinquent notices from CapMark |
| 12/11/2008 | Vanaskey, Da | 0.2 | Bondholder Communication | Discuss November and December rent with M. Rozinski |
| 12/14/2008 | Vanaskey, Da | 0.1 | Other 3rd Party Communication | Discuss property with DJM Realty |
| 12/16/2008 | Vanaskey, Da | 0.5 | Review File/Court Papers | Review & distribution of various interim orders |
| 12/23/2008 | Vanaskey, Da | 0.5 | Review File/Court Papers | Review meeting of creditors -deadline filings of proof of claim forwarded to Trust Owner |

*Tuesday, March 31, 2009*

| | | | | |
|---|---|---|---|---|
| 12/24/2008 | Vanaskey, Da | 0.2 | Review File/Court Papers | Review meeting of creditors-deadline filings of proof of claim |
| 12/30/2008 | Vanaskey, Da | 0.2 | Review File/Court Papers | Review notice of commencement and notice of deadline for filing proofs of claim |
| 1/2/2009 | Vanaskey, Da | 0.2 | Other 3rd Party Communication | Discuss properties with DJM Realty |
| 1/2/2009 | Vanaskey, Da | 0.3 | Correspond/TC with Counsel | Work with S. Federgreen regarding 1901 Okeechobee Blvd. |
| 1/6/2009 | Vanaskey, Da | 0.2 | Correspond/ with Company | Receipt of correspondence from Circuit City |
| 1/9/2009 | Vanaskey, Da | 0.2 | Review File/Court Papers | Review and distribute notice of motion and hearing on debtors' motion for orders pursuant to bankruptcy |
| 1/14/2009 | Vanaskey, Da | 0.2 | Other 3rd Party Communication | Receipt and distribution of Sterling Organization correspondence |
| 1/26/2009 | Vanaskey, Da | 2 | Correspond/TC with Counsel | Proof of claim review and signing |
| 1/27/2009 | Vanaskey, Da | 0.2 | Correspond/TC with Counsel | Review property tax issue for proof of claim |
| 1/27/2009 | Vanaskey, Da | 0.2 | Review File/Court Papers | Review and distribution of the order approving agency agreement, store closing sales and related relief |
| 1/27/2009 | Vanaskey, Da | 0.2 | Review File/Court Papers | Review The Order Approving Agency Agreement and forward to Trust Owner |
| 1/28/2009 | Vanaskey, Da | 1 | Respond To/Act On Court Order | Proof of claim preparation |
| 1/28/2009 | Vanaskey, Da | 0.3 | Correspond/TC with Counsel | Proof of Claim review and execution |
| 1/29/2009 | Vanaskey, Da | 1 | Review File/Court Papers | Proof of claim filing |
| 1/29/2009 | Vanaskey, Da | 0.1 | Bondholder Communication | Instruction letter from M. Rosinsky |
| 1/29/2009 | Vanaskey, Da | 1 | Respond To/Act On Court Order | Proof of claim review and mail out |
| 2/1/2009 | Vanaskey, Da | 0.2 | Bondholder Communication | Discuss case with M. Rosinsky |
| 2/4/2009 | Vanaskey, Da | 0.2 | Review File/Court Papers | Review and distribute notice of motion and notice of hearing on debtors' motion for orders under bankruptcy code |
| 2/4/2009 | Vanaskey, Da | 0.2 | Review File/Court Papers | Review Notice of Motion of Hearing on Debtor's Motion and forward to Trust Owner |
| 2/6/2009 | Vanaskey, Da | 0.2 | Other 3rd Party Communication | Receipt and review of Commercial Appraisal and Analysis |
| 2/6/2009 | Vanaskey, Da | 0.3 | Correspond/TC with Counsel | Correspond with S. Federgreen |
| 2/11/2009 | Vanaskey, Da | 0.2 | Review File/Court Papers | Review Notice of filing of exhibits 2 and 3 |

*Tuesday, March 31, 2009*

| Date | Name | Hours | Category | Description |
|---|---|---|---|---|
| 2/20/2009 | Vanaskey, Da | 0.2 | Review File/Court Papers | Review and delivery of approving bidding and auction procedures for sale of unexpired nonresidential real property leases |
| 2/26/2009 | Vanaskey, Da | 0.2 | Other 3rd Party Communication | Receipt and review of Commercial Appraisal & Analysis |
| 3/3/2009 | Vanaskey, Da | 0.3 | Review File/Court Papers | Review and delivery of new bid deadline |
| 3/4/2009 | Vanaskey, Da | 0.2 | Review File/Court Papers | Review and delivery of notice of rejection and notice of bids received |
| 3/9/2009 | Vanaskey, Da | 0.2 | Other 3rd Party Communication | Reviewed and distributed correspondence and check from CapMark |
| 3/9/2009 | Vanaskey, Da | 0.3 | Review File/Court Papers | Review and distributed notice of rejection of unexpired leases and abandonment of personal property, two different orders pursuant to bankruptcy codes |
| 3/13/2009 | Vanaskey, Da | 0.1 | Other 3rd Party Communication | Receipt and distribution of Retail MDS correspondence |
| 3/17/2009 | Vanaskey, Da | 1 | Bondholder Communication | Distribution of Capmark funds |
| 3/17/2009 | Vanaskey, Da | 0.15 | General Administration | Proof of claim confirmation received, reviewed and forwarded |
| 3/19/2009 | Vanaskey, Da | 0.15 | Correspond/ with Company | Receipt, review and forwarding correspondence and keys from company |

*Total BillableHours:* 17.3

*Total Due this Invoice:* $7,352.50

*Tuesday, March 31, 2009*