IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| In re: | Chapter 11 |
|---|---|
| CIRCUIT CITY STORES, INC., ET AL., | Case No. 08-35653 (KRH) |
| Debtors | Jointly Administered |

### ORDER GRANTING ALLOWANCE OF AND COMPELLING
### PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Upon consideration of Bond-Circuit IV Delaware Business Trust ("Bond-Circuit IV") Motion for an Order pursuant to 11 U.S.C. §§ 365(d), 503(b) and 507(a)(2) granting allowance and compelling payment of an administrative expense claim (the "Motion") filed in the bankruptcy case of the above-captioned debtors and debtors in possession, the Court finds that (i) it has jurisdiction over the matters raised in the Motion, (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) proper and adequate notice of the Motion and the opportunity for a hearing thereon has been given and no other or further notice is necessary, and (iv) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due consideration upon the Motion and the arguments presented at any hearing had thereupon.  Therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED.**

2. Bond-Circuit IV shall have an allowed administrative expense claim against the Debtors, Circuit City Stores, Inc., et al., in the amount of $125,963.19 as an administrative expense upon the effective date of confirmation of a plan of

1

reorganization in this case, which amount includes: (a) Real Property Taxes in the amount of $53,988.40, (b) Attorneys Fees in the amount of $32,150.24, (c) Trustee Charges in the amount of $7,352.50, and (d) Lender Charges in the amount of $32,462.50

3. The Debtors are authorized and directed to pay to Bond-Circuit IV its allowed administrative expense claim upon the effective date of a confirmed plan of reorganization.

**ENTERED** in Richmond, Virginia, this _____ day of _____, 2009.

_____
United States Bankruptcy Judge