# Schedule A

#1390849 v2
042584-64740

Apr 13 2009 2:59PM    I. Reiss and Co          212 573-9415                          p.2

**Please Make Check Payable To :**  HTTPS: Hpry
**CATHERINE A. RYBCZYNSKI**           Heffner
**TOWN OF HAMBURG**
**6100 SOUTH PARK AVENUE**
**HAMBURG, NY 14075**

**2009 County Tax**

**Tax Due by 02/17/2009**

Place of Collection and Hours :
HAMBURG TOWN HALL
Monday - Friday  9:00am- 4:30pm
Extended hours:
Feb 09-13th, & 17th  8 am-6 pm
Phone (716) 649-6111 ext. 2346

160.07-2-30

C.C.Hamburg NY Partners LLC                                Bank
Attention: Tax Department                                  Bill #   8813
CIRCUIT CITY STORES #3153
PO BOX 42304
RICHMOND, VA 23242

Fiscal Year   01/01/2009 - 12/31/2009
Warrant Date     01/15/2009
Swis          144889
Prop. Loc.    3701 Mckinley Pkwy
Prop. Class   453     Roll Sect. 1
State Aid
NYS Tax & Finance School Dist.     210
Size   2.86ac 70.00f * 0.00d
Exemption Desc.                    Amount

Estimated Full Market Value of this property is:  2496000

The Total Assessed Value of this property is : 1560000
The Uniform Percentage of Value used to establish assessments was : 62.50%

If you feel your property is over assessed, please ask your Assessor for the booklet "How to File a Complaint on Your Assessment".

| Levy Description | Total Levy | % Change From Prior Year | Taxable | Rate / m | Tax Amount |
|---|---|---|---|---|---|
| COUNTY TAX | 0 | -100.0 | 1,560,000.00 | 5.000000 | 0.00 |
| LIBRARY PURPOSE | 22,171,833 | 0.0 | 1,560,000.00 | 0.801976 | 1,251.08 |
| NYS MANDATED TAX | 201,134,493 | 6.0 | 1,560,000.00 | 7.425513 | 11,583.80 |
| GENERAL TOWN TAX | 12,059,840 | 1.6 | 1,560,000.00 | 6.185557 | 9,649.47 |
| HIGHWAY TAX | 4,797,807 | 3.7 | 1,560,000.00 | 2.807460 | 4,379.64 |
| 46006 TOWN ST LIGHTS | 760,000 | 1.3 | 1,560,000.00 | 0.423878 | 661.25 |
| 45142 93- MIWA | 40,698 | 13.0 | 0.00 | 1.156212 | 0.00 |
| 45142 93- MIWA | 40,698 | 13.0 | 1,560,000.00 | 0.027605 | 43.06 |
| 46023 NEWTON ABBOTT FIRE | 469,750 | 1.7 | 1,560,000.00 | 1.941771 | 3,029.16 |
| 46005 TOWN HYDRANT | 310,000 | 0.0 | 1,560,000.00 | 0.172898 | 269.72 |
| 46120 91-WATER M.W.I.A. | 42,486 | -1.1 | 0.00 | 0.601715 | 0.00 |
| 46120 91-WATER M.W.I.A. | 42,486 | -1.1 | 1,560,000.00 | 0.027382 | 42.72 |
| 46043 89-WATER M.W.I.A. | 42,220 | 20.6 | 0.00 | 0.738712 | 0.00 |
| 46043 89-WATER M.W.I.A. | 42,220 | 20.6 | 1,560,000.00 | 0.026956 | 42.05 |
| 46108 90-WATER M.W.I.A. | 47,863 | -4.2 | 0.00 | 0.913338 | 0.00 |
| 46108 90-WATER M.W.I.A. | 47,863 | -4.2 | 1,560,000.00 | 0.026732 | 41.70 |
| 46302 TOWN WIDE WATER | 120,000 | 100.0 | 1,560,000.00 | 0.073714 | 114.99 |
| 46121 ERIE CO SEWER 3 CH1 | 11,281,110 | 3.5 | 1.00 | 210.000000 | 210.00 |
| 46121 ERIE CO SEWER 3 CH1 | 11,281,110 | 3.5 | 1,560,000.00 | 0.750539 | 1,170.84 |
| 46121 ERIE CO SEWER 3 CH1 | 11,281,110 | 3.5 | 1,560,000.00 | 0.076676 | 119.61 |
| 46122 ERIE CO SEWER 3 CH1 | 0 | 0.0 | 0.00 | 0.500000 | 0.00 |
| 46131 ECSD#3 USER CHG #1 | 0 | 0.0 | 0.00 | 2.600000 | 0.00 |

Senior Citizen Statement : If 65 or over, you may be eligible for a senior citizen exemption. You MUST apply by March 1. For information, call your local

**Total Tax Levied**         **32,609.09**

**Total Tax Due by 04/15/2009   $   34,565.64**

Bill #
8813