## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., ET AL., | Case No. 08-35653 (KRH) |
| Debtors | Jointly Administered |

### ORDER GRANTING ALLOWANCE OF AND COMPELLING
### PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Upon consideration of CC Hamburg NY Partners, LLC's , as successor-in-interest to Hamburg Peripheral Limited Partnership ("CC Hamburg") Motion for an Order pursuant to 11 U.S.C. §§ 365(d), 503(b) and 507(a)(2) granting allowance and compelling payment of an administrative expense claim (the "Motion") filed in the bankruptcy case of the above-captioned debtors and debtors in possession, the Court finds that (i) it has jurisdiction over the matters raised in the Motion, (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) proper and adequate notice of the Motion and the opportunity for a hearing thereon has been given and no other or further notice is necessary, and (iv) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due consideration upon the Motion and the arguments presented at any hearing had thereupon.  Therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED.**

2. CC Hamburg shall have an allowed administrative expense claim against the Debtors, Circuit City Stores, Inc., et al., in the amount of $41,132.16 as an administrative expense upon the effective date of confirmation of a plan of reorganization in this

1

case, which amount includes: (a) November Stub Rent in the amount of $12,865.12,

(b) accrued but unpaid Real Property Taxes in the pro-rated amount of $6,629.00, and

(c) attorneys fees in the amount of $21,638.04.

3.   The Debtors are authorized and directed to pay to CC Hamburg its allowed

administrative expense claim upon the effective date of a confirmed plan of

reorganization.

**ENTERED** in Richmond, Virginia, this _____ day of _____, 2009.


_____
United States Bankruptcy Judge