IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

| | |
|---|---|
| In re: **CIRCUIT CITY STORES, INC., ET AL.,** Debtors | Chapter 11  Case No. 08-35653 (KRH)  Jointly Administered |

### NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE THAT** CC Hamburg NY Partners, LLC, as successor in interest to Hamburg Peripheral Limited Partnership ("CC Hamburg"), by and through its counsel, has filed with the Court a Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 365(d)(3), 503(b) and 507(a)(2) Granting Allowance and Compelling Payment of Administrative Claim, a copy of which has been forwarded to you.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult one). Under Local Bankruptcy Rule 4001-(a), the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing unless you take the following steps.

1. File with the Court, at the address shown below, a written objection. If you mail your response to the Court for filing, you must mail it early enough so the court will **receive** it on or before **May 25, 2009 at 5:00 p.m.**

> William C. Redden, Clerk
> United States Bankruptcy Court
> 701 E. Broad Street, Suite 4000
> Richmond, VA 23219

You must also deliver a copy to all parties on the Certificate of Service below and to:

| | |
|---|---|
| Douglas M. Foley, Esq.  **McGuire Woods, LLP**  One James Center  901 East Cary St.  Richmond, VA 23219  *Counsel for the Debtors* | Greg M. Galardi, Esq.  Ian S. Fredericks, Esq.  **Skadden, Arps, Slate, Meagher & Flom, LLP**  One Rodney Square  P.O. Box 636  Wilmington, Delaware 19899-0636  *Counsel for the Debtors* |

| | |
|---|---|
| Dion W. Hayes, Esq.<br>Joseph S. Sheerin, Esq.<br>Sarah Becket Boehm, Esq.<br>**McGuire Woods LLP**<br>One James Center<br>901 East Cary Street<br>Richmond, Virginia 23219<br><br>*Counsel for the Debtors* | Chris L. Dickerson, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom, LLP**<br>333 West Wacker Dr.<br>Chicago, IL 60606<br><br>*Counsel for the Debtors* |
| Lynn L. Tavenner, Esq.<br>Paula S. Beran, Esq.<br>**Tavenner & Beran, P.C.**<br>20 North Eights Street, 2nd Floor<br>Richmond, Virginia 23219<br><br>*Counsel for the Official Committee of Unsecured Creditors* | Jeffrey N. Poemrantz, Esq.<br>**Pachulski Stang Ziehl & Jones LLP**<br>10100 Santa Monica Boulevard, 11th Floor<br>Los Angeles, California 90067-4100<br><br>*Counsel for the Official Committee of Unsecured Creditors* |
| Robert J. Feinstein, Esq.<br>**Pachulski Stang Ziehl & Jones LLP**<br>780 Third Avenue, 36th Floor<br>New York, New York 10017-2024<br><br>*Counsel for the Official Committee of Unsecured Creditors* | Robert B. Van Arsdale, Esq.<br>**Office of the U.S. Trustee**<br>701 E. Broad Street, Suite 4304<br>Richmond, Virginia |

    2.    Attend the hearing scheduled for **May 28, 2009 at 10:00 a.m.** before the Honorable Kevin Huennekens, U.S. Bankruptcy Court, Room 5000, United States Courthouse, 701 E. Broad Street, Richmond, Virginia 23219.

*[Notice continued on next page]*

     If you or your attorneys do not take these steps, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.

Dated: April 30, 2009
       Greenbelt, Maryland

                              **McNAMEE HOSEA**

                      By: /s/ Craig M. Palik
                         Craig M. Palik, Esq.
                         (Va. Bar No. 45728)
                         6411 Ivy Lane, Suite 200
                         Greenbelt, MD 20770
                         (301) 441-2420 (v)
                         (301) 982-9450 (f)
                         cpalik@mhlawyers.com

                         -and-

                         Mark B. Conlan, Esq.
                         Shepard A. Federgreen, Esq.
                         **GIBBONS P.C.**
                         One Gateway Center
                         Newark, NJ 07102-5310
                         Telephone: (973) 596-4500
                         Facsimile: (973) 596-0545

                         *Co-counsel for CC Hamburg N.Y.*
                         *Partners, LLC, as successor-in-interest to*
                         *Hamburg Peripheral Limited Partnership*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing Notice of Motion of CC Hamburg N.Y. Partners, LLC for Entry of an Order Granting Allowance and Compelling Payment of Administrative Expense Claim and was served by first-class mail, postage prepaid on April 30, 2009 to those parties listed on the attached Service List, and to all creditors and parties included in the Court's ECF e-mail notification system.

Dated: April 30, 2009                    By: /s/ Craig M. Palik
                                             Craig M. Palik

# SERVICE LIST

| | |
|---|---|
| Douglas M. Foley, Esq.<br>**McGuire Woods, LLP**<br>One James Center<br>901 East Cary St.<br>Richmond, VA 23219<br><br>*Counsel for the Debtors* | Greg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom, LLP**<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636<br><br>*Counsel for the Debtors* |
| Dion W. Hayes, Esq.<br>Joseph S. Sheerin, Esq.<br>Sarah Becket Boehm, Esq.<br>**McGuire Woods LLP**<br>One James Center<br>901 East Cary Street<br>Richmond, Virginia 23219<br><br>*Counsel for the Debtors* | Chris L. Dickerson, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom, LLP**<br>333 West Wacker Dr.<br>Chicago, IL 60606<br><br>*Counsel for the Debtors* |
| Lynn L. Tavenner, Esq.<br>Paula S. Beran, Esq.<br>**Tavenner & Beran, P.C.**<br>20 North Eights Street, 2nd Floor<br>Richmond, Virginia 23219<br><br>*Counsel for the Official Committee of Unsecured Creditors* | Jeffrey N. Poemrantz, Esq.<br>**Pachulski Stang Ziehl & Jones LLP**<br>10100 Santa Monica Boulevard, 11th Floor<br>Los Angeles, California 90067-4100<br><br>*Counsel for the Official Committee of Unsecured Creditors* |
| Robert J. Feinstein, Esq.<br>**Pachulski Stang Ziehl & Jones LLP**<br>780 Third Avenue, 36th Floor<br>New York, New York 10017-2024<br><br>*Counsel for the Official Committee of Unsecured Creditors* | Robert B. Van Arsdale, Esq.<br>**Office of the U.S. Trustee**<br>701 E. Broad Street, Suite 4304<br>Richmond, Virginia |