IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| **CIRCUIT CITY STORES, INC.** *et al.,* | ) | Case No. 08-35653-KRH |
|  | ) | **(Jointly Administered)** |
| **Debtors.** | ) |  |
|  | ) |  |

### NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE THAT** landlord, Cardinal Court, LLC ("Cardinal Court"), by counsel at Sands Anderson Marks & Miller, P.C., has filed a *Motion of Cardinal Court, LLC for Immediate Payment of Certain Lease Obligations and Allowance of Lease Obligations as Administrative Expenses Pursuant to Sections 365(d)(3) and 503(b) of the Bankruptcy Code* (the "Motion") in the above-styled matter. A copy of the Motion has been filed on the Court's ECF docket and served upon all necessary parties.

**PLEASE TAKE FURTHER NOTICE THAT <u>your rights may be affected</u>. You should read these papers carefully and then discuss them with your attorney. If you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.)**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then by **June 2, 2009**, you or your attorney must:

---

Lisa Taylor Hudson, Esquire (VSB # 45484)
William A. Gray, Esquire  (VSB #46911)
SANDS, ANDERSON, MARKS & MILLER, P.C.
801 East Main Street, Suite 1800
(P.O. Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone:  (804) 648-1636
Fax:     (804) 783-7291
   *Local Counsel for Cardinal Court, LLC*

1.  File with William C. Redden, Clerk of the United States Bankruptcy Court, 701 East Broad Street, Suite 4000, Richmond, Virginia 23219, a written response pursuant to *Local Bankruptcy Rule* 9013-1(H).  If you mail your written response to the Court for filing, you must mail it early enough so the Court will receive it on or before **June 2, 2009**.

2.  You must also send a copy to all necessary parties and to counsel for Cardinal Court, attention: William A. Gray, Esquire; Lisa Taylor Hudson, Esquire; Sands Anderson Marks & Miller, P.C.; P.O. Box 1998; Richmond, Virginia 23218-1998.

3.  Attend the hearing scheduled for **June 9, 2009, at 10:00 a.m.** before The Honorable Kevin R. Huennekens, in Courtroom 5000, United States Bankruptcy Court, Eastern District of Virginia, Richmond Division, 701 East Broad Street, Richmond, Virginia 23219.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion, may deem any opposition waived, treat the Motion as conceded, and may enter an order granting the relief requested in the Motion.

**Respectfully Submitted,**

**CARDINAL COURT, LLC,**

**By Counsel,**

/s/ Lisa Taylor Hudson
Lisa Taylor Hudson, Esquire (VSB # 45484)
William A. Gray, Esquire  (VSB #46911)
SANDS, ANDERSON, MARKS & MILLER, P.C.
801 East Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone:  (804) 648-1636
Fax:     (804) 783-7291
*Local Counsel for Cardinal Court, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2009, a true and accurate copy of the foregoing Notice was electronically filed with the Clerk of the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and was mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached Service List.

           /s/ Lisa Taylor Hudson

### SERVICE LIST

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
    *Counsel for Debtors*

Dion W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
    *Counsel for Debtors*

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
Post Office Box 636
Wilmington, Delaware 19899-0636
    *Counsel for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606
    *Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
> *Office of the U.S. Trustee*

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601
> *Special Counsel for Debtors*

David S. Berman, Esquire
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
> *Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219
> *Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
> *Counsel for the Official Committee of Unsecured Creditors*

Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
> *Counsel for the Creditors Committee*

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 26th Floor
New York, New York 10017
> *Counsel for the Creditors Committee*