# EXHIBIT C

McNamee Hosea
6411 Ivy Lane
Suite 200
Greenbelt, MD 20770
(301) 441-2420

The Cohen Companies                                          Statement as of February 28, 2009

Ronald Cohen Management Co.                                  Statement No. 103233
2701 Tower Okas Blvd. Suite 200
Rockville, MD 20852

Matter ID: 13245-0002
Cohen Properties/ Circuit City Case

**Professional Fees**                                        Hours

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/23/2009 | JMG | Teleconference with M. Hollander regarding Circuit City bankruptcy, rent claims. | 0.30 | 120.00 |
| 1/26/2009 | SLG | Review Circuit City docket, motions filed by landlords in case for immediate payment of administrative claim and court's ruling thereof, begin draft proof of claim and motion for administrative claim. | 3.00 | 570.00 |
| 1/26/2009 | JMG | Multiple e-mails with M. Hollander regarding the Circuit City claims, conferences with S. Goldberg regarding Admin claim, filing. | 0.40 | 160.00 |
| 1/27/2009 | SLG | Review e-mails form M. Hollander regarding Order Approving Closing Procedures and respond to same. | 0.60 | 114.00 |
| 1/28/2009 | CMP | Conference with S. Goldberg regarding administrative claims. | 0.20 | 50.00 |
| 1/29/2009 | SLG | Prepare Motion, Notice of Motion, Proposed Order, Certificates of Service, Exhibits and file Administrative Claim with the Court, and schedule hearing on same. | 0.80 | 152.00 |
| 1/30/2009 | CMP | Conference with S. Goldberg regarding local filing procedures. | 0.20 | 50.00 |
| 2/3/2009 | SLG | E-mail from M. Hollander regarding Circuit City unpaid February rent. | 0.30 | 57.00 |
| 2/4/2009 | SLG | Review Motion for Orders Approving Bidding and Auction Procedures for Sale of Unexpired Non-Residential Leases. Prepare notes on relevant bid, auction, sale, and cure dates. Prepare e-mail and forward same to M. Hollander. | 1.70 | 323.00 |
| 2/4/2009 | SLG | Review Language in Motion to Approve Bidding Procedures regarding abandonment of property; Discuss with C. Palik whether we should object on the basis and request admin claim in event of abandonment; Send e-mail to M. Hollander regarding same. | 0.20 | 38.00 |
| 2/4/2009 | CMP | Review of Bid Procedures; Draft e-mail regarding same. | 0.70 | 175.00 |

McNamee Hosea

Page: 2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 2/5/2009 | JMG | Review of multiple e-mails between M. Hollander and S. Goldberg regarding Circuit City Lease/Bankruptcy issues, conference wirh S. Goldberg. | 0.40 | 160.00 |
| 2/5/2009 | CMP | Review of Notice of Appeal regarding order denting Motion to Compel payment of post-petition rent. | 0.20 | 50.00 |
| 2/5/2009 | CMP | Review of correspondence regarding resolution of admin rent claim. | 0.20 | 50.00 |
| 2/6/2009 | SLG | Telephone call with Valaria Desumo regarding Administrative Rent claim; Follow-up e-mail memorializing discussion. | 0.30 | 57.00 |
| 2/6/2009 | CMP | Review of voicemail from counsel for Circuit City regarding Motion. | 0.20 | 50.00 |
| 2/9/2009 | SLG | Review and respond to e-mail from F. Dosunmu (counsel for Circuit City) regarding proposed resolution of the administrative rent claim; Send e-mail to M. Hollander in reference to same. | 0.20 | 38.00 |
| 2/9/2009 | SLG | Review Notice of Filing of Exhibits 2 and 3 to the Motion Approving Bidding Procedures; Motion approving sale of FF&E and Motion to Approve Employee Retention Plan. | 0.50 | 95.00 |
| 2/9/2009 | SLG | Review Motion for Approval of Bidding Procedures and respond to M. Hollander e-mail regarding Cure Schedule. | 0.30 | 57.00 |
| 2/9/2009 | JMG | Review of e-mails regarding Admin rent, proposed order. | 0.20 | 80.00 |
| 2/9/2009 | CMP | Review and download of Motions in case for sale of FF&E, Employee Retention Plan and revised exhibit 3 to bidding procedures; Conference with S. Goldberg regarding same. | 0.70 | 175.00 |
| 2/10/2009 | SLG | Return telephone call to F. Desunmo, counsel for Circuit City regarding allowance of administrative claim and adjournment of motion for approval of same. | 0.20 | 38.00 |
| 2/10/2009 | CMP | Review and forward of notices/motions filed in case; Conference with Goldberg regarding same. | 0.30 | 75.00 |
| 2/11/2009 | SLG | Review Limited Objection to Debtor's Motion for Orders Approving Bidding Procedures. E-mail to M. Hollander regarding filing of Joinder to Objection. | 0.40 | 76.00 |
| 2/11/2009 | SLG | Draft Joinder to Limited Objection to Debtor's Motion for Orders Approving Bidding Procedures and Auction Procedures; Forward same to M. Hollander for review; File same with the Court and prepare same for service. | 1.30 | 247.00 |
| 2/11/2009 | SLG | Telephone call to judge's courtroom clerk and courtroom | 0.20 | 38.00 |

