# EXHIBIT E

Case 08-35653-KRH    Doc 3233-6    Filed 04/30/09    Entered 04/30/09 23:23:03    Desc
Exhibit(s) E    Page 2 of 2

Feb 27 09 07:29a    ADC Builders Inc. WBP        301-459-4274    p.2
02/25/2009 17:16 FAX  3016924001    ADC BUILDERS    → ROY    002/002
Feb 25 09 04:27p    Harold E. Brown Masonry C    301-293-3193    p.2

Page # 1 of 1 Page

# Proposal

**HAROLD E. BROWN**
**MASONRY CONTRACTING COMPANY, INC.**
12337 Pleasant Walk Road
Myersville, MD 21773-9425
**301-293-3191    Fax 301-293-3193**

| 02/25/2009 @ 4:00 p.m. | Confirmed fax receipt with | |
| Faxed to: 301-692-4001 | | |
| and Mailed  X  yes ___ no | | |
| **PROPOSAL SUBMITTED TO** | **PHONE** | **DATE** |
| ADC BUILDERS, INC. | 301-692-4000  office | February 25, 2009 |
| **STREET** | **JOB NAME** | |
| 2701 Tower Oaks Boulevard, Ste. 200 | Circuit City | |
| **CITY, STATE AND ZIP CODE** | **ATTENTION** | |
| Rockville, MD 20852 | Roy Adams | |

We hereby submit specifications and estimates for:

| All labor and materials for Masonry: | $4,300.00 |

Price includes:

1.) Man lift to 30' high.

2.) Repoint damage to mortar joints.

3.) Repoint or replace splitface block.

We Propose hereby to furnish material and labor -- complete in accordance with above specifications for the sum of:
_____ dollars ($_____).

All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado, and other necessary insurance. Our workers are fully covered by Workmen's Compensation Insurance.

Authorized
Signature_____

Note:   This proposal may be withdrawn by us if not accepted within _____ days.

Acceptance of Proposal - The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be as outlined above.

Signature_____

Signature_____

Date of Acceptance: _____