Craig M. Palik [VSB No. 45728]
**MCNAMEE HOSEA ET AL.**
6411 Ivy Lane
Suite 200
Greenbelt, Maryland 20770
Telephone:  301.441.2420
Facsimile: 301.982-9450
*Counsel for Congressional North*
*Associates, Limited Partnership*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

---

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC. *et al.* | Case No. 08-35653-KRH |
| Debtors | Jointly Administered |
| | Judge Kevin R. Huennekens |
| | **Hearing Date: May 28, 2009**<br>**Hearing Time: 10:00 a.m.** |

## NOTICE OF AMENDED MOTION AND HEARING

**PLEASE TAKE NOTICE** that Congressional North Associates Limited Partnership ("Congressional") has filed an Amended Motion for Approval of Administrative Rent Claim (the "Motion").  A true and complete copy of the Motion has been filed with the Court and forwarded to you.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected.  You should read the Motion carefully and then discuss it with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult with one).**

**PLEASE TAKE FURTHER NOTICE THAT** Congressional has requested that the Court conduct a hearing on the Motion on **May 28, 2009** at **10:00 a.m.** in the United States

Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Courtroom 5000, Richmond, Virginia 23219.

Any objection to the Motion shall be filed with the Clerk of the United States Bankruptcy Court, 701 East Broad Street, Suite 4000, Richmond, Virginia 23219, two business days prior to the above-scheduled hearing on the Motion, and shall be served on counsel for Congressional and the U.S. Trustee so that it is actually received two business days prior to the above-scheduled hearing.  Unless a written response is filed and served before the objection deadline, the Court may deem the opposition waived, treat the Motion as conceded, and issue an order granting the requested relief.  If you may your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the expiration of the objection deadline.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion any may enter an order granting the relief requested in the Motion.

Dated: April 30, 2009

/s/ Craig M. Palik
Craig M. Palik (VSB No. 45728)
McNamee Hosea et al.
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
Telephone: 301-441-2420
Facsimile: 301-982-9450
cpalik@mhlawyers.com
*Counsel for Congressional North Associates Limited Partnership*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2009, a true and complete copy of the foregoing Notice of Amended Motion for Approval of Administrative Claim was served by either First Class Mail, postage prepaid and/or electronic delivery to all of the parties on the attached service list in accordance with the Order entered in this case on November 13, 2008, Establishing Certain Notice, Case Management and Administrative Procedures.

Dated: April 30, 2009

/s/ Craig M. Palik
Craig M. Palik (VSB No. 45728)
McNamee Hosea et al.
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
Telephone: 301-441-2420
Facsimile: 301-982-9450
cpalik@mhlawyers.com
*Counsel for Congressional North Associates Limited Partnership*

**SERVICE LIST**

| | |
|---|---|
| Douglas M. Foley, Esq.<br>**McGuire Woods, LLP**<br>One James Center<br>901 East Cary St.<br>Richmond, VA 23219<br><br>*Counsel for the Debtors* | Greg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom, LLP**<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636<br><br>*Counsel for the Debtors* |
| Dion W. Hayes, Esq.<br>Joseph S. Sheerin, Esq.<br>Sarah Becket Boehm, Esq.<br>**McGuire Woods LLP**<br>One James Center<br>901 East Cary Street<br>Richmond, Virginia 23219<br><br>*Counsel for the Debtors* | Chris L. Dickerson, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom, LLP**<br>333 West Wacker Dr.<br>Chicago, IL 60606<br><br>*Counsel for the Debtors* |
| Lynn L. Tavenner, Esq.<br>Paula S. Beran, Esq.<br>**Tavenner & Beran, P.C.**<br>20 North Eights Street, 2nd Floor<br>Richmond, Virginia 23219<br><br>*Counsel for the Official Committee of Unsecured Creditors* | Jeffrey N. Poemrantz, Esq.<br>**Pachulski Stang Ziehl & Jones LLP**<br>10100 Santa Monica Boulevard, 11th Floor<br>Los Angeles, California 90067-4100<br><br>*Counsel for the Official Committee of Unsecured Creditors* |
| Robert J. Feinstein, Esq.<br>**Pachulski Stang Ziehl & Jones LLP**<br>780 Third Avenue, 36th Floor<br>New York, New York 10017-2024<br><br>*Counsel for the Official Committee of Unsecured Creditors* | Robert B. Van Arsdale, Esq.<br>**Office of the U.S. Trustee**<br>701 E. Broad Street, Suite 4304<br>Richmond, Virginia |