# EXHIBIT C

Case 08-35653-KRH    Doc 3234-1    Filed 04/30/09    Entered 04/30/09 23:32:20    Desc
Exhibit(s) Exhibits B and C    Page 1 of 2

**STATE OF WISCONSIN**
**REAL PROPERTY TAX BILL FOR 2008**
CITY OF MADISON, DANE COUNTY

CARDINAL COURT LLC
2301 East Springs Dr

MAIL IN BOTTOM PORTION WITH YOUR PAYMENT
Tax data available on-line at
http://www.cityofmadison.com/treasurer

IMPORTANT: Correspondence should refer to this parcel number.
See reverse side for important information.
Be sure this description covers your property. This description is
for property tax bill only and may not be a full legal description.

CERTIFIED SURVEY MAP NO 7472 AS RECORDED

PARCEL 251-0810-271-1404-0    BILL # 09114

| Assessed Value Land | Ass'd Value Improvements | Total Assessed Value | Average Assessment Ratio | Net Assessed Value Rate (Does NOT reflect Credits) |
|---|---|---|---|---|
| 1,325,500 | 4,874,500 | 6,200,000 | 97.382646% | .0202060 |

| Estimated Fair Market Land | Est. Fair Mkt. Improvements | Total Estimated Fair Market | A star in this box means unpaid prior year taxes. Contact County Treasurer | School taxes reduced by school levy tax credit |
|---|---|---|---|---|
| 1,361,100 | 5,005,500 | 6,366,600 | ☐ | -11,002.52 |

| Taxing Jurisdiction | 2007 Est. State Aids Allocated Tax Dist. | 2008 Est. State Aids Allocated Tax Dist. | 2007 Net Tax | 2008 Net Tax | % Tax Change |
|---|---|---|---|---|---|
| WISCONSIN | | | 1,080.04 | 1,081.90 | 0.2% |
| DANE COUNTY | 3,545,391 | 3,622,238 | 13,891.10 | 13,867.54 | -0.2% |
| CITY OF MADISON | 20,923,332 | 22,187,528 | 45,406.94 | 46,509.30 | 2.4% |
| MATC | 4,402,125 | 4,679,176 | 7,629.72 | 7,722.72 | 1.2% |
| SCH SUN PRAIRIE | 4,989,832 | 5,318,878 | 53,310.08 | 56,095.74 | 5.2% |
| TOTAL | 33,860,680 | 35,807,820 | 121,317.88 | 125,277.20 | 3.3% |
| First Dollar Credit | | | 0.00 | -41.07 | |
| Lottery and Gaming Credit | | | | | |
| Net Property Tax | | | 121,317.88 | 125,236.13 | 3.2% |

**Make Check Payable to:**
City of Madison Treasurer
P.O. Box 2999
Madison, WI 53701-2999
(608) 266-4771

**Or pay online at:**
Madisonpay.com

**TOTAL DUE   FOR FULL PAYMENT**
PAY BY JAN. 31, 2009 ▶ $ 125,236.13

WARNING: If not paid by due dates, installment option is lost and total tax is delinquent subject to interest and penalty. (See reverse)

OR First Installment Payment Due On or Before Jan. 31, 2009
$ 62,618.06

**And Second Installment Payment**
Dane County Treasurer
P.O. Box 1299
Madison, WI 53701
(608) 266-4151

Second Installment Payment Due On or Before July 31, 2009
$ 62,618.07

Net Property Tax    125,236.13

TOTAL DUE:    125,236.13

---

*TEAR HERE AND MAIL IN BOTTOM PORTION*

*Make sure City address appears in window*

CITY OF MADISON TREASURER
P.O. BOX 2999
MADISON, WI 53701-2999

251-0810-271-1404-0
CARDINAL COURT LLC
2125 W WASHINGTON ST
WEST BEND WI 53095

Amount Enclosed: _____

| TOTAL DUE FOR FULL PAYMENT ||
|---|---|
| 01/31/2009 | 125,236.13 |

• • • OR • • •

| INSTALLMENT OPTIONS ||
|---|---|
| DUE DATE | AMOUNT |
| 01/31/2009 | 62,618.06 |
| 07/31/2009 | 62,618.07 |

05   081027114040   0125236133   0062618061           5   dd