# EXHIBIT D

**MADISON MUNICIPAL SERVICES**

BILLING INFORMATION (608) 266-4641
STORM WATER INFORMATION (608) 266-4751

www.madisonwater.org • 119 East Olin Avenue • Madison, WI 53713-1431

BILL NUMBER 3521534

| CUSTOMER NAME | SERVICE LOCATION | CUSTOMER NUMBER | ACCOUNT NUMBER |
|---|---|---|---|
| CIRCUIT CITY STORES INC, STORE #03185 | 2301 EAST SPRINGS DR | 04873100 | 00048731 |

| PRES. READ DATE | PREV. READ DATE | METER # | SERVICE | DAYS | PRES. READ | PREV. READ | USAGE IN CCF | TYPE |
|---|---|---|---|---|---|---|---|---|
| Mar 11, 2009 | Jan 08, 2009 | 0019745726 | Water | 62 | 15975 | 15955 | 20 | REG |

Register for ebills at
https://mywater.cityofmadison.com.

New water rates went in to effect on 01/12/09.
New sewer rates went in to effect on 01/01/09.
New storm water rates went in to effect on 01/01/09.

You may pay your bill on line at
www.madisonpay.com.

| | |
|---|---|
| Previous Balance | $1,767.11 |
| Penalty | $12.04 |
| Payment - Thank You | $563.56CR |
| **Balance Forward** | **$1,215.59** |
| **Water** | |
| Water Base Charge 1.5" Meter | 24.11 |
| Water Consumption 20Ccf (14,960 gallons) at $1.20000 | 24.00 |
| Sub Total Water | $48.11 |
| **Sewer** | |
| Sewer Base Charge 1.5" Meter | 60.41 |
| Sewer Based On Water Use 20Ccf at $1.26400 | 25.28 |
| Sub Total Sewer | $85.69 |
| Land Fill Remediation | $20.67 |
| Public Fire Protection Charge | $25.83 |
| **Storm Water** Phone # (608) 266-4751 | |
| Storm Water Base Charge | 1.53 |
| Storm Water Impervious 43242sqf at $0.00989 | 427.45 |
| Storm Water Pervious 25879sqf at $0.00070 | 17.99 |
| Sub Total Storm Water | $446.97 |
| **CURRENT CHARGES** | **$627.27** |
| **TOTAL AMOUNT DUE** | **$1,842.86** |

**Charges By Service**



- Water 7.67%
- Storm Water 71.26%
- Sewer 13.66%
- Public Fire 4.12%
- Landfill 3.30%
- Total: 100.00%

---

| You may pay your bill online at www.madisonpay.com | TOTAL CURRENT CHARGES | $627.27 |
|---|---|---|
| ONLINE PAYMENT ID: 04873100004 | BALANCE FORWARD | $1,215.59 |
| PARCEL # 081027114040 | TOTAL AMOUNT DUE | $1,842.86 |
| | DUE DATE | 04/05/2009 |

ONLINE PAYMENT ID: 04873100004

| CUSTOMER NAME | SERVICE LOCATION | CUSTOMER NUMBER | ACCOUNT NUMBER |
|---|---|---|---|
| CIRCUIT CITY STORES INC, STORE #03185 | 2301 EAST SPRINGS DR | 04873100 | 00048731 |

MAKE CHECKS PAYABLE & MAIL TO:
CITY TREASURER
P.O. BOX 2997
MADISON, WISCONSIN 53701

| DUE DATE | PAY THIS AMOUNT | ENTER AMOUNT PAID |
|---|---|---|
| 04/05/2009 | $1,842.86 | |

1% LATE CHARGE IS ADDED AFTER THE 25TH DAY OF EACH MONTH

*PLEASE MAIL THIS PORTION WITH PAYMENT*

BILLING INFORMATION (608) 266-4641
STORM WATER INFORMATION (608) 266-4751

Final Billing

CIRCUIT CITY STORES INC, STORE #03185
% FACILITY IQ - - MS 1378
PO BOX 2440
SPOKANE WA 992102440

03  1  0487310000048731000184286000184913200904057

**Madison**
www.madisonwater.org • 119 East Olin Avenue • Madison, WI 53713-1431

MADISON MUNICIPAL SERVICES

BILLING INFORMATION (608) 266-4641
STORM WATER INFORMATION (608) 266-4751

BILL NUMBER 3521535

| CUSTOMER NAME | SERVICE LOCATION | CUSTOMER NUMBER | ACCOUNT NUMBER |
|---|---|---|---|
| CIRCUIT CITY STORES INC, STORE #03185 | 2301 EAST SPRINGS DR | 04873200 | 00048732 |

| PRES. READ DATE | PREV. READ DATE | METER # | SERVICE | DAYS | PRES. READ | PREV. READ | USAGE IN CCF | TYPE |
|---|---|---|---|---|---|---|---|---|

Register for ebills at
https://mywater.cityofmadison.com.

