# EXHIBIT F

RW Cleaning Services

4794 Windsor Prairie Rd.
DeForest, WI 53532

# Estimate

| Date | Estimate # |
|---|---|
| 4/2/2009 | 578 |

**Name / Address**

MIKE HICKMAN
CIRCUT CITY EAST
MADISON WI

| Project |
|---|
| |

| Description | Qty | Rate | Total |
|---|---|---|---|
| REMOVE ALL LEFT ABANDON MATERIALS IN BUILDING AND DO A JANITORIAL CLEANING OF BUILDING | 33,000 | 0.10788 | 3,560.00 |

**Total** $3,560.00