# EXHIBIT G

27-MAR-2009  07:14AM   FROM-KLEIN DICKERT GLASS                           608-              T-113   P.001/002   F-599



## PROPOSAL

**Klein-Dickert**

1406-B Emil Street

Madison, WI  53713

608-258-3300, Ext. 226

Fax: 608-258-1862

www.K-Dglass.com

TO:        Mike Hickmann

RE:        2301 East Springs Drive

FROM:    Dawn Steberl        Fax: 262-306-2880

DATE:     March 27, 2009      Page No.: 1 of 1

1. This proposal supersedes any previously given, either written or verbal and is valid for 45 days only, unless extended at our option.
2. Subject to provision on this or any attached sheets making up this proposal
   KLEIN-DICKERT MILWAUKEE, INC. proposes to furnish materials and/or labor described below, for sum(s) stated:

Furnish and install one (1) heat strengthened LowE insulated unit to replace cracked unit above front entrance for the sum of $717.00.

Thank you for giving us the opportunity to quote on this work.

TERMS & CONDITIONS:
A. Any work on owner's glass will be completed at owner's risk.
B. No discount – due 30 days from invoice date.
C. Past due accounts subject to interest charge of 1%/month (annual rate of 12%).
D. Seller reserves right to stop work or delivery whenever an account is in arrears, without recourse by affected parties.
E. Custom orders require a 50% down payment.

ACCEPTED: _____   KLEIN-DICKERT Milwaukee, Inc.

DATE: _____           BY: _____

                              Dawn Steberl

UPON ACCEPTING THIS PROPOSAL PLEASE SIGN AND RETURN COPY

27-MAR-2009  07:14AM    FROM-KLEIN DICKERT GLASS                    608-                    T-113    P.002/002    F-599

**KD GLASS & GLAZING**

**Klein-Dickert**

1406-B Emil Street

Madison, WI 53713

608-258-3300, Ext. 226

Fax: 608-258-1862

www.K-Dglass.com

PROPOSAL

**COPY**

TO:        Mike Hickmann

RE:        2301 East Springs Drive

FROM:    Dawn Steberl        Fax:  262-306-2880

DATE:    March 27, 2009.        Page No.: 1 of 1

1.    This proposal supersedes any previously given, either written or verbal and is valid for 45 days only, unless extended at our option.
2.    Subject to provision on this or any attached sheets making up this proposal
      KLEIN-DICKERT MILWAUKEE, INC. proposes to furnish materials and/or labor described below, for sum(s) stated:

Furnish and install one (1) heat strengthened LowE insulated unit to replace cracked unit above front entrance for the sum of $717.00.

Thank you for giving us the opportunity to quote on this work.

TERMS & CONDITIONS:
   A. Any work on owner's glass will be completed at owner's risk.
   B. No discount – due 30 days from invoice date.
   C. Past due accounts subject to interest charge of 1%/month (annual rate of 12%).
   D. Seller reserves right to stop work or delivery whenever an account is in arrears, without recourse by affected parties.
   E. Custom orders require a 50% down payment.

ACCEPTED: _____    KLEIN-DICKERT Milwaukee, Inc.

DATE: _____        BY: _____

                            Dawn Steberl

**UPON ACCEPTING THIS PROPOSAL PLEASE SIGN AND RETURN COPY**