# EXHIBIT I

# Statement

ADC LOCK AND KEY LLC
2315 COMMERCIAL AVE
MADISON WI 53704
Phone # 608-241-4050
Fax # 608-241-6048

| Date |
|---|
| 4/1/2009 |

To:

MIKE HICKMAN
2125 W WASHINGTON
WEST BEND WI 53095

| Amount Due | Amount Enc. |
|---|---|
| $94.95 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 02/28/2009 | Balance forward | | 0.00 |
| 03/30/2009 | INV #7885. Due 04/29/2009. | 94.95 | 94.95 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 94.95 | 0.00 | 0.00 | 0.00 | 0.00 | $94.95 |