# United States Bankruptcy Court
## Eastern District of Virginia
Richmond Division

**In re:**  
Circuit City Stores, Inc.

**Case Number**   08−35653−KRH  
**Chapter**   11  
**Judge**   Kevin R. Huennekens

Debtor(s)

**To:**  Jill Hollowell, Property Manager

## NOTICE OF DEFICIENT FILING

Upon authority of Local Bankruptcy Rule 5005−1, the documents submitted by you

*3161* – Response to (Re: related document(s)[2789] Objection to Claim filed by Circuit City Stores, Inc.) filed by TMT Development Company, Inc.. (Jafarbay, Jenni)

contain certain deficiencies as set forth below. Failure to correct the deficiencies, or to request a hearing, within **ten (10) days from** the date hereof may result in the pleading or other paper **being stricken from the record or, if a petition or complaint is deficient, the case or adversary proceeding being dismissed.**

### REPRESENTATION AND APPEARANCES:
- ___ the ECF registered participant attorney filing the document does not match the attorney's signature on the document.
- **XX** **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted to appear under LBR 2090−1. [See LBR 9010−1]
- ___ **Identification of Attorney:** State Bar number omitted from document/proposed order. {See LBR 5005−1(C)(5) and 9022−1(A)]

### REQUIREMENT OF FORM:
- ___ **Legibility:** not in compliance with LBR 5005−1(C)(1)
- ___ **Caption, Official Forms:** [See LBR 5005−1(C)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the case to which it pertains. *If applicable,* ___ Case name and number do not match on paper submitted.
- ___ **Signature Required:** not signed by counsel of record, or individual, if *pro se*.
  - ___ *if corporation,* not signed by counsel. [See LBR 5005−1(C)(4)]
  - ___ *if amendment to petition, lists or schedules,* not verified by unsworn declaration with original signature of all debtors and, if required, the original signature of the attorney. [See FRBP 1008]
  - ___ *if document submitted in electronically filed case,* signature not indicated with the party's name and/or attorney's name typed in full on the signature line, e.g. /s/ Jane Doe. [See CM/ECF Policy Statement 8.B., Form of Signature of Attorney User and Non−Attorney User.]
- ___ Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document.
- ___ Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry <u>or</u> redocket to attach the correct document.
- ___ Document appears to be filed in the wrong case. Please review this filing and docket to the correct case.

### VOLUNTARY PETITIONS:
- ___ Not accompanied by a properly completed Voluntary Petition and/or required summary of schedules (2−pages), statements, schedules, lists and exhibits in substantial compliance with the Official Forms effective January 1, 2008. A form may be obtained from the court's web site at www.vaeb.uscourts.gov.
- ___ Not accompanied by payment in full of past due amount, if debtor still owes filing fee or portion thereof for a previously filed petition. Amount due: $__.
- ___ More than one entity listed as the debtor *(only husband and wife may file a joint voluntary petition).*
- ___ Not accompanied by a properly completed and signed Declaration of Divisional Venue. A form may be obtained from the court's web site at www.vaeb.uscourts.gov. [See LBR 1014−2]
- ___ Not verified by signature of attorney for debtor(s).
- ___ Not verified by unsworn declaration with signature of all debtors.
- ___ **If corporate debtor:** not accompanied by corporate resolution authorizing filing **and/or** not signed by attorney. [See LBR 1074−1]
- ___ **If Chapter 11:** not accompanied by List of Twenty Largest Unsecured Claims. [See LBR 1007−1(H)]
- ___ **If publicly traded chapter 11:** not accompanied by Exhibit A (attached to petition).
- ___ **If submitted in electronically filed case,** a correct petition not attached at case opening. [See LBR 5005−1(C) and (D)]

Date:  April 28, 2009

Clerk, United States Bankruptcy Court

By /s/ Jenni Jafarbay, Deputy Clerk  
Direct Dial Telephone No. 804−916−2411

[ntcdef_filing.jsp 9/2008]

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj              Page 1 of 1                   Date Rcvd: Apr 28, 2009
Case: 08-35653                Form ID: defntc              Total Served: 1
```

The following entities were served by first class mail on Apr 30, 2009.
cr            +TMT Development Company, Inc.,   Attn:  Jill Hollowell,   805 SW Broadway, Ste. 2020,
                Portland, OR 97205-3360

The following entities were served by electronic transmission.                                          TOTAL: 0
NONE.

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 30, 2009**              **Signature:**         *Joseph Speetjens*