```
                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
                          RICHMOND DIVISION
    - - - - - - - - - - - - - - -x
    In re:                        :   Chapter 11
                                  :
    CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
    et al.,                       :
                                  :
                                  :   Jointly Administered
            Debtors.[1]           x
    - - - - - - - - - - - - - - -
```

**AFFIDAVIT OF PUBLICATION OF SHEILA LLOYD**

**IN THE RICHMOND TIMES-DISPATCH**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Seller, the address is 4951 Lake Brook Drive, Glen Allen, Virginia 23060-9279.

# Richmond Times-Dispatch

**Advertising Affidavit**

| Account Number |
|---|
| 3402245 |

P.O Box 85333
Richmond, Virginia 23293-0001
(804) 649-6208

| Date |
|---|
| April 21, 2009 |

CIRCUIT CITY C/O MILLER ADVERTISING
71 FIFTH AVE., 7TH FLR
NEW YORK, NY 10003

| Date | Category | Description | Ad Size | Total Cost |
|---|---|---|---|---|
| 04/21/2009 | Legal Notices | CIRCUIT CITY | 2 x 9.00 IN | |

## Media General Operations, Inc.

### Publisher of the Richmond Times-Dispatch

This is to certify that the attached CIRCUIT CITY was published by the Richmond Times-Dispatch, Inc. in the City of Richmond, State of Virginia, on the following dates:

04/21/2009

The First insertion being given ... 04/21/2009

Newspaper reference: 0001372186

Sworn to and subscribed before me this

April 23 2009

_____
Notary Public         Supervisor

KIMBERLY HARRIS
NOTARY PUBLIC
Commonwealth of Virginia
356753
My Commission Expires Jan 13, 2013

State of Virginia
City of Richmond
My Commission expires _____

---

**Legal Notice:**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: CIRCUIT CITY STORES, INC., et al., Debtors.
Chapter 11
Case No. 08-35653 (KRH)
Jointly Administered

Auction: May 11, 2009 at 10:00 a.m. (ET)
Obj. Deadline: May 12, 2009 at 4:00 p.m. (ET)
Sale Hearing: May 13, 2009 at 10:00 a.m. (ET)

NOTICE OF ENTRY OF ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 332 AND 363 (I) APPROVING PROCEDURES IN CONNECTION WITH SALE OF INTELLECTUAL PROPERTY, INTERNET-RELATED PROPERTY AND CUSTOMER INFORMATION, (II) AUTHORIZING SELLERS TO ENTER INTO STALKING HORSE AGREEMENT IN CONNECTION THEREWITH, (III) APPROVING CERTAIN BID PROTECTIONS IN CONNECTION THEREWITH, (IV) APPROVING FORM AND MANNER OF SALE NOTICE AND (V) SETTING AUCTION AND SALE HEARING DATES

PLEASE TAKE NOTICE that on April 9, 2009, Circuit City Stores West Coast, Inc., and Circuit City Stores, Inc. (the "Sellers" and, collectively with the debtors and debtors in possession in the above-captioned jointly administered cases, the "Debtors") filed their Motion for Orders under Bankruptcy Code Sections 105, 332 and 363 (I)(A) Approving Procedures In Connection With Sale of Intellectual Property, Internet-Related Property and Customer Information, (B) Authorizing Sellers To Enter Into Stalking Horse Agreement In Connection Therewith, (C) Approving Certain Bid Protections In Connection Therewith, (D) Approving Form And Manner Of Sale Notice And (E) Setting Auction And Sale Hearing Dates; (II) Authorizing U.S. Trustee To Appoint Consumer Privacy Ombudsman; (III) Approving Sale Of Intellectual Property, Internet-Related Property And Customer Information Free And Clear Of All Interests And (IV) Granting Related Relief (Docket No. 2977, the "Motion").

PLEASE TAKE FURTHER NOTICE that, on April 16, 2009, the Court entered the Order Pursuant To Bankruptcy Code Sections 105, 332 and 363 (I) Approving Procedures In Connection With Sale of Intellectual Property, Internet-Related Property and Customer Information, (II) Authorizing Sellers To Enter Into Stalking Horse Agreement In Connection Therewith, (III) Approving Certain Bid Protections In Connection Therewith, (IV) Approving Form And Manner Of Sale Notice And (V) Setting Auction And Sale Hearing Dates (Docket No. 3071, the "Bidding Procedures Order").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order, the Sellers are authorized to enter into the Asset Purchase Agreement by and among the Sellers and Systemax Inc. (the "Agreement") as a "stalking horse" agreement.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order and procedures approved thereby (the "Bidding Procedures"), the Sellers will accept competing bids on the Intellectual Property and Internet Assets, which are due to be received by no later than 5:00 p.m. (Eastern) on May 6, 2009 (the "Bid Deadline"). All bids must comply with the Bidding Procedures.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order and the Bidding Procedures, in the event that the Sellers receive any Qualified Bids, an auction with respect to the Sale (the "Auction") will be conducted at the offices of Skadden, Arps, Slate, Meagher & Flom, LLP, 4 Times Square, New York, New York 10036, tentatively commencing at 10:00 a.m. (Eastern) on May 11, 2009 or such later time or other place...

