IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                          : Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      : Case No. 08-35653 (KRH)
et al.,                         :
                                :
                                : Jointly Administered
          Debtors.[1]           x
- - - - - - - - - - - - - - -

**AFFIDAVIT OF PUBLICATION OF ALICE WEBER**

**IN THE NEW YORK TIMES**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Seller, the address is 4951 Lake Brook Drive, Glen Allen, Virginia 23060-9279.

Case 08-35653-KRH    Doc 3244    Filed 05/01/09    Entered 05/01/09 16:01:28    Desc Main Document    Page 2 of 3

# The New York Times
620 8TH AVENUE · NEW YORK, NY 10018



SEC: _B_    PG _6_

## CERTIFICATION OF PUBLICATION

APR 2 1 2009 _____ 20 ___

I, _Alice Weber_, in my capacity as a Principal Clerk of the Publisher of **The New York Times** a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times** on the following date or dates, to wit on

APR 2 1 2009 _____ 20 ___

_Alice Weber_ (signature)

Approved: _Maria Pannullo_ (signature)

**THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL**

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA - RICHMOND DIVISION**

In re: CIRCUIT CITY STORES, ) Chapter 11
INC., et al., ) Case No. 08-35653 (KRH)
    Debtors. ) Jointly Administered

Auction: May 11, 2009 at 10:00 a.m. (ET)
Obj. Deadline: May 12, 2009 at 4:00 p.m. (ET)
Sale Hearing: May 13, 2009 at 10:00 a.m. (ET)

**NOTICE OF ENTRY OF ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 332 AND 363 (I)(A) APPROVING PROCEDURES IN CONNECTION WITH SALE OF INTELLECTUAL PROPERTY, INTERNET-RELATED PROPERTY AND CUSTOMER INFORMATION, (II) AUTHORIZING SELLERS TO ENTER INTO STALKING HORSE AGREEMENT IN CONNECTION THEREWITH, (III) APPROVING CERTAIN BID PROTECTIONS IN CONNECTION THEREWITH, (IV) APPROVING FORM AND MANNER OF SALE NOTICE AND (V) SETTING AUCTION AND SALE HEARING DATES.**

PLEASE TAKE NOTICE that on April 9, 2009, Circuit City Stores West Coast, Inc. and Circuit City Stores, Inc. (the "Sellers" and, collectively with the debtors and debtors in possession in the above-captioned jointly administered cases, the "Debtors")¹ filed their Motion for Orders under Bankruptcy Code Sections 105, 332 and 363 (I)(A) Approving Procedures in Connection With Sale of Intellectual Property, Internet-Related Property and Customer Information, (B) Authorizing Sellers To Enter Into Stalking Horse Agreement In Connection Therewith, (C) Approving Certain Bid Protections In Connection Therewith, (D) Approving Form And Manner Of Sale Notice And (E) Setting Auction And Sale Hearing Dates; (II) Authorizing U.S. Trustee To Appoint Consumer Privacy Ombudsman; (III) Approving Sale Of Intellectual Property, Internet-Related Property And Customer Information Free And Clear Of All Interests And (IV) Granting Related Relief (Docket No. 2977, the "Motion").

PLEASE TAKE FURTHER NOTICE that, on April 16, 2009, the Court entered the Order Pursuant To Bankruptcy Code Sections 105, 332 and 363 (I) Approving Procedures In Connection With Sale of Intellectual Property, Internet-Related Property and Customer Information, (II) Authorizing Sellers To Enter Into Stalking Horse Agreement In Connection Therewith, (III) Approving Certain Bid Protections In Connection Therewith, (IV) Approving Form And Manner Of Sale Notice And (V) Setting Auction And Sale Hearing Dates (Docket No. 3071, the "Bidding Procedures Order").²

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order, the Sellers are authorized to enter into the Asset Purchase Agreement by and among the Sellers and Systemax Inc. (the "Agreement") as a stalking horse agreement.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order and procedures approved thereby (the "Bidding Procedures"), the Sellers will accept competing bids on the Intellectual Property and Internet Assets, which are due to be received by no later than 5:00 p.m. (Eastern) on May 6, 2009 (the "Bid Deadline"). All bids must comply with the Bidding Procedures.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order and the Bidding Procedures, in the event that the Sellers receive any Qualified Bids, an auction with respect to the Sale (the "Auction") will be conducted at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, New York 10036, tentatively commencing at 10:00 a.m. (Eastern) on May 11, 2009 or such other time or other place as the Sellers notify all Qualified Bidders who have submitted Qualified Bids.

PLEASE TAKE FURTHER NOTICE that the Debtors have made the Motion, the Bidding Procedures Order, the Bidding Procedures, the Agreement and any related documents available at www.kccllc.net/circuitcity.

