IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                          :   Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :   Case No. 08-35653 (KRH)
et al.,                         :
                                :
                                :   Jointly Administered
          Debtors.[1]           x
- - - - - - - - - - - - - - -

**AFFIDAVIT OF PUBLICATION OF CORTNEY BECKER**

**IN THE WALL STREET JOURNAL**

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Seller, the address is 4951 Lake Brook Drive, Glen Allen, Virginia 23060-9279.

## AFFIDAVIT

STATE OF TEXAS                    )
                                  ) ss:
CITY AND COUNTY OF DALLAS)

I, Cortney Becker, being duly sworn, depose and say that I am the Advertising Clerk of

the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general

circulation throughout the United States, and that the Notice attached to this Affidavit has

been regularly published in THE WALL STREET JOURNAL for national distribution

for <u>one</u> insertion(s) on the following date(s): <u>April 21, 2009</u>; advertiser: <u>Circuit City</u>

<u>Stores, Inc. et al.</u>; and that the foregoing statements are true and correct to the best of my

knowledge.

Sworn to before me this
<u>23rd</u> day of <u>April, 2009</u>.



Notary Public

ALBERT FOX
Notary Public, State of Texas
My Commission Expires
February 15, 2012

EE MW SW WE

## NOTICE OF SALE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA - RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653 (KRH) |
| Debtors. | ) | Jointly Administered |

**Auction: May 11, 2009 at 10:00 a.m. (ET)**
**Obj. Deadline: May 12, 2009 at 4:00 p.m. (ET)**
**Sale Hearing: May 13, 2009 at 10:00 a.m. (ET)**

NOTICE OF ENTRY OF ORDER PURSUANT TO BANKRUPTCY CODE
SECTIONS 105, 332 AND 363 (I) APPROVING PROCEDURES IN
CONNECTION WITH SALE OF INTELLECTUAL PROPERTY, INTERNET-
RELATED PROPERTY AND CUSTOMER INFORMATION, (II) AUTHORIZING
SELLERS TO ENTER INTO STALKING HORSE AGREEMENT IN CONNECTION
THEREWITH, (III) APPROVING CERTAIN BID PROTECTIONS IN
CONNECTION THEREWITH, (IV) APPROVING FORM AND MANNER OF
SALE NOTICE AND (V) SETTING AUCTION AND SALE HEARING DATES

PLEASE TAKE NOTICE that on April 9, 2009, Circuit City Stores West Coast, Inc., and Circuit City Stores, Inc. (the "Sellers" and, collectively with the debtors and debtors in possession in the above-captioned jointly administered cases, the "Debtors")¹ filed their Motion for Orders under Bankruptcy Code Sections 105, 332 and 363 (I)(A) Approving Procedures In Connection With Sale of Intellectual Property, Internet-Related Property and Customer Information, (B) Authorizing Sellers To Enter Into Stalking Horse Agreement In Connection Therewith, (C) Approving Certain Bid Protections In Connection Therewith, (D) Approving Form and Manner Of Sale Notice And (E) Setting Auction And Sale Hearing Dates; (II) Authorizing U.S. Trustee To Appoint Consumer Privacy Ombudsman; (III) Approving Sale Of Intellectual Property/Internet-Related Property And Customer Information Free And Clear Of All Interests And (IV) Granting Related Relief (Docket No. 2977, the "Motion").

PLEASE TAKE FURTHER NOTICE that, on April 16, 2009, the Court entered the Order Pursuant to Bankruptcy Code Sections 105, 332 and 363 (I) Approving Procedures In Connection With Sale of Intellectual Property, Internet-Related Property and Customer Information, (II) Authorizing Sellers To Enter Into Stalking Horse Agreement In Connection Therewith, (III) Approving Certain Bid Protections In Connection Therewith, (IV) Approving Form And Manner Of Sale Notice And (V) Setting Auction And Sale Hearing Dates (Docket No. 3071, the "Bidding Procedures Order").²

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order, the Sellers are authorized to enter into the Asset Purchase Agreement by and among the Sellers and Systemax Inc. (the "Agreement") as a "stalking horse" agreement.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order and procedures approved thereby (the "Bidding Procedures"), the Sellers will accept competing bids on the Intellectual Property and Internet Assets, which are due to be received by no later than **5:00 p.m. (Eastern) on May 6, 2009** (the "Bid Deadline"). **All bids must comply with the Bidding Procedures.**

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order and the Bidding Procedures, in the event that the Sellers receive any Qualified Bids, an auction with respect to the Sale (the "Auction") will be conducted at the offices of Skadden, Arps, Slate, Meagher & Flom, LLP, 4 Times Square, New York, New York 10036, tentatively commencing at **10:00 a.m. (Eastern) on May 11, 2009** or such later time or other place as the Sellers notify all Qualified Bidders who have submitted Qualified Bids.

PLEASE TAKE FURTHER NOTICE that the Debtors have made the Motion, the Bidding Procedures Order, the Bidding Procedures, the Agreement and any related documents available at www.kccllc.net/circuitcity.

Dated: April 16, 2009, Richmond, Virginia

Counsel for Debtors and Debtors in Possession
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP,
Gregg M. Galardi, Esq., Ian S. Fredericks, Esq.,
P.O. Box 636, Wilmington, Delaware 19899-0636, (302) 651-3000
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP, Chris L. Dickerson, Esq.,
333 West Wacker Drive, Chicago, Illinois 60606,(312) 407-0700
MCGUIREWOODS LLP    /s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304), Douglas Foley (VSB No. 34364),
One James Center, 901 E. Cary Street, Richmond, Virginia 23219,
(804) 775-1000

¹ The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevai, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

² Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion or the Bidding Procedures Order.