# EXHIBIT E