**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | Jointly Administered |
| Debtors. | ) | |

**ORDER GRANTING ADMISSION *PRO HAC VICE***

This matter came before the Court upon the Motion for Admission to Appear *Pro Hac Vice* of Laurie A. Shade (the "Motion"), and upon the representations by counsel, Assistant Henrico County Attorney Rhysa Griffith South, that Laurie A. Shade is a practicing attorney in good standing in the State of California; it is hereby

ORDERED that the Motion is hereby GRANTED and that Laurie A. Shade, an attorney with the Office of the Orange County Counsel, may appear *pro hac vice* in the above-captioned bankruptcy case and any related contested matter on behalf of the Orange County California Treasurer-Tax Collector.

DATE: Apr 29 2009

/s/ Kevin Huennekens
UNITED STATES BANKRUPTCY JUDGE

PREPARED BY:

Entered on Docket: Apr 29 2009

OFFICE OF THE COUNTY ATTORNEY
P.O. Box 90775
Henrico, Virginia 23273-0775
Telephone: (804) 501-5091
Facsimile: (804) 501-4140

By:   /s/ Rhysa Griffith South
    Rhysa Griffith South (VSB #25944)
    *Local Counsel to Orange County California Treasurer-Tax Collector*

## **RULE 9022-1 CERTIFICATION**

I hereby certify that the foregoing Motion has either been endorsed by or served upon all necessary parties.

/s/ Rhysa Griffith South
Rhysa Griffith South

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1                Date Rcvd: Apr 29, 2009
Case: 08-35653                 Form ID: pdforder          Total Served: 1

The following entities were served by first class mail on May 01, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 01, 2009**              Signature:   *Joseph Speetjens*