**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CIRCUIT CITY STORES, INC., ) | Case No. 08-35653-KRH |
| et al., ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| _____) | |
| ADA ALICEA, ON BEHALF OF ) | |
| HERSELF AND ALL OTHERS ) | |
| SIMILARLY SITUATED, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| CIRCUIT CITY STORES, INC., ) | |
| ) | |
| Respondent. ) | |
| _____) | |

### AGREED ORDER

THIS MATTER having come before the Court on Ada Alicea (the "Movant"), on Behalf of Herself and all Others Similarly Situated, Motion for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code(Docket No. 3146)(the "Motion"), which requested that Movant be granted relief from the automatic stay to allow Movant to prosecute a state court action against the Debtors, and with the parties having reached an agreement with respect to the Motion,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is DENIED.

2. The automatic stay provided in 11 U.S.C. § 362 shall remain in full force and effect.

Dated: Apr 29 2009 , 2009
Richmond, Virginia

/s/ Kevin Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: Apr 29 2009

WE ASK FOR THIS:


_/s/ Troy Savenko_____
Troy Savenko(VSB No. 44516)
Leslie A. Skiba (VSB No. 48783)
GREGORY KAPLAN, PLC
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, Virginia 23218-2470
(804) 423-7921

         - and -

Christine M. Ford (NY Bar No. 2897999)
MEISELMAN, DENLEA, PACKERMAN,
CARTON & EBERZ P.C.
1311 Mamaroneck Avenue
White Plains, New York 10605
(914) 517-5000

Counsel for Movant.

```
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and –


 /s/ Douglas M. Foley_____
MCGUIREWOODS LLP
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing order has been endorsed by or served upon all necessary parties.

                /s/ Douglas M. Foley__
                  Douglas M. Foley

\8932051.1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs            Page 1 of 1              Date Rcvd: Apr 29, 2009
Case: 08-35653                Form ID: pdforder        Total Served: 2

The following entities were served by first class mail on May 01, 2009.
aty          +Gregg M. Galardi,    Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
             +Christine M. Ford,   1311 Mamaroneck Ave.,   White Plains, NY 10605-5221
The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 01, 2009**          **Signature:**  _Joseph Speetjens_