# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**TO:**  
Mary Stienemann

**In re:** Circuit City Stores, Inc.

**Case Number** 08−35653−KRH  
**Chapter** 11
.

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*3195* – Letter "Informal Proof of Claim" filed by Mary H. Stienemann. (Jafarbay, Jenni)

**CLAIMS/TRANSFER OF CLAIM:**

_    Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

_    Document does not appear to be filed in the correct case. Please review this filing for possible error, and file it in the correct case, as appropriate.

_    Form B210A – Transfer of Claim Other Than For Security.* The transfer is NOT in substantial compliance with the Procedural Form B210A.

_    Official Form 10 – Proof of Claim* – not attached to entry or attached form not in substantial compliance with Official Form.

**X**    If you wish to file a proof of claim please complete the enclosed proof of claim form and mail with any supporting documents to: Circuit City Claims Processing, Kurtzman Carson Consultants LLC, 2335 Alaska Ave., El Segundo CA (proof of claim form and instructions enclosed with copy mailed 4/28/09)

*\*A copy of the above−referenced form may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:  April 30, 2009                                  CLERK, UNITED STATES BANKRUPTCY COURT

                                                       By /s/ Jenni Jafarbay, Deputy Clerk
[general_checksheet_claims.jsp ver.5/2007]             Direct Dial Telephone No. 804−916−2411

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: jafarbayj              Page 1 of 1                 Date Rcvd: Apr 30, 2009
Case: 08-35653                 Form ID: igclaims            Total Served: 1

The following entities were served by first class mail on May 02, 2009.
cr           +Mary H. Stienemann,    Apt. B,   1037 Maiden Choice Ln.,    Baltimore, MD 21229-5339
The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 02, 2009**            **Signature:** *Joseph Speetjens*