Appellants :
Carousel Center Company, L.P., Sangertown Square, L.L.C., Fingerlakes Crossing, LLC, Portland Investment Company of America, Inland US Management LLC, Generation One and Two, LP, N.P. Huntsville Limited Liability Company, Drexel Delaware Limited Partnership, Hamilton Crossing, Starpoint Property Management, LLC, Inland Commercial Property Management, Inc., Brighton Commercial, L.L.C., Cedar Development Ltd., a Florida Limited Partnership, La Habra Imperial, LLC, Rancon Realty Fund IV, UnCommon, Ltd., a Florida Limited Partnership, Myrtle Beach Farms Co., Inc., GRI-EQY (Sparkleberry Square) LLC