# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

MAY – 4 2009

CLERK, U.S. DISTRICT COURT
RICHMOND, VA.

In re   Circuit City Stores, Inc.                                  Case No. 08-35653-KRH

Adv. Proceeding No. _____

**Debtor(s)**

## TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT

Pursuant to 28 U.S.C. 158, Notice of Appeal was filed herein on  2/5/09 Amended 2/11/09  .

The parties included in the Appeal to the District Court:

APPELLANT(S):  The Macerich Company, Kimco Realty Corporaration, Inland Southwest Management LLC,

Inland American Retail Management LLC, Inland Pacific Property Services LLC, Inland

Continental Property Management Corp., Madison Waldorf, LLC, and (see attached sheet)

ATTORNEY:  Augustus C. Epps, Jr.

Christian & Barton, L.L.P.

909 E. Main St, Ste. 1200, Richmond, VA 23219

APPELLEE (S):  Circuit City Stores, Inc., et al

ATTORNEY:  Dion W. Hayes, Esq. (Local Counsel)    Gregg M. Galardi, Esq

One James Ctr, 901 E. Cary St.                One Rodney Square

Richmond, VA 23219                              Wilmington, DE 19899

Brief Description of Judgment/Order Appealed:  Order / Findings of Fact and Conclusions of Law Denying Motions to Compel Payment of Rent

Date Judgment/Order Entered:  January 26, 2009; Memorandum Opinion Entered: February 12, 2009

1. Filing Fees:   A. Notice of Appeal - Filing Fee $5.00    (X) Paid    ( ) Not Paid
                  B. Appeal Docket Fee - $250.00            (X) Paid    ( ) Not Paid    ( ) Deferred.  See attached Request
2. (X) Notice of Appeal, Order/Judgment, True Copy Teste of Docket Record, and Designation(s) [if any]
3. ( ) No Designation of Record on Appeal filed (See Certification Below)
4. ( ) Copies of items designated by Appellant/Appellee have/have not been submitted pursuant to FRBP 8006 and LBR 8006-1.

WILLIAM C. REDDEN, Clerk of the Court
Date:  May 04, 2009          By:  Jennifer A. Jafarbay         , Deputy Clerk

### CERTIFICATION TO APPELLATE COURT
It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Local Bankruptcy Rule 8006-1 has not been filed within ten (10) days after the filing of the notice of appeal.

WILLIAM C. REDDEN, Clerk of the Court
By: _____, Deputy Clerk

*District Clerk - Please complete and return second copy.*

DISTRICT COURT CASE NUMBER  3:09cv286     Date  5/4/09    Hudson

cc: Attorney for Appellant(s)
    Attorney for Appellee(s)                        [apptrans ver. 11/01/03]

Appellants :
Carousel Center Company, L.P., Sangertown Square, L.L.C., Fingerlakes Crossing, LLC, Portland Investment Company of America, Inland US Management LLC, Generation One and Two, LP, N.P. Huntsville Limited Liability Company, Drexel Delaware Limited Partnership, Hamilton Crossing, Starpoint Property Management, LLC, Inland Commercial Property Management, Inc., Brighton Commercial, L.L.C., Cedar Development Ltd., a Florida Limited Partnership, La Habra Imperial, LLC, Rancon Realty Fund IV, UnCommon, Ltd., a Florida Limited Partnership, Myrtle Beach Farms Co., Inc., GRI-EQY (Sparkleberry Square) LLC