| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X M. James   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Maricus James   2-5-09 |
| 1. Article Addressed to:<br>Circuit City Store<br>9950 Mayland Dr<br>Richmond, VA 23233<br>Attn: Property Management | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 1350 0003 8935 5313 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |



EXHIBIT B

# A.D.D. Holdings, L.P.
5823 N. Mesa St. # 195
El Paso, Texas, 79912

Tel. (915) 587-5757                                                   Fax (915) 585-4888

December 31, 2008

VIA U.S. MAIL
VIA FACSIMILE: (804) 418-8162

Property Management
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

RE:   Circuit City Store #4508
      Las Palmas Marketplace
      1313 George Dieter
      El Paso, Texas 79936

Enclosed you will find the tax bill for 2008, along with the invoice in the amount of $ 60,229.87 for Tenant's pro-rata share of the real estate taxes for the year 2008.
If you should have any questions or require additional information, please call me at (915) 587-5757 ext. 14.

Sincerely,

A.D.D. Holdings, L.P.

By:   RainMark, Inc.

By:   _____
      Laura A. Heid
Its:  Administrator

Cc. File

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage        $
Certified Fee
Return Reciept Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees   $

Sent To  Circuit City Tax Bill
Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002                    See Reverse for Instructions

A.D.D Holdings, L. P.

5823 N. Mesa # 195
El Paso, TX 79912

# Invoice

| Date | Invoice # |
|---|---|
| 12/31/2008 | |

**Bill To**
Circuit City
9950 Mayland Drive
Richmond, VA 23233

| Description | Amount |
|---|---|
| Year 2008 prorata share of Property Tax | 58,950.98 |
| Pro rata share of Property Tax protest fees | 1,278.89 |

**Total** $60,229.87

## 2008 Property Tax Calculations

**Circuit City Calculations:**

| | |
|---|---|
| 33,529 sf / 96,714 sf | 34.67% |

| | |
|---|---|
| Total Tax Bill Appraised Value: | 7,635,450.00 |
| Outparcel-Land Appriased Value: (Furr's): | (1,079,641.00) |
| | 6,555,809.00 |

| | Tax Rate 2008 | Appr. Market Value | Total Tax |
|---|---|---|---|
| EP CITY | 0.633000 | | |
| YSL ISD | 1.330000 | | |
| COUNTY | 0.342437 | | |
| EPCC | 0.106841 | | |
| HOSPITAL | 0.181504 | | |
| | 2.593782 | 6,555,809.00 | $170,043.39 |

| | Pro rata Share | Totals: | |
|---|---|---|---|
| 170,043.39 | 34.67% | $58,950.98 | Property Taxes |
| | | $1,278.89 | Property Tax Protest Fees |
| | | $60,229.87 | Total Due |

| City Tax Assessor / Collector | 2008 Impuestos De Propiedad | County Tax Assessor / Collector |
| --- | --- | --- |
| 2 Civic Center Plaza, 1st floor of City Hall | Consolidated Tax Office | Tax Agent Code # 190 |
| El Paso, Texas 79901 | | |
| Phone (915) 541-4054; www.elpasotexas.gov | | |

Page 1 of 1
Real Estate

Assessed Owner: Account No: [redacted]

A D D HOLDING LP
5823 N MESA ST # 195
EL PASO, TX 79912-4607

Legal Description:
337 VISTA DEL SOL #69 RPL E SLYPTOF1(IRREGONNLY-594.56FTON ELY-572.02FTONSLY-529.45FTONWLY) (EXC16882.91 SQFT) (10.4987 AC)

Legal Acres: 10.4987
Parcel Address: 1313 GEORGE DIETER DR 00000
Data as of: 10/08/2008

08060312

| Entity No. | Taxing Entity Name | Exemption(s) Code | Exemption Amount | Net Tax Value | Tax Rate | 2008 Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | CITY OF EL PASO | | $0 | $7,635,450 | .63300000 | $48,332.40 |
| 5 | YSLETA ISD | | $0 | $7,635,450 | 1.3300000 | $101,551.49 |
| 6 | COUNTY OF EL PASO | | $0 | $7,635,450 | .34243700 | $26,146.61 |
| 7 | EL PASO COMMUNITY COLLEGE | | $0 | $7,635,450 | .10684100 | $8,157.79 |
| 8 | R E THOMASON GEN. HOSPITAL | | $0 | $7,635,450 | .18150400 | $13,858.65 |

