**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | ) | **Case No. 08-35653-KRH** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| _____ | ) | |

**ORDER ON MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 365(D)(3) AND 503(B)(1)(A), FEDERAL RULE OF BANKRUPTCY PROCEDURE 9014, AND LOCAL BANKRUPTCY RULE 9013-1, FOR (I) ALLOWANCE AND PAYMENT OF STUB RENT, (II) ALLOWANCE AND PAYMENT OF 2008 REAL ESTATE TAXES, AND (III) ALLOWANCE AND PAYMENT OF ATTORNEYS' FEES AND EXPENSES AND SUPPORTING MEMORANDUM OF LAW
[STORE NO. 4508]**

ON THIS DAY, the Court considered the Motion for an Order Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A), Federal Rule of Bankruptcy Procedure 9014, and Local Bankruptcy Rule 9013-1 for (I) Allowance and Payment of Stub Rent, (II) Allowance and Payment of 2008 Real Estate Taxes, and (III) Allowance and Payment of Attorneys' Fees and Expenses and Supporting Memorandum of Law (the "Motion"), pertaining to Store No. 4508, filed by Landlord, A.D.D. Holdings, L.P. (the "Landlord"). For good cause shown and the reasons set forth in the Motion, the Court finds the Motion should be GRANTED as set forth in this Order.

IT IS THEREFORE ACCORDINGLY:

1. **ORDERED, ADJUDGED, AND DECREED** that Landlord, A.D.D. Holdings, L.P. shall be **GRANTED** an allowed administrative expense claim in the amount of $29,635.91 for Stub Rent (as defined in the Motion) pursuant to Section 503(b)(1)(A) of the Bankruptcy Code, payable upon the effective date of any plan of

**EXHIBIT C**

reorganization in the above-styled bankruptcy case or at such other time as the Court may order;

2. It is further **ORDERED, ADJUDGED, AND DECREED** that Landlord, A.D.D. Holdings, L.P. shall be **GRANTED** an allowed administrative claim in the amount of $55,128.43 for unpaid 2008 real estate taxes incurred under the Lease pursuant to Sections 365(d)(3) and 503(b)(1) of the Bankruptcy Code, payable as soon as practicable by the Debtors;

3. It is further **ORDERED, ADJUDGED, AND DECREED** that Landlord, A.D.D. Holdings, L.P. shall be **GRANTED** an allowed administrative claim, award, and payment of at least $5,000.00 in attorneys' fees and expenses pursuant to Paragraph 34(f) of the Lease, payable as soon as practicable by the Debtors; and

4. The Clerk is requested to send an entered copy of this Order to all counsel of record.

ENTERED ON
THE DOCKET:

___/_____/2009

THE HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

**WE ASK FOR THIS:**

/s/ William A. Gray
William A. Gray, Esq. (VSB No. 46911)
C. Thomas Ebel, Esq. (VSB No. 18637)
Lisa Taylor Hudson, Esq. (VSB No.45484)
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(P.O. Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone: (804) 648-1636
Facsimile: (804) 783-7291
bgray@sandsanderson.com
tebel@sandsanderson.com
lhudson@sandsanderson.com
  *Local Counsel for A.D.D. Holdings, L.P.*

and

Joseph A. Friedman, Esq. – TX SB #07468280
Gregory M. Zarin, Esq.
Kane Russell Coleman & Logan PC
3700 Thanksgiving Square
1601 Elm St.
Dallas, Texas 76201-4299
Phone: (214) 777-4200
Facsimile: (214) 777-4299
  *Counsel to A.D.D. Holdings, L.P*


**SEEN AND AGREED/OBJECTED TO:**


_____
Dion W. Hayes, Esq. (VSB No. 34304)
Douglas M. Foley, Esq. (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
Phone: (804) 775-1000
  *Counsel for Debtors and Debtors in Possession*

and

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636
Phone: (302) 651-3000

and

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Phone: (312) 407-0700

## PROOF OF SERVICE PURSUANT TO
## LOCAL BANKRUPTCY RULE 9022-1(C)(2)

Pursuant to Local Bankruptcy Rule 9022-1(C)(2), I hereby certify that the foregoing proposed order has been served upon all necessary parties, and was specifically served upon those set forth in the Service List below on this 4th day of May, 2009, by U.S. Mail, first class postage prepaid and by the Electronic Case Filing System for all registered users.

/s/ William A. Gray

4

**SERVICE LIST:**

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
    *Counsel for Debtors*

Dion W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
    *Counsel for Debtors*

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
Post Office Box 636
Wilmington, Delaware 19899-0636
    *Counsel for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606
    *Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
    *Office of the U.S. Trustee*

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601
    *Special Counsel for Debtors*

David S. Berman, Esquire
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
    *Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219
    *Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
    *Counsel for the Official Committee of*
    *Unsecured Creditors*

Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
    *Counsel for the Creditors Committee*

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 26th Floor
New York, New York 10017
    *Counsel for the Creditors Committee*