IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | ) | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC.** *et al.,* | ) | **Case No. 08-35653-KRH** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | |

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE THAT** Landlord, A.D.D. Holdings, L.P., a Texas Limited Partnership ("A.D.D. Holdings" or the "Landlord"), by counsel, has filed a *Motion for an Order Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A), Federal Rule of Bankruptcy Procedure 9014, and Local Bankruptcy Rule 9013-1 For (I) Allowance and Payment of Administrative Expense Claim of Stub Rent; (II) Allowance and Payment of Administrative Expense Claim of 2008 Real Estate Taxes; and (III) Allowance and Payment of Administrative Expense Claim of Attorneys' Fees and Expenses, and Supporting Memorandum of Law* (the "*Motion*") in the

---

William A. Gray, Esquire  (VSB #46911)
Lisa Taylor Hudson, Esquire (VSB # 45484)
SANDS, ANDERSON, MARKS & MILLER, P.C.
801 East Main Street, Suite 1800
(P.O. Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone:  (804) 648-1636
Facsimile:  (804) 783-7291
   *Local Counsel for A.D.D. Holdings, L.P.*

Joseph A. Friedman, Esq. – TX SB #07468280
Gregory M. Zarin, Esq.
Kane Russell Coleman & Logan PC
3700 Thanksgiving Square
1601 Elm St.
Dallas, Texas 76201-4299
Phone: (214) 777-4200
Facsimile:  (214) 777-4299
   *Counsel to A.D.D. Holdings, L.P.*

above-styled matter. The *Motion* has been filed on the Court's ECF docket and served upon all necessary parties.

**PLEASE TAKE FURTHER NOTICE THAT <u>your rights may be affected</u>. You should read these papers carefully and then discuss them with your attorney. If you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.)**

If you do not want the Court to grant the relief sought in the *Motion*, or if you want the Court to consider your views on the *Motion*, then by **<u>June 16, 2009</u>**, you or your attorney must:

1. File with William C. Redden, Clerk of the United States Bankruptcy Court, Eastern District of Virginia, Richmond Division, 701 East Broad Street, Suite 4000, Richmond, Virginia 23219, a written response pursuant to *Local Bankruptcy Rule* 9013-1(H). If you mail your written response to the Court for filing, you must mail it early enough so the Court will receive it on or before **<u>June 16, 2009</u>**.

2. You must also send a copy to all necessary parties and to counsel for A.D.D. Holdings, attention: William A. Gray, Esquire; Sands Anderson Marks & Miller, P.C.; P.O. Box 1998; Richmond, Virginia 23218-1998.

3. Attend the hearing scheduled for **<u>June 23, 2009, at 2:00 p.m.</u>** before The Honorable Kevin R. Huennekens, in Courtroom 5000, United States Bankruptcy Court, Eastern District of Virginia, Richmond Division, 701 East Broad Street, Richmond, Virginia 23219.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the *Motion*, may deem any opposition waived, treat the *Motion* as conceded, and may enter an order granting the relief requested in the *Motion*.

Please govern yourself accordingly.

**Respectfully Submitted,**

**A.D.D. HOLDINGS, L.P.,**

**By Counsel**

/s/ William A. Gray
_____

William A. Gray, Esquire  (VSB #46911)
Lisa Taylor Hudson, Esquire (VSB # 45484)
SANDS, ANDERSON, MARKS & MILLER, P.C.
801 East Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone:  (804) 648-1636
Facsimile:     (804) 783-7291
   *Local Counsel for A.D.D. Holdings, L.P.*

and

Joseph A. Friedman, Esq. – TX SB #07468280
Gregory M. Zarin, Esq.
Kane Russell Coleman & Logan PC
3700 Thanksgiving Square
1601 Elm St.
Dallas, Texas 76201-4299
Phone: (214) 777-4200
Facsimile: (214) 777-4299
      *Counsel to A.D.D. Holdings, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2009, a true and accurate copy of the foregoing Notice was electronically filed with the Clerk of the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and was mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached Service List.

 /s/ William A. Gray_____

3

**SERVICE LIST**

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
 *Counsel for Debtors*

Dion W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
 *Counsel for Debtors*

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
Post Office Box 636
Wilmington, Delaware 19899-0636
 *Counsel for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606
 *Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
 *Office of the U.S. Trustee*

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601
 *Special Counsel for Debtors*

David S. Berman, Esquire
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
    *Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219
    *Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
    *Counsel for the Official Committee of*
    *Unsecured Creditors*

Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
    *Counsel for the Creditors Committee*

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 26th Floor
New York, New York 10017
    *Counsel for the Creditors Committee*