**EXHIBIT A**

# CIRCUIT CITY CURE AMOUNT

RE:  CONCAR ENTERPRISES, INC.
Store No. 232;
1880 Grant Street, San Mateo, California

| Description | Amount |
|---|---|
| November 2008 Rent | $ 7,113.63 |
| July-November 2008 Property Tax | 29,815.13 |
| July-December 2008 Late Property Tax Penalty | 3,585.61 |
| March 2009 Rent | 7,113.63 |
| Parking Lot | 369,586.00 |
| Landscaping | 3,500.00 |
| Legal Fees | 24,732.74 |
| Total | $445,446.74 |