**27601 Industrial Blvd.**
**P. O. Box 3367**
**Hayward, CA 94540**
**License No. 439591**

**Date:** 7/27/2007



**American Asphalt**
Repair & Resurfacing Co., Inc.
**Proposal & Contract**

**Tel: 510-723-0280**
**Toll Free: 800-541-5559**
**Fax: 510-723-0292**

**Proposal #:**

1-21210

**Estimator:** Steve Murphy

| Client: | Earthgraft<br>J.R. Eddie<br>3555 S. El Camino<br>San Mateo, CA 94403<br>650-793-2133 Fax 650-578-9952 |
|---|---|

| Project: | 1800 Grant Street<br>San Mateo, CA<br>Option 1 |
|---|---|

| Sq. Ft. | Scope of Work | Unit | Total |
|---|---|---|---|
| | Asphalt- Option 1: | | .... |
| 102,065 | Entire Parking Lot:<br><br>Grind and pulverize existing asphalt in place.<br><br>Scarify regrade and compact.<br><br>Furnish, place and compact 3" of asphaltic concrete in 1 lift. Approximately 1980 tons. | | |
| 35,068 | Loading Dock Area:<br><br>Excavate to a depth of 6", off-hauling spoils to legal dumpsite.<br><br>Scarify existing, regrade and compact.<br><br>Furnish, place and compact 6" of asphaltic concrete in 2 lifts. Approximately 1350 tons. | | 366,736.00 |
| | Striping:<br><br>Re-stripe to previous layout. | | 2,850.00 |
| | | Total Bid | |

**PAYMENT TO BE MADE AS FOLLOWS:** (**NET UPON COMPLETION**)
As a California Contractor, work is warranted against failure due to poor workmanship or faulty material, for a period of 1 year. However, we will offer a (**THREE-YEAR WARRANTY**) provided payment is made per terms. Non-payment per terms voids the extended warranty.

**ACCEPTANCE OF PROPOSAL** All the terms and conditions set forth on the reverse side of this Proposal and Contract are incorporated herein by reference and have been read and understood by the undersigned. The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Prices quoted are valid for 30 days.

Authorized Customer Signature    Date         American Asphalt Signature    Date

