Hearing Date: June 9, 2009 at 10:00 a.m.
Objection Deadline: June 2, 2009

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| IN RE: | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al., | Chapter 11 (Jointly Administered) |
| Debtors. | |

### NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE THAT THF Chesterfield Two Development, L.L.C., THF Clarksburg Development One, Limited Liability Company, THF Harrisonburg Crossing, L.L.C., THF ONC Development, L.L.C. and THF St. Clairsville Development, L.P. (each a "Landlord" and collectively, "Landlords") has filed with the Court a Motion of Landlords, THF Chesterfield Two Development, L.L.C., THF Clarksburg Development One, Limited Liability Company, THF Harrisonburg Crossing, L.L.C., THF ONC Development, L.L.C. and THF St. Clairsville Development, L.P. (each a "Landlord" and collectively, "Landlords") for Order Allowing and Compelling Payment of Administrative Expense Claim Under 11 U.S.C. § 503(B) and Post-Petition Lease Obligation Under 11 U.S.C. § 503(D)(3) (the "Motion"). A copy of the Motion has been filed with the Court and forwarded to you.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case (if you do not have and attorney, you may wish to consult one). Under Local Bankruptcy Rule 4001-(a)-1, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing unless you take the following steps:

Stephan W. Milo (VSB #42156)
Wharton Aldhizer and Weaver, PLC
125 S. Augusta Street
Suite 2000
Staunton, VA 24401
Phone: 540.213.7440
Fax: 540.213.0390
Email: smilo@wawlaw.com

Carl N. Kunz, III (DE Bar No. 3201)
Douglas N. Candeub (DE Bar No. 4211)
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: 302.888.6800
Facsimile: 302.571.1750
Email: ckunz@morrisjames.com
dcandeub@morrisjames.com

*Co-Counsel for THF Chesterfield Two Development, L.L.C., THF Clarksburg Development One, Limited Liability Company, THF Harrisonburg Crossing, L.L.C., THF ONC Development, L.L.C. and THF St. Clairsville Development, L.P.*

2202818

1. File with the Court, at the address shown below, a written objection. If you mail your response to the Court for filing, you must mail it early enough so the court will **receive** it on or before **June 2, 2009 at 5:00 p.m.**

William C. Redden, Clerk
United States Bankruptcy Court
701 E. Broad Street, Suite 4000
Richmond, VA 23219

You must also delivery a copy to all parties on the Certificate of Service below and to:

Counsel for Circuit City Stores, Inc.
Douglas M. Foley, Esquire
McGuireWoods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Counsel for the Official Committee of Unsecured Creditors
Brad R. Godshall, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

Co-Counsel for THF Chesterfield Two Development, LLC, THF Clarksburg/Development One, LLC, THF Harrisonburg Crossing, LLC, THF ONC Development, LLC and THF St. Clairsville Development, L.P.

Carl N. Kunz, III, Esquire
Douglas N. Candeub, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

- and -

Stephan W. Milo, Esquire
Wharton Aldhizer and Weaver, PLC
125 S. Augusta Street
Suite 2000
Staunton, VA 24401

2. Attend the hearing scheduled for **June 9, 2009 at 10:00 a.m.** before The Honorable Kevin R. Huennekens, U.S. Bankruptcy Court, Room 5000, United States Courthouse, 701 E. Broad Street, Richmond, Virginia 23219.

2202818

   If you or your attorneys do not take these steps, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.

| | |
|---|---|
| Dated: May 6, 2009 | **THF Chesterfield Two Development, L.L.C., THF Clarksburg Development One, Limited Liability Company, THF Harrisonburg Crossing, L.L.C., THF ONC Development, L.L.C. and THF St. Clairsville Development, L.P.** |
| | By: /s/ Stephan W. Milo |

Stephan W. Milo (VSB #42156)
Wharton Aldhizer and Weaver, PLC
125 S. Augusta Street
Suite 2000
Staunton, VA 24401
Phone: 540.213.7440
Fax: 540.213.0390
Email: smilo@wawlaw.com

Carl N. Kunz, III (DE Bar No. 3201)
Douglas N. Candeub (DE Bar No. 4211)
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: 302.888.6800
Facsimile: 302.571.1750
Email: ckunz@morrisjames.com
   dcandeub@morrisjames.com

*Co-Counsel for THF Chesterfield Two Development, L.L.C., THF Clarksburg Development One, Limited Liability Company, THF Harrisonburg Crossing, L.L.C., THF ONC Development, L.L.C. and THF St. Clairsville Development, L.P.*

2202818

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Motion and Hearing was sent on this 6th day of May, 2009, to all creditors and parties-in-interest, who are included in the United States Bankruptcy Court's ECF email notification system.

/s/ Stephan W. Milo

Stephan W. Milo (VSB #42156)
Wharton Aldhizer and Weaver, PLC
125 S. Augusta Street
Suite 2000
Staunton, VA 24401
Phone: 540.213.7440
Fax: 540.213.0390
Email: smilo@wawlaw.com

Carl N. Kunz, III (DE Bar No. 3201)
Douglas N. Candeub (DE Bar No. 4211)
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: 302.888.6800
Facsimile: 302.571.1750
Email: ckunz@morrisjames.com
       dcandeub@morrisjames.com

*Co-Counsel for THF Chesterfield Two Development, L.L.C., THF Clarksburg Development One, Limited Liability Company, THF Harrisonburg Crossing, L.L.C., THF ONC Development, L.L.C. and THF St. Clairsville Development, L.P.*

2202818