

## Myrtle Beach Farms Company

**Statement For:**
Circuit City Stores, Inc.
D/B/A Circuit City #3246
9950 Mayland Drive
Richmond, VA 23233-1464

**Statement Date**
**03/24/2009**
Payments made after Statement Date
are not reflected below

| Unit | Tenant Id | Doc Date | Description | Amount |
|------|-----------|----------|-------------|--------|
| 00PC1 | CIRCUITC | 11/01/2008 | Rent Charge | 28,145.42 |
| 00PC1 | CIRCUITC | 11/01/2008 | CAM Charge | 1,245.64 |
| 00PC1 | CIRCUITC | 12/11/2008 | 2008 Property Tax Recon | 2,081.60 |
| 00PC1 | CIRCUITC | 03/01/2009 | CAM Charge | 427.74 |
| 00PC1 | CIRCUITC | 03/01/2009 | Rent Charge | 9,664.92 |
| 00PC1 | CIRCUITC | 03/06/2009 | 2008 CAM Reconciliation | 506.55 |
| 00PC1 | CIRCUITC | 03/10/2009 | Jan-Mar 09 CAM Adj Escrow | 75.60 |

Balance Due:   **42,147.47**

| Current | 1 to 30 Days | 31 to 60 Days | 61 to 90 Days | Over 90 Days |
|---------|--------------|---------------|---------------|--------------|
| 0.00 | 10,674.81 | 0.00 | 0.00 | 31,472.66 |

All payments received after 12 noon on business days or on Saturday, will be posted to your account as of the next
business day. Payments will be posted to the oldest charges first, unless otherwise noted.

**Make checks payable to:**

Myrtle Beach Farms Co., Inc.

PO Box 9179
Myrtle Beach, SC 29578

*Attention!!! We now accept Visa, MC, AMEX and check by phone.*
*Please call (843) 918-7893 for more information.*

CORPORATE OFFICE: Founders Centre 2411 Oak Street Suite 402 Myrtle Beach, SC 29577 / P.O. Box 2095 Myrtle Beach, SC 29578-2095 / (843) 448-5123 FAX (843)448-9838
BRANCH OFFICE: 314 Main Street , Conway, SC 29526 / P.O. Box 360 Conway, SC 29526-0360 / (843) 248-4237 FAX (843) 248-6570