KUTAK ROCK LLP
Loc Pfeiffer (VSB No. 39632)
Kimberly A. Pierro (VSB No. 71362)
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500
Telephone: (804) 644-1700
Facsimile: (804) 783-6192
*Counsel for Schottenstein Property Group, Inc.*

Hearing: May 28, 2009 at 10:00 a.m.
Objections Due: May 21, 2009 at 5:00 p.m.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO. 08-35653-KRH |
| | ) Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |

**NOTICE OF APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM
AND NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Schottenstein Property Group, Inc., has filed its *Application of Schottenstein Property Group, Inc. for an Order Allowing Administrative Claim Relating to Post-Petition Charges Under Lease for Store #3196 (Beavercreek, Ohio)* pursuant to 11 U.S.C. § 365(d), 503(b) and 507(a) (the "Application").

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the Court to grant the relief sought, you must do the following:

1. You must file with the Court a written response to the Application pursuant to Local Bankruptcy Rule 9013-1 no later than **May 21, 2009**. The Court is located at:

> Clerk of the Court
> United States Bankruptcy Court
> 701 East Broad Street, Room 4000
> Richmond, Virginia 23219

2. You must also mail a copy to the following persons:

4821-2251-2643.1/1

>Loc Pfeiffer, Esquire
>KUTAK ROCK LLP
>1111 East Main Street, Suite 800
>Richmond, Virginia 23219-3500
>
>Robert B. Van Arsdale, Esquire
>Office of the U.S. Trustee
>701 East Broad Street, 4th Floor
>Richmond, Virginia 23219

3.  You must also attend the hearing to consider the relief sought in the Application in addition to filing a written response. If you fail to file timely a written response and to attend the hearing, the Court may consider any objection you may have waived and enter an Order granting the relief requested. The hearing is scheduled for **May 28, 2009 at 10:00 a.m.**, at the United States Bankruptcy Court, 701 East Broad Street, Court Room 5000, Richmond, Virginia 23219.

May 7, 2009                                                                  **SCHOTTENSTEIN PROPERTY GROUP, INC.**
Richmond, Virginia


By  /s/ Kimberly A. Pierro
      Counsel

---

**KUTAK ROCK LLP**
Loc Pfeiffer (VSB No. 39632)
Kimberly A. Pierro (VSB No. 71362)
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500
Telephone: (804) 644-1700
Facsimile: (804) 783-6192
  *Counsel for Schottenstein Property Group, Inc.*

4821-2251-2643.1/2                                              2

## **CERTIFICATE OF SERVICE**

      I hereby certify under penalty of perjury that on May 7, 2009, a true and exact copy of the foregoing Application was forwarded via ECF notification to the following necessary parties or their counsel as set forth in the Order Establishing Certain Notice, Case Management, and Administrative Procedures entered November 13, 2008: (i) the Office of the United States Trustee for the Eastern District of Virginia, (ii) the Debtors and bankruptcy co-counsel, (iii) counsel to the Official Committee of Unsecured Creditors, (iv) counsel to the agents for the Debtors' pre-petition lenders, and (v) counsel to the agents for the Debtors' post-petition lenders.

                                                  /s/ Kimberly A. Pierro
                                                            Counsel