**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

```
-----------------------------------------------------------x
```
In re:                                        :        Chapter 11
                                              :
CIRCUIT CITY STORES, INC., <u>et</u> <u>al.</u>,       :        Case No. 08-35653-KRH
                                              :
                                              :        Jointly Administered
                        Debtors.              :
```
-----------------------------------------------------------x
```

**<u>NOTICE OF MOTION AND HEARING THEREON</u>**

        PLEASE TAKE NOTICE that Myrtle Beach Farms Company, Inc. has filed a Requst for Allowance and Payment of Administrative Expense Claim in which it seeks entry of an order allowing and ordering payment of its claim under Section 365(d)(3) of the Bankruptcy Code, or, in the alternative, Sections 503(b)(i) and 507(c)(2) of the Bankruptcy Code, in the amount of $42,147.47.  (An amended request was filed later the same day, because the original filing inadvertently omitted one of the exhibits).

        A copy of the Motion can be obtained from the undersigned.

        **<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

        If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then on or before **June 16, 2009**, you or your attorney must:

        _X_    File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

---

Augustus C. Epps, Jr., Esquire (VSB 13254)
Michael D. Mueller, Esquire (VSB 38216)
Jennifer M. McLemore, Esquire (VSB 47164)
Noelle M. James, Esquire (VSB 76001)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4104
Facsimile: (804) 697-6104

Local Counsel to Myrtle Beach Farms
 Company, Inc.

Clerk of Court
United States Bankruptcy Court
701 East Broad Street
Richmond, Virginia  23219

You must also mail a copy to:

Augustus C. Epps, Jr., Esquire
Michael D. Mueller, Esquire
Jennifer M. McLemore, Esquire
Noelle M. James, Esquire
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia  23219

**If no timely response has been filed opposing the relief requested, the Court may grant the relief requested without holding a hearing.**

 X    Attend a hearing on the motion scheduled to be held on **June 23, 2009, at 2:00 p.m.** at the United States Bankruptcy Court, Eastern District of Virginia, 701 East Broad Street, Suite 5000, Richmond, Virginia  23219.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the requested relief.

Dated:  May 7, 2009                           Respectfully submitted,


/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr., Esquire (VSB 13254)
Michael D. Mueller, Esquire (VSB 38216)
Jennifer M. McLemore, Esquire (VSB 47164)
Noelle M. James, Esquire (VSB 76001)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4104
Facsimile: (804) 697-6104

Local Counsel to Myrtle Beach Farms
 Company, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May, 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.


/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr.


947234v1

3