Contract ID: 2924

Infogain Corporation
SOW rPOS Architecture



# ContractFile

Circuit City Stores, Inc.
Andrew Marshman
Procurement - DR3,2
9954 Mayland Drive
Andrew_Marshman@circuitcity.com

| Vendor | Title |
|---|---|
| Infogain Corporation | SOW rPOS Architecture |

**Please Copy:**  Andrew Marshman

Justin Schauer

Diana Highsmith
Jack Ehrhardt
Wayne Luck

**Vendor Contact:**  Ray Allen
VP & General Manager

(W) 512-694-8602
(C)

ray.allen@infogain.com

**Contract Information:**

| | |
|---|---|
| Contract Type: | SOW - Fixed Price |
| Contract Start Date: | |
| Contract End Date: | None |
| Contract Value: | $83,000.00 |
| Description: | |

Proprietary and Confidential - Not to be disclosed outside of Circuit City Stores, Inc.

EXHIBIT
E

## Statement of Work #4



This Statement of Work 4 ("SOW") is made effective as of July 28, 2008 (the "SOW Effective Date") by and between **Circuit City Stores, Inc.**, a Virginia corporation ("**Circuit City**") and **INFOGAIN CORPORATION**, a California corporation ("**Supplier**"), recites and provides as follows:

### WITNESSETH:

Under the terms of a Master Services Agreement dated August 27, 2007 between Circuit City and Supplier (the "**MSA**"), which is incorporated herein by reference, Circuit City and Supplier set forth certain terms and conditions for Supplier's performance of Services for and on behalf of Circuit City, such Services to be more particularly described in one or more statement(s) of work (or Addenda) to be executed by the parties; and

Under the terms and conditions of this SOW, Circuit City desires to engage Supplier, and Supplier agrees to such engagement, relating to the Services more particularly described herein. In the event of a conflict between the terms of the MSA and this SOW, the MSA will prevail unless the corresponding section of this SOW expressly states that it will govern such conflict.

NOW, THEREFORE, in consideration of the mutual promises and covenants herein contained, the parties agree as follows:

1. **Definitions.**

   Unless otherwise provided in this SOW, terms used herein shall be as defined in the MSA.

2. **Project Scope.**

   Circuit City wishes to engage the services of Supplier for the purposes described below in Section 3 ("**Services**").

**Statement of Work #4**



### 3. Description of Services

This time and material SOW covers work contracted related to participating in the review and refine of the rPOS architecture so that it better aligns with the functional and supplemental requirements for Circuit City.

High Level Activities:
1. Consolidate existing stakeholder feedback collected through various exercises
2. Gather all applicable information available on the system architecture and current state
3. Attempt to quantify pain points and establish success criteria
4. Distill a core set of system issues to be addressed
5. Review all POS solutions (DPS, Magellan, and rPOS) to establish a functional and architectural baseline for each ("As-Is" state)
6. Perform a set of solutioning exercises related to the system issues where solutions are identified and recommendations are made
7. Document the core set of architectural decisions and a base set of architectural documentation (see deliverables) for the resulting solution ("To-Be" state)
8. Present findings

Deliverables:
1. list of rPOS Archtectural Recommendations
2. Architecture Decisions Document
3. System Interface Specification
4. A Component Model
5. Failure Analysis and Recovery Document
6. Six Solution Outlines
    a. Broker Pattern
    b. Inventory Management
    c. Order Management
    d. Systems Management
    e. Disaster Recovery
    f. Multi-Channel Sales
7. Workstream Map and High level Project Estimates

