## Statement of Work #6



This Statement of Work No. 6, SOW, made effective as of November 1, 2008 (the "**SOW Effective Date**") by and between **Circuit City Stores, Inc.**, a Virginia corporation ("**Circuit City**") and **INFOGAIN CORPORATION**, a California corporation ("**Supplier**"), recites and provides as follows:

### WITNESSETH:

Under the terms of a Master Services Agreement dated August 27, 2007 between Circuit City and Supplier (the "MSA"), which is incorporated herein by reference, Circuit City and Supplier set forth certain terms and conditions for Supplier's performance of Services for and on behalf of Circuit City, such Services to be more particularly described in one or more statement(s) of work (or Addenda) to be executed by the parties; and

Under the terms and conditions of this SOW, Circuit City desires to engage Supplier, and Supplier agrees to such engagement, relating to the Services more particularly described herein. In the event of a conflict between the terms of the MSA and this SOW, the MSA will prevail unless the corresponding section of this SOW expressly states that it will govern such conflict.

NOW, THEREFORE, in consideration of the mutual promises and covenants herein contained, the parties agree as follows:

1. **Definitions.**

    Unless otherwise provided in this SOW, terms used herein shall be as defined in the MSA.

2. **Project Scope.**

    Circuit City wishes to engage the services of Supplier for the purposes described below in Section 3 ("**Services**").

EXHIBIT G

**Statement of Work #6**



3. **Description of Services.**

   Activities:
   - Creating and maintaining project plans to communicate activities, time lines and resource utilizations; and
   - High leavel estimates, Developing solutions for rPOS change requests, defects, hot fixes, and enhancements and any other work as appropriate and as requested.

   Deliverables:
   - High level estimates
   - Project Plan
   - Updated Change Request development process;
   - Design documents;
   - Software and unit tests;
   - Integration Tesing and
   - Status updates

**Statement of Work #6**



4. **Key Individuals.**

| Resource Role | Resource Name | Hourly Billable Rate (USD) | Start Date | End Date | Term of Assignment |
|---|---|---|---|---|---|
| Infogain Project Manager | Maneesh Sharma | $125 | 11/01/2008 | 04/30/2009 | Approx 26 Weeks |
| 360 Commerce Developer | Anil Thakur | $95 | 11/01/2008 | 04/30/2009 | Approx 26 Weeks |
| 360 Commerce Developer | Jogesh Panda | $95 | 11/01/2008 | 04/30/2009 | Approx 26 Weeks |
| 360 Commerce Developer | Dinesh Gautam | $95 | 11/01/2008 | 04/30/2009 | Approx 26 Weeks |
| 360 Commerce Developer | Kazim Zakee | $95 | 11/01/2008 | 04/30/2009 | Approx 26 Weeks |
| 360 Commerce Developer | Asish Pradhan | $95 | 11/01/2008 | 04/30/2009 | Approx 26 Weeks |

Circuit City Representative:     Pat O' Reilly
                                 (804)-486-2145

5. **Confidentiality and Work Made for Hire.**

The Supplier and Circuit City agree that confidentiality and Work Made for Hire concepts (as reflected in the MSA) are of the utmost importance and are an integral part of this engagement. As such, Supplier agrees to make the Individual Consultant appearing in the Section 4 above aware of these provisions in the MSA and return to Circuit City a copy of the certification appearing as Exhibit A to this SOW (the "**Individual Consultant Certification**") as executed by the Consultant. Supplier acknowledges that a failure to supply the Individual Consultant Certification to Circuit City may result in a delay of engagement through no fault of Circuit City.



**Statement of Work #6**



6. **Fees and Terms of Engagement.**

    Payment Terms: Payments shall be invoiced and paid as described in the MSA. All invoices must be sent to Circuit City monthly in arrears.

    Estimated Start Date:    November 1, 2008
    Estimated End Date:      April 30, 2009

    Total value may not exceed $624,000.00 based on the specifications in this SOW. If during the course of executing the Deliverables in this SOW any additional project components are requested by Circuit City, or specifications of materials change, such changes shall be handled as per section 7 of this SOW.

    Other Terms: Circuit City for any reason may demand that Supplier replace the Individual Consultant with a new Individual Consultant satisfactory to the Circuit City. In such an event Supplier must provide a replacement resource within a reasonable time frame, defined as not more than 5 business days. Any travel required for the purpose of above services will be invoiced to Circuit City on actual. Travel expenses are subject to Circuit City's Travel and Expense Policy, which will be made available upon request. In no event will travel expenses exceed 10% of actual fees payable under this SOW.

7. **Changes.** Any changes to this SOW will be effective upon the written consent of both parties.

