Reservations - Book Flight - View Itinerary

| | |
|---|---|
| Card Type: | VISA |
| Account #: | **** **** **** 9883 |
| Expiration Date: | ******** |
| Description: | Chase Visa |

**Delivery Information**

| | |
|---|---|
| E-Ticket E-MAIL: | NETMARINE@SBCGLOBAL.NET |

**Passenger Summary**

| Passenger Name(s) | Frequent Flyer Number | Program |
|---|---|---|
| (1) CHRIS EMERY | 4ML6902 | AADVANTAGE |

**Contact Information**

| | |
|---|---|
| Cell Phone: | (1) 512-876-8498 |
| Home Phone: | (1) 512-401-8896 |
| Email Address: | NETMARINE@SBCGLOBAL.NET |

Business ExtrAA Account Number:

**Upgrade Reservation**

| Flight Number | Departing | Arriving | 500-mile Upgrades Required per Person | Request Upgrade? |
|---|---|---|---|---|
| 2065 | AUS Austin | DFW Dallas/ Fort Worth | 0 | Requested |
| 690 | DFW Dallas/ Fort Worth | RIC Richmond | 0 | Requested |
| 5566 | RIC Richmond | STL St Louis | Not Offered* | N/A |
| 5555 | STL St Louis | AUS Austin | Not Offered* | N/A |

500-mile Upgrades may be purchased at the airport or at a discount when purchased online.

*Upgrades are not offered on American Eagle, American Connection, oneworld partners or other airline carriers.

**Reminder:**

- If your itinerary contains international flights, it is the sole responsibility of each passenger in the itinerary to have the proper documents for entry/re-entry into a country. To obtain documentation requirements, contact the embassy or consulate of all countries involved in your itinerary, including all countries in which you may be transiting. You can also contact your international carrier(s) for further information on documentation requirements, embargoes, travel advisories and/or additional requirements that may apply to the country or countries in your itinerary. Passengers will need to present itinerary and Receipt (I & R) to an immigration officer upon request.
- Some fares purchased on AAdvantage participating airlines are not eligible for mileage accrual. View eligible booking codes and mileage accrual rates by airlines at www.aa.com/participantairlines.
- American Airlines will restrict boarding pass issuance when any uncollected Change Fees involving an itinerary change exist. To avoid any inconvenience to you, we encourage you to satisfy Change Fee

Reservations - Book Flight - View Itinerary                    Page 3 of 3

collection with Reservations or your travel agent at the time the itinerary change is made.

- To expedite check-in, gate locations at airports will accept credit cards only. Passengers with Electronic tickets on international flights will need to present the Itinerary and Receipt (I & R) to an immigration officer upon request. If your I & R are not received by mail or post prior to departure, you will need to request one in person at the ticket counter.
- Many common items used every day in the home or workplace may be considered dangerous when transported in baggage by air. You must declare your dangerous goods to the airline. Failure to do so violates U.S. Federal Law.

CLOSE WINDOW



128                               11-21-08

| | |
|---|---|
| Chris Emery | Folio No. : |
| Cedar Park, TX 78613 | A/R Number : |
| US | Group Code : |
| | Company : |
| | Membership No. : |
| | Invoice No. : |

| | |
|---|---|
| Room No. | 418 |
| Arrival | 11-17-08 |
| Departure | 11-21-08 |
| Conf. No. | 66596333 |
| Rate Code | IKPCB |
| Page No | 1 of 1 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-17-08 | Accommodation | 124.00 | |
| 11-17-08 | State Tax - Room | 6.20 | |
| 11-17-08 | Bed Occupancy Room Tax | 9.92 | |
| 11-18-08 | Accommodation | 124.00 | |
| 11-18-08 | State Tax - Room | 6.20 | |
| 11-18-08 | Bed Occupancy Room Tax | 9.92 | |
| 11-19-08 | Accommodation | 124.00 | |
| 11-19-08 | State Tax - Room | 6.20 | |
| 11-19-08 | Bed Occupancy Room Tax | 9.92 | |
| 11-20-08 | Accommodation | 124.00 | |
| 11-20-08 | State Tax - Room | 6.20 | |
| 11-20-08 | Bed Occupancy Room Tax | 9.92 | |
| | Total | 560.48 | 0.00 |
| | Balance | 560.48 | |

Guest Signature: _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held
personally liable in the event that the indicated person, company or associate fails to pay for any part or the full amount of these charges. If
a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

HI Express Richmond West
9933 Mayland Drive
Richmond, VA 23233
Telephone (804) 934-9300  Fax (804) 934-0983

*Hudson News*

RICHMOND INT'L AIRPORT
1 RICHARD E BYRD TERMINAL DRIVE
SUITE 112
RICHMOND, VA 23250

----------------------------------------------
STORE: 00760     REGISTER: 001
CASHIER: CASIE
----------------------------------------------

COCA-COLA CLASSIC 20oz
49000000443                   1 99
1 @ 1.99
**********************************
SUBTOTAL                      1.99
SALES TAX                      .10
TOTAL                         2.09
==============================================
AMOUNT TENDERED
Cash                          5.00

TOTAL PAYMENT                 5.00
CHANGE                        2.91
----------------------------------------------
SALES TAX ANALYSIS
CODE    RATE%    TAXABLE    TAX
LOCAL   5.00000    1.99     .10
----------------------------------------------
Transaction: 5445     11/21/2008 11:08 AM
----------------------------------------------
Comments\Inquiries? (800) 326-7711
or Comments@Hudsongroup.com
Thank you for shopping with us.



0054450076000111212008

```
****************************************
*            Customer Copy            *
****************************************
```

Sharky's Bar & Billiards
4032-A COX ROAD
GLEN ALLEN, VA,  23060
(804)273-1888

Date:              11/20/08
Time:              11:01 PM
Server:            10. MISTY
Order:             98320
Description:       Table POOL 5

Card Type:         Visa/MC
Card No:           XXXXXXXXXXXX9883
Appr Code:         03440C

Purchases:      $    235.96
Tip:            $     41.11
                   ----------
Subtotal:       $    277.07

Add'l Tip:      $_____

Total:          $ 277.07
                EMERY/CHRISTOPHER

I agree to pay the above total amount
according to the card issuer agreement.

```
******************************************
DATE 11/17/08                TIME 7:22PM
MID 800000072858

            Capital Alehouse
               4024 COX RD
            Glen Allen, Virginia
                  23015
              804 780-2537
         Thank you for visiting us at
            CAPITAL ALE HOUSE

VISA       XXXXXXXXXXXXXXX9883 S
AUTH 06135C  TBL EMERY CHECK  740291
PRE-AUTH          BAR     BAR-UP PM


AMOUNT                         46.42
TAX                             2.33
                            ----------
  SUBTOTAL  $      48.75
                          6.75
       TIP  $....
                        55.00
    TOTAL  $.............
                          ==========

    CUSTOMER COPY
******************************************
```

```
              TRIPPS 13
           9318 N BROAD ST
          RICHMOND, VA. 23294
             804-965-6982

Merchant ID: 8009110795
Term ID: 0031940000009110795004s
Server ID: 37

              Sale

xxxxxxxxxxx9883
VISA           Entry Method: Swiped

Amount:          $      100.48

Tip:                    15.00

Total:                 115.48
                    =============

11/18/08 ----------------- 20:18:56
Inv #: 000003        Appr Code: 05680C
Apprvd: Online       Batch#: 000008


            Customer Copy

            THANK YOU!
```

SAKURA JAPANESE S
9008 W. BROAD ST.
RICHMOND, VA 23294

TERMINAL I.D.:
MERCHANT # :                 LK500465
                          000002702905

VISA
xxxxxxxxxx9883
SALE
BATCH: 000425    INV: 000019
DATE: NOV 19, 08    TIME: 19:37
RRN: 832508905176 AUTH:02346C
AVS RESPONSE: 0

BASE              $120.96

TIP         $    24.04

TOTAL       $    145.00

CHRISTOPHER EMERY

        THANK YOU
      CUSTOMER COPY

---

HOUSE OF CHINA
3402 PUMP RD
RICHMOND, VA 23233

TERMINAL ID:              001737600
MERCHANT #:         418201172990

VISA
#xxxxxxxxxxxxx9883
SUR# 2
SALE              TICKET #: 000554
BATCH: 000312         TIME: 12:14
DATE: NOV 20, 08   AUTH NO: 03173C
SQ: 002

PRE-TIP AMT            $18.10

TIP                    2.00

TOTAL                  20.00

    CUSTOMER COPY

---

GUEST DINING @ CIRCUIT CITY
9950 MAYLAND DRIVE
RICHMOND VA 23233
804-527-4003

Term ID: 71397144        Ref #: 0020

              Sale

xxxxxxxxxxxx9883

VISA            Entry Method: Swiped

Total:          $      7.95

11/18/08                12:01:59
Inv #: 000020    Appr Code: 06082C
Batch#: 000006

        Customer Copy

          THANK YOU!
        HAVE A NICE DAY

# AVIS

We try harder.

Thank you for renting from Avis.

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 580617166 | 07052091 | X |

EMERY,CHRIS
WIZ = W5HO3J        AWD = A460200
CV = CSXXXXXXXXXXXX6304
FTN AD/4ML6902                4W

```
*OUT RIC 17NOV08/1345 MI = 32914
 IN  RIC 21NOV08/1055 MI = 32984
     70 MI@        .00 =
         HR@    23.50 =
      4 DY@    46.99 =       187 96
$2 00/DAY FEE        =         8 00
 .47/DY ERF          =         1 88
 11.11% FEE          =        21 12
7.5% TX FF MI        =           24
TAXABLE SUBTOT       =       219 20
TAX 10.000%          =        21 92
FUEL SERVICE         =        13 99

TOTAL CHARGES        =       255 11
* CONCESSION FEE RECOUP
 INCLUDES $1 /0 RIC CFC &
$ 30 VEHICLE LICENSE FEE
ENERGY RECOVERY FEE     4//DY
FF MLS/PNTS EARNED     200
```

```
249411
   Wawa Store #8505
   500 S. Airport Dr
   Sandston, VA 23150
*************************
Date              11/21/08
Time              10:34:25
Auth #             035392

MASTERCARD
8846

Pump    Gallons   Price
10       3.442   $1.799

Product           Amount
UNLEADED           $6.19

Total Sale         $6.19

*************************
    Thank You For
   Fueling at Wawa
*************************
```

Receive rental receipts by email every time you rent.
And get access to special offers & more. See reverse.

