**Julie Rome-Banks**

| | |
|---|---|
| **From:** | Ray Allen [ray.allen@infogain.com] |
| **Sent:** | Monday, January 26, 2009 12:02 PM |
| **To:** | Julie Rome-Banks |
| **Cc:** | 'Dean Wohlwend'; Kapil@infogain.com |
| **Subject:** | FW: Today's announcement about Circuit City |

**From:** Pat_O'Reilly@Circuitcity.com [mailto:Pat_O'Reilly@Circuitcity.com]
**Sent:** Friday, January 16, 2009 12:34 PM
**To:** ray.allen@infogain.com
**Subject:** Today's announcement about Circuit City


Ray,
As you have heard by now, Circuit City will conduct a going out of business sale. Effective immediately we will not need to continue our development efforts with your team. While this is sad news for our company, I want to take the time to thank you for all your efforts. Because of the work you had done here, if we were a going concern I would have looked forward to you playing a big part in our future. Hopefully our paths will cross again in the future. I definitely like working with partners like yourself.

Pat O'Reilly
Director, IT
==============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.



1/26/2009