**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| CIRCUIT CITY STORES, INC., *et al.*, ) | Bankruptcy Case |
| ) | No. 08-35653-KRH |
| Debtors. ) | Chapter 11 |
| ) | |

**NOTICE OF APPLICATION OF INFOGAIN CORPORATION FOR ALLOWANCE**
**AND PAYMENT OF ADMINISTRATIVE EXPENSE PRIORITY CLAIM**
<u>**AND NOTICE OF HEARING THEREON**</u>

PLEASE TAKE NOTICE that Infogain Corporation, by its undersigned counsel, has filed an Application for Allowance and Payment of Administrative Expense Priority Claim ("Application").

A hearing on the Application will be held at:

| **Place of Hearing:** | **Date and Time of Hearing:** |
|---|---|
| United States Bankruptcy Court | May 28, 2009 |
| 701 East Broad Street, Courtroom 5000 | at 10:00 a.m. |
| Richmond, Virginia 23219 | |

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case (If you do not have an attorney, you may wish to consult one). If you do not wish the court to grant the relief sought in the Application, or if you want the court to consider your views on the Application, you or your attorney must:

---

Valerie P. Morrison, Va. Bar No. 24565
Dylan G. Trache, Va. Bar No. 45939
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
(703) 905-2800

Julie H. Rome-Banks, Esquire
BINDER & MALTER LLP
2775 Park Avenue
Santa Clara, CA 95050
(408) 295-1700

*Counsel to Infogain Corporation*

- On or before May 21, 2009 by 5:00 p.m., file with the Court, at the address shown below, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the Application as conceded, and issue an order granting the requested relief without further notice or hearing.**  If you mail your response to the Court for filing, you must mail it early enough so the Court **will receive** it at or before the date specified above.

  - Clerk of the Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, Virginia  23219

- You must **also** serve a copy of your response to the persons listed below.

    Valerie P. Morrison, Esquire
    Dylan G. Trache, Esquire
    WILEY REIN LLP
    7925 Jones Branch Drive, Suite 6200
    McLean, Virginia 22102

    Julie H. Rome-Banks, Esquire
    BINDER & MALTER LLP
    2775 Park Avenue
    Santa Clara, CA 95050

    United States Trustee, Region 4
    701 East Broad Street, Suite 4304
    Richmond, Virginia 23219

    And to all other parties as identified in the Case Management Order entered on November 13, 2008.

- You (or your attorney if you have one) must also attend the hearing at the place and on the date shown above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.

Dated: May 7, 2009

          Respectfully submitted

          INFOGAIN CORPORATION

          By Counsel

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia  22102
Telephone: (703) 905-2800
Facsimile: (703) 905-2820


By:     /s/ Valerie P. Morrison
       Valerie P. Morrison, Va. Bar No. 24565
       Dylan G. Trache, Va. Bar No. 45939

Julie H. Rome-Banks, Esquire
BINDER & MALTER LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone:  (408) 295-1700
Facsimile:  (408) 295-1531

*Counsel to Infogain Corporation*

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 7th day of May 2009, a copy of the foregoing Application was sent by electronic mail or by first class mail, postage prepaid, to the Core Group service list and the 2002 List in compliance with the Order establishing Notice, Case Management and Administrative Procedures.


    /s/ Valerie P. Morrison
    Valerie P. Morrison


12988469.1