# CIRCUIT CITY STORES, INC.

## UNIT #0085, HOWLAND COMMONS

### STUB RENT : 11/10/08 - 11/30/08

| | |
|---|---:|
| GROSS RECEIPTS / PRIVILEGE TAX | $64.22 |
| MINIMUM RENT | $26,427.91 |
| COMMON AREA MAINTENANCE | $3,479.59 |
| REAL ESTATE TAXES | $2,430.94 |
| INSURANCE | $618.32 |
| UTILITIES | $56.00 |
| SERVICE CHARGES | $204.90 |
| | $33,281.88 |



EXHIBIT B

# CIRCUIT CITY STORES, INC.

## UNIT #0085, HOWLAND COMMONS

### STUB RENT : 11/10/08 - 11/30/08

**GROSS RECEIPTS / PRIVILEGE TAX**

| 11/01/08 : | $90.87 | > | $90.87 | / | 30 | x | 21 | | | | = | $63.61 | |
| 11/30/08 : | $0.61 | > | | | | | | | | | = | $0.61 | $64.22 |

**MINIMUM RENT**

11/01/08 :   $37,754.16   >   $37,754.16   /   30   x   21                           =   $26,427.91   $26,427.91

**COMMON AREA MAINTENANCE**

11/01/08 :   $4,970.84   >   $4,970.84   /   30   x   21                           =   $3,479.59   $3,479.59

**REAL ESTATE TAXES**

2008   :   $42,367.78   >   $42,367.78   /   366   x   21                           =   $2,430.94   $2,430.94

**INSURANCE**

11/01/08 :   $883.31   >   $883.31   /   30   x   21                           =   $618.32   $618.32

**UTILITIES**

11/01/08 :   $80.00   >   $80.00   /   30   x   21                           =   $56.00   $56.00

**SERVICE CHARGES**

11/30/08 :   $293.79   >                           $293.79   -   $88.89   PRE   =   $204.90   $204.90

$33,281.88