## CIRCUIT CITY STORES, INC.

### UNIT #0085, HOWLAND COMMONS

### ADMINISTRATIVE : 12/01/08 TO 03/09/09

| | |
|---|---:|
| GROSS RECEIPTS / PRIVILEGE TAX | $301.42 |
| MINIMUM RENT | ($1,217.87) |
| COMMON AREA MAINTENANCE | ($165.16) |
| REAL ESTATE TAXES | $11,876.36 |
| INSURANCE | $3.29 |
| UTILITIES | ($2.58) |
| SERVICE CHARGES | $550.47 |
| | $11,345.93 |



# CIRCUIT CITY STORES, INC.
## UNIT #0085, HOWLAND COMMONS
## ADMINISTRATIVE : 12/01/08 TO 03/09/09

**GROSS RECEIPTS / PRIVILEGE TAX**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/01/08 : | $90.87 | > | | | | | | | | | = | $90.87 | |
| 12/31/08 : | $0.55 | > | | | | | | | | | = | $0.55 | |
| 01/01/09 : | $91.18 | > | | | | | | | | | = | $91.18 | |
| 01/31/09 : | $0.55 | > | | | | | | | | | = | $0.55 | |
| 02/01/09 : | $91.18 | > | | | | | | | | | = | $91.18 | |
| 02/05/09 : | $0.35 | > | $0.35 | / | 365 | x | 68 | | | | = | $0.07 | |
| 02/28/09 : | $0.55 | > | | | | | | | | | = | $0.55 | |
| 03/01/09 : | $91.18 | > | $91.18 | / | 31 | x | 9 | | | | = | $26.47 | $301.42 |

**MINIMUM RENT**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/09 : | $37,754.16 | > | $37,754.16 | / | 31 | x | 9 | = | $10,960.89 | - | $12,178.76 | PAID | = | ($1,217.87) | ($1,217.87) |

**COMMON AREA MAINTENANCE**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/09 : | $5,119.96 | > | $5,119.96 | / | 31 | x | 9 | = | $1,486.44 | - | $1,651.60 | PAID | = | ($165.16) | ($165.16) |

**REAL ESTATE TAXES**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2008 : | $42,367.78 | > | $42,367.78 | / | 366 | x | 31 | = | $3,588.53 | |
| 2009 : | $44,486.17 | > | $44,486.17 | / | 365 | x | 68 | = | $8,287.83 | $11,876.36 |

**INSURANCE**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/05/09 : | $170.65 | > | $170.65 | / | 365 | x | 68 | | | | | | = | $31.79 | |
| 03/01/09 : | $883.31 | > | $883.31 | / | 31 | x | 9 | = | $256.44 | - | $284.94 | PAID | = | ($28.50) | $3.29 |

**UTILITIES**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/09 : | $80.00 | > | $80.00 | / | 31 | x | 9 | = | $23.23 | - | $25.81 | PAID | = | ($2.58) | ($2.58) |

**SERVICE CHARGES**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/08 : | $263.09 | > | $263.09 | - | $79.60 | PRE | = | $183.49 | |
| 01/31/09 : | $263.09 | > | $263.09 | - | $79.60 | PRE | = | $183.49 | |
| 02/28/09 : | $263.09 | > | $263.09 | - | $79.60 | PRE | = | $183.49 | $550.47 |

$11,345.93