# CIRCUIT CITY STORES, INC.

## UNIT #0032, HUNTINGTON MALL

### STUB RENT : 11/10/08 - 11/30/08

| | |
|---|---:|
| B & O TAX | $265.30 |
| MINIMUM RENT | $23,405.33 |
| COMMON AREA MAINTENANCE | $676.52 |
| REAL ESTATE TAXES | $1,457.08 |
| INSURANCE | $428.46 |
| SERVICE CHARGES | $367.65 |
| | $26,600.34 |



# CIRCUIT CITY STORES, INC.
## UNIT #0032, HUNTINGTON MALL
### STUB RENT : 11/10/08 - 11/30/08

**B & O TAX**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/01/08 : | $350.15 | > | $350.15 | / | 30 | x | 21 | = | $245.11 |
| 11/02/08 : | $260.41 | > | $260.41 | / | 366 | x | 21 | = | $14.94 |
| 11/30/08 : | $5.25 | > | | | | | | = | $5.25 | $265.30 |

**MINIMUM RENT**

11/01/08 :   $33,436.18  >  $33,436.18  /  30  x  21                =   $23,405.33     $23,405.33

**COMMON AREA MAINTENANCE**

11/01/08 :   $966.45  >  $966.45  /  30  x  21                =   $676.52     $676.52

**REAL ESTATE TAXES**

2008 :   $25,394.84  >  $25,394.84  /  366  x  21                =   $1,457.08     $1,457.08

**INSURANCE**

11/01/08 :   $612.09  >  $612.09  /  30  x  21                =   $428.46     $428.46

**SERVICE CHARGES**

11/30/08 :   $525.22  >           $525.22  -  $157.57   PRE  =   $367.65     $367.65

$26,600.34