# CIRCUIT CITY STORES, INC.

## UNIT #0032, HUNTINGTON MALL

## ADMINISTRATIVE : 12/01/08 TO 03/09/09

| | |
|---|---:|
| B & O TAX | $29.12 |
| MINIMUM RENT | ($1,078.58) |
| COMMON AREA MAINTENANCE | ($29.07) |
| REAL ESTATE TAXES | $7,118.58 |
| INSURANCE | ($18.42) |
| SERVICE CHARGES | $1,269.45 |
| | $7,291.08 |



# CIRCUIT CITY STORES, INC.

## UNIT #0032, HUNTINGTON MALL

### ADMINISTRATIVE : 12/01/08 TO 03/09/09

**B & O TAX**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/02/08 | : | $260.41 | > | $260.41 | / | 366 | x | 31 | | | | | = | $22.06 | |
| 12/31/08 | : | $9.16 | > | | | | | | | | | | = | $9.16 | |
| 01/31/09 | : | $9.16 | > | | | | | | | | | | = | $9.16 | |
| 02/02/09 | : | $0.02 | > | | | | | | | | | | = | $0.02 | |
| 02/02/09 | : | $0.01 | > | | | | | | | | | | = | $0.01 | |
| 03/01/09 | : | $350.16 | > | $350.16 | / | 31 | x | 9 | = | $101.66 | - | $112.95 | PAID | = | ($11.29) | $29.12 |

**MINIMUM RENT**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/09 | : | $33,436.18 | > | $33,436.18 | / | 31 | x | 9 | = | $9,707.28 | - | $10,785.86 | PAID | = | ($1,078.58) | ($1,078.58) |

**COMMON AREA MAINTENANCE**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/02/09 | : | $1.84 | > | | | | | | | | | | = | $1.84 | |
| 03/01/09 | : | $967.37 | > | $967.37 | / | 31 | x | 9 | = | $280.85 | - | $311.76 | PAID | = | ($30.91) | ($29.07) |

**REAL ESTATE TAXES**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2008 | : | $25,394.84 | > | $25,394.84 | / | 366 | x | 31 | = | $2,150.93 | |
| 2009 | : | $26,664.58 | > | $26,664.58 | / | 365 | x | 68 | = | $4,967.65 | $7,118.58 |

**INSURANCE**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/02/09 | : | $1.16 | > | | | | | | | | | | = | $1.16 | |
| 03/01/09 | : | $612.67 | > | $612.67 | / | 31 | x | 9 | = | $177.87 | - | $197.45 | PAID | = | ($19.58) | ($18.42) |

**SERVICE CHARGES**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/08 | : | $915.83 | > | $915.83 | - | $492.68 | PRE | = | $423.15 | |
| 01/31/09 | : | $915.83 | > | $915.83 | - | $492.68 | PRE | = | $423.15 | |
| 02/28/09 | : | $915.83 | > | $915.83 | - | $492.68 | PRE | = | $423.15 | $1,269.45 |

$7,291.08