UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | Chapter 11 |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that Huntington Mall Company ("Movant"), by counsel, has filed a Motion of Huntington Mall Company for Allowance and Payment of Administrative Expenses (the "Motion"). A copy of the Motion has been previously provided to you and/or is available from the undersigned.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then by May 26, 2009, you or your attorney must:

1. File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your written response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before **May 26, 2009**.

    William C. Redden, Clerk
    United States Bankruptcy Court
    701 East Broad Street, Suite 4000
    Richmond, VA 23219-1888

You must also deliver a copy to all parties on the Certificate of Service below and to:

    Michael P. Falzone (VSB #22324)
    Sheila deLa Cruz (VSB #65395)
    Hirschler Fleischer, P.C.
    P.O. Box 500
    Richmond, Virginia 23218-0500

---

Michael P. Falzone (VSB No. 22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, PC
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9500
(804) 644-0957 (fax)

*Counsel for Huntington Mall Company*

2. Attend the hearing scheduled for **May 28, 2009 at 10:00 a.m.** before The Honorable Kevin R. Huennekens, in Courtroom 5000, United States Bankruptcy Court, 701 E. Broad Street, Richmond, Virginia 23219.

## NOTICE

In accordance with Local Bankruptcy Rule 9013-1, unless a written response to the Motion is filed with the Clerk of Court and served on the Movant within two business days before the scheduled hearing date, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.

Dated: May 8, 2009                                              HUNTINGTON MALL COMPANY

 

By: ___/s/ Sheila deLa Cruz___
         Counsel

Michael P. Falzone (VSB #22324)
Sheila deLa Cruz (VSB #65395)
Hirschler Fleischer, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9500
(804) 644-0957 (fax)

*Counsel for Huntington Mall Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of May, 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

___/s/ Sheila deLa Cruz___
Sheila deLa Cruz

#2546201v1