# CIRCUIT CITY STORES, INC.

## UNIT #0760, SOUTH HILL MALL

### STUB RENT : 11/10/08 - 11/30/08

| | |
|---|---:|
| MINIMUM RENT | $23,662.63 |
| COMMON AREA MAINTENANCE | $3,260.77 |
| INSURANCE | $543.14 |
| SERVICE CHARGES | $186.05 |
| | $27,652.59 |


EXHIBIT B

# CIRCUIT CITY STORES, INC.
## UNIT #0760, SOUTH HILL MALL
## STUB RENT : 11/10/08 - 11/30/08

**MINIMUM RENT**

11/01/08 :  $33,803.75  >  $33,803.75  /  30  x  21                                  =  $23,662.63      $23,662.63

**COMMON AREA MAINTENANCE**

11/01/08 :  $4,658.24  >  $4,658.24  /  30  x  21                                    =  $3,260.77       $3,260.77

**INSURANCE**

11/01/08 :  $775.92  >  $775.92  /  30  x  21                                        =  $543.14         $543.14

**SERVICE CHARGES**

11/30/08 :  $265.78  >                         $265.78  -  $79.73  **PRE**  =  $186.05         $186.05

                                                                                                    $27,652.59