# CIRCUIT CITY STORES, INC.

## UNIT #0760, SOUTH HILL MALL

### ADMINISTRATIVE : 12/01/08 TO 03/03/09

| | |
|---|---:|
| MINIMUM RENT | ($1,090.44) |
| COMMON AREA MAINTENANCE | ($154.78) |
| REAL ESTATE TAXES | $6,523.47 |
| INSURANCE | $0.99 |
| SERVICE CHARGES | $499.83 |
| | $5,779.07 |



# CIRCUIT CITY STORES, INC.
## UNIT #0760, SOUTH HILL MALL
## ADMINISTRATIVE : 12/01/08 TO 03/03/09

**MINIMUM RENT**

| 03/01/09 : | $33,803.75 | > | $33,803.75 | / | 31 | x | 3 | = | $3,271.33 | - | $4,361.77 | PAID | = | ($1,090.44) | ($1,090.44) |

**COMMON AREA MAINTENANCE**

| 03/01/09 : | $4,797.98 | > | $4,797.98 | / | 31 | x | 3 | = | $464.32 | - | $619.10 | PAID | = | ($154.78) | ($154.78) |

**REAL ESTATE TAXES**

| 2009 : | $37,870.06 | > | $37,870.06 | / | 365 | x | 62 | | | | | | = | $6,432.72 | |
| 2009 : | $534.28 | > | $534.28 | / | 365 | x | 62 | | | | | | = | $90.75 | $6,523.47 |

**INSURANCE**

| 02/04/09 : | $24.82 | > | | | | | | | | | | | = | $24.82 | |
| 03/01/09 : | $788.33 | > | $788.33 | / | 31 | x | 3 | = | $76.29 | - | $100.12 | PAID | = | ($23.83) | $0.99 |

**SERVICE CHARGES**

| 12/31/08 : | $238.01 | > | | | | | | | $238.01 | - | $71.40 | PRE | = | $166.61 | |
| 01/31/09 : | $238.01 | > | | | | | | | $238.01 | - | $71.40 | PRE | = | $166.61 | |
| 02/28/09 : | $238.01 | > | | | | | | | $238.01 | - | $71.40 | PRE | = | $166.61 | $499.83 |

$5,779.07