# CIRCUIT CITY STORES, INC.

## UNIT #0982, KENTUCKY OAKS MALL

### STUB RENT : 11/10/08 - 11/30/08

| | |
|---|---:|
| B & O TAX | $1.18 |
| MINIMUM RENT | $0.00 |
| COMMON AREA MAINTENANCE | $0.00 |
| REAL ESTATE TAXES | $1,034.46 |
| INSURANCE | $0.00 |
| SERVICE CHARGES | $275.27 |
| | $1,310.91 |



# CIRCUIT CITY STORES, INC.
## UNIT #0982, KENTUCKY OAKS MALL
### STUB RENT : 11/10/08 - 11/30/08

**B & O TAX**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/01/08 : | $78.65 | > | $78.65 | / | 30 | x | 21 | = | $55.06 | - | $55.06 PAID | = | $0.00 |
| 11/30/08 : | $1.18 | > | | | | | | | | | | = | $1.18 | $1.18 |

**MINIMUM RENT**

11/01/08 :  $23,400.16  >  $23,400.16  /  30  x  21  =  $16,380.11  -  $16,380.11  PAID  =  $0.00        $0.00

**COMMON AREA MAINTENANCE**

11/01/08 :  $2,385.46  >  $2,385.46  /  30  x  21  =  $1,669.82  -  $1,669.82  PAID  =  $0.00        $0.00

**REAL ESTATE TAXES**

2008  :  $18,029.17  >  $18,029.17  /  366  x  21                                           =  $1,034.46    $1,034.46

**INSURANCE**

11/01/08 :  $430.46  >  $430.46  /  30  x  21  =  $301.32  -  $301.32  PAID  =  $0.00        $0.00

**SERVICE CHARGES**

11/30/08 :  $393.24  >                              $393.24  -  $117.97  PRE  =  $275.27    $275.27

                                                                                $1,310.91