# CIRCUIT CITY STORES, INC.

## UNIT #0982, KENTUCKY OAKS MALL

## ADMINISTRATIVE : 12/01/08 TO 12/30/08

| | |
|---|---|
| B & O TAX | $4.43 |
| REAL ESTATE TAXES | $1,477.80 |
| | $1,482.23 |



# CIRCUIT CITY STORES, INC.

## UNIT #0982, KENTUCKY OAKS MALL

## ADMINISTRATIVE : 12/01/08 TO 12/30/08

**B & O TAX**

| 12/12/08 : | $54.09 > | $54.09 / | 366 x | 30 | | = | $4.43 | $4.43 |

**REAL ESTATE TAXES**

| 2008 : | $18,029.17 > | $18,029.17 / | 366 x | 30 | | = | $1,477.80 | $1,477.80 |

$1,482.23