```
Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

          - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        : Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    : Case No. 08-35653
et al.,                       :
                              :
            Debtors.          : Jointly Administered
- - - - - - - - - - - - - - - x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
MAY 13, 2009 AT 2:00 P.M. (EASTERN)**

Set forth below are the matters scheduled to be heard before the Honorable Kevin Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, VA 23219-1888, on May 13, 2009 beginning at 2:00 p.m. Eastern.

**I.    RESOLVED/WITHDRAWN MATTERS**

1. Motion of Google Inc. for Entry of an Order:  (A) Allowing and Compelling Payment of Administrative Expense Claim to Google, Inc.; and (B) Compelling Assumption or Rejection of Services, or in the Alternative, Lifting the Automatic Stay to Permit Termination of Services (Docket Nos. 2796 and 2852)

    Related Documents:

    a. Declaration of Michael Trinh in Support of Motion of Google, Inc. for Payment of Administrative Claim (Docket Nos. 2797 and 2853)

    b. Notice of Motion and Hearing (Docket Nos. 2798 and 2854)

    Objection Deadline:    April 7, 2009 at 5:00 p.m., extended for the Debtors until May 11, 2009 at 4:00 p.m.

    Objections/Responses Filed:    Informal Response of the Debtors

    Status:    This matter has been withdrawn.

2. Motion of TomTom, Inc. for an Order Under Sections 105, 362, and 363 Modifying the Automatic Stay to Permit the Exercise of Setoff and/or Recoupment Rights Against the Debtors, and Notice of Motion (Docket No. 1052)

    Related Documents:

    a. Amended Notice of Motion and Hearing (Docket No. 1244)

    b. Stipulation Partially Resolving Motion of TomTom, Inc. for an Order under Sections 105, 362, and 363 Modifying the Automatic Stay to Permit the Exercise of Setoff and/or Recoupment Rights Against the Debtors and Establishing a Briefing and Trial Schedule for Remaining Issues (Docket No. 3079)

    c.    Debtors' Motion for Order Approving Stipulation By and Among the Debtors and TomTom, Inc. Pursuant to Bankruptcy Code Section 105 and Bankruptcy Rule 9019 (Docket No. 3290)

    d.    Notice of Motion and Notice of Hearing on Debtors' Motion for Order Approving Stipulation By and Among the Debtors and TomTom, Inc. Pursuant to Bankruptcy Code Section 105 and Bankruptcy Rule 9019 (Docket No. 3291)

Objection Deadline:    January 12, 2009 at 4:00 p.m.

Objections/ Responses Filed:

    a.    Debtors' Objection To Tomtom, Inc.'s Motion For An Order Under Sections 105, 362 And 363 Modifying The Automatic Stay To Permit The Exercise Of Setoff And/Or Recoupment Rights Against The Debtors (Docket No. 1475)

    b.    Reply to the Debtor's Objection to the Motion for an Order under Sections 105, 362, and 363 Modifying the Automatic Stay to Permit the Exercise of Setoff and/or Recoupment Rights against the Debtors (Docket No. 1529)

Status:    This matter has been resolved. The Debtors filed a separate motion to approve the settlement.

## II. CONTINUED/ADJOURNED MATTERS

3.    Motion for Order under 11 U.S.C. Sections 105, 362 and 541 and Fed. R. Bankr. P. 3001 and 3002 Establishing Notice, Hearing, and Sell-Down Procedures for Trading in Equity Securities and Claims Against the Debtors' Estates (Docket No. 20)

Related Documents:

    a.    Interim Order under 11 U.S.C. 105, 362 and 541 and Fed. R. Bankr. P. 3001 and 3002 Establishing Notice, Hearing, and Sell-Down Procedures for

Case 08-35653-KRH    Doc 3308    Filed 05/11/09    Entered 05/11/09 17:50:06    Desc Main
Document      Page 4 of 17

        Trading in Equity Securities and Claims Against the Debtors Estates and Setting Hearing (Docket No. 135)

        Objection Deadline:    November 22, 2008 at 4:00 p.m.

        Objections/ Responses Filed:

        a.   Informal Response of the Securities Exchange Commission

        b.   Informal Response of the Official Committee of Unsecured Creditors

        Status:    The informal response of the SEC has been resolved. This matter has been adjourned to May 28, 2009 at 10:00 a.m.

4.   Debtors' Motion for Order Approving Stipulation by and among the Debtors and International Business Machines Corporation Pursuant to Bankruptcy Code Sections 105 and 363 and Bankruptcy Rule 9019 (Docket No. 1419)

        Related Documents:

        a.   Notice of Motion and Hearing (Docket No. 1420)

        b.   Motion for an Order Setting an Expedited Hearing (Docket No. 1421)

        c.   Order Setting an Expedited Hearing (Docket No. 1709)

        Objection Deadline:    January 16, 2009 at 10:00 a.m.

        Objections/ Responses Filed:    Informal Response of the Official Committee of Unsecured Creditors

        Status:    This matter has been adjourned to May 28, 2009 at 10:00 a.m.

