Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

                - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

               IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                          RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                            :    Chapter 11
                                  :
CIRCUIT CITY STORES, INC.,        :    Case No. 08-35653 (KRH)
et al.,                           :
                                  :
              Debtors.            :    Jointly Administered
- - - - - - - - - - - - - - - x

            DEBTORS' FIFTH OMNIBUS OBJECTION TO
      CERTAIN MISCLASSIFIED NON-GOODS 503(B)(9) CLAIMS

     The debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors")[1], hereby

---

[1]  The Debtors and the last four digits of their respective taxpayer
     identification numbers are as follows: Circuit City Stores, Inc.
     (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN,
     Inc. (0875), Ventoux International, Inc. (1838), Circuit City
     Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC

                                                          *(cont'd)*

1

file the Debtors' Fifth Omnibus Objection to 503(b)(9)

claims (the "Non-Goods Claims Objection" or the

"Objection"), and hereby move this Court, pursuant to

sections 105 and 503(b)(9) of title 11 of the United

States Code, 11 U.S.C. §§ 101 et seq. (as amended, the

"Bankruptcy Code"), Rule 3007 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and Local

Bankruptcy Rule 3007-1, for an order, the proposed form

of which is attached hereto as Exhibit A, granting the

relief sought by this Objection.  In support of the

Objection, the Debtors respectfully state as follows:

---

*(cont'd from previous page)*
   Distribution Company of Virginia, Inc. (2821), Circuit City
   Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott
   Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796),
   Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263),
   Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
   LLC (3360), and Circuit City Stores PR, LLC (5512).  The address
   for Circuit City Stores West Coast, Inc. is 9250 Sheridan
   Boulevard, Westminster, Colorado 80031.  For all other Debtors,
   the address was 9950 Mayland Drive, Richmond, Virginia 23233 and
   currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

**JURISDICTION AND VENUE**

1.    This Court has jurisdiction to consider
this Motion under 28 U.S.C. §§ 157 and 1334.  This is a
core proceeding under 28 U.S.C. § 157(b).  Venue of
these cases and this Motion in this district is proper
under 28 U.S.C. §§ 1408 and 1409.  The statutory and
legal predicates for the relief requested herein are
Bankruptcy Code sections 105 and 503(b)(9), Bankruptcy
Rule 3007, and Local Bankruptcy Rule 3007-1.

**BACKGROUND**

**A.    General Case Background.**

2.    On November 10, 2008 (the "Petition
Date"), the Debtors filed voluntary petitions in this
Court for relief under chapter 11 of the Bankruptcy
Code.

3.    On November 12, 2008, the Office of the
United States Trustee for the Eastern District of
Virginia appointed a statutory committee of unsecured
creditors (the "Creditors' Committee").  To date, no
trustee or examiner has been appointed in these chapter
11 cases.

4.    On January 16, 2009, the Court authorized
the Debtors, among other things, to conduct going out of
business sales at the Debtors' remaining 567 stores
pursuant to an agency agreement (the "Agency Agreement")
between the Debtors and a joint venture, as agent (the
"Agent").   On January 17, 2009, the Agent commenced
going out of business sales pursuant to the Agency
Agreement at the Debtors remaining stores.   As of on or
about March 8, 2009, the going out of business sales had
concluded.

**B.    The 503(b)(9) Bar Date.**

5.    By order dated November 12, 2008, this
Court appointed Kurtzman Carson Consultants LLC ("KCC")
as claims, noticing and balloting agent for the Debtors
in these chapter 11 cases pursuant to 28 U.S.C. §
156(c).

6.    On November 12, 2008, this Court entered
that certain Order Establishing Bar Date for Filing
Requests for Payment of Administrative Expense Claims
Under Bankruptcy Code Sections 105 and 503(b)(9) and
Approving Form, Manner and Sufficiency of Notice of the

Bar Date Pursuant to Bankruptcy Rule 9007 (Docket No.
107)(the "503(b)(9) Bar Date Order").

7.    Pursuant to the 503(b)(9) Bar Date Order,
this Court approved the form and manner of the 503(b)(9)
bar date notice, which was attached as Exhibit A to the
503(b)(9) Bar Date Order (the "503(b)(9) Bar Date
Notice").  Pursuant to the 503(b)(9) Bar Date Order and
the 503(b)(9) Bar Date Notice, the bar date for filing
proofs of claim asserting administrative priority claims
pursuant to Bankruptcy Code section 503(b)(9) was 5:00
p.m. (PT) on December 19, 2008 (the "503(b)(9) Bar
Date").

8.    By November 19, 2008, KCC had served a
copy of the 503(b)(9) Bar Date Notice on the 2002
Service List, all of the Debtors' known or potential
creditors, the Debtors' equity holders, and certain
other parties (Docket No. 358).  In addition, the
Debtors published the 503(b)(9) Bar Date Notice in The
New York Times (Docket No. 549), The Wall Street Journal
(Docket No. 548), and The Richmond Times-Dispatch
(Docket No. 547).

**RELIEF REQUESTED**

9.    By this Fifth Omnibus Objection, the
Debtors seek entry of an order, in substantially the
form annexed as Exhibit A, pursuant to Bankruptcy Code
sections 105(a) and 503(b)(9) and Bankruptcy Rule 3007,
reclassifying each of the claims identified on Exhibit B
allegedly entitled to administrative priority under
Bankruptcy Code section 503(b)(9) and asserted against
the Debtors (the "Non-Goods Claims") to general
unsecured, non-priority claims.

10.    For ease of reference, attached as
Exhibit C is an alphabetical listing of all claimants
whose Non-Goods Claims are included in this Objection
(the "Claimants"), with a cross-reference by claim
number.

11.    At this time, the Debtors have not
completed their review of the validity of all
claims/expenses filed against their estates, including
the Non-Goods Claims.    Accordingly, the Non-Goods Claims
may be the subject of additional subsequently filed
objections.    To that end, the Debtors reserve the right
to further object to any and all claims, whether or not

the subject of this Objection, for allowance, voting,
and/or distribution purposes, and on any other grounds.
Furthermore, the Debtors reserve the right to modify,
supplement and/or amend this Objection as it pertains to
any claim or claimant herein.

**BASIS FOR RELIEF REQUESTED**

12.  Currently, the Debtors are engaged in a
thorough review of all claims filed against their
estates, including administrative expense claims, to
determine the validity of such claims.  As part of this
process, the Debtors are diligently reviewing claims
filed pursuant to Bankruptcy Code section 503(b)(9).

13.  After reviewing numerous 503(b)(9)
claims, their supporting documentation and the Debtors'
books and records, the Debtors have determined that the
Non-Goods Claims identified on Exhibit C do not satisfy
the requirements of Bankruptcy Code section 503(b)(9).

14.  Specifically, the Non-Goods Claims are
based on, among other things, payment for:  installation
services; construction and maintenance services; utility
services; advertising services; professional services,
including consulting services, legal services, and IT

services; customer services; freight charges;

litigation; rental obligations for property leased by

the Debtors; employee for wages and benefits; and

various taxes.  However, none of these categories of

claims constitute "goods" provided to the Debtors by the

Claimants within the 20 days before the Petition Date.

15.  Accordingly, the Debtors object to the

classification of these Non-Goods Claims as

administrative expenses under Bankruptcy Code section

503(b)(9) and request that all such expenses be

reclassified as general unsecured, non-priority claims.

**APPLICABLE AUTHORITY**

**I.   THE NON-GOODS CLAIMS ARE NOT CLAIMS BASED ON THE
SALE OF GOODS THAT QUALIFY FOR ADMINISTRATIVE
EXPENSE PRIORITY UNDER § 503(B)(9).**

16.  Bankruptcy Code section 503(b)(9)

provides in pertinent part as follows:

> (b) After notice and a hearing, there
> shall be allowed, administrative expenses,
> . . . including . . .
>
>> (9) the value of any <u>goods</u> received
>> by the debtor within 20 days before
>> the commencement of the case under
>> this title in which the goods have
>> been <u>sold to the debtor</u> in the
>> ordinary course of such debtor's
>> business.

8

11 U.S.C. § 503(b)(9) (emphasis added).

    17.  The Fourth Circuit Court of Appeals has repeatedly held that the claimant has the burden of proof on all elements of an administrative expense claim.  See, e.g., Ford Motor Credit Co. v. Dobbins, 35 F.3d 860, 866 (4th Cir. 1994) (quoting In re Mid Region Petroleum, Inc., 1 F.3d 1130, 1132 (10th Cir. 1993) ("the party claiming entitlement to administrative expense priority [under § 503(b)] has the burden of proof"); see also In re Wetco Rest. Group, LLC, No. 07-51169, 2008 WL 1848779, *4 (Bankr. W.D. La. Apr. 23, 2008) (the claimant has the "burden to establish that the value of the 20-Day Goods qualifies for administrative expense treatment under section 503(b)(9)").

    18.  Moreover, in evaluating administrative expense requests, "[t]he presumption in bankruptcy cases is that the debtor's limited resources will be equally distributed among the creditors. Thus, statutory priorities must be narrowly construed." Ford Motor Credit, 35 F.3d at 865 (quoting In re James B. Downing &

9

Co., 94 B.R. 515, 519 (Bankr. N.D. Ill. 1988); see also

City of White Plains v. A&S Galleria Real Estate, Inc.

(In re Federated Dep't Stores, Inc.), 270 F.3d 994, 1000

(6th Cir. 2001).

19.    This Court should therefore interpret

section 503(b)(9) narrowly and in accordance with its

plain meaning.  See Hartford Underwriters Ins. Co. v.

Union Planters Bank, 530 U.S. 1, 6, (2000) "Congress

says in a statute is what it means and means in a

statute what it says there." (internal quotations

omitted)); In re NVR, LP, 189 F.3d 442, 457 (4th Cir.

1999) (holding that the Bankruptcy Code must be

interpreted in accordance with its plain meaning using

the ordinary understanding of words); In re Amireh, 2008

WL 52706, *4 (Bankr. E.D. Va. 2008) ("The court will not

expand the reach of the statute beyond the language

chosen by Congress.").

20.    Bankruptcy Code section 503(b)(9) plainly

provides that only claims for the value of "goods"

received by the debtor within the 20 days prior to the

Petition Date are entitled to administrative priority

treatment.  11 U.S.C. § 503(b)(9) (emphasis added).  As

10

documented below, the Non-Goods Claims identified on

Exhibit B are based on something other than the sale of

"goods" to the Debtors in the ordinary course of

business and, therefore, should be reclassified as

general unsecured non-priority claims.

**A.   Section 503(B)(9) Is Limited To The Value Of "Goods" Sold To The Debtors, Not Services Provided.**

21.   Consistent with the plain language of the

statute, allowed administrative expenses under section

503(b)(9) should only be claims arising from a

claimant's sale and delivery of goods to the Debtors,

not from the claimant providing services.  See Brown &

Cole Stores, LLC v. Associated Grocers, Inc. (In re

Brown & Cole Stores, LLC), 375 B.R. 873, 878 (B.A.P. 9th

Cir. 2007) ("By the plain terms of the statute, a

vendor's right to assert an administrative claim is

limited [in that] the vendor must have provided goods

(not services)"); In re Goody's Family Clothing, Inc.,

401 B.R. 131, 135 (Bankr. D. Del. 2009) ("[B]ased upon

the distinction between 'goods' and 'services'

throughout in the Bankruptcy Code, a claim for an

administrative expense under section 503(b)(9) cannot be

a claim for services provided."); In re Samaritan

Alliance, LLC, No. 07-50735, 2008 Bankr. LEXIS 1830 at

*6-7 (Bankr. E.D. Ky June 20, 2008) (finding section

503(b)(9) inapplicable because claimant provided what

was "more properly characterized as a 'service.'").  As

one court explained:

> § 503(b)(9) administrative expense priority
> extends only to the value of goods received by
> the debtor in the ordinary course of its
> business within 20 days before the bankruptcy
> case.  It does not extend to the value of the
> services rendered to a debtor during this 20
> day time frame.  Nor does it extend to the
> value of goods that a debtor may have received
> in this time frame if such goods were not
> received in the ordinary course of the
> debtor's business.

In re Plastech Engineered Prods., 394 B.R. 197, 151

(Bankr. E.D. Mich. 2008) (emphases in original).

     22.  This distinction between goods and

services is supported by the fact that in some places

the Bankruptcy Code uses the word "goods" and the word

"services" separately, see, e.g., 11 U.S.C. §§

522(d)(3), 524(k)(3)(F), 546(c)(1) ("goods"); 11 U.S.C.

§§ 503((b)(4), (5), 326(a), 327(a), 330(a)(1)(A)

("services"), and in other instances the phrase "goods

or services".  See, e.g., 11 U.S.C. § 101(4A) ("The term

'bankruptcy assistance' means any <u>goods or services</u> sold

or otherwise provided . . . ." (emphasis added)).[2]

     23.   In light of Congress' use of the words

"good" and "services", it is clear that Congress

distinguished between "goods" and "services."  The

Supreme Court recognizes, when Congress referenced one,

but not the other, the missing term must have been

intentionally omitted.  <u>See</u> <u>Gozlon-Peretz v. U.S.</u>, 498

U.S. 395, 404 (1991) ("Where Congress includes

particular language in one section of a statute but

omits it in another section of the same Act, it is

generally presumed that Congress acts intentionally and

purposely in the disparate inclusion or exclusion.").

Therefore, "goods", as used in section 503(b)(9), must

not include "services".

---

[2]   Other references include but are not limited to, sections 101(49) ("goods . . . or services"), 507(a)(4)(B) (two references to "goods or services"), 523(a)(2)(C)(i)(I) ("goods or services"), 523(a)(2)(C)(iI)(II) (two references to "goods or services"), 547(a)(2) ("goods [or] services"), and 1104(c)(2) ("goods [or] services").

**B.    The Term "<u>Goods</u>" In Section 503(b)(9) Should
Be Construed In Conformity With The Definition
Of "Goods" In The UCC.**

24.   Although the term "goods" is not defined
in the Bankruptcy Code, it must be construed narrowly
and consistent with Congressional intent.  <u>See</u> <u>Ron Pair
Enter.</u>, 489 U.S. at 242 (reasoning that statutes should
be interpreted based on their plain meaning and in
accordance with Congressional intent); <u>see also</u> <u>Ford
Motor Credit Co. v. Dobbins</u>, 35 F.3d at 865 (holding
that statutory priorities under the Bankruptcy Code must
be narrowly construed); <u>In re Federated Dep't Stores,
Inc.</u>, 270 F.3d at 1000 (noting that administrative
expense claims under section 503(b) should be strictly
construed).  The Debtors submit that the proper meaning
of "goods" is that meaning found in section 2-105 of the
Uniform Commercial Code (the "UCC").

25.   The UCC defines "goods", in pertinent
part, as "all things (including specially manufactured
goods) which are movable at the time of identification
to the contract for sale other than the money in which
the price is to be paid . . . and things in action . . .

14

." UCC § 2-105(1).[3] Interpreting the term "goods"
contained in section 503(b)(9) in conformity with the
UCC's definition of "goods" is supported by the limited
legislative history of section 503(b)(9).

