Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                        One James Center
One Rodney Square                901 E. Cary Street
PO Box 636                       Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                       RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
              Debtors.       :   Jointly Administered
- - - - - - - - - - - - - - x

             **DEBTORS' SIXTH OMNIBUS OBJECTION TO**
        **CERTAIN MISCLASSIFIED NON-GOODS 503(B)(9) CLAIMS**

     The debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors")[1], hereby

---
[1]  The Debtors and the last four digits of their respective taxpayer
     identification numbers are as follows: Circuit City Stores, Inc.
     (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN,
     Inc. (0875), Ventoux International, Inc. (1838), Circuit City
     Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC

                                                          *(cont'd)*

file the Debtors' Sixth Omnibus Objection to 503(b)(9)

claims (the "Non-Goods Claims Objection" or the

"Objection"), and hereby move this Court, pursuant to

sections 105 and 503(b)(9) of title 11 of the United

States Code, 11 U.S.C. §§ 101 et seq. (as amended, the

"Bankruptcy Code"), Rule 3007 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and Local

Bankruptcy Rule 3007-1, for an order, the proposed form

of which is attached hereto as Exhibit A, granting the

relief sought by this Objection.  In support of the

Objection, the Debtors respectfully state as follows:

---

*(cont'd from previous page)*

    Distribution Company of Virginia, Inc. (2821), Circuit City
    Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott
    Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796),
    Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263),
    Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
    LLC (3360), and Circuit City Stores PR, LLC (5512).  The address
    for Circuit City Stores West Coast, Inc. is 9250 Sheridan
    Boulevard, Westminster, Colorado 80031.  For all other Debtors,
    the address was 9950 Mayland Drive, Richmond, Virginia 23233 and
    currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

**JURISDICTION AND VENUE**

1.   This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and this Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.  The statutory and legal predicates for the relief requested herein are Bankruptcy Code sections 105 and 503(b)(9), Bankruptcy Rule 3007, and Local Bankruptcy Rule 3007-1.

**BACKGROUND**

**A.    General Case Background.**

2.   On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

3.   On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").  To date, no trustee or examiner has been appointed in these chapter 11 cases.

4.    On January 16, 2009, the Court authorized
the Debtors, among other things, to conduct going out of
business sales at the Debtors' remaining 567 stores
pursuant to an agency agreement (the "Agency Agreement")
between the Debtors and a joint venture, as agent (the
"Agent").  On January 17, 2009, the Agent commenced
going out of business sales pursuant to the Agency
Agreement at the Debtors remaining stores.  As of on or
about March 8, 2009, the going out of business sales had
concluded.

**B.    The 503(b)(9) Bar Date.**

5.    By order dated November 12, 2008, this
Court appointed Kurtzman Carson Consultants LLC ("KCC")
as claims, noticing and balloting agent for the Debtors
in these chapter 11 cases pursuant to 28 U.S.C. §
156(c).

6.    On November 12, 2008, this Court entered
that certain Order Establishing Bar Date for Filing
Requests for Payment of Administrative Expense Claims
Under Bankruptcy Code Sections 105 and 503(b)(9) and
Approving Form, Manner and Sufficiency of Notice of the

Bar Date Pursuant to Bankruptcy Rule 9007 (Docket No.
107)(the "503(b)(9) Bar Date Order").

7.    Pursuant to the 503(b)(9) Bar Date Order,
this Court approved the form and manner of the 503(b)(9)
bar date notice, which was attached as Exhibit A to the
503(b)(9) Bar Date Order (the "503(b)(9) Bar Date
Notice").  Pursuant to the 503(b)(9) Bar Date Order and
the 503(b)(9) Bar Date Notice, the bar date for filing
proofs of claim asserting administrative priority claims
pursuant to Bankruptcy Code section 503(b)(9) was 5:00
p.m. (PT) on December 19, 2008 (the "503(b)(9) Bar
Date").

8.    By November 19, 2008, KCC had served a
copy of the 503(b)(9) Bar Date Notice on the 2002
Service List, all of the Debtors' known or potential
creditors, the Debtors' equity holders, and certain
other parties (Docket No. 358).  In addition, the
Debtors published the 503(b)(9) Bar Date Notice in The
New York Times (Docket No. 549), The Wall Street Journal
(Docket No. 548), and The Richmond Times-Dispatch
(Docket No. 547).

**RELIEF REQUESTED**

9.    By this Sixth Omnibus Objection, the
Debtors seek entry of an order, in substantially the
form annexed as Exhibit A, pursuant to Bankruptcy Code
sections 105(a) and 503(b)(9) and Bankruptcy Rule 3007,
reclassifying each of the claims identified on Exhibit B
allegedly entitled to administrative priority under
Bankruptcy Code section 503(b)(9) and asserted against
the Debtors (the "Non-Goods Claims") to general
unsecured, non-priority claims.

10.   For ease of reference, attached as
Exhibit C is an alphabetical listing of all claimants
whose Non-Goods Claims are included in this Objection
(the "Claimants"), with a cross-reference by claim
number.

11.   At this time, the Debtors have not
completed their review of the validity of all
claims/expenses filed against their estates, including
the Non-Goods Claims.  Accordingly, the Non-Goods Claims
may be the subject of additional subsequently filed
objections.  To that end, the Debtors reserve the right
to further object to any and all claims, whether or not

the subject of this Objection, for allowance, voting, and/or distribution purposes, and on any other grounds. Furthermore, the Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any claim or claimant herein.

### BASIS FOR RELIEF REQUESTED

12.   Currently, the Debtors are engaged in a thorough review of all claims filed against their estates, including administrative expense claims, to determine the validity of such claims.  As part of this process, the Debtors are diligently reviewing claims filed pursuant to Bankruptcy Code section 503(b)(9).

13.   After reviewing numerous 503(b)(9) claims, their supporting documentation and the Debtors' books and records, the Debtors have determined that the Non-Goods Claims identified on Exhibit C do not satisfy the requirements of Bankruptcy Code section 503(b)(9).

14.   Specifically, the Non-Goods Claims are based on, among other things, payment for:  installation services; construction and maintenance services; utility services; advertising services; professional services, including consulting services, legal services, and IT

7

services; customer services; freight charges;

litigation; rental obligations for property leased by

the Debtors; employee for wages and benefits; and

various taxes.  However, none of these categories of

claims constitute "goods" provided to the Debtors by the

Claimants within the 20 days before the Petition Date.

15.   Accordingly, the Debtors object to the

classification of these Non-Goods Claims as

administrative expenses under Bankruptcy Code section

503(b)(9) and request that all such expenses be

reclassified as general unsecured, non-priority claims.

## APPLICABLE AUTHORITY

**I.    THE NON-GOODS CLAIMS ARE NOT CLAIMS BASED ON THE
SALE OF GOODS THAT QUALIFY FOR ADMINISTRATIVE
EXPENSE PRIORITY UNDER § 503(B)(9).**

16.   Bankruptcy Code section 503(b)(9)

provides in pertinent part as follows:

> (b) After notice and a hearing, there
> shall be allowed, administrative expenses,
> . . . including . . .
>
> > (9) the value of any goods received
> > by the debtor within 20 days before
> > the commencement of the case under
> > this title in which the goods have
> > been sold to the debtor in the
> > ordinary course of such debtor's
> > business.

8

11 U.S.C. § 503(b)(9) (emphasis added).

17.   The Fourth Circuit Court of Appeals has repeatedly held that the claimant has the burden of proof on all elements of an administrative expense claim.  See, e.g., Ford Motor Credit Co. v. Dobbins, 35 F.3d 860, 866 (4th Cir. 1994) (quoting In re Mid Region Petroleum, Inc., 1 F.3d 1130, 1132 (10th Cir. 1993) ("the party claiming entitlement to administrative expense priority [under § 503(b)] has the burden of proof"); see also In re Wetco Rest. Group, LLC, No. 07-51169, 2008 WL 1848779, *4 (Bankr. W.D. La. Apr. 23, 2008) (the claimant has the "burden to establish that the value of the 20-Day Goods qualifies for administrative expense treatment under section 503(b)(9)").

18.   Moreover, in evaluating administrative expense requests, "[t]he presumption in bankruptcy cases is that the debtor's limited resources will be equally distributed among the creditors. Thus, statutory priorities must be narrowly construed." Ford Motor Credit, 35 F.3d at 865 (quoting In re James B. Downing &

Co., 94 B.R. 515, 519 (Bankr. N.D. Ill. 1988); see also

City of White Plains v. A&S Galleria Real Estate, Inc.

(In re Federated Dep't Stores, Inc.), 270 F.3d 994, 1000

(6th Cir. 2001).

19.   This Court should therefore interpret

section 503(b)(9) narrowly and in accordance with its

plain meaning.  See Hartford Underwriters Ins. Co. v.

Union Planters Bank, 530 U.S. 1, 6, (2000) "Congress

says in a statute is what it means and means in a

statute what it says there." (internal quotations

omitted)); In re NVR, LP, 189 F.3d 442, 457 (4th Cir.

1999) (holding that the Bankruptcy Code must be

interpreted in accordance with its plain meaning using

the ordinary understanding of words); In re Amireh, 2008

WL 52706, *4 (Bankr. E.D. Va. 2008) ("The court will not

expand the reach of the statute beyond the language

chosen by Congress.").

20.   Bankruptcy Code section 503(b)(9) plainly

provides that only claims for the value of "goods"

received by the debtor within the 20 days prior to the

Petition Date are entitled to administrative priority

treatment.  11 U.S.C. § 503(b)(9) (emphasis added).  As

10

documented below, the Non-Goods Claims identified on

Exhibit B are based on something other than the sale of

"goods" to the Debtors in the ordinary course of

business and, therefore, should be reclassified as

general unsecured non-priority claims.

> **A.    Section 503(B)(9) Is Limited To The Value Of "Goods" Sold To The Debtors, Not Services Provided.**

21.   Consistent with the plain language of the

statute, allowed administrative expenses under section

503(b)(9) should only be claims arising from a

claimant's sale and delivery of goods to the Debtors,

not from the claimant providing services.  See Brown &

Cole Stores, LLC v. Associated Grocers, Inc. (In re

Brown & Cole Stores, LLC), 375 B.R. 873, 878 (B.A.P. 9th

Cir. 2007) ("By the plain terms of the statute, a

vendor's right to assert an administrative claim is

limited [in that] the vendor must have provided goods

(not services)"); In re Goody's Family Clothing, Inc.,

401 B.R. 131, 135 (Bankr. D. Del. 2009) ("[B]ased upon

the distinction between 'goods' and 'services'

throughout in the Bankruptcy Code, a claim for an

administrative expense under section 503(b)(9) cannot be

a claim for services provided."); <u>In re Samaritan</u>

<u>Alliance, LLC</u>, No. 07-50735, 2008 Bankr. LEXIS 1830 at

*6-7 (Bankr. E.D. Ky June 20, 2008) (finding section

503(b)(9) inapplicable because claimant provided what

was "more properly characterized as a 'service.'").  As

one court explained:

> § 503(b)(9) administrative expense priority
> extends only to the value of <u>goods</u> received by
> the debtor in the ordinary course of its
> business within 20 days before the bankruptcy
> case.  It does not extend to the value of the
> <u>services</u> rendered to a debtor during this 20
> day time frame.  Nor does it extend to the
> value of goods that a debtor may have received
> in this time frame if such goods were not
> received in the <u>ordinary course</u> of the
> debtor's business.

<u>In re Plastech Engineered Prods.</u>, 394 B.R. 197, 151

(Bankr. E.D. Mich. 2008) (emphases in original).

22.  This distinction between goods and

services is supported by the fact that in some places

the Bankruptcy Code uses the word "goods" and the word

"services" separately, <u>see</u>, <u>e.g.</u>, 11 U.S.C. §§

522(d)(3), 524(k)(3)(F), 546(c)(1) ("goods"); 11 U.S.C.

§§ 503((b)(4), (5), 326(a), 327(a), 330(a)(1)(A)

("services"), and in other instances the phrase "goods

or services".  <u>See</u>, <u>e.g.</u>, 11 U.S.C. § 101(4A) ("The term

'bankruptcy assistance' means any <u>goods or services</u> sold

or otherwise provided . . . ." (emphasis added)).[2]

23.   In light of Congress' use of the words

"good" and "services", it is clear that Congress

distinguished between "goods" and "services."   The

Supreme Court recognizes, when Congress referenced one,

but not the other, the missing term must have been

intentionally omitted.   <u>See</u> <u>Gozlon-Peretz v. U.S.</u>, 498

U.S. 395, 404 (1991) ("Where Congress includes

particular language in one section of a statute but

omits it in another section of the same Act, it is

generally presumed that Congress acts intentionally and

purposely in the disparate inclusion or exclusion.").

Therefore, "goods", as used in section 503(b)(9), must

not include "services".

---

[2]   Other references include but are not limited to, sections 101(49)
("goods . . . or services"), 507(a)(4)(B) (two references to
"goods or services"), 523(a)(2)(C)(i)(I) ("goods or services"),
523(a)(2)(C)(iI)(II) (two references to "goods or services"),
547(a)(2) ("goods [or] services"), and 1104(c)(2) ("goods [or]
services").

**B.    The Term "Goods" In Section 503(b)(9) Should Be Construed In Conformity With The Definition Of "Goods" In The UCC.**

24.   Although the term "goods" is not defined in the Bankruptcy Code, it must be construed narrowly and consistent with Congressional intent.  See Ron Pair Enter., 489 U.S. at 242 (reasoning that statutes should be interpreted based on their plain meaning and in accordance with Congressional intent); see also Ford Motor Credit Co. v. Dobbins, 35 F.3d at 865 (holding that statutory priorities under the Bankruptcy Code must be narrowly construed); In re Federated Dep't Stores, Inc., 270 F.3d at 1000 (noting that administrative expense claims under section 503(b) should be strictly construed).  The Debtors submit that the proper meaning of "goods" is that meaning found in section 2-105 of the Uniform Commercial Code (the "UCC").

25.   The UCC defines "goods", in pertinent part, as "all things (including specially manufactured goods) which are movable at the time of identification to the contract for sale other than the money in which the price is to be paid . . . and things in action . . .

." UCC § 2-105(1).[3]  Interpreting the term "goods"

contained in section 503(b)(9) in conformity with the

UCC's definition of "goods" is supported by the limited

legislative history of section 503(b)(9).

26.  Specifically, section 503(b)(9) was

enacted as part of section 1227 of the Bankruptcy Abuse

Prevention and Consumer Protection Act of 2005

("BAPCPA"), by which Congress sought to amend the

provisions of the Bankruptcy Code that addressed

reclamation claims.  See BAPCPA, section 1227; see also

11 U.S.C. §§ 546(c) & 503(b)(9); Kenneth N. Klee,

Chapter 11 Business Reorganizations: The Bankruptcy

Abuse Prevention and Consumer Protection Act of 2005 –

Business Bankruptcy Amendments, Course No. SK092 ALI-ABA

Course of Study Materials (2005)(section 503(b)(9)

"appears to be intended to allow certain sellers that do

not properly seek reclamation in accordance with section

546(c) to have an administrative expense claim for the

value of such goods.").  As this Court is well aware,

the right to make a reclamation claim is grounded in UCC

---

[3]  Virginia has adopted the UCC's definition of "goods."  See Va.
Code Ann. §8.2-105 (2008).

section 2-702.  See Matter of Adventist Living Centers,

Inc., 52 F.3d 159, 162 n.1 (7th Cir. 1995) ("The right

to reclamation arises under § 2-702 of the U.C.C. That

right is both protected and limited by 11 U.S.C. § 546 .

