ORIGINAL

BRAD D. KRASNOFF (CA State Bar No.125065)
krasnoff@lbbslaw.com
SCOTT LEE (CA State Bar No. 204564)
slee@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 N. Figueroa Street, Suite 1200
Los Angeles, California 90012-2601
Telephone:   (213) 250-1800
Facsimile:   (213) 250-7900

Attorneys for Creditor Apex Digital, Inc.

FILED

RICHMOND DIVISION

MAY 11 2009

CLERK
U.S. BANKRUPTCY COURT

FILED

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

- - - - - - - - - - - - - - - - x
In re                            :
                                 : Chapter 11
CIRCUIT CITY STORES, INC., <u>et</u>  :
<u>al</u>.,                            : Case No. 08-35653-KRH
                                 :
            Debtors.             : Jointly Administered
                                 :
- - - - - - - - - - - - - - - - x

**REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE**

Apex Digital, Inc. ("Apex"), a creditor in this Chapter 11

case, by and through its counsel, hereby submits the Request for

Payment of Administrative Expense ("Request") against Circuit

City Stores, Inc., <u>et al</u>. (collectively, "Debtors").

The Request is based upon unpaid invoices for certain goods

(collectively, "Shipments") totaling $1,112,205.50 which were

shipped to the Debtors after November 10, 2008 ("Petition

Date").  True and correct copies of (a) invoices, (b) purchase

orders, (c) bills of lading and (d) freight claim exception

notifications evidencing the foregoing Shipments to the Debtors

-1-

4819-8336-9475.1
335022 01 [XP]   25015

after the Petition Date are collectively attached hereto as **Exhibit "A"**.

The Debtors were and/or are in possession of the Shipments and have not made any postpetition payments to Apex.  The postpetition payments due on the Shipments from the Petition Date to and including January 15, 2009, total $1,112,205.50, and are broken down as follows:

| Date | Invoice No. | Bill of Lading No./Purchase Order No. | Amount Shipped |
|---|---|---|---|
| 01/08/09 | 175241 | 2246691 | $1,117,972.80 |
| 01/15/09 | 175282 | 2246691 | ($5,767.32) |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  |  | $1,112,205.50 |
|  |  |  |  |
| TOTAL CLAIM |  |  | $1,112,205.50 |
|  |  |  |  |

Copies of additional documents are available upon request.

Based on the foregoing, Apex seeks payment for the above balance due as an administrative claim under 11 U.S.C. §503(b)(1)(A) and other applicable bankruptcy law.

-2-

Apex reserves the right to amend the Request to include its attorneys' fees and such potential additional charges regarding the Shipments, if any, as they become due.


/s/  Brad D. Krasnoff
BRAD D. KRASNOFF (CA State Bar No.125065)
krasnoff@lbbslaw.com
SCOTT LEE (CA State Bar No. 204564)
slee@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 N. Figueroa Street, Suite 1200
Los Angeles, California 90012-2601
Telephone:  (213) 250-1800
Facsimile:  (213) 250-7900

Attorneys for Creditor Apex Digital, Inc.

4819-8336-9475.1
335022.01 [XP]   25015



*simply remarkable ™*

**APEX DIGITAL, INC.**
**301 Brea Canyon Road** .
**Walnut CA 91789**
**United States**

| | |
|---|---|
| **Invoice** | |
| **INVOICE NO** | 175241 |
| **CUSTOMER NO** | CICI01 |
| **REF NO** | |
| **PAGE** | 1 of 1 |

BILL TO:

Attn: Accounts Payable
Circuit City Stores Inc
9954 Mayland Dr
RICHMOND VA 23233-1464
United States

SHIP TO:

Circuit City Stores Inc
Circuit City Dist. Ctr #717
501 S. Cheryl Lane
Mike MacDowell - 909 594-3684
WALNUT CA 91789
United States

| INVOICE DATE | SHIP VIA | | TERMS | |
|---|---|---|---|---|
| 08-JAN-09 | | | NET 15 | |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | SALES ORDER NUMBER |
|---|---|---|---|
| 2246691 | 08-JAN-09 | House Account | 20732 |

| ITEM NO. | QUANTITY | | | DESCRIPTION | TAX | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | REQUIRE | SHIP | B.O. | | | | |
| 1 | 30240 | 30240 | | DT502 ATSC Converter Box, Model # DT502 DELIV:443776 | | 36.97 | 1,117,972.80 |
| | | | | Tax Summary by Tax Name | | | |
| | | | | ------------------------------ | | | |
| | | | | Tax CONVERSION @ 0.00 | | | 0.00 |

INV
08-
PU
22

1). Return Merchandise Authorization will only be issued for detective products within one (1) year from the date of invoice.
2) A 1.5% monthly finance charge will be assessed on any past due balance.

