State Board of Equalization
Special Procedures Section
450 N Street, MIC: 55
P O Box 942879
Sacramento CA 94279-0055
Telephone (916) 445-1122

*RICHMOND DIVISION — FILED MAY 11 2009 — CLERK U.S. BANKRUPTCY COURT*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA (RICHMOND)

| | |
|---|---|
| In re: CIRCUIT CITY STORES WEST COAST, INC., Debtor(s) | Bkcy. Case No. 08-35654<br><br>EXPENSE OF ADMINISTRATION<br>CLAIM FOR TAXES<br>Chapter No. 11<br><br>Account No. SR OHB 99-487429 |

1) The undersigned is an authorized representative of the California State Board of Equalization (hereinafter "Board") and is authorized to make this request on behalf of the Board.

2) The grounds for this liability is a tax duly declared, levied, determined or assessed under the provisions of the California Sales and Use Tax Law and, where applicable, Uniform Local Sales and Use Tax Ordinances, Transit District Transactions (Sales) and Use Tax Ordinances, penalty and interest.

///
///
///
///
///

-1-

3) The debtor is liable to the Board in the following amounts:

(a) Tax for the period 11/10/08 to 12/31/08, interest and penalty claimed as EXPENSE OF ADMINISTRATION under 11 U.S.C. Section 507 (a)(2),  $2,525,699.69.

Additional interest after 4/30/09 to date of payment or until the case is converted to Chapter 7 is claimed under Section 507 (a)(2) at the prevailing rate provided by Section 19269, California Revenue and Taxation Code.

4) The due date for the said tax has passed. No part of the said tax has been paid. There are no set-offs or counterclaims to the same. No note or judgment has been recovered therefrom, and the undersigned has not, nor has any person, to his/her knowledge or belief, for the use or benefit of the Board, received any manner of security for the said tax or interest or penalty whatsoever.

By: J. R. Williams
Authorized Representative

Dated April 28, 2009
At Sacramento, California

Mail all legal notices, correspondence and payments to the State Board of Equalization, Special Procedures Section, MIC: 55, P.O. Box 942879, Sacramento, CA 94279-0055 and include the debtor's Board of Equalization account number(s) for proper identification.

Make all monies payable to State Board of Equalization.

-2-

BT-455-E

STATE OF CALIFORNIA

**STATE BOARD OF EQUALIZATION**
450 N STREET, MIC: 55, SACRAMENTO, CALIFORNIA
(P. O. BOX 942879, SACRAMENTO, CA 94279-0055)
TELEPHONE (916) 445-1122
FAX (916) 327-0615
www.boe.ca.gov

BETTY T. YEE
First District, San Francisco

BILL LEONARD
Second District, Ontario/Sacramento

MICHELLE STEEL
Third District, Rolling Hills Estates

JUDY CHU, Ph.D.
Fourth District, Los Angeles

JOHN CHIANG
State Controller

RAMON J. HIRSIG
Executive Director

April 28, 2009

US BANKRUPTCY COURT
1100 E MAIN ST STE 301
RICHMOND VA 23219-3538

*Account No. SR OHB 99-487429*
*Debtor(s): Circuit City Stores West Coast, Inc.*
*Chapter 11 Bankruptcy*
*Case No. 08-35654*

Dear Ladies and Gentlemen:

Enclosed is an original Expense of Administration Claim for Taxes. Please file this claim in the proceedings described above.

Please return to us the enclosed copy of this letter acknowledging receipt of the claim. A self-addressed, stamped envelope is enclosed.

Sincerely,

J. R. Williams
Tax Compliance Supervisor
Special Procedures Section

JRW:SH:bkcoa.dot
Enclosures

cc: CIRCUIT CITY STORES WST CST INC
ATTN TAX DEPT
9950 MAYLAND DRIVE
RICHMOND VA 23233-1464