IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Chapter 11 |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Bankruptcy Rule 2090-1 (E)(2), Robert S. Westermann (the "Movant"), a member in good standing of the Bar of the Commonwealth of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia, files this motion with the Court for an Order permitting the admission of Elise S. Frejka, Esquire, of the law firm of Kramer Levin Naftalis & Frankel, LLP, 1177 Avenue of the Americas, New York, New York 10036, to appear and practice *pro hac vice* on behalf of Systemax, Inc. ("Systemax") in the above-captioned matter. In support thereof, the Movant states the following:

1. Elise S. Frejka is an attorney licensed to practice law in the state of New York and has been a member in good standing of the New York Bar since April 15, 1991.

2. Ms. Frejka is also admitted to practice before the Second Circuit and D.C. Court of Appeals, and the Southern, Eastern and Northern Districts of New York.

---

Robert S. Westermann, VSB No. 43294
HIRSCHLER FLEISCHER, P.C.
Post Office Box 500
Richmond, Virginia 23218-0050
(804) 771-9500
(804) 644-0957 (fax)
rwestermann@hf-law.com

*Counsel for Systemax, Inc.*

3. Ms. Frejka has been retained by Systemax to provide legal representation in connection with the above-styled matter now pending before the United States Bankruptcy Court for the Eastern District of Virginia (Richmond Division).

4. Ms. Frejka has never been disbarred and is not currently suspended from the practice of law in the State of New York or any other state, nor from any United States Bankruptcy Court, District Court, or Court of Appeals.

5. In addition, she has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline.

6. Ms. Frejka has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice.

7. She has not been charged, arrested, or convicted of a criminal offense or offenses.

8. Ms. Frejka is familiar with and shall be governed by the Local Rules of this Court, the rules of professional conduct, and all other requirements governing the professional behavior of members of the Virginia Bar.

WHEREFORE, the Movant respectfully requests the entry of an order substantially in the form attached hereto authorizing Elise S. Frejka to appear *pro hac vice* in these cases for Systemax, and for such other and further relief as the Court deems just and proper.

DATE: May 12, 2009                                     SYSTEMAX, INC.

                                                       By:  /s/ Robert S. Westermann
                                                                    Counsel

Robert S. Westermann (VSB No. 43294)
Hirschler Fleischer, P.C.
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9500
(804) 644-0957 (fax)

*Counsel for Systemax, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have filed a copy of the foregoing Motion with this Court's CM/ECF System to be served in accordance therewith and that a copy of the foregoing document was served this 12th day of May, 2009, by either court enabled electronic filing or by depositing a copy of same in the United States Mail, postage pre-paid thereon, to be delivered to the following parties at the addresses set forth below:

| | | |
|---|---|---|
| **Robert B. Van Arsdale, Esq.**<br>*Robert.B.Van.Arsdale@usdoj.gov*<br>Office of the U. S. Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, VA 23219<br>*(U.S. Trustee)* | **Daniel F. Blanks, Esq.**<br>*dblanks@mcguirewoods.com*<br>**Douglas M. Foley, Esq.**<br>*dfoley@mcguirewoods.com*<br>McGuire Woods LLP<br>9000 World Trade Center<br>101 W. Main St.<br>Norfolk, VA 23510<br>and<br>**Dion W. Hayes, Esq.**<br>*dhayes@mcguirewoods.com*<br>**Joseph S. Sheerin, Esq.**<br>*jsheerin@mcguirewoods.com*<br>**Sarah Beckett Boehm, Esq.**<br>*sboehm@mcguirewoods.com*<br>McGuire Woods LLP<br>One James Center<br>901 E. Cary St.<br>Richmond, VA 23219<br>and<br>**Gregg M. Galardi, Esq.**<br>**Ian S. Fredericks, Esq.**<br>Skadden Arps Slate Meagher & Flom LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, DE 19899<br>*(Counsel for the Debtors)* | **Brad R. Godshall, Esq.**<br>*bgodshall@pszjlaw.com*<br>**Jeffrey N. Pomerantz, Esq.**<br>*jpomerantz@pszjlaw.com*<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., Ste 1100<br>Los Angeles, CA 90067<br>and<br>**John D. Fiero, Esq.**<br>*jfiero@pszjlaw.com*<br>Pachulski Stang Ziehl & Jones LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 9411-4500<br>and<br>**Lynn L. Tavenner, Esq.**<br>*ltavenner@tb-lawfirm.com*<br>**Paula S. Beran, Esq.**<br>*pberan@tb-lawfirm.com*<br>Tavenner & Beran, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, VA 23219<br>and<br>**Robert J. Feinstein, Esq.**<br>*rfeinstein@pszjlaw.com*<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Ave. 36th Floor<br>New York, NY 10017<br>*(Counsel for Creditors Committee)* |

/s/ Robert S. Westermann
Robert S. Westermann