IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., *et al.*, ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Chapter 11 |

## ORDER GRANTING ADMISSION PRO HAC VICE

This matter came before the Court upon the Motion to Admit Counsel Pro Hac Vice (the "Motion") filed by Robert S. Westermann, seeking admission *pro hac vice* for Elise S. Frejka, Esquire, of the law firm of Kramer Levin Naftalis & Frankel, LLP, in the above-styled bankruptcy proceeding pursuant to Local Bankruptcy Rule 2090-1 (E)(2). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, that no other or further notice is required, and that it is appropriate that Elise S. Frejka be authorized to practice *pro hac vice* before the Court on behalf of Systemax, Inc. in the aforementioned bankruptcy proceeding. It is therefore

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Elise S. Frejka may appear and practice *pro hac vice* in the above-captioned matter and any related proceedings on behalf of Systemax, Inc.


DATE: _____

UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: _____

Robert S. Westermann, VSB No. 43294
HIRSCHLER FLEISCHER, P.C.
Post Office Box 500
Richmond, Virginia 23218-0500
(804) 771-9500
(804) 644-0957 (fax)
rwestermann@hf-law.com
*Counsel for Systemax, Inc.*

I ASK FOR THIS:

_/s/ Robert S. Westermann_
Robert S. Westermann (VSB No. 43294)
Hirschler Fleischer, P.C.
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9500
(804) 644-0957 (fax)

*Counsel for Systemax, Inc.*

## LOCAL RULE 9022-1 CERTIFICATION

I HEREBY CERTIFY that the foregoing has been either endorsed by or served upon all necessary parties.

_/s/ Robert S. Westermann_
Robert S. Westermann