

April 20, 2009

Bruce Senator   F-99302
California Men's Colony
P.O. Box 8103
San Luis Obispo, CA   93403-8103

United States District Court
BANKRUPTCY CLERK
P.O. Box 2390
210 Church Ave., Room 200
Roanoke, VA   24011

RE:  Circuit City Bankruptcy Action

Dear Clerk,

I am inquiring about the bankruptcy/liquidation action filed by Circuity City Stores, Inc., which I believe may have been filed in your court. I have a $150 REBATE CHECK that is in 'hold' due to their bankruptcy, and their legal counsel refuses to respond.

Therefore I have no choice but to TRACK DOWN which court their filing is in, and put in an official claim in their action. Thus, could you please provide me the actual case information: CASE NAME, CASE NUMBER, etc., along with their attorney contact information.

I could also use any claim forms to file so I can finally receive a newly re-issued REBATE CHECK.

If the matter is not in your court, could you please try and track it down so I can file in the appropriate court. I am a "state prison" inmate of California and have no way to do a computer search.

Thank you,

Bruce Senator

