UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:                                  )
                                        )
CIRCUIT CITY STORES, INC., et al.,      )   Case No. 08-35653-KRH
                                        )   Chapter 11
            Debtors.                    )   (Jointly Administered)

**SECOND AMENDED VERIFIED STATEMENT OF**
**REPRESENTATION BY HIRSCHLER FLEISCHER, P.C.**

Hirschler Fleischer, P.C., pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, hereby submits the following disclosure as counsel for multiple parties in the above-styled bankruptcy proceedings:

1.  Hirschler Fleischer, P.C. has been retained by various interested parties, landlords and/or creditors to represent their interests in this bankruptcy proceeding, which interests include, but are not limited to, resolving issues relating to the landlords' respective nonresidential leases and filing appropriate claims for all clients.

2.  Hirschler Fleischer, P.C. serves as counsel for the following parties:

| **Name** | **Address** | **Interest** |
| --- | --- | --- |
| Altamonte Springs Real Estates Associates, LLC | 501 Washington Ave. Pleasantville, NY 10570 | Landlord |
| Basile Limited Liability Company | c/o Victor J. Basile 43 Ridgecrest Lane Bristol, CT 06010-2910 | Landlord |
| 502-12 86th Street LLC | c/o Century 21 22 Cortlandt St. | Landlord |

---

Michael P. Falzone (VSB No. 22324)
Robert S. Westermann (VSB No. 43294)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, PC
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9500
(804) 644-0957 (fax)

| | | |
|---|---|---|
| | New York, NY 10007 | |
| Woodlawn Trustees, Incorporated | 1020 N. Bancroft Parkway 2nd Floor Wilmington, DE 19805 | Landlord |
| Remount Road Associates Limited Partnership | 5815 Westpark Drive Charlotte, NC 28217-3554 | Landlord |
| Cottonwood Corners – Phase V, LLC | c/o David Smoak 4801 Lang Ave., NE Suite 210 Albuquerque, NM 87109 | Landlord |
| Spring Hill Development Partners, GP, Dickson Management Associates, LLC and Gallatin Management Associates, LLC | c/o Spring Hill Development Partners, GP 201 Summit View Dr. Suite 110 Brentwood, TN 37027 | Landlord |
| RTS Marketing, Inc. | 23 W. Broad Street Suite 303 Richmond, VA 23220 | Creditor |
| Modelogic, Inc. | c/o Stacie Vanchieri 2501 E. Broad St. Richmond, VA 23223 | Creditor |
| Fuel Creative, Inc. | c/o Trish Thaggard 15 S. 23rd Street Richmond, VA 23223 | Creditor |
| Martinair, Inc. | c/o Alec Kempe P.O. Box 485 Sandston, VA 23150 | Creditor |
| Huntington Mall Company | c/o Richard T. Davis, Esq. 2445 Belmont Ave. P.O. Box 2186 Youngstown, OH 44504-0186 | Landlord |
| Kentucky Oaks Mall Company | c/o Richard T. Davis, Esq. 2445 Belmont Ave. P.O. Box 2186 Youngstown, OH 44504-0186 | Landlord |

| | | |
|---|---|---|
| Howland Commons Partnership | c/o Richard T. Davis, Esq.<br>2445 Belmont Ave.<br>P.O. Box 2186<br>Youngstown, OH 44504-0186 | Landlord |
| The Cafaro Northwest Partnership, dba South Hill Mall | c/o Richard T. Davis, Esq.<br>2445 Belmont Ave.<br>P.O. Box 2186<br>Youngstown, OH 44504-0186 | Landlord |
| Cameron Group Associates, LLP | c/o Andrew M. Brumby, Esq.<br>Shutts & Bowen, LLP<br>300 South Orange Avenue, Suite 1000<br>Orlando, FL 32801 | Landlord |
| Systemax, Inc. | c/o Elise S. Frejka, Esq.<br>Special Counsel<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Party-in-Interest |
| Vertis, Inc. | c/o John J. Cruciani, Esq.<br>Husch Blackwell Sanders LLP<br>4801 Main Street, Suite 1000<br>Kansas City, MO 64112 | Creditor |

3.      Hirschler Fleischer, P.C. was retained by the general counsel or other counsel for each of the aforementioned clients, or directly by the clients.

4.      At the time of Hirschler Fleischer, P.C.'s employment, it did not own claims or interests against the debtors in the instant bankruptcy proceedings.

5.      Hirschler Fleischer, P.C. is employed only as counsel and is not authorized to otherwise act on behalf the aforementioned clients pursuant to any instruments.

6.      Under the penalty of perjury, this statement is made by Sheila deLa Cruz, an attorney of the law firm of Hirschler Fleischer, P.C. and who is duly admitted to the bar of the

Commonwealth of Virginia. This statement is made to the best of her knowledge and belief and is verified to be true and correct as of the date hereof.

Dated: May 13, 2009                                         HIRSCHLER FLEISCHER, P.C.

                                                            By:    /s/ Michael P. Falzone
                                                                         Counsel

Michael P. Falzone (VSB No. 22324)
Robert S. Westermann (VSB No. 43294)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9560
(804) 644-0957 (fax)

*Counsel for Altamonte Springs Real Estate Asssociates, LLC, Basile Limited Liability Company, 502-12 86th Street, LLC, Woodlawn Trustees, Incorporated, Remount Road Associates Limited Partnership, Cottonwood Corners – Phase V, LLC, RTS Marketing LLC, Spring Hill Development Partners, GP, Dickson Partners, GP, Management Associates, LLC, Gallatin Management Associates, LLC, Modelogic, Inc., Fuel Creative, Inc., Martinair, Inc., Huntington Mall Company, Kentucky Oaks Mall Company, Howland Commons Partnership, The Cafaro Northwest Partnership, dba South Hill Mall, Cameron Group Associates, LLP and Systemax, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

                                                              /s/ Michael P. Falzone
                                                              Michael P. Falzone

#2560168v1