Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

- and –

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
333 West Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - - x
                                 :
  In re:                         :   Chapter 11
                                 :
  CIRCUIT CITY STORES, INC.,     :   Case No. 08-35653 (KRH)
  et al.,                        :
                                 :
              Debtors.           :   Jointly Administered
- - - - - - - - - - - - - - - - x
```

**NOTICE OF WITHDRAWAL OF NOTICE OF REJECTION OF UNEXPIRED LEASE AND ABANDONMENT OF PERSONAL PROPERTY (DOCKET NO. 3313)**

**PLEASE TAKE NOTICE** that the Debtors hereby withdraw without prejudice the following pleading, with all related filings:

Notice of Rejection of Unexpired Lease and Abandonment of Personal Property (Docket No. 3313)

Dated: May 12, 2009
      Richmond, Virginia

Respectfully submitted,

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

2