# EXHIBIT 2 TO RIDER TO CIRCUIT CITY INTELLECTUAL PROPERTY SALE ORDER

## Canadian Registered Trade-marks or Pending Applications

| Trademark | App./Reg. No. |
|---|---|
| THE SOURCE | 1372924 |
| THE SOURCE & DESIGN<br>THE SOURCE | 1372925 |
| SOURCE REWARDS | 1385275 |

| Trade-mark | App./Reg. No. |
|---|---|
| ADVANTAGE CARE PLAN<br>& Design<br>advantage CARE PLAN | 1,300,518 |
| BATTERY PLUS | TMA427,562 |
| CANADA'S VALUE LEADER<br>IN ELECTRONICS | TMA404,114 |
| CENTRIOS | TMA696,125 |
| CENTRIOS Design<br>CENTRIOS | TMA653,563 |
| CRANK IT UP | TMA659,082 |
| CUSTOM RYDZ | TMA689,791 |

| Trade-mark | App./Reg. No. |
|---|---|
| CUSTOM RYDZ & Design | TMA689,793 |
| EQUIVO | 1,378,786 |
| FLUID | 1,397,006 |
| FLUID & Design | 1,404,365 |
| FUSION | 1,423,304 |
| FUSION & Design | 1,423,303 |
| GEAR N GADGETS | TMA608,764 |
| GNARLYFISH | 1,397,004 |
| GNARLYFISH Design | 1,404,367 |

| Trade-mark | App./Reg. No. |
|---|---|
| GO Design | TMA431,374 |
| HEADRUSH | 1,397,000 |
| HEADRUSH & Design | 1,404,369 |
| HOME GUARDIAN | 1,397,096 |
| HOME GUARDIAN & Design | 1,396,999 |
| IF ITS NEW, WE HAVE IT | TMA545,736 |
| InfiniCELL | TMA655,492 |
| INSPIRED SOLUTIONS | 1,397,008 |
| INSPIRED SOLUTIONS Design | 1,404,353 |
| INTERTAN | TMA336,254 |

| Trade-mark | App./Reg. No. |
|---|---|
| ITI & Design | TMA334,706 |
| JUST AROUND THE CORNER | TMA630,636 |
| LA VALEUR SURE EN ELECTRONIQUE AU CANADA | TMA404,115 |
| LUMINANT | 1,378,787 |
| MICROZ | TMA689,493 |
| MICROZ & Design MICROZ | TMA689,508 |
| NETSET Design NETSET | TMA433,855 |
| NEXXTECH | 1,172,358 |
| NEXXTECH | 1,240,418 |

| Trade-mark | App./Reg. No. |
|---|---|
| NEXXTECH Design | 1,222,355 |
| NX2 NEXXTECH & Design | 1,309,813 |
| POWERFUL CONNECTIONS | TMA525,376 |
| POWERFUL STUFF | TMA508,628 |
| POWERFUL STUFF Design | TMA517,867 |
| POWER UP | TMA599,633 |
| SECTOR 7 | TMA687,643 |
| SECTOR 7 & Design | TMA663,785 |
| SPECTRAL | 1,378,788 |
| TECHCESSORIES | TMA431,771 |
| THS STUDIO | TMA722,243 |

| **Trade-mark** | **App./Reg. No.** |
|---|---|
| THS STUDIO & Design | TMA725,129 |
| TOGETHER WE CAN MAKE A DIFFERENCE | TMA405,254 |
| WASAKI | TMA694,214 |
| WASAKI & Design | TMA661,721 |
| WHERE IT'S AT | 1,320,973 |

