| | |
|---|---|
| **CASE NAME: CIRCUIT CITY STORES, INC., ET AL.** | **ACCRUAL BASIS** |
| **CASE NUMBER: 08-35653** | |
| **JUDGE: KEVIN R. HUENNEKENS** | |

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF VIRGINIA

## RICHMOND DIVISION

## MONTHLY OPERATING REPORT

### MONTH ENDING: MARCH 1, 2009 TO MARCH 31, 2009

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (ACCRUAL BASIS-1 THROUGH ACCRUAL BASIS-7) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY): IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

| | |
|---|---|
| /s/ MICHELLE O. MOSIER | VICE PRESIDENT AND CONTROLLER |
| ORIGINAL SIGNATURE OF RESPONSIBLE PARTY | TITLE |
| | |
| MICHELLE O. MOSIER | MAY 15, 2009 |
| PRINTED NAME OF RESPONSIBLE PARTY | DATE |

**PREPARER:**

| | |
|---|---|
| /s/ ANN P. PIETRANTONI | DIRECTOR, FINANCIAL REPORTING |
| ORIGINAL SIGNATURE OF PREPARER | TITLE |
| | |
| ANN P. PIETRANTONI | MAY 15, 2009 |
| PRINTED NAME OF PREPARER | DATE |

| CASE NAME: CIRCUIT CITY STORES, INC., ET AL. | ACCRUAL BASIS-1 |
|---|---|
| CASE NUMBER: 08-35653 | |

## BALANCE SHEET

*(amounts in thousands)*

|  | 3/31/2009 |
|---|---:|
| **ASSETS** | |
| **CURRENT ASSETS** | |
| Cash and cash equivalents | 48,549 |
| Restricted cash | 2,328 |
| Cash held by Bank of America (1) | 296,744 |
| Short-term investments | 712 |
| Accounts receivable, net | 476,919 |
| Merchandise inventory | 11 |
| Income tax receivable | 71,959 |
| Prepaid expenses and other current assets | 28,648 |
| Intercompany receivables and investments in subsidiaries | 521,910 |
| **TOTAL CURRENT ASSETS** | **1,447,780** |
| Property and equipment | 518,672 |
| Accumulated depreciation | (341,761) |
| Net property and equipment | 176,911 |
| Other assets | 142,531 |
| **TOTAL ASSETS** | **1,767,222** |
| | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | |
| **CURRENT LIABILITIES** | |
| Merchandise payable | 27,830 |
| Expenses payable | 51,099 |
| Accrued expenses and other current liabilities | 33,516 |
| Accrued compensation | 1,381 |
| Intercompany payables | 15,074 |
| Accrued income taxes | 1,457 |
| **TOTAL CURRENT LIABILITIES** | **130,357** |
| Deferred rent credits | 1,388 |
| Deferred income taxes | 7,927 |
| Other liabilities | 25,427 |
| **LIABILITIES NOT SUBJECT TO COMPROMISE** | **165,099** |
| **LIABILITIES SUBJECT TO COMPROMISE** | **1,615,442** |
| **TOTAL LIABILITIES** | **1,780,541** |
| **STOCKHOLDERS' EQUITY** | |
| Common stock | 435,612 |
| Additional paid-in capital | 304,915 |
| Retained deficit | (783,408) |
| Accumulated other comprehensive income | 29,562 |
| **TOTAL STOCKHOLDERS' EQUITY** | **(13,319)** |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | **1,767,222** |

(1) As permitted under the amended DIP credit facility, Bank of America holds cash as collateral for the company's outstanding letters of credit of $67.4 million as well as cash swept from the company's bank accounts.

| CASE NAME: CIRCUIT CITY STORES, INC., ET AL. | ACCRUAL BASIS-2 |
|---|---|
| CASE NUMBER: 08-35653 | |

# INCOME STATEMENT

| *(Amounts in thousands)* | 3/1/2009 - 3/31/2009 |
|---|---:|
| **Net sales** | 98,236 |
| Cost of sales, buying and warehousing | 175,831 |
| **Gross profit (loss)** | (77,595) |
| Selling, general and administrative expenses | 287,355 |
| **Operating loss** | (364,950) |
| Interest income | - |
| Interest expense | - |
| Loss before reorganization items, GAAP reversals and income taxes | (364,950) |
| Reorganization items, net | (435,895) |
| GAAP reversals, net (1) | (12,090) |
| Income tax provision (2) | 1,856 |
| **Net loss** | (814,791) |

(1) During March 2009, the company reversed items that had been recorded solely for purposes of complying with generally accepted accounting principles. Items reversed include deferred tax assets and reserves established under GAAP. The net impact of these GAAP reversals was a non-cash loss of $12.1 million.

