IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., *et al.,* | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Chapter 11 |

## ORDER GRANTING ADMISSION PRO HAC VICE

This matter came before the Court upon the Motion to Admit Counsel Pro Hac Vice (the "Motion") filed by Robert S. Westermann, seeking admission *pro hac vice* for Elise S. Frejka, Esquire, of the law firm of Kramer Levin Naftalis & Frankel, LLP, in the above-styled bankruptcy proceeding pursuant to Local Bankruptcy Rule 2090-1 (E)(2). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, that no other or further notice is required, and that it is appropriate that Elise S. Frejka be authorized to practice *pro hac vice* before the Court on behalf of Systemax, Inc. in the aforementioned bankruptcy proceeding. It is therefore

**ORDERED** that the Motion is **GRANTED;** and it is further

**ORDERED** that Elise S. Frejka may appear and practice *pro hac vice* in the above-captioned matter and any related proceedings on behalf of Systemax, Inc.

DATE: May 12 2009

/s/ Kevin R. Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: May 13, 2009

Robert S. Westermann, VSB No. 43294
HIRSCHLER FLEISCHER, P.C.
Post Office Box 500
Richmond, Virginia 23218-0500
(804) 771-9500
(804) 644-0957 (fax)
rwestermann@hf-law.com
*Counsel for Systemax, Inc.*

I ASK FOR THIS:

    /s/ Robert S. Westermann
Robert S. Westermann (VSB No. 43294)
Hirschler Fleischer, P.C.
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9500
(804) 644-0957 (fax)

*Counsel for Systemax, Inc.*

## LOCAL RULE 9022-1 CERTIFICATION

    I HEREBY CERTIFY that the foregoing has been either endorsed by or served upon all necessary parties.

                                                  /s/ Robert S. Westermann
                                                  Robert S. Westermann

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1                Date Rcvd: May 13, 2009
Case: 08-35653                 Form ID: pdforder          Total Served: 1

The following entities were served by first class mail on May 15, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 15, 2009**            **Signature:** _Joseph Speetjens_