Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :    Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :    Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER ON DEBTORS' SECOND OMNIBUS
OBJECTION TO CERTAIN LATE 503(b)(9) CLAIMS**

THIS MATTER having come before the Court on the Debtors' Second Omnibus Objection to Certain Late 503(b)(9) Claims (the "Objection"), and it appearing that due and proper notice and service of the Objection has been given in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good and sufficient and that no other further

notice or service of the Objection need be given; and it appearing that certain parties (the "Responding Claimants") filed responses to the Objection; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The claims identified on <u>Exhibit A – Late 503(b)(9) Claims – Disallowed Claims</u> as attached hereto and incorporated herein, are forever disallowed in their entirety for all purposes in these bankruptcy cases.

2. The claims identified on <u>Exhibit B – Late 503(b)(9) Claims – Reclassified Claims</u> as attached hereto and incorporated herein, are hereby reclassified as set forth on <u>Exhibit B</u>; <u>provided</u>, <u>however</u>, the reclassification of the claims on <u>Exhibit B</u> is without prejudice to the Debtors' rights and abilities to object to the claims on <u>Exhibit B</u> on any grounds and bases.

3. The status hearing on the Objection to the claims identified on <u>Exhibit C – Late 503(b)(9) Claims – Adjourned</u>

2

<u>Claims</u> as attached hereto and incorporated herein, is hereby adjourned to **June 23, 2009, at 2:00 p.m. (Eastern)**.

    4.  The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before ten (10) business days from the entry of this Order.

Dated: Richmond, Virginia
      May_____, 2009
       May 14 2009

                          /s/ Kevin Huennekens
                        _____
                        HONORABLE KEVIN R. HUENNEKENS
                        UNITED STATES BANKRUPTCY JUDGE

Entered on docket: 5/15/09

3

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                        ___/s/ Douglas M. Foley_____
                                        Douglas M. Foley

\8267863.2

4

Case 08-35653-KRH    Doc 3367    Filed 05/17/09    Entered 05/18/09 00:57:41    Desc
Imaged Certificate of Services    Page 5 of 18

In re: Circuit City Stores, Inc, et al.  Second Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

**EXHIBIT A - LATE 503(b)(9) CLAIMS - DISALLOWED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AIRGAS<br>PO BOX 802615<br>CHICAGO, IL 60680-2615 | 2667 | Secured:<br>Priority:<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br>$971.98<br><br>$971.98 | 01/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ANIXTER INC<br>2301 PATRIOT BLVD<br>GLENVIEW, IL 60026 | 10274 | Secured:<br>Priority:<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br>$12,223.00<br><br>$12,223.00 | 02/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ANIXTER INC<br>2301 PATRIOT BLVD<br>GLENVIEW, IL 60026 | 11220 | Secured:<br>Priority:<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br>$12,223.00<br><br>$12,223.00 | 02/04/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ASHEVILLE CITIZEN TIMES<br>PO BOX 2090<br>ASHEVILLE, NC 28802 | 1891 | Secured:<br>Priority:<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br>$11,816.38<br><br>$11,816.38 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| AT SYSTEMS WEST<br>PO BOX 90131<br>PASADENA, CA 91109-0131 | 2124 | Secured:<br>Priority:<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br>$35,826.56<br><br>$35,826.56 | 12/30/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BARKLEY COURT REPORTERS INC<br>1875 CENTURY PARK EAST STE 1300<br>LOS ANGELES, CA 90067 | 6975 | Secured:<br>Priority:<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BCA DIGITAL SOLUTIONS<br>949 AMMA RD<br>CLENDENIN, WV 25045 | 4903 | Secured:<br>Priority:<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br>$4,510.00<br><br>$4,510.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BEAVEX INC<br>3715 NORTHSIDE PKY<br>NORTHCREEK BLDG 200 STE 300<br>ATLANTA, GA 30327 | 1873 | Secured:<br>Priority:<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br>$412.35<br><br>$412.35 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al    Second Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

