| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

– and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - -x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   Case No. 08-35653 (KRH)
et al.,                        :
                               :
            Debtors.           :   Jointly Administered
- - - - - - - - - - - - - - - -x
```

**ORDER ON DEBTORS' THIRD OMNIBUS
OBJECTION TO CERTAIN LATE 503(b)(9) CLAIMS**

THIS MATTER having come before the Court on the Debtors' Third Omnibus Objection to Certain Late 503(b)(9) Claims (the "Objection"), and it appearing that due and proper notice and service of the Objection has been given in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good and sufficient and that no other further

notice or service of the Objection need be given; and it appearing that certain parties filed responses to the Objection; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The claims identified on <u>Exhibit A – Late 503(b)(9) Claims – Disallowed Claims</u> as attached hereto and incorporated herein, are forever disallowed in their entirety for all purposes in these bankruptcy cases.

2. The status hearing on the Objection to the claim identified on <u>Exhibit C – Late 503(b)(9) Claims – Adjourned Claims</u> as attached hereto and incorporated herein, is hereby adjourned to **June 23, 2009, at 2:00 p.m. (Eastern)**.

3. The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before ten (10) business days from the entry of this Order.

Dated: Richmond, Virginia
       May_____, 2009
        May 14 2009

                                       /s/ Kevin Huennekens
                                       _____
                                       HONORABLE KEVIN R. HUENNEKENS
                                       UNITED STATES BANKRUPTCY JUDGE

Entered on docket: 5/15/09

3

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                      __/s/ Douglas M. Foley____
                                      Douglas M. Foley

\9062720.1

4

In re: Circuit City Stores, Inc, et al.                                    Third Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

**EXHIBIT A - LATE 503(b)(9) CLAIMS - DISALLOWED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| PENNSYLVANIA UNCLAIMED PROP<br>PO BOX 1837<br>HARRISBURG, PA 171051837 | 1915 | Secured:<br>Priority:<br>503(b)(9):              UNL<br>Unsecured:<br>Total:                 UNL | 12/23/2008 | SKY VENTURE CORP. (08-35668) |
| PENNSYLVANIA UNCLAIMED PROP<br>PO BOX 1837<br>HARRISBURG, PA 171051837 | 1912 | Secured:<br>Priority:<br>503(b)(9):              UNL<br>Unsecured:<br>Total:                 UNL | 12/23/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| PENNSYLVANIA UNCLAIMED PROP<br>PO BOX 1837<br>HARRISBURG, PA 171051837 | 1922 | Secured:<br>Priority:<br>503(b)(9):              UNL<br>Unsecured:<br>Total:                 UNL | 12/23/2008 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| PENNSYLVANIA UNCLAIMED PROP<br>PO BOX 1837<br>HARRISBURG, PA 171051837 | 1914 | Secured:<br>Priority:<br>503(b)(9):              UNL<br>Unsecured:<br>Total:                 UNL | 12/23/2008 | PRAHS, INC. (08-35670) |
| PENNSYLVANIA UNCLAIMED PROP<br>PO BOX 1837<br>HARRISBURG, PA 171051837 | 1925 | Secured:<br>Priority:<br>503(b)(9):              UNL<br>Unsecured:<br>Total:                 UNL | 12/23/2008 | MAYLAND MN, LLC (08-35666) |
