Robert Somma, Esquire
Laura A. Otenti, Esquire
POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199
(617) 973-6100

*Attorneys for Salem Rockingham LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re: | ) Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | ) Case No. 08-35653-KRH |
| Debtor, | ) Jointly Administered |

**NOTICE OF ELECTION OF SALEM ROCKINGHAM LLC TO RETAIN POSSESSORY AND OTHER RIGHTS UNDER LEASE AGREEMENTS DATED JUNE 30, 1993 AND SEPTEMBER 24, 1992 RELATING TO STORE 4120 PURSUANT TO 11 U.S.C. § 365(h)**

Salem Rockingham LLC ("Salem Rockingham"),[1] as successor to Robert F. Gordon and Edward C. Gordon, Trustees of Salem Farm Realty Trust, submits this Notice of Election relative to Circuit City Stores, Inc. ("Debtor"), as a reservation of rights relative to a certain lease, identified by the Debtor as No. 6127 ("1992 Lease"), which may have been automatically rejected as a result of the Debtor's rejection of the lease identified by the Debtor as No. 4120 ("1993 Lease").  See Notice of Rejection of Unexpired Leases and Abandonment of Personal Property [Docket No. 2434]; Debtor's Fifth Omnibus Motion For Order Pursuant to Bankruptcy

---

[1] Salem Rockingham is listed in the Debtor's schedules as "Trustees of Salem Rockingham, LLC."

ID # 585967v01/10848-30/ 05.18.2009

Code Sections 105(a), 365(a), and 554 [Docket No. 2484]; Notice of Filing of Revised Exhibit A to Debtor's Fifth Omnibus Motion [Docket No. 2510].

Both the 1992 Lease and the 1993 Lease relate to the Debtor's store number 4120 for the premises located at 428 South Broadway, Salem, New Hampshire (the "Premises"). The 1992 Lease was executed on September 24, 1992, between Circuit City Stores, Inc. (as landlord) and Salem Rockingham LLC (as tenant and successor in interest to Robert F. Gordon, Herman Gordon, M. Michael Weinberg, Peter L. Gordon and Edward C. Gordon, as Trustees of the Salem Farm Realty Trust under Declaration of Trust dated July 22, 1986). The 1993 Lease was executed on June 30, 1993, between Circuit City Stores, Inc. (as tenant) and Circuit NH Corp. (as landlord and successor in interest to Circuit Investors #5-Salem Limited Partnership). The Court has not yet been asked to determine whether the 1992 Lease is a sublease of the 1993 Lease.

Without waiving any of its objections as to the characterization of the 1992 Lease, Salem Rockingham by and through its undersigned counsel, hereby elects to retain all of its rights under the 1992 Lease and the 1993 Lease pursuant to 11 U.S.C. § 365(h)(1)(A).

PLEASE TAKE FURTHER NOTICE that Salem Rockingham hereby elects to retain, to the fullest extent possible, the rights to use, possession, and quiet enjoyment of the Premises for the term of the 1992 Lease, including any renewal or extension periods thereunder, and further reserves its rights to offset against Salem Rockinghams's rent and other obligations, under or in connection with the 1992 Lease, the amount of damage caused by the Debtor's non-performance of its obligations under the 1992 Lease, if any, from and after the date of rejection in accordance with § 365(h)(1)(B).

2

Dated: May 14, 2009

                        POSTERNAK BLANKSTEIN & LUND LLP
                        *Attorneys for Salem Rockingham LLC*

                        By:    /s/ Laura A. Otenti
                                 Robert Somma, Esquire
                                 Laura A. Otenti, Esquire
                                 Posternak Blankstein & Lund LLP
                                 Prudential Tower
                                 800 Boylston Street
                                 Boston, MA  02199
                                 (617) 973-6100

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing document was served on May 14, 2009, via first class mail, on the following parties:

Debtor:
**Daniel F. Blanks**
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510
dblanks@mcguirewoods.com

