Robert Somma, Esquire
Laura A. Otenti, Esquire
POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199
(617) 973-6100

*Attorneys for Salem Rockingham LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | ) Case No. 08-35653-KRH |
| Debtor, | ) Jointly Administered |

## CERTIFICATE OF SERVICE

Salem Rockingham LLC,[1] as successor to Robert F. Gordon and Edward C. Gordon, Trustees of Salem Farm Realty Trust, through its undersigned counsel, hereby certifies and declares under penalty of perjury that the following documents were served as follows:

1a. Document served:       Proof of Claim of Salem Rockingham LLC

1b. Served upon:           Circuit City Claims Processing
                           c/o Kurtzman Carson Consultants LLC
                           2335 Alaska Avenue
                           El Segundo, CA 90245

1c. Method of service      Express Mail

1d. Date served            January 28, 2009

---

[1] Salem Rockingham is listed in the Debtor's schedules as "Trustees of Salem Rockingham, LLC."

2a.  Document served          Second Proof of Claim of Salem Rockingham LLC

2b.  Served upon:             Circuit City Claims Processing
                              c/o Kurtzman Carson Consultants LLC
                              2335 Alaska Avenue
                              El Segundo, CA 90245

2c.  Method of served         Federal Express

2d.  Date served              April 27, 2009

Dated:  May 14, 2009


                              POSTERNAK BLANKSTEIN & LUND LLP
                              *Attorneys for Salem Rockingham LLC*

                              By:    /s/ Laura A. Otenti
                                     Robert Somma, Esquire
                                     Laura A. Otenti, Esquire
                                     Posternak Blankstein & Lund LLP
                                     Prudential Tower
                                     800 Boylston Street
                                     Boston, MA  02199
                                     (617) 973-6100

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing document was served on May 14, 2009, via first class mail, on the following parties:

Debtor:
**Daniel F. Blanks**
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510
dblanks@mcguirewoods.com

Counsel to Debtors:
**Linda K. Myers, Esq.**
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL 60601
jmyers@kirkland.com

2

Counsel to Debtors:
**Ian S. Fredericks, Esq.**
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
ian.Fredericks@skadden.com

Counsel to Debtors:
**Timothy G. Pohl, Esq.**
**Chris L. Dickerson, Esq.**
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2000
Chicago, IL 60606
tim.pohl@skadden.com

Debtor's Counsel:
**Gregg M. Galardi, Esq.**
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
gregg.galardi@skadden.com

Debtor's Local Counsel:
**Dion W. Hayes, Esquire**
McGuire Woods, LLP
901 E. Cary Street
One James Center
Richmond, VA 23219
dhayes@mcguirewoods.com

Office of the U. S. Trustee:
**Robert B. Van Arsdale**
701 East Broad Street, Suite 4304
Richmond, VA 23219
Robert.B.Van.Arsdale@usdoj.gov

**Attn: Virginia Department of Taxation**
Corporate Sales and Use, Employer
Withholding, And Litter Tax
3600 West Broad Street
Richmond, VA 23230-4915

**Attn: Director**
Department of Justice Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, DC 20044

**Attn: Mr. Robert J. Duffy**
Mr. Stephen Coulombe
FTI Consulting, Inc.
200 State Street, 2nd Floor
Boston, MA 02109
bob.duffy@fticonsulting.com
steve.coulombe@fticonsulting.com

**Attn: L. Lorello**
Internal Revenue Service
400 N. 8th Street Box 76
Richmond, VA 23219

Claims Agent:
**Evan Gershbein**
Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245

**Attn: Peter J. Barrett**
Kutak Rock LLP
1111 East Main Street, Suite 800
Richmond, VA 23219
peter.barrett@kutakrock.com

Counsel for DIP Agents
**Bruce Matson, Esq.**
LeClair Ryan
Riverfront Plaza
E. Tower
951 E. Byrd Street, 8th Floor
Richmond, VA 23219
bruce.matson@leclairryan.com

ID # 585069v01/10848-30/ 05.18.2009

**Attn: Karen Cordry, Esq.**
National Association of Attorneys General
NAAG Bankruptcy Counsel
2030 M Street, N.W., 8th Floor
Washington, DC 20036
kcordry@naag.org

**Attn: Bob McDonnell**
Office of the Attorney General
State of Virginia
900 E. Main Street
Richmond, VA 23219

U.S. Trustee
**Attn: Robert B. Van Arsdale**
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219-1888
Robert.B.Ban.Arsdale@usdoj.gov

Counsel for the Official Committee of Unsecured Creditors:
**Jeffrey N. Pomerantz, Esq.**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd, 11th Floor
Los Angeles, CA 90067-4100
jpomerantz@pszjlaw.com

Counsel for the Official Committee of Unsecured Creditors:
**Robert J. Feinstein, Esq.**
Pachulski Stang Ziehl & Jones LLP
780 Third Ave, 36th Floor
New York, NY 10017
rfeinstein@pszjlaw.com

Counsel for the Official Committee of Unsecured Creditors:
**Lynn L. Tavenner, Esq.**
**Paula S. Beran, Esq.**
Tavenner & Beran, PLC
20 N. Eighth St., 2nd Floor
Richmond, VA 23219
ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

ID # 585069v01/10848-30/ 05.18.2009

Counsel to Prepetition Lenders/Counsel to Postpetition Lenders
**David S. Berman, Esq.**
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, MA 02108
dberman@riemerlaw.com

Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20020

**Attn:  Bankruptcy Unit**
Securities & Exchange Commission
100 F. St. NE
Washington, DC 20020

**Nathan Fuchs, Esq.**
**Patricia Schrage, Esq.**
Securities & Exchange Commission
New York Office
Branch/Reorganization
3 World Financial Center, Suite 400
New York, NY 10281-1022

/s/ Laura Otenti

ID # 585069v01/10848-30/ 05.18.2009