CAROLINE R. DJANG (SBN 216313)
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067
Telephone: (310) 203-8080
Facsimile: (310) 712-8571
Email: crd@jmbm.com



Attorneys for THQ, Inc.

## UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF VIRGINIA

## RICHMOND DIVISION

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Case No. 08-35653 |
| | ) |
| | ) Jointly Administered |
| Debtors.[1] | ) |
| | ) |
| | ) **NOTICE OF APPEARANCE AND** |
| | ) **REQUEST FOR SERVICE OF PAPERS** |
| | ) |
| | ) |
| | ) [No Hearing Required] |
| | ) |

**TO THE CLERK OF THE COURT AND INTERESTED PARTIES:**

Pursuant to Section 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), Jeffer, Mangels, Butler & Marmaro LLP, attorneys for THQ, Inc., a party

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

in interest herein, hereby enters their appearance in this bankruptcy case and requests that copies of all notices given or required in this case and copies of all notices, pleadings or papers served or required to be served in this case be given to and served upon the following:

Caroline R. Djang<br>
Jeffer, Mangels, Butler & Marmaro LLP<br>
1900 Avenue of the Stars, 7th Floor<br>
Los Angeles, California 90067<br>
Telephone : (310) 203-8080<br>
Facsimile: (310) 712-8571<br>
E-mail Address: crd@jmbm.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before the Bankruptcy Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier, e-mail, or otherwise.

DATED: May 13, 2009                    JEFFER, MANGELS, BUTLER & MARMARO LLP


By:   /s/ Caroline R. Djang
      CAROLINE R. DJANG
      Attorneys for THQ, Inc.

2

6150893v1