UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In Re:   Case No. 08-35653 KRH

CIRCUIT CITY STORES, INC.   Chapter 11

Debtor(s).   Honorable Kevin R Huennekens

_____ /

## WITHDRAWAL OF CLAIM

The State of Michigan, Department of Treasury's Proof of Claim filed as Priority Claim No. 56, in the amount of $521,916.68 (five hundred twenty-one thousand nine hundred sixteen and 68 / 100 dollars), dated December 23, 2008, is hereby withdrawn.

MICHAEL A. COX
Attorney General

*/s/ Victoria A Reardon*
Victoria A Reardon (P41682)
Assistant Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202
Telephone: (313) 456-0140
E-mail: ReardonV@michigan.gov

Dated: May 13, 2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In Re:                                                      Case No. 08-35653 KRH

CIRCUIT CITY STORES, INC.                                   Chapter 11

       Debtor(s).                                       Honorable Kevin R Huennekens
_____/

## WITHDRAWAL OF CLAIM

The State of Michigan, Department of Treasury's Proof of Claim filed as Unsecured Claim No. 57, in the amount of $125,000.00 (one hundred twenty-five thousand and xx / 100 dollars), dated December 23, 2008, is hereby withdrawn.

                               MICHAEL A. COX
                               Attorney General

                               */s/ Victoria A Reardon*
                               Victoria A Reardon (P41682)
                               Assistant Attorney General
                               Cadillac Place, Ste. 10-200
                               3030 W. Grand Blvd.
                               Detroit, MI 48202
                               Telephone: (313) 456-0140
                               E-mail: ReardonV@michigan.gov

Dated: May 13, 2009