

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
WASHINGTON, D.C. 20460

RICHMOND DIVISION
FILED
MAY 1 5 2009
CLERK
U.S. BANKRUPTCY COURT

MAY 11 2009

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 189899-0636

RE:   In re: Circuit City Stores, Inc., Case No. 08-35653 (KRH)

Dear Messrs. Galardi and Fredericks:

Please remove the following address from the Rule 2002 creditors' notices for the above-referenced case:

> U.S. Environmental Protection Agency
> Office of General Counsel
> U.S. EPA Mailcode 2377R
> 1300 Pennsylvania Avenue, NW
> Washington, DC 20004

Should you have any questions concerning this request, please contact Sara E. McGraw at (202) 564-2565 or mcgraw.sara@epa.gov.

Sincerely,

Sara E. McGraw
Attorney-Advisor
Office of General Counsel

cc:   Suzanne French
United States Bankruptcy Court
Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, Virginia 23219

Internet Address (URL) • http://www.epa.gov
Recycled/Recyclable • Printed with Vegetable Oil Based Inks on 100% Postconsumer, Process Chlorine Free Recycled Paper



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
WASHINGTON, D.C. 20460



OFFICE OF
GENERAL COUNSEL

MAY 11 2009

Suzanne French
United States Bankruptcy Court
Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, Virginia 23219

RE:  In re: Circuit City Stores, Inc., Case No. 08-35653 (KRH)

To Whom It May Concern:

The enclosed letter was sent to Messrs. Gregg Galardi and Ian Fredericks, the debtor's counsel for the case of In re: Circuit City Stores, Inc., Case No. 08-35653 (KRH), on May 11, 2009. Please let me know if you have any questions.

Sincerely,

Sara E. McGraw
Attorney-Advisor
Office of General Counsel

Enclosure