William H. Schwarzschild, III (VSB No. 15274)
W. Alexander Burnett (VSB No. 68000)
WILLIAMS MULLEN
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Tel:  804.783.6489
Fax:  804.783.6507
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

*Counsel for Ion Audio, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | ) | |
| | ) | Case No. 08-35653-KRH |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | ) | |

## RESPONSE OF ION AUDIO, LLC
## TO DEBTORS' FOURTH OMNIBUS OBJECTION
## TO CERTAIN DUPLICATIVE CLAIMS

Ion Audio, LLC ("Ion Audio"), by counsel, hereby responds to the Debtors' Fourth

Omnibus Objection to Certain Duplicative Claims (the "Objection") as follows:

1.      On or about December 18, 2008, Ion Audio timely filed a claim (designated

Claim No. 1224) in the amount of $169,015.81 in accordance with the procedures governing the

filing of claims entitled to priority under 11 U.S.C. § 503(b)(9) in this case for goods sold to

Circuit City Stores, Inc. ("Circuit City") in the ordinary course of Circuit City's business and

received by Circuit City within 20 days before the date of the commencement of this case.  A

copy of Claim No. 1224 is attached hereto as Exhibit A.

2.      On or about January 27, 2009, Ion Audio timely filed a claim (designated Claim

No. 6273) in the amount of $445,182.55 noting that $169,015.81 included in Claim No. 6273 is

entitled to priority under 11 U.S.C. § 503(b)(9).  A copy of Claim No. 6273 is attached hereto as

Exhibit B and represents a claim for unpaid invoices for goods sold to Circuit City prior to the

commencement of this case.

     3.     On or about April 17, 2009, the Debtors' filed the Objection.

     4.     The Objection asserts that Claim No. 6273 is duplicative of Claim No. 1224 with

respect to the 503(b)(9) portion asserted in Claim No. 6273 in the amount of $169,015.81.

     5.     Ion Audio acknowledges that the portion of Claim No. 6273 entitled to priority

under 11 U.S.C. § 503(b)(9) is duplicative of Claim No. 1224 filed pursuant to the procedures

established by the court governing the filing of claims entitled to priority under 11 U.S.C. §

503(b)(9).

     6.     In connection with the assignment of Claim No. 1224 and Claim No. 6273 by Ion

Audio to Credit Suisse International ("Credit Suisse"), Ion Audio is authorized by separate

agreement with Credit Suisse to continue to pursue these claims in protection of the interests of

both Ion Audio and Credit Suisse, as their interests may appear.

     7.     Attached hereto as Exhibit C is the Declaration of Paul Stansky, Chief Financial

Officer of Ion Audio, who has personal knowledge of the facts that support this Response.

     WHEREFORE Ion Audio prays that (i) Claim No. 6273 be allowed in an amount no less

than $276,166.74; (ii) Claim No. 1224 be allowed in the amount of $169,015.81 with priority

pursuant to 11 U.S.C. § 503(b)(9) of the Bankruptcy Code; (iii) the Objection be overruled to the

extent that it seeks disallowance of any portion of Claim No. 6273 or Claim No. 1224 except as

otherwise acknowledged herein; and (iv) Ion Audio be granted a hearing and such other relief as

may be appropriate and as its interests may appear.

Dated: Richmond, Virginia
     May 19, 2009

**ION AUDIO, LLC**

*/s/ William H. Schwarzschild, III*

By: _____
                          Counsel

William H. Schwarzschild, III - VSB No. 15274
W. Alexander Burnett – VSB No. 68000
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia 23218-1320
Phone: 804.783.6489
FAX: 804.783.6507
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

    *Counsel for Ion Audio, LLC*

Exhibit A

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division



**DEADLINE FOR
FILING 503(b)(9)
CLAIMS**
5:00 P.M. Pacific Time
December 19, 2008

## Section 503(b)(9) Claim Request Form

| Circuit City Stores, Inc., *et al.*, Claims Processing c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 | Circuit City Stores, Inc., *et al.* Case Nos. 08-35653 through 08-35670 Chapter 11 Jointly Administered |
|---|---|

