Paul S. Bliley, Jr. (VSB No. 13973)
WILLIAMS MULLEN
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia 23218-1320
Tel: 804.783.6448
Fax: 804.783.6507
pbliley@williamsmullen.com

Counsel for Tax Collector of Polk County, Florida

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., ) | |
| ) | Case No. 08-35653-KRH |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF
## MOTION FOR ADMINISTRATIVE CLAIM EXPENSE

**PLEASE TAKE NOTICE** that the movant, The Tax Collector in and for the Polk County, Florida Political Subdivision hereby withdraws its previously filed Motion for the payment of an administrative expense ( Docket # 3240), which is scheduled for hearing in this Court on May 28, 2009 at 10:00 a.m.

May 20, 2009
Richmond, Virginia

STATE CONSTITUTION'S POLK COUNTY,
FLORIDA TAX COLLECTOR

*/s/ Paul S. Bliley, Jr.*
By_____
Counsel

Paul S. Bliley, Jr. (VSB No. 13973)
WILLIAMS MULLEN
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia 23218-1320
Tel: 804.783.6448
Fax: 804.783.6507
pbliley@williamsmullen.com

*Counsel for Polk County, Florida Tax Collector*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Withdrawal was sent via electronic mail on May 20, 2009 to all creditors and parties-in-interest who are included in the Bankruptcy Court's ECF e-mail notification system.

*/s/ Paul S. Bliley, Jr.*

6435915_1.DOC

2