Paul S. Bliley, Jr. (VSB No. 13973)
WILLIAMS MULLEN
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia 23218-1320
Tel: 804.783.6448
Fax: 804.783.6507
pbliley@williamsmullen.com

Counsel for Tax Collector of Osceola County, Florida

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | ) |
| | ) Case No. 08-35653-KRH |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |
| | ) |

## NOTICE OF WITHDRAWAL OF
## MOTION FOR ADMINISTRATIVE CLAIM EXPENSE

**PLEASE TAKE NOTICE** that the movant, The Tax Collector in and for the Osceola

County, Florida Political Subdivision hereby withdraws its previously filed Motion for the

payment of an administrative expense (Docket #3004), which is scheduled for hearing in this

Court on May 28, 2009 at 10:00 a.m.

May 20, 2009
Richmond, Virginia

### STATE CONSTITUTION'S POLK COUNTY,
### FLORIDA TAX COLLECTOR

*/s/ Paul S. Bliley, Jr.*

By_____
                    Counsel

Paul S. Bliley, Jr. (VSB No. 13973)
WILLIAMS MULLEN
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Tel:  804.783.6448
Fax:  804.783.6507
pbliley@williamsmullen.com

*Counsel for Polk County, Florida Tax Collector*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Withdrawal was sent via electronic mail on May 20, 2009 to all creditors and parties-in-interest who are included in the Bankruptcy Court's ECF e-mail notification system.

*/s/ Paul S. Bliley, Jr.*

_____

6436031_1.DOC