William H. Schwarzschild, III (VSB No. 15274)
W. Alexander Burnett (VSB No. 68000)
WILLIAMS MULLEN
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia 23218-1320
Tel: 804.783.6489
Fax: 804.783.6507
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

*Counsel for Ion Audio, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
(Richmond Division)

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., ) | |
| ) | Case No. 08-35653-KRH |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |

**AMENDED CERTIFICATE OF SERVICE TO
RESPONSE OF ION AUDIO, LLC
TO DEBTORS' FOURTH OMNIBUS OBJECTION
TO CERTAIN DUPLICATIVE CLAIMS**

The undersigned hereby certifies that a true copy of the Response of Ion Audio, LLC to Debtors' Fourth Omnibus Objection to Certain Duplicative Claims was served the 19th day of May, 2009, via email and by first class mail, postage prepaid, upon

**Dion W. Hayes**
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219
dhayes@mcguirewoods.com

**Jeffrey N. Pomerantz**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
jpomerantz@pszjlaw.com

**Douglas M. Foley**
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510
dfoley@mcguirewoods.com

**John D. Fiero**
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 9411-4500
jfiero@pszjlaw.com

| | |
|---|---|
| **Ian S. Fredericks**<br>Skadden Arps Slate Meagher<br>& Flom LLP<br>One Rodney Sq.<br>PO Box 636<br>Wilmington, DE 19899<br>ian.fredericks@skadden.com | **Lynn L. Tavenner**<br>Tavenner & Beran, PLC<br>20 North Eighth Street, Second Floor<br>Richmond, VA 23219<br>ltavenner@tb-lawfirm.com |
| **Chris L. Dickerson**<br>Skadden Arps Slate Meagher<br>& Flom LLP<br>333 West Wacker Drive<br>Chicago, IL  60606<br>chris.dickerson@skadden.com | **Paula S. Beran**<br>Tavenner & Beran, PLC<br>20 North Eighth Street, Second Floor<br>Richmond, VA 23219<br>pberan@tb-lawfirm.com |
| **Robert J. Feinstein**<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Ave. 36th Floor<br>New York, NY 10017<br>(212) 561-7710<br>rfeinstein@pszjlaw.com | **Robert B. Van Arsdale**<br>Office of the U. S. Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, VA 23219<br>Robert.B.Van.Arsdale@usdoj.gov |
| **Brad R. Godshall**<br>Pachulski Stang Ziehl & Jones, LLP<br>10100 Santa Monica blvd, 11th Floor<br>Los Angeles, CA 90067-4100<br>bgodshall@pszjlaw.com | Adam M. Feinmesser, Esq.<br>Esbin & Alter, LLP<br>497 South Main Street<br>New City, New York 10956<br>afeinmesser@esbinalter.com |

*/s/  William H. Schwarzschild, III*

6437317_1.DOC

2