# **Exhibit A**

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

Debtor against which claim is asserted: (Check only **one** box below:)

| | | |
|---|---|---|
| ☒ Circuit City Stores, Inc. (Case No. 08-35653) | ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659) | ☐ Abbott Advertising, Inc. (Case No. 08-35665) |
| ☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654) | ☐ Circuit City Stores PR, LLC (Case No. 08-35660) | ☐ Mayland MN, LLC (Case No. 08-35666) |
| ☐ InterTAN, Inc. (Case No. 08-35655) | ☐ Circuit City Properties, LLC (Case No. 08-35661) | ☐ Patapsco Designs, Inc. (Case No. 08-35667) |
| ☐ Ventoux International, Inc. (Case No. 08-35656) | ☐ Orbyx Electronics, LLC (Case No. 08-35662) | ☐ Sky Venture Corporation (Case No. 08-35668) |
| ☐ Circuit City Purchasing Company, LLC (Case No. 08-35657) | ☐ Kinzer Technology, LLC (Case No. 08-35663) | ☐ XSStuff, LLC (Case No. 08-35669) |
| ☐ CC Aviation, LLC (Case No. 08-35658) | ☐ Courchevel, LLC (Case No. 08-35664) | ☐ PRAHS, INC. (Case No. 08-35670) |

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Mitsubishi Digital Electronics America, Inc.

**Name and address where notices should be sent:**
James A. Pardo, Jr.
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309-3521
Telephone number: 404-572-4600

**Name and address where payment should be sent (if different from above):**
Mitsubishi Digital Electronics America, Inc.
Attn: Brian Atteberry, Senior Manager, Credit
9351 Jeronimo Road
Irvine, CA 92618-1904
Telephone number: 949-465-6079

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on:_____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $15,258,077.65

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** See attached
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 5777, 2236, 2236

  **3a. Debtor may have scheduled account as:** _____
  (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**  ☐ Real Estate    ☐ Motor Vehicle    ☒ Other
Describe: Right of setoff
**Value of Property:** $2,641,909.24  **Annual Interest Rate** ___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____    **Basis for perfection:** Setoff
**Amount of Secured Claim:** $2,641,909.24  **Amount Unsecured:** $12,616,167.76

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:  See attached

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☒ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(_2_).

Amount entitled to priority:

$4,965,976.18

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**Date:** 1/26/09

**Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/ Brian Atteberry Senior manager Credit

FOR COURT USE ONLY
RECEIVED
JAN 28 2009


Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

COPY

In re Circuit City Stores, Inc., et al.
Case No. 08-35653
Eastern District of Virginia

## ATTACHMENT TO MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC. PROOF OF CLAIM

The following constitutes a brief summary of the prepetition claims held by Mitsubishi Digital Electronics America, Inc. ("Mitsubishi") against Circuit City Stores, Inc.(the "Debtor").

Prior to November 10, 2008 (the "Petition Date"), (a) Mitsubishi sold to the Debtor on credit certain goods, including televisions and audio-visual projectors, (b) Mitsubishi sold to the Debtor on credit certain replacement parts, including parts that were covered either by Mitsubishi's limited one-year manufacturer's warranty or by extended warranties that the Debtor sold to consumers, (c) the Debtor provided labor to Mitsubishi under Mitsubishi's limited one-year manufacturer's warranty, and (d) Mitsubishi and the Debtor engaged in various other transactions, all of which related directly or indirectly to the foregoing. Solely for internal purposes, Mitsubishi accounted for these transactions in three separate accounts: a television account ("TV Account"), a projector account ("PVS Account"), and a service parts account ("SP Account").

As of the Petition Date, the Debtor owed to Mitsubishi a total of $15,258,077.65. Such amount consists of the following component parts:

### Prepetition Amounts Due to Mitsubishi

TV Account
| | | |
|---|---|---|
| Total Invoice Amount | | $14,572,980.49 |
| Vendor Compliance | | $117.06 |
| | Total TV Account Amt. Owed | $14,573,097.55 |

PVS Account
| | | |
|---|---|---|
| Total Invoice Amount | | $553,357.00 |
| Pricing on Product Returns | | $554.15 |
| | Total PVS Account Amt. Owed | $553,911.15 |

SP Account
| | | |
|---|---|---|
| Short Payments | | $15,242.93 |
| Stop Payment on Check | | $17,090.81 |
| Duplicate Deductions by Debtors | | $3,017.50 |
| Warranty Parts Debits | | $11.15 |
| Parts Invoices | | $95,706.56 |
| | Total SP Account Amt. Owed | $131,068.95 |

**Total Prepetition Credits Due to Mitsubishi**         **$15,258,077.65**

As of the Petition Date, Mitsubishi owed to the Debtor various credits totaling $2,835,858.76. Such amount consists of the following component parts:

## Prepetition Credits Due to the Debtor

TV Account
| | |
|---|---|
| Product Returns | $1,749,966.00 |
| Market Development Funds Credits | $193,949.52 |
| Field Training Credits | $100,000.00 |
| Pricing on Product Returns | $1,416.63 |
| Total TV Account Credits Due | $2,045,332.15 |

PVS Account
| | |
|---|---|
| Product Returns | $9,705.92 |
| Stopped Shipments | $14,621.60 |
| Total PVS Account Credits Due | $24,327.52 |

SP Account
| | |
|---|---|
| Freight | $418.99 |
| Unapplied Cash | $533.90 |
| Warranty Parts Credits | $46,245.65 |
| Warranty Labor Credits | $14,860.00 |
| Parts Credit | $16,449.03 |
| Core Credits (returned defective parts) | $53,625.00 |
| Total SP Account Credits Due | $132,132.57 |

Other Credits
| | |
|---|---|
| Rebate Credit October 16, 2008 - November 2, 2008 | $94,984.00 |
| Rebate Credit October 16, 2008 - November 2, 2008 | $14,049.00 |
| Labor Day Rebate Credit | $24,304.00 |
| Price Protection Credits (price move 11/3/08) | $179,180.00 |
| Black Friday Promotion Credits | $127,600.00 |
| Total Other Credits Due | $440,117.00 |

**Total Prepetition Credits Due to the Debtor**                                                       **$2,641,909.24**

Mitsubishi has a secured claim against the Debtor and its bankruptcy estate to the extent of Mitsubishi's unexercised right to set off such credits against the amounts owed by the Debtor to Mitsubishi. Alternatively, Mitsubishi has a right of recoupment with regard to such credits.

Mitsubishi's total claim against the Debtor and its bankruptcy estate as of the Petition Date is $15,258,077.65, of which $2,641,909.24 is a secured claim and $12,616,167.76 is an unsecured claim.

Mitsubishi previously and timely filed a Proof of Section 503(b)(9) Claim for goods that the Debtor received from Mitsubishi within the twenty (20) days prior to the Petition Date, which amount constitutes an administrative expense priority claim under 11 U.S.C. § 507(a)(2). The total amount of Mitsubishi's Sections 503(b)(9) and 507(a)(2) administrative expense priority claim is $4,965,976.18.

2

The total amount of Mitsubishi's non-priority general unsecured claim is $7,650,191.58.

The documentation supporting and evidencing the claim, including the underlying invoices, are voluminous and are not attached to this Proof of Claim. Mitsubishi will provide copies of those documents to any creditor or party in interest upon reasonable request. Mitsubishi reserves its right to amend or supplement this Proof of Claim in all respects, including, without limitation, to add additional documentation and information supporting this claim.

