Philip C. Baxa (VSB No. 22977)
MERCERTRIGIANI LLP
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
Phil.baxa@mercertrigiani.com

-and-

KING & SPALDING LLP
James A. Pardo, Jr.
Georgia Bar No. 561206
jpardo@kslaw.com
Thaddeus D. Wilson
Georgia Bar No. 596008
thadwilson@kslaw.com
1180 Peachtree Street
Atlanta, Georgia  30309-3521
Telephone:    (404) 572-4600
Facsimile:    (404) 572-5129

*Counsel for Mitsubishi Digital Electronics America, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

------------------------------------------------X
|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |

------------------------------------------------X

## MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.'S RESPONSE TO DEBTORS' FOURTH OMNIBUS OBJECTION TO CERTAIN DUPLICATIVE CLAIMS

NOW COMES Mitsubishi Digital Electronics America, Inc. ("Mitsubishi"), by its undersigned counsel, responding as follows to Debtors' Fourth Omnibus Objection to Certain Duplicative Claims (the "Objection"):

1.      In the Objection, the Debtors concede that Mitsubishi filed a proof of claim with the Debtors' claims agent Kurtzman Carson Consultants, LLC ("Kurtzman") on January 28, 2009 (the "Mitsubishi Claim"), attached hereto as Exhibit A.  The Debtors correctly observe that

the Mitsubishi claim includes a claim for administrative priority under Bankruptcy Code §

503(b)(9) in the amount of $4,965,976.18. Mitsubishi does not dispute that such administrative

priority claim duplicates that certain Proof of Section 503(b)(9) Claim that had been filed by

Mitsubishi on November 18, 2008 in the amount of $4,965,976.18. A copy of the Proof of

Section 503(b)(9) Claim is attached hereto as <u>Exhibit B</u>.

    2.    However, the Debtors' Objection fails to recognize the amended proof of claim

filed by Mitsubishi with Kurtzman on April 17, 2009 (the "Mitsubishi Amended Claim"),

attached hereto as <u>Exhibit C</u>, whereby Mitsubishi amended the Mitsubishi Claim to reflect the

following claims: a secured claim for $3,110,267.24 and an unsecured claim for $12,147,810.41,

of which $7,181,834.23 is a general unsecured claim and $4,965,976.18 is a Section 503(b)(9)

claim for goods shipped to the Debtors within twenty (20) days of the Debtors filing of their

bankruptcy petitions.

    3.    Mitsubishi opposes the Objection solely to the extent that it fails to recognize the

Mitsubishi Amended Claim. Mitsubishi does not object to the Debtors' effort to eliminate the

Section 503(b)(9) portion of the Mitsubishi Claim as duplicative of the November 2008 Proof of

Section 503(b)(9) Claim. Mitsubishi seeks only to clarify that its pending and effective proof of

claim is the Mitsubishi Amended Claim, not the originally filed Mitsubishi Claim. Mitsubishi

reserves all of its rights with respect to the Mitsubishi Amended Claim, including, without

limitation, its rights to amend or supplement such claim.

    4.    Attached hereto as <u>Exhibit D</u> is the Declaration of Brian Atteberry, Senior

Manager, Credit, A/V Division of Mitsubishi, who has personal knowledge of the facts that

support this Response.

WHEREFORE Mitsubishi respectfully requests that any order sustaining the Objection properly account for the existence of the Mitsubishi Amended Claim and grant such other relief as may be appropriate.

This 20th day of May, 2009.

**MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.**

By: /s/ Philip C. Baxa
      Counsel

Philip C. Baxa (VSB No. 22977)
MERCERTRIGIANI LLP
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
Phil.baxa@mercertrigiani.com

- and -

KING & SPALDING LLP
James A. Pardo, Jr.
Georgia Bar No. 561206
jpardo@kslaw.com
Thaddeus D. Wilson
Georgia Bar No. 596008
thadwilson@kslaw.com
1180 Peachtree Street
Atlanta, Georgia  30309-3521
Telephone:     (404) 572-4600
Facsimile:     (404) 572-5129

Counsel for Mitsubishi Digital Electronics America, Inc.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 20th day of May, 2009[1], a copy of the Mitsubishi Digital Electronics America Inc.'s Response to Debtor's Fourth Omnibus Objection to Certain Duplicative Claims was filed via the Electronic Case Filing (/CMECF) system and by hand delivery, as appropriate, and sent by First Class Mail (postage prepaid) and e-mail to the following:

Gregg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

Chris L. Dickerson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, IL 60606

Dion W. Hayes
Douglas M. Foley
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attn: Dion W. Hayes
Attn: Douglas M. Foley

/s/ Philip C. Baxa

---

[1] Mitsubishi received a waiver in the form of an email from Daniel F. Blanks, Esq., of McGuireWoods LLP, on May 19, 2009, waiving the requirement of the Debtors' Fourth Omnibus Objection requiring actual physical delivery of this response to the parties listed therein occur prior to 4:00 p.m. EST on May 20, 2009. Mitsubishi has delivered copies of this response to the required parties via email pursuant to that waiver and will deliver copies to said parties via first class mail.

R0008501

## Exhibit A

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

**Debtor against which claim is asserted:** (Check only one box below:)

☒ Circuit City Stores, Inc. (Case No. 08-35653)
☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
☐ InterTAN, Inc. (Case No. 08-35655)
☐ Ventoux International, Inc. (Case No. 08-35656)
☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)
☐ CC Aviation, LLC (Case No. 08-35658)

☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
☐ Circuit City Stores PR, LLC (Case No. 08-35660)
☐ Circuit City Properties, LLC (Case No. 08-35661)
☐ Orbyx Electronics, LLC (Case No. 08-35662)
☐ Kinzer Technology, LLC (Case No. 08-35663)
☐ Courchevel, LLC (Case No. 08-35664)

☐ Abbott Advertising, Inc. (Case No. 08-35665)
☐ Mayland MN, LLC (Case No. 08-35666)
☐ Patapsco Designs, Inc. (Case No. 08-35667)
☐ Sky Venture Corporation (Case No. 08-35668)
☐ XSStuff, LLC (Case No. 08-35669)
☐ PRAHS, INC. (Case No. 08-35670)

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
**Mitsubishi Digital Electronics America, Inc.**

**Name and address where notices should be sent:**
James A. Pardo, Jr.
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA  30309-3521
Telephone number: 404-572-4600

**Name and address where payment should be sent (if different from above):**
Mitsubishi Digital Electronics America, Inc.
Attn:  Brian Atteberry, Senior Manager, Credit
9351 Jeronimo Road
Irvine, CA  92618-1904
Telephone number: 949-465-6079

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**  $ 15,258,077.65

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** **See attached**
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 5777, 2236, 2236

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☒ Other
Describe: Right of setoff

Value of Property: $ 2,641,909.24   Annual Interest Rate ___ %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $ _____   Basis for perfection: Setoff

Amount of Secured Claim: $ 2,641,909.24   Amount Unsecured: $ 12,616,167.76

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:   See attached

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☒ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)( 2 ).

Amount entitled to priority:

$ 4,965,976.18

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**Date:** 1/26/09

**Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Brian Atteberry Senior manager Credit

FOR COURT USE ONLY

RECEIVED

JAN 28 2009

KURTZMAN CARSON CONSULTANTS

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.


COPY

In re Circuit City Stores, Inc., et al.
Case No. 08-35653
Eastern District of Virginia

## ATTACHMENT TO MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.
## PROOF OF CLAIM

The following constitutes a brief summary of the prepetition claims held by Mitsubishi Digital Electronics America, Inc. ("Mitsubishi") against Circuit City Stores, Inc.(the "Debtor").

Prior to November 10, 2008 (the "Petition Date"), (a) Mitsubishi sold to the Debtor on credit certain goods, including televisions and audio-visual projectors, (b) Mitsubishi sold to the Debtor on credit certain replacement parts, including parts that were covered either by Mitsubishi's limited one-year manufacturer's warranty or by extended warranties that the Debtor sold to consumers, (c) the Debtor provided labor to Mitsubishi under Mitsubishi's limited one-year manufacturer's warranty, and (d) Mitsubishi and the Debtor engaged in various other transactions, all of which related directly or indirectly to the foregoing. Solely for internal purposes, Mitsubishi accounted for these transactions in three separate accounts: a television account ("TV Account"), a projector account ("PVS Account"), and a service parts account ("SP Account").

