**ORIGINAL**

IN THE UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC, *et al.*, | Case No. 08-35653 (KRH) |
| Debtors. | Jointly Administered |

RICHMOND DIVISION
FILED MAY 2 0 2009
CLERK
U.S. BANKRUPTCY COURT

### RESPONSE OF ONKYO USA CORPORATION TO DEBTORS' FOURTH OMNIBUS OBJECTION TO CERTAIN DUPLICATIVE CLAIMS

Onkyo USA Corporation ("Onkyo"), by and through its undersigned attorneys, hereby submits this response to the Debtors' Fourth Omnibus Objection To Certain Duplicative Claims (the "Motion"), and respectfully states as follows:

1. Onkyo previously filed three (3) proofs of claim against debtor Circuit City Stores, Inc. (the "Debtor"). The first proof of claim was assigned Claim No. 128 and was in the aggregate amount of $4,905,048.57 and sought priority pursuant to section 503(b)(9) of the Bankruptcy Code. The second proof of claim was assigned Claim No. 958 and was in the aggregate amount of $6,627,475.57, and was allocated $4,905,048.57 as priority pursuant to section 503(b)(9) of the Bankruptcy Code and the balance, the sum of $1,722,427.00, as a non-priority claim. The third proof of claim was assigned Claim No. 2295 and was also in the aggregate amount of $6,627,475.57, and was also allocated $4,905,048.57 as priority pursuant to section 503(b)(9) of the Bankruptcy Code and the balance, the sum of $1,722,427.00, as a non-priority claim.

2. Notwithstanding the filing of the three (3) proofs of claim, Onkyo only asserts a claim in the aggregate amount of $6,627,475.57 against the Debtor, allocated $4,905,048.57 as

NYC 326301.1

priority pursuant to section 503(b)(9) of the Bankruptcy Code and the balance, the sum of $1,722,427.00, as a non-priority claim.

3.  In the Motion, the Debtor apparently recognizes the duplicative nature of the claims filed by Onkyo and, by its objection, seeks to modify and/or disallow the three (3) proofs of claims so that Claim No. 128 would survive in the aggregate amount of $4,905,048.57; Claim No. 2295 would survive but be reduced to the aggregate amount of $1,722,427.00; and Claim No. 958 would be disallowed in its entirety.

4.  While Onkyo agrees that the resolution proposed by the Debtor would eliminate the duplicative nature of the three (3) proofs of claim and leave Onkyo with a claim against the Debtor in the aggregate amount of $6,627,475.57, Onkyo, for internal business reasons, and based upon the filing requests that the three (3) proofs of claim be modified as follows: Claim No. 128 would survive but be reduced to the aggregate amount of $3,927,332.07 and be supported by the invoices attached to such claim with the exception of the invoices set forth on Schedule "A" hereto; Claim No. 958 would survive but be reduced to the aggregate amount of $977,716.50 and be supported by the invoices set forth on Schedule "A" hereto; and Claim No. 2295 would survive but be reduced to the amount of $1,722,427.00 (similar to the Debtor's proposal) and be supported by the invoices attached to such claim with the exception of the invoices attached to Claim No. 128. Onkyo's requested resolution would leave Onkyo with a total asserted claim of $6,627,475.57, the same as proposed by the Debtor, and would allocate and identify the invoices supporting each of the proofs of claim. The only difference between the two proposals is that under Onkyo's request, three (3) proofs of claim would survive, rather than two (2) as proposed by the Debtor.

5. As set forth above, Onkyo's proposed resolution achieves the same objective as sought by the Debtor in that it reduces Onkyo's total claim to the aggregate sum of $6,627,475.57, the same amount as proposed by the Debtor, and thereby eliminates the duplicate claims. Onkyo is hopeful of having discussions with the Debtor prior to this matter being adjudicated by the Court in an effort to reach a consensual resolution of this matter.

6. Onkyo reserves the right to amend, modify or supplement this Response prior to a determination being made by the Court regarding this matter.

WHEREFORE, Onkyo respectfully requests that the Court modify and disallow the three (3) proofs of claim filed by Onkyo against the Debtor in the manner requested by Onkyo as set forth herein and grant such other and further relief as the Court deems appropriate.

