## IN THE STATE OF VIRGINIA
## UNITED STATES BANKRUPTCY COURT,
## RICHMOND DIVISION, EAST DISTRICT

Circuit City Stores, Inc.    )
    Plaintiff(s)    )    Case No.: 08-35653 (KRH)
        )
        )
    vs.    )
        )
Source Interlink Companies, Inc. et al    )
    Defendant(s).    )
        )
        )

**RICHMOND DIVISION**
F I L E D
MAY 2 0 2009
CLERK
U.S. BANKRUPTCY COURT

## SUGGESTION OF BANKRUPTCY
## FOR SOURCE INTERLINK COMPANIES, INC., ET AL

**PLEASE TAKE NOTICE** that, on April 27, 2009, Source Interlink Companies, Inc. and

certain of its subsidiaries and affiliates (collectively, the "Debtors")[1], filed voluntary petitions for

relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy

Court for the District of Delaware (the "Bankruptcy Court"). As indicated by the Bankruptcy

Court's order attached hereto as Exhibit A and incorporated herein by reference, the Debtors'

chapter 11 cases are pending before the Honorable Kevin Gross, Bankruptcy Judge and are being

jointly administered under the lead case of Source Interlink Companies, Inc., Case No. 09-11424

(KG). A copy of the voluntary petition of the lead Debtor, Source Interlink Companies, Inc., is

attached hereto as Exhibit B.

---

[1]    The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Source
Interlink Companies, Inc. (8299); AEC Direct, LLC (1003); Automotive.com, LLC (2610); Canoe & Kayak,
Inc. (5510); Directtou, Inc. (4741); Enthusiast Media Subscription Company, Inc. (1137); Motor Trend Auto
Shows, LLC (5888); RDS Logistics, LLC (0305); Source-Chestnut Display Systems, Inc. (6446); Source Home
Entertainment, Inc. (8517); Source Interlink Distribution, LLC (3387); Source Interlink International, Inc.
(1428); Source Interlink Magazines, LLC (3601); Source Interlink Manufacturing, LLC (7123); Source
Interlink Media, LLC (4935); Source Interlink Retail Services, LLC (6967); Source Mid Atlantic News, LLC
(7108); The Interlink Companies, Inc. (2991). The location of the Debtors' corporate headquarters and the
service address for all Debtors is: 27500 Riverview Center Boulevard, Suite 400, Bonita Springs, Florida
34134.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 362(a), the

Debtors' filing of their respective voluntary petitions operates as a stay, applicable to all entities,

of, among other things: (a) the commencement or continuation of a judicial, administrative, or

other action or proceeding against the Debtors (i) that was or could have been commenced before

the commencement of the Debtors' cases or (ii) to recover a claim against the Debtors that arose

before the commencement of the Debtors' cases; (b) the enforcement, against the Debtors or

against any property of the Debtors' bankruptcy estates, of a judgment obtained before the

commencement of the Debtors' cases; or (c) any act to obtain possession of property of or from

the Debtors' bankruptcy estates, or to exercise control over property of the Debtors' bankruptcy

estates.

Dated: May 1, 2009

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Mark M. Billion (DE Bar No. 5263)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
            tcairns@pszjlaw.com
            mbillion@pszjlaw.com

Proposed Co-Counsel to the Debtors
and Debtors in Possession

2

**EXHIBIT A**

B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Source Interlink Companies, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Rider 1** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **20-2428299** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No and Street, City, and State):<br>**27500 Riverview<br>Center Boulevard, Suite 400<br>Bonita Springs, FL**   ZIP CODE: **34134** | Street Address of Joint Debtor (No and Street, City, and State):<br><br>ZIP CODE: |
| County of Residence or the Principal Place of Business: **Lee County** | County of Residence or the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE: | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE: |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE: | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (Includes Joint Debtors)<br>*See Exhibit D. on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above<br>entities, check this box and state type of entity<br>below.) | ☐ Health Care Business.<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other<br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States Code<br>(the Internal Revenue Code). | ☐ Chapter 7     ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☒ Chapter 11        Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                        Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer primarily debts,<br>defined in 11 U.S.C. § 101(8) as "incurred by an individual<br>primarily for a personal, family or house-hold purpose."<br>☒ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is a not small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br><br>**Check all applicable boxes:**<br>☒ A plan is being filed with this petition.<br>☒ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors (On a Consolidated Basis)

