### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING MOTION OF SIR BARTON PLACE, LLC FOR LEAVE OF <u>COURT</u> TO ATTEND HEARING BY TELEPHONE**

Upon review of the Motion brought by Sir Barton Place, LLC ("Sir Barton") for an Order granting leave to attend hearing by telephone filed by counsel, and it appearing that the motion having been served upon counsel for Circuit City Stores, Inc. et al. (collectively, the "Debtors"), counsel for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee, and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that Sir Barton Place, LLC's Motion for Leave of Court to Attend Hearing by Telephone is GRANTED and John P. Brice is permitted to appear and be heard by telephone at the hearing on May 28, 2009 at 10:00 a.m., and any adjourned or continued hearing with respect to its Administrative Claim Request, on behalf of Sir Barton Place, LLC.

Date: _____                    _____
                                      Hon. Kevin R. Hunnekens
                                      United States Bankruptcy Judge

WE ASK FOR THIS:


  /s/ Troy N. Nichols

Troy N. Nichols

John P. Brice

WYATT, TARRANT & COMBS, LLP

250 West Main Street, Suite 1600

Lexington, Kentucky 40507

Telephone: (859) 233-2012

Facsimile:  (859) 259-0649

E-mail:  Lexbankruptcy@wyattfirm.com


*COUNSEL TO SIR BARTON, LLC*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 20th day of May, 2009, a copy of the foregoing proposed Order Granting Motion of Sir Barton Place, LLC for Leave of Court to Attend Hearing by Telephone was served by postage prepaid U.S. mail and/or electronic delivery to all parties listed on the attached Service List in accordance with the Order entered in this case on November 13, 2008, establishing certain notice, case management and administrative procedures.

Douglas M. Foley, Esq.
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, Virginia

*Counsel for the Debtors*

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sara Becket Boehm, Esq.
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, Virginia 23210

*Counsel for the Debtors*

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, P.C.
20 North Eights Street, 2nd Floor
Richmond, Virginia 23219

*Counsel for the Official Committed of Unsecured Creditors*

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

*Counsel for the Debtors*

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

*Counsel for the Debtors*

Jeffrey N. Pocmrantz, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100

*Counsel for the Official Committee of Unsecured Creditors*

3

Robert J. Feinstein, Esq.  
Pachulski Stang Ziehl & Jones, LLP  
780 Third Avenue, 36th Floor  
New York, New York 10017-2024  

*Counsel for the Official Committed of Unsecured Creditors*

Robert B. Van Arsdale, Esq.  
Office of the U.S. Trustee  
701 East Broad Street, Suite 4304  
Richmond, Virginia 23219  

/s/  Troy N. Nichols

30520924.1

4