Stephan W. Milo (VSB #42156)
Wharton Aldhizer and Weaver, PLC
125 S. Augusta Street
Suite 2000
Staunton, VA 24401
Phone: 540.213.7440
Fax: 540.213.0390
Email: smilo@wawlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re: | ) |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Case No. 08-35653 (KRH) |
| | ) Chapter 11 |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |

## NOTICE OF APPEARANCE PURSUANT TO RULE 2002 AND REQUEST FOR NOTICE

Wharton, Aldhizer & Weaver, P.L.C. notes its appearance pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, as counsel for THF Chesterfield Two Development, L.L.C., THF Clarksburg Development One, Limited Liability Company, THF Harrisonburg Crossing, L.L.C., THF ONC Development, L.L.C. and THF St. Clairsville Development, L.P., parties in interest herein, and requests that copies of all notices and papers filed in this case, electronically or otherwise, including any disclosure statement(s), plan(s) of reorganization and notices required or otherwise served in the proceedings, be served on the following person at the address indicated below:

Stephan W. Milo, Esq.
Wharton, Aldhizer & Weaver, P.L.C.
The American Hotel
125 South Augusta Street, Suite 2000
Staunton, VA 24401

Dated: Staunton, Virginia
May 22, 2009

WHARTON, ALDHIZER & WEAVER, P.L.C.

/s/ Stephan W. Milo
STEPHAN W. MILO, ESQ. (VSB#42156)
The American Hotel
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(540) 213-7440 – Telephone
(540) 213-0390 – Facsimile
Counsel for THF Chesterfield Two Development, L.L.C., THF Clarksburg Development One, Limited Liability Company, THF Harrisonburg Crossing, L.L.C., THF ONC Development, L.L.C. and THF St. Clairsville Development, L.P.

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of eighteen (18) years and not a party to the within cause; that I am employed in the City of Staunton and my business address is The American Hotel, 125 South Augusta Street, Suite 2000, Staunton, Virginia 24401.

I hereby certify that on this 22 day of May, 2009, a copy of the foregoing "Notice of Appearance Pursuant to Rule 2002 and Request for Notice" was mailed, postage pre-paid to the parties listed below and to all creditors and parties-in-interest who are included in the Bankruptcy Court's ECF email notification systems:

**VIA FIRST CLASS MAIL**

Douglas M. Foley, Esquire
Daniel F. Blanks, Esquire
McGuireWoods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

-and-

Dion W. Hayes, Esquire
Joseph S. Sheerin, Esquire
Sarah Becket Boehm, Esquire
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

-and-

Chris Dickerson, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
33 W. Wacker Drive
Chicago, IL 60606

*[Counsel for the Debtors]*

**VIA FIRST CLASS MAIL**

Greg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

*[Counsel for the Debtors]*

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran
20 N. Eighth Street, 2nd Floor
Richmond, VA 23219

-and-

Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

-and-

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024

*[Counsel for the Official Committee of Unsecured Creditors]*

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219

        /s/ Stephan W. Milo
        Stephan W. Milo

S0901358