Stephan W. Milo, Esq. (VSB 42156)
Wharton Aldhizer & Weaver PLC
125 South Augusta Street
Suite 2000
Staunton, Virginia 24401
Phone: (540) 213-7440
Fax: (540) 213-0139
smilo@wawlaw.com

Counsel to General Electric Company's Consumer & Industrial Division,
THF Chesterfield Two Development, L.L.C.,
THF Clarksburg Development One, Limited Liability Company,
THF Harrisonburg Crossing, L.L.C.,
THF ONC Development, L.L.C.,
THF St. Clairsville Development, L.P.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| **In re:** | ) |
| | ) |
| **CIRCUIT CITY STORES, INC.,** | ) Case No. 08-35653 (KRH) |
| **et al.,** | ) Chapter 11 |
| | ) Jointly Administered |
| **Debtors.** | ) |
| | ) |

### VERIFIED STATEMENT OF WHARTON ALDHIZER & WEAVER PLC PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

The undersigned, Stephan W. Milo, is a member with Wharton Aldhizer & Weaver PLC ("WAW") a law firm with a business address of 125 South Augusta Street, Suite 2000, Staunton, Virginia 24401. The undersigned is authorized to make the following statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure.

    1.    WAW is appearing in these cases to represent the interests of the following creditors and parties in interest:

(a) General Electric Company's Consumer & Industrial Division ("GE"), with an address of 11256 Cornell Park Drive, Suite 500, Cincinnati, OH 45242, c/o Michael Bach, Esq., Dehann & Bach Co., L.P.A.;

(b) THF Chesterfield Two Development, L.L.C., with an address of 2127 Innerbelt Business Center Drive, Suite 200, St. Louis, MO 63114, c/o THF Realty Management;

(c) THF Clarksburg Development One, Limited Liability Company, with an address of 2127 Innerbelt Business Center Drive, Suite 200, St. Louis, MO 63114, c/o THF Realty Management;

(d) THF Harrisonburg Crossing, L.L.C., with an address of 2127 Innerbelt Business Center Drive, Suite 200, St. Louis, MO 63114, c/o THF Realty Management;

(e) THF ONC Development, L.L.C., with an address of 2127 Innerbelt Business Center Drive, Suite 200, St. Louis, MO 63114, c/o THF Realty Management; and

(f) THF St. Clairsville Development, L.P., with an address of 2127 Innerbelt Business Center Drive, Suite 200, St. Louis, MO 63114, c/o THF Realty Management.

2. GE is a creditor and party in interest with respect to transactions involving certain of the above captioned debtors' (the "Debtors") product warranty program. GE has timely filed its proof of claim (POC# 9027) against the Debtor's with Kurtzman Carson Consultants.

3. The claims held by each of the entities in 1(b) – (f) inclusive (collectively, the "Landlords") are in the nature of rent and other charges related to the Debtors' use and occupancy of certain leased premises. The Landlords have not yet determined the full amount and nature of its pre- and post-petition claims against the Debtors.

4. WAW does not hold any claim against, or interest in, the Debtors.

5. WAW expressly reserves the right to supplement or amend this statement.

I, Stephan W. Milo, declare under penalty of perjury that I have read the foregoing and that it is true and correct to the best of my knowledge, information and belief.

May 22, 2009

WHARTON, ALDHIZER & WEAVER, P.L.C.

/s/ Stephan W. Milo
STEPHAN W. MILO, ESQ. (VSB#42156)
The American Hotel
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(540) 213-7440 – Telephone
(540) 213-0390 – Facsimile
Counsel for General Electric Company's Consumer & Industrial Division; THF Chesterfield Two Development, L.L.C., THF Clarksburg Development One, Limited Liability Company, THF Harrisonburg Crossing, L.L.C., THF ONC Development, L.L.C., and THF St. Clairsville Development, L.P.

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of eighteen (18) years and not a party to the within cause; that I am employed in the City of Staunton and my business address is The American Hotel, 125 South Augusta Street, Suite 2000, Staunton, Virginia 24401.

I hereby certify that on this 22 day of May, 2009, a copy of the foregoing "Verified Statement of Wharton Aldhizer & Weaver PLC Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure" was mailed, postage pre-paid to the parties listed below and to all creditors and parties-in-interest who are included in the Bankruptcy Court's ECF email notification systems:

**VIA FIRST CLASS MAIL**

Douglas M. Foley, Esquire
Daniel F. Blanks, Esquire
McGuireWoods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA  23510

-and-

Dion W. Hayes, Esquire
Joseph S. Sheerin, Esquire
Sarah Becket Boehm, Esquire
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA  23219

-and-

Chris Dickerson, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
33 W. Wacker Drive
Chicago, IL  60606

*[Counsel for the Debtors]*

**VIA FIRST CLASS MAIL**

Greg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

*[Counsel for the Debtors]*

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran
20 N. Eighth Street, 2nd Floor
Richmond, VA  23219

-and-

Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA  90067-4100

-and-

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY  10017-2024

*[Counsel for the Official Committee of Unsecured Creditors]*

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
701 E. Broad Street, Suite 4304
Richmond, VA  23219

/s/ Stephan W. Milo
Stephan W. Milo

S0901317