**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING MOTION OF SIR BARTON PLACE, LLC FOR LEAVE OF <u>COURT
TO ATTEND HEARING BY TELEPHONE</u>**

Upon review of the Motion brought by Sir Barton Place, LLC ("Sir Barton") for an Order

granting leave to attend hearing by telephone filed by counsel, and it appearing that the motion

having been served upon counsel for Circuit City Stores, Inc. et al. (collectively, the "Debtors"),

counsel for the Official Committee of Unsecured Creditors, and the Office of the United States

Trustee, and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that Sir Barton Place, LLC's Motion for Leave of Court to Attend Hearing by

Telephone is GRANTED and John P. Brice is permitted to appear and be heard by telephone at the

hearing on May 28, 2009 at 10:00 a.m., and any adjourned or continued hearing with respect to its

Administrative Claim Request, on behalf of Sir Barton Place, LLC.

Date: <u>May 21 2009</u>

<u>/s/ Kevin Huennekens</u>

Hon. Kevin R. Hunnekens
United States Bankruptcy Judge

Entered on docket:  May 20 2009

WE ASK FOR THIS:


  /s/ Troy N. Nichols

Troy N. Nichols

John P. Brice

WYATT, TARRANT & COMBS, LLP

250 West Main Street, Suite 1600

Lexington, Kentucky 40507

Telephone: (859) 233-2012

Facsimile:  (859) 259-0649

E-mail:  Lexbankruptcy@wyattfirm.com


*COUNSEL TO SIR BARTON, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of May, 2009, a copy of the foregoing proposed Order Granting Motion of Sir Barton Place, LLC for Leave of Court to Attend Hearing by Telephone was served by postage prepaid U.S. mail and/or electronic delivery to all parties listed on the attached Service List in accordance with the Order entered in this case on November 13, 2008, establishing certain notice, case management and administrative procedures.

Douglas M. Foley, Esq.
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, Virginia

*Counsel for the Debtors*

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sara Becket Boehm, Esq.
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, Virginia 23210

*Counsel for the Debtors*

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, P.C.
20 North Eights Street, 2nd Floor
Richmond, Virginia 23219

*Counsel for the Official Committed of Unsecured Creditors*

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

*Counsel for the Debtors*

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

*Counsel for the Debtors*

Jeffrey N. Pocmrantz, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100

*Counsel for the Official Committee of Unsecured Creditors*

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, New York 10017-2024

Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

*Counsel for the Official Committed of
Unsecured Creditors*

/s/  Troy N. Nichols

30520924.1

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: frenchs          Page 1 of 1          Date Rcvd: May 21, 2009
Case: 08-35653               Form ID: pdforder      Total Served: 1

The following entities were served by first class mail on May 23, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636

The following entities were served by electronic transmission.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 23, 2009**                    **Signature:**