**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

........................................................... x
                                      :    Chapter 11

In re:                         :

                                        :    Case No. 08-35653 (KRH)

CIRCUIT CITY STORES, INC.,     :

et al.,                        :

                                        :    Jointly Administered

                 Debtors.[1]       :

                                        :
........................................................... x

## AFFIDAVIT OF SERVICE

      I, Timothy T. Wu, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

      On May 12, 2009, copies of the following documents were served via electronic mail upon the parties set forth on the service lists attached hereto as **Exhibit A**, facsimile upon the parties set forth on the service lists attached hereto as **Exhibit B**, and first class mail upon the parties set forth on the service lists attached hereto as **Exhibit C**:

1. Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 3309)

2. Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 3311)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

On May 12, 2009, copies of the following documents were served via first class mail upon the parties set forth on the service list attached hereto as **Exhibit D**:

1. Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 3309)

2. Circuit City Stores, Inc. Procedures for Filing Omnibus Objections to Claims (See attached **Exhibit E**)

3. Notice of Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Personalized with claim and creditor information listed on Exhibit D) (Docket No. 3310)

On May 12, 2009, copies of the following documents were served via first class mail upon the parties set forth on the service list attached hereto as **Exhibit F**:

1. Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 3311)

2. Circuit City Stores, Inc. Procedures for Filing Omnibus Objections to Claims (See attached **Exhibit G**)

3. Notice of Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Personalized with claim and creditor information listed on Exhibit F) (Docket No. 3312)

Dated: May 14, 2009

_____
Timothy T. Wu

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 14th day of May, 2009, by Timothy T. Wu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _Shannon J Spencer_

SHANNON JOANN SPENCER
Commission # 1676705
Notary Public - California
Los Angeles County
My Comm. Expires Jun 20, 2010

# EXHIBIT A

Circuit City Stores, Inc.
Core List

| NAME | ATTENTION | Email |
| --- | --- | --- |
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | bob.duffy@fticonsulting.com<br>steve.coulombe@fticonsulting.com |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | bruce.matson@leclairryan.com |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | dberman@riemerlaw.com |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | dhayes@mcguirewoods.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | gregg.galardi@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | IAN S. FREDERICKS, ESQ. | Ian.Fredericks@skadden.com |
| PACHULSKI STANG ZIEHL & JONES LLP | JEFFREY N POMERANTZ ESQ | jpomerantz@pszjlaw.com |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | kcordry@naag.org |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | lmyers@kirkland.com |
| TAVENNER & BERAN PLC | LYNN L TAVENNER ESQ<br>PAULA S BERAN ESQ | ltavenner@tb-lawfirm.com<br>pberan@tb-lawfirm.com |
| KUTAK ROCK LLP | PETER J. BARRETT | peter.barrett@kutakrock.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ROBERT J FEINSTEIN ESQ | rfeinstein@pszjlaw.com |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | Robert.B.Van.Arsdale@usdoj.gov |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | TIMOTHY G. POHL, ESQ. | tim.pohl@skadden.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Quintrall & Associates LLP | Albert F Quintrall Esq | a.quintrall@quintrallaw.com |
| Lazer Aptheker Rosella & Yedid PC | Robin S Abramowitz | abramowitz@larypc.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com<br>rhicks@shutts.com |
| Hangley Aronchick Segal & Pudlin | Ashely M Chan Esq | achan@hangley.com |
| Ciardi Ciardi & Astin PC | Albert A Ciardi III Esq<br>Thomas D Bielli Esq | aciardi@ciardilaw.com<br>tbielli@ciardilaw.com |
| Krokidas & Bluestein LLP | Anthony J Cichello Esq | acichello@kb-law.com |
| Franklin & Prokopik PC | Andrew L Cole | acole@fandpnet.com |
| Andrew S Conway Esq | | Aconway@taubman.com |
| The Meiburger Law Firm PC | Janet M Meiburger Esq | admin@meiburgerlaw.com |
| Christian & Barton LLP | Augustus C Epps Jr Esq<br>Michael D Mueller Esq<br>Jennifer M McLemore Esq<br>Noelle M James Esq | aepps@cblaw.com<br>mmueller@cblaw.com<br>jmclemore@cblaw.com<br>njames@cblaw.com |
| Kaufman & Canoles | Ann K Crenshaw Esq<br>Paul K Campsen Esq | akcrenshaw@kaufcan.com |
| Miami Dade County Paralegal Unity | Alberto Burnstein | alberto@miamidade.gov<br>MDTCBKC@miamidade.gov |
| Foster Pepper PLLC | Christopher M Alston | alstc@foster.com |
| K&L Gates LLP | Amy Pritchard Williams | amy.williams@klgates.com |
| Monarch Alternative Capital LP | Andrew Herenstein | Andrew.Herenstein@monarchlp.com |
| Vonage Holdings Inc | Angelique Electra | angelique.electra@vonage.com |
| DLA Piper LLP | Anne Braucher Esq | anne.braucher@dlapiper.com |
| Greenberg Traurig LLP | Daniel J Ansell Esq<br>Heath B Kushnick Esq | AnsellD@GTLaw.com<br>kushnickh@gtlaw.com |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda<br>Yolanda Humphrey | arlbank@pbfcm.com<br>ebanda@pbfcm.com<br>yhumphrey@pbfcm.com |
| Lindquist Kleissler & Company LLC | Arthur Lindquist Kleissler | arthurlindquistkleissler@msn.com |
| Culbert & Schmitt PLLC | Ann E Schmitt | aschmitt@culbert-schmitt.com |
| Noland Hamerly Etienne & Hoss PC | Anne Secker Esq<br>Lisa K Omori | asecker@nheh.com |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | austin.bankruptcy@publicans.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Hunton & Williams LLP | Benjamin C Ackerly | backerly@hunton.com |
| | JR Smith | jrsmith@hunton.com |
| | Henry Toby P Long III | hlong@hunton.com |
| | Thomas N Jamerson | tjamerson@hunton.com |
| Kern County Treasurer and Tax Collector Office | Angelica Leon | bankruptcy@co.kern.ca.us |
| Morrison Cohen LLP | Michael R Dal Lago Esq | bankruptcy@morrisoncohen.com |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | batteberry@mdea.com |
| Arnold Gallagher Saydack Percell Roberts & Potter PC | Bradley S Copeland | bcopeland@agsprp.com |
| Loudoun County Attorney | John R Roberts | |
| | Belkys Escobar | Belkys.Escobar@loudoun.gov |
| Linowes and Blocher LLP | Bradford F Englander Esq | benglander@linowes-law.com |
| | Brian M Nestor Esq | bnestor@linowes-law.com |
| Clement & Wheatley | Darren W Bentley Esq | bentleyd@clementwheatley.com |
| Greenberg Traurig LLP | Howard J Berman Esq | bermanH@gtlaw.com |
| Mullins Riley & Scarborough LLP | Betsy Johnson Burn | betsy.burn@nelsonmullins.com |
| Smith Gambrell & Russell LLP | Brian P Hall Esq | bhall@sgrlaw.com |
| Brian T Hanlon | | bhanlon@pbcgov.org |
| Hamilton Beach Brands Inc | Bill Ray | bill.ray@hamiltonbeach.com |
| Moldo Davidson Fraioli Seror & Sestanovich LLP | Byron Z Moldo | bmoldo@mdfslaw.com |
| | Kenneth Miller Esq | kmiller@mdfslaw.com |
| Office of Joe G Tedder CFC | Bonnie Holly | bonnieholly@polktaxes.com |
| Borges & Associates LLC | Wanda Borges Esq | borgeslawfirm@aol.com |
| Troutman Sanders LLP | Bradfute W Davenport Jr | bradfute.davenport@troutmansanders.com |
| Katten Muchin Rosenman LLP | c o Brian D Huben | brian.huben@kattenlaw.com |
| | c o Thomas J Leanse | dustin.branch@kattenlaw.com |
| | c o Dustin P Branch | thomas.leanse@kattenlaw.com |
| Arent Fox LLP | Timothy F Brown Esq | brown.timothy@arentfox.com |
| | Mary Joanne Dowd Esq | dowd.mary@arentfox.com |
| | Christopher J Giaimo Esq | giaimo.christopher@arentfox.com |
| LeClairRyan A Professional Corporation | Bruce H Matson | Bruce.Matson@leclairryan.com |

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Quarles & Brady LLP | Brian Sirower Esq | bsirower@quarles.com |
| | Lori L Winkelman Esq | lwinkelm@quarles.com |
| | Catherine M Guastello Esq | cguastel@quarles.com |
| Vinson & Elkins LLP | William L Wallander | bwallander@velaw.com |
| | Angela B Degeyter | adegeyter@velaw.com |
| Mesch Clark & Rothschild PC | Brenda Moody Whinery Esq | bwhinery@mcrazlaw.com |
| Sheppard Mullin Richter & Hampton LLC | Blanka Wolfe | bwolfe@sheppardmullin.com |
| | Margaret Mann | Mmann@sheppardmullin.com |
| Carter Ledyard & Milburn LLP | Aaron R Cahn | cahn@clm.com |
| Laurin & Associates | Paul J Laurin Esq | |
| | Stephen M Astor Esq | CalendarClerk@laurinlawfirm.com. |
| Miami Dade County Attorneys Office | Erica S Zaron | cao.bkc@miamidade.gov |
| Regency Centers | Catherine L Strauss | catherinestrauss@regencycenters.com |
| Acxiom Corporation | C B Blackard III | cbblac@acxiom.com |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte Esq | cbelmonte@ssbb.com |
| | Pamela A Bosswick Esq | pbosswick@ssbb.com |
| | Abigail Snow Esq | asnow@ssbb.com |
| Winthrop & Weinstine PA | Christopher A Camardello | ccamardello@winthrop.com |
| Buchalter Nemer A Professional Corporation | Craig C Chiang Esq | cchiang@buchalter.com |
| | Shawn M Christianson Esq | schristianson@buchalter.com |
| Nixon Peabody LLP | Dennis J Drebsky | |
| | Christopher M Desiderio | cdesiderio@nixonpeabody.com |
| McCarter & English LLP | Clement J Farley | cfarley@mccarter.com |
| | Angela Sheffler Abreu | aabreu@mccarter.com |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos Esq | cgp@ballardspahr.com |
| | Charles W Chotvacs Esq | chotvacsc@ballardspahr.com |
| Quarles & Brady LLP | Catherine M Guastello Esq | cguastel@quarles.com |
| City of Fort Worth Sr Assistant City Attorney | Christopher B Mosley | Chris.Mosley@fortworthgov.org |
| Attorney General of New Jersey | Anne Milgram | citizens.services@lps.state.nj.us |
| Recovery Management Systems Corp | Ramesh Singh | claims@recoverycorp.com |
| Goulston & Storrs PC | Christine D Lynch Esq | clynch@goulstonstorrs.com |
| | Peter D Bilowz Esq | pbilowz@goulstonstorrs.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| | A Carter Magee Jr | cmagee@mfgs.com |
| Magee Foster Goldstein & Sayers PC | W Joel Charboneau | jcharboneau@mfgs.com |
| Squire Sanders & Dempsey LLP | G Christopher Meyer | cmeyer@ssd.com |
| Palmer Law Firm Inc | R Chase Palmer | cpalmerplf@gmail.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Glass & Reynolds | David G Reynolds Esq | dave@glassandreynolds.com |
| City & County of Denver | David V Cooke | david.cooke@denvergov.org |
| Moore & Van Allen PLLC | David B Wheeler Esq | davidwheeler@mvalaw.com |
| Riemer & Braunstein LLP | David S Berman | Dberman@riemerlaw.com |
| Chiariello & Chiariello | Dominic L Chiariello | dc@chiariello.com |
| | David H Cox Esq | dcox@jackscamp.com |
| Jackson & Campbell PC | John J Matteo Esq | jmatteo@jackscamp.com |
| Cole Schotz Meisel Forman & Leonard PA | G David Dean Esq | ddean@coleschotz.com |
| Cook Heyward Lee Hopper & Feehan PC | David D Hopper Esq | ddhopper@chlhf.com |
| Office of the Attorney General | Denise Mondell | Denise.Mondell@po.state.ct.us |
| Weiss Serota Helfman Pastoriza Cole & Boniske PL | Douglas R Gonzales | dgonzales@wsh-law.com |
| The Law Offices of David A Greer PLC | David A Greer Esq | dgreer@davidgreerlaw.com |
| Vinson & Elkins LLP | David E Hawkins | dhawkins@velaw.com |
| Neuberger Quinn Gielen Rubin & Gibber PA | Deborah H Devan Esq | dhd@nqgrg.com |
| Morris Manning & Martin LLP | David W Cranshaw Esq | dhp@mmmlaw.com |
| | Rudolph J Di Massa Jr Esq | DiMassa@duanemorris.com |
| | Matthew E Hoffman Esq | MEHoffman@duanemorris.com |
| | Lauren Lonergan Taylor Esq | LLTaylor@duanemorris.com |
| Duane Morris LLP | Matthew E Hoffman Esq | MEHoffman@duanemorris.com |
| Robinson Diamant & Wolkowitz | Douglas D Kappler Esq | dkappler@rdwlawcorp.com |
| | Darryl S Laddin | dladdin@agg.com |
| Arnall Golden Gregory LLP | Frank N White | frank.white@agg.com |
| Brown Connery LLP | Donald K Ludman | dludman@brownconnery.com |
| Wolff Hill McFarlin & Herron PA | David R McFarlin Esq | dmcfarlin@whmh.com |
| Jeffer Mangels Butler & Marmaro LLP | David M Poitras PC | dpoitras@jmbm.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| McSweeney Crump Childress & Temple PC | David R Ruby Esq | druby@mcsweeneycrump.com |
| Munsch Hardt Kopf & Harr PC | Davor Rukavina Esq | drukavina@munsch.com |
| Duane Morris LLP | Denyse Sabagh | dsabagh@duanemorris.com |
| McDowell Rice Smith & Buchanan PC | Donald G Scott | dscott@mcdowellrice.com |
| Nixon Peabody LLP | Daniel R Sovocool | dsovocool@nixonpeabody.com |
| | Louis J Cisz III | lcisz@nixonpeabody.com |
| | Gina M Fornario | gfornario@nixonpeabody.com |
| Cantor Arkema PC | David K Spiro Esq | dspiro@cantorarkema.com |
| | Neil E McCullagh Esq | nmccullagh@cantorarkema.com |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | eagle.sara@pbgc.gov |
| | | efile@pbgc.gov |
| Saul Ewing LLP | Edith K Altice Esq | ealtice@saul.com |
| Weltman Weinberg & Reis Co LPA | Scott D Fink | ecfndoh@weltman.com |
| Stein & Lubin LLP | Eugene Chang | echang@steinlubin.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| Hunton & Williams LLP | J Eric Crupi | ecrupi@hunton.com |
| Missouri Department of Revenue | Attn Richard M Maseles | edvaecf@dor.mo.gov |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | efriedman@friedumspring.com |
| Stutman Treister & Glatt PC | Eric D Goldberg | egoldberg@stutman.com |
| Stempel Bennett Claman & Hochberg PC | Edmond P O Brien Esq | eobrien@sbchlaw.com |
| K&L Gates LLP | Eric C Rusnak | eric.rusnak@klgates.com |
| Bewley Lassleben & Miller LLP | Ernie Zachary Park | ernie.park@bewleylaw.com |
| Weycer Kaplan Pulaski & Zuber PC | Edward L Rothberg | erothberg@wkpz.com |
| | Jessica L Hickford | jhickford@wkpz.com |
| Siller Wilk LP | Eric J Snyder | esnyder@sillerwilk.com |
| Panattoni Law Firm | Fredric Albert | falbert@czmlaw.com |
| Quarles & Brady LLP | Faye B Feinstein Esq | fbf@quarles.com |
| | Christopher Combest Esq | ccombest@quarles.com |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | fbr@robinsonbrog.com |
| Bartlett Hackett Feinberg PC | Frank F McGinn | ffm@bostonbusinesslaw.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Bronwen Price | Gail B Price Esq | gail@bronwenprice.com |
| Weil Gotshal & Manges LLP | Gary T Holtzer Esq | gary.holtzer@weil.com |
| | Joseph W Gelb Esq | joseph.gelb@weil.com |
| Envision Peripherals Inc | Gay Richey Sr Credit Manager | gay@epius.com |
| Michael A Cardozo | Gabriela P Cacuci Esq | gcacuci@law.nyc.gov |
| Siegfried Bingham Levy Selzer & Gee | Gary V Fulghum | gfulghum@sblsg.com |
| Hodgson Russ LLP | Garry M Graber Esq | Ggraber@HodgsonRuss.com |
| Tennessee Department of Revenue | TN Attorney Generals Office | Gina.Hantel@ag.tn.gov |
| Roussos Lassiter Glanzer & Marcus PLC | Lawrence H Glanzer Esq | glanzer@rlglegal.com |
| Howard Rice Nemerovski Canady Falk & Rabkin | Gary M Kaplan Esq | gmkaplan@howardrice.com |
| Procopio Cory Hargreaves & Savitch LLP | Gerald P Kennedy | gpk@procopio.com |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | graicht@mwe.com |
| The Arapahoe County Treasurer | George Rosenberg Esq | grosenberg@co.arapahoe.co.us jholmgren@co.arapahoe.co.us |
| Schnader Harrison Segal & Lewis LLP | Gordon S Woodward Esq | gwoodward@schnader.com |
| Finn Dixon & Herling LLP | Henry P Baer Jr Esq | hbaer@fdh.com |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | hdawson@kkgpc.com |
| Troutman Sanders LLP | Hollace Topol Cohen Vivieon E Kelley | hollace.cohen@troutmansanders.com vivieon.kelley@troutmansanders.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@publicans.com |
| Jaspan Schlesinger LLP | Hale Yazicioglu Esq | hyazicioglu@jaspanllp.com |
| Landsberg Margulies LLP | Ian S Landsberg Esq | ilandsberg@lm-lawyers.com |
| Haynes and Boone LLP | Jason Binford | jason.binford@haynesboone.com |
| Jay T Blount | | jay.blount@dcsg.com |
| Jones Day | Jeffrey B Ellman Brett J Berlin | jbellman@jonesday.com bjberlin@jonesday.com |
| Polsinelli Shalton Flanigan Suelthaus PC | James E Bird Amy E Hatch | jbird@polsinelli.com ahatch@polsinelli.com |
| Cox Castle & Nicholson LLP | Jess R Bressi Esq | jbressi@coxcastle.com |
| Querrey & Harrow Ltd | John M Brom | jbrom@querrey.com |

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Osler Hoskin & Hardcourt LLP | Jeremy Dacks | jdacks@osler.com |
| | Marc S Wasserman | mwasserman@osler.com |
| Stinson Morrison Hecker LLP | Jaime S Dibble | jdibble@stinson.com |
| | Katherine M Sutcliffe Becker | kbecker@stinson.com |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | jdoran@haslaw.com |
| City of Newport News VA City Attorney | Joseph M Durant | jdurant@nngov.com |
| Missouri Attorney General Office | Chris Koster | |
| | Jeff Klusmeier | Jeff.Klusmeier@ago.mo.us |
| Carmody MacDonald PC | John E Hilton | jeh@carmodymacdonald.com |
| Leitess Leitess Friedberg & Fedder PC | Jeremy S Friedberg Esq | jeremy.friedberg@llff.com |
| | Gordon S Young Esq | gordon.young@llff.com |
| Frank Gecker LLP | Joseph D Frank | |
| | Jeremy C Kleinman | jfrank@fgllp.com |
| Hamburg Karic Edwards & Martin LLP | J Bennett Friedman Esq | jfriedman@hkemlaw.com |
| Akin Gump Strauss Hauer & Feld LLP | Jonathan L Gold | jgold@akingump.com |
| | Mary A House | mhouse@akingump.com |
| | Catherine E Creely | ccreely@akingump.com |
| Wiley Rein LLP | H Jason Gold Esq | jgold@wileyrein.com |
| | Dylan G Trache Esq | dtrache@wileyrein.com |
| | Rebecca L Saitta Esq | rsaitta@wileyrein.com |
| | Valerie P Morrison Esq | vmorrison@wileyrein.com |
| | Dylan G Trache Esq | dtrache@wileyrein.com |
| Taft Stettinius & Hollister LLP | Jeffrey J Graham | jgraham@taftlaw.com |
| Seyfarth Shaw LLP | Jessica Hughes Esq | jhughes@seyfarth.com |
| | Rhett Petcher Esq | rpetcher@seyfarth.com |
| | Alexander Jackins | ajackins@seyfarth.com |
| Ford Parshall & Baker | Jordan M Humphreys | jhumphreys@fpb-law.com |
| Weingarten Realty Investors | Jenny J Hyun Esq | jhyun@weingarten.com |
| Holland & Knight LLP | James H Rollins | jim.rollins@hklaw.com |
| Core Properties Inc | James Donaldson | jim@coreproperties.com |
| Greenberg Glusker Fields Claman & Machtinger LLP | Jeffrey A Krieger Esq | jkrieger@ggfirm.com |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Jeffrey Kurtzman Esq | jkurtzma@klehr.com |
| Carlton Fields PA | John J Lamoureux Esq | jlamoureux@carltonfields.com |
| Ball Janik LLP | Justin D Leonard | jleonard@balljanik.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
| --- | --- | --- |
| White & Case LLP | Peter J Carney<br>William Sloan Coats<br>Julieta L Lerner | jlerner@whitecase.com |
| McKenna Long & Aldridge LLP | John G McJunkin Esq | jmcjunkin@mckennalong.com |
| McKenna Long & Alridge LLP | John G McJunkin Esq<br>J David Folds | jmcjunkin@mckennalong.com<br>dfolds@mckennalong.com |
| Beirne Maynard & Parsons L.L.P. | J Seth Moore<br>Sarah Davis | jmoore@bmpllp.com<br>sdavis@bmpllp.com<br>bankruptcyemail@bmpllp.com |
| McKay Burton & Thurman | Joel T Marker | joel@mbt-law.com |
| Husch Blackwell Sanders LLP | John J Cruciani Esq | john.cruciani@huschblackwell.com |
| John Marshall Collins PC | John Marshall Collins Esq | johnolaw@gmail.com |
| Khang & Khang LLP | Joon M Khang | joon@khanglaw.com |
| Latham &  Watkins LLP | Josef S Athanas | josef.athanas@lw.com |
| King & Spalding LLP | James A Pardo Jr<br>Thaddeus D Wilson | jpardo@kslaw.com<br>thadwilson@kslaw.com |
| Saul Ewing LLP | Jeremy W Ryan Esq | jryan@saul.com |
| J Scott Douglass | | jsdlaw@msn.com |
| Womble Carlyle Sandridge & Rice PLLC | Jeffrey L Tarkenton<br>Todd D Ross | jtarkenton@wcsr.com<br>toross@wcsr.com |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | jvlombardi@rossbanks.com |
| Wagner Choi & Verbrugge | James A Wagner Esq | jwagner@wcelaw.com |
| PriceGrabber com Inc | Katerina Canyon | katerina@pricegrabber.com |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq<br>Christina M Thompson Esq | kbifferato@cblh.com<br>cthompson@cblh.com |
| Bernstein Law Firm PC | Stacey Suncine<br>Kirk B Burkley | kburkley@bernsteinlaw.com |
| Kelley Drye & Warren LLP | James S Carr Esq<br>Robert L LeHane Esq | KDWBankruptcyDepartment@kelleydrye.com |
| Blank Rome LLP | Regina Stango Kelbon Esq<br>John Lucian Esq | Kelbon@blankrome.com<br>Lucian@blankrome.com |
| Allen & Overy LLP | Ken Coleman | ken.coleman@allenovery.com |
| Law Office of Kenneth B Roseman & Assoc PC | Kenneth B Roseman | kenroseman@hotmail.com |
| Wolff & Samson PC | Karen L Gilman Esq | kgilman@wolffsamson.com |
| Trout Jones Gledhill Fuhrman PA | Kimbell D Gourley | kgourley@idalaw.com |

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Reed Smith LLP | Kurt F Gwynne Esq | kgwynne@reedsmith.com |
| | Kathleen A Murphy Esq | kmurphy@reedsmith.com |
| Whiteford Taylor Preston LLP | Kevin G Hroblak Esq | khroblak@wtplaw.com |
| Bricker & Eckler LLP | Kenneth C Johnson | kjohnson@bricker.com |
| | Andria M Beckham | abeckham@bricker.com |
| Pentiuk Couvreur & Kobiljak PC | Kurt M Kobiljak | kkobiljak@pck-law.com |
| Cooley Godward Kronish LLP | Gregg S Kleiner | kleinergs@cooley.com |
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | knewman@menterlaw.com |
| McDermott Will & Emery LLP | Karla L Palmer Esq | kpalmer@mwe.com |
| Nicholls & Crampton PA | Kevin L Sink | ksink@nichollscrampton.com |
| Venable LLP | Lawrence A Katz | lakatz@venable.com |
| | Kristen E Burgers | keburgers@venable.com |
| Carroll & Carroll PLLC | Scott P Carroll Esq | lawcarroll@aol.com |
| Linda J Brame | | lbrame@winterslaw.com |
| Schreeder Wheeler & Flint LLP | Lawrence S Burnat Esq | lburnat@swfllp.com |
| | J Carole Thompson Hord Esq | chord@swfllp.com |
| Wise DelCotto PLLC | Laura Day DelCotto Esq | ldelcotto@wisedel.com |
| | Allison Fridy Arbuckle Esq | aarbuckle@wisedel.com |
| Enterprise Asset Management Inc | Lee Sudakoff | Lee.Sudakoff@eassets.com |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Lei Lei Wang Ekvall Esq | lekvall@wgllp.com |
| Wyatt Tarrant & Combs LLP | John P Brice | lexbankruptcy@wyattfirm.com |
| Hewitt & O Neil LLP | Lawrence J Hilton | lhilton@hewittoneil.com |
| Orange Grove Properties | Linda Taylor | linda@tayloruns.com |
| Magruder Cook Carmody & Koutsouftikis | Anne M Magruder Esq | |
| | Leon Koutsouftikis Esq | lkouts@magruderpc.com |
| Sony Electronics Inc | Lloyd B Sarakin | lloyd.sarakin@am.sony.com |
| Duane Morris LLP | Lauren Lonergan Taylor | lltaylor@duanemorris.com |
| | Matthew E Hoffman | mehoffman@duanemorris.com |
| Hatch Allen & Shepherd PA | Leslie D Maxwell Esq | lmaxwell@hatchlaw.com |
| Empire Blue Cross Blue Shield | Louis Benza Esq | louis.benza@empireblue.com |
| Lionel J Postic PC | Lionel J Postic Esq | lpostic@mindspring.com |
| | | aarusso@mindspring.com |
| Gary & Regenhardt PLLC | Linda D Regenhardt | lregenhardt@garyreg.com |
| Levy Stopol & Camelo LLP | Larry Stopol Esq | lstopol@levystopol.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| K&L Gates LLP | Marc Barreca | marc.barreca@klgates.com<br>bankruptcyecf@klgates.com |
| Smith Moore Leatherwood LLP | F Marion Hughes | marion.hughes@smithmoorelaw.com |
| Stromberg & Associates PC | Mark Stromberg | mark@stromberglawfirm.com |
| Taxing Authority Consulting Services PC | Mark K Ames<br>Jeffrey Scharf | mark@taxva.com |
| Righetti Law Firm PC | Matthew Righetti | matt@righettilaw.com<br>erin@righettilaw.com |
| Womble Carlyle Sandridge & Rice PLLC | Michael Busenkell | mbusenkell@wcsr.com |
| Gibbons PC | Mark B Conlan Esq | mconlan@gibbonslaw.com |
| Hirschler Fleischer PC | Michael P Falzone Esq<br>Sheila deLa Cruz Esq<br>Robert S Westermann | mfalzone@hf-law.com<br>sdelacruz@hf-law.com<br>rwestermann@hf-law.com |
| Ravich Meyer Kirkman McGrath Nauman & Tansey PA | Michael F McGrath Esq | mfmcgrath@ravichmeyer.com |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox Esq<br>Frederick J Levy Esq | mfox@olshanlaw.com<br>flevy@olshanlaw.com |
| Hunton & Williams LLP | Michael S Held Esq | mheld@hunton.com |
| Kutak Rock LLP | Michael A Condyles Esq<br>Loc Pfeiffer Esq<br>Peter J Barrett Esq<br>Kimberly A Pierro | michael.condyles@kutakrock.com<br>loc.pfeiffer@kutakrock.com<br>peter.barrett@kutakrock.com<br>kimberly.pierro@kutakrock.com |
| Schulte Roth & Zabel LLP | Michael L Cook<br>David M Hillman<br>Meghan M Breen | michael.cook@srz.com<br>david.hillman@srz.com<br>meghan.breen@srz.com |
| LeClairyan a Professional Corporation | Michael E Hastings Esq | michael.hastings@leclairryan.com |
| Troutman Sanders LLP | Michael E Lacy | michael.lacy@troutmansanders.com |
| Binder & Malter LLP | Michael W Malter Esq<br>Julie H Rome Banks Esq | michael@bindermalter.com<br>julie@bindermalter.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Frost Brown Todd LLC | Michael J O Grady Esq | mjogrady@fbtlaw.com |
| Ervin Cohen & Jessup LLP | Michael S Kogan Esq<br>Kenneth Miller Esq | mkogan@ecjlaw.com<br>Kmiller@ecjlaw.com |
| Travelers | Mike Lynch | mlynch2@travelers.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Barnes & Thornburg LLP | Michael K McCrory Esq | mmccrory@btlaw.com |
| Vorys Sater Seymour and Pease LLP | Malcolm M Mitchell Jr | mmmitchell@vorys.com |
| | Suparna Banerjee | sbanerjee@vorys.com |
| | Kara D Lehman | kdlehman@vorys.com |
| McDonough Holland & Allen PC | Mary E Olden Esq | molden@mhalaw.com |
| | Andre K Campbell Esq | acampbell@mhalaw.com |
| | Sean Thomas Thompson Esq | sthompson@mhalaw.com |
| Connolly Bove Lodge & Hutz LLP | Min Park Esq | mpark@cblh.com |
| McCreary Veselka Bragg & Allen PC | Michael Reed | mreed@mvbalaw.com |
| Polsinelli Shalton Flanigan Suelthaus PC | Michael F Ruggio | mruggio@polsinelli.com |
| O Melveny & Myers LLP | Michael J Sage Esq | msage@omm.com |
| | Karyn B Zeldman Esq | kzeldman@omm.com |
| Michael J Sawyer | Quincy Ctr Plaza | msawyer@stopandshop.com |
| Macdermid Reynolds & Glissman PC | Michael S Stiebel | mstiebel@mrglaw.com |
| Klee Tuchin Bogdanoff & Stern LLP | Michael L Tuchin | mtuchin@ktbslaw.com |
| Gust Rosenfeld PLC | Madeleine C Wanslee | mwanslee@gustlaw.com |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | Mweitzman@beankinney.com |
| Walter Wilhelm Law Group | Michael L Wilhelm Esq | mwilhelm@W2LG.com |
| Saiber LLC | Nancy A Washington Esq | naw@saiber.com |
| Young Goldman & Van Beek PC | Neil P Goldman Esq | ngoldman@ygvb.com |
| | John P Van Beek Esq | |
| Morgan Lewis & Bockius LLP | Neil E Herman Esq | nherman@morganlewis.com |
| | Menachem O Zelmanovitz Esq | mzelmanovitz@morganlewis.com |
| Trainor Fairbrook | Nancy Hotchkiss Esq | nhotchkiss@trainorfairbrook.com |
| Micro Center Sales Corporation | Nancy Klemstine Real Estate Mgr | nklemstine@microcenter.com |
| Neal Gerber Eisenberg LLP | Nicholas M Miller | nmiller@ngelaw.com |
| Miller & Martin PLLC | Nicholas W Whittenburg | nwhittenburg@millermartin.com |
| Spilman Thomas & Battle PLLC | Paul M Black Esq | pblack@spilmanlaw.com |
| Donchess Notinger & Tamposi | Peter N Tamposi | Peter@dntpc.com |
| | | nontrustee@dntpc.com |
| Akin Gump Strauss Hauer & Feld LLP | Peter J Gurfein | pgurfein@akingump.com |
| MercerTrigiani LLP | Philip C Baxa Esq | phil.baxa@mercertrigiani.com |
| Dilworth Paxson LLP | Peter C Hughes Esq | phughes@dilworthlaw.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Receivable Management Services | Phyllis A Hayes | Phyllis.Hayes@rmsna.com |
| Kaufman & Canoles | Paul K Campsen Esq | pkcampsen@kaufcan.com |
| | David L Pollack Esq | pollack@ballardspahr.com |
| | Jeffrey Meyers Esq | meyers@ballardspahr.com |
| Ballard Spahr Andrews & Ingersoll LLP | Jesse N Silverman Esq | silvermanj@ballardspahr.com |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | ppascuzzi@ffwplaw.com |
| | C Thomas Ebel Esq | ppearl@sandsanderson.com |
| | William A Gray Esq | lhudson@sandsanderson.com |
| | Peter M Pearl Esq | bgray@sandsanderson.com |
| Sands Anderson Marks & Miller PC | Lisa Taylor Hudson Esq | tebel@sandsanderson.com |
| Southwinds Ltd | Paul Resnick | pr@southwindsltd.com |
| Herrick Feinstein LLP | Paul Rubin | prubin@herrick.com |
| Caparra Center Associates SE | Penny R Stark Esq | pstarkesq@yahoo.com |
| | Peter E Strniste | pstrniste@rc.com |
| Robinson & Cole | Patrick M Birney | pbirney@rc.com |
| Jorden Burt LLP | Raul A Cuervo | rac@wdc.jordenusa.com |
| Oppenheimer Blend Harrison & Tate Inc | Raymond W Battaglia | Rbattaglia@obht.com |
| Stites & Harbison PLLC | Ron C Bingham II | rbingham@stites.com |
| Mulinix Ogden Hall Andres & Ludlam PLLC | Richard C Ogden Esq | rco@lawokc.com |
| | Martin A Brown Esq | martin.brown@kawokc.com |
| The Cafaro Company | Richard T Davis | rdavis@cafarocompany.com |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | rdremluk@seyfarth.com |
| Gleason Dunn Walsh & O Shea | Ronald G Dunn Esq | rdunn@gdwo.net |
| | Robert A Dybing | rdybing@t-mlaw.com |
| Thompson McMullan PC | Robert R Musick | bmusick@t-mlaw.com |
| | Michael A Cox | |
| State of Michigan Department of Treasury | Victoria A Reardon | ReardonV@michigan.gov |
| Pennsylvania Dept of Revenue | Robert C Edmundson | redmundson@attorneygeneral.gov |
| | Robert E Greenberg Esq | |
| Friedlander Misler PLLC | Thomas F Murphy Esq | rgreenberg@dclawfirm.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Troutman Sanders LLP | Richard Hagerty | richard.hagerty@troutmansanders.com |
| Holland & Knight LLP | Richard E Lear | richard.lear@hklaw.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Law Offices of Ronald K Brown Jr | Ronald K Brown Jr | rkbgwhw@aol.com |
| Broad and Cassel | Roy S Kobert Esq | rkobert@broadandcassel.com |
| Romero Law Firm | Martha E Romero | romero@mromerolawfirm.com |
| Posternak Blankstein & Lund LLP | Robert Somma Esq | rsomma@pbl.com |
|  | Laura A Otenti Esq | lotenti@pbl.com |
| Schenk Annes Brookman & Tepper Ltd | Robert D Tepper Esq | rtepper@sabt.com |
| Durrette Bradshaw PLC | Roy M Terry Jr Esq | rterry@durrettebradshaw.com |
|  | John C Smith Esq | jsmith@durrettebradshaw.com |
|  | Elizabeth L Gunn Esq | egunn@durrettebradshaw.com |
| Ronald M Tucker Esq |  | rtucker@simon.com |
| Canon USA Inc | Ruth Weinstein | rweinstein@cusa.canon.com |
| Hunton & Williams LLP | Robert S Westermann Esq | rwestermann@hunton.com |
| Elliott Greenleaf | Rafael X Zahralddin Aravena | rxza@elliottgreenleaf.com |
|  | Neil R Lapinski | nrl@elliottgreenleaf.com |
| Lim Ruger & Kim LLP | Samuel S Oh Esq | sam.oh@limruger.com |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | sanantonio.bankruptcy@publicans.com |
| Sonnenschein Nath & Rosenthal LLP | Sara L Chenetz Esq | schenetz@sonnenschein.com |
| Honigman Miller Schwartz and Cohn LLP | Seth A Drucker Esq | sdrucker@honigman.com |
|  | Adam K Keith Esq | akeith@honigman.com |
|  | Joseph R Sgroi Esq | jsgroi@honigman.com |
| Miller Canfield Paddock and Stone PLC | John L Senica | senica@millercanfield.com |
| Pachulski Stang Ziehl & Jones | Stanley E Goldich | sgoldich@pszjlaw.com |
| Law Office of Robert E Luna PC | Andrea Sheehan | sheehan@txschoollaw.com |
| US Securities and Exchange Commission | Susan R Sherrill Beard | sherrill-beards@sec.gov |
| Stevens & Lee PC | Steven J Adams Esq | sja@stevenslee.com |
| Goodwin & Goodwin LLP | Suzanne Jett Trowbridge | sjt@goodwingoodwin.com |
| Hofheimer Gartlir & Gross LLP | Scott R Kipnis Esq | skipnis@hgg.com |
|  | Rachel N Greenberger Esq | rgreenberger@hgg.com |
|  | Nicholas B Malito Esq | nmalito@hgg.com |
| Lehnardt & Lehnardt LLC | Detlef G Lehnardt |  |
|  | Stephen K Lehnardt | skleh@lehnardt-law.com |
| Leach Travell Britt PC | Stephen E Leach Esq | sleach@ltblaw.com |
|  | D Marc Sarata Esq | msarata@ltblaw.com |
| Jones Day | Sheila L Shadmand Esq | slshadmand@jonesday.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Shulman Rogers Gandal Pordy & Ecker PA | Stephen A Metz Esq | smetz@srgpe.com |
| | Courtney R Sydnor Esq | ggrant@srgpe.com |
| | Gregory D Grant Esq | csydnor@srgpe.com |
| Katsky Korins LLP | Steven H Newman Esq | snewman@katskykorins.com |
| County of Henrico Attorneys Office | Rhysa Griffith South Esq | Sou06@co.henrico.va.us |
| Orrick Herrington & Sutcliffe LLP | Scott A Stengel Esq | sstengel@orrick.com |
| | Jonathan P Guy Esq | jguy@orrick.com |
| Womac & Associates | Brian D Womac | Stacey@brianwomac.com |
| | Stacy Kremling | brianwomac@aol.com |
| Phillips Goldman & Spence PA | Stephen W Spence Esq | sws@pgslaw.com |
| | Scott L Adkins Esq | sla@pgslaw.com |
| Kupelian Ormond & Magy PC | Terrance A Hiller Jr Esq | tah@kompc.com |
| | David M Blau Esq | dmb@kompc.com |
| Oklahoma County Treasurer | Tammy Jones Pro Se | tammik@oklahomacounty.org |
| Greer Herz & Adams LLP | Frederick Black | |
| | Tara B Annweiler | tannweiler@greerherz.com |
| Madison County Alabama Tax Collector | Lynda Hall | taxcol@co.madison.al.us |
| | | swells@co.madison.al.us |
| Farrell Fritz PC | Ted A Berkowitz | tberkowitz@farrellfritz.com |
| Office of Unemployment Compensation Tax Services | Timothy A Bortz | tbortz@state.pa.us |
| Patton Boggs LLP | R Timothy Bryan | tbryan@pattonboggs.com |
| | Alan M Noskow | anoskow@pattonboggs.com |
| Nelson Mullins Riley & Scarborough LLP | Terri L Gardner | terri.gardner@nelsonmullins.com |
| | Anitra Goodman Royster | anitra.royster@nelsonmullins.com |
| Pima County Attorney Civil Division | German Yusufov | terri.roberts@pcao.pima.gov |
| | Terri A Roberts | german.yusufov@pcao.pima.gov |
| DLA Piper LLP | Timothy W Brink Esq | timothy.brink@dlapiper.com |
| | Forrest Lammiman | forrest.lammiman@dlapiper.com |
| | Ann Marie Bredin Esq | ann.bredin@dlapiper.com |
| Thomas G King | | tking@kech.com |
| Bracewell & Giuliani LLP | William A Trey Wood III | Trey.Wood@bgllp.com |
| Reed Smith LLP | Travis A Sabalewski Esq | tsabalewski@reedsmith.com |
| Gregory Kaplan PLC | Troy Savenko Esq | tsavenko@gregkaplaw.com |
| Williams Mullen | William H Schwarzschild III | tschwarz@williamsmullen.com |
| | W Alexander Burnett | aburnett@williamsmullen.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Vorys Sater Seymour and Pease LLP | Tiffany Strelow Cobb Esq | tscobb@vssp.com |
| Lowenstein Sandler PC | Vincent A D Agostino Esq | vdagostino@lowenstein.com |
| IBM Corporation | Vicky Namken | vnamken@us.ibm.com |
| Kepley Broscious & Biggs PLC | William A Broscious Esq | wbroscious@kbbplc.com |
| Buckner Alani & Mirkovich | William D Buckner | wbuckner@bamlaw.net |
| | Catherine J Weinberg | cweinberg@bamlaw.net |
| Blankingship & Keith PC | William H Casterline Jr Esq | wcasterlinejr@bklawva.com |
| | Jeremy B Root Esq | jroot@bklawva.com |
| Powell Goldstein LLP | William C Crenshaw Esq | wcrenshaw@pogolaw.com |
| Four Star International Trade | Wendy M Mead PC | wendymeadpc@verizon.net |
| Seyfarth Shaw LLP | William J Factor Esq | wfactor@seyfarth.com |
| | David C Christian II | dchristian@seyfarth.com |
| Torys LLP | William F Gray Jr Esq | wgray@torys.com |
| | Timothy B Martin Esq | tmartin@torys.com |
| Hemar Rousso & Heald LLP | Wayne R Terry | wterry@hemar-rousso.com |
| Wharton Aldhizer & Weaver PLC | Stephan W Milo Esq | smilo@wawlaw.com |

