Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                       One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, Virginia 23219
Wilmington, Delaware 19899-0636 (804) 775-1000
(302) 651-3000

                - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

              IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
                         RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      : Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  : Case No. 08-35653
et al.,                     :
                            :
              Debtors.      : Jointly Administered
- - - - - - - - - - - - - - x

       **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
          MAY 28, 2009 AT 10:00 A.M. (EASTERN)**

          Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
May 28, 2009 beginning at 10:00 a.m. Eastern.

**I.    ADVERSARY PROCEEDING**

1.    Defendant's Motion to Dismiss or, in the Alternative,
      For a More Definitive Statement (Docket No. 15) (In re
      Marlon Mondragon v. Circuit City Stores, Inc.,
      Adversary No. 09-3073 (KRH))

      Related
      Documents:

      a.    Amended Class Action Adversary Proceeding
            Complaint (Docket No. 2) (In re Marlon Mondragon
            v. Circuit City Stores, Inc., Adversary No. 09-
            3073 (KRH))

      b.    Opening Brief in Support of Defendant's Motion to
            Dismiss or, in the Alternative, for a More
            Definitive Statement (Docket No. 16)

      c.    Compendium of Unreported Decisions in Support of
            Defendant's Motion to Dismiss or, in the
            Alternative, for a More Definitive Statement
            (Docket No. 17)

      d.    Notice of Motion and Hearing (Docket No. 18)

      Response
      Deadline:        May 15, 2009 at 4:00 p.m., extended for
                       the Debtors until May 27, 2009.

      Responses
      Filed:

      a.    Plaintiff's Opposition to Defendant's Motion to
            Dismiss, or in the Alternative for a More
            Definitive Statement (Docket No. 20)

      b.    Reply Brief In Support Of Defendant's Motion To
            Dismiss Or, In The Alternative, For A More
            Definite Statement (Docket No. TBD)

      Status:          The parties have submitted an amended
                       scheduling order adjourning this matter
                       until June 23, 2009 at 2:00 p.m.

**II.   RESOLVED/WITHDRAWN MATTERS**

2.   Motion of the Osceola County Tax Collector in the State
     of Florida for Payment of Administrative Expense Claim
     and Notice of Hearing (Docket No. 3004)

     Objection
     Deadline:        May 11, 2009 at 10:00 a.m., extended for
                      the Debtors until May 26, 2009 at 4:00
                      p.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          This matter has been withdrawn.

3.   Motion of the Tax Collector in and For the Polk County,
     Florida Political Subdivision for Payment of
     Administrative Expense Claim and Notice of Hearing
     (Docket No. 3240)

     Objection
     Deadline:        May 26, 2009 at 10:00 a.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          This matter has been withdrawn.

**III.  CONTINUED/ADJOURNED MATTERS**

4.   Motion for Order Under 11 U.S.C. Sections 105, 362 and
     541 and Fed. R. Bankr. P. 3001 and 3002 Establishing
     Notice, Hearing, and Sell-Down Procedures for Trading
     in Equity Securities and Claims Against the Debtors'
     Estates (Docket No. 20)

     Related
     Documents:

     a.   Interim Order Under 11 U.S.C. 105, 362 And 541 And
          Fed. R. Bankr. P. 3001 And 3002 Establishing
          Notice, Hearing, And Sell-Down Procedures For
          Trading In Equity Securities And Claims Against

The Debtors Estates And Setting Hearing (Docket No. 135)

Objection
Deadline:        November 22, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Informal Response of the Securities Exchange Commission

b.    Informal Response of the Official Committee of Unsecured Creditors

Status:          The informal response of the SEC has been resolved.  This matter has been adjourned to June 9, 2009 at 10:00 a.m.

5.    Debtors' Motion for Order Approving Stipulation by and among the Debtors and International Business Machines Corporation Pursuant to Bankruptcy Code Sections 105 and 363 and Bankruptcy Rule 9019 (Docket No. 1419)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 1420)

b.    Motion for an Order Setting an Expedited Hearing (Docket No. 1421)

c.    Order Setting an Expedited Hearing (Docket No. 1709)

d.    Consent Motion of the Debtors for Entry of Stipulation, Agreement and Order by and Among the Debtors and International Business Machines Corporation for Rejection of Certain Executory Contracts and Related Relief (Docket No. 3292)

Objection
Deadline:        January 16, 2009 at 10:00 a.m.

Objections/
Responses
Filed:              Informal Response of the Official
                    Committee of Unsecured Creditors

Status:             This matter has been adjourned to June
                    9, 2009 at 10:00 a.m.

