IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



| | |
|---|---|
| In Re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., ET AL., | Case No. 08-35653 (KRH) |
| Debtors. | Jointly Administered |

1. Regarding: Notice of Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B) (9) Claims;

2. Claimant's Name: Touchpoint Retail Design, Inc.
Debtor has an open balance of $5,131.30 for design services rendered in August 2008;

3. The amount of $5,131.30 is due to Touchpoint Retail Design, Inc. by Circuit City Stores for store design services that Touchpoint Retail Design, Inc. provided upon the request of Circuit City Stores management;

4. A copy of Invoice #735 dated August 31, 2008 is included;

5. Joshua Hanson has personal knowledge of the relevant facts that support this Response;

6. This response is filed by Debby Prudhomme, Touchpoint Retail Design Inc. 118 E 26th Street, Suite 300, Minneapolis, MN 55404. Telephone number: 612.879.8225 ext. 13. Facsimile number: 612.879.8152.

Designated Representative: Joshua Hanson, Touchpoint Retail Design Inc. 118 E 26th Street, Suite 300, Minneapolis, MN 55404. Joshua Hanson has the authority to reconcile, settle or otherwise resolve the Omnibus Objection on the claimant's behalf.

# Touchpoint Retail

# Invoice

118 E. 26th Street, Suite 300
Minneapolis, MN 55404

| Date | Invoice No: |
|---|---|
| 8/31/2008 | 735 |

Circuit City Stores
Gary Weller
9950 Mayland Drive
Richmond, VA 23233

| Professional Services Provided March 1, 2008 through March 31, 2008. | P.O. NO. | Terms | Due Date | Project Name |
|---|---|---|---|---|
| | | Due on receipt | 8/31/2008 | Circuit City Movies an... |

| Services | Est Amt | Prior Amt | Prior % | Qty | Rate | Curr % | Total % | Amount |
|---|---|---|---|---|---|---|---|---|
| Design Development | 4,350.00 | | | 1 | 4,350.00 | 100.00% | 100.00% | 4,350.00 |
| Total Reimbursable Expenses | | | | | | | | 763.53 |
| Conference Calls | | | | | | | | |
| Printing | | | | 1.15 | 15.45 | | | 17.77 |

| | | |
|---|---|---|
| | Total this Invoice | $5,131.30 |