

# Lexington County
### Treasurer's Office
### 212 South Lake Drive
### Lexington, SC 29072
Ph: (803) 785-8345   Fax: (803) 785-0023



Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street Room 4000
Richmond, VA 23219

**RE: CIRCUIT CITY STORES, LLC**
**Case #08-035653**

May 19, 2009

Dear Bankruptcy Clerk:
Please accept this correspondence as the official objection of the Lexington County, Treasurer's Office, 212 South Lake Drive, Lexington, South Carolina 29072 regarding the change of classification for our Claim # 1165 totaling $6,333.70 against Circuit City Stores, LLC. Case # 08-35653

This claim is for delinquent property taxes and is filed as a secured claim. Per our understanding of the bankruptcy laws this claim is classified correctly.

I have enclosed a copy of this filling for your review.

Please let me know if I can be of further assistance to you regarding this matter please contact me at the number listed below.

Best regards,

Cynthia Hamilton
County of Lexington
Bankruptcy Specialist
FLC Agent
803-785-5187

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

Section 503(b)(9) Claim Request For[m]



**DEADLINE FOR FILING 503(b)(9) CLAIMS**
5:00 P.M. Pacific Time
December 19, 2008

| Circuit City Stores, Inc., et al., Claims Processing c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 | Circuit City Stores, Inc., et al. Case Nos. 08-35653 through 08-35670 Chapter 11 Jointly Administered |
|---|---|

**NOTE:** Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases (see Docket No. 107), to have claims allowed as administrative expense under 11 U.S.C. § 503(b)(9), this form must be served upon Circuit City Stores, Inc., et al., Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 by December 19, 2008, the Bar Date for Section 503(b)(9) claims in the above-referenced cases. The form may be submitted in person or by regular mail, overnight mail, or hand delivery. Facsimile, email or electronic submissions will not be accepted. Requests shall be deemed filed when actually received by Kurtzman Carson Consultants LLC.

**Name and Address of Creditor:** (The person or other entity to whom the debtor owes money or property) NameID: 4551077 (P1) PackID: 31619

LEXINGTON COUNTY TREASURER
212 SOUTH LAKE DR
LEXINGTON, SC 29072

Telephone: 803-785-5187
Fax: 803-785-0023

**Name and address where notices should be sent (if different from above)**

Same as Above

Telephone: ___
Fax: ___

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have made any demand(s) to reclaim goods sold to the debtor under 11 U.S.C. § 546(c). (attach copies of any such demand(s))

☐ Check box if you have transferred the rights of your claim to any third party. If so please list name of transferee: ___

☐ Check box if you have never received any notices from the bankruptcy court in this case.

**Debtor against which claim is asserted:** (Check one box below:)

☒ Circuit City Stores, Inc. (Tax I.D. No. 54-0493875)
☐ Abbott Advertising, Inc. (Tax I.D. No. 54-1624659)
☐ Circuit City Stores West Coast, Inc. (Tax I.D. No. 95-4460785)
☐ CC Distribution Company of Virginia, Inc. (Tax I.D. No. 54-1712821)
☐ Circuit City Properties, LLC (Tax I.D. No. 54-0793353)
☐ Patapsco Designs, Inc. (Tax I.D. No. 52-1086796)
☐ Ventoux International, Inc. (Tax I.D. No. 20-1071838)
☐ Sky Venture Corporation (Tax I.D. No. 54-1760311)
☐ Prahs, Inc. (n/a)
☐ XS Stuff, LLC (Tax I.D. No. 54-2029263)
☐ Kinzer Technology, LLC (Tax I.D. No. 54-2022157)
☐ Circuit City Purchasing Company, LLC (Tax I.D. No. 20-0995170)
☐ Orbyx Electronics, LLC (Tax I.D. No. 20-1203360)
☐ InterTAN, Inc. (Tax I.D. No. 75-2130875)
☐ CC Aviation, LLC (Tax I.D. No. 20-5290841)
☐ Courchevel, LLC (n/a)
☐ Circuit City Stores PR, LLC (Tax I.D. No. 66-0695512)
☐ Mayland MN, LLC (Tax I.D. No. 20-0896116)

**ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:** ___

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: ___

**1. BASIS FOR CLAIM:** Goods received by the Debtor within 20 days before the date of commencement of the case. Value of Goods: $ ___

**2. DATE OF SHIPMENT:** ___  METHOD OF SHIPMENT: ___  DATE OF RECEIPT: ___
NAME OF CARRIER: ___  PLACE OF DELIVERY: ___

**3. TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM:** $ 16,333.70
☐ Check the box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**4. BRIEF DESCRIPTION OF CLAIM:** AUTO TAXES + TAX COMMISSION TAXES
Describe goods sold: ___  Attach support for your claim.

