Gregg M. Galardi, Esq.            Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.           Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &   MCGUIREWOODS LLP
FLOM, LLP                         One James Center
One Rodney Square                 901 E. Cary Street
PO Box 636                        Richmond, Virginia 23219
Wilmington, Delaware 19899-0636   (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
In re:                        : Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    : Case No. 08-35653
et al.,                       :
                              :
            Debtors.          : Jointly Administered
- - - - - - - - - - - - - - x
```

**NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON
MAY 28, 2009 AT 10:00 A.M. (EASTERN)**

        Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
May 28, 2009 beginning at 10:00 a.m. Eastern.

**I.   ADVERSARY PROCEEDING**

1.   Defendant's Motion to Dismiss or, in the Alternative,
     For a More Definitive Statement (Docket No. 15) (<u>In re
     Marlon Mondragon v. Circuit City Stores, Inc.</u>,
     Adversary No. 09-3073 (KRH))

     Related
     Documents:

     a.   Amended Class Action Adversary Proceeding
          Complaint (Docket No. 2) (In re Marlon Mondragon
          v. Circuit City Stores, Inc., Adversary No. 09-
          3073 (KRH))

     b.   Opening Brief in Support of Defendant's Motion to
          Dismiss or, in the Alternative, for a More
          Definitive Statement (Docket No. 16)

     c.   Compendium of Unreported Decisions in Support of
          Defendant's Motion to Dismiss or, in the
          Alternative, for a More Definitive Statement
          (Docket No. 17)

     d.   Notice of Motion and Hearing (Docket No. 18)

     Response
     Deadline:        May 15, 2009 at 4:00 p.m., extended for
                      the Debtors until May 27, 2009.

     Responses
     Filed:

     a.   Plaintiff's Opposition to Defendant's Motion to
          Dismiss, or in the Alternative for a More
          Definitive Statement (Docket No. 20)

     b.   Reply Brief In Support Of Defendant's Motion To
          Dismiss Or, In The Alternative, For A More
          Definite Statement (Docket No. TBD)

     Status:          The parties have submitted an amended
                      scheduling order adjourning this matter
                      until June 23, 2009 at 2:00 p.m.

**II.   RESOLVED/WITHDRAWN MATTERS**

2.   Motion of the Osceola County Tax Collector in the State
     of Florida for Payment of Administrative Expense Claim
     and Notice of Hearing (Docket No. 3004)

     Objection
     Deadline:          May 11, 2009 at 10:00 a.m., extended for
                        the Debtors until May 26, 2009 at 4:00
                        p.m.

     Objections/
     Responses
     Filed:             None at the time of filing this agenda

     Status:            This matter has been withdrawn.

3.   Motion of the Tax Collector in and For the Polk County,
     Florida Political Subdivision for Payment of
     Administrative Expense Claim and Notice of Hearing
     (Docket No. 3240)

     Objection
     Deadline:          May 26, 2009 at 10:00 a.m.

     Objections/
     Responses
     Filed:             None at the time of filing this agenda

     Status:            This matter has been withdrawn.

**III.  CONTINUED/ADJOURNED MATTERS**

4.   Motion for Order Under 11 U.S.C. Sections 105, 362 and
     541 and Fed. R. Bankr. P. 3001 and 3002 Establishing
     Notice, Hearing, and Sell-Down Procedures for Trading
     in Equity Securities and Claims Against the Debtors'
     Estates (Docket No. 20)

     Related
     Documents:

     a.   Interim Order Under 11 U.S.C. 105, 362 And 541 And
          Fed. R. Bankr. P. 3001 And 3002 Establishing
          Notice, Hearing, And Sell-Down Procedures For
          Trading In Equity Securities And Claims Against

The Debtors Estates And Setting Hearing (Docket
No. 135)

Objection
Deadline:        November 22, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Informal Response of the Securities Exchange
      Commission

b.    Informal Response of the Official Committee of
      Unsecured Creditors

Status:          The informal response of the SEC has
                 been resolved.  This matter has been
                 adjourned to June 9, 2009 at 10:00 a.m.

5.    Debtors' Motion for Order Approving Stipulation by and
      among the Debtors and International Business Machines
      Corporation Pursuant to Bankruptcy Code Sections 105
      and 363 and Bankruptcy Rule 9019 (Docket No. 1419)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1420)

      b.    Motion for an Order Setting an Expedited Hearing
            (Docket No. 1421)

      c.    Order Setting an Expedited Hearing (Docket No.
