Hearing Date: June 23, 2009
at 2:00 p.m.

Objection Deadline: June 16, 2009

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: | Case No. 08-35653-KRH |
| **CIRCUIT CITY STORES, INC., et al.,** | Chapter 11 (Jointly administered) |
| Debtors, | |
| SITE A, LLC, A COLORADO LIMITED LIABILITY COMPANY, | |
| Movant, | |
| v. | |
| **CIRCUIT CITY STORES, INC., et al.,** | |
| Respondent. | |

## NOTICE OF AMENDED MOTION AND HEARING

PLEASE TAKE NOTICE THAT Site A, LLC, a Colorado limited liability company, has filed with the Court an Amended Motion of Site A, LLC for Payment of Administrative Expense Claim (the "Motion"). A copy of the Motion has been filed with the Court and forwarded to you.

_Your rights may be affected._ You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). Under Local Bankruptcy Rule 4001-(a)-1, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief

Ann K. Crenshaw, Esq. (VSB No. 19538)
Paul K. Campsen, Esq. (VSB No. 18133)
Kaufman & Canoles, a professional corporation
2101 Parks Avenue, Suite 700
Virginia Beach, VA 23451
Tele: (757) 491-4000
Fax: (757) 491-4020
_Counsel for Site A, LLC, a Colorado limited liability company,
successor in interest to JP Thornton, LLC, a Colorado limited liability company_

David J. Dansky, Esq.
Chambers Dansky & Mulvahill, LLC
1601 Blake Street #500
Denver, Colorado 80202
Tele: (303) 825-2222
Fax: (303) 825-4010

without further notice or hearing unless you take the following steps:

1. File with the Court, at the address shown below, a written objection. If you mail your response to the Court for filing, you must mail it early enough so the court will **receive** it on or before **June 16, 2009 at 5:00 p.m.**

> William C. Redden, Clerk
> United States Bankruptcy Court
> 701 E. Broad Street, Suite 4000
> Richmond, VA 23219

You must also deliver a copy to all parties on the Certificate of Service below and to:

> Counsel for Circuit City Stores, Inc.
> Douglas M. Foley, Esq.
> McGuireWoods LLP
> 9000 World Trade Center
> 101 W. Main St.
> Norfolk, VA 23510
>
> Counsel for Official Committee of Unsecured Creditors
> Brad R. Godshall, Esq.
> Pachulski Stang Ziehl & Jones, LLP
> 10100 Santa Monica Blvd., 11th Floor
> Los Angeles, CA 90067-4100
>
> Counsel for Official Committee of Unsecured Creditors
> Lynn L. Tavenner, Esquire
> Tavenner & Beran, PLC
> 20 North Eighth Street, 2nd Floor
> Richmond, VA  23219
>
> Counsel for Site A, LLC, a Colorado limited liability company
> Paul K. Campsen, Esq.
> Ann K. Crenshaw, Esq.
> Kaufman & Canoles
> 150 W. Main Street, Suite 2100
> Norfolk, VA 23510

2. Attend the hearing scheduled for **June 23, 2009 at 2:00 p.m.** before the Honorable Kevin R. Huennekens, U.S. Bankruptcy Court, Room 5000, United States Courthouse, 701 E. Broad Street, Richmond, Virginia 23219.

If you or your attorneys do not take these steps, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.

Dated: May 28, 2009.

SITE A, LLC, a Colorado
limited liability company

By:   /s/ Ann K. Crenshaw

Ann K. Crenshaw, Esq. (VSB No. 19538)
Paul K Campsen, Esq. (VSB No. 18133)
Kaufman & Canoles, a professional corporation
2101 Parks Avenue, Suite 700
Virginia Beach, VA 23451
Tele: (757) 491-4000
*Counsel for Site A, LLC, a Colorado limited liability company, successor in interest to JP Thornton, LLC, a Colorado limited liability company*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Motion and Hearing was sent on this 28th day of May, 2009, to all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system.

/s/ Ann K. Crenshaw

::ODMA\PCDOCS\DOCSVB\8325773\1