# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

_____Richmond_____ Division

**In re** Circuit City Stores, Inc.    **Case No.** 08-35653-KRH

**Debtor(s)**    **Chapter** 11

**Plaintiff(s)**    **AP No.** *[If applicable]*

**v.**

**Defendant(s)**

## ORDER STRIKING PLEADING

A _____Response_____, having been filed by TMT Development Company, Inc, on _____04/27/2009_____, and proponent having failed to timely cure the deficiencies as set forth in the

Notice of Filing Deficiency pursuant to the provisions of LBR 5005-1

it is, therefore

**ORDERED** that the above pleading(s) is/are stricken from the record in the above-referenced case or adversary proceeding.

WILLIAM C. REDDEN
Clerk of Court

Date: May 26, 2009    By /s/ S. French
Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET May 26, 2009

[ostrkpldg ver. 8/2007]

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1                 Date Rcvd: May 26, 2009
Case: 08-35653                Form ID: pdforder          Total Served: 3

The following entities were served by first class mail on May 28, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
             +TMT Development Company, Inc,   805 SW Broadway,   Suite 2020,   Portland, OR 97205-3360
8578535      +Tarrant County,   Linebarger Goggan Blair & Sampson LLP,   ELizabeth Weller,
               2323 Bryan Street, Suite 1600,   Dallas, TX 75201-2637

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 28, 2009**          **Signature:** _Joseph Speetjens_