Gregg M. Galardi, Esq.               Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.              Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &      MCGUIREWOODS LLP
FLOM, LLP                            One James Center
One Rodney Square                    901 E. Cary Street
PO Box 636                           Richmond, Virginia 23219
Wilmington, Delaware 19899-0636      (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         :    Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :    Case No. 08-35653 (KRH)
et al.,                        :
                               :
            Debtors.           :    Jointly Administered
- - - - - - - - - - - - - - - x
```

**DEBTORS' MOTION FOR ORDER SHORTENING NOTICE PERIOD AND
LIMITING NOTICE OF DEBTORS' MOTION FOR ORDER PURSUANT TO
BANKRUPTCY CODE SECTIONS 105, 363 AND 365 (A) AUTHORIZING
DEBTORS TO ENTER INTO AGREEMENT IN CONNECTION WITH SALE AND
ASSIGNMENT OF UNEXPIRED LEASE AND SUBLEASE OF NONRESIDENTIAL
REAL PROPERTY, SUBJECT TO HIGHER OR OTHERWISE BETTER BIDS,
(B) APPROVING TERMINATION FEE IN CONNECTION THEREWITH,
(C) APPROVING SALE OF LEASE AND SUBLEASE FREE AND CLEAR OF
ALL INTERESTS, AND (D) GRANTING RELATED RELIEF**

The debtors and debtors in possession in the

above-captioned jointly administered cases (collectively,

the "Debtors")[1] hereby move this Court (the "Motion to

Shorten Notice") for an order under section 102 of the title

11 of the United States Code (the "Bankruptcy Code") and

Rules 2002, 9006 and 9007 of the Federal Rules of Bankruptcy

Procedures (the "Bankruptcy Rules") approving shortened and

limited notice for Debtors' Motion For Order Pursuant To

Bankruptcy Code Sections 105, 363 And 365 (A) Authorizing

Debtors To Enter Into Agreement In Connection With Sale And

Assignment Of Unexpired Lease And Sublease Of Nonresidential

Real Property, Subject To Higher Or Otherwise Better Bids,

(B) Approving Termination Fee In Connection Therewith,

(C) Approving Sale Of Lease And Sublease Free And Clear Of

All Interests, And (D) Granting Related Relief (the "Lease

Sale Motion") In support of the Motion to Shorten Notice,

the Debtors respectfully represent as follows:

---

[1]    The Debtors and the last four digits of their respective taxpayer
   identification numbers are as follows: Circuit City Stores, Inc.
   (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc.
   (0875), Ventoux International, Inc. (1838), Circuit City Purchasing
   Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company
   of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer
   Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659),
   Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, INC.
   (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC
   (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC
   (5512).  The address for Circuit City Stores West Coast, Inc. is 9250
   Sheridan Boulevard, Westminster, Colorado 80031.  For all other
   Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

**JURISDICTION AND VENUE**

1.    This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and this Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409.

2.    The statutory predicates for the relief requested herein are Bankruptcy Code section 102 and Bankruptcy Rules 2002, 9006 and 9007.

**BACKGROUND**

**A.    The Bankruptcy Cases**

3.    On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

4.    The Debtors continue to manage and operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

5.    On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").  To date, no trustee or examiner has been appointed in these chapter 11 cases.

6.    On January 16, 2009, the Court authorized the Debtors, among other things, to conduct going out of business sales at the Debtors' remaining 567 stores pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.  As of on or about March 8, 2009, the going out of business sales concluded.

**B.    The Lease Procedures Order**

7.    On February 19, 2009, the Court approved procedures for the sale or rejection of the Debtors' real property leases for the Debtors remaining retail stores and certain other locations (D.I. 2242, the "Lease Procedures Order").  The Lease Procedures Order authorized the Debtors to solicit bids and conduct auctions with respect to the Debtors' real property leases.  The Lease Procedures Order further provided procedures whereby the Debtors may reject those real property leases for which the Debtors do not receive bids or that the Debtors otherwise wish to reject by providing seven-days written notice to the landlord (the "Rejection Notice"), without further hearing.

8.    On March 30, 2009, the Court approved modifications to the Lease Procedures Order (D.I. 2855, the "Modified Lease Procedures Order"), granting the Debtors additional time to market the certain of the Debtors' leases, including the Leases that are the subject of this Motion, beyond the March 31, 2009 automatic rejection date established in the Lease Procedures Order.  The Modified Lease Procedures Order also authorizes the Debtors to establish new bid deadlines and auction dates for these same leases.

**C.    The Leases.**

9.    Circuit City Stores, Inc. ("Tenant"), as successor to Service Merchandise Company, Inc., is party to a ground lease dated September 19, 1986 with Simon Property Group (Illinois) LP ("Landlord"), as successor to C.Y.A., Inc., for the premises (the "Premises") located at 340 West Army Trail Road in Bloomingdale, Minnesota (the "Lease").

10.    Circuit City Stores, Inc. subleases the Premises to Dollar Tree Stores, Inc. ("Sublessee") pursuant to a sublease dated January, 2004 (the "Sublease," together, with the Lease, the "Leases").

