IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.  Case No. 08-35653-KRH |
| | ) | |
| CIRCUIT CITY STORES, INC., et al. | ) | CHAPTER 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| on behalf of Its agency the U.S. Department | ) | |
| of Commerce, National Telecommunications | ) | |
| Information Administration, | ) | Contested Matter |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | |
| | ) | |
| Respondent. | ) | |

## DECLARATION OF ANITA L. WALLGREN

I, Anita L. Wallgren, pursuant to 28 U.S.C. § 1746 declare as follows:

1.    I am the Director of the Digital-to-Analog Converter Box Program ("Coupon Program") of the National Telecommunications and Information Administration ("NTIA") of the United States Department of Commerce ("Department"), and the Contracting Officer's Technical Representative ("COTR") for Contract No. DG1335-07-CQ-0054, the contract between the Department and International Business Machines ("IBM"), for services in support of the Coupon Program.  I make this declaration based on personal knowledge and on information acquired in the course of my duties.

2.    The Coupon Program was created under the Digital Television Transition and Public Safety Act of 2005 ("Act"), Title III of Deficit Reduction Act of 2005, Public Law 109-

171, 120 Stat. 4 (2006). The Act requires television broadcasters to terminate transmission of analog transmissions, and convert exclusively to digital broadcast transmission. The Act, as amended, established a deadline by which the conversion to digital transmission was to be completed. Currently, that date is June 12, 2009. *See* Pub. L. No. 111-4, 123 Stat. 112 (February 11, 2009).

3.    In the Act, Congress provided for the Coupon Program to assist consumers in purchasing converter boxes, which would operate to convert digital signals for use with the consumers' current analog-capable television sets not hooked up to cable, satellite, or other pay TV service. The converter boxes would permit consumers who receive television programming by means of the free, over-the-airwaves broadcasts to continue to receive usable television broadcast signals after the conversion of full power television stations exclusively to digital signals.

4.    Specifically, Section 3005 of the Act directs NTIA to implement and administer the Coupon Program through which eligible U.S. households may obtain a maximum of two coupons of $40.00 each to be applied towards the purchase of Coupon-Eligible Converter Boxes ("CECB"). *See* Act, § 3005 (47 U.S.C. § 309 Note). Coupons are used by consumers like gift cards. The cards, however, are restricted to a one-time use and may be used only to purchase CECBs (not televisions or other consumer electronics equipment.) With their coupons, consumers receive a list of CECB brand and model numbers as well as a list of participating retailers. Retailers set the CECB purchase price; consumers shop at their retailer of choice and pay any amount over $40 by any means permitted by the retailer (e.g., cash, check, debit or credit card.)

5.    Retailer participation in the Coupon Program–specifically the requirements with which participating retailers are required to comply–are set forth in the implementing regulations contained in Part 301 (47 C.F.R.) ("Final Rule"), *see* copy attached as Exhibit 1, together with the applicable Retailer Agreement, and any addendums thereto.[1]

6.    To help implement certain aspects of the Coupon Program, NTIA contracted with IBM.  IBM's subcontractor, Corporate Lodging Consultants, Inc. ("CLC"), is responsible for administering retailer certification, management and redemptions.  Under Section 1.3.3 of IBM's Performance Work Statement incorporated into the NTIA/IBM contract, all retailers interested in participating in the Coupon Program would be required to execute a standard Retailer Agreement, a true and correct copy of the Draft Retailer Agreement proposed by IBM and CLC to NTIA is attached as Exhibit 2.  Every Retailer Agreement obtained by CLC from retailers participating in the Coupon Program was obtained on behalf, and for the benefit of NTIA.

7.    Among the services provided by IBM under the contract was the implementation of the Settlement Verification and Reconciliation System ("Settlement System") in response to NTIA's requirement.  The Settlement System, among other things, reviews and confirms that an initial payment request from a certified retailer under the Coupon Program is valid, requests payment from the federal government to the retailer, and maintains a list of the attempted and confirmed coupon transactions by each retailer, as well as a listing of all issued coupons and their status.

8.    Based on information provided by IBM and CLC to NTIA, Circuit City became a participating retailer in the Coupon Program under the terms of the Final Rule, together with its

---

[1]The Final Rule also sets forth the basic framework for the Coupon Program and provides guidance for consumers, television converter box manufacturers, and retailers regarding eligibility, responsibilities, and certifications. *See* Exhibit 1 attached.

Retailer Agreement dated December 10, 2007. *See* copy attached to Declaration of Kyle Rogg as Exhibit 3.

9.    Under the terms of the Final Rule and the Retailer Agreement, Circuit City acknowledged that: (1) NTIA administers the Coupon Program in accordance with the Final Rule, and that the Final Rule sets forth the terms of retailer certification; (2) Circuit City desired to participate as an approved retailer under the Coupon Program, and entered the Agreement with NTIA's contractor team member, CLC, for that purpose; and (3) the Agreement described the obligations of Circuit City to participate in the Coupon Program. *See* Exhibit 3 attached to Declaration Kyle Rogg.

11.    Under the Retailer Agreement, Circuit City agreed to present coupons for redemption using the "Sales Detail Reporting" redemption method (one of six redemption options offered to retailers) using the Visa Network through a "card swipe" that was supported by CLC as Service Provider. *Id.* ¶ 3(2). The redemption information to be provided by Circuit City was to track each serialized coupon by number with a corresponding converter box purchase. *Id.* ¶ 1(4). Reimbursement for a redeemed coupon was made directly by the U.S. Treasury. *Id.,* ¶ 3(4). Circuit City agreed that the Government could audit its converter box sales at any time during the term of the agreement, *id.* ¶ 1(3), that it would perform its duties in accord with the NTIA Final Rule, *id.* ¶¶ 1(8) and 2(6), and that Circuit City would indemnify and hold harmless the Government and its officers, agents, employees and contractors from any liability arising in connection with Circuit City's negligence, wrongful acts or omissions. *Id.* ¶ 4.

12.    CLC reported to NTIA that Circuit City had electronically executed a Return Addendum to the Retailer Agreement, which provided that Circuit City "may choose to allow consumers to return Coupon Eligible Converter Boxes." It further provided that if such boxes

were returned (and not exchanged for another converter box), Circuit City was required to

"[r]eport all [such returns] . . . to the Coupon Program." Circuit City agreed that the amount

paid to it under the Coupon Program for such returned boxes–called a "Returned CECB

Settlement"–would be "credited against [other] Coupon Program payments" from the

government. Circuit City agreed to "[r]eport all Returned CECB Settlements at least monthly

using one of the Coupon Program approved reporting methods." *See* Exhibit 4 attached to the

Rogg Declaration, ¶ 2(4). CLC was required under the Addendum to "[f]acilitate credit to the

U.S. Treasury of any Returned CECB Settlement." *Id.*

13.    CLC reported to NTIA that from the start of Circuit City's participation in the

Coupon Program and through the date of its petition under Chapter 11 of the Bankruptcy Code

on November 10, 2008, Circuit City failed to timely report any Returned CECB Settlement to

NTIA. CLC further reported to NTIA that as of March 17, 2009, Circuit City had received

coupon reimbursements totaling $44,162,801.00 from the U.S. Treasury under the terms of the

Retailer Agreement for the Coupon Program. As reported by Circuit City through CLC, since

the beginning of its participation in the Coupon Program and through its petition date

(November 10, 2008), there have been approximately $287,000.00 in Returned CECB

Settlements for which a refund is owed to the U.S. Treasury under the Retailer Agreement as

amended by the Returns Addendum. In addition, Circuit City reported through CLC to NTIA

Returned CECB Settlements subsequent to its filing its petition in bankruptcy of $60,879.80

through January 17, 2009, of which a credit of $13,159.80 has been taken by the U. S. Treasury.

Thus, through January 17, 2009, Circuit City has reported a total of $334,720.00 in refunds due

to the United States for Returned CECB Settlements. Consequently, on February 23, 2009,

NTIA placed an administrative hold, and from February 24 through March 4, 2009, it

sequestered a total of $334,720.00 in payments due to Circuit City in post-petition coupon

reimbursement claims in order to recoup the refunds it is owed by Circuit City for the Returned

CECB Settlements.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _20th_ day of May, 2009.

