IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.  Case No. 08-35653-KRH |
| | ) | |
| CIRCUIT CITY STORES, INC., et al. | ) | CHAPTER 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| on behalf of Its agency the U.S. Department | ) | |
| of Commerce, National Telecommunications | ) | |
| Information Administration, | ) | Contested Matter |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | |
| | ) | |
| Respondent. | ) | |

NOTICE OF MOTION AND NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on May 29, 2009, the United States of America on behalf of its agency, the U.S. Department of Commerce, National Telecommunications Information Administration ("NTIA"), filed a MOTION FOR COURT APPROVAL OF RECOUPMENT, AND MEMORANDUM IN SUPPORT THEREOF pursuant to Rule 9013 of the Federal Rules of Bankruptcy Procedure (the "Motion").

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases.  (If you do not have an attorney, you may wish to consult one.)  Under Local Bankruptcy Rule 9013-1, unless a written response

Robert P. McIntosh
Assistant United States Attorney
1800 Main Street Centre
600 East Main Street
Richmond, Virginia  23219
Tel. No. (804) 819-5400
Counsel for United States

to the Motion is filed with the Clerk of the Court and served on the moving party, the trustee and those parties as required by the Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures (entered on November 13, 2008 at Docket No. 130) (the "Case Management Order") no later than two (2) business days before the scheduled hearing date, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you do not want the Court to approve the Motion, or if you want the Court to consider your views on the Motion, then you or you attorney must:

[X] File with the Court, either electronically or at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive it on or before June 26, 2009 at 4:00 p.m.**

Clerk of Court
United States Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, Virginia 23219

[X] Pursuant to the Case Management Order, you must also serve a copy of any written response and request for hearing by the foregoing date via electronic mail on the following: (i) the Core Group, which includes the Debtors, co-counsel to the Debtors, the Office of the United States Trustee, co-counsel for any committee, counsel to the agents for the Debtors' prepetition lenders, and counsel to the agents for the Debtors' postpetition lenders; (ii) the 2002 List; and (iii) those additional parties as required by the Case Management Order (all of which are defined in the Case Management Order), which can be found at www.kccllc.net/circuitcity.

[X] Attend a hearing before the Honorable Kevin Huennekens, United States Bankruptcy Judge, **at 2:00 p.m. (Eastern Daylight Saving Time) on July 6, 2009** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219.  **If you or your attorney do not attend the hearing, the Court may grant the relief requested in the Motion**.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

DATED this __29__ day of May, 2009.

>Respectfully submitted,
>
>DANA J. BOENTE
>ACTING UNITED STATES ATTORNEY
>
>
>By:  __/s/Robert P. McIntosh__
>Robert P. McIntosh
>Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2009, a true and correct copy of the foregoing UNITED STATES' MOTION FOR COURT APPROVAL OF RECOUPMENT, AND MEMORANDUM IN SUPPORT THEREOF was electronically filed with the Clerk of the Court using the CM/ECF system, which will thereby cause the above to be electronically served on all registered users of the ECF system that have filed notices of appearance in this matter, and mailed, by U.S. Mail, first class, postage prepaid, to the foregoing Motion and Memorandum to the following:

>Daniel F. Blanks, Esq.
>Douglas M. Foley, Esq.
>McGuire Woods LLP
>9000 World Trade Center
>101 W. Main Street
>Norfolk, Virginia 23510
>*Counsel for Debtor*
>
>Dion W. Hayes, Esq.
>Joseph S. Sheerin, Esq.
>Sarah Becket Boehm, Esq.
>McGuire Woods LLP
>One James Center
>901 East Cary Street
>Richmond, Virginia 23219
>*Counsel for Debtor*
>
>Greg M. Galardi, Esq.
>Ian S. Fredericks, Esq.
>Skadden, Arps, Slate, Meagher & Flom, LLP
>One Rodney Square
>P.O. Box 636 Wilmington, Delaware 19899-0636
>*Counsel for Debtor*
>
>Chris L. Dickerson, Esq.
>Skadden, Arps, Slate, Meagher & Flom, LLP
>333 West Wacker Drive Chicago, Illinois 60606
>*Counsel for Debtor*

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
*Co-counsel for Official Committee of Unsecured Creditors*

Jeffrey N. Pomerantz, Esq.
Brad R. Godshall, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100
*Counsel for Official Committee of Unsecured Creditors*

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, New York 10017-2024
*Counsel for Official Committee of Unsecured Creditors*

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, Virginia 23219
*Counsel for U.S. Trustee*

Bruce H. Besanko
9950 Mayland Drive
Richmond, VA 23233

    /s/Robert P. McIntosh
Robert P. McIntosh
Assistant U.S. Attorney