May 28, 2009



RICHMOND DIVISION
FILED JUN - 1 2009
CLERK
U.S. BANKRUPTCY COURT

Clerk of Court (case #08-35653)
U.S. Bankruptcy Court
701 East Broad Street
Richmond, VA 23219-1888

Clerk of Court,

We are receiving bankruptcy notices to two different mailing addresses for Circuit City. Both notices are arriving in a bank lockbox address that will be discontinued at the end of July. Please delete both of the following addresses from your Circuit City records and replace them with our street address.

**Please delete:**
WGHP-TV
PO Box 277189
FOX Television Stns
Atlanta GA 30384

WGHP-TV
PO Box 277189
Atlanta GA 30384

**Please use:**
**WGHP-TV**
**Attn Finance**
**2005 Francis St**
**High Point NC 27263**

Thank you for your help reducing the paper and postage used for these mailings.

Best regards,

Cheryl Voss
Credit Manager
WGHP-TV
336-821-1209
cheryl.voss@wghp.com

**CHERYL VOSS**
Credit Manager

WGHP - Television
HP-8
High Point, NC
27261
(336) 821-1209
Fax (336) 841-8812
cheryl.voss@wghp.com

Circuit City Stores, Inc.
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave.
El Segundo, CA 90245



104908

14660    4573778

WGHP TV
PO BOX 277189
FOX TELEVISION STNS
ATLANTA GA 30384

Circuit City Stores, Inc.
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave.
El Segundo, CA 90245

104909



14660    4573776

WGHP TV
PO BOX 277189
ATLANTA GA 30384

022324_14660_PRODUCT_1_DOMESTIC_10/104909/419633