In The United States Bankruptcy Court
For The Eastern District Of Virginia
Richmond Division

In Re:                                                                                    Chapter 11

Circuit City Stores                                                              Case No. 08-35653 (KRH), Inc.
Et al

Debtors                                                                           Jointly Administrated

[STAMP: RICHMOND DIVISION FILED JUN -1 2009 CLERK U.S. BANKRUPTCY COURT]

E-Z Spread n' Lift Industries answer to Debtor's sixth omnibus objection
to certain misclassified non-goods 503 (B) (9) claim

2. E-Z Spread n' Lift Industries sold three lift tools for the purpose of installation, removal and or repair of large plasma or LCD televisions.

3. E-Z Spread n' Lift Industries sold the goods on 10/23/08 and delivery was made on or about 10/29/08 and bankruptcy was filed on 11/1/08. Therefore the sale was made within twenty days of the filing and the claim comes within 503 (B) (9).

4. (Exhibits 1 and 2) are the invoice sent to Circuit City and the purchase order from Circuit City sent to E-Z Spread n' Lift Industries.

5. Mr. Leo Lapat is the owner of E-Z Spread n' Lift Industries and has personal knowledge of these events. His address is 1815 Buck Road, Feasterville, PA 19053.

6. Leo Lapat, 1815 Buck Road, Feasterville, PA 19053. He is the designated representative to whom the attorneys for the Debtor's should serve a reply to the response, if any. (collectively. The "Notice Addresses").

_____
Leo Lapat

# E-Z Spread n' Lift Industries
1815 Buck Road
Feasterville, PA 19053
888-893-3001

# Invoice

| | |
|---|---|
| Date: | 10/23/08 |
| Invoice #: | 3760 |
| Bill to: | Circuit City Expense Payables DR. 56th Floor |
| | 9954 Maryland Drive |
| | Richmond, VA 23233 |
| Telephone #: | 909 468-0033 |
| Ship to: | Three locations throughout U.S.A. |
| | |
| Ship via: | UPS |
| Terms: (if paid by check) | Net 30 days |
| P.O. #: (if applicable) | CCS01-0000498358 |

| Item | Ordered | Shipped | Unit Price | Extension Price |
|---|---|---|---|---|
| E-Z Plasma TV Lift | 3 | 3 | $900.00 | $2700.00 |

| | |
|---|---|
| Tax: | |
| Shipping (included) | |
| Total | $2700.00 |

# Purchase Order



**Circuit City Stores**
9954 Mayland Drive
Richmond VA 23233
United States

**Dispatch via E-Mail**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| CCS01-0000498358 | 10/23/2008 | | 1 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| DUE NOW | Destination | | Bestway |
| **Buyer** | | **Phone** | **Currency** |
| Gayle,David B | | | USD |
| **Email Address** | | | |
| brian_gayle@circuitcity.com | | | |

Ship To:   00582
           505 S Cheryl Ln
           Walnut CA 91789
           United States

Bill To:   Expense Payables, DR3 6th FL
           9954 MAYLAND DRIVE
           RICHMOND VA 23233
           United States

**Vendor:** 0002819273
EZ SPREAD N LIFT INDUSTRIES
1815 BUCK RD
FEASTERVILLE PA 19053
United States

**Attention:** Dickinson,Kathy L

1- 1  EZ Lift Plasma Lift Inv 3760                3.001N       900.00        2,700.00  11/23/2008

                                          **Schedule Total**              2,700.00

                                          **Item Total**                  2,700.00


                                          **Total PO Amount**             2,700.00

**Authorized Signature**
Electronically Approved
Reginald D. Hedgebeth, Senior VP

In The United States Bankruptcy Court
For the Eastern District of Virginia
Richmond Division

| | |
|---|---|
| In Re: | Chapter 11 |
| Circuit City Stores, Inc.<br>Et al | Case No. 08-35653 (KRH) |
| Debtors | Jointly Administrated |

### Certification of Service

I, Leo Lapat certify that a copy of the attached E-Z Spread n' Lift Industries answer to Debtor's sixth omnibus objection to certain misclassified non-goods 503 (B) (9) claim was mailed by certified mail (return receipt requested) on the 26th day of May, 2009 to the following:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad St. - Room 4000
Richmond, Virginia 23219

And by certified mail (return receipt requested) to the following:
Gregg M. Gelardi, Esquire
Ian S. Fredericks, Esquire
Dion W. Haves, Esquire
Douglas M. Foley, Esquire
Chris L. Dickerson, Esquire

At their addresses as listed on the objections to which this answer is filed.

_____
Leo Lapat

5/26/09

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 E. Broad St – Room 4000
Richmond, VA 23219

Dear Sir/Madam,

Enclosed please find:

1. E-Z Spread n' Lift Industries answer to Debtor's sixth omnibus objection to certain misclassified non-goods 503 (B) (9) claim.

2. Certification of Service

3. Copy of invoice from E-Z Spread n' Lift Industries to Ciruit City .

4. Purchase order from Circuit City to E-Z Spread n' Lift Industries.

Sincerely,


Leo Lapat