Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER         MCGUIREWOODS LLP
& FLOM, LLP                           One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-           (804) 775-1000
0636
(302) 651-3000

                - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

                IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                         RICHMOND DIVISION

- - - - - - - - - - - - - - - - x
In re:                           :    Chapter 11
                                 :
CIRCUIT CITY STORES, INC.,       :    Case No. 08-35653 (KRH)
et al.,                          :
                                 :
               Debtors.          :    Jointly Administered
- - - - - - - - - - - - - - - - x

**BRIDGE ORDER GRANTING DEBTORS' MOTION FOR
AN ORDER UNDER 11 U.S.C. § 105(a) AND FED. R.
BANKR. P. 9006(b) EXTENDING THE TIME PERIOD WITHIN
WHICH THE DEBTORS MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. §
1452 AND FED. R. BANKR. P. 9027**

        Upon the motion (the "Motion")[1] of the Debtors for,

---

[1]    Each capitalized term not otherwise defined herein shall have the
       meaning ascribed to it in the Motion.

among other things, entry of a bridge order under Bankruptcy

Code section 105(a) and Bankruptcy Rule 9006(b) extending

the time period within which the Debtors may remove actions

pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027 on an

interim basis pending the Court's disposition of the Motion

on its merits after notice and a hearing; and it appearing

that such relief is warranted and is in the best interests

of the Debtors' estates, their creditors, and other parties

in interest; and after due deliberation thereon; and good

and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.    The Motion is GRANTED on an interim basis.

This Order is effective only from the date of entry through

entry of an order disposing of the Motion on its merits.

The Court's ultimate disposition of the Motion shall not

impair any action taken pursuant to this Order.

2.    Notwithstanding any provision of the

Bankruptcy Code or the Federal Rules of Bankruptcy Procedure

to the contrary, this Order shall take effect immediately

upon signature.

3.    This Court shall retain jurisdiction with

respect to any dispute concerning the relief granted

hereunder.

Dated:  Richmond, Virginia
        May __, 2009


                        _____
                        UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

     Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                        /s/ Douglas M. Foley
                        Douglas M. Foley