EXHIBIT A

RE: SEA PROPERTIES I, LLC
Store No. 805
1321 Huguenot Road
Midlothian, Virginia

**CURE AMOUNT**

| | | |
|---|---|---|
| Pre-petition claim | rent 11/1 to 11/9 | $ 5,875.00 |
| | taxes 7/1 to 11/9 | $ 23,643.00 |
| | | $ 29,518.00 |
| | | |
| Post-petition (Stub rent) claim | rent 11/10 to 11/30 | $ 13,708.33 |
| | taxes 11/10 to 12/31 | $ 9,314.18 |
| | taxes 12/1 to 12/31 | $ (5,552.69) |
| | tax penalty after 12/5/08 | $ 3,295.78 |
| | tax interest on 1/1/09 and each successive month (302.10/month) | $ 906.30 |
| | | $ 21,671.90 |
| | | |
| Post-petition 365(b)(3) claim | rent 6/1 to 6/3 | $ 1,958.33 |
| | taxes 1/1 to 6/3 | $ 28,014.20 |
| | | $ 29,972.53 |
| | | |
| Attorneys fees | Clement & Wheatley | $ 27,143.53 |
| | Chadbourne & Parke LLP | $ 2,320.50 |
| | | $ 29,464.03 |
| | | |
| TOTAL | | $ 110,626.46 |