UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:
Circuit City Stores, Inc., et al.    )    Chapter 11
)
)    Case No. 08-35653
Debtor.    )
)    Jointly Administered

FILED RICHMOND DIVISION
JUN - 4 2009
CLERK
U.S. BANKRUPTCY COURT

## WITHDRAWAL OF CLAIM

Please withdraw the City of Colorado Springs Stormwater Enterprise Claim (Claim #982) in the amount of $1,035.00 for a court fine filed on December 16, 2009.

Dated this 1st day of June 2009.

Respectfully yours,

Emily K. Wilson
City of Colorado Springs
30 South Nevada Avenue
Colorado Springs, CO  80901
Telephone:  (719) 385-5909
Facsimile:  (719) 385-5535

## *CERTIFICATE OF MAILING*

I hereby certify that I have filed a true and correct copy of the foregoing **WITHDRAWAL OF CLAIM,** this 1st day June 2009, to the United States Bankruptcy Court for the Eastern District of Virginia. Further I have, via U.S. First Class Mail, designated service of the forgoing to the following:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGUIREWOODS LLP
One James Center 901 E. Cary Street
Richmond, Virginia 23219

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606

Laura K. Oakley
Legal Assistant