



CONSUMER VISION

Marketing Research And Consulting

Clerk of the Bankruptcy Court                           June 1, 2009
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division
Debtor = Circuit City Stores, Inc., et al
Case # 08-35653 (KRH)
Re: notice of debtors sixth omnibus objection to certain misclassified non-goods 503(b) (9)
claims

<u>Nature of Claim</u>

This is in reference to claim #330, filed by Consumer Vision, LLC.  We were contracted by
Circuit City to conduct a market research study. The study involved hiring interviewing services
to go into Circuit City stores in nine different cities to interview customers. Since we were the
company that actually hired these interviewing services, we were obligated to pay them. We also
compensated Circuit City customers with $5.00 gift cards for participating in the study, which
we also paid for. Our total out-of-pocket expenses for this study totaled $26,686.59. The invoices
are attached.

Per the terms of the contract (attached: Circuit City Non-Purchaser Intercepts Statement of
Work), Circuit City was obligated to pay us 50% of the total contract price before the
interviewing began (October 23), in part to compensate us for our extensive out-of-pocket costs.
We were told several times that this first payment was being processed, but we did not receive it
prior to the start of the test. However, we proceeded with the study, in good faith, knowing how
important it was for Circuit City to understand the motivations and perceptions of their
customers to aid in developing marketing strategies.

<u>Response to Omnibus Objection</u>

The study was conducted from October 23 – October 26, 2008, so it fell into the 20 day range
(October 21 – November 9) in order to be considered a section 503(b)(9) claim. When we filed
the original claim, we did not distinguish between a good and a service. Of the total value of the
claim ($71,500), a portion was for our professional services ($44,813.41), which is clearly a
service and therefore does not fall under the 503(b)(9) guidelines. However, we contend that the
portion of the claim that covers our out-of-pocket expenses, $26,686.59, should be considered a
good, and therefore, an administrative expense.



## CONSUMER VISION

Marketing Research And Consulting

We have done this type of research study twice previously for Circuit City, so this is clearly in the normal course of their business activity. The spirit of the 503(b)(9) bankruptcy law, it would seem, is to protect companies who do business with the future debtor, knowing that they are in financial difficulty. If creditors such as us chose not to do business with a financially distressed company, they would have little chance, if any, of rebounding from their challenges. In addition, we are small, two-person company;, and these out-of-pockets expenses have had a negative financial impact on us.

As a result, we propose that our claim be split into two claims: our out-of-pocket expenses, totaling $26,686.59, should be a 503(b)(9) administrative priority, while the remaining $44,813.41, our professional services fee, be changed to a general unsecured claim. We believe this to be a fair and equitable solution.

Follow-Up

The person with personal knowledge of this claim, and who has the authority to reconcile the objection, is as follows:

Dan Vandenberg
Owner, Consumer Vision, LLC
2110 Ute Court
Estes Park, CO 80517
Phone: 970-577-9500
Fax: 970-577-9911

**Copies to:**

Skadden, Arps, Slate, Meagher & Flom, LLP: Wilmington, DE
Skadden, Arps, Slate, Meagher & Flom, LLP: Chicago, IL
McGuireWoods, LLP: Richmond, VA

2110 Ute Ct. • Estes Park, CO 80517 • **Voice:** (970) 577 - 9500 • **Fax:** (970) 577 - 9911 • dan@consumervision.net



# CONSUMER VISION

Marketing Research And Consulting

| DATE | INVOICE NO. |
|------|-------------|
| 9/29/2008 | 08-122-1 |

**BILL TO**

Chris Kidd
Manager of Strategic Insights
Circuit City Stores
9950 Mayland Drive
Richmond, VA  23233-1464

| DESCRIPTION | AMOUNT DUE |
|-------------|------------|
| Circuit City Non-Purchaser Tracking Study | 33,500.00 |
| In-store interviews in 24 stores across 9 markets | |
| October 23-26, 2008 | |
| Total estimated cost = $67,000 +/- 10%, plus incentives | |
| First payment due = $33,500 | |
| EIN = 20-0832094 | |
| **Total** | $33,500.00 |



