Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
          Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - x

**DEBTORS' THIRTEENTH OMNIBUS
OBJECTION TO CERTAIN AMENDED CLAIMS**

The debtors and debtors in possession in the above-caption cases (collectively, the "Debtors")[1], hereby file their Thirteenth Omnibus Objection to Certain Amended Claims (the "Objection"), and hereby move this Court, pursuant to section 502 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for an order, the proposed form of which is attached hereto as Exhibit A, granting the relief sought by this Objection, and in support thereof states as follows:

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

## JURISDICTION AND VENUE

1.    This Court has jurisdiction to consider this

Motion under 28 U.S.C. §§ 157 and 1334.  This is a core

proceeding under 28 U.S.C. § 157(b).  Venue of these cases

and this Motion in this district is proper under 28 U.S.C.

§§ 1408 and 1409.  The statutory and legal predicates for

the relief requested herein are Bankruptcy Code section 502

and Rule 3007 of the Federal Rules of Bankruptcy Procedure.

## BACKGROUND

2.    On November 10, 2008 (the "Petition Date"), the

Debtors filed voluntary petitions in this Court for relief

under chapter 11 of the Bankruptcy Code.

3.    The Debtors continue to manage and operate their

businesses as debtors in possession pursuant to Bankruptcy

Code sections 1107 and 1108.

4.    On November 12, 2008, the Office of the United

States Trustee for the Eastern District of Virginia

appointed a statutory committee of unsecured creditors (the

"Creditors' Committee").  To date, no trustee or examiner

has been appointed in these chapter 11 cases.

5.    On November 12, 2008, the Court appointed Kurtzman

Carson Consultants LLC ("KCC") as claims, noticing and

balloting agent for the Debtors in these chapter 11 cases

pursuant to 28 U.S.C. § 156(c).

6.    On November 12, 2008, this Court entered that
certain Order Establishing Bar Date for Filing Requests for
Payment of Administrative Expense Claims Under Bankruptcy
Code Sections 105 and 503(b)(9) and Approving Form, Manner
and Sufficiency of Notice of the Bar Date Pursuant to
Bankruptcy Rule 9007 (Docket No. 107)(the "503(b)(9) Bar
Date Order").

7.    Pursuant to the 503(b)(9) Bar Date Order, this
Court approved the form and manner of the 503(b)(9) bar date
notice, which was attached as Exhibit A to the 503(b)(9) Bar
Date Order (the "503(b)(9) Bar Date Notice").  Pursuant to
the 503(b)(9) Bar Date Order and 503(b)(9) Bar Date Notice,
the bar date for filing proofs of claim asserting
administrative priority claims pursuant to section 503(b)(9)
of the Bankruptcy Code was on December 19, 2008 (the
"503(b)(9) Bar Date").

8.    On November 19, 2008, KCC served a copy of the
503(b)(9) Bar Date Notice on all parties who filed notices
of appearance pursuant to Bankruptcy Rule 2002, all of the
Debtors' scheduled creditors in these cases, the Debtors'
equity holders, and certain other parties (Docket No. 358).
In addition, the Debtors published the 503(b)(9) Bar Date

Notice in <u>The New York Times</u> (Docket No. 549), <u>The Wall</u>
<u>Street Journal</u> (Docket No. 548),and <u>The Richmond Times-</u>
<u>Dispatch</u> (Docket No. 547).

9.   On December 10, 2009, the Court entered that
certain Order Pursuant to Bankruptcy Code Sections 105 and
502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I)
Setting General Bar Date and Procedures for Filing Proofs of
Claim; and (II) Approving Form and Manner of Notice Thereof
(Docket No. 890) (the "Claims Bar Date Order").

10.   Pursuant to the Claims Bar Date Order, the
deadline for filing all "claims" (as defined in 11 U.S.C. §
105(5)) arising before November 10, 2008 against the Debtors
by any non-governmental entity was 5:00 p.m. (Pacific) on
January 30, 2009 (the "General Bar Date").   The deadline for
governmental units to file claims that arose before November
10, 2009 is 5:00 p.m. (Pacific) on May 11, 2009 (the
"Governmental Bar Date").   Pursuant to the Claims Bar Date
Order, this Court approved the form and manner of the claims
bar date notice, which was attached as Exhibit A to the
Claims Bar Date Order (the "Claims Bar Date Notice").

11.   On December 17 and 19, 2008, KCC served a copy of
the Claims Bar Date Notice on all parties who filed notices
of appearance pursuant to Bankruptcy Rule 2002, all of the

Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 1314). In addition, the Debtors published the Claims Bar Date Notice in The Wall Street Journal (Docket No. 1395) and The Richmond Times-Dispatch (Docket No. 1394).

12.  On January 16, 2009, the Court authorized the Debtors, among other things, to conduct going out of business sales at the Debtors' remaining 567 stores pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.  As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had been completed.

13.  On April 1, 2009, this Court entered an Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections (Docket No. 2881)(the "Omnibus Objection Procedures Order").

## APPLICABLE AUTHORITY

14.  Pursuant to section 502(a) of the Bankruptcy Code, any claim for which a proof of claim has been filed shall be deemed allowed unless a party in interest objects.  If an

objection is filed, the Court, upon notice and a hearing,

shall determine the proper and appropriate amount of such

claim.  <u>See</u> 11 U.S.C. § 502(b).

### <u>OBJECTIONS TO CLAIMS</u>

15.  As more particularly described herein, the Debtors

seek in this Objection the disallowance of certain amended

claims, all as further described herein and pursuant to the

form of order attached hereto as <u>Exhibit A</u>.

16.  The claims that are the subject of this Objection

may be the subject to additional subsequently filed

objections.

17.  The Debtors reserve the right to further object to

any and all claims, whether or not the subject of this

Objection, for allowance, voting, and/or distribution

purposes, and on any other grounds.  The Debtors reserve the

right to modify, supplement and/or amend this Objection as

it pertains to any claim or claimant herein.

18.  Attached as <u>Exhibit B</u> is an alphabetical listing

of all claimants included in this Objection, with a cross-

reference by claim number, and the exhibit upon which the

claimant's claim is located.  <u>See</u> Rule 3007(e)(1) and (2).

## AMENDED CLAIMS

19.  Exhibit C contains a list of claims that have been rendered moot by the claimant filing a subsequent "amending" claim that supersedes the claim listed on Exhibit C (the "Amended Claims").

