| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

```
          IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                      RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        :  Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :  Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER ON DEBTORS' FOURTH OMNIBUS**
**<u>OBJECTION TO CERTAIN DUPLICATIVE CLAIMS</u>**

THIS MATTER having come before the Court on the Debtors' Fourth Omnibus Objection to Certain Duplicative Claims (the "Objection"), and it appearing that due and proper notice and service of the Objection has been given in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good and sufficient and that no other further

notice or service of the Objection need be given; and it further appearing that certain parties filed responses to the Objection; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The claims identified on <u>Exhibit A – Duplicate 503(b)(9) – Modified Claims</u> as attached hereto and incorporated herein, are forever modified as set forth on <u>Exhibit A – Duplicate 503(b)(9) – Modified Claims</u> for all purposes in these bankruptcy cases; <u>provided</u>, <u>however</u>, this is without prejudice to the claimants' right to seek reclassification to general unsecured status of the surviving alleged administrative claims, as reflected on <u>Exhibit A</u>, to the extent such claims are not allowed as administrative expense priority claims under section 503(b)(9) of the Bankruptcy Code.

2. The status hearing on the Objection to the claims identified on <u>Exhibit B – Duplicate 503(b)(9) – Adjourned Claims</u> as attached hereto and incorporated herein, is hereby adjourned to July 23, 2009, at 11:00 a.m. (Eastern).

    3.    The Debtors' right to object to any claim included in the Objection on any grounds and on any bases are preserved in their entirety.

    4.    The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before ten (10) business days from the entry of this Order.

Dated: Richmond, Virginia
       June \_\_\_, 2009

    **Jun 1 2009**

                **/s/ Kevin Huennekens**
                HONORABLE KEVIN R. HUENNEKENS
                UNITED STATES BANKRUPTCY JUDGE

                Entered on Docket: June 2 2009

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

```
                          _/s/ Douglas M. Foley_____
                          Douglas M. Foley
```

\9133191.1

4

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Fourth Omnibus Claims Objection

Exhibit A - Duplicate 503(b)(9) - Modified Claims

| Claim Number | Date Filed | Claimant Name | Claimant Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|
| 8423 | 1/29/09 | BETHESDA SOFTWORKS LLC | BETHESDA SOFTWORKS LLC ATTN J GRIFFIN LESHER ESQ 1370 PICCARD DR STE 120 ROCKVILLE, MD 20850 | CIRCUIT CITY STORES, INC. | Unsecured | $32,742.84 | $0.00 |
| 8423 | 1/29/09 | BETHESDA SOFTWORKS LLC | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $3,838,606.40 | $0.00 |
| 8476 | 1/29/09 | BETHESDA SOFTWORKS LLC | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $32,742.84 | $32,742.84 |
| 8476 | 1/29/09 | BETHESDA SOFTWORKS LLC | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $3,838,606.40 | $0.00 |
| 1244 | 12/18/08 | BETHESDA SOFTWORKS LLC | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $3,838,606.40 | $3,838,606.40 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Fourth Omnibus Claims Objection

Exhibit A - Duplicate 503(b)(9) - Modified Claims

| Claim Number | Date Filed | Claimant Name | Claimant Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|
| 4433 | 1/20/09 | CHECKPOINT SYSTEMS INC & CHECKPOINT SYSTEMS INC DBA ALPHA SECURITY PRODUCTS | CHECKPOINT SYSTEMS INC & CHECKPOINT SYSTEMS INC DBA ALPHA SECURITY PRODUCTS ATTN SANDY CHRISTOFIDES 101 WOLF DR THOROFARE, NJ 08086 | CIRCUIT CITY PURCHASING COMPANY, LLC | 503b9 - Admin Priority | $108,797.44 | $0.00 |
