```
Gregg M. Galardi, Esq.                  Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                 Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &         MCGUIREWOODS LLP
FLOM, LLP                               One James Center
One Rodney Square                       901 E. Cary Street
PO Box 636                              Richmond, Virginia 23219
Wilmington, Delaware 19899-0636         (804) 775-1000
(302) 651-3000

         - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - - x
In re:                          : Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      : Case No. 08-35653
et al.,                         :
                                :
          Debtors.              : Jointly Administered
- - - - - - - - - - - - - - - - x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
JUNE 9, 2009 AT 10:00 A.M. (EASTERN)**

       Set forth below are the matters scheduled to be heard before the Honorable Kevin Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, VA 23219-1888, on June 9, 2009 beginning at 10:00 a.m. Eastern.

**I.   RESOLVED/WITHDRAWN MATTERS**

1.  Debtors' Motion for Order Approving Stipulation by and among the Debtors and International Business Machines Corporation Pursuant to Bankruptcy Code Sections 105 and 363 and Bankruptcy Rule 9019 (Docket No. 1419)

    Related Documents:

    a.   Notice of Motion and Hearing (Docket No. 1420)

    b.   Motion for an Order Setting an Expedited Hearing (Docket No. 1421)

    c.   Order Setting an Expedited Hearing (Docket No. 1709)

    d.   Consent Motion of the Debtors for Entry of Stipulation, Agreement and Order by and Among the Debtors and International Business Machines Corporation for Rejection of Certain Executory Contracts and Related Relief (Docket No. 3292)

    Objection Deadline:    January 16, 2009 at 10:00 a.m.

    Objections/ Responses Filed:    Informal Response of the Official Committee of Unsecured Creditors

    Status:    The parties have resolved this matter.

2.  Motion of the AT&T Entities for Entry of an Order: (A) Allowing and Compelling the Payment of Administrative Expense Claim to AT&T; and (B) Compelling Assumption or Rejection of Equipment Lease, or in the Alternative, Lifting the Automatic Stay to Permit Termination of the Equipment Lease and Repossession of Equipment (Docket No. 2298)

    Related Documents:

    a.    Notice of Motion and Hearing (Docket No. 2299)

    b.    Consent Order Rejecting Equipment Lease with AT&T Capital Services, Inc. and Sterling Commerce, Inc. (Docket No. 3216)

Objection Deadline:    March 23, 2009 at 4:00 p.m., extended for the Debtors to a date to be determined.

Objections/ Responses Filed:    None at the time of filing this agenda

Status:    A Consent Order has been entered rejecting AT&T's Equipment Lease effective March 31, 2009. All remaining unresolved issues, including the payment of April rent, have now been resolved.

**II. CONTINUED/ADJOURNED MATTERS**

3. Motion for Order Under 11 U.S.C. Sections 105, 362 and 541 and Fed. R. Bankr. P. 3001 and 3002 Establishing Notice, Hearing, and Sell-Down Procedures for Trading in Equity Securities and Claims Against the Debtors' Estates (Docket No. 20)

    Related Documents:

    a.    Interim Order Under 11 U.S.C. 105, 362 And 541 And Fed. R. Bankr. P. 3001 And 3002 Establishing Notice, Hearing, And Sell-Down Procedures For Trading In Equity Securities And Claims Against The Debtors Estates And Setting Hearing (Docket No. 135)

Objection Deadline:    November 22, 2008 at 4:00 p.m.

Objections/ Responses

3

    Filed:

        a.   Informal Response of the Securities Exchange Commission

        b.   Informal Response of the Official Committee of Unsecured Creditors

    Status:       The informal response of the SEC has been resolved.  This matter has been adjourned to July 23, 2009 at 11:00 a.m.

4. Motion of Federal Warranty Services Corporation, Sureway, Inc., American Bankers Insurance Company of Florida, and United Service Protection, Inc. To Compel Assumption Or Rejection Of Agreements Between The Assurant Companies And Circuit City Stores, Inc., Or In The Alternative Motion For Relief From Stay To Terminate Agreements, And Memorandum In Support (Docket Nos. 1794 and 1813)

    Related Documents:

        a.   Notice of Motion and Hearing (Docket Nos. 1796 and 1816)

    Objection Deadline:    February 11, 2009 at 4:00 p.m., extended for the Debtors until May 6, 2009 at 4:00 p.m.

