```
Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

          - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

```
       IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
                   RICHMOND DIVISION
- - - - - - - - - - - - - - - -x
                                :
In re:                          :  Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :  Case No. 08-35653 (KRH)
et al.,                         :
                                :
          Debtors.              :  Jointly Administered
- - - - - - - - - - - - - - - -x
```

**ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a) AND 365(a) AND BANKRUPTCY RULE 6006 AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS**

Upon the motion (the "Motion")[1] of the Debtors for entry of an order, under Bankruptcy Code sections 105(a) and 365(a) and Bankruptcy Rule 6006, authorizing

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

the Debtors to reject certain executory contracts as set forth on the attached Exhibit A, including any amendments or modifications thereto and any and all schedules, supplements, addenda, statements of work or similar attachments thereto (collectively, the "Contracts"), and any guaranties thereof, as of the rejection date specified in Exhibit A for each Contract (the "Rejection Date"); and the Court having reviewed the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is GRANTED.

2. The Contracts and any guaranties thereof are hereby rejected as of the applicable Rejection Date. Nothing in this paragraph 2 shall preclude a

counterparty from seeking rejection damages against a guarantor of a rejected guaranty, in addition to such counterparty's right to seek rejection damages under the Bankruptcy Code.

3. Each counterparty to a Contract or any guaranty thereof shall have until thirty (30) days from the date this Order is entered on the docket to file a proof of claim on account of any and all claims (as defined in the Bankruptcy Code) arising from or related to rejection of its Contract or guaranty.

4. The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived.

5. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated: Richmond, Virginia
   June 3, 2009_____, 2009

                             /s/ Kevin Huennekens
                           UNITED STATES BANKRUPTCY JUDGE

Entered on docket: June 3 2009

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                    _/s/ Douglas M. Foley____
                    Douglas M. Foley

**EXHIBIT A**

**(List of Executory Contracts)**

Case 08-35653-KRH    Doc 3534    Filed 06/05/09    Entered 06/06/09 01:15:27    Desc
Imaged Certificate of Service    Page 5 of 8

**EXHIBIT A**
Contracts

| Contract Counterparty | Contract Type | Contract Description [1] | Contract Effective Date | Rejection Date | Address |
|---|---|---|---|---|---|
| Aspect Loss Prevention LLC | License Agreement | Software License Agreement and all amendments and addenda thereto | 4/23/03 | 5/18/09 | 5735 Old Shakopee Road West #100, Bloomington, MN  55437 |
| AT Systems, Inc. | Services Agreement | Armored Car Services Agreement and all amendments and addenda thereto | unknown | 5/18/09 | 2690 Lance Dr., Dayton, OH  45409 |
| Brink's, Inc. | Services Agreement | Armored Car Services Agreement and all amendments and addenda thereto | unknown | 5/18/09 | 1801 Bayberry Ct., Richmond, VA  23226 |
| Ceridian Corporation | License Agreement | Software License and Maintenance Agreement and all amendments and addenda thereto | unknown | 5/18/09 | 10401 Linn Station Rd., Louisville, KY  40223 |
| Ceridian Corporation | Services Agreement | Agreement for Time and Attendance Products and Services and all change orders, amendments and addenda thereto | 5/1/08 | 5/18/09 | 10401 Linn Station Rd., Louisville, KY  40223 |
| CustomerSat, Inc. | Services Agreement | Master Services Agreement and all Statements of Work, amendments and addenda thereto | unknown | 5/18/09 | 500 Ellis Street, Mountain View, CA  94043-2206 |
| Ease, Inc. | License Agreement | Software License Agreement and all amendments and addenda thereto | unknown | 5/18/09 | 27405 Puerta Real, #380, Mission Viejo, CA  92691 |
| Garda CL Atlantic, Inc. | Services Agreement | Armored Car Services Agreement and all amendments and addenda thereto | 4/1/08 | 5/18/09 | 4200 Governor Printz Blvd., Wilmington, DE  19802 |
| Granite City Armored Car, Inc. | Services Agreement | Armored Car Services Agreement and all amendments and addenda thereto | unknown | 5/18/09 | 1026 13th Ave. North, Industrial Park, Sauk Rapids, MN  56379 |
| Hewlett-Packard Company f.k.a. Mercury Interactive Corporation | License Agreement | Mercury Interactive Corporation Software License Agreement and all amendments and addenda thereto | 6/30/97 | 5/18/09 | 3000 Hanover Street, Palo Alto, CA  94304-1185 |
| Loomis Armored US, Inc. | Services Agreement | Armored Car Services Agreement and all amendments and addenda thereto | unknown | 5/18/09 | 2500 CityWest Blvd., Ste 900, Houston, TX  77042 |
| Planview, Inc. | Licencse Agreement | Software License Agreement and all schedules, amendments and addenda thereto | 8/31/04 | 5/18/09 | 8300 North Mopac #100, Austin, Texas  78759 |
| Planview, Inc. | Services Agreement | Master Services Agreement and all Statements of Work, amendments and addenda thereto | 8/31/04 | 5/18/09 | 8300 North Mopac #100, Austin, Texas  78759 |
| Rochester Armored Car Company, Inc. | Services Agreement | Armored Car Services Agreement and all amendments and addenda thereto | unknown | 5/18/09 | 3937 Leavenworth, Omaha, NE  68105 |

[1] Contracts include any amendments or modifications thereto and any and all schedules, supplements, addenda, statements of work or similar attachments thereto.

**EXHIBIT A**
**Contracts**

| Contract Counterparty | Contract Type | Contract Description [1] | Contract Effective Date | Rejection Date | Address |
|---|---|---|---|---|---|
| SAS Institute Inc. | License Agreement | Master License agreement for Institute Software and all schedules, supplements, amendments and addenda thereto | 6/10/04 | 5/18/09 | 100 SAS Campus Drive, Cary, NC 27513 |

[1] Contracts include any amendments or modifications thereto and any and all schedules, supplements, addenda, statements of work or similar attachments thereto.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs            Page 1 of 1              Date Rcvd: Jun 03, 2009
Case: 08-35653                Form ID: pdforder        Total Served: 1

The following entities were served by first class mail on Jun 05, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 05, 2009**                    **Signature:** _Joseph Speetjens_