IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC, *et al.* | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

**NOTICE OF WITHDRAWAL OF**
**<u>NOTICE OF APPEAL</u>**

PLEASE TAKE NOTICE that Plaza Las Americas, Inc. hereby withdraws its previously filed

Notice of Appeal [Docket No. 1971] filed on February 5, 2009.

Dated: June 8, 2009                         Respectfully submitted,

/s/ Richard E. Lear
Richard E. Lear (VSB # 25361)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Ave., NW
Suite 100
Washington, D.C. 20006-6801
(202) 955-3000

Attorney for Plaza Las Americas, Inc.

---

Richard E. Lear (VSB # 25361)
Holland & Knight LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
(202) 457-7049
Counsel to Plaza Las Americas, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice was mailed by U.S. first class mail, postage prepaid, this 8th day of June, 2009, to the following:

    Robert B. Van Arsdale, Esq.
    Office of the United States Trustee
    701 East Broad Street, Suite 4304
    Richmond, VA 23219
        *Assistant United States Trustee*

    Dion W. Hayes, Esq.
    Douglas M. Foley, Esq.
    McGuireWoods LLP
    One James Center
    901 East Cary Street
    Richmond, VA 23219
        *Counsel for the Debtors*

    Greg M. Galardi, Esq.
    Ian S. Fredericks, Esq.
    Skadden Arps, Slate, Meagher & Flom, LLP
    One Rodney Square
    P.O. Box 636
    Wilmington, DE 19899-0636
        *Counsel for the Debtors*

    Chris L. Dickerson, Esq.
    Skadden, Arps, Slate, Meagher & Flom, LLP
    333 West Wacker Drive
    Chicago, IL 60606
        *Counsel for the  Debtors*

    Lynn L. Tavenner, Esq.
    Tavenner & Beran, PLC
    20 North Eighth Street
    Second Floor
    Richmond, VA 23219
        *Counsel for the Creditors' Committee*

    Robert J. Feinstein, Esq.
    Pachulski Stang Ziehl & Jones LLP
    780 Third Avenue
    36th Floor
    New York, NY 10017
        *Counsel for the Creditors' Committee*

and that the foregoing Notice was also filed electronically via the Court's CM/ECF system on this date such that it would be served electronically on those parties entitled to receive such notice.

                                                                              /s/Richard E. Lear
                                                                                Richard E. Lear

\# 6371075_v1