

**LEROY E. BELK, Jr.**
LEE COUNTY TAX COLLECTOR
P. O. BOX 271
LEE COUNTY COURT HOUSE
TUPELO, MISSISSIPPI 38802-0271



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: | ) |
| | )     **Chapter 11** |
| **CIRCUIT CITY STORES, INC.** | ) |
| et al., | )     Case No. 08-35653 (KRH) |
| | ) |
| Debtor | ) |
| | ) |

## RESPONSE
## TO DEBTORS' SIXTH OMNIBUS OBJECTION TO CERTAIN MISCLASSIFIED NON-GOODS 503 (B) (9) CLAIMS

**TAXING AUTHORITY:**   Lee County Tax Collector
Leroy E. Belk, Jr.           662-841-9034
PO Box 271                   201 W. Jefferson
Tupelo, MS 38802             Tupelo, MS 38804

We object to the reclassification of claim # 609 as a General Unsecured Claim as stated in the Debtor's sixth omnibus objection.

We respectfully assert that this claim should be reclassified as a Priority 507 (a)(8) claim on the basis that these fees are owed to a governmental unit and are therefore entitled to priority under 11 U.S.C. §507(a)(8).

Respectfully submitted,

*/s/ Leroy Belk*

Leroy E. Belk, Jr.
Lee County Tax Collector
By: ls/Leroy E. Belk, Jr.