# CHARLESTON NEWSPAPERS

PO Box 3942
Charleston, West Virginia 25339
Phone 304.348.4892
Facsimile 304.348.4805

June 2, 2009



Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street -Room 4000
Richmond, Virginia 23219

Regarding: Circuit City Stores, Inc., et al
Chapter 11
Case No. 08-35653 (KRH)
Response to Debtors Fifth Omnibus Objection
To Non-Goods 503 (B) Claim
Charleston Newspapers
Claim Number 254
Amount of Claim $12,112.92

To Whom It May Concern:

Charleston Newspapers opposes the classification transfer of our claim to non-goods 503 (b)(9) for the following reason:

The amount of the claim listed above is actually moveable goods in the manner they were bought by our company and inserted in our newspapers. Those goods consisted of 240,654 preprinted inserts that ranged from twenty-four to twenty-eight pages each. These are moveable goods and to ascertain otherwise is in complete error.

It is our hope that the Bankruptcy Court will agree with this reasoning and the Administrative Claim of $12,112.92 will be honored as such.

Sincerely,

*Elizabeth (Beth) Canterbery*

Beth Canterbery
Credit Manager

Charleston Gazette       Charleston Gazette-Mail       Charleston Daily Mail





**CHARLESTON NEWSPAPERS**
P.O. Box 2993
Charleston, West Virginia 25330
Phone 304.348.4892
1-800-WVA-NEWS

**ADVERTISING MEMO INVOICE**

BILLED TO:
Circuit City
DR3 6th Floor Expense Payables
9954 Mayland Drive
Richmond, Virignia 23233

| INVOICE DATE | ACCOUNT NUMBER |
|---|---|
| 2008 | #076510000 |

| ISSUE DATE | REFERENCE NBR / JOB NBR | DESCRIPTION (PUB EDTN AD TYPE) | AD SIZE / TOTAL RUN | RATE | GROSS AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 10/05/08 | 539804001 / 163686901 | 66797 / PP Zone RP5 | 1x28M / 40,109 | | 2,045.56 | $2,045.56 |
| 10/12/08 | 541373001 / 163686801 | 66797 / PP Zone RP5 | 1x28M / 40,109 | | 2,045.56 | $2,045.56 |
| 10/19/08 | 542991001 / 163686701 | 66797 / PP Zone RP5 | 1x24M / 40,109 | | 2,005.45 | $2,005.45 |
| 10/26/08 | 544598001 / 163686601 | 66797 / PP Zone RP5 | 1x24M / 40,109 | | 2,005.45 | $2,005.45 |
| 11/02/08 | 546362001 / 164423001 | 67361 / PP Zone RP5 | 1x24M / 40,109 | | 2,005.45 | $2,005.45 |
| 11/09/08 | 547972001 / 164423801 | 67361 / PP Zone RP5 | 1x24M / 40,109 | | 2,005.45 | $2,005.45 |

TOTAL MEMO BILL         $12,112.92