IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In Re   Circuit City Stores, Inc.,                      )   Case No. 08-35653-KRH
      Debtor,                                              )
                                                           )
                                                           )

## MOTION TO WITHDRAW REQUEST FOR NOTICE

**COMES NOW** the Creditor Columbia Plaza Joint Venture, by its attorney, and withdraws the previously filed request for notice in this bankruptcy proceeding.

/s/ Jordan M. Humphreys
JORDAN M. HUMPHREYS
Attorney for Creditor, #43706
3210 Bluff Creek
Columbia, MO 65201
jhumphreys@fpb-law.com
(573) 875-1901

*PROOF OF SERVICE*
I certify that a complete copy of this pleading was duly served on all parties not receiving electronic notice who are entitled to this notice in this case by depositing the same in a securely closed envelope with postage prepaid at the United States Post Office in Columbia, Missouri, addressed to said parties at their last known address or to their attorneys of record at their business address on the 4th day of June, 2009.



RICHMOND DIVISION
FILED JUN - 9 2009 FILED
CLERK
U.S. BANKRUPTCY COURT