# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: <br><br> CH-11 CIRCUIT CITY STORES, INC <br><br> ("the Debtors") | Chapter 11 <br><br> Case No. 08-35653 <br><br><br><br> Claim. No.: Sched F |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHED CREDITOR, IMAGINATION ENTERTAINMENT, IN THE AMOUNT OF $131,828.84, TO VONWIN CAPITAL MANAGEMENT, LP

**To Transferor:**    Imagination Entertainment
Kristen Fleming, COO
Attention: 6161 Santa Monica Blvd, Suite 100
Los Angeles, CA 90038

PLEASE TAKE NOTICE that the transfer of $131,828.84 of the above-captioned general unsecured claim has been transferred to:

**Transferee:**    VonWin Capital Management, LP
Attn: Roger Von Spiegel, Managing Director
261 Fifth Avenue, 22nd Floor
New York, NY 10016

The evidence of transfer of claim is attached hereto. A copy of Schedule F-Creditors Holding Unsecured nonpriority claims are attached.

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2009.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:

    Ch-11 Circuit City Stores, Inc.

    Debtor

Case No. 08-35653

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Imagination Entertainment ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Scheduled Claim Amount | Schedule Claim No. |
|---|---|
| $131,828.84 | Schedule F |

have been transferred and assigned to VonWin Capital Management, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: VonWin Capital Management, L.P.
Address:  261 Fifth Avenue, 22nd Floor
          New York, NY 10016

Signature:
Name:
Title: Roger Von Spiegel
Date:  Managing Director

ASSIGNOR: Imagination Entertainment
Address:  6161 Santa Monica Blvd Suite 100
          Los Angeles, CA 90038

Signature:
Name: Kristian Fleming
Title: COO
Date: 20th April 09

In Re: CIRCUIT CITY STORES, INC. Debtor, Case No.08-35653        Entity # 1

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO | CONTINGENT, UNLIQUIDATED, DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1034343 - 10173921<br>IMAGINATION ENTERTAINMENT<br>Attn MIKE ROBLES<br>6161 SANTA MONICA BLVD, SUITE 100<br>LOS ANGELES  CA  90038 | MERCHANDISE PAYABLE | Disputed,<br>Unliquidated | $131,828.84 |
| 1034560 - 10173875<br>IMATION CONSUMER DIVISION<br>Attn WAYNE NEWTON<br>1 IMATION PLACE<br>OAKDALE  MN  55128 | MERCHANDISE PAYABLE | Disputed,<br>Unliquidated | $1,158,181.25 |
| 1464812 - 10021341<br>IMBERGAMO, BRIANNA<br>ADDRESS ON FILE | HOURLY EMPLOYEE CLAIMS<br>POTENTIAL CLAIMS ARRISING FROM EMPLOYMENT | Contingent,<br>Unliquidated | Unknown |
| 1502928 - 10055675<br>IMBRAGUGLIO, NICHOLAS<br>ADDRESS ON FILE | HOURLY EMPLOYEE CLAIMS<br>POTENTIAL CLAIMS ARRISING FROM EMPLOYMENT | Contingent,<br>Unliquidated | Unknown |
| 1477380 - 10033620<br>IMES, JENNA MARIE<br>ADDRESS ON FILE | HOURLY EMPLOYEE CLAIMS<br>POTENTIAL CLAIMS ARRISING FROM EMPLOYMENT | Contingent,<br>Unliquidated | Unknown |
| 2703296 - 10206992<br>IMFELD, JUDI | POTENTIAL REFUND CLAIM | Disputed | $89.99 |
| 1478028 - 10034268<br>IMHOFF, STEPHANY R<br>ADDRESS ON FILE | HOURLY EMPLOYEE CLAIMS<br>POTENTIAL CLAIMS ARRISING FROM EMPLOYMENT | Contingent,<br>Unliquidated | Unknown |
| 1464724 - 10021253<br>IMMING, CHELSEA SUMMER<br>ADDRESS ON FILE | HOURLY EMPLOYEE CLAIMS<br>POTENTIAL CLAIMS ARRISING FROM EMPLOYMENT | Contingent,<br>Unliquidated | Unknown |