William C. Crenshaw
Va. Bar No. 16803
**AKERMAN SENTERFITT**
801 Pennsylvania Avenue, Suite 600
Washington, DC 20004
(202) 824-1716
Email: bill.crenshaw@akerman.com

**Counsel to Prince George's Station Retail, LLC,**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |
|---|---|
| In re: | Case No.: 08-35653 (KRH) |
|  | Jointly Administered |
| CIRCUIT CITY STORES, INC., |  |
|  | Chapter 11 |
| Debtors. |  |

**NOTICE OF WITHDRAWAL OF COUNSEL AND
NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND ADDRESS**

William C. Crenshaw hereby gives notice of the withdrawal of his appearance on behalf of Gould Investors, L.P., Georgia Pension Associates Realty Corp., OLP CCAntioch, LLC, OLP CCFairview Heights, LLC, OLP CCFerguson, LLC, OLP CCFlorence, LLC, OLP CCSt.Louis, LLC and OLP 6609 Grand, LLC (collectively, the "OLP Entities"). Synde Kewell and Michelle McMahon of Bryan Cave, LLC remain as counsel for the OLP Entities. Mr. Crenshaw remains as counsel to Prince George's Station Retail, LLC, and hereby gives notice that he is now affiliated with Akerman Senterfitt. His new contact information is as follows:

> William C. Crenshaw
> Akerman Senterfitt
> 801 Pennsylvania Avenue, N.W. Suite 600
> Washington, DC 20004

{DC042875;1}

Phone: 202.824.1716
Fax: 202.824.1795
E-mail: bill.crenshaw@akerman.com

Dated: June 9, 2009
Washington, DC

/s/ William C. Crenshaw
William C. Crenshaw
Va. Bar No. 16803
Akerman Senterfitt
801 Pennsylvania Avenue, N.W., Suite 600
Washington, DC 20004
Phone: 202.824.1716
Fax: 202.824.1795
E-mail: bill.crenshaw@akerman.com

{DC042875;1}

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC.,<br><br>　　　　　　　Debtors. | Case No.: 08-35653 (KRH)<br>Jointly Administered<br><br>Chapter 11 |

## CERTIFICATE OF SERVICE

I, William Crenshaw, do hereby certify that, on this 9th day of June 2009, I caused a true and correct copy of the **NOTICE OF WITHDRAWAL OF COUNSEL** to be served via first-class U.S. Mail to the parties set forth below:

Daniel F. Blanks
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Ian S. Fredericks
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899

Dion W. Hayes
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Gregg M. Galardi
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899

Joseph S. Sheerin
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

{DC042943;1}

| | |
|---|---|
| Sarah Beckett Boehm<br>McGuireWoods LLP<br>One James Center<br>901 East Cary St.<br>Richmond, VA 23219 | Robert B. Van Arsdale<br>Office of the U. S. Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, VA 23219 |
| Alan J. Kornfeld<br>Brad R. Godshall<br>Pachulski Stang Ziehl & Jones, LLP<br>10100 Santa Monica blvd, 11th Floor<br>Los Angeles, CA 90067-4100 | Gillian N. Brown<br>Jeffrey N. Pomerantz<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., Suite 1100<br>Los Angeles, CA 90067 |
| Jeffrey N. Pomerantz<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., Suite 1100<br>Los Angeles, CA 90067 | John D. Fiero<br>Pachulski Stang Ziehl & Jones LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 9411-4500 |
| Lynn L. Tavenner<br>Tavenner & Beran, PLC<br>20 North Eighth Street, Second Floor<br>Richmond, VA 23219 | Paula S. Beran<br>Tavenner & Beran, PLC<br>20 North Eighth Street, Second Floor<br>Richmond, VA 23219 |
| Robert J. Feinstein<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Ave. 36th Floor<br>New York, NY 10017 | |

Dated: June 9, 2009
      Washington, DC

                                      /s/William C. Crenshaw
                                      WILLIAM C. CRENSHAW

{DC042943;1}