

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com



RICHMOND DIVISION
FILED JUN 1 0 2009 FILED
CLERK
U.S. BANKRUPTCY COURT

May 28, 2009

Kurtzman Carson Consultants LLC
2335 Alaska Avenue,
El Segundo, CA 90245

Re: In re: Circuit City Stores, Inc., et al., Debtors // To: Maytag Services, LLC

Case No. 08-35653

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Maytag Services, LLC. Currently, the state lists Corporation Service Company as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,


Amy Carmenucci
Process Specialist

Log# 514923893

FedEx Tracking# 790667698205

cc: Virginia Eastern District Bankruptcy Court - Richmond Division
    307 Powell U.S. Courthouse,
    1000 E. Main Street,
    Richmond, VA 23219-3525