Linda J. Brame
P.O. Box 700
Marion, IL 62959
Phone: (618) 997-5611
Fax: (618) 997-6522
lbrame@winterslaw.com

A. Carter Magee, Jr., Esq. (VSB #20284)
W. Joel Charbonneau, Esq. (VSB #68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003-0404
(540) 343-9800
(540) 343-9898 FAX
cmagee@mfgs.com
jcharboneau@mfgs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS |
| | ) | UNDER CHAPTER 11 |
| CIRCUIT CITY STORES, INC. et al., | ) | |
| | ) | CASE No. 08-35653 |
| _____Debtors._____ | ) | |
| | ) | |
| WILLIAM R. GOWER, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC. et al. | ) | |
| | ) | |
| _____Respondents._____ | ) | |

## ORDER WITHDRAWING MOTION FOR RELIEF FROM AUTOMATIC STAY

The matter before the Court is the Motion for Relief from Automatic Stay (the "Motion")

filed on behalf of the above-referenced Movant, by counsel.  Upon the request of Movant, it is

ORDERED

that the Motion shall be and is WITHDRAWN without prejudice.

ENTERED:_____        _____
                                UNITED STATES BANKRUPTCY JUDGE

REQUESTED:

WILLIAM R. GOWER
By: /s/ W. Joel Charboneau
A. Carter Magee, Jr., Esq. (VSB #20284)
W. Joel Charboneau (VSB#68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003
540-343-9800
540-343-9898 (f)
cmagee@mfgs.com
jcharboneau@mfgs.com

SEEN:
CIRCUIT CITY STORES, INC. *et al.*

By:/s/ Daniel F. Blanks
Daniel F. Blanks
McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
757.640.3774 (Direct Line)
757.640.3963 (Direct FAX)
dblanks@mcguirewoods.com

### **Local Rule 9022-1(c) Certification**


The foregoing Order was endorsed by and served upon all necessary parties.


/s/ W. Joel Charboneau


PARTIES TO RECEIVE COPIES:


W. Joel Charboneau, Esq.
Magee, Foster, Goldstein & Sayers, P.C.
P.O. Box 404
Roanoke, VA 24003-0404
jcharboneau@mfgs.com
Counsel for Movant

2

Daniel F. Blanks
McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
757.640.3774 (Direct Line)
757.640.3963 (Direct FAX)
dblanks@mcguirewoods.com

All parties that have filed notices of appearance in this case by electronic
mail.