**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 08-35653** |
| **CIRCUIT CITY STORES, INC.** | ) | (Chapter 11) |
| | ) | |
| **Debtor.** | ) | Jointly Administered |

**ST. CLOUD ASSOCIATES'**
**WITHDRAWAL OF ITS MOTION FOR**
**ALLOWANCE OF AND IMMEDIATE PAYMENT**
**OF ADMINISTRATIVE EXPENSE PRIORITY CLAIMS**

St. Cloud Associates ("Landlord"), by counsel, hereby withdraws its Motion for an Order allowing administrative expense priority claims as well as requiring immediate payment of same.

Respectfully submitted,

DATE:  June 10, 2009            /s/ Adam M. Spence_____

Adam M. Spence, Esq., VSB#38524
Spence & Buckler, P.C.
100 West Pennsylvania Avenue, Suite 301
Towson, Maryland 21204
(410) 823-5003
(fax) (443) 927-8905
*Counsel for St. Cloud Associates*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of June 2009, a copy of this Motion was served via electronic delivery to the parties on the Court's CM/ECF list.

_____/s/ Adam M. Spence_____
Adam M. Spence

Adam M. Spence, Esq., VSB#38524
The Law Offices of Spence & Buckler, P.C.
P.O. Box 20369
Baltimore, Maryland 21204
(410) 823-5003
(fax) (443) 927-8905
*Counsel for St. Cloud Associates*