Exhibit "B"

Case 08-35653-KRH    Doc 2780    Filed 03/26/09    Entered 03/26/09 18:54:32    Desc Main
Document    Page 1 of 117

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

|  |  |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC.,<br>et al.,<br><br>Debtors.[1] | x<br>: Chapter 11<br>:<br>: Case No. 08-35653 (KRH)<br>:<br>:<br>: Jointly Administered<br>:<br>:<br>x |

## AFFIDAVIT OF SERVICE

I, Isidro N. Panizales, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On March 3, 2009, copies of the following documents were served via electronic mail upon the parties set forth on the service lists attached hereto as **Exhibit A**, facsimile upon the parties set forth on the service lists attached hereto as **Exhibit B**, and overnight mail upon the parties set forth on the service lists attached hereto as **Exhibit C**:

1. Notice of Sale of Excluded Defective Inventory to Hyper Microsystems Inc. (Docket No. 2361)

2. Notice of Bids Received Regarding March Leases (Docket No. 2403)

3. Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Locations Identified on Exhibit A) (Docket No. 2408)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

On March 3, 2009, copies of the following document were served via electronic mail upon the parties set forth on the service list attached hereto as **Exhibit D**:

1. Notice of Sale of Excluded Defective Inventory to Hyper Microsystems Inc. (Docket No. 2361)

On March 3, 2009, copies of the following document were served via electronic mail and facsimile upon the parties set forth on the service lists attached hereto as **Exhibit E**:

1. Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Locations Identified on Exhibit A) (Docket No. 2408)

On March 3, 2009, copies of the following document (attached hereto as **Exhibit F**) were served via electronic mail and facsimile upon the party set forth on the service list attached hereto as **Exhibit G**.

On March 3, 2009, copies of the following document (attached hereto as **Exhibit H**) were served via electronic mail upon the party set forth on the service list attached hereto as **Exhibit I**, and via overnight mail on the party set forth on the service list attached hereto as **Exhibit J**.

On March 3, 2009, copies of the following document (attached hereto as **Exhibit K**) were served via electronic mail upon the party set forth on the service list attached hereto as **Exhibit L**, and via facsimile on the party set forth on the service list attached hereto as **Exhibit M**.

On March 3, 2009, copies of the following document (attached hereto as **Exhibit N**) were served via overnight mail upon the party set forth on the service list attached hereto as **Exhibit O**.

On March 3, 2009, copies of the following document (attached hereto as **Exhibit P**) were served via electronic mail upon the parties set forth on the service list attached hereto as **Exhibit Q**, and via facsimile on the parties set forth on the service list attached hereto as **Exhibit R**.

On March 3, 2009, copies of the following document (attached hereto as **Exhibit S**) were served via electronic mail and facsimile upon the party set forth on the service list attached hereto as **Exhibit T**.

On March 3, 2009, copies of the following document (attached hereto as **Exhibit U**) were served via electronic mail and facsimile upon the parties set forth on the service list attached hereto as **Exhibit V**, and via overnight mail on the party set forth on the service list attached hereto as **Exhibit W**.

On March 3, 2009, copies of the following document (attached hereto as **Exhibit X**) were served via electronic mail upon the party set forth on the service list attached hereto as **Exhibit Y**, and via overnight mail on the party set forth on the service list attached hereto as **Exhibit Z**.

Dated: March 23, 2009

_____
Isidro N. Panizales

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 23rd day of March, 2009, by Isidro N. Panizales, proved to me on the basis of satisfactory evidence to be the person who appeared before me.
Signature: _____

SHANNON JOANN SPENCER
Commission # 1676705
Notary Public - California
Los Angeles County
My Comm. Expires Jun 20, 2010

3

Circuit City Stores, Inc.
Landlord

| COMPANY | CONTACT NAME | FAX |
|---|---|---|
| DDR SOUTHEAST UNION LLC | ATTN EXECUTIVE VICE PRESIDENT | 2167551500 |
| DDR MDT MONACA TOWNSHIP MARKETPLACE LLC | ATTN EXECUTIVE VICE PRESIDENT | 2167551500 |
| DEVELOPERS DIVERSIFIED REALTY CORPORATION | | 2167551500 |
| DDR HORSEHEADS LLC | ATTN EXECUTIVE VICE PRESIDENT | 2157551888 |
| TOWN SQUARE PLAZA | C O GRUBB & ELLIS MANAGEMENT SERVICES INC | 2134880819 |
| EXCEL WESTMINSTER MARKETPLACE INC | DANIEL DORNFELD LEA DOUGLAS MILLER | 2128694944 |
| HK NEW PLAN EPR PROPERTY HOLDINGS LLC | | 2128693989 |
| FRIEDLAND LAWRENCE AND MELVIN | | 2127441989 |
| 1965 RETAIL LLC | ATTN CHIEF FINANCIAL OFFICER | 2125951831 |
| GREEN 521 5TH AVENUE LLC | ATTN NEIL KESSNER | 2122161786 |
| INLAND WESTERN AUSTIN SOUTHPARK MEADOWS II LTD PARTNERSHIP | BRUCE SPENCER PROPERTY MGR | 2103411169 |
| BOISE TOWNE PLAZA LLC | | 2083784933 |
| AIG BAKER DEPTFORD LLC | ATTN ASSET MANAGEMENT | 2059691051 |
| MILFORD CROSSING INVESTORS LLC | | 2032564001 |
| ALEXANDER'S OF REGO PARK CENTER INC | | 2015870600 |
| AMHERST INDUSTRIES INC | CHIEF FINANCIAL OFFI VP REAL ESTATE & | 2015870600 |