# EXHIBIT D

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| CIRCUIT CITY STORES, INC., ET AL., ) | Case No. 08-35653 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | |
| ) | |

## ORDER GRANTING MOTION OF TOWNE SQUARE PLAZA TO ALLOW THE FILING OF (1) AMENDED PROOF OF CLAIM AND (2) LATE PROOF OF CLAIM

This matter came before the Court on the Motion of Towne Square Plaza, c/o Grubb & Ellis Management Services (the "Movant"), by counsel, to allow the filing of (1) an Amended Proof of Claim, and (2) a late Proof of Claim (the "Motion").[1] Upon consideration of the Motion, the evidence, and all related pleadings, the Court finds as follows:

Robert S. Westermann, VSB No. 43294
Hirschler Fleischer, P.C.
2100 East Cary Street
The Edgeworth Building
Richmond, Virginia 23223
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
Counsel for Towne Square Plaza
c/o Grubb & Ellis Management Services

Peter E. Meltzer, Esq.
Law Offices of Peter E. Meltzer & Associates, P.C.
1530 Locust Street, Suite L
Philadelphia, Pennsylvania 19102
Telephone: (215) 545-3300
Counsel for Towne Square Plaza
c/o Grubb & Ellis Management Services

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Motion.

1

1. The Court has jurisdiction over these bankruptcy cases and the Motion pursuant to 28 U.S.C. §§ 157 and 1334.

2. Venue of these bankruptcy cases and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

4. Proper and adequate notice of the Motion and the hearing on the Motion has been given to all necessary parties.

5. Based on the facts presented and the relevant evidence, Movant is entitled to the relief requested in the Motion and cause exists to grant the relief to Movant as provided herein.

WHEREFORE, based on these findings, and finding that cause exists, and otherwise finding it reasonable and necessary to do so, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. The Motion is granted in its entirety.

2. Claim No. 573 filed in these cases on December 4, 2008 may be amended to assert an administrative priority claim for post-petition rent in the amount of $45,370.92, which amended claim shall be considered timely filed.

3. Movant may file an unsecured claim for rejection damages in the amount of $544,451.04, which claim shall be considered timely filed.

4. Nothing contained herein shall be deemed an allowance of either claim.

5. Movant is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order and as requested in the Motion.

6. The Clerk is directed to send copies of this Order as entered to the parties on the Service List at the addresses set forth below.

Dated: _____
      Richmond, Virginia

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: _____

WE ASK FOR THIS:

  /s/  Robert S. Westermann
      Counsel

| | |
|---|---|
| Robert S. Westermann, VSB No. 43294 | Peter E. Meltzer, Esq. |
| HIRSCHLER FLEISCHER, P.C. | LAW OFFICES OF PETER E. MELTZER |
| 2100 East Cary Street | & ASSOCIATES, P.C. |
| The Edgeworth Building | 1530 Locust Street, Suite L |
| Richmond, Virginia 23223 | Philadelphia, Pennsylvania 19102 |
| Telephone: (804) 771-9500 | Telephone: (215) 545-3300 |
| Facsimile: (804) 644-0957 | Email: pmeltzer@meltzerlaw.net |
| Email: rwestermann@hf-law.com | Counsel for Towne Square Plaza |
| Counsel for Towne Square Plaza | c/o Grubb & Ellis Management Services |
| c/o Grubb & Ellis Management Services | |

### CERTIFICATE OF ENDORSEMENT

I hereby certify that all necessary parties have endorsed this Order as required by Local Bankruptcy Rule 9022-1(C).

                                                        /s/  Robert S. Westermann

**Service List for Copies of Entered Order:**

Robert S. Westermann, Esq.
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223

Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Counsel for the Debtors

Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
Wilmington, Delaware 19899
Counsel for the Debtors

Robert J. Feinstein, Esq.
Pachulski, Stang, Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Counsel for the Official Committee of Unsecured Creditors

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Counsel for the Official Committee of Unsecured Creditors

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219