IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| CIRCUIT CITY STORES, INC., ET AL., | ) Case No. 08-35653 |
| | ) Chapter 11 |
| Debtors. | ) Jointly Administered |
| | ) |

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that Towne Square Plaza, c/o Grubb & Ellis Management Services (the "Movant"), by counsel, has filed a Motion To Allow the Filing of (1) an Amended Proof of Claim, and (2) a late Proof of Claim (the "Motion"). A true and complete copy of the Motion has been filed and served electronically contemporaneously herewith.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you or your attorney must:

1. File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your written response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before **June 26, 2009**.

> William C. Redden, Clerk
> United States Bankruptcy Court
> 701 East Broad Street, Suite 4000
> Richmond, Virginia 23219-1888

Robert S. Westermann, VSB No. 43294
Hirschler Fleischer, P.C.
2100 East Cary Street
The Edgeworth Building
Richmond, Virginia 23223
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
Counsel for Towne Square Plaza
c/o Grubb & Ellis Management Services

Peter E. Meltzer, Esq.
Law Offices of Peter E. Meltzer & Associates, P.C.
1530 Locust Street, Suite L
Philadelphia, Pennsylvania 19102
Telephone: (215) 545-3300
Counsel for Towne Square Plaza
c/o Grubb & Ellis Management Services

1

      You must also deliver a copy of your response to all parties on the Certificate of Service below and to:

      Robert S. Westermann, Esq.
      Hirschler Fleischer, P.C.
      2100 East Cary Street
      The Edgeworth Building
      Richmond, Virginia 23223

2.     Attend the hearing scheduled for **July 6, 2009 at 2:00 p.m.** before The Honorable Kevin R. Huennekens, in Courtroom 5000, United States Bankruptcy Court, 701 E. Broad Street, Richmond, Virginia 23219.

      In accordance with Local Bankruptcy Rule 9013-1, unless a written response to the Motion is filed with the Clerk of Court and served as set forth herein, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.

Date: June 10, 2009                      TOWNE SQUARE PLAZA
                                          C/O GRUBB & ELLIS MANAGEMENT SERVICES

                                          By:   /s/  Robert S. Westermann
                                                      Counsel

| | |
|---|---|
| Robert S. Westermann, VSB No. 43294 | Peter E. Meltzer, Esq. |
| HIRSCHLER FLEISCHER, P.C. | LAW OFFICES OF PETER E. MELTZER |
| 2100 East Cary Street | & ASSOCIATES, P.C. |
| The Edgeworth Building | 1530 Locust Street, Suite L |
| Richmond, Virginia 23223 | Philadelphia, Pennsylvania 19102 |
| Telephone: (804) 771-9500 | Telephone: (215) 545-3300 |
| Facsimile: (804) 644-0957 | Email: pmeltzer@meltzerlaw.net |
| Email: rwestermann@hf-law.com | |

## CERTIFICATE OF SERVICE

      I hereby certify that on June 10, 2009, a true and complete copy of the foregoing Notice was filed and served electronically using the Bankruptcy Court's ECF System and was sent by first class mail, postage prepaid, to the parties below at the addresses indicated:

      Douglas M. Foley, Esq.
      McGuireWoods LLP
      One James Center
      901 East Cary Street
      Richmond, Virginia 23219
      Counsel for the Debtors

Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
Wilmington, Delaware 19899
Counsel for the Debtors

Robert J. Feinstein, Esq.
Pachulski, Stang, Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Counsel for the Official Committee of Unsecured Creditors

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Counsel for the Official Committee of Unsecured Creditors

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

                                                /s/ Robert S. Westermann