**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| CIRCUIT CITY STORES, INC., ET AL., ) | Case No. 08-35653 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |
| ) | |

## ORDER RE DEBTORS' SIXTH OMNIBUS OBJECTION TO CERTAIN MISCLASSIFIED NON-GOODS 503(B)(9) CLAIMS AS TO CLAIM NO. 573 OF TOWNE SQUARE PLAZA

This matter came before the Court on the Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (the "Claims Objections"), and the Response to the Claims Objections filed by Towne Square Plaza, c/o Grubb & Ellis Management Services (the "Claimant") regarding Claim No. 573 filed by Claimant. Upon consideration of the Claims Objections and the Response filed by the Claimant, the evidence, and all related pleadings, the Court finds as follows:

1. The Court has jurisdiction over these bankruptcy cases and this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2. Venue of these bankruptcy cases and this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

Robert S. Westermann, VSB No. 43294
Hirschler Fleischer, P.C.
2100 East Cary Street
The Edgeworth Building
Richmond, Virginia 23223
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
Counsel for Towne Square Plaza
c/o Grubb & Ellis Management Services

Peter E. Meltzer, Esq.
Law Offices of Peter E. Meltzer & Associates, P.C.
1530 Locust Street, Suite L
Philadelphia, Pennsylvania 19102
Telephone: (215) 545-3300
Counsel for Towne Square Plaza
c/o Grubb & Ellis Management Services

1

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

4. Based on the facts presented and the relevant evidence, Claimant is entitled to the relief requested in the Response and cause exists to grant the relief to Claimant as provided herein.

WHEREFORE, based on these findings, and finding that cause exists, and otherwise finding it reasonable and necessary to do so, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. The relief requested in the Claims Objections is denied as to Claim No. 573 of Towne Square Plaza so that the Court may consider the Motion of Towne Square Plaza to Allow the Filing of an Amended Proof of Claim and a Late Proof of Claim (Docket # 3582).

2. The Clerk is directed to send copies of this Order as entered to the parties on the Service List at the addresses set forth below.

Dated: _____
    Richmond, Virginia

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: _____

WE ASK FOR THIS:

/s/ Robert S. Westermann
    Counsel

Robert S. Westermann, VSB No. 43294
HIRSCHLER FLEISCHER, P.C.
2100 East Cary Street
The Edgeworth Building
Richmond, Virginia 23223
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
Email: rwestermann@hf-law.com
Counsel for Towne Square Plaza
c/o Grubb & Ellis Management Services

Peter E. Meltzer, Esq.
LAW OFFICES OF PETER E. MELTZER
& ASSOCIATES, P.C.
1530 Locust Street, Suite L
Philadelphia, Pennsylvania 19102
Telephone: (215) 545-3300
Email: pmeltzer@meltzerlaw.net
Counsel for Towne Square Plaza
c/o Grubb & Ellis Management Services

2

## CERTIFICATE OF ENDORSEMENT

I hereby certify that all necessary parties have endorsed this Order as required by Local Bankruptcy Rule 9022-1(C).

/s/   Robert S. Westermann

**Service List for Copies of Entered Order:**

Robert S. Westermann, Esq.
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223

Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Counsel for the Debtors

Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
Wilmington, Delaware 19899
Counsel for the Debtors

Robert J. Feinstein, Esq.
Pachulski, Stang, Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Counsel for the Official Committee of Unsecured Creditors

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Counsel for the Official Committee of Unsecured Creditors

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219