Linda J. Brame
P.O. Box 700
Marion, IL 62959
Phone: (618) 997-5611
Fax: (618) 997-6522
lbrame@winterslaw.com

A. Carter Magee, Jr., Esq. (VSB #20284)
W. Joel Charboneau, Esq. (VSB #68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003-0404
(540) 343-9800
(540) 343-9898 FAX
cmagee@mfgs.com
jcharboneau@mfgs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS |
| | ) | UNDER CHAPTER 11 |
| CIRCUIT CITY STORES, INC. et al., | ) | |
| | ) | CASE No. 08-35653 |
| _____Debtors._____ | ) | |
| | ) | |
| WILLIAM R. GOWER, | ) | |
| | ) | |
| _____Movant,_____ | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC. et al. | ) | |
| | ) | |
| _____Respondents._____ | ) | |

**ORDER WITHDRAWING MOTION FOR RELIEF FROM AUTOMATIC STAY**

The matter before the Court is the Motion for Relief from Automatic Stay (the "Motion") filed on behalf of the above-referenced Movant, by counsel. Upon the request of Movant, it is

ORDERED

that the Motion shall be and is WITHDRAWN without prejudice.

ENTERED: Jun 10 2009      /s/ Kevin Huennekens
                          UNITED STATES BANKRUPTCY JUDGE

REQUESTED:

Entered on Docket: 6/10/09

WILLIAM R. GOWER
By: /s/ W. Joel Charboneau
A. Carter Magee, Jr., Esq. (VSB #20284)
W. Joel Charboneau (VSB#68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003
540-343-9800
540-343-9898 (f)
cmagee@mfgs.com
jcharboneau@mfgs.com

SEEN:
CIRCUIT CITY STORES, INC. *et al.*

By:/s/ Daniel F. Blanks
Daniel F. Blanks
McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
757.640.3774 (Direct Line)
757.640.3963 (Direct FAX)
dblanks@mcguirewoods.com

## Local Rule 9022-1(c) Certification

The foregoing Order was endorsed by and served upon all necessary parties.

/s/ W. Joel Charboneau

PARTIES TO RECEIVE COPIES:

    W. Joel Charboneau, Esq.
    Magee, Foster, Goldstein & Sayers, P.C.
    P.O. Box 404
    Roanoke, VA 24003-0404
    jcharboneau@mfgs.com
    Counsel for Movant

2

Daniel F. Blanks
McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
757.640.3774 (Direct Line)
757.640.3963 (Direct FAX)
dblanks@mcguirewoods.com

All parties that have filed notices of appearance in this case by electronic mail.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj          Page 1 of 1          Date Rcvd: Jun 10, 2009
Case: 08-35653                Form ID: pdforder        Total Noticed: 2

The following entities were noticed by first class mail on Jun 12, 2009.
aty         +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636
             W. Joel Charboneau, Esq.,   PO Box 404,   Roanoke, VA 24003-0404
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2009**            **Signature:** *Joseph Speetjens*