| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - x
In re:                          :  Chapter 11
                                :
CIRCUIT CITY STORES, INC., et   :  Case No. 08-35653 (KRH)
al.,                            :
                                :
         Debtors.               :
                                x  Jointly Administered
- - - - - - - - - - - - - - - -

**STIPULATION AND CONSENT ORDER RESOLVING MOTION
TO RECONSIDER FILED BY THE INTERNAL REVENUE SERVICE**

Circuit City Stores, Inc. and the above-referenced debtors and debtors in possession jointly administered under Case No. 08-35653 (collectively, the "Debtors")[1] and the Internal Revenue

---

1   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture

Service (the "IRS") have stipulated and agreed to the terms and conditions set forth below:

## RECITALS

1.  On November 10, 2008, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code.  Pursuant to an order of the Court signed on November 10, 2008, the Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered under Case No. 08-35653.

2.  On May 1, 2009, the Debtors filed a Motion Pursuant to Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9001 (I) Setting Administrative Bar Date and Procedures for Filing and Objecting to Administrative Expense Requests (the "Motion").

3.  By order dated May 15, 2008 (the "Order"), the Court set the administrative claims bar date for filing administrative claims as 5:00 pm (Pacific Time) on June 30, 2009.

4.  On May 26, 2009, the IRS filed its Motion to Reconsider.

## STIPULATION

---

Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

2

5. The Debtors and the IRS stipulate and agree that the relief granted in the Order shall not apply to any administrative expense claims of the IRS.

6. The Court shall retain jurisdiction over all matters or disputes concerning this Stipulation and Consent Order.

Dated:   Richmond, Virginia
         June __, 2009

Jun 12 2009

               /s/ Kevin R. Huennekens
               UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:  6/12/09

WE ASK FOR THIS:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

*Counsel for Debtors and Debtors in Possession*


    and

/s/ Richard F. Stein
Richard F. Stein (DC Bar No. 931105)
Special Assistant United States Attorney
Eastern District of Virginia
600 East Main Street, Suit 1601
Richmond, Virginia 23219-2430
(804) 916-3945

*Counsel for the Internal Revenue Service*

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

  Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

        /s/ Douglas M. Foley

\9168076.4

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: jafarbayj              Page 1 of 1                  Date Rcvd: Jun 12, 2009
Case: 08-35653                 Form ID: pdforder            Total Noticed: 1

The following entities were noticed by first class mail on Jun 14, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 14, 2009**              **Signature:** _Joseph Speetjens_