**Graphic Communications**
**Office: 949-215-9300    Fax: 949-215-9320**

**INVOICE**

**Please Remit to:**
For Mail:        P.O. Box 933233, Atlanta, GA 31193-3233
For Fed Ex:    Wachovia Bank/Graphic Communications
                     Lockbox #933233
                     3585 Atlanta Avenue
                     Hapeville, GA 30354-1705
Wire Transfer:  ABA Routing #061000227 (Wachovia Bank)
Account #:       2000027316241 (Graphic Communications)

**Invoice Number:** PSI174062
**Invoice Date:** 10/27/08
**Page:** 1

**Sold To**  Circuit City Stores, Inc.
Brian Hargrove
9950 Mayland Drive
Richmond, VA  23233-1464
United States

**Ship To**  United States

**Customer Order No.**  11/16/08 PROMOTION
**Our Event No.**  CCS01-0150

**Customer ID**  CCS01

**Terms**  1%15 /Net16
**Payment Due Date**  11/12/08
**Ship Date**  10/24/08
**Salesperson**  Andres Toro
**Cost Center**  3025

| Item/Description | Basis Weight | Roll Size | Quantity | Unit of Meas. | Price | Per | Total Price |
|---|---|---|---|---|---|---|---|
| PRINTING THE 11/16/08 PROMOTION 28 PAGE TAB  10.5" X  7.5" PRINTED ON 30# AND 33# HIBRITE AND 27.7# NEWSPRINT | | | | | | | |
| PRINT QUANTITY | | | 10,258,850 | PC | 14.10 | M | 144,649.79 |
| MAKEREADY | | | 3 | Each | 1,200.00 | EA | 3,600.00 |
| PLATES | | | 152 | Each | 110.00 | EA | 16,720.00 |
| CARTONS | | | 853 | Each | 1.50 | EA | 1,279.50 |
| CARTON - 3rd PARTY HANDLING | | | 853 | Each | 1.50 | EA | 1,279.50 |

FSC Transfer Material    Sw-CoC-001663

**All amounts are in USD**

**Terms:** 1%15 /Net16
**No Discount on Prepaid Freight**

Subtotal: 167,528.79
Prepaid Freight: 0.00
Less Discount: 1,675.29
Total: 165,853.50

Discounted Total If Paid By 11/11/08    165,853.50
Invoice Total If Paid AFTER 11/11/08    167,528.79

**TITLE OF OWNERSHIP FOR PAPER DOES NOT CHANGE POSSESSION UNTIL RECEIPT OF PAYMENT.**
LATE PAYMENT IS SUBJECT TO A 1 1/2% PER MONTH CHARGE

Form PB-002-GC

**Graphic Communications**
Office: 949-215-9300    Fax: 949-215-9320

**INVOICE**

**Please Remit to:**
For Mail: P.O. Box 933233, Atlanta, GA 31193-3233
For Fed Ex: Wachovia Bank/Graphic Communications
Lockbox #933233
3585 Atlanta Avenue
Hapeville, GA 30354-1705
Wire Transfer: ABA Routing #061000227 (Wachovia Bank)
Account #: 2000027316241 (Graphic Communications)

**Invoice Number:** PSI174581
**Invoice Date:** 11/07/08
**Page:** 1

**Sold To**
Circuit City Stores, Inc.
Brian Hargrove
9950 Mayland Drive
Richmond, VA 23233-1464
United States

**Ship To**
Pro Line Printing Inc.
10519 Industrial Drive
Pineville, NC 28134-6527
United States

**Customer Order No.** 11/16/08 PROMOTION
**Our Event No.** CCS01-0150
**Customer ID** CCS01

**Terms** 1%15 /Net16
**Payment Due Date** 11/23/08
**Ship Date** 11/07/08
**Salesperson** Andres Toro
**Cost Center** 3025

| Item/Description | Basis Weight | Roll Size | Quantity | Unit of Meas. | Price | Per | Total Price |
|---|---|---|---|---|---|---|---|
| PRINTING PUERTO RICO 11/16/08 PROMOTION 8 PAGE TAB 7.5" X 10.5" PRINTED ON 33# SCB | | | | | | | |
| PRINT QUANTITY | | | 195,010 | PC | 18.47/ | M | 3,601.83 |
| MAKEREADY | | | 1 | Each | 1,500.00/ | EA | 1,500.00 |
| PLATES | | | 8 | Each | 150.00/ | EA | 1,200.00 |
| CARTONS | | | 11 | Each | 1.50/ | EA | 16.50 |
| BUNDLES | | | 438 | Each | 0.85/ | EA | 372.30 |
| FED EX | | | 1 | Each | 437.00/ | EA | 437.00 |
| DIFFERENCE IN QUANTITY FOR 11/2/08 | | | 14,600 | PC | 18.47/ | M | 269.66 |
| DIFFERENCE IN QUANTITY FOR 11/9/08 | | | 14,600 | PC | 18.47/ | M | 269.66 |

FSC Transfer Material    Sw-CoC-001663

**All amounts are in USD**

**Terms:** 1%15 /Net16
**No Discount on Prepaid Freight**

Subtotal: 7,666.95
Prepaid Freight: 0.00
Less Discount: 76.67
Total: 7,590.28

Discounted Total If Paid By 11/22/08    7,590.28

Invoice Total If Paid AFTER 11/22/08    7,666.95

**TITLE OF OWNERSHIP FOR PAPER DOES NOT CHANGE POSSESSION UNTIL RECEIPT OF PAYMENT.**
LATE PAYMENT IS SUBJECT TO A 1 1/2% PER MONTH CHARGE

Form ST-004-JN