IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtor. | ) | Jointly Administered |

### DECLARATION OF JOHN DRAKE IN SUPPORT OF RESPONSE OF GRAPHIC COMMUNICATIONS, INC. TO DEBTORS' FIFTH OMNIBUS OBJECTION TO CERTAIN MISCLASSIFIED NON-GOODS 503(b)(9) CLAIMS

I, John Drake, in support of the Response of Graphic Communications, Inc. to Debtors' Fifth Omnibus Objection to Certain Misclassified Non-goods 503(b)(9) Claims ("Graphic's Response"), hereby declare under pains and penalty of perjury as follows:

1. I am of sound mind, a legal resident and domiciliary of California, and of legal age to testify in the above-styled matter.

2. I have reviewed Graphic's Response being filed concurrently with the Court and know the facts represented to be true and accurate and the documents presented therewith to be true copies of the originals.

3. In my capacity on behalf of Graphic for and on behalf of Graphic, I am a custodian of records for Graphic and am responsible for keeping copies of the records submitted in support of Graphic's Response in the ordinary course of business. The invoices included with the Response as Exhibit A were generated in the regular practice of our business at or near the

Thomas W. Repczynski, Esq., VSB No. 39967
Counsel for Graphic Communications, Inc.
Bean, Kinney & Korman, P.C.
2300 Wilson Boulevard, Seventh Floor
Arlington, Virginia 22201
Tel: (703) 525-4000; Fax: (703) 525-2207

Circuit City Stores, Inc., et al.     Case No. 08-35653-KRH

relevant time period as to each and have been maintained in the ordinary course of our business since that time.

Date: June _12_, 2009     _/s/ John Drake_
    JOHN DRAKE

County of _____Orange_____ )
                               )ss.
State of _____CA_____ )

The foregoing instrument was acknowledged before me this __12__ day of June, 2009, by JOHN DRAKE.

    _Sean Petrone, Commission #1673553_
    Notary Public

My commission expires: _____6/8/10_____.

    (NOTARY SEAL)