# United States Bankruptcy Court
## Eastern District of Virginia
Richmond Division

**TO:**  
Christopher Perkins, esq.

**In re:** Circuit City Stores, Inc.

**Case Number** 08–35653–KRH  
**Chapter** 11

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*3591* – Motion for 2004 Examination filed by Christopher L. Perkins of LeClair Ryan on behalf of Schimenti Construction Company LLC. (Perkins, Christopher)

**REQUIREMENTS OF FORM/PROCESS:**

- All motions, unless otherwise directed by the Court and with certain exceptions, shall be accompanied by a written memorandum setting forth a concise statement of facts and supporting reasons, along with a citation of authorities. [LBR 9013–1(G)]
- Motions for continuance shall not be granted by mere agreement of counsel but will be considered by the Court only in the presence of all counsel. [LBR 9013–1(J)]
- Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.
- Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*
- 

**MOTION FOR EXPEDITED HEARING [LBR 9013–1(N)]:**

- Not accompanied by Certification Regarding Request for Expedited Hearing*.
- 

**MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:**

- Not accompanied by proof of service indicating service of motion upon parties required to be served.
- Notice as required by LBR 4001(a)–1(C) not clearly stated or conspicuously provided in motion.
- Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.
- 

**NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:**

- **X**  Official Form 20A* – Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.
- Official Form 20B* – Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.
- Date, time and/or location omitted or incorrect in Notice of Hearing.
- Notice of Hearing/Response not properly linked to Motion/Application/Objection
- 

**A copy of the above–referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:   June 15, 2009                                 CLERK, UNITED STATES BANKRUPTCY COURT

                                                      By /s/ Jenni Jafarbay, Deputy Clerk  
[genchksht_Motion.jsp ver. 6/2007]                    Direct Dial Telephone No. 804–916–2411