EXHIBIT C

EXPENSE  INVOICE

DJM CC 60409



April 8, 2009

Deborah Miller
Director & Assistant General Counsel-Real Estate
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

## INVOICE FOR SERVICES RENDERED

Real Estate Consulting and Advisory Services Agreement entered into as of November 19, 2008 by and between DJM Asset Management, LLC and Circuit City Stores, Inc., debtor and debtor in possession with respect to the sale, sublease and/or termination of the right and interest in certain leasehold properties identified by the company:

### Expenses

| Date | Description | Amount |
|---|---|---|
| 1/21/2009 | FedEx Inv # 18610 | $9.23 |
| 2/4/2009 | FedEx Inv # 18661 | $6.22 |
| 2/18/2009 | Auction Express - Marketing | $21,064.70 |
| 2/18/2009 | FedEx Inv # 18735 | $87.12 |
| 2/25/2009 | Marketing | $149.95 |
| 2/25/2009 | Avallone - Travel | $545.89 |
| 2/25/2009 | FedEx Inv #18769 | $460.57 |
| 2/28/2009 | Advertising Design | $375.00 |
| 3/3/2009 | Advertising - Wall St Journal | $7,183.26 |
| 3/11/2009 | Auction Express - Marketing | $4,497.07 |
| 3/11/2009 | Avallone - Travel | $1,215.56 |
| 3/11/2009 | FedEx Inv #18811 | $22.62 |
| 3/11/2009 | FedEx Inv #18812 | $63.13 |
| 3/11/2009 | Zstada - Web Hosting | $62.50 |
| 3/18/2009 | Amendola - Travel | $37.60 |
| 3/18/2009 | FedEx Inv #18839 | $50.22 |
| 3/25/2009 | Avallone - Travel | $700.71 |
| 3/25/2009 | Avallone - Travel | $637.89 |
| 3/25/2009 | FedEx Inv #18874 | $21.44 |
| 3/25/2009 | PettyCash | $17.00 |
| 4/1/2009 | Auction Express - Marketing | $67.50 |
| 4/1/2009 | FedEx Inv #18907 | $14.04 |

$37,289.22

## TOTAL AMOUNT DUE: $37,289.22



*If payment is issued by check, please make payable to:*
**DJM Realty**
*c/o Gordon Brothers*
*101 Huntington Avenue, 10th Floor*
*Boston, MA 02199*
*Attn: Tanya Hill*

*Following is information for the wire transfer into DJM's bank account:*

| | |
|---|---|
| ACCOUNT NAME: | DJM ASSET MANAGEMENT, LLC |
| ACCOUNT NUMBER: | 0000546-10710 |
| BANK NAME: | BANK OF AMERICA |
| BANK ADDRESS: | 100 FEDERAL STREET |
| | BOSTON, MA  02110 |
| ABA NUMBER: | 026009593 |
| SWIFT NO: | BOFAUS3N |

EXHIBIT D

LEASE AUCTION INVOICE

DJM CC 60409



March 16, 2009


Deborah Miller
Director & Assistant General Counsel-Real Estate
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

**INVOICE FOR SERVICES RENDERED**

Real Estate Consulting and Advisory Services Agreement entered into as of November 19, 2008 by and between DJM Asset Management, LLC and Circuit City Stores, Inc., debtor and debtor in possession with respect to the sale, sublease and/or termination of the right and interest in certain leasehold properties identified by the company:

**Lease Sales & Lease Terminations**

See Attached Schedule                               $16,191,845.00
                                                    X         .0375
                                                    $    607,194.19


**TOTAL AMOUNT DUE:  $607,194.19**


*If payment is issued by check, please make payable to:*
**DJM Realty**
***c/o Gordon Brothers***
***101 Huntington Avenue, 10th Floor***
***Boston, MA 02199***
***Attn: Tanya Hill***


*Following is information for the wire transfer into DJM's bank account:*

| | |
|---|---|
| ACCOUNT NAME: | DJM ASSET MANAGEMENT, LLC |
| ACCOUNT NUMBER: | 0000546-10710 |
| BANK NAME: | BANK OF AMERICA |
| BANK ADDRESS: | 100 FEDERAL STREET |
| | BOSTON, MA  02110 |
| ABA NUMBER: | 026009593 |
| SWIFT NO: | BOFAUS3N |

# Highest Bids Tracking Report for Circuit City

## Property # 785 - 150-A Jennifer Road, Annapolis, MD

| Contact | Company | Cash Portion | L.L. Pre-Petition Arrears | L.L. Post-Petition Arrears | Gross Bid | Highest Bid |
|---|---|---|---|---|---|---|
| Stephen Fruin | Annapolis Plaza c/o Whiteford Taylor & Preston LLP | $10,000 | $14,076 | $32,843 | $56,919 | $56,919 |

