Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal,
  Pordy & Ecker, P.A.
11921 Rockville Pike, #300
Rockville, MD 20852
Telephone: (301) 230-5200 or
             (703) 684-5200
Facsimile: (301) 230-2891
ggrant@srgpe.com
csydnor@srgpe.com

Seth Goldman (SG–6825) (*pro hac vice*)
Munger, Tolles & Olson LLP
355 South Grand Avenue, Suite 3500
Los Angeles, CA  90071-1560
Telephone: 213-683-9100
Facsimile: 213-687-3702
seth.goldman@mto.com

*Counsel for Hamilton Chase – Santa Maria LLC*

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, et al. | ) | Case No. 08-35653-KRH |
| | ) | Jointly Administered |
| Debtor | ) | |

### NOTICE OF WITHDRAWAL

Gregory D. Grant and Courtney R. Sydnor of the law firm of Shulman, Rogers, Gandal, Pordy & Ecker, P.A., hereby give notice of the withdrawal of their appearance as counsel of record for Hamilton Chase – Santa Maria LLC, a creditor in the above-captioned proceeding. Mr. Grant and Ms. Sydnor also withdraw their previously-filed request for notices in this proceeding (Document No. 854).

Seth Goldman of the law firm of Munger, Tolles & Olson LLP ("MTO"), hereby gives notice of the withdrawal of the appearances of Mr. Goldman and Mark Shinderman (formerly of

MTO) as counsel of record, *pro hac vice*, for Hamilton Chase – Santa Maria LLC (Document Nos. 1612 & 1613).

All notices that are required to be sent to Hamilton Chase – Santa Maria LLC in these bankruptcy cases should be sent by first class mail to the following addresses (as set forth in Proofs of Claim Nos. 9478 & 9483):

| | |
|---|---|
| Munger, Tolles & Olson, LLP<br>Attn: Seth Goldman<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, California 90071 | Hamilton Chase – Santa Maria LLC<br>Attn: Stefani Batastini,<br>Assistant to Chris Larson<br>828 Ballard Canyon Road<br>Solvang, California 93463. |

Respectfully submitted:

Hamilton Chase – Santa Maria LLC
By Counsel

/s/  Courtney R. Sydnor
Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
11921 Rockville Pike, Third Floor
Rockville, Maryland 20852-2743
Telephone:  (301) 230-5200 or
            (703) 684-5200
Facsimile:  (301) 230-2891
ggrant@srgpe.com
csydnor@srgpe.com

/s/ Seth Goldman
Seth Goldman (SG–6825) (*pro hac vice*)
Munger, Tolles & Olson LLP
355 South Grand Avenue, Suite 3500
Los Angeles, CA  90071-1560
Telephone: 213-683-9100
Facsimile: 213-687-3702
seth.goldman@mto.com

*Counsel for Hamilton Chase – Santa Maria LLC*

## Certificate of Service

    I certify that, on June 15, 2009, the foregoing was filed and served using the Court's ECF system, and was sent by U.S. mail to the persons listed on the attached service list.

        /s/  Courtney R. Sydnor
        Gregory D. Grant (VSB No. 31784)
        Courtney R. Sydnor (VSB No. 45911)
        Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
        11921 Rockville Pike, Third Floor
        Rockville, Maryland 20852-2743
        Telephone:  (301) 230-5200 or
                (703) 684-5200
        Facsimile:  (301) 230-2891
        ggrant@srgpe.com
        csydnor@srgpe.com

*Counsel for Hamilton Chase – Santa Maria LLC*

## Service List

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
Wilmington, Delaware 19899-0636
*Counsel to Debtors*

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
*Counsel to Debtors*

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219-1888
*U.S. Trustee*

Circuit City Stores West Coast, Inc.
9250 Sheridan Boulevard
Westminster, Colorado 80031
*Debtor*

Chris L. Dickerson, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2000
Chicago, Illinois 60606
*Counsel to Debtors*

Circuit City Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, California 90235
*Debtors' Agent*

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, Virginia 23233
*Debtor*