UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., *et al.*<br><br>Debtors. | Chapter 11<br>Case No. 08-35653-KRH<br><br>Jointly Administered<br>Judge Kevin R. Huennekens |

### AMENDED NOTICE OF MOTION AND NOTICE OF HEARING

Michael T. Chalifoux has filed papers with the court to file a late Proof of Claim [Docket No. 2676].

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before July 16, 2009, you or your attorney must:

    X    File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

> Clerk of Court
> United States Bankruptcy Court
> Eastern District of Virginia
> Richmond Division
> 701 East Broad Street
> Richmond, VA 23219-1888

Richard E. Hagerty
VSB No. 47673
*Attorney for Mike Chalifoux*
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
703-734-4326
703-448-6520 (fax)

      You must also mail a copy to:

           Richard E. Hagerty, Esq.
           Troutman Sanders LLP
           1660 International Drive, Suite 600
           McLean, Virginia 22102

X     Attend the hearing on the motion to be scheduled to be held on July 23, 2009 at 11:00 a.m. at the United States Bankruptcy Court, 701 East Broad Street, Richmond, Virginia 23219, Judge Huennekens' Courtroom.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief

Date:  June 15, 2009                      Respectfully submitted,

                                        /s/ Richard E. Hagerty
                                        Richard E. Hagerty
                                        VSB No. 47673
                                        *Attorney for Michael T. Chalifoux*
                                        Troutman Sanders LLP
                                        1660 International Drive, Suite 600
                                        McLean, VA 22102
                                        (703) 734-4326
                                        (703) 448-6520 (facsimile)
                                        richard.hagerty@troutmansanders.com

## **CERTIFICATE OF SERVICE**

This is to certify that on this 15th day of June, 2009, I have served the foregoing Amended Notice of Motion (i) electronically or by first class mail postage prepaid on the "2002" and "Core" lists and (ii) through the Court's ECF System.

                                              /s/ Richard E. Hagerty
                                     Richard E. Hagerty, VSB No. 47673

Tyson01 389725v2 235554.000001