**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | ) |
| | ) *Chapter 11* |
| Debtors.[1] | ) |
| | ) Jointly Administered |
| | ) |

**RESPONSE OF MINER FLEET MANAGEMENT GROUP, LTD., TO DEBTORS'**
**FIFTH OMNIBUS OBJECTION TO CERTAIN MISCLASSIFIED NON-GOODS**
**503(b)(9) CLAIMS**

COMES NOW Miner Fleet Management Group, Ltd.,("<u>Miner</u>") a creditor in the above-captioned cases, through its undersigned counsel, hereby files its Response to Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (the "<u>Objection</u>"), and respectfully states as follows:

1.      Miner timely filed a Proof of Claim [No. 1094] ("<u>Claim</u>") pursuant to 11 USC §503(b)(9) in the amount of $71,337.53.

2.      The Claim represents the value of both goods and services provided to the Debtor by Miner. At least $31,875.70 of the total Claim amount represents the value of goods received by the Debtors within 20 days of the commencement of the case. (*See* <u>Exhibit A</u> and <u>Exhibit B</u>). Therefore, this amount should be entitled to priority treatment under §503(b)(9).

3.      The Declaration of Steve Weaver, Secretary and Treasurer of Miner, is attached as <u>Exhibit C,</u> pursuant to Debtor's Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims.

WHEREFORE, in light of the foregoing, at least $31,875.70 of Miner's Claim is properly entitled to priority treatment under §503(b)(9) and should be deemed allowed as such, and any request of the Debtors to reclassify Miner's Claim as a general unsecured claim should be denied.

Respectfully submitted this 15th day of June, 2009,

By      /s/ Ronald A. Page, Jr.
_____
Neil E. McCullagh (VSB No. 39027)
nmccullagh@cantorarkema.com
Ronald A. Page, Jr. (VSB No. 71343)
rpage@cantorarkema.com
Cantor Arkema, P.C.
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
Telephone: (804) 644-1400

and

Raymond W. Battaglia
Texas State Bar No. 01918055
Robert K. ("Chip") Sugg
Texas State Bar No. 24058296
OPPENHEIMER, BLEND
HARRISON & TATE, INC.
711 Navarro, Sixth Floor
San Antonio, TX 78205
Telephone: (210) 224-2000
Facsimile: (210) 224-7540

Counsel for Miner Fleet Management Group, Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June 2009, a true and correct copy of the foregoing was served on the following and all persons receiving electronic notice in these cases.

By    /s/ Ronald A. Page, Jr.

