# Kim E's Flowers

350 East Broad Street
Groveland, FL  34736

Phone 352-429-1089
Fax 352-429-3660

June 08, 2009



In The United States Bankruptcy Court
For the Eastern District of Virginia
Richmond Division

In Re:

Circuit City Stores, Inc., et al.,
Chapter 11
Case No. 08-35653 (krh)

Regarding Notice of Debtors' Seventh Omnibus Objection to Certain Late Claims
Claim No. 10390
Asserted Claim Amount $64.20

This claim is for services rendered on 10/02/08, and billed in monthly statement form (copy of statement submitted with claim, see #10390) on approximately 11/3/08 to 19925 Independence, Groveland FL 34736.
These services were rendered in good faith, prior to company filing. We were assured that our bill was included in the initial submission of outstanding debts by Circuit City. We realize that our claim is very small, but as we are a small business ourselves, we do not want it rolled into this "Omnibus" and disallowed.

Sincerely,

Kim E. Jemison, owner
Kim E's Flowers, Inc.
350 East Broad Street, Groveland, FL  34736
352-429-1089  Fax # 352-429-3660