# EXHIBIT "A"

**Vector - Circuit City Claim "Installation"**

| Customer # | Store Location | Store # | Contract Amount | Invoice Total (Includes Tax) | Start Date | Stop Date | | Estimated working Days to complete full job | Prewire Time (working days) | Installa-tion Time (working days) | Equip % of Invoice (42%) | Installa-tion working days 10/21/08 or after | % Installa-tion days 10/21/08 or after | Invoice Amt.For Equip delivered 10/2109 /or after |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1541 | Sheridan, CO | 4140 | $ 18,135.00 | $ 18,135.00 | 9/2/2008 | 10/23/2009 | sign off date | 15 | 8 | 7 | $ 7,616.70 | 3 | 43% | $ 3,264.30 |
| 1541 | Fort Myers, FL | 4232 | $ 15,795.00 | $ 15,795.00 | 9/17/2008 | 10/28/2008 | sign off date | 17 | 9 | 8 | $ 6,633.90 | 6 | 75% | $ 4,975.43 |
| 1541 | Hatillo, PR | 3372 | $ 21,995.00 | $ 21,995.00 | 9/9/2008 | 10/30/2008 | sign off date | 15 | 7 | 8 | $ 9,237.90 | 8 | 100% | $ 9,237.90 |
| | | | | | | | | | | | $ 23,488.50 | | | $ 17,477.63 |
| | | | | | 10/4/2008 | | | | | | | | | |
| | | | | | 9/24/2008 | | | | | | | | | |