**EXHIBIT "B"**

## DECLARATION IN SUPPORT OF RESPONSE TO CLAIM OBJECTION

I, Clayton J. Masur, hereby state that I am Director of Operations of Vector Security, Inc., that I am authorized to make this declaration on its behalf, that I have personal knowledge of the matters set forth in the foregoing Response of Vector Security, Inc. to Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims, and that the facts set forth in the said response are true and correct to the best of my knowledge, information, and belief. I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Dated: June 15, 2009

Clayton J. Masur