# **Exhibit B**

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (Jointly Adminstered)

**Name of Applicant:  McGuireWoods LLP**
**Role: Co-counsel to the Debtors**

**First Interim Application:**
    **Fees Requested: $706,661.50**
    **Expenses Requested: $ 23,294.66**

## Summary of Timekeepers

| Attorneys | Admitted | Rate | Hours | Amount |
|---|---|---|---|---|
| Ashcroft, Erin Q. | 2007 | $ 300.00 | 2.1 | $ 630.00 |
| Bell, Craig D. | 1983 | $ 530.00 | 8.4 | $ 4,452.00 |
| Bernhardt, Brian C. | 1997 | $ 475.00 | 2.4 | $ 1,140.00 |
| Blanks, Daniel F. | 2002 | $ 375.00 | 510.6 | $ 191,475.00 |
| Boehm, Sarah B. | 2000 | $ 450.00 | 366.8 | $ 165,060.00 |
| Burrus Jr., Robert L. | 1958 | $ 805.00 | 3.5 | $ 2,817.50 |
| Christian, Michelle M. | 2004 | $ 335.00 | 7.4 | $ 2,479.00 |
| Diller, Elizabeth A. | 2008 | $ 275.00 | 2 | $ 550.00 |
| Duncan, Karen L. | 1999 | $ 375.00 | 6.8 | $ 2,550.00 |
| Elbert, Regina Johnson | 2005 | $ 345.00 | 0.9 | $ 310.50 |
| Feller, Howard | 1978 | $ 575.00 | 1 | $ 575.00 |
| Foley, Douglas M. | 1992 | $ 550.00 | 354.8 | $ 195,140.00 |
| Grotins, Jodie | 2008 | $ 300.00 | 20 | $ 6,000.00 |
| Gunlock, Matthew T. | 2006 | $ 290.00 | 1.5 | $ 435.00 |
| Harmon, T. Craig | 1986 | $ 525.00 | 35 | $ 18,375.00 |
| Hilten, John S. | 2003 | $ 475.00 | 1.7 | $ 807.50 |
| Kiekhofer, William H. | 1980 | $ 600.00 | 1.7 | $ 1,020.00 |
| Kosteva, Jennifer A. | 2007 | $ 275.00 | 0.4 | $ 110.00 |
| Menthe, Darrel C. | 1996 | $ 435.00 | 3.1 | $ 1,348.50 |
| Peyton, Janet P. | 1996 | $ 460.00 | 0.6 | $ 276.00 |
| Pittman, Edmund S. | 1992 | $ 450.00 | 25.2 | $ 11,340.00 |
| Rash, Matthew P. | 2004 | $ 315.00 | 42.7 | $ 13,450.50 |
| Rogerson, Christine H. | 1998 | $ 440.00 | 7.2 | $ 3,168.00 |
| Smith, Douglas B. | 2006 | $ 295.00 | 10.5 | $ 3,097.50 |
| Stark, Bryan A. | 2007 | $ 295.00 | 11.9 | $ 3,510.50 |
| Swicegood, Martha J. | 2001 | $ 390.00 | 0.4 | $ 156.00 |
| Tyler, Robert M. | 1994 | $ 500.00 | 0.6 | $ 300.00 |
| Vance, Robin Cooke | 1999 | $ 405.00 | 0.3 | $ 121.50 |
| **ATTORNEY TOTALS:** | | | **1429.5** | **$ 630,695.00** |

## Paraprofessionals and Contract Attorneys

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| Broughton, Robin M. | | $ 310.00 | 2 | $ 620.00 |
| Cain, Karen B. | | $ 195.00 | 204.4 | $ 39,858.00 |

| | | | | |
|---|---|---|---|---|
| Gokey, Kymberleigh B. | $ | 160.00 | 10.2 $ | 1,632.00 |
| Hannan, Dorothy J. | $ | 245.00 | 5.3 $ | 1,298.50 |
| Morrison de Lopez, Diane E. | $ | 195.00 | 1.9 $ | 370.50 |
| Neilson, Linda J. | $ | 185.00 | 71.9 $ | 13,301.50 |
| Oberc, Alan M. | $ | 75.00 | 0 $ | 525.00 |
| Smith, Frances C. | $ | 215.00 | 85.4 $ | 18,361.00 |
| **PARAPROFESSIONAL TOTALS:** | | | **381.10** | **$ 75,966.50** |
| | | | | |
| **TOTALS:** | | | **1810.60** | **$ 706,661.50** |

**BLENDED HOURLY RATE:**