# **Exhibit C**

Summary of Monthly Fee Statements

| Period Covered | Total Fees Incurred | Total Fees Requested Pursuant to Interim Compensation Order | Fees Paid | Holdback | Total Expeneses Incurred | Total Expenese Requested Pursuant to Interim Compensation Order | Expenses Paid | Holdback |
|---|---|---|---|---|---|---|---|---|
| February 1, 2009 to February 28, 2009 * | $ 226,798.50 | $ 192,778.30 | $ 192,778.30 | $ 34,019.70 | $ 8,223.85 | $ 8,223.85 | $ 8,223.85 | $ - |
| March 1, 2009 to March 31, 2009 | $ 264,626.00 | $ 224,932.10 | $ 224,932.10 | $ 39,693.90 | $ 7,014.25 | $ 7,014.25 | $ 7,014.25 | $ - |
| April 1, 2009 to April 30, 2009 | $ 215,237.00 | $ 182,951.45 | $ - | $ - | $ 8,056.56 | $ 8,056.56 | $ - | $ - |

* 7.0 hours for Alan Oberc dated 12/15/08 was included on this invoice

9422166.1