# **Exhibit D**

**Summary of Expenses**

| **Disbursement** | **Amount** |
|---|---|
| Copy Charges | $ 1,765.60 |
| Overnight Express | $ 752.81 |
| Computer Research | $ 376.34 |
| Telephone and Teleconference Charges | $ 1,435.14 |
| Working Meals | $ 1,354.80 |
| Travel and Transportation | $ 12,203.03 |
| Court Costs | $ 81.00 |
| Court Reporter and Transcript Fees | $ 1,797.00 |
| Professional Services | $ 3,528.94 |
| | $ 23,294.66 |