# <u>Exhibit E1</u>

# McGuireWoods

**Dion W. Hayes**
**804.775.1144**

**One James Center**
**901 East Cary Street**
**Richmond, VA 23219-4030**

March 16, 2009

REMITTANCE COPY
PLEASE RETURN WITH PAYMENT
DIRECT ACCOUNTING INQUIRIES TO  (804) 775-1601 or (800) 775-2202

INVOICE NO. 91120771

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

TAX ID NO.  54-0505857

JOINT GROUP #2055557

Balance Forward from Prior Invoices:                    $135,928.99
  *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
    Current Fees:                    $226,798.50
    Current Disbursements:            $8,223.85
    **Current Invoice Total:**                    $235,022.35

Total Balance Due:                            $370,951.34


            PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

                McGuireWoods LLP
                Attn: Accounts Receivable
                901 E. Cary Street
                Richmond, VA 23219-4030


            **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Dion W. Hayes**
**804.775.1144**

One James Center
901 East Cary Street
Richmond, VA 23219-4030

March 16, 2009

```
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233
```

Bill Through: 02/28/09

INVOICE NO.  91120771                           TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

```
Re: General Case Administration
    Our File No.   2055557-0010
    Circuit City ContactR. Hedgebeth
    McGuireWoods ContactD. Hayes
```

```
02/02/09 Review new pleading filed by admin claimants
         and vendors and landlords for hearing on 2/13
         dockets (1.9); begin review and revision of
         pleadings for filing for hearing on 2/13 docket
         (.9)
         Douglas M. Foley   2.80 hours at  550.00 per hour.      $1,540.00

02/02/09 Finalize and file multiple affidavits of
         service and e-mails regarding same (.9);
         analyze agenda and e-mails regarding next
         omnibus hearing (.7); multiple calls from
         various parties (1.4); analyze correspondence
         (.6)
         Sarah B. Boehm   3.60 hours at  450.00 per hour.        $1,620.00

02/02/09 Monitor calls from hot line and revise log for
         hot line calls (1.1); return hot line calls
         (.9)
         Frances C. Smith   2.10 hours at  215.00 per hour.        $451.50
```

Circuit City Stores Inc
File Number: 2055557                                    Page    2
Invoice No. 91120771                                   March 16, 2009

02/02/09  Telephone calls to multiple creditors regarding
          filings (2.1); research bankruptcy court docket
          (.3); analysis of filings for deadlines (.6);
          e-mail to professionals regarding deadlines
          (.3); prepare insurance policy binders (1.1);
          work on hearing binders (2.2)
          Karen B. Cain   6.60 hours at  195.00 per hour.        $1,287.00

02/03/09  Review and finalize new pleadings for filing
          2/13 omni docket and e-mails with debtors
          professionals and client regarding same
          Douglas M. Foley   1.70 hours at  550.00 per hour.      $935.00

02/03/09  Draft, revise, finalize and file multiple
          pleadings for upcoming omnibus hearing and
          multiple calls and e-mails regarding same
          (2.9); research issues regarding management
          incentive plan and multiple calls and e-mails
          regarding same (1.2); analyze and revise case
          calendar (.3); multiple calls to various
          parties and update call log (.8); multiple
          e-mails with KCC regarding service matters (.3)
          Sarah B. Boehm   5.50 hours at  450.00 per hour.      $2,475.00

02/03/09  Multiple telephone calls and e-mails with
          creditors and parties in interest regarding
          bankruptcy case and related issues and review
          pleadings and other documentation regarding
          same (1.8); review and analyze sale motion and
          e-mails and telephone conferences with debtors'
          professionals regarding same (.5); draft,
          revise and file procedural motions regarding
          sale of aircraft and file same (.8)
          Daniel F. Blanks   3.10 hours at  375.00 per hour.    $1,162.50

02/03/09  Monitor calls from hot line and revise log for
          hot line calls (.4); return hot line calls
          (1.8)
          Frances C. Smith   2.20 hours at  215.00 per hour.      $473.00

02/03/09  Review docket for motions set for hearing on
          2/13/09 and prepare documents for hearing
          Linda J. Neilson   1.10 hours at  185.00 per hour.      $203.50

02/03/09  Research filings (.7); analysis of documents
          for deadlines (.6); work on case calendar (.4)
          Karen B. Cain   1.70 hours at  195.00 per hour.         $331.50

Circuit City Stores Inc
File Number: 2055557                                    Page   3
Invoice No. 91120771                                   March 16, 2009


02/04/09 Telephone conference and e-mails with court and
         debtors professionals regarding possible
         hearing dates for lease procedures and DIP
         amendments (.4); review new pleadings filed by
         creditors (.8); analyze issues relating to
         consumer privacy ombudsman (.3)
         Douglas M. Foley   1.50 hours at  550.00 per hour.        $825.00

02/04/09 Multiple calls and e-mails regarding additional
         omnibus hearing dates and telephonic
         participation (.3); multiple calls from various
         parties (.5)
         Sarah B. Boehm    .80 hours at  450.00 per hour.          $360.00

02/04/09 Multiple telephone conferences and e-mails with
         creditors and parties in interest regarding
         bankruptcy case and related issues and review
         and analyze bankruptcy case, documents,
         pleadings, notices and other items regarding
         same (2.6); research issues regarding
         exclusivity motion and e-mails with debtors'
         professionals regarding same (.8)
         Daniel F. Blanks   3.40 hours at  375.00 per hour.      $1,275.00

02/04/09 Monitor calls from hot line and revise log for
         hot line calls (1.1); return hot line calls
         (3.9)
         Frances C. Smith   5.20 hours at  215.00 per hour.      $1,118.00

02/04/09 Research bankruptcy court docket (.4); analysis
         of filings for deadlines (.9); work on case
         calendar for deadlines (.7); e-mail to
         professionals regarding new dates (.2)
         Karen B. Cain   2.20 hours at  195.00 per hour.           $429.00

02/05/09 E-mails regarding consumer privacy protection
         ombudsman and analyze issues regarding same
         Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

02/05/09 Analyze issues and e-mails regarding management
         incentive plan (.4); multiple calls to and from
         various parties (1.3); analyze and distribute
         correspondence (.6)
         Sarah B. Boehm   2.30 hours at  450.00 per hour.        $1,035.00

02/05/09 Multiple telephone conferences and e-mails with
         creditors and parties in interest regarding
         bankruptcy cases and related issues and analyze
         issues and documents regarding same
         Daniel F. Blanks   1.90 hours at  375.00 per hour.        $712.50

Circuit City Stores Inc
File Number: 2055557                                    Page    4
Invoice No. 91120771                                   March 16, 2009

02/05/09  Monitor calls from hot line and revise log for
          hot line calls (.7); return hot line calls
          (2.7)
          Frances C. Smith   3.40 hours at  215.00 per hour.        $731.00

02/05/09  Review docket and retrieve pleadings for
          2/13/09 hearing (.9); correspondence regarding
          hearing agenda (.2)
          Linda J. Neilson   1.10 hours at  185.00 per hour.        $203.50

02/05/09  Analysis of multiple appeal dockets and filings
          (.7); e-mail to and from appeal monitor (.6);
          work on hearing binders (1.9)
          Karen B. Cain   3.20 hours at  195.00 per hour.           $624.00

02/06/09  Draft, analyze, revise, finalize and file
          management incentive motion, motion to file
          under seal, motion to shorten notice and
          related notices and multiple calls and e-mails
          regarding same (1.5); analyze and revise
          omnibus hearing agenda and e-mails regarding
          same (.2); e-mails regarding removal bridge
          order (.2); finalize and file affidavit of
          service and e-mails regarding same (.3)
          Sarah B. Boehm   2.20 hours at  450.00 per hour.          $990.00

02/06/09  Multiple telephone conferences and e-mails with
          parties in interest and creditors regarding
          case and related issues and review and analyze
          issues and documents regarding same
          Daniel F. Blanks    .80 hours at  375.00 per hour.        $300.00

02/06/09  Monitor calls from hot line and revise log for
          hot line calls (.6); return hot line calls
          (2.2)
          Frances C. Smith   2.80 hours at  215.00 per hour.        $602.00

02/06/09  Prepare documents for 2/13/2009 hearing (1.8);
          correspondence regarding agenda for 2/13/2009
          hearing (.5)
          Linda J. Neilson   2.30 hours at  185.00 per hour.        $425.50

02/06/09  Research multiple appeals by landlords (.9);
          research multiple 2002 notices (.9); work on
          case calendar for deadlines (1.1)
          Karen B. Cain   2.90 hours at  195.00 per hour.           $565.50

02/07/09  Analysis of multiple filings (.6); prepare
          correspondence to claims agent for proofs of
          claim recordation and filing (.5)
          Karen B. Cain   1.20 hours at  195.00 per hour.           $234.00

Circuit City Stores Inc
File Number: 2055557                                                        Page    5
Invoice No. 91120771                                          March 16, 2009

02/09/09  Review agenda and pleadings for hearings on
          2/13 and e-mails and telephone conference with
          debtors professionals and creditors counsel
          regarding same
          Douglas M. Foley    1.90 hours at   550.00 per hour.      $1,045.00

02/09/09  Analyze and distribute correspondence (.6);
          multiple phone calls to and from various
          parties (1.2); multiple calls and e-mails
          regarding bridge order and documents to be
          placed under seal and review correspondence
          regarding same (.8)
          Sarah B. Boehm    2.40 hours at   450.00 per hour.        $1,080.00

02/09/09  Multiple telephone calls and e-mails with
          creditors and parties in interest regarding
          bankruptcy case and related issues and review
          documents, pleadings, e-mails and other
          material regarding same
          Daniel F. Blanks    3.60 hours at   375.00 per hour.      $1,350.00

02/09/09  Monitor calls from hot line and revise log for
          hot line calls
          Frances C. Smith    .90 hours at   215.00 per hour.         $193.50

02/09/09  Prepare documents for hearing on 2/13/09
          Linda J. Neilson    .70 hours at   185.00 per hour.         $129.50

02/10/09  Analyze pleadings, revise agenda and e-mails
          regarding same (.4); multiple calls to and from
          various parties (1.1); analyze correspondence
          (.4)
          Sarah B. Boehm    1.90 hours at   450.00 per hour.          $855.00

02/10/09  Multiple telephone conferences and e-mails with
          parties in interest and creditors regarding
          bankruptcy cases and related issues and review
          and analyze multiple issues and documents
          regarding same
          Daniel F. Blanks    3.40 hours at   375.00 per hour.      $1,275.00

02/10/09  Monitor calls from hot line and revise log for
          hot line calls
          Frances C. Smith    1.40 hours at   215.00 per hour.        $301.00

02/10/09  Check docket for filed objections (.6); revise
          agenda for filing (.8); prepare documents for
          hearing (.7)
          Linda J. Neilson    2.10 hours at   185.00 per hour.        $388.50

Circuit City Stores Inc
File Number: 2055557                           Page   6
Invoice No. 91120771                           March 16, 2009

02/10/09  Contact court reporters for immediate
          transcript (.2); forward transcript to
          professionals (.1); research bankruptcy court
          docket (.9); analysis of filings for case
          calendar entries (1.1); update case calendar
          (.8)
          Karen B. Cain   3.10 hours at  195.00 per hour.        $604.50

02/11/09  Review pleadings and begin preparation for
          hearings on 2/13 (2.9); several telephone
          conferences and e-mails with counterparties and
          debtors professionals regarding same (1.3)
          Douglas M. Foley   4.20 hours at  550.00 per hour.   $2,310.00

02/11/09  Analyze pleadings, revise, finalize and file
          agenda (1.7); analyze, revise, finalize, file
          and handle issues regarding service for
          multiple pleadings (1.8); analyze cases and
          issues regarding appeal and e-mails regarding
          same (.4); multiple calls to and from various
          parties (1.1); analyze correspondence (.4)
          Sarah B. Boehm   5.40 hours at  450.00 per hour.    $2,430.00

02/11/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy case and related issues and review
          and analyze documents, pleadings, notices, and
          other items regarding same (1.8); review,
          analyze, revise and file notice of agenda for
          February 13, 2009 (.5)
          Daniel F. Blanks   2.30 hours at  375.00 per hour.    $862.50

02/11/09  Monitor calls from hot line and revise log of
          hot line calls (.6); return hot line calls
          (1.3)
          Frances C. Smith   1.90 hours at  215.00 per hour.    $408.50

02/11/09  Review docket and revise hearing agenda for
          filing (1.6); correspondence regarding same
          (.3)
          Linda J. Neilson   1.90 hours at  185.00 per hour.    $351.50

02/12/09  Review and finalized updated agenda for 2/13
          hearings and continue to prepare for same
          Douglas M. Foley   1.70 hours at  550.00 per hour.    $935.00

02/12/09  Multiple telephone conferences and e-mails with
          parties and creditors regarding February 13,
          2009 omnibus hearing and related issues and
          queries regarding bankruptcy case and
          preparation for February 13, 2009 omnibus

Circuit City Stores Inc
File Number: 2055557                                    Page   7
Invoice No. 91120771                                    March 16, 2009

hearing and analyze issues regarding same
(4.8); prepare for and participate in
telephonic auction regarding sale of aircraft
and related issues (1.5); draft, revise and
file agenda for February 13, 2009 omnibus
hearing (.9)
Daniel F. Blanks   7.20 hours at  375.00 per hour.      $2,700.00