McNamee Hosea

Page: 3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | deputy regarding appearance at hearing on 2/13 on Motion for Order Approving Bidding Procedure; Follow-up call to the clerk's office to obtain dial in number; Send dial-in-number to M. Hollander. | | |
| 2/11/2009 | CMP | Download, review and forward multiple filings in Circuit City case to Goldberg. | 0.50 | 125.00 |
| 2/12/2009 | SLG | Review Agenda for hearing on 2/13. Forward same to M. Hollander. | 0.10 | 19.00 |
| 2/12/2009 | SLG | Review Memorandum Opinion on payment of November stub rent; Forward same to M. Hollander. | 0.30 | 57.00 |
| 2/12/2009 | CMP | Review of 2-13 Agenda; Forward same to S. Goldberg; Review and forward of additional filings. | 0.30 | 75.00 |
| 2/12/2009 | CMP | Review of Memorandum Opinion regarding stub rent; Forward same to S. Goldberg; Review of other notices; Forward same to S. Goldberg. | 0.50 | 125.00 |
| 2/13/2009 | SLG | Listen to hearing on Circuit City's Motion to Approve bidding procedures. Meeting with C. Palik regarding hearing. | 0.60 | 114.00 |
| 2/13/2009 | SLG | E-mail to Folarin Dosunmo to confirm that hearing on Motion for Approval of Admin claim will be adjourned. | 0.10 | 19.00 |
| 2/13/2009 | CMP | Listen to hearing on bid procedures. | 0.80 | 200.00 |
| 2/13/2009 | CMP | Draft e-mail to M. Hollander regarding bid procedures motion hearing; Review and reply to response from M. Hollander. | 0.40 | 100.00 |
| 2/16/2009 | SLG | Telephone call with counsel for Circuit City regarding adjournment of the March 3, 2009 hearing on Motion for Approval of Admin Claim. Follow-up e-mail to Folarin Dosunmu regarding adjournment of March hearing on Motion. | 0.20 | 38.00 |
| 2/16/2009 | CMP | Review and forward of filings. | 0.40 | 100.00 |
| 2/18/2009 | SLG | Review and respond to e-mail regarding adjournment of the March 3, 2009 hearing on Motion for Administrative Claim. | 0.10 | 19.00 |
| 2/18/2009 | CMP | Review and forward notices and other filings in Circuit City case to S. Goldberg. | 0.40 | 100.00 |
| 2/19/2009 | CMP | Review of Notice of February Bid Deadline; Confirm status of Rockville Store; Draft e-mail to S. Goldberg regarding same. | 0.40 | 100.00 |