New water rates went in to effect on 01/12/09.
New sewer rates went in to effect on 01/01/09.
New storm water rates went in to effect on 01/01/09.

You may pay your bill on line at
www.madisonpay.com.

| | |
|---|---|
| Previous Balance | $161.00 |
| Penalty | $1.61 |
| **Balance Forward** | **$162.61** |
| Private Fire Protection Charge | $39.36 |
| CURRENT CHARGES | $39.36 |
| TOTAL AMOUNT DUE | $201.97 |

---

| You may pay your bill online at www.madisonpay.com | TOTAL CURRENT CHARGES | $39.36 |
|---|---|---|
| ONLINE PAYMENT ID:  04873200002 | BALANCE FORWARD | $162.61 |
| PARCEL #  081027114040 | TOTAL AMOUNT DUE | $201.97 |
| | DUE DATE | 04/05/2009 |

ONLINE PAYMENT ID:  04873200002

| CUSTOMER NAME | SERVICE LOCATION | CUSTOMER NUMBER | ACCOUNT NUMBER |
|---|---|---|---|
| CIRCUIT CITY STORES INC, STORE #03185 | 2301 EAST SPRINGS DR | 04873200 | 00048732 |

MAKE CHECKS PAYABLE & MAIL TO:
CITY TREASURER
P.O. BOX 2997
MADISON, WISCONSIN 53701

| DUE DATE | PAY THIS AMOUNT | ENTER AMOUNT PAID |
|---|---|---|
| 04/05/2009 | $201.97 | |

1% LATE CHARGE IS ADDED AFTER THE 25TH DAY OF EACH MONTH

*PLEASE MAIL THIS PORTION WITH PAYMENT*

BILLING INFORMATION (608) 266-4641
STORM WATER INFORMATION (608) 266-4751

**Final Billing**

CIRCUIT CITY STORES INC, STORE #03185
% FACILITY IQ -- MS 1378
PO BOX 2440
SPOKANE WA 992102440

03  1  048732000004873200000201970000202362u0904051

ONLINE Apr. 1. 2009 7:13AM    Madison Mjy Edison    Tax Notice No. 4453 r & Sewer Bill

| CUSTOMER NAME | SERVICE LOCATION | CUSTOMER NUMBER | ACCOUNT NUMBER |
|---|---|---|---|
|  |  |  |  |

There is a delinquent bill for your utility service against your property at the above service address. You will save an additional 10% collection charge if payment is made on or before OCTOBER 31 of this year.    Thank You.

MAKE CHECKS PAYABLE & MAIL TO:
CITY TREASURER · P.O. BOX 2997 · MADISON, WISCONSIN 53701

| BILLING DATE | DUE DATE | PAY THIS AMOUNT | ENTER AMOUNT PAID |
|---|---|---|---|
|  |  |  |  |
|  |  | AFTER OCT 31 |  |

**PLEASE MAIL THIS PORTION WITH PAYMENT**

BILLING INFORMATION (608) 266-4641

| CUSTOMER NAME | SERVICE LOCATION | CUSTOMER NUMBER | ACCOUNT NUMBER |
|---|---|---|---|
|  |  |  |  |

You may pay your bill online at www.madisonpay.com
ONLINE PAYMENT ID:

Section 66.0809 (3) Wisconsin Statutes provides that all unpaid water and sewer charges furnished to any property becomes a lien on the property served. It further provides that if any water or sewer utility charges, or bills for repairing, remain unpaid the same shall be certified to the City Clerk of said city on the first day of November and shall be by him placed on the tax roll, together with an additional fee of 10% for collection expenses.

# TAX NOTICE

MAKE CHECKS PAYABLE & MAIL TO:

CITY TREASURER
P.O. BOX 2997
MADISON, WISCONSIN 53701

| BILLING DATE | DUE DATE | PAY THIS AMOUNT | ENTER AMOUNT PAID |
|---|---|---|---|
|  |  |  |  |
|  |  | AFTER OCT 31 |  |

Water and sewer accounts are listed in the owner's name. Change of ownership should be reported at once to the Madison Water Utility Office, 119 E. Olin Ave. Madison, WI 53713-1431. Phone 266-4641.