---

**THIS IS NOT A BILL. PLEASE PAY FROM INVOICE. THANK YOU**

Case 08-35653-KRH   Doc 3243   Filed 05/01/09   Entered 05/01/09 15:58:57   Desc Main Document   Page 3 of 3

## Legal Notice Policy

The Richmond Times-Dispatch is not responsible for typographical errors or errors in publication except to the extent of the cost of the first insertion. No liability will arise through the omission for any cause of any ad or legal notice. You are cautioned to check the papers to ascertain if your ad or legal notice is published on the proper dates and in the proper form.

## Legal Notices

Fernando R. Velasquez Trading as EL Progresso Latino Market, 7433 Midlothian Tnpk, Richmond Va. 23225 is applying to the VIRGINIA DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL for a Beer Off Premises license to sell or manufacture alcoholic beverages.
Fernando R. Velasquez/President

**NOTICE OF SERVICE
OF PROCESS BY PUBLICATION
STATE OF NORTH CAROLINA, DURHAM COUNTY
In the General Court of Justice
District Court Division
09CV00130**

Plaintiff: Jose Manuel Perez-Arellano processing divorce by publication against: Defendant, Maria Marcigilio.
Take notice that a pleading seeking relief against Ms. Maria Marcigilio has been filed in the above entitled civil action. The nature of the relief being sought of this publication is because the Defendant was not found at the address provided, where it was mailed a copy of summons and complaint against her.
You are required to make defense to such pleading not later than 40 days after the first publication, and upon your failure to do so the party seeking service of process against you by means of this publication will apply to the court for the relief sought.
This, the 7th day of April, 2009.
Alexander L. Lapinski-Attorney
1906 E. NC Hwy 54, Suite 200 F
Durham, NC 27713
Tel (919) 361-0383
Fax (919) 806-1672

## Meetings/Coming Events



### City of Richmond, Virginia

**CITY COUNCIL
PUBLIC NOTICE**

Notice is hereby given that the Council of the City of Richmond has scheduled a public hearing, open to all interested citizens, on Monday, May 4, 2009 at 6:00 p.m. in the Council Chambers on the Second Floor of City Hall, located at 900 East Broad Street, Richmond, Virginia, to consider the following ordinances:

**Ordinance No. 2009-53**
To authorize the issuance of notes of the City of Richmond in the maximum principal amount of $100,000,000 in anticipation of the collection of taxes and revenues during the fiscal year 2009-2010, and to authorize the Director of Finance, with the approval of the Chief Administrative Officer, for and on behalf of the City, to sell notes in anticipation of the collection of taxes and revenues in such year.

**Ordinance No. 2009-54**
To authorize the issuance of public utility revenue bonds of the City of Richmond in the maximum principal amount of $137,722,000 to finance the cost of capital improvement projects of the gas, water and wastewater utilities and public utilities buildings and facilities, including but not limited to the stores division; to authorize the Director of Finance, with the approval of the Chief Administrative Officer, for and on behalf of the City, to sell such bonds for such capital improvement projects; to provide for the form, details and payment of such bonds; to approve the form of supplemental indenture of trust; and to authorize the issuance of notes of the City in anticipation of the issuance of such bonds.

Interested citizens who wish to speak will be given an opportunity to do so. Copies of the full text of all ordinances are available by visiting the City Clerk's page on the City's Website at

## Legal Notices

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re:                                ) Chapter 11
                                      ) Case No.
CIRCUIT CITY STORES, INC., et al.,    ) 08-35653 (KRH)
        Debtors.                      ) Jointly Administered

Auction: May 11, 2009 at 10:00 a.m. (ET)
Obj. Deadline: May 12, 2009 at 4:00 p.m. (ET)
Sale Hearing: May 13, 2009 at 10:00 a.m. (ET)

**NOTICE OF ENTRY OF ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 332 AND 363 (I) APPROVING PROCEDURES IN CONNECTION WITH SALE OF INTELLECTUAL PROPERTY, INTERNET-RELATED PROPERTY AND CUSTOMER INFORMATION, (II) AUTHORIZING SELLERS TO ENTER INTO STALKING HORSE AGREEMENT IN CONNECTION THEREWITH, (III) APPROVING CERTAIN BID PROTECTIONS IN CONNECTION THEREWITH, (IV) APPROVING FORM AND MANNER OF SALE NOTICE AND (V) SETTING AUCTION AND SALE HEARING DATES**