Dated: April 16, 2009, Richmond, Virginia

Counsel for Debtors and Debtors in Possession:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq., Ian S. Fredericks, Esq., P.O. Box 636,
Wilmington, Delaware 19899-0636, (302) 651-3000

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP Chris L. Dickerson, Esq.,
333 West Wacker Drive, Chicago, Illinois 60606, (312) 407-0700

MCGUIREWOODS LLP / s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304), Douglas Foley (VSB No. 34364),
One James Center, 901 E. Cary Street, Richmond, Virginia 23219,
(804) 775-1000

¹ The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

² Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion or the Bidding Procedures Order.

5407



**IF YOU'D RATHER PAY MORE & GET LESS HERE'S MARQUIS' NUMBER: 1-866-538-0707**

CITATIONSHARES' VECTOR FLEET JETCARD SAVES YOU UP TO 20% OVER MARQUIS JET CARD

CITATIONSHARES.COM 800.340.7767 x825

UPPER EAST SIDE/UPPER WEST SIDE
We buy vacant apartment buildings.
Quick closing.
Brokers protected.
914.434.3065
buildingpurchases@gmail.com

**Building Wanted- NNN**
• Quick Decision
• Qualified, Well-Capitalized Tenant
• Owner TI Required
• 40,000-100,000 sf
• Long Term Lease
• Boutique Hotel Use
-Manhattan Only
Contact:
Blocksltd@hotmail.com
(303) 885-4466
Principals only, please

**Save 60% First/Business**
International Fares
Cook
American Express  Travel
212.201.1824  Representative
www.cookamerican.travel

The New York Times
nytimes.com & monster

In Karachi, the immigration officials were concerned that I didn't have a visa or an invitation. I spent more than an hour in the office of a Pakistani supervi... anything too exciting.

There's no way I would trade my Oaxaca for a large international flight, though. I may be a former aid worker, but I'm not a saint.

...erra Club.

Her gro... the start ... vironment... tends tha... added late...

---

IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA – RICHMOND DIVISION

In re: CIRCUIT CITY STORES, INC., et al., Debtors.
Chapter 11
Case No. 08-35653 (KRH)
Jointly Administered

**Auction: May 11, 2009 at 10:00 a.m. (ET)**
**Obj. Deadline: May 12, 2009 at 4:00 p.m. (ET)**
**Sale Hearing: May 13, 2009 at 10:00 a.m. (ET)**

**NOTICE OF ENTRY OF ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 332 AND 363 (I) APPROVING PROCEDURES IN CONNECTION WITH SALE OF INTELLECTUAL PROPERTY, INTERNET-RELATED PROPERTY AND CUSTOMER INFORMATION, (II) AUTHORIZING SELLERS TO ENTER INTO STALKING HORSE AGREEMENT IN CONNECTION THEREWITH, (III) APPROVING CERTAIN BID PROTECTIONS IN CONNECTION THEREWITH, (IV) APPROVING FORM AND MANNER OF SALE NOTICE AND (V) SETTING AUCTION AND SALE HEARING DATES**

PLEASE TAKE NOTICE that on April 9, 2009, Circuit City Stores West Coast, Inc., and Circuit City Stores, Inc. (the "Sellers" and, collectively with the debtors and debtors in possession in the above-captioned jointly administered cases, the "Debtors") filed their Motion for Orders under Bankruptcy Code Sections 105, 332 and 363 (I)(A) Approving Procedures in Connection With Sale of Intellectual Property, Internet-Related Property and Customer Information, (B) Authorizing Sellers To Enter Into Stalking Horse Agreement In Connection Therewith, (C) Approving Certain Bid Protections In Connection Therewith, (D) Approving Form And Manner Of Sale Notice And (E) Setting Auction And Sale Hearing Dates; (II) Authorizing U.S. Trustee To Appoint Consumer Privacy Ombudsman; (III) Approving Sale Of Intellectual Property, Internet-Related Property And Customer Information Free And Clear Of All Interests And (IV) Granting Related Relief (Docket No. 2977, the "Motion").