2008 Market Value
Land: $7,372,278
Improvement: $5,263,272
Total Appraised Value: $7,635,450
Capped Value:

SALES TAX SAVINGS:
County: $8,192.93

TOTAL 2008 TAXES/FEES DUE: $198,046.94
TOTAL 2008 ESCROW PAID TO DATE: $.00
TOTAL AMOUNT DUE: $198,046.94

| AMOUNT DUE IF PAID BY: | | |
| --- | --- | --- |
| February 2009 | March 2009 | 2008 TAXES ARE DUE UPON RECEIPT & MUST BE PAID BY: Monday, FEBRUARY 02, 2009 |
| $211,910.23 | $215,871.16 | 7% PENALTY & INTEREST APPLIED ON FEB. 03, 2009 |

Payments and/or information at:
Consolidated Tax Office, City Hall, 1st floor, 2 Civic Center Plaza, corner of Franklin & Durango streets, Mon - Fri. (8 am - 5 pm); Phone: (915) 541-4054. See back side of tax bill for additional information if paying at any El Paso Wells Fargo branch location and for schedule of penalty & interest on delinquent taxes.

CREDIT CARD PAYMENTS (VISA OR MASTERCARD) ONLY AT:
www.elpasotexas.gov

MAKE CHECK(S) PAYABLE & MAIL TO: TAX ASSESSOR/COLLECTOR
P O BOX 313
EL PASO, TEXAS 79999-0313

School information 2008 M&O 1.1700000 I&S .16000000 TOTAL 1.3300000  2007 M&O 1.1700000 I&S .16000000 TOTAL 1.3300000

5 YEAR HISTORY

| TAXING ENTITY | | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 5TH YR % DIFF |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 CITY OF EL PASO | APPRAISED VALUE | $7,635,450 | $7,464,513 | $7,464,513 | $5,373,379 | $5,373,380 | $5,652,889 | $5.07 |
| | TAX VALUE | $7,635,450 | $7,464,513 | $7,464,513 | $5,373,379 | $5,373,380 | $5,652,889 | $5.07 |
| | TAX RATE | .63300000 | .67109700 | .67232600 | .69667700 | .69657700 | .71983900 | -12.06000 |
| | LEVY | $48,332.40 | $50,094.72 | $50,185.86 | $37,435.10 | $37,435.10 | $40,691.36 | 18.79 |
| | LEVY % DIFF | -3.52 | -.18 | 34.06 | .00 | -8.00 | | |
| 5 YSLETA ISD | TAX VALUE | $7,635,450 | $7,464,513 | $7,464,513 | $5,373,379 | $5,373,380 | $5,652,889 | $5.07 |
| | TAX RATE | 1.3300000 | 1.3300000 | 1.5400000 | 1.7359030 | 1.7574380 | 1.7704820 | -15.21000 |
| | LEVY | $101,551.49 | $99,278.07 | $114,953.50 | $93,226.65 | $94,433.82 | $88,777.60 | 14.39 |
| | LEVY % DIFF | 2.29 | -13.64 | 23.24 | -1.23 | 6.37 | | |
| 6 COUNTY OF EL PASO | TAX VALUE | $7,635,450 | $7,464,513 | $7,464,513 | $5,373,379 | $5,373,380 | $5,652,889 | $5.07 |
| | TAX RATE | .34243700 | .35026700 | .39192000 | .43225800 | .43225900 | .41081700 | -16.64000 |
| | LEVY | $26,146.61 | $26,892.18 | $29,215.38 | $23,226.92 | $23,226.92 | $23,223.03 | 12.59 |
| | LEVY % DIFF | -2.77 | -7.95 | 25.78 | .00 | .02 | | |
| 7 EL PASO COMMUNITY COLLEGE | TAX VALUE | $7,635,450 | $7,464,513 | $7,464,513 | $5,373,379 | $5,373,380 | $5,652,889 | $5.07 |
| | TAX RATE | .10684100 | .11796700 | .12099800 | .13284400 | .13653700 | .13615700 | -21.65000 |
| | LEVY | $8,157.79 | $8,157.79 | $9,031.91 | $7,138.22 | $7,342.05 | $7,708.11 | 5.83 |
| | LEVY % DIFF | -2.39 | -7.46 | 26.53 | -4.78 | -4.75 | | |
| 8 R E THOMASON GEN. HOSPITAL | TAX VALUE | $7,635,450 | $7,464,513 | $7,464,513 | $5,373,379 | $5,373,380 | $5,652,889 | $5.07 |
| | TAX RATE | .18150400 | .17228100 | .18500000 | .18712800 | .18712800 | .18712800 | -3.01000 |
| | LEVY | $13,858.65 | $12,859.94 | $13,833.89 | $10,015.10 | $10,055.10 | $10,578.14 | 31.01 |
| | LEVY % DIFF | 7.77 | -7.06 | 38.08 | .00 | -4.94 | | |