## Statement of Work #4



3 Week Assessment Plan

| | |
|---|---|
| **Kickoff Meeting** | Level set goals and objectives |
| **Enterprise Domain and Context Model** | Define and document Solution Boundaries and Relationship at the Domain level |
| **Review Sales Non-Functional Requirements** | Review requirements that will guide architecture |
| Availability, Extensibility, Configurability, Reliability, Scalability | |
| Environment, Standards (Development, deployment, Integration, Technology,, etc) | |
| Capacity Analysis & Planning, Configuration Management, Systems Management | |
| Disaster Recovery, Failure Management, Backup and Recovery | |
| Security Requirements | |
| Performance | |
| Quality of Service, Service level agreements | |
| **Key Sales Architectural Decisions** | Review key solution decisions and assumptions that will guide the architecture |
| Key Entity Relationships (Customer, Transaction, Order) | |
| High Level Deployment Model (Centralized, Decentralized, Hybrid) | |
| Integration Strategies and Applicability(ESB, Queues, Async, Sync, | |
| Configuration Management | |
| Systems Management | |
| Standards & Technology Selections | |
| **Enterprise Domain Integration** | Specify key Integration points between Enterprise Domains with a focus on Sales Domain Integrations |
| **Sales Domain Definition** | Define architectural specifics within the Sales Domain |
| Sales Logical Component Model | |
| Sales Deployment Model | |
| Sales Context Model | |
| Sales Data Management and Residency | |
| Sales Activity Diagrams | |
| Sales Integration Map | |
| Sales Integration Specification | |
| **Gap Analysis** | Identifying Gaps from existing solution and desired solution |
| Non-Functional Requirement Gaps | |
| Key Architectural Decision Gaps | |
| Components Gaps | |
| Deployment / Environment Gaps | |
| Data Management and Residency Issues | |
| Integration Issues | |
| **High Level Solutioning on Gaps** | Initial solutioning exercise on Gaps |
| | |
| **Presentation of Initial Results** | |

Statement of Work #4



### 4. Key Individuals.

This scope of work outlines a series of collaborative exercises and deliverables that will require a cross functional team made up of experts in the overall architectural strategy for Circuit City and experts in the Sales solution.

The following Infogain resources (each an "Individual Consultant") are proposed to participate and drive this exercise.

| Resource Role | Resource Name | Hourly Billable Rate (USD) | Start Date | End Date | Term of Assignment |
|---|---|---|---|---|---|
| Retail Executive | Ray Allen | $0 OR $300 | 07/28/2008 | 08/22/2008 | 3 weeks |
| Solution Architect – Retail Enterprise & 360Commerce | Chris Emery | $140 | 07/28/2008 | 08/22/2008 | 3 weeks |
| Solution Architect – Data Integration | Prabhjot Singh | $125 | 07/28/2008 | 08/22/2008 | 3 weeks |
| Solution Architect – Integration, Infrastructure, and Performance | Ashish Mital | $125 | 07/28/2008 | 08/22/2008 | 2 weeks |

Infogain is offering to eliminate Ray Allen's bill rate if the total of partnership value across all SOWs between Supplier and Circuit City exceeds 600K for the months of July, August, and September (based on work date). This amount would be determined based on all services provided across all development and support acitivies between Circuit City and Infogain and shall be referred to as the Quarterly Partnership Level.

In addition to reallocating those costs to the immediate support and development of the solution, Infogain is offering a complimentary offshore team of 4 resources for support and development during the months of August and September if the Quarterly Partnership Level is achieved.

Circuit City Representative:          Jack Ehrhardt
                                      (840) 486-4070

### 5. Confidentiality and Work Made for Hire.

The Supplier and Circuit City agree that confidentiality and Work Made for Hire concepts (as reflected in the MSA) are of the utmost importance and are an integral part of this engagement. As such, Supplier agrees to make each of the Individual Consultants appearing in the Section 4 above aware of these provisions in the MSA and return to Circuit City a copy of the certification appearing

## Statement of Work #4



as <u>Exhibit A</u> to this SOW (the "**Individual Consultant Certification**") as executed by the Consultant. Supplier acknowledges that a failure to supply the Individual Consultant Certification to Circuit City may result in a delay of engagement through no fault of Circuit City.

**Statement of Work #4**



6. **Fees and Terms of Engagement.**

   Payment Terms: Payments shall be invoiced and paid as described in the MSA. All invoices must be sent to Circuit City monthly in arrears.

   Estimated Start Date:   August 1, 2008
   Estimated End Date:    October 20, 2008

   Total value may not exceed $83,000 based on the specifications in this SOW. If during the course of executing the Deliverables in this SOW any additional project components are requested by Circuit City, or specifications of materials change, such changes shall be handled as per section 7 of this SOW.