**[SIGNATURE PAGE FOLLOWS]**

## Statement of Work #6



IN WITNESS WHEREOF, the parties have caused this SOW to be executed as of the SOW Effective Date above.

| CIRCUIT CITY STORES, INC. | INFOGAIN CORPORATION |
|---|---|
| BY: *[signature]* | BY: *[signature]* |
| NAME: John T. Harlow | NAME: Dean C. Wofkward |
| TITLE: COO | TITLE: CFO |
| DATE: 11/6/08 | DATE: 10/13/08 |

## Statement of Work #6



### Exhibit A – Individual Consultant Certification

I, _Maneesh Sharma_, an employee of Infogain Corporation (the "**Supplier**"), certify that the Supplier has made me aware of and shown me a copy of the provisions in the Master Services Agreement between Supplier and Circuit City Stores, Inc. relating to Confidentiality and Work Made for Hire principles. I further certify that I understand these obligations and I agree to be bound by the terms of these provisions in the same manner as the Supplier.

Acknowledged and confirmed this _13_ day of _Oct._, 200_8_.

BY: _[signature]_

NAME: _MANEESH SHARMA_

TITLE: _CONSULTANT_

Witness:

BY: _[signature]_

NAME: _Dinesh Gautam_

Witness:

BY: _[signature]_

NAME: _Jogesh Panda_

## Statement of Work #6



### Exhibit A – Individual Consultant Certification

I, __KAZIM ZAKEE__, an employee of Infogain Corporation (the "**Supplier**"), certify that the Supplier has made me aware of and shown me a copy of the provisions in the Master Services Agreement between Supplier and Circuit City Stores, Inc. relating to Confidentiality and Work Made for Hire principles. I further certify that I understand these obligations and I agree to be bound by the terms of these provisions in the same manner as the Supplier.

Acknowledged and confirmed this __14__ day of __Oct__, 200__8__.

BY: _____

NAME: __KAZIM ZAKEE__

TITLE: __ASSOCIATE CONSULTANT__

Witness:
BY: _____
NAME: __MANEESH SHARMA__

Witness:
BY: _____
NAME: __JOGESH PANDA__

Statement of Work #6 

## Exhibit A – Individual Consultant Certification

I, DINESH GAUTAM, an employee of Infogain Corporation (the "**Supplier**"), certify that the Supplier has made me aware of and shown me a copy of the provisions in the Master Services Agreement between Supplier and Circuit City Stores, Inc. relating to Confidentiality and Work Made for Hire principles. I further certify that I understand these obligations and I agree to be bound by the terms of these provisions in the same manner as the Supplier.

Acknowledged and confirmed this ___ day of _____, 200__.

BY: _____

NAME: DINESH GAUTAM

TITLE: ASSOCIATE CONSULTANT

Witness:
BY: _____

NAME: MANEESH SHARMA

Witness:
BY: _____

NAME: Jogem Panda

## Statement of Work #6



### Exhibit A – Individual Consultant Certification

I, __Jogesh Chandra Panda__, an employee of Infogain Corporation (the "**Supplier**"), certify that the Supplier has made me aware of and shown me a copy of the provisions in the Master Services Agreement between Supplier and Circuit City Stores, Inc. relating to Confidentiality and Work Made for Hire principles. I further certify that I understand these obligations and I agree to be bound by the terms of these provisions in the same manner as the Supplier.

Acknowledged and confirmed this __13__ day of __Oct__, 200__8__.

BY: ___Panda___

NAME: ___Jogesh Ch Panda___

TITLE: ___Consultant___


Witness:

BY: ___Sharma___

NAME: ___MANEESH SHARMA___


Witness:

BY: ___Dinesh___

NAME: ___Dinesh Gautam___


SOW Form VPOS POC            Page 6 of 6            Supplier: Infogain Corporation

## Statement of Work #6



### Exhibit A – Individual Consultant Certification

I, __Asish Pradhan__, an employee of Infogain Corporation (the "**Supplier**"), certify that the Supplier has made me aware of and shown me a copy of the provisions in the Master Services Agreement between Supplier and Circuit City Stores, Inc. relating to Confidentiality and Work Made for Hire principles. I further certify that I understand these obligations and I agree to be bound by the terms of these provisions in the same manner as the Supplier.

Acknowledged and confirmed this 13 day of October, 2008.

BY: __ASISH PRADHAN__

NAME: __ASISH PRADHAN__

TITLE: __SR. SOFTWARE ENGINEER__

Witness:
BY: _____
NAME: __MANGESH SHARMA__

Witness:
BY: _____
NAME: __Dinesh Gautam__

**Statement of Work #6**



## Exhibit A – Individual Consultant Certification

I, __Anil Thakur__, an employee of Infogain Corporation (the "**Supplier**"), certify that the Supplier has made me aware of and shown me a copy of the provisions in the Master Services Agreement between Supplier and Circuit City Stores, Inc. relating to Confidentiality and Work Made for Hire principles. I further certify that I understand these obligations and I agree to be bound by the terms of these provisions in the same manner as the Supplier.

Acknowledged and confirmed this __13__ day of __Oct__, 200__8__.

BY: __Anil Thakur__

NAME: __ANIL THAKUR__

TITLE: __Assisstant Consultant__


Witness:

BY: __Shonu__

NAME: __MANEESH SHARMA__


Witness:

BY: __Blands__

NAME: __Jogesh Panda__