LONE STAR CAB CO.
**512-836-4900**
Cab #55
Driver 503
208 WEST POWELL LN
AUSTIN TX 78753

2008/11/21  18:48
MID: 987654321098

Card Number: XXXX XXXX XXXX 9883

```
Fare   : $   92.35
Extras : $    5.75
SubTot : $   98.10
Tip    : $   10.00
Total  : $  108.10
```

Approved: 84109C

LONE STAR CAB WELCOMES YOU
TO THE LIVE MUSIC
CAPITAL OF THE WORLD.

**infogain**   001770

475 Alberto Way
Los Gatos, CA 95032

ALL ORIGINAL RECEIPTS MUST BE ATTACHED - NO STAPLES

| Employee: 001416 | | | | Phone #: | 512-876-8498 | | Week Ending Sunday: | | | 12/21/08 |
|---|---|---|---|---|---|---|---|---|---|---|

| Name: | Chris Emery | | | Project ID: | | | Project Name/Description: Circuit City |
|---|---|---|---|---|---|---|---|

| Address: | 212 Covala Dr | | | City: | Cedar Park | | State: | TX | Zip Code: | 78613 |
|---|---|---|---|---|---|---|---|---|---|---|

Detailed Description or Reason for Travel:   Duties related to rPOS project Architecture, Attachments and Enhancements projects

Expenses billable to the client must be entered on a separate expense report from non-billable expenses. Use one expense report per currency. Use one expense report per week. EXPENSES OLDER THAN 60 DAYS (30 FOR BILLABLE) WILL NOT BE REIMBURSED.

Billable to the Client: Yes ☑   No ☐

504160   CIRO3

**Mileage Log Detail**

| Dates | | 12/15/2008 | 12/16/2008 | 12/17/2008 | 12/18/2008 | 12/19/2008 | 12/20/2008 | 12/21/2008 | | Rate: $0.485 |
|---|---|---|---|---|---|---|---|---|---|---|
| To/From and Business Purpose | | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday | Total Miles | Amount |
| Austin Airport/Home | | | | | | | | | | |
| Home/Austin Airport | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Entertainment and Business Meeting Detail**

68020

| Date | Place | Names and Company | | Business Purpose | | Amount |
|---|---|---|---|---|---|---|
| 12/15/2008 | | Kay Allen, Maneesh Sharma, Ashish Johri, Anish Pradhan, Dinesh Gintora, Pratyn Singh Inlogai | | Team Building Christmas Holidays | | $151.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Paid Expenses**

| Dates | 12/15/08 | 12/16/08 | 12/17/08 | 12/18/08 | 12/19/08 | 12/20/08 | 12/21/08 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday | | Totals |
| Airfare - Billed to Infogain | | | | | | | | | |
| Lodging Billed to Infogain | | | | | | | | | |
| Airfare - Employee Paid | $435.00 | | | | | | | | $435.00 |
| Car Rental - Employee Paid | | | $129.66 | | | | | | $129.66 |
| Taxi/Bus/Limo | $75.00 | | | | | | | | $75.00 |
| Parking/Tolls/Gas | | | | | | | | | |
| Lodging | $117.52 | $117.52 | | | | | | | $235.04 |
| ISP | | | | | | | | | |
| Cell Phone | | | | | | | | | |
| Office Supplies | | | | | | | | | |
| Seminar/Training | | | | | | | | | |
| Books/Subscriptions | | | | | | | | | |
| Relocation (list all related here) | | | | | | | | | |
| Other (EXPLAIN BELOW) | | | | | | | | | |
| Personal Breakfast | $2.00 | | | | | | | | |
| Personal Lunch | $21.06 | $38.00 | | | | | | | |
| Personal Dinner | | | | | | | | | |
| Total Personal Meals | $23.06 | $38.00 | | | | | | | $61.06 |
| Total Entertainment | | | | | | | | | $151.00 |
| Total Mileage | | | | | | | | | |
| Daily Totals | $650.58 | $155.52 | $129.66 | | | | | TOTAL EXPENSE | $1,086.76 |
| | | | | | | | | Less Infogain Paid: | |
| | | | | | | | | Less Travel Advance: | |
| | | | | | | | | AMOUNT DUE: | $1,086.76 |

Bill 935.76

**Other Miscellaneous Expenses Detailed Explanations**

| Date | Expense | | | Description | | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

I certify that I have read and understand Infogain Corporation's Travel and Entertainment Policy and that these expenses comply with the Policy and were for business purposes only:

| Chris Emery | 12/21/2008 | |
|---|---|---|
| Signature | Date | |

received
1/6/09



| Authorized Approval Signature | | Date |
|---|---|---|

Reservations - Book Flight - View Itinerary

# AmericanAirlines˙

CLOSE WINDOW
PRINT PAGE

**Note: This is not your receipt. You will be receiving your itinerary confirmation along with your receipt soon.
You may print your itinerary & Receipt directly from AA.com once the status is updated from "Purchased" to
"Ticketed".**

## Reservation Details

| Record Locator | Status | Reservation Name |
|---|---|---|
| **DXINAN** Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | **Purchased - Dec 10, 2008** | **CC122108** You can name your reservation so it's easier to locate when you return to AA.com (e.g. Quarterly Meeting). |

## Your Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Date & Time | Cabin Booking Code | Seats |
|---|---|---|---|---|---|---|---|
| AA AMERICAN AIRLINES | 1402 | AUS Austin | Dec 15, 2008 07:05 AM | DFW Dallas/ Fort Worth | Dec 15, 2008 08:10 AM | Economy N | 20E |
| AA AMERICAN AIRLINES | 690 | DFW Dallas/ Fort Worth | Dec 15, 2008 09:10 AM | RIC Richmond | Dec 15, 2008 12:50 PM | Economy N | 10E |
| AA AMERICAN AIRLINES | 1337 | RIC Richmond | Dec 18, 2008 06:05 PM | DFW Dallas/ Fort Worth | Dec 18, 2008 08:40 PM | Economy S | 15D |
| AA AMERICAN AIRLINES | 1532 | DFW Dallas/ Fort Worth | Dec 18, 2008 11:25 PM | AUS Austin | Dec 19, 2008 12:20 AM | Economy S | unassigned |

## Fare Summary

Average Fare per Person - 393.00 USD

| Passenger Type Used in Pricing | Fare per Person | Additional Taxes and Fees per Person | Total Price |
|---|---|---|---|
| 1 Adult | 393.00 USD | 42.00 USD | 435.00 USD |
| | | Total Price | 435.00 USD |

## Summary Details

### Credit Card Information

| | |
|---|---|
| Card Type: | VISA |
| Account #: | **** **** **** 9883 |

Reservations - Book Flight - View Itinerary                                    Page 2 of 3

| Expiration Date: | ········· |
| Description: | Chase Visa |

**Delivery Information**

| E-Ticket E-MAIL: | NETMARINE@SBCGLOBAL.NET |

**Passenger Summary**

| Passenger Name(s) | Frequent Flyer Number | Program |
|---|---|---|
| (1) CHRIS EMERY | 4ML6902 | AADVANTAGE |

**Contact Information**

| Cell Phone: | (1) 512-876-8498 |
| Home Phone: | (1) 512-401-8896 |
| Email Address: | NETMARINE@SBCGLOBAL.NET |

Business ExtrAA Account Number:

**Upgrade Reservation**

| Flight Number | Departing | Arriving | 500-mile Upgrades Required per Person | Request Upgrade? |
|---|---|---|---|---|
| 1402 | AUS Austin | DFW Dallas/ Fort Worth | 0 | Requested |
| 690 | DFW Dallas/ Fort Worth | RIC Richmond | 0 | Requested |
| 1337 | RIC Richmond | DFW Dallas/ Fort Worth | 0 | Requested |
| 1532 | DFW Dallas/ Fort Worth | AUS Austin | 0 | Requested |

500-mile Upgrades may be purchased at the airport or at a discount when purchased online.

**Reminder:**

- If your itinerary contains international flights, it is the sole responsibility of each passenger in the itinerary to have the proper documents for entry/re-entry into a country. To obtain documentation requirements, contact the embassy or consulate of all countries involved in your itinerary, including all countries in which you may be transiting. You can also contact your international carrier(s) for further information on documentation requirements, embargos, travel advisories and/or additional requirements that may apply to the country or countries in your itinerary. Passengers will need to present Itinerary and Receipt (I & R) to an immigration officer upon request.
- Some fares purchased on AAdvantage participating airlines are not eligible for mileage accrual. View eligible booking codes and mileage accrual rates by airlines at www.aa.com/participantairlines.
- American Airlines will restrict boarding pass issuance when any uncollected Change Fees involving an itinerary change exist. To avoid any inconvenience to you, we encourage you to satisfy Change Fee collection with Reservations or your travel agent at the time the itinerary change is made.
- To expedite check-in, gate locations at airports will accept credit cards only. Passengers with Electronic tickets on international flights will need to present the Itinerary and Receipt (I & R) to an immigration officer upon request. If your I & R are not received by mail or post prior to departure, you will need to

Reservations - Book Flight - View Itinerary                                    Page 3 of 3

request one in person at the ticket counter.