5. Motion of Federal Warranty Services Corporation, Sureway, Inc., American Bankers Insurance Company of Florida, and United Service Protection, Inc. To Compel Assumption Or Rejection Of Agreements Between The Assurant Companies And Circuit City Stores, Inc., Or In The Alternative Motion For Relief From Stay To Terminate Agreements, And Memorandum In Support (Docket Nos. 1794 and 1813)

    Related Documents:

    a. Notice of Motion and Hearing (Docket Nos. 1796 and 1816)

    Objection Deadline: February 11, 2009 at 4:00 p.m., extended for the Debtors until May 6, 2009 at 4:00 p.m.

    Objections/ Responses Filed: Informal response of the Debtors

    Status: This matter has been adjourned to May 28, 2009 at 10:00 a.m.

6. Motion of DirecTV, Inc. for Relief from the Automatic Stay to Effect Setoff and Memorandum of Points and Authorities in Support Thereof (Docket No. 2082)

    Objection Deadline: February 26, 2009 at 4:00 p.m.

    Objections/ Responses Filed:

    a. Debtors' Objection to Motion of DirecTV, Inc. for Relief from the Automatic Stay to Effect Setoff and Memorandum of Points and Authorities in Support Thereof (Docket No. 2331)

    Status: This matter has been adjourned to May 28, 2009 at 10:00 a.m.

7. Motion of Sony Pictures Home Entertainment Inc. for

5

      Entry of Order Allowing Administrative Expenses Pursuant to 11 U.S.C. Sections 503(b)(1)(A), 503(b)(9) and 507(a)(2) (Docket No. 2294)

      Related Documents:

      a.   Notice of Motion and Hearing (Docket No. 2295)

      Objection Deadline:   April 20, 2009 at 4:00 p.m., extended for the Debtors until May 21, 2009 at 4:00 p.m.

      Objections/Responses Filed:   None at the time of filing this agenda

      Status:   This matter has been adjourned to June 9, 2009 at 10:00 a.m.

8.   Motion of Sennheiser Electronic Corp. for Entry of an Order (i) Recognizing Sennheiser's Claim as Timely Filed, or Permitting the Filing of a Proof of Claim After the Bar Date and (ii) Allowing an Administrative Expense Pursuant to Section 503(b)(9) of The Bankruptcy Code (Docket No. 2722)

      Related Documents:

      a.   Corrected Motion of Sennheiser Electronic Corp. (Docket No. 2723)

      b.   Notice of Motion and Hearing (Docket No. 2724)

      Objection Deadline:   April 7, 2009 at 4:00 p.m., extended for the Debtors until May 21, 2009 at 4:00 p.m.

      Objections/Responses Filed:   None at the time of filing this agenda

      Status:   This matter has been adjourned to May 28, 2009 at 10:00 a.m.

9. Motion of Southpeak Interactive, LLC for Payment of Administrative Expense Claim and Notice of Hearing (Docket No. 2758)

   Objection
   Deadline:     April 7, 2009 at 4:00 p.m., extended for the Debtors until May 26, 2009 at 4:00 p.m.

   Objections/
   Responses
   Filed:        None at the time of filing this agenda

   Status:       This matter has been adjourned to May 28, 2009 at 10:00 a.m.

10. Motion of CC Kingsport 98, LLC for Order Compelling Immediate Payment of Accrued Rent Pursuant to 11 U.S.C. Section 365(d)(3) or Allowing Administrative Claims Pursuant to 11 U.S.C. Section 503(b) (Docket No. 2886)

    Related
    Documents:

    a.   Notice of Motion and Hearing (Docket No. 2887)

    Objection
    Deadline:    May 6, 2009 at 4:00 p.m., extended for the Debtors until May 21, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:       None at the time of filing this agenda

    Status:      This matter has been adjourned to May 28, 2009 at 10:00 a.m.

11. Motion of Cardinal Capital Partners, Inc. and 680 S. Lemon Ave. Co. for Order Compelling Immediate Payment of Accrued Rent Pursuant to 11 U.S.C. Section 365(d)(3) or Allowing Administrative Claims Pursuant to 11 U.S.C. Section 503(b) (Docket No. 2888)

    Related
    Documents:

    a.   Notice of Motion and Hearing (Docket No. 2889)

>     Objection
>     Deadline:        May 6, 2009 at 4:00 p.m., extended for
>                      the Debtors until May 21, 2009 at 4:00
>                      p.m.
>
>     Objections/
>     Responses
>     Filed:           None at the time of filing this agenda
>
>     Status:          This matter has been adjourned to May 28,
>                      2009 at 10:00 a.m.

12. Motion of Circuit Investors #2 Ltd. for Order Compelling
    Immediate Payment of Accrued Rent Pursuant to 11 U.S.C.
    Section 365(d)(3) or Allowing Administrative Claims
    Pursuant to 11 U.S.C. Section 503(b) (Docket No. 2890)

    Related
    Documents:

    a.   Notice of Motion and Hearing (Docket No. 2891)

    Objection
    Deadline:        May 6, 2009 at 4:00 p.m., extended for
                     the Debtors until May 21, 2009 at 4:00
                     p.m.

    Objections/
    Responses
    Filed:           None at the time of filing this agenda

    Status:          This matter has been adjourned to May 28,
                     2009 at 10:00 a.m.

13. Motion of Brandywine Grande C, LP for Order Compelling
    Immediate Payment of Accrued Rent Pursuant to 11 U.S.C.
    Section 365(d)(3) or Allowing Administrative Claims
    Pursuant to 11 U.S.C. Section 503(b) (Docket No. 2892)

    Related
    Documents:

    a.   Notice of Motion and Hearing (Docket No. 2893)

    Objection