26. Specifically, section 503(b)(9) was
enacted as part of section 1227 of the Bankruptcy Abuse
Prevention and Consumer Protection Act of 2005
("BAPCPA"), by which Congress sought to amend the
provisions of the Bankruptcy Code that addressed
reclamation claims. See BAPCPA, section 1227; see also
11 U.S.C. §§ 546(c) & 503(b)(9); Kenneth N. Klee,
Chapter 11 Business Reorganizations: The Bankruptcy
Abuse Prevention and Consumer Protection Act of 2005 –
Business Bankruptcy Amendments, Course No. SK092 ALI-ABA
Course of Study Materials (2005)(section 503(b)(9)
"appears to be intended to allow certain sellers that do
not properly seek reclamation in accordance with section
546(c) to have an administrative expense claim for the
value of such goods."). As this Court is well aware,
the right to make a reclamation claim is grounded in UCC

---

[3]   Virginia has adopted the UCC's definition of "goods."  See Va.
      Code Ann. §8.2-105 (2008).

section 2-702.  See Matter of Adventist Living Centers,
Inc., 52 F.3d 159, 162 n.1 (7th Cir. 1995) ("The right
to reclamation arises under § 2-702 of the U.C.C. That
right is both protected and limited by 11 U.S.C. § 546 .
. . ."); see also In re Coast Trading Co., Inc., 744
F.2d 686, 689 (9th Cir. 1984); In re Dana Corp., 367
B.R. 409, 414 (Bankr. S.D.N.Y. 2007); In re Georgetown
Steel Company, LLC, 318 B.R. 336, 339 (Bankr. D.S.C.
2004).

        27.  Consequently, to the extent Congressional
intent may be discerned, the legislative history
supports limiting section 503(b)(9) to apply only to
those claims for the value of "goods" (as defined in the
UCC) that could have been, but were not, subject to a
valid reclamation claim.  Thus, the scant legislative
history that exists supports the conclusion that section
503(b)(9) was intended to apply only to a sale of
"goods" as the term is used in the UCC.

        28.  Furthermore, since the enactment of
section 503(b)(9), a number of courts have looked to the
UCC to determine the meaning of "goods."  See In re
Goody's Family Clothing Inc., 401 B.R. at 134 ("Use of

16

the UCC Article 2's definition of "goods" in

interpreting section 503(b)(9) is suggested in a leading

treatise and has been adopted by bankruptcy courts

examining this issue.  Given the near unanimous

nationwide adoption of Article 2 of the UCC, the Court

concludes that the term "goods" in section 503(b)(9)

conforms with the meaning given in U.C.C. § 2-105(1);

"goods" are something that is "moveable.") (citing In re

Plastech Engineered Prods., 397 B.R. 828, 836 (Bankr.

E.D. Mich. 2008) (adopting UCC Article 2 definition of

goods for 503(b)(9) claims); see also In re Samaritan

Alliance, LLC, 2008 WL 2520107, at *3 (Bankr. E.D. Ky.

2008) (same); In re Deer, No. 06-02460, 2008 WL 723982,

**1-2 (Bankr. S.D. Miss. June 14, 2007) (adopting UCC

Article 9 definition of goods for 503(b)(9) claims); 4

Collier on Bankruptcy ¶ 503.16[1] (15th ed. rev. 2008)

("Goods is not defined in the Code and so the definition

used in Article 2 of the UCC is likely to be used")).

29.  Additionally, in other contexts, Courts

have interpreted the meaning of words in the Bankruptcy

Code with reference to the UCC.  See In re Price, ___

F.3d ___, 2009 WL 975796, *3 (4th Cir. 2009) (relying on

17

North Carolina law, which adopted the UCC, to define the
Bankruptcy Code's use of "purchase money security
interest"); In re Ellingsen MacLean Oil Co., Inc., 834
F.2d 599, 605 (6th Cir. 1987) (relying on UCC to supply
the definition for "good faith" contained in 11 U.S.C. §
364(e)); Haywin Textile Prods., Inc. v. Bill's Dollar
Stores, Inc. (In re Bill's Dollar Stores, Inc.), 164
B.R. 471, 474 (Bankr. D. Del. 1994)(adopting UCC's
definition of the term "receipt" because the Bankruptcy
Code does not define the term and the right of
reclamation is derived from the UCC).

        30.   Accordingly, for the reasons set forth
herein, the definition of "goods" contained in UCC
Article 2 should be used to interpret section 503(b)(9).

    **C.    The Non-Goods Claims Are Based On Services And
            Other Non-Goods.**

        31.   As noted above, each of the Non-Goods
Claims falls into a category that, on its face, appears
not to be "goods".   Courts addressing these issues have
reinforced this conclusion.   Specifically, Courts have
concluded that the following categories of the Non-Goods

18

Claims constitute something other than "goods" as that

term is used in the UCC:

>   (1) utility services.  <u>See</u> <u>In re Samaritan
>       Alliance, LLC</u>, 2008 Bankr. LEXIS 1830
>       at *6-7 (holding that utility company
>       supplies a service and not a good
>       under section 503(b)(9)); <u>see</u> <u>also</u> 11
>       U.S.C. § 366 (characterizing utilities
>       as providing services and specifically
>       stating that a "utility may not alter,
>       refuse, or discontinue <u>service</u>" on
>       account of a "debt owed by the debtor
>       to such utility for <u>service rendered</u>
>       before [the petition date]);
>
>   (2) advertising services.  <u>See</u> <u>In re Deer</u>,
>       2007 Bankr. LEXIS 4676, *5 (Bankr.
>       S.D. Miss. June 14, 2007) (holding
>       that sale of advertising is not a
>       "good" under the UCC);
>
>   (3) professional services, including
>       consulting services, legal services,
>       and IT services.  <u>See</u> <u>R.J. Longo
>       Const. Co., Inc. v. Transit America,
>       Inc.</u>, 921 F.Supp. 1295, 1309-10
>       (D.N.J. 1996) holding that the UCC
>       does not apply to fees for
>       professional services because they are
>       not "goods"); <u>Snyder v. ISC Alloys,
>       Ltd.</u>, 772 F.Supp. 244, 252-53 (W.D.
>       PA. 1991) (same);
>
>   (4) freight charges.  <u>See</u> <u>In re CFLC,
>       Inc.</u>, 166 F.3d 1012, 1015 (9th Cir.
>       1999) (holding that contract for
>       shipping was not a transaction for the
>       sale of "goods"); and,
>
>   (5) litigation claims.  <u>C.f.</u> <u>U.S. Test,
>       Inc. v. NDE Environmental Corp.</u>, 196

F.3d 1376, 1383 (Fed. Cir. 1999)
(holding that the term "goods" in the
UCC does not include commercial tort
claims).

32.  Moreover, section 503(b), as well as

other sections of the Bankruptcy Code, specifically

differentiates between the following categories of

claims and "goods":

(1) employee claims for wages and
benefits.  See 11 U.S.C. §
503(b)(1)(A) (describing post-petition
work performed by employees as
"services"); see also 11 U.S.C. §
507(a)(5)(A) (describing contributions
to an employee benefit plan as being
made on account of "services
rendered");

(2) taxes.  See 11 U.S.C. § 1104(c)(2)
(distinguishing between "goods,
services, [and] taxes");

(3) customer claims.  See, generally, 11
U.S.C. § 507(a)(7) (describing the
relationship between the debtor and
its customers as one by which
individuals "purchase, lease, or
rent[] property, or purchase []
services . . ." and not by which
individuals sell goods to the debtor);

(4) rental obligations for property leased
by the Debtors.  See 11 U.S.C. §
365(d)(3); 130 CONG. REC. S8887,
S8894-95 (daily ed. June 29, 1984)
(remarks of Senator Hatch) (describing
background of section 365(d)(3) of the
Code) ("These payments include rent

due the landlord and common area
charges which are paid by all the
tenants according to the amount of
space they lease. In this situation,
the landlord is forced to provide
current <u>services</u>-the use of its
property, utilities, security, and
other <u>services</u>") (emphasis added);
<u>accord</u> <u>In re Best Products Co., Inc.</u>,
206 B.R. 404, 407 (Bankr. E.D. Va.
1997) ("Congress enacted § 365(d)(3)
to guarantee that landlords would not
be placed at a disadvantage for
providing post-petition <u>services</u> to
the debtor.") (emphasis added); <u>In re</u>
<u>Stone Barn Manhattan LLC</u>, 398 B.R.
359,361 (Bankr. S.D.N.Y. 2008)
(describing landlords as service
providers).

33.  Because Congress was aware of these

services and other categories of non-goods and expressly

referred to many of them in the same section of the

Bankruptcy Code, it is clear that Congress intended to

exclude these services and other categories of non-goods

from the sale of "goods" specifically referred to in

section 503(b)(9).  <u>See</u>, <u>e.g.</u>, <u>Gozlon-Peretz v. U.S.</u>,

498 U.S. 395, 404 (1991) (holding that where Congress

includes particular language in one section of a statute

but omits it in another section of the same statute, it

is presumed that Congress acts intentionally and

purposefully).  Therefore, such claims should be

reclassified as general unsecured non-priority claims.

> **D.   Various Non-Goods Claims Are Predominantly
> Based on Services Rendered And Not On The Sale
> Of Goods.**

34.  Any Non-Good Claim that is based on a

transaction that may in part include "goods" should also

be reclassified because the underlying claim arose from

a mixed transactions that was predominantly based on

services rendered rather than the sale of "goods".

35.  Specifically, in determining whether a

mixed transaction is a sale of goods, rather than the

rendering of services, courts look to the predominant

purpose of the transaction; that is, "whether the

contract primarily concerns the furnishing of goods or

the rendering of services."  <u>Princess Cruises, Inc. v.</u>

<u>General Elec. Co.</u>, 143 F.3d 828, 833 (4th Cir. 1998).

As explained by the Fourth Circuit:

> [t]he test for inclusion or exclusion is not
> whether [the transactions] are mixed but,
> granting that they are mixed, whether their
> predominant factor, their thrust, their
> purpose, reasonably stated, is the rendition
> of service, with goods incidentally involved
> (e.g., contract with artist for painting) or
> is a transaction of sale, with labor
> incidentally involved . . . .

Id., (quoting Bonebrake v. Cox, 499 F.2d 951 (8th Cir.
1974).

36.   In order to discern the predominant
purpose of a transaction, courts consider the following
factors:  "(1) the language of the contract, (2) the
nature of the business of the supplier, and (3) the
intrinsic worth of the materials."   Id.

37.   Various Non-Goods claimants filed
503(b)(9) claims based on the installation of equipment;
the construction and maintenance of buildings; and the
shipment of products to the Debtors for resale in the
Debtors' retail stores.   The transactions underlying
these claims are in the nature of rendering services,
not selling goods.   Indeed, Courts have held that
transactions similar to these Non-Goods Claims were
predominantly for services rendered, and not for "goods"
sold under the predominant purpose test.   See Princess
Cruises, Inc. v. General Elec. Co., 143 F.3d 828, 833
(4th Cir. 1998) (holding that contract for installation,
repairs, and maintenance is not governed by UCC); BMC
Industries, Inc. v. Barth Industries, Inc., 160 F.3d

1322, 1331 n.15 (11th Cir. 1998) ("Although construction
contracts typically involve materials that qualify as
goods (such as concrete or roofing tiles, for example),
the services element of such contracts is usually held
to be dominant."); Imperial Woodworking Co. v. Christian
Bernard Stores Corp., 1985 WL 2712, *5 (N.D. Ill. 1985)
("The UCC does not expand the concept of sale of goods
to include a construction contract even though goods are
thereby furnished and incorporated into a structure.");
In re CFLC, Inc., 166 F.3d 1012, 1015 (9th Cir. 1999)
(holding that contract for shipping was not a
transaction for the sale of "goods").  As such, these
Non-Goods Claims involving mixed transactions are not
sales of goods under the UCC and, thus, not entitled to
administrative expense priority under Bankruptcy Code
section 503(b)(9).

**II.   THE NON-GOODS CLAIMS SHOULD BE RECLASSIFIED.**

        38.   Bankruptcy Code section 105 provides in
pertinent part that "[t]he court may issue any order,
process, or judgment that is necessary or appropriate to
carry out the provisions of this title."  11 U.S.C. §
105(a).

24

39.   In order for the Debtors to efficiently and expeditiously craft a comprehensive plan of liquidation, it is essential for the Debtors to establish the proper liabilities asserted against them. Indeed, it is even more critical that the Debtors confirm the administrative liabilities that can be properly asserted against the Debtors' estates.  In order to achieve the imperative of finality required by the claims process, the Debtors request that the Non-Goods Claims be reclassified at this time to general unsecured non-priority claims.

40.   As noted above, the Debtors reserve their rights to file objections to the Non-Goods Claims at a later time on any grounds that bankruptcy or non-bankruptcy law permits.

### NOTICE AND PROCEDURE

41.   Notice of this Objection has been provided to all claimants with claims that are the subject to this Objection as identified on Exhibit B and C, and to other parties-in-interest in accordance with the Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local

Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain

Notice, Case Management and Administrative Procedures

(Docket No. 130) (the "Case Management Order").

42.   Furthermore, the Debtors submit that the

following methods of service upon the Claimants should

be deemed by the Court to constitute due and sufficient

service of this Objection: (a) service in accordance

with Bankruptcy Rules 3007, 7004, and 9006; (b) to the

extent counsel for a Claimant is not known to the

Debtors, by first class mail, postage prepaid, on the

signatory of the Claimant's proof of claim form or other

representative identified in the proof of claim form or

any attachment thereto at least 30 days before the

hearing date; or (c) by first class mail, postage

prepaid, on any counsel that has appeared on the

Claimant's behalf in the Debtors' bankruptcy cases at

least 30 days before the hearing date.  The Debtors are

serving the Claimant with this Objection and the

Exhibit(s) on which the Claimant's claim is listed.

43.   To the extent any Claimant timely files

and properly serves a response to this Objection by June

[], 2009 as required by the Case Management Order and

under applicable law, and the parties are unable to
otherwise resolve the Objection, the Debtors request
that the Court conduct a status conference with respect
to any such responding claimant at the June 23, 2009
Omnibus Hearing, and thereafter schedule the matter for
a future hearing as to the merits of this Objection to
such Non-Goods claim.  However, to the extent any
Claimant fails to timely file and properly serve a
response to this Objection as required by the Case
Management Order and applicable law, the Debtors request
that the Court enter an order, substantially in the form
attached hereto as Exhibit A, reclassifying as a general
unsecured non-priority claim in the same amount as the
asserted Non-Goods Claim.

### COMPLIANCE WITH BANKRUPTCY RULE 3007 AND THE OMNIBUS OBJECTION PROCEDURES ORDER

44.  This Objection complies with Bankruptcy
Rule 3007(e) in that this Objection includes 357 claims,
which are all listed on Exhibit C.  See Rule 3007(e)(1)
and (2).  Additionally, the Debtors submit that this
Objection is filed in accordance with this Court's Order
Establishing Omnibus Objection Procedures and Approving

27

the Form and Manner of Notice of Omnibus Objections
(Docket No. 2881) (the "Omnibus Objection Procedures
Order").