. . ."); see also In re Coast Trading Co., Inc., 744

F.2d 686, 689 (9th Cir. 1984); In re Dana Corp., 367

B.R. 409, 414 (Bankr. S.D.N.Y. 2007); In re Georgetown

Steel Company, LLC, 318 B.R. 336, 339 (Bankr. D.S.C.

2004).

        27.  Consequently, to the extent Congressional

intent may be discerned, the legislative history

supports limiting section 503(b)(9) to apply only to

those claims for the value of "goods" (as defined in the

UCC) that could have been, but were not, subject to a

valid reclamation claim.  Thus, the scant legislative

history that exists supports the conclusion that section

503(b)(9) was intended to apply only to a sale of

"goods" as the term is used in the UCC.

        28.  Furthermore, since the enactment of

section 503(b)(9), a number of courts have looked to the

UCC to determine the meaning of "goods."  See In re

Goody's Family Clothing Inc., 401 B.R. at 134 ("Use of

16

the UCC Article 2's definition of "goods" in

interpreting section 503(b)(9) is suggested in a leading

treatise and has been adopted by bankruptcy courts

examining this issue.  Given the near unanimous

nationwide adoption of Article 2 of the UCC, the Court

concludes that the term "goods" in section 503(b)(9)

conforms with the meaning given in U.C.C. § 2-105(1);

"goods" are something that is "moveable.") (citing In re

Plastech Engineered Prods., 397 B.R. 828, 836 (Bankr.

E.D. Mich. 2008) (adopting UCC Article 2 definition of

goods for 503(b)(9) claims); see also In re Samaritan

Alliance, LLC, 2008 WL 2520107, at *3 (Bankr. E.D. Ky.

2008) (same); In re Deer, No. 06-02460, 2008 WL 723982,

**1-2 (Bankr. S.D. Miss. June 14, 2007) (adopting UCC

Article 9 definition of goods for 503(b)(9) claims; 4

Collier on Bankruptcy ¶ 503.16[1] (15th ed. rev. 2008)

("Goods is not defined in the Code and so the definition

used in Article 2 of the UCC is likely to be used")).

29.  Additionally, in other contexts, Courts

have interpreted the meaning of words in the Bankruptcy

Code with reference to the UCC.  See In re Price, ___

F.3d ___, 2009 WL 975796, *3 (4th Cir. 2009) (relying on

North Carolina law, which adopted the UCC, to define the
Bankruptcy Code's use of "purchase money security
interest"); In re Ellingsen MacLean Oil Co., Inc., 834
F.2d 599, 605 (6th Cir. 1987) (relying on UCC to supply
the definition for "good faith" contained in 11 U.S.C. §
364(e)); Haywin Textile Prods., Inc. v. Bill's Dollar
Stores, Inc. (In re Bill's Dollar Stores, Inc.), 164
B.R. 471, 474 (Bankr. D. Del. 1994)(adopting UCC's
definition of the term "receipt" because the Bankruptcy
Code does not define the term and the right of
reclamation is derived from the UCC).

30.   Accordingly, for the reasons set forth
herein, the definition of "goods" contained in UCC
Article 2 should be used to interpret section 503(b)(9).

   C.   **The Non-Goods Claims Are Based On Services And
        Other Non-Goods.**

31.   As noted above, each of the Non-Goods
Claims falls into a category that, on its face, appears
not to be "goods".   Courts addressing these issues have
reinforced this conclusion.   Specifically, Courts have
concluded that the following categories of the Non-Goods

Claims constitute something other than "goods" as that term is used in the UCC:

(1) utility services.  See In re Samaritan Alliance, LLC, 2008 Bankr. LEXIS 1830 at *6-7 (holding that utility company supplies a service and not a good under section 503(b)(9)); see also 11 U.S.C. § 366 (characterizing utilities as providing services and specifically stating that a "utility may not alter, refuse, or discontinue service" on account of a "debt owed by the debtor to such utility for service rendered before [the petition date]);

(2) advertising services.  See In re Deer, 2007 Bankr. LEXIS 4676, *5 (Bankr. S.D. Miss. June 14, 2007) (holding that sale of advertising is not a "good" under the UCC);

(3) professional services, including consulting services, legal services, and IT services.  See R.J. Longo Const. Co., Inc. v. Transit America, Inc., 921 F.Supp. 1295, 1309-10 (D.N.J. 1996) holding that the UCC does not apply to fees for professional services because they are not "goods"); Snyder v. ISC Alloys, Ltd., 772 F.Supp. 244, 252-53 (W.D. PA. 1991) (same);

(4) freight charges.  See In re CFLC, Inc., 166 F.3d 1012, 1015 (9th Cir. 1999) (holding that contract for shipping was not a transaction for the sale of "goods"); and,

(5) litigation claims.  C.f. U.S. Test, Inc. v. NDE Environmental Corp., 196

F.3d 1376, 1383 (Fed. Cir. 1999)
(holding that the term "goods" in the
UCC does not include commercial tort
claims).

32.  Moreover, section 503(b), as well as
other sections of the Bankruptcy Code, specifically
differentiates between the following categories of
claims and "goods":

(1) employee claims for wages and
benefits.  <u>See</u> 11 U.S.C. §
503(b)(1)(A) (describing post-petition
work performed by employees as
"services"); <u>see</u> <u>also</u> 11 U.S.C. §
507(a)(5)(A) (describing contributions
to an employee benefit plan as being
made on account of "services
rendered");

(2) taxes.  <u>See</u> 11 U.S.C. § 1104(c)(2)
(distinguishing between "goods,
services, [and] taxes");

(3) customer claims.  <u>See</u>, <u>generally</u>, 11
U.S.C. § 507(a)(7) (describing the
relationship between the debtor and
its customers as one by which
individuals "purchase, lease, or
rent[] property, or purchase []
services . . ." and not by which
individuals sell goods to the debtor);

(4) rental obligations for property leased
by the Debtors.  <u>See</u> 11 U.S.C. §
365(d)(3); 130 CONG. REC. S8887,
S8894-95 (daily ed. June 29, 1984)
(remarks of Senator Hatch) (describing
background of section 365(d)(3) of the
Code) ("These payments include rent

due the landlord and common area
charges which are paid by all the
tenants according to the amount of
space they lease. In this situation,
the landlord is forced to provide
current <u>services</u>-the use of its
property, utilities, security, and
other <u>services</u>") (emphasis added);
<u>accord</u> <u>In re Best Products Co., Inc.</u>,
206 B.R. 404, 407 (Bankr. E.D. Va.
1997) ("Congress enacted § 365(d)(3)
to guarantee that landlords would not
be placed at a disadvantage for
providing post-petition <u>services</u> to
the debtor.") (emphasis added); <u>In re</u>
<u>Stone Barn Manhattan LLC</u>, 398 B.R.
359,361 (Bankr. S.D.N.Y. 2008)
(describing landlords as service
providers).

33.  Because Congress was aware of these

services and other categories of non-goods and expressly

referred to many of them in the same section of the

Bankruptcy Code, it is clear that Congress intended to

exclude these services and other categories of non-goods

from the sale of "goods" specifically referred to in

section 503(b)(9).  <u>See</u>, <u>e.g.</u>, <u>Gozlon-Peretz v. U.S.</u>,

498 U.S. 395, 404 (1991) (holding that where Congress

includes particular language in one section of a statute

but omits it in another section of the same statute, it

is presumed that Congress acts intentionally and

purposefully).   Therefore, such claims should be

reclassified as general unsecured non-priority claims.

     **D.**    **Various Non-Goods Claims Are Predominantly Based on Services Rendered And Not On The Sale Of Goods.**

    34.   Any Non-Good Claim that is based on a

transaction that may in part include "goods" should also

be reclassified because the underlying claim arose from

a mixed transactions that was predominantly based on

services rendered rather than the sale of "goods".

    35.   Specifically, in determining whether a

mixed transaction is a sale of goods, rather than the

rendering of services, courts look to the predominant

purpose of the transaction; that is, "whether the

contract primarily concerns the furnishing of goods or

the rendering of services."  <u>Princess Cruises, Inc. v.

General Elec. Co.</u>, 143 F.3d 828, 833 (4th Cir. 1998).

As explained by the Fourth Circuit:

> [t]he test for inclusion or exclusion is not
> whether [the transactions] are mixed but,
> granting that they are mixed, whether their
> predominant factor, their thrust, their
> purpose, reasonably stated, is the rendition
> of service, with goods incidentally involved
> (e.g., contract with artist for painting) or
> is a transaction of sale, with labor
> incidentally involved . . . .

Id., (quoting Bonebrake v. Cox, 499 F.2d 951 (8th Cir. 1974).

36.   In order to discern the predominant purpose of a transaction, courts consider the following factors:  "(1) the language of the contract, (2) the nature of the business of the supplier, and (3) the intrinsic worth of the materials."  Id.

37.   Various Non-Goods claimants filed 503(b)(9) claims based on the installation of equipment; the construction and maintenance of buildings; and the shipment of products to the Debtors for resale in the Debtors' retail stores.  The transactions underlying these claims are in the nature of rendering services, not selling goods.  Indeed, Courts have held that transactions similar to these Non-Goods Claims were predominantly for services rendered, and not for "goods" sold under the predominant purpose test.  See Princess Cruises, Inc. v. General Elec. Co., 143 F.3d 828, 833 (4th Cir. 1998) (holding that contract for installation, repairs, and maintenance is not governed by UCC); BMC Industries, Inc. v. Barth Industries, Inc., 160 F.3d

1322, 1331 n.15 (11th Cir. 1998) ("Although construction

contracts typically involve materials that qualify as

goods (such as concrete or roofing tiles, for example),

the services element of such contracts is usually held

to be dominant."); Imperial Woodworking Co. v. Christian

Bernard Stores Corp., 1985 WL 2712, *5 (N.D. Ill. 1985)

("The UCC does not expand the concept of sale of goods

to include a construction contract even though goods are

thereby furnished and incorporated into a structure.");

In re CFLC, Inc., 166 F.3d 1012, 1015 (9th Cir. 1999)

(holding that contract for shipping was not a

transaction for the sale of "goods").  As such, these

Non-Goods Claims involving mixed transactions are not

sales of goods under the UCC and, thus, not entitled to

administrative expense priority under Bankruptcy Code

section 503(b)(9).

## II.   THE NON-GOODS CLAIMS SHOULD BE RECLASSIFIED.

38.   Bankruptcy Code section 105 provides in

pertinent part that "[t]he court may issue any order,

process, or judgment that is necessary or appropriate to

carry out the provisions of this title."  11 U.S.C. §

105(a).

24

39.   In order for the Debtors to efficiently and expeditiously craft a comprehensive plan of liquidation, it is essential for the Debtors to establish the proper liabilities asserted against them. Indeed, it is even more critical that the Debtors confirm the administrative liabilities that can be properly asserted against the Debtors' estates.   In order to achieve the imperative of finality required by the claims process, the Debtors request that the Non-Goods Claims be reclassified at this time to general unsecured non-priority claims.

40.   As noted above, the Debtors reserve their rights to file objections to the Non-Goods Claims at a later time on any grounds that bankruptcy or non-bankruptcy law permits.

**NOTICE AND PROCEDURE**

41.   Notice of this Objection has been provided to all claimants with claims that are the subject to this Objection as identified on Exhibit B and C, and to other parties-in-interest in accordance with the Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local

25

Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain
Notice, Case Management and Administrative Procedures
(Docket No. 130) (the "Case Management Order").

42.   Furthermore, the Debtors submit that the
following methods of service upon the Claimants should
be deemed by the Court to constitute due and sufficient
service of this Objection: (a) service in accordance
with Bankruptcy Rules 3007, 7004, and 9006; (b) to the
extent counsel for a Claimant is not known to the
Debtors, by first class mail, postage prepaid, on the
signatory of the Claimant's proof of claim form or other
representative identified in the proof of claim form or
any attachment thereto at least 30 days before the
hearing date; or (c) by first class mail, postage
prepaid, on any counsel that has appeared on the
Claimant's behalf in the Debtors' bankruptcy cases at
least 30 days before the hearing date.  The Debtors are
serving the Claimant with this Objection and the
Exhibit(s) on which the Claimant's claim is listed.

43.   To the extent any Claimant timely files
and properly serves a response to this Objection by June
15, 2009 as required by the Case Management Order and

under applicable law, and the parties are unable to

otherwise resolve the Objection, the Debtors request

that the Court conduct a status conference with respect

to any such responding claimant at the June 23, 2009

Omnibus Hearing, and thereafter schedule the matter for

a future hearing as to the merits of this Objection to

such Non-Goods claim.  However, to the extent any

Claimant fails to timely file and properly serve a

response to this Objection as required by the Case

Management Order and applicable law, the Debtors request

that the Court enter an order, substantially in the form

attached hereto as Exhibit A, reclassifying as a general

unsecured non-priority claim in the same amount as the

asserted Non-Goods Claim.

### COMPLIANCE WITH BANKRUPTCY RULE 3007 AND THE OMNIBUS OBJECTION PROCEDURES ORDER

44.  This Objection complies with Bankruptcy

Rule 3007(e) in that this Objection includes 347 claims,

which are all listed on Exhibit C.  See Rule 3007(e)(1)

and (2).  Additionally, the Debtors submit that this

Objection is filed in accordance with this Court's Order

Establishing Omnibus Objection Procedures and Approving

the Form and Manner of Notice of Omnibus Objections
(Docket No. 2881) (the "Omnibus Objection Procedures
Order").

### WAIVER OF MEMORANDUM OF LAW

45.    Pursuant to Local Bankruptcy Rule 9013-
1(G), and because there are no novel issues of law
presented in the Motion, the Debtors request that the
requirement that all motions be accompanied by a written
memorandum of law be waived.

### NO PRIOR RELIEF

46.    No previous request for the relief sought
herein has been made to this Court or any other court.

WHEREFORE, the Debtors request the Court to
enter the Order sustaining this Objection and granting
such other and further relief as the Court deems
appropriate.