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING / HANDLING | TOTAL |
|---|---|---|---|---|
| | 1,117,972.80 | 0.00 | 0.00 | 1,117,972.80 Currency: USD |

**Header Information**

### Invoice

| | | |
|---|---|---|
| Invoice Date: | 2009-01-08 | CCYY-MM-DD    Total Invoice Amount:  1,117,972.80 |
| Invoice Number: | 175241 | |
| Purchase Order Number: | 2246691 | |
| Vendor Number: | 071149 | |

**Ship To Party**

Name:    Circuit City Stores, Inc.

CCS Distribution Code:  0717

**Terms**

| | | | | |
|---|---|---|---|---|
| Terms Type Code: | 01 - Basic | Terms Discount Days Due: | | |
| Terms Basis Date Code: | 3 - Invoice Date | Terms Net Due Date: | 2009-01-23 | CCYY-MM-DD |
| Terms Discount Percent: | | Terms Net Days: | 15 | |
| Terms Discount Due Date: | | CCYY-MM-DD    Terms Discount Amount: | | |
| Description: | | | | |

**Line**

| Seq | | CCS Model Number | Quantity Invoiced | Unit of Measure | Unit Price |
|---|---|---|---|---|---|
| 1 | | DT502 | 30239 | EA - Each | 36.97 |
| 2 | | DT502 | 1 | EA - Each | 36.97 |

| Summary Information |
|---|

## Invoice

| | | | |
|---|---|---|---|
| **Invoice Date:** | 2009-01-08 | CCYY-MM-DD | **Total Invoice Amount:** 1,117,972.80 |
| **Invoice Number:** | 175241 | | |
| **Purchase Order Number:** | 2246691 | | |
| **Vendor Number:** | 071149 | | |

**Carrier Detail Information**

| SCAC Code | Carrier | Bill of Lading Number |
|---|---|---|
| | TOPLAND TRUCKING | CICI01-20732A, B, C |

SO#F 20732



# Purchase Order

| Purchase Order Information | | Circuit City Contact Name | |
|---|---|---|---|
| Original | | Information Contact Name | 9778 Shannon Perry |
| Purchase Order Type | Stand-alone Order | F.O.B. Related Instructions | |
| Purchase Order Number | 2246691 | Prepaid | Destination(Shipping) |
| Purchase Order Date | 20090105 | | |
| Vendor Number | 071149 | | |
| Message Text | | | |

**Ship To Party**

| CCS Distribution Id Code | 0717 |
|---|---|

**Terms of Sale**

| Terms Type | Basic |
|---|---|
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 15 |
| Description | |

**Date Reference**

| Delivery Requested | 20090108 |
|---|---|
| Requested Ship | |
| Do Not Ship Before | |
| Do Not Ship After | |
| Do Not Deliver After | 20090109 |
| Do Not Deliver Before | 20090107 |
| Do Not Tender Before | |
| Do Not Tender After | |

**For Direct Import Orders Only**

| CIRCUIT CITY | |
|---|---|
| Name of City or Port | |

"EXHIBIT __A__ PAGE __1__"

Line Items

## Purchase Order

30#20732

Baseline Item Data

| Line # | Model | Unit of Measurement | Quantity | Unit Price |
|--------|-------|---------------------|----------|------------|
| 1 | DT502 | Each | 99999 | 36.97 |
| 2 | DT502 | Each | 601 | 36.97 |

| | | | |
|---|---|---|---|
| Date: 1/8/2009 | | Page _____ | |

| SHIP FROM | | Bill of Lading Number: CICI01-20732A |
|---|---|---|
| Name: | Apex Digital Inc | |
| Address: | 20885 Currier Rd | **BAR CODE SPACE** |
| City/State/Zip: | Walnut CA 91789 | |
| SID#: | FOB: ☐ | |

| SHIP TO | | |
|---|---|---|
| Name: | Circuit City—Whse 717 | Carrier Name: Topland Trucking |
| Address: | 501 S. Cheryl Ln. | Trailer number: 55923 |
| City/State/Zip: | Walnut, CA 91789 | Seal number: 87071 |
| CID#: | Ph# 909-594-3684 | SCAC: |
| | FOB: ☐ | Container No.: MSKU870144 |

| THIRD PARTY FREIGHT CHARGES BILL TO: | | |
|---|---|---|
| Name: | Apex Digital Inc | |
| Address: | 301 Brea Canyon Road | Reservation: |
| City/State/Zip: | Walnut CA 91789 | |