**United States Registered Trade-marks or Pending Applications**

| Trade-mark | App./Reg. No. |
|---|---|
| CENTRIOS | 78/346,159 |
| CENTRIOS & DESIGN<br>CENTRIOS | 78/612,088 |
| CUSTOM RYDZ | 78/636,935 |
| CUSTOM RYDZ and Design<br>CUSTOM RYDZ | 78/642,562 |
| FLUID | 77/621,863 |
| FLUID & Design<br>FLUID | 77/622,136 |
| GEAR N GADGETS | 2,918,332 |
| GNARLYFISH | 77/622,148 |
| GNARLYFISH & Design<br>GnarlyFish | 77/622,153 |
| HEADRUSH | 77/622,157 |
| HEADRUSH & Design<br>HeadRush | 77/622,164 |
| HOME GUARDIAN | 77/622,166 |
| HOME GUARDIAN & Design<br>HomeGuardian | 77/622,171 |
| INFINICELL<br>InfiniCELL | 3,125,801 |
| INSPIRED SOLUTIONS | 77/622,142 |

Exhibit(s) to Order Page 8 of 13
- 8 -

| **Trade-mark** | **App./Reg. No.** |
| --- | --- |
| INSPIRED SOLUTIONS & Design | 77/622,146 |
| MICROZ | 78/615,949 |
| MICROZ & DESIGN | 78/615,952 |
| SECTOR 7 | 3,546,895 |
| SECTOR 7 & Design | 3,557,546 |
| WASAKI | 78/397,127 |
| WASAKI & DESIGN | 78/612,076 |

Error! Unknown document property name.

**Australian Registered Trade-marks or Pending Applications**

| Trade-mark | App./Reg. No. |
|---|---|
| CENTRIOS | 1,050,088 |
| CUSTOM RYDZ | 1,057,597 |
| CUSTOM RYDZ and Design | 1,057,595 |
| MICROZ | 1,051,131 |
| MICROZ and design | 1,050,643 |
| NEXTECH | 810,198 |
| NEXXTECH | 1,050,086 |
| SECTOR 7 | 1,034,935 |
| SECTOR 7 & DESIGN | 1,034,933 |

**DOMAIN NAMES**

audiostore.ca

batteryplus.ca

batteryplus.com

batterystores.ca

bendmyear.ca

cellularstore.ca

centrios.ca

centrios.com

charged-up.ca

charged-up.com

chargedup.ca

customrydz.ca

customrydz.com

customrydzrc.ca

customrydzrc.com

electronicgifts.ca

electronicparts.ca

electronicstore.ca

electronictoys.ca

equivo.ca

equivo.com

gamersclub.ca

gearngadgets.ca

gearngadgets.com

gift-ideas.ca

gnarleyfish.ca

gnarleyfish.com

go-goz.com

homeguardian.ca

intertan.com

intertanrepair.ca

intertanrepair.com

intertantechnicalservices.ca

intertantechnicalservices.com

intertanvendorsite.ca

lasource.ca

lasourcecc.ca

lasourcecc.com

microz.ca

microzrc.ca

microzrc.com

nexxtech.ca

nexxtech.com

orbyxelectronics.com

partsstore.ca

plugged-in.ca

reparationintertan.ca

reparationintertan.com

rydz.ca

rydzrc.ca

rydzrc.com

satellitestore.ca

sector7.ca

sectorseven.ca

servicestechniquesintertan.ca

servicestechniquesintertan.com

sourcebycircuitcity.ca

sourcebycircuitcity.com

sourcecc.biz

sourcecc.ca

sourcecc.com

sourcecc.info

sourcecc.name

sourcecc.net

sourcecc.org

sourcecc.us

sourcecontest.ca

takeyourbestshot.ca

telephonestore.ca

thesorce.ca

thesource.ca

thesourcebycircuitcity.ca

thesourcebycircuitcity.com

thesourcecc.biz

thesourcecc.ca

thesourcecc.com

thesourcecc.info

thesourcecc.name

thesourcecc.org

thesourcecc.us

thesourceshop.ca

thesourceshop.com

thesourse.ca

thsstudio.ca

thsstudio.com

topsource.ca

topsource.us

tuveuxmaphoto.ca

upclose.ca

vergeproducts.ca

vergeproducts.com

virtualliving.ca

wasaki.ca

winatthesource.ca

- 13 -

**Error! Unknown document property name.**