(2) During March 2009, the company did not record a full tax provision as it no longer complies with generally accepted accounting principles.

| CASE NAME: CIRCUIT CITY STORES, INC., ET AL. | **ACCRUAL BASIS-2** |
|---|---|
| CASE NUMBER: 08-35653 | |

## INCOME STATEMENT

| *(Amounts in thousands)* | **11/10/2008 - 3/31/2009** |
|---|---:|
| **Net sales** | 3,200,966 |
| Cost of sales, buying and warehousing | 2,825,511 |
| **Gross profit** | 375,455 |
| Selling, general and administrative expenses | 892,068 |
| Asset impairment charges (1) | 334,559 |
| **Operating loss** | (851,172) |
| Interest income | 90 |
| Interest expense | 24,695 |
| Loss before reorganization items, GAAP reversals and income taxes | (875,777) |
| Reorganization items, net | (594,421) |
| GAAP reversals, net (2) | 346,660 |
| Income tax benefit | (1,040) |
| **Net loss** | (1,122,498) |

(1) The company recorded a non-cash impairment charge of $334.6 million during the period between 11/10/2008 and 3/31/2009.  The charge was primarily related to long-lived assets at the company's stores.

(2) During the period between 1/1/09 and 3/31/09, the company reversed items that had been recorded solely for purposes of complying with generally accepted accounting principles.  Items reversed include accrued straight-line rent, certain liabilities subject to compromise and other reserves established under GAAP.  The net impact of these GAAP reversals was a non-cash gain of $346.7 million.

| CASE NAME: CIRCUIT CITY STORES, INC., ET AL. | ACCRUAL BASIS-3 |
|---|---|
| CASE NUMBER: 08-35653 | |

## CASH RECEIPTS AND DISBURSEMENTS

*(amounts in thousands)*

| | 3/1/2009 - 3/31/2009 |
|---|---:|
| Operating Activities: | |
| Net loss | $ (814,791) |
| | |
| Adjustments to reconcile net loss to net cash provided by operating activities: | |
| Net loss from reorganization items | 435,895 |
| Net loss from GAAP reversals | 12,090 |
| Depreciation expense | 8,007 |
| Loss on dispositions of property & equipment | 287,946 |
| Provision for deferred income taxes | 1,856 |
| Other | (9,058) |
| Changes in operating assets and liabilities: | |
| Restricted cash and cash held by BOA | 28,299 |
| Accounts receivable, net | 94,610 |
| Merchandise inventory | 153,487 |
| Prepaid expenses & other current assets | 1,544 |
| Other assets | 6,261 |
| Merchandise payable | (12,216) |
| Expenses payable | (27,516) |
| Accrued expenses, other current liabilities and accrued income taxes | (61,779) |
| Intercompany receivables | 288 |
| Other long-term liabilities | (121,612) |
| Net cash used in operating activities before reorganization items | **(16,689)** |
| Cash effect of reorganization items | **(3,318)** |
| Net cash used in operating activities | **(20,007)** |
| | |
| Investing Activities: | |
| Purchases of property and equipment | (19) |
| Proceeds from sales of property & equipment | 14,315 |
| Net cash provided by investing activities | **14,296** |
| | |
| Financing Activities: | |
| Change in overdraft balances | 7,725 |
| Net cash provided by financing activities | **7,725** |
| | |
| Increase in cash and cash equivalents | **2,014** |
| Cash and cash equivalents at beginning of period | **46,535** |
| Cash and cash equivalents at end of period | $ **48,549** |