**EXHIBIT A - LATE 503(b)(9) CLAIMS - DISALLOWED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BRIGHTON PROPERTY TAX, CITY OF<br>PO BOX 67000<br>DETROIT, GA 48267-2222 | 10851 | Secured:<br>Priority:<br>503(b)(9):  $2,663.51<br>Unsecured:<br>Total:  $2,663.51 | 02/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BROADACRE SOUTH LLC<br>505 E ILLINOIS ST STE ONE<br>CHICAGO, IL 60611 | 1814 | Secured:<br>Priority:<br>503(b)(9):  $858.99<br>Unsecured:<br>Total:  $858.99 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BURRTEC WASTE INDUSTRIES<br>9820 CHERRY AVE<br>FONTANA, CA 92335 | 11334 | Secured:<br>Priority:<br>503(b)(9):  $3,535.98<br>Unsecured:<br>Total:  $3,535.98 | 02/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CENTENNIAL WIRELESS<br>PO BOX 9001094<br>LOUISVILLE, KY 40290-1094 | 1871 | Secured:<br>Priority:<br>503(b)(9):  $162.10<br>Unsecured:<br>Total:  $162.10 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF DOVER, DE<br>P O BOX 7100<br>DOVER, DE 19903-7100 | 2054 | Secured:<br>Priority:<br>503(b)(9):  $7,274.53<br>Unsecured:<br>Total:  $7,274.53 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF DOVER, DE<br>P O BOX 7100<br>DOVER, DE 19903-7100 | 2220 | Secured:<br>Priority:<br>503(b)(9):  $7,274.53<br>Unsecured:<br>Total:  $7,274.53 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF MESA, AZ<br>P O BOX 1878<br>MESA, AZ 85211-1878 | 1841 | Secured:<br>Priority:<br>503(b)(9):  $159.41<br>Unsecured:<br>Total:  $159.41 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY WIDE SWEEPING<br>PO BOX 53<br>HUMBLE, TX 77347-0053 | 1905 | Secured:<br>Priority:<br>503(b)(9):  $1,416.52<br>Unsecured:<br>Total:  $1,416.52 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 3367    Filed 05/17/09    Entered 05/18/09 00:57:41    Desc
Imaged Certificate of Service    Page 7 of 18

In re: Circuit City Stores, Inc, et al.                                          Second Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

**EXHIBIT A - LATE 503(b)(9) CLAIMS - DISALLOWED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CITY WIDE SWEEPING<br>PO BOX 53<br>HUMBLE, TX 773470053 | 1941 | Secured:<br>Priority:<br>503(b)(9): $646.66<br>Unsecured:<br>Total: $646.66 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COMMERCIAL APPEAL INC<br>PO BOX 781<br>MEMPHIS, TN 38101-0781 | 2223 | Secured:<br>Priority:<br>503(b)(9): $50,028.20<br>Unsecured:<br>Total: $50,028.20 | 12/24/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COMMUNICATIONS SUPPLY CORP<br>3050 PAYSHERE CR<br>CHICAGO, IL 60674 | 2671 | Secured:<br>Priority:<br>503(b)(9): $596.22<br>Unsecured:<br>Total: $596.22 | 01/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| COOK, MARY R<br>2345 W 143 ST<br>BLUE ISLAND, IL 60406 | 9559 | Secured:<br>Priority:<br>503(b)(9): $176.91<br>Unsecured:<br>Total: $176.91 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| COSCO<br>1369 COLBURN ST<br>HONOLULU, HI 96817 | 1872 | Secured:<br>Priority:<br>503(b)(9): $5,704.56<br>Unsecured:<br>Total: $5,704.56 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COVERALL OF NORTH AMERICA INC<br>5201 CONGRESS AVE STE 275<br>BOCA RATON, FL 33487 | 1822 | Secured:<br>Priority:<br>503(b)(9): $1,141.74<br>Unsecured:<br>Total: $1,141.74 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CROWN PACKAGING<br>CROWN PACKAGING CORP<br>17854 CHESTERFIELD AIRPORT RD<br>CHESTERFIELD, MO 63005 | 1895 | Secured:<br>Priority:<br>503(b)(9): $1,894.75<br>Unsecured:<br>Total: $1,894.75 | 12/22/2008 | INTERTAN, INC. (08-35655) |
| DAILY TIMES, THE<br>115 E CARROLL STREET<br>PO BOX 1937<br>SALISBURY, MD 21802-1937 | 2127 | Secured:<br>Priority:<br>503(b)(9): $5,917.86<br>Unsecured:<br>Total: $5,917.86 | 12/30/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  Second Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