| PENNSYLVANIA UNCLAIMED PROP<br>PO BOX 1837<br>HARRISBURG, PA 171051837 | 1910 | Secured:<br>Priority:<br>503(b)(9):              UNL<br>Unsecured:<br>Total:                 UNL | 12/23/2008 | CIRCUIT CITY PROPERTIES, LLC (08-35661) |
| PENNSYLVANIA UNCLAIMED PROP<br>PO BOX 1837<br>HARRISBURG, PA 171051837 | 1916 | Secured:<br>Priority:<br>503(b)(9):              UNL<br>Unsecured:<br>Total:                 UNL | 12/23/2008 | KINZER TECHNOLOGY, LLC (08-35663) |
| PENNSYLVANIA UNCLAIMED PROP<br>PO BOX 1837<br>HARRISBURG, PA 171051837 | 1923 | Secured:<br>Priority:<br>503(b)(9):              UNL<br>Unsecured:<br>Total:                 UNL | 12/23/2008 | ABBOTT ADVERTISING AGENCY, INC. (08-35665) |

\*      "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 3368    Filed 05/17/09    Entered 05/18/09 00:57:41    Desc
Imaged Certificate of Service    Page 6 of 15

In re: Circuit City Stores, Inc, et al.                                          Third Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

**EXHIBIT A - LATE 503(b)(9) CLAIMS - DISALLOWED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| PENNSYLVANIA UNCLAIMED PROP<br>PO BOX 1837<br>HARRISBURG, PA 171051837 | 1921 | Secured:<br>Priority:<br>503(b)(9):  UNL<br>Unsecured:<br>Total:  UNL | 12/23/2008 | ORBYX ELECTRONICS, LLC (08-35662) |
| PENNSYLVANIA UNCLAIMED PROP<br>PO BOX 1837<br>HARRISBURG, PA 171051837 | 1913 | Secured:<br>Priority:<br>503(b)(9):  UNL<br>Unsecured:<br>Total:  UNL | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PENNSYLVANIA UNCLAIMED PROP<br>PO BOX 1837<br>HARRISBURG, PA 171051837 | 1920 | Secured:<br>Priority:<br>503(b)(9):  UNL<br>Unsecured:<br>Total:  UNL | 12/23/2008 | INTERTAN, INC. (08-35655) |
| PENNSYLVANIA UNCLAIMED PROP<br>PO BOX 1837<br>HARRISBURG, PA 171051837 | 1918 | Secured:<br>Priority:<br>503(b)(9):  UNL<br>Unsecured:<br>Total:  UNL | 12/23/2008 | COURCHEVEL, LLC (08-35664) |
| PENNSYLVANIA UNCLAIMED PROP<br>PO BOX 1837<br>HARRISBURG, PA 171051837 | 1911 | Secured:<br>Priority:<br>503(b)(9):  UNL<br>Unsecured:<br>Total:  UNL | 12/23/2008 | CC DISTRIBUTION COMPANY OF VIRGINIA, INC. (08-35659) |
| PENNSYLVANIA UNCLAIMED PROP<br>PO BOX 1837<br>HARRISBURG, PA 171051837 | 1909 | Secured:<br>Priority:<br>503(b)(9):  UNL<br>Unsecured:<br>Total:  UNL | 12/23/2008 | PATAPSCO DESIGNS, INC. (08-35667) |
| PENNSYLVANIA UNCLAIMED PROP<br>PO BOX 1837<br>HARRISBURG, PA 171051837 | 1908 | Secured:<br>Priority:<br>503(b)(9):  UNL<br>Unsecured:<br>Total:  UNL | 12/23/2008 | VENTOUX INTERNATIONAL, INC. (08-35656) |
| PENNSYLVANIA UNCLAIMED PROP<br>PO BOX 1837<br>HARRISBURG, PA 171051837 | 1917 | Secured:<br>Priority:<br>503(b)(9):  UNL<br>Unsecured:<br>Total:  UNL | 12/23/2008 | XSSTUFF, LLC (08-35669) |

\*      "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 3368    Filed 05/17/09    Entered 05/18/09 00:57:41    Desc
Imaged Certificate of Service    Page 7 of 15

In re: Circuit City Stores, Inc, et al.                                            Third Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