Counsel to Debtors:
**Linda K. Myers, Esq.**
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL 60601
jmyers@kirkland.com

Counsel to Debtors:
**Ian S. Fredericks, Esq.**
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
ian.Fredericks@skadden.com

Counsel to Debtors:
**Timothy G. Pohl, Esq.**
**Chris L. Dickerson, Esq.**

Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2000
Chicago, IL 60606
tim.pohl@skadden.com

Debtor's Counsel:
**Gregg M. Galardi, Esq.**
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
gregg.galardi@skadden.com

Debtor's Local Counsel:
**Dion W. Hayes, Esquire**
McGuire Woods, LLP
901 E. Cary Street
One James Center
Richmond, VA 23219
dhayes@mcguirewoods.com

Office of the U. S. Trustee:
**Robert B. Van Arsdale**
701 East Broad Street, Suite 4304
Richmond, VA 23219
Robert.B.Van.Arsdale@usdoj.gov

**Attn: Virginia Department of Taxation**
Corporate Sales and Use, Employer
Withholding, And Litter Tax
3600 West Broad Street
Richmond, VA 23230-4915

**Attn:  Director**
Department of Justice Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, DC 20044

**Attn:  Mr. Robert J. Duffy**
Mr. Stephen Coulombe
FTI Consulting, Inc.
200 State Street, 2nd Floor
Boston, MA 02109
bob.duffy@fticonsulting.com

ID # 584859v01/10848-30/ 05.18.2009

steve.coulombe@fticonsulting.com

**Attn: L. Lorello**
Internal Revenue Service
400 N. 8th Street Box 76
Richmond, VA 23219

Claims Agent:
**Evan Gershbein**
Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245

**Attn:  Peter J. Barrett**
Kutak Rock LLP
1111 East Main Street, Suite 800
Richmond, VA 23219
peter.barrett@kutakrock.com

Counsel for DIP Agents
**Bruce Matson, Esq.**
LeClair Ryan
Riverfront Plaza
E. Tower
951 E. Byrd Street, 8th Floor
Richmond, VA 23219
bruce.matson@leclairryan.com

**Attn:  Karen Cordry, Esq.**
National Association of Attorneys General
NAAG Bankruptcy Counsel
2030 M Street, N.W., 8th Floor
Washington, DC 20036
kcordry@naag.org

**Attn:  Bob McDonnell**
Office of the Attorney General
State of Virginia
900 E. Main Street
Richmond, VA 23219

5

U.S. Trustee
**Attn: Robert B. Van Arsdale**
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219-1888
Robert.B.Ban.Arsdale@usdoj.gov

Counsel for the Official Committee of Unsecured Creditors:
**Jeffrey N. Pomerantz, Esq.**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd, 11th Floor
Los Angeles, CA 90067-4100
jpomerantz@pszjlaw.com

Counsel for the Official Committee of Unsecured Creditors:
**Robert J. Feinstein, Esq.**
Pachulski Stang Ziehl & Jones LLP
780 Third Ave, 36th Floor
New York, NY 10017
rfeinstein@pszjlaw.com

Counsel for the Official Committee of Unsecured Creditors:
**Lynn L. Tavenner, Esq.**
**Paula S. Beran, Esq.**
Tavenner & Beran, PLC
20 N. Eighth St., 2nd Floor
Richmond, VA 23219
ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

Counsel to Prepetition Lenders/Counsel to Postpetition Lenders
**David S. Berman, Esq.**
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, MA 02108
dberman@riemerlaw.com

Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20020

**Attn: Bankruptcy Unit**
Securities & Exchange Commission
100 F. St. NE
Washington, DC 20020

6

**Nathan Fuchs, Esq.**
**Patricia Schrage, Esq.**
Securities & Exchange Commission
New York Office
Branch/Reorganization
3 World Financial Center, Suite 400
New York, NY 10281-1022

/s/ Laura Otenti

ID # 584859v01/10848-30/ 05.18.2009