NOTE:   Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases (see Docket No. 107), to have claims allowed as administrative expense under 11 U.S.C. § 503(b)(9), this form must be served upon Circuit City Stores, Inc., et al., Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 by December 19, 2008, the Bar Date for Section 503(b)(9) claims in the above-referenced cases.  The form may be submitted in person or by regular mail, overnight mail, or hand delivery.  Facsimile, email or electronic submissions will not be accepted.  Requests shall be deemed filed when actually received by Kurtzman Carson Consultants LLC.

| Name and Address of Creditor: *(The person or other entity to whom the debtor owes money or property)* ION AUDIO, LLC 200 Scenic View Drive Suite 201 Cumberland, Rhode Island 02864 Telephone: (401) 658-3743 Fax: (401) 658-3640 Name and address where notices should be sent (if different from above) c/o Patrick A. Guida, Esquire Duffy Sweeney & Scott, LTD 1800 Financial Plaza Providence, Rhode Island 02903-2419 Telephone: (401) 455-0700 Fax: (401) 455-0701 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. ☒ Check box if you have made any demand(s) to reclaim goods sold to the debtor under 11 U.S.C. § 546(c). (attach copies of any such demand(s)) ☐ Check box if you have transferred the rights of your claim to any third party. If so please list name of transferee: _____ ☐ Check box if you have never received any notices from the bankruptcy court in this case. | Debtor against which claim is asserted :  (Check one box below:) ☒ Circuit City Stores, Inc. (Tax I.D. No. 54-0493875) ☐ Abbott Advertising, Inc. (Tax I.D. No. 54-1624659) ☐ Circuit City Stores West Coast, Inc. (Tax I.D. No. 95-4460785) ☐ CC Distribution Company of Virginia, Inc. (Tax I.D. No. 54-1712821) ☐ Circuit City Properties, LLC (Tax I.D. No. 54-0793353) ☐ Patapsco Designs, Inc. (Tax I.D. No. 52-1086796) ☐ Ventoux International, Inc. (Tax I.D. No. 20-1071838) ☐ Sky Venture Corporation (Tax I.D. No. 54-1760311) ☐ Prahs, Inc. (n/a) ☐ XS Stuff, LLC (Tax I.D. No. 54-2029263) ☐ Kinzer Technology, LLC (Tax I.D. No. 54-2022157) ☐ Circuit City Purchasing Company, LLC (Tax I.D. No. 20-0995170) ☐ Orbyx Electronics, LLC (Tax I.D. No. 20-1203360) ☐ InterTAN, Inc. (Tax I.D. No. 75-2130875) ☐ CC Aviation, LLC (Tax I.D. No. 20-5290841) ☐ Courchevel, LLC (n/a) ☐ Circuit City Stores PR, LLC (Tax I.D. No. 66-0695512) ☐ Mayland MN, LLC (Tax I.D. No. 20-0896116) |
|---|---|---|

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:  CIR0001 | Check here if this claim  ☐ replaces ☐ amends   a previously filed claim, dated: _____ |
|---|---|

1. BASIS FOR CLAIM:  Goods received by the Debtor within 20 days before the date of commencement of the case.   Value of Goods: $ 169,015.81

| 2. DATE OF SHIPMENT:  *          METHOD OF SHIPMENT:  *          DATE OF RECEIPT: * NAME OF CARRIER:  *          PLACE OF DELIVERY:  *   *See Attached Exhibit A |
|---|

3. TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM: $ 169,015.81  (See Invoices Attached)
   ☐ Check the box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

4. BRIEF DESCRIPTION OF CLAIM:   Administrative expense claim for the value of goods sold in the ordinary course of business and received by Debtors within twenty (20) days before November 10, 2008
   Describe goods sold:  Home entertainment and other consumer electronic equipment          *Attach support for your claim.*

| 5. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor. 6. SUPPORTING DOCUMENTS: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, or contracts.  DO NOT SEND ORIGINAL DOCUMENTS.  If the documents are not available, explain.  If the documents are voluminous, attach a summary.  Attachments must be printed on 8-1/2" by 11" paper. 7. DATE-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this claim request form. 8. ORDINARY COURSE CERTIFICATION: By signing this claim request form, you are certifying that the goods for which payment is sought hereby, were sold to the debtor in the ordinary course of the debtor's business as required by 11 U.S.C. § 503(b)(9). *Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571. | FOR COURT USE ONLY **RECEIVED** DEC 18 2008 KURTZMAN CARSON CONSULTANTS |
|---|---|

| Date 12/17/2008 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) PAUL STANSKY CFO |
|---|---|