**<u>Exhibit B</u>**

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

**DEADLINE FOR FILING 503(b)(9) CLAIMS**
5:00 P.M. Pacific Time
December 19, 2008

## Section 503(b)(9) Claim Request Form

| | |
|---|---|
| Circuit City Stores, Inc., et al., Claims Processing c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 | Circuit City Stores, Inc., et al. Case Nos. 08-35653 through 08-35670 Chapter 11 Jointly Administered |

**NOTE:** Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases (see Docket No. 107), to have claims allowed as administrative expense under 11 U.S.C. § 503(b)(9), this form must be served upon Circuit City Stores, Inc., et al., Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 by December 19, 2008, the Bar Date for Section 503(b)(9) claims in the above-referenced cases. The form may be submitted in person or by regular mail, overnight mail, or hand delivery. Facsimile, email or electronic submissions will not be accepted. Requests shall be deemed filed when actually received by Kurtzman Carson Consultants LLC.

**Name and Address of Creditor:** *(The person or other entity to whom the debtor owes money or property)*

Mitsubishi Digital Electronics America, Inc.
Attn: Brian Atteberry, Credit Mgr.
9351 Jeronimo Road
Irvine, CA 92618-1904
(949) 465-6079 direct

Telephone: _____
Fax: (949)465-6241

**Name and address where notices should be sent (if different from above)**

Telephone: _____
Fax: _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have made any demand(s) to reclaim goods sold to the debtor under 11 U.S.C. § 546(c). (attach copies of any such demand(s))

☐ Check box if you have transferred the rights of your claim to any third party. If so please list name of transferee: _____

☐ Check box if you have never received any notices from the bankruptcy court in this case.

**Debtor against which claim is asserted:** (Check one box below:)

☒ Circuit City Stores, Inc. (Tax I.D. No. 54-0493875)
☐ Abbott Advertising, Inc. (Tax I.D. No. 54-1624659)
☐ Circuit City Stores West Coast, Inc. (Tax I.D. No. 95-4460785)
☐ CC Distribution Company of Virginia, Inc. (Tax I.D. No. 54-1712821)
☐ Circuit City Properties, LLC (Tax I.D. No. 54-0793353)
☐ Patapsco Designs, Inc. (Tax I.D. No. 52-1086796)
☐ Ventoux International, Inc. (Tax I.D. No. 20-1071838)
☐ Sky Venture Corporation (Tax I.D. No. 54-1760311)
☐ Prahs, Inc. (n/a)
☐ XS Stuff, LLC (Tax I.D. No. 54-2029263)
☐ Kinzer Technology, LLC (Tax I.D. No. 54-2022157)
☐ Circuit City Purchasing Company, LLC (Tax I.D. No. 20-0995170)
☐ Orbyx Electronics, LLC (Tax I.D. No. 20-1203360)
☐ InterTAN, Inc. (Tax I.D. No. 75-2130875)
☐ CC Aviation, LLC (Tax I.D. No. 20-5290841)
☐ Courchevel, LLC (n/a)
☐ Circuit City Stores PR, LLC (Tax I.D. No. 66-0695512)
☐ Mayland MN, LLC (Tax I.D. No. 20-0896116)

**ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:** 305777, 7852236, 158463

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. BASIS FOR CLAIM:** Goods received by the Debtor within 20 days before the date of commencement of the case. **Value of Goods:** $ 4,965,976.18

**2. DATE OF SHIPMENT:** see attached **METHOD OF SHIPMENT:** schedule **DATE OF RECEIPT:** _____
**NAME OF CARRIER:** _____ **PLACE OF DELIVERY:** _____

**3. TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM:** $ 4,965,976.18
☐ Check the box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**4. BRIEF DESCRIPTION OF CLAIM:** Goods sold and delivered    Attach support for your claim.
Describe goods sold: Consumer electronics including televisions, projectors, lamps and service parts

**5. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**FOR COURT USE ONLY**

**SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, [an]d statements of running accounts, or contracts. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not [available] explain. If the documents are voluminous, attach a summary. Attachments must be printed on 8-1/2" by 11" paper.

[STAMP]ED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed [copy] of this claim request form.

**CERTIFICATION:** By signing this claim request form, you are certifying that the goods for which [they] were sold to the debtor in the ordinary course of the debtor's business as required by 11 U.S.C. § 503(b)(9).

[Cr]im: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

[Sign and] print the name and title, if any, of the creditor or other person authorized to file this claim [or copy] of power of attorney, if any)

*[signature]*   Brian Atteberry, senior manager, credit
Mitsubishi Digital Electronics

**In re Circuit City Stores, Inc., et al.**
**Case No. 08-35653**
**Eastern District of Virginia**

## ATTACHMENT TO MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC. PROOF OF SECTION 503(B)(9) CLAIM REQUEST

Mitsubishi Digital Electronics America, Inc. ("Mitsubishi") reserves its rights to amend or supplement this Proof of Section 503(b)(9) Claim in all respects, including, without limitation, in order to add additional documentation and information supporting this claim.

See below for a detailed list of Mitsubishi's Section 503(b)(9) claims.

[Rest of Page Intentionally Blank]