As of the Petition Date, the Debtor owed to Mitsubishi a total of $15,258,077.65. Such amount consists of the following component parts:

### Prepetition Amounts Due to Mitsubishi

| TV Account | | |
|---|---|---|
| Total Invoice Amount | | $14,572,980.49 |
| Vendor Compliance | | $117.06 |
| | Total TV Account Amt. Owed | $14,573,097.55 |
| | | |
| PVS Account | | |
| Total Invoice Amount | | $553,357.00 |
| Pricing on Product Returns | | $554.15 |
| | Total PVS Account Amt. Owed | $553,911.15 |
| | | |
| SP Account | | |
| Short Payments | | $15,242.93 |
| Stop Payment on Check | | $17,090.81 |
| Duplicate Deductions by Debtors | | $3,017.50 |
| Warranty Parts Debits | | $11.15 |
| Parts Invoices | | $95,706.56 |
| | Total SP Account Amt. Owed | $131,068.95 |
| | | |
| **Total Prepetition Credits Due to Mitsubishi** | | **$15,258,077.65** |

As of the Petition Date, Mitsubishi owed to the Debtor various credits totaling $2,835,858.76. Such amount consists of the following component parts:

## Prepetition Credits Due to the Debtor

TV Account

| | | |
|---|---|---|
| Product Returns | | $1,749,966.00 |
| Market Development Funds Credits | | $193,949.52 |
| Field Training Credits | | $100,000.00 |
| Pricing on Product Returns | | $1,416.63 |
| | Total TV Account Credits Due | $2,045,332.15 |

PVS Account

| | | |
|---|---|---|
| Product Returns | | $9,705.92 |
| Stopped Shipments | | $14,621.60 |
| | Total PVS Account Credits Due | $24,327.52 |

SP Account

| | | |
|---|---|---|
| Freight | | $418.99 |
| Unapplied Cash | | $533.90 |
| Warranty Parts Credits | | $46,245.65 |
| Warranty Labor Credits | | $14,860.00 |
| Parts Credit | | $16,449.03 |
| Core Credits (returned defective parts) | | $53,625.00 |
| | Total SP Account Credits Due | $132,132.57 |

Other Credits

| | | |
|---|---|---|
| Rebate Credit October 16, 2008 - November 2, 2008 | | $94,984.00 |
| Rebate Credit October 16, 2008 - November 2, 2008 | | $14,049.00 |
| Labor Day Rebate Credit | | $24,304.00 |
| Price Protection Credits (price move 11/3/08) | | $179,180.00 |
| Black Friday Promotion Credits | | $127,600.00 |
| | Total Other Credits Due | $440,117.00 |

| | |
|---|---|
| **Total Prepetition Credits Due to the Debtor** | **$2,641,909.24** |

Mitsubishi has a secured claim against the Debtor and its bankruptcy estate to the extent of Mitsubishi's unexercised right to set off such credits against the amounts owed by the Debtor to Mitsubishi. Alternatively, Mitsubishi has a right of recoupment with regard to such credits.

Mitsubishi's total claim against the Debtor and its bankruptcy estate as of the Petition Date is $15,258,077.65, of which $2,641,909.24 is a secured claim and $12,616,167.76 is an unsecured claim.

Mitsubishi previously and timely filed a Proof of Section 503(b)(9) Claim for goods that the Debtor received from Mitsubishi within the twenty (20) days prior to the Petition Date, which amount constitutes an administrative expense priority claim under 11 U.S.C. § 507(a)(2). The total amount of Mitsubishi's Sections 503(b)(9) and 507(a)(2) administrative expense priority claim is $4,965,976.18.

The total amount of Mitsubishi's non-priority general unsecured claim is $7,650,191.58.

The documentation supporting and evidencing the claim, including the underlying invoices, are voluminous and are not attached to this Proof of Claim. Mitsubishi will provide copies of those documents to any creditor or party in interest upon reasonable request. Mitsubishi reserves its right to amend or supplement this Proof of Claim in all respects, including, without limitation, to add additional documentation and information supporting this claim.

**Exhibit B**

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

**DEADLINE FOR
FILING 503(b)(9)
CLAIMS**
5:00 P.M. Pacific Time
December 19, 2008

### Section 503(b)(9) Claim Request Form

| Circuit City Stores, Inc., et al., Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 | Circuit City Stores, Inc., et al.<br>Case Nos. 08-35653 through 08-35670<br>Chapter 11 Jointly Administered |
|---|---|

NOTE: Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases (see Docket No. 107), to have claims allowed as administrative expense under 11 U.S.C. § 503(b)(9), this form must be served upon Circuit City Stores, Inc., et al., Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 by December 19, 2008, the Bar Date for Section 503(b)(9) claims in the above-referenced cases. The form may be submitted in person or by regular mail, overnight mail, or hand delivery. Facsimile, email or electronic submissions will not be accepted. Requests shall be deemed filed when actually received by Kurtzman Carson Consultants LLC.

| Name and Address of Creditor: *(The person or other entity to whom the debtor owes money or property)*<br><br>Mitsubishi Digital Electronics<br>America, Inc.<br>Attn: Brian Atteberry, Credit Mgr.<br>9351 Jeronimo Road<br>Irvine, CA 92618-1904<br>(949) 465-6079 direct<br>Telephone: _____<br>Fax: (949)465-6241<br><br>Name and address where notices should be sent (if different from above)<br><br><br>Telephone: _____<br>Fax: _____ | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☒ Check box if you have made any demand(s) to reclaim goods sold to the debtor under 11 U.S.C. § 546(c). (attach copies of any such demand(s))<br><br>☐ Check box if you have transferred the rights of your claim to any third party. If so please list name of transferee:<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case. | Debtor against which claim is asserted: (Check one box below:)<br><br>☒ Circuit City Stores, Inc. (Tax I.D. No. 54-0493875)<br>☐ Abbott Advertising, Inc. (Tax I.D. No. 54-1624659)<br>☐ Circuit City Stores West Coast, Inc. (Tax I.D. No. 95-4460785)<br>☐ CC Distribution Company of Virginia, Inc. (Tax I.D. No. 54-1712821)<br>☐ Circuit City Properties, LLC (Tax I.D. No. 54-0793353)<br>☐ Patapsco Designs, Inc. (Tax I.D. No. 52-1086796)<br>☐ Ventoux International, Inc. (Tax I.D. No. 20-1071838)<br>☐ Sky Venture Corporation (Tax I.D. No. 54-1760311)<br>☐ Prahs, Inc. (n/a)<br>☐ XS Stuff, LLC (Tax I.D. No. 54-2029263)<br>☐ Kinzer Technology, LLC (Tax I.D. No. 54-2022157)<br>☐ Circuit City Purchasing Company, LLC (Tax I.D. No. 20-0995170)<br>☐ Orbyx Electronics, LLC (Tax I.D. No. 20-1203360)<br>☐ InterTAN, Inc. (Tax I.D. No. 7S-2130875)<br>☐ CC Aviation, LLC (Tax I.D. No. 20-5290841)<br>☐ Courchevel, LLC (n/a)<br>☐ Circuit City Stores PR, LLC (Tax I.D. No. 66-0695512)<br>☐ Mayland MN, LLC (Tax I.D. No. 20-0896116) |

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES<br>DEBTOR: 305777, 7852236, 158463 | Check here if this claim ☐ replaces<br>☐ amends   a previously filed claim, dated: _____ |
|---|---|

1. BASIS FOR CLAIM: Goods received by the Debtor within 20 days before the date of commencement of the case. Value of Goods: $ 4,965,976.18

2. DATE OF SHIPMENT: see attached  METHOD OF SHIPMENT: schedule  DATE OF RECEIPT: _____

NAME OF CARRIER: _____  PLACE OF DELIVERY: _____

3. TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM: $ 4,965,976.18
☐ Check the box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

4. BRIEF DESCRIPTION OF CLAIM: Goods sold and delivered
Describe goods sold: Consumer electronics including televisions, projectors, lamps and service parts  [attach support for your claim.]

5. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

SUPPORTING DOCUMENTS: *attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, ~~...~~d statements of running accounts, or contracts. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not ~~explain.~~ If the documents are voluminous, attach a summary. Attachments must be printed on 8-1/2" by 11" paper.

~~...~~ED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed ~~...~~ of this claim request form.

CERTIFICATION: By signing this claim request form, you are certifying that the goods for which ~~...~~ere sold to the debtor in the ordinary course of the debtor's business as required by 11 U.S.C. § 503(b)(9).

~~...im:~~ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

print the name and title, if any, of the creditor or other person authorized to file this claim
of power of attorney, if any)

Brian Atteberry, senior manager, credit
mitsubishi Digital Electronics

FOR COURT USE ONLY

**In re Circuit City Stores, Inc., et al.**
**Case No. 08-35653**
**Eastern District of Virginia**


### ATTACHMENT TO MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.
### <u>PROOF OF SECTION 503(B)(9) CLAIM REQUEST</u>

Mitsubishi Digital Electronics America, Inc. ("Mitsubishi") reserves its rights to amend or supplement this Proof of Section 503(b)(9) Claim in all respects, including, without limitation, in order to add additional documentation and information supporting this claim.

See below for a detailed list of Mitsubishi's Section 503(b)(9) claims.