Dated: May 19, 2009
       New York, New York

                Respectfully submitted,

                EDWARDS ANGELL PALMER & DODGE LLP
                Attorneys for Onkyo USA Corporation
                750 Lexington Avenue
                New York, New York 10022
                Telephone: (212) 308-4411
                Facsimile: (212) 308-4844

                By: /s/ Larry D. Henin
                Larry D. Henin
                A Member of the Firm

## Schedule A

| Invoice # | Order # | Invoice Date | Due Date | Original $ | Balance $ |
|---|---|---|---|---:|---:|
| 1114832 | 2170020 | 10/21/2008 | 11/15/2008 | 16,575.00 | 16,575.00 |
| 1114958 | 2170025 | 10/22/2008 | 11/16/2008 | 123,296.00 | 123,296.00 |
| 1114848 | 2170026 | 10/22/2008 | 11/16/2008 | 95,958.00 | 95,958.00 |
| 1114879 | 2170019 | 10/22/2008 | 11/16/2008 | 73,680.00 | 73,680.00 |
| 1114880 | 2170019 | 10/22/2008 | 11/16/2008 | 73,680.00 | 73,680.00 |
| 1114881 | 2170019 | 10/22/2008 | 11/16/2008 | 73,680.00 | 73,680.00 |
| 1114882 | 2170019 | 10/22/2008 | 11/16/2008 | 73,680.00 | 73,680.00 |
| 1114883 | 2170019 | 10/22/2008 | 11/16/2008 | 73,680.00 | 73,680.00 |
| 1114898 | 2170019 | 10/22/2008 | 11/16/2008 | 73,680.00 | 73,680.00 |
| 1114959 | 2170018 | 10/22/2008 | 11/16/2008 | 45,743.00 | 45,743.00 |
| 1114951 | 2170018 | 10/22/2008 | 11/16/2008 | 31,025.00 | 31,025.00 |
| 1114956 | 2170019 | 10/22/2008 | 11/16/2008 | 27,937.00 | 27,937.00 |
| 1114850 | 2170020 | 10/22/2008 | 11/16/2008 | 25,375.00 | 25,375.00 |
| 1114960 | 2170024 | 10/22/2008 | 11/16/2008 | 23,156.00 | 23,156.00 |
| 1114849 | 2172121 | 10/22/2008 | 11/16/2008 | 15,080.00 | 15,080.00 |
| 1114955 | 2172120 | 10/22/2008 | 11/16/2008 | 13,050.00 | 13,050.00 |
| 1114954 | 2170018 | 10/22/2008 | 11/16/2008 | 5,278.00 | 5,278.00 |
| 1114851 | 2171716 | 10/22/2008 | 11/16/2008 | 4,350.00 | 4,350.00 |
| 1114957 | 2171716 | 10/22/2008 | 11/16/2008 | 3,675.00 | 3,675.00 |
| 1114950 | 2170019 | 10/22/2008 | 11/16/2008 | 2,975.00 | 2,975.00 |
| 1114847 | 2159560 | 10/22/2008 | 11/16/2008 | 1,919.50 | 1,919.50 |
| 1115183 | 2170023 | 10/24/2008 | 11/18/2008 | 82,786.00 | 82,786.00 |
| 1115177 | 2170017 | 10/24/2008 | 11/18/2008 | 17,458.00 | 17,458.00 |
|  |  |  |  |  | 977,716.50 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC, *et al.*, | Case No. 08-35653 (KRH) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE REGARDING RESPONSE OF ONKYO USA CORPORATION TO DEBTORS' FOURTH OMNIBUS OBJECTION TO CERTAIN DUPLICATIVE CLAIMS

Larry D. Henin, a member of the bar of the State of New York, hereby certifies that I caused a copy of the annexed Response of Onkyo USA Corporation to Debtors' Fourth Omnibus Objection To Certain Duplicative Claims to be served on May 19, 2009, by Federal Express next day early delivery, to the following:

Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
Wilmington,, DE 19899-0636
Attn: Gregg M. Galardi
      Ian S. Fredericks

Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606
Attn: Chris L. Dickerson

McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attn: Dion W. Hayes
      Douglas M. Foley

Dated: May 19, 2009

EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Onkyo USA Corporation
750 Lexington Avenue
New York, New York 10022
Telephone: (212) 308-4411
Facsimile: (212) 308-4844

By: /s/ Larry D. Henin
Larry D. Henin
A Member of the Firm

NYC 326307.1