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

Estimated Assets

| $0 to 50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

Estimated Liabilities

| $0 to 50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

B 1 (Official Form 1) (1/08)                                                                  FORM B1, Page 2

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Source Interlink Companies, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: **None** | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **See Rider 2** | Case Number: | Date Filed: |
| District: **District of Delaware** | Relationship: | Judge: |

| Exhibit A | Exhibit B (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☒  Exhibit A is attached and made part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).  X_____  Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☒  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(l)).

| B 1 Official Form 1 (1/08) | Form B1, Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Source Interlink Companies, Inc.** |

| Signatures | |
|---|---|

| **Signature(s) of Debtors(s) (Individual/Joint)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | **Signature of a Foreign Representative**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney**<br>X *Laura Davis Jones*     (No. 2436)<br>Signature of Attorney for Debtor(s)<br>**Laura Davis Jones**<br>Printed Name of Attorney for Debtor(s)<br><br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>Firm Name<br><br>**919 North Market Street, 17th Floor**<br>**Wilmington, Delaware 19899-8705**<br>Address<br><br>**(302) 778-6401**<br>Telephone Number<br>April 27, 2009<br>Date | **Signature of Non-Attorney Petition Preparer**<br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)<br>(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>_____<br>_____<br>_____<br>Date |
| **Signature of Debtor (Corporations/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *Douglas J. Bates*<br>Signature of Authorized Individual<br>**Douglas J. Bates**<br>Printed Name of Authorized Individual<br>**Authorized Signatory**<br>Title of Authorized Individual<br>April 27, 2009<br>Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## RIDER 1

Other names used by or associated with the Debtor in the last 8 years:

- Aaron Wire & Metal Products, Ltd.
- Abbey Road Distributors
- Abby Road
- Acme
- Acme, Inc.
- AE Land Corp.
- AEC Direct Inc.
- AEC Direct, LLC
- AEC One Stop Group, Inc.
- AEC Supermarket Services Group, LLC.
- AEC Supply Chain Management
- Alliance Entertainment Corp.
- Alliance Entertainment Special Products
- Alligator Acquisition, LLC.
- Arrowood, Inc.
- Austin News
- Austin News Services
- Automotive.com, Inc.
- Automotive.com, LLC
- Bassin Distributors
- Brand Manufacturing Corp.
- Canoe & Kayak, Inc.

K&E 14441752.

- Canoe and Kayak, Inc.

- CD One Stop

- Chestnut Display Systems (North), Inc.

- Chestnut Display Systems, Inc.

- Consumer Source, Inc.

- Crossroads News Corporation

- CSK Publishing Company, Inc.

- Data Systems USA

- David E. Young, Inc.

- DEYCO

- Deyco Acquisition Corporation

- Deyco Distribution Services

- Deyco Distribution, Inc.

- Directtou, Inc.

- Distribution and Fulfillment Services Group, Inc.

- Eastern Distribution Services, Inc.

- Empire State News

- Enthusiast Media Subscription Company, Inc.

- Go Lo Entertainment, Inc.

- Huck Store Fixture Company

- Huck Store Fixture Company of Nevada

- Huck Store Fixture Company of North Carolina, Inc.

- Innovative Distribution Network

- Innovative Metal Fixtures, Inc.

2

- International Periodical Distributors, Inc.

- IPD Books, Inc.

- IPD Distribution Services, Inc.

- Jayco News Corporation

- Jech Distributing, Inc.

- Jerry Bassin

- K-Sub, Inc.

- L-Sub, Inc.

- Magazine Marketing, Inc.

- Matrix Software

- McMullen Argus Publishing, inc.

- Mike Kessler & Associates, Inc.

- Motor Trend Auto Shows Inc.

- MYCO, Inc.

- News Etc.

- Northcoast News Corporation

- Northwest Distribution Services, Inc.

- One Way Records

- PC2

- PC-Sub, Inc.