Email List

# EXHIBIT B

Circuit City Stores, Inc.
Core List

| NAME | ATTENTION | FAX |
|------|-----------|-----|
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 202-772-9293 |
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX | VIRGINIA DEPARTMENT OF TAXATION | 804-254-6111 |
| INTERNAL REVENUE SERVICE | ATTN L LORELLO | 804-916-8198 |

Facsimile List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Fax |
|---|---|---|
| Locke Lord Bissell & Liddell LLP | Thomas G Yoxall<br>Thomas A Connop<br>Melissa S Hayward | 214-740-8800 |
| Pasadena Independent School District | Dexter D Joyner | 281-991-6012 |
| Draper & Goldberg PLLC | Adam Hiller | 302-213-0043 |
| Draper & Goldberg PLLC | James E Clarke<br>L Darren Goldberg | 703-995-4542 |
| Poyner Spruill LLP | Shannon E Hoff Esq | 704-342-5264 |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman | 713-223-3717 |
| G&W Service Co LP | Georgette Treece | 713-227-3410 |
| Attorney General of the United States | Robert P McIntosh | 804-819-7417 |
| Attorney General of the US | Richard F Stein<br>Dana J Boente | 804-916-3939 |
| Ornelas Castillo & Ornelas PLLC | Sylvia M Ornelas<br>Mario A Castillo Jr | 956-725-4594 |
| Gay McCall Isaacks Gordon & Roberts PC | David McCall | 972-424-5619 |
| Jackson Kelly PLLC | Mary Elisabeth Naumann | 859-252-0688 |

Facsimile List

# EXHIBIT C

Circuit City Stores, Inc.
Core List

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| CIRCUIT CITY STORES, LLC | REGINALD D. HEDGEBETH | 9950 MAYLAND DRIVE | | RICHMOND | VA | 23233 | USA |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | WASHINGTON | DC | 20020 | USA |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN DIRECTOR | P O BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 | USA |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS ESQ PATRICIA SCHRAGE ESQ | 3 WORLD FINANCIAL CTR STE 400 | | NEW YORK | NY | 10281-1022 | USA |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | 900 E MAIN ST | | RICHMOND | VA | 23219 | USA |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|------|-------------|-----------|-----------|------|-------|-----|
| Attorney General of the US | Robert K Coulter | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 |
| UrbanCal Oakland II LLC | c o Urban Retail Properties LLC | 900 N Michigan Ave Ste 900 | | Chicago | IL | 60611 |
| Eaton Corporation | David J Persichetti | Eaton Center | Eaton Ctr 1111 Superior Ave | Cleveland | OH | 44114-2584 |
| Broward County | Jeffrey J Newton | Government Center | 115 S Andrews Ave | Ft Lauderdale | FL | 33301 |
| Griffith McCague & Wallace PC | Judy Gawlowski | 200 Allegheny Center Mall | | Pittsburgh | PA | 15212 |
| Gregory Lee McCall | FCI Forrest City Low | PO Box 9000 | | Forrest City | AR | 72336 |
| Millman 2000 Charitable Trust | David Bennett | 2400 Cherry Creek Dr S | Ste 7002 | Denver | CO | 80209-3261 |
| Parsons Kinghorn Harris | George B Hofmann | 111 E Broadway 11th Fl | | Salt Lake City | UT | 84111 |
| Thomas W Daniels | | 1265 Scottsville Rd | | Rochester | NY | 14624 |

# EXHIBIT D

Circuit City Stores, Inc.
Fifth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A TO Z COMMERCIAL KITCHEN SVCS | | 1630 ELOY RD | | | GOLDEN VALLEY | AZ | 86413 | USA | 604 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| A&E TELEVISION NETWORK | ATTN LEGAL DEPARTMENT | 235 E 45TH ST | | | NEW YORK | NY | 10017 | USA | 924 | $970,182.58 | 503(b)(9) Claim | General Unsecured Claim |
| A1 MOWING & SNOW REMOVAL | | 307 RED ROW | | | MARION | IL | 62959 | USA | 986 | $4,230.00 | 503(b)(9) Claim | General Unsecured Claim |
| AAA FLOOR CARE INC | | PO BOX 3021 | | | EUSTIS | FL | 32727 | USA | 1189 | $1,032.55 | 503(b)(9) Claim | General Unsecured Claim |
| AC SUPPLY | | PO BOX 189 | | | FRASER | MI | 480260189 | USA | 1000 | $113.75 | 503(b)(9) Claim | General Unsecured Claim |
| ACW SWEEPING & CLEANING SVCS | | PO BOX 1585 | | | LANDOVER | MD | 20785 | USA | 1268 | $1,848.00 | 503(b)(9) Claim | General Unsecured Claim |
| AIRE SERV OF SEMINOLE CO | | PO BOX 680683 | | | ORLANDO | FL | 32818 | USA | 874 | $2,134.76 | 503(b)(9) Claim | General Unsecured Claim |
| Albany Times Union | | 801 Texas Ave | | | Houston | TX | 77002 | USA | 837 | $32,939.59 | 503(b)(9) Claim | General Unsecured Claim |
| ALBEMARLE COUNTY SERVICE AUTHORITY | | 168 SPOTNAP RD | | | CHARLOTTESVILLE | VA | 22911-8690 | USA | 946 | $236.93 | 503(b)(9) Claim | General Unsecured Claim |
| ALLIED BEARINGS SUPPLY CO | | PO BOX 3263 | | | TULSA | OK | 74101 | USA | 645 | $556.72 | 503(b)(9) Claim | General Unsecured Claim |
| ALTOONA CITY AUTHORITY | | PO BOX 3150 | | | ALTOONA | PA | 16603-3150 | USA | 824 | $393.96 | 503(b)(9) Claim | General Unsecured Claim |
| ALTOONA CITY AUTHORITY | | P O BOX 3150 | | | ALTOONA | PA | 16603 | USA | 826 | $147.63 | 503(b)(9) Claim | General Unsecured Claim |
| American Water Service Inc | | 2415 University Ave 2nd Fl | | | East Palo Alto | CA | 94303 | USA | 1287 | $215.60 | 503(b)(9) Claim | General Unsecured Claim |
| American Water Service Inc | American Water Enterprises | Attn Colleen Garrity | 1025 Laurel Oak Rd | | Voorhees | NJ | 08043 | USA | 1287 | $215.60 | 503(b)(9) Claim | General Unsecured Claim |
| American Water Service Inc | | 2415 University Ave 2nd Fl | | | East Palo Alto | CA | 94303 | USA | 1288 | $215.60 | 503(b)(9) Claim | General Unsecured Claim |
| American Water Service Inc | American Water Enterprises | Attn Colleen Garrity | 1025 Laurel Oak Rd | | Voorhees | NJ | 08043 | USA | 1288 | $215.60 | 503(b)(9) Claim | General Unsecured Claim |
| American Water Service Inc | | 2415 University Ave 2nd Fl | | | East Palo Alto | CA | 94303 | USA | 1289 | $215.60 | 503(b)(9) Claim | General Unsecured Claim |
| American Water Service Inc | American Water Enterprises | Attn Colleen Garrity | 1025 Laurel Oak Rd | | Voorhees | NJ | 08043 | USA | 1289 | $215.60 | 503(b)(9) Claim | General Unsecured Claim |
| American Water Service Inc | | 2415 University Ave 2nd Fl | | | East Palo Alto | CA | 94303 | USA | 1290 | $215.60 | 503(b)(9) Claim | General Unsecured Claim |
| American Water Service Inc | American Water Enterprises | Attn Colleen Garrity | 1025 Laurel Oak Rd | | Voorhees | NJ | 08043 | USA | 1290 | $215.60 | 503(b)(9) Claim | General Unsecured Claim |
| American Water Service Inc | 2415 University Ave 2nd Fl | | | | East Palo Alto | CA | 94303 | USA | 1291 | $215.60 | 503(b)(9) Claim | General Unsecured Claim |
| American Water Service Inc | American Water Enterprises | Attn Colleen Garrity | 1025 Laurel Oak Rd | | Voorhees | NJ | 08043 | USA | 1291 | $215.60 | 503(b)(9) Claim | General Unsecured Claim |
| AMERICAN WATER SERVICE, INC | | 2415 UNIVERSITY AVE 2ND FLOOR | | | EAST PALO ALTO | CA | 94303 | USA | 1286 | $215.60 | 503(b)(9) Claim | General Unsecured Claim |
| AMERICAN WATER SERVICE, INC | American Water Enterprises | Attn Colleen Garrity | 1025 Laurel Oak Rd | | Voorhees | NJ | 08043 | USA | 1286 | $215.60 | 503(b)(9) Claim | General Unsecured Claim |
| ANN ARBOR NEWS, THE | | PO BOX 1147 | | | ANN ARBOR | MI | 48106 | USA | 364 | $3,444.53 | 503(b)(9) Claim | General Unsecured Claim |
| ARKANSAS DEMOCRAT GAZETTE | | PO BOX 2221 | | | LITTLE ROCK | AR | 72203 | USA | 1045 | $25,368.68 | 503(b)(9) Claim | General Unsecured Claim |
| ARNEL COMPRESSOR CO | | 114 N SUNSET AVE | | | CITY OF INDUSTRY | CA | 91744 | USA | 1495 | $327.99 | 503(b)(9) Claim | General Unsecured Claim |
| ATHENS BANNER HERALD | | PO BOX 1486 | | | AUGUSTA | GA | 30903-1486 | USA | 1182 | $2,211.66 | 503(b)(9) Claim | General Unsecured Claim |
| ATSWA | | 3131 OLD 6TH AVE N | | | DUNCANSVILLE | PA | 16635-8013 | USA | 866 | $128.00 | 503(b)(9) Claim | General Unsecured Claim |