6.   Motion of Motorola Inc. for Allowance and Payment of
     Administrative Expense Claim Pursuant to 11 U.S.C.
     Section 503(b)(9) (Docket No. 1128)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 1135)

     b.   Amended Notice of Motion and Hearing (Docket No.
          1242)

     c.   Exhibits to Motion of Motorola Inc. for Allowance
          and Payment of Administrative Expense Claim
          Pursuant to 11 U.S.C. Section 503(b)(9) (Docket
          Nos. 1288, 1289, 1290, 1291, 1292, 1293)

     Objection
     Deadline:           February 6, 2009 at 4:00 p.m., extended
                         for the Debtors until June 16, 2009 at
                         4:00 p.m.

     Objections/
     Responses
     Filed:              None at the time of filing this agenda

     Status:             This matter has been adjourned to June
                         23, 2009 at 2:00 p.m.

7.   Motion of General Instrument Corporation Doing Business
     as the Home & Networks Mobility Business of Motorola
     Inc. for Allowance and Payment of Administrative
     Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9)
     (Docket No. 1134)

     Related
     Documents:

a.   Notice of Motion and Hearing (Docket No. 1136)

b.   Amended Notice of Motion and Hearing (Docket No.
     1243)

c.   Notice of Filing Exhibit to Motion (Docket Nos.
     1281, 1282, 1283, 1284, 1285, 1286, 1287)

Objection
Deadline:       February 6, 2009 at 4:00 p.m., extended
                for the Debtors until June 16, 2009 at
                4:00 p.m.

Objections/
Responses
Filed:          None at the time of filing this agenda

Status:         This matter has been adjourned to June
                23, 2009 at 2:00 p.m.

8.   Motion of Federal Warranty Services Corporation,
     Sureway, Inc., American Bankers Insurance Company of
     Florida, and United Service Protection, Inc. To Compel
     Assumption Or Rejection Of Agreements Between The
     Assurant Companies And Circuit City Stores, Inc., Or In
     The Alternative Motion For Relief From Stay To
     Terminate Agreements, And Memorandum In Support (Docket
     Nos. 1794 and 1813)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket Nos. 1796 and
          1816)

     Objection
     Deadline:       February 11, 2009 at 4:00 p.m., extended
                     for the Debtors until May 6, 2009 at
                     4:00 p.m.

     Objections/
     Responses
     Filed:          Informal response of the Debtors

6

Status:          This matter has been adjourned to June
                 9, 2009 at 10:00 a.m.

9.   Motion for Approval of Administrative Rent Claim, by
     Congressional North Associates Limited Partnership
     (Docket No. 1884)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 1886)

     Objection
     Deadline:        April 23, 2009 at 4:00 p.m., extended
                      for the Debtors until June 16, 2009 at
                      4:00 p.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          This matter has been adjourned to June
                      23, 2009 at 2:00 p.m.

10.  Debtors' Motion for Orders Under Bankruptcy Code
     Sections 105, 363, and 365 (I) Approving Bidding and
     Auction Procedures for Sale of Unexpired Nonresidential
     Real Property Leases, (II) Setting Sale Hearing Dates
     and (III) Authorizing and Approving (A) Sale of Certain
     Unexpired Nonresidential Real Property Leases Free and
     Clear of All Interests, (B) Assumption and Assignment
     of Certain Unexpired Nonresidential Real Property
     Leases and (C) Lease Rejection Procedures (Docket No.
     1946)

     Related
     Documents:

     a.   Notice of Hearing (Docket No. 1947)

     b.   Order under Bankruptcy Code Sections 105, 363, and
          265 (I) Approving Bidding and Auction Procedures
          for Sale of Unexpired Nonresidential Real Property
          Leases, (II) Setting Sale Hearing Dates and (III)
          Authorizing and Approving (A) Sale of Certain

Unexpired Nonresidential Real Property Leases Free and Clear of All Interests, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases and (C) Lease Rejection Procedures (Docket No. 2242)

c.   Notice of February Lease Bid Deadline, Auction Date and Related Objection Deadline and Sale Hearing Date (Docket No. 2245)

d.   Supplemental Order Under Bankruptcy Code Sections 105, 363, and 365 Approving Amended Bid Deadline in Connection with Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases (Docket No. 2346)

e.   Notice of Amended March Bid Deadline – New Deadline: March 3, 2009 at 4:00 p.m. (Eastern) (Docket No. 2351)

f.   Notice of Bids Received (Docket No. 2403)