**5. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**FOR COURT USE ONLY**

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, or contracts. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Attachments must be printed on 8-1/2" by 11" paper.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this claim request form.

**8. ORDINARY COURSE CERTIFICATION:** By signing this claim request form, you are certifying that the goods for which payment is sought hereby, were sold to the debtor in the ordinary course of the debtor's business as required by 11 U.S.C. § 503(b)(9).

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Date: 12/4/08

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): [signature] LEXINGTON COUNTY TREASURER

## COUNTY OF LEXINGTON, SOUTH CAROLINA

FORM NO. LTC 100 A
REV. 3/03

ORIGINAL 06/06/08  VISIT LEXINGTON COUNTY'S WEB SITE AT 'www.lex-co.com'

BILL NUMBER: 2008-115259-005   Tax Year: 2008   WHEN PAID, TAXES CURRENT THRU  07/2009
ORIGINAL ASSMNT:       660   ADJUSTED ASSMNT:   1,160   DISTRICT:  5AFD

|  | LEVIES | TAXES |
|---|---|---|
| COUNTY | 109.71 | 127.26 |
| SCHOOL | 252.50 | 292.90 |
| MUNI | 102.50 | 118.90 |
| TAG FEE |  | 25.00 |
| TOTAL | 464.71 | 564.06 |
| CREDIT |  | -16.51 |

PROPERTY: 2006 CHEV ZS58 4DS 124UET
VIN#: 1G1ZS51836F196002

RETURN THIS NOTICE WITH PAYMENT

CIRCUIT CITY STORES INC
D L PETERSON TRUST
238 HARBISON BLVD
COLUMBIA  SC   29212-2232

PAY THIS AMOUNT         $547.55
AMOUNT DUE   IN 07/2008
INSURANCE REQUIRED

TAX EXECUTION NOTICE
Upon receipt of this notice you are hereby notified your property is subject to seizure and sale for delinquent taxes.

## COUNTY OF LEXINGTON, SOUTH CAROLINA

FORM NO. LTC 100 A
REV. 3/03

ORIGINAL 06/06/08  VISIT LEXINGTON COUNTY'S WEB SITE AT 'www.lex-co.com'

BILL NUMBER: 2008-115259-005   Tax Year: 2008   WHEN PAID, TAXES CURRENT THRU  07/2009
ORIGINAL ASSMNT:       660   ADJUSTED ASSMNT:   1,160   DISTRICT:  5AFD

|  | LEVIES | TAXES |
|---|---|---|
| COUNTY | 109.71 | 127.26 |
| SCHOOL | 252.50 | 292.90 |
| MUNI | 102.50 | 118.90 |
| TAG FEE |  | 25.00 |
| TOTAL | 464.71 | 564.06 |
| CREDIT |  | -16.51 |

PROPERTY: 2006 CHEV ZS58 4DS 124UET
VIN#: 1G1ZS51836F196002

RETURN THIS NOTICE WITH PAYMENT

CIRCUIT CITY STORES INC
D L PETERSON TRUST
238 HARBISON BLVD
COLUMBIA  SC   29212-2232

PAY THIS AMOUNT         $547.55
AMOUNT DUE   IN 07/2008
INSURANCE REQUIRED

TAX EXECUTION NOTICE
Upon receipt of this notice you are hereby notified your property is subject to seizure and sale for delinquent taxes.