            1709)

      d.    Consent Motion of the Debtors for Entry of
            Stipulation, Agreement and Order by and Among the
            Debtors and International Business Machines
            Corporation for Rejection of Certain Executory
            Contracts and Related Relief (Docket No. 3292)

      Objection
      Deadline:        January 16, 2009 at 10:00 a.m.

```
Objections/
Responses
Filed:            Informal Response of the Official
                  Committee of Unsecured Creditors

Status:           This matter has been adjourned to June
                  9, 2009 at 10:00 a.m.
```

6.   Motion of Motorola Inc. for Allowance and Payment of
     Administrative Expense Claim Pursuant to 11 U.S.C.
     Section 503(b)(9) (Docket No. 1128)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 1135)

     b.   Amended Notice of Motion and Hearing (Docket No.
          1242)

     c.   Exhibits to Motion of Motorola Inc. for Allowance
          and Payment of Administrative Expense Claim
          Pursuant to 11 U.S.C. Section 503(b)(9) (Docket
          Nos. 1288, 1289, 1290, 1291, 1292, 1293)

```
     Objection
     Deadline:         February 6, 2009 at 4:00 p.m., extended
                       for the Debtors until June 16, 2009 at
                       4:00 p.m.

     Objections/
     Responses
     Filed:            None at the time of filing this agenda

     Status:           This matter has been adjourned to June
                       23, 2009 at 2:00 p.m.
```

7.   Motion of General Instrument Corporation Doing Business
     as the Home & Networks Mobility Business of Motorola
     Inc. for Allowance and Payment of Administrative
     Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9)
     (Docket No. 1134)

     Related
     Documents:

a.    Notice of Motion and Hearing (Docket No. 1136)

b.    Amended Notice of Motion and Hearing (Docket No. 1243)

c.    Notice of Filing Exhibit to Motion (Docket Nos. 1281, 1282, 1283, 1284, 1285, 1286, 1287)

Objection
Deadline:        February 6, 2009 at 4:00 p.m., extended for the Debtors until June 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to June 23, 2009 at 2:00 p.m.

8.   Motion of Federal Warranty Services Corporation, Sureway, Inc., American Bankers Insurance Company of Florida, and United Service Protection, Inc. To Compel Assumption Or Rejection Of Agreements Between The Assurant Companies And Circuit City Stores, Inc., Or In The Alternative Motion For Relief From Stay To Terminate Agreements, And Memorandum In Support (Docket Nos. 1794 and 1813)

Related
Documents:

a.    Notice of Motion and Hearing (Docket Nos. 1796 and 1816)

Objection
Deadline:        February 11, 2009 at 4:00 p.m., extended for the Debtors until May 6, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           Informal response of the Debtors

Status:          This matter has been adjourned to June
                 9, 2009 at 10:00 a.m.

9.    Motion for Approval of Administrative Rent Claim, by
      Congressional North Associates Limited Partnership
      (Docket No. 1884)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 1886)

      Objection
      Deadline:        April 23, 2009 at 4:00 p.m., extended
                       for the Debtors until June 16, 2009 at
                       4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been adjourned to June
                       23, 2009 at 2:00 p.m.

10.   Debtors' Motion for Orders Under Bankruptcy Code
      Sections 105, 363, and 365 (I) Approving Bidding and
      Auction Procedures for Sale of Unexpired Nonresidential
      Real Property Leases, (II) Setting Sale Hearing Dates
      and (III) Authorizing and Approving (A) Sale of Certain
      Unexpired Nonresidential Real Property Leases Free and
      Clear of All Interests, (B) Assumption and Assignment
      of Certain Unexpired Nonresidential Real Property
      Leases and (C) Lease Rejection Procedures (Docket No.