**RELIEF REQUESTED**

11.   By this Motion to Shorten Notice, the

Debtors request entry of an order shortening the notice

period and limiting notice of the Lease Sale Motion so that

it can be heard, considered and ruled upon by the Court at a

hearing on June 3, 2009.

**BASIS FOR RELIEF**

12.   Concurrently herewith, the Debtors filed the

Lease Sale Motion.

13.   The Debtors two-hundred ten (210) day

deadline under section 365(d)(4) to assume or reject the

Leases expires on June 8, 2009.  As set forth in the Lease

Sale Motion, the Debtors are requesting to sell certain

Leases, which will result in additional value to the estate.

Accordingly, the Debtors are requesting an expedited hearing

be held on June 3, 2009 on the Lease Sale Motion.

14.   Moreover, the Debtors propose to provide

notice of the 9019 Motion to (i) the Office of the United

States Trustee for the Eastern District of Virginia; (ii)

counsel to the agent for the DIP Lenders; (iii) counsel to

Creditors' Committee; (iv) parties who have requested notice

pursuant to Bankruptcy Rule 2002; and (v) the Core Group (as

defined in the Case Management Order entered on November 13,

2008 at Docket No. 130).  The Debtors submit that, under the

circumstances, no other or further notice need be given and

in light of the circumstances, such notice is reasonably

calculated to provide timely and adequate notice to the

Debtors' major creditor constituencies and those parties

most interested in these cases.

### WAIVER OF MEMORANDUM OF LAW

15.  Pursuant to Local Bankruptcy Rule 9013-1(G),

and because there are no novel issues of law presented in

the Motion to Shorten Notice and all applicable authority is

set forth in the Motion to Shorten Notice, the Debtors

request that the requirement that all motions be accompanied

by a separate memorandum of law be waived.

### NO PRIOR REQUEST

16.  No previous request for the relief sought

herein has been made to this Court or any other court.

### CONCLUSION

WHEREFORE, the Debtors respectfully request that

the Court (i) enter an Order, substantially in the form

annexed hereto, granting the relief requested

herein, and (ii) such other and further relief as may be

just and proper.

Dated: May 28, 2009
      Richmond, Virginia    SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

                  - and -

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

                  - and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors
in Possession

**[Proposed Order]**

Gregg M. Galardi, Esq.                    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                   Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &           MCGUIREWOODS LLP
FLOM, LLP                                 One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

                - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

                 IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
                          RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                         :    Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :    Case No. 08-35653 (KRH)
et al.,                        :
                               :
            Debtors.           :    Jointly Administered
- - - - - - - - - - - - - - - x

**ORDER GRANTING DEBTORS' MOTION FOR ORDER SHORTENING NOTICE
PERIOD AND LIMITING NOTICE OF DEBTORS' MOTION FOR ORDER
PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 363 AND 365
(A) AUTHORIZING DEBTORS TO ENTER INTO AGREEMENT IN
CONNECTION WITH SALE AND ASSIGNMENT OF UNEXPIRED LEASE AND
SUBLEASE OF NONRESIDENTIAL REAL PROPERTY, SUBJECT TO HIGHER
OR OTHERWISE BETTER BIDS, (B) APPROVING TERMINATION FEE IN
CONNECTION THEREWITH, (C) APPROVING SALE OF LEASE AND
SUBLEASE FREE AND CLEAR OF ALL INTERESTS, AND (D) GRANTING
RELATED RELIEF**

Upon consideration of the Debtors' Motion for Order

Shortening Notice Period and Limiting Notice (the "Motion")

of Debtors' Motion For Order Pursuant To Bankruptcy Code

Sections 105, 363 And 365 (A) Authorizing Debtors To Enter

Into Agreement In Connection With Sale And Assignment Of

Unexpired Lease And Sublease Of Nonresidential Real Property,

Subject To Higher Or Otherwise Better Bids, (B) Approving

Termination Fee In Connection Therewith, (C) Approving Sale

Of Lease And Sublease Free And Clear Of All Interests, And

(D) Granting Related Relief (the "Lease Sale Motion"); and

the Court having reviewed the Motion; and the Court having

determined that the relief requested in the Motion is in the

best interests of the Debtors, their estates, their

creditors, and other parties in interest; and it appearing

that proper and adequate notice of the Motion has been given

and that no other or further notice is necessary; and upon

the record herein; and after due deliberation thereon; and

good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.    The Motion is GRANTED.

2.    Notice of the Lease Sale Motion is shortened so

that it may be heard, considered and ruled upon by the Court

at a hearing on June 3, 2009 at 2:00 p.m.

3.    Notice of the Lease Sale Motion is limited to the

parties as set forth in the Motion.

4.    This Court will retain jurisdiction with respect

to any dispute concerning the relief granted hereunder.

Dated:  Richmond, Virginia
_____, 2009


_____
UNITED STATES BANKRUPTCY JUDGE



WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center

901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley

\9151866.1