Anita L. Wallgren
Director, Digital-to-Analog Converter Box Program
NTIA, United States Department of Commerce

–6–



47 C.F.R. § 301.1                                                                                           Page 1

**C**

**Effective: May 16, 2007**

Code of Federal Regulations Currentness
    Title 47. Telecommunication
        Chapter III. National Telecommunications and Information Administration, Department of Commerce
            Part 301. Digital-to-Analog Converter Box Coupon Program (Refs & Annos)

    ➡ **§ 301.1 Program Purposes.**

Pursuant to section 3005 of the Act, (The Deficit Reduction Act of 2005), the purpose of the Digital-to-Analog Converter Box Coupon Program is to provide $40 coupons that can be applied towards the purchase price of eligible digital-to-analog converter boxes. After February 17, 2009, the Federal Communications Commission will require that all full-power television stations in the United States broadcast using digital television technology. Consumers who wish to continue to receive local broadcast television programming over-the-air using analog televisions not connected to cable or satellite service may wish to purchase digital-to-analog converter boxes in order to do so.

47 C. F. R. § 301.1, 47 CFR § 301.1

SOURCE: 72 FR 12116, March 15, 2007; 72 FR 18400, April 12, 2007, unless otherwise noted.

AUTHORITY: Title III of the Deficit Reduction Act of 2005, Pub.L. No. 109-171, 120 Stat. 4, 21 (Feb. 8, 2006) (the "Act").

Current through March 6, 2009; 74 FR 9949

(C) 2009 Thomson Reuters
END OF DOCUMENT

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

Exhibit 1

Westlaw.

47 C.F.R. § 301.2                                                                                       Page 1

**C**

**Effective: October 20, 2008**

Code of Federal Regulations Currentness
  Title 47. Telecommunication
    Chapter III. National Telecommunications and
    Information Administration, Department of
    Commerce
      Part 301. Digital-to-Analog Converter Box
      Coupon Program (Refs & Annos)

  ➡ **§ 301.2 Definitions.**

Act means Title III of the Deficit Reduction Act of 2005,
Pub.L. No. 109-171, 120 Stat. 4, 21 (Feb. 8, 2006).

Agency means the National Telecommunications and
Information Administration of the United States
Department of Commerce or its contractor.

Assisted living facility means a public facility, proprietary
facility, or facility of a private nonprofit corporation that:
is licensed by the State and makes available to residents
supportive services to assist the residents in carrying out
activities of daily living, such as bathing, dressing, eating,
getting in and out of bed or chairs, walking, going
outdoors, using the toilet, laundry, home management,
preparing meals, shopping for personal items, obtaining
and taking medication, managing money, using the
telephone, or performing light or heavy housework, and
which may make available to residents home health care
services, such as nursing and therapy; and provides
separate dwelling units for residents, each of which may

contain a full kitchen and bathroom, and which includes
common rooms and other facilities appropriate for the
provision of supportive services to the residents of the
facility.

Certified Retailer means a seller of Coupon-Eligible
Converter Boxes directly to consumers that has met the
requirements for certification and has been identified by
NTIA as certified to redeem coupons.

Contingent Funds means those funds referenced in Section
3005 (c)(3) of the Act.

Coupon means a voucher provided by the Agency to
Eligible Households which only may be used to purchase
a Coupon-Eligible Converter Box from a Certified
Retailer.

Coupon-Eligible Converter Box (CECB) means a
stand-alone device that does not contain features or
functions except those necessary to enable a consumer to
convert any channel broadcast in the digital television
service into a format that the consumer can display on a
television receiver designed to receive and display signals
only in the analog television service. CECBs may also
include remote control devices. CECBs must have the
features required by, and meet the technical performance
specifications listed in Technical Appendix 1.

Department means the United States Department of
Commerce.

Eligible Household means those Households in the United
States and its territories that make a valid request for a
coupon pursuant to Rule 301.3 within the time period

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

47 C.F.R. § 301.2                                                                                   Page 2

specified by NTIA, but no later than March 31, 2009.

FCC means the Federal Communications Commission.

State includes each of the fifty states, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, and the Northern Mariana Islands.

Household consists of all persons who currently occupy a house, apartment, mobile home, group of rooms, or single room that is occupied as separate living quarters and has a separate U.S. Postal address. A household does not mean a Post Office Box.

Intermediate care facility means a proprietary facility or facility of a private nonprofit corporation or association licensed by the State for the accommodation of persons who, because of incapacitating infirmities, require minimum but continuous care but are not in need of continuous medical or nursing services.

Nursing Home means a public facility, proprietary facility or facility of a private nonprofit corporation or association, licensed by the State for the accommodation of convalescents or other persons who are not acutely ill and not in need of hospital care but who require skilled nursing care and related medical services, in which such nursing care and medical services are prescribed by, or are performed under the general direction of, persons licensed to provide such care or services in accordance with the laws of the State where the facility is located.

Nursing Home Resident means an individual who lives on a permanent basis at a Nursing Home, Intermediate Care Facility, or Assisted Living Facility. A Nursing Home Resident does not have a permanent address that is

separate from the Nursing Home, Intermediate Care Facility, or the Assisted Living Facility.

[73 FR 54333, Sept. 19, 2008]

47 C. F. R. § 301.2, 47 CFR § 301.2

SOURCE: 72 FR 12116, March 15, 2007; 72 FR 18400, April 12, 2007, unless otherwise noted.

AUTHORITY: Title III of the Deficit Reduction Act of 2005, Pub.L. No. 109-171, 120 Stat. 4, 21 (Feb. 8, 2006) (the "Act").

Current through March 6, 2009; 74 FR 9949

(C) 2009 Thomson Reuters
END OF DOCUMENT

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

**Effective: October 20, 2008**

Code of Federal Regulations Currentness
   Title 47. Telecommunication
     Chapter III. National Telecommunications and Information Administration, Department of Commerce
       Part 301. Digital-to-Analog Converter Box Coupon Program (Refs & Annos)

➡ **§ 301.3 Household Eligibility and Application Process.**

(a) To apply for and receive a coupon, an Eligible Household must:

   (1) provide the name of the person submitting the request

   (2) A Post Office Box will not be considered a valid mailing address unless the applicant supplies information to identify the physical location of the household, as required.

   (3) indicate the number of coupons requested, but no more than two coupons.

(b) As of January 1, 2008, requests for coupons may be submitted by mail, telephone or the Internet on forms provided by the Agency.

(c) Requests for coupons must be submitted to the Agency no later than March 31, 2009.

(d) Once Contingent Funds are available for the Coupon Program, only over-the-air households will be eligible. During the period in which Contingent Funds are available, households must certify that they do not receive cable, satellite, or other pay television service.

(e) If an applicant does not meet the above eligibility requirements, the request will be denied.

[73 FR 54333, Sept. 19, 2008]

47 C. F. R. § 301.3, 47 CFR § 301.3

SOURCE: 72 FR 12116, March 15, 2007; 72 FR 18400, April 12, 2007, unless otherwise noted.

AUTHORITY: Title III of the Deficit Reduction Act of 2005, Pub.L. No. 109-171, 120 Stat. 4, 21 (Feb. 8, 2006) (the "Act").

Current through March 6, 2009; 74 FR 9949

(C) 2009 Thomson Reuters
END OF DOCUMENT

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

Westlaw.

**Effective: May 16, 2007**

Code of Federal Regulations Currentness
   Title 47. Telecommunication
      Chapter III. National Telecommunications and Information Administration, Department of Commerce
      Part 301. Digital-to-Analog Converter Box Coupon Program (Refs & Annos)

➡ **§ 301.4 Coupons.**

(a) The coupon value will be $40 or the price of the CECB, whichever is less.

(b) Each Eligible Household will be limited to a total of two coupons.

(c) Two coupons may not be used in combination toward the purchase of a single CECB.

(d) Coupons will be sent to Eligible Households via the United States Postal Service.

(e) Coupons will expire 90 days after the issuance date. Issuance date means the date upon which the coupon is placed with the United States Postal Service.

(f) Consumers may not return a CECB to a retailer for a cash refund for the coupon amount or make an exchange for another item unless it is another CECB.

(g) The coupon has no cash value. It shall be illegal to sell, duplicate or tamper with the coupon.

47 C. F. R. § 301.4, 47 CFR § 301.4

SOURCE: 72 FR 12116, March 15, 2007; 72 FR 18400, April 12, 2007, unless otherwise noted.

AUTHORITY: Title III of the Deficit Reduction Act of 2005, Pub.L. No. 109-171, 120 Stat. 4, 21 (Feb. 8, 2006) (the "Act").