**CONSUMER** VISION

Marketing Research And Consulting

| DATE | INVOICE NO. |
|------|-------------|
| 10/6/2008 | 08-122-2 |

**BILL TO**

Chris Kidd
Manager of Strategic Insights
Circuit City Stores
9950 Mayland Drive
Richmond, VA  23233-1464

| DESCRIPTION | AMOUNT DUE |
|-------------|-----------|
| Circuit City Non-Purchaser Tracking Study | 38,000.00 |
| In-store interviews in 24 stores across 9 markets | |
| October 23-26, 2008 | |
| Total estimated cost = $67,000 +/- 10%,  plus incentives | |
| First invoice outstanding = $33,500 | |
| Final payment due = $33,500 + $4500 in incentives = $38,000 | |

| EIN = 20-0832094 | **Total** | $38,000.00 |
|------------------|-----------|-----------|

# Circuit City Non-Purchaser Intercepts
## Statement of Work:  Sept. 19, 2008



**CONSUMER VISION**
Marketing Research And Consulting

*Executed pursuant to the Master Services Agreement, dated June 26th, 2007*

## Research Objective
- Circuit City, Inc. wishes to understand and quantify non-purchasers' motivations and perceptions within a regionally dispersed sample of the top 200 stores.

## Methodology
- Exit interviews conducted in-store at 24 locations
- Qualification criteria (screener done by interviewer):
  - Adults age 18+
  - Must have intended to make a purchase, but did not (to exclude 'browsers').
  - Employment security
- Self-administered survey:
  - Two-pages; same questionnaire and screener used in 1st Qtr '08.  Screener may change to include those who may have purchased but did not purchase the primary item they were looking for.
- Incentive:  $5.00 CC gift card

## Sampling Plan
- 24 locations, across 9 markets, 8 regions; one interviewer per location
  - Central Region: Detroit (3851, 3606)
  - Mid Atlantic: Philadelphia (3103, 700, 3529)
  - Northeast:  Northern New Jersey (3695, 3684, 3104)
  - Midwest:  Chicago (3126, 3113, 3131)
  - Rocky Mountain:  Tucson (3304, 3305) & Portland (3316, 3323)
  - Southeast:  Tampa (571, 828, 876)
  - Southwest: San Antonio (4503, 3502)
  - West Coast: L.A. (410, 419, 421, 4305)
- 4 Day Schedule: 96 Total Interviewing Days.
  - Oct. 23-26 (Thurs. –Sun.)
- Interviewing Hours; 432 Total Hrs.
  - Thurs. & Fri: 4-8
  - Sat: 11-4,  Sun: 2-7
- Incidence Level: 2.6/hr = 1100 Total Completes

## Analysis and Reporting
- Results analyzed and tracked in-total, and among desired customer segments
- Open-end question coded by pre-determined categories of responses.
- Deliverables: SPSS data file, Excel file for open-end verbatim, and PowerPoint presentation deck.

## Cost
- Total estimated cost, with above specifications:
  - $67,000 (+/- 10%), plus $5 gift cards
  - Payment: 50% due prior to start; 50% due upon completion

_____ / Date: 9/3/08
Pam Vandenberg, Vice President
Consumer Vision, LLC

_____ / Date: 9/26/08
Jeff Maynard, Vice President of Marketing
Circuit City Stores, Inc.



APPROVED AS TO LEGAL FORM
9/23/09



Detroit, MI • Grand Rapids, MI • Kalamazoo, MI • Ft. Wayne, IN • Southbend IN • Columbus, OH
www.AdvantageResearch.net

**Please forward payment to our**
**Corporate Headquarters – Detroit Office**
**5900 North Lilley Road, Suite 107**
**Canton, MI  48187**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/28/2008 | 08-3010 |