20.  The Debtors object to the Amended Claims because, among other reasons, the same claimant subsequently filed an amended claim, the amounts and basis of which are the subject of the Amended Claims.  Such repetitive claims should be disallowed.  The Amended Claims listed on Exhibit C under "Claim To Be Disallowed" should be disallowed for all purposes in these bankruptcy cases.  The claims listed under "Surviving Claim" on Exhibit C (the "Surviving Claims") shall remain in effect and are not affected by this Objection; provided, however, that such Surviving Claims may be the subject of a separate objection subsequently filed hereinafter.

21.  The Debtors reserve the right to object to the Amended Claims and the Surviving Claims on any other grounds at any time.

## NOTICE AND PROCEDURE

22.  Notice of this Objection has been provided to all claimants with claims that are the subject to this Objection

8

as identified on <u>Exhibit C</u> (the "Claimants"), respectively,
and to parties-in-interest in accordance with the Court's
Order Pursuant to Bankruptcy Code Sections 102 and 105,
Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules
2002-1 and 9013-1 Establishing Certain Notice, Case
Management and Administrative Procedures (Docket No. 130)
(the "Case Management Order").  The Debtors submit that the
following methods of service upon the Claimants should be
deemed by the Court to constitute due and sufficient service
of this Objection: (a) service in accordance with Federal
Rule of Bankruptcy Procedure 7004 and the applicable
provisions of Federal Rule of Civil Procedure 4; (b) to the
extent counsel for a Claimant is not known to the Debtors,
by first class mail, postage prepaid, on the signatory of
the Claimant's proof of claim form or other representative
identified in the proof of claim form or any attachment
thereto; or (c) by first class mail, postage prepaid, on any
counsel that has appeared on the Claimant's behalf in the
Debtors' bankruptcy cases.  The Debtors are serving the
Claimant with this Objection and the Exhibit(s) on which the
Claimant's claim is listed.

     23.  To the extent any Claimant timely files and
properly serves a response to this Objection by **June 29,**

**2009** as required by the Case Management Order and under applicable law, and the parties are unable to otherwise resolve the Objection, the Debtors request that the Court conduct a status conference with respect to any such responding claimant at **2:00 p.m. on July 6, 2009** and thereafter schedule the matter for a future hearing as to the merits of such claim.  However, to the extent any Claimant fails to timely file and properly serve a response to this Objection as required by the Case Management Order and applicable law, the Debtors request that the Court enter an order, substantially in the form attached hereto as Exhibit A, disallowing such Claimant's claim in its entirety for all purposes in these bankruptcy cases.

### COMPLIANCE WITH BANKRUPTCY RULE 3007 AND THE OMNIBUS OBJECTION PROCEDURES ORDER

24.  This Objection complies with Bankruptcy Rule 3007(e).  Additionally, the Debtors submit that this Objection is filed in accordance with the Omnibus Objection Procedures Order.

### WAIVER OF MEMORANDUM OF LAW

25.  Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion, the Debtors request that the requirement that all

motions be accompanied by a written memorandum of law be waived.

### NO PRIOR RELIEF

26.   No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Debtors request the Court to enter an
Order sustaining this Objection and granting such other and
further relief as the Court deems appropriate.

Dated: Richmond, Virginia        SKADDEN, ARPS, SLATE, MEAGHER &
  June 4, 2009                 FLOM, LLP
               Gregg M. Galardi, Esq.
               Ian S. Fredericks, Esq.
               P.O. Box 636
               Wilmington, Delaware 19899-0636
               (302) 651-3000

                 - and -

               SKADDEN, ARPS, SLATE, MEAGHER &
               FLOM, LLP
               Chris L. Dickerson, Esq.
               333 West Wacker Drive
               Chicago, Illinois 60606
               (312) 407-0700

                 - and -

               MCGUIREWOODS LLP

               _/s/ Douglas M. Foley_____
               Dion W. Hayes (VSB No. 34304)
               Douglas M. Foley (VSB No. 34364)
               One James Center
               901 E. Cary Street
               Richmond, Virginia 23219
               (804) 775-1000

               Counsel for Debtors and Debtors
               in Possession

## EXHIBIT A

Gregg M. Galardi, Esq.                     Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                    Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &            MCGUIREWOODS LLP
FLOM, LLP                                  One James Center
One Rodney Square                          901 E. Cary Street
PO Box 636                                 Richmond, Virginia 23219
Wilmington, Delaware 19899-0636            (804) 775-1000
(302) 651-3000

           - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
           Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - x
```

### ORDER SUSTAINING DEBTORS' THIRTEENTH
### OMNIBUS OBJECTION TO CERTAIN AMENDED CLAIMS

THIS MATTER having come before the Court on the

Debtors' Thirteenth Omnibus Objection to Certain Amended

Claims (the "Objection"), which requested, among other

things, that the claims specifically identified on the

Exhibit C attached to the Objection be disallowed in their

entirety and for all purposes in these bankruptcy cases for

those reasons set forth in the Objection; and it appearing

that due and proper notice and service of the Objection as

set forth therein was good and sufficient and that no other

further notice or service of the Objection need be given;

and it further appearing that no response was timely filed

or properly served by the Claimants being affected by this

Order; and it appearing that the relief requested on the

Objection is in the best interest of the Debtors, their

estates and creditors and other parties-in-interest; and

after due deliberation thereon good and sufficient cause

exists for the granting of the relief as set forth herein,

     IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

     1.    The Objection is GRANTED.

     2.    The Claims identified on Exhibit B – Amended

Claims as attached hereto and incorporated herein, are

forever disallowed in their entirety for all purposes in

these bankruptcy cases.


Dated: Richmond, Virginia
      July ____, 2009


                      _____
                      HONORABLE KEVIN R. HUENNEKENS
                      UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

        Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                        _/s/ Douglas M. Foley_____
                        Douglas M. Foley

\9205020.3

3

In re: Circuit City Stores, Inc, et al.                                    Thirteenth Omnibus Objection to Claims
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Thirteenth Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ACTIONTEC ELECTRONICS INC | 134 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| ARCHOS INC | 25 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| AVAYA INC | 3609 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| BAW PLASTICS INC | 2673 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| BROADWAY NEON SIGN CORP DBA BROADWAY NATIONAL SIGN & LIGHTING | 1675 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| CHRIS OERY | 4186 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| CITY OF THORNTON UTILITY BILLING | 10542 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| CLASSIC TECH DEVELOPMENT LIMITED | 547 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| COCA COLA ENTERPRISES INC | 9204 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| CORPORATE GRAPHICS INTERNATIONAL | 183 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| CORPORATE GRAPHICS INTERNATIONAL | 3073 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| CYBER POWER SYSTEMS INC | 912 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| CYBER POWER SYSTEMS USA INC | 910 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| DENTON, DIANA W | 4837 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| DFS SERVICES LLC | 9690 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| DIRECT BROADCAST SATELLITE CENTER | 6 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| EXCEL BEST INDUSTRIES LIMITED | 702 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| FAY, LAWRENCE W | 7102 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| GENERAL ELECTRIC GE CONSUMER & INDUSTRIAL DIVISION | 9027 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| GOVANI, CHIRAG | 8775 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| GREEN ACRES MALL LLC | 8721 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| HENRICO COUNTY VIRGINIA | 2247 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| HENRICO COUNTY VIRGINIA | 2254 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| JAMES J KENNEY & CO INC | 1721 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| JONES WALKER | 7213 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| MAJESCO ENTERTAINMENT COMPANY | 1633 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| MAJESCO SALES INC | 710 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| MARCONI, NOELLE | 1528 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| MERCURY INSURANCE COMPANY | 3283 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| MICHIGAN DEPT OF TREASURY | 2216 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| MINWA ELECTRONICS CO LTD | 405 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| MUNSELLE, SHIRLEY A | 2266 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| OLYMPUS IMAGING AMERICA INC AKA TO DEBTOR AS OLYMPUS CORPORATION | 7390 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| PARKERSBURG NEWS SENTINEL | 2180 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |

In re: Circuit City Stores, Inc, et al.                                          Thirteenth Omnibus Objection to Claims
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Thirteenth Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| PLATFORM A INC FKA ADVERTISING COM AN AOL LLC COMPANY | 5088 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| ROSENTHAL & ROSENTHAL INC | 741 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| SCRIPPS NETWORKS LLC DBA DIYNETWORK COM | 8032 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| SCRIPPS NETWORKS LLC DBA FINELIVING COM | 8028 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| SCRIPPS NETWORKS LLC DBA GACTV COM | 8033 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| THE COLUMBUS DISPATCH | 4165 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| THE LANDING AT ARBOR PLACE II LLC | 7618 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| UMEDISC LTD | 208 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| UNIDEN AMERICA CORPORATION | 1774 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| UNIVERSAL STUDIOS HOME ENTERTAINMENT LLC | 1267 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| VANCE BALDWIN INC | 8612 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| YVETTE MACK | 4590 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |
| YVETTE MACK | 3894 | EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED |

In re: Circuit City Stores, Inc, et al.                                                                                    **Thirteenth Omnibus Claims Objection**
Case No. 08-35653-KRH

### EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| **Claim:** 134    **Debtor:** CIRCUIT CITY STORES, INC. (08-35653)<br>**Date Filed:** 11/18/2008<br>Creditor's Name and Address:    Secured:<br>     Priority:<br>ACTIONTEC ELECTRONICS INC    Administrative:<br>760 N MARY AVE    Unsecured:    $156,301.27<br>SUNNYVALE, CA 94085<br>     Total:    $156,301.27 | **Claim:** 3032    **Debtor:** CIRCUIT CITY STORES, INC. (08-35653)<br>**Date Filed:** 01/08/2009<br>Creditor's Name and Address:    Secured:<br>     Priority:<br>ACTIONTEC    Administrative:<br>TONG KHUC<br>760 NORTH MARY AVE    Unsecured:    $149,312.83<br>SUNNYVALE, CA 94085<br>     Total:    $149,312.83 |
| **Claim:** 25    **Debtor:** CIRCUIT CITY STORES, INC. (08-35653)<br>**Date Filed:** 11/17/2008<br>Creditor's Name and Address:    Secured:<br>     Priority:<br>ARCHOS INC    Administrative:<br>7951 E MAPPLEWOOD AVE STE 260    Unsecured:    $891,383.79<br>GREENWOOD VILLAGE, CO 80111<br>     Total:    $891,383.79 | **Claim:** 239    **Debtor:** CIRCUIT CITY STORES, INC. (08-35653)<br>**Date Filed:** 12/03/2008<br>Creditor's Name and Address:    Secured:<br>     Priority:<br>ARCHOS INC    Administrative:<br>JENNIFER HAMMOND<br>7951 E MAPLEWOOD AVE STE 260    Unsecured:    $613,133.79<br>GREENWOOD VILLAGE, CO 80111<br>     Total:    $613,133.79 |
| **Claim:** 3609    **Debtor:** CIRCUIT CITY STORES, INC. (08-35653)<br>**Date Filed:** 01/13/2009<br>Creditor's Name and Address:    Secured:<br>     Priority:<br>AVAYA INC    Administrative:<br>C O RMS BANKRUPTCY SERVICES<br>PO BOX 5126    Unsecured:    $202,729.59<br>TIMONIUM, MD 21094<br>     Total:    $202,729.59 | **Claim:** 12975    **Debtor:** CIRCUIT CITY STORES, INC. (08-35653)<br>**Date Filed:** 05/11/2009<br>Creditor's Name and Address:    Secured:<br>     Priority:<br>AVAYA INC    Administrative:    $984.25<br>C O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126    Unsecured:    $154,024.27<br>TIMONIUM, MD 21094<br>     Total:    $155,008.52 |
| **Claim:** 2673    **Debtor:** CIRCUIT CITY PURCHASING<br>COMPANY, LLC (08-35657)<br>**Date Filed:** 01/13/2009<br>Creditor's Name and Address:    Secured:<br>     Priority:<br>BAW PLASTICS INC    Administrative:    $73,096.21<br>JAMES D SLOVONIC<br>2148 CENTURY DR    Unsecured:    $21,796.26<br>CENTURY III BUSINESS CTR<br>JEFFERSON HILLS, PA 15025    Total:    $94,892.47 | **Claim:** 11165    **Debtor:** CIRCUIT CITY PURCHASING COMPANY,<br>LLC (08-35657)<br>**Date Filed:** 02/03/2009<br>Creditor's Name and Address:    Secured:<br>     Priority:<br>UNITED STATES DEBT RECOVERY LLC    Administrative:    $59,246.55<br>940 SOUTHWOOD BL SUITE 101<br>INCLINE VILLAGE, NV 89451    Unsecured:<br>     Total:    $59,246.55 |

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

**Thirteenth Omnibus Claims Objection**

## EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

| | | | |
|---|---|---|---|
| Claim: 1675 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | | |
| Date Filed: 12/17/2008 | | | |
| Creditor's Name and Address: | Secured: | | |
| | Priority: | | |
| BROADWAY NEON SIGN CORP DBA BROADWAY | Administrative: | | |
| NATIONAL SIGN & LIGHTING | Unsecured: $30,857.67 | | |
| CARL PAPARELLA VP & GENERAL COUNSEL | | | |
| 2150 5TH AVE | Total: $30,857.67 | | |
| RONKONKOMA, NY 11779 | | | |

| | |
|---|---|
| Claim: 10476 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 02/02/2009 | |
| Creditor's Name and Address: | Secured: |
| | Priority: |
| BROADWAY NEON SIGN CORP DBA | Administrative: |
| BROADNSAR NATIONAL SIGN AND | Unsecured: $42,140.61 |
| LIGHTING | |
| CARL PAPARELLA VP AND GENERAL | Total: $42,140.61 |
| COUNSEL | |
| 2150 5TH AVE | |
| RONKONKOMA, NY 11779 | |

| | |
|---|---|
| Claim: 10542 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 02/02/2009 | |
| Creditor's Name and Address: | Secured: $226.08 |
| | Priority: |
| CITY OF THORNTON UTILITY BILLING | Administrative: |
| CITY ATTORNEYS OFFICE | Unsecured: |
| CITY OF THORNTON | |
| 9500 CIVIC CENTER DR | Total: $226.08 |
| THORNTON, CO 80229-4326 | |

| | |
|---|---|
| Claim: 11959 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 03/30/2009 | |
| Creditor's Name and Address: | Secured: $316.49 |
| | Priority: |
| CITY OF THORNTON UTILITY BILLING | Administrative: |
| CITY ATTORNEYS OFFICE | Unsecured: |
| CITY OF THORNTON | |
| 9500 CIVIC CENTER DR | Total: $316.49 |
| THORNTON, CO 80229-4326 | |

| | |
|---|---|
| Claim: 547 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 11/26/2008 | |
| Creditor's Name and Address: | Secured: |
| | Priority: |
| CLASSIC TECH DEVELOPMENT LIMITED | Administrative: |
| 11 F TO 12 F | Unsecured: $272,233.26 |
| YUE XIU INDUSTRIAL BUILDING | |
| 87 HUNG TO ROAD | Total: $272,233.26 |
| KWUN TONG KOWLOON, HONG KONG | |

| | |
|---|---|
| Claim: 4559 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/20/2009 | |
| Creditor's Name and Address: | Secured: |
| | Priority: |
| CLASSIC TECH DEVELOPMENT LTD | Administrative: |
| 11/F 12/F YUE XIU INDL BLDG | Unsecured: $267,452.90 |
| 87 HUNG TO RD KWUN TUNG | |
| KOWLOON HONG KONG, UNKNOWN | Total: $267,452.90 |

| | |
|---|---|
| Claim: 9204 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/30/2009 | |
| Creditor's Name and Address: | Secured: |
| | Priority: |
| COCA COLA ENTERPRISES INC | Administrative: $217,262.63 |
| C O CATHERINE HARRISON KING | Unsecured: $66,266.56 |
| MILLER & MARTIN PLLC | |
| 1170 PEACHTREE ST NE STE 800 | Total: $283,529.19 |
| ATLANTA, GA 30309-7706 | |

| | |
|---|---|
| Claim: 12875 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 05/05/2009 | |
| Creditor's Name and Address: | Secured: |
| | Priority: |
| COCA COLA ENTERPRISES INC | Administrative: $217,262.63 |
| C O CATHERINE HARRISON KING | Unsecured: $78,352.56 |
| MILLER & MARTIN PLLC | |
| 1170 PEACHTREE ST NE STE 800 | Total: $295,615.19 |