| 4433 | 1/20/09 | CHECKPOINT SYSTEMS INC & CHECKPOINT SYSTEMS INC DBA ALPHA SECURITY PRODUCTS | SEE ABOVE | CIRCUIT CITY PURCHASING COMPANY, LLC | Unsecured | $345,639.50 | $345,639.50 |
| 915 | 12/19/08 | CHECKPOINT SYSTEMS INC & CHECKPOINT SYSTEMS INC DBA ALPHA SECURITY PRODUCTS | SEE ABOVE | CIRCUIT CITY PURCHASING COMPANY, LLC | 503b9 - Admin Priority | $108,797.44 | $108,797.44 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Fourth Omnibus Claims Objection

Exhibit A - Duplicate 503(b)(9) - Modified Claims

| Claim Number | Date Filed | Claimant Name | Claimant Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|
| 7594 | 1/28/09 | NAVARRE ONLINE FULFILLMENT SERVICES INC | NAVARRE ONLINE FULFILLMENT SERVICES INC ATTN GENERAL COUNSEL 7400 49TH AVE N NEW HOPE, MN 55428 | CIRCUIT CITY STORES, INC. | Unsecured | $1,633.14 | $1,633.14 |
| 7594 | 1/28/09 | NAVARRE ONLINE FULFILLMENT SERVICES INC | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $3,860.12 | $0.00 |
| 1251 | 12/18/08 | NAVARRE ONLINE FULFILLMENT INC A SUBSIDIARY OF NAVARRE CORPORATION | NAVARRE ONLINE FULFILLMENT INC A SUBSIDIARY OF NAVARRE CORPORATION 7400 49TH AVE N NEW HOPE, MN 55428 | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $7,287.01 | $3,860.12 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Fourth Omnibus Claims Objection

Exhibit A - Duplicate 503(b)(9) - Modified Claims

| Claim Number | Date Filed | Claimant Name | Claimant Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|
| 9544 | 1/30/09 | SANDISK CORPORATION | SANDISK CORPORATION 601 MCCARTHY BLVD MILPITAS, CA 95053-7932 | CIRCUIT CITY STORES, INC. | Unsecured | Unliquidated | Unliquidated |
| 9544 | 1/30/09 | SANDISK CORPORATION | SEE ABOVE | CIRCUIT CITY STORES, INC. | Priority | Unliquidated | Unliquidated |
| 9544 | 1/30/09 | SANDISK CORPORATION | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | Unliquidated | $0.00 |
| 963 | 12/19/08 | SANDISK CORPORATION | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | Unliquidated | Unliquidated |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Fourth Omnibus Claims Objection

Exhibit A - Duplicate 503(b)(9) - Modified Claims

| Claim Number | Date Filed | Claimant Name | Claimant Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|
| 4139 | 1/21/09 | SONY ELECTRONICS INC | SONY ELECTRONICS INC<br>TIMOTHY GRIEBERT<br>1 SONY DR<br>PARK RIDGE, NJ 07656 | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $42,510,747.60 | $0.00 |
| 4139 | 1/21/09 | SONY ELECTRONICS INC | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $57,755,114.55 | $57,755,114.55 |
| 4139 | 1/21/09 | SONY ELECTRONICS INC | SEE ABOVE | CIRCUIT CITY STORES, INC. | Priority | $69,157,076.10 | $69,157,076.10 |
| 914 | 12/19/08 | SONY ELECTRONICS INC | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $42,510,747.60 | $42,510,747.60 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Fourth Omnibus Claims Objection

Exhibit A - Duplicate 503(b)(9) - Modified Claims

| Claim Number | Date Filed | Claimant Name | Claimant Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|
| 5836 | 1/26/09 | THQ INC | THQ INC<br>ATTN CAROLINE R DJANG<br>C O JEFFER MANGELS BUTLER & MARMARO LLP<br>1900 AVE OF THE STARS 7TH FL<br>LOS ANGELES, CA 90067 | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $514,159.08 | $0.00 |
| 5836 | 1/26/09 | THQ INC | SEE ABOVE | CIRCUIT CITY STORES, INC. | Secured | $2,019,596.68 | $2,019,596.68 |
| 747 | 12/12/08 | THQ INC | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $514,159.08 | $514,159.08 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Fourth Omnibus Claims Objection

Exhibit A - Duplicate 503(b)(9) - Modified Claims

| Claim Number | Date Filed | Claimant Name | Claimant Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|