    Objections/ Responses Filed:    Informal response of the Debtors

    Status:       This matter has been adjourned to June 23, 2009 at 10:00 a.m.

5. Motion of DirecTV, Inc. for Relief from the Automatic Stay to Effect Setoff and Memorandum of Points and Authorities in Support Thereof (Docket No. 2082)

    Objection Deadline:    February 26, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:

       a.    Debtors' Objection to Motion of DirecTV, Inc. for Relief from the Automatic Stay to Effect Setoff and Memorandum of Points and Authorities in Support Thereof (Docket No. 2331)

       Status:      This matter has been adjourned to June 23, 2009 at 10:00 a.m.

6.   Motion of Sony Pictures Home Entertainment Inc. for Entry of Order Allowing Administrative Expenses Pursuant to 11 U.S.C. Sections 503(b)(1)(A), 503(b)(9) and 507(a)(2) (Docket No. 2294)

       Related
       Documents:

       a.    Notice of Motion and Hearing (Docket No. 2295)

       Objection
       Deadline:   April 20, 2009 at 4:00 p.m., extended for the Debtors until June 16, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:      None at the time of filing this agenda

       Status:      This matter has been adjourned to June 23, 2009 at 10:00 a.m.

7.   Motion of Southpeak Interactive, LLC for Payment of Administrative Expense Claim and Notice of Hearing (Docket No. 2758)

       Objection
       Deadline:   April 7, 2009 at 4:00 p.m., extended for the Debtors until May 26, 2009 at 4:00 p.m.

       Objections/

|  |  |
|---|---|
| Responses Filed: | None at the time of filing this agenda |
| Status: | This matter has been adjourned to June 23, 2009 at 10:00 a.m. |

8. Motion to Allow Proof of Claim to be Deemed Timely Filed, by Vertis, Inc. (Docket No. 2989)

   Related Documents:

   a.  Notice of Motion and Hearing (Docket No. 2990)

   Objection Deadline: April 24, 2009 at 4:00 p.m., extended for the Debtors until June 16, 2009 at 4:00 p.m.

   Objections/Responses Filed: None at the time of filing this agenda

   Status: This matter has been adjourned to June 23, 2009 at 10:00 a.m.

9. Application for Payment of Taxes, by The City of Newport News, Virginia (Docket No. 3095)

   Objection Deadline: June 2, 2009 at 4:00 p.m., extended for the Debtors until July 17, 2009 at 4:00 p.m.

   Objections/Responses Filed: None at the time of filing this agenda

   Status: This matter has been adjourned to July 23, 2009 at 11:00 a.m.

10. Motion of Landlord, Washington Green TIC for Order Allowing and Compelling Payment of Administrative Expense Claim Under 11 U.S.C. Section 503(b) and Post-Petition Lease Obligations Under 11 U.S.C. Section

6

365(d)(3) (Docket No. 3226)

Related
Documents:

a.  Notice of Motion and Hearing (Docket No. 3228)

Objection
Deadline:      June 4, 2009 at 4:00 p.m., extended for
               the Debtors until June 16, 2009 at 4:00
               p.m.

Objections/
Responses
Filed:         None at the time of filing this agenda

Status:        This matter has been adjourned to June
               23, 2009 at 10:00 a.m.

11. Motion of Cardinal Court, LLC for Immediate Payment of Certain Lease Obligations and Allowance of Lease Obligations as Administrative Expenses Pursuant to Sections 365(d)(3) and 503(b) of the Bankruptcy Code (Docket No. 3231)

Related
Documents:

a.  Exhibit A, Parts 1 through 7 to Motion (Docket No. 3232)

b.  Exhibits B, C, D, F, G, H and I to Motion (Docket No. 3234)

c.  Exhibit E to Motion (Docket No. 3249)

Objection
Deadline:      June 2, 2009 at 4:00 p.m., extended for
               the Debtors until June 16, 2009 at 4:00
               p.m.

Objections/
Responses
Filed:         None at the time of filing this agenda

       Status:          This matter has been adjourned to June 23, 2009 at 10:00 a.m.