## Property # 852 - 5075 Morganton Road, Suite 160, Fayetteville, NC

| Contact | Company | Cash Portion | L.L. Pre-Petition Arrears | L.L. Post-Petition Arrears | Gross Bid | Highest Bid |
|---|---|---|---|---|---|---|
| Niclas Ferland | Fayetteville Developers, LLC c/o LeClair Ryan | $0 | $18,575 | $43,341 | $61,916 | $61,916 |

## Property # 854 - 6026 Baltimore National Pike, Catonsville, MD

| Contact | Company | Cash Portion | L.L. Pre-Petition Arrears | L.L. Post-Petition Arrears | Gross Bid | Highest Bid |
|---|---|---|---|---|---|---|
| Leonart Weinberg, II | Vanguard Equities, Inc. | $435,000 | $13,613 | $31,763 | $435,000 | $435,000 |

## Property # 859 - 20669 Biscayne Blvd, Ne Miami, FL

| Contact | Company | Cash Portion | L.L. Pre-Petition Arrears | L.L. Post-Petition Arrears | Gross Bid | Highest Bid |
|---|---|---|---|---|---|---|
| Richard Allen | Promventure LP c/o Solowsky & Allen, P.L. | $20,000 | $11,369 | $156,770 | $188,139 | $188,139 |

## Property # 3150 - 9090 Carousel Center Drive, Syracuse, NY

| Contact | Company | Cash Portion | L.L. Pre-Petition Arrears | L.L. Post-Petition Arrears | Gross Bid | Highest Bid |
|---|---|---|---|---|---|---|
| Kevin Newman | Pyramid c/o Menter Rudin & Trivelpiece, P.C. | $0 | $22,431 | $58,527 | $80,958 | $80,958 |

## Property # 3203 - 4708 South Tamiami Trail, Sarasota, FL

| Contact | Company | Cash Portion | L.L. Pre-Petition Arrears | L.L. Post-Petition Arrears | Gross Bid | Highest Bid |
|---|---|---|---|---|---|---|
| Niclas Ferland | Circuit Investors #2 LTD c/o LeClair Ryan PC | $0 | $15,579 | $7,152 | $22,731 | $22,731 |

## Property # 3207 - 8575 N.W. 13th Terrace, Miami, FL

| Contact | Company | Cash Portion | L.L. Pre-Petition Arrears | L.L. Post-Petition Arrears | Gross Bid | Highest Bid |
|---|---|---|---|---|---|---|
| John Longmire | Wal-Mart Stores East, LP c/o Willkie Farr & Gallagher | $0 | $13,230 | $30,870 | $44,100 | $44,100 |

## Property # 3343 - 1505 South Colorado Blvd, Denver, CO

| Contact | Company | Cash Portion | L.L. Pre-Petition Arrears | L.L. Post-Petition Arrears | Gross Bid | Highest Bid |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

| | | Cash Portion | L.L. Pre-Petition Arrears | L.L. Post-Petition Arrears | Gross Bid | Highest Bid |
|---|---|---|---|---|---|---|
| John Higgins | Health Facilities Credit Corporation | $0 | $76,219 | $181,306 | $257,525 | $257,525 |

**Property # 3549 - 11732 West Broad Street, Glen Allen, VA**

| Contact | Company | Cash Portion | L.L. Pre-Petition Arrears | L.L. Post-Petition Arrears | Gross Bid | Highest Bid |
|---|---|---|---|---|---|---|
| Rebecca Ward | Forest City | $10 | $57,615 | $6,434 | $64,059 | $64,059 |

**Property # 3561 - 4155 Millenia Boulevard, Orlando, FL**

| Contact | Company | Cash Portion | L.L. Pre-Petition Arrears | L.L. Post-Petition Arrears | Gross Bid | Highest Bid |
|---|---|---|---|---|---|---|
| Buddy Davenport | Best Buy Co., Inc. | $27,062 | $8,118 | $18,944 | $27,062 | $27,062 |

**Property # 3663 - 369 Gateway Drive, Brooklyn, NY**

| Contact | Company | Cash Portion | L.L. Pre-Petition Arrears | L.L. Post-Petition Arrears | Gross Bid | Highest Bid |
|---|---|---|---|---|---|---|
| Buddy Davenport | Best Buy Co., Inc. | $10,500,000 | $39,646 | $92,507 | $10,500,000 | $10,500,000 |

**Property # 3669 - 327 Route 18, East Brunswick, NJ**

| Contact | Company | Cash Portion | L.L. Pre-Petition Arrears | L.L. Post-Petition Arrears | Gross Bid | Highest Bid |
|---|---|---|---|---|---|---|
| Thomas Pohmer | P.C. Richard & Son, Inc. | $100,000 | $21,801 | $50,868 | $100,000 | $100,000 |