Counsel

# Miner Fleet Mgmt Group Ltd

Circuit City Stockpicker Material Breakout
Date Range 10/24/08 - 11/09/08

Exhibit: B

**Exhibit A**

Circuit City Stores, Inc.
Section 503(b)(9) Claim
Case No. 08-35653

| InvoiceDate & Date of Shipment | Inv No. | Cust No. | Method of shipment | Date of Receipt | Name of Carrier | Place of Delivery | State | SODescription | Tax | Item Code | Total Cost | Cost Material | Material Sell Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/24/2008 | 8101487 | 0004470 | On Site Delivery | 10/24/2008 | Miner Service Provider | CIRCUIT CITY #0239 | CA | SALES TAX | NT | SALES TAX | $ - | $ - | $ - |
| 10/24/2008 | 8101487 | 0004470 | On Site Delivery | 10/24/2008 | Miner Service Provider | CIRCUIT CITY #0239 | CA | FIELD SUPPLIES | NT | FS | $ - | $ - | $ - |
| 10/24/2008 | 8101487 | 0004470 | On Site Delivery | 10/24/2008 | Miner Service Provider | CIRCUIT CITY #0239 | CA | FREIGHT-SRV | NT | FRT-SRV | $ - | $ - | $ - |
| 10/24/2008 | 8101487 | 0004470 | On Site Delivery | 10/24/2008 | Miner Service Provider | CIRCUIT CITY #0239 | CA | LABOR SERVICE | NT | SBLBR-SRV | $ 411.65 | $ - | $ - |
| 10/24/2008 | 8101488 | 0004470 | On Site Delivery | 10/24/2008 | Miner Service Provider | CIRCUIT CITY #3411 | GA | LABOR SERVICE | NT | SBLBR-SRV | $ 651.38 | $ - | $ - |
| 10/24/2008 | 8101488 | 0004470 | On Site Delivery | 10/24/2008 | Miner Service Provider | CIRCUIT CITY #3411 | GA | SALES TAX | NT | SALES TAX | $ - | $ - | $ - |
| 10/24/2008 | 8101488 | 0004470 | On Site Delivery | 10/24/2008 | Miner Service Provider | CIRCUIT CITY #3411 | GA | LABOR SERVICE | NT | SBLBR-SRV | $ 1,197.00 | $ - | $ - |
| 10/24/2008 | 8101488 | 0004470 | On Site Delivery | 10/24/2008 | Miner Service Provider | CIRCUIT CITY #3411 | GA | FREIGHT-SRV | NT | FRT-SRV | $ 52.04 | $ - | $ - |
| 10/24/2008 | 8101488 | 0004470 | On Site Delivery | 10/24/2008 | Miner Service Provider | CIRCUIT CITY #3411 | GA | FIELD SUPPLIES | NT | FS | $ 502.02 | $ 502.02 | 677.73 |
| 10/24/2008 | 8101525 | 0004470 | On Site Delivery | 10/24/2008 | Miner Service Provider | CIRCUIT CITY #3615 | OH | SALES TAX | NT | SALES TAX | $ - | $ - | $ - |
| 10/24/2008 | 8101525 | 0004470 | On Site Delivery | 10/24/2008 | Miner Service Provider | CIRCUIT CITY #3615 | OH | FIELD SUPPLIES | NT | FS | $ 17.53 | $ 17.53 | 23.67 |
| 10/24/2008 | 8101525 | 0004470 | On Site Delivery | 10/24/2008 | Miner Service Provider | CIRCUIT CITY #3615 | OH | LABOR SERVICE | NT | SBLBR-SRV | $ 541.31 | $ - | $ - |
| 10/24/2008 | 8101526 | 0004470 | On Site Delivery | 10/24/2008 | Miner Service Provider | CIRCUIT CITY #4111 | MA | LABOR SERVICE | NT | SBLBR-SRV | $ 162.00 | $ - | $ - |
| 10/24/2008 | 8101526 | 0004470 | On Site Delivery | 10/24/2008 | Miner Service Provider | CIRCUIT CITY #4111 | MA | FREIGHT-SRV | NT | FRT-SRV | $ - | $ - | $ - |
| 10/24/2008 | 8101526 | 0004470 | On Site Delivery | 10/24/2008 | Miner Service Provider | CIRCUIT CITY #4111 | MA | FIELD SUPPLIES | NT | FS | $ 114.00 | $ 114.00 | 153.90 |
| 10/24/2008 | 8101532 | 0004470 | On Site Delivery | 10/24/2008 | Miner Service Provider | CIRCUIT CITY #4256 | SC | LABOR SERVICE | NT | SBLBR-SRV | $ 206.18 | $ - | $ - |
| 10/24/2008 | 8101532 | 0004470 | On Site Delivery | 10/24/2008 | Miner Service Provider | CIRCUIT CITY #4256 | SC | TRAVEL | NT | TRAVEL | $ 68.00 | $ - | $ - |
| 10/24/2008 | 8101532 | 0004470 | On Site Delivery | 10/24/2008 | Miner Service Provider | PLATFORM HARNESS 49225559 | SC | LABOR SERVICE | NT | SRVJLGSPRMISC | $ 511.51 | $ 511.51 | 690.54 |
| 10/24/2008 | 8101532 | 0004470 | On Site Delivery | 10/24/2008 | Miner Service Provider | CIRCUIT CITY #4256 | SC | SALES TAX | NT | SALES TAX | $ 0.48 | $ - | $ - |
| 10/24/2008 | 8101532 | 0004470 | On Site Delivery | 10/24/2008 | Miner Service Provider | CIRCUIT CITY #4256 | SC | LABOR SERVICE | NT | SBLBR-SRV | $ 846.25 | $ - | $ - |
| 10/24/2008 | 8101524 | 0004470 | On Site Delivery | 10/24/2008 | Miner Service Provider | CIRCUIT CITY #3502 | TX | LABOR SERVICE | NT | SBLBR-SRV | $ 314.83 | $ - | $ - |
| 10/24/2008 | 8101524 | 0004470 | On Site Delivery | 10/24/2008 | Miner Service Provider | CIRCUIT CITY #3502 | TX | LABOR SERVICE | NT | SBLBR-SRV | $ 0.48 | $ - | $ - |
| 10/27/2008 | 8101655 | 0004470 | On Site Delivery | 10/27/2008 | Miner Service Provider | CIRCUIT CITY #0855 | AL | LABOR SERVICE | NT | SBLBR-SRV | $ 967.59 | $ - | $ - |
| 10/27/2008 | 8101655 | 0004470 | On Site Delivery | 10/27/2008 | Miner Service Provider | CIRCUIT CITY #0855 | AL | SALES TAX | NT | SALES TAX | $ - | $ - | $ - |
| 10/27/2008 | 8101655 | 0004470 | On Site Delivery | 10/27/2008 | Miner Service Provider | CIRCUIT CITY #0855 | AL | LABOR SERVICE | NT | SBLBR-SRV | $ 358.25 | $ - | $ - |
| 10/27/2008 | 8101655 | 0004470 | On Site Delivery | 10/27/2008 | Miner Service Provider | CIRCUIT CITY #0855 | AL | FREIGHT-SRV | NT | FRT-SRV | $ - | $ - | $ - |
| 10/27/2008 | 8101628 | 0004470 | On Site Delivery | 10/27/2008 | Miner Service Provider | CIRCUIT CITY #3222 | GA | FIELD SUPPLIES | NT | FS | $ 43.09 | $ 43.09 | 58.17 |
| 10/27/2008 | 8101628 | 0004470 | On Site Delivery | 10/27/2008 | Miner Service Provider | CIRCUIT CITY #3222 | GA | LABOR SERVICE | NT | SBLBR-SRV | $ 134.11 | $ - | $ - |
| 10/27/2008 | 8101628 | 0004470 | On Site Delivery | 10/27/2008 | Miner Service Provider | CIRCUIT CITY #3222 | GA | FREIGHT-SRV | NT | FRT-SRV | $ - | $ - | $ - |
| 10/27/2008 | 8101628 | 0004470 | On Site Delivery | 10/27/2008 | Miner Service Provider | CIRCUIT CITY #3222 | GA | LABOR SERVICE | NT | SBLBR-SRV | $ 545.00 | $ - | $ - |
| 10/27/2008 | 8101628 | 0004470 | On Site Delivery | 10/27/2008 | Miner Service Provider | CIRCUIT CITY #3222 | GA | SALES TAX | NT | SALES TAX | $ - | $ - | $ - |
| 10/27/2008 | 8101612 | 0004470 | On Site Delivery | 10/27/2008 | Miner Service Provider | CIRCUIT CITY #3171 | IL | FIELD SUPPLIES | NT | FS | $ - | $ - | $ - |