02/12/09 Prepare documents for hearing (4.7);
correspondence regarding same (1.1); revise
2/13/09 hearing agenda (2.2)
Linda J. Neilson   8.00 hours at  185.00 per hour.      $1,480.00

02/12/09 Research bankruptcy court docket for multiple
omnibus hearing objections (4.9); work on
amended agenda (.9); prepare agenda for
February 17th omnibus hearing (2.7)
Karen B. Cain   8.50 hours at  195.00 per hour.         $1,657.50

02/13/09 Prepare for and attend omni hearing on 2/13
(5.7); e-mails regarding finalization and
follow-up on orders for submission relating to
assets sales and lease issues from 2/13 hearing
(.6)
Douglas M. Foley   6.30 hours at  550.00 per hour.      $3,465.00

02/13/09 Prepare for and attend omnibus hearing (3.3);
analyze issues and strategy regarding upcoming
hearing (.5); draft, revise, finalize and file
pleadings (1.2)
Sarah B. Boehm   5.00 hours at  450.00 per hour.        $2,250.00

02/13/09 Multiple telephone conferences and e-mails with
creditor and parties in interest regarding
bankruptcy case and related issues and review
and analyze documents, pleadings and other
items regarding same
Daniel F. Blanks   2.80 hours at  375.00 per hour.      $1,050.00

02/13/09 Prepare for and participate in February 13,
2009 omnibus hearing and review and analyze
pleadings, documents and other material
regarding same and update agenda, orders and
notices regarding same (3.2); review
destruction motion and revise same and draft
expedited motion regarding same (.9)
Daniel F. Blanks   4.10 hours at  375.00 per hour.      $1,537.50

Circuit City Stores Inc
File Number: 2055557                                    Page    8
Invoice No. 91120771                                    March 16, 2009

02/13/09    Prepare documents for hearing (2.5); attend
            hearing (3.75); prepare hearing agenda for
            2/17/09 (.75)
            Linda J. Neilson    7.00 hours at  185.00 per hour.        $1,295.00

02/13/09    Prepare revisions to omnibus hearing agenda
            (1.1); prepare hearing binders for
            professionals (1.2); prepare exhibits for
            auctioned items (1.9); work on agenda for
            February 17th hearing (1.4)
            Karen B. Cain    5.60 hours at  195.00 per hour.           $1,092.00

02/15/09    Review and respond to numerous e-mails from
            various parties
            Sarah B. Boehm    .60 hours at  450.00 per hour.             $270.00

02/15/09    Multiple e-mails and telephone conferences with
            creditors regarding bankruptcy case and related
            issues and review and analyze documents,
            pleadings and correspondence regarding same
            Daniel F. Blanks    2.50 hours at  375.00 per hour.         $937.50

02/16/09    Review third party subpoena from AUSA regarding
            criminal investigation and e-mails with client
            regarding same (.4); e-mails and review final
            versions of amended aircraft sale orders (.3);
            e-mails regarding timing of filing and
            submission of document destruction motion and
            order and review same (.5); review and revise
            response to PHH motion regarding lease
            equipment (.4)
            Douglas M. Foley    1.60 hours at  550.00 per hour.         $880.00

02/16/09    Analyze, revise, finalize and submit multiple
            orders and e-mails with counsel and clerk's
            office regarding same (1.7); finalize and file
            affidavit of service for KCC and e-mails
            regarding same (.2); analyze pleadings, revise
            agenda and multiple calls and e-mails regarding
            same (.9); e-mails regarding resolution of
            Henrico County taxes and sale of aircraft (.3);
            analyze pleadings and prepare for omnibus
            hearing (1.2); revise, finalize and file
            multiple pleadings and e-mails regarding same
            (.8); multiple calls to and from various
            parties (.9)
            Sarah B. Boehm    6.00 hours at  450.00 per hour.         $2,700.00

Circuit City Stores Inc
File Number: 2055557                                       Page    9
Invoice No. 91120771                                    March 16, 2009

02/16/09  Multiple telephone calls and e-mails with
          creditors and parties in interest regarding
          bankruptcy case and other related issues
          Daniel F. Blanks    3.80 hours at  375.00 per hour.        $1,425.00

02/16/09  Research bankruptcy court docket (1.2);
          analysis of filings for inclusion in February
          17, 2009 omnibus hearing (.7); work on amended
          agenda for omnibus hearing (2.6); prepare
          hearing binders for professionals (.9)
          Karen B. Cain    5.40 hours at  195.00 per hour.           $1,053.00

02/17/09  Prepare for and attend omni hearings for 2/17
          docket
          Douglas M. Foley    2.80 hours at  550.00 per hour.        $1,540.00

02/17/09  Prepare for and participate in omnibus hearing
          (3.3); revise and submit various orders (.7);
          analyze docket and e-mails regarding agenda
          (.3); conference with R. Van Arsdale regarding
          incentive plan (.5)
          Sarah B. Boehm    4.80 hours at  450.00 per hour.          $2,160.00

02/17/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy case and related issues and review
          documents, pleadings and other items regarding
          same
          Daniel F. Blanks    2.20 hours at  375.00 per hour.         $825.00

02/17/09  Review and revise amended hearing agenda (.4);
          correspondence regarding and regarding 2/25/09
          hearing (.2)
          Linda J. Neilson    .60 hours at  185.00 per hour.          $111.00

02/17/09  Prepare exhibits for omnibus hearing (2.1);
          coordinate reporter services for auction (.7);
          prepare revisions to amended agenda (1.2); work
          on professionals' hearing binders (.8); e-mail
          to and from professionals regarding same (.3);
          work on case calendar (.7); return telephone
          calls from creditor hot line (1.6)
          Karen B. Cain    7.40 hours at  195.00 per hour.           $1,443.00

Circuit City Stores Inc
File Number: 2055557                          Page  10
Invoice No. 91120771                          March 16, 2009

02/18/09  Revise, finalize and submit various orders and
          calls with clerk's office regarding same (1.3);
          e-mails regarding service of entered orders
          (.3); telephone call from and to R. Van Arsdale
          regarding incentive plan information (.3);
          multiple calls and e-mails with various parties
          (.8)
          Sarah B. Boehm   2.70 hours at  450.00 per hour.        $1,215.00

02/18/09  Multiple telephone calls and e-mails with
          creditors and parties in interest regarding
          bankruptcy case and possible purchases of
          assets and related issues and review documents,
          pleadings and other information regarding same
          Daniel F. Blanks   3.90 hours at 375.00 per hour.       $1,462.50

02/18/09  Monitor calls from hot line and revise log of
          hot line calls
          Frances C. Smith   2.20 hours at  215.00 per hour.        $473.00

02/18/09  Analysis of additional appeal designations
          (1.9); research bankruptcy court docket for
          designated items on appeal (2.8); prepare court
          appeal binders (.7); prepare transmittal letter
          for appeal binders to court (.2)
          Karen B. Cain   5.60 hours at  195.00 per hour.         $1,092.00

02/19/09  Begin review of agenda for 2/25 and preparation
          for various matters regarding same
          Douglas M. Foley   .60 hours at  550.00 per hour.         $330.00

02/19/09  Review entered orders and multiple e-mails
          regarding service of same (.4); draft and file
          notice of additional omnibus hearing dates and
          multiple calls and e-mails regarding same (.5);
          analyze pleadings and multiple e-mails
          regarding agenda (.5); draft, revise, finalize
          and file pleadings and e-mails regarding
          service (1.3); telephone conference with R. Van
          Arsdale regarding incentive plan and e-mails
          with professionals regarding same (.6);
          multiple calls and e-mails with various parties
          (1.1); revise, finalize and submit various
          orders and multiple calls and e-mails regarding
          same (1.6); analyze correspondence (.5)
          Sarah B. Boehm   6.50 hours at  450.00 per hour.        $2,925.00

Circuit City Stores Inc
File Number: 2055557                                  Page  11
Invoice No. 91120771                                 March 16, 2009

02/19/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy case and related issues and review
          and analyze documents and pleadings regarding
          same
          Daniel F. Blanks   3.50 hours at  375.00 per hour.        $1,312.50

02/19/09  Monitor calls from hot line and revise log for
          hot line calls
          Frances C. Smith   .60 hours at  215.00 per hour.          $129.00

02/20/09  Multiple calls and e-mails from various parties
          (1.4); draft revise, finalize and file
          pleadings and multiple calls and e-mails
          regarding same (1.5); analyze issues and
          strategy regarding PlumChoice and multiple
          e-mails regarding same (.3); analyze and
          distribute correspondence (.8)
          Sarah B. Boehm   4.00 hours at  450.00 per hour.         $1,800.00

02/20/09  Multiple telephone conferences and e-mails with
          parties and creditors regarding bankruptcy case
          and other related issues and review cases,
          pleadings, notices, and correspondence
          regarding same
          Daniel F. Blanks   2.40 hours at  375.00 per hour.         $900.00

02/23/09  Revise, finalize and file agenda and multiple
          calls and e-mails regarding status of multiple
          matters (1.3); multiple calls and e-mails
          regarding incentive plan (.4); analyze
          documents regarding incentive plan and e-mail
          to R. Van Arsdale regarding same (.4); e-mails
          regarding ordinary course professionals (.2);
          e-mails regarding Assurant meeting and related
          matters (.4); finalize and file affidavits of
          service and e-mails regarding same (.4);
          e-mails regarding additional omnibus hearing
          dates and KCC website (.3); multiple calls to
          and from various parties (1.1); analyze
          correspondence (.8); e-mails regarding orders
          (.3)
          Sarah B. Boehm   5.60 hours at  450.00 per hour.         $2,520.00

02/23/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy case and related issues and review
          and analyze documents, pleadings and materials
          regarding same
          Daniel F. Blanks   .80 hours at  375.00 per hour.         $300.00

Circuit City Stores Inc
File Number: 2055557                          Page  12
Invoice No. 91120771                          March 16, 2009

02/23/09  Review docket and revise 2/25/09 hearing agenda
          for filing
          Linda J. Neilson   2.50 hours at  185.00 per hour.        $462.50

02/23/09  Assist with preparations for omnibus hearing
          (2.1); work on professionals' omnibus hearing
          binders (1.3); research and track multiple
          appeals (1.7); work on case calendar (1.1)
          Karen B. Cain   6.20 hours at  195.00 per hour.         $1,209.00

02/24/09  Multiple calls and e-mails to and from various
          parties (.8); revise and prepare orders for
          omnibus hearing (.7); analyze documents and
          prepare for omnibus hearing and multiple calls
          and e-mails regarding status of multiple
          matters (1.2); analyze issues and e-mails
          regarding Assurant (.4); submit order and
          telephone conference with clerk's office
          regarding same (.3)
          Sarah B. Boehm   3.40 hours at  450.00 per hour.        $1,530.00

02/24/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy case and related issues and review
          and analyze documents, pleadings and materials
          regarding same
          Daniel F. Blanks   3.60 hours at  375.00 per hour.      $1,350.00

02/24/09  Monitor calls form hot line and revise log of
          hot line calls
          Frances C. Smith   3.30 hours at  215.00 per hour.        $709.50

02/24/09  Revise amended hearing agenda for 2/25/09 (.8);
          correspondence regarding same (.5)
          Linda J. Neilson   1.30 hours at  185.00 per hour.        $240.50

02/24/09  Work on amended omnibus hearing agenda for
          2/25/2009 hearing (2.7); prepare exhibits for
          omnibus hearing (1.1); work on creditor
          telephone log of calls (2.1).
          Karen B. Cain   5.90 hours at  195.00 per hour.         $1,150.50

02/25/09  Prepare for and participate in omni hearing and
          conference calls and telephone conferences with
          opposing parties to resolve various matters
          (4.9); conference with client and debtors
          professionals regarding process for defective
          inventory and merchandise and telephone
          conferences with committee professionals
          regarding same (.8)
          Douglas M. Foley   5.70 hours at  550.00 per hour.      $3,135.00

Circuit City Stores Inc
File Number: 2055557                                    Page  13
Invoice No. 91120771                                   March 16, 2009

02/25/09   Prepare for and attend omnibus hearing (2.4);
           multiple calls and e-mails from various parties
           (1.2); e-mails with ordinary course
           professional regarding payment procedures (.2);
           finalize and file affidavit of service (.2)
           Sarah B. Boehm   4.00 hours at  450.00 per hour.          $1,800.00

02/25/09   Revise and file amended agenda for February 25,
           2009 omnibus hearing (.7); multiple telephone
           conferences and e-mails with creditors and
           parties in interest regarding bankruptcy case
           and related issues and review and analyze
           documents, pleadings and materials regarding
           same (2.1)
           Daniel F. Blanks   2.80 hours at  375.00 per hour.        $1,050.00

02/25/09   Monitor calls from hot line and revise log of
           hot line calls
           Frances C. Smith   1.10 hours at  215.00 per hour.          $236.50