McNamee Hosea

Page: 4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 2/20/2009 | CMP | Review and reply to e-mails from Cohen. | 0.20 | 50.00 |
| 2/23/2009 | CMP | Review of filings in Circuit City; Forward pertinent items to Goldberg. | 0.20 | 50.00 |
| 2/24/2009 | SLG | Telephone call with counsel for circuit city regarding hearing on Motion for Administrative Claim, scheduled for April 28, 2009. | 0.20 | 38.00 |
| 2/24/2009 | CMP | Download, review and forward to S. Goldberg copies of relevant pleadings/notices. | 0.20 | 50.00 |
| 2/24/2009 | CMP | Review of e-mail regarding adjournment of hearing on administrative expenses. | 0.20 | 50.00 |
| 2/25/2009 | SLG | E-mail to M. Hollander with draft Notice of Service of Pleadings and Papers for pro-se filing in Ritz camera case. | 0.10 | 19.00 |
| 2/25/2009 | SLG | Review e-mail from M. Hollander regarding GOB sale banner; Discuss with C. Palik. | 0.20 | 38.00 |
| 2/25/2009 | CMP | Review of docket entries; Reply to same. | 0.20 | 50.00 |
| 2/26/2009 | CMP | Review and reply to e-mails from M. Hollander regarding damage to building; Reply to same. | 0.20 | 50.00 |
| 2/26/2009 | CMP | Telephone call with M. Hollander regarding damage to building. | 0.30 | 75.00 |
| 2/26/2009 | CMP | Draft letter to debtor and liquidation agent regarding case. | 0.90 | 225.00 |
| 2/27/2009 | CMP | Finalize letter; Forward to M. Hollander; Edit and prepare same for mailing; Review of estimate of damage. | 0.60 | 150.00 |
| 2/27/2009 | CMP | Review, download and/or forward relevant orders in case; Review and reply to e-mails with M. Hollander regarding same. | 0.20 | 50.00 |
| | | | Sub-total Fees: | 5,181.00 |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 1/26/2009 | PACER Search Fee. | 23.92 |
| 1/28/2009 | FedEx. | 28.38 |
| 1/30/2009 | PACER Search Fee. | 9.52 |
| 2/2/2009 | Copies. | 558.60 |
| 2/2/2009 | Copies. | 0.40 |

McNamee Hosea

Page: 5

| Date | Description | Amount |
|---|---|---|
| 2/2/2009 | Copies. | 300.00 |
| 2/2/2009 | Postage. | 133.65 |
| 2/4/2009 | Copies. | 1.00 |
| 2/11/2009 | PACER Search Fee. | 8.08 |
| 2/13/2009 | PACER Search Fee. | 0.08 |
| 2/25/2009 | PACER Search Fee. | 0.48 |
| 2/26/2009 | PACER Search Fee. | 2.40 |
| 2/26/2009 | PACER Search Fee. | 0.08 |
| 2/28/2009 | West/Lexis Legal Research Charges. | 0.61 |
| | Sub-total Expenses: | 1,067.20 |

| | |
|---|---|
| Previous Balance Due: | 0.00 |
| Total Current Fees: | 5,181.00 |
| Total Current Expenses: | 1,067.20 |
| Interest on Past Due Balance: | 0.00 |
| Total Current Billing: | 6,248.20 |
| Total Payments: | 0.00 |
| **Total Now Due:** | **6,248.20** |

***Thank You!***
Terms: Net Due Upon Receipt
Please Include Matter ID Number with Remittance

McNamee Hosea
6411 Ivy Lane
Suite 200
Greenbelt, MD 20770
(301) 441-2420

The Cohen Companies

Statement as of March 31, 2009

Ronald Cohen Management Co.
2701 Tower Okas Blvd. Suite 200
Rockville, MD 20852

Statement No. 103244

Matter ID: 13245-0002
Cohen Properties/ Circuit City Case

| **Professional Fees** | | | Hours | |
|---|---|---|---|---|
| 3/3/2009 | CMP | Review of docket entry continuing hearing; Draft e-mail to M. Hollander regarding same. | 0.20 | 50.00 |
| 3/4/2009 | CMP | Review and reply to e-mail from M. Hollander regarding status of lease rejection; Reply with information regarding calculation of rejection damages. | 0.30 | 75.00 |
| 3/4/2009 | CMP | Review of Cure Schedule; Draft e-mail to M. Hollander forwarding same. | 0.20 | 41.00 |
| 3/4/2009 | CMP | Review of rejection Notice; Conference with S. Goldberg regarding same; Draft e-mail to M. Hollander regarding deadlines and ability to object. | 0.50 | 125.00 |
| 3/6/2009 | CMP | Review of docket; Draft e-mail to client regarding same. | 0.20 | 50.00 |
| 3/6/2009 | CMP | Review of e-mail from M. Hollander; Reply to same. | 0.20 | 50.00 |
| 3/9/2009 | CMP | Review of docket; Draft e-mail to M. Hollander regarding status of case. | 0.20 | 50.00 |
| 3/10/2009 | SLG | Draft and file Limited Objection to Notice of Rejection of Unexpired Leases and Abandonment of Personal Property. | 0.70 | 133.00 |
| 3/10/2009 | CMP | Telephone call with M. Hollander regarding status of other objections to abandonment. | 0.20 | 50.00 |
| 3/10/2009 | CMP | Research regarding limitations on Debtor's ability to abandon and entitlement to administrative claims for clean-up, damage costs. | 2.20 | 550.00 |
| 3/12/2009 | SLG | E-mail to counsel for Circuit City seeking consensual resolution of Limited Objection to Notice of Rejection and Abandonment of Property. | 0.20 | 38.00 |
| 3/12/2009 | SLG | Telephone call with counsel from Circuit City regarding 3/13 hearing on Limited Objection to Notice of Rejection of Real Property Leases and Abandonment of Personal Property. | 0.20 | 38.00 |