PLEASE TAKE NOTICE that on April 9, 2009, Circuit City Stores West Coast, Inc., and Circuit City Stores, Inc. (the "Sellers" and, collectively with the debtors and debtors in possession in the above-captioned jointly administered cases, the "Debtors")[1] filed their Motion for Orders under Bankruptcy Code Sections 105, 332 and 363 (I)(A) Approving Procedures In Connection With Sale of Intellectual Property, Internet-Related Property and Customer Information, (B) Authorizing Sellers To Enter Into Stalking Horse Agreement In Connection Therewith, (C) Approving Certain Bid Protections In Connection Therewith, (D) Approving Form And Manner Of Sale Notice And (E) Setting Auction And Sale Hearing Dates; (II) Authorizing U.S. Trustee To Appoint Consumer Privacy Ombudsman; (III) Approving Sale Of Intellectual Property, Internet-Related Property And Customer Information Free And Clear Of All Interests And (IV) Granting Related Relief (Docket No. 2977, the "Motion").

PLEASE TAKE FURTHER NOTICE that, on April 16, 2009, the Court entered the Order Pursuant To Bankruptcy Code Sections 105, 332 and 363 (I) Approving Procedures In Connection With Sale of Intellectual Property, Internet-Related Property and Customer Information, (II) Authorizing Sellers To Enter Into Stalking Horse Agreement In Connection Therewith, (III) Approving Certain Bid Protections In Connection Therewith, (IV) Approving Form And Manner Of Sale Notice And (V) Setting Auction And Sale Hearing Dates (Docket No. 3071, the "Bidding Procedures Order").[2]

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order, the Sellers are authorized to enter into the Asset Purchase Agreement by and among the Sellers and Systemax Inc. (the "Agreement") as a "stalking horse" agreement.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order and procedures approved thereby (the "Bidding Procedures"), the Sellers will accept competing bids on the Intellectual Property and Internet Assets, which are due to be received by no later than 5:00 p.m. (Eastern) on May 6, 2009 (the "Bid Deadline"). All bids must comply with the Bidding Procedures.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order and the Bidding Procedures, in the event that the Sellers receive any Qualified Bids, an auction with respect to the Sale (the "Auction") will be conducted at the offices of Skadden, Arps, Slate, Meagher & Flom, LLP, 4 Times Square, New York, New York 10036], tentatively commencing at 10:00 a.m. (Eastern) on May 11, 2009 or such later time or other place as the Sellers notify all Qualified Bidders who have submitted Qualified Bids.

PLEASE TAKE FURTHER NOTICE that the Debtors have made the Motion, the Bidding Procedures Order, the Bidding Procedures, the Agreement and any related documents available at www.kccllc.net/circuitcity.

Dated: April 16, 2009, Richmond, Virginia
Counsel for Debtors and Debtors in Possession

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP,
Gregg M. Galardi, Esq., Ian S. Fredericks, Esq.,
P.O. Box 636, Wilmington, Delaware 19899-0636,
(302) 651-3000

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP,
Chris L. Dickerson, Esq., 333 West Wacker Drive,
Chicago, Illinois 60606, (312) 407-0700

MCGUIREWOODS LLP    /s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304), Douglas Foley (VSB No. 34364), One James Center, 901 E. Cary Street, Richmond, Virginia 23219, (804) 775-1000

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion or the Bidding Procedures Order.

## Trustee Sales

ning at a point on the east line of Barton Avenue distant 142 feet north of the north line of Brookland Park Boulevard, thence running northwardly along and fronting on the east line of Barton Avenue 48 feet, and extending back eastwardly from said front between lines parallel with the north line of Brookland Park Boulevard 135 feet to an alley in the rear 15 feet wide, being designated as the northern forty-eight (48) feet of Lot No. 4, in Block No. 3, on the Plan of North Avenue Subdivision, as recorded in the Clerk's Office of the Circuit Court of Henrico County, Virginia in Plat book 6, page 91.
This conveyance is subject to all easements, restrictions, conditions, and reservations of record affecting the title to the property hereinabove described.
The beneficiary reserves the right to bid at said sale.
**TERMS OF SALE:** Certified funds, cashiers checks, trust account checks.
A bidder's deposit of TEN percent **(10%) MUST** be present at the time of the Trustee's Sale with settlement in full to be made within 15 days from the date of the said sale.
This notice is an attempt to collect a debt and any information obtained will be used for that purpose.
TS#: 09-V18068VA
Loan Type: CONV

For Information Contact:
**SPECIALIZED INC., OF VIRGINIA,**
SUBSTITUTE TRUSTEE
722 E MARKET STREET Suite 200
LEESBURG, VIRGINIA 20176
(703) 779-0080 **Call between 9AM-11AM ONLY**
https://www.specofva.com/