PLEASE TAKE FURTHER NOTICE that, on April 16, 2009, the Court entered the Order Pursuant To Bankruptcy Code Sections 105, 332 and 363 (I) Approving Procedures In Connection With Sale of Intellectual Property, Internet-Related Property and Customer Information, (II) Authorizing Sellers To Enter Into Stalking Horse Agreement In Connection Therewith, (III) Approving Certain Bid Protections In Connection Therewith, (IV) Approving Form And Manner Of Sale Notice And (V) Setting Auction And Sale Hearing Dates (Docket No. 3071, the "Bidding Procedures Order").[2]

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order, the Sellers are authorized to enter into the Asset Purchase Agreement by and among the Sellers and Systemax Inc. (the "Agreement") as a "stalking horse" agreement.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order and procedures approved thereby (the "Bidding Procedures"), the Sellers will accept competing bids on the Intellectual Property and Internet Assets, which are due to be received by no later than **5:00 p.m. (Eastern) on May 6, 2009** (the "Bid Deadline"). All bids must comply with the Bidding Procedures.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order and the Bidding Procedures, in the event that the Sellers receive any Qualified Bids, an auction with respect to the Sale (the "Auction") will be conducted at the offices of Skadden, Arps, Slate, Meagher & Flom, LLP, 4 Times Square, New York, New York 10036, tentatively commencing at **10:00 a.m. (Eastern) on May 11, 2009** or such later time or other place as the Sellers notify all Qualified Bidders who have submitted Qualified Bids.

PLEASE TAKE FURTHER NOTICE that the Debtors have made the Motion, the Bidding Procedures Order, the Bidding Procedures, the Agreement and any related documents available at www.kccllc.net/circuitcity.

Dated: April 16, 2009, Richmond, Virginia

Counsel for Debtors and Debtors in Possession
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP,
Gregg M. Galardi, Esq., Ian S. Fredericks, Esq., P.O. Box 636,
Wilmington, Delaware 19899-0636, (302) 651-3000
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP, Chris L. Dickerson, Esq.,
333 West Wacker Drive, Chicago, Illinois 60606, (312) 407-0700
MCGUIREWOODS LLP  /s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304), Douglas Foley (VSB No. 34364),
One James Center, 901 E. Cary Street, Richmond, Virginia 23219,
(804) 775-1000

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion or the Bidding Procedures Order.

The New York Times

**Mobile**
mobile.nytimes.com

## Europe Opens Inqu[iry]

**By JAMES KANTER**

BRUSSELS — The European Commission said on Monday that it was investigating whether airlines were using their alliances to block competition in the trans-Atlantic market.

"On the basis of what we have seen so far, there may be breaches of the antitrust rules because of the very extensive scope of these agreements," said Jonathan Todd, a spokesman for Europe's competition commissioner, Neelie Kroes.

The airlines had "failed to demonstrate that there are consumer benefits" to the agreements, Mr. Todd said.

Airlines that form alliances usually share certain operations in areas like routes and bookings. But regulators said that accords involving seven airlines that are members or prospective members of two groupings — Star Alli-

ance and ... going too ... schedules, ...

The Sta... **Canada, ... Airlines,** a... **Continent**... **World** in... **lines** and ...

Richard... man for B... European ... as part of ... permissio... operate ex... can Airline... Atlantic ro...

The com... body of th... cooperatio... the allianc... Atlantic ro... tensive" th... alliance m... of the wo... handle th...

## COMMERCIAL REAL[ESTATE] BUSINESS OPPORT[UNITIES]



**OFFICE SPACE (100)**
Offices-Manhattan 105
35 ST W., #147 B'twn Broadway & 7th
500, 1000 & 2000 sq ft, totally renovated, New windows, 7 days/week. NO FEE
falconproperties.com 212-302-3000
38 ST W., #325 OFF 8th AVE
500, 700, 1400 sf. Totally reno ofcs.
New elevs. 24-hr Drmn. Internet access
falconproperties.com 212-302-3000
MADISON PARK 5TH
500 to 5,000 SF
SMALL SPACE SPECIALISTS
HERBERT SANDERS 212-486-0313

**RETAIL SPACE (200)**
Manhattan 205
6th Ave #1030 Between 38th & 39th St.
2,000sf store + basement, no food,
Brokers protected. No Fee!
falconproperties.com 212-302-3000

**COMMERCIAL & INDUSTRIAL PROPERTIES (300)**
Queens 327
CENTRAL QUEENS - FOR LEASE
1,000 SF and 7,000 SF, Drive-In Loading,
High Ceil. Yard Avail 718-739-3550
www.DorfAssociates.com

**INVESTMENT PROPERTIES (600)**
Investment Properties
Manhattan 603
52nd East. 6-Family, 7-storey Town House with Elevator. Two Triplex apts and four 1-bed apts in midtown location. Triplexes are newly renov 3 and 4 bed, CAC, HW floors, W/D and Gourmet Kitchen. $3.25 Million. 718-237-2556

**COMMERCIAL LOTS & ACREAGE (700)**
Queens 715
CENTRAL QUEENS - FOR LEASE
15,000 SF Yard Space for Rent.
Dorf Management -718-739-3550
www.DorfAssociates.com