PLEASE DETACH AT PERFORATION AND RETURN BOTTOM PORTION WITH YOUR PAYMENT. RETAIN UPPER PORTION FOR YOUR RECORDS

2008 El Paso Consolidated Tax Bill    Real Estate    TOTAL AMOUNT DUE: $198,046.94

Account number: [redacted]

Yr Serial number: 08060312

AMT PAID TO YR 2008: $
TOTAL AMOUNT PAID: $

A D D HOLDING LP
5823 N MESA ST # 195
EL PASO TX 79912-4607

MAKE CHECK(S) PAYABLE & MAIL TO:
TAX ASSESSOR/COLLECTOR
P O BOX 313
EL PASO, TEXAS 79999-0313

*** Please write your account number on all check(s) & all correspondence. If paying multiple tax accounts with a single check, please make sure that all coupons are included to ensure proper credit to those accounts. THANK YOU. *** Use enclosed envelope. DO NOT SEND CASH.

20080806031200000019804694 5

```
************************************************************************************************
* PRINT RUN:        2              *                              *           Card Number: 002-002 *
* 11/10/2008                       *                              *                               *
* Acct: V893-999-3370-0150         * Alt:                         * Tdc: 42  / G01 IYS CEP SCC SHO *
* Name:                            * Legal:                       *                               *
*    A D D HOLDING LP              * 337 VISTA DEL SOL #69 RPL E  * FYr/Cel 0000/       0.00      *
*                                  * SLYPTOF1(IRREGONNLY-594.56FTON*                              *
*    5823 N MESA ST # 195          * ELY-572.02FTONSLY-529.45FTONWLY)* Exemptions:                 *
*    EL PASO, TX 79912-4607        * (EXC16882.91 SQFT) (10.4987 AC)* Recheck Code:                *
*                                  * Acs       10.4987            * Id: T44 T57 T27 Date 06/24/2008*
*                                  * Property Type  C             * User Codes                    *
*********************************************************************************************** *
* Property Location                * Remarks:                     *                               *
* Strt Nmbr  1313   Strt Dir       *   LIT 2005 FOR 2005          *       o**35***o               *
* Strt Name  GEORGE DIETER         *   PT OFIAS. PALMAS M/P       * o**44****o                    *
* Strt Type  DR   Suite/B          * Image Id:                    * *            19               *
* Loc City                         *                              * *      o**********105*********o*
*                                  *                              * *                            * *
*******S A L E S    H I S T O R Y******************************* *                            * *
*          Current Owner Sale     * Stcod   Zone      Uti        * *                            * *
* Sale Type        I/L/B           * F1                           * *                            * *
* Information Src  XFR y/n N       *                              * *                            * *
* DATE (mm/yr)  12/2001 Link       *   Nh       Map       Rd      * *                            * *
* Volume & Page    /               * 511       Z-48               * *                            * *
* Sales Amount         0           *****************************  * *                            * *
*                                  * Yrblt 2001    Efag     1     * *                            * *
*         Previous Owner Sale     * Garg Typ     Lstrmd           * *                            * *
* Sale Type        I/L/B           * RoofT 01    End 01   * 186    *          A                  * *
* Information Src  XFR y/n         * BsmtF       Mat 01 04 *       *                           177* *
* DATE (mm/yr)  00/0000 Link       * IntrF 03    Ext 04            * *                            * *
* Volume & Page    /               * HeatA 01 11 Flr 05            * *                            * *
* Sales Amount         0           * No. Br     0 Bth   0.00       * *                            * *
* Pow1 A D D HOLDINGS              * No. Fp     0                  * *                            * *
* Pow2                             * Typl       0  PhObs   0       * *                            * *
* Pow3                             * PhyD       0  EcObs   2-      * *                            * *
* Agent Code 00000190  Instrument X*               FnObs   0       * *                            * *
********* D E S C R I P T I O N ****** Improvement Remarks         * *                            * *
* DISC STORE;MASONRY;AVG           *                              * *                            * *
*********** P E R M I T *************                              * *                            * *
* Bldg        MM/YR                * L 0.890 P 1.000 W 1.213 * o**************184*************o  *
* No. 000000000 Val                * LL     IA         .0000 *                                   *
******************************* V A L U E S ********************                                  *
*  kt Cmp              Inc Calc    *                                                              *
*  .ass Inc                        *                                                              *
******************************************* S K E T C H    V E C T O R S **********************
*A0CU186R44U10R35D19R105D177L184A1R88CR44D6L44U6H                                                 *
*                                                                                                 *
*                                                                                                 *
************************** I M P R O V E M E N T   V A L U A T I O N.***************************
*  CODE   Description          SC/YEAR HM  AREA   RATE %ADJ ADJRAT STORY AJAREA %CM %GD  DPAD   VALUE *
* M MECA  DISC STORE;MASONRY;A F1 2001 NC 33629S 43.14 100S 43.14  1.00  33629 100 98U  -2S  1393304 *
* B 60P   PEDESTRIAN CANOPY       2001 P    264S 43.14  25  10.78  1.00    264 100  98  -2I     2733 *
* O 43A   SPRNKLR SYSTM(WET)  S   2001 T  33629              1.87  1.00  33629 100  98  -2I    60395 *
* O 45C   YARD PAVING--CONCRET    2001 T   7179              3.00  1.00  7179  100  98  -2I    20683 *
* O 99    ADJUSTED VALUE          0000 F      0              0.00  1.00      0 100  98  -2I     1567 *
*                                                                                                     *
*                            Total Improvement Segment    SIA: 0.000   Value S/U: S    1580673        *
******************************************** L A N D   V A L U A T I O N ****************************
* LAND CODE  AG CODE  TP SC H  FRONT   DEPTH    NO. UNITS MKT RATE AG  RATE  ADJ  MKT VALUE AG VALUE *
*511111               SF F1 N   0.00    0.00   392557.8600   5.84U  0.00S  0    2292537S     0       *
*511310               SF F1 N   0.00    0.00    64765.5100  16.67T  0.00S  0    1079641S     0       *
*                                                                                                     *
*                         Overall Code/Factor: 514   0     Ag Def.     0      3372178       0        *
*                                                                                                     *
* Limted Value       0             Correlated Values: Impr.   4263272 Land   3372178 Total  7635450  *
* UI./Type:                        Un. Int. Value:    Impr.         0 Land         0 Total        0  *
*                                                                                                     *
******************************************************************************************************
```