   Other Terms: Circuit City for any reason may demand that Supplier replace an Individual Consultant with a new Individual Consultant satisfactory to the Circuit City. In such an event Supplier must provide a replacement resource within a reasonable time frame, defined as not more than 5 business days. Any travel required for the purpose of above services will be invoiced to Circuit City on actual. Travel expenses are subject to Circuit City's Travel and Expense Policy, which will be made available upon request. In no event will travel expenses exceed 10% of actual fees payable under this SOW

7. **Changes.** Any changes to this SOW will be effective upon the written consent of both parties.

**[SIGNATURE PAGE FOLLOWS]**

## Statement of Work #4



IN WITNESS WHEREOF, the parties have caused this SOW to be executed as of the SOW Effective Date above.

**CIRCUIT CITY STORES, INC.**

BY: _____
NAME: W. B. L___
TITLE: VP, IT Business Applications
DATE: 9/17/08

**INFOGAIN CORPORATION**

BY: _____
NAME: Ray Allen
TITLE: VP & General Mgr
DATE: Sept 4, 2008



## Statement of Work #4

### Exhibit A – Individual Consultant Certification

I, _Chris Emery_, an employee of Infogain Corporation (the "**Supplier**"), certify that the Supplier has made me aware of and shown me a copy of the provisions in the Master Services Agreement between Supplier and Circuit City Stores, Inc. relating to Confidentiality and Work Made for Hire principles. I further certify that I understand these obligations and I agree to be bound by the terms of these provisions in the same manner as the Supplier.

Acknowledged and confirmed this _9_ day of _September_ 200_8_.

BY: _CL Emery_

NAME: _Chris Emery_

TITLE: _Consultant_

Witness:

BY: _Maneesh Sharma_

NAME: _MANEESH SHARMA_

Witness:

BY: _Dinesh_

NAME: _DINESH GAUTAM_

## Statement of Work #4



### Exhibit A – Individual Consultant Certification

I, __ASHISH MITAL__, an employee of Infogain Corporation (the "**Supplier**"), certify that the Supplier has made me aware of and shown me a copy of the provisions in the Master Services Agreement between Supplier and Circuit City Stores, Inc. relating to Confidentiality and Work Made for Hire principles. I further certify that I understand these obligations and I agree to be bound by the terms of these provisions in the same manner as the Supplier.

Acknowledged and confirmed this __8__ day of __SEP__, 200__8__.

BY: __ASHISH MITAL__ *(signed)*

NAME: _____

TITLE: __CONSULTANT__

Witness:
BY: *(signed)*
NAME: __MANEESH SHARMA__

Witness:
BY: *(signed)*
NAME: __DINESH GAUTAM__

| SOW Form VPOS POC | Page 8 of 8 | Supplier: Infogain Corporation |

Statement of Work #4 

### Exhibit A – Individual Consultant Certification

I, _Ray Allen_, an employee of Infogain Corporation (the "**Supplier**"), certify that the Supplier has made me aware of and shown me a copy of the provisions in the Master Services Agreement between Supplier and Circuit City Stores, Inc. relating to Confidentiality and Work Made for Hire principles. I further certify that I understand these obligations and I agree to be bound by the terms of these provisions in the same manner as the Supplier.

Acknowledged and confirmed this _2/_ day of _Sept_, 200_8_

BY: _Ray Allen_
NAME: _Ray Allen_
TITLE: _VP of General Mgr._

Witness:
BY: _Maneesh Sharma_
NAME: _MANEESH SHARMA_

Witness:
BY: _[signature]_
NAME: _DINESH GAUTAM_

## Statement of Work #4



### Exhibit A – Individual Consultant Certification

I, __PRABJOT    SINGH__, an employee of Infogain Corporation (the "**Supplier**"), certify that the Supplier has made me aware of and shown me a copy of the provisions in the Master Services Agreement between Supplier and Circuit City Stores, Inc. relating to Confidentiality and Work Made for Hire principles. I further certify that I understand these obligations and I agree to be bound by the terms of these provisions in the same manner as the Supplier.

Acknowledged and confirmed this ___ day of _____, 200___.

BY: _____

NAME: __PRABJOT    SINGH__

TITLE: __ASSOCIATE    CONSULTANT__


Witness:
BY: _____

NAME: __MANEESH    SHARMA__


Witness:
BY: _____

NAME: __DINESH    GAUTAM__