- Many common items used every day in the home or workplace may be considered dangerous when transported in baggage by air. You must declare your dangerous goods to the airline. Failure to do so violates U.S. Federal Law.

| CLOSE WINDOW |

## Thank you for renting with Avis

Avis Car Rental E-Receipt

Rental Agreement Number:580651175



### Customer Information:

| | |
|---|---|
| Customer Name: | CHRIS EMERY |
| Wizard Number: | ***03J |
| Avis Worldwide Discount Number: | A460200 |
| Customer Status: | AVIS FIRST |
| Method of Payment: | VISA |
| Credit Card #: | CXXXXXXXXXXXXX9883 |
| Freq Traveler: | AD/4ML6902 |

### Vehicle Information

| | |
|---|---|
| Car Group Rented: | FULL SIZE 4 DOOR |
| Car Group Charged: | INTERMEDIATE |
| Car Make Model: | BLK TOYO CAMR 4DR |
| Plate Number: | NJYEC31P |
| Car Number: | 00836371 |
| Mileage Out: 8092 | Fuel Out: 8/8 |
| Mileage In: 8146 | Fuel In: 0/8 |
| Mileage Driven: 54 | |

### Rental Information

| | |
|---|---|
| Pickup Date/Time: | 15DEC08/1345 |
| Pickup Location: | RICHMOND INTERNATIONAL APO |
| | 5611 READY RD. |
| | HENRICO, VA 23250 US |
| | 804-222-7416 |

| | |
|---|---|
| Return Date/Time: | 17DEC08/0601 |
| Return Location: | RICHMOND INTERNATIONAL APO |
| | 5611 READY RD. |
| | HENRICO, VA 23250 US |
| | 804-222-7416 |

### Vehicle Charges

| | | | | |
|---|---|---|---|---|
| Time: | 0 miles @ .00 | 0.00 | TAX 10.000% | 10.52 |
| | 0 hours @ 22.50 | 0.00 | Fuel Service | 13.99 |
| | 2 days @ 44.99 | 89.98 | Total Charges | 129.66 |
| | 0 weeks @ 224.95 | 0.00 | | |
| Time & Mileage | | 89.98 | | |
| *$2.00/DAY FEE | | 4.00 | | |
| $.47/DY ERF | | .94 | | |
| * 11.11% FEE | | 10.11 | | |
| LDW | | 0.00 | | |
| 7.5% TX FF MI | | .12 | | |
| SUBTOTAL | | 105.15 | Amount Due | 129.66 |

* CONCESSION FEE RECOUP
*INCLUDES $1.70 RIC CFC &
$.30 VEHICLE LICENSE FEE
ENERGY RECOVERY FEE .47/DY
FF MLS/PNTS EARNED 100

Avis Car Rental E-Receipt

Please do not reply to this message.
If you have questions regarding this rental or if you do not wish to receive electronic receipts, please e-mail e.receipts@avis.com for assistance. If you have a
question regarding this bill, please call us at 1-800-352-7900.
This receipt reflects your charges at the time of your return.

Priority Club Rewards Hotel Reservations I Account Status <span style="float:right">Page 1 of 1</span>

Thank for your stay at the Holiday Inn Express RICHMOND I-64 @ INNSBROOK . For your convenience, here is a copy of your hotel bill.

If you have any questions about your bill, please contact the hotel directly at 1-804-9349300. For future reservations, visit  http://www.hiexpress.com.



**Holiday Inn Express**
**RICHMOND I-64 @ INNSBROOK**
**9933 MAYLAND DRIVE**
**RICHMOND, VA  23233 UNITED STATES**
Tel: 1-804-9349300
Fax: 1-804-9340983

**ROOM SUMMARY INFORMATION**

**BILLING INFORMATION**

Emery , Chris

Cedar Park , TX
78613

Room:  000229

Check-In Date:  15 Dec 2008
Check-Out Date:  17 Dec 2008
Currency:  USD

Folio Number: 351533
Confirmation Number: 66611087

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 15 Dec 2008 | *Accommodation | 104.00 |
| 15 Dec 2008 | State Tax - Room | 5.20 |
| 15 Dec 2008 | Bed/Occupancy Room Tax | 8.32 |
| 16 Dec 2008 | *Accommodation | 104.00 |
| 16 Dec 2008 | State Tax - Room | 5.20 |
| 16 Dec 2008 | Bed/Occupancy Room Tax | 8.32 |
| 17 Dec 2008 | *****9883 | -235.04 |



Thank You For Choosing

Papa Johns
Restaurant #0305
9030 W Broad Street
Richmond, VA 23294
(804)747-7300

WWW                          Online Order          10:09pm

**************************    12/15/2008

Name:          Chris Emery

Restaurant Order #: 0124
Order ID #: 7036469                              Visa

Account #: xxxxxxxxxxxxx9003

Authorization #: 04278C
Reference #: 106093
Batch ID: 390

Order Amount:                                    17.27
Tax:                                             10.79
Total Amount:                                    18.06
Visa                                             18.06

Tip:                                              3.00

Total:                                           21.06

Addtl Tender Amt:                                 0.00

**************************

**EC**

Customer Signature

**************************
**************************
            Customer Copy

BELLE ENTERPRISES FL
Buffalo Wild Wings Grill + Bar
2001 W. BROAD ST SUITE 10
RICHMOND, VA 23294
672-8732 Store #3089

Emp: Eric B Visa
12-15-08  9:02p Tbl# 107 ~ 66/40

Card Number: *****************9883
Exp Date:  **/**  EMERY/CHRISTOPHER
Apprvl Code: 030050C

AMOUNT:   131.27

TIP:      19.73

TOTAL:   151.00

X_____
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

** GUEST COPY **

---

HMSHost
News Connection Store #65-3E
Dallas/Fort Worth Int'l Airport

10874 KAREN

TRN 5634 DEC15'08  8:52AM

052000204063
1  G2 GRAPE                    1.85

        Subtotal               1.85
        Tax                    0.15
        Amt Paid               2.00
        XXXXXXXXXXXXXXX3       XX/XX
        VISA  A0 4*            2.00

HMSHost
News Connection Store #65-3E
Dallas/Fort Worth Int'l Airport





| | Invoice Number | 019766 |
|---|---|---|
| | Invoice Date | January 22, 2009 |
| | PO Number | SOW # 7 |
| | Project | CIR01-005 |
| | Page | 1 |
| | Doc Nbr | BI014 |

Accounts Payable
Circuit City
9950 Mayland Drive
Richmond, VA 23233-1465

Manager   Ray Allen

| Circuit city - rPOS Professional Services: | Week Ending | Hours | Rate | Amount |
|---|---|---|---|---|
| Gopinath Prasanna | 1/4/2009 | 8.00 | 85.00 | 680.00 |
| Gopinath Prasanna | 1/11/2009 | 40.00 | 85.00 | 3,400.00 |
| Gopinath Prasanna | 1/18/2009 | 40.00 | 85.00 | 3,400.00 |
| Haslia Puneet | 1/4/2009 | 9.00 | 95.00 | 855.00 |
| Haslia Puneet | 1/11/2009 | 43.00 | 95.00 | 4,085.00 |
| Haslia Puneet | 1/18/2009 | 47.00 | 95.00 | 4,465.00 |
| Garg Jitender | 1/4/2009 | 10.00 | 95.00 | 950.00 |
| Garg Jitender | 1/11/2009 | 43.00 | 95.00 | 4,085.00 |
| Garg Jitender | 1/18/2009 | 49.00 | 95.00 | 4,655.00 |
| Kaktwan Himanshu | 1/4/2009 | 14.00 | 95.00 | 1,330.00 |
| Kaktwan Himanshu | 1/11/2009 | 50.00 | 95.00 | 4,750.00 |
| Kaktwan Himanshu | 1/18/2009 | 47.00 | 95.00 | 4,465.00 |
| Dani Deepak | 1/4/2009 | 8.00 | 95.00 | 760.00 |
| Dani Deepak | 1/11/2009 | 46.00 | 95.00 | 4,370.00 |
| Dani Deepak | 1/18/2009 | 48.00 | 95.00 | 4,560.00 |
| Gupta Manish | 1/4/2009 | 8.00 | 95.00 | 760.00 |
| Gupta Manish | 1/11/2009 | 45.00 | 95.00 | 4,275.00 |
| Gupta Manish | 1/18/2009 | 49.00 | 95.00 | 4,655.00 |
| Gaur Deepak | 1/4/2009 | 8.00 | 95.00 | 760.00 |
| Gaur Deepak | 1/11/2009 | 53.00 | 95.00 | 5,035.00 |
| Gaur Deepak | 1/18/2009 | 46.00 | 95.00 | 4,370.00 |
| Mital Ashish | 1/4/2009 | 16.00 | 125.00 | 2,000.00 |
| Mital Ashish | 1/11/2009 | 45.00 | 125.00 | 5,625.00 |
| Mital Ashish | 1/18/2009 | 46.00 | 125.00 | 5,750.00 |
| Professional Services: | | 818.00 | | 80,040.00 |

Remit To:   InfoGain Corporation
Dept LA 22456
Pasadena, CA 91185-2456

Due Date:   March 08, 2009

Questions :
(408) 355-6067


Circuit City

| | |
|---|---|
| Invoice Number | 019766 |
| Project | CIR01-005 |
| Page | 2 of 2 |

| | |
|---|---|
| **Invoice Total** | $80,040.00 |

Approved By:    Faten Amireh

Remit To:    InfoGain Corporation
             Dept LA 22456
             Pasadena, CA 91185-2456

             Questions :
             (408) 355-6067

Due Date:    March 08, 2009

SAN FRANCISCO    NEW YORK    DELHI    LONDON    LOS ANGELES
485 Alberto Way, Los Gatos, CA 95032 USA · Tel: 408-355-6000 Fax: 408-355-7000 · www.infogain.com



| | |
|---|---|
| Invoice Number | 019767 |
| Invoice Date | January 22, 2009 |
| PO Number | SOW # 7 |
| Project | CIR01-005 |
| Page | 1 |
| Doc Nbr | BI014 |

Accounts Payable
Circuit City
9950 Mayland Drive
Richmond, VA 23233-1465

Manager   Ray Allen

Billable Expenses:

| | | | |
|---|---|---|---|
| Travel Other Expense | Prasanna Gopinath | 000910 01/6-1/15/09 P.Gopinath | 752.39 |
| Travel Other Expense | Prasanna Gopinath | 000910 12/8-12/14/08 P.Gopinat | 738.89 |
| Subtotal | Billable Expenses: | | 1,491.28 |

| | |
|---|---|
| **Invoice Total** | **$1,491.28** |

Approved By:   Faten Amireh

Remit To:   InfoGain Corporation
Dept LA 22456
Pasadena, CA 91185-2456

Questions :
(408) 355-6067

Due Date:   March 08, 2009

infogain

475 Alberto Way
Los Gatos, CA 95032

ALL ORIGINAL RECEIPTS MUST BE ATTACHED - NO STAPLES

| Employee# 000910 | | Phone #: | 408-910-1465 | Week Ending Sunday: | | 12/14/08 |
|---|---|---|---|---|---|---|
| Name: | Prasanna Gopinath | Project ID: | Cir01-005, dept 5601 | Project Name/Descriptions | | CircuitCity rPOS Support |
| Address: | 21230 Homestead Road, Apt 8S | City: | Cupertino | State: | CA | Zip Code: | 95014 |
| Detailed Description or Reason for Travel: | | | | | | |

Billable to the Client:  Yes ☑   No ☐

### Mileage Log Detail

| Dates | 12/8/2008 | 12/9/2008 | 12/10/2008 | 12/11/2008 | 12/12/2008 | 12/13/2008 | 12/14/2008 | | Rate: $0.485 |
|---|---|---|---|---|---|---|---|---|---|
| To/From and Business Purpose | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday | Total Miles | Amount |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