```
          Deadline:         May 6, 2009 at 4:00 p.m., extended for
                            the Debtors until May 21, 2009 at 4:00
                            p.m.

          Objections/
          Responses
          Filed:            None at the time of filing this agenda

          Status:           This matter has been adjourned to May 28,
                            2009 at 10:00 a.m.

    14.   Motion to Allow Proof of Claim to be Deemed Timely
          Filed, by Vertis, Inc. (Docket No. 2989)

          Related
          Documents:

          a.    Notice of Motion and Hearing (Docket No. 2990)

          Objection
          Deadline:         April 24, 2009 at 4:00 p.m., extended for
                            the Debtors until May 21, 2009 at 4:00
                            p.m.

          Objections/
          Responses
          Filed:            None at the time of filing this agenda

          Status:           This matter has been adjourned to May 28,
                            2009 at 10:00 a.m.

    15.   Motion of the Osceola County Tax Collector in the State
          of Florida for Payment of Administrative Expense Claim
          and Notice of Hearing (Docket No. 3004)

          Objection
          Deadline:         May 11, 2009 at 10:00 a.m., extended for
                            the Debtors until May 26, 2009 at 4:00
                            p.m.

          Objections/
          Responses
          Filed:            None at the time of filing this agenda

          Status:           This matter has been adjourned to May 28,
                            2009 at 10:00 a.m.