### WAIVER OF MEMORANDUM OF LAW

45.   Pursuant to Local Bankruptcy Rule 9013-
1(G), and because there are no novel issues of law
presented in the Motion, the Debtors request that the
requirement that all motions be accompanied by a written
memorandum of law be waived.

### NO PRIOR RELIEF

46.   No previous request for the relief sought
herein has been made to this Court or any other court.

WHEREFORE, the Debtors request the Court to enter the Order sustaining this Objection and granting such other and further relief as the Court deems appropriate.

Dated: Richmond, Virginia
May 12, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP

_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

**EXHIBIT A**

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :  Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :  Case No. 08-35653 (KRH)
et al.,                     :
                            :
          Debtors.          :  Jointly Administered
- - - - - - - - - - - - - - x

**ORDER SUSTAINING DEBTORS' FIFTH OMNIBUS OBJECTION TO
CERTAIN MISCLASSIFIED NON-GOODS CLAIMS**

THIS MATTER having come before the Court on the

Debtors' Fifth Omnibus Objection to Certain

Misclassified Non-Goods Claims (the "Non-Goods Claims

Objection" or the "Objection"), which requested, among

other things, that the claims specifically identified on

Exhibit B attached to the Objection be reclassified as

general unsecured non-priority claims for those reasons

set forth in the Objection; and it appearing that due

and proper notice and service of the Objection as set

forth therein was good and sufficient and that no other

further notice or service of the Objection need be

given; and it further appearing that no response was

timely filed or properly served by the Claimants being

affected by this Order; and it appearing that the relief

requested on the Objection is in the best interest of

the Debtors, their estates and creditors and other

parties-in-interest; and after due deliberation thereon

good and sufficient cause exists for the granting of the

relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is GRANTED.

2.    The Claims identified on Exhibit A – Non-Goods

Claims as attached hereto and incorporated herein, are

reclassified as general unsecured non-priority claims.

3.    The Debtors' rights to amend, modify, or

supplement the Fifth Omnibus Objection, to file

additional objections to the Non-Goods Claims (filed or

not) that have been or may be asserted against the

Debtors, and to seek reduction of any Claim to the

extent such Claim has been paid, are preserved.

Dated: Richmond, Virginia
       June_____, 2009


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

        Pursuant to Local Bankruptcy Rule 9022-1(C), I
hereby certify that the foregoing proposed order has
been endorsed by or served upon all necessary parties.

                        __/s/ Douglas M. Foley_____
                        Douglas M. Foley

\9041092.1

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Fifth Omnibus Objection to 503(b)(9) Claims

Exhibit B - Claimants and Related Claims Subject To Fifth Omnibus Objection to Non-Goods 530(b)(9) Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| A TO Z COMMERCIAL KITCHEN SVCS | 604 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| A&E TELEVISION NETWORK | 924 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| A1 MOWING & SNOW REMOVAL | 986 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| AAA FLOOR CARE INC | 1189 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| AC SUPPLY | 1000 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ACW SWEEPING & CLEANING SVCS | 1268 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| AIRE SERV OF SEMINOLE CO | 874 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ALBANY TIMES UNION | 837 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ALBEMARLE COUNTY SERVICE AUTHORITY | 946 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ALLIED BEARINGS SUPPLY CO | 645 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ALTOONA CITY AUTHORITY | 826 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ALTOONA CITY AUTHORITY | 824 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| AMERICAN WATER SERVICE INC | 1289 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| AMERICAN WATER SERVICE INC | 1291 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| AMERICAN WATER SERVICE INC | 1288 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| AMERICAN WATER SERVICE INC | 1290 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| AMERICAN WATER SERVICE INC | 1287 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| AMERICAN WATER SERVICE, INC | 1286 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ANN ARBOR NEWS, THE | 364 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ARKANSAS DEMOCRAT GAZETTE | 1045 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ARNEL COMPRESSOR CO | 1495 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ATHENS BANNER HERALD | 1182 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ATSWA | 866 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| AUGUSTA CHRONICLE, THE | 1184 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| AUSTIN AMERICAN STATESMAN | 1046 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| AUTOMATED BUILDING COMPONENTS | 1041 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BAGBY ELECTRIC OF VA INC | 779 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BAILIWICK DATA SYSTEMS INC | 1333 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BAKERSFIELD CALIFORNIAN | 661 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BANGOR DAILY NEWS | 504 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BANGOR WATER DISTRICT | 822 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BENNER MECHANICAL & ELECTRICAL | 862 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BOARD OF WATER AND LIGHT | 851 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BOOTH NEWSPAPERS INC | 600 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BRADENTON HERALD, THE | 884 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BROADWAY NATIONAL SIGN & LIGHTING | 1337 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BROWNSVILLE PUBLIC UTILITIES BOARD | 1395 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BURLINGTON FREE PRESS, THE | 1012 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BUSTILLO HERNANDEZ, ROBERTO | 998 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |

In re: Circuit City Stores, Inc, et al.                                    Fifth Omnibus Objection to 503(b)(9) Claims
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Fifth Omnibus Objection to Non-Goods 530(b)(9) Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| BUTLER PUBLISHING CO INC, TB | 257 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CAPITAL GAZETTE NEWSPAPERS | 215 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CARY, TOWN OF | 654 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CHARLESTON NEWSPAPERS | 254 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CHARLOTTE COUNTY UTILITIES | 462 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CHARLOTTE SUN | 1192 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CHATTANOOGA PUBLISHING CO INC | 757 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CHICAGO TRIBUNE | 1171 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CHRONICLE TELEGRAM, THE | 425 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CITY OF AMARILLO, TX | 895 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CITY OF COON RAPIDS, MN | 801 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CITY OF CORAL SPRINGS, FL | 1213 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CITY OF FALLS CHURCH, VA | 1361 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CITY OF GARLAND UTILITY SERVICES | 1006 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CITY OF HICKORY, NC | 660 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CITY OF MAPLE GROVE MN | 222 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CITY OF MONTEBELLO, CA | 349 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CITY OF PORTLAND OREGON | 1473 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CITY OF REDDING, CA | 1315 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CITY OF TACOMA | 931 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CITY OF VICTORVILLE, CA | 1683 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CITY OF WEBSTER, TX | 637 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CITY UTILITIES FORT WAYNE, IN | 252 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CITYSEARCH | 687 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CLACKAMAS RIVER WATER | 1684 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CLARKSVILLE DEPARTMENT OF ELECTRICITY | 1269 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| COAST NEWS GROUP | 541 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| COLLECTIVE MEDIA | 1699 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| COLORADO SPRINGS, CITY OF | 982 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| COLUMBIAN, THE | 1142 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| COLUMBUS WATER WORKS | 577 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| COMPETITIVE MEDIA REPORTING | 1869 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| COMPETITIVE MEDIA REPORTING | 844 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| COMPETITRACK INC | 1176 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CONCORD MONITOR | 948 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CONCORD, CITY OF | 1241 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CONNEXUS ENERGY | 1061 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CONSTRUCT INC | 967 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CONTRA COSTA TIMES INC | 870 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |

In re: Circuit City Stores, Inc, et al.                                                Fifth Omnibus Objection to 503(b)(9) Claims
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Fifth Omnibus Objection to Non-Goods 530(b)(9) Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| CORAL SPRINGS, CITY OF | 1375 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CROMER EQUIPMENT CO | 868 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DAILY JOURNAL | 496 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DAILY NEWS | 679 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DAILY NEWS RECORD | 685 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DAILY NEXUS | 684 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DAILY PRESS | 1355 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DAILY PROGRESS, THE | 1187 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DAILY REPUBLIC, THE | 799 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DAKOTA ELECTRIC ASSOCIATION | 858 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DAKOTA ELECTRIC ASSOCIATION | 413 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DATABASE GROUP, THE | 396 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DAYTON DAILY NEWS | 1377 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DAYTON POWER & LIGHT | 923 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DENTON PUBLISHING COMPANY | 1414 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DENVER NEWSPAPER AGENCY | 791 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DOTHAN UTILITIES | 1197 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DUBMAX | 665 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| EL MENSAJERO NEWSPAPERS LLC | 596 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ELECTRIC CITY UTILITIES/CITY OF ANDERSON | 592 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ELITE 1 ELECTRIC INC | 656 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| EMERALD LANDSCAPE | 540 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ENTERPRISE RECORD | 853 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ENTERTAINMENT PUBLICATIONS LLC | 11697 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ERIE TIMES NEWS | 1381 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| EURO RSCG CHICAGO | 1299 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| EVENING POST PUBLISHING COMPANY DBA THE POST AND COURIER | 11804 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| EVENING TELEGRAM, THE | 641 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| EXPONENT & TELEGRAM | 450 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| EXPRESS NEWS | 835 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| FAUSNIGHT STRIPE AND LINE INC | 1228 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| FAYETTEVILLE PUBLISHING CO | 381 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| FLORIDA TIMES UNION, THE | 1074 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| FLOYD & SONS INC | 546 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| FORT COLLINS, CITY OF | 859 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| FORT WAYNE NEWSPAPERS | 703 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| FORTE COMMERCIAL SERVICES LLC DBA LONE STAR FLOORS | 1437 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| FOSTERS DAILY DEMOCRAT | 991 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| FS COMMERCIAL LANDSCAPE INC | 498 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |

In re: Circuit City Stores, Inc, et al.                                                            Fifth Omnibus Objection to 503(b)(9) Claims
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Fifth Omnibus Objection to Non-Goods 530(b)(9) Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| FUEL CREATIVE INC | 1133 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| FULLERTON, CITY OF | 1388 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| FULLERTON, CITY OF | 1387 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| G & W SERVICE CO LP | 11556 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| G & W SERVICE CO LP | 11769 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| G & W SERVICE CO LP | 1332 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| GANNETT CENTRAL NEW YORK NEWS | 1089 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| GAZETTE NEWSPAPERS | 800 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| GAZETTE NEWSPAPERS, THE | 1159 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| GAZETTE TELEGRAPH | 1150 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| GORDON PAINTING CO INC | 552 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| GORILLA NATION MEDIA | 811 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| GRAND RAPIDS PRESS | 590 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| GRANITE TELECOMMUNICATIONS | 1098 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| GRAPHIC COMMUNICATIONS | 1053 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| GREATER DETROIT NEWSPAPER | 674 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| GREEN MOUNTAIN POWER GMP | 820 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| GREENE COUNTY SANAITARY DEPT | 1214 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| GREENWICH, TOWNSHIP OF | 1410 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| HARRISONBURG ELECTRIC COMMISSI | 445 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| HARTFORD COURANT, THE | 475 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| HD SPORTS GUIDE COM | 810 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| HELIX WATER DISTRICT | 1271 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| HERALD DISPATCH | 605 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| HERALD MAIL CO | 717 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| HERALD, THE | 469 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| HICKORY, CITY OF | 659 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| HUNTSVILLE TIMES, THE | 616 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| IDAHO STATESMAN, THE | 653 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ILLUMINATING CO, THE | 167 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| IMPACT INSTALLATIONS INC | 422 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| IMPRESSIONS MARKETING GROUP | 860 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| INDURON PROTECTIVE COATINGS | 179 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JAMES RIVER GROUNDS MGMT INC | 1390 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JAMES RIVER IRRIGATION INC | 1383 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JANIS, ROSE ANN | 882 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JOHNSON CITY PRESS | 1034 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JONESBORO SUN, THE | 1406 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JOURNAL & COURIER | 471 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |

In re: Circuit City Stores, Inc, et al.                                                                    Fifth Omnibus Objection to 503(b)(9) Claims
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Fifth Omnibus Objection to Non-Goods 530(b)(9) Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| JOURNAL NEWS | 1378 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JOURNAL PUBLISHING CO INC, THE | 583 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JR HEINEMAN & SONS INC | 626 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| KCAL TV | 585 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| KCPQ TV | 11699 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| KCPQ TV | 1002 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| KDAF CW33 | 1048 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| KEENE SENTINEL, THE | 495 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| KFMB TV | 1219 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| KICU TV | 962 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| KILLEEN DAILY HERALD | 458 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| KIRO TV | 951 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| KMGH TV | 460 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| KRCW TV | 1001 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| KRCW TV | 11718 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| KRIV TV | 1422 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| KRON TV | 1170 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| KTLA INC | 489 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| KTRK TV | 1141 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| KTVU TV | 1397 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| KTXH TV | 1318 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| KUSI TV | 956 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| LAKE COUNTY | 11767 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| LCEC LEE COUNTY ELECTRIC COOPERATIVE | 886 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| LEAF | 629 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| LINCOLN JOURNAL STAR | 1456 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| LIVERMORE, CITY OF | 917 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| LONGVIEW NEWS JOURNAL | 1073 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| LOS ANGELES CO WATERWORKS | 143 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| LOS ANGELES TIMES | 1175 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| LOWELL SUN, THE | 823 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| LUBBOCK AVALANCHE JOURNAL | 894 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| M A D EXTERMINATORS INC | 852 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MADISON NEWSPAPER | 502 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MAGNUS MAGNUSSON INC | 760 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MARTIN COUNTY UTILITIES | 1087 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MCCALL HANDLING CO | 646 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MCKEE, BOB | 11768 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MEDIA GENERAL ALABAMA | 1070 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |

In re: Circuit City Stores, Inc, et al.                                    Fifth Omnibus Objection to 503(b)(9) Claims
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Fifth Omnibus Objection to Non-Goods 530(b)(9) Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| MEDIA GENERAL INC | 1135 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MERCURY, THE | 554 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MERRIMACK VALLEY CORP | 463 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MIDAMERICAN ENERGY COMPANY | 1245 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MIDLAND, CITY OF | 825 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MILWAUKEE PRESSURE WASH | 1276 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MINER FLEET MANAGEMENT GROUP | 1094 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MOBILE AREA WATER & SEWER SYSTEM MAWSS | 507 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MONTGOMERY TOWNSHIP MUNICIPAL | 1163 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MONTGOMERY TOWNSHIP MUNICIPAL | 1164 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MUSKEGON CHRONICLE | 589 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| NATICK, TOWN OF | 1151 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| NEWS & RECORD | 601 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| NEWSPAPER AGENCY CORPORATION | 892 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| NORTH COUNTY TIMES | 1174 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| NORTH WALES WATER AUTHORITY | 449 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| NORTHWEST ARKANSAS DEMOCRAT | 237 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| OAHU AIR CONDITIONING SERVICE | 1346 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| OG&E | 1080 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| OHIO EDISON | 168 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| OMEGA WASTE MANAGEMENT INC | 1392 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| OREGONIAN PUBLISHING CO, THE | 840 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ORTHODONTIC CENTERS OF VIRGINIA INC | 11579 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ORTHODONTIC CENTERS OF VIRGINIA INC | 11587 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| OVERHEAD DOOR PORTLAND | 617 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PADDOCK PUBLICATIONS INC | 725 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PARAGOULD DAILY PRESS | 1407 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PATRIOT NEWS | 871 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PEDERNALES ELECTRIC COOPERATIVE, INC | 1062 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PENNICHUCK WATER WORKS INC | 151 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PENNICHUCK WATER WORKS INC | 570 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PENNICHUCK WATER WORKS, INC | 569 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PICAYUNE ITEM | 1363 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PINELLAS COUNTY, FL UTILITIES | 1158 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PITTSBURGH POST GAZETTE | 1263 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PORTLAND GENERAL ELECTRIC | 706 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PORTLAND GENERAL ELECTRIC | 705 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PORTLAND GENERAL ELECTRIC PGE | 707 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PORTLAND GENERAL ELECTRIC PGE | 709 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |

In re: Circuit City Stores, Inc, et al.                                              Fifth Omnibus Objection to 503(b)(9) Claims
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Fifth Omnibus Objection to Non-Goods 530(b)(9) Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| PORTLAND GENERAL ELECTRIC PGE | 708 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| POST & COURIER, THE | 505 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| POST STANDARD, THE | 1198 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| POUGHKEEPSIE JOURNAL | 842 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PRESS ENTERPRISE | 1356 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PUEBLO CHIEFTAIN, THE | 455 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| QORE PROPERTY SCIENCES | 1358 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| RAYMOND OF NEW JERSEY LLC | 1305 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| RECORD JOURNAL | 889 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| RECORD, THE | 1100 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| REGISTER GUARD, THE | 1353 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| REGISTER PAJARONIAN | 481 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| RENO GAZETTE JOURNAL | 1103 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| REPUBLIC THE | 442 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| RETAIL MDS INC | 633 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| RICHLAND, CITY OF | 1139 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| RICHMOND TIMES DISPATCH | 1088 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| RIVERSIDE PUBLIC UTILITIES, CA | 395 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ROCKFORD REGISTER STAR | 1476 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ROCKY MOUNTAIN BATTERY | 793 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| RUSSELLVILLE STEEL CO INC | 249 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SAN FRANCISCO CHRONICLE | 836 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SAN JOSE MERCURY NEWS | 1157 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SANITATION DISTRICT NO 1 | 591 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SANTA BARBARA NEWS PRESS | 677 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SANTA ROSA, CITY OF | 1304 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SAUGUS TOWN CLERK, TOWN OF | 850 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SAVANNAH MORNING NEWS | 1181 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SCHIMENTI CONSTRUCTION CO LLC | 966 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SCRIPPS TREASURER COAST NEWSPAPER | 676 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SEEKONK, TOWN OF | 893 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SENTINEL | 1156 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SEQUIN GAZETTE ENTERPRISE | 494 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SEYMOUR TRIBUNE COMPANY | 1186 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SHOPLOCAL LLC | 1011 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SIGNAL, THE | 1096 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SIGNCO INC | 391 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SIMON ROOFING & SHEET METAL | 1275 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SNAPPING SHOALS EMC | 849 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |

In re: Circuit City Stores, Inc, et al.                                    Fifth Omnibus Objection to 503(b)(9) Claims
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Fifth Omnibus Objection to Non-Goods 530(b)(9) Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| SNYDER PLUMBING CO INC | 566 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SPRINGFIELD UTILITY BOARD | 968 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SPRINGFIELD WATER & SEWER COMMISSION | 723 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ST LOUIS POST DISPATCH | 1042 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ST PETERS, CITY OF | 1060 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| STATE OF FLORIDA DEPT OF BUSINESS & PROF REG | 1232 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| STATESMAN JOURNAL | 615 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| STEUBENVILLE, CITY OF | 883 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SUBURBAN EAST SALEM WATER DIST | 451 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SUBURBAN EAST SALEM WATER DISTRICT | 446 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SUMMIT TOWNSHIP SEWER AUTH | 1190 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SUN GAZETTE CO | 153 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SUN, THE | 1178 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SYMMES TOWNSHIP | 971 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TAMPA TRIBUNE | 146 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TAXTALENT COM | 865 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TEMPLE DAILY TELEGRAM | 638 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TEXAS STORAGE SYSTEMS | 11624 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| THE BUFFALO NEWS A DIVISION OF OBH INC | 226 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| THE DALLAS MORNING NEWS INC | 749 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TIMES LEADER, THE | 688 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TIMES PUBLISHING CO | 869 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TIMES WEST VIRGINIAN | 792 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TIMES WORLD CORPORATION | 1030 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TOLEDO EDISON | 166 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TRIBUNE COMPANY DBA BALTIMORE SUN | 774 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TRIBUNE COMPANY DBA DAILY PRESS | 1172 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TRIBUNE COMPANY DBA NEWSDAY | 772 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TRIBUNE COMPANY DBA ORLANDO SENTINEL | 773 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TRIBUNE COMPANY DBA SUN SENTINEL | 1173 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TUCSON ELECTRIC POWER COMPANY | 1039 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TUCSON ELECTRIC POWER COMPANY | 1040 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TUCSON NEWSPAPERS | 606 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TULSA WORLD | 1419 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TURLOCK IRRIGATION DISTRICT | 1708 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| UNION TRIBUNE PUBLISHING | 1168 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| UNITED ILLUMINATING | 669 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| UNITED ILLUMINATING | 670 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| UNITED ILLUMINATING | 1035 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |

In re: Circuit City Stores, Inc, et al.                                                    Fifth Omnibus Objection to 503(b)(9) Claims
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Fifth Omnibus Objection to Non-Goods 530(b)(9) Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| UNITED ILLUMINATING | 668 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| UNITED POWER | 957 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| UNITIL | 1206 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| US SIGNS INC | 1309 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| VANGUARD STRIPING | 2029 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| VECTOR SECURITY INC | 1148 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| VENTURA COUNTY STAR | 927 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| VERO BEACH, CITY OF | 150 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| VISUAL DEFENCE INC | 786 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WAAY | 1444 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WALNUT VALLEY WATER DISTRICT | 1079 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WATERBURY REPUBLICAN AMERICA | 1179 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WBAL TV11 | 1160 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WBBH | 802 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WBFF | 663 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WBLS FM | 1155 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WBTJ FM | 1008 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WCVB | 1218 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WDCW TV | 978 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WEST JORDAN, CITY OF | 1144 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WHDH TV INC | 759 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WHPT | 586 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WINCHESTER STAR, THE | 803 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WINSTON SALEM JOURNAL | 947 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WJZY TV | 1462 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WKGR FM | 845 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WKYC TV | 815 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WLS TV | 464 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WLVI TV | 736 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WMUR | 1216 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WMYT TV | 1469 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WNUV TV | 1162 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WPIX TV | 1091 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WPIX TV | 11720 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WPLG TV | 1057 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WPMT TV | 672 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WPMT TV | 11816 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WTMX FM | 567 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WTVR FM | 1441 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |

In re: Circuit City Stores, Inc, et al.                                                          Fifth Omnibus Objection to 503(b)(9) Claims
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Fifth Omnibus Objection to Non-Goods 530(b)(9) Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| WTVT TV | 1412 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WTVZ TV | 152 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WWBT INC | 11807 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WYOMING TRIBUNE EAGLE | 1055 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WYOMING, STATE OF | 797 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WZVN | 796 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |

In re: Circuit City Stores, Inc, et al.                     Fourth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| A TO Z COMMERCIAL KITCHEN SVCS<br>1630 ELOY RD<br>GOLDEN VALLEY, AZ 86413 | 604 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 12/04/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| A&E TELEVISION NETWORK<br>ATTN LEGAL DEPARTMENT<br>235 E 45TH ST<br>NEW YORK, NY 10017 | 924 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $970,182.58<br><br>$970,182.58 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| A1 MOWING & SNOW REMOVAL<br>307 RED ROW<br>MARION, IL 62959 | 986 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $4,230.00<br><br>$4,230.00 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| AAA FLOOR CARE INC<br>PO BOX 3021<br>EUSTIS, FL 32727 | 1189 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,032.55<br><br>$1,032.55 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| AC SUPPLY<br>PO BOX 189<br>FRASER, MI 480260189 | 1000 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $113.75<br><br>$113.75 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ACW SWEEPING & CLEANING SVCS<br>PO BOX 1585<br>LANDOVER, MD 20785 | 1268 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,848.00<br><br>$1,848.00 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| AIRE SERV OF SEMINOLE CO<br>PO BOX 680683<br>ORLANDO, FL 32818 | 874 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,134.76<br><br>$2,134.76 | 12/08/2008 | CIRCUIT CITY PROPERTIES, LLC (08-35661) |
| ALBANY TIMES UNION<br>801 TEXAS AVE<br>HOUSTON, TX 77002 | 837 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $32,939.59<br><br>$32,939.59 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                    15th Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ALBEMARLE COUNTY SERVICE AUTHORITY 168 SPOTNAP RD CHARLOTTESVILLE, VA 22911-8690 | 946 | Secured: Priority: 503(b)9: Unsecured: Total: | $236.93 $236.93 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ALLIED BEARINGS SUPPLY CO PO BOX 3263 TULSA, OK 74101 | 645 | Secured: Priority: 503(b)9: Unsecured: Total: | $556.72 $556.72 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ALTOONA CITY AUTHORITY P O BOX 3150 ALTOONA, PA 16603 | 826 | Secured: Priority: 503(b)9: Unsecured: Total: | $147.63 $147.63 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ALTOONA CITY AUTHORITY PO BOX 3150 ALTOONA, PA 16603-3150 | 824 | Secured: Priority: 503(b)9: Unsecured: Total: | $393.96 $393.96 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| AMERICAN WATER SERVICE INC 2415 UNIVERSITY AVE 2ND FL EAST PALO ALTO, CA 94303 | 1287 | Secured: Priority: 503(b)9: Unsecured: Total: | $215.60 $215.60 | 12/18/2008 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| AMERICAN WATER SERVICE INC 2415 UNIVERSITY AVE 2ND FL EAST PALO ALTO, CA 94303 | 1288 | Secured: Priority: 503(b)9: Unsecured: Total: | $215.60 $215.60 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| AMERICAN WATER SERVICE INC 2415 UNIVERSITY AVE 2ND FL EAST PALO ALTO, CA 94303 | 1291 | Secured: Priority: 503(b)9: Unsecured: Total: | $215.60 $215.60 | 12/18/2008 | CIRCUIT CITY STORES PR, LLC (08-35660) |
| AMERICAN WATER SERVICE INC 2415 UNIVERSITY AVE 2ND FL EAST PALO ALTO, CA 94303 | 1289 | Secured: Priority: 503(b)9: Unsecured: Total: | $215.60 $215.60 | 12/18/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    16th Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMERICAN WATER SERVICE INC 2415 UNIVERSITY AVE 2ND FL EAST PALO ALTO, CA 94303 | 1290 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $215.60<br><br>$215.60 | 12/18/2008 | CIRCUIT CITY PROPERTIES, LLC (08-35661) |
| AMERICAN WATER SERVICE, INC 2415 UNIVERSITY AVE 2ND FLOOR EAST PALO ALTO, CA 94303 | 1286 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $215.60<br><br>$215.60 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ANN ARBOR NEWS, THE PO BOX 1147 ANN ARBOR, MI 48106 | 364 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $3,444.53<br><br>$3,444.53 | 11/24/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ARKANSAS DEMOCRAT GAZETTE PO BOX 2221 LITTLE ROCK, AR 72203 | 1045 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $25,368.68<br><br>$25,368.68 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ARNEL COMPRESSOR CO 114 N SUNSET AVE CITY OF INDUSTRY, CA 91744 | 1495 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $327.99<br><br>$327.99 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ATHENS BANNER HERALD PO BOX 1486 AUGUSTA, GA 30903-1486 | 1182 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,211.66<br><br>$2,211.66 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ATSWA 3131 OLD 6TH AVE N DUNCANSVILLE, PA 16635-8013 | 866 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $128.00<br><br>$128.00 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| AUGUSTA CHRONICLE, THE PO BOX 1928 AUGUSTA, GA 30903 | 1184 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $9,694.24<br><br>$9,694.24 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.   17th Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AUSTIN AMERICAN STATESMAN<br>PO BOX 2000<br>AUSTIN, TX 78768-2000 | 1046 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $19,368.51<br>$19,368.51 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| AUTOMATED BUILDING COMPONENTS<br>17680 HANSOM CT<br>SOUTH BEND, IN 466351013 | 1041 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,361.45<br>$1,361.45 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BAGBY ELECTRIC OF VA INC<br>10491 LAKERIDGE PKWY<br>ASHLAND, VA 23005 | 779 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $12,027.24<br>$12,027.24 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BAILIWICK DATA SYSTEMS INC<br>4260 NOREX DR<br>CHASKA, MN 55318 | 1333 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $172,575.41<br>$172,575.41 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BAKERSFIELD CALIFORNIAN<br>ATTN CIRCULATION AR DEPT<br>PO BOX 80967<br>BAKERSFIELD, CA 93380-0967 | 661 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $16,356.91<br>$16,356.91 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BANGOR DAILY NEWS<br>491 MAIN ST<br>BANGOR, ME 04402 | 504 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $11,467.41<br>$11,467.41 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BANGOR WATER DISTRICT<br>PO BOX 1129<br>BANGOR, ME 04402-1129 | 822 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $29.05<br>$29.05 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BENNER MECHANICAL & ELECTRICAL<br>ATTN TED WILLIAMS<br>1760 LAKELAND PARK DR<br>BURLINGTON, KY 41005 | 862 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $15,776.42<br>$15,776.42 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    8th Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BOARD OF WATER AND LIGHT ATTN SCOTT HERZBERG BANKRUPTCY SPECIALIST PO BOX 13007 LANSING, MI 48901-3007 | 851 | Secured: Priority: 503(b)9: Unsecured: Total: | $4,350.83 $4,350.83 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BOOTH NEWSPAPERS INC 155 MICHIGAN ST NW GRAND RAPIDS, MI 49503 | 600 | Secured: Priority: 503(b)9: Unsecured: Total: | $94,698.98 $94,698.98 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BRADENTON HERALD, THE 102 MANATEE AVE W PO BOX 921 BRADENTON, FL 34206-0921 | 884 | Secured: Priority: 503(b)9: Unsecured: Total: | $8,019.41 $8,019.41 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BROADWAY NATIONAL SIGN & LIGHTING ATTN CARL J PAPARELLA VP & GENERAL COUNSEL 2150 FIFTH AVE RONKONKOMA, NY 11779 | 1337 | Secured: Priority: 503(b)9: Unsecured: Total: | $12,261.87 $12,261.87 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BROWNSVILLE PUBLIC UTILITIES BOARD C O MELIDA PINALES COLLECTIONS SUPERVISOR 1425 ROBINDHOOD BLVD BROWNSVILLE, TX 78521 | 1395 | Secured: Priority: 503(b)9: Unsecured: Total: | $2,379.27 $2,379.27 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BURLINGTON FREE PRESS, THE PO BOX 10 BURLINGTON, VT 054020010 | 1012 | Secured: Priority: 503(b)9: Unsecured: Total: | $8,352.01 $8,352.01 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BUSTILLO HERNANDEZ, ROBERTO PO BOX 194145 SAN JUAN, PR 00919-4145 | 998 | Secured: Priority: 503(b)9: Unsecured: Total: | $6,630.00 $6,630.00 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BUTLER PUBLISHING CO INC, TB PO BOX 2030 TYLER, TX 75710 | 257 | Secured: Priority: 503(b)9: Unsecured: Total: | $3,085.20 $3,085.20 | 11/28/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                9th Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CAPITAL GAZETTE NEWSPAPERS<br>PO BOX 911<br>ANNAPOLIS, MD 21404 | 215 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $9,849.42<br>$9,849.42 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CARY, TOWN OF<br>316 N ACADEMY ST<br>REVENUE COLLECTOR<br>CARY, NC 27513 | 654 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $117.38<br>$117.38 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CHARLESTON NEWSPAPERS<br>PO BOX 3942<br>CHARLESTON, WV 25339 | 254 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $12,112.92<br>$12,112.92 | 12/03/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CHARLOTTE COUNTY UTILITIES<br>P O BOX 516000<br>PUNTA GORDA, FL 33951-6000 | 462 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $406.17<br>$406.17 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CHARLOTTE SUN<br>23170 HARBORVIEW RD<br>PORT CHARLOTTE, FL 33980 | 1192 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $10,426.62<br>$10,426.62 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CHATTANOOGA PUBLISHING CO INC<br>PO BOX 190<br>RETAIL ADVERTISING<br>CHATTANOOGA, TN 37401 | 757 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $15,168.96<br>$15,168.96 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CHICAGO TRIBUNE<br>ATTN CAROL LIOTTA<br>435 N MICHIGAN AVE 3RD FL FSC<br>CHICAGO, IL 60611 | 1171 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $243,719.73<br>$243,719.73 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CHRONICLE TELEGRAM, THE<br>PO BOX 4010<br>ELYRIA, OH 44036 | 425 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,055.76<br>$1,055.76 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                    Debtors' Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S  NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY OF AMARILLO, TX<br>P O BOX 100<br>AMARILLO, TX 79105-0100 | 895 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $316.02<br><br>$316.02 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF COON RAPIDS, MN<br>11155 ROBINSON DRIVE<br>COON RAPIDS, MN 55433 | 801 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $100.02<br><br>$100.02 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF CORAL SPRINGS, FL<br>9551 WEST SAMPLE ROAD<br>CORAL SPRINGS, FL 33065 | 1213 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,143.99<br><br>$2,143.99 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF FALLS CHURCH, VA<br>UTILITIES CUST SER DIV<br>300 PARK AVE<br>FALLS CHURCH, VA 22046 | 1361 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $184.94<br><br>$184.94 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF GARLAND UTILITY SERVICES<br>P O BOX 461508<br>GARLAND, TX 75046-1508 | 1006 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $8,440.39<br><br>$8,440.39 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF HICKORY, NC<br>BOX 398<br>HICKORY, NC 28603-0398 | 660 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $49.98<br><br>$49.98 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF MAPLE GROVE MN<br>P O BOX 1180<br>MAPLE GROVE, MN 55311 | 222 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $69.77<br><br>$69.77 | 11/28/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF MONTEBELLO, CA<br>3316 WEST BEVERLY BLVD<br>MONTEBELLO, CA 90640-1537 | 349 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $419.40<br><br>$419.40 | 11/24/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*     "UNL" denotes an unliquidated claim.