Dated: Richmond, Virginia         SKADDEN, ARPS, SLATE, MEAGHER &
   May 12, 2009              FLOM, LLP
                                  Gregg M. Galardi, Esq.
                                  Ian S. Fredericks, Esq.
                                  P.O. Box 636
                                  Wilmington, Delaware 19899-0636
                                  (302) 651-3000

                                          - and -

                                  SKADDEN, ARPS, SLATE, MEAGHER &
                                  FLOM, LLP
                                  Chris L. Dickerson, Esq.
                                  333 West Wacker Drive
                                  Chicago, Illinois 60606
                                  (312) 407-0700

                                          - and -

                                  MCGUIREWOODS LLP

                                  _/s/ Douglas M. Foley_____
                                  Dion W. Hayes (VSB No. 34304)
                                  Douglas M. Foley (VSB No. 34364)
                                  One James Center
                                  901 E. Cary Street
                                  Richmond, Virginia 23219
                                  (804) 775-1000

                                  Counsel for Debtors and Debtors
                                  in Possession

## EXHIBIT A

Gregg M. Galardi, Esq.            Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.           Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &   MCGUIREWOODS LLP
FLOM, LLP                         One James Center
One Rodney Square                 901 E. Cary Street
PO Box 636                        Richmond, Virginia 23219
Wilmington, Delaware 19899-0636   (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

           IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                      RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :    Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :    Case No. 08-35653 (KRH)
et al.,                      :
                             :
              Debtors.       :    Jointly Administered
- - - - - - - - - - - - - - x

**ORDER SUSTAINING DEBTORS' SIXTH OMNIBUS OBJECTION TO
CERTAIN MISCLASSIFIED NON-GOODS CLAIMS**

     THIS MATTER having come before the Court on the

Debtors' Sixth Omnibus Objection to Certain

Misclassified Non-Goods Claims (the "Non-Goods Claims

Objection" or the "Objection"), which requested, among

other things, that the claims specifically identified on

Exhibit B attached to the Objection be reclassified as

general unsecured non-priority claims for those reasons

set forth in the Objection; and it appearing that due

and proper notice and service of the Objection as set

forth therein was good and sufficient and that no other

further notice or service of the Objection need be

given; and it further appearing that no response was

timely filed or properly served by the Claimants being

affected by this Order; and it appearing that the relief

requested on the Objection is in the best interest of

the Debtors, their estates and creditors and other

parties-in-interest; and after due deliberation thereon

good and sufficient cause exists for the granting of the

relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is GRANTED.

    2.    The Claims identified on Exhibit A – Non-Goods

Claims as attached hereto and incorporated herein, are

reclassified as general unsecured non-priority claims.

    3.    The Debtors' rights to amend, modify, or

supplement the Sixth Omnibus Objection, to file

additional objections to the Non-Goods Claims (filed or

not) that have been or may be asserted against the

Debtors, and to seek reduction of any Claim to the

extent such Claim has been paid, are preserved.

Dated: Richmond, Virginia
      June_____, 2009


_____

HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I
hereby certify that the foregoing proposed order has
been endorsed by or served upon all necessary parties.

                        __/s/ Douglas M. Foley_____
                        Douglas M. Foley

\9046315.1

In re: Circuit City Stores, Inc, et al.                                          Sixth Omnibus Objection to 503(b)(9) Claims
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Sixth Omnibus Objection to Non-Goods 530(b)(9) Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| 4 NEWBURY DANVERS LLC | 1102 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| A & M PEMBERTON PRO INSTALLS | 694 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| A/V INSTALLATIONS | 1480 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| AA HOME SERVICES | 1220 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ABACUS CORP | 813 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ABSOLUTE SECURITY AGENCY INC | 979 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ACCENT HOMES INC | 896 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ACTION ANTENNA EARTH SATELLITE | 1465 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ACXIOM | 729 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ADTECH SOLUTIONS LLC | 1447 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ADVOCATE OCCUPATIONAL HEALTH | 1351 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| AIRS HUMAN CAPITAL SOLUTIONS INC | 1336 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| AKAMAI TECHNOLOGIES INC | 1435 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ALBEMARLE, COUNTY OF | 944 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ALL ABOUT WIRING | 1260 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ALLIED SYSTEMS INC | 571 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| AMSTAR SAGE WESTMINSTER HOLDINGS LLC DBA THE WESTIN WESTMINSTER | 527 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ANCHOR INSTALLATIONS LLC | 16 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ANDERSON COUNTY TREASURER | 607 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| APEX SYSTEMS INC | 1399 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| APPLIED PREDICTIVE TECHNOLOGIES INC | 1328 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| AQUA CHILL INC | 468 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| AQUARIUS COMMUNICATIONS INC | 995 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| AQUENT | 925 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ARKANSAS UNCLAIMED PROPERTY | 443 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ARTITALIA GROUP INC | 478 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ATTENSITY CORPORATION | 943 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| AUDIO INNOVATIONS INC | 1050 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| AUDIO VIDEO ARCHITECHS | 972 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| AUDIO VIDEO INSTALLATION SVCS | 202 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| AUDIO VIDEO INSTALLATION SVCS | 201 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| AUDIO VIDEO SOLUTIONS | 750 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| AUTOLAND | 769 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| AVSAT CONTINENTAL CORP | 1051 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BALLARD, WILLIAM | 1194 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BANNER & WITCOFF LTD | 1003 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BARCODING INCORPORATED | 1084 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BASSETT & ASSOCIATES RW | 383 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BATON ROUGE, CITY OF | 655 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |

In re: Circuit City Stores, Inc, et al.                                     Sixth Omnibus Objection to 503(b)(9) Claims
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Sixth Omnibus Objection to Non-Goods 530(b)(9) Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| BEARCOM WIRELESS WORLDWIDE | 385 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BERKSHIRE WEST LLC | 805 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BETATRONICS INC | 973 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BNSF LOGISTICS LLC | 1032 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BONNEY, STEPHANIE | 1335 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BOWMAN JR, JOHN | 1426 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BOYER LAKE POINTE, LC | 1247 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BOYS & GIRLS CLUBS OF HARLINGEN | 444 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BRAXTON CLEANING SERVICE | 1140 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BRINKS INC | 831 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BROTHERS FIVE OF JACKSONVILLE | 1501 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BROWN PHOTOGRAPHY INC, SCOTT K | 934 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BUREAU VERITAS CONSUMER PRODUCTS | 812 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BUSINESS TO BUSINESS SOLUTIONS | 503 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| BYRNE, CHERYL L | 1339 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CABELL COUNTY COMMUNITY SVCS | 619 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CALHOUN COUNTY TAX COLLECTOR | 1004 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CAMPBELL PROPERTIES LP | 1036 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CAPARRA CENTER ASSOCIATES, S E | 722 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CARRERA ARQUITECTOS PSC | 598 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CC INVESTORS 1995 1 | 1024 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CC INVESTORS 1995 5 | 1023 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CE INTERACTIVE, INC | 682 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CEJKA, AUREA | 1461 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CENTRAL PARKING SYSTEM INC | 1027 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CHANNEL INTELLIGENCE INC | 955 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CHASE HOME THEATER SOLUTIONS | 1326 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CHUCKS AUTO & TRUCK REPAIR | 848 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CINEMA PROS INSTALLATIONS | 740 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CIRCUIT INVESTORS COLORADO LIMITED PARTNERSHIP | 1025 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CJM MANAGEMENT COMPANY | 1369 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CLARKSVILLE, CITY OF | 470 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CLAYTON COUNTY | 510 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CLINTS TV | 1105 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| COLIERVILLE POLICE ALARM | 714 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| COLONNADE, LLC | 804 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| COMMUNICATION AMERICA INC | 1274 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| COMMUNICATIONS WIRING INC | 1270 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| COMPACT POWER SYSTEMS | 337 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |

In re: Circuit City Stores, Inc, et al.                                      Sixth Omnibus Objection to 503(b)(9) Claims
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Sixth Omnibus Objection to Non-Goods 530(b)(9) Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| COMPUTER ASSOCIATES | 1452 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| COMPUTER RESOURCES & TRAINING | 233 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CONSUMER VISION LLC | 330 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CONTAINERFREIGHT EIT LLC | 1063 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CONVERGYS LEARNING SOLUTIONS | 1092 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| COPIAH COUNTY CIRCUIT COURT | 1445 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CORPORATE GRAPHICS INTERNATIONAL | 183 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CORPORATE PROPERTY DISPOSITIONS | 984 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CRANSTON, CITY OF | 890 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CRANSTON, CITY OF | 384 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CRAWFORD COMMUNICATIONS INC | 634 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CRAWFORD COMMUNICATIONS INC | 1705 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CRS INC | 581 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CRYSTAL ROCK BOTTLED WATER | 487 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CRYSTAL SPRINGS WATER | 942 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CULLIGAN DAYTONA BEACH | 819 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CUSHMAN & WAKEFIELD OF ILLINOIS INC | 808 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CUSTOM DIESEL SERVICE INC | 864 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| CUSTOM SYSTEMS INSTALLATION | 918 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DEEP ROCK | 564 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DELAWARE COUNTY TREASURER | 1065 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DG FASTCHANNEL INC | 689 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DIAMOND AUDIO VIDEO LLC | 1486 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DIGITAL ELECTRONIC SIGHT & SOUND | 1317 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DIGITECH COMMUNICATIONS INC | 846 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DIKEOU, DENO P | 217 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DILWORTH, HARRY | 1154 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DISH DOCTORS, THE | 1481 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DOUGHERTY COUNTY TAX DEPT | 941 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DOW LOHNES & ALBERTSON PLLC | 832 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DUMONTS HOME THEATER INSTALLATIONS | 787 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DUNN EDWARDS PAINTS | 721 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| DURHAM COUNTY | 833 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| EAST COAST AUDIO VIDEO PROS | 1322 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| EASTERN SECURITY CORP | 1265 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| EASY2 TECHNOLOGIES | 1077 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ECONOMIC RESEARCH SERVICES INC | 1273 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ECONOMIC RESEARCH SERVICES INC | 945 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| EMPIRE ENTERTAINMENT & TRAVEL | 377 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |

In re: Circuit City Stores, Inc, et al.                                        Sixth Omnibus Objection to 503(b)(9) Claims
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Sixth Omnibus Objection to Non-Goods 530(b)(9) Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ENFIELD, TOWN OF | 1210 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ESCAMBIA COUNTY TAX COLLECTOR | 713 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| EXECUTIVE REFRESHMENTS | 724 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| EXPEDITER SERVICES INC | 937 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| EXTRA HELP INC | 1031 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| EZ SPREAD N LIFT INDUSTRIES | 161 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| FAIRFIELD, CITY OF | 346 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| FEATURE PRESENTATION AUDIO | 734 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| FENN, RICHARD | 1047 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| FIRE & SECURITY SYSTEMS INC | 459 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| FLORENCE COUNTY | 1347 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| FLORENCE COUNTY | 1362 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| FLORENCE, CITY OF | 976 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| FORRESTER RESEARCH INC | 1122 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| FORSYTHE SOLUTIONS GROUP INC | 1217 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| FRAZER GREENE UPCHURCH & BAKER | 157 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| G&R FALCON COMMUNICATIONS INC | 989 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| GARFIELD HEIGHTS, CITY OF | 365 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| GEORGIA HOME THEATER & ELECTRICAL | 1340 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| GET WIRED LLC | 887 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| GUILFORD COUNTY TAX COLLECTOR | 839 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| HALLMARK INSIGHTS | 1143 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| HAMILTON COUNTY TREASURER | 255 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| HAMILTON SECURITY & INVESTIGATIONS | 250 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| HAMPTON INN | 949 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| HAMPTON INN & SUITES MERRIAM | 1359 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| HAMPTON INN LAKEWOOD | 440 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| HANNON RANCHES LTD | 1311 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| HARMONY AUDIO VIDEO SYSTEMS | 1292 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| HARRYS CREATIVE CONCRETE COAT | 256 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| HD CONNECT | 33 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| HEILMAN & ASSOCIATES INC | 1099 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| HERNANDO COUNTY | 1706 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| HIGH DEFINITION TECHNOLOGIES | 950 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| HOEFLER & FRERE JONES INC | 621 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| HOGAN ASSESSMENT SYSTEMS INC | 1231 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| HOLIDAY INN | 700 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| HOLIDAY INN EXPRESS ALLEN | 1380 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| HOME VIDEO SATELLITE | 990 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Sixth Omnibus Objection to 503(b)(9) Claims

Exhibit B - Claimants and Related Claims Subject To Sixth Omnibus Objection to Non-Goods 530(b)(9) Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| HS SERVICES | 1121 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| IGATE GLOBAL SOLUTIONS LIMITED | 920 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| IMAGE PLUS ENTERPRISES LLC | 145 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| IN YOUR EAR MUSIC & RECORDING | 497 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JACKSON LEWIS LLP | 743 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JEC HOME INTERIORS | 185 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JEFFERSON HOTEL, THE | 1370 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JEFFERSON, THE | 50 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JOBCONNECTION SERVICES INC | 1193 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JORGE P SALA LAW OFFICES | 999 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JP ASSOCIATES | 1110 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JP ASSOCIATES | 1116 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JP ASSOCIATES | 1114 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JP ASSOCIATES | 1118 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JP ASSOCIATES | 1119 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JP ASSOCIATES | 1117 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JP ASSOCIATES | 1111 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JP ASSOCIATES | 1109 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JP ASSOCIATES | 1115 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JP ASSOCIATES | 1107 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JP ASSOCIATES | 1106 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JP ASSOCIATES | 1112 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JP ASSOCIATES | 1113 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JP ASSOCIATES | 1108 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| JS UNLIMITED INC | 1372 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| K&W COMMUNICATIONS | 994 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| KEMPER SATELLITE SYSTEMS | 1044 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| KENOSHA HOSPITAL & MEDICAL CTR | 424 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| KING COUNTY FINANCE DIVISION | 1095 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| KING COUNTY TREASURY | 1104 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| LABOR READY INC | 409 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| LAFAYETTE CONSOLIDATED GOVMT | 235 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| LAUREL RIDGE BOTTLING CO | 412 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| LAWSON, ALFRED | 625 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| LEBEN FAMILY LP | 1368 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| LEE COUNTY TAX COLLECTOR | 609 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| LEGAL TAX SERVICE INC | 636 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| LEONE, MARK | 1427 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| LEXINGTON COUNTY TREASURER | 1165 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |

In re: Circuit City Stores, Inc, et al.                                                          Sixth Omnibus Objection to 503(b)(9) Claims
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Sixth Omnibus Objection to Non-Goods 530(b)(9) Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| LIEBERMAN RESEARCH WORLDWIDE | 246 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| LIL ANTHONYS PIZZA | 456 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| LINKED COMMUNICATIONS | 1316 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| LOGIC INFORMATION SYSTEMS | 1354 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MAC TRANSPORTATION INC | 631 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MANCO ABBOTT LLC | 1264 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MARKET FORCE INFORMATION | 648 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MARKET HEIGHTS, LTD | 1093 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MARTIN COUNTY TAX COLLECTOR | 666 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MCELROY INSTALLATIONS | 1423 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MERCER | 348 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MILLBURY, TOWN OF | 996 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MILLER, LADONNA | 1005 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MOUNTAIN MIST WATER | 392 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MOUNTAIN MIST WATER | 394 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MOUNTAIN MIST WATER | 393 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MURRIETA, CITY OF | 603 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| MUSTANG MICROSYSTEMS | 543 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| N GENIUS SOLUTIONS INC | 876 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| NAPA AUTO PARTS OF MARION | 225 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| NASH COUNTY TAX COLLECTOR | 415 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| NATICK, TOWN OF | 2227 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| NATIONAL SERVICE ALLIANCE | 1038 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| NATIONWIDE CONSULTING CO | 1519 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| NETREADY HOME | 1207 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| NEVAEH ELECTRONICS | 485 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| NEW AGE ELECTRONICS INC | 1306 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| NEW JORDAN LANES INC, THE | 1083 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| NEW PENN MOTOR EXPRESS INC | 238 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| NEW YORK CITY DEPT OF FINANCE | 1081 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| NEWINGTON, TOWN OF | 716 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| NEWPORT BEACH, CITY OF | 1145 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| NEWPORT BEACH, CITY OF | 1146 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| NEXICORE SERVICES | 753 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| NIELSEN IAG INC | 553 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| NIXON PEABODY LLP | 1258 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| NORTH ATTLEBORO MARKETPLACE II, L L C | 1313 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| NORTHERN CALIFORNIA COMPACTORS | 821 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| NOVI, CITY OF | 639 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |

In re: Circuit City Stores, Inc, et al.                                    Sixth Omnibus Objection to 503(b)(9) Claims
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Sixth Omnibus Objection to Non-Goods 530(b)(9) Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ONQ SOLUTIONS INC | 885 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ORANGE, TOWN OF | 611 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PACIFIC HARBOR EQUITIES LLC | 1208 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PAUL PLEVIN SULLIVAN ET AL | 1295 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PC DOCTOR INC | 400 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PENGATE HANDLING SYSTEMS INC | 448 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PENSKE | 1272 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PERFORMANCE PRINTING CORP | 1411 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PINKERTON CONSULTING & INVEST | 1227 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PIONEER TITLE | 1152 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PLAN IT INTERACTIVE INC | 162 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PLATINUM HOME THEATER INSTALLATION | 1278 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PLUCK | 1071 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PORTABLE COMMUNICATION SOLUTIONS | 1308 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PRECISION CAMERA REPAIR | 872 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PREMIER HOME TECHNICIANS | 1252 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PRO IMAGE INSTALLERS INC | 770 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PROCTER & GAMBLE DIST COMPANY | 726 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PROFESSIONAL LIVERY | 1169 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PROFESSIONAL SATELLITE INSTALLS | 878 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PROTECH INSTALLATION SERVICE | 1384 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| PURI, SUNIL | 1455 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| QUALITY CONNECTIONS INC | 1303 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| QUALITY LOCKSMITH OF | 727 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| QUALXSERV LLC | 981 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| QUIZNOS CLASSIC SUBS | 580 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| RAMADA LIMITED HOTEL | 795 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| RANGER AMERICAN OF PR | 671 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| REGIONAL INCOME TAX AGENCY | 649 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| REVELWOOD INC | 921 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| RIVAL WATCH | 51 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| RIVER CITY BLDG MAINTENANCE | 695 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ROCKDALE COUNTY TAX COMMISSION | 696 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| RPM TECHNOLOGIES & SATELLITE LP | 34 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| RYAN, BOB | 1360 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SAFETY & SECURITY SERVICES INC | 843 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SAFETY KLEEN | 678 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SARETSKY HART MICHAELS & GOULD | 142 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SATELLITE SOLUTIONS | 1205 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |

In re: Circuit City Stores, Inc, et al.                                          Sixth Omnibus Objection to 503(b)(9) Claims
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Sixth Omnibus Objection to Non-Goods 530(b)(9) Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| SBLM ARCHITECTS PC | 574 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SCHNEIDER SERVICES INC | 376 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SCHOONOVER, PHILIP J | 2304 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SCHOONOVER, PHILIP J | 1329 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SECURITY ARMORED CAR SERV INC | 1424 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SECURITY RESOURCES | 1136 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SELBYS HOME THEATER LLC | 1230 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SETLIFF & HOLLAND PC | 919 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SHERWOOD PROPERTIES LLC | 1226 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SHINN SPRING WATER CO INC | 509 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SHOPATHOME COM | 1374 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SHOPPER TRAK RCT CORP | 697 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SHRED IT | 838 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SHRED IT | 841 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SIMMONS JANNACE & STAGG LLP | 1296 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SLICER & ASSOCIATES LLC | 155 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SLICER & ASSOCIATES LLC | 154 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SMART & BIGGAR | 767 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SOUNDS GOOD INSTALLATIONS LLC | 454 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SOUTH PORTLAND, CITY OF | 378 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SOUTHERN MOTOR CARRIERS | 466 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SPERRY/TV | 1420 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SPHERION | 506 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SPITZER FAMILY INVESTMENTS, LLC | 745 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SPSS INC | 690 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ST CLOUD ASSOCIATES | 1248 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| STAFFMARK INC | 635 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| STONER ENTERPRISES INC | 467 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| STRUCTURED WIRING SOLUTIONS INC | 556 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SULLIVAN COUNTY | 715 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SULLIVAN COUNTY | 223 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SUPERIOR SIGHTS & SOUNDS | 242 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SWEDESFORD SHOPPING CENTER ACQUISITION, LLC | 922 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| SWEETWATER AUTHORITY | 551 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| T&T ENTERPRISES LP | 1033 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TELECO INC | 642 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| THEATER XTREME OF SPRINGFIELD | 806 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| THURSTON COUNTY TREASURER | 620 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TIME MACHINE INC, THE | 790 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |

In re: Circuit City Stores, Inc, et al.                                    Sixth Omnibus Objection to 503(b)(9) Claims
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Sixth Omnibus Objection to Non-Goods 530(b)(9) Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| TKC TECHNOLOGY SOLUTIONS LLC | 1389 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TORRANCE, CITY OF | 488 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TOUCHPOINT RETAIL DESIGN INC | 1101 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TOWNE SQUARE PLAZA | 573 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TRC TEMPORARY SERVICE INC | 1236 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TREASURE VALLEY COFFEE INC | 457 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TRIMBLE & JEWELL | 1029 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TRUEFFECT INC | 1312 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TULLY MD, VINCENT | 1134 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| TV TECK TELEVISION & VIDEO | 891 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| UNITED WAY DESERT COMMUNITIES | 588 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| UNIVERSAL PROTECTION SERVICE | 5125 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| UNIVERSAL SURVEILLANCE SYSTEMS | 680 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| USIS COMMERCIAL SERVICES INC | 861 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| UTAH, STATE OF | 610 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| VALLEY SQUARE I LP | 232 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| VANGENT INC | 438 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| VENTURI STAFFING PARTNERS | 1161 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WARE ARCHITECTURE | 993 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WARNER ROBINS, CITY OF | 857 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WASHINGTON COUNTY ASSESSMENT & TAXATION | 630 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WATKINS FLOWERS OF DISTINCTION | 382 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WEBB BURNETT CORNBROOKS ET AL | 1238 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WEBB, SUSANNA | 1215 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WEIGEL, ROBERT | 1049 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WEISER SECURITY SERVICES INC | 873 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WERNER ENTERPRISES INC | 1418 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WICOMICO COUNTY | 1177 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WILBUR CO, J | 490 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WILKINSON BARKER KNAUER LLP | 1235 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WINN MOTORCOACH | 880 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WOOD, MICHAEL | 644 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WORKING MACHINES CORPORATION | 1350 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| WS STRATFORD LLC | 200 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |
| ZEE MEDICAL | 367 | EXHIBIT C - Non-Goods 503(b)(9) CLAIMS |