**SPECIAL INSTRUCTIONS:** Delviery appointment required

**** Delivery appt. required****
Appt.requests: https://xapps.ccity.com/centralscheduling    ***

| Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)* | | |
|---|---|---|
| Prepaid ☐ | Collect ☐ | 3rd Party ☒ |
| ☐ (check box) | Master Bill of Lading: with attached underlying Bills of Lading | |

| CUSTOMER ORDER INFORMATION | | | | |
|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
| PO No.: 2246691 | 10080 | 30240 | (Y) N | |
| Must Delivery ON or B4: 1/8/2009 | 0 | 0 | Y N | |
| Total on the PO: 100800 | | | Y N | |
| Total for this Trailer: 10080 | | | Y N | |
| Appointment No: 0 | 10080 | 30240 | 0 | |

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care.* | LTL ONLY |
| QTY | TYPE | QTY | Item E | | | | NMFC # | CLASS |
| 40 | Plt | 10080 | DT502 | 30240 | | Coverter box       DT502 | |
| 0 | Plt | 0 | | 0 | | Total weight     32920    LBS | |
| | | | | | | **40 pallets each contains 252 units | |
| 40 | | 10080 | | 30240 | | GRAND TOTAL $   0 | |

Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

Shipper responsible for all sorting & segregating charges

| | |
|---|---|
| COD Amount: $ _____ | |
| Fee Terms: Collect ☐ Prepaid ☐ | |
| Customer check acceptable: ☐ | |

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Shipper Signature _____

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT. | ☐ By Shipper | ☐ By Shipper | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. |
| /s/ 1/8/09 | ☐ By Driver | ☐ By Driver/pallets said to contain | /s/ |
| | | ☐ By Driver/Pieces | D/L: D9913923 |

JIEQING WANG
(QING)

JAN-08-2009   17:34        TOPLAND                    562 695 7010    P.001

| Date: | 1/8/2009 | | Page _____ |
|---|---|---|---|

**SHIP FROM**

| Name: | Apex Digital Inc |
|---|---|
| Address: | 20885 Currier Rd |
| City/State/Zip: | Walnut CA 91789 |
| SID#: | FOB: ☐ |

Bill of Lading Number: CICI01-20732A

**BAR CODE SPACE**

**SHIP TO**

| Name: | Circuit City---Whse 717 |
|---|---|
| Address: | 501 S. Cheryl Ln. |
| City/State/Zip: | Walnut, CA 91789 |
| CID#: | Ph# 909-594-3684   FOB: ☐ |

Carrier Name: **Topland Trucking**
Trailer number: 55923
Seal number: 87071        *seal intact*
SCAC:
Container No.: MSKU8701445

**THIRD PARTY FREIGHT CHARGES BILL TO:**

| Name: | Apex Digital Inc |
|---|---|
| Address: | 301 Brea Canyon Road |
| City/State/Zip: | Walnut CA 91789 |

RECEIVED @CIRCUITCITY 717
501 S CHERYL LANE,WALNUT CA
SEAL INTACT   Y   N
SEAL 1 87071
RECEIVED DROP LOAD SLAC
VERIFIED

Reservation:   JAN 08 '09 16:48

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
SIGN   Prepaid ☐   Collect ☐   3rd Party ☒

☐ Master Bill of Lading: with attached underlying Bills of Lading
(check box)

**SPECIAL INSTRUCTIONS:** Delivery appointment required
**** Delivery appt. required****
Appt.requests: https://xapps.ccity.com/centralscheduling   ***