| CASE NAME: CIRCUIT CITY STORES, INC., ET AL. | ACCRUAL BASIS-3 |
|---|---|
| CASE NUMBER: 08-35653 | |

## CASH RECEIPTS AND DISBURSEMENTS

*(amounts in thousands)*

|  | 11/10/2008 - 3/31/2009 |
|---|---:|
| **Operating Activities:** | |
| Net loss | $ (1,122,498) |
| Adjustments to reconcile net loss to net cash provided by operating activities: | |
| Net loss from reorganization items | 594,421 |
| Net gain from GAAP reversals | (346,660) |
| Depreciation expense | 41,293 |
| Amortization expense | 4 |
| Asset impairment charges | 334,559 |
| Stock-based compensation benefit | (8,447) |
| Loss on dispositions of property & equipment | 313,163 |
| Provision for deferred income taxes | 3,383 |
| Other | (9,607) |
| Changes in operating assets and liabilities: | |
| Restricted cash and cash held by BOA | (299,072) |
| Accounts receivable, net | (154,304) |
| Merchandise inventory | 1,605,958 |
| Prepaid expenses & other current assets | 79,765 |
| Other assets | (12,671) |
| Merchandise payable | (9,211) |
| Expenses payable | (30,715) |
| Accrued expenses, other current liabilities and accrued income taxes | (50,674) |
| Intercompany receivables | 4,977 |
| Other long-term liabilities | (204,127) |
| Net cash provided by operating activities before reorganization items | **729,537** |
| Cash effect of reorganization items (professional fees) | **(7,140)** |
| Net cash provided by operating activities | **722,397** |
| | |
| **Investing Activities:** | |
| Purchases of property and equipment | (748) |
| Proceeds from sales of property & equipment | 31,997 |
| Net cash provided by investing activities | **31,249** |
| | |
| **Financing Activities:** | |
| Proceeds from DIP borrowings | 2,961,203 |
| Principal payments on DIP borrowings | (3,691,794) |
| Principal payments on other short-term borrowings | (198) |
| Proceeds from long-term debt | 401 |
| Principal payments on long-term debt | (1,983) |
| Change in overdraft balances | 5,942 |
| Net cash used in financing activities before reorganization items | **(726,429)** |
| Cash effect of reorganization items (debt issuance costs) | **(26,682)** |
| Net cash used in financing activities | **(753,111)** |
| | |
| Increase in cash and cash equivalents | **535** |
| Cash and cash equivalents at beginning of period | **48,014** |
| Cash and cash equivalents at end of period | $ **48,549** |

CASE NAME: CIRCUIT CITY STORES, INC., ET AL.  ACCRUAL BASIS-4
CASE NUMBER: 08-35653

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH 1/31/2009 | MONTH 2/28/2009 | MONTH 3/31/2009 |
|---|---|---|---|---|
| 1. 0-30 | | $ 338,025,740 | 204,246,128 | 41,077,086 |
| 2. 31-60 | | 87,304,321 | 141,881,978 | 88,749,227 |
| 3. 61-90 | | 80,908,211 | 92,452,362 | 133,381,873 |
| 4. 91+ | | 34,272,613 | 133,017,016 | 213,710,779 |
| 5. TOTAL ACCOUNTS RECEIVABLE | | $ 540,510,885 | $ 571,597,484 | $ 476,918,965 |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | | 73,977 | 73,977 | - |
| 7. ACCOUNTS RECEIVABLE (NET) | | $ 540,436,908 | $ 571,523,507 | $ 476,918,965 |

**AGING OF POSTPETITION TAXES AND PAYABLES**  MONTH: 3/1/2009 - 3/31/2009

| TAXES PAYABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91+ DAYS | TOTAL |
|---|---|---|---|---|---|
| 1. FEDERAL | $ 5,896,876 | | | | $ 5,896,876 |
| 2. STATE | 6,457,925 | 810,457 | 725,741 | 96,182 | 8,090,305 |
| 3. LOCAL | 10,356,675 | - | - | - | 10,356,675 |
| 4. OTHER (SEE APPENDIX A) | 3,172,209 | 4,302,363 | 4,553,684 | 6,175,087 | 18,203,343 |
| 5. TOTAL TAXES PAYABLE | $ 25,883,684 | $ 5,112,820 | $ 5,279,425 | $ 6,271,269 | $ 42,547,199 |
| 6. MERCHANDISE PAYABLE | $ 3,154,379 | $ 5,616,026 | $ 15,729,823 | $ 1,956,302 | 26,456,530 |
| EXPENSES PAYABLE | $ 10,586,909 | $ 4,690,919 | $ 8,505,953 | $ 26,937,586 | 50,721,367 |