**EXHIBIT A - LATE 503(b)(9) CLAIMS - DISALLOWED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| DELIVERY SOLUTIONS<br>16700 VALLEY VIEW AVE NO 175<br>LA MIRADA, CA 90638 | 1828 | Secured:<br>Priority:<br>503(b)(9): $91,596.83<br>Unsecured:<br>Total: $91,596.83 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DELTA COMMUNICATION SERVICE<br>126C S FUQUAY AVE<br>FUQUAY VARINA, NC 27526 | 1823 | Secured:<br>Priority:<br>503(b)(9): $7,802.50<br>Unsecured:<br>Total: $7,802.50 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DICKINSON, KATHY<br>LOC NO 1454 PETTY CASH<br>505 S CHERYL LN<br>WALNUT, CA 91789 | 1876 | Secured:<br>Priority:<br>503(b)(9): $314.17<br>Unsecured:<br>Total: $314.17 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DILIGENT BOARD MEMBER SERVICES INC<br>39 W 37TH ST 8TH FL<br>NEW YORK, NY 10018 | 7873 | Secured:<br>Priority:<br>503(b)(9): $17,100.00<br>Unsecured:<br>Total: $17,100.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DURA MICRO<br>JENNY CHIANG<br>901 E CEDAR ST<br>ONTARIO, CA 91761 | 1864 | Secured:<br>Priority:<br>503(b)(9): $39,364.00<br>Unsecured:<br>Total: $39,364.00 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ELEETS TRANSPORTATION COMPANY INC<br>3131 ST JOHNS BLUFF<br>JACKSONVILLE, FL 32246-0000 | 11148 | Secured:<br>Priority:<br>503(b)(9): $368,718.49<br>Unsecured:<br>Total: $368,718.49 | 02/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| EPPS, PHEOLA<br>8905 PLAYGROUND CIR<br>RICHMOND, VA 23237 | 1965 | Secured:<br>Priority:<br>503(b)(9): UNL<br>Unsecured:<br>Total: UNL | 12/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| EVERETT, CITY OF<br>3002 WETMORE<br>EVERETT, WA 98201 | 2308 | Secured:<br>Priority:<br>503(b)(9): UNL<br>Unsecured:<br>Total: UNL | 12/30/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 3367    Filed 05/17/09    Entered 05/18/09 00:57:41    Desc
Imaged Certificate of Service    Page 9 of 18

In re: Circuit City Stores, Inc, et al.    Second Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

**EXHIBIT A - LATE 503(b)(9) CLAIMS - DISALLOWED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| FACKINA, MARGARET<br>3105 A RIVER RD<br>POINT PLEASANT, NJ 08742 | 9854 | Secured:<br>Priority:<br>503(b)(9): $15,000.00<br>Unsecured:<br>Total: $15,000.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FAGA ESQ, ANTONIO<br>23 OXFORD RD<br>NEW HARTFORD, NY 13413 | 3407 | Secured:<br>Priority:<br>503(b)(9): UNL<br>Unsecured:<br>Total: UNL | 01/12/2009 | CIRCUIT CITY STORES PR, LLC (08-35660) |
| FLOWERS JR, ALBERT<br>376 MCDONALD ST<br>CRESTVIEW, FL 32536 | 1855 | Secured:<br>Priority:<br>503(b)(9): $1,800.00<br>Unsecured:<br>Total: $1,800.00 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| FORSYTH COUNTY NEWS<br>PO BOX 210<br>302 VETERANS MEMORIAL BLVD<br>CUMMING, GA 30028 | 1906 | Secured:<br>Priority:<br>503(b)(9): $1,634.26<br>Unsecured:<br>Total: $1,634.26 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| FOUR STAR INTERNATIONAL TRADE<br>TOM JAWOREK<br>63 SOUTH STREET SUITE 190<br>HOPKINTON, MA 01748 | 2053 | Secured:<br>Priority:<br>503(b)(9): $104,153.60<br>Unsecured:<br>Total: $104,153.60 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| FREDERICK POST INC<br>351 BALLENGER CENTER DR<br>FREDERICK, MD 21703 | 2226 | Secured:<br>Priority:<br>503(b)(9): $10,800.60<br>Unsecured:<br>Total: $10,800.60 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FSM BUILDING MAINTENANCE INC<br>7697 HAWTHORNE AVE<br>LIVERMORE, CA 94550 | 1888 | Secured:<br>Priority:<br>503(b)(9): $7,107.79<br>Unsecured:<br>Total: $7,107.79 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GANNETT WISCONSIN MEDIA<br>PO BOX 59<br>APPLETON, WI 54912 | 1846 | Secured:<br>Priority:<br>503(b)(9): UNL<br>Unsecured:<br>Total: UNL | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 3367    Filed 05/17/09    Entered 05/18/09 00:57:41    Desc
Imaged Certificate of Service    Page 10 of 18