**EXHIBIT A - LATE 503(b)(9) CLAIMS - DISALLOWED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| PENNSYLVANIA UNCLAIMED PROP<br>PO BOX 1837<br>HARRISBURG, PA 171051837 | 1924 | Secured:<br>Priority:<br>503(b)(9):　　　UNL<br>Unsecured:<br>Total:　　　UNL | 12/23/2008 | CIRCUIT CITY STORES PR, LLC (08-35660) |
| PENNSYLVANIA UNCLAIMED PROP<br>PO BOX 1837<br>HARRISBURG, PA 171051837 | 1919 | Secured:<br>Priority:<br>503(b)(9):　　　UNL<br>Unsecured:<br>Total:　　　UNL | 12/23/2008 | CC AVIATION, LLC (08-35658) |
| PIZZA HUT<br>PO BOX 820<br>ENERGY, IL 62933 | 2225 | Secured:<br>Priority:<br>503(b)(9):　　$209.15<br>Unsecured:<br>Total:　　$209.15 | 12/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PLANO, CITY OF<br>ATTN PAIGE MIMS<br>PO BOX 860358<br>PLANO, TX 75086-0358 | 2674 | Secured:<br>Priority:<br>503(b)(9):　　$5,299.44<br>Unsecured:<br>Total:　　$5,299.44 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| POPE, RONNIE<br>10637 S CRENSHAW NO 4<br>INGLEWWOD, CA 90303 | 2219 | Secured:<br>Priority:<br>503(b)(9):　　　UNL<br>Unsecured:<br>Total:　　　UNL | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| RANCHO CUCAMONGA CITY OF<br>PO BOX 807<br>RANCO CUCAMONGA, CA 91729 | 1808 | Secured:<br>Priority:<br>503(b)(9):　　$9,495.24<br>Unsecured:<br>Total:　　$9,495.24 | 12/24/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| REMOTE & MANUAL SERVICE<br>2115 SE ADAMS STREET<br>MILWAUKIE, OR 97222 | 2221 | Secured:<br>Priority:<br>503(b)(9):　　$605.83<br>Unsecured:<br>Total:　　$605.83 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| REPORTER HERALD<br>PO BOX 59<br>LOVELAND, CO 80539-0059 | 1816 | Secured:<br>Priority:<br>503(b)(9):　　$675.72<br>Unsecured:<br>Total:　　$675.72 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*　"UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 3368    Filed 05/17/09    Entered 05/18/09 00:57:41    Desc
Imaged Certificate of Service    Page 8 of 15

In re: Circuit City Stores, Inc, et al.                                                                    Third Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

**EXHIBIT A - LATE 503(b)(9) CLAIMS - DISALLOWED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| RESCO BALTIMORE INC<br>4961 MERCANTILE RD<br>BALTIMORE, MD 21236 | 1976 | Secured:<br>Priority:<br>503(b)(9):  $3,707.99<br>Unsecured:<br>Total:  $3,707.99 | 12/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| RESIDENCE INN<br>3940 WESTERRE PKY<br>RICHMOND, VA 23233 | 1968 | Secured:<br>Priority:<br>503(b)(9):  $10,700.00<br>Unsecured:<br>Total:  $10,700.00 | 12/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| REYES, GUADALOPE AS MOTHER & GUARDIAN OF PATRICIO JEREMY REYES A MINOR<br>7208 LAKE MARSHA DR<br>ORLANDO, FL 32819 | 1831 | Secured:<br>Priority:<br>503(b)(9):  $25,000.00<br>Unsecured:<br>Total:  $25,000.00 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| RICHARDS, BRIAN D<br>1547 ESSEX RD<br>UPPER ARLINGTON, OH 43221 | 11375 | Secured:<br>Priority:<br>503(b)(9):  $869.00<br>Unsecured:<br>Total:  $869.00 | 02/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RICHMOND SECURITY INC<br>711 JOHNSTON WILLIS DR<br>RICHMOND, VA 23236 | 1832 | Secured:<br>Priority:<br>503(b)(9):  $177.05<br>Unsecured:<br>Total:  $177.05 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROANOKE GAS COMPANY<br>P O BOX 13007<br>ROANOKE, VA 24030 | 2008 | Secured:<br>Priority:<br>503(b)(9):  $160.93<br>Unsecured:<br>Total:  $160.93 | 