**EXHIBIT A**

| Invoice Date | Invoice Number | Customer Number | Inv Amount | REF # | Date of Shipment | Ship Method | Carrier | Date of Receipt | Place of Delivery |
|---|---|---|---|---|---|---|---|---|---|
| 16-Oct-08 | 0025275 | CIR0001 | $9,990.00 | | 10/17/2008 | Freight | Roadway | 10/24/2008 | Bethlehem, PA |
| 16-Oct-08 | 0025276 | CIR0001 | $23,040.00 | | 10/17/2008 | Freight | Roadway | 10/23/2008 | Marion, IL |
| 17-Oct-08 | 0025358 | CIR0001 | $2,985.00 | | 10/16/2008 | Freight | Roadway | 10/21/2008 | Liverrmore, CA |
| 17-Oct-08 | 0025359 | CIR0001 | $11,280.00 | | 10/16/2008 | Freight | Roadway | 10/24/2008 | Bethlehem, PA |
| 17-Oct-08 | 0025360 | CIR0001 | $9,456.00 | | 10/16/2008 | Freight | Roadway | 10/23/2008 | Marion, IL |
| 17-Oct-08 | 0025361 | CIR0001 | $7,446.00 | | 10/16/2008 | Freight | Roadway | 10/22/2008 | Ardmore, OK |
| 17-Oct-08 | 0025363 | CIR0001 | $4,716.00 | | 10/17/2008 | Freight | Roadway | 10/24/2008 | Groveland, FL |
| 22-Oct-08 | 0354438 | CIR0001 | ($1,065.00) | A | | Returns - see off-setting credit | | | |
| 22-Oct-08 | 7569895 | CIR0001 | $1,866.00 | D | | Returns - see off-setting credit | | | |
| 22-Oct-08 | VP0708 | CIR0001 | $14,872.24 | | | Vendor Pefromance Chargeback - subsequently credited | | | |
| 30-Oct-08 | 0026697 | CIR0001 | $18,468.00 | | 10/31/2008 | Freight | Roadway | 10/24/2008 | Bethlehem, PA |
| 30-Oct-08 | 0026698 | CIR0001 | $11,484.00 | | 10/30/2008 | Freight | Roadway | 11/6/2008 | Ardmore, OK |
| 30-Oct-08 | 0026699 | CIR0001 | $21,228.00 | | 10/31/2008 | Freight | Roadway | 11/5/2008 | Marion, IL |
| 30-Oct-08 | 0026700 | CIR0001 | $23,490.00 | | 10/31/2008 | Freight | Roadway | 11/6/2008 | Bethlehem, PA |
| 30-Oct-08 | 0026701 | CIR0001 | $5,220.00 | | 10/30/2008 | Freight | Roadway | 11/7/2008 | Liverrmore, CA |
| 30-Oct-08 | 0026702 | CIR0001 | $7,014.00 | | 10/30/2008 | Freight | Roadway | 11/3/2008 | Walnut, CA |
| 31-Oct-08 | 2569485 | CIR0001 | $1,014.00 | E | | Returns - see off-setting credit | | | |
| 31-Oct-08 | 3451401 | CIR0001 | $1,539.00 | B | | Returns - see off-setting credit | | | |
| 31-Oct-08 | 7569314 | CIR0001 | $925.24 | C | | Returns - see off-setting credit | | | |
| 04-Nov-08 | 0026814 | CIR0001 | ($1,257.00) | D | | Credit for Returned merrchandise | | | |
| 04-Nov-08 | 0026829 | CIR0001 | ($1,539.00) | B | | Credit for Returned merrchandise | | | |
| 04-Nov-08 | 0026849 | CIR0001 | $522.00 | | 11/4/2008 | Fedex frt | FedEx | 11/5/2008 | Liverrmore, CA |
| 12-Nov-08 | 0027069 | CIR0001 | ($1,065.00) | A | | Credit for Returned merrchandise | | | |
| 12-Nov-08 | 0027073 | CIR0001 | ($925.24) | C | | Credit for Returned merrchandise | | | |
| 12-Nov-08 | 0027074 | CIR0001 | ($1,014.00) | E | | Credit for Returned merrchandise | | | |
| 20-Nov-08 | 0000252 | CIR0001 | ($2,804.43) | | | Advertising Co-Op - credited against a previous debit | | | |
| | | | **$169,015.81** | | | | | | |

Exhibit B

COPY

The Debtor has listed your claim as Unliquidated and Disputed on Schedule F as a General Unsecured claim in the amount of $417,396.76. If you believe that you have a claim against the Debtor, you are required to complete and return this form.