Schedule for 503 (b) (9) Claim

| Invoice# | PO | Inv Date | Net due dt | Amt | Date of Delivery | # Days from 11/1/08 | Date of Shipment | Address of Delivery | Method of Delivery | Carrier |
|---|---|---|---|---|---|---|---|---|---|---|
| 95273605 | 2177350 | 10/30/2008 | 11/19/2008 | 4,386.48 | | | 10/30/2008 | 400 Longfellow Ct. Ste A, Livermore, CA 94550 | Prepaid | UPS |
| 95273679 | 2177351 | 10/31/2008 | 11/20/2008 | 7,310.80 | 11/13/08 | 7 | 10/31/2008 | 680 S Lemon, Walnut, CA 91789 | Prepaid | UPS |
| 95273056 | 2168252 | 10/27/2008 | 11/16/2008 | 18,277.00 | 10/30/08 | 11 | 10/27/2008 | 1901 Cooper Dr., Ardmore, OK 73401 | Prepaid | Fed Ex National LTL |
| 95273057 | 2168252 | 10/27/2008 | 11/16/2008 | 10,966.20 | 10/30/08 | 11 | 10/27/2008 | 19925 Independence Blvd., Groveland, FL 34736 | Prepaid | Fed Ex National LTL |
| 95273058 | 2168253 | 10/27/2008 | 11/16/2008 | 18,277.00 | 10/30/08 | 11 | 10/27/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Fed Ex National LTL |
| 95273220 | 2168250 | 10/28/2008 | 11/17/2008 | 5,848.84 | 10/30/08 | 11 | 10/28/2008 | 400 Longfellow Ct. Ste A, Livermore, CA 94550 | Prepaid | UPS |
| 95273604 | 2168251 | 10/28/2008 | 11/17/2008 | 8,772.96 | 10/31/08 | 11 | 10/28/2008 | 680 S Lemon, Walnut, CA 91789 | Prepaid | Fed Ex Express |
| 92512645 | 2168952 | 10/13/2008 | 11/02/2008 | 76,260.00 | 10/27/08 | 14 | 10/13/2008 | 14301 Mattawoman Dr., Brandywine, MD 20613 | Prepaid | Hub Group |
| 92512647 | 2168952 | 10/13/2008 | 11/02/2008 | 76,260.00 | 10/27/08 | 14 | 10/13/2008 | 19925 Independence Blvd., Groveland, FL 34736 | Prepaid | Hub Group |
| 92514231 | 2168957 | 10/14/2008 | 11/03/2008 | 76,260.00 | 10/27/08 | 14 | 10/14/2008 | 1901 Cooper Dr., Ardmore, OK 73401 | Prepaid | Hub Group |
| 92514232 | 2168957 | 10/14/2008 | 11/03/2008 | 84,816.00 | 10/27/08 | 14 | 10/14/2008 | 19925 Independence Blvd., Groveland, FL 34736 | Prepaid | Hub Group |
| 92514233 | 2168957 | 10/14/2008 | 11/03/2008 | 84,816.00 | 10/27/08 | 14 | 10/14/2008 | 14301 Mattawoman Dr., Brandywine, MD 20613 | Prepaid | Hub Group |
| 92514234 | 2168957 | 10/14/2008 | 11/03/2008 | 76,260.00 | 10/27/08 | 14 | 10/14/2008 | 19925 Independence Blvd., Groveland, FL 34736 | Prepaid | Hub Group |
| 92514235 | 2168957 | 10/14/2008 | 11/03/2008 | 84,816.00 | 10/27/08 | 14 | 10/14/2008 | 14301 Mattawoman Dr., Brandywine, MD 20613 | Prepaid | Hub Group |
| 92515550 | 2168957 | 10/15/2008 | 11/04/2008 | 84,816.00 | 10/27/08 | 14 | 10/15/2008 | 19925 Independence Blvd., Groveland, FL 34736 | Prepaid | Hub Group |
| 92515552 | 2168957 | 10/15/2008 | 11/04/2008 | 84,816.00 | 10/27/08 | 14 | 10/15/2008 | 19925 Independence Blvd., Groveland, FL 34736 | Prepaid | Hub Group |
| 92515553 | 2168957 | 10/15/2008 | 11/04/2008 | 84,816.00 | 10/27/08 | 14 | 10/15/2008 | 14301 Mattawoman Dr., Brandywine, MD 20613 | Prepaid | Hub Group |
| 92515554 | 2168952 | 10/15/2008 | 11/04/2008 | 84,817.00 | 10/27/08 | 14 | 10/15/2008 | 14301 Mattawoman Dr., Brandywine, MD 20613 | Prepaid | Hub Group |
| 92515555 | 2168952 | 10/15/2008 | 11/04/2008 | 47,817.00 | 10/27/08 | 14 | 10/15/2008 | 19925 Independence Blvd., Groveland, FL 34736 | Prepaid | Hub Group |
| 92524299 | 2172296 | 10/24/2008 | 11/13/2008 | 58,212.00 | 10/24/08 | 14 | 10/24/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Fed Ex National LTL |
| 92524300 | 2172295 | 10/24/2008 | 11/13/2008 | 84,816.00 | 10/24/08 | 14 | 10/24/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Fed Ex National LTL |
| 92512644 | 2168952 | 10/13/2008 | 11/02/2008 | 76,260.00 | 10/24/08 | 14 | 10/13/2008 | 14301 Mattawoman Dr., Brandywine, MD 20613 | Prepaid | Hub Group |
| 92514236 | 2168952 | 10/14/2008 | 11/03/2008 | 84,816.00 | 10/24/08 | 14 | 10/14/2008 | 14301 Mattawoman Dr., Brandywine, MD 20613 | Prepaid | Hub Group |
| 92514237 | 2168952 | 10/14/2008 | 11/03/2008 | 84,816.00 | 10/24/08 | 14 | 10/14/2008 | 14301 Mattawoman Dr., Brandywine, MD 20613 | Prepaid | Hub Group |
| 92515551 | 2168955 | 10/15/2008 | 11/28/2008 | 76,260.00 | 10/24/08 | 17 | 10/15/2008 | 1901 Cooper Dr., Ardmore, OK 73401 | Prepaid | Hub Group |
| 92514241 | 2168955 | 10/14/2008 | 11/03/2008 | 84,816.00 | 10/24/08 | 17 | 10/14/2008 | 1901 Cooper Dr., Ardmore, OK 73401 | Prepaid | Hub Group |
| 92514245 | 2168953 | 10/14/2008 | 11/03/2008 | 84,816.00 | 10/24/08 | 17 | 10/14/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Hub Group |
| 92515556 | 2168955 | 10/15/2008 | 11/04/2008 | 84,816.00 | 10/24/08 | 17 | 10/15/2008 | 1901 Cooper Dr., Ardmore, OK 73401 | Prepaid | Hub Group |
| 92515557 | 2168952 | 10/15/2008 | 11/04/2008 | 84,816.00 | 10/24/08 | 17 | 10/15/2008 | 14301 Mattawoman Dr., Brandywine, MD 20613 | Prepaid | Hub Group |
| 92515558 | 2168952 | 10/15/2008 | 11/04/2008 | 84,816.00 | 10/24/08 | 17 | 10/15/2008 | 14301 Mattawoman Dr., Brandywine, MD 20613 | Prepaid | Hub Group |
| 92515561 | 2168964 | 10/15/2008 | 11/13/2008 | 84,816.00 | 10/24/08 | 17 | 10/15/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Hub Group |
| 92515562 | 2168956 | 10/15/2008 | 11/04/2008 | 84,816.00 | 10/24/08 | 17 | 10/15/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Hub Group |
| 92515563 | 2168956 | 10/15/2008 | 11/04/2008 | 84,816.00 | 10/24/08 | 17 | 10/15/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Hub Group |
| 92515564 | 2168956 | 10/15/2008 | 11/04/2008 | 84,816.00 | 10/24/08 | 17 | 10/15/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Hub Group |
| 92515565 | 2168956 | 10/15/2008 | 11/04/2008 | 76,260.00 | 10/24/08 | 17 | 10/15/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Hub Group |
| 92515566 | 2168956 | 10/15/2008 | 11/04/2008 | 76,260.00 | 10/24/08 | 17 | 10/15/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Hub Group |
| 92515567 | 2168956 | 10/15/2008 | 11/04/2008 | 76,260.00 | 10/24/08 | 17 | 10/15/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Hub Group |
| 92515568 | 2168964 | 10/15/2008 | 11/05/2008 | 84,816.00 | 10/24/08 | 17 | 10/15/2008 | 680 S Lemon, Walnut, CA 91789 | Prepaid | Pinole Valley Trucking |
| 92517927 | 2169955 | 10/17/2008 | 11/06/2008 | 76,260.00 | 10/24/08 | 17 | 10/17/2008 | 680 S Lemon, Walnut, CA 91789 | Prepaid | Pinole Valley Trucking |
| 92517933 | 2168954 | 10/15/2008 | 11/09/2008 | 113,900.00 | 10/24/08 | 17 | 10/15/2008 | 680 S Lemon, Walnut, CA 91789 | Prepaid | Pinole Valley Trucking |
| 92519069 | 2168851 | 10/20/2008 | 11/09/2008 | 95,634.00 | 10/24/08 | 17 | 10/20/2008 | 1901 Cooper Dr., Ardmore, OK 73401 | Prepaid | Hub Group |
| 92524298 | 2172293 | 10/24/2008 | 11/13/2008 | 76,260.00 | 10/24/08 | 17 | 10/24/2008 | 19925 Independence Blvd., Groveland, FL 34736 | Prepaid | Hub Group |
| 92512642 | 2168957 | 10/13/2008 | 11/02/2008 | 76,260.00 | 10/23/08 | 18 | 10/13/2008 | 19925 Independence Blvd., Groveland, FL 34736 | Prepaid | Hub Group |
| 92512643 | 2168957 | 10/13/2008 | 11/02/2008 | 76,260.00 | 10/23/08 | 18 | 10/13/2008 | 19925 Independence Blvd., Groveland, FL 34736 | Prepaid | Hub Group |
| 92512646 | 2168952 | 10/13/2008 | 11/02/2008 | 84,816.00 | 10/23/08 | 18 | 10/13/2008 | 14301 Mattawoman Dr., Brandywine, MD 20613 | Prepaid | Hub Group |
| 92514238 | 2168956 | 10/14/2008 | 11/03/2008 | 84,816.00 | 10/23/08 | 18 | 10/14/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Hub Group |
| 92514239 | 2168956 | 10/14/2008 | 11/03/2008 | 76,260.00 | 10/23/08 | 18 | 10/14/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Hub Group |
| 92514240 | 2168957 | 10/14/2008 | 11/03/2008 | 84,816.00 | 10/23/08 | 18 | 10/14/2008 | 19925 Independence Blvd., Groveland, FL 34736 | Prepaid | Hub Group |
| 92515559 | 2168956 | 10/15/2008 | 11/04/2008 | 76,260.00 | 10/23/08 | 18 | 10/15/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Hub Group |
| 92515560 | 2168956 | 10/15/2008 | 11/04/2008 | 84,816.00 | 10/23/08 | 18 | 10/15/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Hub Group |
| 92516821 | 2168956 | 10/16/2008 | 11/05/2008 | 84,816.00 | 10/23/08 | 18 | 10/16/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Hub Group |
| 92516822 | 2168956 | 10/16/2008 | 11/05/2008 | 84,816.00 | 10/23/08 | 18 | 10/16/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Hub Group |
| 92516823 | 2168955 | 10/16/2008 | 11/05/2008 | 84,816.00 | 10/23/08 | 18 | 10/16/2008 | 1901 Cooper Dr., Ardmore, OK 73401 | Prepaid | Hub Group |
| 92516824 | 2168955 | 10/16/2008 | 11/05/2008 | 84,816.00 | 10/23/08 | 18 | 10/16/2008 | 1901 Cooper Dr., Ardmore, OK 73401 | Prepaid | Hub Group |
| 92516825 | 2168955 | 10/16/2008 | 11/05/2008 | 84,816.00 | 10/23/08 | 18 | 10/16/2008 | 1901 Cooper Dr., Ardmore, OK 73401 | Prepaid | Hub Group |
| 92516826 | 2168955 | 10/16/2008 | 11/05/2008 | 84,816.00 | 10/23/08 | 18 | 10/16/2008 | 1901 Cooper Dr., Ardmore, OK 73401 | Prepaid | Hub Group |
| 92519070 | 2168851 | 10/20/2008 | 11/09/2008 | 113,900.00 | 10/20/08 | 18 | 10/20/2008 | 1901 Cooper Dr., Ardmore, OK 73401 | Prepaid | Hub Group |