[Rest of Page Intentionally Blank]

Schedule for 503 (b) (9) Claim

| Invoice# | PO | Inv Date | Net due dt | Amt | Date of Delivery | # Days from 11/10/08 | Date of Shipment | Address of Delivery | Method of Delivery | Carrier |
|---|---|---|---|---|---|---|---|---|---|---|
| 95273503 | 2117350 | 10/30/2008 | 11/15/2008 | 4,386.48 | 11/3/08 | 7 | 10/31/2008 | 1901 Longfellow Ct. Ste A, Livermore, CA 94550 | Prepaid | UPS |
| 95273505 | 2168252 | 10/30/2008 | 11/15/2008 | 4,386.48 | 11/3/08 | 7 | 10/31/2008 | 1901 Longfellow Ct. Ste A, Livermore, CA 94550 | Prepaid | UPS |
| 95273505 | 2168254 | 10/27/2008 | 11/12/2008 | 29,277.00 | 11/3/08 | 7 | 10/31/2008 | 680 S Lemon, Walnut, CA 91789 | Prepaid | Fed Ex National LTL |
| 95273503 | 2168253 | 10/27/2008 | 11/12/2008 | 29,277.00 | 11/3/08 | 7 | 10/31/2008 | 19925 Independence Blvd, Groveland, FL 34736 | Prepaid | Fed Ex National LTL |
| 95273057 | 2168254 | 10/27/2008 | 11/12/2008 | 10,966.20 | 10/30/08 | 0 | 10/27/2008 | 19925 Independence Blvd, Groveland, FL 34736 | Prepaid | Fed Ex National LTL |
| 95273057 | 2168254 | 10/27/2008 | 11/12/2008 | 10,966.20 | 10/30/08 | 0 | 10/27/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Fed Ex National LTL |
| 95273220 | 2168250 | 10/28/2008 | 11/17/2008 | 18,277.00 | 11/3/08 | 11 | 10/27/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Fed Ex Express |
| 95273504 | 2168251 | 10/28/2008 | 11/12/2008 | 5,848.64 | 11/3/08 | 11 | 10/28/2008 | 1901 Longfellow Ct. Ste A, Livermore, CA 94550 | Prepaid | Fed Ex Express |
| 92516231 | 2168952 | 11/12/2008 | 11/17/2008 | 8,772.96 | 11/5/08 | 7 | 10/28/2008 | 1901 Longfellow Ct. Ste A, Livermore, CA 94550 | Prepaid | Hub Group |
| 92515646 | 2168952 | 11/12/2008 | 11/17/2008 | 76,260.00 | 10/27/08 | 5 | 10/28/2008 | 680 S Lemon, Walnut, CA 91789 | Prepaid | Hub Group |
| 92515647 | 2168957 | 10/13/2008 | 11/02/2008 | 76,260.00 | 10/27/08 | 5 | 10/21/2008 | 19925 Independence Blvd, Groveland, FL 34736 | Prepaid | Hub Group |
| 92515647 | 2168957 | 10/13/2008 | 11/02/2008 | 76,260.00 | 10/27/08 | 5 | 10/21/2008 | 19925 Independence Blvd, Groveland, FL 34736 | Prepaid | Hub Group |
| 92514234 | 2168957 | 10/14/2008 | 11/03/2008 | 76,260.00 | 10/27/08 | 5 | 10/21/2008 | 19925 Independence Blvd, Groveland, FL 34736 | Prepaid | Hub Group |
| 92514232 | 2168957 | 10/14/2008 | 11/03/2008 | 84,816.00 | 10/27/08 | 5 | 10/21/2008 | 19925 Independence Blvd, Groveland, FL 34736 | Prepaid | Hub Group |
| 92514232 | 2168957 | 10/14/2008 | 11/03/2008 | 84,816.00 | 10/27/08 | 5 | 10/21/2008 | 14301 Mattawoman Dr., Brandywine, MD 20613 | Prepaid | Hub Group |
| 92514234 | 2168957 | 10/13/2008 | 11/02/2008 | 76,260.00 | 10/27/08 | 5 | 10/21/2008 | 14301 Mattawoman Dr., Brandywine, MD 20613 | Prepaid | Hub Group |
| 92515555 | 2168957 | 10/14/2008 | 11/13/2008 | 47,817.00 | 10/24/08 | 14 | 10/14/2008 | 14301 Mattawoman Dr., Brandywine, MD 20613 | Prepaid | Hub Group |
| 92515553 | 2168957 | 10/14/2008 | 11/13/2008 | 47,817.00 | 10/24/08 | 14 | 10/14/2008 | 14301 Mattawoman Dr., Brandywine, MD 20613 | Prepaid | Hub Group |
| 92515553 | 2168952 | 10/15/2008 | 11/04/2008 | 84,816.00 | 10/24/08 | 14 | 10/15/2008 | 19925 Independence Blvd, Groveland, FL 34736 | Prepaid | Hub Group |
| 92515554 | 2189567 | 10/15/2008 | 11/04/2008 | 76,260.00 | 10/24/08 | 14 | 10/15/2008 | 19925 Independence Blvd, Groveland, FL 34736 | Prepaid | Hub Group |
| 92515555 | 2189567 | 10/15/2008 | 11/04/2008 | 76,260.00 | 10/24/08 | 14 | 10/15/2008 | 19925 Independence Blvd, Groveland, FL 34736 | Prepaid | Hub Group |
| 92525300 | 2173296 | 10/24/2008 | 11/28/2008 | 84,816.00 | 10/24/08 | 14 | 10/14/2008 | 1901 Cooper Dr., Ardmore, OK 73401 | Prepaid | Hub Group |
| 92524299 | 2173296 | 10/24/2008 | 11/13/2008 | 84,816.00 | 10/24/08 | 14 | 10/15/2008 | 1901 Cooper Dr., Ardmore, OK 73401 | Prepaid | Phone Valley Trucking |
| 92524299 | 2189567 | 10/24/2008 | 11/13/2008 | 84,816.00 | 10/24/08 | 14 | 10/15/2008 | 1901 Cooper Dr., Ardmore, OK 73401 | Prepaid | Phone Valley Trucking |
| 92525300 | 2189557 | 10/24/2008 | 11/04/2008 | 84,816.00 | 10/24/08 | 14 | 10/15/2008 | 1901 Longfellow Ct. Ste A, Livermore, CA 94550 | Prepaid | Hub Group |
| 92514241 | 2189557 | 10/14/2008 | 11/04/2008 | 84,816.00 | 10/24/08 | 17 | 10/15/2008 | 400 Longfellow Ct. Ste A, Livermore, CA 94550 | Prepaid | Phone Valley Trucking |
| 92514245 | 2189567 | 10/14/2008 | 11/04/2008 | 84,816.00 | 10/24/08 | 17 | 10/15/2008 | 680 S Lemon, Walnut, CA 91789 | Prepaid | Phone Valley Trucking |
| 92514237 | 2189567 | 10/14/2008 | 11/04/2008 | 84,816.00 | 10/24/08 | 17 | 10/15/2008 | 680 S Lemon, Walnut, CA 91789 | Prepaid | Phone Valley Trucking |
| 92514238 | 2189567 | 10/16/2008 | 11/05/2008 | 84,816.00 | 10/24/08 | 17 | 10/15/2008 | 680 S Lemon, Walnut, CA 91789 | Prepaid | Phone Valley Trucking |
| 92514236 | 2189567 | 10/16/2008 | 11/05/2008 | 84,816.00 | 10/24/08 | 17 | 10/17/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Hub Group |
| 92515558 | 2168956 | 10/15/2008 | 11/04/2008 | 84,816.00 | 10/24/08 | 17 | 10/15/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Hub Group |
| 92515556 | 2168956 | 10/15/2008 | 11/04/2008 | 84,816.00 | 10/24/08 | 17 | 10/15/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Hub Group |