- Pennsylvania International Distribution

- Pennsylvania International Distribution Services, Inc.

- Premier News Corporation

- Primary News, LLC

3

K&E 14441752

- Primary Source, Inc.
- Primedia Enterprises, Inc.
- Primedia Enthusiast Publications, Inc.
- Primedia Inc.
- Primedia Investment LLC
- Primedia Leisure Group, Inc.
- Primedia Magazine Finance Inc.
- Primedia Magazines Inc.
- Primedia Special Interest Publications Inc.
- Primedia Specialty Group Inc.
- Promark
- Publisher Distribution Services, Inc.
- Publishers Services, Inc.
- RDS Logistics, LLC
- Readers Choice, Inc.
- RJR Marketing, Inc.
- San Diego News Agency
- Services, Inc.
- Source Display
- Source Home Entertainment, Inc.
- Source Interlink Canada, Inc.
- Source Interlink Companies, Inc.
- Source Interlink Companies, Inc. (DE)
- Source Interlink Companies, Inc. (MO)

4

- Source Interlink Distribution, LLC

- Source Interlink International, Inc.

- Source Interlink Magazines, LLC

- Source Interlink Manufacturing, LLC

- Source Interlink Media, LLC

- Source Mid Atlantic News, LLC

- Source Interlink Retail Services, LLC

- Source-Chestnut Display Systems, Inc.

- Source-Huck Store Fixtures Company

- Source-Interlink Acquisition, Inc.

- Source-MYCO, Inc.

- Source-U.S. Marketing Services, Inc.

- Source-Yeager Industries, Inc.

- Suncoast Magazines, Inc

- Suncoast Magazines, Inc

- Suncoast Magazines, Inc.

- Superior Leasing, Inc.

- Superior Media Services, LLC

- T.C.E. Corporation

- The Interlink Companies, Inc.

- The Source Company

- The Source Information Management Company

- The Source Interlink Acquisition, Inc.

- The Source-Canada Corp.

5

- The Vail Companies, Inc.

- The Virtual Flyshop, Inc.

- Tri-Coslal Express Corp.

- U.S. Marketing Services, Inc.

- Universal Consulting Services, Inc.

- Vail Companies, Inc.

- Western Distribution Services, Inc.

- Worldwide Media Service

- Yeager Industries, Inc.

6

## RIDER 2

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

Following the debtor, Source Interlink Companies, Inc., the following affiliated debtors will file chapter 11 petitions in the United States Bankruptcy Court for the District of Delaware:

1.   AEC Direct, LLC

2.   Automotive.com, LLC

3.   Canoe & Kayak, Inc.

4.   Directtou, Inc.

5.   Enthusiast Media Subscription Company, Inc.

6.   Motor Trend Auto Shows, LLC

7.   RDS Logistics, LLC

8.   Source-Chestnut Display Systems, Inc.

9.   Source Home Entertainment, Inc.

10.  Source Interlink Distribution, LLC

11.  Source Interlink International, Inc.

12.  Source Interlink Magazines, LLC

13.  Source Interlink Manufacturing, LLC

14.  Source Interlink Media, LLC

15.  Source Interlink Retail Services, LLC

16.  Source Mid Atlantic News, LLC

17.  The Interlink Companies, Inc.

K&E 14429141.