Circuit City Stores, Inc.
Fifth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUGUSTA CHRONICLE, THE | | PO BOX 1928 | | | AUGUSTA | GA | 30903 | USA | 1184 | $9,694.24 | 503(b)(9) Claim | General Unsecured Claim |
| AUSTIN AMERICAN STATESMAN | | PO BOX 2000 | | | AUSTIN | TX | 78768-2000 | USA | 1046 | $19,368.51 | 503(b)(9) Claim | General Unsecured Claim |
| AUTOMATED BUILDING COMPONENTS | | 17680 HANSOM CT | | | SOUTH BEND | IN | 466351013 | USA | 1041 | $1,361.45 | 503(b)(9) Claim | General Unsecured Claim |
| BAGBY ELECTRIC OF VA INC | | 10491 LAKERIDGE PKWY | | | ASHLAND | VA | 23005 | USA | 779 | $12,027.24 | 503(b)(9) Claim | General Unsecured Claim |
| BAILIWICK DATA SYSTEMS INC | | 4260 NOREX DR | | | CHASKA | MN | 55318 | USA | 1333 | $172,575.41 | 503(b)(9) Claim | General Unsecured Claim |
| BAKERSFIELD CALIFORNIAN | ATTN CIRCULATION AR DEPT | PO BOX 80967 | | | BAKERSFIELD | CA | 93380-0967 | USA | 661 | $16,356.91 | 503(b)(9) Claim | General Unsecured Claim |
| BANGOR DAILY NEWS | | 491 MAIN ST | | | BANGOR | ME | 04402 | USA | 504 | $11,467.41 | 503(b)(9) Claim | General Unsecured Claim |
| BANGOR WATER DISTRICT | | PO BOX 1129 | | | BANGOR | ME | 04402-1129 | USA | 822 | $29.05 | 503(b)(9) Claim | General Unsecured Claim |
| BENNER MECHANICAL & ELECTRICAL | ATTN TED WILLIAMS | 1760 LAKELAND PARK DR | | | BURLINGTON | KY | 41005 | USA | 862 | $15,776.42 | 503(b)(9) Claim | General Unsecured Claim |
| BOARD OF WATER AND LIGHT | ATTN SCOTT HERZBERG BANKRUPTCY SPECIALIST | PO BOX 13007 | | | LANSING | MI | 48901-3007 | USA | 851 | $4,350.83 | 503(b)(9) Claim | General Unsecured Claim |
| BOOTH NEWSPAPERS INC | | 155 MICHIGAN ST NW | | | GRAND RAPIDS | MI | 49503 | USA | 600 | $94,698.98 | 503(b)(9) Claim | General Unsecured Claim |
| BRADENTON HERALD, THE | | 102 MANATEE AVE W | PO BOX 921 | | BRADENTON | FL | 34206-0921 | USA | 884 | $8,019.41 | 503(b)(9) Claim | General Unsecured Claim |
| BROADWAY NATIONAL SIGN & LIGHTING | ATTN CARL J PAPARELLA VP & GENERAL COUNSEL | 2150 FIFTH AVE | | | RONKONKOMA | NY | 11779 | USA | 1337 | $12,261.87 | 503(b)(9) Claim | General Unsecured Claim |
| BROADWAY NATIONAL SIGN & LIGHTING | Broadway Neon Sign Corp | Attn Carl Paperella General Counsel | 2150 Fifth Ave | | Ronkonkoma | NY | 11779 | USA | 1337 | $12,261.87 | 503(b)(9) Claim | General Unsecured Claim |
| Brownsville Public Utilities Board | c o Melida Pinales Collections Supervisor | 1425 Robindhood Blvd | | | Brownsville | TX | 78521 | USA | 1395 | $2,379.27 | 503(b)(9) Claim | General Unsecured Claim |
| BURLINGTON FREE PRESS, THE | | PO BOX 10 | | | BURLINGTON | VT | 054020010 | USA | 1012 | $8,352.01 | 503(b)(9) Claim | General Unsecured Claim |
| BUSTILLO HERNANDEZ, ROBERTO | | PO BOX 194145 | | | SAN JUAN | PR | 00919-4145 | USA | 998 | $6,630.00 | 503(b)(9) Claim | General Unsecured Claim |
| BUTLER PUBLISHING CO INC, TB | | PO BOX 2030 | | | TYLER | TX | 75710 | USA | 257 | $3,085.20 | 503(b)(9) Claim | General Unsecured Claim |
| CAPITAL GAZETTE NEWSPAPERS | | PO BOX 911 | | | ANNAPOLIS | MD | 21404 | USA | 215 | $9,849.42 | 503(b)(9) Claim | General Unsecured Claim |
| CARY, TOWN OF | | 316 N ACADEMY ST | REVENUE COLLECTOR | | CARY | NC | 27513 | USA | 654 | $117.38 | 503(b)(9) Claim | General Unsecured Claim |
| CHARLESTON NEWSPAPERS | | PO BOX 3942 | | | CHARLESTON | WV | 25339 | USA | 254 | $12,112.92 | 503(b)(9) Claim | General Unsecured Claim |
| CHARLOTTE COUNTY UTILITIES | | P O BOX 516000 | | | PUNTA GORDA | FL | 33951-6000 | USA | 462 | $406.17 | 503(b)(9) Claim | General Unsecured Claim |
| CHARLOTTE SUN | | 23170 HARBORVIEW RD | | | PORT CHARLOTTE | FL | 33980 | USA | 1192 | $10,426.62 | 503(b)(9) Claim | General Unsecured Claim |
| CHARLOTTE SUN | Sun Coast Media Group | 200 E Venice Ave | | | Venice | FL | 34285 | USA | 1192 | $10,426.62 | 503(b)(9) Claim | General Unsecured Claim |
| CHATTANOOGA PUBLISHING CO INC | | PO BOX 190 | RETAIL ADVERTISING | | CHATTANOOGA | TN | 37401 | USA | 757 | $15,168.96 | 503(b)(9) Claim | General Unsecured Claim |
| Chicago Tribune | Attn Carol Liotta | 435 N Michigan Ave 3rd Fl FSC | | | Chicago | IL | 60611 | USA | 1171 | $243,719.73 | 503(b)(9) Claim | General Unsecured Claim |
| CHRONICLE TELEGRAM, THE | | PO BOX 4010 | | | ELYRIA | OH | 44036 | USA | 425 | $1,055.76 | 503(b)(9) Claim | General Unsecured Claim |
| CITY OF AMARILLO, TX | | P O BOX 100 | | | AMARILLO | TX | 79105-0100 | USA | 895 | $316.02 | 503(b)(9) Claim | General Unsecured Claim |
| CITY OF COON RAPIDS, MN | | 11155 ROBINSON DRIVE | | | COON RAPIDS | MN | 55433 | USA | 801 | $100.02 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Fifth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CITY OF CORAL SPRINGS, FL | | 9551 WEST SAMPLE ROAD | | | CORAL SPRINGS | FL | 33065 | USA | 1213 | $2,143.99 | | General Unsecured Claim |
| CITY OF FALLS CHURCH, VA | UTILITIES CUST SER DIV | 300 PARK AVE | | | FALLS CHURCH | VA | 22046 | USA | 1361 | $184.94 | 503(b)(9) Claim | General Unsecured Claim |
| CITY OF GARLAND UTILITY SERVICES | | P O BOX 461508 | | | GARLAND | TX | 75046-1508 | USA | 1006 | $8,440.39 | 503(b)(9) Claim | General Unsecured Claim |
| CITY OF HICKORY, NC | | BOX 398 | | | HICKORY | NC | 28603-0398 | USA | 660 | $49.98 | 503(b)(9) Claim | General Unsecured Claim |
| CITY OF MAPLE GROVE MN | | P O BOX 1180 | | | MAPLE GROVE | MN | 55311 | USA | 222 | $69.77 | 503(b)(9) Claim | General Unsecured Claim |
| CITY OF MONTEBELLO, CA | | 3316 WEST BEVERLY BLVD | | | MONTEBELLO | CA | 90640-1537 | USA | 349 | $419.40 | 503(b)(9) Claim | General Unsecured Claim |
| City of Portland Oregon | Attn Deputy City Attorney Linda Law | City Attorneys Office | 1221 SW 4th Ave Rm 430 | | Portland | OR | 97204 | USA | 1473 | $772.65 | 503(b)(9) Claim | General Unsecured Claim |
| CITY OF REDDING, CA | | P O BOX 496081 | | | REDDING | CA | 96049-6081 | USA | 1315 | $6,839.70 | 503(b)(9) Claim | General Unsecured Claim |
| CITY OF REDDING, CA | City of Redding Attorneys Office | Attn Lynette M Frediani Asst City Atty | 777 Cypress Ave 3rd Fl | | Redding | CA | 96001 | USA | 1315 | $6,839.70 | 503(b)(9) Claim | General Unsecured Claim |
| CITY OF TACOMA | DEPT OF PUBLIC UTILITIES | PO BOX 11007 | | | TACOMA | WA | 98411-0007 | USA | 931 | $574.11 | 503(b)(9) Claim | General Unsecured Claim |
| CITY OF VICTORVILLE, CA | | PO BOX 5001 | | | VICTORVILLE | CA | 92393-4999 | USA | 1683 | $529.71 | 503(b)(9) Claim | General Unsecured Claim |
| CITY OF WEBSTER, TX | MIKE RODGERS | 101 PENNSYLVANIA | | | WEBSTER | TX | 77598 | USA | 637 | $148.86 | 503(b)(9) Claim | General Unsecured Claim |
| CITY UTILITIES FORT WAYNE, IN | | P O BOX 2269 | | | FORT WAYNE | IN | 46801-2269 | USA | 252 | $123.85 | 503(b)(9) Claim | General Unsecured Claim |
| CITYSEARCH | | 8833 SUNSET BLVD | | | WEST HOLLYWOOD | CA | 90069 | USA | 687 | $75,000.00 | 503(b)(9) Claim | General Unsecured Claim |
| CLACKAMAS RIVER WATER | | P O BOX 2439 | | | CLACKAMAS | OR | 97015-2439 | USA | 1684 | $301.04 | 503(b)(9) Claim | General Unsecured Claim |
| CLARKSVILLE DEPARTMENT OF ELECTRICITY | | P O BOX 31509 | | | CLARKSVILLE | TN | 37040-0026 | USA | 1269 | $2,969.99 | 503(b)(9) Claim | General Unsecured Claim |
| COAST NEWS GROUP | | 828 N COAST HWY 101 | STE C | | ENCINITAS | CA | 92024 | USA | 541 | $806.19 | 503(b)(9) Claim | General Unsecured Claim |
| COLLECTIVE MEDIA | | 254 W 31ST ST | 12TH FL | | NEW YORK | NY | 10001 | USA | 1699 | $55,306.72 | 503(b)(9) Claim | General Unsecured Claim |
| COLLECTIVE MEDIA | Collective Media | Lee Levitan VP Finance | 154 W 31st St | | New York | NY | 10001 | USA | 1699 | $55,306.72 | 503(b)(9) Claim | General Unsecured Claim |
| COLORADO SPRINGS, CITY OF | | STORMWATER ENTERPRISE | PO BOX 173385 | | DENVER | CO | 80217-3385 | USA | 982 | $1,035.00 | 503(b)(9) Claim | General Unsecured Claim |
| COLUMBIAN, THE | | PO BOX 180 | | | VANCOUVER | WA | 986660180 | USA | 1142 | $14,995.50 | 503(b)(9) Claim | General Unsecured Claim |
| COLUMBUS WATER WORKS | | PO BOX 1600 | | | COLUMBUS | GA | 319021600 | USA | 577 | $45.37 | 503(b)(9) Claim | General Unsecured Claim |
| COMPETITIVE MEDIA REPORTING | | PO BOX 7247 9301 | | | PHILADELPHIA | PA | 19170-9301 | USA | 844 | $8,468.75 | 503(b)(9) Claim | General Unsecured Claim |
| COMPETITIVE MEDIA REPORTING | TNS Media Intelligence | 100 Park Ave 4th Ave | | | New York | NY | 10017 | USA | 844 | $8,468.75 | 503(b)(9) Claim | General Unsecured Claim |
| COMPETITIVE MEDIA REPORTING | | 100 PARK AVE 4TH FL | | | NEW YORK | NY | 10017 | USA | 1869 | $8,468.75 | 503(b)(9) Claim | General Unsecured Claim |
| COMPETITRACK INC | | PO BOX 826209 | | | PHILADELPHIA | PA | 19182-6209 | USA | 1176 | $2,000.00 | 503(b)(9) Claim | General Unsecured Claim |
| COMPETITRACK INC | Competitrack Inc | Steven Rothman CFO | PO Box 6070 | | Long Island City | NY | 11106 | USA | 1176 | $2,000.00 | 503(b)(9) Claim | General Unsecured Claim |
| CONCORD MONITOR | | PO BOX 1177 | | | CONCORD | NH | 033021177 | USA | 948 | $3,173.58 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Fifth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONCORD, CITY OF | | 41 GREEN ST CITY HALL | ACCOUNTS PAYABLE COLLECTIONS | | CONCORD | NH | 03301 | USA | 1241 | $1,267.32 | 503(b)(9) Claim | General Unsecured Claim |
| CONCORD, CITY OF | City of Concord | Legal Dept | 41 Green St | | Concord | NH | 03301 | USA | 1241 | $1,267.32 | 503(b)(9) Claim | General Unsecured Claim |
| CONNEXUS ENERGY | | PO BOX 1808 | | | MINNEAPOLIS | MN | 55480 | USA | 1061 | $11,359.13 | 503(b)(9) Claim | General Unsecured Claim |
| CONSTRUCT INC | | 1195A ROCHESTER RD | | | TROY | MI | 48083 | USA | 967 | $3,000.00 | 503(b)(9) Claim | General Unsecured Claim |
| CONSTRUCT INC | David R Shook Attorney at Law PLLC | 6480 Citation Dr | | | Clarkston | MI | 48346 | USA | 967 | $3,000.00 | 503(b)(9) Claim | General Unsecured Claim |
| CONTRA COSTA TIMES INC | | PO BOX 8217 | | | LOS ANGELES | CA | 90084-8217 | USA | 870 | $20,065.06 | 503(b)(9) Claim | General Unsecured Claim |
| CONTRA COSTA TIMES INC | Bay Area News Group East Bay | PO Box 5007 | | | San Ramon | CA | 94583-0507 | USA | 870 | $20,065.06 | 503(b)(9) Claim | General Unsecured Claim |
| CORAL SPRINGS, CITY OF | | 9551 W SAMPLE RD | | | CORAL SPRINGS | FL | 33065 | USA | 1375 | $2,196.25 | 503(b)(9) Claim | General Unsecured Claim |
| CROMER EQUIPMENT CO | | PO BOX 14338 | | | OAKLAND | CA | 94614-2388 | USA | 868 | $9,626.63 | 503(b)(9) Claim | General Unsecured Claim |
| DAILY JOURNAL | | PO BOX 909 | | | TUPELO | MS | 38802 | USA | 496 | $2,004.72 | 503(b)(9) Claim | General Unsecured Claim |
| DAILY NEWS | ATTN CINDY WOLFE | PO BOX 6151 | | | COVINA | CA | 91722 | USA | 679 | $135,552.43 | 503(b)(9) Claim | General Unsecured Claim |
| DAILY NEWS RECORD | | PO BOX 193 | | | HARRISONBURG | VA | 22801 | USA | 685 | $7,670.72 | 503(b)(9) Claim | General Unsecured Claim |
| DAILY NEXUS | | PO BOX 13402 UCEN | | | SANTA BARBARA | CA | 93107 | USA | 684 | $260.40 | 503(b)(9) Claim | General Unsecured Claim |
| DAILY PRESS | | 13891 PARK AVE PO BOX 1389 | | | VICTORVILLE | CA | 923931389 | USA | 1355 | $7,170.61 | 503(b)(9) Claim | General Unsecured Claim |
| DAILY PROGRESS, THE | | PO BOX 25819 | | | RICHMOND | VA | 23260-5819 | USA | 1187 | $16,323.45 | 503(b)(9) Claim | General Unsecured Claim |
| DAILY REPUBLIC, THE | | PO BOX 47 | | | FAIRFIELD | CA | 94533 | USA | 799 | $2,441.22 | 503(b)(9) Claim | General Unsecured Claim |
| DAKOTA ELECTRIC ASSOCIATION | | P O BOX 64427 | | | ST PAUL | MN | 55164-0427 | USA | 413 | $11,803.88 | 503(b)(9) Claim | General Unsecured Claim |
| DAKOTA ELECTRIC ASSOCIATION | | 4300 220TH STREET WEST | | | FARMINGTON | MN | 55024 | USA | 858 | $11,803.88 | 503(b)(9) Claim | General Unsecured Claim |
| DATABASE GROUP, THE | ATTN MITCHEL DARROW TREA | 625 SECOND ST STE 107 | | | PETALUMA | CA | 94952 | USA | 396 | $4,600.00 | 503(b)(9) Claim | General Unsecured Claim |
| DAYTON DAILY NEWS | | PO BOX 2805 | | | DAYTON | OH | 45401 | USA | 1377 | $16,479.70 | 503(b)(9) Claim | General Unsecured Claim |
| DAYTON DAILY NEWS | Dayton Newspapers | dba Cox Ohio Publishing & Dayton Daily News | 1611 S Main St | | Dayton | OH | 45409 | USA | 1377 | $16,479.70 | 503(b)(9) Claim | General Unsecured Claim |
| DAYTON POWER & LIGHT | | PO BOX 1247 | | | DAYTON | OH | 45401-1247 | USA | 923 | $9,349.84 | 503(b)(9) Claim | General Unsecured Claim |
| DAYTON POWER & LIGHT | Dayton Power & Light | 1065 Woodman Dr | | | Dayton | OH | 45432 | USA | 923 | $9,349.84 | 503(b)(9) Claim | General Unsecured Claim |
| DENTON PUBLISHING COMPANY | | 314 E HICKORY ST | PO BOX 369 | | DENTON | TX | 76202 | USA | 1414 | $4,068.12 | 503(b)(9) Claim | General Unsecured Claim |
| Denver Newspaper Agency | | 101 W Colfax Ave | | | Denver | CO | 80202 | USA | 791 | $201,843.34 | 503(b)(9) Claim | General Unsecured Claim |
| DOTHAN UTILITIES | | P O BOX 6728 | | | DOTHAN | AL | 36302-6728 | USA | 1197 | $9,030.02 | 503(b)(9) Claim | General Unsecured Claim |
| DOTHAN UTILITIES | Dothan Utilities | Attn Jessi Harden Acctg Clerk | PO Box 6728 | | Dothan | AL | 36302 | USA | 1197 | $9,030.02 | 503(b)(9) Claim | General Unsecured Claim |
| DUBMAX | | 5933 BELAIR RD | | | BALTIMORE | MD | 21206 | USA | 665 | $1,402.35 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Fifth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|------|---------------------|-----------|-----------|-----------|------|-------|-----|---------|--------------|--------------|-------------------------|----------------------------|
| EL MENSAJERO NEWSPAPERS LLC | | 333 VALENCIA ST STE 410 | | | SAN FRANCISCO | CA | 94103 | USA | 596 | $5,877.84 | 503(b)(9) Claim | General Unsecured Claim |
| EL MENSAJERO NEWSPAPERS LLC | EL MENSAJERO NEWSPAPERS LLC | 7000 S FLOWER ST | | | LOS ANGELES | CA | 90017 | USA | 596 | $5,877.84 | 503(b)(9) Claim | General Unsecured Claim |
| ELECTRIC CITY UTILITIES/CITY OF ANDERSON | | 601 SOUTH MAIN ST | | | ANDERSON | SC | 29624 | USA | 592 | $205.54 | 503(b)(9) Claim | General Unsecured Claim |
| ELECTRIC CITY UTILITIES/CITY OF ANDERSON | ECU | C/O MARGOT MARTIN | 401 S MAIN ST | | ANDERSON | SC | 29624 | USA | 592 | $205.54 | 503(b)(9) Claim | General Unsecured Claim |
| ELITE 1 ELECTRIC INC | | 11324 JOHNSTOWN RD | | | NEW ALBANY | OH | 43054 | USA | 656 | $500.00 | 503(b)(9) Claim | General Unsecured Claim |
| EMERALD LANDSCAPE | | 2265 RESEARCH DR | | | LIVERMORE | CA | 94550 | USA | 540 | $1,950.00 | 503(b)(9) Claim | General Unsecured Claim |
| ENTERPRISE RECORD | | PO BOX 9 | | | CHICO | CA | 95927-0009 | USA | 853 | $8,574.08 | 503(b)(9) Claim | General Unsecured Claim |
| Entertainment Publications LLC | Given Koehler | 1414 E Maple Rd Ste 500 | | | Troy | MI | 48083-4019 | USA | 11697 | $23,541.96 | 503(b)(9) Claim | General Unsecured Claim |
| ERIE TIMES NEWS | | 205 WEST 12TH ST | ATTN FINANCE | | ERIE | PA | 16534001 | USA | 1381 | $8,195.13 | 503(b)(9) Claim | General Unsecured Claim |
| Euro RSCG Chicago | | 36 E Grand Ave | | | Chicago | IL | 60611 | USA | 1299 | $429,169.87 | 503(b)(9) Claim | General Unsecured Claim |
| Euro RSCG Chicago | Angelo Kritikos Chief Financial Officer | Euro RSCG Chicago | 36 E Grand Ave | | Chicago | IL | 60611 | USA | 1299 | $429,169.87 | 503(b)(9) Claim | General Unsecured Claim |
| Evening Post Publishing Company dba The Post and Courier | William H Schwarzschild III and W Alexander Burnett | Williams Mullen | 2 James Center 17th Fl | 1021 East Cary St PO Box 1320 | Richmond | VA | 23218-1320 | USA | 11804 | $41,652.18 | | General Unsecured Claim |
| Evening Post Publishing Company dba The Post and Courier | B Shawan Gillians | Buist Moore Smythe McGee PA | 5 Exchange St | | Charleston | SC | 29401 | USA | 11804 | $41,652.18 | | General Unsecured Claim |
| EVENING TELEGRAM, THE | | PO DRAWER 1080 | | | ROCKY MOUNT | NC | 27802 | USA | 641 | $4,653.52 | 503(b)(9) Claim | General Unsecured Claim |
| EXPONENT & TELEGRAM | | PO BOX 2000 | | | CLARKSBURG | WV | 26302 | USA | 450 | $2,771.18 | 503(b)(9) Claim | General Unsecured Claim |
| EXPRESS NEWS | | 801 TEXAS AVE | | | HOUSTON | TX | 77002 | USA | 835 | $50,058.09 | 503(b)(9) Claim | General Unsecured Claim |
| Fausnight Stripe and Line Inc | | 910 Charles St | | | Longwood | FL | 32750 | USA | 1228 | $3,850.00 | 503(b)(9) Claim | General Unsecured Claim |
| FAYETTEVILLE PUBLISHING CO | | PO BOX 1887 | | | FAYETTEVILLE | NC | 28302 | USA | 381 | $13,794.00 | 503(b)(9) Claim | General Unsecured Claim |
| FLORIDA TIMES UNION, THE | | PO BOX 1486 | | | AUGUSTA | GA | 30903-1486 | USA | 1074 | $23,630.52 | 503(b)(9) Claim | General Unsecured Claim |
| FLOYD & SONS INC | | 9848 DECOURSEY PIKE | | | RYLAND HEIGHTS | KY | 41015 | USA | 546 | $28,331.94 | 503(b)(9) Claim | General Unsecured Claim |
| FORT COLLINS, CITY OF | | PO BOX 580 | | | FORT COLLINS | CO | 80522580 | USA | 859 | $5,636.33 | 503(b)(9) Claim | General Unsecured Claim |
| FORT WAYNE NEWSPAPERS | | 600 W MAIN ST | | | FORT WAYNE | IN | 468010100 | USA | 703 | $11,681.34 | 503(b)(9) Claim | General Unsecured Claim |
| Forte Commercial Services LLC dba Lone Star Floors | | 720 Ave F Ste 105 | | | Plano | TX | 75074 | USA | 1437 | $2,480.00 | 503(b)(9) Claim | General Unsecured Claim |
| FOSTERS DAILY DEMOCRAT | | PO BOX 1109 | | | DOVER | NH | 03820 | USA | 991 | $1,871.10 | 503(b)(9) Claim | General Unsecured Claim |
| FS COMMERCIAL LANDSCAPE INC | | 5151 PEDLEY RD | | | RIVERSIDE | CA | 92509 | USA | 498 | $2,099.15 | 503(b)(9) Claim | General Unsecured Claim |
| FUEL CREATIVE INC | | 15 S 23RD ST | | | RICHMOND | VA | 23223 | USA | 1133 | $45,777.30 | 503(b)(9) Claim | General Unsecured Claim |
| FULLERTON, CITY OF | | 303 WEST COMMONWEALTH AVENUE | | | FULLERTON | CA | 92832-1775 | USA | 1387 | $25.48 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Fifth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|------|---------------------|-----------|-----------|-----------|------|-------|-----|---------|--------------|--------------|------------------------|---------------------------|
| FULLERTON, CITY OF | | 303 WEST COMMONWEALTH AVENUE | | | FULLERTON | CA | 92832-1775 | USA | 1388 | $93.11 | 503(b)(9) Claim | General Unsecured Claim |
| G & W Service Co LP | Georgette Treece Treasurer | 2503 Capitol Ave | | | Houston | TX | 77003-3203 | USA | 1332 | $31,084.26 | 503(b)(9) Claim | General Unsecured Claim |
| G & W Service Co LP | Georgette Treece Treasurer | 2503 Capitol Ave | | | Houston | TX | 77003-3203 | USA | 11556 | $15,325.38 | 503(b)(9) Claim | General Unsecured Claim |
| G & W Service Co LP | Georgette Treece Treasurer | 2503 Capitol Ave | | | Houston | TX | 77003-3203 | USA | 11769 | $15,325.38 | 503(b)(9) Claim | General Unsecured Claim |
| GANNETT CENTRAL NEW YORK NEWS | | PO BOX 1270 | | | BINGHAMTON | NY | 13902-1270 | USA | 1089 | $33,180.62 | 503(b)(9) Claim | General Unsecured Claim |
| GAZETTE NEWSPAPERS | | PO BOX 17306 | | | BALTIMORE | MD | 21297 | USA | 800 | $753.82 | 503(b)(9) Claim | General Unsecured Claim |
| GAZETTE NEWSPAPERS, THE | | PO BOX 1090 | 2345 MAXON RD EXT | | SCHENECTADY | NY | 12301-1090 | USA | 1159 | $3,586.32 | 503(b)(9) Claim | General Unsecured Claim |
| GAZETTE TELEGRAPH | | LEDGER ADVERTISING BILLING | PO BOX 1779 | | COLORADO SPRGS | CO | 80901-1779 | USA | 1150 | $26,571.54 | 503(b)(9) Claim | General Unsecured Claim |
| GORDON PAINTING CO INC | | 13755 STOCKTON AVENUE | | | CHINO | CA | 91710 | USA | 552 | $28,021.00 | 503(b)(9) Claim | General Unsecured Claim |
| GORILLA NATION MEDIA | | 5140 W GOLDLEAF CIRCLE | SUITE 300 | | LOS ANGELES | CA | 90056 | USA | 811 | $24,789.93 | 503(b)(9) Claim | General Unsecured Claim |
| GRAND RAPIDS PRESS | | 155 MICHIGAN NW | C/O ROBIN MALLORY | | GRAND RAPIDS | MI | 49503 | USA | 590 | $11,371.33 | 503(b)(9) Claim | General Unsecured Claim |
| GRANITE TELECOMMUNICATIONS | | PO BOX 1405 | | | LEWISTON | ME | 04243-1405 | USA | 1098 | $9,920.93 | 503(b)(9) Claim | General Unsecured Claim |
| GRANITE TELECOMMUNICATIONS | Granite Telecommunications | 100 Newport Avenue Ext | | | North Quincy | MA | 02171 | USA | 1098 | $9,920.93 | 503(b)(9) Claim | General Unsecured Claim |
| GRAPHIC COMMUNICATIONS | | PO BOX 933233 | | | ATLANTA | GA | 31193-3233 | USA | 1053 | $175,195.74 | 503(b)(9) Claim | General Unsecured Claim |
| GRAPHIC COMMUNICATIONS | Graphic Communications Holdings Inc | 16 B Journey | | | Aliso Viejo | CA | 92656-3317 | USA | 1053 | $175,195.74 | 503(b)(9) Claim | General Unsecured Claim |
| GREATER DETROIT NEWSPAPER | | SHARED SERVICES LLC ACCT REC | 1115 EAST WHITCOMB AVE | | MADISON HEIGHTS | MI | 48071 | USA | 674 | $15,509.85 | 503(b)(9) Claim | General Unsecured Claim |
| GREEN MOUNTAIN POWER GMP | | P O BOX 1915 | | | BRATTLEBORO | VT | 05302-1915 | USA | 820 | $7,196.48 | 503(b)(9) Claim | General Unsecured Claim |
| GREEN MOUNTAIN POWER GMP | Green Mountain Power Corp | 163 Acorn Ln | | | Colchester | VT | 05446 | USA | 820 | $7,196.48 | 503(b)(9) Claim | General Unsecured Claim |
| GREENE COUNTY SANAITARY DEPT | | 667 DAYTON XENIA RD | | | XENIA | OH | 45385-2665 | USA | 1214 | $167.29 | 503(b)(9) Claim | General Unsecured Claim |
| GREENWICH, TOWNSHIP OF | | 321 GREENWICH ST | | | STEWARTSVILLE | NJ | 08886 | USA | 1410 | $243.70 | 503(b)(9) Claim | General Unsecured Claim |
| GREENWICH, TOWNSHIP OF | Andre L Kydala Esq | PO Box 5537 | | | Clinton | NJ | 08809 | USA | 1410 | $243.70 | 503(b)(9) Claim | General Unsecured Claim |
| HARRISONBURG ELECTRIC COMMISSI | | 89 W BRUCE STREET | | | HARRISONBURG | VA | 22801 | USA | 445 | $6,125.31 | 503(b)(9) Claim | General Unsecured Claim |
| HARTFORD COURANT, THE | | 285 BROAD ST DEPT 80320 | | | HARTFORD | CT | 06115 | USA | 475 | $30,842.16 | 503(b)(9) Claim | General Unsecured Claim |
| HARTFORD COURANT, THE | JANET POSE | THE HARTFORD COURANT CO | 285 BROAD ST DEPT 80320 | | HARTFORD | CT | 06115 | USA | 475 | $30,842.16 | 503(b)(9) Claim | General Unsecured Claim |
| HD SPORTS GUIDE COM | | 612 MEADOWRIDGE RD | | | BALTIMORE | MD | 21204 | USA | 810 | $4,000.00 | 503(b)(9) Claim | General Unsecured Claim |
| HD SPORTS GUIDE COM | Austin P Kirk | DBA HD Sports Guide Com | 612 Meadowridge Rd | | Baltimore | MD | 21204 | USA | 810 | $4,000.00 | 503(b)(9) Claim | General Unsecured Claim |
| HELIX WATER DISTRICT | | 7811 UNIVERSITY AVENUE | | | LA MESA | CA | 91941-4927 | USA | 1271 | $385.74 | 503(b)(9) Claim | General Unsecured Claim |
| HERALD DISPATCH | | PO BOX 2017 | | | HUNTINGTON | WV | 25720 | USA | 605 | $7,573.88 | 503(b)(9) Claim | General Unsecured Claim |
| HERALD MAIL CO | | 100 SUMMIT AVE | | | HAGERSTOWN | MD | 21740 | USA | 717 | $9,909.74 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Fifth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HERALD, THE | ATTN CREDIT MANAGER | PO BOX 930 | | | EVERETT | WA | 98206-0930 | USA | 469 | $5,954.86 | 503(b)(9) Claim | General Unsecured Claim |
| HICKORY, CITY OF | | 76 NORTH CENTER ST NE | | | HICKORY | NC | 28601 | USA | 659 | $189.31 | 503(b)(9) Claim | General Unsecured Claim |
| HUNTSVILLE TIMES, THE | | PO BOX 7069 W S | | | HUNTSVILLE | AL | 35807 | USA | 616 | $20,827.70 | 503(b)(9) Claim | General Unsecured Claim |
| IDAHO STATESMAN, THE | | PO BOX 40 | | | BOISE | ID | 83707 | USA | 653 | $22,407.96 | 503(b)(9) Claim | General Unsecured Claim |
| ILLUMINATING CO, THE | | 6896 MILLER RD | | | BRECKSVILLE | OH | 44141 | USA | 167 | $15,861.41 | 503(b)(9) Claim | General Unsecured Claim |
| IMPACT INSTALLATIONS INC | | 10091 STREETER RD | STE 2 | | AUBURN | CA | 95602 | USA | 422 | $300,827.71 | 503(b)(9) Claim | General Unsecured Claim |
| INDURON PROTECTIVE COATINGS | | PO BOX 2371 | | | BIRMINGHAM | AL | 35201-2371 | USA | 179 | $2,047.72 | 503(b)(9) Claim | General Unsecured Claim |
| JAMES RIVER GROUNDS MGMT INC | | 11008 WASHINGTON HWY | | | GLEN ALLEN | VA | 23059 | USA | 1390 | $4,487.43 | 503(b)(9) Claim | General Unsecured Claim |
| JAMES RIVER IRRIGATION INC | | 2501 GRENOBLE RD | | | RICHMOND | VA | 23294 | USA | 1383 | $1,119.48 | 503(b)(9) Claim | General Unsecured Claim |
| JANIS, ROSE ANN | | 5005 AMBERWOOD DR | | | GLEN ALLEN | VA | 23059 | USA | 882 | $1,200.00 | 503(b)(9) Claim | General Unsecured Claim |
| JOHNSON CITY PRESS | | PO BOX 1717 | | | JOHNSON CITY | TN | 37605 | USA | 1034 | $2,489.14 | 503(b)(9) Claim | General Unsecured Claim |
| JONESBORO SUN, THE | | PO BOX 1249 | | | JONESBORO | AR | 72403 | USA | 1406 | $4,121.28 | 503(b)(9) Claim | General Unsecured Claim |
| JOURNAL & COURIER | | 217 N 6TH ST | | | LAFAYETTE | IN | 47901-1448 | USA | 471 | $6,249.52 | 503(b)(9) Claim | General Unsecured Claim |
| JOURNAL NEWS | | PO BOX 298 | | | HAMILTON | OH | 45012 | USA | 1378 | $3,335.12 | 503(b)(9) Claim | General Unsecured Claim |
| JOURNAL NEWS | Dayton Newspapers Inc | dba Cox Ohio Publishing & Journal News | 1611 S Main St | | Dayton | OH | 45409 | USA | 1378 | $3,335.12 | 503(b)(9) Claim | General Unsecured Claim |
| JOURNAL PUBLISHING CO INC, THE | | 207 W KING ST | | | MARTINSBURG | WV | 25401 | USA | 583 | $5,185.21 | 503(b)(9) Claim | General Unsecured Claim |
| JR HEINEMAN & SONS INC | | 3562 RIDGECREST DR | | | MIDLAND | MI | 48642 | USA | 626 | $500.00 | 503(b)(9) Claim | General Unsecured Claim |
| JR HEINEMAN & SONS INC | JR Heineman & Sons Inc | 1224 N Niagara St | | | Saginaw | MI | 48602 | USA | 626 | $500.00 | 503(b)(9) Claim | General Unsecured Claim |
| KCAL TV | | PO BOX 100951 | | | PASADENA | CA | 91189-0951 | USA | 585 | $50,065.00 | 503(b)(9) Claim | General Unsecured Claim |
| KCAL TV | KCAL TV | ATTN FINANCE DEPT | 4200 RADFORD AVE | | STUDIO CITY | CA | 91604 | USA | 585 | $50,065.00 | 503(b)(9) Claim | General Unsecured Claim |
| KCPQ TV | | FILE 30697 | PO BOX 60000 | | SAN FRANCISCO | CA | 94160 | USA | 1002 | $9,902.50 | 503(b)(9) Claim | General Unsecured Claim |
| KCPQ TV | KCPQ TV | ATTN VICKI MORIN | 1813 WESTLAKE AVE N | | SEATTLE | WA | 98109 | USA | 1002 | $9,902.50 | 503(b)(9) Claim | General Unsecured Claim |
| KCPQ TV | Vicki Morin | 1813 Westlake Ave N | | | Seattle | WA | 98109 | USA | 11699 | $37,200.25 | 503(b)(9) Claim | General Unsecured Claim |
| KDAF CW33 | | 8001 JOHN CARPENTER FWY | | | DALLAS | TX | 75247 | USA | 1048 | $29,826.50 | 503(b)(9) Claim | General Unsecured Claim |
| KEENE SENTINEL, THE | | PO BOX 546 | | | KEENE | NH | 03431-0546 | USA | 495 | $1,079.82 | 503(b)(9) Claim | General Unsecured Claim |
| KFMB TV | | PO BOX 85888 | | | SAN DIEGO | CA | 921865888 | USA | 1219 | $13,387.50 | 503(b)(9) Claim | General Unsecured Claim |
| KICU TV | | 2102 COMMERCE DRIVE | | | SAN JOSE | CA | 951311804 | USA | 962 | $5,975.50 | 503(b)(9) Claim | General Unsecured Claim |
| KILLEEN DAILY HERALD | | PO BOX 1300 | | | KILLEEN | TX | 76540 | USA | 458 | $6,391.74 | 503(b)(9) Claim | General Unsecured Claim |
| KIRO TV | | PO BOX 34936 | DEPT 4171 | | SEATTLE | WA | 98124 | USA | 951 | $1,806.25 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Fifth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIRO TV | Kiro TV | 2807 3rd Ave | | | Seattle | WA | 98121 | USA | 951 | $1,806.25 | 503(b)(9) Claim | General Unsecured Claim |
| KMGH TV | | PO BOX 30509 | | | LOS ANGELES | CA | 90030-0509 | USA | 460 | $4,228.75 | 503(b)(9) Claim | General Unsecured Claim |
| KMGH TV | KMGH TV | 123 E SPEER BLVD | | | DENVER | CO | 80203 | USA | 460 | $4,228.75 | 503(b)(9) Claim | General Unsecured Claim |
| KRCW TV | | FILE 30691 | PO BOX 60000 | | SAN FRANCISCO | CA | 94160 | USA | 1001 | $3,723.00 | 503(b)(9) Claim | General Unsecured Claim |
| KRCW TV | KRCW TV | ATTN VICKI MORIN | 1813 WESTLAKE AVE N | | SEATTLE | WA | 98109 | USA | 1001 | $3,723.00 | 503(b)(9) Claim | General Unsecured Claim |
| KRCW TV | ATTN VICKI MORIN | 1813 WESTLAKE AVE N | | | SEATTLE | WA | 98109 | USA | 11718 | $7,152.75 | 503(b)(9) Claim | General Unsecured Claim |
| KRIV TV | | PO BOX 22810 | | | HOUSTON | TX | 77227 | USA | 1422 | $26,690.00 | 503(b)(9) Claim | General Unsecured Claim |
| KRON TV | | PO BOX 601703 | | | CHARLOTTE | NC | 28260-1703 | USA | 1170 | $14,305.50 | 503(b)(9) Claim | General Unsecured Claim |
| KTLA INC | | DEPT 11155 | | | LOS ANGELES | CA | 90074-1155 | USA | 489 | $35,870.00 | 503(b)(9) Claim | General Unsecured Claim |
| KTLA INC | KTLA INC | ATTN ALICE NUNBERG | 5800 SUNSET BLVD | | HOLLYWOOD | CA | 90028 | USA | 489 | $35,870.00 | 503(b)(9) Claim | General Unsecured Claim |
| KTRK TV | | PO BOX 844493 | | | DALLAS | TX | 75284-4493 | USA | 1141 | $21,139.50 | 503(b)(9) Claim | General Unsecured Claim |
| KTRK TV | KTRK TV | 3310 Bissonnet | | | Houston | TX | 77005 | USA | 1141 | $21,139.50 | 503(b)(9) Claim | General Unsecured Claim |
| KTVU TV | | PO BOX 45558 | | | SAN FRANCISCO | CA | 94145 | USA | 1397 | $66,130.00 | 503(b)(9) Claim | General Unsecured Claim |
| KTXH TV | | 4738 COLLECTION CTR DR | | | CHICAGO | IL | 60693 | USA | 1318 | $3,825.00 | 503(b)(9) Claim | General Unsecured Claim |
| KUSI TV | ATTN SUZANNE APPLEMAN | PO BOX 719051 | | | SAN DIEGO | CA | 92171-9051 | USA | 956 | $8,967.50 | 503(b)(9) Claim | General Unsecured Claim |
| LAKE COUNTY | | PO BOX 327 | TAX COLLECTOR BOB MCKEE | | TAVARES | FL | 32778-0327 | USA | 11767 | $9,894.33 | 503(b)(9) Claim | General Unsecured Claim |
| LCEC LEE COUNTY ELECTRIC COOPERATIVE | | PO BOX 31477 | | | TAMPA | FL | 33631-3477 | USA | 886 | $5,600.17 | 503(b)(9) Claim | General Unsecured Claim |
| Leaf | | PO Box 56 | | | Moberly | MO | 65270 | USA | 629 | $1,741.52 | 503(b)(9) Claim | General Unsecured Claim |
| LINCOLN JOURNAL STAR | | 926 P ST | | | LINCOLN | NE | 685010528 | USA | 1456 | $11,953.14 | 503(b)(9) Claim | General Unsecured Claim |
| LIVERMORE, CITY OF | ATTN CITY ATTORNEYS OFFICE | 1052 S LIVERMORE AVE | | | LIVERMORE | CA | 94550-4899 | USA | 917 | $440.95 | 503(b)(9) Claim | General Unsecured Claim |
| LONGVIEW NEWS JOURNAL | | PO BOX 1792 | | | LONGVIEW | TX | 75606 | USA | 1073 | $7,019.56 | 503(b)(9) Claim | General Unsecured Claim |
| LOS ANGELES CO WATERWORKS | | 260 E AVE K8 | | | LANCASTER | CA | 93535 | USA | 143 | $117.66 | 503(b)(9) Claim | General Unsecured Claim |
| LOWELL SUN, THE | | PO BOX 1477 | | | LOWELL | MA | 01853 | USA | 823 | $12,066.65 | 503(b)(9) Claim | General Unsecured Claim |
| LUBBOCK AVALANCHE JOURNAL | | PO BOX 491 | | | LUBBOCK | TX | 79408-0491 | USA | 894 | $12,013.02 | 503(b)(9) Claim | General Unsecured Claim |
| M A D EXTERMINATORS INC | | 78 S TROOPER ROAD | | | NORRISTOWN | PA | 19403 | USA | 852 | $84.80 | 503(b)(9) Claim | General Unsecured Claim |
| MADISON NEWSPAPER | | PO BOX 8759 | | | MADISON | WI | 53708 | USA | 502 | $27,741.48 | 503(b)(9) Claim | General Unsecured Claim |
| MAGNUS MAGNUSSON INC | | 15 CLUB RD | | | PORT JEFFERSON | NY | 11777 | USA | 760 | $86,268.33 | 503(b)(9) Claim | General Unsecured Claim |
| MARTIN COUNTY UTILITIES | | P O BOX 9000 | | | STUART | FL | 34995-9000 | USA | 1087 | $385.84 | 503(b)(9) Claim | General Unsecured Claim |
| MCCALL HANDLING CO | | 8801 WISE AVE STE 200 | | | BALTIMORE | MD | 21222 | USA | 646 | $13,899.82 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Fifth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MCKEE, BOB | | PO BOX 327 | LAKE COUNTY TAX COLLECTOR | | TAVARES | FL | 32778-0327 | USA | 11768 | $46,603.17 | 503(b)(9) Claim | General Unsecured Claim |
| MEDIA GENERAL ALABAMA | | PO BOX 25818 | | | RICHMOND | VA | 23260-5818 | USA | 1070 | $9,013.08 | 503(b)(9) Claim | General Unsecured Claim |
| MEDIA GENERAL ALABAMA | Media General Alabama | PO Box 280 | | | Dothan | AL | 36302 | USA | 1070 | $9,013.08 | 503(b)(9) Claim | General Unsecured Claim |
| MEDIA GENERAL INC | | PO BOX 188 | NC COMMUNITY NEWSPAPERS | | HICKORY | NC | 28603 | USA | 1135 | $8,915.91 | 503(b)(9) Claim | General Unsecured Claim |
| MERCURY, THE | | 24 N HANOVER STREET | | | POTTSTOWN | PA | 19464 | USA | 554 | $4,484.52 | 503(b)(9) Claim | General Unsecured Claim |
| MERRIMACK VALLEY CORP | | 20 AEGEAN DR | UNIT 11 | | METHUEN | MA | 01844 | USA | 463 | $1,392.00 | 503(b)(9) Claim | General Unsecured Claim |
| MIDAMERICAN ENERGY COMPANY | | PO BOX 8020 | | | DAVENPORT | IA | 52808-8020 | USA | 1245 | $96,755.49 | 503(b)(9) Claim | General Unsecured Claim |
| MIDLAND, CITY OF | | RECORDS DIVISION | 601 N LORAINE | | MIDLAND | TX | 79701 | USA | 825 | $200.00 | 503(b)(9) Claim | General Unsecured Claim |
| MILWAUKEE PRESSURE WASH | | PO BOX 170036 | | | MILWAUKEE | WI | 53217 | USA | 1276 | $2,999.99 | 503(b)(9) Claim | General Unsecured Claim |
| MINER FLEET MANAGEMENT GROUP | | 111 W SAN ANTONIO | STE 200 | | NEW BRAUNFELS | TX | 78130 | USA | 1094 | $71,337.53 | 503(b)(9) Claim | General Unsecured Claim |
| MOBILE AREA WATER & SEWER SYSTEM MAWSS | C T CAIN | P O BOX 2368 | | | MOBILE | AL | 36652 | USA | 507 | $217.06 | 503(b)(9) Claim | General Unsecured Claim |
| MONTGOMERY TOWNSHIP MUNICIPAL | | 1001 STUMP RD | | | MONTGOMERYVILLE | PA | 189369605 | USA | 1163 | $97.16 | 503(b)(9) Claim | General Unsecured Claim |
| MONTGOMERY TOWNSHIP MUNICIPAL | | SEWER AUTHORITY | 1001 STUMP RD | | MONTGOMERYVILLE | PA | 18936-9605 | USA | 1164 | $73.37 | 503(b)(9) Claim | General Unsecured Claim |
| MUSKEGON CHRONICLE | | PO BOX 59 | | | MUSKEGON | MI | 49443 | USA | 589 | $2,618.76 | 503(b)(9) Claim | General Unsecured Claim |
| NATICK, TOWN OF | | PO BOX 646 | TOWN COLLECTOR | | NATICK | MA | 01760 | USA | 1151 | $354.56 | 503(b)(9) Claim | General Unsecured Claim |
| NEWS & RECORD | | PO BOX 20848 | | | GREENSBORO | NC | 27420 | USA | 601 | $32,292.27 | 503(b)(9) Claim | General Unsecured Claim |
| NEWSPAPER AGENCY CORPORATION | | PO BOX 704005 | | | WEST VALLEY CTY | UT | 84170-4005 | USA | 892 | $22,941.51 | 503(b)(9) Claim | General Unsecured Claim |
| NORTH COUNTY TIMES | | 207 E PENNSYLVANIA AVENUE | | | ESCONDIDO | CA | 92025 | USA | 1174 | $22,859.52 | 503(b)(9) Claim | General Unsecured Claim |
| NORTH WALES WATER AUTHORITY | | 200 W WALNUT ST PO BOX 1339 | | | NORTH WALES | PA | 19454-0339 | USA | 449 | $395.00 | 503(b)(9) Claim | General Unsecured Claim |
| NORTHWEST ARKANSAS DEMOCRAT | | PO BOX 1607 | BUSINESS OFFICE RETAIL DISPLAY | | FAYETTEVILLE | AR | 72702 | USA | 237 | $760.16 | 503(b)(9) Claim | General Unsecured Claim |
| OAHU AIR CONDITIONING SERVICE | | 938 KOHOU STREET | PO BOX 17010 | | HONOLULU | HI | 96817 | USA | 1346 | $77,128.00 | 503(b)(9) Claim | General Unsecured Claim |
| OG&E | | PO BOX 26040 | | | OKLAHOMA CITY | OK | 73126-0040 | USA | 1080 | $29,898.16 | 503(b)(9) Claim | General Unsecured Claim |
| OG&E | Oklahoma Gas & Electric Co | c o Abbey Campbell MCM223 | 321 N Harvey | | Oklahoma City | OK | 73102 | USA | 1080 | $29,898.16 | 503(b)(9) Claim | General Unsecured Claim |
| Ohio Edison | Bankruptcy Dept Rm 204 | 6896 Miller Rd | | | Brecksville | OH | 44141 | USA | 168 | $13,821.94 | 503(b)(9) Claim | General Unsecured Claim |
| OMEGA WASTE MANAGEMENT INC | | PO BOX 495 | | | CORNING | CA | 96021 | USA | 1392 | $47,266.20 | 503(b)(9) Claim | General Unsecured Claim |
| OREGONIAN PUBLISHING CO, THE | | PO BOX 4221 | | | PORTLAND | OR | 97208-4221 | USA | 840 | $74,689.59 | 503(b)(9) Claim | General Unsecured Claim |
| ORTHODONTIC CENTERS OF VIRGINIA INC | ATTN REAL ESTATE DEPT | 3850 NORTH CAUSEWAY BLVD STE 800 | | | METAIRIE | LA | 70002 | USA | 11579 | $4,711.37 | 503(b)(9) Claim | General Unsecured Claim |
| ORTHODONTIC CENTERS OF VIRGINIA INC | ATTN REAL ESTATE DEPT | 3850 NORTH CAUSEWAY BLVD STE 800 | | | METAIRIE | LA | 70002 | USA | 11587 | $4,001.58 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Fifth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OVERHEAD DOOR PORTLAND | | 10 LIBERTY DR | | | LONDONDERRY | NH | 03053 | USA | 617 | $359.00 | 503(b)(9) Claim | General Unsecured Claim |
| OVERHEAD DOOR PORTLAND | Overhead Door of Portland | 533 Riverside Ind Pkwy | | | Portland | ME | 04103 | USA | 617 | $359.00 | 503(b)(9) Claim | General Unsecured Claim |
| PADDOCK PUBLICATIONS INC | PADDOCK PUBLICATIONS | | | | ARLINGTON HTS | IL | 60006 | USA | 725 | $30,090.88 | 503(b)(9) Claim | General Unsecured Claim |
| PADDOCK PUBLICATIONS INC | Paddock Publications Inc | 155 E Algonquin Rd | | | Arlington Heights | IL | 60005 | USA | 725 | $30,090.88 | 503(b)(9) Claim | General Unsecured Claim |
| PARAGOULD DAILY PRESS | | 1401 WEST HUNT ST | PO BOX 38 | | PARAGOULD | AR | 72450 | USA | 1407 | $612.72 | 503(b)(9) Claim | General Unsecured Claim |
| PATRIOT NEWS | | 812 MARKET STREET | | | HARRISBURG | PA | 17105 | USA | 871 | $37,645.61 | 503(b)(9) Claim | General Unsecured Claim |
| PEDERNALES ELECTRIC COOPERATIVE, INC | | P O BOX 1 | | | JOHNSON CITY | TX | 78636-0001 | USA | 1062 | $5,135.84 | 503(b)(9) Claim | General Unsecured Claim |
| PENNICHUCK WATER WORKS INC | | P O BOX 1947 | | | MERRIMACK | NH | 03054-1947 | USA | 151 | $69.39 | 503(b)(9) Claim | General Unsecured Claim |
| PENNICHUCK WATER WORKS INC | | 25 MANCHESTER ST | P O BOX 1947 | | MERRIMACK | NH | 03054-1947 | USA | 570 | $122.27 | 503(b)(9) Claim | General Unsecured Claim |
| PENNICHUCK WATER WORKS, INC | | PO BOX 1947 | | | MERRIMACK | NH | 03054-1947 | USA | 569 | $67.48 | 503(b)(9) Claim | General Unsecured Claim |
| PICAYUNE ITEM | | PO BOX 580 | | | PICAYUNE | MS | 39466 | USA | 1363 | $454.96 | 503(b)(9) Claim | General Unsecured Claim |
| PINELLAS COUNTY, FL UTILITIES | | P O BOX 1780 | | | CLEARWATER | FL | 33757-1780 | USA | 1158 | $59.20 | 503(b)(9) Claim | General Unsecured Claim |
| PINELLAS COUNTY, FL UTILITIES | Jamice Pinkey Asst County Attorney | 315 Court St 6th Fl | | | Clearwater | FL | 33756 | USA | 1158 | $59.20 | 503(b)(9) Claim | General Unsecured Claim |
| PITTSBURGH POST GAZETTE | | BOX 400536 | | | PITTSBURGH | PA | 15268-0536 | USA | 1263 | $29,375.16 | 503(b)(9) Claim | General Unsecured Claim |
| PITTSBURGH POST GAZETTE | Pittsburgh Post Gazette | Samuel J Arbutina Credit Manager | 34 Blvd of the Allies | | Pittsburgh | PA | 15222 | USA | 1263 | $29,375.16 | 503(b)(9) Claim | General Unsecured Claim |
| PORTLAND GENERAL ELECTRIC | PORTLAND GENERAL ELECTRIC PGE | 7800 SW MOHAWK ST | | | TUALATIN | OR | 97062 | USA | 705 | $4,473.58 | 503(b)(9) Claim | General Unsecured Claim |
| PORTLAND GENERAL ELECTRIC | PORTLAND GENERAL ELECTRIC PGE | 7800 SW MOHAWK ST | | | TUALATIN | OR | 97062 | USA | 706 | $3,463.03 | 503(b)(9) Claim | General Unsecured Claim |
| PORTLAND GENERAL ELECTRIC PGE | | 7800 SW MOHAWK ST | | | TUALATIN | OR | 97062 | USA | 707 | $577.92 | 503(b)(9) Claim | General Unsecured Claim |
| PORTLAND GENERAL ELECTRIC PGE | | 7800 SW MOHAWK ST | | | TUALATIN | OR | 97062 | USA | 708 | $4,114.20 | 503(b)(9) Claim | General Unsecured Claim |
| PORTLAND GENERAL ELECTRIC PGE | | 7800 SW MOHAWK ST | | | TUALATIN | OR | 97062 | USA | 709 | $1,514.97 | 503(b)(9) Claim | General Unsecured Claim |
| POST & COURIER, THE | | 134 COLUMBUS ST | | | CHARLESTON | SC | 29403-4800 | USA | 505 | $31,389.78 | 503(b)(9) Claim | General Unsecured Claim |
| POST STANDARD, THE | | PO BOX 4915 | | | SYRACUSE | NY | 13221 | USA | 1198 | $32,568.34 | 503(b)(9) Claim | General Unsecured Claim |
| POUGHKEEPSIE JOURNAL | | PO BOX 1231 | | | POUGHKEEPSIE | NY | 12602-1231 | USA | 842 | $10,001.51 | 503(b)(9) Claim | General Unsecured Claim |
| PRESS ENTERPRISE | C O BADGER LAW OFFICE | THE PRESS ENTERPRISE COMPANY | 5005 LA MART DR STE 101 | | RIVERSIDE | CA | 92507 | USA | 1356 | $39,988.30 | 503(b)(9) Claim | General Unsecured Claim |
| PUEBLO CHIEFTAIN, THE | | PO BOX 4040 | | | PUEBLO | CO | 81003 | USA | 455 | $5,589.78 | 503(b)(9) Claim | General Unsecured Claim |
| QORE PROPERTY SCIENCES | | 11420 JOHNS CREEK PARKWAY | | | DULUTH | GA | 30097 | USA | 1358 | $4,490.00 | 503(b)(9) Claim | General Unsecured Claim |
| QORE PROPERTY SCIENCES | QORE Inc | 4291 Hwy 58 Ste 101 | | | Chattanooga | TN | 37416 | USA | 1358 | $4,490.00 | 503(b)(9) Claim | General Unsecured Claim |
| RAYMOND OF NEW JERSEY LLC | | 1000 BRIGHTON ST | | | UNION | NJ | 07083 | USA | 1305 | $220.96 | 503(b)(9) Claim | General Unsecured Claim |
| RECORD JOURNAL | | PO BOX 968 | | | WALLINGFORD | CT | 06492-0968 | USA | 889 | $4,609.32 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Fifth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RECORD, THE | | PO BOX 989 | | | STOCKTON | CA | 952010989 | USA | 1100 | $16,343.71 | 503(b)(9) Claim | General Unsecured Claim |
| REGISTER GUARD, THE | | PO BOX 10188 | | | EUGENE | OR | 97440-2188 | USA | 1353 | $9,023.81 | 503(b)(9) Claim | General Unsecured Claim |
| REGISTER PAJARONIAN | | 100 WESTRIDGE DR | | | WATSONVILLE | CA | 95076 | USA | 481 | $1,294.79 | 503(b)(9) Claim | General Unsecured Claim |
| RENO GAZETTE JOURNAL | ATTN CREDIT MANAGER | PO BOX 22000 | | | RENO | NV | 89520 | USA | 1103 | $13,294.70 | 503(b)(9) Claim | General Unsecured Claim |
| REPUBLIC THE | | PO BOX 3011 | | | COLUMBUS | IN | 47202-3011 | USA | 442 | $6,610.50 | 503(b)(9) Claim | General Unsecured Claim |
| REPUBLIC THE | The Republic | 333 Second St | | | Columbus | IN | 47201 | USA | 442 | $6,610.50 | 503(b)(9) Claim | General Unsecured Claim |
| RETAIL MDS INC | | 2909 SUNSET AVE | | | EAST NORRITON | PA | 19403 | USA | 633 | $43,173.80 | 503(b)(9) Claim | General Unsecured Claim |
| RICHLAND, CITY OF | | PO BOX 190 | | | RICHLAND | WA | 99352 | USA | 1139 | $1,762.20 | 503(b)(9) Claim | General Unsecured Claim |
| RICHLAND, CITY OF | Thomas O Lawson | City Attorney | PO Box 190 | | Richland | WA | 99352 | USA | 1139 | $1,762.20 | 503(b)(9) Claim | General Unsecured Claim |
| RICHMOND TIMES DISPATCH | | PO BOX 27775 | | | RICHMOND | VA | 23261-7775 | USA | 1088 | $82,962.51 | 503(b)(9) Claim | General Unsecured Claim |
| Riverside Claims LLC as Assignee for Impressions Marketing Group | Riverside Claims LLC | PO Box 626 | Planetarium Station | | New York | NY | 10024 | USA | 860 | $61,457.02 | 503(b)(9) Claim | General Unsecured Claim |
| RIVERSIDE PUBLIC UTILITIES, CA | | 3900 MAIN STREET | | | RIVERSIDE | CA | 92522-0144 | USA | 395 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| ROCKFORD REGISTER STAR | | PO BOX 439 | | | ROCKFORD | IL | 61105 | USA | 1476 | $16,681.76 | 503(b)(9) Claim | General Unsecured Claim |
| ROCKY MOUNTAIN BATTERY | | PO BOX 173796 DEPT FM | | | DENVER | CO | 80217-3796 | USA | 793 | $449.98 | 503(b)(9) Claim | General Unsecured Claim |
| RUSSELLVILLE STEEL CO INC | ATTN TRISH HENRY GEN COUNSEL | PO BOX 1538 | | | RUSSELLVILLE | AR | 72811 | USA | 249 | $6,953.00 | 503(b)(9) Claim | General Unsecured Claim |
| San Francisco Chronicle | | 801 Texas Ave | | | Houston | TX | 77002 | USA | 836 | $112,114.98 | 503(b)(9) Claim | General Unsecured Claim |
| SAN JOSE MERCURY NEWS | | DEPT 8217 | | | LOS ANGELES | CA | 90084-8217 | USA | 1157 | $191,407.66 | 503(b)(9) Claim | General Unsecured Claim |
| SAN JOSE MERCURY NEWS | SJ Mercury News | PO Box 5006 | | | San Ramon | CA | 94583-0906 | USA | 1157 | $191,407.66 | 503(b)(9) Claim | General Unsecured Claim |
| SANITATION DISTRICT NO 1 | | 1045 EATON DR | | | FT WRIGHT | KY | 41017 | USA | 591 | $127.79 | 503(b)(9) Claim | General Unsecured Claim |
| SANTA BARBARA NEWS PRESS | | PO BOX 1359 | | | SANTA BARBARA | CA | 93102 | USA | 677 | $5,589.45 | 503(b)(9) Claim | General Unsecured Claim |
| SANTA ROSA, CITY OF | | PO BOX 1658 | | | SANTA ROSA | CA | 94502-1658 | USA | 1304 | $373.23 | 503(b)(9) Claim | General Unsecured Claim |
| SAUGUS TOWN CLERK, TOWN OF | | TOWN HALL | | | SAUGUS | MA | 01906 | USA | 850 | $160.00 | 503(b)(9) Claim | General Unsecured Claim |
| SAUGUS TOWN CLERK, TOWN OF | Town of Saugus | Collector | 298 Central St | | Saugus | MA | 01906 | USA | 850 | $160.00 | 503(b)(9) Claim | General Unsecured Claim |
| SAVANNAH MORNING NEWS | | PO BOX 1486 | ACCOUNTS RECEIVABLE | | AUGUSTA | GA | 30903-1486 | USA | 1181 | $7,114.86 | 503(b)(9) Claim | General Unsecured Claim |
| Schimenti Construction Co LLC | | 650 Danbury Rd | | | Ridgefield | CT | 06877 | USA | 966 | $47,682.22 | 503(b)(9) Claim | General Unsecured Claim |
| Schimenti Construction Co LLC | Peter E Strniste Esq | Robinson & Cole LLP | 280 Trumbull St | | Hartford | CT | 06103-3597 | USA | 966 | $47,682.22 | 503(b)(9) Claim | General Unsecured Claim |
| Scripps Treasurer Coast Newspaper | | PO Box 9009 | | | Stuart | FL | 34995-9936 | USA | 676 | $28,958.20 | 503(b)(9) Claim | General Unsecured Claim |
| SEEKONK, TOWN OF | | PO BOX 504 | | | MEDFORD | MA | 02155-0006 | USA | 893 | $250.00 | 503(b)(9) Claim | General Unsecured Claim |
| SEEKONK, TOWN OF | Town of Seekonk | Tax Collectors Office | 100 Peck St | | Seekonk | MA | 02771 | USA | 893 | $250.00 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Fifth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SENTINEL | | DEPT 8217 | | | LOS ANGELES | CA | 90084-8217 | USA | 1156 | $7,179.02 | 503(b)(9) Claim | General Unsecured Claim |
| SENTINEL | Santa Cruz Sentinel | PO Box 5006 | | | San Ramon | CA | 94583-0906 | USA | 1156 | $7,179.02 | 503(b)(9) Claim | General Unsecured Claim |
| SEQUIN GAZETTE ENTERPRISE | | PO BOX 1200 | | | SEQUIN | TX | 78155-1200 | USA | 494 | $1,395.48 | 503(b)(9) Claim | General Unsecured Claim |
| SEQUIN GAZETTE ENTERPRISE | Southern Newspapers Inc | 5701 Woodway Ste 131 | | | Houston | TX | 77057 | USA | 494 | $1,395.48 | 503(b)(9) Claim | General Unsecured Claim |
| SEYMOUR TRIBUNE COMPANY | | 100 ST LOUIS AVE | PO BOX 447 | | SEYMOUR | IN | 47274 | USA | 1186 | $893.28 | 503(b)(9) Claim | General Unsecured Claim |
| SHOPLOCAL LLC | | 3512 PAYSPHERE CR | | | CHICAGO | IL | 60674 | USA | 1011 | $22,927.80 | 503(b)(9) Claim | General Unsecured Claim |
| SIGNAL, THE | | PO BOX 801870 | | | SANTA CLARITA | CA | 91380-1870 | USA | 1096 | $3,985.56 | 503(b)(9) Claim | General Unsecured Claim |
| SIGNCO INC | JERRY WOLF | 16901 GRAND VIEW LANE | | | KENNEWICK | WA | 99338 | USA | 391 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| SIMON ROOFING & SHEET METAL | | 70 KARAGO AVE | | | BOARDMAN | OH | 44512-5949 | USA | 1275 | $10,766.30 | 503(b)(9) Claim | General Unsecured Claim |
| SIMON ROOFING & SHEET METAL | Glenn R Osborne Esq | 132 S Broad St Ste B 2 | | | Canfield | OH | 44406 | USA | 1275 | $10,766.30 | 503(b)(9) Claim | General Unsecured Claim |
| SNAPPING SHOALS EMC | | PO BOX 73 | | | COVINGTON | GA | 30015-0073 | USA | 849 | $6,155.96 | 503(b)(9) Claim | General Unsecured Claim |
| SNYDER PLUMBING CO INC | | 1921 4TH ST | | | BRUNSWICK | GA | 31520 | USA | 566 | $238.00 | 503(b)(9) Claim | General Unsecured Claim |
| SPRINGFIELD UTILITY BOARD | | P O BOX 300 | | | SPRINGFIELD | OR | 97477-0077 | USA | 968 | $2,433.10 | 503(b)(9) Claim | General Unsecured Claim |
| SPRINGFIELD WATER & SEWER COMMISSION | | P O BOX 3688 | | | SPRINGFIELD | MA | 01101 | USA | 723 | $172.70 | 503(b)(9) Claim | General Unsecured Claim |
| ST LOUIS POST DISPATCH | ATTN KATHY DOBSON | 900 N TUCKER BLVD | | | ST LOUIS | MO | 63101 | USA | 1042 | $114,643.76 | 503(b)(9) Claim | General Unsecured Claim |
| ST PETERS, CITY OF | | P O BOX 9 | | | ST PETERS | MO | 63376-0009 | USA | 1060 | $182.87 | 503(b)(9) Claim | General Unsecured Claim |
| STATE OF FLORIDA DEPT OF BUSINESS & PROF REG | ATTN ANNE BAILEY | C O OFFICE OF GENERAL COUNSEL | DIVISION OF HOTELS & RESTAURANTS | 1940 N MONROE ST | TALLAHASSEE | FL | 32399-2202 | USA | 1232 | $632.00 | 503(b)(9) Claim | General Unsecured Claim |
| STATESMAN JOURNAL | | PO BOX 13009 | | | SALEM | OR | 97309 | USA | 615 | $21,846.39 | 503(b)(9) Claim | General Unsecured Claim |
| STEUBENVILLE, CITY OF | | 310 MARKET ST | UTILITY OFFICE | | STEUBENVILLE | OH | 43952 | USA | 883 | $168.75 | 503(b)(9) Claim | General Unsecured Claim |
| SUBURBAN EAST SALEM WATER DIST | | 3805 LABRANCH ST SE | | | SALEM | OR | 97317 | USA | 451 | $136.20 | 503(b)(9) Claim | General Unsecured Claim |
| SUBURBAN EAST SALEM WATER DISTRICT | | 3805 LABRANCH STREET SE | | | SALEM | OR | 97317 | USA | 446 | $48.00 | 503(b)(9) Claim | General Unsecured Claim |
| SUMMIT TOWNSHIP SEWER AUTH | | 8890 OLD FRENCH RD | | | ERIE | PA | 16509-5459 | USA | 1190 | $98.34 | 503(b)(9) Claim | General Unsecured Claim |
| SUN GAZETTE CO | | PO BOX 728 | 252 WEST FOURTH STREET | | WILLIAMSPORT | PA | 17703-0728 | USA | 153 | $7,868.07 | 503(b)(9) Claim | General Unsecured Claim |
| SUN, THE | | PO BOX 271 | | | YUMA | AZ | 85366-0271 | USA | 1178 | $8,880.64 | 503(b)(9) Claim | General Unsecured Claim |
| SYMMES TOWNSHIP | | 9323 UNION CEMETARY RD | | | SYMMES TOWNSHIP | OH | 45140-9386 | USA | 971 | $450.00 | 503(b)(9) Claim | General Unsecured Claim |
| TAMPA TRIBUNE | | PO BOX 85000 | MEDIA GENERAL OPERATIONS | | RICHMOND | VA | 23285-5000 | USA | 146 | $70,308.62 | 503(b)(9) Claim | General Unsecured Claim |
| TAXTALENT COM | | 1459 STUART ENGALS BLVD | STE 302 | | MT PLEASANT | SC | 29464 | USA | 865 | $995.00 | 503(b)(9) Claim | General Unsecured Claim |
| TEMPLE DAILY TELEGRAM | | PO BOX 6114 | | | TEMPLE | TX | 76503-6114 | USA | 638 | $8,576.93 | 503(b)(9) Claim | General Unsecured Claim |
| TEXAS STORAGE SYSTEMS | | 9501 MONROE RD | | | HOUSTON | TX | 77075-2551 | USA | 11624 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |

12 of 16

First Class Mail

Circuit City Stores, Inc.
Fifth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Buffalo News A Division of OBH Inc | c o Getman & Biryla LLP | 800 Rand Building | 14 Lafayette Sq | | Buffalo | NY | 14203-1995 | USA | 226 | $37,320.66 | 503(b)(9) Claim | General Unsecured Claim |
| The Dallas Morning News Inc | | PO Box 660040 | | | Dallas | TX | 75266-0040 | USA | 749 | $56,144.66 | 503(b)(9) Claim | General Unsecured Claim |
| The Dallas Morning News Inc | Heather M Forrest | Jackson Walker LLP | 901 Main St Ste 6000 | | Dallas | TX | 75202 | USA | 749 | $56,144.66 | 503(b)(9) Claim | General Unsecured Claim |
| TIMES LEADER, THE | | 200 S 4TH ST | | | MARTINS FERRY | OH | 43935 | USA | 688 | $3,487.19 | 503(b)(9) Claim | General Unsecured Claim |
| TIMES PUBLISHING CO | | PO BOX 120 | | | WICHITA FALLS | TX | 76307 | USA | 869 | $7,687.44 | 503(b)(9) Claim | General Unsecured Claim |
| TIMES WEST VIRGINIAN | | PO BOX 2530 | 300 QUINCY ST | | FAIRMONT | WV | 26555-2530 | USA | 792 | $2,502.00 | 503(b)(9) Claim | General Unsecured Claim |
| TIMES WORLD CORPORATION | | PO BOX 1951 | | | ROANOKE | VA | 24008-1951 | USA | 1030 | $29,761.49 | 503(b)(9) Claim | General Unsecured Claim |
| Toledo Edison | Bankruptcy Dept Rm 204 | 6896 Miller Rd | | | Brecksville | OH | 44141 | USA | 166 | $4,645.57 | 503(b)(9) Claim | General Unsecured Claim |
| TRIBUNE COMPANY D/B/A LOS ANGELES TIMES | ATTN CAROL LIOTTA | 435 N MICHIGAN AVE 3RD FL FSC | | | CHICAGO | IL | 60611 | USA | 1175 | $344,842.80 | | General Unsecured Claim |
| TRIBUNE COMPANY D/B/A LOS ANGELES TIMES | Tribune Company | Attn Carol Liotta | 435 N Michigan Ave 3rd Fl | | Chicago | IL | 60611 | USA | 1175 | $344,842.80 | 503(b)(9) Claim | General Unsecured Claim |
| Tribune Company dba Baltimore Sun | Attn Carol Liotta | 435 N Michigan Ave 3rd Fl | | | Chicago | IL | 60611 | USA | 774 | $124,115.94 | 503(b)(9) Claim | General Unsecured Claim |
| Tribune Company dba Daily Press | Attn Carol Liotta | 435 N Michigan Ave 3rd Fl FSC | | | Chicago | IL | 60611 | USA | 1172 | $40,824.89 | 503(b)(9) Claim | General Unsecured Claim |
| Tribune Company dba Newsday | Attn Carol Liotta | 435 N Michigan Ave 3rd Fl | | | Chicago | IL | 60611 | USA | 772 | $262,766.50 | 503(b)(9) Claim | General Unsecured Claim |
| Tribune Company dba Orlando Sentinel | Attn Carol Liotta | 435 N Michigan Ave 3rd Fl | | | Chicago | IL | 60611 | USA | 773 | $79,340.52 | 503(b)(9) Claim | General Unsecured Claim |
| Tribune Company dba Sun Sentinel | Attn Carol Liotta | 435 N Michigan Ave 3rd Fl FSC | | | Chicago | IL | 60611 | USA | 1173 | $95,731.94 | 503(b)(9) Claim | General Unsecured Claim |
| Tucson Electric Power Company | c o Marc Jerden | Senior Legal Counsel | One South Church Ave Ste 100 | | Tucson | AZ | 85701 | USA | 1039 | $3,258.69 | 503(b)(9) Claim | General Unsecured Claim |
| Tucson Electric Power Company | c o Marc Jerden | Senior Legal Counsel | One South Church Ave Ste 100 | | Tucson | AZ | 85701 | USA | 1040 | $5,058.91 | 503(b)(9) Claim | General Unsecured Claim |
| TUCSON NEWSPAPERS | | 4850 S PARK AVE | | | TUCSON | AZ | 85714 | USA | 606 | $20,757.60 | 503(b)(9) Claim | General Unsecured Claim |
| TULSA WORLD | | PO BOX 22129 | | | TULSA | OK | 74121-2129 | USA | 1419 | $21,568.93 | 503(b)(9) Claim | General Unsecured Claim |
| TURLOCK IRRIGATION DISTRICT | | P O BOX 819007 | | | TURLOCK | CA | 95381-9007 | USA | 1708 | $6,557.91 | 503(b)(9) Claim | General Unsecured Claim |
| UNION TRIBUNE PUBLISHING | | PO BOX 121546 | | | SAN DIEGO | CA | 921125546 | USA | 1168 | $134,658.28 | 503(b)(9) Claim | General Unsecured Claim |
| UNITED ILLUMINATING | | PO BOX 9230 | | | CHELSEA | MA | 02150-9230 | USA | 668 | $12,289.09 | 503(b)(9) Claim | General Unsecured Claim |
| UNITED ILLUMINATING | UI | PO Box 1564 | Mail Stop 1 5C | | New Haven | CT | 06506 | USA | 668 | $12,289.09 | 503(b)(9) Claim | General Unsecured Claim |
| UNITED ILLUMINATING | | PO BOX 9230 | | | CHELSEA | MA | 02150-9230 | USA | 669 | $15,647.04 | 503(b)(9) Claim | General Unsecured Claim |
| UNITED ILLUMINATING | UI | PO Box 1564 | Mail Stop 1 5C | | New Haven | CT | 06506 | USA | 669 | $15,647.04 | 503(b)(9) Claim | General Unsecured Claim |
| UNITED ILLUMINATING | | PO BOX 9230 | | | CHELSEA | MA | 02150-9230 | USA | 670 | $9,047.77 | 503(b)(9) Claim | General Unsecured Claim |
| UNITED ILLUMINATING | UI | PO Box 1564 | Mail Stop 1 5C | | New Haven | CT | 06506 | USA | 670 | $9,047.77 | 503(b)(9) Claim | General Unsecured Claim |
| UNITED ILLUMINATING | | PO BOX 9230 | | | CHELSEA | MA | 02150-9230 | USA | 1035 | $8,266.60 | 503(b)(9) Claim | General Unsecured Claim |

Circuit City Stores, Inc.
Fifth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UNITED ILLUMINATING | UI | PO Box 1564 | Mail Stop 1 5C | | New Haven | CT | 06506 | USA | 1035 | $8,266.60 | 503(b)(9) Claim | General Unsecured Claim |
| UNITED POWER | | P O BOX 929 | | | BRIGHTON | CO | 80601-0929 | USA | 957 | $5,728.76 | 503(b)(9) Claim | General Unsecured Claim |
| UNITED POWER | United Power Inc | Attn Antelia Salazar Ball | PO Box 929 | | Brighton | CO | 80601 | USA | 957 | $5,728.76 | 503(b)(9) Claim | General Unsecured Claim |
| UNITIL | | PO BOX 2013 | | | CONCORD | NH | 03302-2013 | USA | 1206 | $14,043.37 | 503(b)(9) Claim | General Unsecured Claim |
| US Signs Inc | | 1800 Bering Ste 700 | | | Houston | TX | 77057 | USA | 1309 | $108,844.38 | 503(b)(9) Claim | General Unsecured Claim |
| VANGUARD STRIPING | | 538 E 17TH CIR | | | LA CENTER | WA | 98629 | USA | 2029 | $793.76 | 503(b)(9) Claim | General Unsecured Claim |
| Vector Security Inc | | 10642 Wakeman Ct | | | Manassas | VA | 20110 | USA | 1148 | $300,529.80 | 503(b)(9) Claim | General Unsecured Claim |
| VENTURA COUNTY STAR | | PO BOX 4899 | | | PORTLAND | OR | 97208-4899 | USA | 927 | $44,578.91 | 503(b)(9) Claim | General Unsecured Claim |
| VERO BEACH, CITY OF | | PO BOX 1180 | UTILITIES | | VERO BEACH | FL | 32961-1180 | USA | 150 | $26,804.57 | 503(b)(9) Claim | General Unsecured Claim |
| VISUAL DEFENCE INC | VISUAL DEFENCE INC | 9225 LESLIE ST UNIT 7 | | | RICHMOND HILL | ON | L4B 3H6 | CAN | 786 | $6,820.08 | 503(b)(9) Claim | General Unsecured Claim |
| VISUAL DEFENCE INC | | PO BOX 933294 | | | ATLANTA | GA | 31193-3294 | USA | 786 | $6,820.08 | 503(b)(9) Claim | General Unsecured Claim |
| WAAY | | 1000 MONTE SANO BLVD | | | HUNTSVILLE | AL | 35801 | USA | 1444 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| WALNUT VALLEY WATER DISTRICT | | 271 SOUTH BREA CANYON ROAD | | | WALNUT | CA | 91789 | USA | 1079 | $2,899.70 | 503(b)(9) Claim | General Unsecured Claim |
| WATERBURY REPUBLICAN AMERICA | | PO BOX 2090 | | | WATERBURY | CT | 067222090 | USA | 1179 | $9,214.63 | 503(b)(9) Claim | General Unsecured Claim |
| WBAL TV11 | | PO BOX 73175 | | | BALTIMORE | MD | 21273 | USA | 1160 | $12,495.00 | 503(b)(9) Claim | General Unsecured Claim |
| WBAL TV11 | WBAL TV 11 | 3800 Hooper Ave | | | Baltimore | MD | 21211 | USA | 1160 | $12,495.00 | 503(b)(9) Claim | General Unsecured Claim |
| WBBH | | PO BOX 7578 | | | FT MYERS | FL | 33911-7578 | USA | 802 | $4,721.75 | 503(b)(9) Claim | General Unsecured Claim |
| WBFF | | 2000 W 41ST ST | | | BALTIMORE | MD | 21211 | USA | 663 | $6,056.25 | 503(b)(9) Claim | General Unsecured Claim |
| WBLS FM | | 3 PARK AVE 41ST FL | | | NEW YORK | NY | 10016 | USA | 1155 | $7,890.02 | 503(b)(9) Claim | General Unsecured Claim |
| WBTJ FM | | PO BOX 402584 | CLEAR CHANNEL BROADCASTING | | ATLANTA | GA | 30384-2584 | USA | 1008 | $3,514.75 | 503(b)(9) Claim | General Unsecured Claim |
| WBTJ FM | WBTJ FM | CLEAR CHANNEL BROADCASTING | 3245 BASIE RD | | RICHMOND | VA | 23228 | USA | 1008 | $3,514.75 | 503(b)(9) Claim | General Unsecured Claim |
| WCVB | Attn Maureen McCarthy Collections Manager | 5 TV Pl | | | Needham | MA | 02494 | USA | 1218 | $35,275.00 | 503(b)(9) Claim | General Unsecured Claim |
| WDCW TV | | 22264 COLLECTIONS CENTER DR | | | CHICAGO | IL | 60693 | USA | 978 | $9,018.50 | 503(b)(9) Claim | General Unsecured Claim |
| WEST JORDAN, CITY OF | | 8000 S REDWOOD RD | | | WEST JORDAN | UT | 84088 | USA | 1144 | $142.72 | 503(b)(9) Claim | General Unsecured Claim |
| WHDH TV INC | | 7 BULFINCH PLACE | | | BOSTON | MA | 02114-2977 | USA | 759 | $26,435.00 | 503(b)(9) Claim | General Unsecured Claim |
| WHPT | | 11300 4TH ST N | STE 318 | | ST PETERSBURG | FL | 33716 | USA | 586 | $2,799.99 | 503(b)(9) Claim | General Unsecured Claim |
| WINCHESTER STAR, THE | | 2 NORTH KENT STREET | | | WINCHESTER | VA | 22601-5098 | USA | 803 | $10,561.16 | 503(b)(9) Claim | General Unsecured Claim |
| WINSTON SALEM JOURNAL | | PO BOX 26549 | | | RICHMOND | VA | 23261-6549 | USA | 947 | $28,179.20 | 503(b)(9) Claim | General Unsecured Claim |
| WJZY TV | | PO BOX 60953 | | | CHARLOTTE | NC | 28260 | USA | 1462 | $4,148.00 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Fifth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|------|---------------------|-----------|-----------|-----------|------|-------|-----|---------|--------------|--------------|------------------------|----------------------------|
| WJZY TV | WJZY TV | 3501 PERFORMANCE RD | | | CHARLOTTE | NC | 28266 | USA | 1462 | $4,148.00 | 503(b)(9) Claim | General Unsecured Claim |
| WKGR FM | | 3071 CONTINENTAL DR | | | W PALM BEACH | FL | 33407 | USA | 845 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| WKYC TV | | 1333 LAKESIDE AVE E | | | CLEVELAND | OH | 44114 | USA | 815 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| WLS TV | | 13213 COLLECTIONS CTR DR | | | CHICAGO | IL | 60693 | USA | 464 | $20,910.00 | 503(b)(9) Claim | General Unsecured Claim |
| WLS TV | WLS TV | 190 N STATE 10 FL | | | CHICAGO | IL | 60601 | USA | 464 | $20,910.00 | 503(b)(9) Claim | General Unsecured Claim |
| WLVI TV | | 7 BULFINCH PLACE | | | BOSTON | MA | 02114-2977 | USA | 736 | $16,022.50 | 503(b)(9) Claim | General Unsecured Claim |
| WMUR | | PO BOX 845819 | | | BOSTON | MA | 02284-5819 | USA | 1216 | $10,540.00 | 503(b)(9) Claim | General Unsecured Claim |
| WMUR | WCVB | Maureen McCarthy | Regional Credit & Collections Manager | 5 TV Pl | Needham | MA | 02494 | USA | 1216 | $10,540.00 | 503(b)(9) Claim | General Unsecured Claim |
| WMYT TV | | PO BOX 60953 | | | CHARLOTTE | NC | 28260 | USA | 1469 | $369.75 | 503(b)(9) Claim | General Unsecured Claim |
| WMYT TV | WMYT TV | 3501 PERFORMANCE RD | | | CHARLOTTE | NC | 28266 | USA | 1469 | $369.75 | 503(b)(9) Claim | General Unsecured Claim |
| WNUV TV | | 2000 W 41ST ST | | | BALTIMORE | MD | 21211-1420 | USA | 1162 | $5,397.50 | 503(b)(9) Claim | General Unsecured Claim |
| WPIX TV | | PO BOX 13831 | | | NEWARK | NJ | 071880831 | USA | 1091 | $62,092.50 | 503(b)(9) Claim | General Unsecured Claim |
| WPIX TV | | 220 E 42nd St | | | New York | NY | 10017 | USA | 11720 | $61,626.00 | 503(b)(9) Claim | General Unsecured Claim |
| WPLG TV | ATTN MIRIANER SOTO | PO BOX 864162 | | | ORLANDO | FL | 32886-4162 | USA | 1057 | $33,579.25 | 503(b)(9) Claim | General Unsecured Claim |
| WPMT TV | | 15247 COLLECTIONS CENTER DR | | | CHICAGO | IL | 60693 | USA | 672 | $5,163.75 | 503(b)(9) Claim | General Unsecured Claim |
| WPMT TV | WPMT TV | 2005 S Queen St | | | York | PA | 17403 | USA | 672 | $5,163.75 | 503(b)(9) Claim | General Unsecured Claim |
| WPMT TV | | 15247 COLLECTIONS CENTER DR | | | CHICAGO | IL | 60693 | USA | 11816 | $5,877.75 | 503(b)(9) Claim | General Unsecured Claim |
| WPMT TV | WPMT TV | 2005 S Queen St | | | York | PA | 17403 | USA | 11816 | $5,877.75 | 503(b)(9) Claim | General Unsecured Claim |
| WTMX FM | | PO BOX 811100 | | | CHICAGO | IL | 60681-1100 | USA | 567 | $12,700.00 | 503(b)(9) Claim | General Unsecured Claim |
| WTMX FM | WTMX FM | 130 E Randolph St Ste 2700 | | | Chicago | IL | 60601 | USA | 567 | $12,700.00 | 503(b)(9) Claim | General Unsecured Claim |
| WTVR FM | | PO BOX 402584 | CLEAR CHANNEL BROADCASTING INC | | ATLANTA | GA | 30384-2584 | USA | 1441 | $5,814.00 | 503(b)(9) Claim | General Unsecured Claim |
| WTVR FM | WTVR FM | CLEAR CHANNEL BROADCASTING | 3245 BASIE RD | | RICHMOND | VA | 23228 | USA | 1441 | $5,814.00 | 503(b)(9) Claim | General Unsecured Claim |
| WTVT TV | | NEW WORLD COMMUNICATIONS INC | PO BOX 100535 | | ATLANTA | GA | 30384-0535 | USA | 1412 | $23,141.25 | 503(b)(9) Claim | General Unsecured Claim |
| WTVT TV | WTVT TV | New World Communications Inc | 3213 W Kennedy Blvd | | Tampa | FL | 33609 | USA | 1412 | $23,141.25 | 503(b)(9) Claim | General Unsecured Claim |
| WTVZ TV | | 900 GRANBY ST | | | NORFOLK | VA | 23510 | USA | 152 | $1,863.75 | 503(b)(9) Claim | General Unsecured Claim |
| WWBT INC | | PO BOX 12 | | | RICHMOND | VA | 23218 | USA | 11807 | $8,126.00 | 503(b)(9) Claim | General Unsecured Claim |
| WYOMING TRIBUNE EAGLE | | 702 W LINCOLNWAY | | | CHEYENNE | WY | 82001-4397 | USA | 1055 | $2,663.97 | 503(b)(9) Claim | General Unsecured Claim |
| WYOMING, STATE OF | | 2101 ONEIL AVE RM 101 | WYOMING CITY CLERKS OFFICE | | CHEYENNE | WY | 82001 | USA | 797 | $75.05 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Fifth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WYOMING, STATE OF | City of Cheyenne | City Attorneys Office | 2101 ONeil Ave Rm 308 | | Cheyenne | WY | 82001 | USA | 797 | $75.05 | 503(b)(9) Claim | General Unsecured Claim |
| WZVN | | PO BOX 7087 | | | FORT MYERS | FL | 33911-7087 | USA | 796 | $1,479.00 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

# EXHIBIT E

Gregg M. Galardi, Esq.            Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.           Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &   MCGUIREWOODS LLP
FLOM, LLP                         One James Center
One Rodney Square                 901 E. Cary Street
PO Box 636                        Richmond, Virginia 23219
Wilmington, Delaware 19899-0636   (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

           IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                     RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
           Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - x

           **DEBTORS' MOTION FOR AN ORDER APPROVING**
**(A) PROCEDURES FOR FILING OMNIBUS OBJECTIONS TO CLAIMS AND**
**(B) THE FORM AND MANNER OF THE NOTICE OF OMNIBUS OBJECTIONS**

     The debtors and debtors in possession (collectively,

the "Debtors")[1] hereby move the Court, pursuant to this

_____

[1]  The Debtors are the following entities: The Debtors and the last four
     digits of their respective taxpayer identification numbers are as
     follows: Circuit City Stores, Inc. (3875), Circuit City Stores West
     Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc.
     (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC
     (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City
     Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott

motion (the "Motion"), for the entry of an order,
substantially in the form of <u>Exhibit A</u>, approving (a)
procedures for filing omnibus objections to claims asserted
in the above-captioned chapter 11 cases and (b) the form and
manner of the notice of omnibus objections.  In support of
this Motion, the Debtors respectfully state as follows:

**<u>JURISDICTION</u>**

1.   The Court has jurisdiction over this matter
pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a
core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.   Venue is proper pursuant to 28 U.S.C. §§ 1408 and
1409.

3.   The statutory predicates for the relief requested
herein are sections 105 and 502 of the Bankruptcy Code, 11
U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rules 2002(a),
3007, 7004, 9006, and 9014 of the Federal Rules of
Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule
3007-1 of the Local Rules of the United States Bankruptcy

---

Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky
Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland
MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360),
and Circuit City Stores PR, LLC (5512).  The address for Circuit City
Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster,
Colorado 80031.  For all other Debtors, the address is 9950 Mayland
Drive, Richmond, Virginia 23233.

Court for the Eastern District of Virginia (the "Local Rules").

## BACKGROUND

4.    On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

5.    On January 12, 2009, the Court entered an order authorizing the Debtors to conduct auctions for a sale or sales of the Debtors' businesses as a going concern or for liquidation (D.I. 1460).

6.    At the conclusion of the auction, the Debtors' determined that the highest and otherwise best bid was that of Great American Group WF, LLC, Hudson Capital Partners, LLC, SB Capital Group, LLC, and Tiger Capital Group, LLC (collectively, the "Agent").  On January 16, 2009, the Court approved the Agent's bid and authorized the Debtors to conduct going out of business sales at the Debtors' remaining stores (D.I. 1634).  The Agent commenced going out of business sales at the Debtors' remaining stores on January 17, 2009.

## PRELIMINARY STATEMENT

7.    To date, there have been approximately 11,500 proofs of claim filed with the Debtors' claims agent,

Kurtzman Carson Consultants LLC ("KCC").  In light of the
number of proofs of claim and requests for allowance and
payment of administrative expenses and/or cure claims
(collectively, the "Claims") that have been asserted against
the Debtors' estates and the substantial number of
objections they expect to file in response thereto, the
Debtors are seeking authorization to file omnibus objections
to the Claims in accordance with the objection procedures
described herein (the "Omnibus Objection Procedures").
Recognizing that Bankruptcy Rule 3007 seeks to provide
creditors with transparency and clarity with respect to
omnibus claims objections, the Debtors have tailored the
Omnibus Objection Procedures to adequately protect
creditors' due process rights and achieve administrative and
judicial efficiency.  The Omnibus Objection Procedures will
help streamline the Claims objection process, which will
inure to the benefit of the Debtors, creditors, the Court
and all parties in interest.

8.   The Omnibus Objection Procedures provide adequate
notice to and protect the due process rights of the Debtors'
creditors.  A customized notice of objection will be served
on each creditor whose Claim is objected to by an omnibus
objection, which will inform the creditor of the objection,

the grounds for the objection and the relief sought therein.
Requiring the Debtors to file individual objections to every
Claim (or requiring that omnibus objections be filed without
the benefit of the Omnibus Objection Procedures) would be
overly burdensome, costly, time consuming, and unnecessary.

9.    Accordingly, the Debtors respectfully submit that
their proposed Omnibus Objection Procedures are consistent
with Bankruptcy Rule 3007(c) and the underlying policies of
the Bankruptcy Code and due process.

**RELIEF REQUESTED**

10.   The Debtors seek approval of (a) the Omnibus
Objection Procedures attached hereto as <u>Exhibit B</u> and
incorporated by reference herein and (b) the proposed form
and manner of notice of omnibus objections, substantially in
the form attached hereto as <u>Exhibit C</u> and incorporated by
reference herein (each, a "Notice of Omnibus Objection").

## SUMMARY OF THE OMNIBUS OBJECTION PROCEDURES
## AND NOTICE OF OMNIBUS OBJECTION[2]

**A.   The Omnibus Objection Procedures**

11.   The Omnibus Objection Procedures provide for the efficient and economic resolution of omnibus objections (each, an "Omnibus Objection") to the Claims by: (a) providing a guide to the claims objection process that clearly describes the form and manner of Omnibus Objections and the process by which claimants must file and serve responses thereto (each, a "Response"); and (b) ensuring that all parties in interest have sufficient access to the information they require to navigate the claims objection process effectively and otherwise preserve and protect the rights they are afforded under the Bankruptcy Code.

12.   Specifically, the Omnibus Objection Procedures describe, in clear and simple terms, the key aspects of the claims resolution process, including, without limitation: (a) the form of Omnibus Objections and supporting documentation, if necessary; (b) the exhibit attached to each Omnibus Objection (which will contain those Claims for

---

[2]   This description of the Omnibus Objection Procedures and the Notice of Omnibus Objection is intended as a summary and is being provided for the convenience of the Court and parties in interest.  To the extent that this summary and the text of the Omnibus Objection Procedures and the Notice of Omnibus Objection are inconsistent, the terms of the Omnibus Objection Procedures and the Notice of Omnibus Objection, respectively, shall control.

which there is a common basis) and the information contained

thereon (e.g., claimants' names, claim numbers, the grounds

for the Omnibus Objection and cross-references to the

location in the Omnibus Objection discussing the respective

grounds); (c) the form of the Notice of Omnibus Objection

(discussed in greater detail below); (d) the information

claimants need to file a Response to the Omnibus Objection,

the timeframe for doing so and the implications of failing

to timely file a Response; and (e) information relating to

the status hearings on Omnibus Objections.