g.   Cure Schedule (Docket No. 2407)

h.   Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2408)

i.   Notice of Rejection of Unexpired Lease and Abandonment of Personal Property (Docket No. 2409)

j.   Notice of Rejection of Unexpired Lease and Abandonment of Personal Property (Docket No. 2410)

k.   Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2412)

l.   Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2419)

m.   Supplemental Notice of Bids Received (Docket No. 2420)

n.   Supplemental Cure Schedule (Docket No. 2421)

o.   Notice of Rejection of Unexpired Leases and

Abandonment of Personal Property (Docket No. 2434)

p.  Notice of Rejection of Unexpired Leases and
    Abandonment of Personal Property (Docket No. 2463)

q.  Notice of Rejection of Unexpired Leases and
    Abandonment of Personal Property (Docket No. 2503)

r.  Order Authorizing Debtors to Assume, Assign and
    Sell Unexpired Lease of Non-Residential Real
    Property (Store #3697) (Docket No. 2580)

s.  Order Authorizing Debtors to Assume, Assign and
    Sell Unexpired Lease of Non-Residential Real
    Property (Store #3692) (Docket No. 2581)

t.  Order Authorizing Debtors to Assume, Assign and
    Sell Unexpired Lease of Non-Residential Real
    Property (Store #3670) (Docket No. 2582)

u.  Order Authorizing Debtors to Assume, Assign and
    Sell Unexpired Lease of Non-Residential Real
    Property (Store #3669) (Docket No. 2583)

v.  Order Authorizing Debtors to Assume, Assign and
    Sell Unexpired Lease of Non-Residential Real
    Property (Store #859) (Docket No. 2584)

w.  Order Authorizing Debtors to Assume, Assign and
    Sell Unexpired Lease of Non-Residential Real
    Property (Store #3690) (Docket No. 2585)

x.  Order Authorizing Debtors to Terminate Unexpired
    Lease of Non-Residential Real Property (Store
    #785) (Docket No. 2586)

y.  Notice of Rejection of Unexpired Lease and
    Abandonment of Personal Property (Docket No. 2592)

z.  Order Authorizing Debtors to Assume, Assign and
    Sell Unexpired Lease of Non-Residential Real
    Property (Store #3561) (Docket No. 2607)

aa. Order Authorizing Debtors to Assume, Assign and
    Sell Unexpired Lease of Non-Residential Real

Property (Store #3663) (Docket No. 2609)

ab.  Order Authorizing Debtors to Assume, Assign and
     Sell Unexpired Lease of Non-Residential Real
     Property (Store #3679) (Docket No. 2611)

ac.  Order Authorizing Debtors to Assume, Assign and
     Sell Unexpired Lease of Non-Residential Real
     Property (Store #3207) (Docket No. 2612)

ad.  Order Authorizing Debtors to Assume, Assign and
     Sell Unexpired Lease of Non-Residential Real
     Property (Store #854) (Docket No. 2613)

ae.  Order Authorizing Debtors to Terminate Unexpired
     Lease of Non-Residential Real Property (Store
     #3682A) (Docket No. 2614)

af.  Order Authorizing Debtors to Assume, Assign and
     Sell Unexpired Lease of Non-Residential Real
     Property (Store #4305) (Docket No. 2651)

ag.  Order Authorizing Debtors to Assume, Assign and
     Sell Unexpired Lease of Non-Residential Real
     Property (Store #852) (Docket No. 2691)

ah.  Order Authorizing Debtors to Assume, Assign and
     Sell Unexpired Lease of Non-Residential Real
     Property (Store #3203) (Docket No. 2696)

ai.  Order Authorizing Debtors to Terminate Unexpired
     Lease of Non-Residential Real Property (Store
     #3150) (Docket No. 2731)

aj.  Order Authorizing Debtors to Terminate Unexpired
     Lease of Non-Residential Real Property (Store
     #3699) (Docket No. 2741)

ak.  Order Authorizing Debtors to Terminate Unexpired
     Lease of Non-Residential Real Property (Store
     #3343) (Docket No. 2838)

Objection
Deadline:              March 12, 2009 at 5:00 p.m.