## COUNTY OF LEXINGTON, SOUTH CAROLINA

FORM NO. LTC 100 A
REV. 3/03

ORIGINAL 06/06/08  VISIT LEXINGTON COUNTY'S WEB SITE AT 'www.lex-co.com'

BILL NUMBER: 2008-115259-005   Tax Year: 2008   WHEN PAID, TAXES CURRENT THRU  07/2009
ORIGINAL ASSMNT:       660   ADJUSTED ASSMNT:   1,160   DISTRICT:  5AFD

|  | LEVIES | TAXES |
|---|---|---|
| COUNTY | 109.71 | 127.26 |
| SCHOOL | 252.50 | 292.90 |
| MUNI | 102.50 | 118.90 |
| TAG FEE |  | 25.00 |
| TOTAL | 464.71 | 564.06 |
| CREDIT |  | -16.51 |

PROPERTY: 2006 CHEV ZS58 4DS 124UET
VIN#: 1G1ZS51836F196002

RETURN THIS NOTICE WITH PAYMENT

CIRCUIT CITY STORES INC
D L PETERSON TRUST
238 HARBISON BLVD
COLUMBIA  SC   29212-2232

PAY THIS AMOUNT         $547.55
AMOUNT DUE   IN 07/2008
INSURANCE REQUIRED

## COUNTY OF LEXINGTON, SOUTH CAROLINA

FORM NO. LTC 100 A
REV. 3/03

ORIGINAL 10/06/08    ***   OFFICIAL RECEIPT UPON VALIDATION   ***

RECEIPT NUMBER: 2008-164755-101  DOR: 532-167671    TAX YEAR: 2008    TYPE: SC TAX COMM.
TOTAL ASSMT:      9,420 DISTRICT: 5AFD

**PAY THIS AMOUNT**        $4,414.73   (DUE DATE FOR PAYMENT IS 01/15/2009)
3% PENALTY FOR PAYMENT MADE FROM 01/16/2009 THRU 02/02/2009          AMOUNT:    4,547.17
10% PENALTY FOR PAYMENT MADE FROM 02/03/2009 THRU 03/16/2009         AMOUNT:    4,856.20
15% PENALTY AND EXECUTION COST FOR PAYMENT MADE AFTER 03/16/2009     AMOUNT:    5,086.94

ADDRESS CORRECTIONS HERE:

CIRCUIT CITY STORES INC
PO BOX 42304
TAX DEPT LOC #896
RICHMOND   VA    23242-2304

TAX EXECUTION NOTICE
Upon receipt of this notice you are hereby notified your property is subject to seizure and sale for delinquent taxes.

0000485620090316000005086942

---

## COUNTY OF LEXINGTON, SOUTH CAROLINA

FORM NO. LTC 100 A
REV. 3/03

RECEIPT# 2008-164755-101    OWNER: CIRCUIT CITY STORES INC         TYPE: SC TAX COMM.
PROPERTY DESCRIPTION: 238 HARBISON BLVD COLUMBIA  DOR# 532-167671

TOTAL ASSMT:      9,420 DISTRICT: 5AFD

TAX YEAR: 2008

|              | MILLAGE | TAXES    |
|--------------|---------|----------|
| COUNTY:      | 114.20  | 1,075.82 |
| SCHOOL:      | 261.50  | 2,463.33 |
| MUNICIPAL:   | 106.30  | 1,001.35 |
| TOTAL TAXES: | 482.00  | 4,540.50 |
| SALES TAX CREDIT: |    | 125.77-  |

AMOUNT DUE:    $4,414.73    (DUE DATE FOR PAYMENT IS 01/15/2009)

TAXES PAID BY 12/31/2008 ARE ELIGIBLE FOR DEDUCTIONS ON YOUR 2008 INCOME TAX RETURN.
PLEASE REVIEW YOUR TAX NOTICE FOR ACCURACY IN ALL AREAS.
    1) MAKE CHECK PAYABLE TO: 'COUNTY OF LEXINGTON' FOR TOTAL AMOUNT DUE.
    2) RETURN TOP PORTION OF THIS NOTICE WITH YOUR PAYMENT.
    3) PLEASE USE RETURN ENVELOPE OR MAIL TO:  COUNTY OF LEXINGTON
                                               OFFICE OF TREASURER
                                               212 S. LAKE DR SUITE 101
                                               LEXINGTON, SC  29072

TAX EXECUTION NOTICE
MASTERCARD, VISA, AND DISCOVER ARE ACCEPTED FOR ONLINE PAYMENT ON LEXINGTON COUNTY'S WEB SITE.
www.lex-co.com.  CREDIT CARD PAYMENTS CANNOT BE MADE BY MAIL, AT THE COUNTER, OR BY PHONE