      1946)

      Related
      Documents:

      a.   Notice of Hearing (Docket No. 1947)

      b.   Order under Bankruptcy Code Sections 105, 363, and
           265 (I) Approving Bidding and Auction Procedures
           for Sale of Unexpired Nonresidential Real Property
           Leases, (II) Setting Sale Hearing Dates and (III)
           Authorizing and Approving (A) Sale of Certain

Unexpired Nonresidential Real Property Leases Free and Clear of All Interests, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases and (C) Lease Rejection Procedures (Docket No. 2242)

c.   Notice of February Lease Bid Deadline, Auction Date and Related Objection Deadline and Sale Hearing Date (Docket No. 2245)

d.   Supplemental Order Under Bankruptcy Code Sections 105, 363, and 365 Approving Amended Bid Deadline in Connection with Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases (Docket No. 2346)

e.   Notice of Amended March Bid Deadline – New Deadline: March 3, 2009 at 4:00 p.m. (Eastern) (Docket No. 2351)

f.   Notice of Bids Received (Docket No. 2403)

g.   Cure Schedule (Docket No. 2407)

h.   Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2408)

i.   Notice of Rejection of Unexpired Lease and Abandonment of Personal Property (Docket No. 2409)

j.   Notice of Rejection of Unexpired Lease and Abandonment of Personal Property (Docket No. 2410)

k.   Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2412)

l.   Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2419)

m.   Supplemental Notice of Bids Received (Docket No. 2420)

n.   Supplemental Cure Schedule (Docket No. 2421)

o.   Notice of Rejection of Unexpired Leases and

Abandonment of Personal Property (Docket No. 2434)

p.    Notice of Rejection of Unexpired Leases and
      Abandonment of Personal Property (Docket No. 2463)

q.    Notice of Rejection of Unexpired Leases and
      Abandonment of Personal Property (Docket No. 2503)

r.    Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3697) (Docket No. 2580)

s.    Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3692) (Docket No. 2581)

t.    Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3670) (Docket No. 2582)

u.    Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3669) (Docket No. 2583)

v.    Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #859) (Docket No. 2584)

w.    Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3690) (Docket No. 2585)

x.    Order Authorizing Debtors to Terminate Unexpired
      Lease of Non-Residential Real Property (Store
      #785) (Docket No. 2586)

y.    Notice of Rejection of Unexpired Lease and
      Abandonment of Personal Property (Docket No. 2592)

z.    Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3561) (Docket No. 2607)

aa.   Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real

Property (Store #3663) (Docket No. 2609)

ab.    Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #3679) (Docket No. 2611)

ac.    Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #3207) (Docket No. 2612)

ad.    Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #854) (Docket No. 2613)

ae.    Order Authorizing Debtors to Terminate Unexpired
Lease of Non-Residential Real Property (Store
#3682A) (Docket No. 2614)

af.    Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #4305) (Docket No. 2651)

ag.    Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #852) (Docket No. 2691)

ah.    Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #3203) (Docket No. 2696)

ai.    Order Authorizing Debtors to Terminate Unexpired
Lease of Non-Residential Real Property (Store
#3150) (Docket No. 2731)

aj.    Order Authorizing Debtors to Terminate Unexpired
Lease of Non-Residential Real Property (Store
#3699) (Docket No. 2741)

ak.    Order Authorizing Debtors to Terminate Unexpired
Lease of Non-Residential Real Property (Store
#3343) (Docket No. 2838)

Objection
Deadline:              March 12, 2009 at 5:00 p.m.

Objections/
Responses
Filed:

a.    Objection of 444 Connecticut Avenue, LLC to
      Assumption and Assignment of Lease, and Cure
      Amounts Associated Therewith (Docket No. 2480)

      Status:   This objection has been adjourned to
                June 23, 2009 at 2:00 p.m.

b.    Objection of Sea Properties I, LLC's to (I)
      Debtors' Failure to Follow Bidding Procedures and
      (II) Cure Amount Proposed by Debtors (Docket No.
      2541)

      Status:   This objection is has been adjourned to
                June 23, 2009 at 2:00 p.m.

c.    Objection of Gateway Center Properties III, LLC to
      SMR Gateway III, LLC as Tenants in Common, to
      Debtors' Proposed Cure Amount (Docket No. 2542)

      Status:   This objection has been adjourned to
                June 23, 2009 at 2:00 p.m.

d.    Objection of Whitestone Development Partners, L.P.
      to Debtors' Proposed Cure Amount (Docket No. 2543)

      Status:   This objection has been adjourned to
                June 23, 2009 at 2:00 p.m.

e.    Objection of Union Square Retail Trust to Debtors'
      Proposed Cure Amount (Docket No. 2544)

      Status:   This objection has been adjourned to
                June 23, 2009 at 2:00 p.m.

General
Status:       This matter has been adjourned as and to
              the extent set forth above.