Current through March 6, 2009; 74 FR 9949

(C) 2009 Thomson Reuters
END OF DOCUMENT

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

Westlaw.

C

**Effective: May 16, 2007**

Code of Federal Regulations Currentness
   Title 47. Telecommunication
     Chapter III. National Telecommunications and Information Administration, Department of Commerce
     Part 301. Digital-to-Analog Converter Box Coupon Program (Refs & Annos)

➡ **§ 301.5 Manufacturers' Technical Approval Process.**

(a) Manufacturers wishing to participate in the coupon program must submit a notice of intent to NTIA at least three months prior to submitting test results and sample models of converter boxes. Notices should be sent to DTV Converter Coupon Program, NTIA/OTIA, U.S. Department of Commerce, Room 4809, Washington, DC 20230, Fax Number 202-482-4626 and provide the name, title, address, and phone number of an individual responsible for the manufacturer's submission. The notice shall also include a brief description of the proposed converter box, including permitted as well as required features, and the date which the proposed converter box is expected to be available for testing.

(b) NTIA shall treat the notices of intent received as business confidential and proprietary information and will not release information from the notices of intent to the public unless otherwise required by law.

(c) The manufacturer will supply two production sample converter boxes to NTIA. NTIA will provide the manufacturer with mailing information in a letter of acknowledgment after NTIA receives the notice of intent.

(d) Each model proposed to be a CECB shall meet the performance specification and features set forth in Technical Appendix 1 of this Section. Each model proposed may also include "permitted" features set forth in Technical Appendix 2, but shall not include "disqualifying" features set forth therein.

(e) NTIA may issue other guidance or test-bed conditions and it is the manufacturer's responsibility to conduct tests pursuant to any guidance so provided. A manufacturer shall conduct its own tests or have a qualified independent third party conduct the tests.

(f) Reports of test conditions and test results must be clear and comprehensive so that they can be easily interpreted by NTIA and others reviewing them. The FCC may test converter boxes, if requested by NTIA.

(g) Test results shall be submitted to NTIA along with a certification of the testing supervisor as to their authenticity, completeness and accuracy based on personal knowledge.

(h) NTIA will provide prompt notice to the individual submitting test results whether the model has met technical approval and is or is not a CECB. NTIA will base its decision whether to approve each converter box upon consultation with the FCC.

(i) A list of CECBs, including make and model number,

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

47 C.F.R. § 301.5                                                                                    Page 2

will be maintained by NTIA and regularly distributed to
participating retailers for use in electronic Point-of-Sale
(POS) systems.

(j) It is the responsibility of the manufacturers to resolve
any performance or product defect issues with consumers
and retailers.

(k) NTIA shall not warrant the performance, suitability, or
usefulness of any CECB for any use.

47 C. F. R. § 301.5, 47 CFR § 301.5

SOURCE: 72 FR 12116, March 15, 2007; 72 FR 18400,
April 12, 2007, unless otherwise noted.

AUTHORITY: Title III of the Deficit Reduction Act of
2005, Pub.L. No. 109-171, 120 Stat. 4, 21 (Feb. 8, 2006)
(the "Act").

Current through March 6, 2009; 74 FR 9949

(C) 2009 Thomson Reuters
END OF DOCUMENT

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

47 C.F.R. § 301.6                                                                                                    Page 1

C

**Effective: May 16, 2007**

Code of Federal Regulations Currentness
   Title 47. Telecommunication
      Chapter III. National Telecommunications and
      Information Administration, Department of
      Commerce
         Part 301. Digital-to-Analog Converter Box
         Coupon Program (Refs & Annos)

    ➡ **§ 301.6 Retailer Participation.**

Retailer participation is voluntary. NTIA encourages
retailers to participate in the Coupon Program and to
cooperate with NTIA and its contractor in the
administration of an effective and efficient program
resulting in high customer satisfaction with a minimum of
waste, fraud and abuse.

(a) Retailer Obligations: Certified Retailers are required to
redeem valid coupons toward the purchase of CECBs, and

   (1) Must have systems in place that are capable of
   electronically processing coupons for redemption and
   payment, tracking each and every transaction, and
   generating reports that are easily auditable.

   (2) Must train employees on the purpose and
   operation of the Coupon Program. NTIA or its
   contractor will provide training material.

   (3) Will not be responsible for checking consumer or
   household eligibility but shall report to NTIA
   suspicious patterns of customer behavior.

   (4) Use commercially reasonable methods to order
   and manage inventory to meet customer demand for
   CECBs.

   (5) Must provide transaction reports based on NTIA's
   requirements. Reports must be maintained by the
   retailer for at least one year. Business confidential
   and proprietary information shall not be disclosed to
   the public unless otherwise required by law.

(b) Retailer Certification:

   (1) Retailers seeking to participate in the Coupon
   Program must apply for certification by contacting
   NTIA between June 1, 2007 and March 31, 2008.

   (2) Retailers must complete the form provided by the
   Agency which requires the retailers to self certify that
   they:

   (A) Have been engaged in the consumer electronics
   retail business for at least one year unless waived for
   good cause by NTIA. Good cause will be determined
   upon a showing by the retailer that participation
   would be in the best interest of the program. NTIA
   will issue a written determination as to whether a
   retailer has made a sufficient showing of good cause
   to waive this requirement;

   (B) Have completed a Central Contractor Registration

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

47 C.F.R. § 301.6                                                                                    Page 2

(www.ccr.gov);

(C) Have in place systems or procedures that can be easily audited as well as systems that can provide adequate data to minimize fraud and abuse in retail redemption and government payment for coupons;

(D) Agree to have coupon box sales audited at any time during the term of participation in the coupon program by the U.S. Government or an independent auditor at no expense to the retailer;

(E) Will provide NTIA electronically with redemption information and payment receipts related to coupons used in the purchase of converter boxes, specifically tracking each serialized coupon by number with a corresponding CECB purchase; and

(F) Agree only to accept coupons for, and receive payment resulting from authorized purchases made for CECBs.

(3) Retailer Certification may be revoked by NTIA if a Certified Retailer fails to comply with these regulations, with the terms of any agreement made between the Certified Retailer and NTIA, or for other actions inconsistent with the Coupon Program.

(4) NTIA will not revoke retailer certification for unintentional non-compliance or error.

(5) Retailers may contact NTIA for late application or dispute resolution for problems such as denial or revocation of certification. Such issues will be resolved on a case-by-case basis.

47 C. F. R. § 301.6, 47 CFR § 301.6

SOURCE: 72 FR 12116, March 15, 2007; 72 FR 18400, April 12, 2007, unless otherwise noted.

AUTHORITY: Title III of the Deficit Reduction Act of 2005, Pub.L. No. 109-171, 120 Stat. 4, 21 (Feb. 8, 2006) (the "Act").

Current through March 6, 2009; 74 FR 9949

(C) 2009 Thomson Reuters
END OF DOCUMENT

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

Westlaw.

47 C.F.R. § 301.7                                                                                           Page 1

**Effective: October 20, 2008**

Code of Federal Regulations Currentness
 Title 47. Telecommunication
  ⌐▣ Chapter III. National Telecommunications and
 Information Administration, Department of
 Commerce
  ⌐▣ Part 301. Digital-to-Analog Converter Box
 Coupon Program (Refs & Annos)

➡ **§ 301.7 Waiver of Household Eligibility**

(a) A resident of a Nursing Home, Intermediate Care
Facility or Assisted Living Facility may apply for a
limited waiver of the household eligibility requirement for
the Coupon Program and be eligible for one coupon.
Anyone may apply for a coupon on behalf of the Resident
including the Resident, a family member, an employee of
the Nursing Home, Intermediate Care Facility or Assisted
Living Facility.

(b) The application must be in the name of the Nursing
Home Resident and must include the resident's name, the
name of the facility and the street address. The Nursing
Home Resident must also certify that their television set is
over-the-air-reliant or whether they subscribe to satellite,
cable or other pay television service.

(c) Applications will be accepted by mail only on
pre-printed form. In the alternative, a letter will be
accepted as an application if all of the required
information for the waiver is contained therein.

(d) A Nursing Home Resident seeking a waiver is entitled
to only one coupon.

(e) Coupons for approved applications will be mailed
individually to each Nursing Home Resident, addressed
and mailed "in care of" to the Nursing Home Resident at
the address of the Nursing Home, Intermediate Care
Facility, or Assisted Living Facility.