BILL TO

Consumer Vision
Attn: Dan Vandenberg
2110 Ute Court
Estes Park, CO  80517

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|
|  | Due on receipt | 08-3010 Circuit City |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 28 | Interviewing | 35.00 | 980.00 |
| 12 | Travel Time | 35.00 | 420.00 |
| 668 | Mileage | 0.60 | 400.80 |
| 0.5 | Briefing Time | 35.00 | 17.50 |
| 66 | Co-up Fee's for Respondents | 5.00 | 330.00 |
| | Advance Check Received | -750.00 | -750.00 |

*Total expenses = 1,398.30 + 750 = 2,148.30*

*08 #2158*

*08-122*
*CC*

| | | | |
|---|---|---|---|
| Thank you for your business. | | **Total** | $1,398.30 |

**Headquarters - Detroit Office**
5900 N. Lilley Rd., Suite 107
Canton, MI 48187
(734) 979-0900 • Fax (734) 979-0901

**Advantage Western Michigan Research**
6095 28th Street S.E., Suite 110
Grand Rapids, MI 49546
(616) 949-8724 • Fax (616) 949-8511

**Advantage Research of Northern Indiana**
1910 St. Joe Center Rd., Unit 31
Ft. Wayne, IN 46825
(260) 471-6880 • Fax (260) 471-6970



**MARKETING RESEARCH**

*REVISED 12/2/2008*

**INVOICE #447-50**
Please pay
from this
Invoice as no
hard copy will
be mailed
USPS.

November 3, 2008

**Pam Vandenberg**
**Consumer Vision, LLC**
2110 Ute Court
Estes Park, CO 80517
970-577-9500
970-577-9911 Fax

**Circuit City Surveys**
***Consumer Vision, LLC #08-_____***
**Burbank & Northridge, Woodland Hills, Van Nuys, CA**
**October 23-26, 2008**

4-Locations
4-Interviewers – 1-Per location
4-Days each location

| | |
|---|---|
| 5 hours Briefing at $30.00 per hour | $150.00 |
| 72-On-site hours at $30.00 per hour | $2160.00 |
| 24-Travel hours at $30.00 per hour | $720.00 |
| 662.5-Miles at $.585 per mile | $387.56 |
| 2-Hours at $30.00 per hour for purchase | |
| of first 160-Gift Cards | $60.00 |
| **TOTAL COST** | $3477.56 |

Incentives:
| | |
|---|---|
| 174 Surveys that accepted Gift Cards | $870.00 |
| 22-Remaining $5- Gift Cards returned | $110.00 |
| (Includes1-Interview that did not accept Gift Card) | |
| **TOTAL COST** | **$4,457.56** |
| ADVANCE (-) | $1,500.00 |
| **BALANCE DUE** | **$2957.56** |

*Thank you for the opportunity of working with Consumer Vision, LLC!*

Federal ID: 95-4304510

Terms:    100% of Incentives and 50% of anticipated project cost
                due upon approval of study.
      Balance due within 15 days of our invoice date and is not
contingent upon the actions of clients you may be working with.

24709 Stonegate Drive  ◆  West Hills  ◆  CA  ◆  91304  ◆  USA
**818◆703◆6804**  ◆  818◆883◆9356 fax  ◆  E-mail: nlevineres@aol.com

# PRECISION RESEARCH

| | Date | Invoice # |
|---|---|---|
| | 10/28/2008 | 1001 |

Consumer Vision Inc
Ms. Pam Vandenberg
2110 Ute. Court
Estes Park, CO 80517

## Invoice

### Thank you for your business.

| PRI Job No. | Client Job No. | Project Name |
|---|---|---|
| 120991 | | Exit Interviews For Circuit City |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 81.75 | Interviewing/Briefing/Travel Time | 35.00 | 2,861.25 |
| 445.00 | Mileage Charge | 0.60 | 267.00 |
| 114.00 | Incentives- $5 Circuit City Gift Card | 5.00 | 570.00 |
| 7.00 | Incentives- $5 Gift Cards sent back to client | 5.00 | 35.00 |