| ATLANTA, GA 30309-7706 | |

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Thirteenth Omnibus Claims Objection

## EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED

| CLAIM TO BE DISALLOWED * | | | SURVIVING CLAIM * | | |
|---|---|---|---|---|---|
| Claim: 183 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 11698 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/05/2008 | | | Date Filed: 03/05/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| CORPORATE GRAPHICS INTERNATIONAL | Administrative: | $17,641.45 | CORPORATE GRAPHICS INTERNATIONAL | Administrative: | $2,028.75 |
| 1885 NORTHWAY DR | Unsecured: | UNL | 1885 NORTHWAY DR | Unsecured: | |
| N MANKATO, MN 56003 | | | N MANKATO, MN 56003 | | |
| | Total: | $17,641.45 | | Total: | $2,028.75 |
| Claim: 3073 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 11683 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/09/2009 | | | Date Filed: 03/05/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| CORPORATE GRAPHICS INTERNATIONAL | Administrative: | | CORPORATE GRAPHICS INTERNATIONAL | Administrative: | |
| PO BOX 8464 | Unsecured: | $17,641.45 | PO BOX 8464 | Unsecured: | $15,612.70 |
| NORTH MANKATO, MN 56003 | | | NORTH MANKATO, MN 56003 | | |
| | Total: | $17,641.45 | | Total: | $15,612.70 |
| Claim: 912 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 1037 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 11/26/2008 | | | Date Filed: 12/19/2008 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| CYBER POWER SYSTEMS INC | Administrative: | $185,329.10 | CYBER POWER SYSTEMS INC | Administrative: | $36,882.50 |
| WILLIAM J JOANIS ESQ | Unsecured: | | 6F NO 32 SEC 1 CHENGGONG RD | Unsecured: | |
| 4241 12TH AVENUE E STE 400 | | | NANGANG DISTRICT TAIPEI, TAIWAN, | | |
| SHAKOPEE, MN 55379 | | | PROVINCE OF CHINA | | |
| | Total: | $185,329.10 | | Total: | $36,882.50 |
| Claim: 910 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 1250 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 11/26/2008 | | | Date Filed: 12/18/2008 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| CYBER POWER SYSTEMS USA INC | Administrative: | $103,123.70 | CYBERPOWER SYSTEMS USA INC | Administrative: | $49,360.45 |
| WILLIAM J JOANIS ESQ | Unsecured: | | 4241 12TH AVE E STE 400 | Unsecured: | |
| 4241 12TH AVENUE E STE 400 | | | SHAKOPEE, MN 55379 | | |
| SHAKOPEE, MN 55379 | | | | | |
| | Total: | $103,123.70 | | Total: | $49,360.45 |
| Claim: 4837 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 11660 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/21/2009 | | | Date Filed: 03/03/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| DENTON, DIANA W | Administrative: | | DENTON, DIANA INDIVIDUAL OWNERSHIP & | Administrative: | |
| 6102 BREMO RD | Unsecured: | UNL | JOINT WITH RONALD DENTON | Unsecured: | UNL |
| RICHMOND, VA 23226 | | | DIANA W DENTON | | |
| | | | 6102 BREMO RD | | |
| | | | RICHMOND, VA 23226 | | |
| | Total: | UNL | | Total: | UNL |

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

**Thirteenth Omnibus Claims Objection**

### EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 9690 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 11557 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/30/2009 | | Date Filed: 02/25/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| DFS SERVICES LLC | Administrative: | DFS SERVICES LLC | Administrative: |
| PO BOX 3000 | Unsecured: $111,083.12 | PO BOX 3000 | Unsecured: $113,708.12 |
| NEW ALBANY, OH 43054 | | NEW ALBANY, OH 43054 | |
| | Total: $111,083.12 | | Total: $113,708.12 |
| Claim: 6 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 358 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 11/12/2008 | | Date Filed: 11/24/2008 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| DIRECT BROADCAST SATELLITE CENTER | Priority: | DIRECT BROADCAST SATELLITE CENTER | Priority: |
| HOME WIRE LLC | Administrative: | HOME WIRE LLC | Administrative: |
| 12602 NE MARX ST | Unsecured: $3,130.00 | 12602 NE MARX ST | Unsecured: $3,560.00 |
| PORTLAND, OR 97230 | | PORTLAND, OR 97230 | |
| | Total: $3,130.00 | | Total: $3,560.00 |
| Claim: 702 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 5591 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/09/2008 | | Date Filed: 01/23/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| EXCEL BEST INDUSTRIES LIMITED | Priority: | EXCEL BEST INDUSTRIES LIMITED | Priority: |
| LIN LIM UNIT 1603 | Administrative: | LIN LIM UNIT 1603 | Administrative: |
| 16/F TOWER 2 SILVERCORD NO 30 CANTON RD | Unsecured: $244,378.68 | 16/F TOWER 2 SILVERCORD NO 30 CANTON RD | Unsecured: $128,479.44 |
| TSIMSHATSUI KOWLOON, HONG KONG | | TSIMSHATSUI KOWLOON, HONG KONG | |
| | Total: $244,378.68 | | Total: $128,479.44 |
| Claim: 7102 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 10842 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/28/2009 | | Date Filed: 02/12/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| FAY, LAWRENCE W | Administrative: | FAY, LAWRENCE W | Administrative: |
| 2500 MAPLE HALL COURT | Unsecured: $641,722,000.00 | 2500 MAPLE HALL COURT | Unsecured: $641,722.00 |
| MIDLOTHIAN, VA 23113 | | MIDLOTHIAN, VA 23113 | |
| | Total: $641,722,000.00 | | Total: $641,722.00 |
| Claim: 9027 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 10894 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/28/2009 | | Date Filed: 02/03/2009 | |
| Creditor's Name and Address: | Secured: $28,334,193.54 | Creditor's Name and Address: | Secured: $28,344,193.54 |
| GENERAL ELECTRIC GE CONSUMER & | Priority: | GENERAL ELECTRIC | Priority: |
| INDUSTRIAL DIVISION | Administrative: | GE APPLIANCES RETAIL | Administrative: |
| GE CONSUMER & INDUSTRIAL DIVISION | Unsecured: | PO BOX 640138 | Unsecured: |
| C O DEHAAN & BACH | | PITTSBURGH, PA 15264-0138 | |
| 11256 CORNELL PARK DR STE 500 | Total: $28,334,193.54 | | Total: $28,344,193.54 |
| CINCINNATI, OH 45242 | | | |

In re: Circuit City Stores, Inc, et al.    **Thirteenth Omnibus Claims Objection**
Case No. 08-35653-KRH

### EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 8775 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Claim: 12329 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| Date Filed: 01/30/2009 | | Date Filed: 04/22/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| GOVANI, CHIRAG | Administrative: | CHIRAG GOVANI | Administrative: |
| CHIRAG BRADSHAW ESQ | Unsecured: UNL | MARK BRADSHAW ESQ | Unsecured: $3,400,680.10 |
| MARK BRADSHAW & BASTIAN LLP | | SHULMAN HODGES & BASTIAN LLP | |
| 26632 TOWNE CENTER DR NO 300 | | 26632 TOWNE CTR DR STE 300 | |
| FOOTHILL RANCH, CA 92610 | Total: UNL | FOOTHILL RANCH, CA 92610 | Total: $3,400,680.10 |
| Claim: 8721 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 12701 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/30/2009 | | Date Filed: 04/30/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| GREEN ACRES MALL LLC | Administrative: UNL | GREEN ACRES MALL LLC | Administrative: |
| ATTN MEI CHENG | Unsecured: | ATTN MEI CHENG | Unsecured: $3,162,363.00 |
| C O VORNADO REALTY TRUST | | C O VORNADO REALTY TRUST | |
| 210 ROUTE 4 E | | 210 ROUTE 4 E | |
| PARAMUS, NJ 07652 | Total: UNL | PARAMUS, NJ 07652 | Total: $3,162,363.00 |
| Claim: 2254 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 13007 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/02/2009 | | Date Filed: 04/30/2009 | |
| Creditor's Name and Address: | Secured: $10,064.39 | Creditor's Name and Address: | Secured: $13,053.59 |
| | Priority: | | Priority: |
| HENRICO COUNTY VIRGINIA | Administrative: | HENRICO COUNTY VIRGINIA ACCOUNT NO | Administrative: |
| RHYSA GRIFFITH SOUTH ASSISTANT COUNTY | Unsecured: | 00646911016 | Unsecured: |
| ATTORNEY | | RHYSA GRIFFITH SOUTH | |
| PO BOX 90775 | | ASSISTANT COUNTY ATTORNEY | |
| HENRICO, VA 23273-0775 | Total: $10,064.39 | PO BOX 90775 | |
| | | HENRICO, VA 23273-0775 | Total: $13,053.59 |
| Claim: 2247 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 13002 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/02/2009 | | Date Filed: 04/30/2009 | |
| Creditor's Name and Address: | Secured: $10,868.69 | Creditor's Name and Address: | Secured: $10,888.32 |
| | Priority: | | Priority: |
| HENRICO COUNTY VIRGINIA | Administrative: | HENRICO COUNTY VIRGINIA ACCT NO | Administrative: |
| RHYSA GRIFFITH SOUTH ASSISTANT COUNTY | Unsecured: | 0078201 1019 | Unsecured: |
| ATTORNEY | | RHYSA GRIFFITH SOUTH | |
| PO BOX 90775 | | ASSISTANT COUNTY ATTORNEY | |
| HENRICO, VA 23273-0775 | Total: $10,868.69 | PO BOX 90775 | |
| | | HENRICO VIRGINIA, 23273-0775 | Total: $10,888.32 |
| Claim: 1721 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 12244 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/16/2008 | | Date Filed: 04/10/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| JAMES J KENNEY & CO INC | Administrative: | JAMES J KENNEY & CO INC | Administrative: |
| 6218 CAMDEN ST | Unsecured: $171,031.38 | 6218 CAMDEN ST | Unsecured: $172,553.38 |
| HARAHAN, LA 70123 | | HARAHAN, LA 70123 | |
| | Total: $171,031.38 | | Total: $172,553.38 |

In re: Circuit City Stores, Inc, et al.

Thirteenth Omnibus Claims Objection

Case No. 08-35653-KRH

## EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED

| CLAIM TO BE DISALLOWED * | | | SURVIVING CLAIM * | | |
|---|---|---|---|---|---|
| Claim: 7213 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 11118 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/28/2009 | Secured: | | Date Filed: 02/10/2009 | Secured: | |
| Creditor's Name and Address: | Priority: | | Creditor's Name and Address: | Priority: | |
| JONES WALKER | Administrative: | | JONES WALKER | Administrative: | |
| 201 ST CHARLES AVE | Unsecured: | $66,930.84 | 201 ST CHARLES AVE | Unsecured: | $68,255.24 |
| NEW ORLEANS, LA 70170 | | | NEW ORLEANS, LA 70170 | | |
| | Total: | $66,930.84 | | Total: | $68,255.24 |
| Claim: 3894 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 10462 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/13/2009 | Secured: | | Date Filed: 02/17/2009 | Secured: | |
| Creditor's Name and Address: | Priority: | | Creditor's Name and Address: | Priority: | |
| MACK, YVETTE | Administrative: | | YVETTE MACK | Administrative: | |
| C O SPOTTS FAIN PC | Unsecured: | $1.00 | C O SPOTTS FAIN PC | Unsecured: | $100,000.00 |
| PO BOX 1555 | | | PO BOX 1555 | | |
| RICHMOND, VA 23218-1555 | | | RICHMOND, VA 23218-1555 | | |
| | Total: | $1.00 | | Total: | $100,000.00 |
| Claim: 4590 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 10462 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/16/2009 | Secured: | | Date Filed: 02/17/2009 | Secured: | |
| Creditor's Name and Address: | Priority: | | Creditor's Name and Address: | Priority: | |
| MACK, YVETTE | Administrative: | | YVETTE MACK | Administrative: | |
| C O SPOTTS FAIN PC | Unsecured: | UNL | C O SPOTTS FAIN PC | Unsecured: | $100,000.00 |
| PO BOX 1555 | | | PO BOX 1555 | | |
| RICHMOND, VA 23218-1555 | | | RICHMOND, VA 23218-1555 | | |
| | Total: | UNL | | Total: | $100,000.00 |
| Claim: 1633 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 8767 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 11/28/2008 | Secured: | | Date Filed: 01/30/2009 | Secured: | |
| Creditor's Name and Address: | Priority: | | Creditor's Name and Address: | Priority: | |
| MAJESCO ENTERTAINMENT COMPANY | Administrative: | | MAJESCO ENTERTAINMENT COMPANY | Administrative: | |
| PORZIO BROMBERG & NEWMAN PC | Unsecured: | | WARREN J MARTIN JR ESQ | Unsecured: | $258,432.00 |
| PO BOX 1997 | | | PORZIO BROMBERG & NEWMAN PC | | |
| MORRISTOWN, NJ 07962-1997 | | | 100 SOUTHGATE PKWY | | |
| | | | MORRISTOWN, NJ 07962 | | |
| | Total: | UNL | | Total: | $258,432.00 |
| Claim: 710 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 1385 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/09/2008 | Secured: | | Date Filed: 12/19/2008 | Secured: | |
| Creditor's Name and Address: | Priority: | | Creditor's Name and Address: | Priority: | |
| MAJESCO SALES INC | Administrative: | $150,528.00 | MAJESCO ENTERTAINMENT COMPANY | Administrative: | $153,600.00 |
| ROSENTHAL & ROSENTHAL | Unsecured: | | C O ADAM SULTAN | Unsecured: | |
| 1370 BROADWAY | | | 160 RARITAN CTR PKWY | | |
| NEW YORK, NY 10018 | | | EDISON, NJ 08837 | | |
| | Total: | $150,528.00 | | Total: | $153,600.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