| 9428 | 1/30/09 | WARNER HOME VIDEO A DIVISION OF WARNER BROS HOME ENTERTAINMENT INC | WARNER HOME VIDEO A DIVISION OF WARNER HOME ENTERTAINMENT INC ATTN JULIE KELLEY VICE PRESIDENT BUSINESS AND LEGAL AFFAIRS 4000 WARNER BLVD BLDG 160 RM 11072 BURBANK, CA 91522 | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $3,565,348.37 | $0.00 |
| 9428 | 1/30/09 | WARNER HOME VIDEO A DIVISION OF WARNER BROS HOME ENTERTAINMENT INC | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $17,768,738.84 | $17,768,738.84 |
| 1899 | 12/23/08 | WARNER HOME VIDEO A DIVISION OF WARNER HOME ENTERTAINMENT INC | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $3,565,348.37 | $3,565,348.37 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Fourth Omnibus Claims Objection

Exhibit B - Duplicate 503(b)(9) - Adjourned Claims

| Claim Number | Date Filed | Claimant Name | Claimant Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|
| 6273 | 1/27/09 | ION AUDIO LLC | ION AUDIO LLC<br>200 SCENIC VIEW DR STE 201<br>CUMBERLAND, RI 02864 | CIRCUIT CITY STORES, INC. | Unsecured | $276,166.74 | $276,166.74 |
| 6273 | 1/27/09 | ION AUDIO LLC | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $169,015.81 | $0.00 |
| 1224 | 12/18/08 | ION AUDIO LLC | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $169,015.81 | $169,015.81 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Fourth Omnibus Claims Objection

Exhibit B - Duplicate 503(b)(9) - Adjourned Claims

| Claim Number | Date Filed | Claimant Name | Claimant Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|
| 7194 | 1/28/09 | MITSUBISHI DIGITAL ELECTRONICS AMERICA INC | MITSUBISHI DIGITAL ELECTRONICS AMERICA INC ATTN BRIAN ATTEBERRY CREDIT MGR 9351 JERONIMA RD IRVINE, CA 92618-1904 | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $4,965,976.18 | $0.00 |
| 7194 | 1/28/09 | MITSUBISHI DIGITAL ELECTRONICS AMERICA INC | SEE ABOVE | CIRCUIT CITY STORES, INC. | Secured | $2,641,909.24 | $2,641,909.24 |
| 7194 | 1/28/09 | MITSUBISHI DIGITAL ELECTRONICS AMERICA INC | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $12,616,167.76 | $12,616,167.76 |
| 132 | 11/18/08 | MITSUBISHI DIGITAL ELECTRONICS AMERICA INC | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $4,965,976.18 | $4,965,976.18 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Fourth Omnibus Claims Objection

Exhibit B - Duplicate 503(b)(9) - Adjourned Claims

| Claim Number | Date Filed | Claimant Name | Claimant Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|
| 2295 | 12/22/08 | ONKYO USA CORPORATION | ONKYO USA CORPORATION<br>C O MATTHEW ATTANASIO<br>18 PARK WAY<br>UPPER SADDLE RIVER, NJ 07458 | CIRCUIT CITY STORES, INC. | Priority | $1,722,427.00 | $1,722,427.00 |
| 2295 | 12/22/08 | ONKYO USA CORPORATION | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $4,905,048.57 | $0.00 |
| 958 | 12/19/08 | ONKYO USA CORPORATION | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $4,905,048.57 | $0.00 |
| 958 | 12/19/08 | ONKYO USA CORPORATION | SEE ABOVE | CIRCUIT CITY STORES, INC. | Priority | $1,722,427.00 | $0.00 |
| 128 | 11/20/08 | ONKYO USA CORPORATION | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $4,905,048.57 | $4,905,048.57 |

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1                  Date Rcvd: Jun 02, 2009
Case: 08-35653                 Form ID: pdforder          Total Served: 1

The following entities were served by first class mail on Jun 04, 2009.
aty          +Gregg M. Galardi,    Skadden Arps Slate Meagher,    & Flom LLP, One Rodney Sq.,    PO Box 636,
               Wilmington, DE 19899-0636
The following entities were served by electronic transmission.
NONE.                                                                                                  TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 04, 2009**                      **Signature:**   _Joseph Speetjens_