12. Motion of Landlords, THF Chesterfield Two Development, L.L.C., THF Clarksburg Development One, Limited Liability Company, THF Harrisonburg Crossing, L.L.C., THF ONC Development, L.L.C., and THF St. Clairsville Development, L.P., for Order Allowing and Compelling Payment of Administrative Expense Claim Under 11 U.S.C. Section 503(B) and Post-Petition Lease Obligation Under 11 U.S.C. Section 365(d)(3) (Docket No. 3280)

    Related Documents:

    a. Notice of Motion and Hearing (Docket No. 3281)

    Objection Deadline:    June 2, 2009 at 5:00 p.m., extended for the Debtors until June 16, 2009 at 4:00 p.m.

    Objections/Responses Filed:    None at the time of filing this agenda

    Status:    This matter has been adjourned to June 23, 2009 at 10:00 a.m.

### III. UNCONTESTED MATTERS

13. Motion for Order Pursuant to Bankruptcy Code Sections 362 and 363 (i) Authorizing Circuit City Stores, Inc. and Circuit City Stores West Coast, Inc. to Enter into Agreement Modifying Pre-Petition Contract with Regency Centers, L.P., and (ii) Lifting the Automatic Stay in Connection Therewith (Docket No. 3387)

    Related Documents:

    a. Notice of Motion and Hearing (Docket No. 3388)

    Objection Deadline:    June 2, 2009 at 4:00 p.m.

8

        Objections/
        Responses
        Filed:        None at the time of filing this agenda

        Status:       This matter is going forward.

14.   Debtors' Second Motion for an Order Under 11 U.S.C. Section 105(a) and Fed. R. Bankr. P. 9006(b) Further Extending the Time Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. Section 1452 and Fed. R. Bankr. P. 9027 (Docket No. 3466)

        Related Documents:

        a.   Notice of Motion and Hearing (Docket No. 3467)

        b.   Bridge Order Granting Debtors' Motion for an Order Under 11 U.S.C. Section 105(a) and Fed. R. Bankr. P. 9006(b) Further Extending the Time Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. Section 1452 and Fed. R. Bankr. P. 9027 (Docket No. 3493)

        Objection
        Deadline:     June 8, 2009 at 4:00 p.m.

        Objections/
        Responses
        Filed:        None at the time of filing this agenda

        Status:       This matter is going forward.

**IV.   CONTESTED MATTERS**

15.   Debtors Motion For Order Pursuant To Bankruptcy Code Sections 105, 363 And 365 (A) Authorizing Debtors To Enter Into Agreement In Connection With Sale And Assignment Of Unexpired Lease And Sublease Of Nonresidential Real Property, Subject To Higher Or Otherwise Better Bids, (B) Approving Termination Fee In Connection Therewith, (C) Approving Sale Of Lease And Sublease Free And Clear Of All Interests, And (D) Granting Related Relief (Docket No. 3474)

        Related

Documents:

a. Motion for an Order Setting an Expedited Hearing (Docket No. 3476)

b. Notice of Motion and Hearing (Docket No. 3477)

Objection
Deadline:       June 3, 2009 at 2:00 p.m.

Objections/
Responses
Filed:

a. Limited Objection of the Simon Property Group, Inc. to Debtors Motion (Docket No. 3499)

Status:         This matter is going forward.

Dated: June 5, 2009         SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia       FLOM, LLP
                             Gregg M. Galardi, Esq.
                             Ian S. Fredericks, Esq.
                             P.O. Box 636
                             Wilmington, Delaware 19899-0636
                             (302) 651-3000

                             - and -

                             SKADDEN, ARPS, SLATE, MEAGHER &
                                FLOM, LLP
                             Chris L. Dickerson, Esq.
                             333 West Wacker Drive
                             Chicago, Illinois 60606
                             (312) 407-0700

                             - and -

                             MCGUIREWOODS LLP


                             _/s/ Douglas M. Foley_____
                             Dion W. Hayes (VSB No. 34304)
                             Douglas M. Foley (VSB No. 34364)
                             One James Center
                             901 E. Cary Street
                             Richmond, Virginia 23219
                             (804) 775-1000

                             Counsel for Debtors and Debtors
                             in Possession

\9308906.1

11