**Property # 3670 - 90 State Highway Route 36, Eatontown, NJ**

| Contact | Company | Cash Portion | L.L. Pre-Petition Arrears | L.L. Post-Petition Arrears | Gross Bid | Highest Bid |
|---|---|---|---|---|---|---|
| Thomas Pohmer | P.C. Richard & Son, Inc. | $110,000 | $21,926 | $51,160 | $100,000 | $110,000 |

**Property # 3679 - 52 E. 14th Street, #64 New York, NY**

| Contact | Company | Cash Portion | L.L. Pre-Petition Arrears | L.L. Post-Petition Arrears | Gross Bid | Highest Bid |
|---|---|---|---|---|---|---|
| Daniel Ansell | Union Square Retail Trust c/o Greenberg Traurig LLP | $104,795 | $181,241 | $183,964 | $470,000 | $470,000 |

**Property # 3682A - 109 Dunning Road, Middletown, NY**

| Contact | Company | Cash Portion | L.L. Pre-Petition Arrears | L.L. Post-Petition Arrears | Gross Bid | Highest Bid |
|---|---|---|---|---|---|---|
| Janet Barberio | Janet Barberio | $10,000 | $662 | $4,074 | $14,736 | $14,736 |

**Property # 3690 - 444 Connecticut Avenue, Norwalk, CT**

| Contact | Company | Cash Portion | L.L. Pre-Petition Arrears | L.L. Post-Petition Arrears | Gross Bid | Highest Bid |
|---|---|---|---|---|---|---|
| Thomas Pohmer | P.C. Richard & Son, Inc. | $250,000 | $23,490 | $54,809 | $250,000 | $250,000 |

**Property # 3692 - 550 Route 70, Brick, NJ**



| Contact | Company | Cash Portion | L.L. Pre-Petition Arrears | L.L. Post-Petition Arrears | Gross Bid | Highest Bid |
|---|---|---|---|---|---|---|
| Thomas Pohmer | P.C. Richard & Son, Inc. | $100,000 | $12,912 | $30,128 | $100,000 | $100,000 |

**Property # 3697 - 136-03 20th Avenue, College Point, NY**

| Contact | Company | Cash Portion | L.L. Pre-Petition Arrears | L.L. Post-Petition Arrears | Gross Bid | Highest Bid |
|---|---|---|---|---|---|---|
| Thomas Pohmer | P.C. Richard & Son, Inc. | $3,300,000 | $31,271 | $72,965 | $3,300,000 | $3,300,000 |
| Buddy Davenport | Best Buy Co., Inc. | $3,200,000 | $31,271 | $72,965 | $3,200,000 | |

**Property # 3699 - 750 Central Park Ave, Yonkers, NY**

| Contact | Company | Cash Portion | L.L. Pre-Petition Arrears | L.L. Post-Petition Arrears | Gross Bid | Highest Bid |
|---|---|---|---|---|---|---|
| Robert Lehane | AAC Cross County Mall c/o Kelley Drye & Warren, LLP | $0 | $25,110 | $58,590 | $83,700 | $83,700 |

**Property # 4305 - 401 N. 1st Street, Burbank, CA**

| Contact | Company | Cash Portion | L.L. Pre-Petition Arrears | L.L. Post-Petition Arrears | Gross Bid | Highest Bid |
|---|---|---|---|---|---|---|
| Paul Billey | Burbank Mall Associates, LLC c/o Williams Mullen | $25,000 | $9,408 | $21,952 | $25,000 | $25,000 |

**TOTAL**  $16,191,845

EXHIBIT E

STORE #3426 (PHOENIX, AZ) INVOICE

DJM CC 60409



March 19, 2009


Deborah Miller
Director & Assistant General Counsel-Real Estate
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

## INVOICE FOR SERVICES RENDERED

Real Estate Consulting and Advisory Services Agreement entered into as of November 19, 2008
by and between DJM Asset Management, LLC and Circuit City Stores, Inc., debtor and debtor in
possession with respect to the sale, sublease and/or termination of the right and interest in certain
leasehold properties identified by the company:

**Sale of Owned Property**

| | |
|---|---|
| Store #3426 – Phoenix, AZ | $  4,105,000.00 |
| (Sold to BRG Properties, LLC) | X            .0325 |
| | $     133,412.50 |


**TOTAL AMOUNT DUE: $133,412.50**


*If payment is issued by check, please make payable to:*
***DJM Realty***
***c/o Gordon Brothers***
***101 Huntington Avenue, 10th Floor***
***Boston, MA 02199***
***Attn: Tanya Hill***


*Following is information for the wire transfer into DJM's bank account:*

| | |
|---|---|
| ACCOUNT NAME: | DJM ASSET MANAGEMENT, LLC |
| ACCOUNT NUMBER: | 0000546-10710 |
| BANK NAME: | BANK OF AMERICA |
| BANK ADDRESS: | 100 FEDERAL STREET |
| | BOSTON, MA  02110 |
| ABA NUMBER: | 026009593 |
| SWIFT NO: | BOFAUS3N |