| Date | Doc # | Vendor # | Delivery | Date | Provider | Store | State | Description | Acct | Code | Amount 1 | Amount 2 | Amount 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/27/2008 | 8101612 | 0004470 | On Site Delivery | 10/27/2008 | Miner Service Provider | CIRCUIT CITY #3171 | IL | FREIGHT-SRV | NT | FRT-SRV | $ - | $ - | $ - |
| 10/27/2008 | 8101612 | 0004470 | On Site Delivery | 10/27/2008 | Miner Service Provider | CIRCUIT CITY #3171 | IL | LABOR SERVICE | NT | SBLBR-SRV | $ 1,543.50 | $ - | $ - |
| 10/27/2008 | 8101612 | 0004470 | On Site Delivery | 10/27/2008 | Miner Service Provider | CIRCUIT CITY #3171 | IL | SALES TAX | NT | SALES TAX | $ - | $ - | $ - |
| 10/27/2008 | 8101627 | 0004470 | On Site Delivery | 10/27/2008 | Miner Service Provider | CIRCUIT CITY #1607 | NC | FREIGHT-SRV | NT | FRT-SRV | $ - | $ - | $ - |
| 10/27/2008 | 8101627 | 0004470 | On Site Delivery | 10/27/2008 | Miner Service Provider | CIRCUIT CITY #1607 | NC | LABOR SERVICE | NT | SBLBR-SRV | $ 445.25 | $ - | $ - |
| 10/27/2008 | 8101627 | 0004470 | On Site Delivery | 10/27/2008 | Miner Service Provider | CIRCUIT CITY #1607 | NC | FIELD SUPPLIES | NT | FS | $ - | $ - | $ - |
| 10/27/2008 | 8101627 | 0004470 | On Site Delivery | 10/27/2008 | Miner Service Provider | CIRCUIT CITY #1607 | NC | SALES TAX | NT | SALES TAX | $ - | $ - | $ - |
| 10/27/2008 | 8101656 | 0004470 | On Site Delivery | 10/27/2008 | Miner Service Provider | CIRCUIT CITY #3695 | NJ | LABOR SERVICE | NT | SBLBR-SRV | $ 54.25 | $ - | $ - |
| 10/27/2008 | 8101898 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3595 | FL | LIGHT 2920178 | NT | SRVJLGSPRMISC | $ 76.16 | $ 76.16 | $ 102.82 |
| 10/28/2008 | 8101898 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3595 | FL | SALES TAX | NT | SALES TAX | $ - | $ - | $ - |
| 10/28/2008 | 8101898 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3595 | FL | LABOR SERVICE | NT | SBLBR-SRV | $ 367.50 | $ - | $ - |
| 10/28/2008 | 8101898 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3595 | FL | LABOR SERVICE | NT | SBLBR-SRV | $ 392.00 | $ - | $ - |
| 10/28/2008 | 8101898 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3595 | FL | FREIGHT-SRV | NT | FRT-SRV | $ 100.90 | $ - | $ - |
| 10/28/2008 | 8101898 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3595 | FL | HARNESS 4922559 | NT | SRVJLGSPRMISC | $ 424.64 | $ 424.64 | $ 573.26 |
| 10/28/2008 | 8101898 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3595 | FL | FIELD SUPPLIES | NT | FS | $ - | $ - | $ - |
| 10/28/2008 | 8101634 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3634 | MI | SALES TAX | NT | SALES TAX | $ 31.68 | $ - | $ - |
| 10/28/2008 | 8101634 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3634 | MI | LABOR SERVICE | NT | SBLBR-SRV | $ - | $ - | $ - |
| 10/28/2008 | 8101634 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3634 | MI | LABOR SERVICE | NT | SBLBR-SRV | $ 765.05 | $ - | $ - |
| 10/28/2008 | 8101634 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3634 | MI | FREIGHT-SRV | NT | FRT-SRV | $ - | $ - | $ - |
| 10/28/2008 | 8101634 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3634 | MI | LABOR SERVICE | NT | SBLBR-SRV | $ 284.44 | $ - | $ - |
| 10/28/2008 | 8101634 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3634 | MI | FIELD SUPPLIES | NT | FS | $ - | $ - | $ - |
| 10/28/2008 | 8101632 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3632 | MI | LABOR SERVICE | NT | SBLBR-SRV | $ 279.65 | $ - | $ - |
| 10/28/2008 | 8101632 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3632 | MI | FIELD SUPPLIES | NT | FS | $ - | $ - | $ - |
| 10/28/2008 | 8101632 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3632 | MI | SALES TAX | NT | SALES TAX | $ 1.96 | $ - | $ - |
| 10/28/2008 | 8101114 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #4114 | RI | INITIAL CALL | NT | SBLBR-SRV | $ 292.00 | $ - | $ - |
| 10/28/2008 | 8101114 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #4114 | RI | SALES TAX | NT | SALES TAX | $ - | $ - | $ - |
| 10/28/2008 | 8101793 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3853 | TN | SALES TAX | NT | SALES TAX | $ 27.75 | $ - | $ - |
| 10/28/2008 | 8101793 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3853 | TN | FIELD SUPPLIES | NT | FS | $ - | $ - | $ - |
| 10/28/2008 | 8101793 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3853 | TN | LABOR SERVICE | NT | SBLBR-SRV | $ 300.00 | $ - | $ - |
| 10/28/2008 | 8101793 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3853 | TN | SALES TAX | NT | SALES TAX | $ 10.97 | $ - | $ - |
| 10/28/2008 | 8101793 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3853 | TN | FREIGHT-SRV | NT | FRT-SRV | $ - | $ - | $ - |
| 10/28/2008 | 8101793 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3853 | TN | LABOR SERVICE | NT | SBLBR-SRV | $ 118.50 | $ - | $ - |
| 10/28/2008 | 8101793 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3853 | TN | SALES TAX | NT | SALES TAX | $ - | $ - | $ - |
| 10/28/2008 | 8101774 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3639 | VA | FIELD SUPPLIES | NT | FS | $ - | $ - | $ - |
| 10/28/2008 | 8101774 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3639 | VA | LABOR SERVICE | NT | SBLBR-SRV | $ 176.00 | $ - | $ - |
| 10/28/2008 | 8101774 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3639 | VA | FIELD SUPPLIES | NT | FS | $ 71.79 | $ 71.79 | $ 96.92 |
| 10/28/2008 | 8101774 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3639 | VA | LABOR SERVICE | NT | SBLBR-SRV | $ 352.00 | $ - | $ - |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/28/2008 | 8101877 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #4202 | VA | LABOR SERVICE | NT | SBLBR-SRV | $ - | $ - | - |
| 10/28/2008 | 8101877 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #4202 | VA | SALES TAX | NT | SALES TAX | $ - | $ - | - |
| 10/28/2008 | 8101877 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #4202 | VA | FREIGHT-SRV | NT | FRT-SRV | $ 104.51 | $ 104.51 | 141.09 |