02/25/09   Assist with preparation for 2/25/2009 omnibus
           hearing (1.6); work on hearing exhibits (.9);
           update professional's hearing binders (1.9);
           assist with auction setup and coordination (.8)
           Karen B. Cain   5.20 hours at  195.00 per hour.           $1,014.00

02/26/09   Multiple calls to and from various parties
           (.6); analyze and revise agenda and e-mails
           regarding status of various matters (.4);
           e-mails regarding orders (.2)
           Sarah B. Boehm   1.20 hours at  450.00 per hour.            $540.00

02/26/09   Multiple telephone conferences and e-mails with
           creditors and parties in interest regarding
           bankruptcy case and related issues and review
           and analyze documents, pleadings and materials
           regarding same (1.5); multiple e-mails and
           telephone conferences with in-house counsel and
           ordinary course professionals regarding
           document retention, litigation holds and other
           issues (.9)
           Daniel F. Blanks   2.40 hours at  375.00 per hour.         $900.00

02/26/09   Monitor calls from hot line and revise log for
           hot line calls
           Frances C. Smith    .40 hours at  215.00 per hour.          $86.00

02/26/09   Correspondence regarding 3/3/09 hearing agenda
           (.4); review docket and hearing agenda (.6)
           Linda J. Neilson   1.00 hours at  185.00 per hour.         $185.00

Circuit City Stores Inc
File Number: 2055557                                    Page  14
Invoice No. 91120771                                    March 16, 2009

02/26/09  Research bankruptcy court docket (.7); analysis
          of filings for deadlines (1.1); work on case
          calendar (.6)
          Karen B. Cain   2.40 hours at  195.00 per hour.          $468.00

02/27/09  Revise, finalize and file multiple pleadings
          and e-mails regarding same (1.3); revise third
          omni rejection order and multiple e-mails
          regarding same (.3); multiple calls to and from
          various parties (1.4); analyze documents,
          revise, finalize and file agenda and multiple
          calls and e-mails regarding same (1.2); analyze
          and distribute correspondence (.6)
          Sarah B. Boehm   4.80 hours at  450.00 per hour.       $2,160.00

02/27/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy case and related issues and review
          and analyze documents, pleadings and materials
          regarding same
          Daniel F. Blanks   3.10 hours at  375.00 per hour.     $1,162.50

02/27/09  Review docket and revise 3/3/09 hearing agenda
          for filing (2.1); prepare documents for 3/3/09
          hearing (1.3)
          Linda J. Neilson   3.40 hours at  185.00 per hour.       $629.00

02/27/09  Work on and coordinate agenda issues with L.
          Neilson (1.9); e-mail to and from Skadden
          regarding agenda (.6); correspondence to
          bankruptcy clerk regarding designation of
          additional items on appeal matter (.4); work on
          case calendar (.9)
          Karen B. Cain   3.80 hours at  195.00 per hour.          $741.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 31.2 | $17,160.00 |
| Sarah B. Boehm | $450.00 | 72.7 | $32,715.00 |
| Daniel F. Blanks | $375.00 | 63.6 | $23,850.00 |
| Frances C. Smith | $215.00 | 27.5 | $5,912.50 |
| Karen B. Cain | $195.00 | 76.9 | $14,995.50 |
| Linda J. Neilson | $185.00 | 33.0 | $6,105.00 |
| TOTAL FEES | | 304.9 | $100,738.00 |

Re: Restructuring and General Strategy
    Our File No.   2055557-0020
    Circuit City ContactR. Hedgebeth
    McGuireWoods ContactD. Hayes

Circuit City Stores Inc
File Number: 2055557                          Page  15
Invoice No. 91120771                          March 16, 2009

02/02/09  Meetings with client regarding 503(b)(9) claim
          litigation strategy and possible claims against
          liquidators relating to agency agreement
          Douglas M. Foley   2.30 hours at  550.00 per hour.      $1,265.00

02/02/09  Analyze multiple pleadings to be filed for next
          omnibus hearing and research issues regarding
          same (1.3); draft motion to shorten notice
          regarding same (.6); telephone call to law
          clerk and draft bridge order regarding removal
          motion (.5); telephone call from counsel and
          e-mails regarding agency agreement and
          liquidation sale (.3)
          Sarah B. Boehm   2.70 hours at  450.00 per hour.        $1,215.00

02/03/09  Meetings with client and debtors professionals
          regarding issues relating to agency agreement
          and issues with liquidators and strategy
          regarding same
          Douglas M. Foley   1.80 hours at  550.00 per hour.       $990.00

02/03/09  Review and analyze incentive and retention plan
          motion and research issues regarding local
          precedent and related issues (.9); execute
          stipulation regarding store closing issues and
          e-mails with co-counsel regarding same (.3)
          Daniel F. Blanks   1.20 hours at  375.00 per hour.       $450.00

02/04/09  Research and analyze issues regarding privacy
          ombudsman and telephone call to R. Van Arsdale
          regarding same (.8); e-mails regarding aircraft
          sale order (.2)
          Sarah B. Boehm   1.00 hours at  450.00 per hour.         $450.00

02/04/09  Multiple telephone conferences and e-mails with
          in-house parties and debtors' professionals
          regarding business licenses renewals and
          related issues
          Daniel F. Blanks   1.20 hours at  375.00 per hour.       $450.00

02/06/09  E-mails and analysis and review drafts of
          motions relating to MIP, FF&E sale procedures
          and issues relating to aircraft sale order
          Douglas M. Foley   2.80 hours at  550.00 per hour.      $1,540.00

Circuit City Stores Inc
File Number: 2055557                                    Page  16
Invoice No. 91120771                                    March 16, 2009

02/06/09  Draft, analyze, revise, finalize and file FF&E
          sale motion, motion to shorten notice and
          notice of hearing and multiple calls and
          e-mails regarding same (1.2); telephone call to
          court regarding hearing date (.2); analyze
          issues and e-mails regarding aircraft sale (.2)
          Sarah B. Boehm   1.60 hours at  450.00 per hour.          $720.00

02/06/09  Review, analyze, revise and file incentive plan
          motion and multiple telephone conferences and
          e-mails with co-counsel regarding same and
          draft, revise and file motion to limit notice
          and motion to seal relating to same and
          research issues regarding same and draft
          notices regarding same (2.7); review, analyze
          and revise motion to sell certain furniture,
          fixtures and equipment and multiple telephone
          conferences and e-mails with co-counsel
          regarding same and draft, revise and file
          related motions and notices regarding same
          (1.8)
          Daniel F. Blanks   4.50 hours at  375.00 per hour.      $1,687.50

02/09/09  Correspondence with chambers and United States
          Trustee regarding debtors' to wind-down and
          incentive plan
          Daniel F. Blanks   1.10 hours at  375.00 per hour.        $412.50

02/11/09  Analyze issues and strategy regarding lease
          procedures and multiple e-mails regarding same
          Sarah B. Boehm    .40 hours at  450.00 per hour.          $180.00

02/12/09  Finalize and circulate motion regarding
          document destruction policy and laptop computer
          disposition (.9); telephone conferences with
          chambers, United States Trustee, and client
          regarding same (.4); e-mails with UCC counsel
          and Bank counsel regarding same (.3)
          Douglas M. Foley   1.60 hours at  550.00 per hour.        $880.00

02/13/09  Conference with debtors professionals regarding
          hearings for 2/17 and 2/18 and begin
          preparation for same (1.3); e-mails regarding
          exclusivity issues and strategy going forward
          with respect to plan issues and claim issues
          (.9)
          Douglas M. Foley   2.20 hours at  550.00 per hour.      $1,210.00

Circuit City Stores Inc
File Number: 2055557                          Page  17
Invoice No. 91120771                          March 16, 2009

02/16/09  Analyze issues and review exclusivity extension
          motion and e-mails with debtors professionals
          regarding strategy
          Douglas M. Foley   1.40 hours at  550.00 per hour.        $770.00

02/16/09  E-mails regarding FF&E auction and related
          matters
          Sarah B. Boehm     .30 hours at  450.00 per hour.         $135.00

02/17/09  Participate in auction regarding FF&E and
          analyze issues regarding same
          Douglas M. Foley   1.90 hours at  550.00 per hour.      $1,045.00

02/17/09  Prepare for and participate in FF&E auction and
          multiple calls and e-mails regarding same
          Sarah B. Boehm    5.20 hours at  450.00 per hour.       $2,340.00

02/17/09  Review insurance policies and e-mails with
          debtors' professionals regarding insurance
          coverage issues and e-mails and telephone
          conferences regarding FF&E motion (1.1); revise
          amended aircraft order, multiple telephone
          conferences and e-mails with debtors'
          professionals and chambers regarding same
          (1.2); draft, revise and circulate PII
          destruction motion (.9)
          Daniel F. Blanks   4.20 hours at  375.00 per hour.      $1,575.00

02/18/09  Prepare for and attend hearing on FF&E motion
          and resolved objections to same and issues
          relating to form of order and clarification of
          profer (2.3); review motion to extend
          exclusivity and e-mails with debtors
          professionals and committee professionals
          regarding same (.7); e-mails with submission of
          PII document destruction policy and protocol
          (.4)
          Douglas M. Foley   3.40 hours at  550.00 per hour.      $1,870.00

02/18/09  Prepare for and attend hearing regarding FF&E
          (2.4); revise, finalize and submit order
          regarding FF&E and multiple calls and e-mails
          with counsel regarding same (.8)
          Sarah B. Boehm    3.20 hours at  450.00 per hour.       $1,440.00

Circuit City Stores Inc
File Number: 2055557                                    Page  18
Invoice No. 91120771                                   March 16, 2009

02/18/09 Continue drafting and revising motion to
         destruct certain personal identifiable
         information and e-mails with committee and
         debtors' professionals regarding same (1.1);
         e-mails and telephone conferences with chambers
         regarding aircraft order and related issues
         (.6)
         Daniel F. Blanks   1.70 hours at  375.00 per hour.        $637.50

02/21/09 E-mails with debtors' professionals regarding
         Chase matter and business record destruction
         motion and e-mails to counsel for committee
         regarding same
         Daniel F. Blanks    .50 hours at  375.00 per hour.        $187.50

02/23/09 Telephone conferences and e-mails with
         co-counsel for committee regarding business
         record destruction motion and related issues
         (.8); telephone conferences and e-mails with
         in-house counsel regarding pending suits and
         substitution of counsel and related issues and
         analyze strategies regarding same (1.6)
         Daniel F. Blanks   2.40 hours at  375.00 per hour.        $900.00

02/24/09 Telephone conference and e-mails with counsel
         for committee regarding business record
         destruction motion and file and submit same
         Daniel F. Blanks   1.10 hours at  375.00 per hour.        $412.50

02/25/09 Revise and file business record destruction
         motion and e-mails with debtors' professionals
         and committee regarding same and telephone
         conference with chambers regarding same and
         BOPS order regarding same
         Daniel F. Blanks   1.10 hours at  375.00 per hour.        $412.50

| Timekeeper        | Rate/HR  | Hours | Fees        |
|-------------------|----------|-------|-------------|
| Douglas M. Foley  | $550.00  | 17.4  | $9,570.00   |
| Sarah B. Boehm    | $450.00  | 14.4  | $6,480.00   |
| Daniel F. Blanks  | $375.00  | 19.0  | $7,125.00   |
|                   |          |       |             |
| TOTAL FEES        |          | 50.8  | $23,175.00  |

Re: Communications Matters
    Our File No.   2055557-0030
    Circuit City ContactR. Hedgebeth
    McGuireWoods ContactD. Hayes

Circuit City Stores Inc
File Number: 2055557                                         Page  19
Invoice No. 91120771                                         March 16, 2009

02/26/09 Telephone conference with client and debtors
         professionals regarding Congressional hearing
         and protocol and procedures regarding same
         Douglas M. Foley    .90 hours at  550.00 per hour.        $495.00

02/27/09 E-mails regarding judiciary committee hearings
         on Circuit City and strategy regarding same
         Douglas M. Foley    .70 hours at  550.00 per hour.        $385.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 1.6 | $880.00 |
| TOTAL FEES | | 1.6 | $880.00 |

**Re: Corporate Goverance**
    **Our File No.   2055557-0040**
    **Circuit City ContactR. Hedgebeth**
    **McGuireWoods ContactD. Hayes**

02/03/09 Telephone conversation with A. King and
         participate in compensation and personnel
         committee meeting by conference telephone
         Robert L. Burrus Jr.   1.50 hours at  805.00 per hour.  $1,207.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Robert L. Burrus Jr. | $805.00 | 1.5 | $1,207.50 |
| TOTAL FEES | | 1.5 | $1,207.50 |

**Re: Schedule and SOFAS**
    **Our File No.   2055557-0050**
    **Circuit City ContactR. Hedgebeth**
    **McGuireWoods ContactD. Hayes**

02/18/09 Draft notice of amended schedules and bar date
         information, finalize and file same and file
         amended schedules
         Sarah B. Boehm   1.60 hours at  450.00 per hour.         $720.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $450.00 | 1.6 | $720.00 |
| TOTAL FEES | | 1.6 | $720.00 |

**Re: Monthly Operating Reports**
    **Our File No.   2055557-0060**
    **Circuit City ContactR. Hedgebeth**

Circuit City Stores Inc
File Number: 2055557                                    Page   20
Invoice No. 91120771                                    March 16, 2009