McNamee Hosea

Page: 2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 3/12/2009 | CMP | Draft e-mail to client regarding status of case. | 0.20 | 50.00 |
| 3/13/2009 | CMP | Review of e-mail from Hollander; Download and forward agenda; Forward same to client. | 0.30 | 75.00 |
| 3/19/2009 | JMG | Teleconference with M. Hollander in preparation for teleconference with him and Ron regarding Bessler/Chevy Chase case. | 0.30 | 120.00 |
| 3/25/2009 | CMP | Review of e-mails from Hollander; Reply to same. | 0.60 | 150.00 |
| | | Sub-total Fees: | | 1,645.00 |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 3/10/2009 | PACER Search Fee. | 0.08 |
| 3/12/2009 | PACER Search Fee. | 0.32 |
| 3/12/2009 | PACER Search Fee. | 0.16 |
| 3/31/2009 | West/Lexis Legal Research Charges. | 0.88 |
| | Sub-total Expenses: | 1.44 |

| | |
|---|---|
| Previous Balance Due: | 6,248.20 |
| Total Current Fees: | 1,645.00 |
| Total Current Expenses: | 1.44 |
| Interest on Past Due Balance: | 0.00 |
| Total Current Billing: | 1,646.44 |
| Total Payments: | 0.00 |
| Total Now Due: | 7,894.64 |

***Thank You!***
Terms: Net Due Upon Receipt
Please Include Matter ID Number with Remittance

McNamee Hosea
6411 Ivy Lane
Suite 200
Greenbelt, MD 20770
(301) 441-2420

The Cohen Companies

Statement as of April 29, 2009

Ronald Cohen Management Co.
2701 Tower Okas Blvd. Suite 200
Rockville, MD 20852

Statement No. 0

Matter ID: 13245-0002
Cohen Properties/ Circuit City Case

**Professional Fees**                                                                                         Hours

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/3/2009 | CMP | E-mail with Michael Hollander. | 0.20 | 50.00 |
| 4/8/2009 | JMG | Teleconference with M. Hollander regarding Chase default, purchase of note and related issues. | 0.30 | 120.00 |
| 4/14/2009 | CMP | Review and reply to e-mails from Hollander and attorney for Circuit City. | 0.20 | 50.00 |
| 4/22/2009 | CMP | Review of Court Docket regarding filings 4/3/09 to 4/22/09 for administrative and or rejection rent claims. | 0.70 | 175.00 |
| 4/23/2009 | CMP | Review and reply to e-mail from client regarding status of filing of claims. | 0.40 | 100.00 |
| 4/24/2009 | CMP | E-mails with M. Hollander regarding claims filings in Circuit City. | 0.20 | 50.00 |
| 4/26/2009 | CMP | Review of agenda to conform adjournment of hearing on admin expenses to 5/28. | 0.20 | 50.00 |
| 4/26/2009 | CMP | Research of case law in support of motion for approval of administrative rent claim. | 2.20 | 550.00 |
| 4/27/2009 | CMP | Revise Motion for Approval of Administrative Expense Claims. | 1.60 | 400.00 |
| 4/27/2009 | CMP | Review of Lease Documents and Calculate Rejection Damage Claim; Prepare worksheet for calculation of damage claim. | 1.40 | 350.00 |
| 4/28/2009 | CMP | Draft e-mails to Kristen Dean and Michael Hollander regarding taxes; Reply to same. | 0.50 | 125.00 |
| 4/28/2009 | CMP | Edit/Revise Claim Worksheet; Research on application of 506(b)(2); Edit Motion for Approval of Administrative Expense Claim. | 1.20 | 270.00 |
| 4/29/2009 | CMP | Revise and finalize Proof of Claim based upon lease commencement; Draft e-mail to Dean and Hollander forwarding same. | 1.00 | 225.00 |