**NOTICE OF TRUSTEE'S SALE**
In execution of a certain deed of trust dated **February 10, 2006**, and recorded on **February 13, 2006** in the Clerk's Office of the Circuit Court for the **Henrico County**, Virginia, AS INSTRUMENT **#8463**, IN DEED BOOK **4065**, PAGE **1873**, from the Original Borrower(s) to **Michelle L. Ferris**, Trustee(s), and default having been made in the payment of the debt secured, with the original principal balance of **$148,000.00**, and at the request of the beneficiary under said deed of trust the undersigned, having been duly appointed Substitute Trustee(s), has declared all the debts and obligations secured by the deed of trust due and payable and will offer for sale at public auction to the highest bidder in front of **Henrico County Circuit Courthouse 4301 East Parham Road Richmond VA 23228**, on **May 5, 2009, at 12:00 PM**, the following described property located at **6910 Dan Street, Richmond, Virginia 23231**, and more particularly described as FOLLOWS, TO WIT:
ALL that certain lot, piece or parcel of land, with improvements thereon and appurtenances thereunto belonging, lying and being in the Varina District, Henrico County, Virginia, known as Lot 5, DAN WOODS SUBDIVISION, all as shown on a plat of subdivision made by Robert K. Thomas & Associates, Certified Land Surveyor, dated August 12, 1997, a copy of which is recorded in the Clerk's Office, Circuit Court of Henrico County, Virginia, in Plat Book 107, Page 25.
This conveyance is subject to all easements, restrictions, conditions, and reservations of record affecting the title to the property hereinabove described.
The beneficiary reserves the right to bid at said sale.
**TERMS OF SALE:** Certified funds, cashiers checks, trust account checks.
A bidder's deposit of TEN percent **(10%) MUST** be present at the time of the Trustee's Sale with settlement in full to be made within 15 days from the date of the said sale.
This notice is an attempt to collect a debt and any information obtained will be used for that purpose.
TS#: 09-V18096VA
Loan Type: CONV

For Information Contact:
**SPECIALIZED INC., OF VIRGINIA,**
SUBSTITUTE TRUSTEE
722 E MARKET STREET Suite 200
LEESBURG, VIRGINIA 20176
(703) 779-0080 **Call between 9AM-11AM ONLY**
https://www.specofva.com/

**NOTICE OF TRUSTEE'S SALE**
In execution of a certain deed of trust dated **September 14, 2006**, and recorded on **October 2, 2006** in the Clerk's Office of the Circuit Court for the **Hanover County**, Virginia, AS INSTRUMENT **#060018913**, IN DEED BOOK **2778**, PAGE **306**, from the Original Borrower(s) to **Lawyers Title Realty Services, Inc.**, Trustee(s), and default having been made in the payment of the debt secured, with the original principal balance of **$236,000.00**, and at the request of the beneficiary under said deed of trust the undersigned, having been duly appointed Substitute Trustee(s), has declared all the debts and obligations secured by the deed of

## Trus

**NOTICE O**
In execution of a cert 8, 2007, and record Clerk's Office of the Richmond, Virginia, PAGE 1171, from t Godwin-Jones & Pri having been made in cured, with the or $100,000.00, and at t under said deed of tr been duly appointed declared all the debt the deed of trust du for sale at public auc front of Richmond C North 9th Street, Richmond VA 23219, the following descri Cowardin Avenue, RI more particularly d WIT:
ALL that certain lot, all improvements t thereunto belonging, of Richmond, Virginia 12 Cowardin Avenue, being more particula vey made by Edward Inc., dated July 17, Premises Known as cated in the City of of which is attached strument Number 02 ence is made for a m the real estate hereb This conveyance is s strictions, conditions affecting the title t described.
The beneficiary rese sale.
**TERMS OF SALE:** Cert trust account checks. A bidder's deposit of present at the time o tlement in full to be the date of the said s This notice is an at any information obt purpose.
TS#: 09-V18015VA
Loan Type: CONV

SP

72:

(703) 779-0080 C

TR
1002 W
Peters
In execution of a L Seiden dated Septen the Clerk's Office, burg, Virginia, as Ir securing a loan whi Default having occu Note thereby secure holder of said Note Trustees will offer the City of Peters Court House Avenu burg Virginia on N property described at the above addres that certain lot or p situate on the soutl the City of Peters numbered and de: High Street, frontin feet and running bi more or less, to p Junius G. Quarles, fourth (1/4) of Lot TAX MAP: 024120009 The property will I ranty Deed, subject strictions and any fect title to the p serves the right to t TERMS: CASH: A b cash or certified c time of sale with th of the purchase p from the date of t be announced at t cessful bidder will l liver to the Substitu contract of the sale This notice is an at any information o purpose. Loan Typ VT0919904
FOR INFORMATION Between 8 - 11 AM