Total Value.

consistent with Tenant's (or its successors' subtenants' or assigns') then-current prototypical sign plans.

(b) <u>Communications Equipment</u>. Tenant may install, maintain and/or replace any satellite dishes, antennas cellular and PCS towers and poles on the roof and/or exterior walls or parapet of the Building as Tenant deems necessary or desirable, provided same shall not adversely and materially affect the roof or the structural elements thereof and in accordance with the terms of the REA.

9. <u>Taxes</u>.

(a) <u>Taxes Contemplated Hereunder</u>. The term "Real Estate Taxes" shall mean all general real estate taxes and assessments and other ad valorem taxes, rates and levies paid upon or with respect to the Shopping Center, including the Premises, for a calendar year or a portion thereof to any governmental agency or authority and all charges specifically imposed in lieu of any such taxes. Nothing contained in this Lease shall require Tenant to pay any local, county, municipal, state or federal income, franchise, corporate, estate, inheritance, succession, capital levy, business or transfer tax of Landlord, or any local, county, municipal, state or federal income, profits, gross receipts, sales or renewal tax or charge upon the rent or other charges payable by Tenant under this Lease.

(b) <u>Payment of Real Estate Taxes</u>. At such intervals as Landlord is required to pay the Real Estate Taxes, Tenant shall pay Tenant's Pro Rata Share of Real Estate Taxes (calculated in the same manner as Tenant's Pro Rata Share of CAM Charges in paragraph 7(c)) levied against the tax parcel or parcels comprising the Shopping Center (the "Tax Parcel"). Tenant's Pro Rata Share of Real Estate Taxes shall be net of any early-payment discounts available at the time Tenant's payment is due. Tenant shall pay Tenant's Pro Rata Share of Real Estate Taxes within thirty (30) days after Tenant's receipt of Landlord's statement therefor, accompanied by the tax bill on the basis of which such statement is rendered. Landlord shall pay, or cause the payment of, all Real Estate Taxes before any fine, penalty, interest or cost may be added thereto, become due or be imposed by operation of law for the nonpayment or late payment thereof. In no event shall Tenant be liable for any discount forfeited or penalty incurred as a result of late payment by another tenant or by

cc fax mailed
bill mailed
02/04/09

11

263761_8 (00051-42 [11992])