### Entertainment and Business Meeting Detail

| Date | Place | Names and Company | Business Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### Paid Expenses

| Dates: | 12/08/08 | 12/09/08 | 12/10/08 | 12/11/08 | 12/12/08 | 12/13/08 | 12/14/08 | Totals |
|---|---|---|---|---|---|---|---|---|
| | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday | |
| Mileage - Billed to Off-Core | | | | $312.39 | $40.00 | | | $312.39 |
| Lodging - Billed to Off-Core | | | | | | | | |
| Airfare - Employee Paid | | | | | | | | |
| Car Rental - Employee Paid | | | | | | | | |
| Taxi/Bus/Limo | | | | ✓$43.50 | | | | $43.50 |
| Parking/Tolls/Gas | | | | | | | | |
| Lodging | | | | ✓$695.39 | | | | $695.39 |
| ISP | | | | | | | | |
| Cell Phone | | | | | | | | |
| Office Supplies | | | | | | | | |
| Seminar/Training | | | | | | | | |
| Books/Subscriptions | | | | | | | | |
| Relocation (list all related here) | | | | | | | | |
| Other (EXPLAIN BELOW) | | | | | | | | |
| Personal Breakfast | | | | | | | | |
| Personal Lunch | | | | | | | | |
| Personal Dinner | | | | | | | | |
| Total Personal Meals | | | | | | | | |
| Total Entertainment | | | | | | | | |
| Total Mileage | | | | | | | | |
| Daily Totals | | | | $1,051.39 | | | | $1,051.39 |

| | | | | | | | TOTAL EXPENSE | $1,051.39 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Less Infogain Paid: | $312.50 |
| | | | | | | | Less Travel Advance: | |
| | | | | | | | AMOUNT DUE: | $738.89 |

### Other Miscellaneous Expenses Detailed Explanations

| Date | Expense | Description | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have read and understand Infogain Corporation's Travel and Entertainment Policy and that these expenses comply with the Policy and were for business purposes only:

Signature   12/22/2008
Date

Authorized Approval Signature   Date

End 1/17/09

RECEIVED
JAN 2 0 2009
BY:

12/11/08  8:48 AM                                                                    NV 3.1 SP2 HF4

Homestead Studio Suites - Richmond/Innsbrook                          Property ID: 9726
10961 W. Broad Street                                                Phone: 804-747-8898
Glen Allen, VA 23060                                                   Fax: 804-747-8909

## Folio Receipt
### As Of: 12/11/2008

Folio # 46193                                                         Room:  123
GRPINAT, PRASANNA                                                     Arrival:  12/1/2008
21230 HOMESTEAD ROAD APT 88                                          Departure:  12/11/2008
CUPERPINO, CA 95014
Company: InfoGain

| Trans # | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 547179 | 12/1/2008 | Internet Access Revenue | $4.99 | $0.00 | $4.99 |
| 547180 | 12/1/2008 | AMERICAN EXPRESS | $0.00 | $488.27 | ($483.28) |
| 547251 | 12/1/2008 | Rm: 123 PN6W - FLOAT 6 PCT WEEKLY | $61.09 | $0.00 | ($422.19) |
| 547252 | 12/1/2008 | COUNTY ROOM TAX | $4.89 | $0.00 | ($417.30) |
| 547253 | 12/1/2008 | STATE ROOM TAX | $3.06 | $0.00 | ($414.24) |
| 547493 | 12/2/2008 | Rm: 123 PN6W - FLOAT 6 PCT WEEKLY | $61.09 | $0.00 | ($353.15) |
| 547494 | 12/2/2008 | COUNTY ROOM TAX | $4.89 | $0.00 | ($348.26) |
| 547495 | 12/2/2008 | STATE ROOM TAX | $3.06 | $0.00 | ($345.20) |
| 547722 | 12/3/2008 | Rm: 123 PN6W - FLOAT 6 PCT WEEKLY | $61.09 | $0.00 | ($284.11) |
| 547723 | 12/3/2008 | COUNTY ROOM TAX | $4.89 | $0.00 | ($279.22) |
| 547724 | 12/3/2008 | STATE ROOM TAX | $3.06 | $0.00 | ($276.16) |
| 547970 | 12/4/2008 | Rm: 123 PN6W - FLOAT 6 PCT WEEKLY | $61.09 | $0.00 | ($215.07) |
| 547971 | 12/4/2008 | COUNTY ROOM TAX | $4.89 | $0.00 | ($210.18) |
| 547972 | 12/4/2008 | STATE ROOM TAX | $3.06 | $0.00 | ($207.12) |
| 548217 | 12/5/2008 | Rm: 123 PN6W - FLOAT 6 PCT WEEKLY | $61.09 | $0.00 | ($146.03) |
| 548218 | 12/5/2008 | COUNTY ROOM TAX | $4.89 | $0.00 | ($141.14) |
| 548219 | 12/5/2008 | STATE ROOM TAX | $3.06 | $0.00 | ($138.08) |
| 548428 | 12/6/2008 | Rm: 123 PN6W - FLOAT 6 PCT WEEKLY | $61.09 | $0.00 | ($76.99) |
| 548429 | 12/6/2008 | COUNTY ROOM TAX | $4.89 | $0.00 | ($72.10) |
| 548430 | 12/6/2008 | STATE ROOM TAX | $3.06 | $0.00 | ($69.04) |
| 548594 | 12/7/2008 | Rm: 123 PN6W - FLOAT 6 PCT WEEKLY | $61.09 | $0.00 | ($7.95) |
| 548595 | 12/7/2008 | COUNTY ROOM TAX | $4.89 | $0.00 | ($3.06) |
| 548596 | 12/7/2008 | STATE ROOM TAX | $3.06 | $0.00 | $0.00 |
| 548705 | 12/8/2008 | AMERICAN EXPRESS | $0.00 | $276.16 | ($276.16) |
| 548788 | 12/8/2008 | Rm: 123 PN6W - FLOAT 6 PCT WEEKLY | $61.09 | $0.00 | ($215.07) |
| 548789 | 12/8/2008 | COUNTY ROOM TAX | $4.89 | $0.00 | ($210.18) |
| 548790 | 12/8/2008 | STATE ROOM TAX | $3.06 | $0.00 | ($207.12) |
| 549012 | 12/9/2008 | Rm: 123 PN6W - FLOAT 6 PCT WEEKLY | $61.09 | $0.00 | ($146.03) |
| 549013 | 12/9/2008 | COUNTY ROOM TAX | $4.89 | $0.00 | ($141.14) |
| 549014 | 12/9/2008 | STATE ROOM TAX | $3.06 | $0.00 | ($138.08) |
| 549218 | 12/10/2008 | Rm: 123 PN6W - FLOAT 6 PCT WEEKLY | $61.09 | $0.00 | ($76.99) |
| 549219 | 12/10/2008 | COUNTY ROOM TAX | $4.89 | $0.00 | ($72.10) |
| 549220 | 12/10/2008 | STATE ROOM TAX | $3.06 | $0.00 | ($69.04) |
| 549373 | 12/11/2008 | AMERICAN EXPRESS | $0.00 | ($69.04) | $0.00 |

12/11/08  8:48 AM

NV 3.1 SP2 HF4

Homestead Studio Suites - Richmond/Innsbrook
10961 W. Broad Street
Glen Allen, VA 23060

Property ID: 9726
Phone: 804-747-8898
Fax: 804-747-8909

## Folio Receipt
### As Of: 12/11/2008

Folio # 46193
GRPINAT, PRASANNA
21230 HOMESTEAD ROAD APT 88
CUPERPINO, CA 95014
Company: InfoGain

Room: 123
Arrival: 12/1/2008
Departure: 12/11/2008

| Trans # | Date | Description | Charges | Payments | Balance |
|---------|------|-------------|---------|----------|---------|
|  |  |  |  | Balance: | $0.00 |

Method of Pay: Credit Card

Signature:

- Cardholder acknowledges receipt of goods and/or
services in the amount of the total shown above and agrees to perform
the obligations and terms in the cardholder agreement with the seller.

- The above rate is based on your length of stay as stated on this
folio. Any variance to your actual departure date can result in a daily
rate adjustment that will be reflected in total room charges on your
final bill.

| Folio Summary | |
|---|---:|
| Previous Balance: | $0.00 |
| Room Charges: | $610.90 |
| Other Charges/Credits: | $4.99 |
| Phone Charges: | $0.00 |
| Tax: | $79.50 |
| Less Payments: | -$695.39 |
| Total Amount Due: | $0.00 |



**GROOME** transportation

Richmond (804) 222-7222

FOR LIMOUSINE SERVICE BETWEEN RICHMOND
INTERNATIONAL AIRPORT, WILLIAMSBURG AND
THE TRI-CITIES AREAS.

RECEIPT FOR PAID SERVICE

Fare $ 43.50    Date 12/11/2008

For Limousine service between Richmond International Airport

and 9950 MAYLAND DR.