    16.   Amended Motion, Reply and Supporting Memorandum of
```

       Polaris Circuit City, LLC for Allowance of Administrative Expense Claim and Granting Related Relief (Docket No. 3063)

       Related Documents:

       a.    Motion and Supporting Memorandum of Polaris Circuit City, LLC for an Order (A) Compelling Debtor to Immediately Pay Administrative Rent Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(b), and (B) Granting Related Relief (Docket No. 2071)

       b.    Notice of Motion and Hearing (Docket No. 3064)

       Objection Deadline:    April 24, 2009 at 4:00 p.m., extended for the Debtors until June 16, 2009 at 4:00 p.m.

       Objections/Responses Filed:

       a.    Debtors' Objection to Motion and Supporting Memorandum of Polaris Circuit City, LLC for an Order (A) Compelling Debtor to Immediately Pay Administrative Rent Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(b), and (B) Granting Related Relief (Docket No. 2332)

       Status:    This matter has been adjourned to June 23, 2009 at 2:00 p.m.

17.    Motion and Supporting Memorandum of Advance Real Estate Management, LLC, for Allowance of Administrative Expense Claim and Granting Related Relief (Docket No. 3137)

       Related Documents:

       a.    Notice of Motion and Hearing (Docket No. 3138)

       Objection Deadline:    May 6, 2009 at 4:00 p.m., extended for the Debtors until June 16, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:          None at the time of filing this agenda

       Status:         This matter has been adjourned to June 23, 2009 at 2:00 p.m.

18.   St. Cloud Associates' Motion and Memorandum For Allowance of and Immediate Payment of Administrative Expense Priority Claims (Docket No. 3143)

       Objection
       Deadline:      May 8, 2009 at 4:00 p.m., extended for the Debtors until June 18, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:          None at the time of filing this agenda

       Status:         This matter has been adjourned to June 23, 2009 at 2:00 p.m.

**III. UNCONTESTED MATTERS**

19.   Debtors' Motion for Order Shortening Notice Period and Limiting Notice of Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105, 363 and 503 and Bankruptcy Rules 2002 and 6004 (A) Authorizing Seller to Enter Into Agreement in Connection with Sale of Certain Real Property Located in Ardmore, Oklahoma, Subject to Higher or Otherwise Better Bids, (B) Approving Termination Fee in Connection Therewith, (C) Approving Sale of Real Property Free and Clear of All Interests, and (D) Granting Related Relief (Docket No. 3149)

       Related
       Documents:

       a.   Notice of Motion and Hearing (Docket No. 3151)

       Objection
       Deadline:      May 11, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:          None at the time of filing this agenda

    Status:   This matter is going forward.

20. Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105, 363 and 503 and Bankruptcy Rules 2002 and 6004 (A) Authorizing Seller to Enter Into Agreement in Connection with Sale of Certain Real Property Located in Ardmore, Oklahoma, Subject to Higher or Otherwise Better Bids, (B) Approving Termination Fee in Connection Therewith, (C) Approving Sale of Real Property Free and Clear of All Interests, and (D) Granting Related Relief (Docket No. 3148)

   Related Documents:

   a. Notice of Motion and Hearing (Docket No. 3150)

   b. Motion to Shorten Notice (Docket No. 3149)

   Objection Deadline:   May 11, 2009 at 4:00 p.m.

   Objections/ Responses Filed:   None at the time of filing this agenda

   Status:   This matter is going forward.

21. Motion of the Debtors for Order Pursuant to Bankruptcy Code Sections 105 and 503, and Bankruptcy Rules 2002 and 9007 (i) Setting Administrative Bar Date and Procedures for Filing and Objecting to Administrative Expense Requests and (ii) Approving Form and Manner of Notice Thereof (Docket No. 3247)

   Related Documents:

   a. Notice of Motion and Hearing (Docket No. 3248)

   Objection Deadline:   May 11, 2009 at 4:00 p.m.

   Objections/ Responses Filed:   None at the time of filing this agenda

   Status:   This matter is going forward.

**IV. CONTESTED MATTERS**

22. Debtors' Second Omnibus Objection to Certain Late 503(b)(9) Claims (Docket No. 2789)

    Related Documents:

    a. Notice of Motion and Hearing (Docket No. 2790)

    Objection Deadline:    April 29, 2009 at 4:00 p.m.

    Objections/Responses Filed:

    a. Written Response to Notice of Debtors' Second Omnibus Objection to Certain Late 503(b)(9) Claims, by Hayden Meadows Joint Venture (TMT Development Company, Inc.) (Docket No. 3161)

        Status:    The status hearing will go forward.

    b. Orange County Treasurer-Tax Collector's Response to Debtors' Second Omnibus Objection to Certain Late 503(B)(9) Claims (Docket No. 3206)