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY OF PORTLAND OREGON ATTN DEPUTY CITY ATTORNEY LINDA LAW CITY ATTORNEYS OFFICE 1221 SW 4TH AVE RM 430 PORTLAND, OR 97204 | 1473 | Secured: Priority: 503(b)9: Unsecured: Total: | $772.65 $772.65 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF REDDING, CA P O BOX 496081 REDDING, CA 96049-6081 | 1315 | Secured: Priority: 503(b)9: Unsecured: Total: | $6,839.70 $6,839.70 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF TACOMA DEPT OF PUBLIC UTILITIES PO BOX 11007 TACOMA, WA 98411-0007 | 931 | Secured: Priority: 503(b)9: Unsecured: Total: | $574.11 $574.11 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF VICTORVILLE, CA PO BOX 5001 VICTORVILLE, CA 92393-4999 | 1683 | Secured: Priority: 503(b)9: Unsecured: Total: | $529.71 $529.71 | 12/10/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| CITY OF WEBSTER, TX MIKE RODGERS 101 PENNSYLVANIA WEBSTER, TX 77598 | 637 | Secured: Priority: 503(b)9: Unsecured: Total: | $148.86 $148.86 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY UTILITIES FORT WAYNE, IN P O BOX 2269 FORT WAYNE, IN 46801-2269 | 252 | Secured: Priority: 503(b)9: Unsecured: Total: | $123.85 $123.85 | 12/03/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITYSEARCH 8833 SUNSET BLVD WEST HOLLYWOOD, CA 90069 | 687 | Secured: Priority: 503(b)9: Unsecured: Total: | $75,000.00 $75,000.00 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CLACKAMAS RIVER WATER P O BOX 2439 CLACKAMAS, OR 97015-2439 | 1684 | Secured: Priority: 503(b)9: Unsecured: Total: | $301.04 $301.04 | 12/05/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    22nd Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