In re: Circuit City Stores, Inc, et al.                     Sixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| 4 NEWBURY DANVERS LLC THOMAS R WHITE 2185 WEST DRY CREEK ROAD HEALDSBURG, CA 95448 | 1102 | Secured: Priority: 503(b)9: Unsecured: Total: | $70,039.99 $70,039.99 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| A & M PEMBERTON PRO INSTALLS 4237 QUAILSHIRE CT CHESAPEAKE, VA 23321 | 694 | Secured: Priority: 503(b)9: Unsecured: Total: | $2,230.00 $2,230.00 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| A/V INSTALLATIONS C O GRANT R MITCHELL 41 FIRST AVE APT 1 RARITAN, NJ 08869 | 1480 | Secured: Priority: 503(b)9: Unsecured: Total: | $11,415.00 $11,415.00 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| AA HOME SERVICES ATTN ANDREW FARLEY 570 TRESHAM RD COLUMBUS, OH 43230 | 1220 | Secured: Priority: 503(b)9: Unsecured: Total: | $18,000.00 $18,000.00 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ABACUS CORP PO BOX 64743 BALTIMORE, MD 21264-4743 | 813 | Secured: Priority: 503(b)9: Unsecured: Total: | $17,467.36 $17,467.36 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ABSOLUTE SECURITY AGENCY INC 5515 N 7TH ST STE 5 346 PHOENIX, AZ 85014 | 979 | Secured: Priority: 503(b)9: Unsecured: Total: | $414.41 $414.41 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ACCENT HOMES INC 14145 BRANDYWINE RD BRANDYWINE, MD 20613 | 896 | Secured: Priority: 503(b)9: Unsecured: Total: | $8,295.00 $8,295.00 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ACTION ANTENNA EARTH SATELLITE 4128 WASHINGTON BLVD BALTIMORE, MD 21227 | 1465 | Secured: Priority: 503(b)9: Unsecured: Total: | $10,465.00 $10,465.00 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                    Sixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACXIOM<br>4057 COLLECTION CTR DR<br>CHICAGO, IL 60693 | 729 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $72,316.27<br><br>$72,316.27 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ADTECH SOLUTIONS LLC<br>1880 MCFARLAND RD STE 100<br>ALPHARETTA, GA 30005 | 1447 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ADVOCATE OCCUPATIONAL HEALTH<br>PO BOX 70003<br>CHICAGO, IL 60673-0003 | 1351 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $262.00<br><br>$262.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| AIRS HUMAN CAPITAL SOLUTIONS INC<br>58 FOGG FARM RD<br>WHITE RIVER JUNCTION, VT 05001 | 1336 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $57,507.00<br><br>$57,507.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| AKAMAI TECHNOLOGIES INC<br>8 CAMBRIDGE CENTER<br>CAMBRIDGE, MA 02142 | 1435 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $12,330.89<br><br>$12,330.89 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ALBEMARLE, COUNTY OF<br>401 MCINTIRE ROAD<br>CHARLOTTESVILLE, VA 229014596 | 944 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,555.35<br><br>$1,555.35 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ALL ABOUT WIRING<br>PO BOX 36486<br>ROCK HILL, SC 29732 | 1260 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $14,865.00<br><br>$14,865.00 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ALLIED SYSTEMS INC<br>11680 S HARRELS FERRY<br>BATON ROUGE, LA 70816 | 571 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $84.00<br><br>$84.00 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                     Sixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMSTAR SAGE WESTMINSTER HOLDINGS LLC DBA THE WESTIN WESTMINSTER ATTN TONYA SMITH 10600 WESTMINSTER BLVD WESTMINSTER, CO 80020 | 527 | Secured: Priority: 503(b)9: Unsecured: Total: | $35,787.30 $35,787.30 | 11/25/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ANCHOR INSTALLATIONS LLC 6712 ELMWOOD AVE CHEYENNE, WY 82007 | 16 | Secured: Priority: 503(b)9: Unsecured: Total: | $2,315.00 $2,315.00 | 11/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ANDERSON COUNTY TREASURER PO BOX 8002 ANDERSON, SC 29622-8002 | 607 | Secured: Priority: 503(b)9: Unsecured: Total: | $4,096.42 $4,096.42 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| APEX SYSTEMS INC 3750 COLLECTIONS CTR DR CHICAGO, IL 60693 | 1399 | Secured: Priority: 503(b)9: Unsecured: Total: | $75,171.81 $75,171.81 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| APPLIED PREDICTIVE TECHNOLOGIES INC ATTN GENERAL COUNSEL 901 N STUART ST STE 1100 ARLINGTON, VA 22203-4141 | 1328 | Secured: Priority: 503(b)9: Unsecured: Total: | $8,333.33 $8,333.33 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| AQUA CHILL INC PO BOX 24742 TEMPE, AZ 85285-4742 | 468 | Secured: Priority: 503(b)9: Unsecured: Total: | $1,851.86 $1,851.86 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| AQUARIUS COMMUNICATIONS INC 205 11TH AVE N NAMPA, ID 83687 | 995 | Secured: Priority: 503(b)9: Unsecured: Total: | $273.00 $273.00 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| AQUENT 711 BOYLSTON ST BOSTON, MA 02116 | 925 | Secured: Priority: 503(b)9: Unsecured: Total: | $22,969.30 $22,969.30 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.      Sixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ARKANSAS UNCLAIMED PROPERTY UNCLAIMED PROPERTY DIVISION LITTLE ROCK, AR 722011811 | 443 | Secured: Priority: 503(b)9: Unsecured: Total: | $4,367.81 $4,367.81 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ARTITALIA GROUP INC 11755 RODOLPHE FORGET MONTREAL, QC H1E 7J8 CANADA | 478 | Secured: Priority: 503(b)9: Unsecured: Total: | $4,218.78 $4,218.78 | 12/03/2008 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| ATTENSITY CORPORATION 178 S RIO GRANDE ST STE 350 SALT LAKE CITY, UT 84101 | 943 | Secured: Priority: 503(b)9: Unsecured: Total: | $27,796.41 $27,796.41 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| AUDIO INNOVATIONS INC 133 NE 91 ST KANSAS CITY, MO 64155 | 1050 | Secured: Priority: 503(b)9: Unsecured: Total: | $2,360.00 $2,360.00 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| AUDIO VIDEO ARCHITECHS 15 W KERMAN AVE WHITEBORO, NY 13492 | 972 | Secured: Priority: 503(b)9: Unsecured: Total: | $1,535.00 $1,535.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| AUDIO VIDEO INSTALLATION SVCS RICHARD CARRILLO PO BOX 13471 EL PASO, TX 79913 | 201 | Secured: Priority: 503(b)9: Unsecured: Total: | $565.00 $565.00 | 12/05/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| AUDIO VIDEO INSTALLATION SVCS RICHARD CARRILLO PO BOX 13471 EL PASO, TX 79913 | 202 | Secured: Priority: 503(b)9: Unsecured: Total: | $565.00 $565.00 | 12/05/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| AUDIO VIDEO SOLUTIONS 7225 JONATHAN CR SALT LAKE CITY, UT 84121 | 750 | Secured: Priority: 503(b)9: Unsecured: Total: | $35,350.00 $35,350.00 | 11/28/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                    Fixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AUTOLAND 4995 FISHER STREEET SAINT LAURENT, QC H4T 1J8 UNKNOWN | 769 | Secured: Priority: 503(b)9: Unsecured: Total: | $7,380.00 $7,380.00 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| AVSAT CONTINENTAL CORP 4607 48TH AVE WOODSIDE, NY 11377 | 1051 | Secured: Priority: 503(b)9: Unsecured: Total: | $40,700.00 $40,700.00 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BALLARD, WILLIAM 1080 ESTES FLORISSANT, MO 63031 | 1194 | Secured: Priority: 503(b)9: Unsecured: Total: | $2,715.00 $2,715.00 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BANNER & WITCOFF LTD 1100 13TH ST NW STE 1200 WASHINGTON, DC 20005-4051 | 1003 | Secured: Priority: 503(b)9: Unsecured: Total: | $921.86 $921.86 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BARCODING INCORPORATED PO BOX 758653 BALTIMORE, MD 21275-8653 | 1084 | Secured: Priority: 503(b)9: Unsecured: Total: | $9,727.35 $9,727.35 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BASSETT & ASSOCIATES RW 621 E FOSTER AVE ROSELLE, IL 60172 | 383 | Secured: Priority: 503(b)9: Unsecured: Total: | $343.75 $343.75 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BATON ROUGE, CITY OF PO BOX 2406 ATTN LT GOINS BATON ROUGE, LA 70821 | 655 | Secured: Priority: 503(b)9: Unsecured: Total: | $70.00 $70.00 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BEARCOM WIRELESS WORLDWIDE PO BOX 200600 DALLAS, TX 753200600 | 385 | Secured: Priority: 503(b)9: Unsecured: Total: | $556.29 $556.29 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*       "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    3rd Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BERKSHIRE WEST LLC<br>PO BOX 510209<br>PHILADELPHIA, PA 19175-0209 | 805 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $44,053.75<br>$44,053.75 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BETATRONICS INC<br>2518 MANAKIN RD<br>MANAKIN SABOT, VA 23103 | 973 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $4,280.67<br>$4,280.67 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BNSF LOGISTICS LLC<br>2500 LOU MINK DR<br>FORT WORTH, TX 76151 | 1032 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $5,588.30<br>$5,588.30 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BONNEY, STEPHANIE<br>251 REDMOND<br>FERGUSON, MO 63135 | 1335 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,370.00<br>$2,370.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BOWMAN JR, JOHN<br>2329 ASHLEY PL DR<br>ST CHARLES, MO 63303 | 1426 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $697.50<br>$697.50 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BOYER LAKE POINTE, LC<br>90 SOUTH 400 WEST SUITE 200<br>LAKE POINTE SHOPPING CENTER<br>SALT LAKE CITY, UT 84101 | 1247 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $41,731.03<br>$41,731.03 | 12/18/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| BOYS & GIRLS CLUBS OF HARLINGEN<br>PO BOX 1982<br>HARLINGEN, TX 78551 | 444 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,500.00<br>$2,500.00 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BRAXTON CLEANING SERVICE<br>PO BOX 896<br>BEAR, DE 19701 | 1140 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $7,633.90<br>$7,633.90 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                                 9 x of Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BRINKS INC<br>PO BOX 101 031<br>ATLANTA, GA 30392 | 831 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $27,059.59<br>$27,059.59 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BROTHERS FIVE OF JACKSONVILLE<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-5209 | 1501 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $122,351.95<br>$122,351.95 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BROWN PHOTOGRAPHY INC, SCOTT K<br>10971 EMERALD ROCK LN<br>MECHANICSVILLE, VA 23116 | 934 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $26,844.16<br>$26,844.16 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BUREAU VERITAS CONSUMER PRODUCTS<br>100 NORTHPOINTE PKWY<br>BUFFALO, NY 14228 | 812 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $10,500.00<br>$10,500.00 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BUSINESS TO BUSINESS SOLUTIONS<br>3420 PUMP RD NO 406<br>RICHMOND, VA 23233-1111 | 503 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $25,235.00<br>$25,235.00 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BYRNE, CHERYL L<br>16588 WELLINGTON LAKES CIR<br>FT MYERS, FL 33908 | 1339 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | UNL<br>UNL | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CABELL COUNTY COMMUNITY SVCS<br>724 TENTH AVE<br>HUNTINGTON, WV 25701 | 619 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $964.98<br>$964.98 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CALHOUN COUNTY TAX COLLECTOR<br>1702 NOBLE ST STE 107<br>ANNISTON, AL 36201 | 1004 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $276.50<br>$276.50 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                       Sixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CAMPBELL PROPERTIES LP 1415 N LILAC DR STE 120 MINNEAPOLIS, MN 55422 | 1036 | Secured: Priority: 503(b)9: Unsecured: Total: | $36,645.00 $36,645.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CAPARRA CENTER ASSOCIATES, S E PO BOX 9506 ATTN HUMBERTO CHARNECO/ROBERTO GONZALEZ SAN JUAN, PR 00908-9506 | 722 | Secured: Priority: 503(b)9: Unsecured: Total: | $33,036.37 $33,036.37 | 12/09/2008 | CIRCUIT CITY STORES PR, LLC (08-35660) |
| CARRERA ARQUITECTOS PSC ACUARELA 100 STE 301 GUAYNOBO, PR 00969 | 598 | Secured: Priority: 503(b)9: Unsecured: Total: | $7,659.35 $7,659.35 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CC INVESTORS 1995 1 RIESER & ASSOCIATES LLC 130 W 2ND ST STE 1520 DAYTON, OH 45402-1519 | 1024 | Secured: Priority: 503(b)9: Unsecured: Total: | $47,642.28 $47,642.28 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CC INVESTORS 1995 5 RIESER & ASSOCIATES LLC 7925 GRACELAND ST DAYTON, OH 45459-3834 | 1023 | Secured: Priority: 503(b)9: Unsecured: Total: | $43,558.65 $43,558.65 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CE INTERACTIVE, INC 150 WEST 28TH STREET SUITE 404 NEW YORK, NY 10001 | 682 | Secured: Priority: 503(b)9: Unsecured: Total: | $424.26 $424.26 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CEJKA, AUREA 6146 ROCKEFELLER AVE SARASOTA, FL 34231 | 1461 | Secured: Priority: 503(b)9: Unsecured: Total: | $160.50 $160.50 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CENTRAL PARKING SYSTEM INC PO BOX 790402 ACCT 0700149 1000 ST LOUIS, MO 63179-0402 | 1027 | Secured: Priority: 503(b)9: Unsecured: Total: | $4,764.00 $4,764.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Sixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CHANNEL INTELLIGENCE INC<br>1180 CELEBRATION BLVD STE 101<br>CELEBRATION, FL 34747 | 955 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $3,990.00<br><br>$3,990.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CHASE HOME THEATER SOLUTIONS<br>15362 BODMAN RD<br>MT ORAB, OH 45154 | 1326 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $22,097.50<br><br>$22,097.50 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CHUCKS AUTO & TRUCK REPAIR<br>240 N I ST<br>LIVERMORE, CA 94551-3808 | 848 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $484.84<br><br>$484.84 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CINEMA PROS INSTALLATIONS<br>10320 HIDDEN OAK DR<br>SUNLAND, CA 91040 | 740 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,715.00<br><br>$2,715.00 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CIRCUIT INVESTORS COLORADO LIMITED PARTNERSHIP<br>RIESER & ASSOCIATES LLC<br>7925 GRACELAND ST<br>DAYTON, OH 45459-3834 | 1025 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $59,687.50<br><br>$59,687.50 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CJM MANAGEMENT COMPANY<br>4198 ORCHARD LAKE RD<br>STE 250<br>ORCHARD LAKE, MI 48323-1644 | 1369 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $7,812.00<br><br>$7,812.00 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CLARKSVILLE, CITY OF<br>PO BOX 928<br>CLARKSVILLE, TN 37041 | 470 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $637.00<br><br>$637.00 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CLAYTON COUNTY<br>121 S MCDONOUGH ST TAX COMM<br>COURTHOUSE ANNEX 3 2ND FL<br>JONESBORO, GA 30236 | 510 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $23,571.96<br><br>$23,571.96 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Sixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CLINTS TV<br>ATTN ZITA BRUNSON<br>4311 FAITH RD<br>WICHITA FALLS, TX 76308 | 1105 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $150.00<br>$150.00 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COLIERVILLE POLICE ALARM ENFORCEMENT UNIT<br>156 N ROWLETT ST<br>COLLIERVILLE, TN 38017 | 714 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $100.00<br>$100.00 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COLONNADE, LLC<br>RHONDA HUNSICKER<br>C/O ALLIED PROPERTIES<br>P O BOX 510304<br>PHILADELPHIA, PA 19175-0304 | 804 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $101,393.04<br>$101,393.04 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COMMUNICATION AMERICA INC<br>4214 CANONGATE CT<br>SPRINGHILL, FL 34609 | 1274 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $8,691.00<br>$8,691.00 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COMMUNICATIONS WIRING INC<br>14390 ADAMSVILLE RD<br>GREENWOOD, DE 19950 | 1270 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $7,300.00<br>$7,300.00 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COMPACT POWER SYSTEMS<br>JOSE CHAVEZ<br>7801 HAYVENHURST<br>VAN NUYS, CA 91406 | 337 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | UNL<br>UNL | 11/21/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COMPUTER ASSOCIATES<br>ATTN ROBERT AUSTEN<br>1 COMPUTER ASSOCIATES PLZ<br>ISLANDIA, NY 117887000 | 1452 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $38,547.60<br>$38,547.60 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COMPUTER RESOURCES & TRAINING<br>60 MONTE VISTA DRIVE<br>WAYNESVILLE, NC 28786 | 233 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | UNL<br>UNL | 11/28/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                    Third Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CONSUMER VISION LLC<br>2110 UTE COURT<br>ESTES PARK, CO 80517 | 330 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $71,500.00<br>$71,500.00 | 11/21/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CONTAINERFREIGHT EIT LLC<br>PO BOX 92829<br>LONG BEACH, CA 90809-2829 | 1063 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $34,000.00<br>$34,000.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CONVERGYS LEARNING SOLUTIONS<br>1450 SOLUTIONS CTR<br>CHICAGO, IL 60677-1009 | 1092 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $35,150.00<br>$35,150.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COPIAH COUNTY CIRCUIT COURT<br>CIRCUIT CLERK<br>PO BOX 467<br>HAZLEHURST, MS 39083 | 1445 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | UNL<br>UNL | 11/28/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CORPORATE GRAPHICS INTERNATIONAL<br>1885 NORTHWAY DR<br>N MANKATO, MN 56003 | 183 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $17,641.45<br>$17,641.45 | 12/05/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CORPORATE PROPERTY DISPOSITIONS<br>C O MIKE FOLIO<br>300 GALLERIA PKWY 12TH FL<br>ATLANTA, GA 30339 | 984 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $116,008.00<br>$116,008.00 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CRANSTON, CITY OF<br>CITY HALL<br>CRANSTON, RI 02910 | 384 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,935.27<br>$2,935.27 | 12/02/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CRANSTON, CITY OF<br>TAX COLLECTOR<br>PO BOX 1177<br>PROVIDENCE, RI 02901 | 890 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,935.27<br>$2,935.27 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                     Fourth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CRAWFORD COMMUNICATIONS INC<br>925 WOODSIDE DR<br>DELAND, FL 32720 | 1705 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $5,810.00<br>$5,810.00 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CRAWFORD COMMUNICATIONS INC<br>925 WOODSIDE DR<br>DELAND, FL 32720 | 634 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $5,810.00<br>$5,810.00 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CRS INC<br>PO BOX 2046<br>3810 MONROE ANSONVILLE RD<br>MONROE, NC 28111 | 581 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $19,148.25<br>$19,148.25 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CRYSTAL ROCK BOTTLED WATER<br>1050 BUCKINGHAM ST<br>WATERTOWN, CT 06795-0998 | 487 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,605.00<br>$1,605.00 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CRYSTAL SPRINGS WATER<br>2151B DELAWARE AVE<br>SANTA CRUZ, CA 95060 | 942 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $564.74<br>$564.74 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CULLIGAN DAYTONA BEACH<br>PO BOX 9307<br>DAYTONA BEACH, FL 32120 | 819 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $343.05<br>$343.05 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CUSHMAN & WAKEFIELD OF ILLINOIS INC<br>455 N CITYFRONT PLZ DR STE 2800<br>CHICAGO, IL 60611-5555 | 808 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $4,627.00<br>$4,627.00 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CUSTOM DIESEL SERVICE INC<br>1513 25 E JONATHON ST<br>ALLENTOWN, PA 18109 | 864 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $15,459.21<br>$15,459.21 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                Sixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CUSTOM SYSTEMS INSTALLATION 2700 S TAYLOR AMARILLO, TX 79109 | 918 | Secured: Priority: 503(b)9: Unsecured: Total: | $2,805.00 $2,805.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DEEP ROCK 2640 CALIFORNIA ST DENVER, CO 80205 | 564 | Secured: Priority: 503(b)9: Unsecured: Total: | $180.65 $180.65 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DELAWARE COUNTY TREASURER 140 SANDUSKY ST DELAWARE, OH 43015 | 1065 | Secured: Priority: 503(b)9: Unsecured: Total: | UNL UNL | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DG FASTCHANNEL INC PO BOX 951415 DALLAS, TX 75395-1415 | 689 | Secured: Priority: 503(b)9: Unsecured: Total: | $41,560.68 $41,560.68 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DIAMOND AUDIO VIDEO LLC 8254 ROANOKE CT SEVERN, MD 21144 | 1486 | Secured: Priority: 503(b)9: Unsecured: Total: | $21,770.00 $21,770.00 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DIGITAL ELECTRONIC SIGHT & SOUND 25354 PLEASANT RD ST CLOUD, MN 56301 | 1317 | Secured: Priority: 503(b)9: Unsecured: Total: | $767.00 $767.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DIGITECH COMMUNICATIONS INC 27837 US HWY 19 N STE A CLEARWATER, FL 33761 | 846 | Secured: Priority: 503(b)9: Unsecured: Total: | $36,360.10 $36,360.10 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DIKEOU, DENO P DIKEOU REALTY 543 WYMORE ROAD N STE 106 MAITLAND, FL 32751 | 217 | Secured: Priority: 503(b)9: Unsecured: Total: | $16,974.18 $16,974.18 | 11/28/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                    Sixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DILWORTH, HARRY 1746 WOODSTREAM ST LOUIS, MO 63138 | 1154 | Secured: Priority: 503(b)9: Unsecured: Total: | $735.00 $735.00 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DISH DOCTORS, THE 6385 RT 96 VICTOR, NY 14564 | 1481 | Secured: Priority: 503(b)9: Unsecured: Total: | $330.00 $330.00 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DOUGHERTY COUNTY TAX DEPT PO BOX 1827 ALBANY, GA 31702-9618 | 941 | Secured: Priority: 503(b)9: Unsecured: Total: | $31,143.13 $31,143.13 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DOW LOHNES & ALBERTSON PLLC 1200 NEW HAMPSHIRE AVE NW STE 880 WASHINGTON, DC 20036-6802 | 832 | Secured: Priority: 503(b)9: Unsecured: Total: | $339.50 $339.50 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DUMONTS HOME THEATER INSTALLATIONS 20 MOUNTAIN VIEW DR FRANKLIN, NH 03285 | 787 | Secured: Priority: 503(b)9: Unsecured: Total: | $4,395.00 $4,395.00 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DUNN EDWARDS PAINTS PO BOX 30389 LOS ANGELES, CA 90030-0389 | 721 | Secured: Priority: 503(b)9: Unsecured: Total: | $1,548.08 $1,548.08 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DURHAM COUNTY PO BOX 3397 TAX COLLECTOR DURHAM, NC 27702 | 833 | Secured: Priority: 503(b)9: Unsecured: Total: | $3,300.34 $3,300.34 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| EAST COAST AUDIO VIDEO PROS 1601 N HIGH ST MILLVILLE, NJ 08332 | 1322 | Secured: Priority: 503(b)9: Unsecured: Total: | $13,730.00 $13,730.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Sixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| EASTERN SECURITY CORP<br>419 PARK AVE SOUTH STE 1407<br>NEW YORK, NY 10016 | 1265 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $146,667.34<br>$146,667.34 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| EASY2 TECHNOLOGIES<br>ATTN GEORGENE GODDARD<br>ACCTG OFFICE MGR<br>1220 HURON RD E<br>7TH FL<br>CLEVELAND, OH 44115 | 1077 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $600.00<br>$600.00 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ECONOMIC RESEARCH SERVICES INC<br>4901 TOWER CT<br>TALLAHASSEE, FL 32303 | 1273 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | UNL<br>UNL | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ECONOMIC RESEARCH SERVICES INC<br>4901 TOWER CT<br>TALLASSEE, FL 32303 | 945 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | UNL<br>UNL | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| EMPIRE ENTERTAINMENT & TRAVEL<br>3 W PACES FERRY RD STE 203<br>ATLANTA, GA 30305 | 377 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,451.60<br>$2,451.60 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ENFIELD, TOWN OF<br>820 ENFIELD ST<br>ENFIELD, CT 06082 | 1210 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $5,692.16<br>$5,692.16 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ESCAMBIA COUNTY TAX COLLECTOR<br>PO BOX 1312<br>PENSACOLA, FL 32591 | 713 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $4,999.79<br>$4,999.79 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| EXECUTIVE REFRESHMENTS<br>PO BOX 12408<br>DALLAS, TX 75225 | 724 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,515.67<br>$1,515.67 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                    Exhibit to Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| EXPEDITER SERVICES INC URB LOS COLOBOS PARK 618 ALMENDRO ST CAROLINA, PR 00987 | 937 | Secured: Priority: 503(b)9: Unsecured: Total: | $3,635.50 $3,635.50 | 12/16/2008 | CIRCUIT CITY STORES PR, LLC (08-35660) |
| EXTRA HELP INC 3911 W ERNESTINE DR MARION, IL 62959 | 1031 | Secured: Priority: 503(b)9: Unsecured: Total: | $56,322.34 $56,322.34 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| EZ SPREAD N LIFT INDUSTRIES 1815 BUCK RD FEASTERVILLE, PA 19053 | 161 | Secured: Priority: 503(b)9: Unsecured: Total: | $2,700.00 $2,700.00 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| FAIRFIELD, CITY OF 1000 WEBSTER STREET FAIRFIELD, CA 945334883 | 346 | Secured: Priority: 503(b)9: Unsecured: Total: | $210.20 $210.20 | 11/24/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| FEATURE PRESENTATION AUDIO 11491 KENT WASHINGTON, MI 48094 | 734 | Secured: Priority: 503(b)9: Unsecured: Total: | $1,035.00 $1,035.00 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| FENN, RICHARD 221 VILLAGE CREEK CT BALWIN, MO 63021 | 1047 | Secured: Priority: 503(b)9: Unsecured: Total: | $1,560.00 $1,560.00 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| FIRE & SECURITY SYSTEMS INC 516 W CAMPUS DR ARLINGTON HTS, IL 60004 | 459 | Secured: Priority: 503(b)9: Unsecured: Total: | UNL UNL | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| FLORENCE COUNTY PO BOX 100501 FLORENCE, SC 29502-0501 | 1347 | Secured: Priority: 503(b)9: Unsecured: Total: | $3,121.63 $3,121.63 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                    Exhibit C to Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FLORENCE COUNTY<br>PO BOX 100501<br>FLORENCE, SC 29502-0501 | 1362 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $7,195.89<br><br>$7,195.89 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| FORRESTER RESEARCH INC<br>DEPT CH 10334<br>PALATINE, IL 60055-0334 | 1122 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $11,071.60<br><br>$11,071.60 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| FORSYTHE SOLUTIONS GROUP INC<br>39219 TREASURY CENTER<br>CHICAGO, IL 60694-9200 | 1217 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $47,092.62<br><br>$47,092.62 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| FRAZER GREENE UPCHURCH & BAKER<br>PO BOX 1686<br>MOBILE, AL 36633 | 157 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,474.39<br><br>$1,474.39 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| G&R FALCON COMMUNICATIONS INC<br>9400 LAGUNA NIGUEL DRIVE NO 103<br>LAS VEGAS, NV 89134 | 989 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $3,358.00<br><br>$3,358.00 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GARFIELD HEIGHTS, CITY OF BUILDING DEPT<br>5407 TURNEY RD<br>GARFIELD HEIGHTS, OH 44125 | 365 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 11/24/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GEORGIA HOME THEATER & ELECTRICAL<br>130 DIAMOND DR<br>ATHENS, GA 30605 | 1340 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $4,095.00<br><br>$4,095.00 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GET WIRED LLC<br>1849 SANDY SPRINGS RD<br>DE PERE, WI 54115 | 887 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,539.00<br><br>$2,539.00 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                        Sixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GUILFORD COUNTY TAX COLLECTOR PO BOX 3328 GREENSBORO, NC 27402 | 839 | Secured: Priority: 503(b)9: Unsecured: Total: | $10,992.26 $10,992.26 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| HALLMARK INSIGHTS ATTN EILEEN LUNDBERG 121 S EIGHTH ST STE 700 MINNEAPOLIS, MN 55402 | 1143 | Secured: Priority: 503(b)9: Unsecured: Total: | $579.90 $579.90 | 12/16/2008 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| HAMILTON COUNTY TREASURER 33 N NINTH ST NOBLESVILLE, IN 46060 | 255 | Secured: Priority: 503(b)9: Unsecured: Total: | $2,806.04 $2,806.04 | 12/03/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| HAMILTON SECURITY & INVESTIGATIONS 4925 STONEFALLS CENTER STE C OFALLON, IL 62269 | 250 | Secured: Priority: 503(b)9: Unsecured: Total: | $19,505.50 $19,505.50 | 12/03/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| HAMPTON INN 12909 NORTHWEST FWY HOUSTON, TX 77040 | 949 | Secured: Priority: 503(b)9: Unsecured: Total: | UNL UNL | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| HAMPTON INN & SUITES MERRIAM 7400 W FRONTAGE RD MERRIAM, KS 66203 | 1359 | Secured: Priority: 503(b)9: Unsecured: Total: | $939.75 $939.75 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| HAMPTON INN LAKEWOOD 3605 S WADSWORTH BLVD LAKEWOOD, CO 80235 | 440 | Secured: Priority: 503(b)9: Unsecured: Total: | $1,677.52 $1,677.52 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| HANNON RANCHES LTD PO BOX 1452 C/O COASTAL RIDGE MGMT CO LA MESA, CA 91944 | 1311 | Secured: Priority: 503(b)9: Unsecured: Total: | $2,517.00 $2,517.00 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Sixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HARMONY AUDIO VIDEO SYSTEMS 651 A W LISBURN RD MECHANICSBURG, PA 17055 | 1292 | Secured: Priority: 503(b)9: Unsecured: Total: | $3,410.00 $3,410.00 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| HARRYS CREATIVE CONCRETE COAT 517 ENDERBY RD CHULUOTA, FL 32766 | 256 | Secured: Priority: 503(b)9: Unsecured: Total: | UNL UNL | 11/28/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| HD CONNECT 220 N WADE AVENUE WASHINGTON, PA 15301 | 33 | Secured: Priority: 503(b)9: Unsecured: Total: | $4,430.00 $4,430.00 | 11/28/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| HEILMAN & ASSOCIATES INC PO BOX 2183 UPPER MARLBORO, MD 20773-2183 | 1099 | Secured: Priority: 503(b)9: Unsecured: Total: | $8,375.00 $8,375.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| HERNANDO COUNTY 789 PROVIDENCE BLVD BROOKSVILLE, FL 34601 | 1706 | Secured: Priority: 503(b)9: Unsecured: Total: | $7,367.88 $7,367.88 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| HIGH DEFINITION TECHNOLOGIES 10500 HWY 30 NO 205 COLLEGE STATION, TX 77845 | 950 | Secured: Priority: 503(b)9: Unsecured: Total: | $3,070.00 $3,070.00 | 12/19/2008 | CC DISTRIBUTION COMPANY OF VIRGINIA, INC. (08-35659) |
| HOEFLER & FRERE JONES INC 611 BROADWAY RM 725 NEW YORK, NY 10012 | 621 | Secured: Priority: 503(b)9: Unsecured: Total: | $945.00 $945.00 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| HOGAN ASSESSMENT SYSTEMS INC PO BOX 21228 DEPT 55 TULSA, OK 74121 | 1231 | Secured: Priority: 503(b)9: Unsecured: Total: | $400.00 $400.00 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                Exhibit C to Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HOLIDAY INN<br>205 REMINGTON BLVD<br>BOLINGBROOK, IL 60440 | 700 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $5,081.52<br><br>$5,081.52 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| HOLIDAY INN EXPRESS ALLEN<br>205 N CENTRAL EXPY<br>ALLEN, TX 75013 | 1380 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $10,332.00<br><br>$10,332.00 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| HOME VIDEO SATELLITE<br>2776 C S CAMPBELL<br>SPRINGFIELD, MO 65807 | 990 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $3,600.00<br><br>$3,600.00 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| HS SERVICES<br>4505 SEMINOLE RD<br>RICHLAND, GA 31825 | 1121 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $3,095.00<br><br>$3,095.00 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| IGATE GLOBAL SOLUTIONS LIMITED<br>HANSON BRIDGETT LLP<br>425 MARKET ST 26TH FL<br>SAN FRANCISCO, CA 94105 | 920 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $222,125.00<br><br>$222,125.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| IMAGE PLUS ENTERPRISES LLC<br>915 SW 8TH AVE<br>AMARILLO, TX 79101 | 145 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,630.00<br><br>$1,630.00 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| IN YOUR EAR MUSIC & RECORDING<br>ATTN TERRY L STROUD<br>1813 E BROAD ST<br>RICHMOND, VA 23223 | 497 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $21,334.78<br><br>$21,334.78 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JACKSON LEWIS LLP<br>ATTN ANNE KRUPMAN<br>1 N BROADWAY<br>WHITE PLAINS, NY 10601 | 743 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,336.50<br><br>$1,336.50 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                         Sixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JEC HOME INTERIORS<br>13 WILSHIRE LN<br>PELHAM, NH 03076 | 185 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $4,220.00<br><br>$4,220.00 | 12/05/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JEFFERSON HOTEL, THE<br>PO BOX 758664<br>BALTIMORE, MD 21275 | 1370 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $12,664.47<br><br>$12,664.47 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JEFFERSON, THE<br>FRANKLIN & ADAMS STREETS<br>RICHMOND, VA 23220 | 50 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $12,664.47<br><br>$12,664.47 | 11/25/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JOBCONNECTION SERVICES INC<br>179 DELAWARE AVE<br>PALMERTON, PA 18071 | 1193 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $323.72<br><br>$323.72 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JORGE P SALA LAW OFFICES<br>COND SAN VICENTE<br>8169 CALLE CONCORDIA STE 102<br>PONCE, PR 00717-1556 | 999 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $313.50<br><br>$313.50 | 12/16/2008 | CIRCUIT CITY STORES PR, LLC (08-35660) |
| JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | 1119 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $533.99<br><br>$533.99 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JP ASSOCIATES<br>ATTN JOHN GOODWIN<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | 1109 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $8,103.00<br><br>$8,103.00 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JP ASSOCIATES<br>ATTN JOHN GOODWIN<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | 1111 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $630.00<br><br>$630.00 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                Sixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S  NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JP ASSOCIATES ATTN JOHN GOODWIN 100 NAAMANS RD STE 5F CLAYMONT, DE 19703 | 1114 | Secured: Priority: 503(b)9: Unsecured: Total: | $8,040.00 $8,040.00 | 12/17/2008 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| JP ASSOCIATES ATTN JOHN GOODWIN 100 NAAMANS RD STE 5F CLAYMONT, DE 19703 | 1110 | Secured: Priority: 503(b)9: Unsecured: Total: | $8,113.00 $8,113.00 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JP ASSOCIATES ATTN JOHN GOODWIN 100 NAAMANS RD STE 5F CLAYMONT, DE 19703 | 1116 | Secured: Priority: 503(b)9: Unsecured: Total: | $8,040.00 $8,040.00 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JP ASSOCIATES ATTN JOHN GOODWIN 100 NAAMANS RD STE 5F CLAYMONT, DE 19703 | 1118 | Secured: Priority: 503(b)9: Unsecured: Total: | $8,298.00 $8,298.00 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JP ASSOCIATES ATTN JOHN GOODWIN 100 NAAMANS RD STE 5F CLAYMONT, DE 19703 | 1108 | Secured: Priority: 503(b)9: Unsecured: Total: | $8,232.00 $8,232.00 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JP ASSOCIATES ATTN JOHN GOODWIN 100 NAAMANS RD STE 5F CLAYMONT, DE 19703 | 1113 | Secured: Priority: 503(b)9: Unsecured: Total: | $866.00 $866.00 | 12/17/2008 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| JP ASSOCIATES ATTN JOHN GOODWIN 100 NAAMANS RD STE 5F CLAYMONT, DE 19703 | 1112 | Secured: Priority: 503(b)9: Unsecured: Total: | $839.00 $839.00 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JP ASSOCIATES ATTN JOHN GOODWIN 100 NAAMANS RD STE 5F CLAYMONT, DE 19703 | 1115 | Secured: Priority: 503(b)9: Unsecured: Total: | $8,310.00 $8,310.00 | 12/17/2008 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Sixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