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| PO No.: 2246691 | 10080 | 30240 | Ⓨ  N | |
| Must Delivery ON or B4:  1/8/2009 | 0 | 0 | Y  N | |
| Total on the PO:  100800 | | | Y  N | |
| Total for this Trailer:  10080 | | | Y  N | |
| Appointment No:  0 | 10080 | 30240 | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | Item E | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | | NMFC # | CLASS |
| 40 | Plt | 10080 | DT502 | 30240 | | Coverter box       DT502 | | | |
| 0 | Plt | 0 | | 0 | | Total weight    32920    LBS | | | |
| | | | | | | **40 pallets each contains 252 units | | | |
| | | | | | | 0 | | | |
| 40 | | 10080 | | 30240 | | **GRAND TOTAL $** | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____
Shipper responsible for all sorting & segregating charges
per _____

COD Amount:  $ _____
Fee Terms:  Collect ☐   Prepaid ☐
Customer check acceptable:  ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Shipper Signature _____

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT. | ☐ By Shipper<br>☐ By Driver | ☐ By Shipper<br>☐ By Driver/pallets said to contain<br>☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. |
| 1/8/09 | | | |

*EXHIBIT A   PAGE 10*

JAN-09-2009  14:44        TOPLAND                                    662 695 7810    P.001/001

| Date: | 1/8/2009 | | | Page ___ |
|---|---|---|---|---|

**SHIP FROM**

| Name: | Apex Digital Inc | Bill of Lading Number:   CICI01-20732B |
|---|---|---|
| Address: | 20885 Currier Rd | |
| City/State/Zip: | Walnut CA 91789 | **BAR CODE SPACE** |
| SID#: | FOB: ☐ | |

**SHIP TO**

| Name: | Circuit City—Whse **717** | Carrier Name:   **Topland Trucking** |
|---|---|---|
| Address: | 501 S. Cheryl Ln. | Trailer number:   0 |
| City/State/Zip: | Walnut, CA 91789 | Seal number:   57079 |
| CID#: | Ph# 909-594-3604   FOB: ☐ | SCAC: |
| | | Container No.:  55923    0 |

JAN 08'09 12:37

**THIRD PARTY FREIGHT CHARGES BILL TO:**

| Name: | Apex Digital Inc | Reservation: |
|---|---|---|
| Address: | 301 Brea Canyon Road | |
| City/State/Zip: | Walnut CA 91789 | |

**Freight Charge Terms: (freight charges are prepaid unless marked otherwise)**

Prepaid ☐    Collect ☐    3rd Party ☒

SPECIAL INSTRUC     delivery appointment required

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

**** Delivery appt required****
*** Appt requests: https://apps.ccity.com/centralscheduling   ***

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| PO No.: | 10080 | 30240 | (Y) | |
| Must Delivery ON or B4:  1/8/2009 | 0 | 0 | Y    N | |
| Total on the PO:   10800 | | | Y    N | |
| Total for this trailer:  10080 | | | Y    N | |
| Appointment No:   0 | 10080 | 30240 | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | Item E | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | NMFC # | CLASS |
| 40 | Plt | | DT502 | 30240 | | Coverter box    DT502 | | |
| 0 | Plt | | | 0 | | Total weight    32920   LBS | | |
| | | | | | | **40 pallets each contains 252 units** | | |
| | | | | | | 0 | | |
| | | | | 30240 | | **GRAND TOTAL $** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ___ per ___"

| COD Amount  $ |
|---|
| Fee Terms: Collect ☐  Prepaid ☐ |
| Customer check acceptable:  ☐ |

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Shipper Signature

SHIPPER SIGNATURE

| Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|
| ☐ By Shipper | ☐ By Shipper | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |
| ☐ By Driver | ☐ By Driver/pallets said to contain | Xiao Wei Wang |
| | ☐ By Driver/Pieces | 1/8/09 |

                                                          TOTAL P.001

"EXHIBIT __A__ PAGE _11_"

Date: 1/8/2009                                                    Page _____

| SHIP FROM | | Bill of Lading Number: | CICI01-20732B |
|---|---|---|---|

**SHIP FROM**

Name: Apex Digital Inc
Address: 20885 Currier Rd
City/State/Zip: Walnut CA 91789
SID#:                              FOB: ☐

**BAR CODE SPACE**

**SHIP TO**

Name: Circuit City—Whse 717
Address: 501 S. Cheryl Ln.
City/State/Zip: Walnut, CA 91789
CID#:        Ph# 909-594-3684      FOB: ☐

Carrier Name: **Topland Trucking**
Trailer number: 0
Seal number: 57079
SCAC:
Container No.: 55923      0

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: Apex Digital Inc
Address: 301 Brea Canyon Road
City/State/Zip: Walnut CA 91789