**STATUS OF POSTPETITION TAXES**  MONTH: 3/1/2009 - 3/31/2009

| FEDERAL | BEGINNING TAX LIABILITY* | AMOUNT WITHHELD AND/ OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| 1. WITHHOLDING** | $ 3,168,077 | $ 3,589,411 | $ (5,075,433) | $ 1,682,055 |
| 2. FICA-EMPLOYEE** | 2,288,505 | 2,173,339 | (3,564,877) | 896,967 |
| 3. FICA-EMPLOYER** | 3,730,704 | 2,190,379 | (3,573,969) | 2,347,114 |
| 4. UNEMPLOYMENT | 921,747 | 49,034 | (41) | 970,740 |
| 5. INCOME | - | | | - |
| 6. OTHER (ATTACH LIST) | - | | | - |
| 7. TOTAL FEDERAL TAXES | $ 10,109,033 | $ 8,002,163 | $ (12,214,320) | $ 5,896,876 |
| **STATE AND LOCAL & OTHER** | | | | |
| 8. WITHHOLDING | $ 948,831 | $ 1,055,055 | $ (1,534,914) | 468,972 |
| 9. SALES | 34,546,754 | 6,233,544 | (36,870,268) | 3,910,030 |
| 10. EXCISE | - | - | | - |
| 11. UNEMPLOYMENT | 3,519,702 | 211,656 | (2,216) | 3,729,142 |
| 12. REAL PROPERTY | 63,240 | 31,620 | - | 94,860 |
| 13. PERSONAL PROPERTY | 9,834,877 | 411,702 | (2,604) | 10,243,975 |
| 14. OTHER (SEE APPENDIX A) | 17,641,506 | 1,344,337 | (782,500) | 18,203,343 |
| 15. TOTAL STATE & LOCAL & OTHER | $ 66,554,910 | $ 9,287,915 | $ (39,192,502) | $ 36,650,323 |
| 16. TOTAL TAXES | $ 76,663,943 | $ 17,290,078 | $ (51,406,822) | $ 42,547,199 |

\*  The beginning tax liability should represent the liability from the prior month or, if this is the first operating report, the amount should be zero.
\*\*  Attach photocopies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit.

| CASE NAME: CIRCUIT CITY STORES, INC., ET AL. | APPENDIX A |
|---|---|
| CASE NUMBER: 08-35653 | |

**OTHER TAXES PAYABLE**

| | 0-30 days | 31-60 days | 61-90 days | 91+ days | Total |
|---|---:|---:|---:|---:|---:|
| State & Local Income Taxes | 488,216 | - | - | - | 488,216 |
| Franchise Taxes | 969,150 | - | - | - | 969,150 |
| Business Licenses and Gross Receipts Taxes | 184,528 | 273,762 | 162,512 | 339,345 | 960,147 |
| Other Taxes | 141,236 | - | - | - | 141,236 |
| Real Estate Taxes (passed through by landlord) | 1,389,079 | 4,028,601 | 4,391,172 | 5,835,742 | 15,644,594 |
| Other Taxes Payable | 3,172,209 | 4,302,363 | 4,553,684 | 6,175,087 | 18,203,343 |

**STATUS OF POSTPETITION TAXES - OTHER TAXES**

| | Beginning Tax Liability | Amount Withheld | Amount Paid | Ending Tax Liability |
|---|---:|---:|---:|---:|
| **Other Taxes** | | | | |
| State & Local Income Taxes (1) (2) | $ 488,216 | $ - | $ - | $ 488,216 |
| Franchise Taxes (1) | 969,150 | - | - | 969,150 |
| Business Licenses and Gross Receipts Taxes | 768,785 | 84,053 | 107,309 | 960,147 |
| Other Taxes | 128,215 | 113,864 | (100,843) | 141,236 |
| Real Estate Taxes (passed through by landlord) | 15,287,140 | 1,146,420 | (788,966) | 15,644,594 |
| Total Other Taxes | $17,641,506 | $ 1,344,337 | $ (782,500) | $18,203,343 |

(1) Income/Franchise taxes related to the fiscal year ending 2/28/09 are considered "postpetition" taxes because the ending date of the period on which the returns are based is postpetition.
(2) During March 2009, the company did not record a full tax provision as it no longer complies with generally accepted accounting principles. Therefore, the ending tax liability does not include an additional accrual for March.

| CASE NAME: CIRCUIT CITY STORES, INC., ET AL. | ACCRUAL BASIS-5 |
|---|---|
| CASE NUMBER: 08-35653 | |

The debtor in possession must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposit, government obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets if necessary.

|  |  | MONTH: | 3/1/2009 - 3/31/2009 | | |
|---|---|---|---|---|---|
| **BANK RECONCILIATIONS** | | | | | |
| | | Account #1 | Account #2 | Account #3 | |
| A. | BANK: | see APPENDIX B | | | |
| B. | ACCOUNT NUMBER: | | | | TOTAL |
| C. | PURPOSE (TYPE): | | | | |
| 1. | BALANCE PER BANK STATEMENT | | | | |
| 2. | ADD: TOTAL DEPOSITS NOT CREDITED | | | | |
| 3. | SUBTRACT: OUTSTANDING CHECKS | | | | |
| 4. | OTHER RECONCILING ITEMS | | | | |
| 5. | MONTH END BALANCE PER BOOKS | | | | $ 50,872,039 |
| 6. | NUMBER OF LAST CHECK WRITTEN | | | | |