In re: Circuit City Stores, Inc, et al.    Fourth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

**EXHIBIT A - LATE 503(b)(9) CLAIMS - DISALLOWED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| GASTON COUNTY TAX COLLECTOR<br>PO BOX 1578<br>GASTONIA, NC 28053 | 1836 | Secured:<br>Priority:<br>503(b)(9): $5,556.92<br>Unsecured:<br>Total: $5,556.92 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GENERAL RUBBER & PLASTICS<br>3840 INDUSTRIAL DR<br>PADUCAH, KY 42001 | 1934 | Secured:<br>Priority:<br>503(b)(9): $4,313.75<br>Unsecured:<br>Total: $4,313.75 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GREENVILLE NEWS<br>PO BOX 1688<br>GREENVILLE, SC 29602 | 1892 | Secured:<br>Priority:<br>503(b)(9): $34,205.90<br>Unsecured:<br>Total: $34,205.90 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GROVE CITY DIVISION OF POLICE<br>3360 PARK ST<br>GROVE CITY, OH 43123 | 1826 | Secured:<br>Priority:<br>503(b)(9): $100.00<br>Unsecured:<br>Total: $100.00 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| IKON OFFICE SOLUTIONS<br>ATTN BANKRUPTCY TEAM<br>ACCOUNTS RECEIVABLE CENTER<br>3920 ARKWRIGHT RD STE 400<br>MACON, GA 31210 | 3920 | Secured:<br>Priority:<br>503(b)(9): $164,935.50<br>Unsecured:<br>Total: $164,935.50 | 01/13/2009 | CIRCUIT CITY STORES PR, LLC (08-35660) |
| INVNT<br>73 SPRING ST<br>STE 501<br>NEW YORK, NY 10012 | 1815 | Secured:<br>Priority:<br>503(b)(9): $2,200.00<br>Unsecured:<br>Total: $2,200.00 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JON JAY ASSOCIATES INC<br>135 S LASALLE<br>DEPT 4621<br>CHICAGO, IL 60607-4621 | 2011 | Secured:<br>Priority:<br>503(b)(9): $800.00<br>Unsecured:<br>Total: $800.00 | 12/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JON JAY ASSOCIATES INC<br>4621 PAYSPHERE CR<br>CHICAGO, IL 60674 | 2010 | Secured:<br>Priority:<br>503(b)(9): $12,212.00<br>Unsecured:<br>Total: $12,212.00 | 12/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A - LATE 503(b)(9) CLAIMS - DISALLOWED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| KATU TV<br>FISHER COMMUNICATIONS<br>PORTLAND<br>PO BOX 94394<br>SEATTLE, WA 98124-6694 | 11342 | Secured:<br>Priority:<br>503(b)(9):  $4,364.75<br>Unsecured:<br>Total:  $4,364.75 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KELLEY, MARK<br>2340 W O ST NO 27<br>LINCOLN, NE 68528 | 1882 | Secured:<br>Priority:<br>503(b)(9):  $1,125.00<br>Unsecured:<br>Total:  $1,125.00 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| KENSTAN LOCK & HARDWARE CO INC<br>101 COMMERCIAL STREET<br>PLAINVIEW, NY 11803 | 1805 | Secured:<br>Priority:<br>503(b)(9):  $3,462.61<br>Unsecured:<br>Total:  $3,462.61 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| KOIN TV INC<br>222 SW COLUMBIA ST<br>PORTLAND, OR 97201 | 2217 | Secured:<br>Priority:<br>503(b)(9):  $425.00<br>Unsecured:<br>Total:  $425.00 | 12/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| KOMO TV<br>PO BOX 94394<br>SEATTLE, WA 98124-6694 | 11344 | Secured:<br>Priority:<br>503(b)(9):  $6,375.00<br>Unsecured:<br>Total:  $6,375.00 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KOSCO, JIM<br>6351 LAKE SHORE DR<br>ERIE, PA 16505 | 1874 | Secured:<br>Priority:<br>503(b)(9):  $524.00<br>Unsecured:<br>Total:  $524.00 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LACROSSE TECHNOLOGY LTD<br>WEB SALES<br>MANDA SHAH<br>2809 LOSEY BLVD SOUTH<br>LACROSSE, WI 54601 | 1887 | Secured:<br>Priority:<br>503(b)(9):  $1,861.05<br>Unsecured:<br>Total:  $1,861.05 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LEAGUE CITY TOWNE CENTER LTD<br>C/O PROPERTY COMMERCE<br>11000 BRITTMOORE PARK DR STE 100<br>HOUSTON, TX 77041 | 1879 | Secured:<br>Priority:<br>503(b)(9):  $29,763.07<br>Unsecured:<br>Total:  $29,763.07 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*   "UNL" denotes an unliquidated claim.