12/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROCHESTER GAS AND ELECTRIC<br>89 EAST AVENUE<br>ROCHESTER, NY 14649-0001 | 1849 | Secured:<br>Priority:<br>503(b)(9):  $10,499.10<br>Unsecured:<br>Total:  $10,499.10 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROSATTO, MARCELO P<br>TM ANCHORENA 1238 3RD FL<br>APT 24 CAPITAL FEDERAL<br>BUENOS AIRES, 1425<br>ARGENTINA | 10514 | Secured:<br>Priority:<br>503(b)(9):  UNL<br>Unsecured:<br>Total:  UNL | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A - LATE 503(b)(9) CLAIMS - DISALLOWED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| RYZEX INC<br>4600 RYZEX WY<br>BELLINGHAM, WA 98226-7691 | 4851 | Secured:<br>Priority:<br>503(b)(9): $459.00<br>Unsecured:<br>Total: $459.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SALITRERO, HECTOR E<br>925 THE ALAMEDA UNIT 313<br>SAN JOSE, CA 95126-0000 | 10731 | Secured:<br>Priority:<br>503(b)(9): UNL<br>Unsecured:<br>Total: UNL | 02/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SAMSONITE CORPORATION<br>JAMES REGO<br>575 WEST STREET SUITE 110<br>MANSFIELD, MA 02048 | 1889 | Secured:<br>Priority:<br>503(b)(9): $846.00<br>Unsecured:<br>Total: $846.00 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SANITARY BOARD OF S CHARLESTON<br>PO BOX 8336<br>SOUTH CHARLESTON, WV 25303-0336 | 2218 | Secured:<br>Priority:<br>503(b)(9): UNL<br>Unsecured:<br>Total: UNL | 12/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SCHAEFFER MFG CO<br>102 BARTON ST<br>ST LOUIS, MO 63104-4729 | 4929 | Secured:<br>Priority:<br>503(b)(9): $416.73<br>Unsecured:<br>Total: $416.73 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SHELBY COUNTY<br>150 WASHINGTON AVE<br>COUNTY CLERK<br>MEMPHIS, TN 38103 | 2222 | Secured:<br>Priority:<br>503(b)(9): $24,310.52<br>Unsecured:<br>Total: $24,310.52 | 12/24/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SHELBY COUNTY<br>150 WASHINGTON AVE<br>COUNTY CLERK<br>MEMPHIS, TN 38103 | 2241 | Secured:<br>Priority:<br>503(b)(9): $36,252.02<br>Unsecured:<br>Total: $36,252.02 | 12/24/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SIEMENS HOME & OFFICE<br>JEFFREY BUCKLEW<br>4849 ALPHA ROAD<br>DALLAS, TX 75244 | 1877 | Secured:<br>Priority:<br>503(b)(9): $25,622.64<br>Unsecured:<br>Total: $25,622.64 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 3368    Filed 05/17/09    Entered 05/18/09 00:57:41    Desc
Imaged Certificate of Service    Page 10 of 15

In re: Circuit City Stores, Inc, et al
Case No. 08-35653-KRH

Third Omnibus Objection To 503(b)(9) Claims

**EXHIBIT A - LATE 503(b)(9) CLAIMS - DISALLOWED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SIERRA SOUND & SECURITY<br>4995 HALLGARTEN DR<br>SPARKS, NV 89436 | 4164 | Secured:<br>Priority:<br>503(b)(9): $2,974.00<br>Unsecured:<br>Total: $2,974.00 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SPORTS ILLUSTRATED<br>3822 PAYSPHERE CIR<br>CHICAGO, IL 60674-3822 | 1940 | Secured:<br>Priority:<br>503(b)(9): $250,000.00<br>Unsecured:<br>Total: $250,000.00 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SUEZ ENERGY RESOURCES NA<br>ATTN CHRIS JONES<br>P O BOX 25237<br>LEHIGH VALLEY, PA 18002-5228 | 3218 | Secured:<br>Priority:<br>503(b)(9): $1,768.48<br>Unsecured:<br>Total: $1,768.48 | 01/07/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SUMTER ELECTRIC