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

Debtor against which claim is asserted :   (Check only one box below):

| | | |
|---|---|---|
| ☒ Circuit City Stores, Inc. (Case No. 08-35653) | ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659) | ☐ Abbott Advertising, Inc. (Case No. 08-35665) |
| ☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654) | ☐ Circuit City Stores PR, LLC (Case No. 08-35660) | ☐ Mayland MN, LLC (Case No. 08-35666) |
| ☐ InterTAN, Inc. (Case No. 08-35655) | ☐ Circuit City Properties, LLC (Case No. 08-35661) | ☐ Patapsco Designs, Inc. (Case No. 08-35667) |
| ☐ Ventoux International, Inc. (Case No. 08-35656) | ☐ Orbyx Electronics, LLC (Case No. 08-35662) | ☐ Sky Venture Corporation (Case No. 08-35668) |
| ☐ Circuit City Purchasing Company, LLC (Case No. 08-35657) | ☐ Kinzer Technology, LLC (Case No. 08-35663) | ☐ XSStuff, LLC (Case No. 08-35669) |
| ☐ CC Aviation, LLC (Case No. 08-35658) | ☐ Courchevel, LLC (Case No. 08-35664) | ☐ PRAHS, INC. (Case No. 08-35670) |

NOTE: *This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br><br>ION AUDIO LLC | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br>NameID: 4976004        PackID: 383456<br><br>ION AUDIO LLC<br>200 SCENIC VIEW DR<br>CUMBERLAND RI 02864<br><br>Telephone number:   (401) 658-3131 | Court Claim Number:_____<br>*(If known)*<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| 1. Amount of Claim as of Date Case Filed:   $ 445,182.55<br><br>If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐  Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | 5.   Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.<br><br>Specify the priority of the claim. |
| 2. Basis for Claim:  Goods Sold<br>    (See instruction #2 on reverse side.) | ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). |
| 3. Last four digits of any number by which creditor identifies debtor:____0001<br><br>3a.  Debtor may have scheduled account as:  N/A<br>     (See instruction #3a on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4). |
| 4. Secured Claim (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other<br>Describe:<br><br>Value of Property: $_____   Annual Interest Rate ____%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br>if any: $_____   Basis for perfection:_____<br><br>Amount of Secured Claim: $  N/A   Amount Unsecured: $_____ | ☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).<br><br>☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).<br><br>☒ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)( 2 ). |
| 6. Credits:  The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>7. Documents:  Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*<br><br>DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | Amount entitled to priority:<br><br>$ 169,015.81<br>§503(b)(9)<br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment |
| Date:<br>1/26/2009 | Signature: the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>By:_____<br>Name:  Paul Stansky<br>Title:   Chief Financial Officer | FOR COURT USE ONLY<br><br>RECEIVED<br><br>JAN 27 2009<br><br>KURTZMAN CARSON CONSULTANTS |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

*Creditor submitted a "Demand for Reclamation of Goods" in the aggregate amount of $302,896.81, dated November 25, 2008.