Schedule for 503 (b) (9) Claim

| Invoice# | PO | Inv Date | Net due dt | Amt | Date of Delivery | # Days from 11/10/08 | Date of Shipment Address of Delivery | Method of Delivery | Carrier |
|---|---|---|---|---|---|---|---|---|---|
| 92514242 | 2168955 | 10/14/2008 | 11/28/2008 | 76,260.00 | 10/21/08 | 20 | 10/14/08 1901 Cooper Dr, Ardmore, OK 73401 | Prepaid | Hub Group |
| 95514244 | 2168955 | 10/14/2008 | 11/28/2008 | 76,260.00 | 10/21/08 | 20 | 10/14/08 1901 Cooper Dr, Ardmore, OK 73401 | Prepaid | Hub Group |
| 95273619 | 2177349 | 10/31/2008 | 11/20/2008 | 2,193.24 | 10/31/08 | 5 & 3 | 10/31/08 4000 Township Line Rd, Bethlehem, PA 18020 | Prepaid | UPS |
| 95273601 | 2177352 | 10/30/2008 | 11/19/2008 | 6,579.72 | | 8pcs 11/5/08 & 1pc 11/7/08 | 10/30/08 1901 Cooper Dr, Ardmore, OK 73401 | Prepaid | UPS |
| 95273602 | 2177352 | 10/30/2008 | 11/19/2008 | 6,579.72 | | 8pcs 11/4/08 & 1pc 11/10/08 | 10/30/08 1901 Cooper Dr, Ardmore, OK 73401 | Prepaid | UPS |
| 95273603 | 2177353 | 10/30/2008 | 11/19/2008 | 9,504.04 | | 12pcs 11/4/08 & 1pc 11/7/08 | 10/30/2008 19925 Independence Blvd., Groveland, FL 34736 | Prepaid | UPS |
| 92518238 | 2525982 | 10/17/2008 | 11/19/2008 | 6,579.72 | | 8pcs 11/4/08 & 1pc 11/7/08 | 10/30/2008 19925 Independence Blvd., Groveland, FL 34736 | Prepaid | UPS |
| 92518239 | 17066728 | 10/17/08 | 11/16/08 | 226.95 | 10/21/08 | 20 | 10/17/08 3737B Duncanville Rd, Dallas TX 75236 | Prepaid | UPS |
| 92518240 | 17066728 | 10/17/08 | 11/16/08 | 238.25 | 10/21/08 | 20 | 10/17/08 8125 Mall Rd, Florence, KY 41042 | Prepaid | UPS |
| 92518241 | 2526231 | 10/17/08 | 11/16/08 | 240.18 | 10/21/08 | 20 | 10/17/08 J.Romero, 6958 Helen Wy, Fontana, CA 92336 | Prepaid | UPS |
| 92518242 | 2526231 | 10/17/08 | 11/16/08 | 233.82 | 10/21/08 | 20 | 10/17/08 C.Kim, 1403 Savory Ct, Colleyville, TX 76034 | Prepaid | UPS |
| 92518243 | 2526231 | 10/17/08 | 11/16/08 | 35.97 | 10/21/08 | 20 | 10/17/08 J.Waldeck, 5116 Miller South Rd, Bristolville, OH 44402 | Prepaid | UPS |
| 92518244 | 2526231 | 10/17/08 | 11/16/08 | 236.73 | 10/21/08 | 20 | 10/17/08 D.Thatcher, 270 Bunnell Pond Rd, Honesdale, PA 18431 | Prepaid | UPS |
| 92518245 | 2526231 | 10/17/08 | 11/16/08 | 240.18 | 10/21/08 | 20 | 10/17/08 M.Galper, 600 Knight Way, La Canada Flintridge, CA 91011 | Prepaid | UPS |
| 92519440 | 17031594 | 10/17/08 | 11/16/08 | 831.71 | 10/21/08 | 20 | 10/17/08 19925 Independence Blvd, Groveland, FL 34736 | Prepaid | UPS |
| 92519441 | 2526743 | 10/20/08 | 11/19/08 | 718.87 | 10/21/08 | 20 | 10/17/08 40480 Winchester Rd, Temecula, CA 92591 | Prepaid | USF Holland |
| 92519431 | 2526468 | 10/20/08 | 11/19/08 | 232.62 | 10/21/08 | 20 | 10/17/08 1325 W. Corporate Ct, Lithia Springs, GA 30122 | Prepaid | UPS |
| 92519437 | 2526743 | 10/20/08 | 11/19/08 | 1,110.94 | 10/22/08 | 20 | 10/20/08 J.Woodman, 20 Westbrook Dr, Hamilton, GA 31811 | Prepaid | UPS |
| 92519432 | 170499645 | 10/20/08 | 11/19/08 | 141.62 | 10/22/08 | 20 | 10/20/08 1313-D George Dieter Dr, El Paso, TX 79936 | Prepaid | UPS |
| 92519433 | 17023278 | 10/20/08 | 11/19/08 | 706.65 | 10/22/08 | 19 | 10/20/08 7980 Arcadia Blvd, Citrus Heights, CA 95610 | Prepaid | UPS |
| 92519434 | 17077530 | 10/20/08 | 11/19/08 | 425.82 | 10/22/08 | 19 | 10/20/08 2500 W Intel Speedway, Daytona Beach, FL 32114 | Prepaid | UPS |
| 92519435 | 2526743 | 10/20/08 | 11/19/08 | 240.18 | 10/22/08 | 19 | 10/20/08 G.Silver, 152 Rancho Bonita Wy, Sonoma, CA 95476 | Prepaid | UPS |
| 92519436 | 2526743 | 10/20/08 | 11/19/08 | 234.08 | 10/22/08 | 19 | 10/20/08 K.Mendenhall, 8260 NE 41st Ct, Anthony, FL 32617 | Prepaid | UPS |
| 92519438 | 2526743 | 10/20/08 | 11/19/08 | 243.09 | 10/22/08 | 19 | 10/20/08 1313-D George Dieter Dr, El Paso, TX 79936 | Prepaid | UPS |
| 92519439 | 2526743 | 10/20/08 | 11/19/08 | 233.82 | 10/22/08 | 19 | 10/20/08 R.Fly, 5144 Pioneer Dr E, Lake Isabella, CA 93240 | Prepaid | UPS |
| 92521092 | 2526743 | 10/20/08 | 11/19/08 | 231.17 | 10/22/08 | 19 | 10/20/08 3475 William Penn Hwy, Pittsburgh, PA 15235 | Prepaid | UPS |
| 92521093 | REPLEN T | 10/20/08 | 11/19/08 | 230.90 | 10/22/08 | 19 | 10/20/08 J. Caleo, 120 Watch Hill Rd, Coatesville, PA 19230 | Prepaid | UPS |
| 92519444 | 2526743 | 10/20/08 | 11/19/08 | 454.71 | 10/22/08 | 19 | 10/20/08 7705 Market Place Dr, Aurora, OH 44202 | Prepaid | UPS |
| 92521094 | REPLEN T | 10/21/08 | 11/20/08 | 228.25 | 10/23/08 | 18 | 10/21/08 M.Calcaterra, 963 Hidden Cove Dr, White Lake, MI 48386 | Prepaid | UPS |
| 92521086 | 2527067 | 10/21/08 | 11/20/08 | 447.55 | 10/23/08 | 18 | 10/21/08 1450 Nixon Dr, Mount Laurel, NJ 08054 | Prepaid | UPS |