| 92515562 | 2168956 | 10/15/2008 | 11/04/2008 | 76,260.00 | 10/24/08 | 17 | 10/15/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Hub Group |
| 92515561 | 2168956 | 10/15/2008 | 11/04/2008 | 76,260.00 | 10/24/08 | 17 | 10/15/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Hub Group |
| 92515561 | 2168956 | 10/15/2008 | 11/04/2008 | 76,260.00 | 10/24/08 | 17 | 10/15/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Hub Group |
| 92515567 | 2168954 | 10/15/2008 | 11/04/2008 | 76,260.00 | 10/24/08 | 17 | 10/17/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Hub Group |
| 92515599 | 2168951 | 11/09/2008 | 11/09/2008 | 113,900.00 | 10/24/08 | 17 | 10/20/2008 | 1901 Cooper Dr., Ardmore, OK 73401 | Prepaid | Hub Group |
| 92515599 | 2168851 | 11/09/2008 | 11/09/2008 | 113,900.00 | 10/24/08 | 17 | 10/24/2008 | 400 Longfellow Ct. Ste A, Livermore, CA 94550 | Prepaid | Hub Group |
| 92515599 | 2168851 | 11/13/2008 | 11/13/2008 | 76,260.00 | 10/24/08 | 17 | 10/24/2008 | 1901 Cooper Dr., Ardmore, OK 73401 | Prepaid | Phone Valley Trucking |
| 92515599 | 2168851 | 11/02/2008 | 11/02/2008 | 55,604.00 | 10/24/08 | 17 | 10/16/2008 | 1901 Cooper Dr., Ardmore, OK 73401 | Prepaid | Hub Group |
| 92515827 | 2168851 | 10/22/2008 | 11/27/2008 | 76,260.00 | 10/23/08 | 17 | 10/13/2008 | 19925 Independence Blvd, Groveland, FL 34736 | Prepaid | Hub Group |
| 92515830 | 2168957 | 10/22/2008 | 11/05/2008 | 84,816.00 | 10/24/08 | 17 | 10/16/2008 | 19925 Independence Blvd, Groveland, FL 34736 | Prepaid | Phone Valley Trucking |
| 92515830 | 2168953 | 10/13/2008 | 11/02/2008 | 84,816.00 | 10/24/08 | 17 | 10/15/2008 | 400 Longfellow Ct. Ste A, Livermore, CA 94550 | Prepaid | Phone Valley Trucking |
| 92515830 | 2168953 | 10/16/2008 | 11/05/2008 | 84,816.00 | 10/24/08 | 17 | 10/16/2008 | 680 S Lemon, Walnut, CA 91789 | Prepaid | Phone Valley Trucking |
| 92515831 | 2168954 | 10/16/2008 | 11/05/2008 | 84,816.00 | 10/24/08 | 17 | 10/16/2008 | 680 S Lemon, Walnut, CA 91789 | Prepaid | Phone Valley Trucking |
| 92515831 | 2168954 | 10/16/2008 | 11/05/2008 | 84,816.00 | 10/24/08 | 17 | 10/16/2008 | 680 S Lemon, Walnut, CA 91789 | Prepaid | Phone Valley Trucking |
| 92515832 | 2168952 | 10/16/2008 | 11/05/2008 | 84,816.00 | 10/24/08 | 17 | 10/16/2008 | 14301 Mattawoman Dr., Brandywine, MD 20613 | Prepaid | Hub Group |
| 92515833 | 2168956 | 10/16/2008 | 11/05/2008 | 84,816.00 | 10/24/08 | 17 | 10/14/2008 | 14301 Mattawoman Dr., Brandywine, MD 20613 | Prepaid | Hub Group |
| 92515833 | 2168956 | 10/16/2008 | 11/05/2008 | 84,816.00 | 10/23/08 | 17 | 10/14/2008 | 14301 Mattawoman Dr., Brandywine, MD 20613 | Prepaid | Hub Group |
| 92515069 | 2168851 | 11/02/2008 | 11/09/2008 | 76,260.00 | 10/24/08 | 18 | 10/17/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Hub Group |
| 92515069 | 2168851 | 11/02/2008 | 11/09/2008 | 76,260.00 | 10/24/08 | 18 | 10/20/2008 | 1901 Cooper Dr., Ardmore, OK 73401 | Prepaid | Hub Group |
| 92515551 | 2168957 | 11/13/2008 | 11/13/2008 | 84,816.00 | 10/24/08 | 18 | 10/24/2008 | 400 Longfellow Ct. Ste A, Livermore, CA 94550 | Prepaid | Phone Valley Trucking |
| 92525298 | 2168957 | 10/24/2008 | 11/28/2008 | 84,816.00 | 10/24/08 | 18 | 10/15/2008 | 19925 Independence Blvd, Groveland, FL 34736 | Prepaid | Hub Group |
| 92515551 | 2168957 | 10/15/2008 | 11/04/2008 | 84,816.00 | 10/23/08 | 18 | 10/15/2008 | 19925 Independence Blvd, Groveland, FL 34736 | Prepaid | Hub Group |
| 92515642 | 2168957 | 10/15/2008 | 11/04/2008 | 84,816.00 | 10/23/08 | 18 | 10/15/2008 | 19925 Independence Blvd, Groveland, FL 34736 | Prepaid | Hub Group |
| 92515643 | 2168957 | 10/15/2008 | 11/04/2008 | 84,816.00 | 10/23/08 | 18 | 10/15/2008 | 14301 Mattawoman Dr., Brandywine, MD 20613 | Prepaid | Hub Group |
| 92515646 | 2168957 | 10/15/2008 | 11/04/2008 | 76,260.00 | 10/23/08 | 18 | 10/15/2008 | 14301 Mattawoman Dr., Brandywine, MD 20613 | Prepaid | Hub Group |
| 92515581 | 2168956 | 10/15/2008 | 11/03/2008 | 76,260.00 | 10/23/08 | 18 | 10/14/2008 | 19925 Independence Blvd, Groveland, FL 34736 | Prepaid | Hub Group |
| 92515581 | 2168956 | 10/15/2008 | 11/03/2008 | 84,816.00 | 10/23/08 | 18 | 10/14/2008 | 19925 Independence Blvd, Groveland, FL 34736 | Prepaid | Hub Group |
| 92515822 | 2168956 | 10/15/2008 | 11/05/2008 | 84,816.00 | 10/23/08 | 18 | 10/16/2008 | 14301 Mattawoman Dr., Brandywine, MD 20613 | Prepaid | Hub Group |
| 92515822 | 2168955 | 10/16/2008 | 11/05/2008 | 84,816.00 | 10/23/08 | 18 | 10/16/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Hub Group |
| 92515824 | 2168953 | 10/15/2008 | 11/04/2008 | 84,816.00 | 10/23/08 | 18 | 10/15/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Hub Group |
| 92515588 | 2168951 | 11/02/2008 | 11/02/2008 | 76,260.00 | 10/23/08 | 18 | 10/15/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Hub Group |
| 92515581 | 2168955 | 11/05/2008 | 11/05/2008 | 84,816.00 | 10/23/08 | 18 | 10/16/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Hub Group |
| 92515825 | 2168955 | 11/05/2008 | 11/05/2008 | 84,816.00 | 10/23/08 | 18 | 10/16/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | Hub Group |
| 92515828 | 2168851 | 11/02/2008 | 11/09/2008 | 84,816.00 | 10/23/08 | 18 | 10/16/2008 | 1901 Cooper Dr., Ardmore, OK 73401 | Prepaid | Hub Group |
| 92515070 | 2168851 | 11/02/2008 | 11/09/2008 | 113,900.00 | 10/23/08 | 18 | 10/20/2008 | 1901 Cooper Dr., Ardmore, OK 73401 | Prepaid | Hub Group |