# **EXHIBIT B**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Case No. 09-11424 |
| | ) | |
| SOURCE INTERLINK COMPANIES, INC., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax I.D. No. 20-2428299 | ) | |
| | ) | |
| In re: | ) | Case No. 09-11425 |
| | ) | |
| AEC DIRECT, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax I.D. No. 26-3701003 | ) | |
| | ) | |
| In re: | ) | Case No. 09-11426 |
| | ) | |
| AUTOMOTIVE.COM, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax I.D. No. 26-3272610 | ) | |
| | ) | |
| In re: | ) | Case No. 09-11427 |
| | ) | |
| CANOE & KAYAK, INC., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax I.D. No. 41-1895510 | ) | |
| | ) | |
| In re: | ) | Case No. 09-11428 |
| | ) | |
| DIRECTTOU, INC., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax I.D. No. 20-5704741 | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Case No. 09-11429 |
| | ) | |
| ENTHUSIAST MEDIA SUBSCRIPTION COMPANY, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax I.D. No. 20-1941137 | ) | |
| | ) | |
| In re: | ) | Case No. 09-11430 |
| | ) | |
| MOTOR TREND AUTO SHOWS, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax I.D. No. 26-3255888 | ) | |
| | ) | |
| In re: | ) | Case No. 09-11431 |
| | ) | |
| RDS LOGISTICS, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax I.D. No. 26-1690305 | ) | |
| | ) | |
| In re: | ) | Case No. 09-11432 |
| | ) | |
| SOURCE-CHESTNUT DISPLAY SYSTEMS, INC., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax I.D. No. 43-1836446 | ) | |
| | ) | |
| In re: | ) | Case No. 09-11433 |
| | ) | |
| SOURCE HOME ENTERTAINMENT, INC., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax I.D. No. 20-2228517 | ) | |
| | ) | |

2

DOCS_DE:147493.3

| | |
|---|---|
| In re: | Case No. 09-11434 |
| SOURCE INTERLINK DISTRIBUTION, LLC, | Chapter 11 |
| Debtor, | |
| Tax I.D. No. 36-4053387 | |
| In re: | Case No. 09-11435 |
| SOURCE INTERLINK INTERNATIONAL, INC., | Chapter 11 |
| Debtor, | |
| Tax I.D. No. 20-0251428 | |
| In re: | Case No. 09-11436 |
| SOURCE INTERLINK MAGAZINES, LLC, | Chapter 11 |
| Debtor, | |
| Tax I.D. No. 13-4113601 | |
| In re: | Case No. 09-11437 |
| SOURCE INTERLINK MANUFACTURING, LLC, | Chapter 11 |
| Debtor, | |
| Tax I.D. No. 26-1307123 | |
| In re: | Case No. 09-11438 |
| SOURCE INTERLINK MEDIA, LLC, | Chapter 11 |
| Debtor, | |
| Tax I.D. No. 26-2254935 | |

3

| | |
|---|---|
| In re: | ) | Case No. 09-11439 |
| | ) | |
| SOURCE INTERLINK RETAIL SERVICES, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax I.D. No. 26-1306967 | ) | |
| | ) | |
| In re: | ) | Case No. 09-11440 |
| | ) | |
| SOURCE MID ATLANTIC NEWS, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax I.D. No. 95-4657108 | ) | |
| | ) | |
| In re: | ) | Case No. 09-11441 |
| | ) | |
| THE INTERLINK COMPANIES, INC., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Tax I.D. No. 13-4042991 | ) | |
| | ) | **Related Docket No. 2** |

## ORDER DIRECTING JOINT ADMINISTRATION
## OF THE DEBTORS' RELATED CHAPTER 11 CASES

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in

possession (collectively, the "Debtors") for the entry of an order (this "Order") directing joint

administration and procedural consolidation of their related chapter 11 cases (the "Chapter 11

Cases") and upon the First Day Declaration; it appearing that the relief requested is in the best

interests of the Debtors' estates, their creditors and other parties in interest; the Court having

jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157

and 1334; consideration of the Motion and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b); venue being proper before this court pursuant to 28 U.S.C.

---

[1]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

4

§§ 1408 and 1409; notice of the Motion having been adequate and appropriate under the

circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED

    1.      The Motion is granted as provided herein.

    2.      The above-captioned chapter 11 cases are consolidated for procedural purposes

only and shall be jointly administered by the Court.

    3.      Nothing contained in the Motion or this Order shall be deemed or construed as

directing or otherwise effecting a substantive consolidation of the Debtors' Chapter 11 Cases.