**B.     The Notice of Omnibus Objection**

13.  As set forth in the Omnibus Objection Procedures,

each claimant whose Claim is the subject of an Omnibus

Objection will be provided with a customized Notice of

Omnibus Objection.  The Notice of Omnibus Objection will,

among other things: (a) describe the basic nature of the

Omnibus Objection; (b) inform claimants that their rights

may be affected by the Omnibus Objection and encourage them

to read the Omnibus Objection carefully; (c) identify the

deadline for filing and serving a Response and describe the

procedures to inform claimants that their Response must be

timely received by the appropriate parties and the

implications of failing to do so; (d) identify the date on

7

which a hearing may be held to address Omnibus Objections
and related Responses; and (e) describe how a copy of a
Claim, the Omnibus Objection and other pleadings filed in
the chapter 11 cases may be obtained.  Although the Notice
of Omnibus Objection generally will be in the form attached
hereto, it may be tailored specifically to address issues
specific to particular claimants and/or certain types of
Omnibus Objections, where necessary or appropriate.
Accordingly, the Debtors submit that the Omnibus Objection
Procedures and related Notice of Omnibus Objection
adequately protect claimants' due process rights and, thus,
address the concerns that precipitated Bankruptcy Rule 3007,
as amended.

### BASIS FOR RELIEF

**A.    Ample Authority Exists for Approval of the Omnibus
        Objection Procedures**

14.   A debtor may rebut a proof of claim by filing an
objection in accordance with Bankruptcy Rule 3007.  See
California State Board of Equalization v. Official Unsecured
Creditor's Comm. (In re Fidelity Holding Co., Ltd.), 837
F.2d 696, 698 (5th Cir. 1988).  If the debtor rebuts a
claim's presumptive validity, the burden then shifts back to
the creditor who has the ultimate burden of persuasion with

respect to the validity of the claim.  See, e.g., In re
Anderson, 349 B.R. 448 (E.D. Va. 2006); Carter Enterprises,
Inc. v. Ashland Specialty Co., Inc., 257 B.R. 797 (S.D. W.
Va. 2001).  Bankruptcy Rule 3007(c) provides that a debtor
can file objections to claims in accordance with Bankruptcy
Rule 3007(d) or as "ordered by the court."  Additionally,
the Court may rely on its general equitable powers to grant
the relief requested in this Motion pursuant to section
105(a) of the Bankruptcy Code, which empowers the Court to
"issue any order, process, or judgment that is necessary or
appropriate to carry out the provisions of [the Bankruptcy
Code]."  11 U.S.C. § 105(a); Canal Corp. v. Finnman (In re
Johnson), 960 F.2d 396, 404 (4th Cir.1992) ("the allowance
or disallowance of a claim in bankruptcy is a matter of
federal law left to the bankruptcy court's exercise of its
equitable powers.").

> **B.    Approval of the Omnibus Objection Procedures
>         Benefits Parties in Interest**

15.  The Local Rules do not set forth specific
guidelines for filing omnibus objections to proofs of claim.
Thus, the Debtors submit that it is appropriate for the
Court to approve the Omnibus Objection Procedures in light
of the number of Omnibus Objections the Debtors may file.

In addition to facilitating an efficient administration of the claims reconciliation process, the Omnibus Objection Procedures protect and preserve the value of the Debtors for the benefit of all creditors by reducing the costs and expenses that would otherwise be incurred if individual objections were filed for each Claim (or if omnibus objections were limited without the approval of the Omnibus Objection Procedures). At the same time, the Omnibus Objection Procedures also afford substantial protection with respect to creditors' due process rights, providing all claimants with sufficient notice and an opportunity to be heard.

> **C.   The Omnibus Objection Procedures Are Consistent With Bankruptcy Rule 3007(c)**

16. Prior to the amendment to Bankruptcy Rule 3007, neither the Bankruptcy Code nor the Bankruptcy Rules addressed the exercise of omnibus objections to claims. Notwithstanding the facial limitations on the use of omnibus objections effected by the amendments to Bankruptcy Rule 3007, debtors are nonetheless still allowed to file omnibus objections to proofs of claim. The drafters of the amendments specifically provided a mechanism by which debtors may request entry of an order approving tailored

claims objection procedures in Bankruptcy Rule 3007(c),
which provides, "unless otherwise ordered by the court or
permitted by subdivision [Bankruptcy Rule 3007(d) (the
omnibus claim objection provision)], objections to more than
one claim shall not be joined in a single objection."  Fed.
R. Bankr. P. 3007(c); see also 9 COLLIER ON BANKRUPTCY ¶
3007.03-05 (15 ed. rev. 2009).  Thus, while the requirements
of Bankruptcy Rule 3007(c) are mandatory if the omnibus
objection is being filed under Bankruptcy Rule 3007(d), they
are not explicitly required under Bankruptcy Rule 3007(c) if
the Bankruptcy Court "order[s] otherwise."

17.  The Omnibus Objection Procedures further request
authority to object to the Claims on grounds that are not
specifically listed in Bankruptcy Rule 3007(d).  Given the
ample due process protections and other safeguards proposed
in the Omnibus Objection Procedures, the Debtors should not
be limited to the grounds identified in Bankruptcy Rule
3007(d).

18.  The Omnibus Objection Procedures maintain the
requisite due process protections and embody the spirit of
the amendments.  Indeed, although an Omnibus Objection will
address multiple Claims, the Notice of Omnibus Objection is
individualized for each claimant affected by such Omnibus

11

Objection, clearly informing them of the Omnibus Objection
and, more importantly, how to preserve their rights with
respect thereto.  Thus, from the creditors' standpoint, they
can easily determine if the Debtors are objecting to their
Claims and on what grounds.

> **D.    The Omnibus Objection Procedures Provide for
>        Adequate Notice and Service**

19.   While Bankruptcy Rule 3007 describes the form of
omnibus objections to proofs of claim, it does not address
issues relating to notice and service.  As set forth in the
Omnibus Objection Procedures, the Debtors propose to serve
the Notice of Omnibus Objection (as well as the Omnibus
Objection itself) on the party who signed the Claim form and
any counsel of record who filed an appearance on behalf of
such party in connection with these chapter 11 cases.
Accordingly, the Debtors submit that the Omnibus Objection
Procedures provide for adequate notice and appropriate
service of process in accordance with the Bankruptcy Rules.

**CONCLUSION**

20.   In light of the thousands of Claims filed in these
cases, the claims resolution process can only be carried out
in an efficient, cost effective manner if procedures are in
place.  The proposed Omnibus Objection Procedures ensure the

efficient and fair resolution of the Claims.  Importantly,
the Omnibus Objection Procedures are not intended to alter
the substantive rights of creditors and, instead, provide
parties in interest with transparency and predictability
with respect to the resolution of the Claims.  No Claim
subject to the Omnibus Objection Procedures will be
disallowed, altered, reclassified or otherwise affected
without a further order of this Court.  Accordingly, the
Debtors believe the Omnibus Objection Procedures are fair
and equitable and request that the Court approve the Omnibus
Objection Procedures and Notice of Omnibus Objection.

**NOTICE**

21.  Notice of this Motion has been provided to those
parties entitled to notice under this Court's Order Pursuant
to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules
2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1
Establishing Certain Notice, Case Management, and
Administrative Procedures (Docket No. 130).  The Debtors
submit that, under the circumstances, no other or further
notice need be given.

**NO PRIOR REQUEST**

22.  No prior motion for the relief requested herein
has been made to this or any other court.

13

WHEREFORE, for the reasons set forth herein, the

Debtors respectfully request that the Court enter an order,

substantially in the form attached hereto as Exhibit A, (a)

approving the Omnibus Objection Procedures and the Notice of

Omnibus Objection and (b) granting such other and further

relief as is just and proper.

Dated: March 10, 2009
       Richmond, Virginia    SKADDEN, ARPS, SLATE, MEAGHER &
                             FLOM, LLP
                             Gregg M. Galardi, Esq.
                             Ian S. Fredericks, Esq.
                             P.O. Box 636
                             Wilmington, Delaware 19899-0636
                             (302) 651-3000

                                     - and -

                             SKADDEN, ARPS, SLATE, MEAGHER &
                             FLOM, LLP
                             Chris L. Dickerson, Esq.
                             333 West Wacker Drive
                             Chicago, Illinois 60606
                             (312) 407-0700

                                     - and -

                             MCGUIREWOODS LLP

                              /s/ Douglas M. Foley
                             Dion W. Hayes (VSB No. 34304)
                             Douglas M. Foley (VSB No. 34364)
                             One James Center
                             901 E. Cary Street
                             Richmond, Virginia 23219
                             (804) 775-1000

                             Counsel for Debtors and Debtors
                             in Possession

14

**EXHIBIT A**
**PROPOSED ORDER**

Gregg M. Galardi, Esq.           Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.          Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                        One James Center
One Rodney Square                901 E. Cary Street
PO Box 636                       Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

             IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                        RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
            Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - x


        **ORDER ESTABLISHING OMNIBUS OBJECTION PROCEDURES
      AND APPROVING THE FORM AND MANNER OF NOTICE OF OMNIBUS
                            OBJECTIONS**

     Upon the motion (the "Motion")[1] of the above-captioned

debtors (collectively, the "Debtors") for the entry of an

order (the "Order") approving (a) procedures for filing

omnibus objections to Claims asserted in the above-captioned

_____
[1]    Capitalized terms used but not otherwise defined herein shall have
the meanings set forth in the Motion.

cases (the "Omnibus Objection Procedures") and (b) the form
and manner of the notice of objections (the "Notice of
Omnibus Objection"); and it appearing that the relief
requested in the Motion is in the best interests of the
Debtors' estates, their creditors and other parties in
interest; the Court having jurisdiction to consider the
Motion and the relief requested therein pursuant to 28
U.S.C. §§ 157 and 1334; consideration of the Motion and the
relief requested therein being a core proceeding pursuant to
28 U.S.C. § 157(b); venue being proper before the Court
pursuant to 28 U.S.C. §§ 1408 and 1409; proper notice of the
Motion having been provided to all necessary and appropriate
parties, including pursuant to the Court's Order Pursuant to
Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002
and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1
Establishing Certain Notice, Case Management, and
Administrative Procedures entered by the Court on November
13, 2008, and no further notice being necessary; and after
due deliberation and sufficient cause appearing therefor, it
is hereby **ORDERED, ADJUDGED and DECREED** that

    1.   The Motion is granted in its entirety.

    2.   The Debtors are authorized to file Omnibus
Objections to the Claims pursuant to the Omnibus Objection

Procedures, substantially in the form annexed hereto as

Exhibit 1, which are hereby approved in their entirety.

3.    The Notice of Omnibus Objection, substantially in

the form annexed hereto as Exhibit 2, but which may be

modified from time to time, as necessary and appropriate, to

address issues specific to particular claimants and/or

certain types of Omnibus Objections, is hereby approved as

the form by which the Debtors shall provide notice to

claimants whose Claims are the subject of the applicable

Omnibus Objection.

4.    The Debtors' claims and noticing agent, Kurtzman

Carson Consultants LLC agent is authorized to take all

actions necessary to effectuate the relief granted pursuant

to this Order in accordance with the Motion.

5.    The terms and conditions of this Order shall be

immediately effective and enforceable upon its entry.

6.    The Court retains jurisdiction with respect to all

matters arising from or related to the implementation of

this Order.

DATED:    _____

_____
UNITED STATES BANKRUPTCY COURT
JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

  /S/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                            /s/ Douglas M. Foley
                                Douglas M. Foley

4

**EXHIBIT B**
**OMNIBUS OBJECTION PROCEDURES**

Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                        One James Center
One Rodney Square                901 E. Cary Street
PO Box 636                       Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

         - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

           IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA
                     RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
              Debtors.       :   Jointly Administered
- - - - - - - - - - - - - - x


      **PROCEDURES FOR FILING OMNIBUS OBJECTIONS TO CLAIMS**

     Pursuant to the Order Establishing Omnibus Objection
Procedures and Approving the Form and Manner of the Notice
of Omnibus Objections [Docket No. ____] (the "Order")[1] entered
by the Bankruptcy Court on [____], 2009, the Bankruptcy
Court approved these procedures for filing omnibus
objections to proofs of claims and requests for allowance
and payment of administrative expenses and/or cure claims
(collectively, the "Claims") in connection with the above-

_____

[1] Capitalized terms used but not otherwise defined herein shall have the
meanings set forth in the Order.

captioned chapter 11 cases (the "Omnibus Objection
Procedures").

<b><u>Omnibus Objection Procedures</u></b>

1.    <b><u>Form of Omnibus Objection</u></b>.   Omnibus Objections
will be numbered consecutively, regardless of basis.

2.    <b><u>Number of Proofs of Claim per Omnibus Objection</u></b>.
The Debtors may object to no more than 500 Claims per
Omnibus Objection.

3.    <b><u>Grounds for Omnibus Objection</u></b>.   The Debtors may
object to the Claims on any grounds.

4.    <b><u>Supporting Documentation</u></b>. To the extent
appropriate, Omnibus Objections may be accompanied by an
affidavit or declaration that states that the affiant or the
declarant has reviewed the Claims included therein and
applicable supporting information and documentation provided
therewith, made reasonable efforts to research the Claim on
the Debtors' books and records and believes such
documentation does not provide <u>prima</u> <u>facie</u> evidence of the
validity and amount of such Claims.

5.    <b><u>Claims Exhibits</u></b>.   An exhibit listing the Claims
that are subject to the Omnibus Objection will be attached
to each Omnibus Objection. Each exhibit will only contain
those Claims to which there is a common basis for the
Omnibus Objection.  Claims for which there is more than one
basis for an Omnibus Objection will be referenced on each
applicable exhibit. Each exhibit will include, among other
things, the following information: (a) an alphabetized list
of the claimants whose Claims are the subject of the Omnibus
Objection; (b) the claim numbers of the Claims that are the
subject of the Omnibus Objection; (c) the grounds for the
objections that are the subject of the Omnibus Objection;
and (d) a reference to the exhibit of the Omnibus Objection
in which the ground(s) for the objection is discussed.
Where applicable, additional information may be included in
the exhibits, including: for Claims that the Debtors seek to
reclassify, the proposed classification of such claims; for
Omnibus Objections in which the Debtors seek to reduce the
amount of Claims, the proposed reduced claim amount; and for
Claims that the Debtors propose to be surviving claims where
related claims will be disallowed the surviving claim.

6.    **Omnibus Objection Notice**.  Each Omnibus Objection
will be accompanied by a notice of such Omnibus Objection
(each, a "Notice") in substantially the form attached to the
Order as Exhibit 2.  The Notice will, among other things:
(a) describe the basic nature of the Omnibus Objection; (b)
inform claimants that their rights may be affected by the
Omnibus Objection and encourage them to read the Omnibus
Objection carefully; (c) identify a response date and
describe the procedures for filing a written response (each,
a "Response") to the Omnibus Objection; (d) identify a
hearing date, if applicable, and related procedures; and (e)
describe how Claims, the Omnibus Objection and other
pleadings in the chapter 11 cases may be obtained. Although
the Notice generally will be in the form attached hereto, it
may be tailored specifically to address particular claimants
or types of Omnibus Objections.

7.    **Status Hearings**.  Status hearings for all Claims
for which timely responses are filed will be held on
scheduled omnibus hearing dates.  Unless otherwise notified,
no claimants will need to appear at the status hearings on
the Omnibus Objections.  If an evidentiary hearing is
necessary, claimants will be provided a separate notice of
hearing.

8.    **Order if No Response**.  The Debtors may submit an
order to the Bankruptcy Court sustaining each Omnibus
Objection to Claims for which the Debtors did not receive a
timely Response without further notice to such claimants.
The Debtors may submit an order for Claims in an Omnibus
Objection to which no response is filed, even if there are
Responses to certain Claims objected to in such Omnibus
Objection.

9.    **Each Objection Is a Contested Matter**.  Each Claim
subject to an Omnibus Objection and the Response thereto
shall constitute a separate contested matter as contemplated
by Bankruptcy Rule 9014, and any order entered by the
Bankruptcy Court will be deemed a separate order with
respect to such claim.

## Requirements For All Responses To Objections

Parties who disagree with the request sought in an
Omnibus Objection are required to file a Response in
accordance with the procedures set forth herein.  If a

3

claimant whose Claim is subject to an Omnibus Objection does not file and serve a Response in compliance with the procedures below, the Bankruptcy Court may sustain the Omnibus Objection with respect to such Claims without further notice to the claimant.

    1.  **Contents**.  Each Response must contain the following (at a minimum):

       a.   a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Omnibus Objection to which the Response is directed;

       b.   the claimant's name and an explanation for the amount of the claim;

       c.   a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection, including, without limitation, the specific factual and legal bases upon which the claimant will rely in opposing the Omnibus Objection;

       d.   a copy of any other documentation or other evidence of the claim, to the extent not already included with the Claim, upon which the claimant will rely in opposing the Omnibus Objection at the hearing;

       e.   a declaration of a person with personal knowledge of the relevant facts that support the Response; and

       f.   the claimant's name, address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Addresses").  If a Response contains Notice Addresses that are different from the name and/or address listed on the Claim, the Notice Addresses will control and will become the service address for future

service of papers with respect to all of the
claimant's Claims listed in the Omnibus
Objection (including all Claims to be
disallowed and the surviving Claims) and only
for those Claims in the Omnibus Objection.

2.    **Additional Information**.   To facilitate a
resolution of the Omnibus Objection, the Response should
also include the name, address, telephone number, facsimile
number, and electronic mail address of the party with
authority to reconcile, settle or otherwise resolve the
Omnibus Objection on the claimant's behalf (the "Additional
Addresses").   Unless the Additional Addresses are the same
as the Notice Addresses, the Additional Addresses will not
become the service address for future service of papers.

3.    **Failure to Timely File a Response**.   If the
claimant fails to file and serve a Response on or before the
Response Deadline in compliance with the procedures set
forth herein, the Debtors will present to the Bankruptcy
Court an appropriate order granting the relief requested in
the Omnibus Objection without further notice to the
claimant.

4.    **Service of the Response**.   A written Response to an
Omnibus Objection, consistent with the requirements
described herein and in the Notice, will be deemed timely
filed only if the Response is actually received on or before
the deadline to respond by the Bankruptcy Court.   A written
Response to an Omnibus Objection, consistent with the
requirements described herein and in the Notice, will be
deemed timely served only if a copy of the Response is
actually received on or before the deadline to respond
(which deadline will be clearly set forth in the Notice) by
the following parties:

```
SKADDEN, ARPS, SLATE, MEAGHER   MCGUIREWOODS LLP
& FLOM, LLP                     One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, VA 23219
Wilmington, DE 19899-0636       Attn: Dion W. Hayes
Attn: Gregg M. Galardi          Attn: Douglas M. Foley
Attn: Ian S. Fredericks

            - and -

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn:  Chris L. Dickerson
```

     5.   **<u>Reservation of Rights</u>**.  Nothing in the Notice or the Omnibus Objection will constitute a waiver of the right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against the claimant of the Debtors. Unless the Bankruptcy Court allows a Claim or specifically orders otherwise, the Debtors have the right to object on any grounds to the Claims (or to any other Claims or causes of action filed by a claimant or that have been scheduled by the Debtors) at a later date.  In such event, the respective claimant will receive a separate notice of any such objections.

**EXHIBIT C**
**FORM OF NOTICE**

Gregg M. Galardi, Esq.            Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.           Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &   MCGUIREWOODS LLP
FLOM, LLP                         One James Center
One Rodney Square                 901 E. Cary Street
PO Box 636                        Richmond, Virginia 23219
Wilmington, Delaware 19899-0636   (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

             IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                       RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
            Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - x


                 NOTICE OF THE DEBTORS'
        [    ] OMNIBUS OBJECTION TO CLAIMS

     PLEASE TAKE NOTICE THAT the above-captioned Debtors
(the "Debtors") filed the Debtors' [_____] Omnibus Objection
to Claim (the "Omnibus Objection") with the Bankruptcy
Court.  A copy of the Omnibus Objection is attached to this
notice (this "Notice") as Exhibit 1.  By the Omnibus
Objection, the Debtors are seeking to disallow Claims (as
defined herein) on the ground that the Claims are:
[_____]

     PLEASE TAKE FURTHER NOTICE THAT on [_____], 2009, the
Bankruptcy Court entered the Order Establishing Omnibus

Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. ___) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Omnibus Objection seeks to disallow claims, including your claim(s), listed below in the "Claim to Be Disallowed" row but does not seek to alter your claim listed below in the "Surviving Claim" row.

| TO: | | Claim Number | Claim Amount | Reference Objection |
|---|---|---|---|---|
| [Claimant Name] [Claimant Address] | Claim to Be Disallowed | | | |
| | Surviving Claim | | | |

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION.  <u>YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION</u>.  THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY WITHIN 30 DAYS OF THE SERVICE OF THIS OBJECTION, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

<u>**Critical Information for Claimants Choosing to File a Response to the Omnibus Objection**</u>

Who Needs to File a Response:  If you oppose the disallowance of your claim(s) listed above and if you are unable to resolve the Omnibus Objection with the Debtors before the deadline to object, then you must file and serve a written response (the "Response") to the Omnibus Objection in accordance with this Notice.

If you do not oppose the disallowance of your claim(s) listed above, then you do not need to file a written Response to the Omnibus Objection and you do not need to appear at the hearing.

Response Deadline: The Response Deadline is **4:00 p.m. (Eastern Time) on [    ], 2009 (the "Response Deadline")**.

THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED AND RECEIVED BY THE RESPONSE DEADLINE.

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Debtors' attorneys:

```
SKADDEN, ARPS, SLATE, MEAGHER  MCGUIREWOODS LLP
& FLOM, LLP                    One James Center
One Rodney Square              901 E. Cary Street
PO Box 636                     Richmond, VA 23219
Wilmington, DE 19899-0636      Attn: Dion W. Hayes
Attn: Gregg M. Galardi         Attn: Douglas M. Foley
Attn: Ian S. Fredericks


            - and -

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn:  Chris L. Dickerson
```

The status hearing on the Omnibus Objection will be held at **[    ] a.m./p.m. prevailing Eastern Time on [            ], 2009 at:**

United States Bankruptcy Court
701 East Broad Street – Courtroom 5100
Richmond, Virginia 23219

If you file a timely Response, in accordance with the Omnibus Objection Procedures, you do not need to appear at the status hearing on the Omnibus Objection.

### Procedures for Filing a Timely Response and Information Regarding the Hearing on the Omnibus Objection

**Contents**.  Each Response must contain the following (at a minimum):

1.  a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Omnibus Objection to which the Response is directed;

2.  the claimant's name and an explanation for the amount of the claim;

3.    a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection, including, without limitation, the specific factual and legal bases upon which the claimant will rely in opposing the Omnibus Objection;

4.    a copy of any other documentation or other evidence of the claim, to the extent not already included with the Claim, upon which the claimant will rely in opposing the Omnibus Objection at the hearing;

5.    a declaration of a person with personal knowledge of the relevant facts that support the Response; and

6.    your name, address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of your attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Addresses").  If a Response contains Notice Addresses that are different from the name and/or address listed on the Claim, the Notice Addresses will control and will become the service address for future service of papers with respect to all of your Claims listed in the Omnibus Objection (including all Claims to be disallowed and the surviving claims) and only for those Claims in the Omnibus Objection.

**Additional Information**.  To facilitate a resolution of the Omnibus Objection, your Response should also include the name, address, telephone number and facsimile number of the party with authority to reconcile, settle or otherwise resolve the Omnibus Objection on the claimant's behalf (the "Additional Addresses").  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will <u>not</u> become the service address for future service of papers.

**Failure to File Your Timely Response**.  If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this

Notice, the Debtors will present to the Bankruptcy Court an appropriate order granting the relief requested in the Omnibus Objection <u>without further notice</u> to you.

**Each Objection Is a Contested Matter**. Each Claim subject to an Omnibus Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

<u>Additional Information</u>

**Requests for Information**.  You may also obtain a copy of the Omnibus Objection or related documents on the internet, by accessing the website of the Debtors at www.kccllc.net/circuitcity.

**Reservation of Rights**.  Nothing in this Notice or the Omnibus Objection constitutes a waiver of the Debtors' right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you of the Debtors.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Debtors have the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date.  In such event, you will receive a separate notice of any such objections.

Dated: March __, 2009
        Richmond, Virginia        SKADDEN, ARPS, SLATE, MEAGHER &
                                  FLOM, LLP
                                  Gregg M. Galardi, Esq.
                                  Ian S. Fredericks, Esq.
                                  P.O. Box 636
                                  Wilmington, Delaware 19899-0636
                                  (302) 651-3000

                                          - and -

                                  SKADDEN, ARPS, SLATE, MEAGHER &
                                  FLOM, LLP
                                  Chris L. Dickerson, Esq.
                                  333 West Wacker Drive
                                  Chicago, Illinois 60606
                                  (312) 407-0700

                                          - and -

                                  MCGUIREWOODS LLP

                                  _____
                                  Dion W. Hayes (VSB No. 34304)
                                  Douglas M. Foley (VSB No. 34364)
                                  One James Center
                                  901 E. Cary Street
                                  Richmond, Virginia 23219
                                  (804) 775-1000