Objections/
Responses
Filed:

a.    Objection of 444 Connecticut Avenue, LLC to
      Assumption and Assignment of Lease, and Cure
      Amounts Associated Therewith (Docket No. 2480)

      Status:   This objection has been adjourned to
                June 23, 2009 at 2:00 p.m.

b.    Objection of Sea Properties I, LLC's to (I)
      Debtors' Failure to Follow Bidding Procedures and
      (II) Cure Amount Proposed by Debtors (Docket No.
      2541)

      Status:   This objection is has been adjourned to
                June 23, 2009 at 2:00 p.m.

c.    Objection of Gateway Center Properties III, LLC to
      SMR Gateway III, LLC as Tenants in Common, to
      Debtors' Proposed Cure Amount (Docket No. 2542)

      Status:   This objection has been adjourned to
                June 23, 2009 at 2:00 p.m.

d.    Objection of Whitestone Development Partners, L.P.
      to Debtors' Proposed Cure Amount (Docket No. 2543)

      Status:   This objection has been adjourned to
                June 23, 2009 at 2:00 p.m.

e.    Objection of Union Square Retail Trust to Debtors'
      Proposed Cure Amount (Docket No. 2544)

      Status:   This objection has been adjourned to
                June 23, 2009 at 2:00 p.m.

General
Status:        This matter has been adjourned as and to
               the extent set forth above.

11.  Motion of DirecTV, Inc. for Relief from the Automatic
     Stay to Effect Setoff and Memorandum of Points and
     Authorities in Support Thereof (Docket No. 2082)

Objection
Deadline:          February 26, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Objection to Motion of DirecTV, Inc. for
      Relief from the Automatic Stay to Effect Setoff
      and Memorandum of Points and Authorities in
      Support Thereof (Docket No. 2331)

Status:            This matter has been adjourned to June
                   9, 2009 at 10:00 a.m.

12.   Administrative Claim Request of Goodmill, LLC, Pursuant
      to 11 U.S.C. Sections 365(d)(3) and 503(a) and (b)
      (Docket No. 2429)

Objection
Deadline:          March 23, 2009 at 4:00 p.m., extended
                   for the Debtors until June 16, 2009 at
                   4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to June
                   23, 2009 at 2:00 p.m.

13.   Administrative Claim Request of Goldenberg Management,
      Inc., as Agent for Red Rose Commons Associates, L.P.,
      Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(a) and
      (b) (Docket No. 2430)

Objection
Deadline:          March 23, 2009 at 4:00 p.m., extended
                   for the Debtors until June 16, 2009 at
                   4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:                This matter has been adjourned to June
                       23, 2009 at 2:00 p.m.

14.   Administrative Claim Request of PREIT Services, LLC, as
      Agent for PR Christiana, LLC, Pursuant to 11 U.S.C.
      Sections 365(d)(3) and 503(a) and (b) (Docket No. 2432)

      Objection
      Deadline:        March 23, 2009 at 4:00 p.m., extended
                       for the Debtors until June 16, 2009 at
                       4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been adjourned to June
                       23, 2009 at 2:00 p.m.

15.   Administrative Claim Request of PREIT Services, LLC, as
      Agent for PRGL Paxton Limited Partnership, Pursuant to
      11 U.S.C. Sections 365(d)(3) and 503(a) and (b) (Docket
      No. 2433)

      Objection
      Deadline:        March 23, 2009 at 4:00 p.m., extended
                       for the Debtors until June 16, 2009 at
                       4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been adjourned to June
                       23, 2009 at 2:00 p.m.

16.   Administrative Claim Request of Goldenberg Management,
      Inc. as Agent for Boulevard North Associates, L.P.,
      Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(a) and
      (b) (Docket No. 2448)

      Objection
      Deadline:        March 23, 2009 at 4:00 p.m., extended
                       for the Debtors until June 16, 2009 at
                       4:00 p.m.

                    Objections/
                    Responses
                    Filed:              None at the time of filing this agenda

                    Status:             This matter has been adjourned to June
                                        23, 2009 at 2:00 p.m.

17.    Administrative Claim Request of Park Side Realty, L.P.,
       Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(a) and
       (b) (Docket No. 2449)

                    Objection
                    Deadline:           March 23, 2009 at 4:00 p.m., extended
                                        for the Debtors until June 16, 2009 at
                                        4:00 p.m.

                    Objections/
                    Responses
                    Filed:              None at the time of filing this agenda

                    Status:             This matter has been adjourned to June
                                        23, 2009 at 2:00 p.m.

18.    Administrative Claim Request of Marple XYZ Associates,
       Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(a) and
       (b) (Docket No. 2450)

                    Objection
                    Deadline:           March 23, 2009 at 4:00 p.m., extended
                                        for the Debtors until June 16, 2009 at
                                        4:00 p.m.

                    Objections/
                    Responses
                    Filed:              None at the time of filing this agenda

                    Status:             This matter has been adjourned to June
                                        23, 2009 at 2:00 p.m.