---

## COUNTY OF LEXINGTON, SOUTH CAROLINA

FORM NO. LTC 100 A
REV. 3/03

ORIGINAL 10/06/08

RECEIPT# 2008-164755-101   OWNER: CIRCUIT CITY STORES INC         TYPE: SC TAX COMM.
PROPERTY DESCRIPTION: 238 HARBISON BLVD COLUMBIA  DOR# 532-167671

TOTAL ASSMT:      9,420 DISTRICT: 5AFD

TAX YEAR: 2008        PAY THIS AMOUNT    $4,414.73   (DUE DATE FOR PAYMENT IS 01/15/2009)

CIRCUIT CITY STORES INC
PO BOX 42304
TAX DEPT LOC #896
RICHMOND   VA    23242-2304

**COUNTY OF LEXINGTON, SOUTH CAROLINA**  
FORM NO. LTC 100 A  
REV. 3/03

ORIGINAL 05/12/08   VISIT LEXINGTON COUNTY'S WEB SITE AT 'www.lex-co.com'

BILL NUMBER: 2008-095109-002   Tax Year: 2008   WHEN PAID, TAXES CURRENT THRU   06/2009

ORIGINAL ASSMNT:      870   ADJUSTED ASSMNT:      1,520   DISTRICT:   5AFD

|  | LEVIES | TAXES |
|---|---|---|
| COUNTY | 109.71 | 166.74 |
| SCHOOL | 252.50 | 383.80 |
| MUNI | 102.50 | 155.80 |
| TAG FEE |  | 1.00 |
| TOTAL | 464.71 | 707.34 |
| CREDIT |  | -21.63 |

PROPERTY:   2007 CHEV A15 VAN 364WPH  
VIN#: 3GCDA15D67S625179

RETURN THIS NOTICE WITH PAYMENT

CIRCUIT CITY STORES INC  
GELCO CORPORATION  
238 HARBISON BLVD  
COLUMBIA   SC   29212-2232

PAY THIS AMOUNT         $685.71  
AMOUNT DUE   IN 06/2008

TAX EXECUTION NOTICE  
Upon receipt of this notice you are hereby notified your property is subject to seizure and sale for delinquent taxes.

**COUNTY OF LEXINGTON, SOUTH CAROLINA**  
FORM NO. LTC 100 A  
REV. 3/03

ORIGINAL 05/12/08   VISIT LEXINGTON COUNTY'S WEB SITE AT 'www.lex-co.com'

BILL NUMBER: 2008-095109-002   Tax Year: 2008   WHEN PAID, TAXES CURRENT THRU   06/2009

ORIGINAL ASSMNT:      870   ADJUSTED ASSMNT:      1,520   DISTRICT:   5AFD

|  | LEVIES | TAXES |
|---|---|---|
| COUNTY | 109.71 | 166.74 |
| SCHOOL | 252.50 | 383.80 |
| MUNI | 102.50 | 155.80 |
| TAG FEE |  | 1.00 |
| TOTAL | 464.71 | 707.34 |
| CREDIT |  | -21.63 |

PROPERTY:   2007 CHEV A15 VAN 364WPH  
VIN#: 3GCDA15D67S625179

RETURN THIS NOTICE WITH PAYMENT

CIRCUIT CITY STORES INC  
GELCO CORPORATION  
238 HARBISON BLVD  
COLUMBIA   SC   29212-2232

PAY THIS AMOUNT         $685.71  
AMOUNT DUE   IN 06/2008

TAX EXECUTION NOTICE  
Upon receipt of this notice you are hereby notified your property is subject to seizure and sale for delinquent taxes.

**COUNTY OF LEXINGTON, SOUTH CAROLINA**  
FORM NO. LTC 100 A  
REV. 3/03

ORIGINAL 05/12/08   VISIT LEXINGTON COUNTY'S WEB SITE AT 'www.lex-co.com'

BILL NUMBER: 2008-095109-002   Tax Year: 2008   WHEN PAID, TAXES CURRENT THRU   06/2009

ORIGINAL ASSMNT:      870   ADJUSTED ASSMNT:      1,520   DISTRICT:   5AFD

|  | LEVIES | TAXES |
|---|---|---|
| COUNTY | 109.71 | 166.74 |
| SCHOOL | 252.50 | 383.80 |
| MUNI | 102.50 | 155.80 |
| TAG FEE |  | 1.00 |
| TOTAL | 464.71 | 707.34 |
| CREDIT |  | -21.63 |