11.  Motion of DirecTV, Inc. for Relief from the Automatic
     Stay to Effect Setoff and Memorandum of Points and
     Authorities in Support Thereof (Docket No. 2082)

Objection
Deadline:        February 26, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Objection to Motion of DirecTV, Inc. for
      Relief from the Automatic Stay to Effect Setoff
      and Memorandum of Points and Authorities in
      Support Thereof (Docket No. 2331)

Status:          This matter has been adjourned to June
                 9, 2009 at 10:00 a.m.

12.   Motion of the AT&T Entities for Entry of an Order: (A)
      Allowing and Compelling the Payment of Administrative
      Expense Claim to AT&T; and (B) Compelling Assumption or
      Rejection of Equipment Lease, or in the Alternative,
      Lifting the Automatic Stay to Permit Termination of the
      Equipment Lease and Repossession of Equipment (Docket
      No. 2298)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 2299)

      b.    Consent Order Rejecting Equipment Lease with AT&T
            Capital Services, Inc. and Sterling Commerce, Inc.
            (Docket No. 3216)

      Objection
      Deadline:        March 23, 2009 at 4:00 p.m., extended
                       for the Debtors to a date to be
                       determined.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          A Consent Order has been entered
                       rejecting AT&T's Equipment Lease
                       effective March 31, 2009. Any remaining
                       unresolved issues, including the payment

of April rent, are adjourned to June 9, 2009 at 10:00 a.m.

13.  Administrative Claim Request of Goodmill, LLC, Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(a) and (b) (Docket No. 2429)

Objection
Deadline:          March 23, 2009 at 4:00 p.m., extended for the Debtors until June 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to June 23, 2009 at 2:00 p.m.

14.  Administrative Claim Request of Goldenberg Management, Inc., as Agent for Red Rose Commons Associates, L.P., Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(a) and (b) (Docket No. 2430)

Objection
Deadline:          March 23, 2009 at 4:00 p.m., extended for the Debtors until June 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to June 23, 2009 at 2:00 p.m.

15.  Administrative Claim Request of PREIT Services, LLC, as Agent for PR Christiana, LLC, Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(a) and (b) (Docket No. 2432)

Objection
Deadline:          March 23, 2009 at 4:00 p.m., extended for the Debtors until June 16, 2009 at 4:00 p.m.

```
Objections/
Responses
Filed:              None at the time of filing this agenda

Status:             This matter has been adjourned to June
                    23, 2009 at 2:00 p.m.
```

16.   Administrative Claim Request of PREIT Services, LLC, as
      Agent for PRGL Paxton Limited Partnership, Pursuant to
      11 U.S.C. Sections 365(d)(3) and 503(a) and (b) (Docket
      No. 2433)

```
      Objection
      Deadline:           March 23, 2009 at 4:00 p.m., extended
                          for the Debtors until June 16, 2009 at
                          4:00 p.m.

      Objections/
      Responses
      Filed:              None at the time of filing this agenda

      Status:             This matter has been adjourned to June
                          23, 2009 at 2:00 p.m.
```

17.   Administrative Claim Request of Goldenberg Management,
      Inc. as Agent for Boulevard North Associates, L.P.,
      Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(a) and
      (b) (Docket No. 2448)

```
      Objection
      Deadline:           March 23, 2009 at 4:00 p.m., extended
                          for the Debtors until June 16, 2009 at
                          4:00 p.m.

      Objections/
      Responses
      Filed:              None at the time of filing this agenda

      Status:             This matter has been adjourned to June
                          23, 2009 at 2:00 p.m.
```

18.   Administrative Claim Request of Park Side Realty, L.P.,
      Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(a) and
      (b) (Docket No. 2449)

Objection
Deadline:           March 23, 2009 at 4:00 p.m., extended
                    for the Debtors until June 16, 2009 at
                    4:00 p.m.

Objections/
Responses
Filed:              None at the time of filing this agenda

Status:             This matter has been adjourned to June
                    23, 2009 at 2:00 p.m.

19.  Administrative Claim Request of Marple XYZ Associates,
     Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(a) and
     (b) (Docket No. 2450)

Objection
Deadline:           March 23, 2009 at 4:00 p.m., extended
                    for the Debtors until June 16, 2009 at
                    4:00 p.m.

Objections/
Responses
Filed:              None at the time of filing this agenda

Status:             This matter has been adjourned to June
                    23, 2009 at 2:00 p.m.