[73 FR 54333, Sept. 19, 2008]

47 C. F. R. § 301.7, 47 CFR § 301.7

SOURCE: 72 FR 12116, March 15, 2007; 72 FR 18400,
April 12, 2007, unless otherwise noted.

AUTHORITY: Title III of the Deficit Reduction Act of
2005, Pub.L. No. 109-171, 120 Stat. 4, 21 (Feb. 8, 2006)
(the "Act").

Current through March 6, 2009; 74 FR 9949

(C) 2009 Thomson Reuters
END OF DOCUMENT

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.



47 C.F.R. Pt. 301, Tech. App. 1                                                                            Page 1

**Effective: May 16, 2007**

Code of Federal Regulations Currentness
   Title 47. Telecommunication
     ⌐▤ Chapter III. National Telecommunications and
   Information Administration, Department of Commerce
     ▤ Part 301. Digital-to-Analog Converter Box Coupon
   Program (Refs & Annos)

   ➡ **Technical Appendix 1**

NTIA Coupon-Eligible Converter Box (CECB)

Required Minimum Performance Specifications and Features

REFERENCE DOCUMENTS

ATSC A/74, Receiver Performance Guidelines, June 2004

ATSC A/53E, ATSC Digital Television Standard, Revision E
with Amendments No. 1 and No. 2, September 2006

ATSC A/65C, Program and System Information Protocol for
Terrestrial Broadcast and Cable (Revision C) With
Amendment No. 1, May 2006

Recommendation ITU-R BT.500-11, Methodology for the
subjective assessment of the quality of television pictures

ATSC A/69, PSIP Implementation Guidelines for
Broadcasters, June 2002

ELIGIBLE CONVERTER BOXES SHALL COMPLY WITH
THE FOLLOWING MINIMUM PERFORMANCE
SPECIFICATIONS AND FEATURES:

1. Decoder

Equipment shall be capable of receiving and presenting for
display program material that has been encoded in any and all
of the video formats contained in Table A3 of ATSC A/53E.
The image presented for display need not preserve the original
spatial resolution or frame rate of the transmitted video format.

2. Output Formats

Equipment shall support 4:3 center cut-out of 16:9 transmitted
image, letterbox output of 16:9 letterbox transmitted image,
and a full or partially zoomed output of unknown transmitted
image.

3. PSIP Processing

Equipment shall process and display ATSC A/65C Program
and System Information Protocol (PSIP) data to provide the
user with tuned channel and program information. See ATSC
A/69 for further guidance.

4. Tuning Range

Equipment shall be capable of receiving RF channels 2 through

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

69 inclusive.

5. RF Input

Equipment shall include a female 75 ohm F Type connector for VHF/UHF antenna input.

6. RF Output

Equipment shall include a female 75 ohm F Type connector with user-selectable channel 3 or 4 NTSC RF output.

7. Composite Output

Equipment shall include female RCA connectors for stereo left and right audio (white and red) and a female RCA connector for composite video (yellow). Output shall produce video with ITU-R BT.500-11 quality scale of Grade 4 or higher.

8. RF Dynamic Range (Sensitivity)

Equipment shall achieve a bit error rate (BER) in the transport stream of no worse than $3x10^{-6}$ for input RF signal levels directly to the tuner from -83 dBm to -5 dBm over the tuning range. Subjective video/audio assessment methodologies could be used to comply with the bit error rate requirement. [FN1]

[FN1] Subjective evaluation methodologies use the human visual and auditory systems as the primary measuring "instrument." These methods may incorporate viewing active video and audio segments to evaluate the performance as perceived by a human observer. For subjective measurement, the use of an expert viewer is recommended. The viewer shall observe the video and listen to the audio for at least 20 seconds in order to determine Threshold of Visibility (TOV) and Threshold of Audibility (TOA). Subjective evaluation of TOV should correspond with achievement of transport stream error rate not greater than a BER of $3x10^{-6}$. If there is disagreement over TOV performance evaluation, it will be resolved with a measurement of actual BER.

Test conditions are for a single RF channel input with no noise or channel impairment. Refer to ATSC A/74 Section 4.1 for further guidance. (Note the upper limit specified here is different than that in A/74 4.1).

9. Phase Noise

Equipment shall achieve a bit error rate in the transport stream of no worse than $3x10^{-6}$ for a single channel RF input signal with phase noise of -80 dBc/Hz at 20 kHz offset. The input signal level shall be - 28 dBm. Subjective video/audio assessment methodologies described above could be used to comply with the bit error rate requirement. Refer to ATSC A/74 Section 4.3 for further guidance.

10. Co-Channel Rejection

The receiver shall not exceed the thresholds indicated in Table 1 for rejection of co-channel interference at the given desired signal levels. Refer to ATSC A/74 Section 4.4.1 for further guidance.

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

**Table 1--Co-Channel Rejection Thresholds.**

| Type of Interference | Co-Channel D/U Ratio (dB) | |
| --- | --- | --- |
| | Weak Desired (-68 dBm) | Moderate Desired (-53 dBm) |
| DTV interference into DTV | +15.5 | +15.5 |
| NTSC interference into DTV | +2.5 | +2.5 |

Notes:
NTSC split 75% color bars with pluge bars and picture to sound ratio of 7 dB should be used for video source.
ATSC high definition moving video should be used for video source.
All NTSC values are peak power; all DTV values are average power.

11. First Adjacent Channel Rejection

The receiver shall not exceed the thresholds indicated in Table 2 for rejection of adjacent channel interference at the given desired signal levels. Refer to ATSC A/74 Section 4.4.2 for further guidance.

**Table 2--Adjacent Channel Rejection Thresholds**

| Type of Interference | Adjacent Channel D/U Ratio (dB) | | |
| --- | --- | --- | --- |
| | Weak Desired (-68 dBm) | Moderate Desired (-53 dBm) | Strong Desired (-28 dBm) |
| Lower DTV interference into DTV | >=-33 | -33 | -20 |

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

47 C.F.R. Pt. 301, Tech. App. 1                                                    Page 4

| | | |
|---|---|---|
| Upper DTV interference >=-33 into DTV | -33 | -20 |
| Lower NTSC interference >=-40 into DTV | -35 | -26 |
| Upper NTSC interference >=-40 into DTV | -35 | -26 |

Notes:
NTSC split 75% color bars with pluge bars and picture to sound ratio of 7 dB should be used for video source.
ATSC high definition moving video should be used for video source.
All NTSC values are peak power; all DTV values are average power.

12. Taboo Channel Rejection

The receiver shall not exceed the thresholds indicated in Table 3 for rejection of taboo channel interference at the given DTV desired and undesired signal levels. Refer to ATSC A/74 Section 4.4.3 for further guidance.

Table 3--Taboo Channel Rejection Thresholds for DTV Interference into DTV

| Channel | Taboo Channel D/U Ratio (dB) |
|---|---|

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

| | Weak Desired (-68 dBm) | Moderate Desired (-53 dBm) | Strong Desired (-28 dBm) |
|---|---|---|---|
| N+/-2 | >=-44 | -40 | -20 |
| N+/-3 | >=-48 | -40 | -20 |
| N+/-4 | >=-52 | -40 | -20 |
| N+/-5 | >=-56 | -42 | -20 |
| N+/-6 to N+/-13 | >=-57 | -45 | -20 |
| N +/-14 and N+/-15 | >=-46 | -45 | -20 |

Notes: ATSC high definition moving video should be used for video source. All DTV values are average power.

13. Burst Noise

14. Field Ensembles

Equipment shall tolerate a noise burst of at least 165 micros duration at a 10 Hz repetition rate without visible errors. The noise burst shall be generated by gating a white noise source with average power -5 dB, measured in the 6 MHZ channel under test, referenced to the average power of the DTV signal. The input DTV signal level shall be -28 dBm. Refer to ATSC A/74 Section 4.4.4 for further guidance.

Equipment shall demonstrate that it can successfully demodulate, with two or fewer errors, 30 of the 50 field ensembles available from ATSC in conjunction with ATSC A/74. Error counts are not expected to include inherent errors associated with the start and end or looping of field ensembles for playback.

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

Refer to ATSC A/74 Section 4.5.2 for further guidance.

15. Single Static Echo

Equipment shall comply with either CRITERIA A or CRITERIA B, below.

CRITERIA A:

Equipment shall tolerate a single static echo with the magnitude, relative to a desired DTV signal power of -28 dBm, and delay defined in Table 4.