*PO # 2136*
*# 11/24/08*
*$2608.25*

You can Wire Payments to us at:
SWIFT#: BOFAUS3N
Routing: 02600-9593
Account #: 5200-591369
Bank of Amercia, New York, NY

| Sub-Total | $3,733.25 |
|---|---|
| Advance/Credits | $-1,125.00 |
| **Balance Due** | $2,608.25 |

999 E. Touhy Ave Suite 100
Des Plaines, IL 60018
847-390-8666



# LIBERTY
## RESEARCH SERVICES. LLC

# INVOICE

2307 Fairway Road
Huntingdon Valley, PA 19006
Phone: 215-658-0900  Fax: 215-658-0901

INVOICE #: CVI-01717
DATE: November 7, 2008
EIN#: 23-2912409

TO:   Mr. Dan Vandenberg
      Consumer Vision, LLC
      2110 Ute Court
      Estes Park, CO 80517
      970-577-9500

| JOB DESCRIPTION | CLIENT JOB # | PAYMENT TERMS |
|---|---|---|
| Circuit City Exit Interviews - Oct. 2008 | N/A | NET 30 DAYS |

| DATE | DESCRIPTION OF SERVICES | HOURS/MILES | RATE | AMOUNT |
|---|---|---|---|---|
| 10/23-10/26 | Circuit City - 3 Locations/4 Days - Interviewing Hours | 54 | $32.00 | $1,728.00 |
| 10/23-10/26 | Circuit City - 3 Locations/4 Days - Travel Hours | 19.75 | $32.00 | $632.00 |
| 10/23-10/26 | Circuit City - 3 Locations/4 Days - Mileage | 569 | $0.45 | $256.05 |
| 10/23-10/26 | Cost of 161 Circuit City Gift Cards @ $5.00 each | 161 | $5.00 | $805.00 |
| 10/23-10/26 | Less Advance received for Circuit City Gift Card Incentives | 1 | -$1,125.00 | ($1,125.00) |
| 10/23-10/26 | Tolls | 1 | $24.50 | $24.50 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | TOTAL: | $2,320.55 |

Thank you for your business!

Thank you,
- Bill -

CC 08-122

Total cost =
2,320.55 + 1,125 =
$3,445.55



**TOLL FREE 888 USE-TAis** (888-873-8247)
w w w . t a i c o m p a n i e s . c o m

TAi-NJ • 400 Frank W. Burr Boulevard, Suite 67 • Teaneck, NJ 07666
New Jersey Direct: 201-836-1420 • Fax: 201-836-1959 • E-mail: newjersey@taicompanies.com

A TAi Opinion Research Center

Other Locations:
Tampa, FL and Denver, CO

# INVOICE

**Pam Vandenberg**                    **INVOICE #:**   **20018**

**Consumer Vision**                   **OUR JOB #:**   **77-3330**
**2110 Ute Ct.**
**Estes Park, CO 80517**              **YOUR JOB #:**

                                      **DATE: October 28, 2008**

**Circuit City**
**October 2008**

| | | |
|---|---|---|
| Stationary Video (1/2" and DVD) | | NC |
| 54 Interviewer hours @ $35 per hour | $ | 1,890 .00 |
| 23 Travel hours @ $35 per hour | $ | 805 .00 |
| Mileage: 759 miles @ .58 per mile | $ | 440 .00 |
| Incentives 67 @ $5 (1 respondent refused gift card) | $ | 335 .00 |
| | $ | |
| Sub Total | $ | 3,470 .00 |
| *Less Advance Received* | $ | *1,125 .00* |
| Sub Total | $ | 2,345 .00 |
| *Reduction due to Circuit City Non-Payment* | $ | *750 .00* |
| **Total Balance Due** | $ | **1,595 .00** |

**Payable Net 45 Days**

08-122
CC
NJ

PO#2139
12/2/08



**THE GILMORE RESEARCH GROUP**
FIFTY YEARS OF
STRAIGHT ANSWERS

Consumer Vision
2110 Ute Center
Estes Park, CO 80517

Attn: Dan or Pam Vandenberg

Page 1
Date:        11/3/2008
Account #  DAMO
Invoice #   17782/17831
Terms: Net Due 30 Days