**Thirteenth Omnibus Claims Objection**

### EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 1528 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 11639 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/08/2008 | | Date Filed: 02/11/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| MARCONI, NOELLE | Administrative: | MARCONI, NOELLE L | Administrative: |
| 865 WILLOW AVE | Unsecured: $5,145.63 | 865 WILLOW AVE | Unsecured: $5,145.63 |
| LANGHORNE, PA 19047 | | LANGHORNE, PA 19047 | |
| | Total: $5,145.63 | | Total: $5,145.63 |
| Claim: 3283 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Claim: 11585 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| Date Filed: 01/12/2009 | | Date Filed: 03/12/2009 | |
| Creditor's Name and Address: | Secured: $20,898.00 | Creditor's Name and Address: | Secured: $23,965.59 |
| | Priority: | | Priority: |
| MERCURY INSURANCE COMPANY | Administrative: | MERCURY INSURANCE COMPANY | Administrative: |
| PO BOX 10730 | Unsecured: $3,067.59 | PO BOX 10730 | Unsecured: |
| SANTA ANA, CA 92711 | | SANTA ANA, CA 92711 | |
| | Total: $23,965.59 | | Total: $23,965.59 |
| Claim: 2216 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 12534 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/05/2009 | | Date Filed: 04/27/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| MICHIGAN DEPT OF TREASURY | Administrative: | STATE OF MICHIGAN | Administrative: |
| UNCLAIMED PROPERTY DIVISION | Unsecured: UNL | MICHIGAN DEPT OF TREASURY | Unsecured: UNL |
| PO BOX 30756 | | UNCLAIMED PROPERTY DIVISION | |
| LANSING, MI 48909 | | PO BOX 30756 | |
| | Total: UNL | LANSING, MI 48909 | Total: UNL |
| Claim: 405 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 2626 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/02/2008 | | Date Filed: 01/05/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| MINWA ELECTRONICS CO LTD | Administrative: | MINWA ELECTRONICS CO LTD | Administrative: |
| 22F FAR EAST FINANCE CENTRE | Unsecured: $131,664.64 | 22F FAR EAST FINANCE CENTRE | Unsecured: $132,495.24 |
| 16 HARCOURT ROAD | | 16 HARCOURT RD | |
| ADMIRALTY, HONG KONG | | ADMIRALTY, UNKNOWN | |
| | Total: $131,664.64 | | Total: $132,495.24 |
| Claim: 2266 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 11650 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/30/2008 | | Date Filed: 02/27/2009 | |
| Creditor's Name and Address: | Secured: $3,413.69 | Creditor's Name and Address: | Secured: |
| | Priority: $3,413.69 | | Priority: $3,413.69 |
| MUNSELLE, SHIRLEY A | Administrative: | MUNSELLE, SHIRLEY A | Administrative: |
| 4726 BENTREE AVE | Unsecured: | 4726 BENTREE AVE | Unsecured: |
| LONG BEACH, CA 90807-1006 | | LONG BEACH, CA 90807-1006 | |
| | Total: $6,827.38 | | Total: $3,413.69 |

In re: Circuit City Stores, Inc, et al.

**Thirteenth Omnibus Claims Objection**

Case No. 08-35653-KRH

### EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 4186 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 11592 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/21/2009 | | Date Filed: 03/17/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| OERY, CHRIS | Administrative: | OERY, CHRIS | Administrative: |
| 4775 SUMMIT RIDGE DR NO 2011 | Unsecured: $260.00 | 3545 BALBOA DR | Unsecured: $260.00 |
| RENO, NV 89523 | | RENO, NV 89503 | |
| | Total: $260.00 | | Total: $260.00 |
| Claim: 7390 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 9006 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/28/2009 | | Date Filed: 01/30/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| OLYMPUS IMAGING AMERICA INC AKA TO | Administrative: | OLYMPUS IMAGING AMERICA INC AKA TO | Administrative: |
| DEBTOR AS OLYMPUS CORPORATION | | DEBTOR AS OLYMPUS CORPORATION | |
| ANDREW ST CLAIR | Unsecured: $17,367,527.47 | ANDREW ST CLAIR | Unsecured: $17,367,527.47 |
| 3500 CORPORATE PKWY | | 3500 CORPORATE PKWY | |
| CENTER VALLEY, PA 18034 | Total: $17,367,527.47 | CENTER VALLEY, PA 18034 | Total: $17,367,527.47 |
| Claim: 2180 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 10561 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/05/2009 | | Date Filed: 02/03/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| PARKERSBURG NEWS SENTINEL | Administrative: | PARKERSBURG NEWS SENTINEL | Administrative: |
| PO BOX 1787 | Unsecured: $18,686.85 | PO BOX 1787 | Unsecured: $10,717.50 |
| PARKERSBURG, WV 26102 | | PARKERSBURG, WV 26102 | |
| | Total: $18,686.85 | | Total: $10,717.50 |
| Claim: 5088 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 10273 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/21/2009 | | Date Filed: 02/17/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| PLATFORM A INC FKA ADVERTISING COM AN | Administrative: | PLATFORM A INC FKA ADVERTISINGCOM AN | Administrative: |
| AOL LLC COMPANY | | AOL LLC COMPANY | |
| TIFFANY STRELOW COBB ESQ | Unsecured: $3,253,227.44 | TIFFANY STRELOW COBB ESQ | Unsecured: $3,069,878.57 |
| VORYS SATER SEYMOUR AND PEASE LLP | | VORYS SATER SEYMOUR AND PEASE LLP | |
| 52 EAST GAY ST | Total: $3,253,227.44 | 52 EAST GAY ST | Total: $3,069,878.57 |
| PO BOX 1008 | | PO BOX 1008 | |
| COLUMBUS, OH 43216-1008 | | COLUMBUS, OH 43215 | |

In re: Circuit City Stores, Inc, et al.                                                          **Thirteenth Omnibus Claims Objection**
Case No. 08-35653-KRH

### EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

| | | | |
|---|---|---|---|
| **Claim:** 741 | **Debtor:** CIRCUIT CITY STORES, INC. (08-35653) | **Claim:** 1710 | **Debtor:** CIRCUIT CITY STORES, INC. (08-35653) |
| **Date Filed:** 11/26/2008 | | **Date Filed:** 12/11/2008 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| ROSENTHAL & ROSENTHAL INC | Administrative: | ROSENTHAL & ROSENTHAL INC | Administrative: |
| DONALD S LEONARD | Unsecured: $255,360.00 | DONALD S LEONARD | Unsecured: $104,832.00 |
| 1370 BROADWAY 3RD FL | | 1370 BROADWAY | |
| NEW YORK, NY 10018 | Total: $255,360.00 | NEW YORK, NY 10018 | Total: $104,832.00 |

| | | | |
|---|---|---|---|
| **Claim:** 8032 | **Debtor:** CIRCUIT CITY STORES, INC. (08-35653) | **Claim:** 12155 | **Debtor:** CIRCUIT CITY STORES, INC. (08-35653) |
| **Date Filed:** 01/29/2009 | | **Date Filed:** 03/30/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| SCRIPPS NETWORKS LLC DBA DIYNETWORK COM | Administrative: | SCRIPPS NETWORKS LLC DBA DIYNETWORK COM | Administrative: |