| 10/28/2008 | 8101877 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #4202 | VA | LABOR SERVICE | NT | SBLBR-SRV | $ 1,825.86 | $ - | - |
| 10/28/2008 | 8101877 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #4202 | VA | FIELD SUPPLIES | NT | SBLBR-SRV | $ 688.60 | $ - | - |
| 10/28/2008 | 8101877 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #4202 | VA | FREIGHT-SRV | NT | FRT-SRV | $ - | $ - | - |
| 10/28/2008 | 8101877 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #4202 | VA | FIELD SUPPLIES | NT | FS | $ 7.40 | $ 7.40 | 9.99 |
| 10/28/2008 | 8101877 | 0004470 | On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #4202 | VA | SALES TAX | NT | SALES TAX | $ - | $ - | - |
| 11/3/2008 | 8102424 | 0004470 | On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3341 | AZ | FREIGHT-SRV | NT | FRT-SRV | $ 15.00 | $ 15.00 | 20.25 |
| 11/3/2008 | 8102424 | 0004470 | On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3341 | AZ | LABOR SERVICE | NT | SBLBR-SRV | $ 517.50 | $ - | - |
| 11/3/2008 | 8102424 | 0004470 | On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3341 | AZ | FIELD SUPPLIES | NT | SBLBR-SRV | $ 134.25 | $ - | - |
| 11/3/2008 | 8102424 | 0004470 | On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3341 | AZ | SALES TAX | NT | SALES TAX | $ - | $ - | - |
| 11/3/2008 | 8102423 | 0004470 | On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3381 | CO | FREIGHT-SRV | NT | FRT-SRV | $ 177.82 | $ 177.82 | 240.06 |
| 11/3/2008 | 8102423 | 0004470 | On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3381 | CO | FIELD SUPPLIES | NT | FS | $ - | $ - | - |
| 11/3/2008 | 8102423 | 0004470 | On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3381 | CO | SALES TAX | NT | SALES TAX | $ - | $ - | - |
| 11/3/2008 | 8102425 | 0004470 | On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3158 | DE | LABOR SERVICE | NT | SBLBR-SRV | $ 335.50 | $ - | - |
| 11/3/2008 | 8102425 | 0004470 | On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3158 | DE | FREIGHT-SRV | NT | FRT-SRV | $ - | $ - | - |
| 11/3/2008 | 8102425 | 0004470 | On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3158 | DE | LABOR SERVICE | NT | SBLBR-SRV | $ 403.15 | $ - | - |
| 11/3/2008 | 8102418 | 0004470 | On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3220 | GA | I.P. CARD | NT | SRVRAYSPRCNTL | $ 300.65 | $ 300.65 | 405.88 |
| 11/3/2008 | 8102418 | 0004470 | On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3220 | GA | LABOR SERVICE | NT | SBLBR-SRV | $ 1,392.23 | $ - | - |
| 11/3/2008 | 8102418 | 0004470 | On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3220 | GA | TRACTOR MANAGER | NT | SRVRAYSPRCNTL | $ 518.60 | $ 518.60 | 700.11 |
| 11/3/2008 | 8102418 | 0004470 | On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3220 | GA | FIRMWARE CARD | NT | SRVRAYSPRCNTL | $ 205.60 | $ 205.60 | 277.56 |
| 11/3/2008 | 8102418 | 0004470 | On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3220 | GA | FUSE | FS | SRVRAYSPRMISC | $ 9.50 | $ 9.50 | 12.83 |
| 11/3/2008 | 8102418 | 0004470 | On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3220 | GA | FIELD SUPPLIES | NT | FS | $ 18.54 | $ 18.54 | 25.03 |
| 11/3/2008 | 8102418 | 0004470 | On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3220 | GA | CARRIAGE CONTROL CARD | NT | SRVRAYSPRCNTL | $ 455.15 | $ 455.15 | 614.45 |
| 11/3/2008 | 8102418 | 0004470 | On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3220 | GA | CABLE | NT | SRVRAYSPRMISC | $ 455.15 | $ 455.15 | 455.15 |
| 11/3/2008 | 8102371 | 0004470 | On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3681 | NY | LABOR SERVICE | NT | SBLBR-SRV | $ 110.00 | $ 110.00 | 148.50 |
| 11/3/2008 | 8102371 | 0004470 | On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3681 | NY | LABOR SERVICE | NT | SBLBR-SRV | $ 144.75 | $ - | - |
| 11/3/2008 | 8102371 | 0004470 | On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3681 | NY | LABOR SERVICE | NT | SBLBR-SRV | $ 526.00 | $ 526.00 | 526.00 |
| 11/3/2008 | 8102418 | 0004470 | On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3220 | GA | PARTS, LIFT, UNSPECIFIED | NT | SRVXXXLFTXXXX | $ 13.85 | $ 13.85 | 18.70 |
| 11/3/2008 | 8102418 | 0004470 | On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3220 | GA | PARTS, LIFT, UNSPECIFIED | NT | SRVXXXLFTXXXX | $ 13.85 | $ 13.85 | 18.70 |
| 11/3/2008 | 8102371 | 0004470 | On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3681 | NY | LABOR SERVICE | NT | SBLBR-SRV | $ 526.00 | $ 526.00 | 526.00 |
| 11/3/2008 | 8102371 | 0004470 | On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3681 | NY | LABOR SERVICE | NT | SBLBR-SRV | $ 526.00 | $ 526.00 | 526.00 |
| 11/3/2008 | 8102371 | 0004470 | On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3681 | NY | LABOR SERVICE | NT | SBLBR-SRV | $ 526.00 | $ 526.00 | 526.00 |
| 11/3/2008 | 8102399 | 0004470 | On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3181 | OH | PM TRAVEL | NT | PM TRAVEL | $ 396.00 | $ - | - |
| 11/3/2008 | 8102399 | 0004470 | On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3748 | AZ | PICK UP CHARGE | TX | FRKLFT | $ 115.00 | $ 115.00 | - |
| 11/4/2008 | 0811102 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #0251 | CA | FREIGHT-SRV | NT | FRT-SRV | $ - | $ - | - |
| 11/4/2008 | 0811102 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #0251 | CA | SALES TAX | NT | SALES TAX | $ - | $ - | - |
| 11/4/2008 | 0811102 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #0251 | CA | LABOR SERVICE | NT | SBLBR-SRV | $ 350.00 | $ - | - |
| 11/4/2008 | 0811102 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #0251 | CA | SALES TAX | NT | SALES TAX | $ - | $ - | - |
| 11/4/2008 | 0811159 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3749 | CA | LABOR SERVICE | NT | SBLBR-SRV | $ 190.00 | $ - | - |
| 11/4/2008 | 0811159 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3749 | CA | SALES TAX | NT | SALES TAX | $ 5.70 | $ 5.70 | 7.70 |
| 11/4/2008 | 0811159 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3749 | CA | FIELD SUPPLIES | NT | FS | $ - | $ - | - |