**McGuireWoods ContactD. Hayes**

02/11/09  E-mails regarding monthly operating report
          Sarah B. Boehm    .20 hours at  450.00 per hour.          $90.00

02/13/09  Review and file December monthly operating
          report
          Daniel F. Blanks   .60 hours at  375.00 per hour.        $225.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Sarah B. Boehm | $450.00 | 0.2 | $90.00 |
| Daniel F. Blanks | $375.00 | 0.6 | $225.00 |
| TOTAL FEES | | 0.8 | $315.00 |

**Re: Professional Retention/Fee Applications**
      **Our File No.   2055557-0070**
      **Circuit City ContactR. Hedgebeth**
      **McGuireWoods ContactD. Hayes**

02/05/09  E-mail from J. Turner regarding monthly fee
          statements in Excel and e-mails to and from
          professionals regarding submitting same (.4);
          analyze and revise monthly fee statement (1.1)
          Sarah B. Boehm   1.50 hours at  450.00 per hour.        $675.00

02/06/09  E-mails regarding interim compensation issues
          and e-mails with estate professionals and
          client regarding same
          Douglas M. Foley   .90 hours at  550.00 per hour.       $495.00

02/11/09  Finalize monthly fee statement, draft related
          correspondence and e-mails regarding same
          (1.1); e-mails regarding monthly fee statements
          in Excel for US Trustee's office for various
          professionals (.3)
          Sarah B. Boehm   1.40 hours at  450.00 per hour.        $630.00

02/12/09  E-mails with various estate professionals
          regarding status of preparation, presentation
          and payment of monthly fee statements
          Douglas M. Foley    .60 hours at  550.00 per hour.      $330.00

02/15/09  E-mail to J. Turner regarding monthly fee
          statement in Excel (.1); e-mail to C. Huebner
          regarding January fees and expenses (.1)
          Sarah B. Boehm    .20 hours at  450.00 per hour.         $90.00

Circuit City Stores Inc
File Number: 2055557                                    Page  21
Invoice No. 91120771                                   March 16, 2009

02/19/09 E-mails regarding payment of interim
         compensation to estate/debtor professionals and
         timing and amount of same
         Douglas M. Foley    .80 hours at  550.00 per hour.          $440.00

02/20/09 Analyze interim compensation order regarding
         first interim fee applications (.3); multiple
         calls and e-mails with debtors' professionals
         regarding first interim fee applications (.5)
         Sarah B. Boehm     .80 hours at  450.00 per hour.           $360.00

02/23/09 E-mail from Rothschild and to J. Turner
         regarding monthly fee statements in Excel
         Sarah B. Boehm     .10 hours at  450.00 per hour.            $45.00

02/25/09 E-mails with ordinary course professionals
         regarding compensation and continued work
         Daniel F. Blanks    .40 hours at  375.00 per hour.          $150.00

02/26/09 Analyze DJM retention order and e-mails
         regarding first interim fee applications
         Sarah B. Boehm     .30 hours at  450.00 per hour.           $135.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 2.3 | $1,265.00 |
| Sarah B. Boehm | $450.00 | 4.3 | $1,935.00 |
| Daniel F. Blanks | $375.00 | 0.4 | $150.00 |
| TOTAL FEES | | 7.0 | $3,350.00 |

**Re: Automatic Stay**
     **Our File No.   2055557-0090**
     **Circuit City ContactR. Hedgebeth**
     **McGuireWoods ContactD. Hayes**

02/03/09 Telephone calls and e-mails with parties
         regarding motions for relief from stay and
         review insurance policies and other documents
         regarding same with opposing counsel
         Daniel F. Blanks   1.20 hours at  375.00 per hour.          $450.00

02/04/09 E-mails regarding automatic stay issues with
         respect to new litigation and analyze responses
         to lift stay motions
         Douglas M. Foley    .80 hours at  550.00 per hour.          $440.00

02/04/09 Analyze lift stay pleadings and objections and
         multiple calls and e-mails regarding same
         Sarah B. Boehm     .40 hours at  450.00 per hour.           $180.00

Circuit City Stores Inc
File Number: 2055557                                    Page  22
Invoice No. 91120771                                    March 16, 2009

02/04/09  E-mails with co-counsel regarding motions for
          relief from stay and related strategies and
          draft responses regarding same
          Daniel F. Blanks    .80 hours at  375.00 per hour.        $300.00

02/05/09  E-mails and analysis regarding new lift stay
          motions and response before 2/13 hearing date
          Douglas M. Foley    .50 hours at  550.00 per hour.        $275.00

02/05/09  Analyze and revise pleadings regarding lift
          stay objections
          Sarah B. Boehm     .30 hours at  450.00 per hour.         $135.00

02/05/09  Multiple telephone conferences and e-mails with
          parties and movants for relief from stay and
          draft responses to motions for relief from stay
          and research issues regarding same
          Daniel F. Blanks   2.70 hours at  375.00 per hour.      $1,012.50

02/06/09  Draft, analyze, revise, finalize and file
          multiple objections to lift stay motions for
          upcoming hearing and multiple calls and e-mails
          with counsel regarding same
          Sarah B. Boehm    1.30 hours at  450.00 per hour.         $585.00

02/06/09  Draft, revise and file responses to motions for
          relief from stay and review and analyze issues
          and documents regarding same and e-mails and
          telephone conferences with co-counsel regarding
          same
          Daniel F. Blanks    2.20 hours at  375.00 per hour.       $825.00

02/09/09  Review new lift stay motions and responses to
          same for hearings on 2/13
          Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

02/09/09  Analyze pleadings and issues regarding various
          lift stay matters and inquiries regarding same
          Sarah B. Boehm     .60 hours at  450.00 per hour.         $270.00

02/09/09  Multiple e-mails and telephone conferences with
          parties regarding motions for relief from stay
          and draft responses and review insurance and
          other documents regarding same
          Daniel F. Blanks   1.60 hours at  375.00 per hour.        $600.00

02/10/09  Analyze pleadings, issues and e-mails regarding
          multiple lift stay matters
          Sarah B. Boehm     .90 hours at  450.00 per hour.         $405.00

Circuit City Stores Inc
File Number: 2055557                                    Page  23
Invoice No. 91120771                                   March 16, 2009

02/11/09  Review responses to lift stay motion and
          prepare for preliminary hearings on 2/13
          regarding same
          Douglas M. Foley    .70 hours at  550.00 per hour.        $385.00

02/11/09  Analyze pleadings and strategy regarding
          various lift stay matters
          Sarah B. Boehm    .60 hours at  450.00 per hour.          $270.00

02/11/09  Review and analyze postpetition claims asserted
          against the debtors and draft and file
          suggestions in bankruptcy and letters regarding
          violations of the automatic stay (2.4); draft
          response to Vornado's motion for relief from
          stay and research issues regarding same (1.7)
          Daniel F. Blanks    4.10 hours at  375.00 per hour.     $1,537.50

02/12/09  E-mails regarding ESI lift stay motion and
          status of other lift stay motions for 2/13
          hearing
          Douglas M. Foley    .80 hours at  550.00 per hour.        $440.00

02/13/09  Prepare for and participate in omnibus hearing
          regarding motions filed for relief from
          automatic stay and related issues
          Daniel F. Blanks    2.30 hours at  375.00 per hour.       $862.50

02/16/09  Correspondence with parties regarding new cases
          and violations of automatic stay
          Daniel F. Blanks    1.10 hours at  375.00 per hour.       $412.50

02/17/09  Review issues relating to principle life motion
          for lift stay relating to foreclosure action
          Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

02/17/09  E-mails with counsel for Principal regarding
          motion for relief from stay and e-mails and
          telephone conferences with debtors'
          professionals
          Daniel F. Blanks    1.10 hours at  375.00 per hour.       $412.50

02/18/09  Analyze and revise Mansfield agreed order and
          e-mails with counsel regarding same
          Sarah B. Boehm    .60 hours at  450.00 per hour.          $270.00

Circuit City Stores Inc
File Number: 2055557                                    Page  24
Invoice No. 91120771                                    March 16, 2009

02/19/09 Multiple telephone conferences and e-mails with
         Principal regarding motion for relief from
         automatic stay and analyze issues regarding
         same (.8); review draft responses to motions
         for relief from stay and analyze research and
         other issues regarding same (.7)
         Daniel F. Blanks   1.50 hours at  375.00 per hour.         $562.50

02/20/09 Analyze stipulation and issues regarding
         Principal consent to lift stay and multiple
         calls and e-mails regarding same
         Sarah B. Boehm     .30 hours at  450.00 per hour.         $135.00

02/20/09 Draft and respond to multiple actions regarding
         prepetition and postpetition actions that
         impact automatic stay and file suggestions in
         bankruptcy regarding same (1.7); continue
         drafting and revising stipulation resolving
         Principal's motion for relief from stay and
         multiple telephone conferences and e-mails with
         counsel regarding same (1.9)
         Daniel F. Blanks   3.60 hours at  375.00 per hour.       $1,350.00

02/22/09 E-mails with in-house counsel regarding
         Principal relief from stay matter and revise
         and blackline proposed stipulation and order,
         and e-mails with opposing counsel regarding
         same
         Daniel F. Blanks   1.10 hours at  375.00 per hour.         $412.50

02/23/09 Draft and file multiple suggestions in
         bankruptcy and automatic stay letters and
         review pleadings regarding same (1.5); multiple
         telephone conferences and e-mails with counsel
         for Principal regarding relief from stay and
         February 24, 2009 hearing and related issues
         and revise stipulation and order regarding same
         (1.7)
         Daniel F. Blanks   3.20 hours at  375.00 per hour.       $1,200.00

02/24/09 Continue revisions to proposed stipulation and
         order resolving issues with Principal, multiple
         telephone conferences and e-mails with opposing
         counsel, and submit order to chambers regarding
         same (1.4); multiple automatic stay letters and
         suggestions in bankruptcy and telephone
         conferences with chambers, debtors'
         professionals and in-house counsel regarding
         same (1.7)
         Daniel F. Blanks   3.10 hours at  375.00 per hour.       $1,162.50

Circuit City Stores Inc
File Number: 2055557                                    Page  25
Invoice No. 91120771                                   March 16, 2009

02/25/09  Draft discovery requests to Lexar and analyze
          issues regarding same
          Daniel F. Blanks    .90 hours at  375.00 per hour.        $337.50

02/26/09  Draft discovery to Lexar and review discovery
          propounded by Lexar and analyze issues
          regarding same (1.2); review correspondence and
          proposed order regarding contemplated motion
          for relief and e-mails with in-house counsel
          regarding same (.8)
          Daniel F. Blanks   2.00 hours at  375.00 per hour.        $750.00

02/27/09  Prepare and file multiple automatic stay
          letters and suggestions and e-mails with
          in-house counsel and outside counsel regarding
          same (2.3); draft status notification for Davis
          suit in California and e-mails and telephone
          conferences with opposing counsel regarding
          same and analyze multiple issues regarding same
          (1.3)
          Daniel F. Blanks   3.60 hours at  375.00 per hour.      $1,350.00

02/28/09  Continue draft and revise discovery to Lexar
          regarding motion for relief and analyze issues
          regarding same and e-mails with debtors'
          professionals regarding same
          Daniel F. Blanks    .80 hours at  375.00 per hour.        $300.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 3.6 | $1,980.00 |
| Sarah B. Boehm | $450.00 | 5.0 | $2,250.00 |
| Daniel F. Blanks | $375.00 | 36.9 | $13,837.50 |
| TOTAL FEES | | 45.5 | $18,067.50 |

Re: Credit Cards
    Our File No.   2055557-0110
    Circuit City ContactR. Hedgebeth
    McGuireWoods ContactD. Hayes

02/11/09  Analyze issues and prepare for and participate
          in telephone conference with Chase's counsel
          regarding proposed stipulation on reserve and
          other issues under program agreement
          Douglas M. Foley   1.60 hours at  550.00 per hour.        $880.00

Circuit City Stores Inc
File Number: 2055557                                    Page  26
Invoice No. 91120771                                   March 16, 2009


02/19/09  E-mails regarding chase stipulation, PII
          document destruction and hearing date 2/24 and
          review and prepare for same
          Douglas M. Foley   1.60 hours at  550.00 per hour.        $880.00

02/24/09  E-mails and telephone conferences with opposing
          counsel, chambers and scheduling clerk
          regarding finalization of Chase stipulation and
          settlement
          Douglas M. Foley   .80 hours at  550.00 per hour.         $440.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 4.0 | $2,200.00 |
| TOTAL FEES | | 4.0 | $2,200.00 |

**Re: Employment and Compensation**
     **Our File No.   2055557-0120**
     **Circuit City ContactR. Hedgebeth**
     **McGuireWoods ContactD. Hayes**


02/05/09  E-mails and analysis regarding MIP motion and
          timing of filing same
          Douglas M. Foley   .40 hours at  550.00 per hour.         $220.00

02/17/09  Meeting with United States Trustee and analyze
          issues/objections regarding MIP program (.4);
          e-mails with debtors professionals regarding
          same (.2)
          Douglas M. Foley   .60 hours at  550.00 per hour.         $330.00