RICHMOND, VA    Van No. 12

Driver JASON

5500 Lewis Road • Sandston, Virginia 23150

Shuttle Service Charge from Circuit City office
9950 mayland Dr, Richmond, VA to Richmond Airport
on 12/11/2008

**infogain**
*The Customer Knowledge Company*

007730                                032044

475 Alberto Way
Los Gatos, CA  95032

## ALL ORIGINAL RECEIPTS MUST BE ATTACHED - NO STAPLES

| Employee# | 000910 | Phone #: | (408) 910-1465 | Week Ending Sunday: | | 01/18/09 |
|---|---|---|---|---|---|---|
| Name: | Prasanna Gopinath | Project ID: | Cir01-005_5601 | Project Name/Descriptions | | Circuit City rPOS Support |
| Address: | 21130 Homestead Rd. #88 | City: | Cupertino | State: | CA | Zip Code: 95014 |
| Detailed Description or Reason for Travel: | | | | | | |
| Billable to the Client:  Yes ☑  No ☐ | Expenses billable to the client must be entered on a separate expense report from non-billable expenses. Use one expense report per currency. Use one expense report per week. EXPENSES OLDER THAN 60 DAYS (30 FOR BILLABLE) WILL NOT BE REIMBURSED. | | | | | |

### Mileage Log Detail

| Dates ▶ | 1/12/2009 | 1/13/2009 | 1/14/2009 | 1/15/2009 | 1/16/2009 | 1/17/2009 | 1/18/2009 | | Rate: $0.485 |
| To/From and Business Purpose | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday | Total Miles | Amount |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

### Entertainment and Business Meeting Detail

| Date | Place | Names and Company | Business Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### Paid Expenses

| Dates ▶ | 01/12/09 | 01/13/09 | 01/14/09 | 01/15/09 | 01/16/09 | 01/17/09 | 01/18/09 | Totals |
| | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday | |
|---|---|---|---|---|---|---|---|---|
| Airfare - Billed to Infogain | | | | | $440.00 | | | $440.00 ✓ |
| Lodging Billed to Infogain | | | | | | | | |
| Airfare - Employee Paid | | | | | | | | |
| Car Rental - Employee Paid | | | | | | | | |
| Taxi/Bus/Limo | | | | | $57.00 | | | $57.00 ✓ |
| Parking/Tolls/Gas | | | | | | | | |
| Lodging | | | | | $695.39 | | | $695.39 ✓ |
| ISP | | | | | | | | |
| Cell Phone | | | | | | | | |
| Office Supplies | | | | | | | | |
| Seminar/Training | | | | | | | | |
| Books/Subscriptions | | | | | | | | |
| Relocation (list all related here) | | | | | | | | |
| Other (EXPLAIN BELOW) | | | | | | | | |
| Personal Breakfast | | | | | | | | |
| Personal Lunch | | | | | | | | |
| Personal Dinner | | | | | | | | |
| Total Personal Meals | | | | | | | | |
| Total Entertainment | | | | | | | | |
| Total Mileage | | | | | | | | |
| Daily Totals | | | | | $1,192.39 | | | $1,192.39 |

|  | TOTAL EXPENSE | $1,192.39 |
|---|---|---|
| | Less Infogain Paid: | ($440.00) |
| | Less Travel Advance: | |
| | AMOUNT DUE: | $752.39 ✓ |

504160

### Other Miscellaneous Expenses Detailed Explanations

| Date | Expense | Description | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have read and understand Infogain Corporation's Travel and Entertainment Policy and that these expenses comply with the Policy and were for business purposes only:

Prasanna Gopinath
Signature                                Date

_____
Authorized Approval Signature         Date

01/16/09  8:49 AM                                                                          NV 3.1 SP2 HF4

Homestead Studio Suites - Richmond/Innsbrook                                    Property ID: 9726
10961 W. Broad Street                                                            Phone: 804-747-8898
Glen Allen, VA 23060                                                               Fax: 804-747-8909

## Folio Receipt
As Of: 1/16/2009

Folio # 46831                                                   Room: 203
GOPINATH, PRASANNA                                              Arrival: 1/6/2009
485 ALBERTO WAY                                                 Departure: 1/16/2009
LOS GATOS, CA 95032
Company: InfoGain

| Trans# | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 553456 | 1/6/2009 | Internet Access Revenue | $4.99 | $0.00 | $4.99 |
| 553457 | 1/6/2009 | AMERICAN EXPRESS | $0.00 | $488.27 | ($483.28) |
| 553579 | 1/6/2009 | Rm: 203 PN6W - FLOAT 6 PCT WEEKLY | $61.09 | $0.00 | ($422.19) |
| 553580 | 1/6/2009 | COUNTY ROOM TAX | $4.89 | $0.00 | ($417.30) |
| 553581 | 1/6/2009 | STATE ROOM TAX | $3.06 | $0.00 | ($414.24) |
| 553829 | 1/7/2009 | Rm: 203 PN6W - FLOAT 6 PCT WEEKLY | $61.09 | $0.00 | ($353.15) |
| 553830 | 1/7/2009 | COUNTY ROOM TAX | $4.89 | $0.00 | ($348.26) |
| 553831 | 1/7/2009 | STATE ROOM TAX | $3.06 | $0.00 | ($345.20) |
| 554062 | 1/8/2009 | Rm: 203 PN6W - FLOAT 6 PCT WEEKLY | $61.09 | $0.00 | ($284.11) |
| 554063 | 1/8/2009 | COUNTY ROOM TAX | $4.89 | $0.00 | ($279.22) |
| 554064 | 1/8/2009 | STATE ROOM TAX | $3.06 | $0.00 | ($276.16) |
| 554286 | 1/9/2009 | Rm: 203 PN6W - FLOAT 6 PCT WEEKLY | $61.09 | $0.00 | ($215.07) |
| 554287 | 1/9/2009 | COUNTY ROOM TAX | $4.89 | $0.00 | ($210.18) |
| 554288 | 1/9/2009 | STATE ROOM TAX | $3.06 | $0.00 | ($207.12) |
| 554494 | 1/10/2009 | Rm: 203 PN6W - FLOAT 6 PCT WEEKLY | $61.09 | $0.00 | ($146.03) |
| 554495 | 1/10/2009 | COUNTY ROOM TAX | $4.89 | $0.00 | ($141.14) |
| 554496 | 1/10/2009 | STATE ROOM TAX | $3.06 | $0.00 | ($138.08) |
| 554663 | 1/11/2009 | Rm: 203 PN6W - FLOAT 6 PCT WEEKLY | $61.09 | $0.00 | ($76.99) |
| 554664 | 1/11/2009 | COUNTY ROOM TAX | $4.89 | $0.00 | ($72.10) |
| 554665 | 1/11/2009 | STATE ROOM TAX | $3.06 | $0.00 | ($69.04) |
| 554925 | 1/12/2009 | Rm: 203 PN6W - FLOAT 6 PCT WEEKLY | $61.09 | $0.00 | ($7.95) |
| 554926 | 1/12/2009 | COUNTY ROOM TAX | $4.89 | $0.00 | ($3.06) |
| 554927 | 1/12/2009 | STATE ROOM TAX | $3.06 | $0.00 | $0.00 |
| 555059 | 1/13/2009 | AMERICAN EXPRESS | $0.00 | $207.12 | ($207.12) |
| 555192 | 1/13/2009 | Rm: 203 PN6W - FLOAT 6 PCT WEEKLY | $61.09 | $0.00 | ($146.03) |
| 555193 | 1/13/2009 | COUNTY ROOM TAX | $4.89 | $0.00 | ($141.14) |
| 555194 | 1/13/2009 | STATE ROOM TAX | $3.06 | $0.00 | ($138.08) |
| 555409 | 1/14/2009 | Rm: 203 PN6W - FLOAT 6 PCT WEEKLY | $61.09 | $0.00 | ($76.99) |
| 555410 | 1/14/2009 | COUNTY ROOM TAX | $4.89 | $0.00 | ($72.10) |
| 555411 | 1/14/2009 | STATE ROOM TAX | $3.06 | $0.00 | ($69.04) |
| 555601 | 1/15/2009 | Rm: 203 PN6W - FLOAT 6 PCT WEEKLY | $61.09 | $0.00 | ($7.95) |
| 555602 | 1/15/2009 | COUNTY ROOM TAX | $4.89 | $0.00 | ($3.06) |
| 555603 | 1/15/2009 | STATE ROOM TAX | $3.06 | $0.00 | $0.00 |

Balance:    $0.00

Page  1 of 2

01/16/09  6.49 AM                                                                NV 3.1 SP2 HF4

Homestead Studio Suites - Richmond/Innsbrook                        Property ID: 9726
10961 W. Broad Street                                                  Phone: 804-747-8898
Glen Allen, VA 23060                                                      Fax: 804-747-8909

## Folio Receipt
### From 1/6/2009 Through 1/16/2009

Folio # 46831                                          Room:  203
GOPINATH, PRASANNA                                     Arrival:  1/6/2009
485 ALBERTO WAY                                        Departure:  1/16/2009
LOS GATOS, CA 95032
Company: InfoGain

| Trans # | Date | Description | Charges | Payments | Balance |
|---------|------|-------------|---------|----------|---------|

**Folio Summary**

| | |
|---|---|
| Previous Balance: | $0.00 |
| Room Charges: | $610.90 |
| Other Charges/Credits: | $4.99 |
| Phone Charges: | $0.00 |
| Tax: | $79.50 |
| Less Payments: | $695.39 |
| Total Amount Due: | $0.00 |

Method of Pay: Credit Card

Signature:

- Cardholder acknowledges receipt of goods and/or
services in the amount of the total shown above and agrees to perform
the obligations and terms in the cardholder agreement with the seller.

- The above rate is based on your length of stay as stated on this
folio. Any variance to your actual departure date can result in a daily
rate adjustment that will be reflected in total room charges on your
final bill.

# AIRPORT TAXI

We Accept All Major Credit Cards

Ronald Regan                                    Dulles
BWI                                             Amtrak
West End                                        Downtown

## AMIN
### (804) 405 - 1912

Richmond, Virginia

Company   (804) 233 - 4444          Amt. $ 57.00

Date 01/06/09                       Thank You

ALL STAR

TRAVEL

CST #1012886-10   IATA
ACCREDITED AGENT

PASSENGER COPY

1580 HALFORD AVE. • SANTA CLARA, CA. 95051 • TEL: (408) 247-9743 • FAX: (408) 247-2762

| SALES PERSON: 40 | ITINERARY/INVOICE NO. 0116229 | | DATE: 19 DEC 08 |
| CUSTOMER NBR: 011020 | | KGECRC | PAGE: 01 |

TO: INFOGAIN
485 ALBERTO WAY
LOS GATOS,CA 95032.
408-355-6000

**N O T E**

Payment against this invoice is not retained by this agency but has been forwarded to the responsible Air Carrier / Land Operator / Cruise Line. Terms and condition on the reverse side.

RECONFIRM RETURNING AND CONTINUING RESERVATIONS 72 HOURS IN ADVANCE FOR INTERNATIONAL FLIGHTS AND SUGGEST 48 HOURS IN ADVANCE FOR DOMESTIC FLIGHTS. CAUTION: TICKETS HAVE VALUE. IF UNUSED PLEASE RETURN FOR CREDIT OR REFUND.