        Status:    The status hearing will go forward.

    c. Export Development Canada's Response to the Debtors' Second Omnibus Objection to Certain Late 503(b)(9) Claims (Docket No. 3209)

        Status:    The status hearing will go forward.

    d. Response to objection to late filed claims, by Gamergraffix (Docket No. 3222)

        Status:    The status hearing will go forward.

    General Status:    The status hearing will go forward. The Debtors will submit an order disallowing those claims for which no response was received.

23. Debtors' Third Omnibus Objection to Certain Late

       503(b)(9) Claims (Docket No. 2791)

       Related
       Documents:

       a.   Notice of Motion and Hearing (Docket No. 2792)

       Objection
       Deadline:      April 29, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:

       a.   Response to Notice of Debtors' Third Omnibus Objection to Certain Late 503(B)(9) Claims, by Tasler Pallet, Inc. (Docket No. 3162)

           Status:      The status hearing will go forward.

       General
       Status:      The status hearing will go forward. The Debtors will submit an order disallowing those claims for which no response was received.

24.  Motion For Orders Pursuant To Bankruptcy Code Sections 105, 332 And 363 (I)(A) Approving Procedures In Connection With Sale Of Intellectual Property, Internet-Related Property And Customer Information, (B) Authorizing Sellers To Enter Into A Stalking Horse Agreement In Connection Therewith, (C) Approving Certain Bid Protections In Connection Therewith, (D) Approving Form And Manner Of Sale Notice And (E) Setting Auction And Sale Hearing Dates; (II) Authorizing U.S. Trustee To Appoint Consumer Privacy Ombudsman; (III) Approving Sale Of Intellectual Property, Internet-Related Property And Customer Information Free And Clear Of All Interests; And (IV) Granting Related Relief (Docket No. 2977)

       Related
       Documents:

       a.   Order Pursuant to Bankruptcy Code Sections 105, 332 and 363 Authorizing U.S. Trustee to Appoint a Consumer Privacy Ombudsman (Docket No. 2994)

    b.    Notice of Filing Schedules to Asset Purchase Agreement (Docket No. 3008)

    c.    Order Pursuant To Bankruptcy Code Sections 105, 332 and 363 (I) Approving Procedures In Connection With Sale Of Intellectual Property, Internet-Related Property and Customer Information, (II) Authorizing Sellers To Enter Into Stalking Horse Agreement In Connection Therewith, (III) Approving Certain Bed Protections In Connection Therewith, (IV) Approving Form and Manner Of Sale Notice and (V) Setting Auction and Sale Hearing Dates (Docket No. 3071)

    d.    Notice of Entry of Order (Docket No. 3073)

    e.    Consumer Privacy Ombudsman Interim Report to the Court (Docket No. 3307)

Objection Deadline:    May 12, 2009 at 4:00 p.m.

Objections/Responses Filed:    Informal objections of various States

Status:    This matter is going forward.

25.    Debtors Motion for Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (A) Authorizing Debtors to Enter Into Agreement in Connection with Sale and Assignment of Unexpired Lease and Sublease of Nonresidential Real Leases, Subject to Higher or Otherwise Better Bids, (B) Approving Termination Fee in Connection therewith, (C) Approving Sale of Lease and Sublease Free and Clear of All Interests, and (D) Granting Related Relief (Docket No. 3103)

Related Documents:

    a.    Notice of Motion and Hearing (Docket No. 3104)

Objection Deadline:    May 6, 2009 at 4:00 p.m.

Objections/Responses Filed:

a.  Objection of Concar Enterprises, Inc. to Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (A) Authorizing Debtors to Enter into Agreement in Connection with Sale and Assignment of Unexpired Lease and Sublease of Nonresidential Real Leases, Subject to Higher or Otherwise Better Bids, (B) Approving Termination Fee in Connection Therewith, (C) Approving Sale of Lease and Sublease Free and Clear of all Interests, and (D) Granting Related Relief (Docket No. 3278)

b.  Limited Objection and Demand for Adequate Protection of T.J. Maxx of CA, LLC Regarding Debtors' Motion for Order Authorizing Sale of Nonresidential Real Property Lease and Sublease (Docket No. 3279)

Status:     This matter is going forward.

Dated: May 11, 2009  
      Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
P.O. Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000

- and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
Chris L. Dickerson, Esq.  
333 West Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700

- and –

MCGUIREWOODS LLP

__/s/ Douglas M. Foley_____  
Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000

Counsel for Debtors and Debtors in Possession

\9039854.1

17