**EXHIBIT C - Non-Goods 503(b)(9) CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CLARKSVILLE DEPARTMENT OF ELECTRICITY<br>P O BOX 31509<br>CLARKSVILLE, TN 37040-0026 | 1269 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,969.99<br>$2,969.99 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COAST NEWS GROUP<br>828 N COAST HWY 101<br>STE C<br>ENCINITAS, CA 92024 | 541 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $806.19<br>$806.19 | 11/26/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COLLECTIVE MEDIA<br>254 W 31ST ST<br>12TH FL<br>NEW YORK, NY 10001 | 1699 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $55,306.72<br>$55,306.72 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COLORADO SPRINGS, CITY OF<br>STORMWATER ENTERPRISE<br>PO BOX 173385<br>DENVER, CO 80217-3385 | 982 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,035.00<br>$1,035.00 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COLUMBIAN, THE<br>PO BOX 180<br>VANCOUVER, WA 986660180 | 1142 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $14,995.50<br>$14,995.50 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COLUMBUS WATER WORKS<br>PO BOX 1600<br>COLUMBUS, GA 319021600 | 577 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $45.37<br>$45.37 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COMPETITIVE MEDIA REPORTING<br>100 PARK AVE 4TH FL<br>NEW YORK, NY 10017 | 1869 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $8,468.75<br>$8,468.75 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COMPETITIVE MEDIA REPORTING<br>PO BOX 7247 9301<br>PHILADELPHIA, PA 19170-9301 | 844 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $8,468.75<br>$8,468.75 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    33rd Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| COMPETITRACK INC<br>PO BOX 826209<br>PHILADELPHIA, PA 19182-6209 | 1176 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$2,000.00<br><br>$2,000.00 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CONCORD MONITOR<br>PO BOX 1177<br>CONCORD, NH 033021177 | 948 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$3,173.58<br><br>$3,173.58 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CONCORD, CITY OF<br>41 GREEN ST CITY HALL<br>ACCOUNTS PAYABLE<br>COLLECTIONS<br>CONCORD, NH 03301 | 1241 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$1,267.32<br><br>$1,267.32 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CONNEXUS ENERGY<br>PO BOX 1808<br>MINNEAPOLIS, MN 55480 | 1061 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$11,359.13<br><br>$11,359.13 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CONSTRUCT INC<br>1195A ROCHESTER RD<br>TROY, MI 48083 | 967 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$3,000.00<br><br>$3,000.00 | 12/19/2008 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| CONTRA COSTA TIMES INC<br>PO BOX 8217<br>LOS ANGELES, CA 90084-8217 | 870 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$20,065.06<br><br>$20,065.06 | 12/02/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CORAL SPRINGS, CITY OF<br>9551 W SAMPLE RD<br>CORAL SPRINGS, FL 33065 | 1375 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$2,196.25<br><br>$2,196.25 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CROMER EQUIPMENT CO<br>PO BOX 14338<br>OAKLAND, CA 94614-2388 | 868 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$9,626.63<br><br>$9,626.63 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                    Debtors' Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DAILY JOURNAL<br>PO BOX 909<br>TUPELO, MS 38802 | 496 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,004.72<br><br>$2,004.72 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DAILY NEWS<br>ATTN CINDY WOLFE<br>PO BOX 6151<br>COVINA, CA 91722 | 679 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $135,552.43<br><br>$135,552.43 | 12/09/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| DAILY NEWS RECORD<br>PO BOX 193<br>HARRISONBURG, VA 22801 | 685 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $7,670.72<br><br>$7,670.72 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DAILY NEXUS<br>PO BOX 13402 UCEN<br>SANTA BARBARA, CA 93107 | 684 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $260.40<br><br>$260.40 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DAILY PRESS<br>13891 PARK AVE PO BOX 1389<br>VICTORVILLE, CA 923931389 | 1355 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $7,170.61<br><br>$7,170.61 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DAILY PROGRESS, THE<br>PO BOX 25819<br>RICHMOND, VA 23260-5819 | 1187 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $16,323.45<br><br>$16,323.45 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DAILY REPUBLIC, THE<br>PO BOX 47<br>FAIRFIELD, CA 94533 | 799 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,441.22<br><br>$2,441.22 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DAKOTA ELECTRIC ASSOCIATION<br>4300 220TH STREET WEST<br>FARMINGTON, MN 55024 | 858 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $11,803.88<br><br>$11,803.88 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DAKOTA ELECTRIC ASSOCIATION<br>P O BOX 64427<br>ST PAUL, MN 55164-0427 | 413 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $11,803.88<br>$11,803.88 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DATABASE GROUP, THE<br>ATTN MITCHEL DARROW TREA<br>625 SECOND ST STE 107<br>PETALUMA, CA 94952 | 396 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $4,600.00<br>$4,600.00 | 12/02/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DAYTON DAILY NEWS<br>PO BOX 2805<br>DAYTON, OH 45401 | 1377 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $16,479.70<br>$16,479.70 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DAYTON POWER & LIGHT<br>PO BOX 1247<br>DAYTON, OH 45401-1247 | 923 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $9,349.84<br>$9,349.84 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DENTON PUBLISHING COMPANY<br>314 E HICKORY ST<br>PO BOX 369<br>DENTON, TX 76202 | 1414 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $4,068.12<br>$4,068.12 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DENVER NEWSPAPER AGENCY<br>101 W COLFAX AVE<br>DENVER, CO 80202 | 791 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $201,843.34<br>$201,843.34 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DOTHAN UTILITIES<br>P O BOX 6728<br>DOTHAN, AL 36302-6728 | 1197 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $9,030.02<br>$9,030.02 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DUBMAX<br>5933 BELAIR RD<br>BALTIMORE, MD 21206 | 665 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,402.35<br>$1,402.35 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    36th Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| EL MENSAJERO NEWSPAPERS LLC<br>333 VALENCIA ST STE 410<br>SAN FRANCISCO, CA 94103 | 596 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $5,877.84<br><br>$5,877.84 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ELECTRIC CITY UTILITIES/CITY OF ANDERSON<br>601 SOUTH MAIN ST<br>ANDERSON, SC 29624 | 592 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $205.54<br><br>$205.54 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ELITE 1 ELECTRIC INC<br>11324 JOHNSTOWN RD<br>NEW ALBANY, OH 43054 | 656 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $500.00<br><br>$500.00 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| EMERALD LANDSCAPE<br>2265 RESEARCH DR<br>LIVERMORE, CA 94550 | 540 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,950.00<br><br>$1,950.00 | 11/26/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ENTERPRISE RECORD<br>PO BOX 9<br>CHICO, CA 95927-0009 | 853 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $8,574.08<br><br>$8,574.08 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ENTERTAINMENT PUBLICATIONS LLC<br>GIVEN KOEHLER<br>1414 E MAPLE RD STE 500<br>TROY, MI 48083-4019 | 11697 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $23,541.96<br><br>$23,541.96 | 03/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ERIE TIMES NEWS<br>205 WEST 12TH ST<br>ATTN FINANCE<br>ERIE, PA 16534001 | 1381 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $8,195.13<br><br>$8,195.13 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| EURO RSCG CHICAGO<br>36 E GRAND AVE<br>CHICAGO, IL 60611 | 1299 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $429,169.87<br><br>$429,169.87 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.   57th Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| EVENING POST PUBLISHING COMPANY DBA THE POST AND COURIER WILLIAM H SCHWARZSCHILD III AND W ALEXANDER BURNETT WILLIAMS MULLEN 2 JAMES CENTER 17TH FL 1021 EAST CARY ST PO BOX 1320 RICHMOND, VA 23218-1320 | 11804 | Secured: Priority: 503(b)9: Unsecured: Total: | $41,652.18 $41,652.18 | 03/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| EVENING TELEGRAM, THE PO DRAWER 1080 ROCKY MOUNT, NC 27802 | 641 | Secured: Priority: 503(b)9: Unsecured: Total: | $4,653.52 $4,653.52 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| EXPONENT & TELEGRAM PO BOX 2000 CLARKSBURG, WV 26302 | 450 | Secured: Priority: 503(b)9: Unsecured: Total: | $2,771.18 $2,771.18 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| EXPRESS NEWS 801 TEXAS AVE HOUSTON, TX 77002 | 835 | Secured: Priority: 503(b)9: Unsecured: Total: | $50,058.09 $50,058.09 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| FAUSNIGHT STRIPE AND LINE INC 910 CHARLES ST LONGWOOD, FL 32750 | 1228 | Secured: Priority: 503(b)9: Unsecured: Total: | $3,850.00 $3,850.00 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| FAYETTEVILLE PUBLISHING CO PO BOX 1887 FAYETTEVILLE, NC 28302 | 381 | Secured: Priority: 503(b)9: Unsecured: Total: | $13,794.00 $13,794.00 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| FLORIDA TIMES UNION, THE PO BOX 1486 AUGUSTA, GA 30903-1486 | 1074 | Secured: Priority: 503(b)9: Unsecured: Total: | $23,630.52 $23,630.52 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    38th Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FLOYD & SONS INC<br>9848 DECOURSEY PIKE<br>RYLAND HEIGHTS, KY 41015 | 546 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $28,331.94<br>$28,331.94 | 11/26/2008 | CIRCUIT CITY PROPERTIES, LLC (08-35661) |
| FORT COLLINS, CITY OF<br>PO BOX 580<br>FORT COLLINS, CO 80522580 | 859 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $5,636.33<br>$5,636.33 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| FORT WAYNE NEWSPAPERS<br>600 W MAIN ST<br>FORT WAYNE, IN 468010100 | 703 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $11,681.34<br>$11,681.34 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| FORTE COMMERCIAL SERVICES LLC DBA LONE STAR FLOORS<br>720 AVE F STE 105<br>PLANO, TX 75074 | 1437 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,480.00<br>$2,480.00 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| FOSTERS DAILY DEMOCRAT<br>PO BOX 1109<br>DOVER, NH 03820 | 991 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,871.10<br>$1,871.10 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| FS COMMERCIAL LANDSCAPE INC<br>5151 PEDLEY RD<br>RIVERSIDE, CA 92509 | 498 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,099.15<br>$2,099.15 | 12/01/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| FUEL CREATIVE INC<br>15 S 23RD ST<br>RICHMOND, VA 23223 | 1133 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $45,777.30<br>$45,777.30 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| FULLERTON, CITY OF<br>303 WEST COMMONWEALTH AVENUE<br>FULLERTON, CA 92832-1775 | 1388 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $93.11<br>$93.11 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.     Ninth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FULLERTON, CITY OF<br>303 WEST COMMONWEALTH AVENUE<br>FULLERTON, CA 92832-1775 | 1387 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $25.48<br><br>$25.48 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| G & W SERVICE CO LP<br>GEORGETTE TREECE TREASURER<br>2503 CAPITOL AVE<br>HOUSTON, TX 77003-3203 | 11556 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $15,325.38<br><br>$15,325.38 | 02/25/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| G & W SERVICE CO LP<br>GEORGETTE TREECE TREASURER<br>2503 CAPITOL AVE<br>HOUSTON, TX 77003-3203 | 11769 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $15,325.38<br><br>$15,325.38 | 03/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| G & W SERVICE CO LP<br>GEORGETTE TREECE TREASURER<br>2503 CAPITOL AVE<br>HOUSTON, TX 77003-3203 | 1332 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $31,084.26<br><br>$31,084.26 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GANNETT CENTRAL NEW YORK NEWS<br>PO BOX 1270<br>BINGHAMTON, NY 13902-1270 | 1089 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $33,180.62<br><br>$33,180.62 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GAZETTE NEWSPAPERS<br>PO BOX 17306<br>BALTIMORE, MD 21297 | 800 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $753.82<br><br>$753.82 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GAZETTE NEWSPAPERS, THE<br>PO BOX 1090<br>2345 MAXON RD EXT<br>SCHENECTADY, NY 12301-1090 | 1159 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $3,586.32<br><br>$3,586.32 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GAZETTE TELEGRAPH<br>LEDGER ADVERTISING BILLING<br>PO BOX 1779<br>COLORADO SPRGS, CO 80901-1779 | 1150 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $26,571.54<br><br>$26,571.54 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    10th Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GORDON PAINTING CO INC<br>13755 STOCKTON AVENUE<br>CHINO, CA 91710 | 552 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $28,021.00<br>$28,021.00 | 11/26/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GORILLA NATION MEDIA<br>5140 W GOLDLEAF CIRCLE<br>SUITE 300<br>LOS ANGELES, CA 90056 | 811 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $24,789.93<br>$24,789.93 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GRAND RAPIDS PRESS<br>155 MIGHIGAN NW<br>C/O ROBIN MALLORY<br>GRAND RAPIDS, MI 49503 | 590 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $11,371.33<br>$11,371.33 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GRANITE TELECOMMUNICATIONS<br>PO BOX 1405<br>LEWISTON, ME 04243-1405 | 1098 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $9,920.93<br>$9,920.93 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GRAPHIC COMMUNICATIONS<br>PO BOX 933233<br>ATLANTA, GA 31193-3233 | 1053 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $175,195.74<br>$175,195.74 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GREATER DETROIT NEWSPAPER<br>SHARED SERVICES LLC ACCT REC<br>1115 EAST WHITCOMB AVE<br>MADISON HEIGHTS, MI 48071 | 674 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $15,509.85<br>$15,509.85 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GREEN MOUNTAIN POWER GMP<br>P O BOX 1915<br>BRATTLEBORO, VT 05302-1915 | 820 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $7,196.48<br>$7,196.48 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GREENE COUNTY SANAITARY DEPT<br>667 DAYTON XENIA RD<br>XENIA, OH 45385-2665 | 1214 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $167.29<br>$167.29 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    51st Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GREENWICH, TOWNSHIP OF 321 GREENWICH ST STEWARTSVILLE, NJ 08886 | 1410 | Secured: Priority: 503(b)9: Unsecured: Total: | $243.70 $243.70 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| HARRISONBURG ELECTRIC COMMISSI 89 W BRUCE STREET HARRISONBURG, VA 22801 | 445 | Secured: Priority: 503(b)9: Unsecured: Total: | $6,125.31 $6,125.31 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| HARTFORD COURANT, THE 285 BROAD ST DEPT 80320 HARTFORD, CT 06115 | 475 | Secured: Priority: 503(b)9: Unsecured: Total: | $30,842.16 $30,842.16 | 12/03/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| HD SPORTS GUIDE COM 612 MEADOWRIDGE RD BALTIMORE, MD 21204 | 810 | Secured: Priority: 503(b)9: Unsecured: Total: | $4,000.00 $4,000.00 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| HELIX WATER DISTRICT 7811 UNIVERSITY AVENUE LA MESA, CA 91941-4927 | 1271 | Secured: Priority: 503(b)9: Unsecured: Total: | $385.74 $385.74 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| HERALD DISPATCH PO BOX 2017 HUNTINGTON, WV 25720 | 605 | Secured: Priority: 503(b)9: Unsecured: Total: | $7,573.88 $7,573.88 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| HERALD MAIL CO 100 SUMMIT AVE HAGERSTOWN, MD 21740 | 717 | Secured: Priority: 503(b)9: Unsecured: Total: | $9,909.74 $9,909.74 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| HERALD, THE ATTN CREDIT MANAGER PO BOX 930 EVERETT, WA 98206-0930 | 469 | Secured: Priority: 503(b)9: Unsecured: Total: | $5,954.86 $5,954.86 | 12/01/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                     Twenty-Ninth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HICKORY, CITY OF<br>76 NORTH CENTER ST NE<br>HICKORY, NC 28601 | 659 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $189.31<br>$189.31 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| HUNTSVILLE TIMES, THE<br>PO BOX 7069 W S<br>HUNTSVILLE, AL 35807 | 616 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $20,827.70<br>$20,827.70 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| IDAHO STATESMAN, THE<br>PO BOX 40<br>BOISE, ID 83707 | 653 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $22,407.96<br>$22,407.96 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ILLUMINATING CO, THE<br>6896 MILLER RD<br>BRECKSVILLE, OH 44141 | 167 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $15,861.41<br>$15,861.41 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| IMPACT INSTALLATIONS INC<br>10091 STREETER RD<br>STE 2<br>AUBURN, CA 95602 | 422 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $300,827.71<br>$300,827.71 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| INDURON PROTECTIVE COATINGS<br>PO BOX 2371<br>BIRMINGHAM, AL 35201-2371 | 179 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,047.72<br>$2,047.72 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JAMES RIVER GROUNDS MGMT INC<br>11008 WASHINGTON HWY<br>GLEN ALLEN, VA 23059 | 1390 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $4,487.43<br>$4,487.43 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JAMES RIVER IRRIGATION INC<br>2501 GRENOBLE RD<br>RICHMOND, VA 23294 | 1383 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,119.48<br>$1,119.48 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Sixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JANIS, ROSE ANN<br>5005 AMBERWOOD DR<br>GLEN ALLEN, VA 23059 | 882 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,200.00<br>$1,200.00 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JOHNSON CITY PRESS<br>PO BOX 1717<br>JOHNSON CITY, TN 37605 | 1034 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,489.14<br>$2,489.14 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JONESBORO SUN, THE<br>PO BOX 1249<br>JONESBORO, AR 72403 | 1406 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $4,121.28<br>$4,121.28 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JOURNAL & COURIER<br>217 N 6TH ST<br>LAFAYETTE, IN 47901-1448 | 471 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $6,249.52<br>$6,249.52 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JOURNAL NEWS<br>PO BOX 298<br>HAMILTON, OH 45012 | 1378 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $3,335.12<br>$3,335.12 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JOURNAL PUBLISHING CO INC, THE<br>207 W KING ST<br>MARTINSBURG, WV 25401 | 583 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $5,185.21<br>$5,185.21 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JR HEINEMAN & SONS INC<br>3562 RIDGECREST DR<br>MIDLAND, MI 48642 | 626 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $500.00<br>$500.00 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| KCAL TV<br>PO BOX 100951<br>PASADENA, CA 91189-0951 | 585 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $50,065.00<br>$50,065.00 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Sixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| KCPQ TV<br>FILE 30697<br>PO BOX 60000<br>SAN FRANCISCO, CA 94160 | 1002 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $9,902.50<br><br>$9,902.50 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| KCPQ TV<br>VICKI MORIN<br>1813 WESTLAKE AVE N<br>SEATTLE, WA 98109 | 11699 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $37,200.25<br><br>$37,200.25 | 03/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KDAF CW33<br>8001 JOHN CARPENTER FWY<br>DALLAS, TX 75247 | 1048 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $29,826.50<br><br>$29,826.50 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| KEENE SENTINEL, THE<br>PO BOX 546<br>KEENE, NH 03431-0546 | 495 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,079.82<br><br>$1,079.82 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| KFMB TV<br>PO BOX 85888<br>SAN DIEGO, CA 921865888 | 1219 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $13,387.50<br><br>$13,387.50 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| KICU TV<br>2102 COMMERCE DRIVE<br>SAN JOSE, CA 951311804 | 962 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $5,975.50<br><br>$5,975.50 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| KILLEEN DAILY HERALD<br>PO BOX 1300<br>KILLEEN, TX 76540 | 458 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $6,391.74<br><br>$6,391.74 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| KIRO TV<br>PO BOX 34936<br>DEPT 4171<br>SEATTLE, WA 98124 | 951 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,806.25<br><br>$1,806.25 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| KMGH TV<br>PO BOX 30509<br>LOS ANGELES, CA 90030-0509 | 460 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $4,228.75<br><br>$4,228.75 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| KRCW TV<br>ATTN VICKI MORIN<br>1813 WESTLAKE AVE N<br>SEATTLE, WA 98109 | 11718 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $7,152.75<br><br>$7,152.75 | 03/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KRCW TV<br>FILE 30691<br>PO BOX 60000<br>SAN FRANCISCO, CA 94160 | 1001 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $3,723.00<br><br>$3,723.00 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| KRIV TV<br>PO BOX 22810<br>HOUSTON, TX 77227 | 1422 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $26,690.00<br><br>$26,690.