**EXHIBIT C - Non-Goods 503(b)(9) CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JP ASSOCIATES ATTN JOHN GOODWIN 100 NAAMANS RD STE 5F CLAYMONT, DE 19703 | 1117 | Secured: Priority: 503(b)9: Unsecured: Total: | $8,113.00 $8,113.00 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JP ASSOCIATES ATTN JOHN GOODWIN 100 NAAMANS RD STE 5F CLAYMONT, DE 19703 | 1107 | Secured: Priority: 503(b)9: Unsecured: Total: | $537.88 $537.88 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JP ASSOCIATES ATTN JOHN GOODWIN 100 NAAMANS RD STE 5F CLAYMONT, DE 19703 | 1106 | Secured: Priority: 503(b)9: Unsecured: Total: | $1,633.23 $1,633.23 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JS UNLIMITED INC 9351 HEDGESTONE CT RIVERSIDE, CA 92508 | 1372 | Secured: Priority: 503(b)9: Unsecured: Total: | $46,500.00 $46,500.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| K&W COMMUNICATIONS 1308 N 2ND ST ALTOONA, PA 16602 | 994 | Secured: Priority: 503(b)9: Unsecured: Total: | $1,405.00 $1,405.00 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| KEMPER SATELLITE SYSTEMS 1270 BOONE INDUSTRIAL COLUMBIA, MO 65202 | 1044 | Secured: Priority: 503(b)9: Unsecured: Total: | $563.00 $563.00 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| KENOSHA HOSPITAL & MEDICAL CTR 6308 8TH AVE ATTN BUSINESS OFFICE KENOSHA, WI 53143 | 424 | Secured: Priority: 503(b)9: Unsecured: Total: | $648.30 $648.30 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| KING COUNTY FINANCE DIVISION 500 4TH AVE NO 600 SEATTLE, WA 981042387 | 1095 | Secured: Priority: 503(b)9: Unsecured: Total: | $95,000.00 $95,000.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.            Sixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