Reservation:

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*
Prepaid ☐    Collect ☐    3rd Party [XX]

SPECIAL INSTRUCTIONS: Delivery appointment required

**** Delivery appt. required****
Appt.requests: https://xapps.ccity.com/centralscheduling    ***

☐           Master Bill of Lading: with attached
(check box)      underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| PO No.: 2246691 | 10080 | 30240 | (Y)  N | |
| Must Delivery ON or B4:  1/8/2009 | 0 | 0 | Y  N | |
| Total on the PO:  100800 | | | Y  N | |
| Total for this Trailer:  10080 | | | Y  N | |
| Appointment No:  0 | 10080 | 30240 | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | Item E | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | | NMFC # | CLASS |
| 40 | Plt | 10080 | DT502 | 30240 | | Coverter box | DT502 | | |
| 40 | Plt | 0 | | 0 | | Total weight    32920    LBS | | | |
| | | | | | | **40 pallets each contains 252 units | | | |
| | | | | | | | 0 | | |
| 40 | | | | 30240 | | GRAND TOTAL $ | | | |

Where the rate is depend... ...required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is s...cifically stated by the shipper to be not exceeding
_____ per _____

Shipper responsible for all sorting & segregating charges

COD Amount: $ _____

Fee Terms: Collect ☐  Prepaid ☐

Customer check acceptable: ☐

NOTE  Liability Limitation f...loss or damage in this shipment may be applicable.  See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to indi... ...tion-s or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the ra... ...lassific...ons and rules that have been established by the carrier and are available to the shipper, on request, and to all applicabl... ...ule or r... ...late regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above n... ...open... ...assified, described, packaged, marked and labeled... ...ditio... ...r transportation according to the applicable regula...tions of the D...

1/8/09

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

Xiao wei wang

D/L = XIAOWEI WANG
D4943198

1/8/09

JAN-08-2009   17:34          TOPLAND                          562 695 7810      P.002

| Date: 1/8/2009 | Page |
|---|---|

**SHIP FROM**

Name: Apex Digital Inc
Address: 20885 Currier Rd
City/State/Zip: Walnut CA 91789
SID#:     FOB: ☐

Bill of Lading Number: CICI01-20732C

**BAR CODE SPACE**

**SHIP TO**

Name: Circuit City—Whse 717
Address: 501 S. Cheryl Ln.
City/State/Zip: Walnut, CA 91789
CID#: Ph# 909-594-3684     FOB: ☐

Carrier Name: **Topland Trucking**
Trailer number: 0
Seal number: 87100
SCAC:
Container No: 31941      0

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: Apex Digital Inc
Address: 301 Press Canyon Road
City/State/Zip: Walnut CA 91789

Reservation:

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*
Prepaid ☐   Collect ☐   3rd Party ☒

SPECIAL INSTRUCTIONS: Delivery appointment required
Name:
Add: **** Delivery appt. required****
City: Appt.requests: https://xapps.ccity.com/centralscheduling ***

☐ Master Bill of Lading: with attached underlying Bills of Lading
(check box)

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| PO No: 2240611 | 10080 | 30240 | (Y) N | |
| Must Delivery ON or B4: 1/8/2009 | 0 | 0 | Y N | JAN 08 '09 13:49 |
| Total on this ...: 100800 | | | Y N | |
| Total for this Trailer: 10080 | | | Y N | |
| Appointment No: 0 | 10080 | 30240 | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care.* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | Item E | | | | NMFC # | CLASS |
| 40 | Plt | 10080 | DT502 | 30240 | | Coverter box      DT502 | | |
| 0 | Plt | | 0 | 0 | | Total weight   32920   LBS | | |
| | | | | | | **40 pallets each contains 252 units** 0 | | |
| 40 | | | | 30240 | | **GRAND TOTAL $** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

Shipper responsible for all sorting & segregating charges

COD Amount: $ _____
Fee Terms: Collect ☐ Prepaid ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Shipper Signature

**SHIPPER SIGNATURE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Bruce ...  1/8/09

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

TOTAL P.002

Date: 1/8/2009

Page _____

| SHIP FROM | |
|---|---|
| Name: | Apex Digital Inc |
| Address: | 20885 Currier Rd |
| City/State/Zip: | Walnut CA 91789 |
| SID#: | FOB: ☐ |