| **INVESTMENT ACCOUNTS** | | | | |
|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. TOTAL INVESTMENTS | | | $        - | $        - |

| **CASH** | |
|---|---|
| 12. CURRENCY ON HAND | $ 5,148 |
| 13. TOTAL CASH - END OF MONTH | $ 50,877,187 |

CASE NAME: CIRCUIT CITY STORES, INC., ET AL.  
CASE NUMBER: 08-35653

APPENDIX B

| G/L Acct # | Account Name | Bank Acct # | Debtor | Description | Bank Balance | G/L Balance | As of Date | Reconciled as of 3/31/09 |
|---|---|---|---|---|---|---|---|---|
| 101003 | Wachovia Circuit City Master | 2055275431509 | Circuit City Stores, Inc. | Funding Account | 48,971 | 48,180,219 | 3/31/2009 | Y |
| 101003 | Wachovia Circuit City Main Disbursement | 2000045277427 | Circuit City Stores, Inc. | Funding Account | 48,125,248 | - | 3/31/2009 | Y |
| 101015 | Wachovia Vendor Disbursement | 2079920046733 | Circuit City Stores, Inc. | Disbursement Account | - | (25,896) | 3/31/2009 | Y |
| 101046 | Wachovia American Express | 2055302199620 | Circuit City Stores, Inc. | Depository Account | - | (1,924,486) | 3/31/2009 | Y |
| 101063 | Wachovia Sublease Lockbox | 2055303192189 | Circuit City Stores, Inc. | Depository Account | - | - | 3/31/2009 | Y |
| 101082 | BOA CC WC Licensing | 1257401034 | Circuit City West Coast | Transfer Account | - | - | 3/31/2009 | Y |
| 101089 | Wachovia Fifth Third Bankcard | 2055304684528 | Circuit City Stores, Inc. | Depository Account | - | - | 3/31/2009 | Y |
| 101092 | BOA Data Mailer (Payroll) | 7313200844 | Circuit City West Coast | Payroll Account | 24,385 | - | 3/31/2009 | Y |
| 101092 | Payroll - Data Mailer Shadow | 1233557748 | Circuit City West Coast | Payroll Account | - | - | 3/31/2009 | Y |
| 101095 | BOA CC W.C. P/R Main Concentration | 1257501029 | Circuit City West Coast | Funding Account | - | - | 3/31/2009 | Y |
| 101100 | Suntrust Concentration | 88001883706 | Circuit City Stores, Inc. | Funding Account | 20,512 | - | 3/31/2009 | Y |
| 101104 | Wachovia Store Depository | 2010008835100 | Circuit City Stores, Inc. | Depository Account | - | 2,040 | 3/31/2009 | Y |
| 101117 | Chase Store Depository | 744447244 | Circuit City Stores, Inc. | Depository Account | 71,278 | 132,593 | 3/31/2009 | Y |
| 101150 | Wachovia Warranty Sales Deposits | 2055303237073 | Circuit City Stores, Inc. | Depository Account | - | (218,746) | 3/31/2009 | Y |
| 101159 | Wachovia Fifth Third Check Collection | 2055304993099 | Circuit City Stores, Inc. | Depository Account | - | - | 3/31/2009 | Y |
| 101200 | Wachovia Reverse Affiliates Lockbox | 2000023001107 | Circuit City Stores, Inc. | Depository Account | - | (78) | 3/31/2009 | Y |
| 101207 | Bank of America Sky Venture | 1257555447 | Circuit City Stores, Inc. | Depository Account | 100 | - | 3/31/2009 | Y |
| 101210 | Wachovia Trading Circuit | 2000022979133 | Circuit City Stores, Inc. | Depository Account | 542,512 | 542,512 | 3/31/2009 | Y |
| 101219 | Wachovia Corporate Depository | 2055305959993 | Circuit City Stores, Inc. | Depository Account | - | 659,846 | 3/31/2009 | Y |