**EXHIBIT A - LATE 503(b)(9) CLAIMS - DISALLOWED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| LEAGUE CITY TOWNE CENTER LTD<br>JODI BUTSCHEK<br>11000 BRITTMOORE PARK DRIVE NO 100<br>C/O PROPERTY COMMERCE<br>ATTN S JAY WILLIAMS<br>HOUSTON, TX 77041 | 1881 | Secured:<br>Priority:<br>503(b)(9): $29,763.07<br>Unsecured:<br>Total: $29,763.07 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LTD COMMODITIES INC<br>PO BOX 702<br>BANNOCKBURN, IL 600150702 | 1827 | Secured:<br>Priority:<br>503(b)(9): $104.38<br>Unsecured:<br>Total: $104.38 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MACON WATER AUTHORITY<br>P O BOX 108<br>MACON, GA 31202-0108 | 1820 | Secured:<br>Priority:<br>503(b)(9): $126.59<br>Unsecured:<br>Total: $126.59 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MARION BATTING CAGES<br>2200 AUTUMN LN<br>MARION, IL 62959 | 1880 | Secured:<br>Priority:<br>503(b)(9): $561.00<br>Unsecured:<br>Total: $561.00 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MARTINSVILLE, CITY OF<br>C/O CITY TREASURER<br>MARTINSVILLE, VA 24114 | 1938 | Secured:<br>Priority:<br>503(b)(9): $1,261.26<br>Unsecured:<br>Total: $1,261.26 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MISHAWAKA UTILITIES<br>PO BOX 363<br>126 N CHURCH ST<br>MISHAWAKA, IN 46546-0363 | 1870 | Secured:<br>Priority:<br>503(b)(9): $4,653.68<br>Unsecured:<br>Total: $4,653.68 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MISSOURI GAS ENERGY<br>PO BOX 219255<br>KANSAS CITY, MO 64121-9255 | 2669 | Secured:<br>Priority:<br>503(b)(9): $850.84<br>Unsecured:<br>Total: $850.84 | 01/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A - LATE 503(b)(9) CLAIMS - DISALLOWED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| MONTAGE INC<br>3050 CENTRE POINTE DR<br>STE 50<br>ROSEVILLE, MN 55113 | 1868 | Secured:<br>Priority:<br>503(b)(9):  $1,385.00<br>Unsecured:<br>Total:  $1,385.00 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MONTGOMERY WATER WORKS<br>PO BOX 1631<br>MONTGOMERY, AL 36102-1631 | 1856 | Secured:<br>Priority:<br>503(b)(9):  $28.76<br>Unsecured:<br>Total:  $28.76 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MONTGOMERY WATER WORKS<br>PO BOX 1631<br>MONTGOMERY, AL 36102-1631 | 1854 | Secured:<br>Priority:<br>503(b)(9):  $98.41<br>Unsecured:<br>Total:  $98.41 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MONTGOMERY WATER WORKS<br>PO BOX 1631<br>MONTGOMERY, AL 36102-1631 | 1853 | Secured:<br>Priority:<br>503(b)(9):  $39.73<br>Unsecured:<br>Total:  $39.73 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MULTIBAND SUBSCRIBER SERVICES<br>9449 SCIENCE CENTER DR<br>NEW HOPE, MN 55428 | 1945 | Secured:<br>Priority:<br>503(b)(9):  $3,910.00<br>Unsecured:<br>Total:  $3,910.00 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MYPOINTS COM INC<br>PO BOX 200333<br>PITTSBURGH, PA 15251-0333 | 1847 | Secured:<br>Priority:<br>503(b)(9):  $138,022.44<br>Unsecured:<br>Total:  $138,022.44 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NAIDU, KOKA C<br>468 SHOOTINGSTAR LN<br>SIMI VALLEY, CA 93065 | 5273 | Secured:<br>Priority:<br>503(b)(9):  $96.51<br>Unsecured:<br>Total:  $96.51 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| NASHUA WASTE WATER SYSTEM<br>PO BOX 3840<br>NASHUA, NH 030613840 | 1937 | Secured:<br>Priority:<br>503(b)(9):  $172.70<br>Unsecured:<br>Total:  $172.70 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al  Fourteenth Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