COOPERATIVE, INC ,FL<br>P O BOX 301<br>SUMTERVILLE, FL 33585 | 2162 | Secured:<br>Priority:<br>503(b)(9): $48,650.59<br>Unsecured:<br>Total: $48,650.59 | 01/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SYMBOL TECHNOLOGIES<br>MICHAEL RANDAZZO<br>ONE SYMBOL PLAZA<br>HOLSTVILLE, NY 11742 | 11223 | Secured:<br>Priority:<br>503(b)(9): $583.98<br>Unsecured:<br>Total: $583.98 | 02/10/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TALX CORPORATION UC EXPRESS<br>3065 PAYSPHERE CIR<br>CHICAGO, IL 60674 | 2009 | Secured:<br>Priority:<br>503(b)(9): $4,554.31<br>Unsecured:<br>Total: $4,554.31 | 12/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TEMPLE, CITY OF<br>PO BOX 878<br>UTILITY BUSINESS OFFICE<br>TEMPLE, TX 76503-0878 | 1907 | Secured:<br>Priority:<br>503(b)(9): $1,577.47<br>Unsecured:<br>Total: $1,577.47 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TENNESSEAN NEWSPAPER<br>1100 BROADWAY<br>NASHVILLE, TN 37203 | 2664 | Secured:<br>Priority:<br>503(b)(9): $55,269.10<br>Unsecured:<br>Total: $55,269.10 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 3368    Filed 05/17/09    Entered 05/18/09 00:57:41    Desc
Imaged Certificate of Service    Page 11 of 15

In re: Circuit City Stores, Inc, et al. Third Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

**EXHIBIT A - LATE 503(b)(9) CLAIMS - DISALLOWED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| TIMES LEADER<br>15 NORTH MAIN STREET<br>WILKES BARRE, PA 18711 | 1867 | Secured:<br>Priority:<br>503(b)(9): $5,897.85<br>Unsecured:<br>Total: $5,897.85 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TOCAD AMERICA INC<br>TERESA DA COSTA<br>53 GREEN POND ROAD<br>ROCKAWAY, NJ 07866 | 4893 | Secured:<br>Priority:<br>503(b)(9): $262,327.56<br>Unsecured:<br>Total: $262,327.56 | 01/22/2009 | CC DISTRIBUTION COMPANY OF VIRGINIA, INC. (08-35659) |
| TOWERS PERRIN FORSTER & CROSBY INC AKA TOWERS PERRIN<br>ATTN JOEL KRANZEL<br>1500 MARKET ST<br>CENTRE SQ E<br>PHILADELPHIA, PA 19102-4790 | 1904 | Secured:<br>Priority:<br>503(b)(9): $12,768.25<br>Unsecured:<br>Total: $12,768.25 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| UNITED ISD TAX OFFICE<br>3501 E SAUNDERS<br>NORMA FARABOUGH RTA CSTS CTA<br>LAREDO, TX 78041 | 1932 | Secured:<br>Priority:<br>503(b)(9): $25,724.69<br>Unsecured:<br>Total: $25,724.69 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| VACO RICHMOND LLC<br>5410 MARYLAND WY STE 460<br>BRENTWOOD, TN 37027 | 1890 | Secured:<br>Priority:<br>503(b)(9): $32,946.00<br>Unsecured:<br>Total: $32,946.00 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| VILLAGE OF GURNEE, IL<br>325 NORTH OPLAINE ROAD<br>GURNEE, IL 60031-2636 | 1829 | Secured:<br>Priority:<br>503(b)(9): $143.45<br>Unsecured:<br>Total: $143.45 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WBTP FM<br>PO BOX 406295<br>ATLANTA, GA 30384-6295 | 2666 | Secured:<br>Priority:<br>503(b)(9): $3,140.75<br>Unsecured:<br>Total: $3,140.75 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WCIU TV<br>3256 PAYSPHERE CIR<br>WEIGEL BROADCASTING CO<br>CHICAGO, IL 60674 | 1952 | Secured:<br>Priority:<br>503(b)(9): $15,130.00<br>Unsecured:<br>Total: $15,130.00 | 12/26/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 3368    Filed 05/17/09    Entered 05/18/09 00:57:41    Desc