MasterCode: 10173964


0835653081216074108171813

**Exhibit A**

| Invoice Date | Invoice Due Date | Invoice Number | Customer Number | Invoice Type | Related... | Balance... |
|---|---|---|---|---|---|---|
| 13-Feb-08 | | 0014503 | CIR0001 | CM | RTV2567375 | ($212.32) |
| 26-Feb-08 | 26-Apr-08 | 0015117 | CIR0001 | IN | | $13,050.00 |
| 03-Mar-08 | 03-Mar-08 | AV74951 | CIR0001 | PP | | $1,000.00 |
| 03-Mar-08 | 03-Mar-08 | CO1007 | CIR0001 | PP | | $2,804.43 |
| 18-Apr-08 | 17-Jun-08 | 0017237 | CIR0001 | IN | | $16,250.00 |
| 30-Apr-08 | | 0017720 | CIR0001 | CM | IN-11694 | ($174.00) |
| 28-May-08 | | 0018691 | CIR0001 | CM | RTV3451088 | ($300.65) |
| 16-Jun-08 | 16-Jun-08 | VP0308 | CIR0001 | PP | | $9,286.30 |
| 26-Jun-08 | 25-Aug-08 | 0020123 | CIR0001 | IN | | $13,500.00 |
| 10-Jul-08 | 08-Sep-08 | 0020491 | CIR0001 | IN | | $20,250.00 |
| 29-Jul-08 | 27-Sep-08 | 0020887 | CIR0001 | IN | | $94,905.00 |
| 19-Aug-08 | 19-Aug-08 | VP0408 | CIR0001 | PP | | $11,458.52 |
| 21-Aug-08 | 21-Aug-08 | AV80404 | CIR0001 | PP | | $5,700.00 |
| 27-Aug-08 | | 0021611 | CIR0001 | CM | RTV2569148 | ($130.00) |
| 03-Sep-08 | 02-Nov-08 | 0021750 | CIR0001 | IN | | $2,160.00 |
| 03-Sep-08 | 02-Nov-08 | 0021751 | CIR0001 | IN | | $7,110.00 |
| 03-Sep-08 | 02-Nov-08 | 0021752 | CIR0001 | IN | | $6,210.00 |
| 03-Sep-08 | 02-Nov-08 | 0021756 | CIR0001 | IN | | $9,810.00 |
| 03-Sep-08 | 02-Nov-08 | 0021758 | CIR0001 | IN | | $1,710.00 |
| 05-Sep-08 | 04-Nov-08 | 0021808 | CIR0001 | IN | | $9,750.00 |
| 11-Sep-08 | 11-Sep-08 | 1034780 | CIR0001 | PP | | ($27,753.58) |
| 15-Sep-08 | | 0022418 | CIR0001 | CM | RTV3451287 | ($174.00) |
| 15-Sep-08 | | 0022423 | CIR0001 | CM | RTV2569240 | ($1,473.00) |
| 15-Sep-08 | | 0022425 | CIR0001 | CM | RTV4649450 | ($2,439.20) |
| 17-Sep-08 | 16-Nov-08 | 0022744 | CIR0001 | IN | | $900.00 |
| 17-Sep-08 | 16-Nov-08 | 0022961 | CIR0001 | IN | | $2,790.00 |
| 17-Sep-08 | 16-Nov-08 | 0022962 | CIR0001 | IN | | $7,920.00 |
| 17-Sep-08 | 16-Nov-08 | 0022963 | CIR0001 | IN | | $12,420.00 |
| 17-Sep-08 | 16-Nov-08 | 0022966 | CIR0001 | IN | | $2,700.00 |
| 24-Sep-08 | 23-Nov-08 | 0023267 | CIR0001 | IN | | $4,320.00 |
| 24-Sep-08 | 23-Nov-08 | 0023268 | CIR0001 | IN | | $2,520.00 |
| 24-Sep-08 | 23-Nov-08 | 0023269 | CIR0001 | IN | | $11,340.00 |
| 24-Sep-08 | 23-Nov-08 | 0023270 | CIR0001 | IN | | $2,700.00 |
| 24-Sep-08 | 23-Nov-08 | 0023271 | CIR0001 | IN | | $16,560.00 |
| 29-Sep-08 | | 0023419 | CIR0001 | CM | IN-20622 | ($360.00) |
| 03-Oct-08 | 02-Dec-08 | 0023799 | CIR0001 | IN | | $8,613.00 |
| 03-Oct-08 | 02-Dec-08 | 0023800 | CIR0001 | IN | | $2,958.00 |
| 03-Oct-08 | 02-Dec-08 | 0023801 | CIR0001 | IN | | $2,523.00 |
| 03-Oct-08 | 02-Dec-08 | 0023802 | CIR0001 | IN | | $1,044.00 |
| 08-Oct-08 | 07-Dec-08 | 0024360 | CIR0001 | IN | | $8,460.00 |
| 08-Oct-08 | 07-Dec-08 | 0024361 | CIR0001 | IN | | $11,610.00 |
| 08-Oct-08 | 07-Dec-08 | 0024362 | CIR0001 | IN | | $3,150.00 |
| 08-Oct-08 | 07-Dec-08 | 0024363 | CIR0001 | IN | | $11,340.00 |
| 09-Oct-08 | 08-Dec-08 | 0024540 | CIR0001 | IN | | $5,040.00 |
| 09-Oct-08 | 08-Dec-08 | 0024699 | CIR0001 | IN | | $5,940.00 |
| 16-Oct-08 | 15-Dec-08 | 0025275 | CIR0001 | IN | | $9,990.00 |
| 16-Oct-08 | 15-Dec-08 | 0025276 | CIR0001 | IN | | $23,040.00 |
| 17-Oct-08 | 16-Dec-08 | 0025358 | CIR0001 | IN | | $2,985.00 |
| 17-Oct-08 | 16-Dec-08 | 0025359 | CIR0001 | IN | | $11,280.00 |