| 92521087 | REPLEN T | 10/21/08 | 11/20/08 | 237.26 | 10/23/08 | 18 | 10/21/08 D.Waldrop, 254 E County Line Rd, New Braunfels, TX 78130 | Prepaid | UPS |
| 92521088 | REPLEN T | 10/21/08 | 11/20/08 | 236.86 | 10/23/08 | 18 | 10/21/08 1325 W. Corporate Ct, Lithia Springs, GA 30122 | Prepaid | UPS |
| 92521089 | REPLEN T | 10/21/08 | 11/20/08 | 234.08 | 10/23/08 | 18 | 10/21/08 3733 W. Emporium Cir, Mesquite, TX 75150 | Prepaid | UPS |
| 92521090 | REPLEN T | 10/21/08 | 11/20/08 | 126.85 | 10/23/08 | 18 | 10/21/08 1100 Circuit City Rd, Marion, IL 62959 | Prepaid | UPS |
| 92521095 | 17086814 | 10/21/08 | 11/20/08 | 25.33 | 10/23/08 | 18 | 10/21/08 7781 W. Tropical Pkwy, Las Vegas, NV 89149 | Prepaid | UPS |
| 92521096 | 2527110 | 10/21/08 | 11/20/08 | 240.18 | 10/23/08 | 18 | 10/21/08 2217 Quimby Rd, San Jose, CA 95122 | Prepaid | UPS |
| 92521097 | 2527144 | 10/21/08 | 11/20/08 | 233.82 | 10/23/08 | 18 | 10/21/08 C.VonTobel, 4347 Fistor Dr, Santa Rosa, CA 95409 | Prepaid | UPS |
| 92521098 | 2527606 | 10/21/08 | 11/20/08 | 236.73 | 10/23/08 | 18 | 10/21/08 A. Lombardo, 9 Acken Ln, Princeton, NJ 08540 | Prepaid | UPS |
| 92521099 | 2527144 | 10/21/08 | 11/20/08 | 233.82 | 10/23/08 | 18 | 10/22/08 J. Neeley, 1700 Highland Meadows Dr, Prosper, TX 75078 | Prepaid | UPS |
| 92521100 | 2527144 | 10/21/08 | 11/20/08 | 531.29 | 10/24/08 | 18 | 10/22/08 11810 Pines Blvd, Pembroke Pines, FL 33026 | Prepaid | UPS |
| 92521101 | 2527144 | 10/21/08 | 11/20/08 | 17.08 | 10/24/08 | 18 | 10/22/08 L.Domingue, 7 Catesby Ln, Bedford, NH 03110 | Prepaid | UPS |
| 92522261 | 16731613 | 10/22/08 | 11/21/08 | 22.68 | 10/24/08 | 17 | 10/21/08 M.Melconian, 1614 Greenbriar Rd, Glendale, CA 91207 | Prepaid | UPS |
| 92522262 | 17166432 | 10/22/08 | 11/21/08 | 291.87 | 10/24/08 | 17 | 10/21/08 B.Brown, 162 Quinton Marlboro Rd, Salem, NJ 08079 | Prepaid | UPS |
| 92521102 | 2527144 | 10/22/08 | 11/20/08 | 459.21 | 10/24/08 | 17 | 10/21/08 11810 Pines Blvd, Pembroke Pines, FL 33026 | Prepaid | UPS |
| 92521103 | 2527304 | 10/22/08 | 11/20/08 | 234.08 | 10/24/08 | 17 | 10/21/08 151 N. Peters Rd, Knoxville, TN 37923 | Prepaid | UPS |
| 92523507 | 2527892 | 10/23/08 | 11/22/08 | 464.71 | 10/27/08 | 14 | 10/23/08 1100 Circuit City Rd, Marion, IL 62959 | Prepaid | UPS |
| 92522256 | 2527560 | 10/22/08 | 11/21/08 | 705.15 | 10/24/08 | 17 | 10/21/08 505 S. Cheryl Ln, Walnut, CA 91789 | Prepaid | UPS |
| 92522257 | 2527606 | 10/22/08 | 11/21/08 | 100.84 | 10/24/08 | 17 | 10/22/08 400 Crossing Dr, Bristol, PA 19007 | Prepaid | UPS |
| 92522258 | 2527606 | 10/22/08 | 11/21/08 | 248.06 | 10/24/08 | 17 | 10/22/08 7700 N. Kendall Dr #400, Miami, FL 33186 | Prepaid | UPS |
| 92522259 | 2527612 | 10/22/08 | 11/21/08 | 231.17 | 10/24/08 | 17 | 10/22/08 1100 Circuit City Rd, Marion, IL 62959 | Prepaid | UPS |
| 92522260 | 2527606 | 10/22/08 | 11/21/08 | 440.92 | 10/24/08 | 17 | 10/22/08 S. Wegman, 700 John St, Bensenville, IL 60106 | Prepaid | UPS |
| 92523506 | 2527932 | 10/23/08 | 11/22/08 | 459.21 | 10/27/08 | 14 | 10/23/08 3737B Duncanville Rd, Dallas TX 75236 | Prepaid | UPS |
| 92523508 | 2528043 | 10/23/08 | 11/22/08 | 256.25 | 10/27/08 | 14 | 10/23/08 3331 Rosecrans St, San Diego, CA 92110 | Prepaid | UPS & Fed Ex Express |
| 92523509 | 16769376 | 10/23/08 | 11/22/08 | 35.80 | 10/27/08 | 14 | 10/23/08 1100 Circuit City Rd, Marion, IL 62959 | Prepaid | UPS |
| 92523510 | 16800583 | 10/23/08 | 11/22/08 | 236.79 | 10/27/08 | 14 | 10/23/08 3211 Peoples St. Space A, Johnson City, TN 37604 | Prepaid | UPS |
| 92523511 | 17168357 | 10/23/08 | 11/22/08 | 230.37 | 10/27/08 | 14 | 10/23/08 5660 Sepulveda Blvd, Culver City, CA 90230 | Prepaid | UPS |
| 92527004 | 2529667 | 10/28/08 | 11/27/08 | 120.49 | 10/29/08 | 12 | 10/28/08 C. Harrell, 804 Jefferey Ln, Birmingham, AL 35235 | Prepaid | UPS |
| 92527009 | 2529523 | 10/28/08 | 11/27/08 | 82.93 | 10/29/08 | 12 | 10/28/08 1325 W. Corporate Ct, Lithia Springs, GA 30122 | Prepaid | UPS |
| 92527010 | 2529949 | 10/28/08 | 11/27/08 | 236.73 | 10/29/08 | 12 | 10/28/08 1325 W. Corporate Ct, Lithia Springs, GA 30122 | Prepaid | UPS |
| 92526984 | 2528093 | 10/28/08 | 11/27/08 | 150.42 | 10/30/08 | 11 | 10/28/08 505 S. Cheryl Ln, Walnut, CA 91789 | Prepaid | Fed Ex National LTL |
| 92526985 | 2528192 | 10/28/08 | 11/27/08 | 234.24 | 10/30/08 | 11 | 10/28/08 505 S. Cheryl Ln, Walnut, CA 91789 | Prepaid | Fed Ex Express |
| 92526966 | 16147645 | 10/28/08 | 11/27/08 | 377.16 | 10/30/08 | 11 | 10/28/08 100 Meyerland Plaza Mall, Houston, TX 77096 | Prepaid | UPS |
| 92526987 | 2530049 | 10/28/08 | 11/27/08 | 233.82 | 10/30/08 | 11 | 10/28/08 M.Pietsch, 2883 Parkwood Dr, Green Bay, WI 54313 | Prepaid | UPS |