Schedule for 503 (b) (9) Claim

| Invoice# | PO | Inv Date | Net due dt | Amt | Date of Delivery | # Days from | Date of Shipment | Address of Delivery | Method of Delivery | Carrier |
|---|---|---|---|---|---|---|---|---|---|---|
| 92524242 | 2166855 | 10/14/2006 | 11/28/2008 | 76,280.00 | 10/21/08 | 11/10/08 | 10/14/2008 | 1901 Cooper Dr., Ardmore, OK 73401 | Prepaid | Hub Group |
| 92530349 | 2172382 | 10/14/2008 | 11/28/2008 |  | 10/14/08 | 20 | 10/14/2008 | 1901 Cooper Dr., Ardmore, OK 73401 | Prepaid | Hub Group |
| 92526989 | 2525982 | 10/17/2008 | 11/28/2008 | 2,193.24 | 2pcs 11/5/08 & 1pc 11/7/08 | 6,3 | 10/31/2008 | 4000 Township Line Rd, Bethlehem, PA 18020 | Prepaid | USF Holland |
| 92517645 | 2177353 | 10/30/2008 | 11/19/2008 | 6,579.72 | 8cs 11/4/08 & 1pc 11/7/08 | 5,8 | 10/30/2008 | 1901 Cooper Dr., Ardmore, OK 73401 | Prepaid | UPS |
| 92526123 | 2177352 | 10/30/2008 | 11/19/2008 | 6,579.72 | 12pcs 11/4/08 & 1pc 11/7/08 | 6,3 | 10/30/2008 | 19925 Independence Blvd., Groveland, FL 34736 | Prepaid | UPS |
| 92526103 | 2525982 | 10/30/2008 | 11/19/2008 | 9,504.04 | 8pcs 11/4/08 & 1pc 11/7/08 | 6,3 | 10/30/2008 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | UPS |
| 92527009 | 2177353 | 10/30/2008 | 11/19/2008 | 228.25 | 10/21/08 | 20 | 10/30/2008 | 4379 Brown Rd, Oxford, MS 38655 | Prepaid | UPS |
| 92527010 | 2528231 | 10/17/08 | 11/16/08 | 228.25 | 10/21/08 | 20 | 10/17/2008 | 8123 Mall Rd, Florence, KY 41042 | Prepaid | UPS |
| 92527002 | 2528231 | 10/17/08 | 11/16/08 | 240.18 | 10/21/08 | 20 | 10/17/2008 | 8123 Mall Rd, Florence, KY 41042 | Prepaid | UPS |
| 92525951 | 2528231 | 10/17/08 | 11/16/08 | 240.18 | 10/21/08 | 20 | 10/17/2008 | J Romero, 6959 Helen Wy, Fontana, CA 92336 | Prepaid | UPS |
| 92523101 | 2528231 | 10/17/08 | 11/16/08 | 35.97 | 10/21/08 | 20 | 10/17/2008 | C.Kim, 1403 Savory Ct, Colleyville, TX 76034 | Prepaid | UPS |
| 92521100 | 2528231 | 10/17/08 | 11/16/08 | 233.82 | 10/21/08 | 20 | 10/17/2008 | J.Waldock, 5116 Miller South Rd, Bristolville, OH 44402 | Prepaid | UPS |
| 92521101 | 2528231 | 10/17/08 | 11/16/08 | 141.62 | 10/21/08 | 20 | 10/17/2008 | M.Galper, 500 Knight Way, La Canada Flintridge, CA 91011 | Prepaid | UPS |
| 92521109 | 17031594 | 10/17/08 | 11/16/08 | 232.62 | 10/21/08 | 20 | 10/17/2008 | 19925 Independence Blvd., Groveland, FL 34736 | Prepaid | UPS |
| 92521094 | 17024945 | 10/17/08 | 11/16/08 | 706.85 | 10/21/08 | 20 | 10/17/2008 | 40480 Winchester Rd, Temecula, CA 92591 | Prepaid | UPS |
| 92507097 | 2527743 | 1/20/08 | 1/1/09 | 236.73 | 10/20/08 | 20 | 1/20/2008 | 1325 W. Corporate Ct, Lithia Springs, GA 30122 | Prepaid | UPS |
| 92507092 | 2527743 | 1/20/08 | 1/1/09 | 240.18 | 10/21/08 | 20 | 1/20/2008 | J.Woodman, 20 Westbrook Dr, Mesquite, TX 31811 | Prepaid | UPS |
| 92507097 | 2527743 | 1/20/08 | 1/1/09 | 831.71 | 10/20/08 | 20 | 1/20/2008 | 1313-D George Dieter Dr, El Paso, TX 79936 | Prepaid | UPS |
| 92507093 | 2527767 | 1/20/08 | 1/1/09 | 718.87 | 10/21/08 | 20 | 1/20/2008 | 7980 Arcadia Blvd, Citrus Heights, CA 95610 | Prepaid | UPS |
| 92521067 | 2527067 | 1/20/08 | 1/1/09 | 1,110.94 | 10/21/08 | 20 | 1/20/2008 | 19925 Independence Blvd., Groveland, FL 34736 | Prepaid | UPS |
| 92507089 | REPLEN | 1/20/08 | 1/1/09 | 243.09 | 10/21/08 | 20 | 1/21/2008 | D.Waldote, 254 E Conifer St, Glendora, CA 91741 | Prepaid | UPS |
| 92521098 | REPLEN | 1/19/08 | 1/1/09 | 240.18 | 10/22/08 | 20 | 1/20/2008 | G.Silver, 152 Rancho Bonita Wy, Sonoma, CA 95476 | Prepaid | UPS |
| 92521093 | REPLEN | 1/19/08 | 1/1/09 | 231.17 | 10/21/08 | 20 | 1/20/2008 | 1325 W. Corporate Ct, Lithia Springs, GA 30122 | Prepaid | UPS |
| 92521432 | REPLEN | 1/19/08 | 1/1/09 | 447.50 | 10/22/08 | 19 | 10/20/2008 | K.Mendenhall, 8260 NE 414 Ct, Anthony, FL 32617 | Prepaid | UPS |
| 92517830 | REPLEN | 1/19/08 | 1/1/09 | 230.90 | 10/22/08 | 19 | 10/20/2008 | R.Fly, 5144 Pioneer Dr E, Lake Isabella, CA 93240 | Prepaid | UPS |
| 92518243 | REPLEN | 1/19/08 | 1/1/09 | 447.55 | 10/22/08 | 19 | 10/21/2008 | 1450 Nixon Dr, Mount Laurel, NJ 08054 | Prepaid | UPS |
| 92518241 | REPLEN | 1/19/08 | 1/1/09 | 228.25 | 10/22/08 | 19 | 10/21/2008 | 2217 Quimby Rd, San Jose, CA 95122 | Prepaid | UPS |
| 92518240 | REPLEN | 1/19/08 | 1/1/09 | 233.82 | 10/23/08 | 19 | 10/21/2008 | 8125 Mall Rd, Florence, KY 41042 | Prepaid | UPS |
| 92518240 | REPLEN | 1/19/08 | 1/1/09 | 236.86 | 10/23/08 | 18 | 10/21/2008 | 1100 Circuit City Rd, Marion, IL 62959 | Prepaid | UPS |
| 92518241 | REPLEN | 1/19/08 | 1/1/09 | 454.71 | 10/23/08 | 18 | 10/21/2008 | 7781 W. Tropical Pkwy, Las Vegas, NV 89149 | Prepaid | UPS |
| 92518240 | REPLEN | 1/19/08 | 1/1/09 | 126.85 | 10/23/08 | 18 | 10/21/2008 | N.Rendell Dr #400, Miami, FL 33196 | Prepaid | UPS |
| 92518244 | REPLEN | 1/19/08 | 1/1/09 | 477.50 | 10/23/08 | 18 | 10/21/2008 | C.Von Tobel, 4347 Falcon Dr, Suite 204, CA 95409 | Prepaid | UPS |
| 92518244 | REPLEN | 1/20/08 | 1/1/09 | 240.18 | 10/23/08 | 18 | 10/21/2008 | A. Lombardo, 9 Aiken Ln, Princeton, NJ 08540 | Prepaid | UPS |
| 92519440 | 2527144 | 1/21/08 | 1/20/08 | 233.82 | 10/23/08 | 18 | 10/21/2008 | J. Neeley, 1700 Highland Meadows Dr, Prosper, TX 75078 | Prepaid | UPS |
| 92519438 | 2527144 | 1/21/08 | 1/20/08 | 236.73 | 10/23/08 | 18 | 10/21/2008 | L.Domingue, 7 Calesby Ln, Bedford, NH 03110 | Prepaid | UPS |
| 92519438 | 2527144 | 1/21/08 | 1/20/08 | 240.18 | 10/23/08 | 18 | 10/21/2008 | M.Meconian, 1614 Greenbriar Rd, Glendale, CA 91207 | Prepaid | UPS |
| 92519438 | 2527144 | 1/21/08 | 1/20/08 | 228.25 | 10/24/08 | 18 | 10/21/2008 | J. Brown, 152 Colton Marlboro Rd, Salem, NJ 08079 | Prepaid | UPS |
| 92519436 | 2527744 | 1/21/08 | 1/20/08 | 240.18 | 10/24/08 | 18 | 10/21/2008 | 505 S. Cheryl Ln, Walnut, CA 91789 | Prepaid | UPS |
| 92519437 | 2527110 | 1/22/08 | 1/21/08 | 705.15 | 10/24/08 | 17 | 10/22/2008 | 400 Crossing Dr, Bristol, PA 19007 | Prepaid | UPS |
| 92519437 | 2527110 | 1/22/08 | 1/21/08 | 100.94 | 10/24/08 | 17 | 10/22/2008 | J. Vanhorn, 5085 Tejon St, Denver, CO 80221 | Prepaid | UPS |
| 92519432 | 2527560 | 1/22/08 | 1/21/08 | 231.17 | 10/27/08 | 17 | 10/22/2008 | S. Wegman, 700 John St, Bensenville, IL 60106 | Prepaid | UPS |
| 92519432 | 2527606 | 1/22/08 | 1/21/08 | 440.92 | 10/27/08 | 17 | 10/22/2008 | 1100 Circuit City Rd, Marion, IL 62959 | Prepaid | UPS |
| 92519433 | 2527612 | 1/22/08 | 1/21/08 | 231.87 | 10/27/08 | 17 | 10/23/2008 | 3331 Reseda Blvd, San Diego, CA 92110 | Prepaid | UPS |
| 92518240 | 2527606 | 1/22/08 | 1/21/08 | 531.29 | 10/27/08 | 17 | 10/23/2008 | 11810 Pines Blvd, Pembroke Pines, FL 33026 | Prepaid | UPS |
| 92518239 | 2527892 | 1/22/08 | 1/21/08 | 17.05 | 10/24/08 | 17 | 10/23/2008 | 3211 Peoples St, Space A, Johnson City, TN 37604 | Prepaid | USF Holland |
| 92573602 | 2527892 | 1/22/08 | 1/21/08 | 22.68 | 10/24/08 | 17 | 10/24/2008 | C. Harrell, 804 Jeffrey Ln, Birmingham, AL 35215 | Prepaid | UPS |
| 92573601 | 2527912 | 1/22/08 | 1/22/08 | 459.21 | 10/27/08 | 14 | 10/28/2008 | 1325 W. Corporate Ct, Lithia Springs, GA 30122 | Prepaid | UPS & Fed Ex Express |
| 92573600 | 2527043 | 1/23/08 | 1/22/08 | 464.71 | 10/27/08 | 14 | 10/28/2008 | 1325 W. Corporate Ct, Lithia Springs, GA 30122 | Prepaid | UPS |
| 92527003 | 2527612 | 1/23/08 | 1/22/08 | 35.80 | 10/27/08 | 13 | 10/28/2008 | 37378 Duncanville Rd, Dallas TX 75236 | Prepaid | UPS |
| 92527003 | 2756012 | 1/23/08 | 1/22/08 | 255.25 | 10/27/08 | 12 | 10/28/2008 | 505 S. Cheryl Ln, Walnut, CA 91789 | Prepaid | Fed Ex Express |
| 92523510 | 18005893 | 1/23/08 | 1/22/08 | 205.73 | 10/27/08 | 12 | 10/28/2008 | 5680 Sepulveda Blvd, Culver City, CA 90230 | Prepaid | UPS |
| 92527005 | 11168357 | 1/23/08 | 1/22/08 | 230.37 | 10/27/08 | 14 | 10/28/2008 | 505 S. Cheryl Ln, Walnut, CA 91789 | Prepaid | UPS |
| 92527000 | 2529523 | 1/27/08 | 1/22/08 | 120.49 | 10/27/08 | 12 | 10/28/2008 | 1325 W. Corporate Ct, Lithia Springs, GA 30122 | Prepaid | UPS |
| 92526981 | 16731613 | 1/27/08 | 1/22/08 | 82.93 | 10/27/08 | 11 | 10/28/2008 | 151 N. Peters Rd, Knoxville, TN 37923 | Prepaid | Fed Ex National LTL |
| 92526982 | 18731613 | 1/27/08 | 1/22/08 | 154.42 | 10/27/08 | 11 | 10/30/2008 | 2873B Woodman, 2893 Parkwood Dr, Green Bay, WI 54313 | Prepaid | UPS |
| 92526987 | 2528103 | 1/27/08 | 1/22/08 | 234.24 | 10/30/08 | 11 | 10/30/2008 | 100 Meyerland Plaza Mall, Houston, TX 77096 | Prepaid | UPS |
| 92526990 | 2530349 | 1/27/08 | 1/22/08 | 377.16 | 10/30/08 | 11 | 10/30/2008 | 37378 Parkwood Dr, Green Bay, WI 54313 | Prepaid | UPS |
| 92530349 | — | 1/27/08 | 1/22/08 | 233.82 | 10/30/08 | 11 | 10/30/2008 |  | Prepaid | UPS |