    4.      The caption of the jointly administered cases should read as follows:

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 09-11424 (KG) |
| SOURCE INTERLINK COMPANIES, INC., et al.,[1] ) | |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

    5.      A docket entry, substantially similar to the following, shall be entered on the

docket of each of the Debtors other than Source Interlink Companies, Inc. to reflect the joint

administration of the Chapter 11 Cases:

---

[1]   The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Source
Interlink Companies, Inc. (8299); AEC Direct, LLC (1003); Automotive.com, LLC (2610); Canoe & Kayak,
Inc. (5510); Directtou, Inc. (4741); Enthusiast Media Subscription Company, Inc. (1137); Motor Trend Auto
Shows, LLC (5888); RDS Logistics, LLC (0305); Source-Chestnut Display Systems, Inc. (6446); Source Home
Entertainment, Inc. (8517); Source Interlink Distribution, LLC (3387); Source Interlink International, Inc.
(1428); Source Interlink Magazines, LLC (3601); Source Interlink Manufacturing, LLC (7123); Source
Interlink Media, LLC (4935); Source Interlink Retail Services, LLC (6967); Source Mid Atlantic News, LLC
(7108); The Interlink Companies, Inc. (2991). The location of the Debtors' corporate headquarters and the
service address for all Debtors is: 27500 Riverside Center Boulevard, Suite 400, Bonita Springs, Florida
34134.

5

An order has been entered in accordance with Rule 1015(b) of the
Federal Rules of Bankruptcy Procedure directing the procedural
consolidation and joint administration of the Chapter 11 Cases of:
Source Interlink Companies, Inc.; AEC Direct, LLC;
Automotive.com, LLC; Canoe & Kayak, Inc.; Directtou, Inc.;
Enthusiast Media Subscription Company, Inc.; Motor Trend Auto
Shows, LLC; RDS Logistics, LLC; Source-Chestnut Display
Systems, Inc.; Source Home Entertainment, Inc.; Source Interlink
Distribution, LLC; Source Interlink International, Inc.; Source
Interlink Magazines, LLC; Source Interlink Manufacturing, LLC;
Source Interlink Media, LLC; Source Interlink Retail Services,
LLC; Source Mid Atlantic News, LLC; The Interlink Companies,
Inc. All further pleadings and other papers shall be filed in, and all
further docket entries shall be made in, Case No. 09-11424.

6.     One consolidated docket, one file and one consolidated service list shall be

maintained by the Debtors and kept by the Clerk of the United States Bankruptcy Court for the

District of Delaware.

7.     A creditor filing a proof of claim against any of the Debtors shall file such proof

of claim in the particular Debtor's bankruptcy case and not in the jointly administered case.

8.     The foregoing caption shall satisfy the requirements of Bankruptcy Code §

342(c)(1).

9.     The Debtors are authorized to take all actions necessary to effectuate the relief

granted pursuant to this Order in accordance with the Motion.

10.    The Court retains jurisdiction with respect to all matters arising from or related to

the implementation, interpretation and enforcement of this Order.

Date: April 29, 2009                          The Honorable Kevin Gross
                                              United States Bankruptcy Judge

6

DOCS_DE:147493.3

## IN THE STATE OF VIRGINIA
## UNITED STATES BANKRUPTCY COURT,
## RICHMOND DIVISION, EAST DISTRICT

| | |
|---|---|
| Circuit City Stores, Inc.<br>      Plaintiff(s)    ) <br>    ) <br>    ) <br>    ) <br>vs.    ) <br>    ) <br>Source Interlink Companies, Inc. et al    ) <br>      Defendant(s).    ) <br>    ) <br>    ) | Case No.: 08-35653 (KRH) |

### CERTIFICATE OF SERVICE

*Timothy P. Cairns*

I, ~~Mark M. Billion~~, certify that on the 1st day of May, 2009, I caused to be served, via Overnight Delivery a true and correct copy of the foregoing SUGGESTION OF BANKRUPTCY FOR SOURCE INTERLINK COMPANIES, INC., ET AL., on the party/parties listed below.

(Counsel for Plaintiff)
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE  19889

(Counsel for Source Interlink Companies, Inc.)
Bradford F. Englander, Esquire
Linowes and Blocher LLP
7200 Wisconsin Avenue, Suite 8900
Bethesda, MD  20814

Dated: May 1, 2009

_____
Timothy P. Cairns (DE Bar No. 4228)

80461-001\DOCS_DE:147686.12