                                  Counsel for Debtors and Debtors
                                  in Possession

\7896527.1

# EXHIBIT F

Circuit City Stores, Inc.
Sixth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|------|---------------------|-----------|-----------|-----------|------|-------|-----|---------|--------------|--------------|------------------------|----------------------------|
| 4 NEWBURY DANVERS LLC | THOMAS R WHITE | 2185 WEST DRY CREEK ROAD | | | HEALDSBURG | CA | 95448 | USA | 1102 | $70,039.99 | 503(b)(9) Claim | General Unsecured Claim |
| A & M PEMBERTON PRO INSTALLS | | 4237 QUAILSHIRE CT | | | CHESAPEAKE | VA | 23321 | USA | 694 | $2,230.00 | 503(b)(9) Claim | General Unsecured Claim |
| A/V INSTALLATIONS | C O GRANT R MITCHELL | 41 FIRST AVE APT 1 | | | RARITAN | NJ | 08869 | USA | 1480 | $11,415.00 | 503(b)(9) Claim | General Unsecured Claim |
| AA HOME SERVICES | ATTN ANDREW FARLEY | 570 TRESHAM RD | | | COLUMBUS | OH | 43230 | USA | 1220 | $18,000.00 | 503(b)(9) Claim | General Unsecured Claim |
| ABACUS CORP | | PO BOX 64743 | | | BALTIMORE | MD | 21264-4743 | USA | 813 | $17,467.36 | 503(b)(9) Claim | General Unsecured Claim |
| ABACUS CORP | Abacus Corp Headquarters | 610 Gusryan St | | | Baltimore | MD | 21224 | USA | 813 | $17,467.36 | 503(b)(9) Claim | General Unsecured Claim |
| ABSOLUTE SECURITY AGENCY INC | | 5515 N 7TH ST STE 5 346 | | | PHOENIX | AZ | 85014 | USA | 979 | $414.41 | 503(b)(9) Claim | General Unsecured Claim |
| ACCENT HOMES INC | | 14145 BRANDYWINE RD | | | BRANDYWINE | MD | 20613 | USA | 896 | $8,295.00 | 503(b)(9) Claim | General Unsecured Claim |
| ACTION ANTENNA EARTH SATELLITE | | 4128 WASHINGTON BLVD | | | BALTIMORE | MD | 21227 | USA | 1465 | $10,465.00 | 503(b)(9) Claim | General Unsecured Claim |
| ACXIOM | | 4057 COLLECTION CTR DR | | | CHICAGO | IL | 60693 | USA | 729 | $72,316.27 | 503(b)(9) Claim | General Unsecured Claim |
| ACXIOM | Acxiom Corp | Attn CB Blackard | 301 E Dave Ward Dr | | Conway | AR | 72032 | USA | 729 | $72,316.27 | 503(b)(9) Claim | General Unsecured Claim |
| ADTECH SOLUTIONS LLC | | 1880 MCFARLAND RD STE 100 | | | ALPHARETTA | GA | 30005 | USA | 1447 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| ADVOCATE OCCUPATIONAL HEALTH | | PO BOX 70003 | | | CHICAGO | IL | 60673-0003 | USA | 1351 | $262.00 | 503(b)(9) Claim | General Unsecured Claim |
| ADVOCATE OCCUPATIONAL HEALTH | Advocate Occupational Health | 205 W Touhy Ste 104 | | | Park Ridge | IL | 60068 | USA | 1351 | $262.00 | 503(b)(9) Claim | General Unsecured Claim |
| AIRS HUMAN CAPITAL SOLUTIONS INC | | 58 FOGG FARM RD | | | WHITE RIVER JUNCTION | VT | 05001 | USA | 1336 | $57,507.00 | 503(b)(9) Claim | General Unsecured Claim |
| AKAMAI TECHNOLOGIES INC | | 8 CAMBRIDGE CENTER | | | CAMBRIDGE | MA | 02142 | USA | 1435 | $12,330.89 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Sixth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALBEMARLE, COUNTY OF | | 401 MCINTIRE ROAD | | | CHARLOTTESVILLE | VA | 229014596 | USA | 944 | $1,555.35 | 503(b)(9) Claim | General Unsecured Claim |
| ALL ABOUT WIRING | | PO BOX 36486 | | | ROCK HILL | SC | 29732 | USA | 1260 | $14,865.00 | 503(b)(9) Claim | General Unsecured Claim |
| ALLIED SYSTEMS INC | | 11680 S HARRELS FERRY | | | BATON ROUGE | LA | 70816 | USA | 571 | $84.00 | 503(b)(9) Claim | General Unsecured Claim |
| Amstar Sage Westminster Holdings LLC dba The Westin Westminster | Attn Tonya Smith | 10600 Westminster Blvd | | | Westminster | CO | 80020 | USA | 527 | $35,787.30 | 503(b)(9) Claim | General Unsecured Claim |
| ANCHOR INSTALLATIONS LLC | | 6712 ELMWOOD AVE | | | CHEYENNE | WY | 82007 | USA | 16 | $2,315.00 | 503(b)(9) Claim | General Unsecured Claim |
| ANDERSON COUNTY TREASURER | | PO BOX 8002 | | | ANDERSON | SC | 29622-8002 | USA | 607 | $4,096.42 | 503(b)(9) Claim | General Unsecured Claim |
| APEX SYSTEMS INC | | 3750 COLLECTIONS CTR DR | | | CHICAGO | IL | 60693 | USA | 1399 | $75,171.81 | 503(b)(9) Claim | General Unsecured Claim |
| APEX SYSTEMS INC | Matt Williams | Apex Systems Inc | 4400 Cox Rd Ste 200 | | Richmond | VA | 23060 | USA | 1399 | $75,171.81 | 503(b)(9) Claim | General Unsecured Claim |
| Applied Predictive Technologies Inc | Attn General Counsel | 901 N Stuart St Ste 1100 | | | Arlington | VA | 22203-4141 | USA | 1328 | $8,333.33 | 503(b)(9) Claim | General Unsecured Claim |
| AQUA CHILL INC | | PO BOX 24742 | | | TEMPE | AZ | 85285-4742 | USA | 468 | $1,851.86 | 503(b)(9) Claim | General Unsecured Claim |
| AQUARIUS COMMUNICATIONS INC | | 205 11TH AVE N | | | NAMPA | ID | 83687 | USA | 995 | $273.00 | 503(b)(9) Claim | General Unsecured Claim |
| Aquent | | 711 Boylston St | | | Boston | MA | 02116 | USA | 925 | $22,969.30 | 503(b)(9) Claim | General Unsecured Claim |
| ARKANSAS UNCLAIMED PROPERTY | | UNCLAIMED PROPERTY DIVISION | | | LITTLE ROCK | AR | 722011811 | USA | 443 | $4,367.81 | 503(b)(9) Claim | General Unsecured Claim |
| ARKANSAS UNCLAIMED PROPERTY | Auditor of State Jim Wood | Unclaimed Property Division | PO Box 251906 | | Little Rock | AR | 72225-1906 | USA | 443 | $4,367.81 | 503(b)(9) Claim | General Unsecured Claim |
| ARTITALIA GROUP INC | | 11755 RODOLPHE FORGET | | | MONTREAL | QC | H1E 7J8 | CAN | 478 | $4,218.78 | 503(b)(9) Claim | General Unsecured Claim |
| ATTENSITY CORPORATION | | 178 S RIO GRANDE ST | STE 350 | | SALT LAKE CITY | UT | 84101 | USA | 943 | $27,796.41 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Sixth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|------|---------------------|-----------|-----------|-----------|------|-------|-----|---------|--------------|--------------|------------------------|---------------------------|
| AUDIO INNOVATIONS INC | | 133 NE 91 ST | | | KANSAS CITY | MO | 64155 | USA | 1050 | $2,360.00 | 503(b)(9) Claim | General Unsecured Claim |
| AUDIO VIDEO ARCHITECHS | | 15 W KERMAN AVE | | | WHITEBORO | NY | 13492 | USA | 972 | $1,535.00 | 503(b)(9) Claim | General Unsecured Claim |
| AUDIO VIDEO ARCHITECHS | Ronald Pelligra Esq | 205 S Townsend St | | | Syracuse | NY | 13202 | USA | 972 | $1,535.00 | 503(b)(9) Claim | General Unsecured Claim |
| AUDIO VIDEO INSTALLATION SVCS | RICHARD CARRILLO | PO BOX 13471 | | | EL PASO | TX | 79913 | USA | 201 | $565.00 | 503(b)(9) Claim | General Unsecured Claim |
| AUDIO VIDEO INSTALLATION SVCS | RICHARD CARRILLO | PO BOX 13471 | | | EL PASO | TX | 79913 | USA | 202 | $565.00 | 503(b)(9) Claim | General Unsecured Claim |
| AUDIO VIDEO SOLUTIONS | | 7225 JONATHAN CR | | | SALT LAKE CITY | UT | 84121 | USA | 750 | $35,350.00 | 503(b)(9) Claim | General Unsecured Claim |
| AUTOLAND | | 4995 FISHER STREEET | | | SAINT LAURENT | QC | H4T 1J8 | CAN | 769 | $7,380.00 | 503(b)(9) Claim | General Unsecured Claim |
| AVSAT CONTINENTAL CORP | | 4607 48TH AVE | | | WOODSIDE | NY | 11377 | USA | 1051 | $40,700.00 | 503(b)(9) Claim | General Unsecured Claim |
| BALLARD, WILLIAM | | 1080 ESTES | | | FLORISSANT | MO | 63031 | USA | 1194 | $2,715.00 | 503(b)(9) Claim | General Unsecured Claim |
| BANNER & WITCOFF LTD | | 1100 13TH ST NW STE 1200 | | | WASHINGTON | DC | 20005-4051 | USA | 1003 | $921.86 | 503(b)(9) Claim | General Unsecured Claim |
| BARCODING INCORPORATED | | PO BOX 758653 | | | BALTIMORE | MD | 21275-8653 | USA | 1084 | $9,727.35 | 503(b)(9) Claim | General Unsecured Claim |
| BARCODING INCORPORATED | Barcoding Inc | 2220 Boston St | PO Box 17170 | | Baltimore | MD | 21231 | USA | 1084 | $9,727.35 | 503(b)(9) Claim | General Unsecured Claim |
| BASSETT & ASSOCIATES RW | | 621 E FOSTER AVE | | | ROSELLE | IL | 60172 | USA | 383 | $343.75 | 503(b)(9) Claim | General Unsecured Claim |
| BATON ROUGE, CITY OF | | PO BOX 2406 | ATTN LT GOINS | | BATON ROUGE | LA | 70821 | USA | 655 | $70.00 | 503(b)(9) Claim | General Unsecured Claim |
| BEARCOM WIRELESS WORLDWIDE | | PO BOX 200600 | | | DALLAS | TX | 753200600 | USA | 385 | $556.29 | 503(b)(9) Claim | General Unsecured Claim |
| BEARCOM WIRELESS WORLDWIDE | Bearcom Wireless Worldwide | PO Box 559001 | | | Dallas | TX | 75355 | USA | 385 | $556.29 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Sixth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|------|---------------------|-----------|-----------|-----------|------|-------|-----|---------|--------------|--------------|------------------------|---------------------------|
| BERKSHIRE WEST LLC | | PO BOX 510209 | | | PHILADELPHIA | PA | 19175-0209 | USA | 805 | $44,053.75 | 503(b)(9) Claim | General Unsecured Claim |
| Betatronics Inc | | 2518 Manakin Rd | | | Manakin Sabot | VA | 23103 | USA | 973 | $4,280.67 | 503(b)(9) Claim | General Unsecured Claim |
| Betatronics Inc | BETATRONICS INC | PO BOX 213 | | | MANAKIN SABOT | VA | 23103 | USA | 973 | $4,280.67 | 503(b)(9) Claim | General Unsecured Claim |
| BNSF LOGISTICS LLC | | 2500 LOU MINK DR | | | FORT WORTH | TX | 76151 | USA | 1032 | $5,588.30 | 503(b)(9) Claim | General Unsecured Claim |
| BNSF LOGISTICS LLC | Seatone Husk LP | John T Husk | 2240 Gallows Rd | | Vienna | VA | 22182 | USA | 1032 | $5,588.30 | 503(b)(9) Claim | General Unsecured Claim |
| Bonney, Stephanie | | 251 Redmond | | | Ferguson | MO | 63135 | USA | 1335 | $2,370.00 | 503(b)(9) Claim | General Unsecured Claim |
| BOWMAN JR, JOHN | | 2329 ASHLEY PL DR | | | ST CHARLES | MO | 63303 | USA | 1426 | $697.50 | 503(b)(9) Claim | General Unsecured Claim |
| BOYER LAKE POINTE, LC | | 90 SOUTH 400 WEST SUITE 200 | LAKE POINTE SHOPPING CENTER | | SALT LAKE CITY | UT | 84101 | USA | 1247 | $41,731.03 | 503(b)(9) Claim | General Unsecured Claim |
| BOYS & GIRLS CLUBS OF HARLINGEN | | PO BOX 1982 | | | HARLINGEN | TX | 78551 | USA | 444 | $2,500.00 | 503(b)(9) Claim | General Unsecured Claim |
| BRAXTON CLEANING SERVICE | | PO BOX 896 | | | BEAR | DE | 19701 | USA | 1140 | $7,633.90 | 503(b)(9) Claim | General Unsecured Claim |
| BRINKS INC | | PO BOX 101 031 | | | ATLANTA | GA | 30392 | USA | 831 | $27,059.59 | 503(b)(9) Claim | General Unsecured Claim |
| BRINKS INC | Brinks Inc | 555 Dividend Dr Ste 100 | | | Coppell | TX | 75019 | USA | 831 | $27,059.59 | 503(b)(9) Claim | General Unsecured Claim |
| BROTHERS FIVE OF JACKSONVILLE | | PO BOX 11407 | | | BIRMINGHAM | AL | 35246-5209 | USA | 1501 | $122,351.95 | 503(b)(9) Claim | General Unsecured Claim |
| BROTHERS FIVE OF JACKSONVILLE | Brothers Five of Jacksonville & Property Management Support Inc | 1 Sleiman Parkway Ste 230 | | | Jacksonville | FL | 32216 | USA | 1501 | $122,351.95 | 503(b)(9) Claim | General Unsecured Claim |
| BROWN PHOTOGRAPHY INC, SCOTT K | | 10971 EMERALD ROCK LN | | | MECHANICSVILLE | VA | 23116 | USA | 934 | $26,844.16 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Sixth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BUREAU VERITAS CONSUMER PRODUCTS | | 100 NORTHPOINTE PKWY | | | BUFFALO | NY | 14228 | USA | 812 | $10,500.00 | 503(b)(9) Claim | General Unsecured Claim |
| BUSINESS TO BUSINESS SOLUTIONS | | 3420 PUMP RD NO 406 | | | RICHMOND | VA | 23233-1111 | USA | 503 | $25,235.00 | 503(b)(9) Claim | General Unsecured Claim |
| BYRNE, CHERYL L | | 16588 WELLINGTON LAKES CIR | | | FT MYERS | FL | 33908 | USA | 1339 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| CABELL COUNTY COMMUNITY SVCS | | 724 TENTH AVE | | | HUNTINGTON | WV | 25701 | USA | 619 | $964.98 | 503(b)(9) Claim | General Unsecured Claim |
| CALHOUN COUNTY TAX COLLECTOR | | 1702 NOBLE ST STE 107 | | | ANNISTON | AL | 36201 | USA | 1004 | $276.50 | 503(b)(9) Claim | General Unsecured Claim |
| CAMPBELL PROPERTIES LP | | 1415 N LILAC DR STE 120 | | | MINNEAPOLIS | MN | 55422 | USA | 1036 | $36,645.00 | 503(b)(9) Claim | General Unsecured Claim |
| CAPARRA CENTER ASSOCIATES, S E | | PO BOX 9506 | ATTN HUMBERTO CHARNECO/ROBERTO GONZALEZ | | SAN JUAN | PR | 00908-9506 | USA | 722 | $33,036.37 | 503(b)(9) Claim | General Unsecured Claim |
| CARRERA ARQUITECTOS PSC | | ACUARELA 100 | STE 301 | | GUAYNOBO | PR | 00969 | USA | 598 | $7,659.35 | 503(b)(9) Claim | General Unsecured Claim |
| CC Investors 1995 1 | Rieser & Associates LLC | 130 W 2nd St Ste 1520 | | | Dayton | OH | 45402-1519 | USA | 1024 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| CC Investors 1995 1 | Circuit Investors Colorado Limited Partnership | Attn John Paul Rieser | c o Rieser & Associates LLC | 7925 Graceland St | Dayton | OH | 45459-3834 | USA | 1024 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| CC Investors 1995 1 | Circuit Investors Colorado LP Attn Guy Millner | c o Ten Pryor Street Building LLC General Partner | 5500 Interstate North Pkwy | RiverEdge One Ste 600 | Atlanta | GA | 30328 | USA | 1024 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| CC Investors 1995 5 | Rieser & Associates LLC | 7925 GRACELAND ST | | | Dayton | OH | 45459-3834 | USA | 1023 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| CC Investors 1995 5 | Circuit Investors Colorado Limited Partnership | Attn John Paul Rieser | c o Rieser & Associates LLC | 7925 Graceland St | Dayton | OH | 45459-3834 | USA | 1023 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| CC Investors 1995 5 | Attn Guy Millner | c o Ten Pryor Street Building LLC | 5500 Interstate North Pkwy | RiverEdge One Ste 600 | Atlanta | GA | 30328 | USA | 1023 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| CE INTERACTIVE, INC | | 150 WEST 28TH STREET | SUITE 404 | | NEW YORK | NY | 10001 | USA | 682 | $424.26 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Sixth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|------|---------------------|-----------|-----------|-----------|------|-------|-----|---------|--------------|--------------|------------------------|---------------------------|
| CEJKA, AUREA | | 6146 ROCKEFELLER AVE | | | SARASOTA | FL | 34231 | USA | 1461 | $160.50 | 503(b)(9) Claim | General Unsecured Claim |
| CENTRAL PARKING SYSTEM INC | | PO BOX 790402 | ACCT 0700149 1000 | | ST LOUIS | MO | 63179-0402 | USA | 1027 | $4,764.00 | 503(b)(9) Claim | General Unsecured Claim |
| CENTRAL PARKING SYSTEM INC | Central Parking System Inc | c o Chris Koto | 2401 21st Ave S | | Nashville | TN | 37212 | USA | 1027 | $4,764.00 | 503(b)(9) Claim | General Unsecured Claim |
| Channel Intelligence Inc | | 1180 Celebration Blvd Ste 101 | | | Celebration | FL | 34747 | USA | 955 | $3,990.00 | 503(b)(9) Claim | General Unsecured Claim |
| CHASE HOME THEATER SOLUTIONS | | 15362 BODMAN RD | | | MT ORAB | OH | 45154 | USA | 1326 | $22,097.50 | 503(b)(9) Claim | General Unsecured Claim |
| CHUCKS AUTO & TRUCK REPAIR | | 240 N I ST | | | LIVERMORE | CA | 94551-3808 | USA | 848 | $484.84 | 503(b)(9) Claim | General Unsecured Claim |
| CINEMA PROS INSTALLATIONS | | 10320 HIDDEN OAK DR | | | SUNLAND | CA | 91040 | USA | 740 | $2,715.00 | 503(b)(9) Claim | General Unsecured Claim |
| CINEMA PROS INSTALLATIONS | Cinema Pros Installations | 1615 Washington Ave | | | Pomona | CA | 91767 | USA | 740 | $2,715.00 | 503(b)(9) Claim | General Unsecured Claim |
| Circuit Investors Colorado Limited Partnership | Rieser & Associates LLC | 7925 GRACELAND ST | | | Dayton | OH | 45459-3834 | USA | 1025 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| Circuit Investors Colorado Limited Partnership | Circuit Investors Colorado Limited Partnership | Attn John Paul Rieser | c o Rieser & Associates LLC | 7925 Graceland St | Dayton | OH | 45459-3834 | USA | 1025 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| Circuit Investors Colorado Limited Partnership | Attn Guy Millner | c o Ten Pryor Street Building LLC General Partner | 5500 Interstate North Pkwy | RiverEdge One Ste 600 | Atlanta | GA | 30328 | USA | 1025 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| CJM MANAGEMENT COMPANY | | 4198 ORCHARD LAKE RD | STE 250 | | ORCHARD LAKE | MI | 48323-1644 | USA | 1369 | $7,812.00 | 503(b)(9) Claim | General Unsecured Claim |
| CLARKSVILLE, CITY OF | | PO BOX 928 | | | CLARKSVILLE | TN | 37041 | USA | 470 | $637.00 | 503(b)(9) Claim | General Unsecured Claim |
| CLAYTON COUNTY | | 121 S MCDONOUGH ST TAX COMM | COURTHOUSE ANNEX 3 2ND FL | | JONESBORO | GA | 30236 | USA | 510 | $23,571.96 | 503(b)(9) Claim | General Unsecured Claim |
| CLINTS TV | ATTN ZITA BRUNSON | 4311 FAITH RD | | | WICHITA FALLS | TX | 76308 | USA | 1105 | $150.00 | 503(b)(9) Claim | General Unsecured Claim |
| COLIERVILLE POLICE ALARM | ENFORCEMENT UNIT | 156 N ROWLETT ST | | | COLLIERVILLE | TN | 38017 | USA | 714 | $100.00 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Sixth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COLONNADE, LLC | RHONDA HUNSICKER | C/O ALLIED PROPERTIES | P O BOX 510304 | | PHILADELPHIA | PA | 19175-0304 | USA | 804 | $101,393.04 | 503(b)(9) Claim | General Unsecured Claim |
| COMMUNICATION AMERICA INC | | 4214 CANONGATE CT | | | SPRINGHILL | FL | 34609 | USA | 1274 | $8,691.00 | 503(b)(9) Claim | General Unsecured Claim |
| COMMUNICATIONS WIRING INC | | 14390 ADAMSVILLE RD | | | GREENWOOD | DE | 19950 | USA | 1270 | $7,300.00 | 503(b)(9) Claim | General Unsecured Claim |
| COMPACT POWER SYSTEMS | JOSE CHAVEZ | 7801 HAYVENHURST | | | VAN NUYS | CA | 91406 | USA | 337 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| COMPUTER ASSOCIATES | ATTN ROBERT AUSTEN | 1 COMPUTER ASSOCIATES PLZ | | | ISLANDIA | NY | 117887000 | USA | 1452 | $38,547.60 | 503(b)(9) Claim | General Unsecured Claim |
| COMPUTER RESOURCES & TRAINING | | 60 MONTE VISTA DRIVE | | | WAYNESVILLE | NC | 28786 | USA | 233 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| CONSUMER VISION LLC | | 2110 UTE COURT | | | ESTES PARK | CO | 80517 | USA | 330 | $71,500.00 | 503(b)(9) Claim | General Unsecured Claim |
| CONTAINERFREIGHT EIT LLC | | PO BOX 92829 | | | LONG BEACH | CA | 90809-2829 | USA | 1063 | $34,000.00 | 503(b)(9) Claim | General Unsecured Claim |
| CONVERGYS LEARNING SOLUTIONS | | 1450 SOLUTIONS CTR | | | CHICAGO | IL | 60677-1009 | USA | 1092 | $35,150.00 | 503(b)(9) Claim | General Unsecured Claim |
| CONVERGYS LEARNING SOLUTIONS | Convergys Customer Management Group Inc | Attn Legal Department | 8000 Baymeadows Way | | Jacksonville | FL | 32256 | USA | 1092 | $35,150.00 | 503(b)(9) Claim | General Unsecured Claim |
| COPIAH COUNTY CIRCUIT COURT | CIRCUIT CLERK | PO BOX 467 | | | HAZLEHURST | MS | 39083 | USA | 1445 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| CORPORATE GRAPHICS INTERNATIONAL | | 1885 NORTHWAY DR | | | N MANKATO | MN | 56003 | USA | 183 | $17,641.45 | 503(b)(9) Claim | General Unsecured Claim |
| Corporate Property Dispositions | c o Mike Folio | 300 Galleria Pkwy 12th Fl | | | Atlanta | GA | 30339 | USA | 984 | $116,008.00 | 503(b)(9) Claim | General Unsecured Claim |
| CRANSTON, CITY OF | | CITY HALL | | | CRANSTON | RI | 02910 | USA | 384 | $2,935.27 | 503(b)(9) Claim | General Unsecured Claim |
| CRANSTON, CITY OF | | TAX COLLECTOR | PO BOX 1177 | | PROVIDENCE | RI | 02901 | USA | 890 | $2,935.27 | 503(b)(9) Claim | General Unsecured Claim |
| CRAWFORD COMMUNICATIONS INC | | 925 WOODSIDE DR | | | DELAND | FL | 32720 | USA | 634 | $5,810.00 | 503(b)(9) Claim | General Unsecured Claim |