19.    Motion of Sennheiser Electronic Corp. for Entry of an
       Order (i) Recognizing Sennheiser's Claim as Timely
       Filed, or Permitting the Filing of a Proof of Claim
       After the Bar Date and (ii) Allowing an Administrative
       Expense Pursuant to Section 503(b)(9) of The Bankruptcy

Code (Docket No. 2722)

Related
Documents:

a.   Corrected Motion of Sennheiser Electronic Corp.
     (Docket No. 2723)

b.   Notice of Motion and Hearing (Docket No. 2724)

Objection
Deadline:        April 7, 2009 at 4:00 p.m., extended for
                 the Debtors until June 16, 2009 at 4:00
                 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to June
                 23, 2009 at 2:00 p.m.

20.   Motion of Southpeak Interactive, LLC for Payment of
      Administrative Expense Claim and Notice of Hearing
      (Docket No. 2758)

      Objection
      Deadline:        April 7, 2009 at 4:00 p.m., extended for
                       the Debtors until May 26, 2009 at 4:00
                       p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been adjourned to June
                       9, 2009 at 10:00 a.m.

21.   Motion of CC Kingsport 98, LLC for Order Compelling
      Immediate Payment of Accrued Rent Pursuant to 11 U.S.C.
      Section 365(d)(3) or Allowing Administrative Claims
      Pursuant to 11 U.S.C. Section 503(b) (Docket No. 2886)

      Related
      Documents:

a.   Notice of Motion and Hearing (Docket No. 2887)

Objection
Deadline:        May 6, 2009 at 4:00 p.m., extended for
                 the Debtors until June 16, 2009 at 4:00
                 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to June
                 23, 2009 at 2:00 p.m.

22.   Motion of Cardinal Capital Partners, Inc. and 680 S.
      Lemon Ave. Co. for Order Compelling Immediate Payment
      of Accrued Rent Pursuant to 11 U.S.C. Section 365(d)(3)
      or Allowing Administrative Claims Pursuant to 11 U.S.C.
      Section 503(b) (Docket No. 2888)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2889)

      Objection
      Deadline:        May 6, 2009 at 4:00 p.m., extended for
                       the Debtors until June 16, 2009 at 4:00
                       p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been adjourned to June
                       23, 2009 at 2:00 p.m.

23.   Motion of Circuit Investors #2 Ltd. for Order
      Compelling Immediate Payment of Accrued Rent Pursuant
      to 11 U.S.C. Section 365(d)(3) or Allowing
      Administrative Claims Pursuant to 11 U.S.C. Section
      503(b) (Docket No. 2890)

      Related

Documents:

a.    Notice of Motion and Hearing (Docket No. 2891)

Objection
Deadline:          May 6, 2009 at 4:00 p.m., extended for
                   the Debtors until June 16, 2009 at 4:00
                   p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to June
                   23, 2009 at 2:00 p.m.

24.    Motion of Brandywine Grande C, LP for Order Compelling
       Immediate Payment of Accrued Rent Pursuant to 11 U.S.C.
       Section 365(d)(3) or Allowing Administrative Claims
       Pursuant to 11 U.S.C. Section 503(b) (Docket No. 2892)

       Related
       Documents:

       a.    Notice of Motion and Hearing (Docket No. 2893)

       Objection
       Deadline:          May 6, 2009 at 4:00 p.m., extended for
                          the Debtors until June 16, 2009 at 4:00
                          p.m.

       Objections/
       Responses
       Filed:             None at the time of filing this agenda

       Status:            This matter has been adjourned to June
                          23, 2009 at 2:00 p.m.

25.    Motion for an Order Allowing and Compelling Payment of
       Administrative Expenses and Post-Petition Lease
       Obligations, by RLV Village Plaza, LP (Docket No. 2951)

       Related
       Documents:

a.   Notice of Motion and Hearing (Docket No. 2952)

Objection
Deadline:          April 21, 2009 at 5:00 p.m., extended
                   for the Debtors until June 16, 2009 at
                   4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to June
                   23, 2009 at 2:00 p.m.

26.   Motion for an Order Allowing and Compelling Payment of
      Administrative Expense Claim and Post-Petition Lease
      Obligations, by Geenen DeKock Properties, LLC (Docket
      No. 2953)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2954)

      Objection
      Deadline:          April 21, 2009 at 5:00 p.m., extended
                         for the Debtors until June 16, 2009 at
                         4:00 p.m.

      Objections/
      Responses
      Filed:             None at the time of filing this agenda

      Status:            This matter has been adjourned to June
                         23, 2009 at 2:00 p.m.