PROPERTY:   2007 CHEV A15 VAN 364WPH  
VIN#: 3GCDA15D67S625179

RETURN THIS NOTICE WITH PAYMENT

CIRCUIT CITY STORES INC  
GELCO CORPORATION  
238 HARBISON BLVD  
COLUMBIA   SC   29212-2232

PAY THIS AMOUNT         $685.71  
AMOUNT DUE   IN 06/2008

| | | | | |
|---|---|---|---|---|
| **COUNTY OF LEXINGTON, SOUTH CAROLINA** | | | FORM NO. LTC 100 A | |
| | | | REV. 3/03 | |

ORIGINAL 05/12/08    VISIT LEXINGTON COUNTY'S WEB SITE AT 'www.lex-co.com'
BILL NUMBER: 2008-095110-002    Tax Year: 2008    WHEN PAID, TAXES CURRENT THRU 06/2009
ORIGINAL ASSMNT:    870    ADJUSTED ASSMNT:    1,520    DISTRICT: 5AFD

```
                                                    LEVIES       TAXES
PROPERTY: 2007 CHEV A15 VAN 363WPH      COUNTY      109.71       166.74
          VIN#: 3GCDA15D57S625769       SCHOOL      252.50       383.80
                                        MUNI        102.50       155.80
RETURN THIS NOTICE WITH PAYMENT         TAG FEE                    1.00
                                        TOTAL       464.71       707.34
                                        CREDIT                   -21.63


CIRCUIT CITY STORES INC
GELCO CORPORATION                       PAY THIS AMOUNT         $685.71
238 HARBISON BLVD                       AMOUNT DUE   IN 06/2008
COLUMBIA    SC    29212-2232
```

TAX EXECUTION NOTICE
Upon receipt of this notice you are hereby notified your property is subject to seizure and sale for delinquent taxes.

---

**COUNTY OF LEXINGTON, SOUTH CAROLINA**    FORM NO. LTC 100 A    REV. 3/03

ORIGINAL 05/12/08    VISIT LEXINGTON COUNTY'S WEB SITE AT 'www.lex-co.com'
BILL NUMBER: 2008-095110-002    Tax Year: 2008    WHEN PAID, TAXES CURRENT THRU 06/2009
ORIGINAL ASSMNT:    870    ADJUSTED ASSMNT:    1,520    DISTRICT: 5AFD

```
                                                    LEVIES       TAXES
PROPERTY: 2007 CHEV A15 VAN 363WPH      COUNTY      109.71       166.74
          VIN#: 3GCDA15D57S625769       SCHOOL      252.50       383.80
                                        MUNI        102.50       155.80
RETURN THIS NOTICE WITH PAYMENT         TAG FEE                    1.00
                                        TOTAL       464.71       707.34
                                        CREDIT                   -21.63


CIRCUIT CITY STORES INC
GELCO CORPORATION                       PAY THIS AMOUNT         $685.71
238 HARBISON BLVD                       AMOUNT DUE   IN 06/2008
COLUMBIA    SC    29212-2232
```

TAX EXECUTION NOTICE
Upon receipt of this notice you are hereby notified your property is subject to seizure and sale for delinquent taxes.

---

**COUNTY OF LEXINGTON, SOUTH CAROLINA**    FORM NO. LTC 100 A    REV. 3/03

ORIGINAL 05/12/08    VISIT LEXINGTON COUNTY'S WEB SITE AT 'www.lex-co.com'
BILL NUMBER: 2008-095110-002    Tax Year: 2008    WHEN PAID, TAXES CURRENT THRU 06/2009
ORIGINAL ASSMNT:    870    ADJUSTED ASSMNT:    1,520    DISTRICT: 5AFD

```
                                                    LEVIES       TAXES
PROPERTY: 2007 CHEV A15 VAN 363WPH      COUNTY      109.71       166.74
          VIN#: 3GCDA15D57S625769       SCHOOL      252.50       383.80
                                        MUNI        102.50       155.80
RETURN THIS NOTICE WITH PAYMENT         TAG FEE                    1.00
                                        TOTAL       464.71       707.34
                                        CREDIT                   -21.63


CIRCUIT CITY STORES INC
GELCO CORPORATION                       PAY THIS AMOUNT         $685.71
238 HARBISON BLVD                       AMOUNT DUE   IN 06/2008
COLUMBIA    SC    29212-2232
```