20.  Motion for Relief from Automatic Stay, by Kina Thompson
     (Docket No. 2605)

Objection
Deadline:           April 7, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.   Debtors' Response and Objection to Kina Thompson's
     Motion for Relief from Automatic Stay (Docket No.
     2944)

Status:             This matter has been adjourned to June
                    23, 2009 at 2:00 p.m. The Debtors are in
                    discussions with the movant to withdraw

the motion.

21.  Motion for Relief from Automatic Stay, by William Gower
     (Docket No. 2608)

     Objection
     Deadline:      April 7, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Debtors' Response and Objection to William R.
          Gower's Motion for Relief from Automatic Stay
          (Docket No. 2945)

     Status:        This matter has been adjourned to June
                    23, 2009 at 2:00 p.m. The Debtors are in
                    discussions with the movant to withdraw
                    the motion.

22.  Motion of Sennheiser Electronic Corp. for Entry of an
     Order (i) Recognizing Sennheiser's Claim as Timely
     Filed, or Permitting the Filing of a Proof of Claim
     After the Bar Date and (ii) Allowing an Administrative
     Expense Pursuant to Section 503(b)(9) of The Bankruptcy
     Code (Docket No. 2722)

     Related
     Documents:

     a.   Corrected Motion of Sennheiser Electronic Corp.
          (Docket No. 2723)

     b.   Notice of Motion and Hearing (Docket No. 2724)

     Objection
     Deadline:      April 7, 2009 at 4:00 p.m., extended for
                    the Debtors until June 16, 2009 at 4:00
                    p.m.

     Objections/
     Responses
     Filed:         None at the time of filing this agenda

Status:         This matter has been adjourned to June
                23, 2009 at 2:00 p.m.

23.   Motion of Southpeak Interactive, LLC for Payment of
      Administrative Expense Claim and Notice of Hearing
      (Docket No. 2758)

      Objection
      Deadline:       April 7, 2009 at 4:00 p.m., extended for
                      the Debtors until May 26, 2009 at 4:00
                      p.m.

      Objections/
      Responses
      Filed:          None at the time of filing this agenda

      Status:         This matter has been adjourned to June
                      9, 2009 at 10:00 a.m.

24.   Motion of CC Kingsport 98, LLC for Order Compelling
      Immediate Payment of Accrued Rent Pursuant to 11 U.S.C.
      Section 365(d)(3) or Allowing Administrative Claims
      Pursuant to 11 U.S.C. Section 503(b) (Docket No. 2886)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 2887)

      Objection
      Deadline:       May 6, 2009 at 4:00 p.m., extended for
                      the Debtors until June 16, 2009 at 4:00
                      p.m.

      Objections/
      Responses
      Filed:          None at the time of filing this agenda

      Status:         This matter has been adjourned to June
                      23, 2009 at 2:00 p.m.

25.   Motion of Cardinal Capital Partners, Inc. and 680 S.
      Lemon Ave. Co. for Order Compelling Immediate Payment
      of Accrued Rent Pursuant to 11 U.S.C. Section 365(d)(3)
      or Allowing Administrative Claims Pursuant to 11 U.S.C.

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 2889)

Objection
Deadline:         May 6, 2009 at 4:00 p.m., extended for
                  the Debtors until June 16, 2009 at 4:00
                  p.m.

Objections/
Responses
Filed:            None at the time of filing this agenda

Status:           This matter has been adjourned to June
                  23, 2009 at 2:00 p.m.

26.   Motion of Circuit Investors #2 Ltd. for Order
      Compelling Immediate Payment of Accrued Rent Pursuant
      to 11 U.S.C. Section 365(d)(3) or Allowing
      Administrative Claims Pursuant to 11 U.S.C. Section
      503(b) (Docket No. 2890)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2891)

      Objection
      Deadline:         May 6, 2009 at 4:00 p.m., extended for
                        the Debtors until June 16, 2009 at 4:00
                        p.m.

      Objections/
      Responses
      Filed:            None at the time of filing this agenda

      Status:           This matter has been adjourned to June
                        23, 2009 at 2:00 p.m.

27.   Motion of Brandywine Grande C, LP for Order Compelling
      Immediate Payment of Accrued Rent Pursuant to 11 U.S.C.
      Section 365(d)(3) or Allowing Administrative Claims

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 2893)

Objection
Deadline:          May 6, 2009 at 4:00 p.m., extended for
                   the Debtors until June 16, 2009 at 4:00
                   p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to June
                   23, 2009 at 2:00 p.m.