CRITERIA B:

Equipment may demonstrate compliance by tolerating a single static echo with the magnitude, relative to a desired DTV signal power of -28 dBm, and delay defined in Table 5, if the equipment also demonstrates that it can receive 37 of the 50 field ensembles. See Field Ensembles requirement.

CRITERIA A:

| Table 4--Maximum Single Static Echo Delay | |
| --- | --- |
| Echo Delay | Desired to Echo Ratio |
| -50 micros | 16 dB |
| -40 micros | 12 dB |

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

47 C.F.R. Pt. 301, Tech. App. 1                                            Page 7

| | |
|---|---|
| -20 micros | 6 dB |
| -10 micros | 5 dB |
| -5 micros | 2 dB |
| 0 micros | 1 dB |
| 10 micros | 2 dB |
| 20 micros | 3 dB |
| 40 micros | 10 dB |
| 50 micros | 16 dB |

CRITERIA B:

| Table 5--Minimum Single Static Echo Delay | |
|---|---|
| Echo Delay | Desired to Echo Ratio |
| -50 micros | 16 dB |
| -40 micros | 16 dB |
| -20 micros | 7.5 dB |
| -10 micros | 5 dB |
| -5 micros | 2 dB |
| 0 micros | 1 dB |

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

| | |
|---|---|
| 10 micros | 2 dB |
| 20 micros | 3 dB |
| 40 micros | 16 dB |
| 50 micros | 16 dB |

### 16. Channel Display

Equipment must display all channels, including multicast channels, broadcast by a digital television station that can be displayed on an analog TV receiver.

### 17. Closed Captioning, Emergency Alert System (EAS) and Parental Controls (V-Chip)

Equipment must display (1) EAS message broadcast pursuant to 47 CFR § 11.11 of the FCC Rules; (2) parental control information as required by the FCC Rules in 47 CFR § 15.120 and incorporate the EIA/CEA-766-A standard; and (3) Close Captioning information as required by the FCC Rules in 47 CFR § 15.122 and incorporate the CEA 708/608 standard.

### 18. Remote Control

A remote control to operate the equipment shall be provided with batteries. Standard codes will be used and provided so the consumer can program an existing remote control to, at a minimum, change channels and turn on and off the converter box and the consumer's existing analog television receiver.

### 19. Audio Outputs

The RF output must be modulated with associated audio program information; the RCA audio connectors must provide stereo left/right, when broadcast.

### 20. Energy Standards

The equipment shall use no more than two watts of electricity in the "Sleep" state. Sleep state power shall be measured in accordance with industry standard CEA-2013-A. Eligible equipment shall provide the capability to automatically switch from the On state to the Sleep state after a period of time without user input. This capability shall be enabled at the factory as the default setting for the device. The default period of inactivity before the equipment automatically switches to the Sleep state shall be four hours. Eligible equipment may allow the current program to complete before switching to the Sleep state. The default energy related settings shall not be altered during the initial user set-up process and shall persist unless the user chooses at a later date to manually: (a) disable the "automatic switching to Sleep state" capability, or (b) adjust the default time period from 4 hours to some other value.

### 21. Owner's manual

An owner's manual shall include information regarding the remote control codes used to permit the consumer to program a universal remote control. The owner's manual will include information regarding the availability of the main audio channel and other associated audio channels on the RF and

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

left/right audio outputs.

22. LED Indicator

The equipment shall contain an LED to indicate when the unit is turned on.

23. RF Cable

The equipment will include at least one RF cable to connect the unit with its associated analog television receiver.

24. Signal Quality Indicator

The equipment will display on the television receiver signal quality indications such as signal strength per ATSC A/74, Section 4.7.

47 C. F. R. Pt. 301, Tech. App. 1, 47 CFR Pt. 301, Tech. App. 1

SOURCE: 72 FR 12116, March 15, 2007; 72 FR 18400, April 12, 2007, unless otherwise noted.

AUTHORITY: Title III of the Deficit Reduction Act of 2005, Pub.L. No. 109-171, 120 Stat. 4, 21 (Feb. 8, 2006) (the "Act").

Current through March 6, 2009; 74 FR 9949

(C) 2009 Thomson Reuters
END OF DOCUMENT

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.



**Effective: May 16, 2007**

Code of Federal Regulations Currentness
   Title 47. Telecommunication
      🔖  Chapter  III.  National  Telecommunications  and
Information Administration, Department of Commerce
         🔖 Part 301. Digital-to-Analog Converter Box Coupon
Program (Refs & Annos)

     ➡ **Technical Appendix 2--NTIA Coupon-Eligible
Converter  Box  (CECB):  Permitted  and
Disqualifying Features**

| Feature | Permitted Feature | Disqualifying Feature |
|---|---|---|
| General Requirements | | Any device or capability which provides for more than simply converting a digital over-the-air television signal (ATSC) for display on an analog television receiver (NTSC), including, but not limited to: |
| | | Integrated video display; Video or Audio recording or playback capability such as VCR, DVD, HDDVD, Blue Ray, etc. |
| Antenna Inputs | Smart Antenna interface connector (CEA 909 Smart Antenna Control Interface standard) | |

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

47 C.F.R. Pt. 301, Tech. App. 2                                                                    Page 2

|  |  |  |
|---|---|---|
|  | The manufacturer may supply a 300 ohm connector or a matching transformer to connect 300 ohm ribbon leads to the required RF antenna input |  |
| Antenna Pass-Through | Equipment may pass through a NTSC analog signal from the antenna to the TV receiver |  |
|  | By-pass switch to permit NTSC pass-through |  |
| Bundling Antenna and Converter Box | Equipment and Smart Antenna may be sold together at promotional prices | Equipment cannot be sold conditioned on the purchase of a Smart Antenna or other equipment. |
| Outputs (General) | S-Video | Digital Video Interface (DVI); |
|  |  | Component video (YPbPr); |
|  |  | High-Definition Multimedia Interface (HDMI); |
|  |  | Computer video (VGA); |
|  |  | USB IEEE-1394 (iLink or Firewire) |
|  |  | Ethernet (IEEE-802.3) |
|  |  | Wireless (IEEE0802.11) |
| Outputs (Audio) | Equipment may process associated audio services described in Section 6.6 of A/54 |  |

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

|  | RF output may provide monaural audio for the selected audio channel |
|---|---|
|  | RF output may provide BTSC stereo for the selected audio channels |
| Automatic Software Repair/Upgrade | Equipment is able to receive and process software pursuant to ATSC A-97 |
| Program Information | Equipment may contain software and hardware modifications necessary to display other program information as determined by the manufacturer |
| Remote Control | Manufacturers may include a programmable universal remote control to operate the equipment and other existing video and audio equipment |
|  | Remote control may have dedicated keys to provide direct access to closed captioning and descriptive video functions |
| Other Features | Equipment may be operated on battery power as well as external AC/DC power |
|  | Manufacturer may supply additional cables, such as a cable with 3 female RCA connectors for composite video (yellow connector) and stereo left and right audio (white and red connectors) |

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

47 C.F.R. Pt. 301, Tech. App. 2                                                    Page 4

| | Equipment may display on the television receiver additional signal quality information as determined by the manufacturer |
|---|---|
| Energy Standards | Equipment may comply with standards established by the EPA Energy Star program or state regulatory authorities |

47 C. F. R. Pt. 301, Tech. App. 2, 47 CFR Pt. 301, Tech. App. 2

SOURCE: 72 FR 12116, March 15, 2007; 72 FR 18400, April 12, 2007, unless otherwise noted.

AUTHORITY: Title III of the Deficit Reduction Act of 2005, Pub.L. No. 109-171, 120 Stat. 4, 21 (Feb. 8, 2006) (the "Act").

Current through March 6, 2009; 74 FR 9949

(C) 2009 Thomson Reuters
END OF DOCUMENT

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

AMENDMENTS TO SECS. 301.3 AND 301.4



74 FR 10686-02                                                              Page 1
74 FR 10686-02, 2009 WL 613442 (F.R.)
(Cite as: 74 FR 10686)


RULES and REGULATIONS

DEPARTMENT OF COMMERCE

National Telecommunications and Information Administration

47 CFR Part 301

[Docket Number: 090212171-9172-01]

RIN 0660-AA19

Amendments to the Digital-to-Analog Converter Box Program to Implement the DTV
Delay Act

Thursday, March 12, 2009

AGENCY: National Telecommunications and Information Administration, U.S. Department
of Commerce.