P08096
Circuit City "Non Purchaser" Exit Interviews/Portland/October 23-26, 2008

*Includes Travel*

| | |
|---|---:|
| 56.75 Interviewer Hours @ $30.00 | 1,702.50 |
| 11 Supervisor Hours @ $32.00 | 352.00 |
| 437 Miles @ $.45 | 196.65 |
| 46 Circuit City Gift Cards Paid @ $5.00 | 230.00 |
| 14 Circuit City Gift Cards @ $5.00 Returned to Consumer Vision 10/27/08 | 70.00 |
| Subtotal | $    2,551.15 |
| | |
| Advance Payment | (725.00) |
| | |
| Total Amount Due | $    1,826.15 |

PO #2137
11/24/08



**TAI-TAMPA BAY, INC.**
100 NORTH TAMPA STREET SUITE 3700 • TAMPA, FLORIDA 33602
(813) 226-1800 • FAX (813) 226-1808

# INVOICE

|  |  |  |
|---|---|---|
| | **INVOICE #:** | 07045 |
| **Consumer Vision** | **OUR JOB #:** | 2126 |
| **Attn: Pam Vandenberg** | **P.O. / JOB #:** | 0 |
| **2110 Ute Court** | **# of Respondents:** | 57 |
| **Estes Park, CO  80517** | **# of store days:** | 4 |

**Circuit City (57 completes)**          **DATE:** October 27, 2008
***Held on October 23-26, 2008***

### TIME CHARGES

| NATURE OF TIME | COST/HOUR | # OF HOURS | TOTAL $ |
|---|---|---|---|
| Briefing Hours | $28 | 3.00 | $84.00 |
| Travel Hours | $28 | 10.00 | $280.00 |
| Interview Hours | $28 | 54.00 | $1,512.00 |
| Supervisor Hours | $35 | 1.00 | $35.00 |
| | | **TOTAL** | **$1,911.00** |

### EXPENSE CHARGES

| NATURE OF EXPENSES | DESCRIPTION | TOTAL $ |
|---|---|---|
| Mileage | 424 $0.58 | $245.92 |
| Shipping/Postage | | $0.00 |
| Tolls/Parking | | $5.25 |
| Incentive Money | (Returning 63 gift cards) | $600.00 |
| Travel expenses | | $0.00 |
| | | $0.00 |
| Other | | $0.00 |
| | **TOTAL** | **$851.17** |

### TOTAL CHARGES

| | |
|---|---|
| Total Time | $1,911.00 |
| Total Expense | $851.17 |
| **TOTAL** | **$2,762.17** |
| *Less Advance Received* | *$1,125.00* |
| *Reduction Due to Circuit City non payment* | *$250.00* |
| **GRAND TOTAL** | **$1,387.17** |

PD #2140
12/2/08

08-122
CC
FX

**Payable Net 45 Days**

# STRATEGY RESEARCH & CONSULTING, LLC
## 3710 S. PARK AVE. SUITE 706
## TUCSON, ARIZONA  85713

### 520-623-9442

# INVOICE

**DATE:  October 27, 2008**
**INVOICE # 8585**

**Bill To:**

Consumer Vision
2110 Ute Ct.
Estes Park, CO 80517

Attn: Dan Vandenberg

**For:**
Circuit City Store intercept conducted 10-23 through 10-26
(2 stores)

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Store #3304 (Interviewing hours including travel) | 20 | $26.00 | $520.00 |
| Store #3305 (Interviewing hours including travel) | 20 | $26.00 | $520.00 |
| Briefing Hour | 1 | $26.00 | $26.00 |
| Respondent Incentives Paid | 85 | $5.00 | $425.00 |
| Less Advanced | | | ($750.00) |
| | | **TOTAL** | $741.00 |

*(handwritten) Total cost = $741 + $750 = $1,491*

*(handwritten) 08-12 CC*

Total due upon receipt.