| ATTN BONNIE KRABBENHOFT | Unsecured: $3,610.00 | ATTN WENDY GIBSON | Unsecured: $3,571.43 |
| 9721 SHERRILL BLVD | | BAKER & HOSTETLER LLP | |
| KNOXVILLE, TN 37932 | Total: $3,610.00 | 3200 NATIONAL CITY CTR | Total: $3,571.43 |
| | | 1900 E 9TH ST | |
| | | CLEVELAND, OH 44114-3485 | |

| | | | |
|---|---|---|---|
| **Claim:** 8028 | **Debtor:** CIRCUIT CITY STORES, INC. (08-35653) | **Claim:** 12156 | **Debtor:** CIRCUIT CITY STORES, INC. (08-35653) |
| **Date Filed:** 01/29/2009 | | **Date Filed:** 03/30/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| SCRIPPS NETWORKS LLC DBA FINELIVING COM | Administrative: | SCRIPPS NETWORKS LLC DBA FINELIVING COM | Administrative: |
| ATTN BONNIE KRABBENHOFT | Unsecured: $5,233.00 | ATTN WENDY GIBSON | Unsecured: $10,626.19 |
| 9721 SHERRILL BLVD | | BAKER & HOSTETLER | |
| KNOXVILLE, TN 37932 | Total: $5,233.00 | 3200 NATIONAL CITY CTR | Total: $10,626.19 |
| | | 1900 E 9TH ST | |
| | | CLEVELAND, OH 44114-3485 | |

| | | | |
|---|---|---|---|
| **Claim:** 8033 | **Debtor:** CIRCUIT CITY STORES, INC. (08-35653) | **Claim:** 12157 | **Debtor:** CIRCUIT CITY STORES, INC. (08-35653) |
| **Date Filed:** 01/29/2009 | | **Date Filed:** 03/30/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| SCRIPPS NETWORKS LLC DBA GACTV COM | Administrative: | SCRIPPS NETWORKS LLC DBA GACTV COM | Administrative: |
| ATTN BONNIE KRABBENHOFT | Unsecured: $1,544.00 | ATTN WENDY GIBSON | Unsecured: $1,428.57 |
| 9721 SHERRILL BLVD | | BAKER & HOSTETLER LLP | |
| KNOXVILLE, TN 37932 | Total: $1,544.00 | 3200 NATIONAL CITY CTR | Total: $1,428.57 |
| | | 1900 E 9TH ST | |
| | | CLEVELAND, OH 44114-3485 | |

In re: Circuit City Stores, Inc, et al.

Thirteenth Omnibus Claims Objection

Case No. 08-35653-KRH

## EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED

| CLAIM TO BE DISALLOWED * | | | SURVIVING CLAIM * | | |
|---|---|---|---|---|---|
| Claim: 4165 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 12386 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/16/2009 | | | Date Filed: 04/24/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| THE COLUMBUS DISPATCH | Administrative: | | THE COLUMBUS DISPATCH | Administrative: | |
| WELTMAN WEINBERG & REIS CO LPA | | | WELTMAN WEINBERG & REIS CO LPA | | |
| 175 S THIRD ST STE 900 | Unsecured: | $98,246.66 | 175 S THIRD ST STE 900 | Unsecured: | $98,246.66 |
| COLUMBUS, OH 43215 | | | COLUMBUS, OH 43215 | | |
| | Total: | $98,246.66 | | Total: | $98,246.66 |
| Claim: 7618 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 11814 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/29/2009 | | | Date Filed: 03/20/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | $1,815.46 |
| THE LANDING AT ARBOR PLACE II LLC | Administrative: | $3,630.92 | THE LANDING AT ARBOR PLACE II LLC | Administrative: | |
| C O SCOTT M SHAW | | | C O SCOTT M SHAW | | |
| HUSCH BLACKWELL SANDERS LLP | Unsecured: | | HUSCH BLACKWELL SANDERS LLP | Unsecured: | |
| 2030 HAMILTON PL BLVD STE 150 | | | 2030 HAMILTON PL BLVD STE 150 | | |
| CHATTANOOGA, TN 37421 | Total: | $3,630.92 | CHATTANOOGA, TN 37421 | Total: | $1,815.46 |
| Claim: 208 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 4608 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/01/2008 | | | Date Filed: 01/20/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| UMEDISC LTD | Administrative: | | UMEDISC LTD | Administrative: | |
| UNITS 1 7 6/F METRO LOFT 38 KWAI HEI ST | | | 1 4/F HALE WEAL INDUSTRIAL | | |
| KWAI CHUNG | Unsecured: | $1,413,037.38 | 22 28 TAI CHUNG RD | Unsecured: | $1,319,501.66 |
| NEW TERRITORIES, HONG KONG | | | TSUEN WAN NT, UNKNOWN | | |
| | Total: | $1,413,037.38 | | Total: | $1,319,501.66 |
| Claim: 1774 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 10334 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/11/2008 | | | Date Filed: 02/09/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| UNIDEN AMERICA CORPORATION | Administrative: | | UNIDEN CORP OF AMERICA | Administrative: | |
| EULER HERMES ACI | | | LEGAL DEPT | | |
| AGENT OF UNIDEN AMERICA CORPORATION | Unsecured: | $703,485.97 | 4700 AMON CARTER BLVD | Unsecured: | $459,778.85 |
| 800 RED BROOK BLVD | | | FORT WORTH, TX 76155 | | |
| OWINGS MILLS, MD 21117 | Total: | $703,485.97 | | Total: | $459,778.85 |
| Claim: 1267 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 12255 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/18/2008 | | | Date Filed: 04/09/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| UNIVERSAL STUDIOS HOME ENTERTAINMENT | Administrative: | $1,985,239.31 | UNIVERSAL STUDIOS HOME | Administrative: | |
| LLC | | | ENTERTAINMENT LLC | | |
| 100 UNIVERSAL CITY PLAZA 1440 6 | Unsecured: | | 100 UNIVERSAL CITY PLAZA 1440 6 | Unsecured: | $1,985,239.31 |
| UNIVERSAL CITY, CA 91608 | | | UNIVERSAL CITY, CA 91608 | | |
| | Total: | $1,985,239.31 | | Total: | $1,985,239.31 |

In re: Circuit City Stores, Inc, et al.                                                                                    **Thirteenth Omnibus Claims Objection**
Case No. 08-35653-KRH

**EXHIBIT C - AMENDED CLAIMS TO BE DISALLOWED**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

| | | | | |
|---|---|---|---|---|
| Claim: | 8612 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | | |
| Date Filed: | 01/29/2009 | | | |
| Creditor's Name and Address: | | Secured: | | |
| | | Priority: | | |
| VANCE BALDWIN INC | | Administrative: | | |
| C O RONALD S GELLERT ESQ | | | | |
| ECKERT SEAMANS CHERIN & MELLOTT LLC | | Unsecured: | UNL | |
| 2 LIBERTY PL 50 S 16TH ST 22ND FL | | | | |
| PHILADELPHIA, PA 19102-0000 | | Total: | UNL | |

| | | | | |
|---|---|---|---|---|
| Claim: | 10948 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | | |
| Date Filed: | 02/03/2009 | | | |
| Creditor's Name and Address: | | Secured: | | |
| | | Priority: | | |
| VANCE BALDWIN INC | | Administrative: | | |
| C O RONALD S GELLERT ESQ | | | | |
| ECKERT SEAMANS CHERIN & MELLOTT LLC | | Unsecured: | $298,004.96 | |
| 2 LIBERTY PL 50 S 16TH ST 22ND FL | | | | |
| PHILADELPHIA, PA 19102-0000 | | Total: | $298,004.96 | |

**Total Claims To Be Disallowed:**          47

**Total Asserted Amount To Be Disallowed:**    $698,356,790.90