| Date | Doc # | Ref # | Delivery | Date | Provider | Store | State | Description | Type | Code | $ | $ | $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/4/2008 | 0811080 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3390 | CO | INVOICE H199949 | NT | SBLBR-SRV | $ 272.69 | $ - | $ - |
| 11/4/2008 | 0811080 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3390 | CO | JLG BATTERY INV N5822 | NT | SRVJLGSPRBATY | $ 118.81 | $ 118.81 | $ 160.39 |
| 11/4/2008 | 0811080 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3390 | CO | FREIGHT-SRV | NT | FRT-SRV | $ - | $ - | $ - |
| 11/4/2008 | 0811080 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3390 | CO | FIELD SUPPLIES | NT | FS | $ - | $ - | $ - |
| 11/4/2008 | 0811080 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3390 | CO | SALES TAX | NT | SALES TAX | $ - | $ - | $ - |
| 11/4/2008 | 0811080 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3390 | CO | PARTS, JLG, STK PKR, MISC | NT | SRVJLGSPRMISC | $ 135.69 | $ 135.69 | $ 183.18 |
| 11/4/2008 | 0811079 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3390 | CO | INVOICE H23702 | NT | SBLBR-SRV | $ 225.00 | $ - | $ - |
| 11/4/2008 | 0811079 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3390 | CO | SALES TAX | NT | SALES TAX | $ - | $ - | $ - |
| 11/4/2008 | 0811142 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3348 | CO | FIELD SUPPLIES | NT | FS | $ 10.40 | $ 10.40 | $ 14.04 |
| 11/4/2008 | 0811142 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3348 | CO | FREIGHT-SRV | NT | FRT-SRV | $ 36.00 | $ 36.00 | $ 48.60 |
| 11/4/2008 | 0811142 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3348 | CO | LABOR SERVICE | NT | SBLBR-SRV | $ 111.75 | $ - | $ - |
| 11/4/2008 | 0811142 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3348 | CO | LABOR SERVICE | NT | SBLBR-SRV | $ 187.50 | $ - | $ - |
| 11/4/2008 | 0811141 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3348 | CO | SALES TAX | NT | SALES TAX | $ - | $ - | $ - |
| 11/4/2008 | 0811141 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3348 | CO | TRAVEL | NT | TRAVEL | $ 160.35 | $ - | $ - |
| 11/4/2008 | 0811141 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3348 | CO | FIELD SUPPLIES | NT | FS | $ 296.70 | $ - | $ - |
| 11/4/2008 | 0811131 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3561 | FL | LABOR SERVICE | NT | SBLBR-SRV | $ - | $ - | $ - |
| 11/4/2008 | 0811131 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3561 | FL | FIELD SUPPLIES | NT | FS | $ - | $ - | $ - |
| 11/4/2008 | 0811131 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3561 | FL | SALES TAX | NT | SALES TAX | $ 52.00 | $ 52.00 | $ 70.20 |
| 11/4/2008 | 0811131 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3561 | FL | FREIGHT-SRV | NT | FRT-SRV | $ - | $ - | $ - |
| 11/4/2008 | 0811146 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3625 | IN | FIELD SUPPLIES | NT | FS | $ 6.95 | $ 6.95 | $ 9.38 |
| 11/4/2008 | 0811146 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3625 | IN | LABOR SERVICE | NT | SBLBR-SRV | $ 396.00 | $ - | $ - |
| 11/4/2008 | 0811146 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3625 | IN | SALES TAX | NT | SALES TAX | $ - | $ - | $ - |
| 11/4/2008 | 0811146 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3625 | IN | FIELD SUPPLIES | NT | FS | $ - | $ - | $ - |
| 11/4/2008 | 0811146 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3625 | IN | FREIGHT-SRV | NT | FRT-SRV | $ - | $ - | $ - |
| 11/4/2008 | 0811134 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3511 | LA | SALES TAX | NT | SALES TAX | $ - | $ - | $ - |
| 11/4/2008 | 0811134 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3511 | LA | LABOR SERVICE | NT | SBLBR-SRV | $ 172.78 | $ - | $ - |
| 11/4/2008 | 0811134 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3511 | LA | FIELD SUPPLIES | NT | FS | $ - | $ - | $ - |
| 11/4/2008 | 0811112 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3631 | MI | FREIGHT-SRV | NT | FRT-SRV | $ 156.61 | $ 156.61 | $ 211.42 |
| 11/4/2008 | 0811112 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3631 | MI | LABOR SERVICE | NT | SBLBR-SRV | $ 592.50 | $ - | $ - |
| 11/4/2008 | 0811112 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3631 | MI | SALES TAX | NT | SALES TAX | $ 8.92 | $ - | $ - |
| 11/4/2008 | 0811112 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3851 | MI | FREIGHT-SRV | NT | FRT-SRV | $ - | $ - | $ - |
| 11/4/2008 | 0811112 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3851 | MI | FIELD SUPPLIES | NT | FS | $ - | $ - | $ - |
| 11/4/2008 | 0811112 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3851 | MI | SALES TAX | NT | SALES TAX | $ 300.00 | $ - | $ - |
| 11/4/2008 | 0811103 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3851 | MI | LABOR SERVICE | NT | SBLBR-SRV | $ - | $ - | $ - |
| 11/4/2008 | 0811103 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3851 | MI | FIELD SUPPLIES | NT | FS | $ - | $ - | $ - |
| 11/4/2008 | 0811103 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3851 | MI | PARTS, JLG, STK PKR, MISC | NT | SRVJLGSPRMISC | $ 20.27 | $ 20.27 | $ 27.36 |
| 11/4/2008 | 0811103 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3851 | MI | FIELD SUPPLIES | NT | FS | $ - | $ - | $ - |
| 11/4/2008 | 0811103 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3851 | MI | LABOR SERVICE | NT | SBLBR-SRV | $ 158.00 | $ - | $ - |
| 11/4/2008 | 0811103 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3851 | MI | SALES TAX | NT | SALES TAX | $ - | $ - | $ - |
| 11/4/2008 | 0811079 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #0506 | MO | SALES TAX | NT | SALES TAX | $ 5.99 | $ - | $ - |
| 11/4/2008 | 0811079 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #0506 | MO | FIELD SUPPLIES | NT | FS | $ 5.95 | $ 5.95 | $ 8.03 |
| 11/4/2008 | 0811079 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #0506 | MO | FIELD SUPPLIES | NT | FS | $ 104.47 | $ 104.47 | $ 141.03 |
| 11/4/2008 | 0811079 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #0506 | MO | LABOR SERVICE | NT | SBLBR-SRV | $ - | $ - | $ - |
| 11/4/2008 | 0811079 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #0506 | MO | SALES TAX | NT | SALES TAX | $ - | $ - | $ - |
| 11/4/2008 | 0811079 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #0506 | MO | FREIGHT-SRV | NT | FRT-SRV | $ 216.00 | $ - | $ - |