02/18/09  E-mails with client and debtors professionals
          and committee counsel regarding objection to
          MIP
          Douglas M. Foley   .90 hours at  550.00 per hour.         $495.00

02/19/09  E-mails regarding MIP plan status and
          negotiations with committee and requests for
          information from UST
          Douglas M. Foley   .40 hours at  550.00 per hour.         $220.00

02/23/09  Several telephone conferences and e-mails
          regarding review, revise and analysis of MIP
          and preparation for hearing on 2/25
          Douglas M. Foley   1.80 hours at  550.00 per hour.        $990.00

Circuit City Stores Inc
File Number: 2055557                                    Page  27
Invoice No. 91120771                                   March 16, 2009

02/24/09  Several telephone conferences and e-mails with
          committee professional regarding resolution of
          objection to MIP and review United States
          Trustee objection regarding same and begin
          hearing preparation
          Douglas M. Foley   2.30 hours at  550.00 per hour.      $1,265.00

02/25/09  Review and revise MIP plan and participate in
          preparation of witness for hearing regarding
          same and conference with United States Trustee
          regarding same
          Douglas M. Foley   1.40 hours at  550.00 per hour.        $770.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 7.8 | $4,290.00 |
| TOTAL FEES | | 7.8 | $4,290.00 |

**Re: Executory Contracts**
     Our File No.   2055557-0140
     Circuit City ContactR. Hedgebeth
     McGuireWoods ContactD. Hayes

02/11/09  Analyze issues relating to executory contract
          matters, including Plumchoise and Lexar issue
          on for hearing on 2/13
          Douglas M. Foley   1.20 hours at  550.00 per hour.        $660.00

02/20/09  Review IBM lease rejection motion for equipment
          in DCs and analyze issues regarding same and
          e-mails with co-counsel regarding same
          Douglas M. Foley   1.40 hours at  550.00 per hour.        $770.00

02/23/09  Review stipulation relating termination of
          Chase agreement and telephone conference and
          e-mails with opposing counsel, client and
          debtors professionals regarding same (.8);
          review and analyze pending motion for contract
          termination and setoff issues with TomTom,
          PlumChoice and Lexar Media (.7)
          Douglas M. Foley   1.50 hours at  550.00 per hour.        $825.00

02/24/09  E-mails regarding disputes with executory
          contract parties, rejection and motions for
          relief from stay to terminate and effect on
          claim issues, including setoff and recoupment
          Douglas M. Foley   1.30 hours at  550.00 per hour.        $715.00

Circuit City Stores Inc
File Number: 2055557                                    Page  28
Invoice No. 91120771                                   March 16, 2009

02/26/09 Review, revise and file objection to Directv's
         motion and e-mails with debtors' professionals
         regarding same
         Daniel F. Blanks    .80 hours at  375.00 per hour.       $300.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 5.4 | $2,970.00 |
| Daniel F. Blanks | $375.00 | 0.8 | $300.00 |
| TOTAL FEES | | 6.2 | $3,270.00 |

**Re: Litigation**
    Our File No.   2055557-0150
    Circuit City ContactR. Hedgebeth
    McGuireWoods ContactD. Hayes

12/15/08 Review electronic documents
         Alan M. Oberc  7.00 hours at  75.00 per hour.           $525.00

02/02/09 (AMD/Intel) Review data request from AMD's
         attorneys (.1); telephone conference with M.
         Roberts regarding data request (.1); prepare
         response to data request (.1)
         Howard Feller    .30 hours at  575.00 per hour.         $172.50

02/02/09 Draft and file stipulation regarding Greystone
         and multiple e-mails with counsel regarding
         same
         Sarah B. Boehm    .50 hours at  450.00 per hour.        $225.00

02/03/09 E-mails with F. Telegadas regarding nonsuit of
         Speedy 1961 complaint (.1); draft nonsuit
         pleadings (.4); letter to court regarding
         nonsuit (.1)
         Robert M. Tyler    .60 hours at  500.00 per hour.       $300.00

02/09/09 (AMD/Intel Third Party Subpoena) Communicate
         with plaintiffs' counsel regarding Circuit
         City's compliance with third party subpoena and
         LCD third party subpoena (.4); communicate with
         plaintiffs' counsel regarding Circuit City's
         compliance with third party subpoena (.2)
         Michelle M. Christian    .60 hours at 335.00 per hour.  $201.00

02/10/09 (AMD) Review e-mail to AMD's attorney and
         plaintiff's attorney regarding discovery
         requests
         Howard Feller    .10 hours at  575.00 per hour.         $57.50

Circuit City Stores Inc
File Number: 2055557                              Page  29
Invoice No. 91120771                             March 16, 2009

02/12/09  Draft response to CPSC incident report
          Martha J. Swicegood    .40 hours at  390.00 per hour.     $156.00

02/12/09  Prepare for and participate in meetings with
          in-house counsel regarding pending lawsuits and
          other matters and analyze strategies regarding
          same
          Daniel F. Blanks   1.50 hours at  375.00 per hour.        $562.50

02/16/09  Telephone conference with F. Telegadas
          regarding certain litigation issues
          Daniel F. Blanks    .90 hours at  375.00 per hour.        $337.50

02/19/09  Work on appeal binders of appellee designation
          of additional items (.9); work on transmittal
          correspondence to court (.2); assimilate
          hearing binders for multiple upcoming hearings
          (3.1)
          Karen B. Cain   4.20 hours at  195.00 per hour.           $819.00

02/20/09  (Electronic Arts) Telephone conference with M.
          Roberts and review subpoena
          Howard Feller   .20 hours at  575.00 per hour.            $115.00

02/23/09  (Pecover Third Party Subpoena) Analyze third
          party subpoena served on Circuit City (.3);
          communicate with counsel regarding strategy
          related thereto (.3)
          Michelle M. Christian    .60 hours at  335.00 per hour.   $201.00

02/25/09  Review discovery regarding Lexar and e-mails
          regarding same (.3); analyze Greystone docket
          and e-mails regarding no response filed (.3)
          Sarah B. Boehm   .60 hours at  450.00 per hour.           $270.00

02/26/09  Prepare for and attend conference with Assurant
          and multiple calls and e-mails regarding same
          Sarah B. Boehm   3.20 hours at  450.00 per hour.        $1,440.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Howard Feller | $575.00 | 0.6 | $345.00 |
| Robert M. Tyler | $500.00 | 0.6 | $300.00 |
| Sarah B. Boehm | $450.00 | 4.3 | $1,935.00 |
| Martha J. Swicegood | $390.00 | 0.4 | $156.00 |
| Daniel F. Blanks | $375.00 | 2.4 | $900.00 |
| Michelle M. Christian | $335.00 | 1.2 | $402.00 |
| Karen B. Cain | $195.00 | 4.2 | $819.00 |
| Alan M. Oberc | $75.00 | 7.0 | $525.00 |
|  | TOTAL FEES | 20.7 | $5,382.00 |

Circuit City Stores Inc
File Number: 2055557                          Page  30
Invoice No. 91120771                          March 16, 2009

**Re: Avoidance Actions**
    **Our File No.    2055557-0160**
    **Circuit City ContactR. Hedgebeth**
    **McGuireWoods ContactD. Hayes**

02/26/09 Prepare for and participate in telephone
    conference regarding preference with debtors'
    professionals and review documents, charts and
    materials regarding same regarding possible
    avoidance action and review materials regarding
    same
    Daniel F. Blanks    .80 hours at  375.00 per hour.        $300.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Daniel F. Blanks | $375.00 | 0.8 | $300.00 |
| TOTAL FEES | | 0.8 | $300.00 |

**Re: Vendor Matters**
    **Our File No.    2055557-0170**
    **Circuit City ContactR. Hedgebeth**
    **McGuireWoods ContactD. Hayes**

02/02/09 Continue review and analysis of TomTom issues
    and Greystone and Assurant issues
    Douglas M. Foley   1.20 hours at  550.00 per hour.        $660.00

02/04/09 Several e-mails and telephone conferences with
    vendors regarding pending motions and analyze
    responses to same, including Lexar, Metak and
    Assurant
    Douglas M. Foley   2.90 hours at  550.00 per hour.      $1,595.00

02/06/09 E-mails and analysis regarding Alliance produce
    shipment issues, ownership issues, credits and
    defective product
    Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

02/09/09 Telephone conference and e-mails with
    creditors, client, debtors professionals
    regarding analysis of Alliance, PlumChoice and
    other issues on for 2/13 omni hearing
    Douglas M. Foley   1.60 hours at  550.00 per hour.        $880.00

Circuit City Stores Inc
File Number: 2055557                                    Page  31
Invoice No. 91120771                                    March 16, 2009

02/10/09  E-mails and telephone conferences with client,
          opposing counsel, debtors professionals and
          analysis regarding AOL stipulation, issues
          regarding Alliance product and TomTom
          reconciliation and other pending administrative
          claim issues and motions for 2/13 docket
          Douglas M. Foley   2.90 hours at  550.00 per hour.        $1,595.00

02/13/09  E-mails regarding status of various vendor
          claim reconciliations, including TomTom
          Douglas M. Foley    .60 hours at  550.00 per hour.          $330.00

02/16/09  E-mails with client regarding TomTom
          reconciliation and review (.4); telephone
          conference with Audiovox counsel regarding
          reconciliation claims and potential put option
          (.3)
          Douglas M. Foley    .70 hours at  550.00 per hour.          $385.00

02/18/09  E-mails and analysis regarding continued
          hearings on TomTom, PlumChoice and other vendor
          relating claims and issues on for 2/25 and 3/3
          dockets
          Douglas M. Foley    .80 hours at  550.00 per hour.          $440.00

02/24/09  Several telephone conferences and e-mails with
          opposing counsel, client and debtors
          professionals regarding analysis and outline
          and contures of possible PlumChoice settlement
          and risks associated with litigation
          Douglas M. Foley   2.40 hours at  550.00 per hour.        $1,320.00

02/25/09  Analyze issues relating to PlumChoice and
          TomTom and Greystone and Assurant
          Douglas M. Foley   1.60 hours at  550.00 per hour.          $880.00

02/26/09  Review and revise TomTom stipulation and
          analyze issues regarding same (.8); review
          discovery issue for Lexar and e-mails with
          opposing counsel regarding same (.5)
          Douglas M. Foley   1.30 hours at  550.00 per hour.          $715.00

02/27/09  E-mails with opposing counsel and client
          regarding resolution of PlumChoice matters and
          TomTom stipulation and review and analyze same
          Douglas M. Foley    .60 hours at  550.00 per hour.          $330.00

| Timekeeper         | Rate/HR  | Hours | Fees       |
|--------------------|----------|-------|------------|
| Douglas M. Foley   | $550.00  | 17.0  | $9,350.00  |
|                    | TOTAL FEES | 17.0 | $9,350.00 |

Circuit City Stores Inc
File Number: 2055557                                          Page  32
Invoice No. 91120771                                         March 16, 2009

Re: Real Estate
    Our File No.   2055557-0180
    Circuit City ContactR. Hedgebeth
    McGuireWoods ContactD. Hayes


02/02/09 (Sale of Baltimore, MD Store)  Telephone call
         from J. Avallone (.1); review e-mail from
         buyer's counsel regarding comments on purchase
         contract (.1); review e-mail from J. Avallon
         (.1); e-mail to buyer's counsel (.1)
         Edmund S. Pittman    .40 hours at  450.00 per hour.        $180.00

02/02/09 Multiple calls and e-mails from landlord
         counsel regarding various matters
         Sarah B. Boehm    .60 hours at  450.00 per hour.           $270.00

02/02/09 E-mails and telephone conferences with debtors'
         professionals and landlords regarding landlord
         issues and related issues
         Daniel F. Blanks    .60 hours at  375.00 per hour.         $225.00

02/03/09 Several telephone conferences and e-mails with
         debtors professionals and landlord counsel
         regarding real estate lease disposition
         procedures motion and review and finalize same
         Douglas M. Foley   1.30 hours at  550.00 per hour.         $715.00

02/03/09 E-mails regarding Maryland acquisition order
         Sarah B. Boehm    .20 hours at  450.00 per hour.            $90.00

02/03/09 Review, analyze, revise and file lease
         procedures motion and e-mails with debtors'
         professionals and co-counsel regarding same and
         draft and file notices regarding same
         Daniel F. Blanks   1.10 hours at  375.00 per hour.         $412.50

02/04/09 (Sale of Baltimore, MD Store)  Review revisions
         to purchase contract made by buyer's counsel
         (.3); revise purchase contract (.9); e-mail to
         buyer's counsel and J. Avallon (.2)
         Edmund S. Pittman   1.40 hours at  450.00 per hour.        $630.00

02/04/09 Multiple calls and e-mails with counsel
         regarding landlord issues
         Sarah B. Boehm    .30 hours at  450.00 per hour.           $135.00

Circuit City Stores Inc
File Number: 2055557                                   Page  33
Invoice No. 91120771                                   March 16, 2009

02/04/09 Multiple telephone conferences regarding
         listing of leases in lease procedures and
         related issues (.8); review and execute VSW
         stipulations and e-mails with debtors'
         professionals regarding same (.4)
         Daniel F. Blanks    1.20 hours at  375.00 per hour.        $450.00