FOR: GOPINATH/PRASANNA

05 JAN 09  -  MONDAY
   AIR    JETBLUE AIRWAYS      FLT:174      ECONOMY
          LV SAN JOSE       CA            955P           EQP: AIRBUS A320
          DEPART: TERMINAL C                            49HR 37MIN
          AR NEW YORK JFK                 616A          NON-STOP
          ARRIVE: TERMINAL 5
          ------------------------------------------------

06 JAN 09  -  TUESDAY
   AIR    JETBLUE AIRWAYS      FLT:1073     ECONOMY
          LV NEW YORK JFK                 813A          EQP: E90
          DEPART: TERMINAL 5                            01HR 37MIN
          AR RICHMOND                     950A          NON-STOP
          ------------------------------------------------

16 JAN 09  -  FRIDAY
   AIR    DELTA AIR LINES INC  FLT:1285    ECONOMY
          LV RICHMOND                     325P
          AR ATLANTA                      510P          EQP: MD-88
                                                        01HR 45MIN
          ARRIVE: SOUTH TERMINAL                        NON-STOP
          GOPINATH/PRASAN   SEAT-21C                    REF: 3GJLV7
          ------------------------------------------------
   AIR    DELTA AIR LINES INC  FLT:1683    ECONOMY      FOOD FOR PURCHASE
          LV ATLANTA                      700P          EQP: BOEING 737-800
          DEPART: SOUTH TERMINAL                        05HR 29MIN
          AR SAN JOSE       CA            929P          NON-STOP
          ARRIVE: TERMINAL C                            REF: 3GJLV7
          GOPINATH/PRASAN   SEAT-25A
          ------------------------------------------------

10 SEP 09  -  THURSDAY
   OTHER TICKET
          SERVICE FEE NON REFUNDABLE.
          FINAL PAYMENT                   GOPINATH P
                                BILLED TO AXXXXXXXXXXXX1010        245.00*
   MCO        XD8140789455
                                BILLED TO AXXXXXXXXXXXX1010         15.00*

CONTINUED ON PAGE 2

ALL STAR

TRAVEL

CST #1012886-10   IATA
ACCREDITED AGENT

PASSENGER COPY

1580 HALFORD AVE. • SANTA CLARA, CA. 95051   TEL: (408) 247-9743 • FAX: (408) 247-2762

SALES PERSON: 40       ITINERARY/INVOICE NO. 0116229          DATE: 19 DEC 08
CUSTOMER NBR: 011020              KGECBC                       PAGE: 02

TO: INFOGAIN
    485 ALBERTO WAY
    LOS GATOS,CA 95032.
    408-355-6000

N
O
T
E

Payment against this invoice is not retained by this agency
but has been forwarded to the responsible Air Carrier /
Land Operator / Cruise Line. Terms and condition on the
reverse side.

RECONFIRM RETURNING AND CONTINUING RESERVATIONS 72 HOURS
IN ADVANCE FOR INTERNATIONAL FLIGHTS AND SUGGEST 48 HOURS
IN ADVANCE FOR DOMESTIC FLIGHTS. CAUTION: TICKETS HAVE
VALUE. IF UNUSED PLEASE RETURN FOR CREDIT OR REFUND.

FOR: GOPINATH/PRASANNA

AIR TICKET    DL7393780570        GOPINATH PRASANNA
ELEC TKT                          BILLED TO AXXXXXXXXXXXX1010        180.00*

                                  SUB TOTAL                         440.00
                                  NET CC BILLING                    440.00*

                                  TOTAL AMOUNT DUE                     0.00

REFUNDS ARE SUBJECT TO SVC FEE-USD25 DOMESTIC TRVL.
USD50 INTL TRVL/TOUR IN ADDITION TO AIRLINE PENALTY.
VISA / INSURANCE IS THE RESPONSIBILITY OF THE CLIENT.
VERIFY DOCUMENTS AND REPORT ANY DISCREPANCY IN 48 HRS.
CHECK IN-2 HRS FOR DOMESTIC AND 3 HRS FOR INTL TRAVEL.
PSGR RECEIPT MAY NOT ALWAYS MATCH WITH THE FARE PAID
RECONFIRMATION OF INTL FLIGHTS IS RECOMMENDED
*FARE QUOTED USD 425.00 INCL TAXES
*NONREFUNDABLE FARE/CHNG FEE APPLY PLUS FARE DIFF
*CANCEL BY FLT TIME/DATE OR TICKET HAS NO VALUE.
*FARES ARE NOT GUARANTEED UNLESS TICKETED.
*LAST DATE TO ISSUE DEC 19TH



| | | | | |
|---|---|---|---|---|
| | Invoice Number | 019771 | | |
| | Invoice Date | January 22, 2009 | | |
| | PO Number | SOW # 5 | | |
| | Project | CIR01-004 | | |
| | Page | 1 | | |
| | Doc Nbr | BI014 | | |

Accounts Payable
Circuit City
9950 Mayland Drive
Richmond, VA 23233-1465

Manager   Ray Allen

| Circuit city - Architecture | Week Ending | Hours | Rate | Amount |
|---|---|---|---|---|
| **Professional Services:** | | | | |
| Emery Chris | 1/11/2009 | 40.00 | 140.00 | 5,600.00 |
| Emery Chris | 1/18/2009 | 37.50 | 140.00 | 5,250.00 |
| Singh Prabiol | 1/11/2009 | 46.00 | 125.00 | 5,750.00 |
| Singh Prabiol | 1/18/2009 | 46.00 | 125.00 | 5,750.00 |
| Professional Services: | | 169.50 | | 22,350.00 |
| | | **Invoice Total** | | $22,350.00 |

Approved By:     Faten Amireh

Remit To:     InfoGain Corporation
              Dept LA 22456
              Pasadena, CA 91185-2456                         Due Date:     March 08, 2009

              Questions :
              (408) 355-6067

SAN FRANCISCO   NEW YORK   DELHI   LONDON   LOS ANGELES
485 Alberto Way, Los Gatos, CA 95032 USA · Tel: 408-355-6000 Fax: 408-355-7000 · www.infogain.com


infogain

| | |
|---|---|
| Invoice Number | 019773 |
| Invoice Date | January 22, 2009 |
| PO Number | SOW # 6 |
| Project | CIR01-002 |
| Page | 1 |
| Doc Nbr | BI014 |

Accounts Payable
Circuit City
9950 Mayland Drive
Richmond, VA 23233-1465

Manager   Jeff Lulashnyk

Circuitcity representative : Constane G Roach

r-POS

Recovery of 30 Day Notice Period against the termination of our contract.

| Circuit city -SSD (rPOS)<br>Professional Services: | Week Ending | Hours | Rate | Amount |
|---|---|---|---|---|
| | 1/22/2009 | | 0.00 | 96,000.00 |
| Professional Services: | | | | 96,000.00 |
| | | | Invoice Total | $96,000.00 |

Approved By:   Faten Amireh

Remit To:   InfoGain Corporation
Dept LA 22456
Pasadena, CA 91185-2456

Questions :
(408) 355-6067

Due Date:   March 08, 2009

SAN FRANCISCO   NEW YORK   DELHI   LONDON   LOS ANGELES
485 Alberto Way, Los Gatos, CA 95032 USA · Tel: 408-355-6000 Fax: 408-355-7000 · www.infogain.com



| | |
|---|---|
| Invoice Number | 019774 |
| Invoice Date | January 22, 2009 |
| PO Number | SOW # 5 |
| Project | CIR01-004 |
| Page | 1 |
| Doc Nbr | BI014 |

Accounts Payable
Circuit City
9950 Mayland Drive
Richmond, VA 23233-1465

Manager   Ray Allen

Recovery of 30 Day Notice Period against the termination of our contract.

| Circuit city - Architecture<br>Professional Services: | Week Ending | Hours | Rate | Amount |
|---|---|---|---|---|
| | 1/22/2009 | | 0.00 | 42,400.00 |
| Professional Services: | | | | 42,400.00 |
| | | Invoice Total | | $42,400.00 |

Approved By:    Faten Amireh

Remit To:    InfoGain Corporation
Dept LA 22456
Pasadena, CA 91185-2456

Due Date:    March 08, 2009

Questions :
(408) 355-6067

SAN FRANCISCO    NEW YORK    DELHI    LONDON    LOS ANGELES
485 Alberto Way, Los Gatos, CA 95032 USA • Tel: 408-355-6000 Fax: 408-355-7000 • www.infogain.com



| | |
|---|---|
| Invoice Number | 019775 |
| Invoice Date | January 22, 2009 |
| PO Number | SOW # 7 |
| Project | CIR01-005 |
| Page | 1 |
| Doc Nbr | BI014 |

Accounts Payable
Circuit City
9950 Mayland Drive
Richmond, VA 23233-1465

Manager   Ray Allen

Recovery of 30 Day Notice Period against the termination of our contract.

| Circuit city - rPOS Professional Services: | Week Ending | Hours | Rate | Amount |
|---|---|---|---|---|
| | 1/22/2009 | | 0.00 | 140,000.00 |
| Professional Services: | | | | 140,000.00 |
| | Invoice Total | | | $140,000.00 |

Approved By:    Faten Amireh

Remit To:    InfoGain Corporation
Dept LA 22456
Pasadena, CA 91185-2456

Questions :
(408) 355-6067

Due Date:    March 08, 2009

SAN FRANCISCO    NEW YORK    DELHI    LONDON    LOS ANGELES
485 Alberto Way, Los Gatos, CA 95032 USA · Tel: 408-355-6000 Fax: 408-355-7000 · www.infogain.com



| | |
|---|---|
| Invoice Number | 019776 |
| Invoice Date | January 22, 2009 |
| PO Number | SOW # 6 |
| Project | CIR01-002 |
| Page | 1 |
| Doc Nbr | BI014 |

Accounts Payable
Circuit City
9950 Mayland Drive
Richmond, VA 23233-1465

Manager  Jeff Lulashnyk

Circuitcity representative : Constane G Roach

r-POS

Recovery of 30 Day Notice Period against the termination of our contract - Relocation/Lease Breakage.

| Circuit city -SSD (rPOS) Professional Services: | Week Ending | Hours | Rate | Amount |
|---|---|---|---|---|
| | 1/22/2009 | | 0.00 | 14,732.00 |
| Professional Services: | | | | 14,732.00 |
| | | | Invoice Total | $14,732.00 |

Approved By:    Faten Amireh

Remit To:    InfoGain Corporation
Dept LA 22456
Pasadena, CA 91185-2456

Questions :
(408) 355-6067

Due Date:    March 08, 2009

SAN FRANCISCO    NEW YORK    DELHI    LONDON    LOS ANGELES
485 Alberto Way, Los Gatos, CA 95032 USA • Tel: 408-355-6000 Fax: 408-355-7000 • www.infogain.com



| | |
|---|---|
| Invoice Number | 019777 |
| Invoice Date | January 22, 2009 |
| PO Number | SOW # 5 |
| Project | CIR01-004 |
| Page | 1 |
| Doc Nbr | BI014 |