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| KRON TV<br>PO BOX 601703<br>CHARLOTTE, NC 28260-1703 | 1170 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $14,305.50<br><br>$14,305.50 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| KTLA INC<br>DEPT 11155<br>LOS ANGELES, CA 90074-1155 | 489 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $35,870.00<br><br>$35,870.00 | 11/24/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| KTRK TV<br>PO BOX 844493<br>DALLAS, TX 75284-4493 | 1141 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $21,139.50<br><br>$21,139.50 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| KTVU TV<br>PO BOX 45558<br>SAN FRANCISCO, CA 94145 | 1397 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $66,130.00<br><br>$66,130.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                 Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| KTXH TV<br>4738 COLLECTION CTR DR<br>CHICAGO, IL 60693 | 1318 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $3,825.00<br>$3,825.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| KUSI TV<br>ATTN SUZANNE APPLEMAN<br>PO BOX 719051<br>SAN DIEGO, CA 92171-9051 | 956 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $8,967.50<br>$8,967.50 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LAKE COUNTY<br>PO BOX 327<br>TAX COLLECTOR BOB MCKEE<br>TAVARES, FL 32778-0327 | 11767 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $9,894.33<br>$9,894.33 | 03/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LCEC LEE COUNTY ELECTRIC COOPERATIVE<br>PO BOX 31477<br>TAMPA, FL 33631-3477 | 886 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $5,600.17<br>$5,600.17 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LEAF<br>PO BOX 56<br>MOBERLY, MO 65270 | 629 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,741.52<br>$1,741.52 | 12/03/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LINCOLN JOURNAL STAR<br>926 P ST<br>LINCOLN, NE 685010528 | 1456 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $11,953.14<br>$11,953.14 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LIVERMORE, CITY OF<br>ATTN CITY ATTORNEYS OFFICE<br>1052 S LIVERMORE AVE<br>LIVERMORE, CA 94550-4899 | 917 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $440.95<br>$440.95 | 12/19/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| LONGVIEW NEWS JOURNAL<br>PO BOX 1792<br>LONGVIEW, TX 75606 | 1073 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $7,019.56<br>$7,019.56 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Seventh Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LOS ANGELES CO WATERWORKS<br>260 E AVE K8<br>LANCASTER, CA 93535 | 143 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$117.66<br><br>$117.66 | 11/28/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LOWELL SUN, THE<br>PO BOX 1477<br>LOWELL, MA 01853 | 823 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$12,066.65<br><br>$12,066.65 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LUBBOCK AVALANCHE JOURNAL<br>PO BOX 491<br>LUBBOCK, TX 79408-0491 | 894 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$12,013.02<br><br>$12,013.02 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| M A D EXTERMINATORS INC<br>78 S TROOPER ROAD<br>NORRISTOWN, PA 19403 | 852 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$84.80<br><br>$84.80 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MADISON NEWSPAPER<br>PO BOX 8759<br>MADISON, WI 53708 | 502 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$27,741.48<br><br>$27,741.48 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MAGNUS MAGNUSSON INC<br>15 CLUB RD<br>PORT JEFFERSON, NY 11777 | 760 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$86,268.33<br><br>$86,268.33 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MARTIN COUNTY UTILITIES<br>P O BOX 9000<br>STUART, FL 34995-9000 | 1087 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$385.84<br><br>$385.84 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MCCALL HANDLING CO<br>8801 WISE AVE STE 200<br>BALTIMORE, MD 21222 | 646 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$13,899.82<br><br>$13,899.82 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                                   68th Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MCKEE, BOB<br>PO BOX 327<br>LAKE COUNTY TAX COLLECTOR<br>TAVARES, FL 32778-0327 | 11768 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $46,603.17<br>$46,603.17 | 03/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MEDIA GENERAL ALABAMA<br>PO BOX 25818<br>RICHMOND, VA 23260-5818 | 1070 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $9,013.08<br>$9,013.08 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MEDIA GENERAL INC<br>PO BOX 188<br>NC COMMUNITY NEWSPAPERS<br>HICKORY, NC 28603 | 1135 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $8,915.91<br>$8,915.91 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MERCURY, THE<br>24 N HANOVER STREET<br>POTTSTOWN, PA 19464 | 554 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $4,484.52<br>$4,484.52 | 11/28/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MERRIMACK VALLEY CORP<br>20 AEGEAN DR<br>UNIT 11<br>METHUEN, MA 01844 | 463 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,392.00<br>$1,392.00 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MIDAMERICAN ENERGY COMPANY<br>PO BOX 8020<br>DAVENPORT, IA 52808-8020 | 1245 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $96,755.49<br>$96,755.49 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MIDLAND, CITY OF<br>RECORDS DIVISION<br>601 N LORAINE<br>MIDLAND, TX 79701 | 825 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $200.00<br>$200.00 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MILWAUKEE PRESSURE WASH<br>PO BOX 170036<br>MILWAUKEE, WI 53217 | 1276 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,999.99<br>$2,999.99 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.       Debtors' Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MINER FLEET MANAGEMENT GROUP<br>111 W SAN ANTONIO<br>STE 200<br>NEW BRAUNFELS, TX 78130 | 1094 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $71,337.53<br>$71,337.53 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MOBILE AREA WATER & SEWER SYSTEM MAWSS<br>C T CAIN<br>P O BOX 2368<br>MOBILE, AL 36652 | 507 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $217.06<br>$217.06 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MONTGOMERY TOWNSHIP MUNICIPAL<br>1001 STUMP RD<br>MONTGOMERYVILLE, PA 189369605 | 1163 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $97.16<br>$97.16 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MONTGOMERY TOWNSHIP MUNICIPAL<br>SEWER AUTHORITY<br>1001 STUMP RD<br>MONTGOMERYVILLE, PA 18936-9605 | 1164 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $73.37<br>$73.37 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MUSKEGON CHRONICLE<br>PO BOX 59<br>MUSKEGON, MI 49443 | 589 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,618.76<br>$2,618.76 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NATICK, TOWN OF<br>PO BOX 646<br>TOWN COLLECTOR<br>NATICK, MA 01760 | 1151 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $354.56<br>$354.56 | 11/26/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NEWS & RECORD<br>PO BOX 20848<br>GREENSBORO, NC 27420 | 601 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $32,292.27<br>$32,292.27 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NEWSPAPER AGENCY CORPORATION<br>PO BOX 704005<br>WEST VALLEY CTY, UT 84170-4005 | 892 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $22,941.51<br>$22,941.51 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NORTH COUNTY TIMES<br>207 E PENNSYLVANIA AVENUE<br>ESCONDIDO, CA 92025 | 1174 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $22,859.52<br>$22,859.52 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NORTH WALES WATER AUTHORITY<br>200 W WALNUT ST PO BOX 1339<br>NORTH WALES, PA 19454-0339 | 449 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $395.00<br>$395.00 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NORTHWEST ARKANSAS DEMOCRAT<br>PO BOX 1607<br>BUSINESS OFFICE RETAIL DISPLAY<br>FAYETTEVILLE, AR 72702 | 237 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $760.16<br>$760.16 | 11/28/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| OAHU AIR CONDITIONING SERVICE<br>938 KOHOU STREET<br>PO BOX 17010<br>HONOLULU, HI 96817 | 1346 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $77,128.00<br>$77,128.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| OG&E<br>PO BOX 26040<br>OKLAHOMA CITY, OK 73126-0040 | 1080 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $29,898.16<br>$29,898.16 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| OHIO EDISON<br>BANKRUPTCY DEPT RM 204<br>6896 MILLER RD<br>BRECKSVILLE, OH 44141 | 168 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $13,821.94<br>$13,821.94 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| OMEGA WASTE MANAGEMENT INC<br>PO BOX 495<br>CORNING, CA 96021 | 1392 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $47,266.20<br>$47,266.20 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| OREGONIAN PUBLISHING CO, THE<br>PO BOX 4221<br>PORTLAND, OR 97208-4221 | 840 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $74,689.59<br>$74,689.59 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                    31st Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ORTHODONTIC CENTERS OF VIRGINIA INC ATTN REAL ESTATE DEPT 3850 NORTH CAUSEWAY BLVD STE 800 METAIRIE, LA 70002 | 11587 | Secured: Priority: 503(b)9: Unsecured: Total: | $4,001.58 $4,001.58 | 03/11/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ORTHODONTIC CENTERS OF VIRGINIA INC ATTN REAL ESTATE DEPT 3850 NORTH CAUSEWAY BLVD STE 800 METAIRIE, LA 70002 | 11579 | Secured: Priority: 503(b)9: Unsecured: Total: | $4,711.37 $4,711.37 | 03/11/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| OVERHEAD DOOR PORTLAND 10 LIBERTY DR LONDONDERRY, NH 03053 | 617 | Secured: Priority: 503(b)9: Unsecured: Total: | $359.00 $359.00 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PADDOCK PUBLICATIONS INC PADDOCK PUBLICATIONS ARLINGTON HTS, IL 60006 | 725 | Secured: Priority: 503(b)9: Unsecured: Total: | $30,090.88 $30,090.88 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PARAGOULD DAILY PRESS 1401 WEST HUNT ST PO BOX 38 PARAGOULD, AR 72450 | 1407 | Secured: Priority: 503(b)9: Unsecured: Total: | $612.72 $612.72 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PATRIOT NEWS 812 MARKET STREET HARRISBURG, PA 17105 | 871 | Secured: Priority: 503(b)9: Unsecured: Total: | $37,645.61 $37,645.61 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PEDERNALES ELECTRIC COOPERATIVE, INC P O BOX 1 JOHNSON CITY, TX 78636-0001 | 1062 | Secured: Priority: 503(b)9: Unsecured: Total: | $5,135.84 $5,135.84 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PENNICHUCK WATER WORKS INC 25 MANCHESTER ST P O BOX 1947 MERRIMACK, NH 03054-1947 | 570 | Secured: Priority: 503(b)9: Unsecured: Total: | $122.27 $122.27 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.       12th Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PENNICHUCK WATER WORKS INC<br>P O BOX 1947<br>MERRIMACK, NH 03054-1947 | 151 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $69.39<br>$69.39 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PENNICHUCK WATER WORKS, INC<br>PO BOX 1947<br>MERRIMACK, NH 03054-1947 | 569 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $67.48<br>$67.48 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PICAYUNE ITEM<br>PO BOX 580<br>PICAYUNE, MS 39466 | 1363 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $454.96<br>$454.96 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PINELLAS COUNTY, FL UTILITIES<br>P O BOX 1780<br>CLEARWATER, FL 33757-1780 | 1158 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $59.20<br>$59.20 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PITTSBURGH POST GAZETTE<br>BOX 400536<br>PITTSBURGH, PA 15268-0536 | 1263 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $29,375.16<br>$29,375.16 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PORTLAND GENERAL ELECTRIC<br>PORTLAND GENERAL ELECTRIC<br>PGE<br>7800 SW MOHAWK ST<br>TUALATIN, OR 97062 | 706 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $3,463.03<br>$3,463.03 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PORTLAND GENERAL ELECTRIC<br>PORTLAND GENERAL ELECTRIC<br>PGE<br>7800 SW MOHAWK ST<br>TUALATIN, OR 97062 | 705 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $4,473.58<br>$4,473.58 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PORTLAND GENERAL ELECTRIC<br>PGE<br>7800 SW MOHAWK ST<br>TUALATIN, OR 97062 | 708 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $4,114.20<br>$4,114.20 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                    Debtors' Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PORTLAND GENERAL ELECTRIC PGE 7800 SW MOHAWK ST TUALATIN, OR 97062 | 707 | Secured: Priority: 503(b)9: Unsecured: Total: | $577.92 $577.92 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PORTLAND GENERAL ELECTRIC PGE 7800 SW MOHAWK ST TUALATIN, OR 97062 | 709 | Secured: Priority: 503(b)9: Unsecured: Total: | $1,514.97 $1,514.97 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| POST & COURIER, THE 134 COLUMBUS ST CHARLESTON, SC 29403-4800 | 505 | Secured: Priority: 503(b)9: Unsecured: Total: | $31,389.78 $31,389.78 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| POST STANDARD, THE PO BOX 4915 SYRACUSE, NY 13221 | 1198 | Secured: Priority: 503(b)9: Unsecured: Total: | $32,568.34 $32,568.34 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| POUGHKEEPSIE JOURNAL PO BOX 1231 POUGHKEEPSIE, NY 12602-1231 | 842 | Secured: Priority: 503(b)9: Unsecured: Total: | $10,001.51 $10,001.51 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PRESS ENTERPRISE C O BADGER LAW OFFICE THE PRESS ENTERPRISE COMPANY 5005 LA MART DR STE 101 RIVERSIDE, CA 92507 | 1356 | Secured: Priority: 503(b)9: Unsecured: Total: | $39,988.30 $39,988.30 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PUEBLO CHIEFTAIN, THE PO BOX 4040 PUEBLO, CO 81003 | 455 | Secured: Priority: 503(b)9: Unsecured: Total: | $5,589.78 $5,589.78 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| QORE PROPERTY SCIENCES 11420 JOHNS CREEK PARKWAY DULUTH, GA 30097 | 1358 | Secured: Priority: 503(b)9: Unsecured: Total: | $4,490.00 $4,490.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RAYMOND OF NEW JERSEY LLC<br>1000 BRIGHTON ST<br>UNION, NJ 07083 | 1305 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $220.96<br><br>$220.96 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| RECORD JOURNAL<br>PO BOX 968<br>WALLINGFORD, CT 06492-0968 | 889 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $4,609.32<br><br>$4,609.32 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| RECORD, THE<br>PO BOX 989<br>STOCKTON, CA 952010989 | 1100 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $16,343.71<br><br>$16,343.71 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| REGISTER GUARD, THE<br>PO BOX 10188<br>EUGENE, OR 97440-2188 | 1353 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $9,023.81<br><br>$9,023.81 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| REGISTER PAJARONIAN<br>100 WESTRIDGE DR<br>WATSONVILLE, CA 95076 | 481 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,294.79<br><br>$1,294.79 | 12/03/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| RENO GAZETTE JOURNAL<br>ATTN CREDIT MANAGER<br>PO BOX 22000<br>RENO, NV 89520 | 1103 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $13,294.70<br><br>$13,294.70 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| REPUBLIC THE<br>PO BOX 3011<br>COLUMBUS, IN 47202-3011 | 442 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $6,610.50<br><br>$6,610.50 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| RETAIL MDS INC<br>2909 SUNSET AVE<br>EAST NORRITON, PA 19403 | 633 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $43,173.80<br><br>$43,173.80 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Fifth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RICHLAND, CITY OF<br>PO BOX 190<br>RICHLAND, WA 99352 | 1139 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,762.20<br><br>$1,762.20 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| RICHMOND TIMES DISPATCH<br>PO BOX 27775<br>RICHMOND, VA 23261-7775 | 1088 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $82,962.51<br><br>$82,962.51 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR IMPRESSIONS MARKETING GROUP<br>RIVERSIDE CLAIMS LLC<br>PO BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10024 | 860 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $61,457.02<br><br>$61,457.02 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| RIVERSIDE PUBLIC UTILITIES, CA<br>3900 MAIN STREET<br>RIVERSIDE, CA 92522-0144 | 395 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 12/02/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| ROCKFORD REGISTER STAR<br>PO BOX 439<br>ROCKFORD, IL 61105 | 1476 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $16,681.76<br><br>$16,681.76 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROCKY MOUNTAIN BATTERY<br>PO BOX 173796 DEPT FM<br>DENVER, CO 80217-3796 | 793 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $449.98<br><br>$449.98 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| RUSSELLVILLE STEEL CO INC<br>ATTN TRISH HENRY GEN COUNSEL<br>PO BOX 1538<br>RUSSELLVILLE, AR 72811 | 249 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $6,953.00<br><br>$6,953.00 | 12/03/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    76th Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SAN FRANCISCO CHRONICLE<br>801 TEXAS AVE<br>HOUSTON, TX 77002 | 836 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $112,114.98<br>$112,114.98 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SAN JOSE MERCURY NEWS<br>DEPT 8217<br>LOS ANGELES, CA 90084-8217 | 1157 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $191,407.66<br>$191,407.66 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SANITATION DISTRICT NO 1<br>1045 EATON DR<br>FT WRIGHT, KY 41017 | 591 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $127.79<br>$127.79 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SANTA BARBARA NEWS PRESS<br>PO BOX 1359<br>SANTA BARBARA, CA 93102 | 677 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $5,589.45<br>$5,589.45 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SANTA ROSA, CITY OF<br>PO BOX 1658<br>SANTA ROSA, CA 94502-1658 | 1304 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $373.23<br>$373.23 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SAUGUS TOWN CLERK, TOWN OF<br>TOWN HALL<br>SAUGUS, MA 01906 | 850 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $160.00<br>$160.00 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SAVANNAH MORNING NEWS<br>PO BOX 1486<br>ACCOUNTS RECEIVABLE<br>AUGUSTA, GA 30903-1486 | 1181 