**EXHIBIT C - Non-Goods 503(b)(9) CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| KING COUNTY TREASURY<br>500 FOURTH AVE<br>ROOM 600<br>SEATTLE, WA 98104-2387 | 1104 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $4,847.24<br><br>$4,847.24 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LABOR READY INC<br>PO BOX 2910<br>TACOMA, WA 98401 | 409 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $28,456.44<br><br>$28,456.44 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LAFAYETTE CONSOLIDATED GOVMT<br>PO BOX 4308<br>ATTN ALARM ENFORCEMENT<br>LAFAYETTE, LA 70502 | 235 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $100.00<br><br>$100.00 | 11/28/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LAUREL RIDGE BOTTLING CO<br>1600 MORRELL AVE<br>CONNELLSVILLE, PA 15425 | 412 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $111.21<br><br>$111.21 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LAWSON, ALFRED<br>9400 GLASCOW DR<br>FREDERICKSBURG, VA 22408 | 625 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $199.99<br><br>$199.99 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LEBEN FAMILY LP<br>4001 N TAMIAMI TRAIL<br>CO NORTHERN TRUST BANK<br>NAPLES, FL 34103 | 1368 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $103,039.15<br><br>$103,039.15 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LEE COUNTY TAX COLLECTOR<br>PO BOX 271<br>TUPELO, MS 38802 | 609 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $26,898.24<br><br>$26,898.24 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LEGAL TAX SERVICE INC<br>PO BOX 10060<br>PITTSBURGH, PA 15236-6060 | 636 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,738.04<br><br>$1,738.04 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                    Sixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

**EXHIBIT C - Non-Goods 503(b)(9) CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LEONE, MARK 1821 ENGLISH OAK DR OFALLON, MO 63367 | 1427 | Secured: Priority: 503(b)9: Unsecured: Total: | $765.00 $765.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LEXINGTON COUNTY TREASURER 212 SOUTH LAKE DR LEXINGTON, SC 29072 | 1165 | Secured: Priority: 503(b)9: Unsecured: Total: | $6,333.70 $6,333.70 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LIEBERMAN RESEARCH WORLDWIDE 1900 AVENUE OF THE STARS STE 1500 LOS ANGELES, CA 90067 | 246 | Secured: Priority: 503(b)9: Unsecured: Total: | $34,400.00 $34,400.00 | 12/03/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LIL ANTHONYS PIZZA 205 N HWY 27 MINNEOLA, FL 34715 | 456 | Secured: Priority: 503(b)9: Unsecured: Total: | $263.00 $263.00 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LINKED COMMUNICATIONS 140 EAGLE LN WETUMKA, AL 36092 | 1316 | Secured: Priority: 503(b)9: Unsecured: Total: | $9,645.00 $9,645.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LOGIC INFORMATION SYSTEMS 5814 BLACKSHIRE PATH INVER GROVE HEIGHTS, MN 55076 | 1354 | Secured: Priority: 503(b)9: Unsecured: Total: | $53,239.14 $53,239.14 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MAC TRANSPORTATION INC PO BOX 1024 GUASTI, CA 91743 | 631 | Secured: Priority: 503(b)9: Unsecured: Total: | $62,571.00 $62,571.00 | 11/28/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MANCO ABBOTT LLC PO BOX 9440 FRESNO, CA 93792-9440 | 1264 | Secured: Priority: 503(b)9: Unsecured: Total: | $1,743.92 $1,743.92 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    68 of 86 Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MARKET FORCE INFORMATION<br>1877 BROADWAY STE 706<br>BOULDER, CO 80302 | 648 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $37,189.00<br><br>$37,189.00 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MARKET HEIGHTS, LTD<br>ATTN ADAM TECKMAN<br>2001 ROSS AVE STE 4601<br>DALLAS, TX 75201 | 1093 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $27,908.00<br><br>$27,908.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MARTIN COUNTY TAX COLLECTOR<br>FALSE ALARM UNIT<br>3485 SE WILLOUGHBY BLVD<br>STUART, FL 34994 | 666 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $50.00<br><br>$50.00 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MCELROY INSTALLATIONS<br>2600 E SOUTHLAKE<br>STE 120 PMB 101<br>SOUTHLAKE, TX 76092 | 1423 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $16,477.00<br><br>$16,477.00 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MERCER<br>ATTN JOANNE FLOWERS<br>777 S FIGUEROA ST STE 1900<br>LOS ANGELES, CA 90017 | 348 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $217,830.00<br><br>$217,830.00 | 11/24/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MILLBURY, TOWN OF<br>DEPT OF WEIGHTS & MEASURES<br>127 ELM ST<br>MILLBURY, MA 01527 | 996 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $500.00<br><br>$500.00 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MILLER, LADONNA<br>CARTER COUNTY TREASURER<br>20 B ST SW RM 104<br>ARDMORE, OK 73401-6499 | 1005 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $118,344.12<br><br>$118,344.12 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MOUNTAIN MIST WATER<br>PO BOX 44427<br>TACOMA, WA 984440427 | 392 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $175.52<br><br>$175.52 | 12/02/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                Ninth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MOUNTAIN MIST WATER<br>PO BOX 44427<br>TACOMA, WA 984440427 | 393 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $88.84<br><br>$88.84 | 12/02/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MOUNTAIN MIST WATER<br>PO BOX 44519<br>TACOMA, WA 98444 | 394 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $309.33<br><br>$309.33 | 12/02/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MURRIETA, CITY OF<br>1 TOWN SQUARE<br>24601 JEFFERSON AVE<br>MURRIETA, CA 92562 | 603 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $600.00<br><br>$600.00 | 12/04/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| MUSTANG MICROSYSTEMS<br>ATTN BILL MOLLOY CONTROLLER<br>104 SOUTH ST<br>HOPKINTON, MA 01748 | 543 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $11,553.39<br><br>$11,553.39 | 11/26/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| N GENIUS SOLUTIONS INC<br>88 W SCHILER 1809<br>CHICAGO, IL 60610 | 876 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $8,885.00<br><br>$8,885.00 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NAPA AUTO PARTS OF MARION<br>2310 W MAIN<br>MARION, IL 62959 | 225 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $798.79<br><br>$798.79 | 11/28/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NASH COUNTY TAX COLLECTOR<br>PO BOX 1070<br>CHARLOTTE, NC 28201 | 415 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,619.72<br><br>$2,619.72 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NATICK, TOWN OF<br>13 E CENTRAL ST<br>NATICK, MA 01760 | 2227 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $294.80<br><br>$294.80 | 12/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.          Sixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NATIONAL SERVICE ALLIANCE<br>105 WARD HILL AVE<br>HAVERHILL, MA 01839 | 1038 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $50,886.95<br>$50,886.95 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NATIONWIDE CONSULTING CO<br>PO BOX 548<br>65 HARRISTOWN RD<br>GLEN ROCK, NJ 07452 | 1519 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $3,250.00<br>$3,250.00 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NETREADY HOME<br>12048 SW US HWY 54<br>ANDOVER, KS 67002 | 1207 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $520.00<br>$520.00 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NEVAEH ELECTRONICS<br>1182 OLD BOONES CRK RD<br>JONESBOROUGH, TN 37659 | 485 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $3,530.00<br>$3,530.00 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NEW AGE ELECTRONICS INC<br>339 CR 4<br>SCOBEY, MS 38953 | 1306 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,670.00<br>$2,670.00 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NEW JORDAN LANES INC, THE<br>731 JORDAN PKY<br>WHITEHALL, PA 18052 | 1083 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,352.05<br>$1,352.05 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NEW PENN MOTOR EXPRESS INC<br>PO BOX 630<br>625 S FIFTH AVE<br>LEBANON, PA 17042-0630 | 238 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $491.81<br>$491.81 | 11/28/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NEW YORK CITY DEPT OF FINANCE<br>59 MAIDEN LN<br>NEW YORK, NY 10038 | 1081 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $940.31<br>$940.31 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                         Sixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NEWINGTON, TOWN OF<br>131 CEDAR ST TOWN HALL<br>NEWINGTON, CT 06111 | 716 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $58,213.67<br>$58,213.67 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NEWPORT BEACH, CITY OF<br>3300 NEWPORT BLVD<br>NEWPORT BEACH, CA 92658-8195 | 1145 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $300.00<br>$300.00 | 12/16/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| NEWPORT BEACH, CITY OF<br>PO BOX 1768<br>3300 NEWPORT BLVD<br>NEWPORT BEACH, CA 92658-8195 | 1146 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $591.00<br>$591.00 | 12/16/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| NEXICORE SERVICES<br>HARTFORD COMPUTER GROUP<br>DEPT 9775<br>LOS ANGELES, CA 90084-9775 | 753 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $79,100.00<br>$79,100.00 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NIELSEN IAG INC<br>345 PARK AVE S<br>12TH FL<br>NEW YORK, NY 10010 | 553 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $30,000.00<br>$30,000.00 | 11/28/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NIXON PEABODY LLP<br>100 SUMMER ST<br>BOSTON, MA 02110 | 1258 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,600.79<br>$2,600.79 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NORTH ATTLEBORO<br>MARKETPLACE II, L L C<br>MARK BRIGGS<br>C/O CARPIONATO PROPERTIES INC<br>1414 ATWOOD AVENUE SUITE 260<br>JOHNSTON, RI 02919 | 1313 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $47,307.58<br>$47,307.58 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Third Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NORTHERN CALIFORNIA COMPACTORS PO BOX 5489 PLEASANTON, CA 94566-1489 | 821 | Secured: Priority: 503(b)9: Unsecured: Total: | $382.70 $382.70 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NOVI, CITY OF 45125 WEST TEN MILE ROAD NOVI, MI 48375 | 639 | Secured: Priority: 503(b)9: Unsecured: Total: | $380.00 $380.00 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ONQ SOLUTIONS INC 1505 WOODSIDE RD REDWOOD CITY, CA 94061 | 885 | Secured: Priority: 503(b)9: Unsecured: Total: | $8,500.00 $8,500.00 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ORANGE, TOWN OF 617 ORANGE CTR RD ACCOUNTING DEPT ORANGE, CT 06477-2499 | 611 | Secured: Priority: 503(b)9: Unsecured: Total: | $38,936.63 $38,936.63 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PACIFIC HARBOR EQUITIES LLC 3000 PABLO KISEL BLVD STE 300C C/O R&R HOPE PROPERTIES LP BROWNSVILLE, TX 78526 | 1208 | Secured: Priority: 503(b)9: Unsecured: Total: | $47,575.59 $47,575.59 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PAUL PLEVIN SULLIVAN ET AL 401 B ST 10TH FL SAN DIEGO, CA 92101 | 1295 | Secured: Priority: 503(b)9: Unsecured: Total: | $2,588.79 $2,588.79 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PC DOCTOR INC 9805 DOUBLE R BLVD STE 301 RENO, NV 89521 | 400 | Secured: Priority: 503(b)9: Unsecured: Total: | $28,020.59 $28,020.59 | 12/02/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PENGATE HANDLING SYSTEMS INC 3 INTERCHANGE PL YORK, PA 17403 | 448 | Secured: Priority: 503(b)9: Unsecured: Total: | $74.00 $74.00 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                    3rd Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PENSKE<br>PO BOX 827380<br>PHILADELPHIA, PA 19182 | 1272 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$85,923.68<br><br>$85,923.68 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PERFORMANCE PRINTING CORP<br>BOX 96 0175<br>FCC LLC FIRST CAPITAL<br>OKLAHOMA CITY, OK 73196 | 1411 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$105,123.80<br><br>$105,123.80 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PINKERTON CONSULTING & INVEST<br>2 CAMPUS DR<br>PARSIPPANY, NJ 07054 | 1227 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$6,722.63<br><br>$6,722.63 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PIONEER TITLE<br>ONE COLUMBUS CENTER<br>STE 400<br>VIRGINIA BEACH, VA 23462 | 1152 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$2,100.00<br><br>$2,100.00 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PLAN IT INTERACTIVE INC<br>150 W INDUSTRIAL WAY<br>BENICIA, CA 94510 | 162 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$5,966.00<br><br>$5,966.00 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PLATINUM HOME THEATER INSTALLATION<br>14335 IVEY AVE<br>FONTANA, CA 92335 | 1278 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$4,700.00<br><br>$4,700.00 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PLUCK<br>200 ACADEMY DR SUITE 120<br>AUSTIN, TX 78704 | 1071 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$5,000.00<br><br>$5,000.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PORTABLE COMMUNICATION SOLUTIONS<br>6819 LIMA RD<br>FORT WAYNE, IN 46818 | 1308 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$1,025.00<br><br>$1,025.00 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                Fifth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PRECISION CAMERA REPAIR<br>3 ANNGINA DR<br>ENFIELD, CT 06082 | 872 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $106.36<br><br>$106.36 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PREMIER HOME TECHNICIANS<br>21752 NORTH 86TH LANE<br>PEORIA, AZ 85382 | 1252 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $25,549.00<br><br>$25,549.00 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PRO IMAGE INSTALLERS INC<br>1970 HWY 87<br>STE 101<br>NAVARRE, FL 32566 | 770 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $978.00<br><br>$978.00 | 12/10/2008 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| PROCTER & GAMBLE DIST COMPANY<br>C O MARY TRAHAN<br>8500 GOVERNORS HILL DR<br>COLUMBUS, OH 45249 | 726 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PROFESSIONAL LIVERY<br>521 D PROGRESS DR<br>LINTHICUM, MD 21090 | 1169 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $3,151.66<br><br>$3,151.66 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PROFESSIONAL SATELLITE INSTALLS<br>41 BRIAN DR<br>CARLISLE, PA 17015 | 878 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $6,715.00<br><br>$6,715.00 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PROTECH INSTALLATION SERVICE<br>1241 MIDWAY RD<br>WILLIAMSON, GA 30292 | 1384 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $11,265.00<br><br>$11,265.00 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PURI, SUNIL<br>6801 SPRING CREEK RD<br>ROCKFORD, IL 61114 | 1455 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,818.70<br><br>$1,818.70 | 12/03/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Sixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| QUALITY CONNECTIONS INC<br>23 IVY CREEK LN<br>FREDERICKSBURG, VA 22405 | 1303 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,660.00<br><br>$2,660.00 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| QUALITY LOCKSMITH OF CENTRAL FLORIDA INC<br>478 E ALTAMONTE DR STE 108 PMB 540<br>ALTAMONTE SPRINGS, FL 32701 | 727 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $282.36<br><br>$282.36 | 12/09/2008 | CC DISTRIBUTION COMPANY OF VIRGINIA, INC. (08-35659) |
| QUALXSERV LLC<br>836 NORTH ST<br>TEWKSBURY, MA 01876 | 981 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $28,965.00<br><br>$28,965.00 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| QUIZNOS CLASSIC SUBS<br>402 E PLAZA DR<br>CARTERVILLE, IL 62918 | 580 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $300.82<br><br>$300.82 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| RAMADA LIMITED HOTEL<br>2989 HAMILTON BLVD<br>S PLAINFIELD, NJ 07080 | 795 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,725.00<br><br>$1,725.00 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| RANGER AMERICAN OF PR<br>PO BOX 29105<br>SAN JUAN, PR 00929-0105 | 671 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $13,096.70<br><br>$13,096.70 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| REGIONAL INCOME TAX AGENCY<br>ATTN LEGAL DEPT<br>PO BOX 470537<br>BROADVIEW HEIGHTS, OH 44147 | 649 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,181.81<br><br>$2,181.81 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| REVELWOOD INC<br>14 WALSH DR<br>STE 303<br>PARSIPPANY, NJ 07054 | 921 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $466.24<br><br>$466.24 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Sixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RIVAL WATCH<br>710 LAKEWAY DR<br>STE 135<br>SUNNYVALE, CA 94085-4062 | 51 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $3,650.00<br>$3,650.00 | 11/25/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| RIVER CITY BLDG MAINTENANCE<br>PO BOX 6001<br>MIDLOTHIAN, VA 23112 | 695 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $36,834.46<br>$36,834.46 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROCKDALE COUNTY TAX COMMISSION<br>PO DRAWER 1497<br>CONYERS, GA 30012 | 696 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $27,916.52<br>$27,916.52 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| RPM TECHNOLOGIES & SATELLITE LP<br>3610 SHIRE BLVD 106<br>RICHARDSON, TX 75082 | 34 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $14,425.00<br>$14,425.00 | 11/28/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| RYAN, BOB<br>1810 RYANDALE RD<br>RICHMOND, VA 23233 | 1360 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $333.11<br>$333.11 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SAFETY & SECURITY SERVICES INC<br>416 NW 8TH<br>OKLAHOMA CITY, OK 73102 | 843 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $12,710.98<br>$12,710.98 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SAFETY KLEEN<br>5360 LEGACY DR BLDG 2 STE 100<br>PLANO, TX 75024 | 678 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,035.10<br>$1,035.10 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SARETSKY HART MICHAELS & GOULD<br>995 S ETON<br>BIRMINGHAM, MI 48009 | 142 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | UNL<br>UNL | 11/28/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Sixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SATELLITE SOLUTIONS<br>752 S BIRD ST<br>SUN PRAIRIE, WI 53590 | 1205 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,704.50<br>$2,704.50 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SBLM ARCHITECTS PC<br>151 W 26TH ST<br>NEW YORK, NY 10001 | 574 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $90,932.52<br>$90,932.52 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SCHNEIDER SERVICES INC<br>PO BOX 2545<br>GREEN BAY, WI 54306-2545 | 376 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $4,769.60<br>$4,769.60 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SCHOONOVER, PHILIP J<br>2146 OYSTER HARBORS<br>OSTERVILLE, MA 02655 | 2304 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | UNL<br>UNL | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SCHOONOVER, PHILIP J<br>2146 OYSTER HARBORS<br>OSTERVILLE, MA 02655 | 1329 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | UNL<br>UNL | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SECURITY ARMORED CAR SERV INC<br>1022 SOUTH NINTH ST<br>ST LOUIS, MO 63104 | 1424 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $23,350.00<br>$23,350.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SECURITY RESOURCES<br>SRI CORPORATE CENTER<br>1155 MARLKRESS RD<br>CHERRY HILL, NJ 08003 | 1136 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $634.19<br>$634.19 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SELBYS HOME THEATER LLC<br>5444 E INDIANA ST NO 211<br>EVANSVILLE, IN 47715 | 1230 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,043.00<br>$1,043.00 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.          8th Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SETLIFF & HOLLAND PC<br>4940 DOMINION BLVD<br>GLEN ALLEN, VA 23060 | 919 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,389.03<br>$1,389.03 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SHERWOOD PROPERTIES LLC<br>C O WALDEN & KIRKLAND INC<br>PO BOX 1787<br>ALBANY, GA 31702 | 1226 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $64,637.43<br>$64,637.43 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SHINN SPRING WATER CO INC<br>2 E POINTE DR<br>BIRDSBORO, PA 19508 | 509 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $79.73<br>$79.73 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SHOPATHOME COM<br>7100 E BELLEVIEW AVE 208<br>GREENWOOD VILLAGE, CO 80111 | 1374 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $439.45<br>$439.45 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SHOPPER TRAK RCT CORP<br>200 W MONROE 11TH FL<br>CHICAGO, IL 60606 | 697 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $30,527.95<br>$30,527.95 | 12/09/2008 | INTERTAN, INC. (08-35655) |
| SHRED IT<br>1001 THOMAS ST<br>HAMPTON, VA 23669 | 841 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $498.75<br>$498.75 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SHRED IT<br>1001 THOMAS ST<br>HAMPTON, VA 23669 | 838 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $380.00<br>$380.00 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SIMMONS JANNACE & STAGG LLP<br>75 JACKSON AVE<br>SYOSSET, NY 11791-3139 | 1296 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,407.44<br>$1,407.44 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Ninth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SLICER & ASSOCIATES LLC<br>PO BOX 1647<br>WEST CHATHAM, MA 02669 | 154 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $750.00<br>$750.00 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SLICER & ASSOCIATES LLC<br>PO BOX 1647<br>WEST CHATHAM, NJ 02669-1647 | 155 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $9,949.75<br>$9,949.75 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SMART & BIGGAR<br>55 METCALFE ST STE 900<br>OTTAWA, K1P 56<br>UNKNOWN | 767 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | UNL<br>UNL | 12/10/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| SOUNDS GOOD INSTALLATIONS LLC<br>26 FOX RD<br>WALTHAM, MA 02451 | 454 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $12,125.00<br>$12,125.00 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SOUTH PORTLAND, CITY OF<br>PO BOX 9422<br>SOUTH PORTLAND, ME 04116 | 378 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $31,503.15<br>$31,503.15 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SOUTHERN MOTOR CARRIERS<br>PO BOX 2040<br>PEACHTREE CITY, GA 30269 | 466 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $4,500.00<br>$4,500.00 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SPERRY/TV<br>1115 NORTH 47TH<br>LINCOLN, NE 68503 | 1420 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $3,025.00<br>$3,025.00 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SPHERION<br>2050 SPECTRUM BLVD<br>FT LAUDERDALE, FL 33309 | 506 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $11,481.63<br>$11,481.63 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                Sixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SPITZER FAMILY INVESTMENTS, LLC<br>PO BOX 3601<br>TELLURIDE, CO 81435 | 745 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $22,354.16<br>$22,354.16 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SPSS INC<br>1213 PAYSPHERE CR<br>CHICAGO, IL 60674 | 690 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $14,200.00<br>$14,200.00 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ST CLOUD ASSOCIATES<br>C O RESOURCE AMERICA INC<br>1845 WALNUT ST NO 1000<br>PHILADELPHIA, PA 19103 | 1248 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $26,094.44<br>$26,094.44 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| STAFFMARK INC<br>US BANK PO BOX 952386<br>ST LOUIS, MO 63195 | 635 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $252,614.33<br>$252,614.33 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| STONER ENTERPRISES INC<br>PO BOX 96<br>RUCKERSVILLE, VA 22968 | 467 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $57.25<br>$57.25 | 12/01/2008 | CC DISTRIBUTION COMPANY OF VIRGINIA, INC. (08-35659) |
| STRUCTURED WIRING SOLUTIONS INC<br>1503 5 VILLAGE DR<br>WILMINGTON, NC 28401 | 556 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $10,385.00<br>$10,385.00 | 11/28/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SULLIVAN COUNTY<br>3258 HWY 126 STE 101<br>CLERK<br>BLOUNTVILLE, TN 37617 | 223 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $6,734.18<br>$6,734.18 | 11/28/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SULLIVAN COUNTY<br>PO BOX 550<br>TRUSTEE<br>BLOUNTVILLE, TN 37617 | 715 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $766.00<br>$766.00 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                    Sixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SUPERIOR SIGHTS & SOUNDS<br>2897 SENECA ST<br>W SENECA, NY 14224 | 242 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $5,380.00<br><br>$5,380.00 | 12/03/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SWEDESFORD SHOPPING CENTER ACQUISITION, LLC<br>8 INDUSTRIAL WAY EAST 2ND FLOOR<br>EATONTOWN, NJ 07724 | 922 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $75,757.17<br><br>$75,757.17 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SWEETWATER AUTHORITY<br>505 GARRETT AVENUE<br>CHULA VISTA, CA 91910 | 551 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $263.92<br><br>$263.92 | 11/26/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| T&T ENTERPRISES LP<br>ATTN ANTHONY SAMMUT<br>60 D CORRAL DETIERRA RD<br>SALINAS, CA 93908 | 1033 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $151,829.74<br><br>$151,829.74 | 12/10/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| TELECO INC<br>PO BOX 11364<br>COLUMBIA, SC 29211-1364 | 642 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $23,122.80<br><br>$23,122.80 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| THEATER XTREME OF SPRINGFIELD<br>170 DENSLOW RD<br>EAST LONGMEADOW, MA 01028 | 806 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $16,530.00<br><br>$16,530.00 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| THURSTON COUNTY TREASURER<br>2000 LAKERIDGE DR SW<br>OLYMPIA, WA 98502-6080 | 620 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,250.51<br><br>$2,250.51 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TIME MACHINE INC, THE<br>2335 HONOLULU AVE<br>MONTROSE, CA 91020 | 790 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $2,982.00<br><br>$2,982.00 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.              Exhibit Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TKC TECHNOLOGY SOLUTIONS LLC<br>11320 RANDOM HILLS RD<br>STE 115<br>FAIRFAX, VA 22030 | 1389 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $8,435.00<br><br>$8,435.00 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TORRANCE, CITY OF<br>3031 TORRANCE BLVD<br>TORRANCE, CA 90503 | 488 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $125.00<br><br>$125.00 | 12/03/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TOUCHPOINT RETAIL DESIGN INC<br>118 E 26TH ST STE 300<br>MINNEAPOLIS, MN 55404 | 1101 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $5,131.30<br><br>$5,131.30 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TOWNE SQUARE PLAZA<br>C/O GRUBB & ELLIS MGMT SVCS<br>445 S FIGUEROA ST STE 3300<br>LOS ANGELES, CA 90071-1652 | 573 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $90,739.25<br><br>$90,739.25 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TRC TEMPORARY SERVICE INC<br>PO BOX 888485<br>ATLANTA, GA 303560524 | 1236 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $10,216.88<br><br>$10,216.88 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TREASURE VALLEY COFFEE INC<br>11875 PRESIDENT DR<br>BOISE, ID 83713 | 457 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $121.75<br><br>$121.75 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TRIMBLE & JEWELL<br>PO BOX 1107<br>EVANSVILLE, IN 47706 | 1029 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TRUEFFECT INC<br>590 BURBANK ST<br>STE 255<br>BROOMFIELD, CO 80020 | 1312 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $920.28<br><br>$920.28 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Third Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TULLY MD, VINCENT<br>180 KELLOWS RD<br>HONESDALE, PA 18431 | 1134 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TV TECK TELEVISION & VIDEO<br>15230 HIGHWAY 3<br>WEBSTER, TX 77598 | 891 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $3,141.00<br><br>$3,141.00 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| UNITED STATES DEBT RECOVERY LLC<br>940 SOUTHWOOD BL SUITE 101<br>INCLINE VILLAGE, NV 89451 | 976 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $6,116.74<br><br>$6,116.74 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| UNITED WAY DESERT COMMUNITIES<br>PO BOX 1208<br>VICTORVILLE, CA 923931208 | 588 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $199.28<br><br>$199.28 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| UNIVERSAL PROTECTION SERVICE<br>PO BOX 512719<br>LOS ANGELES, CA 90051-0719 | 5125 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $66,465.42<br><br>$66,465.42 | 01/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| UNIVERSAL SURVEILLANCE SYSTEMS<br>11172 ELM AVE<br>RANCHO CUCAMONGA, CA 91730 | 680 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $18,437.70<br><br>$18,437.70 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| USIS COMMERCIAL SERVICES INC<br>23883 NETWORK PL<br>CHICAGO, IL 60673 | 861 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $381,645.28<br><br>$381,645.28 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| UTAH, STATE OF<br>341 S MAIN ST 5TH FL<br>TREASURER UNCLAIMED PROPERTY<br>SALT LAKE CITY, UT 84111 | 610 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Fourth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

## EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| VALLEY SQUARE I LP<br>PO BOX 7189<br>4737 CONCORD PIKE<br>WILMINGTON, DE 19803 | 232 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $55,108.22<br>$55,108.22 | 11/28/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| VANGENT INC<br>PO BOX 934753<br>ATLANTA, GA 31193-4753 | 438 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $181.13<br>$181.13 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| VENTURI STAFFING PARTNERS<br>PO BOX 809237<br>CHICAGO, IL 60680-9237 | 1161 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $38,066.67<br>$38,066.67 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WARE ARCHITECTURE<br>1444 OAK LAWN AVE STE 406<br>DALLAS, TX 75207 | 993 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $452.76<br>$452.76 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WARNER ROBINS, CITY OF<br>PO BOX 1488<br>OCCUPATION TAX DIVISION<br>WARNER ROBINS, GA 31099 | 857 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $7,919.18<br>$7,919.18 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WASHINGTON COUNTY<br>ASSESSMENT & TAXATION<br>155 N 1ST AVE NO 130<br>HILLSBORO, OR 97124 | 630 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $5,440.73<br>$5,440.73 | 12/01/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| WATKINS FLOWERS OF DISTINCTION<br>2731 CAPITAL BLVD<br>RALEIGH, NC 27604 | 382 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | UNL<br>UNL | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WEBB BURNETT CORNBROOKS ET AL<br>115 BROAD ST<br>PO BOX 910<br>SALISBURY, MD 21803-0910 | 1238 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $1,335.00<br>$1,335.00 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Sixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WEBB, SUSANNA<br>2929 N MACARTHUR DR NO 160<br>TRACY, CA 95376 | 1215 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 12/17/2008 | CC DISTRIBUTION COMPANY OF VIRGINIA, INC. (08-35659) |
| WEIGEL, ROBERT<br>2300 S 48 ST<br>LINCOLN, NE 68506 | 1049 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $35,352.00<br><br>$35,352.00 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WEISER SECURITY SERVICES INC<br>PO BOX 51720<br>NEW ORLEANS, LA 70151-1720 | 873 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $15,606.75<br><br>$15,606.75 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WERNER ENTERPRISES INC<br>PO BOX 45308<br>OMAHA, NE 68145-0308 | 1418 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $158.76<br><br>$158.76 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WICOMICO COUNTY<br>PO BOX 4036<br>SALISBURY, MD 21803-4036 | 1177 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $31,293.62<br><br>$31,293.62 | 12/05/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WILBUR CO, J<br>PO BOX 413066<br>KANSAS CITY, MO 64141 | 490 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $30,851.73<br><br>$30,851.73 | 11/24/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WILKINSON BARKER KNAUER LLP<br>2300 N ST NW STE 700<br>WASHINGTON, DC 20037 | 1235 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $594.00<br><br>$594.00 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WINN MOTORCOACH<br>1831 WESTWOOD AVE<br>RICHMOND, VA 23227 | 880 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $8,820.00<br><br>$8,820.00 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                        Sixth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT C - Non-Goods 503(b)(9) CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WOOD, MICHAEL<br>745 HAWK RUN<br>OFALLON, MO 63368 | 644 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $630.00<br><br>$630.00 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WORKING MACHINES CORPORATION<br>2170 DWIGHT WY<br>BERKELEY, CA 94704 | 1350 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $131,280.08<br><br>$131,280.08 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WS STRATFORD LLC<br>PO BOX 25909<br>CO CAROLINA HOLDINGS INC<br>GREENVILLE, SC 29615 | 200 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | $6,776.55<br><br>$6,776.55 | 12/05/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ZEE MEDICAL<br>PO BOX 610878<br>SAN JOSE, CA 95161-0878 | 367 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 11/24/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:    347                    $6,225,255.21

---

*    "UNL" denotes an unliquidated claim.