Bill of Lading Number:   CICI01-20732C

**BAR CODE SPACE**

| SHIP TO | |
|---|---|
| Name: | Circuit City—Whse 717 |
| Address: | 501 S. Cheryl Ln |
| City/State/Zip: | Walnut, CA 91789 |
| CID#: | Ph# 909-594-3684    FOB: ☐ |

Carrier Name:   **Topland Trucking**

Trailer number:  0

Seal number:  **87100**

SCAC:

Container No.: **31941**     0

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: | Apex Digital Inc |
| Address: | 301 Brea Canyon Road |
| City/State/Zip: | Walnut CA 91789 |

Reservation:

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*

Prepaid ☐   Collect ☐   3rd Party ☒

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS: Delviery appointment required

**** Delivery appt. required****
Appt.requests: https://xapps.ccity.com/centralscheduling    ***

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| PO No.: 2246691 | 10080 | 30240 | (Y) N | |
| Must Delivery ON or B4:   1/8/2009 | 0 | 0 | Y   N | |
| Total on the PO:   100800 | | | Y   N | |
| Total for this Trailer:   10080 | | | Y   N | |
| Appointment No:   0 | 10080 | 30240 | Y   N | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | Item E | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | NMFC # | CLASS |
| 40 | Plt | 10080 | DT502 | 30240 | | Coverter box       DT502 | | |
| 60 | Plt | 0 | | 0 | | Total weight   32920   LBS | | |
| | | | | | | **40 pallets each contains 252 units | | |
| | | | | | | 0 | | |
| 40 | | 10080 | | 30240 | | **GRAND TOTAL $** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

Shipper responsible for all sorting & segregating charges

COD Amount:  $ _____

Fee Terms:  Collect ☐  Prepaid ☐

Customer check acceptable:    ☐

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Shipper Signature

SHIPPER SIGNATURE / DATE

*[signature] Ben Li   1/8/09*

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

*[signature]*
D/L= D4913923

*JIEQING WANG*



**APEX DIGITAL, INC.**
**301 Brea Canyon Road**
**Walnut CA 91789**
**United States**
BILL TO:

| Credit Memo | |
|---|---|
| **INVOICE NO** | |
| 175282 | |
| **CUSTOMER NO** | |
| CICI01 | |
| **REF NO** | |
| **PAGE** | |
| 1 of 1 | |

Attn: Accounts Payable
Circuit City Stores Inc
9954 Mayland Dr
RICHMOND VA 23233-1464
United States

SHIP TO:

Circuit City Stores Inc
Circuit City Dist. Ctr #717
501 S. Cheryl Lane
Mike MacDowell - 909 594-3684
WALNUT CA 91789
United States

| INVOICE DATE | SHIP VIA | | TERMS | |
|---|---|---|---|---|
| 15-JAN-09 | | | | |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | SALES ORDER NUMBER |
|---|---|---|---|
| | 15-JAN-09 | House Account | 5029390 |

| ITEM NO. | QUANTITY REQUIRE | QUANTITY SHIP | QUANTITY B.O. | DESCRIPTION | TAX | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | -156 | -156 | | DT502 ATSC Converter Box, Model # DT502 DELIV:0 | | 36.97 | (5,767.32) |
| | | | | Tax Summary by Tax Name | | | |
| | | | | ------------------------------------------------- | | | |
| | | | | Tax CONVERSION @ 0.00 | | | 0.00 |

```
***************************************************
          Credit Memo Confirmation
     This is not a request for payment
***************************************************
```

1) Return Merchandise Authorization will only be issued for defective products within one (1) year from the date of invoice.
2) A 1.5% monthly finance charge will be assessed on any past due balance.

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING / HANDLING | TOTAL |
|---|---|---|---|---|
| | (5,767.32) | 0.00 | 0.00 | (5,767.32) |
| | | | | Currency: USD |

"EXHIBIT ___A___ PAGE _____15

```
                         CIRCUIT CITY STORES
DATE 1/14/09             RTV SHIPMENT UPDATE           PAGE    1
TIME 22:30:05                 A/P COPY                 RTV150R2-2

RTV NO: 71700175              AUTH NO: 5029390
SHIPR#'S: 71700175

SHIP FROM: 717    IMPORT DISTRIBUTION 501 S CHERYL LANE

SHIP TO:   APEX DIGITAL INC              VENDOR#:   071149
           301 BREA CANYON RD.

           WALNUT               CA 91789
    attn:


                    SHIP     A/P      EXTENDED
CLS BRD   MODEL     QTY      COST     A/P COST

115 APX DT502       156      36.97    5,767.32



     ** TOTAL **    156               5,767.32
```