| 101236 | BOA Store Depository | 3750979967 | Circuit City Stores, Inc. | Depository Account | (700) | - | 3/31/2009 | Y |
| 101245 | Wachovia Direct Deposit | 2000013944038 | Circuit City Stores, Inc. | Payroll Account | - | 1,174 | 3/31/2009 | Y |
| 101249 | Wachovia Empire Blue Cross | 2079920015191 | Circuit City Stores, Inc. | Depository Account | - | - | 3/31/2009 | Y |
| 101254 | Wachovia Music Payables | 2079900056031 | Circuit City Stores, Inc. | Disbursement Account | - | (0) | 3/31/2009 | Y |
| 101255 | Wachovia Service Payables | 2079900056044 | Circuit City Stores, Inc. | Disbursement Account | - | (85,292) | 3/31/2009 | Y |
| 101270 | Wachovia Purchasing E/P Disbursement | 2079900470992 | Circuit City Stores Purchasing Co., LLC | Disbursement Account | - | (121,014) | 3/31/2009 | Y |
| 101281 | Wachovia Purchasing Co. Concentration | 2000022979175 | Circuit City Stores Purchasing Co., LLC | Funding Account | 5,840 | 5,840 | 3/31/2009 | Y |
| 101307 | Chase CC Empire Blue Cross | 475600266 | Circuit City Stores, Inc. | Depository Account | 784,352 | 191,543 | 3/31/2009 | Y |
| 101320 | American Savings Bank Store Depository | 9331006380 | Circuit City Stores, Inc. | Depository Account | - | 0 | 3/31/2009 | Y |
| 101332 | Suntrust EP Disbursement | 8800606660 | Circuit City Stores, Inc. | Disbursement Account | - | - | 3/31/2009 | Y |
| 101345 | Wells Fargo Store Depository | 4121524672 | Circuit City Stores, Inc. | Depository Account | - | - | 3/31/2009 | Y |
| 101365 | Wachovia Corporate Sales Lockbox | 2000022990950 | Circuit City Stores, Inc. | Depository Account | - | - | 3/31/2009 | Y |
| 101385 | Wachovia Sales Receivables Lockbox | 2000028301048 | Circuit City Stores, Inc. | Depository Account | - | - | 3/31/2009 | Y |
| 101401 | Banco Popular CCS PR LLC Operating | 030475139 | Circuit City Stores PR, LLC | Funding Account | 6,385 | 6,385 | 3/31/2009 | Y |
| 101402 | Banco Popular Store Depository | 030475120 | Circuit City Stores PR, LLC | Depository Account | - | 4,727 | 3/31/2009 | Y |
| 101403 | Banco Popular Disbursement | 030475147 | Circuit City Stores PR, LLC | Payroll Account | 28,644 | 24,989 | 3/31/2009 | Y |
| 101453 | Solutran Citizens State Bank Parago Funding Acct | 737934 | Circuit City Stores, Inc. | Funding Account | 5,070 | 4,964 | 3/31/2009 | Y |
| 101530 | Wachovia Ventoux International | 2000022979528 | Ventoux International | Depository Account | 1,050,000 | 1,050,000 | 3/31/2009 | Y |
| 101580 | Wachovia Aviation | 2000035264767 | Circuit City Stores, Inc. | Depository Account | 10,000 | 10,000 | 3/31/2009 | Y |
| 101600 | Solutran Return Checks | 454248-F | Circuit City Stores, Inc. | Funding Account | 78,127 | 86,207 | 3/31/2009 | Y |
| 101677 | BA Liquidation Acct | 4426864923 | Circuit City Stores, Inc. | Escrow Account | 1,793,737 | 2,328,248 | 3/31/2009 | Y |
| 128065 | Paypal Trading Circuit Account | N/A | Circuit City Stores, Inc. | Depository Account | 16,261 | 16,261 | 3/31/2009 | Y |
| 130002 | BOA Letter of Credit Payments | 4426634580 | Circuit City Stores, Inc. | Funding Account | 326,757 | - | 3/31/2009 | Y |
| | | | | | 52,937,482 | 50,872,039 | | |