**EXHIBIT A - LATE 503(b)(9) CLAIMS - DISALLOWED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| NASHUA, CITY OF<br>PO BOX 885<br>NASHUA, NH 030610885 | 1933 | Secured:<br>Priority:<br>503(b)(9):    $52,112.34<br>Unsecured:<br>Total:    $52,112.34 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NEWAVE SATELLITE<br>4303 PROFESSIONAL WAY STE B<br>IDAHO FALLS, ID 83402 | 1896 | Secured:<br>Priority:<br>503(b)(9):    $680.00<br>Unsecured:<br>Total:    $680.00 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NEWS JOURNAL<br>PO BOX 1337<br>BUFFALO, NY 14240 | 1893 | Secured:<br>Priority:<br>503(b)(9):    $32,296.80<br>Unsecured:<br>Total:    $32,296.80 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NEWS LEADER<br>651 BOONVILLE<br>SPRINGFIELD, MO 65801 | 1894 | Secured:<br>Priority:<br>503(b)(9):    $18,539.38<br>Unsecured:<br>Total:    $18,539.38 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NIELSEN MEDIA RESEARCH<br>770 BROADWAY<br>NEW YORK, NY 10003 | 2224 | Secured:<br>Priority:<br>503(b)(9):    $26,072.78<br>Unsecured:<br>Total:    $26,072.78 | 12/24/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NORTH ATTLEBOROUGH ELECTRIC<br>275 LANDRY AVENUE<br>N ATTLEBOROUGH, MA 02760 | 1821 | Secured:<br>Priority:<br>503(b)(9):    $11,441.49<br>Unsecured:<br>Total:    $11,441.49 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NORTHEAST OHIO MARKETING NETWORK<br>ATT CREDIT MANAGER<br>PO BOX 630504<br>CINCINNATI, OH 45263-0504 | 1875 | Secured:<br>Priority:<br>503(b)(9):    $98,078.80<br>Unsecured:<br>Total:    $98,078.80 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NORTHEAST OHIO MARKETING NETWORK<br>ATT CREDIT MANAGER<br>PO BOX 630504<br>CINCINNATI, OH 45263-0504 | 1950 | Secured:<br>Priority:<br>503(b)(9):    $98,078.80<br>Unsecured:<br>Total:    $98,078.80 | 12/26/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al  
Case No. 08-35653-KRH  
Sixth Omnibus Objection To 503(b)(9) Claims