Imaged Certificate of Service    Page 12 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH
Thirteenth Omnibus Objection To 503(b)(9) Claims

**EXHIBIT A - LATE 503(b)(9) CLAIMS - DISALLOWED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| WEEMS, FOLEY<br>PO BOX 2414<br>CORDOVA, AK 99574-2414 | 2080 | Secured:<br>Priority:<br>503(b)(9): $23,479.04<br>Unsecured:<br>Total: $23,479.04 | 12/30/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WELCH CONSULTING LTD<br>1716 BRIARCREST DR 700<br>ATTN ACCOUNTS RECEIVABLE<br>BRYAN, TX 77802 | 1818 | Secured:<br>Priority:<br>503(b)(9): $900.00<br>Unsecured:<br>Total: $900.00 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WELCH CONSULTING LTD<br>1716 BRIARCREST DR 700<br>BRYAN, TX 77802 | 1819 | Secured:<br>Priority:<br>503(b)(9): $31,544.50<br>Unsecured:<br>Total: $31,544.50 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WFLZ FM<br>CLEAR CHANNEL BROADCASTING INC<br>PO BOX 406295<br>ATLANTA, GA 30384 | 2665 | Secured:<br>Priority:<br>503(b)(9): $3,137.25<br>Unsecured:<br>Total: $3,137.25 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WGN TV<br>PO BOX 98473<br>CHICAGO, IL 60693 | 2016 | Secured:<br>Priority:<br>503(b)(9): $42,330.00<br>Unsecured:<br>Total: $42,330.00 | 12/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WHATCOM COUNTY TREASURER<br>PO BOX 34873<br>SEATTLE, WA 98411-6626 | 1858 | Secured:<br>Priority:<br>503(b)(9): $3,882.62<br>Unsecured:<br>Total: $3,882.62 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WOOD COUNTY, SHERIFF OF<br>PO BOX 1985<br>PARKERSBURG, WV 26102 | 2670 | Secured:<br>Priority:<br>503(b)(9): $14,359.87<br>Unsecured:<br>Total: $14,359.87 | 01/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WPHL TV<br>15190 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | 1804 | Secured:<br>Priority:<br>503(b)(9): $18,891.25<br>Unsecured:<br>Total: $18,891.25 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al. Third Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

**EXHIBIT A - LATE 503(b)(9) CLAIMS - DISALLOWED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| YOUNGSTOWN WATER DEPT , OH<br>P O BOX 6219<br>YOUNGSTOWN, OH 44501 | 1951 | Secured:<br>Priority:<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br>$100.02<br><br>$100.02 | 12/26/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| Total: | 65 | | $1,017,387.39 | | |

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                                    Third Omnibus Objection To 503(b)(9) Claims
Case No. 08-35653-KRH

### EXHIBIT B - LATE 503(b)(9) CLAIMS - ADJOURNED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| TASLER PALLET<br>HC 73<br>BOX 11<br>MARIETTA, OK 73448 | 2677 | Secured:<br>Priority:<br>503(b)(9): $3,559.95<br>Unsecured:<br>Total: $3,559.95 | 01/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| Total: | 1 | $3,559.95 | | |

\*    "UNL" denotes an unliquidated claim.

Page 1 of 1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: jafarbayj              Page 1 of 1                  Date Rcvd: May 15, 2009
Case: 08-35653                 Form ID: pdforder            Total Served: 1

The following entities were served by first class mail on May 17, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 17, 2009**                          **Signature:** _Joseph Speetjens_