**Exhibit A - continued**

| Invoice Date | Invoice Due Date | Invoice Number | Customer Number | Invoice Type | Related | Balance |
|---|---|---|---|---|---|---|
| 17-Oct-08 | 16-Dec-08 | 0025360 | CIR0001 | IN | | $9,456.00 |
| 17-Oct-08 | 16-Dec-08 | 0025361 | CIR0001 | IN | | $7,446.00 |
| 17-Oct-08 | 16-Dec-08 | 0025363 | CIR0001 | IN | | $4,716.00 |
| 20-Oct-08 | 19-Dec-08 | 0000234 | CIR0001 | IN | AV80404 | ($5,700.00) |
| 22-Oct-08 | 22-Oct-08 | 0354438 | CIR0001 | PP | | $1,065.00 |
| 22-Oct-08 | 22-Oct-08 | 7569895 | CIR0001 | PP | | $1,866.00 |
| 22-Oct-08 | 22-Oct-08 | VP0708 | CIR0001 | PP | | $14,872.24 |
| 30-Oct-08 | 29-Dec-08 | 0026697 | CIR0001 | IN | | $18,468.00 |
| 30-Oct-08 | 29-Dec-08 | 0026698 | CIR0001 | IN | | $11,484.00 |
| 30-Oct-08 | 29-Dec-08 | 0026699 | CIR0001 | IN | | $21,228.00 |
| 30-Oct-08 | 29-Dec-08 | 0026700 | CIR0001 | IN | | $23,490.00 |
| 30-Oct-08 | 29-Dec-08 | 0026701 | CIR0001 | IN | | $5,220.00 |
| 30-Oct-08 | 29-Dec-08 | 0026702 | CIR0001 | IN | | $7,014.00 |
| 31-Oct-08 | 31-Oct-08 | 2569485 | CIR0001 | PP | | $1,014.00 |
| 31-Oct-08 | 31-Oct-08 | 3451401 | CIR0001 | PP | | $1,539.00 |
| 31-Oct-08 | 31-Oct-08 | 7569314 | CIR0001 | PP | | $925.24 |
| 04-Nov-08 | | 0026814 | CIR0001 | CM | RTV7569895 | ($1,257.00) |
| 04-Nov-08 | | 0026829 | CIR0001 | CM | RTV3451401 | ($1,539.00) |
| 04-Nov-08 | 03-Jan-09 | 0026849 | CIR0001 | IN | | $522.00 |
| 04-Nov-08 | 03-Jan-09 | 0026850 | CIR0001 | IN | | $435.00 |
| 04-Nov-08 | 03-Jan-09 | 0026854 | CIR0001 | IN | | $2,262.00 |
| 04-Nov-08 | 03-Jan-09 | 0026855 | CIR0001 | IN | | $3,132.00 |
| 17-Oct-08 | 16-Dec-08 | 0027065 | CIR0001 | IN | | $3,174.00 |
| 12-Nov-08 | | 0027069 | CIR0001 | CM | RTV354438 | ($1,065.00) |
| 12-Nov-08 | | 0027070 | CIR0001 | CM | RTV4650800 | ($1,751.24) |
| 12-Nov-08 | | 0027072 | CIR0001 | CM | RTV4650861 | ($270.00) |
| 12-Nov-08 | | 0027073 | CIR0001 | CM | RTV7569931 | ($925.24) |
| 12-Nov-08 | | 0027074 | CIR0001 | CM | RTV2569485 | ($1,014.00) |
| 20-Nov-08 | 19-Jan-09 | 0000248 | CIR0001 | IN | VP0308 | ($9,286.30) |
| 20-Nov-08 | 19-Jan-09 | 0000249 | CIR0001 | IN | VP0408 | ($11,458.52) |
| 20-Nov-08 | 19-Jan-09 | 0000250 | CIR0001 | IN | VP0708 | ($14,872.24) |
| 20-Nov-08 | 19-Jan-09 | 0000251 | CIR0001 | IN | VP0608 | ($1,910.22) |
| 20-Nov-08 | 19-Jan-09 | 0000252 | CIR0001 | IN | AV-CO1007 | ($2,804.43) |
| 20-Nov-08 | 19-Jan-09 | 0000253 | CIR0001 | IN | AV74951 | ($1,000.00) |
| 21-Nov-08 | | 0027455 | CIR0001 | CM | RTV3451417 | ($1,155.00) |
| 21-Nov-08 | | 0027456 | CIR0001 | CM | 8 | ($2,218.24) |
| | | | | | | $445,182.55 |

```
Invoice Type column

IN= INVOICE
PP= DEBIT FOR RTV
CM=CREDIT MEMO
```