Page 2 of 4

Schedule for 503 (b) (9) Claim

| Invoice# | PO | Inv Date | Net due dt | Amt | Date of Delivery | # Days from 11/10/08 | Date of Shipment | Address of Delivery | Method of Delivery | Carrier |
|---|---|---|---|---|---|---|---|---|---|---|
| 92526988 | 2530349 | 10/28/08 | 11/27/08 | 240.18 | 10/30/08 | 11 | 10/28/08 | M.Bravo, 12441 Breeze Ln, Mira Loma, CA 91752 | Prepaid | UPS |
| 92526989 | 2530349 | 10/28/08 | 11/27/08 | 230.37 | 10/30/08 | 11 | 10/28/08 | M.Buckner, 11 Dodsworth Ct, Durham, NC 27705 | Prepaid | UPS |
| 92526990 | 2530349 | 10/28/08 | 11/27/08 | 233.82 | 10/30/08 | 11 | 10/28/08 | R. Wheat, 126 Country Pl S, Abilene, TX 79606 | Prepaid | UPS |
| 92526991 | 2530349 | 10/28/08 | 11/27/08 | 230.37 | 10/30/08 | 11 | 10/28/08 | M. Russell, 1237 Woodchurch Ln, Saint Augustine, FL 32092 | Prepaid | UPS |
| 92526992 | 2530349 | 10/28/08 | 11/27/08 | 233.29 | 10/30/08 | 11 | 10/28/08 | D.Bruner, 4500 Cliff Rd, Graceville, FL 32440 | Prepaid | UPS |
| 92526993 | 2530349 | 10/28/08 | 11/27/08 | 231.17 | 10/30/08 | 11 | 10/28/08 | A. Laplante, 245 Point Clear Dr, Conroe, TX 77304 | Prepaid | UPS |
| 92526994 | 2530349 | 10/28/08 | 11/27/08 | 240.18 | 10/30/08 | 11 | 10/28/08 | T. Novack, 1970 Smokey Meadow Dr, Columbus, OH 43235 | Prepaid | UPS |
| 92526995 | 2529867 | 10/28/08 | 11/27/08 | 231.17 | 10/30/08 | 11 | 10/28/08 | T. Bedford, 8023 La Crosse Wy, Riverside, CA 92508 | Prepaid | UPS |
| 92526996 | 2529867 | 10/28/08 | 11/27/08 | 239.78 | 10/30/08 | 11 | 10/28/08 | D. Richardson, 4318 Pinfish Ln, Palmetto, FL 34221 | Prepaid | UPS |
| 92526997 | 2529867 | 10/28/08 | 11/27/08 | 236.73 | 10/30/08 | 11 | 10/28/08 | W. Rogers, 18717 Willow Ave, Country Club Hills, IL 60478 | Prepaid | UPS |
| 92526998 | 2530349 | 10/28/08 | 11/27/08 | 231.17 | 10/30/08 | 11 | 10/28/08 | R. Torres, 11366 Olive Cir, Fontana, CA 92337 | Prepaid | UPS |
| 92526999 | 2530349 | 10/28/08 | 11/27/08 | 240.18 | 10/30/08 | 11 | 10/28/08 | B. Sanchez, 6415 British Ln, Arlington, TX 76002 | Prepaid | UPS |
| 92527000 | 2529867 | 10/28/08 | 11/27/08 | 233.82 | 10/30/08 | 11 | 10/28/08 | J. Cotter, 419 E Forest Ave, Neenah, WI 54956 | Prepaid | UPS |
| 92527001 | 2529867 | 10/28/08 | 11/27/08 | 230.90 | 10/30/08 | 11 | 10/28/08 | C. Tupper, 282 Dennison St, Swoyersville, PA 18704 | Prepaid | UPS |
| 92527003 | 2529867 | 10/28/08 | 11/27/08 | 233.82 | 10/30/08 | 11 | 10/28/08 | J. Agile, 333 Old Hallsburg Rd, Riesel, TX 76682 | Prepaid | UPS |
| 92527005 | 2529667 | 10/28/08 | 11/27/08 | 231.17 | 10/30/08 | 11 | 10/28/08 | W. Bognar, 3977 Trapani Pl, Las Vegas, NV 89141 | Prepaid | UPS |
| 92527006 | 2529867 | 10/28/08 | 11/27/08 | 237.26 | 10/30/08 | 11 | 10/28/08 | J. Agile, 333 Old Hallsburg Rd, Riesel, TX 76682 | Prepaid | UPS |
| 92527007 | 2528280 | 10/28/08 | 11/27/08 | 358.81 | 10/30/08 | 11 | 10/28/08 | 3737B Duncanville Rd, Dallas TX 75236 | Prepaid | UPS |
| 92527008 | 2530205 | 10/28/08 | 11/27/08 | 108.07 | 10/30/08 | 11 | 10/28/08 | 1100 Circuit City Rd, Marion, IL 62959 | Prepaid | UPS |
| 92527011 | 2530319 | 10/28/08 | 11/27/08 | 1,014.50 | 10/30/08 | 11 | 10/28/08 | 505 S. Cheryl Ln, Walnut, CA 91789 | Prepaid | Fed Ex National LTL |
| 92527012 | REPLEN T | 10/28/08 | 11/27/08 | 52.80 | 10/30/08 | 11 | 10/28/08 | 15104 E. Indiana Ave, Spokane, WA 99205 | Prepaid | UPS |
| 92527013 | REPLEN T | 10/28/08 | 11/27/08 | 476.04 | 10/30/08 | 11 | 10/28/08 | 2501 W. Happy Valley Rd, Phoenix, AZ 85027 | Prepaid | UPS |
| 92527014 | REPLEN T | 10/28/08 | 11/27/08 | 240.18 | 10/30/08 | 11 | 10/28/08 | 15104 E. Indiana Ave, Spokane, WA 99205 | Prepaid | UPS |
| 92527015 | REPLEN T | 10/28/08 | 11/27/08 | 477.50 | 10/30/08 | 11 | 10/28/08 | 10255 Magnolia Ave, Riverside, CA 92503 | Prepaid | UPS |
| 92527016 | REPLEN T | 10/28/08 | 11/27/08 | 237.26 | 10/30/08 | 11 | 10/28/08 | 4994 N. Claremont Ave, Stockton, CA 95207 | Prepaid | UPS |
| 92527018 | I7204371 | 10/28/08 | 11/27/08 | 948.87 | 10/30/08 | 11 | 10/28/08 | 1409 W. I-240 SVC Rd, Oklahoma City, OK 73159 | Prepaid | UPS |
| 92527019 | I7172900 | 10/28/08 | 11/27/08 | 246.86 | 10/30/08 | 11 | 10/28/08 | 7781 W. Tropical Pkwy, Las Vegas, NV 89149 | Prepaid | UPS |
| 92527020 | I7198068 | 10/28/08 | 11/27/08 | 144.59 | 10/30/08 | 11 | 10/28/08 | 2735 S. Towne Ave, Pomona, CA 91766 | Prepaid | UPS |
| 92527021 | I7098903 | 10/28/08 | 11/27/08 | 969.93 | 10/30/08 | 11 | 10/28/08 | 2800 196th St SW, Lynnwood, WA 98036 | Prepaid | UPS |
| 92527022 | I7242035 | 10/28/08 | 11/27/08 | 963.26 | 10/30/08 | 11 | 10/28/08 | 5530 E. Broadway Blvd, Tucson, AZ 85711 | Prepaid | UPS |
| 92527023 | REPLEN T | 10/28/08 | 11/27/08 | 450.33 | 10/30/08 | 11 | 10/28/08 | 6155 Youngerman Cir, Jacksonville, FL 32244 | Prepaid | UPS |