Schedule for 503 (b) (1) Claim

| Invoiced | PO | Inv. Date | Net due dt | Amt | Date of Delivery | # Days from 11/10/08 | Date of Shipment | Address of Delivery | Method of Delivery | Carrier |
|---|---|---|---|---|---|---|---|---|---|---|
| 2531426 | 2531426 | 10/30/08 | 11/29/08 | 233.92 | 1/3/08 | -7 | 10/30/08 | B. Craig,1 Saxis Mark St., Auburn, MA 01501 | Prepaid | UPS |
| 2531426 | 2531426 | 10/30/08 | 11/29/08 | 237.71 | 1/7/08 | -7 | 10/30/08 | J. Danner, 2311 Ferguson Dr., Ashville, NC 28806 | Prepaid | UPS |
| 92529510 | 7252111 | 10/30/08 | 11/29/08 | 237.26 | 1/1/08 | -7 | 10/30/08 | 12133 Mall Blvd., Victorville, CA 92392 | Prepaid | UPS |
| 92529510 | 7252111 | 10/30/08 | 11/29/08 | 1,037.08 | 2/1/08 | -7 | 10/30/08 | 12133 Mall Blvd., Victorville, CA 92392 | Prepaid | UPS |
| 92539309 | 7335540 | 10/30/08 | 11/29/08 | 62.78 | 1/10/08 | -7 | 10/30/08 | 39531 10th St., Palmdale, CA 93551 | Prepaid | Fed Ex National LTL |
| 92539308 | 7335540 | 10/30/08 | 11/29/08 | 24.24 | 1/10/08 | -7 | 10/30/08 | 13350 East Freeway, Houston, TX 77015 | Prepaid | Fed Ex National LTL |
| 92530896 | 2530896 | 11/29/08 | 2/1/08 | 2,071.83 | 1/2/08 | -7 | 10/30/08 | 691 Gravois Blvd., Fenton, MO 63026 | Prepaid | Fed Ex National LTL |
| 92530896 | 2530896 | 11/29/08 | 2/1/08 | 2,071.83 | 1/2/08 | -7 | 10/30/08 | 400 Crossing Dr., Bristol, PA 19007 | Prepaid | Fed Ex National LTL |
| 92530896 | 2530896 | 11/29/08 | 2/1/08 | 2,071.83 | 1/3/08 | -7 | 10/30/08 | 6155 Youngerman Circle, Jacksonville, FL 32244 | Prepaid | Fed Ex National LTL |
| 92530896 | 2530896 | 11/29/08 | 2/1/08 | 2,028.41 | 1/2/08 | -7 | 10/30/08 | 109 Matthews Township Pkwy., Matthews, NC 28105 | Prepaid | Fed Ex National LTL |
| 92530307 | 2530307 | 11/29/08 | 11/29/08 | 2,011.45 | 1/2/08 | -7 | 10/30/08 | 7781 West Tropical Pkwy., Las Vegas, NV 89149 | Prepaid | Fed Ex National LTL |
| 92530301 | 7335359 | 11/29/08 | 11/29/08 | 227.45 | 1/2/08 | -7 | 10/30/08 | 1325 W Corporate Ct., Lithia Springs, GA 30122 | Prepaid | UPS |
| 92528298 | 7248809 | 11/29/08 | 11/29/08 | 55.60 | 1/1/08 | -7 | 10/30/08 | 37378 Ducanville Rd., Dallas, TX 75236 | Prepaid | UPS |
| 92528298 | 7248809 | 11/29/08 | 11/29/08 | 36.33 | 1/1/08 | -7 | 10/29/08 | 2209 Arcadia Blvd., Citrus Heights, CA 95610 | Prepaid | UPS |
| 92528298 | 7240809 | 11/28/08 | 10/31/08 | 43.39 | 1/1/08 | -10 | 10/29/08 | R. Howell, 404 West Park Ridge Ave, Appleton, WI 54911 | Prepaid | UPS |
| 92527030 | 7240355 | 11/28/08 | 10/31/08 | 241.17 | 10/31/08 | -10 | 10/29/08 | 2217 Quimby Rd., San Jose, CA 95122 | Prepaid | UPS |
| 92527029 | 7290523 | 11/28/08 | 10/31/08 | 715.08 | 10/31/08 | -10 | 10/29/08 | 5530 E Broadway Blvd., Tucson, AZ 85711 | Prepaid | UPS |
| 92527024 | 2530944 | 11/28/08 | 10/31/08 | 372.85 | 10/31/08 | -10 | 10/29/08 | 3300 E. Central Expy, Plano, TX 75074 | Prepaid | UPS |
| 92527023 | 2530944 | 11/28/08 | 10/31/08 | 309.65 | 1/1/08 | -10 | 10/29/08 | 505 S. Cheryl Ln, Walnut, CA 91789 | Prepaid | UPS |
| 92527021 | 2530867 | 11/28/08 | 10/31/08 | 233.82 | 1/1/08 | -10 | 10/29/08 | 1100 Circuit City Rd., Marion, IL 62959 | Prepaid | UPS |
| 92527020 | 1724203 | 11/28/08 | 10/31/08 | 2,574.32 | 10/31/08 | -10 | 10/29/08 | M. Ramirez, 1314 N Basque Dr, Anaheim, CA 92806 | Prepaid | UPS |
| 92527013 | 7098603 | 11/28/08 | 10/31/08 | 963.28 | 10/30/08 | -11 | 10/28/08 | 400 Longfellow Ct Ste B, Livermore, CA 94550 | Prepaid | UPS |
| 92527012 | 7201357 | 11/27/08 | 10/30/08 | 128.65 | 10/30/08 | -11 | 10/28/08 | 6001 W. Sample Rd, Coral Springs, FL 33067 | Prepaid | UPS |
| 92527001 | 6957993 | 11/27/08 | 10/30/08 | 143.31 | 10/30/08 | -11 | 10/28/08 | 6001 W. Sample Rd, Coral Springs, FL 33067 | Prepaid | UPS |
| 92526998 | 2529867 | 11/27/08 | 10/30/08 | 365.42 | 10/30/08 | -11 | 10/28/08 | 2590 W Imei Speedway, Daytona Beach, FL 32114 | Prepaid | UPS |
| 92526991 | 2530894 | 11/27/08 | 10/30/08 | 98.51 | 10/30/08 | -11 | 10/28/08 | 1420 E. Golf Rd, Schaumburg, IL 60173 | Prepaid | UPS |
| 92526990 | 2530799 | 11/27/08 | 10/30/08 | 230.90 | 10/30/08 | -11 | 10/28/08 | 6155 Youngerman Cir, Jacksonville, FL 32244 | Prepaid | UPS |
| 92526989 | 2511152 | 11/27/08 | 10/30/08 | 454.71 | 10/30/08 | -11 | 10/28/08 | 2 Eyeglass Blvd, Tucson, AZ 85710 | Prepaid | UPS |
| 92526969 | 7248809 | 11/27/08 | 10/30/08 | 463.53 | 10/30/08 | -11 | 10/28/08 | 2800 196th St SW, Lynnwood, WA 98036 | Prepaid | UPS |
| 92526968 | 2530894 | 11/27/08 | 10/30/08 | 963.28 | 10/30/08 | -11 | 10/28/08 | 2735 S. Towne Ave, Pomona, CA 91766 | Prepaid | UPS |
| 92526967 | 7172000 | 11/27/08 | 10/30/08 | 669.93 | 10/30/08 | -11 | 10/28/08 | 7781 W. Tropical Pkwy, Las Vegas, NV 89149 | Prepaid | UPS |
| 92526966 | 7180008 | 11/27/08 | 10/30/08 | 14.59 | 10/30/08 | -11 | 10/28/08 | 1409 W. I-240 SVC Rd, Oklahoma City, OK 73159 | Prepaid | UPS |
| 92526966 | 7172200 | 11/27/08 | 10/30/08 | 246.86 | 10/30/08 | -11 | 10/28/08 | 4954 N. Clement Ave, Stockton, CA 95207 | Prepaid | UPS |
| 92526966 | 7172071 | 11/27/08 | 10/30/08 | 948.87 | 10/30/08 | -11 | 10/28/08 | 10255 Magnolia Ave, Riverside, CA 92505 | Prepaid | UPS |
| 92526969 | 2529867 | 11/27/08 | 10/30/08 | 237.85 | 10/30/08 | -11 | 10/28/08 | 2501 W. Happy Valley Rd, Phoenix, AZ 85027 | Prepaid | UPS |
| 92526969 | REPLEN 1 | 11/27/08 | 10/30/08 | 476.04 | 10/30/08 | -11 | 10/28/08 | 15104 E. Indiana Ave, Spokane, WA 99205 | Prepaid | UPS |
| 92507013 | REPLEN 1 | 11/27/08 | 10/30/08 | 477.50 | 10/30/08 | -11 | 10/28/08 | 505 S. Cheryl Ln, Walnut, CA 91789 | Prepaid | UPS |
| 92507012 | REPLEN 1 | 11/27/08 | 10/30/08 | 52.30 | 10/30/08 | -11 | 10/28/08 | 505 S. Cheryl Ln, Walnut, CA 91789 | Prepaid | Fed Ex National LTL |
| 92507010 | REPLEN 1 | 11/27/08 | 10/30/08 | 1,014.50 | 10/30/08 | -11 | 10/28/08 | A. Ladanin, 245 Front Creek Dr, Conroe, TX 77304 | Prepaid | UPS |
| 92507009 | 2530205 | 11/27/08 | 10/28/08 | 368.61 | 10/30/08 | -11 | 10/28/08 | C. Tripp, 282 Dennison St, Swoyersville, PA 18704 | Prepaid | UPS |
| 92507007 | 2528280 | 11/27/08 | 10/28/08 | 235.73 | 10/30/08 | -11 | 10/28/08 | J. Cotter, 419 E Forest Ave, Neenah, WI 54956 | Prepaid | UPS |
| 92507005 | 2529867 | 11/27/08 | 10/28/08 | 236.73 | 10/30/08 | -11 | 10/28/08 | B. Sanchez, 6415 British Ln, Arlington, TX 76002 | Prepaid | UPS |
| 92506989 | 2529867 | 11/27/08 | 10/28/08 | 235.62 | 10/30/08 | -11 | 10/28/08 | 37378 Ducanville Rd, Dallas, TX 75236 | Prepaid | UPS |
| 92506987 | 2529867 | 11/27/08 | 10/28/08 | 235.82 | 10/30/08 | -11 | 10/28/08 | J. Agile, 333 Old Hallsburg Rd, Riesel, TX 76682 | Prepaid | UPS |
| 92506969 | 2530349 | 11/27/08 | 10/28/08 | 233.82 | 10/30/08 | -11 | 10/28/08 | R. Torres, 11366 Olive Ct, Fontana, CA 92337 | Prepaid | UPS |
| 92506968 | 2530349 | 11/27/08 | 10/28/08 | 240.18 | 10/30/08 | -11 | 10/28/08 | W. Rogers, 18717 Willow Ave, County Club Hills, IL 60478 | Prepaid | UPS |
| 92506966 | 2530349 | 11/27/08 | 10/28/08 | 231.17 | 10/30/08 | -11 | 10/28/08 | T. Bedford, 8023 La Crosse Wy, Riverside, CA 92508 | Prepaid | UPS |
| 92509992 | 2530349 | 11/27/08 | 10/28/08 | 240.18 | 10/30/08 | -11 | 10/28/08 | T. Novak, 1970 Smokey Meadow Dr, Columbus, OH 43235 | Prepaid | UPS |
| 92509991 | 2530349 | 11/27/08 | 10/28/08 | 240.18 | 10/30/08 | -11 | 10/28/08 | D.Bober, 4500 Old Ruan Rd, Gravette, AR 72740 | Prepaid | UPS |
| 92509990 | 2530349 | 11/27/08 | 10/28/08 | 231.17 | 10/30/08 | -11 | 10/28/08 | M. Russell, 127 Woodchurch Ln, Saint Augustine, FL 32092 | Prepaid | UPS |
| 92509990 | 2530349 | 11/27/08 | 10/28/08 | 240.18 | 10/30/08 | -11 | 10/28/08 | R. Wheat, 126 Country Pl S, Abilene, TX 79606 | Prepaid | UPS |
| 92529890 | 2530349 | 11/27/08 | 10/28/08 | 233.82 | 10/30/08 | -11 | 10/28/08 | M. Buckner, 11 Dodsworth Ct, Durham, NC 27705 | Prepaid | UPS |
| 92529890 | 2530349 | 11/27/08 | 10/28/08 | 233.82 | 10/30/08 | -11 | 10/28/08 | N.Bravo, 12441 Breeze Ln, Mira Loma, CA 91752 | Prepaid | UPS |
| 92529891 | 2530349 | 11/27/08 | 10/28/08 | 230.37 | 10/30/08 | -11 | 10/28/08 | | Prepaid | UPS |
| 92529890 | 2530349 | 11/27/08 | 10/28/08 | 230.37 | 10/30/08 | -11 | 10/28/08 | | Prepaid | UPS |