Circuit City Stores, Inc.
Sixth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|------|----------------------|-----------|-----------|-----------|------|-------|-----|---------|--------------|--------------|-------------------------|----------------------------|
| CRAWFORD COMMUNICATIONS INC | | 925 WOODSIDE DR | | | DELAND | FL | 32720 | USA | 1705 | $5,810.00 | 503(b)(9) Claim | General Unsecured Claim |
| CRS INC | | PO BOX 2046 | 3810 MONROE ANSONVILLE RD | | MONROE | NC | 28111 | USA | 581 | $19,148.25 | 503(b)(9) Claim | General Unsecured Claim |
| CRYSTAL ROCK BOTTLED WATER | | 1050 BUCKINGHAM ST | | | WATERTOWN | CT | 06795-0998 | USA | 487 | $1,605.00 | 503(b)(9) Claim | General Unsecured Claim |
| CRYSTAL SPRINGS WATER | | 2151B DELAWARE AVE | | | SANTA CRUZ | CA | 95060 | USA | 942 | $564.74 | 503(b)(9) Claim | General Unsecured Claim |
| CULLIGAN DAYTONA BEACH | | PO BOX 9307 | | | DAYTONA BEACH | FL | 32120 | USA | 819 | $343.05 | 503(b)(9) Claim | General Unsecured Claim |
| CULLIGAN DAYTONA BEACH | Abrams Farrell Wagner & Assoc Inc | PO Box 2193 | | | Daytona Beach | FL | 32115 | USA | 819 | $343.05 | 503(b)(9) Claim | General Unsecured Claim |
| CUSHMAN & WAKEFIELD OF ILLINOIS INC | | 455 N CITYFRONT PLZ DR STE 2800 | | | CHICAGO | IL | 60611-5555 | USA | 808 | $4,627.00 | 503(b)(9) Claim | General Unsecured Claim |
| CUSHMAN & WAKEFIELD OF ILLINOIS INC | CUSHMAN & WAKEFIELD OF TEXAS INC | ATTN CLARA EDWARDS | 15455 DALLAS PKWY STE 800 | | ADDISON | TX | 75001 | USA | 808 | $4,627.00 | 503(b)(9) Claim | General Unsecured Claim |
| CUSTOM DIESEL SERVICE INC | | 1513 25 E JONATHON ST | | | ALLENTOWN | PA | 18109 | USA | 864 | $15,459.21 | 503(b)(9) Claim | General Unsecured Claim |
| CUSTOM SYSTEMS INSTALLATION | | 2700 S TAYLOR | | | AMARILLO | TX | 79109 | USA | 918 | $2,805.00 | 503(b)(9) Claim | General Unsecured Claim |
| DEEP ROCK | | 2640 CALIFORNIA ST | | | DENVER | CO | 80205 | USA | 564 | $180.65 | 503(b)(9) Claim | General Unsecured Claim |
| DELAWARE COUNTY TREASURER | | 140 SANDUSKY ST | | | DELAWARE | OH | 43015 | USA | 1065 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| DG FastChannel Inc | | PO Box 951415 | | | Dallas | TX | 75395-1415 | USA | 689 | $41,560.68 | 503(b)(9) Claim | General Unsecured Claim |
| DIAMOND AUDIO VIDEO LLC | | 8254 ROANOKE CT | | | SEVERN | MD | 21144 | USA | 1486 | $21,770.00 | 503(b)(9) Claim | General Unsecured Claim |
| DIAMOND AUDIO VIDEO LLC | Diamond Audio Visual LLC | 7704 Pecan Leaf Rd | | | Severn | MD | 21144 | USA | 1486 | $21,770.00 | 503(b)(9) Claim | General Unsecured Claim |
| DIGITAL ELECTRONIC SIGHT & SOUND | | 25354 PLEASANT RD | | | ST CLOUD | MN | 56301 | USA | 1317 | $767.00 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Sixth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIGITECH COMMUNICATIONS INC | | 27837 US HWY 19 N | STE A | | CLEARWATER | FL | 33761 | USA | 846 | $36,360.10 | 503(b)(9) Claim | General Unsecured Claim |
| DIKEOU, DENO P | | DIKEOU REALTY | 543 WYMORE ROAD N | STE 106 | MAITLAND | FL | 32751 | USA | 217 | $16,974.18 | 503(b)(9) Claim | General Unsecured Claim |
| DILWORTH, HARRY | | 1746 WOODSTREAM | | | ST LOUIS | MO | 63138 | USA | 1154 | $735.00 | 503(b)(9) Claim | General Unsecured Claim |
| DISH DOCTORS, THE | | 6385 RT 96 | | | VICTOR | NY | 14564 | USA | 1481 | $330.00 | 503(b)(9) Claim | General Unsecured Claim |
| DOUGHERTY COUNTY TAX DEPT | | PO BOX 1827 | | | ALBANY | GA | 31702-9618 | USA | 941 | $31,143.13 | 503(b)(9) Claim | General Unsecured Claim |
| DOW LOHNES & ALBERTSON PLLC | | 1200 NEW HAMPSHIRE AVE NW | STE 880 | | WASHINGTON | DC | 20036-6802 | USA | 832 | $339.50 | 503(b)(9) Claim | General Unsecured Claim |
| DUMONTS HOME THEATER INSTALLATIONS | | 20 MOUNTAIN VIEW DR | | | FRANKLIN | NH | 03285 | USA | 787 | $4,395.00 | 503(b)(9) Claim | General Unsecured Claim |
| DUNN EDWARDS PAINTS | | PO BOX 30389 | | | LOS ANGELES | CA | 90030-0389 | USA | 721 | $1,548.08 | 503(b)(9) Claim | General Unsecured Claim |
| DURHAM COUNTY | | PO BOX 3397 | TAX COLLECTOR | | DURHAM | NC | 27702 | USA | 833 | $3,300.34 | 503(b)(9) Claim | General Unsecured Claim |
| EAST COAST AUDIO VIDEO PROS | | 1601 N HIGH ST | | | MILLVILLE | NJ | 08332 | USA | 1322 | $13,730.00 | 503(b)(9) Claim | General Unsecured Claim |
| EAST COAST AUDIO VIDEO PROS | East Coast Audio Video Pros | 1601 N High St Ste L | | | Millville | NJ | 08332 | USA | 1322 | $13,730.00 | 503(b)(9) Claim | General Unsecured Claim |
| EASTERN SECURITY CORP | | 419 PARK AVE SOUTH STE 1407 | | | NEW YORK | NY | 10016 | USA | 1265 | $146,667.34 | 503(b)(9) Claim | General Unsecured Claim |
| EASTERN SECURITY CORP | Samuel E Kramer Esq | 225 Broadway Ste 3300 | | | New York | NY | 10007 | USA | 1265 | $146,667.34 | 503(b)(9) Claim | General Unsecured Claim |
| EASY2 TECHNOLOGIES | ATTN GEORGENE GODDARD ACCTG OFFICE MGR | 1220 HURON RD E | 7TH FL | | CLEVELAND | OH | 44115 | USA | 1077 | $600.00 | 503(b)(9) Claim | General Unsecured Claim |
| ECONOMIC RESEARCH SERVICES INC | | 4901 TOWER CT | | | TALLASSEE | FL | 32303 | USA | 945 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| ECONOMIC RESEARCH SERVICES INC | | 4901 TOWER CT | | | TALLAHASSEE | FL | 32303 | USA | 1273 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Sixth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EMPIRE ENTERTAINMENT & TRAVEL | | 3 W PACES FERRY RD STE 203 | | | ATLANTA | GA | 30305 | USA | 377 | $2,451.60 | 503(b)(9) Claim | General Unsecured Claim |
| ENFIELD, TOWN OF | | 820 ENFIELD ST | | | ENFIELD | CT | 06082 | USA | 1210 | $5,692.16 | 503(b)(9) Claim | General Unsecured Claim |
| ESCAMBIA COUNTY TAX COLLECTOR | | PO BOX 1312 | | | PENSACOLA | FL | 32591 | USA | 713 | $4,999.79 | 503(b)(9) Claim | General Unsecured Claim |
| EXECUTIVE REFRESHMENTS | | PO BOX 12408 | | | DALLAS | TX | 75225 | USA | 724 | $1,515.67 | 503(b)(9) Claim | General Unsecured Claim |
| EXPEDITER SERVICES INC | | URB LOS COLOBOS PARK | 618 ALMENDRO ST | | CAROLINA | PR | 00987 | USA | 937 | $3,635.50 | 503(b)(9) Claim | General Unsecured Claim |
| EXTRA HELP INC | | 3911 W ERNESTINE DR | | | MARION | IL | 62959 | USA | 1031 | $56,322.34 | 503(b)(9) Claim | General Unsecured Claim |
| EXTRA HELP INC | Sandberg Phoenix & Von Gontard PC | c o Scott Greenberg Esq | One City Centre 15th Fl | | St Louis | MO | 63101 | USA | 1031 | $56,322.34 | 503(b)(9) Claim | General Unsecured Claim |
| EZ SPREAD N LIFT INDUSTRIES | | 1815 BUCK RD | | | FEASTERVILLE | PA | 19053 | USA | 161 | $2,700.00 | 503(b)(9) Claim | General Unsecured Claim |
| FAIRFIELD, CITY OF | | 1000 WEBSTER STREET | | | FAIRFIELD | CA | 945334883 | USA | 346 | $210.20 | 503(b)(9) Claim | General Unsecured Claim |
| FEATURE PRESENTATION AUDIO | | 11491 KENT | | | WASHINGTON | MI | 48094 | USA | 734 | $1,035.00 | 503(b)(9) Claim | General Unsecured Claim |
| FENN, RICHARD | | 221 VILLAGE CREEK CT | | | BALWIN | MO | 63021 | USA | 1047 | $1,560.00 | 503(b)(9) Claim | General Unsecured Claim |
| FIRE & SECURITY SYSTEMS INC | | 516 W CAMPUS DR | | | ARLINGTON HTS | IL | 60004 | USA | 459 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| FLORENCE COUNTY | | PO BOX 100501 | | | FLORENCE | SC | 29502-0501 | USA | 1347 | $3,121.63 | 503(b)(9) Claim | General Unsecured Claim |
| FLORENCE COUNTY | | PO BOX 100501 | | | FLORENCE | SC | 29502-0501 | USA | 1362 | $7,195.89 | 503(b)(9) Claim | General Unsecured Claim |
| FORRESTER RESEARCH INC | | DEPT CH 10334 | | | PALATINE | IL | 60055-0334 | USA | 1122 | $11,071.60 | 503(b)(9) Claim | General Unsecured Claim |
| FORRESTER RESEARCH INC | Forrester Research Inc | Attn Finance Dept | 400 Technology Sq | | Cambridge | MA | 02189 | USA | 1122 | $11,071.60 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Sixth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|------|---------------------|-----------|-----------|-----------|------|-------|-----|---------|--------------|--------------|------------------------|----------------------------|
| FORSYTHE SOLUTIONS GROUP INC | | 39219 TREASURY CENTER | | | CHICAGO | IL | 60694-9200 | USA | 1217 | $47,092.62 | 503(b)(9) Claim | General Unsecured Claim |
| FORSYTHE SOLUTIONS GROUP INC | Forsythe Solutions Group Inc | Attn Legal Department | 7770 Frontage Rd | | Skokie | IL | 60077 | USA | 1217 | $47,092.62 | 503(b)(9) Claim | General Unsecured Claim |
| FRAZER GREENE UPCHURCH & BAKER | | PO BOX 1686 | | | MOBILE | AL | 36633 | USA | 157 | $1,474.39 | 503(b)(9) Claim | General Unsecured Claim |
| G&R FALCON COMMUNICATIONS INC | | 9400 LAGUNA NIGUEL DRIVE NO 103 | | | LAS VEGAS | NV | 89134 | USA | 989 | $3,358.00 | 503(b)(9) Claim | General Unsecured Claim |
| GARFIELD HEIGHTS, CITY OF | BUILDING DEPT | 5407 TURNEY RD | | | GARFIELD HEIGHTS | OH | 44125 | USA | 365 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| GEORGIA HOME THEATER & ELECTRICAL | | 130 DIAMOND DR | | | ATHENS | GA | 30605 | USA | 1340 | $4,095.00 | 503(b)(9) Claim | General Unsecured Claim |
| GET WIRED LLC | | 1849 SANDY SPRINGS RD | | | DE PERE | WI | 54115 | USA | 887 | $2,539.00 | 503(b)(9) Claim | General Unsecured Claim |
| GET WIRED LLC | GET WIRED LLC | 6568 DEUSTER RD | | | GREEN LEAF | WI | 54126 | USA | 887 | $2,539.00 | 503(b)(9) Claim | General Unsecured Claim |
| GUILFORD COUNTY TAX COLLECTOR | | PO BOX 3328 | | | GREENSBORO | NC | 27402 | USA | 839 | $10,992.26 | 503(b)(9) Claim | General Unsecured Claim |
| HALLMARK INSIGHTS | ATTN EILEEN LUNDBERG | 121 S EIGHTH ST STE 700 | | | MINNEAPOLIS | MN | 55402 | USA | 1143 | $579.90 | 503(b)(9) Claim | General Unsecured Claim |
| HAMILTON COUNTY TREASURER | | 33 N NINTH ST | | | NOBLESVILLE | IN | 46060 | USA | 255 | $2,806.04 | 503(b)(9) Claim | General Unsecured Claim |
| HAMILTON SECURITY & INVESTIGATIONS | | 4925 STONEFALLS CENTER STE C | | | OFALLON | IL | 62269 | USA | 250 | $19,505.50 | 503(b)(9) Claim | General Unsecured Claim |
| HAMPTON INN | | 12909 NORTHWEST FWY | | | HOUSTON | TX | 77040 | USA | 949 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| HAMPTON INN & SUITES MERRIAM | | 7400 W FRONTAGE RD | | | MERRIAM | KS | 66203 | USA | 1359 | $939.75 | 503(b)(9) Claim | General Unsecured Claim |
| HAMPTON INN LAKEWOOD | | 3605 S WADSWORTH BLVD | | | LAKEWOOD | CO | 80235 | USA | 440 | $1,677.52 | 503(b)(9) Claim | General Unsecured Claim |
| HANNON RANCHES LTD | | PO BOX 1452 | C/O COASTAL RIDGE MGMT CO | | LA MESA | CA | 91944 | USA | 1311 | $2,517.00 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Sixth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HANNON RANCHES LTD | David M Korrey Esq | Law Offices of David M Korrey | 624 S 9th St | | Las Vegas | NV | 89101 | USA | 1311 | $2,517.00 | 503(b)(9) Claim | General Unsecured Claim |
| HARMONY AUDIO VIDEO SYSTEMS | | 651 A W LISBURN RD | | | MECHANICSBURG | PA | 17055 | USA | 1292 | $3,410.00 | 503(b)(9) Claim | General Unsecured Claim |
| HARRYS CREATIVE CONCRETE COAT | | 517 ENDERBY RD | | | CHULUOTA | FL | 32766 | USA | 256 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| HD CONNECT | | 220 N WADE AVENUE | | | WASHINGTON | PA | 15301 | USA | 33 | $4,430.00 | 503(b)(9) Claim | General Unsecured Claim |
| HEILMAN & ASSOCIATES INC | | PO BOX 2183 | | | UPPER MARLBORO | MD | 20773-2183 | USA | 1099 | $8,375.00 | 503(b)(9) Claim | General Unsecured Claim |
| HERNANDO COUNTY | | 789 PROVIDENCE BLVD | | | BROOKSVILLE | FL | 34601 | USA | 1706 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| HERNANDO COUNTY | Juanita B Sikes CFC | Hernando County Tax Collector | 20 N Main St Rm 112 | | Brooksville | FL | 34601-2892 | USA | 1706 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| HIGH DEFINITION TECHNOLOGIES | | 10500 HWY 30 NO 205 | | | COLLEGE STATION | TX | 77845 | USA | 950 | $3,070.00 | 503(b)(9) Claim | General Unsecured Claim |
| HOEFLER & FRERE JONES INC | | 611 BROADWAY RM 725 | | | NEW YORK | NY | 10012 | USA | 621 | $945.00 | 503(b)(9) Claim | General Unsecured Claim |
| HOGAN ASSESSMENT SYSTEMS INC | | PO BOX 21228 | DEPT 55 | | TULSA | OK | 74121 | USA | 1231 | $400.00 | 503(b)(9) Claim | General Unsecured Claim |
| HOLIDAY INN | | 205 REMINGTON BLVD | | | BOLINGBROOK | IL | 60440 | USA | 700 | $5,081.52 | 503(b)(9) Claim | General Unsecured Claim |
| HOLIDAY INN EXPRESS ALLEN | | 205 N CENTRAL EXPY | | | ALLEN | TX | 75013 | USA | 1380 | $10,332.00 | 503(b)(9) Claim | General Unsecured Claim |
| HOME VIDEO SATELLITE | | 2776 C S CAMPBELL | | | SPRINGFIELD | MO | 65807 | USA | 990 | $3,600.00 | 503(b)(9) Claim | General Unsecured Claim |
| HS SERVICES | | 4505 SEMINOLE RD | | | RICHLAND | GA | 31825 | USA | 1121 | $3,095.00 | 503(b)(9) Claim | General Unsecured Claim |
| IGATE GLOBAL SOLUTIONS LIMITED | HANSON BRIDGETT LLP | 425 MARKET ST 26TH FL | | | SAN FRANCISCO | CA | 94105 | USA | 920 | $222,125.00 | 503(b)(9) Claim | General Unsecured Claim |
| IGATE GLOBAL SOLUTIONS LIMITED | JONATHAN S STORPER | HANSON BRIDGETT LLP | 425 MARKET ST 26TH FL | | SAN FRANCISCO | CA | 94105 | USA | 920 | $222,125.00 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Sixth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IMAGE PLUS ENTERPRISES LLC | | 915 SW 8TH AVE | | | AMARILLO | TX | 79101 | USA | 145 | $1,630.00 | 503(b)(9) Claim | General Unsecured Claim |
| IN YOUR EAR MUSIC & RECORDING | ATTN TERRY L STROUD | 1813 E BROAD ST | | | RICHMOND | VA | 23223 | USA | 497 | $21,334.78 | 503(b)(9) Claim | General Unsecured Claim |
| JACKSON LEWIS LLP | ATTN ANNE KRUPMAN | 1 N BROADWAY | | | WHITE PLAINS | NY | 10601 | USA | 743 | $1,336.50 | 503(b)(9) Claim | General Unsecured Claim |
| JEC HOME INTERIORS | | 13 WILSHIRE LN | | | PELHAM | NH | 03076 | USA | 185 | $4,220.00 | 503(b)(9) Claim | General Unsecured Claim |
| JEFFERSON HOTEL, THE | | PO BOX 758664 | | | BALTIMORE | MD | 21275 | USA | 1370 | $12,664.47 | 503(b)(9) Claim | General Unsecured Claim |
| JEFFERSON, THE | | FRANKLIN & ADAMS STREETS | | | RICHMOND | VA | 23220 | USA | 50 | $12,664.47 | 503(b)(9) Claim | General Unsecured Claim |
| JobConnection Services Inc | | 179 Delaware Ave | | | Palmerton | PA | 18071 | USA | 1193 | $323.72 | 503(b)(9) Claim | General Unsecured Claim |
| JORGE P SALA LAW OFFICES | COND SAN VICENTE | 8169 CALLE CONCORDIA STE 102 | | | PONCE | PR | 00717-1556 | USA | 999 | $313.50 | 503(b)(9) Claim | General Unsecured Claim |
| JP ASSOCIATES | ATTN JOHN GOODWIN | 100 NAAMANS RD STE 5F | | | CLAYMONT | DE | 19703 | USA | 1106 | $1,633.23 | 503(b)(9) Claim | General Unsecured Claim |
| JP ASSOCIATES | ATTN JOHN GOODWIN | 100 NAAMANS RD STE 5F | | | CLAYMONT | DE | 19703 | USA | 1107 | $537.88 | 503(b)(9) Claim | General Unsecured Claim |
| JP ASSOCIATES | ATTN JOHN GOODWIN | 100 NAAMANS RD STE 5F | | | CLAYMONT | DE | 19703 | USA | 1108 | $8,232.00 | 503(b)(9) Claim | General Unsecured Claim |
| JP ASSOCIATES | ATTN JOHN GOODWIN | 100 NAAMANS RD STE 5F | | | CLAYMONT | DE | 19703 | USA | 1109 | $8,103.00 | 503(b)(9) Claim | General Unsecured Claim |
| JP ASSOCIATES | ATTN JOHN GOODWIN | 100 NAAMANS RD STE 5F | | | CLAYMONT | DE | 19703 | USA | 1110 | $8,113.00 | 503(b)(9) Claim | General Unsecured Claim |
| JP ASSOCIATES | ATTN JOHN GOODWIN | 100 NAAMANS RD STE 5F | | | CLAYMONT | DE | 19703 | USA | 1111 | $630.00 | 503(b)(9) Claim | General Unsecured Claim |
| JP ASSOCIATES | ATTN JOHN GOODWIN | 100 NAAMANS RD STE 5F | | | CLAYMONT | DE | 19703 | USA | 1112 | $839.00 | 503(b)(9) Claim | General Unsecured Claim |
| JP ASSOCIATES | ATTN JOHN GOODWIN | 100 NAAMANS RD STE 5F | | | CLAYMONT | DE | 19703 | USA | 1113 | $866.00 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Sixth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JP ASSOCIATES | ATTN JOHN GOODWIN | 100 NAAMANS RD STE 5F | | | CLAYMONT | DE | 19703 | USA | 1114 | $8,040.00 | 503(b)(9) Claim | General Unsecured Claim |
| JP ASSOCIATES | ATTN JOHN GOODWIN | 100 NAAMANS RD STE 5F | | | CLAYMONT | DE | 19703 | USA | 1115 | $8,310.00 | 503(b)(9) Claim | General Unsecured Claim |
| JP ASSOCIATES | ATTN JOHN GOODWIN | 100 NAAMANS RD STE 5F | | | CLAYMONT | DE | 19703 | USA | 1116 | $8,040.00 | 503(b)(9) Claim | General Unsecured Claim |
| JP ASSOCIATES | ATTN JOHN GOODWIN | 100 NAAMANS RD STE 5F | | | CLAYMONT | DE | 19703 | USA | 1117 | $8,113.00 | 503(b)(9) Claim | General Unsecured Claim |
| JP ASSOCIATES | ATTN JOHN GOODWIN | 100 NAAMANS RD STE 5F | | | CLAYMONT | DE | 19703 | USA | 1118 | $8,298.00 | 503(b)(9) Claim | General Unsecured Claim |
| JP ASSOCIATES | | 100 NAAMANS RD STE 5F | | | CLAYMONT | DE | 19703 | USA | 1119 | $533.99 | 503(b)(9) Claim | General Unsecured Claim |
| JS UNLIMITED INC | | 9351 HEDGESTONE CT | | | RIVERSIDE | CA | 92508 | USA | 1372 | $46,500.00 | 503(b)(9) Claim | General Unsecured Claim |
| K&W COMMUNICATIONS | | 1308 N 2ND ST | | | ALTOONA | PA | 16602 | USA | 994 | $1,405.00 | 503(b)(9) Claim | General Unsecured Claim |
| KEMPER SATELLITE SYSTEMS | | 1270 BOONE INDUSTRIAL | | | COLUMBIA | MO | 65202 | USA | 1044 | $563.00 | 503(b)(9) Claim | General Unsecured Claim |
| KENOSHA HOSPITAL & MEDICAL CTR | | 6308 8TH AVE | ATTN BUSINESS OFFICE | | KENOSHA | WI | 53143 | USA | 424 | $648.30 | 503(b)(9) Claim | General Unsecured Claim |
| KING COUNTY FINANCE DIVISION | | 500 4TH AVE NO 600 | | | SEATTLE | WA | 981042387 | USA | 1095 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| KING COUNTY TREASURY | | 500 FOURTH AVE | ROOM 600 | | SEATTLE | WA | 98104-2387 | USA | 1104 | $4,847.24 | 503(b)(9) Claim | General Unsecured Claim |
| Labor Ready Inc | | PO Box 2910 | | | Tacoma | WA | 98401 | USA | 409 | $28,456.44 | 503(b)(9) Claim | General Unsecured Claim |
| LAFAYETTE CONSOLIDATED GOVMT | | PO BOX 4308 | ATTN ALARM ENFORCEMENT | | LAFAYETTE | LA | 70502 | USA | 235 | $100.00 | 503(b)(9) Claim | General Unsecured Claim |
| LAUREL RIDGE BOTTLING CO | | 1600 MORRELL AVE | | | CONNELLSVILLE | PA | 15425 | USA | 412 | $111.21 | 503(b)(9) Claim | General Unsecured Claim |
| LAWSON, ALFRED | | 9400 GLASCOW DR | | | FREDERICKSBURG | VA | 22408 | USA | 625 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Sixth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEBEN FAMILY LP | | 4001 N TAMIAMI TRAIL | CO NORTHERN TRUST BANK | | NAPLES | FL | 34103 | USA | 1368 | $103,039.15 | 503(b)(9) Claim | General Unsecured Claim |
| LEBEN FAMILY LP | LEBEN FAMILY LP | 1700 W PIONEER RD | | | CEDARBURG | WI | 53012 | USA | 1368 | $103,039.15 | 503(b)(9) Claim | General Unsecured Claim |
| LEE COUNTY TAX COLLECTOR | | PO BOX 271 | | | TUPELO | MS | 38802 | USA | 609 | $26,898.24 | 503(b)(9) Claim | General Unsecured Claim |
| LEGAL TAX SERVICE INC | | PO BOX 10060 | | | PITTSBURGH | PA | 15236-6060 | USA | 636 | $1,738.04 | 503(b)(9) Claim | General Unsecured Claim |
| LEONE, MARK | | 1821 ENGLISH OAK DR | | | OFALLON | MO | 63367 | USA | 1427 | $765.00 | 503(b)(9) Claim | General Unsecured Claim |
| LEXINGTON COUNTY TREASURER | | 212 SOUTH LAKE DR | | | LEXINGTON | SC | 29072 | USA | 1165 | $6,333.70 | 503(b)(9) Claim | General Unsecured Claim |
| LIEBERMAN RESEARCH WORLDWIDE | | 1900 AVENUE OF THE STARS STE 1500 | | | LOS ANGELES | CA | 90067 | USA | 246 | $34,400.00 | 503(b)(9) Claim | General Unsecured Claim |
| LIL ANTHONYS PIZZA | | 205 N HWY 27 | | | MINNEOLA | FL | 34715 | USA | 456 | $263.00 | 503(b)(9) Claim | General Unsecured Claim |
| LINKED COMMUNICATIONS | | 140 EAGLE LN | | | WETUMKA | AL | 36092 | USA | 1316 | $9,645.00 | 503(b)(9) Claim | General Unsecured Claim |
| LOGIC INFORMATION SYSTEMS | | 5814 BLACKSHIRE PATH | | | INVER GROVE HEIGHTS | MN | 55076 | USA | 1354 | $53,239.14 | 503(b)(9) Claim | General Unsecured Claim |
| MAC TRANSPORTATION INC | | PO BOX 1024 | | | GUASTI | CA | 91743 | USA | 631 | $62,571.00 | 503(b)(9) Claim | General Unsecured Claim |
| MANCO ABBOTT LLC | | PO BOX 9440 | | | FRESNO | CA | 93792-9440 | USA | 1264 | $1,743.92 | 503(b)(9) Claim | General Unsecured Claim |
| Market Force Information | | 1877 Broadway Ste 706 | | | Boulder | CO | 80302 | USA | 648 | $37,189.00 | 503(b)(9) Claim | General Unsecured Claim |
| Market Force Information | Market Force Information | PO Box 2147 | | | Boulder | CO | 80306 | USA | 648 | $37,189.00 | 503(b)(9) Claim | General Unsecured Claim |
| MARKET HEIGHTS, LTD | ATTN ADAM TECKMAN | 2001 ROSS AVE STE 4601 | | | DALLAS | TX | 75201 | USA | 1093 | $27,908.00 | 503(b)(9) Claim | General Unsecured Claim |
| MARTIN COUNTY TAX COLLECTOR | | FALSE ALARM UNIT | 3485 SE WILLOUGHBY BLVD | | STUART | FL | 34994 | USA | 666 | $50.00 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Sixth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|------|---------------------|-----------|-----------|-----------|------|-------|-----|---------|--------------|--------------|------------------------|----------------------------|
| MCELROY INSTALLATIONS | | 2600 E SOUTHLAKE | STE 120 PMB 101 | | SOUTHLAKE | TX | 76092 | USA | 1423 | $16,477.00 | 503(b)(9) Claim | General Unsecured Claim |
| Mercer | Attn Joanne Flowers | 777 S Figueroa St Ste 1900 | | | Los Angeles | CA | 90017 | USA | 348 | $217,830.00 | 503(b)(9) Claim | General Unsecured Claim |
| MILLBURY, TOWN OF | | DEPT OF WEIGHTS & MEASURES | 127 ELM ST | | MILLBURY | MA | 01527 | USA | 996 | $500.00 | 503(b)(9) Claim | General Unsecured Claim |
| MILLER, LADONNA | | CARTER COUNTY TREASURER | 20 B ST SW RM 104 | | ARDMORE | OK | 73401-6499 | USA | 1005 | $118,344.12 | 503(b)(9) Claim | General Unsecured Claim |
| MOUNTAIN MIST WATER | | PO BOX 44427 | | | TACOMA | WA | 984440427 | USA | 392 | $175.52 | 503(b)(9) Claim | General Unsecured Claim |
| MOUNTAIN MIST WATER | | PO BOX 44427 | | | TACOMA | WA | 984440427 | USA | 393 | $88.84 | 503(b)(9) Claim | General Unsecured Claim |
| MOUNTAIN MIST WATER | | PO BOX 44519 | | | TACOMA | WA | 98444 | USA | 394 | $309.33 | 503(b)(9) Claim | General Unsecured Claim |
| MURRIETA, CITY OF | | 1 TOWN SQUARE | 24601 JEFFERSON AVE | | MURRIETA | CA | 92562 | USA | 603 | $600.00 | 503(b)(9) Claim | General Unsecured Claim |
| MUSTANG MICROSYSTEMS | ATTN BILL MOLLOY CONTROLLER | 104 SOUTH ST | | | HOPKINTON | MA | 01748 | USA | 543 | $11,553.39 | 503(b)(9) Claim | General Unsecured Claim |
| N GENIUS SOLUTIONS INC | | 88 W SCHILER 1809 | | | CHICAGO | IL | 60610 | USA | 876 | $8,885.00 | 503(b)(9) Claim | General Unsecured Claim |
| N GENIUS SOLUTIONS INC | N Genius Solutions Inc | 308 W Erie St 4th Fl | | | Chicago | IL | 60654 | USA | 876 | $8,885.00 | 503(b)(9) Claim | General Unsecured Claim |
| Napa Auto Parts of Marion | | 2310 W Main | | | Marion | IL | 62959 | USA | 225 | $798.79 | 503(b)(9) Claim | General Unsecured Claim |
| Napa Auto Parts of Marion | Napa Auto Parts of Marion | Attn Ron Thompson | 2310 W Main | | Marion | IL | 62959 | USA | 225 | $798.79 | 503(b)(9) Claim | General Unsecured Claim |
| NASH COUNTY TAX COLLECTOR | | PO BOX 1070 | | | CHARLOTTE | NC | 28201 | USA | 415 | $2,619.72 | 503(b)(9) Claim | General Unsecured Claim |
| NASH COUNTY TAX COLLECTOR | Nash County Tax Collector | 120 W Washington St Ste 2058 | | | Nashville | NC | 27856 | USA | 415 | $2,619.72 | 503(b)(9) Claim | General Unsecured Claim |
| NATICK, TOWN OF | | 13 E CENTRAL ST | | | NATICK | MA | 01760 | USA | 2227 | $294.80 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Sixth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|------|---------------------|-----------|-----------|-----------|------|-------|-----|---------|--------------|--------------|------------------------|----------------------------|
| NATIONAL SERVICE ALLIANCE | | 105 WARD HILL AVE | | | HAVERHILL | MA | 01839 | USA | 1038 | $50,886.95 | 503(b)(9) Claim | General Unsecured Claim |
| NATIONWIDE CONSULTING CO | | PO BOX 548 | 65 HARRISTOWN RD | | GLEN ROCK | NJ | 07452 | USA | 1519 | $3,250.00 | 503(b)(9) Claim | General Unsecured Claim |
| NETREADY HOME | | 12048 SW US HWY 54 | | | ANDOVER | KS | 67002 | USA | 1207 | $520.00 | 503(b)(9) Claim | General Unsecured Claim |
| NEVAEH ELECTRONICS | | 1182 OLD BOONES CRK RD | | | JONESBOROUGH | TN | 37659 | USA | 485 | $3,530.00 | 503(b)(9) Claim | General Unsecured Claim |
| New Age Electronics Inc | | 339 CR 4 | | | Scobey | MS | 38953 | USA | 1306 | $2,670.00 | 503(b)(9) Claim | General Unsecured Claim |
| NEW JORDAN LANES INC, THE | | 731 JORDAN PKY | | | WHITEHALL | PA | 18052 | USA | 1083 | $1,352.05 | 503(b)(9) Claim | General Unsecured Claim |
| NEW PENN MOTOR EXPRESS INC | | PO BOX 630 | 625 S FIFTH AVE | | LEBANON | PA | 17042-0630 | USA | 238 | $491.81 | 503(b)(9) Claim | General Unsecured Claim |
| NEW YORK CITY DEPT OF FINANCE | | 59 MAIDEN LN | | | NEW YORK | NY | 10038 | USA | 1081 | $940.31 | 503(b)(9) Claim | General Unsecured Claim |
| NEWINGTON, TOWN OF | | 131 CEDAR ST TOWN HALL | | | NEWINGTON | CT | 06111 | USA | 716 | $58,213.67 | 503(b)(9) Claim | General Unsecured Claim |
| NEWPORT BEACH, CITY OF | | 3300 NEWPORT BLVD | | | NEWPORT BEACH | CA | 92658-8195 | USA | 1145 | $300.00 | 503(b)(9) Claim | General Unsecured Claim |
| NEWPORT BEACH, CITY OF | | PO BOX 1768 | 3300 NEWPORT BLVD | | NEWPORT BEACH | CA | 92658-8195 | USA | 1146 | $591.00 | 503(b)(9) Claim | General Unsecured Claim |
| NEXICORE SERVICES | | HARTFORD COMPUTER GROUP | DEPT 9775 | | LOS ANGELES | CA | 90084-9775 | USA | 753 | $79,100.00 | 503(b)(9) Claim | General Unsecured Claim |
| NEXICORE SERVICES | Nexicore Services | Hartford Computer Group | Attn Jo Lamoreaux | 3949 Heritage Oak Ct | Simi Valley | CA | 93063 | USA | 753 | $79,100.00 | 503(b)(9) Claim | General Unsecured Claim |
| NIELSEN IAG INC | | 345 PARK AVE S | 12TH FL | | NEW YORK | NY | 10010 | USA | 553 | $30,000.00 | 503(b)(9) Claim | General Unsecured Claim |
| Nixon Peabody LLP | | 100 Summer St | | | Boston | MA | 02110 | USA | 1258 | $2,600.79 | 503(b)(9) Claim | General Unsecured Claim |
| Nixon Peabody LLP | Nixon Peabody LLP | Lesley M Varghese Esq | 100 Summer St | | Boston | MA | 02110 | USA | 1258 | $2,600.79 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Sixth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|------|---------------------|-----------|-----------|-----------|------|-------|-----|---------|--------------|--------------|------------------------|----------------------------|
| NORTH ATTLEBORO MARKETPLACE II, L L C | MARK BRIGGS | C/O CARPINATO PROPERTIES INC | 1414 ATWOOD AVENUE SUITE 260 | | JOHNSTON | RI | 02919 | USA | 1313 | $47,307.58 | 503(b)(9) Claim | General Unsecured Claim |
| NORTHERN CALIFORNIA COMPACTORS | | PO BOX 5489 | | | PLEASANTON | CA | 94566-1489 | USA | 821 | $382.70 | 503(b)(9) Claim | General Unsecured Claim |
| NOVI, CITY OF | | 45125 WEST TEN MILE ROAD | | | NOVI | MI | 48375 | USA | 639 | $380.00 | 503(b)(9) Claim | General Unsecured Claim |
| ONQ SOLUTIONS INC | | 1505 WOODSIDE RD | | | REDWOOD CITY | CA | 94061 | USA | 885 | $8,500.00 | 503(b)(9) Claim | General Unsecured Claim |
| ORANGE, TOWN OF | | 617 ORANGE CTR RD | ACCOUNTING DEPT | | ORANGE | CT | 06477-2499 | USA | 611 | $38,936.63 | 503(b)(9) Claim | General Unsecured Claim |
| ORANGE, TOWN OF | TOWN OF ORANGE | TAX COLLECTOR | 617 ORANGE CENTER RD | | ORANGE | CT | 06477 | USA | 611 | $38,936.63 | 503(b)(9) Claim | General Unsecured Claim |
| PACIFIC HARBOR EQUITIES LLC | | 3000 PABLO KISEL BLVD STE 300C | C/O R&R HOPE PROPERTIES LP | | BROWNSVILLE | TX | 78526 | USA | 1208 | $47,575.59 | 503(b)(9) Claim | General Unsecured Claim |
| PAUL PLEVIN SULLIVAN ET AL | | 401 B ST 10TH FL | | | SAN DIEGO | CA | 92101 | USA | 1295 | $2,588.79 | 503(b)(9) Claim | General Unsecured Claim |
| PC DOCTOR INC | | 9805 DOUBLE R BLVD STE 301 | | | RENO | NV | 89521 | USA | 400 | $28,020.59 | 503(b)(9) Claim | General Unsecured Claim |
| PENGATE HANDLING SYSTEMS INC | | 3 INTERCHANGE PL | | | YORK | PA | 17403 | USA | 448 | $74.00 | 503(b)(9) Claim | General Unsecured Claim |
| PENSKE | | PO BOX 827380 | | | PHILADELPHIA | PA | 19182 | USA | 1272 | $85,923.68 | 503(b)(9) Claim | General Unsecured Claim |
| PENSKE | Penske Truck Leasing | Rt 10 Green Hills | | | Readin | PA | 19607 | USA | 1272 | $85,923.68 | 503(b)(9) Claim | General Unsecured Claim |
| PERFORMANCE PRINTING CORP | | BOX 96 0175 | FCC LLC FIRST CAPITAL | | OKLAHOMA CITY | OK | 73196 | USA | 1411 | $105,123.80 | 503(b)(9) Claim | General Unsecured Claim |
| PERFORMANCE PRINTING CORP | Performance Companies LP | 2929 Stemmons Freeway | | | Dallas | TX | 75247 | USA | 1411 | $105,123.80 | 503(b)(9) Claim | General Unsecured Claim |
| PINKERTON CONSULTING & INVEST | | 2 CAMPUS DR | | | PARSIPPANY | NJ | 07054 | USA | 1227 | $6,722.63 | 503(b)(9) Claim | General Unsecured Claim |
| PIONEER TITLE | | ONE COLUMBUS CENTER | STE 400 | | VIRGINIA BEACH | VA | 23462 | USA | 1152 | $2,100.00 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Sixth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|------|---------------------|-----------|-----------|-----------|------|-------|-----|---------|--------------|--------------|------------------------|---------------------------|
| PLAN IT INTERACTIVE INC | | 150 W INDUSTRIAL WAY | | | BENICIA | CA | 94510 | USA | 162 | $5,966.00 | 503(b)(9) Claim | General Unsecured Claim |
| PLAN IT INTERACTIVE INC | Plan It Interactive | 150 W Industrial Way | | | Benicia | CA | 94510 | USA | 162 | $5,966.00 | 503(b)(9) Claim | General Unsecured Claim |
| PLATINUM HOME THEATER INSTALLATION | | 14335 IVEY AVE | | | FONTANA | CA | 92335 | USA | 1278 | $4,700.00 | 503(b)(9) Claim | General Unsecured Claim |
| PLUCK | | 200 ACADEMY DR SUITE 120 | | | AUSTIN | TX | 78704 | USA | 1071 | $5,000.00 | 503(b)(9) Claim | General Unsecured Claim |
| PORTABLE COMMUNICATION SOLUTIONS | | 6819 LIMA RD | | | FORT WAYNE | IN | 46818 | USA | 1308 | $1,025.00 | 503(b)(9) Claim | General Unsecured Claim |
| PRECISION CAMERA REPAIR | | 3 ANNGINA DR | | | ENFIELD | CT | 06082 | USA | 872 | $106.36 | 503(b)(9) Claim | General Unsecured Claim |
| PREMIER HOME TECHNICIANS | | 21752 NORTH 86TH LANE | | | PEORIA | AZ | 85382 | USA | 1252 | $25,549.00 | 503(b)(9) Claim | General Unsecured Claim |
| PRO IMAGE INSTALLERS INC | | 1970 HWY 87 | STE 101 | | NAVARRE | FL | 32566 | USA | 770 | $978.00 | 503(b)(9) Claim | General Unsecured Claim |
| PROCTER & GAMBLE DIST COMPANY | C O MARY TRAHAN | 8500 GOVERNORS HILL DR | | | COLUMBUS | OH | 45249 | USA | 726 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| PROFESSIONAL LIVERY | | 521 D PROGRESS DR | | | LINTHICUM | MD | 21090 | USA | 1169 | $3,151.66 | 503(b)(9) Claim | General Unsecured Claim |
| PROFESSIONAL SATELLITE INSTALLS | | 41 BRIAN DR | | | CARLISLE | PA | 17015 | USA | 878 | $6,715.00 | 503(b)(9) Claim | General Unsecured Claim |
| PROTECH INSTALLATION SERVICE | | 1241 MIDWAY RD | | | WILLIAMSON | GA | 30292 | USA | 1384 | $11,265.00 | 503(b)(9) Claim | General Unsecured Claim |
| PURI, SUNIL | | 6801 SPRING CREEK RD | | | ROCKFORD | IL | 61114 | USA | 1455 | $1,818.70 | 503(b)(9) Claim | General Unsecured Claim |
| QUALITY CONNECTIONS INC | | 23 IVY CREEK LN | | | FREDERICKSBURG | VA | 22405 | USA | 1303 | $2,660.00 | 503(b)(9) Claim | General Unsecured Claim |
| QUALITY LOCKSMITH OF | | CENTRAL FLORIDA INC | 478 E ALTAMONTE DR STE 108 PMB 540 | | ALTAMONTE SPRINGS | FL | 32701 | USA | 727 | $282.36 | 503(b)(9) Claim | General Unsecured Claim |
| QUALXSERV LLC | | 836 NORTH ST | | | TEWKSBURY | MA | 01876 | USA | 981 | $28,965.00 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Sixth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|------|----------------------|-----------|-----------|-----------|------|-------|-----|---------|--------------|--------------|-------------------------|-----------------------------|
| QUIZNOS CLASSIC SUBS | | 402 E PLAZA DR | | | CARTERVILLE | IL | 62918 | USA | 580 | $300.82 | 503(b)(9) Claim | General Unsecured Claim |
| RAMADA LIMITED HOTEL | | 2989 HAMILTON BLVD | | | S PLAINFIELD | NJ | 07080 | USA | 795 | $1,725.00 | 503(b)(9) Claim | General Unsecured Claim |
| RANGER AMERICAN OF PR | | PO BOX 29105 | | | SAN JUAN | PR | 00929-0105 | USA | 671 | $13,096.70 | 503(b)(9) Claim | General Unsecured Claim |
| Regional Income Tax Agency | Attn Legal Dept | PO Box 470537 | | | Broadview Heights | OH | 44147 | USA | 649 | $2,181.81 | 503(b)(9) Claim | General Unsecured Claim |
| REVELWOOD INC | | 14 WALSH DR | STE 303 | | PARSIPPANY | NJ | 07054 | USA | 921 | $466.24 | 503(b)(9) Claim | General Unsecured Claim |
| RIVAL WATCH | | 710 LAKEWAY DR | STE 135 | | SUNNYVALE | CA | 94085-4062 | USA | 51 | $3,650.00 | 503(b)(9) Claim | General Unsecured Claim |
| RIVER CITY BLDG MAINTENANCE | | PO BOX 6001 | | | MIDLOTHIAN | VA | 23112 | USA | 695 | $36,834.46 | 503(b)(9) Claim | General Unsecured Claim |
| ROCKDALE COUNTY TAX COMMISSION | | PO DRAWER 1497 | | | CONYERS | GA | 30012 | USA | 696 | $27,916.52 | 503(b)(9) Claim | General Unsecured Claim |
| RPM TECHNOLOGIES & SATELLITE LP | | 3610 SHIRE BLVD 106 | | | RICHARDSON | TX | 75082 | USA | 34 | $14,425.00 | 503(b)(9) Claim | General Unsecured Claim |
| RYAN, BOB | | 1810 RYANDALE RD | | | RICHMOND | VA | 23233 | USA | 1360 | $333.11 | 503(b)(9) Claim | General Unsecured Claim |
| SAFETY & SECURITY SERVICES INC | | 416 NW 8TH | | | OKLAHOMA CITY | OK | 73102 | USA | 843 | $12,710.98 | 503(b)(9) Claim | General Unsecured Claim |
| SAFETY KLEEN | | 5360 LEGACY DR BLDG 2 STE 100 | | | PLANO | TX | 75024 | USA | 678 | $1,035.10 | 503(b)(9) Claim | General Unsecured Claim |
| SARETSKY HART MICHAELS & GOULD | | 995 S ETON | | | BIRMINGHAM | MI | 48009 | USA | 142 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| SATELLITE SOLUTIONS | | 752 S BIRD ST | | | SUN PRAIRIE | WI | 53590 | USA | 1205 | $2,704.50 | 503(b)(9) Claim | General Unsecured Claim |
| SBLM ARCHITECTS PC | | 151 W 26TH ST | | | NEW YORK | NY | 10001 | USA | 574 | $90,932.52 | 503(b)(9) Claim | General Unsecured Claim |
| SCHNEIDER SERVICES INC | | PO BOX 2545 | | | GREEN BAY | WI | 54306-2545 | USA | 376 | $4,769.60 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Sixth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SCHNEIDER SERVICES INC | Schneider National Inc | PO Box 2545 | | | Green Bay | WI | 54306-2545 | USA | 376 | $4,769.60 | 503(b)(9) Claim | General Unsecured Claim |
| Schoonover, Philip J | | 2146 Oyster Harbors | | | Osterville | MA | 02655 | USA | 1329 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| Schoonover, Philip J | | 2146 Oyster Harbors | | | Osterville | MA | 02655 | USA | 2304 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| SECURITY ARMORED CAR SERV INC | | 1022 SOUTH NINTH ST | | | ST LOUIS | MO | 63104 | USA | 1424 | $23,350.00 | 503(b)(9) Claim | General Unsecured Claim |
| SECURITY ARMORED CAR SERV INC | Garda CL West Inc fka AT Systems West Inc | 301 N Lake Ave Ste 600 | | | Pasadena | CA | 91101 | USA | 1424 | $23,350.00 | 503(b)(9) Claim | General Unsecured Claim |
| SECURITY RESOURCES | | SRI CORPORATE CENTER | 1155 MARLKRESS RD | | CHERRY HILL | NJ | 08003 | USA | 1136 | $634.19 | 503(b)(9) Claim | General Unsecured Claim |
| SELBYS HOME THEATER LLC | | 5444 E INDIANA ST NO 211 | | | EVANSVILLE | IN | 47715 | USA | 1230 | $1,043.00 | 503(b)(9) Claim | General Unsecured Claim |
| SETLIFF & HOLLAND PC | | 4940 DOMINION BLVD | | | GLEN ALLEN | VA | 23060 | USA | 919 | $1,389.03 | 503(b)(9) Claim | General Unsecured Claim |
| Sherwood Properties LLC | c o Walden & Kirkland Inc | PO Box 1787 | | | Albany | GA | 31702 | USA | 1226 | $64,637.43 | 503(b)(9) Claim | General Unsecured Claim |
| Sherwood Properties LLC | Kelley, Walter W | Attorney for Sherwood Properties LLC | PO Box 70879 | | Albany | GA | 31708 | USA | 1226 | $64,637.43 | 503(b)(9) Claim | General Unsecured Claim |
| SHINN SPRING WATER CO INC | | 2 E POINTE DR | | | BIRDSBORO | PA | 19508 | USA | 509 | $79.73 | 503(b)(9) Claim | General Unsecured Claim |
| SHOPATHOME COM | | 7100 E BELLEVIEW AVE 208 | | | GREENWOOD VILLAGE | CO | 80111 | USA | 1374 | $439.45 | 503(b)(9) Claim | General Unsecured Claim |
| SHOPPER TRAK RCT CORP | | 200 W MONROE 11TH FL | | | CHICAGO | IL | 60606 | USA | 697 | $30,527.95 | 503(b)(9) Claim | General Unsecured Claim |
| SHRED IT | | 1001 THOMAS ST | | | HAMPTON | VA | 23669 | USA | 838 | $380.00 | 503(b)(9) Claim | General Unsecured Claim |
| SHRED IT | Shred It | 1005 Thomas St | | | Hampton | VA | 23669 | USA | 838 | $380.00 | 503(b)(9) Claim | General Unsecured Claim |
| SHRED IT | | 1001 THOMAS ST | | | HAMPTON | VA | 23669 | USA | 841 | $498.75 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Sixth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|------|---------------------|-----------|-----------|-----------|------|-------|-----|---------|--------------|--------------|------------------------|---------------------------|
| SHRED IT | Shred It | 1005 Thomas St | | | Hampton | VA | 23669 | USA | 841 | $498.75 | 503(b)(9) Claim | General Unsecured Claim |
| SIMMONS JANNACE & STAGG LLP | | 75 JACKSON AVE | | | SYOSSET | NY | 11791-3139 | USA | 1296 | $1,407.44 | 503(b)(9) Claim | General Unsecured Claim |
| SLICER & ASSOCIATES LLC | | PO BOX 1647 | | | WEST CHATHAM | MA | 02669 | USA | 154 | $750.00 | 503(b)(9) Claim | General Unsecured Claim |
| SLICER & ASSOCIATES LLC | | PO BOX 1647 | | | WEST CHATHAM | NJ | 02669-1647 | USA | 155 | $9,949.75 | 503(b)(9) Claim | General Unsecured Claim |
| SMART & BIGGAR | | 55 METCALFE ST STE 900 | | | OTTAWA | | K1P 56 | CAN | 767 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| SOUNDS GOOD INSTALLATIONS LLC | | 26 FOX RD | | | WALTHAM | MA | 02451 | USA | 454 | $12,125.00 | 503(b)(9) Claim | General Unsecured Claim |
| SOUTH PORTLAND, CITY OF | | PO BOX 9422 | | | SOUTH PORTLAND | ME | 04116 | USA | 378 | $31,503.15 | 503(b)(9) Claim | General Unsecured Claim |
| SOUTHERN MOTOR CARRIERS | | PO BOX 2040 | | | PEACHTREE CITY | GA | 30269 | USA | 466 | $4,500.00 | 503(b)(9) Claim | General Unsecured Claim |
| SPERRY/TV | | 1115 NORTH 47TH | | | LINCOLN | NE | 68503 | USA | 1420 | $3,025.00 | 503(b)(9) Claim | General Unsecured Claim |
| SPHERION | | 2050 SPECTRUM BLVD | | | FT LAUDERDALE | FL | 33309 | USA | 506 | $11,481.63 | 503(b)(9) Claim | General Unsecured Claim |
| SPITZER FAMILY INVESTMENTS, LLC | | PO BOX 3601 | | | TELLURIDE | CO | 81435 | USA | 745 | $22,354.16 | 503(b)(9) Claim | General Unsecured Claim |
| SPSS INC | | 1213 PAYSPHERE CR | | | CHICAGO | IL | 60674 | USA | 690 | $14,200.00 | 503(b)(9) Claim | General Unsecured Claim |
| SPSS INC | SPSS INC | ATTN STEVE SAVAGLIO | 233 S WACKER DR 11TH FL | | CHICAGO | IL | 60606 | USA | 690 | $14,200.00 | 503(b)(9) Claim | General Unsecured Claim |
| St Cloud Associates | c o Resource America Inc | 1845 Walnut St No 1000 | | | Philadelphia | PA | 19103 | USA | 1248 | $26,094.44 | 503(b)(9) Claim | General Unsecured Claim |
| St Cloud Associates | St Cloud Associates | c o Brandywine Construction & Management | 1521 Locust St No 400 | | Philadelphia | PA | 19102 | USA | 1248 | $26,094.44 | 503(b)(9) Claim | General Unsecured Claim |
| STAFFMARK INC | | US BANK PO BOX 952386 | | | ST LOUIS | MO | 63195 | USA | 635 | $252,614.33 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Sixth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STAFFMARK INC | Staffmark | Attn Terri Ayers | 435 Elm St Ste 300 | | Cincinnati | OH | 45202 | USA | 635 | $252,614.33 | 503(b)(9) Claim | General Unsecured Claim |
| STONER ENTERPRISES INC | | PO BOX 96 | | | RUCKERSVILLE | VA | 22968 | USA | 467 | $57.25 | 503(b)(9) Claim | General Unsecured Claim |
| STONER ENTERPRISES INC | STONER ENTERPRISES INC | 501 MARYLAND AVE | | | HAGERSTOWN | MD | 21740-6217 | USA | 467 | $57.25 | 503(b)(9) Claim | General Unsecured Claim |
| Structured Wiring Solutions Inc | | 1503 5 Village Dr | | | Wilmington | NC | 28401 | USA | 556 | $10,385.00 | 503(b)(9) Claim | General Unsecured Claim |
| SULLIVAN COUNTY | | 3258 HWY 126 STE 101 | CLERK | | BLOUNTVILLE | TN | 37617 | USA | 223 | $6,734.18 | 503(b)(9) Claim | General Unsecured Claim |
| SULLIVAN COUNTY | | PO BOX 550 | TRUSTEE | | BLOUNTVILLE | TN | 37617 | USA | 715 | $766.00 | 503(b)(9) Claim | General Unsecured Claim |
| SUPERIOR SIGHTS & SOUNDS | | 2897 SENECA ST | | | W SENECA | NY | 14224 | USA | 242 | $5,380.00 | 503(b)(9) Claim | General Unsecured Claim |
| SWEDESFORD SHOPPING CENTER ACQUISITION, LLC | | 8 INDUSTRIAL WAY EAST 2ND FLOOR | | | EATONTOWN | NJ | 07724 | USA | 922 | $75,757.17 | 503(b)(9) Claim | General Unsecured Claim |
| SWEETWATER AUTHORITY | | 505 GARRETT AVENUE | | | CHULA VISTA | CA | 91910 | USA | 551 | $263.92 | 503(b)(9) Claim | General Unsecured Claim |
| T&T ENTERPRISES LP | ATTN ANTHONY SAMMUT | 60 D CORRAL DETIERRA RD | | | SALINAS | CA | 93908 | USA | 1033 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| T&T ENTERPRISES LP | T&T Enterprises LP | c o Anne Secker Esq | Noland Hamerly Etienne & Hoss | PO Box 2510 | Salinas | CA | 93902-2510 | USA | 1033 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| TELECO INC | | PO BOX 11364 | | | COLUMBIA | SC | 29211-1364 | USA | 642 | $23,122.80 | 503(b)(9) Claim | General Unsecured Claim |
| TELECO INC | Teleco Inc | Ellis A Elmore | 430 Woodruff Rd Ste 300 | | Greenville | SC | 29607 | USA | 642 | $23,122.80 | 503(b)(9) Claim | General Unsecured Claim |
| THEATER XTREME OF SPRINGFIELD | | 170 DENSLOW RD | | | EAST LONGMEADOW | MA | 01028 | USA | 806 | $16,530.00 | 503(b)(9) Claim | General Unsecured Claim |
| THURSTON COUNTY TREASURER | | 2000 LAKERIDGE DR SW | | | OLYMPIA | WA | 98502-6080 | USA | 620 | $2,250.51 | 503(b)(9) Claim | General Unsecured Claim |
| THURSTON COUNTY TREASURER | Thurston County Treasurer | 2000 Lakeridge Dr SW | | | Olympia | WA | 98502 | USA | 620 | $2,250.51 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Sixth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|------|---------------------|-----------|-----------|-----------|------|-------|-----|---------|--------------|--------------|-------------------------|----------------------------|
| TIME MACHINE INC, THE | | 2335 HONOLULU AVE | | | MONTROSE | CA | 91020 | USA | 790 | $2,982.00 | 503(b)(9) Claim | General Unsecured Claim |
| TKC TECHNOLOGY SOLUTIONS LLC | | 11320 RANDOM HILLS RD | STE 115 | | FAIRFAX | VA | 22030 | USA | 1389 | $8,435.00 | 503(b)(9) Claim | General Unsecured Claim |
| TORRANCE, CITY OF | | 3031 TORRANCE BLVD | | | TORRANCE | CA | 90503 | USA | 488 | $125.00 | 503(b)(9) Claim | General Unsecured Claim |
| TORRANCE, CITY OF | CITY OF TORRANCE | ATTN REVENUE DEPT | 3031 TORRANCE BLVD | | TORRANCE | CA | 90503 | USA | 488 | $125.00 | 503(b)(9) Claim | General Unsecured Claim |
| TOUCHPOINT RETAIL DESIGN INC | | 118 E 26TH ST STE 300 | | | MINNEAPOLIS | MN | 55404 | USA | 1101 | $5,131.30 | 503(b)(9) Claim | General Unsecured Claim |
| TOWNE SQUARE PLAZA | | C/O GRUBB & ELLIS MGMT SVCS | 445 S FIGUEROA ST STE 3300 | | LOS ANGELES | CA | 90071-1652 | USA | 573 | $90,739.25 | 503(b)(9) Claim | General Unsecured Claim |
| TOWNE SQUARE PLAZA | Grubb & Ellis Management Services | Terri Cipollone Property Manager | 401 Route 73 N Ste 120 | 40 Lake Ctr | Marlton | NJ | 08053 | USA | 573 | $90,739.25 | 503(b)(9) Claim | General Unsecured Claim |
| TRC TEMPORARY SERVICE INC | | PO BOX 888485 | | | ATLANTA | GA | 303560524 | USA | 1236 | $10,216.88 | 503(b)(9) Claim | General Unsecured Claim |
| TREASURE VALLEY COFFEE INC | | 11875 PRESIDENT DR | | | BOISE | ID | 83713 | USA | 457 | $121.75 | 503(b)(9) Claim | General Unsecured Claim |
| TRIMBLE & JEWELL | | PO BOX 1107 | | | EVANSVILLE | IN | 47706 | USA | 1029 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| TRUEFFECT INC | | 590 BURBANK ST | STE 255 | | BROOMFIELD | CO | 80020 | USA | 1312 | $920.28 | 503(b)(9) Claim | General Unsecured Claim |
| Tully MD, Vincent | | 180 Kellows Rd | | | Honesdale | PA | 18431 | USA | 1134 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| Tully MD, Vincent | Villari Lentz & Lynam LLC | Thomas A Lynam III Esq | 1600 Market St Ste 1800 | | Philadelphia | PA | 19103 | USA | 1134 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| TV TECK TELEVISION & VIDEO | | 15230 HIGHWAY 3 | | | WEBSTER | TX | 77598 | USA | 891 | $3,141.00 | 503(b)(9) Claim | General Unsecured Claim |
| United States Debt Recovery LLC | | 940 Southwood Bl Suite 101 | | | Incline Village | NV | 89451 | USA | 976 | $6,116.74 | 503(b)(9) Claim | General Unsecured Claim |
| UNITED WAY DESERT COMMUNITIES | | PO BOX 1208 | | | VICTORVILLE | CA | 923931208 | USA | 588 | $199.28 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Sixth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|------|---------------------|-----------|-----------|-----------|------|-------|-----|---------|--------------|--------------|------------------------|---------------------------|
| UNITED WAY DESERT COMMUNITIES | UNITED WAY DESERT COMMUNITIES | 16192 SISKIYOU RD STE 4 | | | APPLE VALLEY | CA | 92307 | USA | 588 | $199.28 | 503(b)(9) Claim | General Unsecured Claim |
| UNIVERSAL PROTECTION SERVICE | | PO BOX 512719 | | | LOS ANGELES | CA | 90051-0719 | USA | 5125 | $66,465.42 | 503(b)(9) Claim | General Unsecured Claim |
| UNIVERSAL SURVEILLANCE SYSTEMS | | 11172 ELM AVE | | | RANCHO CUCAMONGA | CA | 91730 | USA | 680 | $18,437.70 | 503(b)(9) Claim | General Unsecured Claim |
| USIS COMMERCIAL SERVICES INC | | 23883 NETWORK PL | | | CHICAGO | IL | 60673 | USA | 861 | $381,645.28 | 503(b)(9) Claim | General Unsecured Claim |
| USIS COMMERCIAL SERVICES INC | USIS COMMERCIAL SERVICES INC | ATTN BETTY WAHL | 4500 S 129TH E AVE STE 200 | | TULSA | OK | 74134-5885 | USA | 861 | $381,645.28 | 503(b)(9) Claim | General Unsecured Claim |
| UTAH, STATE OF | | 341 S MAIN ST 5TH FL | TREASURER UNCLAIMED PROPERTY | | SALT LAKE CITY | UT | 84111 | USA | 610 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| VALLEY SQUARE I LP | | PO BOX 7189 | 4737 CONCORD PIKE | | WILMINGTON | DE | 19803 | USA | 232 | $55,108.22 | 503(b)(9) Claim | General Unsecured Claim |
| VANGENT INC | | PO BOX 934753 | | | ATLANTA | GA | 31193-4753 | USA | 438 | $181.13 | 503(b)(9) Claim | General Unsecured Claim |
| VANGENT INC | VANGENT INC | 185 S BROAD ST | | | PAWCATUCK | CT | 06379 | USA | 438 | $181.13 | 503(b)(9) Claim | General Unsecured Claim |
| VENTURI STAFFING PARTNERS | | PO BOX 809237 | | | CHICAGO | IL | 60680-9237 | USA | 1161 | $38,066.67 | 503(b)(9) Claim | General Unsecured Claim |
| VENTURI STAFFING PARTNERS | Venturi Staffing Partners | Attn Terri Ayers | 435 Elm St Ste 300 | | Cincinnati | OH | 45202 | USA | 1161 | $38,066.67 | 503(b)(9) Claim | General Unsecured Claim |
| WARE ARCHITECTURE | | 1444 OAK LAWN AVE STE 406 | | | DALLAS | TX | 75207 | USA | 993 | $452.76 | 503(b)(9) Claim | General Unsecured Claim |
| WARNER ROBINS, CITY OF | | PO BOX 1488 | OCCUPATION TAX DIVISION | | WARNER ROBINS | GA | 31099 | USA | 857 | $7,919.18 | 503(b)(9) Claim | General Unsecured Claim |
| Washington County Assessment & Taxation | | 155 N 1st Ave No 130 | | | Hillsboro | OR | 97124 | USA | 630 | $5,440.73 | 503(b)(9) Claim | General Unsecured Claim |
| WATKINS FLOWERS OF DISTINCTION | | 2731 CAPITAL BLVD | | | RALEIGH | NC | 27604 | USA | 382 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| WEBB BURNETT CORNBROOKS ET AL | | 115 BROAD ST | PO BOX 910 | | SALISBURY | MD | 21803-0910 | USA | 1238 | $1,335.00 | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