27.   Motion of Lea Company for Payment of Administrative
      Expense Claim (Docket No. 2955)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2956)

      Objection

Deadline:          April 21, 2009 at 5:00 p.m., extended
                   for the Debtors until June 16, 2009 at
                   4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to June
                   23, 2009 at 2:00 p.m.

28.   Motion of Crossways Financial Associates, LLC for
      Payment of Administrative Expense Claim (Docket No.
      2958)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2959)

      Objection
      Deadline:          April 21, 2009 at 5:00 p.m., extended
                         for the Debtors until June 16, 2009 at
                         4:00 p.m.

      Objections/
      Responses
      Filed:             None at the time of filing this agenda

      Status:            This matter has been adjourned to June
                         23, 2009 at 2:00 p.m.

29.   Motion to Allow Proof of Claim to be Deemed Timely
      Filed, by Vertis, Inc. (Docket No. 2989)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2990)

      Objection
      Deadline:          April 24, 2009 at 4:00 p.m., extended
                         for the Debtors until June 2, 2009 at
                         4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to June
                 9, 2009 at 10:00 a.m.

30.  Motion of Site A, LLC for Payment of Administrative
     Expense Claim (Docket No. 3052)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 3053)

     Objection
     Deadline:        May 21, 2009 at 5:00 p.m., extended for
                      the Debtors until June 16, 2009 at 4:00
                      p.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          This matter has been adjourned to June
                      23, 2009 at 2:00 p.m.

31.  Application of Schottenstein Property Group, Inc. for
     an Order Allowing Administrative Claim Relating to
     Post-Petition Charges under Lease for Store #3196
     (Beavercreek, Ohio) (Docket No. 3223)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 3284)

     Objection
     Deadline:        May 21, 2009 at 5:00 p.m., extended for
                      the Debtors until June 16, 2009 at 4:00
                      p.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to June
                 23, 2009 at 2:00 p.m.

32.   Motion for Entry of an Order Granting Allowance of and
      Compelling Payment of Administrative Expense Claim, by
      Bond-Circuit IV Delaware Business Trust (Docket No.
      3229)

      Objection
      Deadline:        May 25, 2009 at 5:00 p.m., extended for
                       the Debtors until June 16, 2009 at 4:00
                       p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been adjourned to June
                       23, 2009 at 2:00 p.m.

33.   Motion for Entry of an Order Granting Allowance of and
      Compelling Payment of Administrative Expense Claim, by
      CC Hamburg NY Partners, LLC (Docket No. 3230)

      Objection
      Deadline:        May 25, 2009 at 5:00 p.m., extended for
                       the Debtors until June 16, 2009 at 4:00
                       p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been adjourned to June
                       23, 2009 at 2:00 p.m.

34.   Amended Motion for Approval of Administrative Rent
      Claim, by Congressional North Associates Limited
      Partnership (Docket No. 3233)

      Objection
      Deadline:        May 26, 2009 at 4:00 p.m., extended for
                       the Debtors until June 16, 2009 at 4:00
                       p.m.

Objections/
Responses
Filed:              None at the time of filing this agenda

Status:             This matter has been adjourned to June
                    23, 2009 at 2:00 p.m.

35.  Motion of Ronus Meyerland Plaza, L.P. and Johnson City
     Crossing, L.P. for Allowance and Payment of Certain
     Administrative Claims Pursuant to 11 U.S.C. Section
     503(b)(1) and 11 U.S.C. Section 365(d)(3) (Docket Nos.
     3238, 3239)

     Objection
     Deadline:       May 20, 2009 at 4:00 p.m., extended for
                     the Debtors until June 16, 2009 at 4:00
                     p.m.

     Objections/
     Responses
     Filed:          None at the time of filing this agenda

     Status:         This matter has been adjourned to June
                     23, 2009 at 2:00 p.m.

36.  Administrative Claim Request of Sir Barton, LLC
     Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(a) and
     (b) (Docket No. 3267)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 3268)

     Objection
     Deadline:       May 19, 2009 at 4:00 p.m., extended for
                     the Debtors until June 16, 2009 at 4:00
                     p.m.

     Objections/
     Responses
     Filed:          None at the time of filing this agenda

     Status:         This matter has been adjourned to June

23, 2009 at 2:00 p.m.