28.   Motion for an Order Allowing and Compelling Payment of
      Administrative Expenses and Post-Petition Lease
      Obligations, by RLV Village Plaza, LP (Docket No. 2951)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2952)

      Objection
      Deadline:          April 21, 2009 at 5:00 p.m., extended
                         for the Debtors until June 16, 2009 at
                         4:00 p.m.

      Objections/
      Responses
      Filed:             None at the time of filing this agenda

      Status:            This matter has been adjourned to June
                         23, 2009 at 2:00 p.m.

29.   Motion for an Order Allowing and Compelling Payment of
      Administrative Expense Claim and Post-Petition Lease
      Obligations, by Geenen DeKock Properties, LLC (Docket
      No. 2953)

      Related

Documents:

a.   Notice of Motion and Hearing (Docket No. 2954)

Objection
Deadline:        April 21, 2009 at 5:00 p.m., extended
                 for the Debtors until June 16, 2009 at
                 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to June
                 23, 2009 at 2:00 p.m.

30.   Motion of Lea Company for Payment of Administrative
      Expense Claim (Docket No. 2955)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2956)

      Objection
      Deadline:        April 21, 2009 at 5:00 p.m., extended
                       for the Debtors until June 16, 2009 at
                       4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been adjourned to June
                       23, 2009 at 2:00 p.m.

31.   Motion of Crossways Financial Associates, LLC for
      Payment of Administrative Expense Claim (Docket No.
      2958)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2959)

    Objection
    Deadline:          April 21, 2009 at 5:00 p.m., extended
                       for the Debtors until June 16, 2009 at
                       4:00 p.m.

    Objections/
    Responses
    Filed:             None at the time of filing this agenda

    Status:            This matter has been adjourned to June
                       23, 2009 at 2:00 p.m.

32.  Motion to Allow Proof of Claim to be Deemed Timely
     Filed, by Vertis, Inc. (Docket No. 2989)

    Related
    Documents:

    a.   Notice of Motion and Hearing (Docket No. 2990)

    Objection
    Deadline:          April 24, 2009 at 4:00 p.m., extended
                       for the Debtors until June 2, 2009 at
                       4:00 p.m.

    Objections/
    Responses
    Filed:             None at the time of filing this agenda

    Status:            This matter has been adjourned to June
                       9, 2009 at 10:00 a.m.

33.  Motion of Site A, LLC for Payment of Administrative
     Expense Claim (Docket No. 3052)

    Related
    Documents:

    a.   Notice of Motion and Hearing (Docket No. 3053)

    Objection
    Deadline:          May 21, 2009 at 5:00 p.m., extended for
                       the Debtors until June 16, 2009 at 4:00
                       p.m.

Objections/
Responses
Filed:              None at the time of filing this agenda

Status:             This matter has been adjourned to June
                    23, 2009 at 2:00 p.m.

34.   Application of Schottenstein Property Group, Inc. for
      an Order Allowing Administrative Claim Relating to
      Post-Petition Charges under Lease for Store #3196
      (Beavercreek, Ohio) (Docket No. 3223)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 3284)

      Objection
      Deadline:         May 21, 2009 at 5:00 p.m., extended for
                        the Debtors until June 16, 2009 at 4:00
                        p.m.

      Objections/
      Responses
      Filed:            None at the time of filing this agenda

      Status:           This matter has been adjourned to June
                        23, 2009 at 2:00 p.m.

35.   Motion for Entry of an Order Granting Allowance of and
      Compelling Payment of Administrative Expense Claim, by
      Bond-Circuit IV Delaware Business Trust (Docket No.
      3229)

      Objection
      Deadline:         May 25, 2009 at 5:00 p.m., extended for
                        the Debtors until June 16, 2009 at 4:00
                        p.m.

      Objections/
      Responses
      Filed:            None at the time of filing this agenda

      Status:           This matter has been adjourned to June
                        23, 2009 at 2:00 p.m.

36.   Motion for Entry of an Order Granting Allowance of and
      Compelling Payment of Administrative Expense Claim, by
      CC Hamburg NY Partners, LLC (Docket No. 3230)

      Objection
      Deadline:           May 25, 2009 at 5:00 p.m., extended for
                          the Debtors until June 16, 2009 at 4:00
                          p.m.