**\*10686** ACTION: Final rule.


SUMMARY: On February 11, 2009, President Obama signed into law the DTV Delay Act,
which extended the deadline for the digital conversion and the coupon application
period for the Digital-to-Analog Converter Box Program (Coupon Program) by four
months. [FN1] The DTV Delay Act also authorized the National Telecommunications and
Information Administration (NTIA) to issue replacement coupons to households whose
coupons have otherwise expired unredeemed. These changes to the Coupon Program were
conditioned upon enactment of new budget authority for the Coupon Program, which was
recently provided by the American Recovery and Reinvestment Act of 2009. [FN2] [FN1]
See DTV Delay Act, Pub. L. 111-4, 123 Stat. 112 (Feb. 11, 2009). [FN2] The American
Recovery and Reinvestment Act, Pub. L. 111-5, 123 Stat. 115 (Feb. 17, 2009).


DATES: This final rule becomes effective March 12, 2009.


FOR FURTHER INFORMATION CONTACT: Milton Brown, NTIA (202) 482-1816 or mbrown
@ntia.doc.gov.

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

74 FR 10686-02                                                                                                    Page 2
74 FR 10686-02, 2009 WL 613442 (F.R.)
(Cite as: 74 FR 10686)


SUPPLEMENTARY INFORMATION:


I. Background


 The Digital Television Transition and Public Safety Act of 2005 (the Act), among
other things, directed the Federal Communications Commission (FCC) to require
full-power television stations to cease analog broadcasting and to broadcast solely
digital transmissions after February 17, 2009. [FN3] Recognizing that consumers may
wish to continue receiving broadcast programming over the air using analog-only
televisions not connected to cable or satellite service, section 3005 of the Act
also authorized NTIA to establish and implement the Coupon Program. [FN4]
Accordingly, NTIA issued final regulations to implement the Coupon Program on March
15, 2007. [FN5]


 FN3 See Section 3002 of Title III of the Deficit Reduction Act of 2005, Pub. L.
No. 109-171, 120 Stat. 4, 21 (Feb. 8, 2006) (the Act). Section 3002(a) of the Act
previously amended Section 309(j)(14)(A) of the Communications Act of 1934 so that
analog full-power television licenses will terminate on February 17, 2009. Section
3002(b) of the Act directed the FCC to terminate analog television licenses for
full-power stations by February 18, 2009.


 FN4 Digital Television Transition and Public Safety Act § 3005, 120 Stat. at 23,
24.


 FN5 47 C.F.R. Part 301. The regulations were subsequently amended to waive the
"eligible household" application requirement for individuals living in nursing
homes, intermediate care facilities and assisted living facilities, and to permit
households that utilize post office boxes for residential mail delivery to apply for
and receive coupons. 73 Fed. Reg. 54,325 (Sep. 19, 2008).


 On February 11, 2009, President Obama signed into law the DTV Delay Act. The DTV
Delay Act, among other things, extended the date by which the Federal Communications
Commission must terminate all licenses for full-power television stations in the
analog television services from February 18, 2009 until June 13, 2009. [FN6]
Specific to the Coupon Program, subsection 3(a) of the DTV Delay Act amended
paragraph (1) of subsection 3005(c) of the Act to *10687 extend the date by which
households may apply for coupons for digital-to-analog converter boxes from March
31, 2009 until July 31, 2009.


© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

74 FR 10686-02                                                                                                  Page 3
74 FR 10686-02, 2009 WL 613442 (F.R.)
(Cite as: 74 FR 10686)

FN6 See DTV Delay Act at Subsection 2(a).


 Subsection 3(b) of the DTV Delay Act amended paragraph (1) of subsection 3005(c) of
the Act to add a new subparagraph (D) that authorizes the NTIA Assistant Secretary
to issue one replacement coupon per requesting household for each coupon previously
issued to such household that expired without being redeemed. Subsection 3(c) of the
DTV Delay Act amended paragraph (1) of subsection 3005(c) of the Act to clarify that
the Assistant Secretary's obligation to ensure the two-coupon per household maximum
was based on the number of coupons the household redeems rather than the number it
receives via the United States Postal Service.


 Subsection 3(d) of the bill provided that the amendments made by Section 3 of the
DTV Delay Act would not take effect until additional budget authority for the Coupon
Program was subsequently enacted. On February 17, 2009, President Obama signed into
law the American Recovery and Reinvestment Act of 2009, which provided that
subsequent budget authority. [FN7]


 FN7 The American Recovery and Reinvestment Act of 2009 (providing in pertinent
part, "For an amount for 'Digital-to-Analog Converter Box Program', $650,000,000,
for additional coupons and related activities under the program implemented under
section 3005 of the Digital Television Transition and Public Safety Act of 2005 . .
.").


II. Discussion


 Because of the amendments to the Coupon Program necessitated by the DTV Delay Act,
NTIA hereby revises and amends its regulations. Accordingly, 47 C.F.R. Part 301 is
amended as discussed below.


*Application Deadline*


 The DTV Delay Act revised Section 3005(c)(1)(A) of the Digital Television
Transition and Public Safety Act of 2005 to change the last day that households can
request coupons for digital-to-analog converter boxes from March 31, 2009, to July
31, 2009. Accordingly, NTIA amends its regulations at 47 C.F.R. § 301.3(c), to
reflect this change and to permit households to apply for coupons until July 31,
2009. The change in date will not ensure that funds will be available to fill all
coupon requests at that time.

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

74 FR 10686-02                                                                    Page 4
74 FR 10686-02, 2009 WL 613442 (F.R.)
(Cite as: 74 FR 10686)


*Reissuance of Coupons*


 The DTV Delay Act authorized NTIA to issue replacement coupons to households if
those households were previously issued coupons that had expired without being
redeemed. [FN8] Because the issue of replacement coupons has not previously been
addressed in the Coupon Program regulations, NTIA now adds a new section to provide
that a household may request one replacement coupon for each coupon that was issued
to such household and that expired without being redeemed. NTIA also requires that a
request for a replacement coupon otherwise be made in accordance with the Coupon
Program regulations. Thus, the application process for replacement coupons remains
the same as that for households requesting coupons for the first time.


 FN8 The specific language of Section 3(b) of the DTV Delay Act provided that
"[t]he Assistant Secretary may issue to a household, upon request by the household,
one replacement coupon for each coupon that was issued to such household and that
expired without being redeemed."


*United States Postal Service*


 The DTV Delay Act also amended Section 3005(c)(1)(A) of the Digital Television
Transition and Public Safety Act of 2005 to strike the words "receives, via the
United States Postal Service," and inserts the word "redeems" to conform to the new
authority for reissuance. Accordingly, NTIA amends 47 C.F.R. § 301.4(d) to add at
the end thereof "or by other means as determined by the Agency." This change has the
effect of providing NTIA with additional flexibility with respect to the manner with
which it distributes coupons to U.S. households. Moreover, because the regulations
linked the coupon issuance date to the date that the coupon was placed with the
United States Postal Service, NTIA must revise its regulations to reflect the change
made by the DTV Delay Act. Accordingly, 47 C.F.R. § 301.4(e) is amended to add at
the end of the second sentence of that provision "or the date upon which the Agency
otherwise forwards the coupon to the requesting household." The effect of this
change is that the coupon issuance date, for purpose of the 90-day expiration,
commences on the date that NTIA places the coupon with the United States Postal
service or otherwise forwards it to a requesting household.


*Prioritizing Coupon Distribution*


 NTIA has found it necessary in the past to place applicants from eligible
households on a waiting list until funds from expired coupons become available to
distribute more coupons. [FN9] The additional funding provided by the American

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

Recovery and Reinvestment Act of 2009 will enable NTIA to liquidate the current waiting list of approximately 4.2 million coupons in two to three weeks after the Coupon Program is able to access such funds. However, if the Coupon Program experiences a high demand, it may be necessary for NTIA to once again place applicants on a waiting list. Thus, NTIA reserves the right to prioritize the distribution of coupons to over-the-air only households in the event that a waiting list becomes necessary, or if any other circumstances arise in which NTIA deems such prioritization appropriate. This decision is based on NTIA's goal of maximizing the benefits of the Coupon Program in the transition to digital television broadcasts. [FN10] Accordingly, NTIA adds a new section to its regulations that permits NTIA to prioritize the distribution of coupons to over-the-air only households if NTIA deems it appropriate.