Federal ID#71-1038510

**THANK YOU FOR YOUR BUSINESS!**

*(handwritten) PJ # 2129 11/20/08*



# Galloway Research Service

4751 Hamilton Wolfe · San Antonio, TX 78229 · 210-734-4346 · fax 210-732-4500 · www.gallowayresearch.com

DUNS # 07-849-3913
FED ID # 74-1559-479

Consumer Vision
6215 Kimberly Downs
Parkville, MD 64152

**Attn: Dan Vandenberg**

| | |
|---|---|
| **DATE:** | **10/30/08** |
| **INVOICE #:** | CO728001REV  DEPT  01 |
| **TERMS:** | Net 30 Days |

**PROJECT:** _Circuit City REVISED_                **PROJECT #** _____
           Intercept

## SERVICES:

| | | | | | | |
|---|---|---|---|---|---|---|
| Brief/In-Store/Travel/Packing Hours | 28 | ea. @ | 35.00 | $ | 980.00 |
| | | ea. @ | | $ | |
| | | ea. @ | | $ | |
| | | ea. @ | | $ | |
| | | ea. @ | | $ | |
| | | ea. @ | | $ | |
| | | ea. @ | | $ | |

**TOTAL SERVICES** $        980.00

## EXPENSES:

| | | |
|---|---|---|
| Mileage: 240 @ $.58 per mile | $ | 139.20 |
| Gift Cards (55 @ $5each) | $ | 275.00 |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |

**TOTAL EXPENSES:** $        414.20

**PAYMENT DUE  11/29/08**

Please remit to:
Galloway Research Service
4751 Hamilton Wolfe #100
San Antonio, Texas  78229
Phone- 210 -734-4346   Fax -   210 -732-4500
**THANK YOU FOR YOUR BUSINESS!!!!**

| | | |
|---|---|---|
| **TOTAL INVOICE: $** | 1,394.20 |
| **LESS ADVANCE: $** | (750.00) |
| **TOTAL DUE: $** | 644.20 |

PO # 2151

CC 08122

Babette Mitchell
9940 Locust
Kansas City, MO 64131
816-942-5439
Fax: 816-942-5439

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/02/08 | 181 |

BILL TO

Consumer Vision
Dan Vandenberg
2110 Ute Court
Estes Park, CO 80517

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Data Entry | Key Circuit City Surveys | 811 | 0.27 | 218.97 |
| Data Entry | Key Q1 Other comments | 111 | 0.10 | 11.10 |
| Data Entry | Key Q2a comments | 786 | 0.10 | 78.60 |
| Data Entry | Key Q2b comments | 538 | 0.10 | 53.80 |
| Data Entry | Key Q2c comments | 240 | 0.10 | 24.00 |
| Data Entry | Key Q2d comments | 191 | 0.10 | 19.10 |
| Data Entry | Key Q3 comments | 787 | 0.10 | 78.70 |
| Set up fee | programming | 1 | 25.00 | 25.00 |

**Total**

509.27

~~609.27~~

509.27

10 #2121

**FedEx**

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-979-71238 | Nov 06, 2008 | 2034-3334-4 | 1 of 5 |

FedEx Tax ID: 71-0427007

**Billing Address:**
CONSUMER VISION, INC.
2110 UTE CT
ESTES PARK CO 80517-7231

**Shipping Address:**
CONSUMER VISION, INC.
2110 UTE CT
ESTES PARK CO 80517-7231

**Invoice Questions?**
**Contact FedEx Revenue Services**
Phone:    (800) 622-1147 M-Sa 7-6 (CST)
Fax:        (800) 548-3020
Internet:  www.fedex.com

**Invoice Summary Nov 06, 2008**

**FedEx Express Services**

| | | |
|---|---|---|
| Transportation Charges | | 311.30 |
| Special Handling Charges | | 128.51 |
| Total Charges | USD | $439.81 |
| **TOTAL THIS INVOICE** | **USD** | **$439.81** |

Other discounts may apply.