| Date | Doc | Cust | Delivery | Svc Date | Provider | Store | ST | Description | Tax | Code | Amount | Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/4/2008 | 0811079 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #0506 | MO | FREIGHT-SRV | NT | FRT-SRV | $ 8.36 | $ 8.36 | $ 11.29 |
| 11/4/2008 | 0811079 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #0506 | MO | LABOR SERVICE | NT | SBLBR-SRV | $ 235.20 | $ - | $ - |
| 11/4/2008 | 0811106 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3695 | NJ | FREIGHT-SRV | NT | FRT-SRV | $ - | $ - | $ - |
| 11/4/2008 | 0811106 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3695 | NJ | FIELD SUPPLIES | NT | FS | $ - | $ - | $ - |
| 11/4/2008 | 0811106 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3695 | NJ | LABOR SERVICE | NT | SBLBR-SRV | $ 147.75 | $ - | $ - |
| 11/4/2008 | 0811106 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3695 | NJ | PARTS, LIFT, UNSPECIFIED | NT | SRVXXXLFTXXXXX | $ 48.42 | $ 48.42 | $ 65.37 |
| 11/4/2008 | 0811106 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3695 | NJ | SALES TAX | NT | SALES TAX | $ - | $ - | $ - |
| 11/4/2008 | 0811151 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3764 | NJ | FIELD SUPPLIES | NT | FS | $ 90.00 | $ 90.00 | $ 121.50 |
| 11/4/2008 | 0811151 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3764 | NJ | LABOR SERVICE | NT | SBLBR-SRV | $ 59.10 | $ - | $ - |
| 11/4/2008 | 0811151 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3764 | NJ | SALES TAX | NT | SALES TAX | $ - | $ - | $ - |
| 11/4/2008 | 0811075 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3196 | OH | FIELD SUPPLIES | NT | FS | $ 130.00 | $ - | $ - |
| 11/4/2008 | 0811075 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3196 | OH | LABOR SERVICE | NT | SBLBR-SRV | $ 9.10 | $ 9.10 | $ 12.29 |
| 11/4/2008 | 0811075 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3196 | OH | SALES TAX | NT | SALES TAX | $ - | $ - | $ - |
| 11/4/2008 | 0811167 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3103 | PA | SALES TAX | NT | SALES TAX | $ - | $ - | $ - |
| 11/4/2008 | 0811167 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3103 | PA | LABOR SERVICE | NT | SBLBR-SRV | $ 156.00 | $ - | $ - |
| 11/4/2008 | 0811167 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3103 | PA | FIELD SUPPLIES | NT | FS | $ - | $ - | $ - |
| 11/4/2008 | 0811167 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3103 | PA | FREIGHT-SRV | NT | FRT-SRV | $ 2,551.00 | $ - | $ - |
| 11/4/2008 | 0811167 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3103 | PA | LABOR SERVICE | NT | SBLBR-SRV | $ - | $ - | $ - |
| 11/4/2008 | 0811167 | 0004470 | On Site Delivery | 11/4/2008 | Miner Service Provider | CIRCUIT CITY #3103 | PA | SALES TAX | NT | SALES TAX | $ - | $ - | $ - |
| 11/5/2008 | 0811328 | 0004470 | On Site Delivery | 11/5/2008 | Miner Service Provider | CIRCUIT CITY #3848 | CA | SALES TAX | NT | SALES TAX | $ - | $ - | $ - |
| 11/5/2008 | 0811328 | 0004470 | On Site Delivery | 11/5/2008 | Miner Service Provider | CIRCUIT CITY #3848 | CA | FIELD SUPPLIES | NT | FS | $ - | $ - | $ - |
| 11/5/2008 | 0811328 | 0004470 | On Site Delivery | 11/5/2008 | Miner Service Provider | CIRCUIT CITY #3848 | CA | SALES TAX | NT | SALES TAX | $ - | $ - | $ - |
| 11/5/2008 | 0811328 | 0004470 | On Site Delivery | 11/5/2008 | Miner Service Provider | CIRCUIT CITY #3848 | CA | FREIGHT-SRV | NT | FRT-SRV | $ - | $ - | $ - |
| 11/5/2008 | 0811328 | 0004470 | On Site Delivery | 11/5/2008 | Miner Service Provider | CIRCUIT CITY #3848 | CA | LABOR SERVICE | NT | SBLBR-SRV | $ 559.50 | $ - | $ - |
| 11/5/2008 | 0811328 | 0004470 | On Site Delivery | 11/5/2008 | Miner Service Provider | CIRCUIT CITY #3848 | CA | PRE PAY & ADD, OVERNITE | NT | FRT-SRV | $ 100.33 | $ 100.33 | $ 135.45 |
| 11/5/2008 | 0811328 | 0004470 | On Site Delivery | 11/5/2008 | Miner Service Provider | CIRCUIT CITY #3848 | CA | FIELD SUPPLIES | NT | FS | $ - | $ - | $ - |
| 11/5/2008 | 0811328 | 0004470 | On Site Delivery | 11/5/2008 | Miner Service Provider | CIRCUIT CITY #3848 | CA | SALES TAX | NT | SALES TAX | $ - | $ - | $ - |
| 11/5/2008 | 0811328 | 0004470 | On Site Delivery | 11/5/2008 | Miner Service Provider | CIRCUIT CITY #3848 | CA | 4922559 PLATFORM HARNESS | NT | SRV7LG5PRMISC | $ 424.64 | $ 424.64 | $ 573.26 |
| 11/5/2008 | 0811318 | 0004470 | On Site Delivery | 11/5/2008 | Miner Service Provider | CIRCUIT CITY #3595 | FL | FREIGHT-SRV | NT | FRT-SRV | $ 343.00 | $ - | $ - |
| 11/5/2008 | 0811318 | 0004470 | On Site Delivery | 11/5/2008 | Miner Service Provider | CIRCUIT CITY #3595 | FL | LABOR SERVICE | NT | SBLBR-SRV | $ 887.44 | $ - | $ - |
| 11/5/2008 | 0811253 | 0004470 | On Site Delivery | 11/5/2008 | Miner Service Provider | CIRCUIT CITY #3849 | IL | HARNESS 4922559 | NT | SRV7LG5PRMISC | $ 424.64 | $ 424.64 | $ 573.26 |
| 11/5/2008 | 0811320 | 0004470 | On Site Delivery | 11/5/2008 | Miner Service Provider | CIRCUIT CITY #3780 | KY | PPA NEXT DAY EARLY AM | NT | FRT-SRV | $ 71.56 | $ 71.56 | $ 96.61 |
| 11/5/2008 | 0811320 | 0004470 | On Site Delivery | 11/5/2008 | Miner Service Provider | CIRCUIT CITY #3780 | KY | PPD UPS NDA SAT DEL | NT | FRT-SRV | $ 50.81 | $ 50.81 | $ 68.59 |
| 11/5/2008 | 0811320 | 0004470 | On Site Delivery | 11/5/2008 | Miner Service Provider | CIRCUIT CITY #3780 | KY | LABOR SERVICE | NT | SBLBR-SRV | $ 455.00 | $ - | $ - |
| 11/5/2008 | 0811320 | 0004470 | On Site Delivery | 11/5/2008 | Miner Service Provider | CIRCUIT CITY #3780 | KY | UPS NDA SAT DEL | NT | FRT-SRV | $ 88.46 | $ 88.46 | $ 119.42 |
| 11/5/2008 | 0811323 | 0004470 | On Site Delivery | 11/5/2008 | Miner Service Provider | CIRCUIT CITY #3780 | KY | 3160312 DRIVE MOTOR | NT | SRV7LG5PRMOTR | $ 924.74 | $ 924.74 | $ 1,248.40 |
| 11/5/2008 | 0811323 | 0004470 | On Site Delivery | 11/5/2008 | Miner Service Provider | CIRCUIT CITY #3780 | KY | LABOR SERVICE | NT | SBLBR-SRV | $ 390.00 | $ - | $ - |
| 11/6/2008 | 0811404 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #0424 | CA | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ 105.00 | $ - |
| 11/6/2008 | 0811404 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #0424 | CA | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ 105.00 | $ - |
| 11/6/2008 | 0811404 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #3310 | CA | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ 105.00 | $ - |
| 11/6/2008 | 0811422 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | LABOR SERVICE | KY | LABOR SERVICE | NT | SBLBR-SRV | $ 390.00 | $ 390.00 | $ - |
| 11/6/2008 | 0811423 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | 3160312 DRIVE MOTOR | KY | 3160312 DRIVE MOTOR | NT | SRV7LG5PRMOTR | $ - | $ - | $ - |
| 11/6/2008 | 0811406 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #3141 | CT | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ 105.00 | $ - |
| 11/6/2008 | 0811407 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #3141 | CT | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ 105.00 | $ - |
| 11/6/2008 | 0811405 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #0838 | FL | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ 105.00 | $ - |