02/05/09 Telephone call from and to D. Miller regarding
         Ardmore facility, notes, lease structure and
         bond indenture
         T. Craig Harmon    1.10 hours at  525.00 per hour.         $577.50

02/05/09 Analyze notices of appeal regarding stub rent
         and e-mails regarding same
         Sarah B. Boehm    .40 hours at  450.00 per hour.           $180.00

02/06/09 Draft notices and finalize and file exhibits
         regarding lease procedures and multiple e-mails
         regarding same
         Sarah B. Boehm    .70 hours at  450.00 per hour.           $315.00

02/09/09 (Sale of Baltimore, MD Property)  Review
         e-mails from purchaser and J. Avallone
         Edmund S. Pittman    .10 hours at  450.00 per hour.         $45.00

02/10/09 (Sale of Baltimore, MD Store) E-mails to and
         from buyer's counsel (.1); prepare blackline of
         purchase contract against prior draft provided
         to Circuit City (.1); e-mail to D. Miller (.1)
         Edmund S. Pittman    .30 hours at  450.00 per hour.        $135.00

02/10/09 E-mails with debtors' professionals regarding
         lease procedures motion and related issues
         Daniel F. Blanks    .70 hours at  375.00 per hour.         $262.50

02/11/09 Several telephone conference and e-mails
         regarding status of leases, new rejections and
         store closing timing
         Douglas M. Foley    .90 hours at  550.00 per hour.         $495.00

02/11/09 (Sale of Baltimore, MD Store) E-mail from D.
         Miller regarding purchase contract (.1);
         e-mails to and from J. Avallone regarding
         commission agreement with Grubb & Ellis (.1)
         Edmund S. Pittman    .20 hours at  450.00 per hour.         $90.00

02/11/09 E-mails with landlords and other parties
         regarding lease procedure motion and e-mails
         with debtors' professionals regarding same
         Daniel F. Blanks    .80 hours at  375.00 per hour.         $300.00

Circuit City Stores Inc
File Number: 2055557                          Page  34
Invoice No. 91120771                          March 16, 2009

02/12/09  Review pleadings for filing regarding
          procedures to sell Phoenix property (.9);
          several e-mails with landlord counsel and
          debtors professionals regarding lease
          procedures (.9)
          Douglas M. Foley   1.80 hours at  550.00 per hour.        $990.00

02/12/09  (Sale of Baltimore, MD Property) Prepare
          commission agreement with Grubb & Ellis (.7);
          e-mails to and from J. Avallone (.1); prepare
          execution copy of purchase contract and e-mail
          same to purchaser's counsel (.4)
          Edmund S. Pittman   1.20 hours at  450.00 per hour.        $540.00

02/12/09  Review, analyze, revise and file motion to sell
          real property in Arizona
          Daniel F. Blanks   1.30 hours at  375.00 per hour.         $487.50

02/13/09  Review pleadings for filing regarding new round
          of lease rejections
          Douglas M. Foley   .40 hours at  550.00 per hour.         $220.00

02/13/09  (Sale of Baltimore, MD Property) Telephone call
          from purchaser's counsel
          Edmund S. Pittman   .10 hours at  450.00 per hour.         $45.00

02/14/09  E-mails regarding status of store closing
          notifications and equipment removal issues
          Douglas M. Foley   .80 hours at  550.00 per hour.         $440.00

02/16/09  Telephone call to F. Dosunmu and e-mails
          regarding amended rejection motion
          Sarah B. Boehm   .40 hours at  450.00 per hour.           $180.00

02/17/09  Review and finalize fourth omni rejection
          motion and order and e-mails regarding filing
          same
          Douglas M. Foley   .50 hours at  550.00 per hour.         $275.00

02/17/09  (Baltimore MD, Store) E-mails to and from D.
          Miller regarding status of purchase contract
          execution
          Edmund S. Pittman   .10 hours at  450.00 per hour.         $45.00

02/17/09  Draft, revise, finalize and file notice and
          fourth omnibus rejection motion and multiple
          e-mails regarding same
          Sarah B. Boehm   .80 hours at  450.00 per hour.           $360.00

Circuit City Stores Inc
File Number: 2055557                                    Page  35
Invoice No. 91120771                                    March 16, 2009


02/17/09  Review and analyze real estate issues
          pertaining to motion for relief from stay
          Karen L. Duncan     .20 hours at  375.00 per hour.         $75.00

02/17/09  Revise and file appellee designations regarding
          landlord appeals
          Daniel F. Blanks     .70 hours at  375.00 per hour.       $262.50

02/18/09  (Sale of Baltimore, MD Store) Review executed
          purchase contract and broker agreement (.4);
          e-mail purchase contract to Escrow Agent for
          signature (.1); letter to D. Miller (.1);
          e-mails to and from J. Avallone (.1)
          Edmund S. Pittman     .70 hours at  450.00 per hour.      $315.00

02/18/09  Review appellee designations and e-mails with
          debtors' professionals regarding same
          Daniel F. Blanks     .50 hours at  375.00 per hour.       $187.50

02/19/09  Review pleadings regarding next round of lease
          rejections and e-mails with client and debtors
          professionals regarding same and review lease
          auction note
          Douglas M. Foley   1.30 hours at  550.00 per hour.        $715.00

02/19/09  Draft correspondence and handle issues
          regarding designation of items for landlord
          appeal
          Sarah B. Boehm     .40 hours at  450.00 per hour.         $180.00

02/19/09  Review, analyze, revise and file lease
          procedures notice and e-mails and telephone
          conferences with debtors' professionals
          regarding same
          Daniel F. Blanks   1.30 hours at  375.00 per hour.        $487.50

02/20/09  Telephone conferences and e-mails with landlord
          counsel and debtors professionals and chambers
          regarding protocol and procedures for direct
          appeal of stub rent issue and analyze new rules
          regarding same
          Douglas M. Foley   1.20 hours at  550.00 per hour.        $660.00

Circuit City Stores Inc
File Number: 2055557                                          Page  36
Invoice No. 91120771                                          March 16, 2009

02/20/09  (Sale of Baltimore County, MD Store) E-mails to
          and from D. Miller regarding status of signed
          documents (.1); e-mails to and from G.
          Cunningham, buyer's counsel, regarding same
          (.1); telephone call to P. Reed regarding
          Escrow Agent's signature pages to contract
          (.1); e-mails to and from P. Reed regarding
          same (.1); e-mails to and from J. Avallone
          (.2); letter to buyer's counsel forwarding
          executed documents (.2)
          Edmund S. Pittman    .80 hours at  450.00 per hour.        $360.00

02/20/09  Analyze issues regarding landlord calls and
          multiple e-mails regarding same
          Sarah B. Boehm    .40 hours at  450.00 per hour.           $180.00

02/23/09  (Sale of Baltimore County, MD Store) Letters to
          D. Miller and buyer's counsel forwarding Escrow
          Agent's signature page to purchase agreement
          (.2); prepare time line of important contract
          dates (.4); review leases regarding estoppel
          provisions (.1); e-mails to and from J.
          Avallone regarding same (.1)
          Edmund S. Pittman    .80 hours at  450.00 per hour.        $360.00

02/24/09  (Sale of Baltimore County, MD Property) E-mails
          to and from D. Miller regarding estoppel
          certificate required for closing
          Edmund S. Pittman    .10 hours at  450.00 per hour.         $45.00

02/24/09  Telephone conferences with landlords regarding
          issues and e-mails with debtors' professionals
          regarding same
          Daniel F. Blanks     .60 hours at  375.00 per hour.        $225.00

02/25/09  Telephone conference and e-mails with landlord
          counsel and debtors professionals regarding
          resolution of objections to third omni lease
          rejection motion (.7); e-mails with other
          landlord counsel regarding matters for hearing
          on 3/3 and status (.4)
          Douglas M. Foley   1.10 hours at  550.00 per hour.         $605.00

02/25/09  (Sale of Baltimore County, MD Store) E-mails to
          and from P. Reed confirming receipt of initial
          letter of credit (.1); review initial letter of
          credit (.2); e-mail to D. Miller and J.
          Avallone (.1)
          Edmund S. Pittman    .40 hours at  450.00 per hour.        $180.00

Circuit City Stores Inc
File Number: 2055557                                    Page  37
Invoice No. 91120771                                   March 16, 2009

02/25/09  Telephone conferences with landlords regarding
          leases and other issues and e-mails with
          debtors' professionals regarding same
          Daniel F. Blanks    .70 hours at  375.00 per hour.        $262.50

02/26/09  Review DR1 and e-mails with client
          T. Craig Harmon   2.10 hours at  525.00 per hour.       $1,102.50

02/26/09  Telephone conference with landlords regarding
          stub rent appeal issue and analyze issues
          regarding same
          Douglas M. Foley   1.20 hours at  550.00 per hour.        $660.00

02/26/09  (Sale of Baltimore County, MD Store) Work on
          tenant estoppel form
          Edmund S. Pittman    .50 hours at  450.00 per hour.       $225.00

02/26/09  Review, revise and file objection to Polaris'
          motion and e-mails with debtors' professionals
          regarding same
          Daniel F. Blanks    .60 hours at  375.00 per hour.        $225.00

02/26/09  Review and analyze DR1/DR3 ground lease
          termination matters
          Matthew T. Gunlock    .80 hours at  290.00 per hour.      $232.00

02/27/09  Telephone conference and e-mails with landlord
          counsel and subtenant counsel regarding
          rejection motion, bid deadlines and analyze
          issues regarding same, including Polaris claim
          issues
          Douglas M. Foley   1.20 hours at  550.00 per hour.        $660.00

02/27/09  (Sale of Baltimore, MD Store) Prepare estoppel
          certificates for two existing tenant leases
          Edmund S. Pittman   1.10 hours at  450.00 per hour.       $495.00

02/27/09  Review and analyze DR1/DR3 ground lease
          termination matters
          Matthew T. Gunlock    .70 hours at  290.00 per hour.      $203.00

| Timekeeper         | Rate/HR  | Hours | Fees       |
|--------------------|----------|-------|------------|
| Douglas M. Foley   | $550.00  | 11.7  | $6,435.00  |
| T. Craig Harmon    | $525.00  | 3.2   | $1,680.00  |
| Edmund S. Pittman  | $450.00  | 8.2   | $3,690.00  |
| Sarah B. Boehm     | $450.00  | 4.2   | $1,890.00  |
| Daniel F. Blanks   | $375.00  | 10.1  | $3,787.50  |
| Karen L. Duncan    | $375.00  | 0.2   | $75.00     |
| Matthew T. Gunlock | $290.00  | 1.5   | $435.00    |
|                    |          |       |            |
|       TOTAL FEES   |          | 39.1  | $17,992.50 |

Circuit City Stores Inc
File Number: 2055557                                    Page  38
Invoice No. 91120771                                    March 16, 2009


Re: Financing
    Our File No.   2055557-0190
    Circuit City ContactR. Hedgebeth
    McGuireWoods ContactD. Hayes


02/06/09  E-mails regarding third amendment to DIP and
          possible timing of hearing regarding same
          Douglas M. Foley    .60 hours at  550.00 per hour.        $330.00

02/09/09  Review drafts of third amendment to DIP and
          analyze issues relating to timing of hearing
          Douglas M. Foley    .90 hours at  550.00 per hour.        $495.00

02/09/09  Analyze DIP amendment pleadings and draft
          related pleadings
          Sarah B. Boehm    1.10 hours at  450.00 per hour.         $495.00

02/09/09  Multiple e-mails with debtors' professionals
          regarding amended DIP and related issues
          Daniel F. Blanks    2.20 hours at  375.00 per hour.       $825.00

02/12/09  Review and analyze third amendment to DIP and
          several telephone conferences and e-mails with
          debtors professionals and Bank professionals
          regarding same and exhibits to agreement
          Douglas M. Foley   1.80 hours at  550.00 per hour.        $990.00

02/12/09  Review, analyze, revise and file amended DIP
          motions and draft notices, expedited motions
          and other pleadings regarding same and
          conferences with debtors' professionals
          regarding same
          Daniel F. Blanks    1.60 hours at  375.00 per hour.       $600.00

02/16/09  Review final DIP amendment documents and
          telephone conference and e-mails with debtors
          professionals, bank's professionals, client,
          United States Trustee and Chambers regarding
          demonstrative exhibits and budgets for hearing
          on 2/17
          Douglas M. Foley   2.60 hours at  550.00 per hour.      $1,430.00

02/16/09  Analyze documents and e-mails regarding third
          DIP amendment
          Sarah B. Boehm    .30 hours at  450.00 per hour.          $135.00

02/17/09  Review and finalize third DIP amendment
          documents and order
          Douglas M. Foley   1.60 hours at  550.00 per hour.        $880.00

Circuit City Stores Inc
File Number: 2055557                                          Page  39
Invoice No. 91120771                                         March 16, 2009


02/23/09 E-mails with J. Oakey and L. Franzon regarding
         third DIP amendment
         Sarah B. Boehm    .20 hours at  450.00 per hour.              $90.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 7.5 | $4,125.00 |
| Sarah B. Boehm | $450.00 | 1.6 | $720.00 |
| Daniel F. Blanks | $375.00 | 3.8 | $1,425.00 |
| TOTAL FEES | | 12.9 | $6,270.00 |