Accounts Payable
Circuit City
9950 Mayland Drive
Richmond, VA 23233-1465

Manager  Ray Allen

Recovery of 30 Day Notice Period against the termination of our contract - Relocation/Lease Breakage.

| Circuit city - Architecture Professional Services: | Week Ending | Hours | Rate | Amount |
|---|---|---|---|---|
| | 1/22/2009 | | 0.00 | 4,734.00 |
| Professional Services: | | | | 4,734.00 |
| | | Invoice Total | | $4,734.00 |

Approved By:    Faten Amireh

Remit To:    InfoGain Corporation
Dept LA 22456
Pasadena, CA 91185-2456

Due Date:    March 08, 2009

Questions :
(408) 355-6067

SAN FRANCISCO    NEW YORK    DELHI    LONDON    LOS ANGELES
485 Alberto Way, Los Gatos, CA 95032 USA • Tel: 408-355-6000 Fax: 408-355-7000 • www.infogain.com



| | Invoice Number | 019778 |
|---|---|---|
| | Invoice Date | January 22, 2009 |
| | PO Number | SOW # 7 |
| | Project | CIR01-005 |
| | Page | 1 |
| | Doc Nbr | BI014 |

Accounts Payable
Circuit City
9950 Mayland Drive
Richmond, VA 23233-1465

Manager    Ray Allen

Recovery of 30 Day Notice Period against the termination of our contract - Relocation/Lease Breakage.

| Circuit city - rPOS Professional Services: | Week Ending | Hours | Rate | Amount |
|---|---|---|---|---|
| | 1/22/2009 | | 0.00 | 6,343.00 |
| Professional Services: | | | | 6,343.00 |
| | | | Invoice Total | $6,343.00 |

Approved By:    Faten Amireh

Remit To:    InfoGain Corporation
Dept LA 22456
Pasadena, CA 91185-2456

Due Date:    March 08, 2009

Questions :
(408) 355-6067

SAN FRANCISCO    NEW YORK    DELHI    LONDON    LOS ANGELES
485 Alberto Way, Los Gatos, CA 95032 USA • Tel: 408-355-6000 Fax: 408-355-7000 • www.infogain.com



| | |
|---|---|
| Invoice Number | 019779 |
| Invoice Date | January 22, 2009 |
| PO Number | SOW # 7 |
| Project | CIR01-005 |
| Page | 1 |
| Doc Nbr | BI014 |

Accounts Payable
Circuit City
9950 Mayland Drive
Richmond, VA 23233-1465

Manager   Ray Allen

Billable Expenses:

Travel Other Expense   Prasanna Gopinath                          640.00

Subtotal   Billable Expenses:                                     640.00

Invoice Total                                $640.00

Approved By:      Faten Amireh

Remit To:      InfoGain Corporation
               Dept LA 22456
               Pasadena, CA 91185-2456                    Due Date:   March 08, 2009

               Questions :
               (408) 355-6067

SAN FRANCISCO    NEW YORK    DELHI    LONDON    LOS ANGELES
485 Alberto Way, Los Gatos, CA 95032 USA  ·  Tel: 408-355-6000 Fax: 408-355-7000  ·  www.infogain.com

CSI #1012888-10
PASSENGER COPY
ACCREDITED AGENT

# TRAVEL ★

680 HALFORD AVE • SANTA CLARA, CA 95051 • TEL (408) 247-9743 • FAX (408) 247-2762

| | | |
|---|---|---|
| SALES PERSON: 40 | ITINERARY/INVOICE NO: 0115352 | DATE: 14 NOV 08 |
| CUSTOMER NBR: 011020 | HCTLZN | PAGE: 01 |

TO: INFOGAIN
    485 ALBERTO WAY
    LOS GATOS, CA 95032.
    408-355-6000

NOTE
Payment against this invoice is not retained by this agency but has been forwarded to the responsible Air Carrier / Land Operator / Cruise Line. Terms and condition on the reverse side.

RECONFIRM RETURNING AND CONTINUING RESERVATIONS 72 HOURS IN ADVANCE FOR INTERNATIONAL FLIGHTS AND SUGGEST 48 HOURS IN ADVANCE FOR DOMESTIC FLIGHTS. CAUTION (TICKETS HAVE VALUE) IF UNUSED PLEASE RETURN FOR CREDIT OR REFUND.

FOR: GOPINATH/PRASANNA

Inv 019779

30 NOV 08 — SUNDAY
  AIR   DELTA AIR LINES INC  FLT:9722    COACH        REFRSHMNT/PUR
        LV SAN JOSE        CA           1100P        EQP: BOEING 737-800
        DEPART: TERMINAL C                            04HR 26MIN

1 DEC 08 — MONDAY
        AR ATLANTA                      626A         NON-STOP
        ARRIVE: SOUTH TERMINAL                        REF: RZGWQS
        GOPINATH/PRASAN    SEAT-15E

  AIR   DELTA AIR LINES INC  FLT:1246    COACH
        LV ATLANTA                      743A         EQP: BOEING 737
        DEPART: SOUTH TERMINAL                        01HR 27MIN
        AR RICHMOND                     910A         NON-STOP
                                                      REF: RZGWQS
        GOPINATH/PRASAN    SEAT-15B

12 DEC 08 — FRIDAY
  AIR   DELTA AIR LINES INC  FLT:891     ECONOMY
        LV RICHMOND                     315P         EQP: MD-88
                                                      01HR 44MIN
        AR ATLANTA                      459P         NON-STOP
        ARRIVE: SOUTH TERMINAL                        REF: RZGWQS
        GOPINATH/PRASAN    SEAT-20C

  AIR   DELTA AIR LINES INC  FLT:1683    ECONOMY      FOOD FOR PURCHASE
        LV ATLANTA                      700P         EQP: BOEING 737-800
        DEPART: SOUTH TERMINAL                        05HR 21MIN
        AR SAN JOSE       CA            921P         NON-STOP
        ARRIVE: TERMINAL C                            REF: RZGWQS
        GOPINATH/PRASAN    SEAT-23A

10 SEP 09 — THURSDAY
  OTHER TICKET
        SERVICE FEE NON REFUNDABLE.
MCO       XD8149833323
                          BILLED TO AXXXXXXXXXXXX1010              15.00*

CONTINUED ON PAGE 2

# TRAVEL ★

580 HALFORD AVE • SANTA CLARA, CA, 95051 • TEL (408) 247-9743 • FAX (408) 247-2762

CST #1012886-10    IATA ACCREDITED AGENT    PASSENGER COPY

ALES PERSON: 40          ITINERARY/INVOICE NO. 0115352          DATE: 14 NOV 08
USTOMER NBR: 011020                              HCILZN          PAGE: 02

TO: INFOGAIN
    485 ALBERTO WAY
    LOS GATOS, CA 95032.
    408-355-6000

NOTE: Payment against this invoice is not retained by this agency but has been forwarded to the responsible Air Carrier / Land Operator / Cruise Line. Terms and condition on the reverse side.

RECONFIRM RETURNING AND CONTINUING RESERVATIONS 72 HOURS IN ADVANCE FOR INTERNATIONAL FLIGHTS AND SUGGEST 48 HOURS IN ADVANCE FOR DOMESTIC FLIGHTS. CAUTION: TICKETS HAVE A VALUE IF UNUSED PLEASE RETURN FOR CREDIT OR REFUND

OR: GOPINATH/PRASANNA

| IR TICKET | DL 7385872943 | GOPINATH PRASANNA | |
|-----------|---------------|-------------------|--|
| LEC TKT | | BILLED TO AXXXXXXXXXXXX1010 | 625.00* |
| | | SUB TOTAL | 640.00 |
| | | NET CC BILLING | 640.00* |
| | | TOTAL AMOUNT DUE | 0.00 |

EFUNDS ARE SUBJECT TO SVC FEE-USD25 DOMESTIC TRVL
SD50 INTL TRVL/TOUR IN ADDITION TO AIRLINE PENALTY.
ISA / INSURANCE IS THE RESPONSIBILITY OF THE CLIENT.
ERIFY DOCUMENTS AND REPORT ANY DISCREPANCY IN 48 HRS.
HECK IN-2 HRS FOR DOMESTIC AND 3 HRS FOR INTL TRAVEL
SGR RECEIPT MAY NOT ALWAYS MATCH WITH THE FARE PAID
ECONFIRMATION OF INTL FLIGHTS IS RECOMMENDED
FARE QUOTED USD 625.00 INCL TAXES
NONREFUNDABLE FARE/CHNG FEE APPLY PLUS FARE DIFF
CANCEL BY FLT TIME/DATE OR TICKET HAS NO VALUE
FARES ARE NOT GUARANTEED UNLESS TICKETED.
LAST DATE TO ISSUE NOV 14TH****TODAY****

 **infogain**

| | |
|---|---|
| Invoice Number | 019760 |
| Invoice Date | January 22, 2009 |
| PO Number | SOW # 7 |
| Project | CIR01-005 |
| Page | 1 |
| Doc Nbr | BI014 |

Accounts Payable
Circuit City
9950 Mayland Drive
Richmond, VA 23233-1465

Manager   Ray Allen

**Circuit city - rPOS**
Professional Services:

| | Week Ending | Hours | Rate | Amount |
|---|---|---|---|---|
| Anshari Danish | 1/4/2009 | 17.00 | 95.00 | 1,615.00 |
| Anshari Danish | 1/11/2009 | 45.00 | 95.00 | 4,275.00 |
| Anshari Danish | 1/18/2009 | 49.00 | 95.00 | 4,655.00 |
| Professional Services: | | 111.00 | | 10,545.00 |
| | | | Invoice Total | $10,545.00 |

Approved By:    Faten Amireh

Remit To:   InfoGain Corporation
            Dept LA 22456
            Pasadena, CA 91185-2456

Questions :
(408) 355-6067

Due Date:    March 08, 2009

SAN FRANCISCO    NEW YORK    DELHI    LONDON    LOS ANGELES
485 Alberto Way, Los Gatos, CA 95032 USA · Tel: 408-355-6000 Fax: 408-355-7000 · www.infogain.com



Accounts Payable
Circuit City
9950 Mayland Drive
Richmond, VA 23233-1465

| | |
|---|---|
| Invoice Number | 019781 |
| Invoice Date | January 22, 2009 |
| PO Number | SOW # 5 |
| Project | CIR01-004 |
| Page | 1 |
| Doc Nbr | BI014 |