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $7,114.86<br>$7,114.86 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SCHIMENTI CONSTRUCTION CO LLC<br>650 DANBURY RD<br>RIDGEFIELD, CT 06877 | 966 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $47,682.22<br>$47,682.22 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    77 of Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S  NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SCRIPPS TREASURER COAST NEWSPAPER<br>PO BOX 9009<br>STUART, FL 34995-9936 | 676 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $28,958.20<br><br>$28,958.20 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SEEKONK, TOWN OF<br>PO BOX 504<br>MEDFORD, MA 02155-0006 | 893 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $250.00<br><br>$250.00 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SENTINEL<br>DEPT 8217<br>LOS ANGELES, CA 90084-8217 | 1156 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $7,179.02<br><br>$7,179.02 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SEQUIN GAZETTE ENTERPRISE<br>PO BOX 1200<br>SEQUIN, TX 78155-1200 | 494 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,395.48<br><br>$1,395.48 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SEYMOUR TRIBUNE COMPANY<br>100 ST LOUIS AVE<br>PO BOX 447<br>SEYMOUR, IN 47274 | 1186 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $893.28<br><br>$893.28 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SHOPLOCAL LLC<br>3512 PAYSPHERE CR<br>CHICAGO, IL 60674 | 1011 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $22,927.80<br><br>$22,927.80 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SIGNAL, THE<br>PO BOX 801870<br>SANTA CLARITA, CA 91380-1870 | 1096 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $3,985.56<br><br>$3,985.56 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SIGNCO INC<br>JERRY WOLF<br>16901 GRAND VIEW LANE<br>KENNEWICK, WA 99338 | 391 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 12/02/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Third Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SIMON ROOFING & SHEET METAL<br>70 KARAGO AVE<br>BOARDMAN, OH 44512-5949 | 1275 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $10,766.30<br><br>$10,766.30 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SNAPPING SHOALS EMC<br>PO BOX 73<br>COVINGTON, GA 30015-0073 | 849 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $6,155.96<br><br>$6,155.96 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SNYDER PLUMBING CO INC<br>1921 4TH ST<br>BRUNSWICK, GA 31520 | 566 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $238.00<br><br>$238.00 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SPRINGFIELD UTILITY BOARD<br>P O BOX 300<br>SPRINGFIELD, OR 97477-0077 | 968 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,433.10<br><br>$2,433.10 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SPRINGFIELD WATER & SEWER COMMISSION<br>P O BOX 3688<br>SPRINGFIELD, MA 01101 | 723 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $172.70<br><br>$172.70 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ST LOUIS POST DISPATCH<br>ATTN KATHY DOBSON<br>900 N TUCKER BLVD<br>ST LOUIS, MO 63101 | 1042 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $114,643.76<br><br>$114,643.76 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ST PETERS, CITY OF<br>P O BOX 9<br>ST PETERS, MO 63376-0009 | 1060 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $182.87<br><br>$182.87 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                              Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF FLORIDA DEPT OF BUSINESS & PROF REG ATTN ANNE BAILEY C O OFFICE OF GENERAL COUNSEL DIVISION OF HOTELS & RESTAURANTS 1940 N MONROE ST TALLAHASSEE, FL 32399-2202 | 1232 | Secured: Priority: 503(b)9: Unsecured: Total: | $632.00 $632.00 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| STATESMAN JOURNAL PO BOX 13009 SALEM, OR 97309 | 615 | Secured: Priority: 503(b)9: Unsecured: Total: | $21,846.39 $21,846.39 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| STEUBENVILLE, CITY OF 310 MARKET ST UTILITY OFFICE STEUBENVILLE, OH 43952 | 883 | Secured: Priority: 503(b)9: Unsecured: Total: | $168.75 $168.75 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SUBURBAN EAST SALEM WATER DIST 3805 LABRANCH ST SE SALEM, OR 97317 | 451 | Secured: Priority: 503(b)9: Unsecured: Total: | $136.20 $136.20 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SUBURBAN EAST SALEM WATER DISTRICT 3805 LABRANCH STREET SE SALEM, OR 97317 | 446 | Secured: Priority: 503(b)9: Unsecured: Total: | $48.00 $48.00 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SUMMIT TOWNSHIP SEWER AUTH 8890 OLD FRENCH RD ERIE, PA 16509-5459 | 1190 | Secured: Priority: 503(b)9: Unsecured: Total: | $98.34 $98.34 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SUN GAZETTE CO PO BOX 728 252 WEST FOURTH STREET WILLIAMSPORT, PA 17703-0728 | 153 | Secured: Priority: 503(b)9: Unsecured: Total: | $7,868.07 $7,868.07 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                      30th Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SUN, THE<br>PO BOX 271<br>YUMA, AZ 85366-0271 | 1178 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$8,880.64<br><br>$8,880.64 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SYMMES TOWNSHIP<br>9323 UNION CEMETARY RD<br>SYMMES TOWNSHIP, OH 45140-9386 | 971 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$450.00<br><br>$450.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TAMPA TRIBUNE<br>PO BOX 85000<br>MEDIA GENERAL OPERATIONS<br>RICHMOND, VA 23285-5000 | 146 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$70,308.62<br><br>$70,308.62 | 12/05/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TAXTALENT COM<br>1459 STUART ENGALS BLVD<br>STE 302<br>MT PLEASANT, SC 29464 | 865 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$995.00<br><br>$995.00 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TEMPLE DAILY TELEGRAM<br>PO BOX 6114<br>TEMPLE, TX 76503-6114 | 638 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$8,576.93<br><br>$8,576.93 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TEXAS STORAGE SYSTEMS<br>9501 MONROE RD<br>HOUSTON, TX 77075-2551 | 11624 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 02/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THE BUFFALO NEWS A DIVISION<br>OF OBH INC<br>C O GETMAN & BIRYLA LLP<br>800 RAND BUILDING<br>14 LAFAYETTE SQ<br>BUFFALO, NY 14203-1995 | 226 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$37,320.66<br><br>$37,320.66 | 11/28/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| THE DALLAS MORNING NEWS INC<br>PO BOX 660040<br>DALLAS, TX 75266-0040 | 749 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$56,144.66<br><br>$56,144.66 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    31st Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TIMES LEADER, THE<br>200 S 4TH ST<br>MARTINS FERRY, OH 43935 | 688 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $3,487.19<br>$3,487.19 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TIMES PUBLISHING CO<br>PO BOX 120<br>WICHITA FALLS, TX 76307 | 869 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $7,687.44<br>$7,687.44 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TIMES WEST VIRGINIAN<br>PO BOX 2530<br>300 QUINCY ST<br>FAIRMONT, WV 26555-2530 | 792 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,502.00<br>$2,502.00 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TIMES WORLD CORPORATION<br>PO BOX 1951<br>ROANOKE, VA 24008-1951 | 1030 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $29,761.49<br>$29,761.49 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TOLEDO EDISON<br>BANKRUPTCY DEPT RM 204<br>6896 MILLER RD<br>BRECKSVILLE, OH 44141 | 166 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $4,645.57<br>$4,645.57 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TRIBUNE COMPANY D/B/A LOS ANGELES TIMES<br>ATTN CAROL LIOTTA<br>435 N MICHIGAN AVE 3RD FL FSC<br>CHICAGO, IL 60611 | 1175 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $344,842.80<br>$344,842.80 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TRIBUNE COMPANY DBA BALTIMORE SUN<br>ATTN CAROL LIOTTA<br>435 N MICHIGAN AVE 3RD FL<br>CHICAGO, IL 60611 | 774 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $124,115.94<br>$124,115.94 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TRIBUNE COMPANY DBA DAILY PRESS<br>ATTN CAROL LIOTTA<br>435 N MICHIGAN AVE 3RD FL FSC<br>CHICAGO, IL 60611 | 1172 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $40,824.89<br>$40,824.89 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                                   2nd Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TRIBUNE COMPANY DBA NEWSDAY ATTN CAROL LIOTTA 435 N MICHIGAN AVE 3RD FL CHICAGO, IL 60611 | 772 | Secured: Priority: 503(b)9: Unsecured: Total: | $262,766.50 $262,766.50 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TRIBUNE COMPANY DBA ORLANDO SENTINEL ATTN CAROL LIOTTA 435 N MICHIGAN AVE 3RD FL CHICAGO, IL 60611 | 773 | Secured: Priority: 503(b)9: Unsecured: Total: | $79,340.52 $79,340.52 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TRIBUNE COMPANY DBA SUN SENTINEL ATTN CAROL LIOTTA 435 N MICHIGAN AVE 3RD FL FSC CHICAGO, IL 60611 | 1173 | Secured: Priority: 503(b)9: Unsecured: Total: | $95,731.94 $95,731.94 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TUCSON ELECTRIC POWER COMPANY C O MARC JERDEN SENIOR LEGAL COUNSEL ONE SOUTH CHURCH AVE STE 100 TUCSON, AZ 85701 | 1039 | Secured: Priority: 503(b)9: Unsecured: Total: | $3,258.69 $3,258.69 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TUCSON ELECTRIC POWER COMPANY C O MARC JERDEN SENIOR LEGAL COUNSEL ONE SOUTH CHURCH AVE STE 100 TUCSON, AZ 85701 | 1040 | Secured: Priority: 503(b)9: Unsecured: Total: | $5,058.91 $5,058.91 | 12/19/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| TUCSON NEWSPAPERS 4850 S PARK AVE TUCSON, AZ 85714 | 606 | Secured: Priority: 503(b)9: Unsecured: Total: | $20,757.60 $20,757.60 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TULSA WORLD PO BOX 22129 TULSA, OK 74121-2129 | 1419 | Secured: Priority: 503(b)9: Unsecured: Total: | $21,568.93 $21,568.93 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TURLOCK IRRIGATION DISTRICT P O BOX 819007 TURLOCK, CA 95381-9007 | 1708 | Secured: Priority: 503(b)9: Unsecured: Total: | $6,557.91 $6,557.91 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                    33rd Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| UNION TRIBUNE PUBLISHING<br>PO BOX 121546<br>SAN DIEGO, CA 921125546 | 1168 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $134,658.28<br><br>$134,658.28 | 12/10/2008 | CIRCUIT CITY STORES<br>WEST COAST, INC.<br>(08-35654) |
| UNITED ILLUMINATING<br>PO BOX 9230<br>CHELSEA, MA 02150-9230 | 670 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $9,047.77<br><br>$9,047.77 | 12/08/2008 | CIRCUIT CITY STORES,<br>INC. (08-35653) |
| UNITED ILLUMINATING<br>PO BOX 9230<br>CHELSEA, MA 02150-9230 | 668 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $12,289.09<br><br>$12,289.09 | 12/08/2008 | CIRCUIT CITY STORES,<br>INC. (08-35653) |
| UNITED ILLUMINATING<br>PO BOX 9230<br>CHELSEA, MA 02150-9230 | 1035 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $8,266.60<br><br>$8,266.60 | 12/08/2008 | CIRCUIT CITY STORES,<br>INC. (08-35653) |
| UNITED ILLUMINATING<br>PO BOX 9230<br>CHELSEA, MA 02150-9230 | 669 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $15,647.04<br><br>$15,647.04 | 12/08/2008 | CIRCUIT CITY STORES,<br>INC. (08-35653) |
| UNITED POWER<br>P O BOX 929<br>BRIGHTON, CO 80601-0929 | 957 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $5,728.76<br><br>$5,728.76 | 12/19/2008 | CIRCUIT CITY STORES,<br>INC. (08-35653) |
| UNITIL<br>PO BOX 2013<br>CONCORD, NH 03302-2013 | 1206 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $14,043.37<br><br>$14,043.37 | 12/17/2008 | CIRCUIT CITY STORES,<br>INC. (08-35653) |
| US SIGNS INC<br>1800 BERING STE 700<br>HOUSTON, TX 77057 | 1309 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $108,844.38<br><br>$108,844.38 | 12/18/2008 | CIRCUIT CITY STORES,<br>INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Thirteenth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| VANGUARD STRIPING<br>538 E 17TH CIR<br>LA CENTER, WA 98629 | 2029 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $793.76<br>$793.76 | 12/30/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| VECTOR SECURITY INC<br>10642 WAKEMAN CT<br>MANASSAS, VA 20110 | 1148 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $300,529.80<br>$300,529.80 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| VENTURA COUNTY STAR<br>PO BOX 4899<br>PORTLAND, OR 97208-4899 | 927 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $44,578.91<br>$44,578.91 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| VERO BEACH, CITY OF<br>PO BOX 1180<br>UTILITIES<br>VERO BEACH, FL 32961-1180 | 150 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $26,804.57<br>$26,804.57 | 12/05/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| VISUAL DEFENCE INC<br>PO BOX 933294<br>ATLANTA, GA 31193-3294 | 786 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $6,820.08<br>$6,820.08 | 12/11/2008 | CIRCUIT CITY STORES PR, LLC (08-35660) |
| WAAY<br>1000 MONTE SANO BLVD<br>HUNTSVILLE, AL 35801 | 1444 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | UNL<br>UNL | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WALNUT VALLEY WATER DISTRICT<br>271 SOUTH BREA CANYON ROAD<br>WALNUT, CA 91789 | 1079 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,899.70<br>$2,899.70 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WATERBURY REPUBLICAN AMERICA<br>PO BOX 2090<br>WATERBURY, CT 067222090 | 1179 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $9,214.63<br>$9,214.63 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                                    35th Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WBAL TV11<br>PO BOX 73175<br>BALTIMORE, MD 21273 | 1160 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $12,495.00<br><br>$12,495.00 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WBBH<br>PO BOX 7578<br>FT MYERS, FL 33911-7578 | 802 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $4,721.75<br><br>$4,721.75 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WBFF<br>2000 W 41ST ST<br>BALTIMORE, MD 21211 | 663 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $6,056.25<br><br>$6,056.25 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WBLS FM<br>3 PARK AVE 41ST FL<br>NEW YORK, NY 10016 | 1155 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $7,890.02<br><br>$7,890.02 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WBTJ FM<br>PO BOX 402584<br>CLEAR CHANNEL BROADCASTING<br>ATLANTA, GA 30384-2584 | 1008 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $3,514.75<br><br>$3,514.75 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WCVB<br>ATTN MAUREEN MCCARTHY<br>COLLECTIONS MANAGER<br>5 TV PL<br>NEEDHAM, MA 02494 | 1218 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $35,275.00<br><br>$35,275.00 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WDCW TV<br>22264 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | 978 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $9,018.50<br><br>$9,018.50 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WEST JORDAN, CITY OF<br>8000 S REDWOOD RD<br>WEST JORDAN, UT 84088 | 1144 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $142.72<br><br>$142.72 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    36th Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WHDH TV INC<br>7 BULFINCH PLACE<br>BOSTON, MA 02114-2977 | 759 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $26,435.00<br>$26,435.00 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WHPT<br>11300 4TH ST N<br>STE 318<br>ST PETERSBURG, FL 33716 | 586 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,799.99<br>$2,799.99 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WINCHESTER STAR, THE<br>2 NORTH KENT STREET<br>WINCHESTER, VA 22601-5098 | 803 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $10,561.16<br>$10,561.16 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WINSTON SALEM JOURNAL<br>PO BOX 26549<br>RICHMOND, VA 23261-6549 | 947 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $28,179.20<br>$28,179.20 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WJZY TV<br>PO BOX 60953<br>CHARLOTTE, NC 28260 | 1462 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $4,148.00<br>$4,148.00 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WKGR FM<br>3071 CONTINENTAL DR<br>W PALM BEACH, FL 33407 | 845 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | UNL<br>UNL | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WKYC TV<br>1333 LAKESIDE AVE E<br>CLEVELAND, OH 44114 | 815 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | UNL<br>UNL | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WLS TV<br>13213 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 | 464 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $20,910.00<br>$20,910.00 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    37th Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WLVI TV<br>7 BULFINCH PLACE<br>BOSTON, MA 02114-2977 | 736 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $16,022.50<br>$16,022.50 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WMUR<br>PO BOX 845819<br>BOSTON, MA 02284-5819 | 1216 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $10,540.00<br>$10,540.00 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WMYT TV<br>PO BOX 60953<br>CHARLOTTE, NC 28260 | 1469 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $369.75<br>$369.75 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WNUV TV<br>2000 W 41ST ST<br>BALTIMORE, MD 21211-1420 | 1162 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $5,397.50<br>$5,397.50 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WPIX TV<br>220 E 42ND ST<br>NEW YORK, NY 10017 | 11720 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $61,626.00<br>$61,626.00 | 03/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WPIX TV<br>PO BOX 13831<br>NEWARK, NJ 071880831 | 1091 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $62,092.50<br>$62,092.50 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WPLG TV<br>ATTN MIRIANER SOTO<br>PO BOX 864162<br>ORLANDO, FL 32886-4162 | 1057 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $33,579.25<br>$33,579.25 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WPMT TV<br>15247 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | 672 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $5,163.75<br>$5,163.75 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    88th Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WPMT TV<br>15247 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | 11816 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $5,877.75<br><br>$5,877.75 | 03/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WTMX FM<br>PO BOX 811100<br>CHICAGO, IL 60681-1100 | 567 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $12,700.00<br><br>$12,700.00 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WTVR FM<br>PO BOX 402584<br>CLEAR CHANNEL BROADCASTING INC<br>ATLANTA, GA 30384-2584 | 1441 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $5,814.00<br><br>$5,814.00 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WTVT TV<br>NEW WORLD COMMUNICATIONS INC<br>PO BOX 100535<br>ATLANTA, GA 30384-0535 | 1412 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $23,141.25<br><br>$23,141.25 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WTVZ TV<br>900 GRANBY ST<br>NORFOLK, VA 23510 | 152 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,863.75<br><br>$1,863.75 | 12/05/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WWBT INC<br>PO BOX 12<br>RICHMOND, VA 23218 | 11807 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $8,126.00<br><br>$8,126.00 | 03/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WYOMING TRIBUNE EAGLE<br>702 W LINCOLNWAY<br>CHEYENNE, WY 82001-4397 | 1055 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,663.97<br><br>$2,663.97 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WYOMING, STATE OF<br>2101 ONEIL AVE RM 101<br>WYOMING CITY CLERKS OFFICE<br>CHEYENNE, WY 82001 | 797 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $75.05<br><br>$75.05 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

**EXHIBIT C - Non-Goods 503(b)(9) CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WZVN<br>PO BOX 7087<br>FORT MYERS, FL 33911-7087 | 796 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,479.00<br>$1,479.00 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:**    **357**        **$8,570,494.47**

*    "UNL" denotes an unliquidated claim.