IF THERE IS A DISCREPANCY BETWEEN THIS RTV AND YOUR CREDIT MEMO, WE MUST
BE NOTIFIED WITHIN 30 DAYS DETAILING THE DISCREPANCY, OR WE WILL CONSIDER
*THE MATTER CLOSED AND REMOVED FROM OUR STATEMENT.*

03/09/2016 21:25 FAX                                                                                    ☒ 001

# FREIGHT CLAIM EXCEPTION NOTIFICATION

Date: **January 09, 2009**

Filed For Loc: 717

Shipper: APEX DIGITAL INC

Address:

City/State:

Delivery Date: JANUARY 08, 2009

Key From:    DRR

             LOC    717

Freight Terms:    ☑ Pre-Paid    ☐ Collect
Load:             ☑ LTL         ☑ FTL         ☐ International/DT

Carrier Name: TOPLAND TRUCKING

Transmittal #: KEY-REF # 62294

LTL Pro Number:

FTL Bill of Lading #: CICI01 - 207732 A

FTL Seal Number: 87071    CONT. # MSKU 8701445

Seal Status: INTACT

Order Number:

Rec Store:

| | Description | | Discrepant for Shortages | | Discrepant for Damages | |
|---|---|---|---|---|---|---|
| PO Number | Brand | Model | Pieces Short | Pieces Over | Pieces Refused | Pieces Received Damaged |
| 2246691 | APX | DT502 | | | S14-6530 | 35 |

Description of Damage: ARROWS STAMPED AND CRUSHED WHEN LOADED

☐ Box-Lost    ☐ Box Damage    Date Shipped:
☐ Mis-Deliv   ☐ No Proof Of Deliv

Value:

International only
Country of Origin
Marking Issue

Total Qty
Key Out
Corp. Use Only

**Return completed form via E-Mail or FAX to** Geneva , **Fax #** 866 514-6530
**To be completed by Corporate Transportation:** Chappell

Date claim received: _____

Date claim filed: _____

Claim Number: _____

**Below section to be completed by Corporate Inventory Control:**

Date Keyed: _____

Keyed By: _____

Questions on Freight Claims, call Geneva at Corporate Ext 63726

Questions reguarding keyrec adjustments, inventory issues Refer to Accounting at Ext 3295

**Code Key**

Distribution Center, SVC, Store, etc. Fill in the following:
Date, Claim Filed for Loc, Shipper, Del Date,
Product to be keyed from DRR/LOC, Freight Terms, Load,
PO#, Key Rec/Transmittal #, and Carrier Name.

Music Location 899 fill in the following:
Tracking #, Box Lost, Box Damage, Mis Delivery, No
Proof of Deliver, Order #, Transmittal #, Date Shipped,
Receiving Store #, and Value

"EXHIBIT    A    PAGE    17  "

03/09/2016 21:29 FAX                                                                    ☒001

# FREIGHT CLAIM EXCEPTION NOTIFICATION

Date: January 09, 2009

Filed For Loc: 717

Shipper: APEX DIGITAL INC

Address:

City/State:

Delivery Date: JANUARY 08, 2009

Key From:  DRR

LOC: 717

Freight Terms: ☒ Pre-Paid  ☐ Collect
☐ LTL  ☒ FTL  ☐ International/DI

Load:

Carrier Name: UPLAND TRUCKING

Transmittal #: KEY-RPO # 62293

LTL Pro Number:

FTL Bill of Lading #: C1 C1 01 - 20732 B

FTL Seal Number: 570379    TRLR # 55923

Seal Status: INTACT

☐ Box-Lost    ☐ Box Damage
☐ Mis-Deliv   ☐ No Proof Of Deliv

Order Number:                Date Shipped: _____

Rec Store:                   Value: _____

| Description | | | Discrepant for Shortages | | Discrepant for Damages | |
|---|---|---|---|---|---|---|
| PO Number | Brand | Model | Pieces Short | Pieces Over | Pieces Refused | Pieces Received Damaged |
| 224601 | APX | DT502 | | | | 43 |

Description of Damage: CARTONS STABBED
AND CRUSHED
WHEN LOADED

Code Key
Distribution Center, SVC, Store, etc. Fill in the following
Date, Claim Filed for Loc, Shipper, Del Date,
Product to be keyed from DRR/LOC, Freight Terms, Load,
PO#, Key Rec/Transmittal #, and Carrier Name.