| CASE NAME: CIRCUIT CITY STORES, INC., ET AL. | ACCRUAL BASIS-6 |
|---|---|
| CASE NUMBER: 08-35653 | |

MONTH: 3/1/2009 - 3/31/2009

**PAYMENTS TO INSIDERS AND PROFESSIONALS**

OF THE TOTAL DISBURSEMENTS SHOWN FOR THE MONTH, LIST THE AMOUNT PAID TO INSIDERS (AS DEFINED IN SECTION 101 (31) (A)-(F) OF THE U.S. BANKRUPTCY CODE) AND TO PROFESSIONALS. ALSO, FOR PAYMENTS TO INSIDERS, IDENTIFY THE TYPE OF COMPENSATION PAID (e.g. SALARY, BONUS, COMMISSIONS, INSURANCE, HOUSING ALLOWANCE, TRAVEL, CAR ALLOWANCE, ETC.). ATTACH ADDITIONAL SHEETS IF NECESSARY.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL PAYMENTS TO INSIDERS (1) | | | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID * |
| 1. FTI Consulting, Inc. | | | $ 2,243,060 | $ 2,743,060 | $ 371,380 |
| 2. Kirkland & Ellis LLP | | | 21,491 | 162,784 | 47,490 |
| 3. KPMG LLP | | | 285,873 | 533,490 | 253,768 |
| 4. Kurtzman Carson Consultants LLC | | | 481,119 | 2,776,961 | - |
| 5. McGuire Woods, LLP | | | 226,188 | 807,620 | 504,581 |
| 6. Skadden, Arps, Slate, Meagher & Flom, LLP | | | - | 1,773,728 | 1,346,150 |
| 7. Ernst & Young LLP | | | 361,982 | 613,517 | 112,070 |
| 8. Tavenner & Beran, PLC | | | 30,562 | 89,671 | 42,649 |
| 9. Jefferies & Company, Inc. | | | - | 350,674 | 187,657 |
| 10. Pachulski, Stang, Ziehl & Jones | | | 368,978 | 1,075,247 | 466,867 |
| 11. Rothschild Inc. | | | 125,326 | 125,326 | 51,000 |
| 12. Protiviti | | | 195,958 | 587,641 | 102,591 |
| TOTAL PAYMENTS TO PROFESSIONALS | | $ - | $ 4,340,538 | $ 11,639,719 | $ 3,486,203 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

**POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS**

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POSTPETITION |
|---|---|---|---|
| 1. Leases (2) | $ 10,186,788 | $ 10,108,900 | $ 20,002,931 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | $ 10,186,788 | $ 10,108,900 | $ 20,002,931 |

(1) Other than salary, fees and benefit payments made in the ordinary course of business and reimbursements for business expenses, no payments have been made to insiders during the reporting period.

(2) The leases line item is made up of hundreds of landlords. As such, only the total amount is reported in this schedule. The unpaid balance remaining at 3/31/2009 primarily includes rent payments due for the period from 11/10/2008 - 11/30/2008; these payments are being held pursuant to a Court order.

| | |
|---|---|
| CASE NAME: CIRCUIT CITY STORES, INC., ET AL. | ACCRUAL BASIS-7 |
| CASE NUMBER: 08-35653 | |

MONTH: 3/1/2009 - 3/31/2009

## QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | X | |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | X | |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | X | |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | X | |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | X | |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | X | |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | X | |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

1. The company sold assets outside of the normal course of business as part of its liquidation proceedings.
3. Intercompany transactions in the ordinary course of business have given rise to postpetition receivables.
4. Payments on prepetition liabilities have been made pursuant to motions granted by the Bankruptcy Court.
8. Certain real estate taxes are passed through to the debtors from the landlords.  A portion of these real estate taxes is past due.
9. Certain business license taxes that covered both prepetition and postpetition periods were due on or before 3/31/2009 but were not paid.
10. The rent for store leases owed for the period 11/10/2008 through 11/30/2008 is past due; these payments are being held pursuant to a Court order.  In addition, due to the liquidation proceedings, the debtors are currently reconciling amounts due to post-petition creditors, which has slowed creditor payments.
11. Certain property taxes that covered both prepetition and postpetition periods were paid during March 2009.

## INSURANCE

| | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | | X |
| 3. PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW.  ATTACH ADDITIONAL SHEETS IF NECESSARY.

2. Self-insurance assessments for California and Washington due in January and February, respectively, were not paid as of 3/31/2009.