**EXHIBIT A - LATE 503(b)(9) CLAIMS - DISALLOWED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| NOTEBOOK SOLUTIONS INC<br>52 DOUBLETREE RD<br>TORONTO, ON M2J 3Z4<br>UNKNOWN | 1830 | Secured:<br>Priority:<br>503(b)(9): $1,645.36<br>Unsecured:<br>Total: $1,645.36 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NPD INTELECT LLC<br>PO BOX 29323<br>NEW YORK, NY 10087-9323 | 1857 | Secured:<br>Priority:<br>503(b)(9): $7,500.00<br>Unsecured:<br>Total: $7,500.00 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| OCALA ELECTRIC UTILITY<br>201 SE 3RD ST<br>OCALA, FL 34471-2174 | 1936 | Secured:<br>Priority:<br>503(b)(9): $15,828.09<br>Unsecured:<br>Total: $15,828.09 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PASSPORT UNLIMITED<br>ATTN BRIAN BELL<br>801 KIRKLAND AVE STE 200<br>KIRKLAND, WA 98033 | 2672 | Secured:<br>Priority:<br>503(b)(9): $18,501.78<br>Unsecured:<br>Total: $18,501.78 | 01/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| Total: | 83 | $1,666,902.52 | | |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Second Omnibus Claims Objection

Exhibit B - Late 503(b)(9) Claims - Reclassified Claims

| Claim Number | Date Filed | Claimant Name | Claimant Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Classification |
|---|---|---|---|---|---|---|---|
| 2057 | 12/23/2008 | AMC | PO BOX 933<br>BETHPAGE, NY 11714 | Circuit City Stores, Inc. | 503(b)9 | $83,455.55 | Unsecured |
| 7779 | 1/29/2009 | FIRST ENERGY SOLUTIONS | ATTN BANKRUPTCY ANALYST<br>341 WHITE POND DR<br>A WAC B21<br>AKRON, OH 44321 | Circuit City Stores, Inc. | 503(b)9 | $11,936.65 | Unsecured |
| 8851 | 1/30/2009 | FIRST ENERGY SOLUTIONS | ATTN BANKRUPTCY ANALYST<br>341 WHITE POND DR<br>A WAC B21<br>AKRON, OH 44320 | Circuit City Stores, Inc. | 503(b)9 | $11,936.65 | Unsecured |
| 9841 | 1/30/2009 | MEDIA BANK INC | 600 W CHICAGO AVE<br>STE 830<br>CHICAGO, IL 60654 | Circuit City Stores, Inc. | 503(b)9 | $26,659.00 | Unsecured |

In re: Circuit City Stores, Inc, et al  
Case No. 08-35653-KRH

Second Omnibus Objection To 503(b)(9) Claims

### EXHIBIT C - LATE 503(b)9 CLAIMS - ADJOURNED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| EXPORT DEVELOPMENT CANADA<br>151 OCONNER ST<br>OTTAWA, ON K1A 1K3<br>CANADA | 8051 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$551,624.90<br><br>$551,624.90 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GAMER GRAFFIX WORLDWIDE LLC<br>400 HARRIS AVE<br>PROVIDENCE, RI 02908 | 5181 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$75,312.00<br><br>$75,312.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GAMER GRAFFIX WORLDWIDE LLC<br>400 HARRIS AVE<br>PROVIDENCE, RI 02909 | 5183 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$86,040.00<br><br>$86,040.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HAYDEN MEADOWS<br>805 SW BROADWAY STE 2020<br>PORTLAND, OR 97205 | 1812 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 12/22/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| ORANGE COUNTY TREASURER<br>TAX COLLECTOR<br>CHRISS STREET<br>12 CIVIC CENTER PLAZA G 76<br>SANTA ANA, CA 92701 | 11242 | Secured:<br>Priority:<br>503(b)9:<br>Unsecured:<br>Total: | <br><br>$112,356.55<br><br>$112,356.55 | 02/04/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| **Total:** | **5** | | **$825,333.45** | | |

\*    "UNL" denotes an unliquidated claim.

Page 1 of 1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: jafarbayj              Page 1 of 1              Date Rcvd: May 15, 2009
Case: 08-35653                 Form ID: pdforder            Total Served: 1

The following entities were served by first class mail on May 17, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 17, 2009**                **Signature:** _/s/ Joseph Speetjens_