Exhibit C

William H. Schwarzschild, III (VSB No. 15274)
W. Alexander Burnett (VSB No. 68000)
WILLIAMS MULLEN
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Tel:  804.783.6489
Fax:  804.783.6507
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

*Counsel for Ion Audio, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | ) |
| | ) Case No. 08-35653-KRH |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |
| | ) |

## DECLARATION OF
## PAUL STANSKY, CHIEF FINANCIAL OFFICER OF ION AUDIO, LLC

I, Paul Stansky, Chief Financial Officer of Ion Audio, LLC, hereby declare as follows:

1.      I have reviewed the Response of Ion Audio, LLC to Debtor's Fourth Omnibus

Objection to Certain Duplicative Claims (the "Response").

2.      I am personally aware of the information set forth in the Response.

3.      The Response is true and correct to the best of my information and belief.

Date:  May 19, 2009

Paul Stansky, Chief Financial Officer of Ion Audio, LLC

6435790_1.DOC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Response of Ion Audio, LLC to Debtors' Fourth Omnibus Objection to Certain Duplicative Claims was served this 19th day of May, 2009, via email and by first class mail, postage prepaid, upon

**Dion W. Hayes**
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219
dhayes@mcguirewoods.com

**Douglas M. Foley**
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510
dfoley@mcguirewoods.com

**Ian S. Fredericks**
Skadden Arps Slate Meagher
& Flom LLP
One Rodney Sq.
PO Box 636
Wilmington, DE 19899
ian.fredericks@skadden.com

**Chris L. Dickerson**
Skadden Arps Slate Meagher
& Flom LLP
333 West Wacker Drive
Chicago, IL 60606
chris.dickerson@skadden.com

**Robert J. Feinstein**
Pachulski Stang Ziehl & Jones LLP
780 Third Ave. 36th Floor
New York, NY 10017
(212) 561-7710
rfeinstein@pszjlaw.com

**Brad R. Godshall**
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica blvd, 11th Floor
Los Angeles, CA 90067-4100
bgodshall@pszjlaw.com

**Jeffrey N. Pomerantz**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
jpomerantz@pszjlaw.com

**John D. Fiero**
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 9411-4500
jfiero@pszjlaw.com

**Lynn L. Tavenner**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
ltavenner@tb-lawfirm.com

**Paula S. Beran**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
pberan@tb-lawfirm.com

**Robert B. Van Arsdale**
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Robert.B.Van.Arsdale@usdoj.gov

Adam M. Feinmesser, Esq.
Esbin & Alter, LLP
497 South Main Street
New City, New York 10956
afeinmesser@esbinalter.com

6426751_3.DOC