| 92527024 | REPLEN T | 10/28/08 | 11/27/08 | 454.71 | 10/30/08 | 11 | 10/28/08 | 1420 E. Golf Rd, Schaumburg, IL 60173 | Prepaid | UPS |
| 92527025 | I6957993 | 10/28/08 | 11/27/08 | 230.90 | 10/30/08 | 11 | 10/28/08 | 6001 W. Sample Rd, Coral Springs, FL 33067 | Prepaid | UPS |
| 92527026 | I7201357 | 10/28/08 | 11/27/08 | 98.51 | 10/30/08 | 11 | 10/28/08 | 6001 W. Sample Rd, Coral Springs, FL 33067 | Prepaid | UPS |
| 92527027 | 2530544 | 10/28/08 | 11/27/08 | 366.42 | 10/30/08 | 11 | 10/28/08 | 2217 Quimby Rd., San Jose, CA 95122 | Prepaid | UPS |
| 92527028 | 253.518 | 10/28/08 | 11/27/08 | 226.95 | 10/30/08 | 11 | 10/28/08 | 2500 W Intel Speedway, Daytona Beach, FL 32114 | Prepaid | UPS |
| 92527029 | 2530573 | 10/28/08 | 11/27/08 | 235.46 | 10/30/08 | 11 | 10/28/08 | 3737B Duncanville Rd, Dallas TX 75236 | Prepaid | UPS |
| 92527002 | 2529867 | 10/28/08 | 11/27/08 | 240.18 | 10/30/08 | 11 | 10/28/08 | 7980 Arcadia Blvd., Citrus Heights, CA 95610 | Prepaid | UPS |
| 92527006 | 2530664 | 10/28/08 | 11/27/08 | 126.85 | 10/30/08 | 11 | 10/28/08 | 505 S. Cheryl Ln, Walnut, CA 91789 | Prepaid | Fed Ex National LTL |
| 92528297 | 2530799 | 10/28/08 | 11/28/08 | 143.35 | 10/31/08 | 10 | 10/29/08 | 400 Longfellow Ct Ste B, Livermore, CA 94550 | Prepaid | UPS |
| 92528298 | REPLEN T | 10/28/08 | 11/28/08 | 461.86 | 10/31/08 | 10 | 10/29/08 | 7781 West Tropical Pkwy, Las Vegas, NV 89149 | Prepaid | UPS |
| 92528299 | REPLEN T | 10/28/08 | 11/28/08 | 715.06 | 10/31/08 | 10 | 10/29/08 | 9954 Mayland Dr., Richmond, VA 23233 | Prepaid | UPS |
| 92528300 | I7306836 | 10/28/08 | 11/28/08 | 372.85 | 10/31/08 | 10 | 10/29/08 | M. Ramirez, 1314 N Basque Cir, Anaheim, CA 92806 | Prepaid | UPS |
| 92528301 | I7335359 | 10/28/08 | 11/28/08 | 250.65 | 10/31/08 | 10 | 10/29/08 | L. Cesare, 5174 East 6th St., Tucson, AZ 85711 | Prepaid | UPS |
| 92528302 | 2530802 | 10/28/08 | 11/28/08 | 2,574.32 | 10/31/08 | 10 | 10/29/08 | 1100 Circuit City Rd, Marion, IL 62959 | Prepaid | UPS |
| 92528303 | 2530349 | 10/28/08 | 11/28/08 | 36.33 | 10/31/08 | 10 | 10/29/08 | 505 S. Cheryl Ln, Walnut, CA 91789 | Prepaid | Fed Ex National LTL |
| 92528304 | I7246809 | 10/28/08 | 11/28/08 | 428.30 | 10/31/08 | 10 | 10/29/08 | 505 S. Cheryl Ln, Walnut, CA 91789 | Prepaid | UPS |
| 92528305 | 2530896 | 10/28/08 | 11/28/08 | 43.39 | 10/31/08 | 10 | 10/29/08 | R. Howell, 404 West Park Ridge Ave., Appleton, WI 54911 | Prepaid | UPS |
| 92528306 | 2530896 | 10/28/08 | 11/28/08 | 241.17 | 10/31/08 | 10 | 10/29/08 | L. Hutchins, 10920 Highland Rd Apt 11C, White Lake, MI 48386 | Prepaid | UPS |
| 92528307 | 2530896 | 10/28/08 | 11/28/08 | 233.82 | 10/31/08 | 10 | 10/29/08 | 505 S. Cheryl Ln, Walnut, CA 91789 | Prepaid | UPS |
| 92529514 | 2531661 | 10/30/08 | 11/29/08 | 2,526.21 | 11/3/08 | 7 | 10/30/08 | 3300 N. Central Expressway, Plano, TX 75074 | Prepaid | Fed Ex National LTL |
| 92529515 | I7290523 | 10/30/08 | 11/29/08 | 55.80 | 11/3/08 | 7 | 10/30/08 | 1325 W Corporate Ct, Lithia Springs, GA 30122 | Prepaid | UPS |
| 92529895 | 2530349 | 10/30/08 | 11/29/08 | 233.82 | 11/3/08 | 7 | 10/30/08 | 2109 Matthews Township Pkwy, Matthews, NC 28105 | Prepaid | UPS |
| 92529502 | 2531152 | 10/30/08 | 11/29/08 | 24.24 | 11/3/08 | 7 | 10/30/08 | K. Bearman, 5301 Sandalwood Dr, McKinney, TX 75070 | Prepaid | UPS |
| 92529503 | I7335040 | 10/30/08 | 11/29/08 | 227.46 | 11/3/08 | 7 | 10/30/08 | 400 Crossing Dr., Bristol, PA 19007 | Prepaid | UPS |
| 92529504 | 2532048 | 10/30/08 | 11/29/08 | 2,011.45 | 11/3/08 | 7 | 10/30/08 | 6155 Youngerman Circle, Jacksonville, FL 32244 | Prepaid | UPS |
| 92529505 | I7012641 | 10/30/08 | 11/29/08 | 2,028.41 | 11/3/08 | 7 | 10/30/08 | 691 Gravois Blvd., Fenton, MO 63026 | Prepaid | UPS |
| 92529506 | I6841767 | 10/30/08 | 11/29/08 | 2,071.83 | 11/3/08 | 7 | 10/30/08 | 13350 East Freeway, Houston, TX 77015 | Prepaid | UPS |
| 92529507 | I6324272 | 10/30/08 | 11/29/08 | 2,071.83 | 11/3/08 | 7 | 10/30/08 | 12133 Mall Blvd., Victorville, CA 92392 | Prepaid | UPS |
| 92529508 | I7219958 | 10/30/08 | 11/29/08 | 2,071.83 | 11/3/08 | 7 | 10/30/08 | 39331 10th St., Palmdale, CA 93551 | Prepaid | UPS |
| 92529509 | I7252111 | 10/30/08 | 11/29/08 | 1,037.06 | 11/3/08 | 7 | 10/30/08 | 400 Sunset Blvd., Los Angeles, CA 90027 | Prepaid | UPS |
| 92529510 | I7252111 | 10/30/08 | 11/29/08 | 237.26 | 11/3/08 | 7 | 10/30/08 | 12133 Mall Blvd., Victorville, CA 92392 | Prepaid | UPS |
| 92529511 | 2531426 | 10/30/08 | 11/29/08 | 229.71 | 11/3/08 | 7 | 10/30/08 | 12133 Mall Blvd., Victorville, CA 92392 | Prepaid | UPS |
| 92529512 | 2531426 | 10/30/08 | 11/29/08 | 233.82 | 11/3/08 | 7 | 10/30/08 | J. Danner, 231 Ferguson Dr., Ashville, NC 28806 | Prepaid | UPS |
| | | | | | 11/3/08 | 7 | 10/30/08 | B. Craig, 7 Saint Mark St., Auburn, MA 01501 | Prepaid | UPS |