Schedule for 503 (b) (9) Claim

| Invoice# | PO | Inv Date | Net due dt | Amt | Date of Delivery | # Days from 11/10/08 | Date of Shipment Address of Delivery | Method of Delivery | Carrier |
|---|---|---|---|---|---|---|---|---|---|
| 92520613 | 251426 | 10/25/08 | 11/25/08 | 234.08 | 1/1/2008 | | 10/30/08 T. McConeghy, 9206 North Coal Reef Rd., Raleigh, NC 27612 Mccordsville, IN 46055 | Prepaid | UPS |
| 92530743 | REPLEN T | 10/31/08 | 11/30/08 | 450.33 | 11/4/08 | 6 | 10/31/08 2735 S. Towne Ave., Pomona, CA 91766 | Prepaid | UPS |
| 92530744 | 17294120 | 10/31/08 | 11/30/08 | 83.54 | 11/4/08 | 6 | 10/31/08 5701 Touhy Ave., Niles, IL 60714 | Prepaid | UPS |
| 92530745 | 17377632 | 10/31/08 | 11/20/08 | 938.13 | 11/4/08 | 6 | 10/31/08 400 Crossing Dr., Bristol, PA 19007 | Prepaid | USF Holland |
| 92531782 | 2532088 | 11/3/08 | 12/2/08 | 290.67 | 11/5/08 | 5 | 11/3/08 C. Larnan, 819 Main St., Cave City, AR 72521 | Prepaid | UPS |
| 92531783 | 2532088 | 11/3/08 | 12/2/08 | 230.11 | 11/5/08 | 5 | 11/3/08 M. Vitale, 10356 Gerald Ave., Granada Hills, CA 91344 | Prepaid | UPS |
| 92531784 | 2532380 | 11/3/08 | 12/2/08 | 240.18 | 11/5/08 | 5 | 11/3/08 E. Romeril, 8909 Park Davis Dr., Indianapolis, IN 46235 | Prepaid | UPS |
| 92531785 | 2532380 | 11/3/08 | 12/2/08 | 231.17 | 11/5/08 | 5 | 11/3/08 J. Riess, 1951 East High St., Springfield, MO 658903 | Prepaid | UPS |
| 92531786 | 2532380 | 11/3/08 | 12/2/08 | 231.17 | 11/5/08 | 5 | 11/3/08 J. Riess, 1951 East High St., Springfield, MO 658903 | Prepaid | UPS |
| 92531787 | 2532380 | 11/3/08 | 12/2/08 | 228.25 | 11/5/08 | 5 | 11/3/08 M. Moore, 85 Miller Rd., New Oxford, PA 17350 | Prepaid | UPS |
| 92531788 | 2532653 | 11/3/08 | 12/2/08 | 234.08 | 11/5/08 | 5 | 11/3/08 C. Soner, 1126 Highway 20, Thibodaux, LA 70301 | Prepaid | UPS |
| 92531789 | 2532653 | 11/3/08 | 12/2/08 | 233.82 | 11/5/08 | 5 | 11/3/08 J. Jeznach, 21 Bridle Path, Shrewsbury, MA 01545 | Prepaid | UPS |
| 92531790 | 2532653 | 11/3/08 | 12/2/08 | 231.17 | 11/5/08 | 5 | 11/3/08 L. Hutchins, 10920 Highland Rd Apt 11C, White Lake, MI 46386 | Prepaid | UPS |
| 92531791 | 2532653 | 11/3/08 | 12/2/08 | 240.18 | 11/5/08 | 5 | 11/3/08 T. Spangle, 2016 Weitzer Rd., Santa Rosa, CA 95403 | Prepaid | UPS |
| 92531792 | 2532823 | 11/3/08 | 12/2/08 | 150.96 | 11/5/08 | 5 | 11/3/08 505 S. Cheryl Ln, Walnut, CA 91789 | Prepaid | Fed Ex National LTL |

Total 4,965,976.18

**Exhibit C**

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

Debtor against which claim is asserted:  (Check only one box below)

☒ Circuit City Stores, Inc. (Case No. 08-35653)
☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
☐ InterTAN, Inc. (Case No. 08-35655)
☐ Ventoux International, Inc. (Case No. 08-35656)
☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)
☐ CC Aviation, LLC (Case No. 08-35658)

☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
☐ Circuit City Stores PR, LLC (Case No. 08-35660)
☐ Circuit City Properties, LLC (Case No. 08-35661)
☐ Orbyx Electronics, LLC (Case No. 08-35662)
☐ Kinzer Technology, LLC (Case No. 08-35663)
☐ Greenbrand, LLC (Case No. 08-35664)

☐ Abbott Advertising, Inc. (Case No. 08-35665)
☐ Mayland MN, LLC (Case No. 08-35666)
☐ Patapsco Designs, Inc. (Case No. 08-35667)
☐ Sky Venture Corporation (Case No. 08-35668)
☐ XSStuff, LLC (Case No. 08-35669)
☐ PRAHS, INC. (Case No. 08-35670)

Name of Creditor (the person or other entity to whom the debtor owes money or property):

**Mitsubishi Digital Electronics America, Inc.**

Name and address where notices should be sent:

James A. Pardo, Jr.
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA  30309-3521

Telephone number: 404-572-4600

Name and address where payment should be sent (if different from above):

Mitsubishi Digital Electronics America, Inc.
Attn:  Brian Atteberry, Senior Manager, Credit
9351 Jeronimo Road
Irvine, CA  92618-1904

Telephone number: 949-465-6079

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 7194
(If known)

Filed on: 01/28/09

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 15,258,077.65

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** See attached
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 5777, 2236, 2236

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☒ Other
Describe: Right of setoff

Value of Property: $ 3,110,267.24   Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $ _____   Basis for perfection: Setoff

Amount of Secured Claim: $ 3,110,267.24   Amount Unsecured: $ 12,147,810.41

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:   See attached

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☒ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(2).

Amount entitled to priority:

$ 4,965,976.18

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date: 4/14/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if differs from the notice address above. Attach copy of power of attorney, if any.

*[signature]* Brian Atteberry, Senior Manager Credit

RECEIVED
APR 17 2009
KURTZMAN CARSON CONSULTANTS

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.

In re Circuit City Stores, Inc., et al.
Case No. 08-35653
Eastern District of Virginia

## ATTACHMENT TO MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.
## AMENDED PROOF OF CLAIM

The following constitutes a brief summary of the prepetition claims held by Mitsubishi Digital Electronics America, Inc. ("Mitsubishi") against Circuit City Stores, Inc.(the "Debtor").

Prior to November 10, 2008 (the "Petition Date"), (a) Mitsubishi sold to the Debtor on credit certain goods, including televisions and audio-visual projectors, (b) Mitsubishi sold to the Debtor on credit certain replacement parts, including parts that were covered either by Mitsubishi's limited one-year manufacturer's warranty or by extended warranties that the Debtor sold to consumers, (c) the Debtor provided labor to Mitsubishi under Mitsubishi's limited one-year manufacturer's warranty, and (d) Mitsubishi and the Debtor engaged in various other transactions, all of which related directly or indirectly to the foregoing. Solely for internal purposes, Mitsubishi accounted for these transactions in three separate accounts: a television account ("TV Account"), a projector account ("PVS Account"), and a service parts account ("SP Account").

As of the Petition Date, the Debtor owed to Mitsubishi a total of $15,258,077.65. Such amount consists of the following component parts:

## Prepetition Amounts Due to Mitsubishi

| | | |
|---|---|---|
| TV Account | | |
| Total Invoice Amount | | $14,572,980.49 |
| Vendor Compliance | | $117.06 |
| | Total TV Account Amt. Owed | $14,573,097.55 |
| | | |
| PVS Account | | |
| Total Invoice Amount | | $553,357.00 |
| Pricing on Product Returns | | $554.15 |
| | Total PVS Account Amt. Owed | $553,911.15 |
| | | |
| SP Account | | |
| Short Payments | | $15,242.93 |
| Stop Payment on Check | | $17,090.81 |
| Duplicate Deductions by Debtors | | $3,017.50 |
| Warranty Parts Debits | | $11.15 |
| Parts Invoices | | $95,706.56 |
| | Total SP Account Amt. Owed | $131,068.95 |
| | | |
| **Total Prepetition Credits Due to Mitsubishi** | | **$15,258,077.65** |

As of the Petition Date, Mitsubishi owed to the Debtor various credits totaling $3,110,267.24. Such amount consists of the following component parts:

## Prepetition Credits Due to the Debtor

TV Account

| | | |
|---|---|---|
| Product Returns | | $1,749,966.00 |
| Market Development Funds Credits | | $193,949.52 |
| Field Training Credits | | $100,000.00 |
| Pricing on Product Returns | | $1,416.63 |
| | Total TV Account Credits Due | $2,045,332.15 |

PVS Account

| | | |
|---|---|---|
| Product Returns | | $9,705.92 |
| Stopped Shipments | | $14,621.60 |
| | Total PVS Account Credits Due | $24,327.52 |

SP Account

| | | |
|---|---|---|
| Freight | | $418.99 |
| Unapplied Cash | | $533.90 |
| Warranty Parts Credits | | $46,245.65 |
| Warranty Labor Credits | | $14,860.00 |
| Parts Credit | | $16,449.03 |
| Core Credits (returned defective parts) | | $53,625.00 |
| | Total SP Account Credits Due | $132,132.57 |

Other Credits

| | | |
|---|---|---|
| Rebate Credit October 16, 2008 - November 2, 2008 | | $94,984.00 |
| Rebate Credit October 16, 2008 - November 2, 2008 | | $14,049.00 |
| Labor Day Rebate Credit | | $24,304.00 |
| Price Protection Credits (price move 11/3/08) | | $179,180.00 |
| Black Friday Promotion Credits | | $127,600.00 |
| Environs Placement Credit | | $55,000.00 |
| Display Allowance Credit | | $0.00* |
| Market Development October Accrual | | $413,358.00 |
| | Total Other Credits Due | $908,475.00 |

**Total Prepetition Credits Due to the Debtor**       **$3,110,267.24**

---

* The Debtor and Mitsubishi are parties to an agreement dated March 1, 2008, under which the Debtor could earn display allowance credits for displaying certain Mitsubishi products in its stores. The Debtor has made a demand upon Mitsubishi, seeking $817,655.95 in display allowance credits. Mitsubishi is unaware of any display allowance credits due to the Debtor. To the extent that display allowance credits are determined to be due and owing from Mitsubishi to the Debtor, such credits would be prepetition in nature and increase the amount of Mitsubishi's unexercised right of setoff or recoupment. For example, in the event a reconciliation shows that Mitsubishi owes the Debtor $817,655.95 for display allowance credits, Mitsubishi would have a total claim against the Debtor equal to $15,258,007.65, of which $3,927,923.19 would be a secured claim and $11,330,084.46 would be an unsecured claim. The total amount of Mitsubishi's non-priority general unsecured claim would be $6,364,108.28.

2

Mitsubishi has a secured claim against the Debtor and its bankruptcy estate to the extent of Mitsubishi's unexercised right to set off such credits against the amounts owed by the Debtor to Mitsubishi. Alternatively, Mitsubishi has a right of recoupment with regard to such credits.

Mitsubishi's total claim against the Debtor and its bankruptcy estate as of the Petition Date is $15,258,077.65, of which $3,110,267.24 is a secured claim and $12,147,810.41 is an unsecured claim.

Mitsubishi previously and timely filed a Proof of Section 503(b)(9) Claim for goods that the Debtor received from Mitsubishi within the twenty (20) days prior to the Petition Date, which amount constitutes an administrative expense priority claim under 11 U.S.C. § 507(a)(2). The total amount of Mitsubishi's Sections 503(b)(9) and 507(a)(2) administrative expense priority claim is $4,965,976.18.

The total amount of Mitsubishi's non-priority general unsecured claim is $7,181,834.23.

The documentation supporting and evidencing the claim, including the underlying invoices, are voluminous and are not attached to this Proof of Claim. Mitsubishi will provide copies of those documents to any creditor or party in interest upon reasonable request. Mitsubishi reserves its right to amend or supplement this Proof of Claim in all respects, including, without limitation, to add additional documentation and information supporting this claim.

3

**Exhibit D**

Philip C. Baxa (VSB No. 22977)
MERCERTRIGIANI LLP
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
Phil.baxa@mercertrigiani.com

        -and-

KING & SPALDING LLP
James A. Pardo, Jr.
Georgia Bar No. 561206
jpardo@kslaw.com
Thaddeus D. Wilson
Georgia Bar No. 596008
thadwilson@kslaw.com
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Telephone:       (404) 572-4600
Facsimile:       (404) 572-5129

*Counsel for Mitsubishi Digital Electronics America, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

--------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

--------------------------------------------------X

## DECLARATION OF BRIAN ATTEBERRY, SENIOR MANAGER, CREDIT, A/V DIVISION OF MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.

I, Brian Atteberry, Senior Manager, Credit, A/V Division of Mitsubishi Digital Electronics America, Inc., hereby declare as follows:

1.     I have reviewed Mitsubishi Digital Electronics America Inc.'s Response to Debtor's Fourth Omnibus Objection to Certain Duplicative Claims (the "Response").

2.     I am personally aware of the information set forth in the Response.

3.      The Response is true and correct to the best of my information and belief.

Date:  May 19, 2009.

Brian Atteberry, Senior Manager, Credit, A/V Division of
Mitsubishi Digital Electronics America, Inc.