Circuit City Stores, Inc.
Sixth Omnibus Claims Objection Service List

| Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Claim Amount | Classification As Filed | Classification as Modified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEBB, SUSANNA | | 2929 N MACARTHUR DR NO 160 | | | TRACY | CA | 95376 | USA | 1215 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |
| WEIGEL, ROBERT | | 2300 S 48 ST | | | LINCOLN | NE | 68506 | USA | 1049 | $35,352.00 | 503(b)(9) Claim | General Unsecured Claim |
| WEISER SECURITY SERVICES INC | | PO BOX 51720 | | | NEW ORLEANS | LA | 70151-1720 | USA | 873 | $15,606.75 | 503(b)(9) Claim | General Unsecured Claim |
| WERNER ENTERPRISES INC | | PO BOX 45308 | | | OMAHA | NE | 68145-0308 | USA | 1418 | $158.76 | 503(b)(9) Claim | General Unsecured Claim |
| WICOMICO COUNTY | | PO BOX 4036 | | | SALISBURY | MD | 21803-4036 | USA | 1177 | $31,293.62 | 503(b)(9) Claim | General Unsecured Claim |
| WILBUR CO, J | | PO BOX 413066 | | | KANSAS CITY | MO | 64141 | USA | 490 | $30,851.73 | 503(b)(9) Claim | General Unsecured Claim |
| WILKINSON BARKER KNAUER LLP | | 2300 N ST NW STE 700 | | | WASHINGTON | DC | 20037 | USA | 1235 | $594.00 | 503(b)(9) Claim | General Unsecured Claim |
| WINN MOTORCOACH | | 1831 WESTWOOD AVE | | | RICHMOND | VA | 23227 | USA | 880 | $8,820.00 | 503(b)(9) Claim | General Unsecured Claim |
| WOOD, MICHAEL | | 745 HAWK RUN | | | OFALLON | MO | 63368 | USA | 644 | $630.00 | 503(b)(9) Claim | General Unsecured Claim |
| WORKING MACHINES CORPORATION | | 2170 DWIGHT WY | | | BERKELEY | CA | 94704 | USA | 1350 | $131,280.08 | 503(b)(9) Claim | General Unsecured Claim |
| WS STRATFORD LLC | | PO BOX 25909 | CO CAROLINA HOLDINGS INC | | GREENVILLE | SC | 29615 | USA | 200 | $6,776.55 | 503(b)(9) Claim | General Unsecured Claim |
| ZEE MEDICAL | | PO BOX 610878 | | | SAN JOSE | CA | 95161-0878 | USA | 367 | UNLIQUIDATED | 503(b)(9) Claim | General Unsecured Claim |

First Class Mail

# EXHIBIT G

Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

                IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                         RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
            Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - x

          **DEBTORS' MOTION FOR AN ORDER APPROVING**
   **(A) PROCEDURES FOR FILING OMNIBUS OBJECTIONS TO CLAIMS AND**
   **(B) THE FORM AND MANNER OF THE NOTICE OF OMNIBUS OBJECTIONS**

        The debtors and debtors in possession (collectively,

the "Debtors")[1] hereby move the Court, pursuant to this

---

[1]  The Debtors are the following entities: The Debtors and the last four
     digits of their respective taxpayer identification numbers are as
     follows: Circuit City Stores, Inc. (3875), Circuit City Stores West
     Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc.
     (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC
     (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City
     Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott

motion (the "Motion"), for the entry of an order, substantially in the form of Exhibit A, approving (a) procedures for filing omnibus objections to claims asserted in the above-captioned chapter 11 cases and (b) the form and manner of the notice of omnibus objections.  In support of this Motion, the Debtors respectfully state as follows:

**JURISDICTION**

1.   The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.   Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.   The statutory predicates for the relief requested herein are sections 105 and 502 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rules 2002(a), 3007, 7004, 9006, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule 3007-1 of the Local Rules of the United States Bankruptcy

---

Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

Court for the Eastern District of Virginia (the "Local
Rules").

## BACKGROUND

4.    On November 10, 2008 (the "Petition Date"), the
Debtors filed voluntary petitions in this Court for relief
under chapter 11 of the Bankruptcy Code.

5.    On January 12, 2009, the Court entered an order
authorizing the Debtors to conduct auctions for a sale or
sales of the Debtors' businesses as a going concern or for
liquidation (D.I. 1460).

6.    At the conclusion of the auction, the Debtors'
determined that the highest and otherwise best bid was that
of Great American Group WF, LLC, Hudson Capital Partners,
LLC, SB Capital Group, LLC, and Tiger Capital Group, LLC
(collectively, the "Agent").  On January 16, 2009, the Court
approved the Agent's bid and authorized the Debtors to
conduct going out of business sales at the Debtors'
remaining stores (D.I. 1634).  The Agent commenced going out
of business sales at the Debtors' remaining stores on
January 17, 2009.

## PRELIMINARY STATEMENT

7.    To date, there have been approximately 11,500
proofs of claim filed with the Debtors' claims agent,

Kurtzman Carson Consultants LLC ("KCC").  In light of the
number of proofs of claim and requests for allowance and
payment of administrative expenses and/or cure claims
(collectively, the "Claims") that have been asserted against
the Debtors' estates and the substantial number of
objections they expect to file in response thereto, the
Debtors are seeking authorization to file omnibus objections
to the Claims in accordance with the objection procedures
described herein (the "Omnibus Objection Procedures").
Recognizing that Bankruptcy Rule 3007 seeks to provide
creditors with transparency and clarity with respect to
omnibus claims objections, the Debtors have tailored the
Omnibus Objection Procedures to adequately protect
creditors' due process rights and achieve administrative and
judicial efficiency.  The Omnibus Objection Procedures will
help streamline the Claims objection process, which will
inure to the benefit of the Debtors, creditors, the Court
and all parties in interest.

        8.    The Omnibus Objection Procedures provide adequate
notice to and protect the due process rights of the Debtors'
creditors.  A customized notice of objection will be served
on each creditor whose Claim is objected to by an omnibus
objection, which will inform the creditor of the objection,

the grounds for the objection and the relief sought therein. Requiring the Debtors to file individual objections to every Claim (or requiring that omnibus objections be filed without the benefit of the Omnibus Objection Procedures) would be overly burdensome, costly, time consuming, and unnecessary.

9.    Accordingly, the Debtors respectfully submit that their proposed Omnibus Objection Procedures are consistent with Bankruptcy Rule 3007(c) and the underlying policies of the Bankruptcy Code and due process.

## RELIEF REQUESTED

10.  The Debtors seek approval of (a) the Omnibus Objection Procedures attached hereto as Exhibit B and incorporated by reference herein and (b) the proposed form and manner of notice of omnibus objections, substantially in the form attached hereto as Exhibit C and incorporated by reference herein (each, a "Notice of Omnibus Objection").

## SUMMARY OF THE OMNIBUS OBJECTION PROCEDURES
## AND NOTICE OF OMNIBUS OBJECTION[2]

### A.   The Omnibus Objection Procedures

11.   The Omnibus Objection Procedures provide for the efficient and economic resolution of omnibus objections (each, an "Omnibus Objection") to the Claims by: (a) providing a guide to the claims objection process that clearly describes the form and manner of Omnibus Objections and the process by which claimants must file and serve responses thereto (each, a "Response"); and (b) ensuring that all parties in interest have sufficient access to the information they require to navigate the claims objection process effectively and otherwise preserve and protect the rights they are afforded under the Bankruptcy Code.

12.   Specifically, the Omnibus Objection Procedures describe, in clear and simple terms, the key aspects of the claims resolution process, including, without limitation: (a) the form of Omnibus Objections and supporting documentation, if necessary; (b) the exhibit attached to each Omnibus Objection (which will contain those Claims for

---

[2]   This description of the Omnibus Objection Procedures and the Notice of Omnibus Objection is intended as a summary and is being provided for the convenience of the Court and parties in interest.  To the extent that this summary and the text of the Omnibus Objection Procedures and the Notice of Omnibus Objection are inconsistent, the terms of the Omnibus Objection Procedures and the Notice of Omnibus Objection, respectively, shall control.

which there is a common basis) and the information contained

thereon (_e.g._, claimants' names, claim numbers, the grounds

for the Omnibus Objection and cross-references to the

location in the Omnibus Objection discussing the respective

grounds); (c) the form of the Notice of Omnibus Objection

(discussed in greater detail below); (d) the information

claimants need to file a Response to the Omnibus Objection,

the timeframe for doing so and the implications of failing

to timely file a Response; and (e) information relating to

the status hearings on Omnibus Objections.

**B.     The Notice of Omnibus Objection**

13.  As set forth in the Omnibus Objection Procedures,

each claimant whose Claim is the subject of an Omnibus

Objection will be provided with a customized Notice of

Omnibus Objection.  The Notice of Omnibus Objection will,

among other things: (a) describe the basic nature of the

Omnibus Objection; (b) inform claimants that their rights

may be affected by the Omnibus Objection and encourage them

to read the Omnibus Objection carefully; (c) identify the

deadline for filing and serving a Response and describe the

procedures to inform claimants that their Response must be

timely received by the appropriate parties and the

implications of failing to do so; (d) identify the date on

which a hearing may be held to address Omnibus Objections

and related Responses; and (e) describe how a copy of a

Claim, the Omnibus Objection and other pleadings filed in

the chapter 11 cases may be obtained.  Although the Notice

of Omnibus Objection generally will be in the form attached

hereto, it may be tailored specifically to address issues

specific to particular claimants and/or certain types of

Omnibus Objections, where necessary or appropriate.

Accordingly, the Debtors submit that the Omnibus Objection

Procedures and related Notice of Omnibus Objection

adequately protect claimants' due process rights and, thus,

address the concerns that precipitated Bankruptcy Rule 3007,

as amended.

**BASIS FOR RELIEF**

    **A.**    **Ample Authority Exists for Approval of the Omnibus
Objection Procedures**

14.  A debtor may rebut a proof of claim by filing an

objection in accordance with Bankruptcy Rule 3007.  See

California State Board of Equalization v. Official Unsecured

Creditor's Comm. (In re Fidelity Holding Co., Ltd.), 837

F.2d 696, 698 (5th Cir. 1988).  If the debtor rebuts a

claim's presumptive validity, the burden then shifts back to

the creditor who has the ultimate burden of persuasion with

respect to the validity of the claim.  See, e.g., In re
Anderson, 349 B.R. 448 (E.D. Va. 2006); Carter Enterprises,
Inc. v. Ashland Specialty Co., Inc., 257 B.R. 797 (S.D. W.
Va. 2001).  Bankruptcy Rule 3007(c) provides that a debtor
can file objections to claims in accordance with Bankruptcy
Rule 3007(d) or as "ordered by the court."  Additionally,
the Court may rely on its general equitable powers to grant
the relief requested in this Motion pursuant to section
105(a) of the Bankruptcy Code, which empowers the Court to
"issue any order, process, or judgment that is necessary or
appropriate to carry out the provisions of [the Bankruptcy
Code]."  11 U.S.C. § 105(a); Canal Corp. v. Finnman (In re
Johnson), 960 F.2d 396, 404 (4th Cir.1992) ("the allowance
or disallowance of a claim in bankruptcy is a matter of
federal law left to the bankruptcy court's exercise of its
equitable powers.").

**B.   Approval of the Omnibus Objection Procedures
Benefits Parties in Interest**

15.  The Local Rules do not set forth specific
guidelines for filing omnibus objections to proofs of claim.
Thus, the Debtors submit that it is appropriate for the
Court to approve the Omnibus Objection Procedures in light
of the number of Omnibus Objections the Debtors may file.

In addition to facilitating an efficient administration of
the claims reconciliation process, the Omnibus Objection
Procedures protect and preserve the value of the Debtors for
the benefit of all creditors by reducing the costs and
expenses that would otherwise be incurred if individual
objections were filed for each Claim (or if omnibus
objections were limited without the approval of the Omnibus
Objection Procedures).  At the same time, the Omnibus
Objection Procedures also afford substantial protection with
respect to creditors' due process rights, providing all
claimants with sufficient notice and an opportunity to be
heard.

      **C.**   **The Omnibus Objection Procedures Are Consistent
With Bankruptcy Rule 3007(c)**

    16.  Prior to the amendment to Bankruptcy Rule 3007,
neither the Bankruptcy Code nor the Bankruptcy Rules
addressed the exercise of omnibus objections to claims.
Notwithstanding the facial limitations on the use of omnibus
objections effected by the amendments to Bankruptcy Rule
3007, debtors are nonetheless still allowed to file omnibus
objections to proofs of claim.  The drafters of the
amendments specifically provided a mechanism by which
debtors may request entry of an order approving tailored

10

claims objection procedures in Bankruptcy Rule 3007(c),
which provides, "unless otherwise ordered by the court or
permitted by subdivision [Bankruptcy Rule 3007(d) (the
omnibus claim objection provision)], objections to more than
one claim shall not be joined in a single objection."  Fed.
R. Bankr. P. 3007(c); see also 9 COLLIER ON BANKRUPTCY ¶
3007.03-05 (15 ed. rev. 2009).  Thus, while the requirements
of Bankruptcy Rule 3007(c) are mandatory if the omnibus
objection is being filed under Bankruptcy Rule 3007(d), they
are not explicitly required under Bankruptcy Rule 3007(c) if
the Bankruptcy Court "order[s] otherwise."

     17.  The Omnibus Objection Procedures further request
authority to object to the Claims on grounds that are not
specifically listed in Bankruptcy Rule 3007(d).  Given the
ample due process protections and other safeguards proposed
in the Omnibus Objection Procedures, the Debtors should not
be limited to the grounds identified in Bankruptcy Rule
3007(d).

     18.  The Omnibus Objection Procedures maintain the
requisite due process protections and embody the spirit of
the amendments.  Indeed, although an Omnibus Objection will
address multiple Claims, the Notice of Omnibus Objection is
individualized for each claimant affected by such Omnibus

Objection, clearly informing them of the Omnibus Objection

and, more importantly, how to preserve their rights with

respect thereto.  Thus, from the creditors' standpoint, they

can easily determine if the Debtors are objecting to their

Claims and on what grounds.

> **D.    The Omnibus Objection Procedures Provide for
> Adequate Notice and Service**

19.  While Bankruptcy Rule 3007 describes the form of

omnibus objections to proofs of claim, it does not address

issues relating to notice and service.  As set forth in the

Omnibus Objection Procedures, the Debtors propose to serve

the Notice of Omnibus Objection (as well as the Omnibus

Objection itself) on the party who signed the Claim form and

any counsel of record who filed an appearance on behalf of

such party in connection with these chapter 11 cases.

Accordingly, the Debtors submit that the Omnibus Objection

Procedures provide for adequate notice and appropriate

service of process in accordance with the Bankruptcy Rules.

**CONCLUSION**

20.  In light of the thousands of Claims filed in these

cases, the claims resolution process can only be carried out

in an efficient, cost effective manner if procedures are in

place.  The proposed Omnibus Objection Procedures ensure the

efficient and fair resolution of the Claims.  Importantly, the Omnibus Objection Procedures are not intended to alter the substantive rights of creditors and, instead, provide parties in interest with transparency and predictability with respect to the resolution of the Claims.  No Claim subject to the Omnibus Objection Procedures will be disallowed, altered, reclassified or otherwise affected without a further order of this Court.  Accordingly, the Debtors believe the Omnibus Objection Procedures are fair and equitable and request that the Court approve the Omnibus Objection Procedures and Notice of Omnibus Objection.

## NOTICE

21.  Notice of this Motion has been provided to those parties entitled to notice under this Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures (Docket No. 130).  The Debtors submit that, under the circumstances, no other or further notice need be given.

## NO PRIOR REQUEST

22.  No prior motion for the relief requested herein has been made to this or any other court.

WHEREFORE, for the reasons set forth herein, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as Exhibit A, (a) approving the Omnibus Objection Procedures and the Notice of Omnibus Objection and (b) granting such other and further relief as is just and proper.

Dated: March 10, 2009
      Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

      - and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

      - and –

MCGUIREWOODS LLP

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

**EXHIBIT A**
**PROPOSED ORDER**

Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

            IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                     RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
            Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - x


          ORDER ESTABLISHING OMNIBUS OBJECTION PROCEDURES
    AND APPROVING THE FORM AND MANNER OF NOTICE OF OMNIBUS
                            OBJECTIONS

    Upon the motion (the "Motion")[1] of the above-captioned

debtors (collectively, the "Debtors") for the entry of an

order (the "Order") approving (a) procedures for filing

omnibus objections to Claims asserted in the above-captioned

---

[1]    Capitalized terms used but not otherwise defined herein shall have
the meanings set forth in the Motion.

cases (the "Omnibus Objection Procedures") and (b) the form
and manner of the notice of objections (the "Notice of
Omnibus Objection"); and it appearing that the relief
requested in the Motion is in the best interests of the
Debtors' estates, their creditors and other parties in
interest; the Court having jurisdiction to consider the
Motion and the relief requested therein pursuant to 28
U.S.C. §§ 157 and 1334; consideration of the Motion and the
relief requested therein being a core proceeding pursuant to
28 U.S.C. § 157(b); venue being proper before the Court
pursuant to 28 U.S.C. §§ 1408 and 1409; proper notice of the
Motion having been provided to all necessary and appropriate
parties, including pursuant to the Court's Order Pursuant to
Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002
and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1
Establishing Certain Notice, Case Management, and
Administrative Procedures entered by the Court on November
13, 2008, and no further notice being necessary; and after
due deliberation and sufficient cause appearing therefor, it
is hereby **ORDERED, ADJUDGED and DECREED** that

1.   The Motion is granted in its entirety.

2.   The Debtors are authorized to file Omnibus
Objections to the Claims pursuant to the Omnibus Objection

Procedures, substantially in the form annexed hereto as Exhibit 1, which are hereby approved in their entirety.

3.   The Notice of Omnibus Objection, substantially in the form annexed hereto as Exhibit 2, but which may be modified from time to time, as necessary and appropriate, to address issues specific to particular claimants and/or certain types of Omnibus Objections, is hereby approved as the form by which the Debtors shall provide notice to claimants whose Claims are the subject of the applicable Omnibus Objection.

4.   The Debtors' claims and noticing agent, Kurtzman Carson Consultants LLC agent is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5.   The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.   The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

DATED:   _____

_____
UNITED STATES BANKRUPTCY COURT
JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

 /S/ Douglas M. Foley         
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                /s/ Douglas M. Foley     
                   Douglas M. Foley

**EXHIBIT B**
**OMNIBUS OBJECTION PROCEDURES**

Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                       One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

              IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
                        RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :  Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :  Case No. 08-35653 (KRH)
et al.,                      :
                             :
              Debtors.       :  Jointly Administered
- - - - - - - - - - - - - - x


        **PROCEDURES FOR FILING OMNIBUS OBJECTIONS TO CLAIMS**

        Pursuant to the Order Establishing Omnibus Objection
Procedures and Approving the Form and Manner of the Notice
of Omnibus Objections [Docket No. ___] (the "Order")[1] entered
by the Bankruptcy Court on [____], 2009, the Bankruptcy
Court approved these procedures for filing omnibus
objections to proofs of claims and requests for allowance
and payment of administrative expenses and/or cure claims
(collectively, the "Claims") in connection with the above-

_____
[1] Capitalized terms used but not otherwise defined herein shall have the
meanings set forth in the Order.

captioned chapter 11 cases (the "Omnibus Objection
Procedures").

**Omnibus Objection Procedures**

1.   **Form of Omnibus Objection**.  Omnibus Objections
will be numbered consecutively, regardless of basis.

2.   **Number of Proofs of Claim per Omnibus Objection**.
The Debtors may object to no more than 500 Claims per
Omnibus Objection.

3.   **Grounds for Omnibus Objection**.  The Debtors may
object to the Claims on any grounds.

4.   **Supporting Documentation**. To the extent
appropriate, Omnibus Objections may be accompanied by an
affidavit or declaration that states that the affiant or the
declarant has reviewed the Claims included therein and
applicable supporting information and documentation provided
therewith, made reasonable efforts to research the Claim on
the Debtors' books and records and believes such
documentation does not provide prima facie evidence of the
validity and amount of such Claims.

5.   **Claims Exhibits**.  An exhibit listing the Claims
that are subject to the Omnibus Objection will be attached
to each Omnibus Objection. Each exhibit will only contain
those Claims to which there is a common basis for the
Omnibus Objection.  Claims for which there is more than one
basis for an Omnibus Objection will be referenced on each
applicable exhibit. Each exhibit will include, among other
things, the following information: (a) an alphabetized list
of the claimants whose Claims are the subject of the Omnibus
Objection; (b) the claim numbers of the Claims that are the
subject of the Omnibus Objection; (c) the grounds for the
objections that are the subject of the Omnibus Objection;
and (d) a reference to the exhibit of the Omnibus Objection
in which the ground(s) for the objection is discussed.
Where applicable, additional information may be included in
the exhibits, including: for Claims that the Debtors seek to
reclassify, the proposed classification of such claims; for
Omnibus Objections in which the Debtors seek to reduce the
amount of Claims, the proposed reduced claim amount; and for
Claims that the Debtors propose to be surviving claims where
related claims will be disallowed the surviving claim.

6.   **Omnibus Objection Notice**.  Each Omnibus Objection
will be accompanied by a notice of such Omnibus Objection
(each, a "Notice") in substantially the form attached to the
Order as <u>Exhibit 2</u>.  The Notice will, among other things:
(a) describe the basic nature of the Omnibus Objection; (b)
inform claimants that their rights may be affected by the
Omnibus Objection and encourage them to read the Omnibus
Objection carefully; (c) identify a response date and
describe the procedures for filing a written response (each,
a "Response") to the Omnibus Objection; (d) identify a
hearing date, if applicable, and related procedures; and (e)
describe how Claims, the Omnibus Objection and other
pleadings in the chapter 11 cases may be obtained. Although
the Notice generally will be in the form attached hereto, it
may be tailored specifically to address particular claimants
or types of Omnibus Objections.

7.   **Status Hearings**.  Status hearings for all Claims
for which timely responses are filed will be held on
scheduled omnibus hearing dates.  Unless otherwise notified,
no claimants will need to appear at the status hearings on
the Omnibus Objections.  If an evidentiary hearing is
necessary, claimants will be provided a separate notice of
hearing.

8.   **Order if No Response**.  The Debtors may submit an
order to the Bankruptcy Court sustaining each Omnibus
Objection to Claims for which the Debtors did not receive a
timely Response without further notice to such claimants.
The Debtors may submit an order for Claims in an Omnibus
Objection to which no response is filed, even if there are
Responses to certain Claims objected to in such Omnibus
Objection.

9.   **Each Objection Is a Contested Matter**.  Each Claim
subject to an Omnibus Objection and the Response thereto
shall constitute a separate contested matter as contemplated
by Bankruptcy Rule 9014, and any order entered by the
Bankruptcy Court will be deemed a separate order with
respect to such claim.

## Requirements For All Responses To Objections

Parties who disagree with the request sought in an
Omnibus Objection are required to file a Response in
accordance with the procedures set forth herein.  If a

3

claimant whose Claim is subject to an Omnibus Objection does
not file and serve a Response in compliance with the
procedures below, the Bankruptcy Court may sustain the
Omnibus Objection with respect to such Claims without
further notice to the claimant.

    1.  **Contents**.  Each Response must contain the
following (at a minimum):

        a.   a caption setting forth the name of the
Bankruptcy Court, the name of the Debtors,
the case number and the title of the Omnibus
Objection to which the Response is directed;

        b.   the claimant's name and an explanation for
the amount of the claim;

        c.   a concise statement setting forth the reasons
why the Bankruptcy Court should not sustain
the Omnibus Objection, including, without
limitation, the specific factual and legal
bases upon which the claimant will rely in
opposing the Omnibus Objection;

        d.   a copy of any other documentation or other
evidence of the claim, to the extent not
already included with the Claim, upon which
the claimant will rely in opposing the
Omnibus Objection at the hearing;

        e.   a declaration of a person with personal
knowledge of the relevant facts that support
the Response; and

        f.   the claimant's name, address, telephone
number and facsimile number and/or the name,
address, telephone number and facsimile
number of the claimant's attorney and/or
designated representative to whom the
attorneys for the Debtors should serve a
reply to the Response, if any (collectively,
the "Notice Addresses").  If a Response
contains Notice Addresses that are different
from the name and/or address listed on the
Claim, the Notice Addresses will control and
will become the service address for future

service of papers with respect to all of the claimant's Claims listed in the Omnibus Objection (including all Claims to be disallowed and the surviving Claims) and only for those Claims in the Omnibus Objection.

2.   **Additional Information**.  To facilitate a resolution of the Omnibus Objection, the Response should also include the name, address, telephone number, facsimile number, and electronic mail address of the party with authority to reconcile, settle or otherwise resolve the Omnibus Objection on the claimant's behalf (the "Additional Addresses").  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will not become the service address for future service of papers.

3.   **Failure to Timely File a Response**.  If the claimant fails to file and serve a Response on or before the Response Deadline in compliance with the procedures set forth herein, the Debtors will present to the Bankruptcy Court an appropriate order granting the relief requested in the Omnibus Objection without further notice to the claimant.

4.   **Service of the Response**.  A written Response to an Omnibus Objection, consistent with the requirements described herein and in the Notice, will be deemed timely filed only if the Response is actually received on or before the deadline to respond by the Bankruptcy Court.  A written Response to an Omnibus Objection, consistent with the requirements described herein and in the Notice, will be deemed timely served only if a copy of the Response is actually received on or before the deadline to respond (which deadline will be clearly set forth in the Notice) by the following parties:

```
SKADDEN, ARPS, SLATE, MEAGHER   MCGUIREWOODS LLP
& FLOM, LLP                     One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, VA 23219
Wilmington, DE 19899-0636       Attn: Dion W. Hayes
Attn: Gregg M. Galardi          Attn: Douglas M. Foley
Attn: Ian S. Fredericks

          - and -

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn:  Chris L. Dickerson
```

5.    **Reservation of Rights**.  Nothing in the Notice or the Omnibus Objection will constitute a waiver of the right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against the claimant of the Debtors. Unless the Bankruptcy Court allows a Claim or specifically orders otherwise, the Debtors have the right to object on any grounds to the Claims (or to any other Claims or causes of action filed by a claimant or that have been scheduled by the Debtors) at a later date.  In such event, the respective claimant will receive a separate notice of any such objections.

**EXHIBIT C**
**FORM OF NOTICE**

Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

              IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
                          RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
            Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - x

                     NOTICE OF THE DEBTORS'
            [    ] OMNIBUS OBJECTION TO CLAIMS

        PLEASE TAKE NOTICE THAT the above-captioned Debtors
(the "Debtors") filed the Debtors' [_____] Omnibus Objection
to Claim (the "Omnibus Objection") with the Bankruptcy
Court.  A copy of the Omnibus Objection is attached to this
notice (this "Notice") as Exhibit 1.  By the Omnibus
Objection, the Debtors are seeking to disallow Claims (as
defined herein) on the ground that the Claims are:
[_____]

        PLEASE TAKE FURTHER NOTICE THAT on [_____], 2009, the
Bankruptcy Court entered the Order Establishing Omnibus

Objection Procedures and Approving the Form and Manner of
the Notice of Omnibus Objections (Docket No. ___) (the
"Order"), by which the Bankruptcy Court approved procedures
for filing omnibus objections to proofs of claim and
requests for allowance and payment of administrative
expenses and/or cure claims (collectively, the "Claims") in
connection with the above-captioned chapter 11 cases (the
"Omnibus Objection Procedures").

Specifically, the Omnibus Objection seeks to disallow
claims, including your claim(s), listed below in the "Claim
to Be Disallowed" row but does not seek to alter your claim
listed below in the "Surviving Claim" row.

| TO: | | Claim Number | Claim Amount | Reference Objection |
|-----|---|---|---|---|
| [Claimant Name] [Claimant Address] | Claim to Be Disallowed | | | |
| | Surviving Claim | | | |

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF
CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF
THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE
SUBJECT TO THE OBJECTION. <u>YOUR RIGHTS MAY BE AFFECTED BY
THE OBJECTION</u>. THEREFORE, YOU SHOULD READ THIS NOTICE
(INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY
AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN
ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF
THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT
OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A
WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH
THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY
WITHIN 30 DAYS OF THE SERVICE OF THIS OBJECTION, THE COURT
MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION CONCEDED
AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A
HEARING.**

<u>**Critical Information for Claimants
Choosing to File a Response to the Omnibus Objection**</u>

<u>Who Needs to File a Response</u>:  If you oppose the disallowance of your claim(s) listed above and if you are unable to resolve the Omnibus Objection with the Debtors before the deadline to object, then you must file and serve a written response (the "Response") to the Omnibus Objection in accordance with this Notice.

If you do not oppose the disallowance of your claim(s) listed above, then you do not need to file a written Response to the Omnibus Objection and you do not need to appear at the hearing.

Response Deadline: The Response Deadline is **<u>4:00 p.m. (Eastern Time) on [    ], 2009 (the "Response Deadline")</u>**.

THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED <u>AND</u> RECEIVED BY THE RESPONSE DEADLINE.

Your Response will be deemed timely filed only if the Response is **<u>actually</u> <u>received</u>** on or before the Response Deadline by the Bankruptcy Court at the following address:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Debtors' attorneys:

3

```
SKADDEN, ARPS, SLATE, MEAGHER  MCGUIREWOODS LLP
& FLOM, LLP                    One James Center
One Rodney Square              901 E. Cary Street
PO Box 636                     Richmond, VA 23219
Wilmington, DE 19899-0636      Attn: Dion W. Hayes
Attn: Gregg M. Galardi         Attn: Douglas M. Foley
Attn: Ian S. Fredericks

         - and -

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn:  Chris L. Dickerson
```

The status hearing on the Omnibus Objection will be held at **[    ] a.m./p.m. prevailing Eastern Time on [            ], 2009 at:**

United States Bankruptcy Court
701 East Broad Street – Courtroom 5100
Richmond, Virginia 23219

If you file a timely Response, in accordance with the Omnibus Objection Procedures, you do not need to appear at the status hearing on the Omnibus Objection.

### **Procedures for Filing a Timely Response and Information Regarding the Hearing on the Omnibus Objection**

**Contents**.  Each Response must contain the following (at a minimum):

1.    a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Omnibus Objection to which the Response is directed;

2.    the claimant's name and an explanation for the amount of the claim;

4

3.    a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection, including, without limitation, the specific factual and legal bases upon which the claimant will rely in opposing the Omnibus Objection;

4.    a copy of any other documentation or other evidence of the claim, to the extent not already included with the Claim, upon which the claimant will rely in opposing the Omnibus Objection at the hearing;

5.    a declaration of a person with personal knowledge of the relevant facts that support the Response; and

6.    your name, address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of your attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Addresses").  If a Response contains Notice Addresses that are different from the name and/or address listed on the Claim, the Notice Addresses will control and will become the service address for future service of papers with respect to all of your Claims listed in the Omnibus Objection (including all Claims to be disallowed and the surviving claims) and only for those Claims in the Omnibus Objection.

**Additional Information**.  To facilitate a resolution of the Omnibus Objection, your Response should also include the name, address, telephone number and facsimile number of the party with authority to reconcile, settle or otherwise resolve the Omnibus Objection on the claimant's behalf (the "Additional Addresses").  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will <u>not</u> become the service address for future service of papers.

**Failure to File Your Timely Response**.  If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this

Notice, the Debtors will present to the Bankruptcy Court an appropriate order granting the relief requested in the Omnibus Objection <u>without further notice</u> to you.

**Each Objection Is a Contested Matter**. Each Claim subject to an Omnibus Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

<u>Additional Information</u>

**Requests for Information**.  You may also obtain a copy of the Omnibus Objection or related documents on the internet, by accessing the website of the Debtors at <u>www.kccllc.net/circuitcity</u>.

**Reservation of Rights**.  Nothing in this Notice or the Omnibus Objection constitutes a waiver of the Debtors' right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you of the Debtors.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Debtors have the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date.  In such event, you will receive a separate notice of any such objections.

Dated: March __, 2009
      Richmond, Virginia    SKADDEN, ARPS, SLATE, MEAGHER &
                                   FLOM, LLP
                                   Gregg M. Galardi, Esq.
                                   Ian S. Fredericks, Esq.
                                   P.O. Box 636
                                   Wilmington, Delaware 19899-0636
                                   (302) 651-3000

                                       - and -

                                   SKADDEN, ARPS, SLATE, MEAGHER &
                                   FLOM, LLP
                                   Chris L. Dickerson, Esq.
                                   333 West Wacker Drive
                                   Chicago, Illinois 60606
                                   (312) 407-0700

                                       - and -

                                   MCGUIREWOODS LLP

                                   _____
                                   Dion W. Hayes (VSB No. 34304)
                                   Douglas M. Foley (VSB No. 34364)
                                   One James Center
                                   901 E. Cary Street
                                   Richmond, Virginia 23219
                                   (804) 775-1000

                                   Counsel for Debtors and Debtors
                                   in Possession

\7896527.1