37.   Motion of CC Grand Junction Investors 1998, L.L.C. for
      Payment of Administrative Expense Claim (Docket No.
      3273)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 3274)

      Objection
      Deadline:        May 21, 2009 at 5:00 p.m., extended for
                       the Debtors until June 16, 2009 at 4:00
                       p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been adjourned to June
                       23, 2009 at 2:00 p.m.

38.   Motion of CC Springs, L.L.C. for Payment of
      Administrative Expense Claim (Docket No. 3275)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 3276)

      Objection
      Deadline:        May 21, 2009 at 5:00 p.m., extended for
                       the Debtors until June 16, 2009 at 4:00
                       p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been adjourned to June
                       23, 2009 at 2:00 p.m.

39.   Application of Infogain Corporation for Allowance and
      Payment of Administrative Expense Priority Claim

(Docket No. 3286)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 3287)

Objection
Deadline:          May 21, 2009 at 5:00 p.m., extended for
                   the Debtors until June 16, 2009 at 4:00
                   p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to June
                   23, 2009 at 2:00 p.m.

40.   Motion of Howland Commons Partnership for Allowance and
      Payment of Administrative Expenses (Docket No. 3295)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 3296)

      Objection
      Deadline:          May 26, 2009 at 4:00 p.m., extended for
                         the Debtors until June 16, 2009 at 4:00
                         p.m.

      Objections/
      Responses
      Filed:             None at the time of filing this agenda

      Status:            This matter has been adjourned to June
                         23, 2009 at 2:00 p.m.

41.   Motion of Huntington Mall Company for Allowance and
      Payment of Administrative Expenses (Docket No. 3298)

      Related
      Documents:

a.   Notice of Motion and Hearing (Docket No. 3299)

Objection
Deadline:          May 26, 2009 at 4:00 p.m., extended for
                   the Debtors until June 16, 2009 at 4:00
                   p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to June
                   23, 2009 at 2:00 p.m.

42.   Motion of The Cafaro Northwest Partnership, dba South
      Hill Mall for Allowance and Payment of Administrative
      Expenses (Docket No. 3301)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 3302)

      Objection
      Deadline:          May 26, 2009 at 4:00 p.m., extended for
                         the Debtors until June 16, 2009 at 4:00
                         p.m.

      Objections/
      Responses
      Filed:             None at the time of filing this agenda

      Status:            This matter has been adjourned to June
                         23, 2009 at 2:00 p.m.

43.   Motion of Kentucky Oaks Mall Company for Allowance and
      Payment of Administrative Expenses (Docket No. 3304)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 3305)

      Objection
      Deadline:          May 26, 2009 at 4:00 p.m., extended for

the Debtors until June 16, 2009 at 4:00
p.m.

Objections/
Responses
Filed:          None at the time of filing this agenda

Status:         This matter has been adjourned to June
                23, 2009 at 2:00 p.m.

## IV.   UNCONTESTED MATTERS

44.   Motion of the AT&T Entities for Entry of an Order: (A)
      Allowing and Compelling the Payment of Administrative
      Expense Claim to AT&T; and (B) Compelling Assumption or
      Rejection of Equipment Lease, or in the Alternative,
      Lifting the Automatic Stay to Permit Termination of the
      Equipment Lease and Repossession of Equipment (Docket
      No. 2298)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 2299)

      b.    Consent Order Rejecting Equipment Lease with AT&T
            Capital Services, Inc. and Sterling Commerce, Inc.
            (Docket No. 3216)

      Objection
      Deadline:       March 23, 2009 at 4:00 p.m., extended
                      for the Debtors to a date to be
                      determined.

      Objections/
      Responses
      Filed:          None at the time of filing this agenda

      Status:         A Consent Order has been entered
                      rejecting AT&T's Equipment Lease
                      effective March 31, 2009. Any remaining
                      unresolved issues, including the payment
                      of April rent, are adjourned to June 9,
                      2009 at 10:00 a.m.

45.  Debtors' Motion for Order Approving Stipulation By and
     Among the Debtors and TomTom, Inc. Pursuant to
     Bankruptcy Code Section 105 and Bankruptcy Rule 9019
     (Docket No. 3290)

     Related
     Documents:

     a.   Motion of TomTom, Inc. for an Order Under Sections
          105, 362, and 363 Modifying the Automatic Stay to
          Permit the Exercise of Setoff and/or Recoupment
          Rights Against the Debtors, and Notice of Motion
          (Docket No. 1052)

     b.   Stipulation Partially Resolving Motion of TomTom,
          Inc. for an Order Under Sections 105, 362, and 363
          Modifying the Automatic Stay to Permit the
          Exercise of Setoff and/or Recoupment Rights
          Against the Debtors and Establishing a Briefing
          and Trial Schedule for Remaining Issues (Docket
          No. 3079)

     c.   Notice of Motion and Hearing (Docket No. 3291)

     Objection
     Deadline:        May 20, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          This matter is going forward.