      Objections/
      Responses
      Filed:              None at the time of filing this agenda

      Status:             This matter has been adjourned to June
                          23, 2009 at 2:00 p.m.

37.   Amended Motion for Approval of Administrative Rent
      Claim, by Congressional North Associates Limited
      Partnership (Docket No. 3233)

      Objection
      Deadline:           May 26, 2009 at 4:00 p.m., extended for
                          the Debtors until June 16, 2009 at 4:00
                          p.m.

      Objections/
      Responses
      Filed:              None at the time of filing this agenda

      Status:             This matter has been adjourned to June
                          23, 2009 at 2:00 p.m.

38.   Motion of Ronus Meyerland Plaza, L.P. and Johnson City
      Crossing, L.P. for Allowance and Payment of Certain
      Administrative Claims Pursuant to 11 U.S.C. Section
      503(b)(1) and 11 U.S.C. Section 365(d)(3) (Docket Nos.
      3238, 3239)

      Objection
      Deadline:           May 20, 2009 at 4:00 p.m., extended for
                          the Debtors until June 16, 2009 at 4:00
                          p.m.

      Objections/

Responses
Filed:            None at the time of filing this agenda

Status:           This matter has been adjourned to June
                  23, 2009 at 2:00 p.m.

39.   Administrative Claim Request of Sir Barton, LLC
      Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(a) and
      (b) (Docket No. 3267)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 3268)

      Objection
      Deadline:         May 19, 2009 at 4:00 p.m., extended for
                        the Debtors until June 16, 2009 at 4:00
                        p.m.

      Objections/
      Responses
      Filed:            None at the time of filing this agenda

      Status:           This matter has been adjourned to June
                        23, 2009 at 2:00 p.m.

40.   Motion of CC Grand Junction Investors 1998, L.L.C. for
      Payment of Administrative Expense Claim (Docket No.
      3273)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 3274)

      Objection
      Deadline:         May 21, 2009 at 5:00 p.m., extended for
                        the Debtors until June 16, 2009 at 4:00
                        p.m.

      Objections/
      Responses
      Filed:            None at the time of filing this agenda

Status:          This matter has been adjourned to June
                 23, 2009 at 2:00 p.m.

41.   Motion of CC Springs, L.L.C. for Payment of
      Administrative Expense Claim (Docket No. 3275)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 3276)

      Objection
      Deadline:        May 21, 2009 at 5:00 p.m., extended for
                       the Debtors until June 16, 2009 at 4:00
                       p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been adjourned to June
                       23, 2009 at 2:00 p.m.

42.   Application of Infogain Corporation for Allowance and
      Payment of Administrative Expense Priority Claim
      (Docket No. 3286)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 3287)

      Objection
      Deadline:        May 21, 2009 at 5:00 p.m., extended for
                       the Debtors until June 16, 2009 at 4:00
                       p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been adjourned to June
                       23, 2009 at 2:00 p.m.

43.   Motion of Howland Commons Partnership for Allowance and

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 3296)

Objection
Deadline:          May 26, 2009 at 4:00 p.m., extended for
                   the Debtors until June 16, 2009 at 4:00
                   p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to June
                   23, 2009 at 2:00 p.m.

44.   Motion of Huntington Mall Company for Allowance and
      Payment of Administrative Expenses (Docket No. 3298)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 3299)

      Objection
      Deadline:          May 26, 2009 at 4:00 p.m., extended for
                         the Debtors until June 16, 2009 at 4:00
                         p.m.

      Objections/
      Responses
      Filed:             None at the time of filing this agenda

      Status:            This matter has been adjourned to June
                         23, 2009 at 2:00 p.m.

45.   Motion of The Cafaro Northwest Partnership, dba South
      Hill Mall for Allowance and Payment of Administrative
      Expenses (Docket No. 3301)

      Related
      Documents:

a.    Notice of Motion and Hearing (Docket No. 3302)

Objection
Deadline:        May 26, 2009 at 4:00 p.m., extended for
                 the Debtors until June 16, 2009 at 4:00
                 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to June
                 23, 2009 at 2:00 p.m.

46.   Motion of Kentucky Oaks Mall Company for Allowance and
      Payment of Administrative Expenses (Docket No. 3304)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 3305)

Objection
Deadline:        May 26, 2009 at 4:00 p.m., extended for
                 the Debtors until June 16, 2009 at 4:00
                 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to June
                 23, 2009 at 2:00 p.m.