   FN9 See Press Release, Commerce's NTIA Announces New Coupon Applicants Will be Placed on Waiting List Due to High Demand for TV Converter Box Coupons (Jan. 5, 2009) available at http://www.ntia.doc.gov/press/2009/DTV-- WaitList--090105.pdf.


   FN10 See Rules to Implement and Administer a Coupon Program for Digital to Analog Converter Boxes, 72 Fed. Reg. 12,097, 12,098 (March 15, 2007).


Administrative Procedure Act


   As permitted by the good cause exception to the Administrative Procedures Act (APA), 5 U.S.C. § 553(b)(B), NTIA finds that it is impracticable and contrary to the public interest to provide notice and a public procedure on this final rule. Under the APA, notice and comment is impracticable when the agency cannot both follow section 553 and execute its statutory duties. The limited duration of the statutory extension of the application period provided in the DTV Delay Act requires swift action on the part of NTIA to amend its rules and implement program changes prior to the new application period's expiration. [FN11] *10688 To the extent that NTIA provided a public procedure on this final rule, it would not be able to execute the statutory duties required by the DTV Delay Act. The current regulations prohibit households from applying for coupons after March 31, 2009. A normal rulemaking process involving notice and comment to extend the application deadline to July 31, 2009, in conformance with the DTV Delay Act, could extend well beyond March 31, 2009. Likewise, NTIA must amend its existing regulations to issue replacement coupons to households that previously received coupons that expired without being redeemed. To ensure that these households receive coupons prior to the end of analog transmission, regulations must be promulgated expeditiously.


   FN11 See also DTV Delay Act, § 4(c). The DTV Delay Act required the Federal

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

74 FR 10686-02                                                                                         Page 6
74 FR 10686-02, 2009 WL 613442 (F.R.)
(Cite as: 74 FR 10686)

Communications Commission and the NTIA to expeditiously implement the provisions and
amendments made by the DTV Delay Act. Specifically, it provided that such actions
should be taken within 30 days of enactment of the DTV Delay Act. Although the DTV
Delay Act also provided that the amendments to the authority related to the Coupon
Program "shall not take effect until the enactment of additional budget authority
after the enactment of this Act," it is nevertheless clear that Congress' intent was
rapid implementation of the changes to the Coupon Program upon subsequent enactment
of the new budget authority for the program. See DTV Delay Act § 3(d). Courts have
found that where Congress has given an agency an extremely short period of time to
promulgate a rule, a determination that waiving notice and comment as impracticable
is reasonable and not arbitrary. Philadelphia Citizens ¢min Action v. Schweiker, 669
F.2d 877 (3rd Cir. 1982).


 Moreover, for the reasons above, NTIA finds good cause to waive the 30-day delay in
effectiveness required by 5 U.S.C. § 553(d) because it is impracticable and contrary
to the public interest. The limited duration of the statutory extension of the
application period provided in the DTV Delay Act requires swift action on the part
of NTIA to amend its rules and implement program changes prior to the new
application period's expiration. To the extent that NTIA provided a 30-day delay in
effectiveness for this final rule, it would not be able to execute the statutory
duties required by the DTV Delay Act. To ensure that these households receive
coupons prior to the end of analog transmission, NTIA waives the 30-day delay in
effectiveness.


Executive Order 12866


 This regulation has been determined to be economically significant for purposes of
Executive Order 12866; and therefore has been reviewed by the Office of Management
and Budget (OMB). In accordance with Executive Order 12866, an Economic Analysis was
completed, outlining the costs and benefits of implementing this rule change. The
complete analysis is available from NTIA upon request.


Congressional Review Act


 It has been determined that this final rule is major under 5 U.S.C. § 801 et seq.
NTIA finds good cause under 5 U.S.C. § 808(2) that prior notice and public comment
are impracticable and contrary to the public interest. To the extent that NTIA
provided a 60-day delay in effectiveness pursuant to the Congressional Review Act,
it would not be able to execute the statutory duties required by the DTV Delay Act
in a timely manner prior to the expiration of its extended authority. Accordingly,
this final rule shall take effect upon publication in the Federal Register.

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

74 FR 10686-02                                                                                    Page 7
74 FR 10686-02, 2009 WL 613442 (F.R.)
(Cite as: 74 FR 10686)


Regulatory Flexibility Act


 Because NTIA finds good cause under 5 U.S.C. 553 § (b)(B) to waive prior notice and
opportunity, the Regulatory Flexibility Act does not apply and therefore does not
necessitate the preparation of a regulatory flexibility analysis.


Executive Order 13132


 This rule does not contain policies having federalism implications requiring
preparation of a Federalism Summary Impact.


Paperwork Reduction Act


 This document does not contain new collection-of-information requirements subject
to the Paperwork Reduction Act (PRA). Households are subject to the same information
collection requirements that were approved by OMB Control Numbers 0660-0024,
0660-0026, and 0660-0027.


List of Subjects in 47 CFR Part 301


 Antennas, Broadcasting, Cable television, Communications, Communications equipment,
Electronic products, Telecommunications, Television.


 For the reasons stated in the preamble, the National Telecommunications and
Information Administration amends 47 CFR Part 301 as follows:


PART 301--DIGITAL-TO-ANALOG CONVERTER BOX COUPON PROGRAM


 1. The authority citation is revised to read as follows:


 Authority: Title III of the Deficit Reduction Act of 2005, Pub. L. No. 109- 171,
120 Stat. 4, 21 (Feb. 8, 2005) (47 U.S.C. § 309 note); DTV Delay Act, Pub. L. No.

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

74 FR 10686-02                                                    Page 8
74 FR 10686-02, 2009 WL 613442 (F.R.)
(Cite as: 74 FR 10686)


111-4, 123 Stat. 112 (Feb. 11, 2009); American Recovery and Reinvestment Act of
2009, Pub. L. No. 111-5, 123 Stat. 115 (Feb. 17, 2009).

## 47 CFR § 301.3

 2. Amend § 301.3 by revising paragraphs (c) and (e), and adding paragraphs (f) and
(g), to read as follows:

## 47 CFR § 301.3

§ 301.3 Household eligibility and application process.

* * * * *
 (c) Requests for coupons must be submitted to the Agency no later than July 31,
2009.

* * * * *
 (e) A household may request one replacement coupon for each coupon that was issued
to such household and that expired without being redeemed. A request for a
replacement coupon must otherwise be made in accordance with this section.

 (f) If the Agency deems it appropriate, NTIA may prioritize the distribution of
coupons to households that have certified that they do not receive cable, satellite
or other pay television service.

 (g) If an applicant does not meet the above eligibility requirements, the request
will be denied.

## 47 CFR § 301.4

 3. Amend § 301.4 by revising paragraphs (d) and (e) to read as follows:

## 47 CFR § 301.4

§ 301.4 Coupons.

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

74 FR 10686-02                                                         Page 9
74 FR 10686-02, 2009 WL 613442 (F.R.)
(Cite as: 74 FR 10686)

\* \* \* \* \*
 (d) Coupons will be sent to Eligible Households via the United States Postal
Service or by other means as determined by the Agency.

 (e) Coupons expire 90 days after the issuance date. Issuance date means the date
upon which the coupon is placed with the United States Postal Service or the date
upon which the Agency otherwise forwards the coupon to the requesting household.

\* \* \* \* \*
 Dated: March 6, 2009.

Anna M. Gomez,

Acting Assistant Secretary for Communications and Information.

[FR Doc. E9-5361 Filed 3-11-09; 8:45 am]

BILLING CODE 3510-60-S

 74 FR 10686-02, 2009 WL 613442 (F.R.)

END OF DOCUMENT

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

National Telecommunications and Information Administration (NTIA)
Solicitation No: DG1335-07-RP-0050 – August 1, 2007

IBM

## ATTACHMENT 2 TO PWS – DRAFT RETAILER AGREEMENT

 **Digital Television Transition and Public Safety**

This Agreement is made on the date hereof by and between the consumer electronics retailer listed below ("Retailer") and Corporate Lodging Consultants, Inc. ("CLC").

<u>Retailer</u>

Legal Business Name: _____

Doing Business As: _____

Corporate Address: _____

City: _____ State: _____ Zip: _____

Name of Authorized Signatory: _____

Title: _____

Contact Telephone: _____

Contact email: _____

WHEREAS, National Telecommunications and Information Administration ("NTIA") is administering the Digital-to-Analog Converter Box Coupon Program (the "Coupon Program"), as authorized in the Digital Television Transition and Public Safety Act of 2005 and in accordance with 47 CFR Part 301 (the "Final Rule");

WHEREAS, the terms of retailer participation are set forth in §301.6 of the Final Rule;

WHEREAS, CLC is providing certain services with respect to the Coupon Program;

WHEREAS, Retailer desires to voluntarily participate in the Coupon Program subject to the terms and conditions of the Final Rule and this Agreement; and

WHEREAS, it is the intention of the parties that this AGREEMENT will describe the obligations of Retailer to participate in the Coupon Program.