**FedEx News!**
Effective January 5, 2009, FedEx Express package and
freight rates will increase an average of 6.9% for U.S.
and U.S. export services. The rate increase will be
partially offset by adjusting the fuel price at which the
fuel surcharge begins, reducing the fuel surcharge by 2
percentage points. FedEx Ground and FedEx Home
Delivery® rates will also increase. For detailed
information about rate, surcharge, fee and other
important changes, go to fedex.com/2009rates.

08-121    Salas = 8400
08-122    CC = (355.81)
↓
For Circuit City



## estes
# PRINT WORKS

Invoice #

Date  10/9/08

┌─────────────────────────┐
│ PLEASE PAY FROM         │
│ THIS INVOICE.           │
│ NO STATEMENT            │
│ WILL BE SENT.           │
└─────────────────────────┘

Conference Room

| Quantity | Dept | Description | Each | Price |
|----------|------|-------------|------|-------|
| 1800 | 1 | Cir. City Survey 2s rnd flyr | | 109 00 |
| | 6 | Divide in Bundles | | 4 00 |
| 120 | 1 | E.C. Screen Quote | 21 | 25 20 |
| | | Call + Stan | | |
| | | We appreciate your business! | | |

Payment:

☐ Cash      ☐ Check #_____

| | |
|---|---|
| Subtotal | 138 20 |
| Tax | 10 33 |
| TOTAL | 148 53 |

*Thank you for your business!*

**1180 Woodstock Drive, Ste. B • Estes Park, CO 80517**
**(970) 586-0526 • (970) 586-0527 FAX**



**UPS**

## Delivery Service Invoice

Invoice date    **October 18, 2008**

Invoice number    0000691AA9428

Shipper number    691AA9

Page  1 of 5

#BWNCWNG#
#0659A0000691AA94#    77352300022783
AT 01 046104 33793H162 A**3DGT

‖₁‖₁‖₁₁‖₁₁₁₁‖₁₁₁‖₁₁₁‖₁‖₁₁‖₁₁‖₁₁‖₁₁‖₁₁

**CONSUMER VISION**
**2110 UTE CT**
**ESTES PARK, CO 80517-7231**

For questions about your invoice, call:
   (800) 811-1648
   **Monday - Friday**
   **8:00 a.m. - 9:00 p.m. E.T.**

or visit ups.com

or write:
   UPS
   P.O. Box 650580
   *Dallas, TX 75265-0580*

All 08-22
Circuit City

### Account Status Summary
### Weekly Payment Plan

| | |
|---|---|
| Amount Due This Period | $ 219.80 |
| Amount Outstanding (prior invoices) | $ 51.94 |
| Total Amount Outstanding | $ 271.74 |

Please include the **Return Portion** of each outstanding invoice with your payment. **See Account Status for details.**

### UPS envelopes go green

*Need documents returned? If so, consider trying the newly redesigned Reusable UPS Express Envelopes. Ideal for when you need a document returned quickly - such as a signed contract - these "green" envelopes can be reused then recycled. To order, visit* **ups.com** *and select "Order Supplies" under the Quick Links section. The envelopes are available in letter and legal sizes.*

### Thank you for using UPS.
### Summary of Charges

| Page | | Charge |
|---|---|---|
| | Outbound | |
| 3 | UPS Shipping Document | $ 163.58 |
| 4 | Chargeback | $ 30.38 |
| 4 | Adjustments & Other Charges | $ 25.84 |
| **Amount due this period** | | **$ 219.80** |

UPS payment terms require payment of this invoice by October 29, 2008.

Payments not received by November 12, 2008 are subject to a late fee of 6% of the Amount Due This Period. (Details in UPS Tariff, available at ups.com)

*Note: This invoice may contain a fuel surcharge as described at ups.com. The published fuel surcharge is 9.25% for UPS Ground Services and 27.0% for UPS Air Services, UPS 3 Day Select, and International services. For more information, visit ups.com.*