| Date | Invoice | Account | Type | Date | Provider | Location | State | Description | | Description | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/6/2008 | 0811414 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #0857 | FL | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ - | $ - |
| 11/6/2008 | 0811419 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #0867 | FL | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ - | $ - |
| 11/6/2008 | 0811397 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #3153 | NY | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ - | $ - |
| 11/6/2008 | 0811409 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #3151 | NY | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ - | $ - |
| 11/6/2008 | 0811410 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #3154 | NY | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ - | $ - |
| 11/6/2008 | 0811408 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #3706 | PA | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ - | $ - |
| 11/6/2008 | 0811421 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #4508 | TX | PM STOCK PICKER | NT | PM STK PICKER | $ 106.00 | $ - | $ - |
| 11/6/2008 | 0811420 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #0541 | TX | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ - | $ - |
| 11/6/2008 | 0811418 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #0597 | TX | PM STOCK PICKER | NT | PM STK PICKER | $ 106.00 | $ - | $ - |
| 11/6/2008 | 0811417 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #0544 | TX | PM STOCK PICKER | NT | PM STK PICKER | $ 106.00 | $ - | $ - |
| 11/6/2008 | 0811412 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #4502 | TX | PM STOCK PICKER | NT | PM STK PICKER | $ 106.00 | $ - | $ - |
| 11/6/2008 | 0811411 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #0815 | TN | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ - | $ - |
| 11/6/2008 | 0811403 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #0815 | TN | SALES TAX | NT | SALES TAX | $ 9.71 | $ - | $ - |
| 11/6/2008 | 0811398 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #1601 | VA | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ - | $ - |
| 11/6/2008 | 0811415 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #4508 | VA | PM STOCK PICKER | NT | PM STK PICKER | $ 106.00 | $ - | $ - |
| 11/6/2008 | 0811413 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #0835 | VA | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ - | $ - |
| 11/6/2008 | 0811401 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #0802 | VA | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ - | $ - |
| 11/6/2008 | 0811400 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #0802 | VA | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ - | $ - |
| 11/6/2008 | 0811399 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #3100 | VA | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ - | $ - |
| 11/6/2008 | 0811416 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #3549 | VA | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ - | $ - |
| 11/6/2008 | 0811416 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #0803 | VA | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ - | $ - |
| 11/6/2008 | 0811408 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #0803 | VA | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ - | $ - |
| 11/6/2008 | 0811421 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #0803 | VA | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ - | $ - |
| 11/6/2008 | 0811420 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #0704 | MD | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ - | $ - |
| 11/6/2008 | 0811418 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #0704 | MD | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ - | $ - |
| 11/6/2008 | 0811417 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #0704 | MD | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ - | $ - |
| 11/6/2008 | 0811412 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #0825 | MD | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ - | $ - |
| 11/6/2008 | 0811411 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #0824 | OH | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ - | $ - |
| 11/6/2008 | 0811571 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #3572 | OH | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ - | $ - |
| 11/6/2008 | 0811572 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #3734 | OH | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ - | $ - |
| 11/9/2008 | 0811573 | 0004470 | On Site Delivery | 11/6/2008 | Miner Service Provider | CIRCUIT CITY #3614 | OH | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ - | $ - |
| 11/9/2008 | 0811575 | 0004470 | On Site Delivery | 11/9/2008 | Miner Service Provider | CIRCUIT CITY #3556 | PA | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ - | $ - |
| 11/9/2008 | 0811576 | 0004470 | On Site Delivery | 11/9/2008 | Miner Service Provider | CIRCUIT CITY #0725 | PA | PM STOCK PICKER | NT | PM STK PICKER | $ 105.00 | $ - | $ - |
| | | | | | | | | | | | $ 39,976.79 | $ 6,605.12 | $ 8,916.91 |