**Re: Reclamation Matters**
    **Our File No.   2055557-0200**
    **Circuit City ContactR. Hedgebeth**
    **McGuireWoods ContactD. Hayes**


02/04/09 Telephone conference and e-mails with
         reclamation vendors regarding procedures order
         and timing of resolution of reclamation claims
         Douglas M. Foley    .70 hours at  550.00 per hour.          $385.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 0.7 | $385.00 |
| TOTAL FEES | | 0.7 | $385.00 |


**Re: Utilities Matters**
    **Our File No.   2055557-0210**
    **Circuit City ContactR. Hedgebeth**
    **McGuireWoods ContactD. Hayes**


02/06/09 Analyze stipulations of dismissal regarding
         utility appeals and e-mail to counsel regarding
         authority to file same
         Sarah B. Boehm    .30 hours at  450.00 per hour.           $135.00

02/06/09 E-mails and telephone conferences with
         co-counsel regarding utility motions and
         related issues
         Daniel F. Blanks    .30 hours at  375.00 per hour.         $112.50

02/12/09 Review amended pleadings relating to utility
         adequate assurance for filing and analyze
         issues regarding same
         Douglas M. Foley   1.10 hours at  550.00 per hour.         $605.00

Circuit City Stores Inc
File Number: 2055557                                    Page  40
Invoice No. 91120771                                    March 16, 2009

02/12/09 Review, analyze, revise and file amended
         utility order and draft accompanying motions,
         notices, and orders regarding same and multiple
         e-mails with debtors' professionals regarding
         same
         Daniel F. Blanks   2.80 hours at  375.00 per hour.      $1,050.00

02/13/09 Finalize and file utilities motion and multiple
         conferences and e-mails with debtors'
         professionals regarding same
         Daniel F. Blanks    .80 hours at  375.00 per hour.        $300.00

02/16/09 Review and finalize form of order and analyze
         issues relating to amended utility adequate
         assurance motion
         Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

02/19/09 Revise amended utilities order and e-mails with
         debtors' professionals regarding same
         Daniel F. Blanks    .50 hours at  375.00 per hour.        $187.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 1.4 | $770.00 |
| Sarah B. Boehm | $450.00 | 0.3 | $135.00 |
| Daniel F. Blanks | $375.00 | 4.4 | $1,650.00 |
| TOTAL FEES | | 6.1 | $2,555.00 |

**Re: Insurance Matters**
     **Our File No.   2055557-0230**
     **Circuit City ContactR. Hedgebeth**
     **McGuireWoods ContactD. Hayes**

02/02/09 Meeting with client to discuss various
         insurance issues with go forward operations and
         relating financing issues
         Douglas M. Foley   .90 hours at  550.00 per hour.         $495.00

02/02/09 E-mail from P. Anderson regarding penalty and
         Old Republic (.2); e-mails to D. Foley and L.
         Baldyga regarding same (.2)
         Sarah B. Boehm    .40 hours at  450.00 per hour.          $180.00

02/04/09 E-mails regarding pending insurance disputes
         and potential LC draws
         Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

Circuit City Stores Inc
File Number: 2055557                                    Page   41
Invoice No. 91120771                                   March 16, 2009

02/24/09 E-mails with client and debtors professionals
         regarding insurance issue - property and
         workers compensation - and status of letters of
         credit regarding same
         Douglas M. Foley    .90 hours at  550.00 per hour.          $495.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 2.2 | $1,210.00 |
| Sarah B. Boehm | $450.00 | 0.4 | $180.00 |
| TOTAL FEES | | 2.6 | $1,390.00 |

**Re: Tax Matters**
     **Our File No.   2055557-0240**
     **Circuit City ContactR. Hedgebeth**
     **McGuireWoods ContactD. Hayes**

02/02/09 E-mails with client and debtors professionals
         regarding tax issues and demands for tax
         claimants
         Douglas M. Foley    .30 hours at  550.00 per hour.          $165.00

02/05/09 E-mails and telephone conferences with tax
         department regarding sales license issues
         Daniel F. Blanks    .80 hours at  375.00 per hour.          $300.00

02/06/09 E-mails with in-house tax department regarding
         tax issues and questions
         Daniel F. Blanks    .30 hours at  375.00 per hour.          $112.50

02/10/09 E-mails with S. Ash regarding unclaimed
         personal property issues
         Daniel F. Blanks    .40 hours at  375.00 per hour.          $150.00

02/12/09 Prepare for and participate in meetings and
         conferences with in-house tax department
         regarding issues and strategies and research
         issues regarding same (2.3); draft memorandum
         to accompany returns and conferences with tax
         department (.5)
         Daniel F. Blanks   2.80 hours at  375.00 per hour.        $1,050.00

02/17/09 E-mails with tax department regarding tax
         issues and analyses
         Daniel F. Blanks    .80 hours at  375.00 per hour.          $300.00

Circuit City Stores Inc
File Number: 2055557                                    Page  42
Invoice No. 91120771                                    March 16, 2009


02/19/09  Review correspondence from IRS appeals officer
          (.2); analysis on liquidation to transferee tax
          liability on employment tax proposed assessment
          (1.1)
          Craig D. Bell   1.30 hours at  530.00 per hour.        $689.00

02/20/09  E-mails with in-house parties regarding
          post-petition business licenses and advice
          regarding same
          Daniel F. Blanks    .90 hours at  375.00 per hour.     $337.50

02/25/09  E-mails regarding status of various tax matters
          and admin claim priority relating to unpaid
          postpetition business license fees
          Douglas M. Foley    .40 hours at  550.00 per hour.     $220.00

02/25/09  Telephone conference with tax department
          regarding postpetition business license issues
          Daniel F. Blanks   1.20 hours at  375.00 per hour.     $450.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 0.7 | $385.00 |
| Craig D. Bell | $530.00 | 1.3 | $689.00 |
| Daniel F. Blanks | $375.00 | 7.2 | $2,700.00 |
| TOTAL FEES | | 9.2 | $3,774.00 |


**Re: Claims Administration**
     Our File No.   2055557-0250
     Circuit City ContactR. Hedgebeth
     McGuireWoods ContactD. Hayes


02/03/09  Meetings with client and debtors professionals
          regarding analysis of 503(b)(9) claim objection
          protocols and timing and strategy of filing
          objections
          Douglas M. Foley   2.40 hours at  550.00 per hour.    $1,320.00

02/03/09  Prepare for and participate in telephone
          conference regarding claims objections and
          analyze documents regarding same
          Sarah B. Boehm   1.20 hours at  450.00 per hour.       $540.00

Circuit City Stores Inc
File Number: 2055557                              Page   43
Invoice No. 91120771                             March 16, 2009

02/03/09  Research issues regarding preference and
          503(b)(9) issues (.8); review omnibus objection
          procedure issues (.6); telephone conference and
          e-mails with debtors' professionals regarding
          same and objections to claims and review
          material regarding same (.8); research issues
          regarding possible preference litigation (1.2)
          Daniel F. Blanks   3.40 hours at  375.00 per hour.      $1,275.00

02/04/09  Research and analyze documents regarding claims
          objections (.9); prepare for and participate in
          telephone conference regarding claims
          objections and litigation strategy (1.1)
          Sarah B. Boehm   2.00 hours at  450.00 per hour.          $900.00

02/04/09  Multiple telephone conferences and e-mails with
          debtors' professionals regarding objection to
          503(b)(9) claims and research issues regarding
          same and research multiple preference law
          issues
          Daniel F. Blanks   1.60 hours at  375.00 per hour.        $600.00

02/05/09  E-mails regarding preparation of omni claim
          objections to 503(b)(9) claims
          Douglas M. Foley   .40 hours at  550.00 per hour.         $220.00

02/05/09  Telephone conference with T. Behnke regarding
          claim objection matters and analyze issues
          regarding same (.4); analyze various 593(b)(9)
          claims and strategy regarding same (.7)
          Sarah B. Boehm   1.10 hours at  450.00 per hour.          $495.00

02/06/09  Analyze exhibits regarding amended and
          duplicates and telephone conference with T.
          Behnke regarding same and related issues
          regarding objections to claims
          Sarah B. Boehm   .40 hours at  450.00 per hour.           $180.00

02/06/09  E-mails and telephone conference with FTI and
          co-counsel regarding objection to claims and
          related issues and review draft exhibits
          regarding same and analyze issues regarding
          duplicative and amended claims
          Daniel F. Blanks   .60 hours at  375.00 per hour.         $225.00

02/09/09  Review, revise and analyze 503(b)(9) claims
          objections and exhibits
          Douglas M. Foley   1.40 hours at  550.00 per hour.        $770.00

Circuit City Stores Inc
File Number: 2055557                                    Page  44
Invoice No. 91120771                                   March 16, 2009


02/09/09  Analyze exhibits to claim objections, strategy
          and e-mails regarding same
          Sarah B. Boehm    .40 hours at  450.00 per hour.           $180.00

02/09/09  Draft first omnibus objection to certain
          503(b)(9) claims and review and analyze claims
          and exhibits regarding same
          Daniel F. Blanks   1.90 hours at  375.00 per hour.         $712.50

02/10/09  Analyze and revise omnibus claims objection and
          e-mails regarding same
          Sarah B. Boehm    .40 hours at  450.00 per hour.           $180.00

02/10/09  Continue draft and revise first omnibus
          objection to certain 503(b)(9) claims and
          analyze exhibits and documents regarding same
          and e-mails with debtors' professionals
          regarding same
          Daniel F. Blanks   1.70 hours at  375.00 per hour.         $637.50

02/11/09  Review, revise and analyze claim objections and
          exhibits for 503(b)(9) claims and e-mails with
          debtors professionals regarding same
          Douglas M. Foley   .80 hours at  550.00 per hour.          $440.00

02/12/09  Telephone conference with FTI, client and
          co-counsel regarding analysis of preference
          issues and defenses relating to 503(b)(9)
          claims and various objections to same
          Douglas M. Foley   1.20 hours at  550.00 per hour.         $660.00

02/13/09  Review and finalize first omni claim objections
          to 503(b)(9) claims
          Douglas M. Foley   .80 hours at  550.00 per hour.          $440.00

02/13/09  Review, analyze, revise and file first omnibus
          objection to certain duplicative and amended
          503(b)(9) claims and review and analyze claims
          regarding same and e-mails with FTI regarding
          same
          Daniel F. Blanks   2.20 hours at  375.00 per hour.         $825.00

02/16/09  E-mail from T. Behnke regarding individual
          duplicate objections and analyze issues and
          documents regarding same (.2); e-mails and
          calls regarding omnibus objections to 503(b)(9)
          claims (.2)
          Sarah B. Boehm    .40 hours at  450.00 per hour.           $180.00

Circuit City Stores Inc
File Number: 2055557                                      Page  45
Invoice No. 91120771                                     March 16, 2009

| | | |
|---|---|---|
| 02/16/09 | Telephone conference and e-mails with creditors regarding 503(b)(9) objection | |
| | Daniel F. Blanks    .70 hours at  375.00 per hour. | $262.50 |
| 02/20/09 | Several e-mails with FTI and co-counsel regarding 503(b)(9) claim objections and responses to setoff and recoupment of DIRECTV claims and analyze issues regarding same | |
| | Douglas M. Foley   1.90 hours at  550.00 per hour. | $1,045.00 |
| 02/20/09 | E-mails regarding individual duplicate objections and analyze issues regarding same | |
| | Sarah B. Boehm    .40 hours at  450.00 per hour. | $180.00 |
| 02/20/09 | E-mails with debtors' professionals regarding claims objections, procedures and other issues (1.2); e-mails and telephone conference with claimants regarding first omnibus objection and related issues and e-mail claims (1.1) | |
| | Daniel F. Blanks   2.30 hours at  375.00 per hour. | $862.50 |
| 02/21/09 | Analyze issues and e-mails with debtors professionals regarding administrative claims bar date motion and new statute possibly effecting government units regarding same | |
| | Douglas M. Foley   .90 hours at  550.00 per hour. | $495.00 |
| 02/23/09 | Conference with debtors professionals and client regarding analysis of 503(b)(9) claims and claim objection process and timing of same | |
| | Douglas M. Foley   2.30 hours at  550.00 per hour. | $1,265.00 |
| 02/23/09 | Prepare for and participate in telephone conference with FTI regarding 503(b)(9) claim objections (.5); prepare for and participate in telephone conference with FTI regarding claim objection planning and strategy (.7) | |
| | Sarah B. Boehm   1.20 hours at  450.00 per hour. | $540.00 |
| 02/24/09 | E-mails with creditors regarding status of 503(b)(9) and other claim reconciliation issues (.6); telephone conference and e-mails with debtors professionals regarding same and timing of filing objections (.8) | |
| | Douglas M. Foley   1.40 hours at  550.00 per hour. | $770.00 |

Circuit City Stores Inc
File Number: 2055557                              Page  46
Invoice No. 91120771                             March 16, 2009

02/26/09 Review preference analysis and telephone
         conference with debtors professionals regarding
         same for purposes of objecting to 503(b)(9)
         claims (.9); telephone conference with
         creditors regarding claim reconciliation issues
         (.4)
         Douglas M. Foley  1.30 hours at  550.00 per hour.        $715.00