Manager   Ray Allen

| Circuit city - Architecture | Week Ending | Hours | Rate | Amount |
|---|---|---|---|---|
| Professional Services: | | | | |
| Singh Prabiot | 1/4/2009 | 9.00 | 125.00 | 1,125.00 |
| Professional Services: | | 9.00 | | 1,125.00 |
| | | Invoice Total | | $1,125.00 |

Approved By:   Faten Amireh

Remit To:   InfoGain Corporation
Dept LA 22456
Pasadena, CA 91185-2456

Questions :
(408) 355-6067

Due Date:   March 08, 2009

SAN FRANCISCO   NEW YORK   DELHI   LONDON   LOS ANGELES
485 Alberto Way, Los Gatos, CA 95032 USA · Tel: 408-355-6000 Fax: 408-355-7000 · www.infogain.com

 **infogain**

| | |
|---|---|
| Invoice Number | 019784 |
| Invoice Date | January 26, 2009 |
| PO Number | SOW # 5 |
| Project | CIR01-003 |
| Page | 1 |
| Doc Nbr | BI014 |

Accounts Payable
Circuit City
9950 Mayland Drive
Richmond, VA 23233-1465

Manager   Ray Allen

**Billable Expenses:**

| Travel Other Expense   Chris Emery | Emery,C. Air Fare | 300.40 |
|---|---|---|
| Subtotal   Billable Expenses: | | 300.40 |
| | Invoice Total | $300.40 |

Approved By:    Faten Amireh

Remit To:    InfoGain Corporation
Dept LA 22456
Pasadena, CA 91185-2456

Questions :
(408) 355-6067

Due Date:    March 12, 2009

SAN FRANCISCO    NEW YORK    DELHI    LONDON    LOS ANGELES
485 Alberto Way, Los Gatos, CA 95032 USA · Tel: 408-355-6000 Fax: 408-355-7000 · www.infogain.com

**infogain**

475 Alberto Way
Los Gatos, CA  95032

ALL ORIGINAL RECEIPTS MUST BE ATTACHED - NO STAPLES

| | |
|---|---|
| Employee# 001416 | Phone #: 512-876-8498 | Week Ending Sunday: | 01/25/09 |
| Name:  Chris Emery | Project ID: | Project Name/Description: Circuit City |
| Address:  212 Covala Dr | City: Cedar Park | State: TX | Zip Code: 78613 |

Detailed Description or Reason for Travel:    Duties related to rPOS project Architecture, Attachments and Enhancements projects

Billable to the Client:  Yes ☑    No ☐    

Expense billable to the client must be entered on a separate expense report from non-billable expense.  Use one expense report per currency.  Use one expense report per week.  EXPENSES OLDER THAN 60 DAYS OR FOR BILLABLE WILL NOT BE REIMBURSED.

*Mileage Log Detail*

| Dates | 01/19/2009 | 01/20/2009 | 01/21/2009 | 01/22/2009 | 01/23/2009 | 01/24/2009 | 01/25/2009 | Rate: $0.485 |
|---|---|---|---|---|---|---|---|---|
| To/From and Business Purpose | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday | Total Miles | Amount |
| Austin Airport/Home | | | | | | | | | |
| Home/Austin Airport | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

*Entertainment and Business Meeting Detail*

| Date | Place | Names and Company | Business Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

504160  CIR01-03

*Paid Expenses*

| Dates | 01/19/09 | 01/20/09 | 01/21/09 | 01/22/09 | 01/23/09 | 01/24/09 | 01/25/09 | | Totals |
|---|---|---|---|---|---|---|---|---|---|
| | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday | | |
| Airfare - Billed to Infogain | | | | | | | | | |
| Lodging Billed to Infogain | | | | | | | | | |
| Airfare - Employee Paid | | | | | $300.40 | See Email | | | $300.40 |
| Car Rental - Employee Paid | | | | | | | | | |
| Taxi/Bus/Limo | | | | | | | | | |
| Parking/Tolls/Gas | | | | | | | | | |
| Lodging | | | | | | | | | |
| ISP | | | | | | | | | |
| Cell Phone | | | | | | | | | |
| Office Supplies | | | | | | | | | |
| Seminar/Training | | | | | | | | | |
| Books/Subscriptions | | | | | | | | | |
| Relocation (list all related here) | | | | | | | | | |
| Other (EXPLAIN BELOW) | | | | | | | | | |
| Personal Breakfast | | | | | | | | | |
| Personal Lunch | | | | | | | | | |
| Personal Dinner | | | | | | | | | |
| Total Personal Meals | | | | | | | | | |
| Total Entertainment | | | | | | | | | |
| Total Mileage | | | | | | | | | |
| Daily Totals | | | | | $300.40 | | | TOTAL EXPENSE | $300.40 |
| | | | | | | | Less Infogain Paid: | |
| | | | | | | | Less Travel Advance: | |
| | | | | | | | AMOUNT DUE: | $300.40 |

/CW

*Other Miscellaneous Expenses Detailed Explanations*

| Date | Expense | Description | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have read and understand Infogain Corporation's Travel and Entertainment Policy and that these expenses comply with the Policy and were for business purposes only:

| | |
|---|---|
| Chris Emery | 01/23/2009 |
| Signature | Date |

RECEIVED
JAN 2 6 2009

* See Email *

| | |
|---|---|
| Authorized Approval Signature | Date |

Reservations - Book Flight - View Itinerary                                    Page 1 of 3

# AmericanAirlines

CLOSE WINDOW

Note: This is not your receipt. You will be receiving your itinerary confirmation along with your receipt soon.
You may print your Itinerary & Receipt directly from AA.com once the status is updated from "Purchased" to
"Ticketed".

## Reservation Details

| Record Locator | Status | Reservation Name |
|---|---|---|
| **BAPYBT** | Purchased - | **CC012509** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Jan 12, 2009 | You can name your reservation so it's easier to locate when you return to AA.com (e.g. Quarterly Meeting). |

## Your Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Date & Time | Cabin Booking Code | Seats |
|---|---|---|---|---|---|---|---|
| AMERICAN AIRLINES | 1402 | AUS Austin | Jan 19, 2009 07:05 AM | DFW Dallas/ Fort Worth | Jan 19, 2009 08:10 AM | Economy N | 23D |
| AMERICAN AIRLINES | 690 | DFW Dallas/ Fort Worth | Jan 19, 2009 09:10 AM | RIC Richmond | Jan 19, 2009 12:50 PM | Economy N | 15D |
| AMERICAN AIRLINES | 1091 | RIC Richmond | Jan 23, 2009 01:35 PM | DFW Dallas/ Fort Worth | Jan 23, 2009 04:05 PM | Economy N | 14D |
| AMERICAN AIRLINES | 479 | DFW Dallas/ Fort Worth | Jan 23, 2009 05:30 PM | AUS Austin | Jan 23, 2009 06:30 PM | Economy N | 16A |

## Fare Summary

Average Fare per Person - 258.00 USD

| Passenger Type Used in Pricing | Fare per Person | Additional Taxes and Fees per Person | Total Price |
|---|---|---|---|
| 1. Adult | 258.00 USD | 42.40 USD | 300.40 USD |
| | | Total Price | 300.40 USD |

## Summary Details

### Credit Card Information

| Card Type: | VISA |
|---|---|
| Account #: | **** **** **** 9883 |

| Expiration Date: | ********* |
| Description: | Chase Visa |

**Delivery Information**

| E-Ticket E-MAIL: | NETMARINE@SBCGLOBAL.NET |

**Passenger Summary**

| Passenger Name(s) | Frequent Flyer Number | Program |
|---|---|---|
| (1) CHRIS EMERY | 4ML6902 | AADVANTAGE |

**Contact Information**

| Email Address: | NETMARINE@SBCGLOBAL.NET |

**Business ExtrAA Account Number:**

**Upgrade Reservation**

| Flight Number | Departing | Arriving | 500-mile Upgrades Required per Person | Request Upgrade? |
|---|---|---|---|---|
| 1402 | AUS Austin | DFW Dallas/ Fort Worth | 0 | Requested |
| 690 | DFW Dallas/ Fort Worth | RIC Richmond | 0 | Requested |
| 1091 | RIC Richmond | DFW Dallas/ Fort Worth | 0 | Requested |
| 479 | DFW Dallas/ Fort Worth | AUS Austin | 0 | Requested |

500-mile Upgrades may be purchased at the airport or at a discount when purchased online.

**Reminder:**

- If your itinerary contains international flights, it is the sole responsibility of each passenger in the itinerary to have the proper documents for entry/re-entry into a country. To obtain documentation requirements, contact the embassy or consulate of all countries involved in your itinerary, including all countries in which you may be transiting. You can also contact your international carrier(s) for further information on documentation requirements, embargoes, travel advisories and/or additional requirements that may apply to the country or countries in your itinerary. Passengers will need to present Itinerary and Receipt (I & R) to an immigration officer upon request.
- Some fares purchased on AAdvantage participating airlines are not eligible for mileage accrual. View eligible booking codes and mileage accrual rates by airlines at www.aa.com/participantairlines.
- American Airlines will restrict boarding pass issuance when any uncollected Change Fees involving an itinerary change exist. To avoid any inconvenience to you, we encourage you to satisfy Change Fee collection with Reservations or your travel agent at the time the itinerary change is made.
- To expedite check-in, gate locations at airports will accept credit cards only. Passengers with Electronic tickets on international flights will need to present the Itinerary and Receipt (I & R) to an immigration officer upon request. If your I & R are not received by mail or post prior to departure, you will need to request one in person at the ticket counter.
- Many common items used every day in the home or workplace may be considered dangerous when transported in baggage by air. You must declare your dangerous goods to the airline. Failure to do so

| | |
|---|---|
| Invoice Number | 019704 |
| Invoice Date | January 08, 2009 |
| PO Number | SOW # 7 |
| Project | CIR01-005 |
| Page | 1 |
| Doc Nbr | BI014 |

Accounts Payable
Circuit City
9950 Mayland Drive
Richmond, VA 23233-1465

Manager   Ray Allen

Credit note issued against invoice #019476 against the excess rate charged for Gopinath Prasanna

| Circuit city - rPOS Professional Services: | Week Ending | Hours | Rate | Amount |
|---|---|---|---|---|
| | 12/31/2008 | | 0.00 | -1,760.00 |
| Professional Services: | | | | -1,760.00 |
| | | | Credit Memo | $-1,760.00 |

Approved By:     Faten Amireh

Remit To:   InfoGain Corporation
Dept LA 22456
Pasadena, CA 91185-2456

Questions :
(408) 355-6067

Due Date:   February 22, 2009