Music Location 899 fill in the following:
Tracking #, Box Lost, Box Damage, Mis Delivery, No
Proof of Deliver, Order #, Transmittal #, Date Shipped,
Receiving Store #, and Value

International only: County of Origin Marking Issue

Total Qty Key Out Corp. Use Only

Return completed form via E-Mail or FAX to Geneva , Fax # 866 514-6530
To be completed by Corporate Transportation: Chappell
Date claim received: _____
Date claim filed: _____
Claim Number: _____

Below section to be completed by Corporate Inventory Control:
Date Keyed: _____
Keyed By: _____
Questions on Freight Claims, call Geneva at Corporate Ext 63728
Questions regarding keyrec adjustments, inventory issues Refer to Accounting at Ext. 3295

# FREIGHT CLAIM EXCEPTION NOTIFICATION

RA# 50279910

Date: January 09, 2009

Filed For Loc: 717

Shipper: APEX DIGITAL INC

Address:

City/State:

Delivery Date: JANUARY 08, 2009

Key From:

DRR

LOC   717

Freight Terms:  ☐ Pre-Paid  ☑ Collect

Load:  ☐ LTL  ☑ FTL  ☐ International/DI

Carrier Name: TOPLAND TRUCKING

Transmittal #: KEY REC # 62295

LTL Pro Number:

FTL Bill of Lading #: CICI01 - 207320

FTL Seal Number: 97100   TRLR # 31971

Seal Status: INTACT

Order Number:

Rec Store:

| | Description | | Discrepant for Shortages | | Discrepant for Damages | |
|---|---|---|---|---|---|---|
| PO Number | Brand | Model | Pieces Short | Pieces Over | Pieces Refused | Pieces Received Damaged |
| 22 46691 | APX | DT 502 | 717 | | | 78 |

☐ Box-Lost   ☐ Box Damage
☐ Mis-Deliv   ☐ No Proof Of Deliv

Date Shipped:

Value:

| Description of Damage | International only Country of Origin Marking Issue | Total Qty Key Out Corp. Use Only |
|---|---|---|
| CARTONS STURBED AND CRUSHED WHEN LOADED | | |

**Code Key**
Distribution Center, SVC, Store, etc. Fill in the following:
Date, Claim Filed for Loc, Shipper, Del Date,
Product to be keyed from DRR/LOC, Freight Terms, Load,
POH, Key Rec/Transmittal #, and Carrier Name.

**Music Location 899 fill in the following:**
Tracking #, Box Lost, Box Damage, Mis Delivery, No
Proof of Deliver, Order #, Transmittal #, Date Shipped,
Receiving Store #, and Value

Return completed form via E-Mail or FAX to Geneva
To be completed by Corporate Transportation: Chappell , Fax # 866 514-6530
Date claim received: _____
Date claim filed: _____
Claim Number: _____

**Below section to be completed by Corporate Inventory Control:**
Date Keyed: _____
Keyed By: _____
Questions on Freight Claims, call Geneva. at Corporate Ext. 63728
Questions regarding keyrec adjustments, inventory issues Refer to Accounting at Ext. 3295

"EXHIBIT ___A___ PAGE _19_"

## CERTIFICATE OF SERVICE

I hereby certify that, on May 6, 2009, a copy of the foregoing **REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE** was served on the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case by placing it in a sealed envelope in the United States Mail, first class, postage prepaid addressed as follows.  Service information is continued on the attached page.

/s/  Brad D. Krasnoff

*20*

## SERVICE LIST

**ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION**
Gregg M. Galardi, Esq.
Ian S. Federicks, Esq.
Skadden, Arps, Slate, Meagher &
Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher &
Flom, LLP
333 West Wacker Drive
Chicago, Illinois 60606

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuireWooods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219

**CLAIMS PROCESSING**
Circuit City Stores, Inc. et al.
Claims Processing Dept.
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
Brad R. Godshall, Esq.
Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl &
Jones, LLP
10100 Santa Monica Blvd., 11th Fl.
Los Angeles, CA 90067-4100

**U.S. TRUSTEE**
Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219