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| Commercial General Liability | Old Republic Insurance Co. | 10/1/08 - 10/1/09 | $141,622 paid at inception & $141,292 due on 04/01/09 |
| Auto Liability | Old Republic Insurance Co. | 10/1/08 - 10/1/09 | $181,882 paid at inception & $180,457 due on 04/01/09 |
| Aircraft Liability | Global Aerospace, Inc. | 9/17/08 - 9/17/09 | $78,340 paid at inception |
| Excess Liability - Layer 1 | National Union Fire Ins. Co. | 10/1/08 - 10/1/09 | $513,000 paid at inception |
| Excess Liability - Layer 2 | Lexington Insurance Co. | 10/1/08 - 10/1/09 | $86,912.50 paid at inception |
| Excess Liability - Layer 3 | Great American Insurance Co. | 10/1/08 - 10/1/09 | $60,600 paid at inception |
| Excess Liability - Layer 4 | Fireman's Fund Insurance Co. | 10/1/08 - 10/1/09 | $45,000 paid at inception |
| Excess Liability - Layer 5 | Great American Assurance Co. | 10/1/08 - 10/1/09 | $37,500 paid at inception |
| Excess Liability - Layer 6 | St. Paul Fire and Marine Insurance Co. | 10/1/08 - 10/1/09 | $37,400 paid at inception |
| Excess Liability - Layer 7 | Ohio Casualty Insurance Co. | 10/1/08 - 10/1/09 | $30,805 paid at inception |
| Workers' Compensation & Employer's Liability | Old Republic Insurance Co. | 10/1/08 - 10/1/09 | $464,615 paid at inception & $264,229 due on 04/01/09 |
| Excess Workers' Compensation | Old Republic Insurance Co. | 10/1/08 - 10/1/09 | $63,874 paid at inception & $63,874 due on 04/01/09 |
| Self Insured Workers' Compensation States: | | | |
| California | Department of Industrial Relations - SIP | ongoing | $53,550 paid in July 2008 and $94,830 due in January 2009 |
| Ohio | Ohio Bureau of Workers' Compensation | ongoing | $2,442 paid on 2/18/2009 |
| Washington | Washington Self-Insured Assessments | ongoing | paid quarterly - $67,127 paid to date and $22,874 due in February 2009 |
| Monopolistic State Workers' Compensation Policies: | | | |
| Wyoming | Wyoming State WC Premium | ongoing | paid quarterly - $15,744 paid through February 2009 |
| Foreign Liability Package | National Union Fire Ins. Co. | 1/1/08 - 1/1/09 | $6,158 paid at inception |
| Business Travel Accident | Zurich American | 8/1/08 - 8/1/09 | $41,232 paid at inception |
| Fiduciary | Chubb Group | 12/1/08 - 12/1/09 | $145,000 paid at inception |
| Fiduciary Excess | Arch | 12/1/08 - 12/1/09 | $121,800 paid at inception |
| Crime | Chubb Group | 12/1/08 - 12/1/09 | $75,000 paid at inception |
| Kidnap and Ransom | Chubb Group | 12/1/08 - 12/1/09 | $5,000 paid at inception |
| D&O (Traditional) - Primary | AIG | 12/1/08 - 12/1/09 | $185,000 paid at inception |
| D&O (Traditional) - Layer 1 | ACE | 12/1/08 - 12/1/09 | $166,500 paid at inception |
| D&O (Traditional) - Layer 2 | XL | 12/1/08 - 12/1/09 | $150,000 paid at inception |
| D&O (Traditional) - Layer 3 | Valiant | 12/1/08 - 12/1/09 | $135,000 paid at inception |
| D&O (Traditional) - Layer 4 | AWAC | 12/1/08 - 12/1/09 | $115,000 paid at inception |
| Runoff D&O - Primary | CNA | 12/1/08 - 12/1/14 | $1,177,500 paid at inception |
| Runoff D&O - Layer 1 | Chubb Group | 12/1/08 - 12/1/14 | $487,500 paid at inception |
| Runoff D&O - Layer 2 (Year 1) | Great American | 12/1/08 - 12/1/14 | $240,000 paid at inception |
| Runoff D&O - Layer 2 (Years 2 - 6) | Axis | 12/1/08 - 12/1/14 | $240,000 paid at inception |
| Runoff D&O - Layer 3 | Travelers | 12/1/08 - 12/1/14 | $822,000 paid at inception |
| Runoff D&O - Layer 4 | Axis | 12/1/08 - 12/1/14 | $698,700 paid at inception |
| Runoff D&O - Layer 5 | RSUI | 12/1/08 - 12/1/14 | $589,050 paid at inception |
| Runoff D&O - Layer 6 | Arch | 12/1/08 - 12/1/14 | $540,000 paid at inception |
| Runoff D&O - Layer 7 (Side A DIC) | XL | 12/1/08 - 12/1/14 | $1,275,000 paid at inception |
| Runoff D&O - Layer 8 | Chubb Group | 12/1/08 - 12/1/14 | $375,000 paid at inception |
| Property - Boiler & Machinery | Continental Casualty Company | 8/15/08 - 8/15/09 | $31,734 paid at inception |
| Property - StockThroughput/Ocean Cargo | National Liability & Fire | 9/5/08 - 8/15/09 | $91,845 paid at inception |
| Property - All Risk | Lexington, Axis, Lloyds of London, Liberty,  GEP, Glacier Ins AG, State National, Princeton Excess, Industrial Risk, Lancashire, Landmark AmeriCNA, & Integon Specialty | 8/15/08 - 8/15/09 | $2,750,701.66 paid at inception |