Page 3 of 4

Schedule for 503 (b) (9) Claim

| Invoice# | PO | Inv Date | Net due dt | Amt | Date of Delivery | # Days from 11/10/08 | Date of Shipment | Address of Delivery | Method of Delivery | Carrier |
|---|---|---|---|---|---|---|---|---|---|---|
| 92529513 | 2531426 | 10/30/08 | 11/29/08 | 234.08 | 11/3/08 | 7 | 10/30/08 | T. McConeghy, 9206 North Coal Reef Rd., Mccordsville, IN 46055 | Prepaid | UPS |
| 92530743 | REPLEN 1 | 10/31/08 | 11/30/08 | 450.33 | 11/4/08 | 6 | 10/31/08 | 4601 Creedmoor Rd., Raleigh, NC 27612 | Prepaid | UPS |
| 92530744 | I7294120 | 10/31/08 | 11/30/08 | 83.54 | 11/4/08 | 6 | 10/31/08 | 2735 S. Towne Ave, Pomona, CA 91766 | Prepaid | UPS |
| 92530745 | I7377632 | 10/31/08 | 11/30/08 | 938.13 | 11/4/08 | 6 | 10/31/08 | 5701 Touhy Ave., Niles, IL 60714 | Prepaid | USF Holland |
| 92531782 | 2532688 | 11/3/08 | 12/3/08 | 290.67 | 11/5/08 | 5 | 11/3/08 | 400 Crossing Dr., Bristol, PA 19007 | Prepaid | UPS |
| 92531783 | 2532380 | 11/3/08 | 12/3/08 | 230.11 | 11/5/08 | 5 | 11/3/08 | C. Laman, 819 Main St., Cave City, AR 72521 | Prepaid | UPS |
| 92531784 | 2532380 | 11/3/08 | 12/3/08 | 240.18 | 11/5/08 | 5 | 11/3/08 | M. Vitale, 10356 Gerald Ave., Granada Hills, CA 91344 | Prepaid | UPS |
| 92531785 | 2532380 | 11/3/08 | 12/3/08 | 231.17 | 11/5/08 | 5 | 11/3/08 | E. Romeril, 8909 Park Davis Dr., Indianapolis, IN 46235 | Prepaid | UPS |
| 92531786 | 2532380 | 11/3/08 | 12/3/08 | 231.17 | 11/5/08 | 5 | 11/3/08 | J. Ross, 1951 East High St., Springfield, MO 65803 | Prepaid | UPS |
| 92531787 | 2532380 | 11/3/08 | 12/3/08 | 228.25 | 11/5/08 | 5 | 11/3/08 | M. Moore, 85 Miller Rd., New Oxford, PA 17350 | Prepaid | UPS |
| 92531788 | 2532653 | 11/3/08 | 12/3/08 | 234.08 | 11/5/08 | 5 | 11/3/08 | C. Sonier, 1126 Highway 20, Thibodaux, LA 70301 | Prepaid | UPS |
| 92531789 | 2532653 | 11/3/08 | 12/3/08 | 233.82 | 11/5/08 | 5 | 11/3/08 | J. Jeznach, 21 Bridle Path, Shrewsbury, MA 01545 | Prepaid | UPS |
| 92531790 | 2532653 | 11/3/08 | 12/3/08 | 231.17 | 11/5/08 | 5 | 11/3/08 | L. Hutchins, 10920 Highland Rd Apt 11C, White Lake, MI 48386 | Prepaid | UPS |
| 92531791 | 2532653 | 11/3/08 | 12/3/08 | 240.18 | 11/5/08 | 5 | 11/3/08 | T. Spangola, 2016 Waltzer Rd., Santa Rosa, CA 95403 | Prepaid | UPS |
| 92531792 | 2532823 | 11/3/08 | 12/3/08 | 150.96 | 11/5/08 | 5 | 11/3/08 | 505 S. Cheryl Ln, Walnut, CA 91789 | Prepaid | Fed Ex National LTL |

Total 4,965,976.18