46.  Debtors' Sixth Omnibus Motion for Order Pursuant to
     Bankruptcy Code Sections 105(a) and 365(a) and
     Bankruptcy Rule 6006 Authorizing Rejection of Certain
     Executory Contracts (Docket No. 3371)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 3372)

     Objection
     Deadline:        May 26, 2009 at 4:00 p.m.

Objections/
Responses
Filed:          None at the time of filing this agenda

Status:         This matter is going forward.

**V.    CONTESTED MATTERS**

47.  Motion for Relief from Automatic Stay, by Kina Thompson
     (Docket No. 2605)

     Objection
     Deadline:       April 7, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.    Debtors' Response and Objection to Kina Thompson's
           Motion for Relief from Automatic Stay (Docket No.
           2944)

     Status           This matter is going forward.  The
                      Debtors are in discussions with the
                      movant to withdraw the motion.

48.  Motion for Relief from Automatic Stay, by William Gower
     (Docket No. 2608)

     Objection
     Deadline:       April 7, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.    Debtors' Response and Objection to William R.
           Gower's Motion for Relief from Automatic Stay
           (Docket No. 2945)

     Status:          This matter is going forward.  The
                      Debtors are in discussions with the
                      movant to withdraw the motion.

49.  Motion for Allowance of the Late Filed Administrative

Expense Claim of Export Development Canada (Docket No. 2960)

Objection
Deadline:          April 21, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

        a.    Debtors' Preliminary Objection To Motion For Allowance Of The Late Filed Administrative Expense Claim Of Export Development Canada (Docket No. 3131)

        b.    Reply to Debtors' Preliminary Objection to Motion for Allowance of the Late Filed Administrative Expense Claim (Docket No. 3152)

        c.    Debtors' Amended Preliminary Objection To Motion For Allowance Of The Late Filed Administrative Expense Claim Of Export Development Canada (Docket No. 3154)

Status:          The Debtors will request that this matter be adjourned further to July 23, 2009 at 11:00 a.m. and that the Court maintain the moratorium on discovery until the adjourned hearing date.

50.    Debtors' Fourth Omnibus Objection to Certain Duplicative Claims (Docket No. 3096)

Objection
Deadline:          May 20, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Response of ION Audio, LLC to Debtors' Fourth Omnibus Objection to Certain Duplicative Claims (Docket No. 3380)

Status:    The status hearing will go forward.  The
           hearing on the response is adjourned to
           July 23, 2009 at 11:00 a.m.

b.    Mitsubishi Digital Electronics America, Inc.'s
      Response to Debtors' Fourth Omnibus Objection to
      Certain Duplicative Claims (Docket No. 3384)

Status:    The status hearing will go forward.  The
           hearing on the response is adjourned to
           July 23, 2009 at 11:00 a.m.

c.    Response of Onkyo USA Corporation to Debtors'
      Fourth Omnibus Objection to Certain Duplicative
      Claims (Docket No. 3389)

Status:    The status hearing will go forward.  The
           hearing on the response is adjourned to
           July 23, 2009 at 11:00 a.m.

d.    Informal response of Bethesda Softworks LLC

Status:    The status hearing will go forward.  The
           hearing on the response is adjourned to
           July 23, 2009 at 11:00 a.m.

General
Status:    The status hearing will go forward.

Dated:  May 26, 2009           SKADDEN, ARPS, SLATE, MEAGHER &
        Richmond, Virginia        FLOM, LLP
                                Gregg M. Galardi, Esq.
                                Ian S. Fredericks, Esq.
                                P.O. Box 636
                                Wilmington, Delaware 19899-0636
                                (302) 651-3000

                                     - and -

                                SKADDEN, ARPS, SLATE, MEAGHER &
                                   FLOM, LLP
                                Chris L. Dickerson, Esq.
                                333 West Wacker Drive
                                Chicago, Illinois 60606
                                (312) 407-0700

                                     - and -

                                MCGUIREWOODS LLP


                                _/s/ Douglas M. Foley _____
                                Dion W. Hayes (VSB No. 34304)
                                Douglas M. Foley (VSB No. 34364)
                                One James Center
                                901 E. Cary Street
                                Richmond, Virginia 23219
                                (804) 775-1000

                                Counsel for Debtors and Debtors
                                in Possession

\9163102.1