IV.   **UNCONTESTED MATTERS**

47.   Debtors' Motion for Order Approving Stipulation By and
      Among the Debtors and TomTom, Inc. Pursuant to
      Bankruptcy Code Section 105 and Bankruptcy Rule 9019
      (Docket No. 3290)

Related
Documents:

a.    Motion of TomTom, Inc. for an Order Under Sections

105, 362, and 363 Modifying the Automatic Stay to
Permit the Exercise of Setoff and/or Recoupment
Rights Against the Debtors, and Notice of Motion
(Docket No. 1052)

b.    Stipulation Partially Resolving Motion of TomTom,
Inc. for an Order Under Sections 105, 362, and 363
Modifying the Automatic Stay to Permit the
Exercise of Setoff and/or Recoupment Rights
Against the Debtors and Establishing a Briefing
and Trial Schedule for Remaining Issues (Docket
No. 3079)

c.    Notice of Motion and Hearing (Docket No. 3291)

Objection
Deadline:      May 20, 2009 at 4:00 p.m.

Objections/
Responses
Filed:         None at the time of filing this agenda

Status:        This matter is going forward.

48.  Debtors' Sixth Omnibus Motion for Order Pursuant to
Bankruptcy Code Sections 105(a) and 365(a) and
Bankruptcy Rule 6006 Authorizing Rejection of Certain
Executory Contracts (Docket No. 3371)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 3372)

Objection
Deadline:      May 26, 2009 at 4:00 p.m.

Objections/
Responses
Filed:         None at the time of filing this agenda

Status:        This matter is going forward.

**V.    CONTESTED MATTERS**

49.   Motion for Allowance of the Late Filed Administrative
      Expense Claim of Export Development Canada (Docket No.
      2960)

      Objection
      Deadline:        April 21, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.   Debtors' Preliminary Objection To Motion For
           Allowance Of The Late Filed Administrative Expense
           Claim Of Export Development Canada (Docket No.
           3131)

      b.   Reply to Debtors' Preliminary Objection to Motion
           for Allowance of the Late Filed Administrative
           Expense Claim (Docket No. 3152)

      c.   Debtors' Amended Preliminary Objection To Motion
           For Allowance Of The Late Filed Administrative
           Expense Claim Of Export Development Canada (Docket
           No. 3154)

      Status:          The Debtors will request that this
                       matter be adjourned further to July 23,
                       2009 at 11:00 a.m. and that the Court
                       maintain the moratorium on discovery
                       until the adjourned hearing date.

50.   Debtors' Fourth Omnibus Objection to Certain
      Duplicative Claims (Docket No. 3096)

      Objection
      Deadline:        May 20, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.   Response of ION Audio, LLC to Debtors' Fourth
           Omnibus Objection to Certain Duplicative Claims

(Docket No. 3380)

Status:    The status hearing will go forward.  The
           hearing on the response is adjourned to
           July 23, 2009 at 11:00 a.m.

b.    Mitsubishi Digital Electronics America, Inc.'s
      Response to Debtors' Fourth Omnibus Objection to
      Certain Duplicative Claims (Docket No. 3384)

      Status:    The status hearing will go forward.  The
                 hearing on the response is adjourned to
                 July 23, 2009 at 11:00 a.m.

c.    Response of Onkyo USA Corporation to Debtors'
      Fourth Omnibus Objection to Certain Duplicative
      Claims (Docket No. 3389)

      Status:    The status hearing will go forward.  The
                 hearing on the response is adjourned to
                 July 23, 2009 at 11:00 a.m.

d.    Informal response of Bethesda Softworks LLC

      Status:    This response is adjourned until June
                 23, 2009 at 2:00 p.m.

General
Status:         The status hearing will go forward.

Dated: May 27, 2009          SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia       FLOM, LLP
                             Gregg M. Galardi, Esq.
                             Ian S. Fredericks, Esq.
                             P.O. Box 636
                             Wilmington, Delaware 19899-0636
                             (302) 651-3000

                                 - and -

                             SKADDEN, ARPS, SLATE, MEAGHER &
                                FLOM, LLP
                             Chris L. Dickerson, Esq.
                             333 West Wacker Drive
                             Chicago, Illinois 60606

(312) 407-0700

- and –

MCGUIREWOODS LLP


___/S/_Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors
in Possession

\9173482.1