NOW, THEREFORE, for good and adequate consideration, the receipt and sufficiency of which being hereby acknowledged, Retailer hereby agrees as follows:

1.  <u>Retailer Representations, Warranties and Certifications</u>.

    Retailer represents, warrants and certifies to the following:

    (1)  Retailer has been engaged in the consumer electronics retail business for at least one year and has completed a Central Contractor Registration. (CCR # _____)

    (2)  Retailer has in place systems or procedures that can be easily audited as well as systems that can provide adequate data to minimize fraud and abuse in retail redemption and government payment for coupons.

- 1 -

Use or disclosure of data contained on this sheet is subject
to the restriction on the title page of this proposal.

Exhibit 2

National Telecommunications and Information Administration (NTIA)
Solicitation No: DG1335-07-RP-0050 – August 1, 2007



(3)     Retailer agrees to have converter box sales audited at any time during the term of participation in the Coupon Program by the U.S. Government or an independent auditor at no expense to Retailer.

(4)     Retailer will provide CLC electronically with redemption information and payment receipts related to coupons used in the purchase of converter boxes, specifically tracking each serialized coupon by number with a corresponding converter box purchase.

(5)     Retailer will only accept coupons and receive payment resulting from purchase made for coupon-eligible converter boxes as defined in the Final Rule.

(6)     The information submitted by Retailer on Attachment A is true and complete.

(7)     This Agreement constitutes the legal, valid, binding, and enforceable agreement, and its execution and performance of this Agreement (i) does not constitute a breach of any agreement with any party, or of any duty arising in law or equity, (ii) does not violate any law, rule or regulation applicable to it, (iii) are within the party's corporate powers, and (iv) has been authorized by all necessary corporate action of Retailer.

(8)     It will perform its obligations under this Agreement in accordance with all applicable laws, rules and regulations.

2.     Retailer Obligations.

Retailer agrees to:

(1)     Redeem valid coupons toward the purchase of coupon eligible converter boxes ("CEBC"). Retailers redemption process shall ensure that:

(a)     Two coupons may not be used in combination toward the purchase of a single CEBC.
(b)     Consumers may not return a CECB to Retailer for a cash refund for the coupon amount or make an exchange for another item unless it is another CECB.
(c)     The coupon has not cash value.  It shall be illegal to sell, duplicate or tamper with the Coupon.
(d)     Customers pay any applicable sales tax in cash.
(e)     To the extent the purchase price of a CECB is in excess of $40, Retailer shall collect the difference from the customer in cash or by check or credit card.
(f)     To the extent that the purchase price of a CECB is less than $40, Retailer shall not provide any cash or other value to the customer for the residual amount.

(2)     Have systems in place that are capable of electronically processing coupons for redemption and payment, tracking each and every transaction, and generating reports that are easily auditable.

(3)     Report to CLC any suspicious patterns of customer behavior.

(4)     Use commercially reasonable methods to order and manage inventory to meet customer demand for CECBs.

(5)     Provide transaction reports based on CLC's requirements.  Reports must be maintained by Retailer for at least one year.  Business confidential and proprietary information shall not be disclosed to the public unless otherwise required by law.

- 2 -

Use or disclosure of data contained on this sheet is subject
to the restriction on the title page of this proposal.

National Telecommunications and Information Administration (NTIA)
Solicitation No: DG1335-07-RP-0050 – August 1, 2007                                            IBM

3.     **CLC Obligations.**

    (1)     Provide Retailer with management and employee training materials.

    (2)     Provide coupon redemption authorization options available at Retailer's point of sale ('POS'). Retailer hereby selects a processing option as indicated below.

    \_\_\_\_    POS redemption authorization over MasterCard network via card swipe; Retailer provides CECB SKU or UPC with authorization request.

    \_\_\_\_    POS redemption authorization over MasterCard network via card swipe; Retailer provides CECB SKU or UPC with payment settlement request.

    \_\_\_\_    POS redemption authorization over MasterCard network via website interface; Retailer provides CECB SKU or UPC with authorization request.

    \_\_\_\_    POS redemption authorization over MasterCard network via Interactive Voice Response system; Retailer provides CECB SKU or UPC with authorization request.

    (3)     Provide access to a Retail Support Center available during normal business hours by toll free telephone, e-mail or internet access.

    (4)     Facilitate payment reimbursement for validly redeemed coupons from the U.S. Treasury within five (5) business days of redemption transaction settlement.

    (5)     Retailer acknowledges that payment shall only be for the reimbursement of validly redeemed coupons used by consumers to purchase CEBCs. Retailer is not entitled to any transaction processing or other fees with respect to its participation in the Coupon Program.

4.     **Hold Harmless.**

Retailer shall hold and save the Government, its officers, agents, employees and its contractor harmless from liability of any nature or kind, including costs and expenses to which they may be subject to or on account of any or all suits or damages of any character whatsoever resulting from injuries or damages sustained by any person or persons or property by virtue of performance of this Agreement, arising or resulting in whole or in part from the fault, negligence, wrongful act or wrongful omission of the Retailer, or any of its officers, agents and employees.

5.     **Term, Revocation and Dispute Resolution.**

    (1)     The term of this Agreement shall be for the term of the Coupon Program as set forth in the Final Rule. Retailer certification may be revoked if Retailer fails to comply with the Final Rule, the terms of this Agreement, or for other actions inconsistent with the Coupon Program.

    (2)     Retailer certification will not be revoked for unintentional non-compliance or error.

    (3)     Retailers may withdraw from certification by providing written notice to CLC at:

        Digital-to-Analog Converter Box Coupon Program
        PO Box XXX
        Wichita, KS XXXXX

- 3 -

Use or disclosure of data contained on this sheet is subject
to the restriction on the title page of this proposal.

2nd **Final Proposal Revision**
**Volume I – Technical, Section 1| 55**

National Telecommunications and Information Administration (NTIA)
Solicitation No: DG1335-07-RP-0050 – August 1, 2007



(4)    Retailers may contact CLC for dispute resolution for problems such as denial or revocation of certification. Such issues will be resolved on a case-by-case basis at the discretion of CLC.

6.    <u>Conflicts.</u>

In the event of a conflict between the terms of this Agreement and the Final Rule, the Final Rule shall govern.

CORPORATE LODGING CONSULTANTS, INC.

_____

Print Name: _____

Title: _____

Date: _____


Accepted and Agreed on behalf or Retailer by:

_____

Print Name: _____

Title: _____

Date: _____

- 4 -

Use or disclosure of data contained on this sheet is subject
to the restriction on the title page of this proposal.

National Telecommunications and Information Administration (NTIA)
Solicitation No: DG1335-07-RP-0050 – August 1, 2007

IBM

Attachment A
Retailer Information

Legal Business Name: _____   Primary Contact Name: _____

Doing Business As: _____   Contact Title: _____

Corporate Address: _____   Contact Telephone: _____

City:_____ State: _____   Contact email: _____

Zip: _____   Contact Fax: _____

Website URL: _____

Dun & Bradstreet Number: _____

Central Contract Registry Number: _____

Number of years as a consumer electronics retailer: _____

Type of retailer:

    Multi-store chain:   ___

    Single store location: ___

    On-line/internet:   ___

Number of store locations:   ___

Number of employees:   ___

Approximate annual consumer electronics sales in dollars:   $_____

Coupon Eligible Converter Boxes carried (mark all that apply):

___ [Manufacturer, UPC]   ___ [Manufacturer, UPC]   ___ [Manufacturer, UPC]

___ [Manufacturer, UPC]   ___ [Manufacturer, UPC]   ___ [Manufacturer, UPC]

___ [Manufacturer, UPC]   ___ [Manufacturer, UPC]   ___ [Manufacturer, UPC]

Store locations (attach additional sheets if necessary):

Store Address: _____

City: _____ State: _____ Zip: _____

Store Address: _____

City: _____ State: _____ Zip: _____

- 5 -

Use or disclosure of data contained on this sheet is subject
to the restriction on the title page of this proposal.