Section 5030(b)(9) Claim
Exhibit: A

**Exhibit B**

12/18/2008 Circuit City Stores, Inc. Case No. 08-35653

| InvoiceNumber | Date & Method of Shipment | Date of Receipt | Name of Carrier | Place of Delivery | Address | City | State | Zip | Total | Materials | Division | CustomerNumber |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0811097 | 11/14/2008 On Site Delivery | 11/14/2008 | Miner Service Provider | CIRCUIT CITY #3704 | 3430 JAMES SANDERS BLVD | Paducah | KY | 42001 | 3,509.52 | 2,417.00 | 90 | 0001094 |
| 0811100 | 11/14/2008 On Site Delivery | 11/14/2008 | Miner Service Provider | CIRCUIT CITY #3732 | 150 RETAIL WAY | Williston | VT | 05495 | 499.50 | 25.00 | 90 | 0001094 |
| 0811149 | 11/14/2008 On Site Delivery | 11/14/2008 | Miner Service Provider | CIRCUIT CITY #3229 | 4110 W. LOOP 250 NORTH | Midland | TX | 79707 | 1,115.14 | 154.15 | 90 | 0001094 |
| 0811156 | 11/14/2008 On Site Delivery | 11/14/2008 | Miner Service Provider | CIRCUIT CITY #3152 | 3040 SHERIDAN ROAD | AMHERST | NY | 14226 | 1,295.23 | 753.00 | 90 | 0001094 |
| 0811162 | 11/14/2008 On Site Delivery | 11/14/2008 | Miner Service Provider | CIRCUIT CITY #3728 | 2121 SAGAMORE PKWY S | Lafayette | IN | 47905 | 282.59 | 29.99 | 90 | 0001094 |
| 0811168 | 11/14/2008 On Site Delivery | 11/14/2008 | Miner Service Provider | CIRCUIT CITY #4114 | 140 HILLSIDE RD | Cranston | RI | 02920 | 1,144.99 | 505.75 | 90 | 0001094 |
| 0811246 | 11/5/2008 On Site Delivery | 11/5/2008 | Miner Service Provider | CIRCUIT CITY #3357 | 1620 24TH AVE NW | NORMAN | OK | 73069 | 2,639.55 | 667.98 | 90 | 0001094 |
| 0811319 | 11/5/2008 On Site Delivery | 11/5/2008 | Miner Service Provider | CIRCUIT CITY #3228 | 8215 UNIVERSITY CITY BLV | Charlotte | NC | 28213 | 198.57 | 14.99 | 90 | 0001094 |
| 0811329 | 11/5/2008 On Site Delivery | 11/5/2008 | Miner Service Provider | CIRCUIT CITY #0890 | 5710 COLUMBIA PIKE 5714 | Falls Church | VA | 22041 | 4,666.00 | 3,040.00 | 90 | 0001094 |
| 8101233 | 10/22/2008 On Site Delivery | 10/22/2008 | Miner Service Provider | CIRCUIT CITY #0878 | 8125 MALL ROAD | Florence | KY | 41042 | 205.59 | 39.00 | 90 | 0001094 |
| 8101301 | 10/23/2008 On Site Delivery | 10/23/2008 | Miner Service Provider | CIRCUIT CITY #3549 | 11732 W BROAD ST | GLEN ALLEN | VA | 23060 | 1,295.77 | 681.68 | 90 | 0001094 |
| 8101306 | 10/23/2008 On Site Delivery | 10/23/2008 | Miner Service Provider | CIRCUIT CITY #3158 | 4130 CONCORD PIKE | Wilmington | DE | 19803 | 712.67 | 45.67 | 90 | 0001094 |
| 8101394 | 10/24/2008 On Site Delivery | 10/24/2008 | Miner Service Provider | CIRCUIT CITY #4179 | 130 NUT TREE PARKWAY | VACAVILLE | CA | 95687 | 749.50 | 550.00 | 01 | 0001094 |
| 8101398 | 10/24/2008 On Site Delivery | 10/24/2008 | Miner Service Provider | CIRCUIT CITY #____ | ROUTE 70 & ROUTE 30 | MARLTON | NJ | 08053 | 2,100.00 | 2,100.00 | 01 | 0001094 |
| 8101486 | 10/24/2008 On Site Delivery | 10/24/2008 | Miner Service Provider | CIRCUIT CITY #3228 | 8215 UNIVERSITY CITY BLV | Charlotte | NC | 28213 | 479.84 | 39.00 | 90 | 0001094 |
| 8101621 | 10/27/2008 On Site Delivery | 10/27/2008 | Miner Service Provider | CIRCUIT CITY #3207 | 8575 NW 13TH TERRACE | Miami | FL | 33126 | 211.32 | 14.99 | 90 | 0001094 |
| 8101625 | 10/27/2008 On Site Delivery | 10/27/2008 | Miner Service Provider | CIRCUIT CITY #3618 | 3475 WILLIAM PENN HWY | Pittsburgh | PA | 15235 | 346.08 | 16.43 | 90 | 0001094 |
| 8101626 | 10/27/2008 On Site Delivery | 10/27/2008 | Miner Service Provider | CIRCUIT CITY #3854 | 6115 EASTEX FREEWAY | BEAUMONT | TX | 77706 | 1,148.55 | 39.00 | 90 | 0001094 |
| 8101634 | 10/27/2008 On Site Delivery | 10/27/2008 | Miner Service Provider | CIRCUIT CITY #4248 | 2050 W UNIVERSITY DR | MCKINNEY | TX | 75071 | 138.35 | 127.80 | 90 | 0001094 |
| 8101662 | 10/27/2008 On Site Delivery | 10/27/2008 | Miner Service Provider | CIRCUIT CITY #0853 | 6491 WINCHESTER RD | Memphis | TN | 38115 | 299.50 | 10.00 | 90 | 0001094 |
| 8101668 | 10/27/2008 On Site Delivery | 10/27/2008 | Miner Service Provider | CIRCUIT CITY #0867 | 4212 US HWY 98 NORTH | Lakeland | FL | 33809 | 94.15 | 0.00 | 90 | 0001094 |
| 8101784 | 10/28/2008 On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3758 | 1980 W FABYAN PKWY | Batavia | IL | 60510 | 491.44 | 119.00 | 90 | 0001094 |
| 8101789 | 10/28/2008 On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #0413 | 3761 STATE STREET | SANTA BARBARA | CA | 93105 | 2,261.66 | 789.00 | 90 | 0001094 |
| 8101880 | 10/28/2008 On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #4202 | 1120 NORTH MILITARY HWY | NORFOLK | VA | 23502 | 3,823.91 | 2,785.20 | 90 | 0001094 |
| 8101885 | 10/28/2008 On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3749 | 6397 PATS RANCH RD | MIRA LOMA | CA | 91752 | 6,923.18 | 1,450.30 | 90 | 0001094 |
| 8101902 | 10/28/2008 On Site Delivery | 10/28/2008 | Miner Service Provider | CIRCUIT CITY #3515 | 7669 HWY 70 SOUTH | Nashville | TN | 37221 | 5,177.20 | 3,607.33 | 90 | 0001094 |
| 8101905 | 10/29/2008 On Site Delivery | 10/29/2008 | Miner Service Provider | CIRCUIT CITY #4136 | 1843 PINE ISLAND ROAD NE | CAPE CORAL | FL | 33909 | 781.38 | 81.57 | 90 | 0001094 |
| 8101948 | 10/29/2008 On Site Delivery | 10/29/2008 | Miner Service Provider | CIRCUIT CITY #4507 | 1664 COMMERCIAL WAY | Santa Cruz | CA | 95065 | 304.04 | 96.66 | 90 | 0001094 |
| 8102132 | 10/29/2008 On Site Delivery | 10/29/2008 | Miner Service Provider | CIRCUIT CITY #3341 | 7000 E MAYO BLVD | PHOENIX | AZ | 85054 | 458.74 | 124.00 | 90 | 0001094 |
| 8102417 | 11/3/2008 On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #5681 | 5500 SUNRISE HWY | Massapequa | NY | 11758 | 495.78 | 20.00 | 90 | 0001094 |
| 8102421 | 11/3/2008 On Site Delivery | 11/3/2008 | Miner Service Provider | CIRCUIT CITY #3564 | 13730 N PENNSYLVANIA AVE | OKLAHOMA CITY | OK | 73134 | 4,037.76 | 2,614.30 | 90 | 0001094 |
| | | | | | | | | | 47,887.50 | 22,958.79 | | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

## DECLARATION OF STEVE WEAVER IN SUPPORT OF THE RESPONSE OF MINER FLEET MANAGEMENT GROUP, LTD. TO DEBTORS' FIFTH OMNIBUS OBJECTION TO CERTAIN MISCLASSIFIED NON-GOODS 503(b)(9) CLAIMS

I declare under penalty of perjury that I have read the Response of Miner Fleet Management Group, Ltd. to Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims and the attachments contained therein and that they are true and correct to the best of my knowledge, information and belief.

Date: 6/15/09        Signature: _____

Steve Weaver, Secretary and Treasurer

**Exhibit C**