02/27/09 Draft motion for procedures for omnibus
         objections to claims and review material
         regarding same
         Daniel F. Blanks  1.20 hours at  375.00 per hour.        $450.00

02/28/09 Continue draft and revise claims objection
         procedures motion and analyze issues regarding
         same and research issues regarding same
         Daniel F. Blanks  1.20 hours at  375.00 per hour.        $450.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 14.8 | $8,140.00 |
| Sarah B. Boehm | $450.00 | 7.5 | $3,375.00 |
| Daniel F. Blanks | $375.00 | 16.8 | $6,300.00 |
| TOTAL FEES | | 39.1 | $17,815.00 |

**Re: Disclosure Statement and Plan**
     **Our File No.   2055557-0270**
     **Circuit City ContactR. Hedgebeth**
     **McGuireWoods ContactD. Hayes**

02/18/09 Analyze, draft, revise, finalize and file
         notice and motion to extend exclusivity and
         multiple calls and e-mails regarding same
         Sarah B. Boehm  1.30 hours at  450.00 per hour.          $585.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $450.00 | 1.3 | $585.00 |
| TOTAL FEES | | 1.3 | $585.00 |

**Re: Employee Benefits/Pensions**
     **Our File No.   2055557-0280**
     **Circuit City ContactR. Hedgebeth**
     **McGuireWoods ContactD. Hayes**

Circuit City Stores Inc
File Number: 2055557                                    Page  47
Invoice No. 91120771                                    March 16, 2009

02/23/09  Receive and review domestic relations order
          from Y. Harris for 401(k) plan (.8); draft
          letter to parties (.8); draft e-mail response
          to Y. Harris (.2)
          Dorothy J. Hannan   1.80 hours at  245.00 per hour.      $441.00

02/25/09  Review proposed domestic relations order
          received from S. Loyd on 2/25/09 for 401(k)
          plan(.5); draft letter to parties (.6); draft
          e-mail response to S. Loyd (.2)
          Dorothy J. Hannan   1.30 hours at  245.00 per hour.      $318.50

02/26/09  Review QDRO and draft response per request of
          S. Loyd
          Elizabeth A. Diller   .80 hours at  275.00 per hour.     $220.00

02/26/09  Review QDRO and draft response per request of
          Y. Harris
          Elizabeth A. Diller   .60 hours at  275.00 per hour.     $165.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Elizabeth A. Diller | $275.00 | 1.4 | $385.00 |
| Dorothy J. Hannan | $245.00 | 3.1 | $759.50 |
| TOTAL FEES | | 4.5 | $1,144.50 |

**Re: Intellectual Property Matters**
    **Our File No.   2055557-0310**
    **Circuit City ContactR. Hedgebeth**
    **McGuireWoods ContactD. Hayes**

02/04/09  E-mail from potential buyer of domain (.1);
          discussion with J. Peyton regarding same (.1)
          Kymberleigh B. Gokey   .20 hours at  160.00 per hour.    $32.00

02/09/09  Receive and review correspondence from Smart &
          Biggar regarding lien placed on Canadian
          trademarks and applications
          Douglas B. Smith   .10 hours at  295.00 per hour.        $29.50

02/17/09  E-mails with agent in Canada regarding
          maintenance filing due for CUSTOM RYDZ and
          Design
          Douglas B. Smith   .70 hours at  295.00 per hour.        $206.50

02/18/09  E-mails with agents regarding extension request
          for CUSTOM RYDZ mark (.1); file request (.1)
          Douglas B. Smith   .20 hours at  295.00 per hour.        $59.00

Circuit City Stores Inc
File Number: 2055557                                    Page  48
Invoice No. 91120771                                   March 16, 2009

02/19/09 Receive and review correspondence from agent in
         Canada regarding VERGE opposition
         Douglas B. Smith   .10 hours at  295.00 per hour.        $29.50

02/26/09 Conference with K. Gokey regarding upcoming
         trademark maintenance filings
         Douglas B. Smith   .20 hours at  295.00 per hour.        $59.00

02/26/09 E-mails with J. Preas regarding status of
         certain Circuit City marks
         Douglas B. Smith   .60 hours at  295.00 per hour.       $177.00

02/26/09 Review docket reminders for upcoming trademark
         maintenance deadlines (.1); prepare
         correspondence to client regarding deadline for
         statement of use or request for extension of
         time for CUSTOM RYDZ, MICROZ and MICROZ and
         Design (.5); e-mail to D. Smith regarding same
         (.1)
         Kymberleigh B. Gokey   .60 hours at  160.00 per hour.   $96.00

02/26/09 Review docket reminder (.1); prepare
         correspondence to client regarding upcoming
         trademark maintenance deadline for CIRCUIT CITY
         HELPING HANDS FUND (.1); e-mail to D. Smith
         regarding same (.1)
         Kymberleigh B. Gokey   .30 hours at  160.00 per hour.   $48.00

02/27/09 Review client patent listing (.2); conduct
         database searches (.6); obtain patent documents
         from the United States patent office and
         Canadian patent office (.3)
         John S. Hilten   1.10 hours at  475.00 per hour.       $522.50

02/27/09 Prepare and send trademark reports to J. Preas
         and D. Ramsey (.9); e-mails and conference call
         with D. Ramsey (.4
         Douglas B. Smith   1.30 hours at  295.00 per hour.     $383.50

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| John S. Hilten | $475.00 | 1.1 | $522.50 |
| Douglas B. Smith | $295.00 | 3.2 | $944.00 |
| Kymberleigh B. Gokey | $160.00 | 1.1 | $176.00 |
| TOTAL FEES | | 5.4 | $1,642.50 |

Disbursements and Other Expenses:
     Copy Charges                              $978.70
     CourtLink Research                         $66.50
     Pacer Research                            $137.04

Circuit City Stores Inc
File Number: 2055557                                    Page  49
Invoice No. 91120771                                   March 16, 2009

| | | |
|---|---|---:|
| | Long Distance Telephone Charges | $39.80 |
| 01/29/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 01/29/2009 | $115.47 |
| 01/29/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 01/29/2009 | $19.49 |
| 02/03/09 | FedEx Priority Overnight/Int'l Priority to El Segundo, CA - Tracking #:  37508205 | $16.88 |
| 02/04/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 02/04/2009 | $10.74 |
| 02/04/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 02/04/2009 | $16.54 |
| 02/04/09 | FedEx Priority Overnight/Int'l Priority to El Segundo, CA - Tracking #:  981737509006 | $16.88 |
| 02/05/09 | LINDA J. NEILSON - Travel to Richmond  to prepare documents for hearing 01/15-01/16/09; room, mileage, parking | $304.56 |
| 02/05/09 | FedEx Priority Overnight/Int'l Priority to San Francisco, CA - Tracking #:  986584516856 | $14.13 |
| 02/05/09 | DOUGLAS M. FOLEY - Travel to Richmond for client meetings 01/29-01/30/09; room | $694.95 |
| 02/09/09 | DION W. HAYES - Court Conference Call charges 11/10/08 | $64.00 |
| 02/10/09 | FedEx Priority Overnight/Int'l Priority to El Segundo, CA - Tracking #:  981737510617 | $16.88 |
| 02/11/09 | FedEx Priority Overnight/Int'l Priority to Los Angeles, CA - Tracking #:  981737511110 | $14.13 |
| 02/11/09 | FedEx Priority Overnight/Int'l Priority to Henrico, VA - Tracking #:  981737511142 | $7.50 |
| 02/11/09 | FedEx Priority Overnight/Int'l Priority to Henrico, VA - Tracking #:  981737511131 | $7.50 |
| 02/11/09 | DOUGLAS M. FOLEY - Travel to Richmond for client meetings 02/02/09; mileage | $102.63 |
| 02/11/09 | DOUGLAS M. FOLEY - Working dinner 02/06/09 | $52.10 |
| 02/11/09 | DOUGLAS M. FOLEY - Travel to Richmond for client meetings 02/03-02/04/09; room, phone, mileage, parking | $230.63 |
| 02/11/09 | FedEx Priority Overnight/Int'l Priority to Richmond, VA - Tracking #:  981737511120 | $7.50 |
| 02/12/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 02/12/2009 | $22.15 |
| 02/12/09 | J&J COURT TRANSCRIBERS, INC. - Fee for Federal Court Daily on 1/29/09 | $103.20 |
| 02/13/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 02/13/2009 | $384.28 |
| 02/17/09 | KAREN B. CAIN - Working dinner 02/12/09 | $7.50 |
| 02/18/09 | FedEx Priority Overnight/Int'l Priority to Martinez, CA - Tracking #:  986584517131 | $14.13 |
| 02/19/09 | SARAH B. BOEHM - Filing fee charges 02/18/09 | $52.00 |
| 02/19/09 | HALASZ REPORTING - Professional Services | $300.00 |
| 02/19/09 | DOUGLAS M. FOLEY -  Working dinner to prepare for Omni hearing 02/12/09 | $89.29 |

Circuit City Stores Inc
File Number: 2055557                                    Page  50
Invoice No. 91120771                                   March 16, 2009

| | | |
|---|---|---|
| 02/19/09 | BIZPORT DOCUMENT SERVICES - Delivery from MW Richmond to Crown Plaza 1/28/09 | $17.92 |
| 02/19/09 | DOUGLAS M. FOLEY - Travel to Richmond to prepare for and to attend hearings 02/11-02/13/09; room, meals, phone, mileage, parking | $857.93 |
| 02/19/09 | BIZPORT DOCUMENT SERVICES - Delivery from MW Richmond to Crown Plaza 1/28/09 | $17.92 |
| 02/19/09 | DOUGLAS M. FOLEY - Travel to Richmond for hearing 02/15-02/18/09; room, mileage, parking | $601.74 |
| 02/19/09 | LINDA J. NEILSON - Travel to Richmond for meetings 02/12-02/13/09; room, mileage, parking | $304.56 |
| 02/20/09 | FedEx Priority Overnight/Int'l Priority to New Haven, CT - Tracking #:  986584517245 | $11.75 |
| 02/20/09 | FedEx Priority Overnight/Int'l Priority to Towson, MD - Tracking #:  981737514862 | $10.33 |
| 02/20/09 | FedEx Priority Overnight/Int'l Priority to Plymouth, MA - Tracking #:  986584517267 | $11.75 |
| 02/20/09 | FedEx Priority Overnight/Int'l Priority to New Brunswick, NJ - Tracking #:  986584517234 | $9.26 |
| 02/23/09 | DANIEL F. BLANKS - Travel to Richmond for meetings concerning Circuit City 02/12/09; room, mileage | $248.79 |
| 02/23/09 | JOHN H. MADDOCK - Van service to court 02/13/09 | $720.00 |
| 02/23/09 | FedEx Priority Overnight/Int'l Priority to Towson, MD - Tracking #:  981737515836 | $7.50 |
| 02/23/09 | SARAH B. BOEHM - Shuttle to Bankruptcy Court 01/16/09 | $720.00 |
| 02/23/09 | SARAH B. BOEHM - Van service 02/18/09 | $180.00 |
| 02/23/09 | SARAH B. BOEHM - Van service to travel to Omnibus Hearing 02/17/09 | $450.00 |
| 02/25/09 | BIZPORT - LOGISTICS - Delivery from MW Richmond to US Bankruptcy Court 2/10/09 | $6.00 |
| 02/27/09 | FedEx Priority Overnight/Int'l Priority to Los Angeles, CA - Tracking #:  863350287132 | $14.13 |
| 02/27/09 | FedEx Priority Overnight/Int'l Priority to Los Angeles, CA -Tracking #:  863350287750 | $14.13 |
| 02/27/09 | FedEx Priority Overnight/Int'l Priority to Sacramento, CA - Tracking #:  863350287739 | $14.13 |
| 02/27/09 | FedEx Priority Overnight/Int'l Priority to Woodland Hills, CA - US Tracking #:  863350287740 | $14.13 |
| 02/27/09 | FedEx Priority Overnight/Int'l Priority to Los Angeles, CA - Tracking #:  986584517418 | $14.13 |
| 02/27/09 | FedEx Priority Overnight/Int'l Priority to Woodland Hills, CA - Tracking #:  986584517370 | $14.13 |
| 02/27/09 | FedEx Priority Overnight/Int'l Priority to Los Angeles, CA - Tracking #:  863350287040 | $14.13 |
| 02/27/09 | FedEx Priority Overnight/Int'l Priority to Los ANgeles, CA - Tracking #:  986584517392 | $14.13 |
| 02/27/09 | FedEx Priority Overnight/Int'l Priority to Los Angeles, CA - Tracking #:  986584517381 | $14.13 |

Circuit City Stores Inc
File Number: 2055557                                         Page  51
Invoice No. 91120771                                        March 16, 2009

02/27/09 FedEx Priority Overnight/Int'l Priority to              $14.13
         Sacramento, CA - Tracking #:  986584517407
                    TOTAL EXPENSES                           $8,223.85


              Summary of Fees and Expenses:

                 Total Fees for all Matters:        $226,798.50

                 Total Expenses for all Matters:      $8,223.85

                 Total for this Invoice:            $235,022.35