# **Exhibit E2**

# McGUIREWOODS

**Dion W. Hayes**
**804.775.1144**

**One James Center**
**901 East Cary Street**
**Richmond, VA 23219-4030**

April 15, 2009

REMITTANCE COPY
PLEASE RETURN WITH PAYMENT
DIRECT ACCOUNTING INQUIRIES TO  (804) 775-1601 or (800) 775-2202

INVOICE NO. 91130000

Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA 23233

TAX ID NO.  54-0505857

JOINT GROUP #2055557

Balance Forward from Prior Invoices:                    $370,951.34
 *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
     Current Fees:              $264,626.00
     Current Disbursements:        $7,014.25
     **Current Invoice Total:**                $271,640.25

Total Balance Due:                              $642,591.59

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

        McGuireWoods LLP
        Attn: Accounts Receivable
        901 E. Cary Street
        Richmond, VA 23219-4030

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Dion W. Hayes**
804.775.1144

**One James Center**
**901 East Cary Street**
**Richmond, VA 23219-4030**

April 15, 2009

Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA 23233

Bill Through: 03/31/09

INVOICE NO.   91130000                          TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: General Case Administration
    Our File No.   2055557-0010
    Circuit City ContactDaniel W. Ramsey
    McGuireWoods ContactDouglas M. Foley

| Date | Description | Amount |
|---|---|---|
| 03/01/09 | Analyze pleadings and multiple e-mails regarding status of matters for omnibus hearing<br>Sarah B. Boehm   .40 hours at  450.00 per hour. | $180.00 |
| 03/02/09 | Review and revise agenda, review pleadings, and telephone conferences and e-mails with client, debtors professionals and opposing counsel regarding preparation for omni hearing on 3/3 and status and resolution of various matters<br>Douglas M. Foley   4.80 hours at  550.00 per hour. | $2,640.00 |
| 03/02/09 | Finalize and file affidavit of service and e-mails regarding same (.2); analyze issues regarding status of various matters set for omnibus hearing and multiple calls and e-mails regarding same (.4); analyze and revise agenda and multiple e-mails regarding same (.4); multiple e-mails regarding orders for matters set for omnibus hearing (.3)<br>Sarah B. Boehm   1.30 hours at  450.00 per hour. | $585.00 |

Circuit City Stores Inc
File Number: 2055557                              Page   2
Invoice No. 91130000                             April 15, 2009

03/02/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy case (2.9); preparation for March 3,
          2009 omnibus hearing and related issues and
          review and analyze documents, pleadings, and
          other items regarding same and prepare orders,
          notices, and other items regarding same (2.8);
          revise and file proposed hearing agenda for
          March 3, 2009 and review pleadings regarding
          same (1.1)
          Daniel F. Blanks   6.80 hours at  375.00 per hour.    $2,550.00

03/02/09  Review docket, revise amended hearing agenda
          for filing and correspondence regarding same
          Linda J. Neilson   1.70 hours at  185.00 per hour.     $314.50

03/02/09  Research bankruptcy court docket and analysis
          of filings (1.7); work on items for additional
          designation to appeal (2.6)
          Karen B. Cain   4.30 hours at  195.00 per hour.        $838.50

03/03/09  Prepare for and attend omnibus hearing for 3/3
          agenda and follow-up with respect to certain
          orders and notices after hearing, including
          defective inventory sale notice and potential
          order
          Douglas M. Foley   3.90 hours at  550.00 per hour.   $2,145.00

03/03/09  Revise and submit multiple orders from omnibus
          hearing and multiple e-mails regarding same
          (1.6); finalize and file affidavit of service
          (.2); multiple calls to various parties (1.3);
          e-mails regarding transcripts (.1); analyze and
          distribute correspondence (.7)
          Sarah B. Boehm   3.90 hours at  450.00 per hour.     $1,755.00

03/03/09  Prepare for and participate in March 3, 2009
          omnibus hearing and review and analyze
          documents, pleadings, notices, proposed orders,
          and other matters regarding same (6.1); review,
          analyze, revise, and submit orders regarding
          same (.8); multiple telephone conferences and
          e-mails with creditors and parties in interest
          regarding bankruptcy case and related issues
          and review and analyze issues regarding same
          (2.1)
          Daniel F. Blanks   9.00 hours at  375.00 per hour.   $3,375.00

03/03/09  Monitor calls from hot line and revise log for
          hot line calls
          Frances C. Smith   1.60 hours at  215.00 per hour.     $344.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91130000

03/03/09  Research bankruptcy court docket and analysis
          of filings (1.7); work on items for additional
          designation to appeal (1.9); work on appeal
          binders (.4); correspondence to bankruptcy
          court regarding hand delivery of designation of
          additional items (.2); assist D. Foley and D.
          Blanks with omnibus hearing preparations (1.3);
          telephone call to court reporter regarding
          electronic version of 2/25/2009 omnibus hearing
          transcript (.4)
          Karen B. Cain   5.90 hours at  195.00 per hour.          $1,150.50

03/04/09  Finalize and file pleadings and multiple
          e-mails regarding same (.8); multiple calls to
          and from various parties (1.7); analyze
          correspondence (.6); analyze entered orders and
          e-mails regarding service of same (.4)
          Sarah B. Boehm   3.50 hours at  450.00 per hour.         $1,575.00

03/04/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy case and related issues and review
          and analyze case, documents, pleadings, and
          other material regarding same
          Daniel F. Blanks   4.20 hours at  375.00 per hour.       $1,575.00

03/04/09  Analysis of document and filings for hearing
          dates (1.1); prepare chart of events for
          professionals (.8); work on case calendar (1.2)
          Karen B. Cain   3.10 hours at  195.00 per hour.           $604.50

03/05/09  Analyze and distribute correspondence (.6);
          multiple calls to and from various parties
          (1.1); draft, revise, analyze, finalize and
          file multiple pleadings and multiple calls and
          e-mails regarding same (1.8); revise and submit
          multiple orders and telephone conference with
          clerk's office regarding same (.4)
          Sarah B. Boehm   3.90 hours at  450.00 per hour.         $1,755.00

03/05/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy cases and related issues and analyze
          multiple issues, documents, pleadings, notices,
          and other items regarding same
          Daniel F. Blanks   2.30 hours at  375.00 per hour.        $862.50

03/05/09  Research bankruptcy court docket (.9); analysis
          of filings (.8); work on chart of hearing items
          for professionals (.7)
          Karen B. Cain   2.40 hours at  195.00 per hour.           $468.00

Circuit City Stores Inc
File Number: 2055557                                   Page    4
Invoice No. 91130000                                   April 15, 2009

03/06/09  Analyze, revise, finalize and file pleadings
          and multiple calls and e-mails regarding same
          (1.6); handle issues regarding hotline calls
          (.4); analyze entered orders and e-mails
          regarding same (.2); multiple calls to and from
          various parties (.9); analyze correspondence
          (.6)
          Sarah B. Boehm    3.70 hours at   450.00 per hour.          $1,665.00

03/06/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy case and related issues and review
          and analyze multiple documents, pleadings, and
          other material regarding same
          Daniel F. Blanks    2.20 hours at   375.00 per hour.          $825.00

03/06/09  Monitor calls from hot line and revise log for
          hot line calls (3.2); return hot line calls
          (4.6)
          Frances C. Smith    7.80 hours at   215.00 per hour.        $1,677.00

03/08/09  Analyze multiple e-mails regarding status of
          various matters
          Sarah B. Boehm     .40 hours at   450.00 per hour.           $180.00

03/08/09  Multiple e-mails and telephone conferences with
          creditors and parties in interest regarding
          bankruptcy case and related issues
          Daniel F. Blanks    1.30 hours at   375.00 per hour.          $487.50

03/09/09  Analyze, revise, finalize and file pleadings
          and e-mails regarding same (1.4); multiple
          calls to and from various parties (.7); analyze
          correspondence (.4)
          Sarah B. Boehm    2.50 hours at   450.00 per hour.          $1,125.00

03/09/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy case and related issues and analyze
          multiple issues and review and analyze multiple
          pleadings, documents, and other matters
          regarding same
          Daniel F. Blanks    3.40 hours at   375.00 per hour.        $1,275.00

03/09/09  Monitor calls from hot line and revise log for
          hot line calls (2.2); return hot line calls
          (.6)
          Frances C. Smith    2.80 hours at   215.00 per hour.          $602.00

Circuit City Stores Inc
File Number: 2055557                                    Page    5
Invoice No. 91130000                                    April 15, 2009

03/09/09  Review docket for motions set for hearing on
          3/13/09
          Linda J. Neilson    .40 hours at  185.00 per hour.          $74.00

03/10/09  Analyze and revise agenda and review pleadings
          regarding same (.4); multiple calls to and from
          various parties (1.3); analyze correspondence
          (.4)
          Sarah B. Boehm   2.10 hours at  450.00 per hour.           $945.00

03/10/09  Multiple telephone conferences and e-mails with
          debtors' professionals, creditors and parties
          in interest regarding bankruptcy case and
          related issues and review and analyze
          pleadings, documents, orders, and other
          material regarding same and analyze strategies
          regarding same
          Daniel F. Blanks   1.90 hours at  375.00 per hour.         $712.50

03/10/09  Monitor calls from hot line and revise log for
          hot line calls
          Frances C. Smith    .60 hours at  215.00 per hour.         $129.00

03/10/09  Review agenda, analyze docket and
          correspondence regarding same
          Linda J. Neilson    .30 hours at  185.00 per hour.          $55.50

03/10/09  Telephone calls to creditors from hot line
          Karen B. Cain    .90 hours at  195.00 per hour.            $175.50

03/11/09  Review and revise agenda for hearing on matters
          scheduled for 3/13 and e-mails with
          counterparties, client and debtors
          professionals regarding same
          Douglas M. Foley    .40 hours at  550.00 per hour.         $220.00

03/11/09  Analyze, revise, finalize and file agenda and
          multiple e-mails regarding same (1.2);
          telephone conference with court regarding
          rescheduling hearing time and e-mails regarding
          same (.4)
          Sarah B. Boehm   1.60 hours at  450.00 per hour.           $720.00

03/11/09  Multiple telephone conferences and e-mails with
          creditors, debtors' professionals and other
          parties in interest regarding bankruptcy case
          and related issues and analyze issues regarding
          same and review material regarding same
          Daniel F. Blanks   2.40 hours at  375.00 per hour.         $900.00

Circuit City Stores Inc
File Number: 2055557                                    Page   6
Invoice No. 91130000                                    April 15, 2009
_____


03/11/09   Review and revise agenda for 3/13/2009 hearing
           Linda J. Neilson    .60 hours at  185.00 per hour.        $111.00

03/11/09   Research bankruptcy court docket (.9); analysis
           of filings for deadlines and hearing dates
           (1.2); work on case calendar (.7); status of
           deadlines to professionals (.3)
           Karen B. Cain   3.10 hours at  195.00 per hour.           $604.50

03/12/09   Analyze, revise, finalize and file amended
           agenda and multiple e-mails regarding status of
           various matters (.7); analyze objections
           regarding cure and prepare for omnibus hearing
           and multiple calls and e-mails regarding same
           (3.2); draft correspondence to clerk's office
           and handle filing documents under seal and
           multiple calls and e-mails regarding same (.4);
           multiple calls to and from multiple parties
           (.8); analyze and distribute correspondence
           (.4)
           Sarah B. Boehm   5.50 hours at  450.00 per hour.        $2,475.00

03/12/09   Multiple telephone conferences and e-mails with
           creditors and parties in interest regarding
           bankruptcy case and related issues and review
           and analyze multiple issues regarding same
           Daniel F. Blanks   2.70 hours at  375.00 per hour.     $1,012.50

03/12/09   Review and prepare amended hearing agenda for
           3/13/09 (1.0); prepare documents for hearing
           (1.1)
           Linda J. Neilson   2.10 hours at  185.00 per hour.       $388.50

03/12/09   Prepare documents and potential exhibits for
           hearing (2.3); work on professional hearing
           binder and filings (1.1)
           Karen B. Cain   3.40 hours at  195.00 per hour.          $663.00

03/13/09   Analyze pleadings and strategy regarding
           upcoming omnibus hearing and e-mails regarding
           same
           Sarah B. Boehm    .80 hours at  450.00 per hour.         $360.00

03/13/09   Multiple telephone conferences and e-mails with
           creditors and parties in interest regarding
           bankruptcy and related issues and review and
           analyze multiple issues regarding same and
           review and analyze documents and pleadings
           regarding same
           Daniel F. Blanks   1.80 hours at  375.00 per hour.       $675.00

Circuit City Stores Inc
File Number: 2055557                                    Page    7
Invoice No. 91130000                                    April 15, 2009

| | | |
|---|---|---|
| 03/13/09 | Prepare documents for omnibus hearing (3.2); work on and update professionals' hearing binders with current filings (2.1); assist with omnibus hearing preparation (1.9); assist with orders for entry (.9); work on chart of administrative expense motions (2.1)<br>Karen B. Cain  10.20 hours at  195.00 per hour. | $1,989.00 |
| 03/15/09 | Research bankruptcy court docket (1.7); analysis of administrative expense claims (1.6)<br>Karen B. Cain   3.30 hours at  195.00 per hour. | $643.50 |
| 03/16/09 | Finalize and submit multiple orders from hearing (.7); analyze and revise agenda and e-mails regarding status of various matters (.4); multiple calls to and from various parties (1.3)<br>Sarah B. Boehm   2.40 hours at  450.00 per hour. | $1,080.00 |
| 03/16/09 | Multiple telephone conferences to creditors and parties in interest regarding bankruptcy case and related issues<br>Karen L. Duncan   2.30 hours at  375.00 per hour. | $862.50 |
| 03/16/09 | Multiple telephone conferences and e-mails with creditors and parties in interest regarding bankruptcy case and related issues and e-mails with parties regarding same and review and analyze documents, pleadings, and notices regarding same (2.9); review docket and case calendars regarding pending matters for March 30th and preparations regarding same (1.1)<br>Daniel F. Blanks   4.00 hours at  375.00 per hour. | $1,500.00 |
| 03/16/09 | Review docket and agenda for 3/20/09 hearing (1.1); correspondence regarding same (.2)<br>Linda J. Neilson   1.30 hours at  185.00 per hour. | $240.50 |
| 03/16/09 | Analysis of administrative expense claims (3.7); research bankruptcy court docket regarding revised hearing dates (1.2); work on chart of administrative expense claims and correspondence regarding same (1.5)<br>Karen B. Cain   6.50 hours at  195.00 per hour. | $1,267.50 |

Circuit City Stores Inc
File Number: 2055557                                    Page   8
Invoice No. 91130000                                    April 15, 2009

03/17/09  E-mails regarding status of various matters set
          for upcoming hearing and hearing preparation
          regarding same (.6); e-mails regarding service
          of multiple orders (.4); analyze matters set
          for next omnibus hearing and e-mails regarding
          same (.3)
          Sarah B. Boehm    1.30 hours at  450.00 per hour.         $585.00

03/17/09  Multiple telephone conferences to creditors and
          parties in interest regarding bankruptcy case
          and related issues
          Karen L. Duncan    1.80 hours at  375.00 per hour.        $675.00

03/17/09  Multiple telephone conferences and e-mails with
          parties in interest and creditors regarding
          bankruptcy case and related issues
          Daniel F. Blanks    1.90 hours at  375.00 per hour.       $712.50

03/17/09  Prepare documents for 3/20/09 hearing (1.2);
          review docket and revise hearing agenda for
          filing on 3/18/09 (.9)
          Linda J. Neilson    2.10 hours at  185.00 per hour.       $388.50

03/17/09  Research bankruptcy court docket regarding
          administrative expense claims (2.1); analysis
          of filings (3.8)
          Karen B. Cain    5.90 hours at  195.00 per hour.        $1,150.50

03/18/09  Analyze pleadings, revise, finalize and file
          agenda and multiple calls and e-mails regarding
          same (1.2); multiple calls to and from various
          parties (.9); telephone conference regarding
          upcoming omnibus hearing agenda items and
          response deadlines (.9); revise and submit
          various orders (.4); analyze correspondence
          (.6)
          Sarah B. Boehm    4.00 hours at  450.00 per hour.       $1,800.00

03/18/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy case and related issues and review
          and analyze documents, pleadings, and other
          items regarding same (2.1); telephone
          conferences and e-mails with debtors'
          professionals regarding strategies regarding
          March 30, 2009 omnibus hearing and review
          pleadings regarding same (1.50)
          Daniel F. Blanks    2.60 hours at  375.00 per hour.       $975.00

Circuit City Stores Inc
File Number: 2055557                                    Page    9
Invoice No. 91130000                                   April 15, 2009

03/18/09  Monitor calls from hot line and revise log for
          hot line calls (1.4); return hot line calls
          (.7)
          Frances C. Smith    2.10 hours at   215.00 per hour.        $451.50

03/18/09  Review docket and revise hearing agenda for
          filing (2.1); teleconferences and
          correspondence regarding same (1.2); prepare
          documents for hearing (.6); research and
          retrieve documents (.1); teleconference
          regarding preparation for hearings and
          assignments (.2); retrieve information on
          garnishment (.2); revise tracking charts (1.1)
          Linda J. Neilson    5.50 hours at   185.00 per hour.      $1,017.50

03/19/09  Prepare for omnibus hearing and multiple calls
          and e-mails regarding status of various matters
          (2.9); multiple calls and e-mails with various
          parties (1.3)
          Sarah B. Boehm    4.20 hours at   450.00 per hour.        $1,890.00

03/19/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy case and related issues
          Daniel F. Blanks    2.70 hours at   375.00 per hour.      $1,012.50

03/19/09  Correspondence regarding tracking charts for
          hearing
          Linda J. Neilson     .20 hours at   185.00 per hour.         $37.00

03/20/09  Prepare for attended omnibus hearing and
          meeting with client and witnesses regarding
          same
          Douglas M. Foley    3.90 hours at   550.00 per hour.      $2,145.00

03/20/09  Multiple calls to and from various parties
          (.8); revise, finalize, file and handle issues
          regarding service of multiple pleadings and
          multiple calls and e-mails regarding same
          (1.1); e-mails with KCC regarding service of
          various orders and related matters (.2);
          finalize and file multiple affidavits of
          service (.3)
          Sarah B. Boehm    2.40 hours at   450.00 per hour.        $1,080.00

03/20/09  Multiple telephone calls with creditors and
          parties in interest regarding bankruptcy case
          and related issues
          Karen L. Duncan    1.30 hours at   375.00 per hour.         $487.50

Circuit City Stores Inc
File Number: 2055557                              Page  10
Invoice No. 91130000                             April 15, 2009

03/20/09  Multiple telephone conferences and e-mails with
          claimants and creditors and parties in interest
          regarding bankruptcy case and related issues
          and analyze issues and documents regarding same
          Daniel F. Blanks   2.10 hours at  375.00 per hour.        $787.50

03/20/09  Review and revise hearing charts
          Linda J. Neilson    .20 hours at  185.00 per hour.         $37.00

03/20/09  Prepare documents for omnibus hearing exhibits
          (1.6); prepare professional hearing binder
          (.9); assist with omni hearing preparation (.4)
          Karen B. Cain   2.80 hours at  195.00 per hour.           $546.00

03/22/09  E-mails regarding status of various matters for
          upcoming hearing
          Sarah B. Boehm    .20 hours at  450.00 per hour.           $90.00

03/22/09  Telephone conferences with parties regarding
          bankruptcy case and related issues
          Daniel F. Blanks   .60 hours at  375.00 per hour.         $225.00

03/23/09  Review and revise form of agenda for hearings
          on 3/30 and review outstanding motions for
          administrative claims and analyze issues and
          resolutions regarding same
          Douglas M. Foley    .90 hours at  550.00 per hour.        $495.00

03/23/09  Analyze issues regarding Dentici stipulation
          and e-mails regarding same (.3); finalize and
          file multiple affidavits of service and e-mails
          with K. Cain regarding same (.7); multiple
          calls to and from various parties (1.1);
          revise, finalize and file pleadings and
          multiple calls and e-mails regarding same (.9)
          Sarah B. Boehm   3.00 hours at  450.00 per hour.        $1,350.00

03/23/09  Telephone conferences with creditors and
          parties in interest regarding bankruptcy care
          and related issues
          Karen L. Duncan    .20 hours at  375.00 per hour.          $75.00

03/23/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy case and related issues and review
          and analyze issues regarding same
          Daniel F. Blanks   2.80 hours at  375.00 per hour.      $1,050.00

Circuit City Stores Inc
File Number: 2055557                                    Page  11
Invoice No. 91130000                                    April 15, 2009

03/24/09 E-mails regarding resolutions of lift stay
         matters and review and update to agenda for
         hearing on 3/30
         Douglas M. Foley    .60 hours at  550.00 per hour.        $330.00

03/24/09 Finalize and file ordinary course professional
         affidavit and e-mails regarding same (.2);
         draft correspondence and multiple e-mails
         regarding seal incentive exhibits and order
         (.4); finalize and file affidavit of service
         for KCC and e-mails regarding same (.2); review
         entered orders and e-mails regarding service of
         same (.3); draft notice regarding amended
         agency agreement schedules and e-mails
         regarding same (.3); multiple phone calls to
         and from various parties (1.7); review
         correspondence (.8)
         Sarah B. Boehm   3.90 hours at  450.00 per hour.        $1,755.00

03/24/09 Telephone conferences and e-mails with
         creditors and parties in interest regarding
         bankruptcy case and related issues
         Daniel F. Blanks    .60 hours at  375.00 per hour.        $225.00

03/24/09 Monitor calls from hot line and revise log for
         hot line calls
         Frances C. Smith    .90 hours at  215.00 per hour.        $193.50

03/24/09 Review first draft of 3/30/09 hearing agenda
         (.7); review docket regarding same (.4)
         Linda J. Neilson   1.10 hours at  185.00 per hour.        $203.50

03/25/09 Review and revise agenda and continued
         preparation for omni hearings on 3/30 and
         e-mails and telephone conferences regarding
         same with client, debtors professionals, and
         opposing counsel (2.3); telephone conference
         and e-mails with UST and client and debtors
         professionals regarding opening new bank
         accounts and Section 345 requirements relating
         thereto and approved institutions (.4)
         Douglas M. Foley   2.70 hours at  550.00 per hour.        $1,485.00

03/25/09 Analyze pleadings, revise agenda and multiple
         calls and e-mails regarding status of various
         matters (.8); e-mails regarding request for
         certified copy of order (.2); finalize and file
         affidavit of service for KCC and e-mails
         regarding same (.3); multiple calls to and from
         various parties (1.1)
         Sarah B. Boehm   2.40 hours at  450.00 per hour.        $1,080.00

Circuit City Stores Inc
File Number: 2055557                                    Page  12
Invoice No. 91130000                                   April 15, 2009

03/25/09  Telephone conferences with creditors and
          parties in interest regarding bankruptcy case
          and related issues
          Karen L. Duncan    .20 hours at  375.00 per hour.          $75.00

03/25/09  Prepare documents for 3/30/09 hearing and
          correspondence regarding 3/30/09 hearing agenda
          Linda J. Neilson   1.00 hours at  185.00 per hour.        $185.00

03/25/09  Telephone calls and obtain certified order on
          sale (.9); correspondence to title company
          (.4); research bankruptcy court docket (.7);
          analysis of administrative expense related
          filings (.9); work on chart of claims (.6);
          monitor original document filings (2.3).
          Karen B. Cain   5.80 hours at  195.00 per hour.        $1,131.00

03/26/09  Review and revise agenda for items on for 3/30
          agenda and e-mails with client and co-counsel
          regarding same
          Douglas M. Foley   .40 hours at  550.00 per hour.        $220.00

03/26/09  Revise, finalize, file and handle service
          issues regarding multiple pleadings and
          multiple calls and e-mails regarding same
          (1.4); revise, finalize and file agenda and
          multiple calls and e-mails regarding status of
          various matters (1.6); submit various orders
          and e-mails with clerk's office regarding same
          (.3); e-mails regarding banking information for
          new accounts (.2)
          Sarah B. Boehm   3.50 hours at  450.00 per hour.        $1,575.00

03/26/09  E-mails with in-house counsel regarding
          multiple issues and prepare for and participate
          in telephone conference regarding same (.6);
          multiple telephone conferences with parties in
          interest, creditors, and debtors' professionals
          regarding bankruptcy case and related issues
          and analyze issues regarding same (1.5)
          Daniel F. Blanks   2.10 hours at  375.00 per hour.        $787.50

03/26/09  Monitor calls from hot line and revise log for
          hot line calls
          Frances C. Smith   3.10 hours at  215.00 per hour.        $666.50

03/26/09  Prepare 3/30/09 hearing agenda for filing
          (1.6); correspondence and teleconferences
          regarding same (.9)
          Linda J. Neilson   2.50 hours at  185.00 per hour.        $462.50

Circuit City Stores Inc
File Number: 2055557                              Page  13
Invoice No. 91130000                              April 15, 2009

03/26/09  Analysis and breakdown of original filings and
          filing receipts (3.1); work on professional
          omnibus hearing binders (.9); conference with
          S. Boehm regarding same (.2); research
          bankruptcy court docket regarding
          administrative expense claim status (.9); work
          on administrative expense claim chart (1.7)
          Karen B. Cain   6.80 hours at  195.00 per hour.        $1,326.00

03/27/09  E-mails and telephone conference regarding
          setting new omnibus hearing dates for May and
          June (.3); review and revised agenda for
          matters on 3/30 docket (.9)
          Douglas M. Foley   1.20 hours at  550.00 per hour.      $660.00

03/27/09  Multiple calls and e-mails regarding revisions
          to agenda and status of various matters (.5);
          e-mails with clerk's office regarding sealed
          documents (.2); multiple calls and e-mails
          regarding rescheduling hearing time (.4);
          multiple calls and e-mails regarding additional
          omni hearing dates (.2); e-mails regarding
          certified copy of order (.2); multiple calls
          and e-mails to and from various parties (1.2)
          Sarah B. Boehm   2.70 hours at  450.00 per hour.       $1,215.00

03/27/09  Telephone conferences with chambers regarding
          additional omnibus hearing dates and related
          issues and draft and file notice of same and
          e-mails with debtors' professionals regarding
          same (1.1); multiple telephone conferences and
          e-mails with parties in interest and creditors
          regarding bankruptcy case and related issues
          and review and analyze documents, pleadings and
          other material regarding same (1.2); review and
          analyze proposed agenda for March 30, 2009 and
          e-mails with parties regarding same (.4)
          Daniel F. Blanks   2.70 hours at  375.00 per hour.     $1,012.50

03/27/09  Monitor calls from hot line and revise log for
          hot line calls (4.4); return hot line calls
          (1.3)
          Frances C. Smith   5.70 hours at  215.00 per hour.     $1,225.50

03/27/09  Prepare documents for 3/30/09 hearing (1.0);
          correspondence regarding same (.3); update
          hearing charts (.3)
          Linda J. Neilson   1.60 hours at  185.00 per hour.      $296.00

Circuit City Stores Inc
File Number: 2055557                                    Page  14
Invoice No. 91130000                                    April 15, 2009

03/27/09  Analyze issues regarding omnibus hearing
          binders (.7); research bankruptcy court docket
          and filings (.6); work on omnibus binders for
          professionals (.9)
          Karen B. Cain   2.20 hours at  195.00 per hour.              $429.00

03/28/09  E-mails regarding hearing preparation and
          strategy and related issues (.3); e-mails
          regarding status of various matters and
          revisions to agenda (.2)
          Sarah B. Boehm    .50 hours at  450.00 per hour.             $225.00

03/28/09  Research bankruptcy court docket (1.2);
          analysis of omnibus agenda (.9); prepare
          omnibus hearing binders for professionals (3.3)
          Karen B. Cain   5.40 hours at  195.00 per hour.            $1,053.00

03/29/09  Review and revise agenda for 3/30 hearing date
          and e-mails with debtors professionals
          regarding same and continued preparation for
          hearing regarding same
          Douglas M. Foley   1.80 hours at  550.00 per hour.          $990.00

03/29/09  Analyze, revise, finalize and file amended
          agenda and multiple calls and e-mails regarding
          same (.9); analyze pleadings and related orders
          and prepare for omnibus hearing (1.2)
          Sarah B. Boehm   2.10 hours at  450.00 per hour.            $945.00

03/29/09  Telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy case (.6); review and file
          affidavits of service (.4)
          Daniel F. Blanks   1.00 hours at  375.00 per hour.          $375.00

03/29/09  E-mails with debtors' professionals regarding
          future omnibus hearing dates and status of
          matters and related issues
          Daniel F. Blanks    .70 hours at  375.00 per hour.          $262.50

03/29/09  Review and revise 3/30/09 hearing agenda (1.1);
          correspondence regarding same (.2); revise
          4/14/09 hearing chart (.7)
          Linda J. Neilson   2.00 hours at  185.00 per hour.          $370.00

03/29/09  Work on omnibus hearing binders
          Karen B. Cain   2.50 hours at  195.00 per hour.             $487.50

Circuit City Stores Inc
File Number: 2055557                                    Page  15
Invoice No. 91130000                                    April 15, 2009

03/30/09  Prepare for and attended omnibus hearing on
          3/30 and conference with client and debtors
          professionals regarding same
          Douglas M. Foley   3.90 hours at  550.00 per hour.        $2,145.00

03/30/09  Prepare for and participate in omnibus hearing
          (3.6); analyze, revise and submit orders
          regarding omnibus hearing and multiple calls
          and e-mails regarding same (2.1); multiple
          calls to and from various parties (1.2);
          e-mails regarding appeal status (.2); analyze
          agenda items for next omnibus hearing and
          related issues (.6); analyze correspondence
          (.4)
          Sarah B. Boehm   8.10 hours at  450.00 per hour.          $3,645.00

03/30/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy and multiple related issues and
          review and analyze multiple documents,
          pleadings, and other material regarding same
          Daniel F. Blanks   3.60 hours at  375.00 per hour.        $1,350.00

03/30/09  Monitor calls from hot line and revise log for
          hot line calls (1.8); return hot line calls
          (.9)
          Frances C. Smith   2.70 hours at  215.00 per hour.          $580.50

03/30/09  Work on professionals' hearing binders (2.1);
          prepare documents for omnibus hearing (.8)
          Karen B. Cain   2.90 hours at  195.00 per hour.             $565.50

03/31/09  Analyze pleadings and agenda items for next
          omnibus hearing and multiple calls and e-mails
          regarding same (1.1); analyze various orders
          and e-mails regarding service (.3); multiple
          calls and e-mails to various parties (.9);
          e-mails with clerk's office regarding orders
          (.2); calls and e-mails regarding status of
          fixtures (.2)
          Sarah B. Boehm   2.70 hours at  450.00 per hour.          $1,215.00

03/31/09  Multiple telephone calls with creditors and
          parties in interest regarding bankruptcy case
          and related items
          Karen L. Duncan    .80 hours at  375.00 per hour.           $300.00

Circuit City Stores Inc
File Number: 2055557                                        Page  16
Invoice No. 91130000                                       April 15, 2009

03/31/09 Multiple telephone conferences and e-mails with
         parties and creditors regarding bankruptcy
         cases and related issues and analyze issues
         regarding same and review and analyze
         documents, pleadings, and other items regarding
         same
         Daniel F. Blanks   2.90 hours at  375.00 per hour.      $1,087.50

03/31/09 Monitor calls from hot line and revise log for
         hot line calls
         Frances C. Smith   3.60 hours at  215.00 per hour.        $774.00

03/31/09 Review docket and revise hearing charts for
         4/14 and 4/28
         Linda J. Neilson    .80 hours at  185.00 per hour.        $148.00

03/31/09 Prepare claims spreadsheets and document
         packets for client meeting (1.7); work on
         appeal calendar (.2); research bankruptcy court
         docket (.9); analysis of filings and hearing
         dates on administrative expense claims (1.2);
         update administrative expense claims chart
         (.7); e-mail to and from professionals
         regarding meeting preparations (.2)
         Karen B. Cain   4.90 hours at  195.00 per hour.           $955.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 24.5 | $13,475.00 |
| Sarah B. Boehm | $450.00 | 73.0 | $32,850.00 |
| Daniel F. Blanks | $375.00 | 68.3 | $25,612.50 |
| Karen L. Duncan | $375.00 | 6.6 | $2,475.00 |
| Frances C. Smith | $215.00 | 30.9 | $6,643.50 |
| Karen B. Cain | $195.00 | 82.3 | $16,048.50 |
| Linda J. Neilson | $185.00 | 23.4 | $4,329.00 |
| TOTAL FEES | | 309.0 | $101,433.50 |

Re: Restructuring and General Strategy
    Our File No.   2055557-0020
    Circuit City ContactDaniel W. Ramsey
    McGuireWoods ContactDouglas M. Foley

03/11/09 Draft and revise 9019 motions and motions to
         expedite, file under seal and shorten notice
         and multiple telephone conferences and e-mails
         with debtors' professionals regarding same
         Daniel F. Blanks   2.80 hours at  375.00 per hour.      $1,050.00

Circuit City Stores Inc
File Number: 2055557                                      Page  17
Invoice No. 91130000                                     April 15, 2009

03/25/09 Several telephone calls and e-mails with client
        and debtors professionals regarding various tax
        issues, administrative claim protocol and
        procedures and bar date, and responses to new
        litigation notices, and analyze issues
        regarding same
        Douglas M. Foley   1.90 hours at  550.00 per hour.     $1,045.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 1.9 | $1,045.00 |
| Daniel F. Blanks | $375.00 | 2.8 | $1,050.00 |
| TOTAL FEES | | 4.7 | $2,095.00 |

**Re: Communications Matters**
    **Our File No.   2055557-0030**
    **Circuit City ContactDaniel W. Ramsay**
    **McGuireWoods ContactDouglas M. Foley**

03/04/09 E-mails and telephone conference with client
        and co-counsel regarding strategy and potential
        testimony or input at Congressional hearing
        regarding retail cases and effects of 2005 law
        changes
        Douglas M. Foley    .80 hours at  550.00 per hour.       $440.00

03/06/09 Follow-up e-mails regarding witness list at
        Congressional hearing regarding Circuit City
        and retail cases
        Douglas M. Foley    .20 hours at  550.00 per hour.       $110.00

03/12/09 E-mails regarding results of Congressional
        hearings and potential further response by
        company to content of same
        Douglas M. Foley    .20 hours at  550.00 per hour.       $110.00

03/19/09 Review draft of proposed ex post facto
        Congressional testimony regarding Circuit City
        hearings and retail bankruptcy cases and
        analyze issues regarding same
        Douglas M. Foley   1.20 hours at  550.00 per hour.       $660.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 2.4 | $1,320.00 |
| TOTAL FEES | | 2.4 | $1,320.00 |

**Re: Corporate Goverance**
    **Our File No.   2055557-0040**

Circuit City Stores Inc
File Number: 2055557                                    Page  18
Invoice No. 91130000                                    April 15, 2009

Circuit City ContactDaniel W. Ramsay
McGuireWoods ContactDouglas M. Foley

03/02/09  Participate in a meeting of the board of
          directors by conference telephone
          Robert L. Burrus Jr.   1.00 hours at  805.00 per hour.   $805.00

03/24/09  Telephone conversation with A. King (.8);
          exchange e-mails with D. Hayes (.2)
          Robert L. Burrus Jr.   1.00 hours at  805.00 per hour.   $805.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Robert L. Burrus Jr. | $805.00 | 2.0 | $1,610.00 |
| TOTAL FEES | | 2.0 | $1,610.00 |

**Re: Monthly Operating Reports**
     Our File No.   2055557-0060
     Circuit City ContactDaniel W. Ramsay
     McGuireWoods ContactDouglas M. Foley

03/10/09  Analyze issues regarding filing monthly
          operating report and multiple e-mails regarding
          same
          Sarah B. Boehm    .30 hours at  450.00 per hour.       $135.00

03/13/09  E-mails with debtors' professionals and review
          analyze, and file January monthly operating
          report
          Daniel F. Blanks    .60 hours at  375.00 per hour.     $225.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $450.00 | 0.3 | $135.00 |
| Daniel F. Blanks | $375.00 | 0.6 | $225.00 |
| TOTAL FEES | | 0.9 | $360.00 |

**Re: Professional Retention/Fee Applications**
     Our File No.   2055557-0070
     Circuit City ContactDaniel W. Ramsay
     McGuireWoods ContactDouglas M. Foley

Circuit City Stores Inc
File Number: 2055557                                      Page  19
Invoice No. 91130000                                     April 15, 2009

03/03/09  Telephone conference with E. Zimmer regarding
          first interim fee application (.2); e-mails
          regarding no objections received to K&E monthly
          fee statement (.2)
          Sarah B. Boehm    .40 hours at  450.00 per hour.          $180.00

03/04/09  E-mails regarding review of status of amounts
          due for payment under monthly fee compensation
          order, objections and timing of payments for
          January 2009 billing statements
          Douglas M. Foley   .40 hours at  550.00 per hour.         $220.00

03/04/09  E-mails with KPMG regarding first interim fee
          applications
          Sarah B. Boehm    .20 hours at  450.00 per hour.           $90.00

03/08/09  E-mails with professionals regarding first
          interim fee applications
          Sarah B. Boehm    .20 hours at  450.00 per hour.           $90.00

03/09/09  Analyze and revise DJM first interim fee
          application and e-mails with E. Zimmer
          regarding same
          Sarah B. Boehm    .40 hours at  450.00 per hour.          $180.00

03/11/09  Analyze DJM fee application and e-mails
          regarding same
          Sarah B. Boehm    .20 hours at  450.00 per hour.           $90.00

03/12/09  Analyze DJM first interim application for
          compensation and e-mails with E. Zimmer
          regarding same (.3); e-mails regarding no
          monthly fee statement objections (.2)
          Sarah B. Boehm    .50 hours at  450.00 per hour.          $225.00

03/13/09  Analyze monthly fee statement and e-mails
          regarding same
          Sarah B. Boehm    .40 hours at  450.00 per hour.          $180.00

03/15/09  Analyze monthly fee statements and draft
          McGuireWoods first interim fee application and
          related exhibits
          Sarah B. Boehm   6.70 hours at  450.00 per hour.        $3,015.00

03/16/09  Review and revise fee applications from various
          debtors professionals and e-mails regarding
          same
          Douglas M. Foley   1.30 hours at  550.00 per hour.        $715.00

Circuit City Stores Inc
File Number: 2055557                                    Page  20
Invoice No. 91130000                                   April 15, 2009

03/16/09  Continue to draft and revise McGuireWoods first
          interim fee application and related exhibits
          and multiple e-mails regarding same (3.9);
          analyze other debtors' professionals fee
          applications and multiple e-mails regarding
          revisions to same (.4); finalize monthly fee
          statement and related correspondence and
          e-mails regarding same (.4)
          Sarah B. Boehm   4.70 hours at  450.00 per hour.        $2,115.00

03/16/09  E-mails with debtors' professionals regarding
          fee applications
          Daniel F. Blanks    .60 hours at  375.00 per hour.        $225.00

03/17/09  Continue review and finalization of fee
          applications for various debtors professionals
          for filing
          Douglas M. Foley    .90 hours at  550.00 per hour.        $495.00

03/17/09  Draft, revise, finalize and file multiple first
          interim fee applications for debtors'
          professionals and notices thereof and multiple
          calls and e-mails with debtors' professionals
          regarding same (5.4); e-mails with counsel for
          committee regarding procedural issues regarding
          first interim fee applications (.3)
          Sarah B. Boehm   5.70 hours at  450.00 per hour.        $2,565.00

03/17/09  Draft, revise, and file debtors' professionals'
          fee applications and draft, revise and file
          notices and orders regarding same and e-mails
          with debtors' professionals regarding same and
          telephone conference with chambers regarding
          same
          Daniel F. Blanks   7.50 hours at  375.00 per hour.      $2,812.50

03/18/09  E-mail from J. Turner regarding monthly fee
          statements in Excel for various debtors'
          professionals and e-mails to professionals
          regarding same
          Sarah B. Boehm    .20 hours at  450.00 per hour.          $90.00

03/25/09  Telephone conference with tax professional
          regarding expansion of services and related
          issues and e-mails with debtors' professionals
          regarding same
          Daniel F. Blanks    .70 hours at  375.00 per hour.        $262.50

03/30/09  E-mail from FTI and to J. Turner regarding FTI
          monthly fee statements in Excel
          Sarah B. Boehm    .20 hours at  450.00 per hour.          $90.00

Circuit City Stores Inc
File Number: 2055557                                    Page  21
Invoice No. 91130000                                   April 15, 2009

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 2.6 | $1,430.00 |
| Sarah B. Boehm | $450.00 | 19.8 | $8,910.00 |
| Daniel F. Blanks | $375.00 | 8.8 | $3,300.00 |
| TOTAL FEES | | 31.2 | $13,640.00 |

**Re: Automatic Stay**
    **Our File No.   2055557-0090**
    **Circuit City ContactDaniel W. Ramsay**
    **McGuireWoods ContactDouglas M. Foley**

03/04/09  Review newly filed motions and e-mails with
          co-counsel regarding responding to same
          Douglas M. Foley    .30 hours at  550.00 per hour.          $165.00

03/05/09  E-mails with B. Gray regarding order on lift
          stay and e-mails with clerk's office regarding
          same
          Sarah B. Boehm    .20 hours at  450.00 per hour.            $90.00

03/05/09  Prepare and file suggestions in bankruptcy and
          other automatic stay letters and review files
          and other materials regarding same
          Daniel F. Blanks   1.20 hours at  375.00 per hour.         $450.00

03/09/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest and in-house
          counsel regarding automatic stay status of
          litigation
          Daniel F. Blanks    .80 hours at  375.00 per hour.         $300.00

03/10/09  Correspondence with parties regarding
          violations of automatic stay and correspondence
          regarding same
          Daniel F. Blanks    .60 hours at  375.00 per hour.         $225.00

03/11/09  Review and analyze issues and revised proposed
          stipulation relating to TomTom setoff and
          recoupment claims and e-mails with opposing
          counsel and client and debtors professionals
          regarding same
          Douglas M. Foley   1.80 hours at  550.00 per hour.         $990.00

03/11/09  Multiple correspondence with courts and parties
          regarding automatic stay and suggestions in
          bankruptcy
          Daniel F. Blanks   1.20 hours at  375.00 per hour.         $450.00

Circuit City Stores Inc
File Number: 2055557                                   Page  22
Invoice No. 91130000                                   April 15, 2009

03/12/09  Multiple letters and pleadings regarding
          automatic stay and pendency of bankruptcy case
          and related issues
          Daniel F. Blanks    1.70 hours at  375.00 per hour.          $637.50

03/13/09  Draft multiple suggestions of bankruptcy and
          automatic stay letters and correspondence with
          parties regarding same
          Daniel F. Blanks    1.70 hours at  375.00 per hour.          $637.50

03/16/09  File suggestions in bankruptcy and other
          correspondence regarding automatic stay and
          related issues
          Daniel F. Blanks    1.70 hours at  375.00 per hour.          $637.50

03/18/09  Analyze lift stay motions set for next omnibus
          hearing and telephone conference regarding same
          Sarah B. Boehm     .40 hours at  450.00 per hour.            $180.00

03/18/09  Draft and file suggestions in bankruptcy and
          other notices regarding automatic stay and
          correspondence regarding same
          Daniel F. Blanks    1.50 hours at  375.00 per hour.          $562.50

03/19/09  Review material regarding automatic stay
          violations and draft and serve correspondence
          regarding same and draft and file suggestions
          regarding same
          Daniel F. Blanks     .80 hours at  375.00 per hour.          $300.00

03/20/09  E-mails with in-house and debtors'
          professionals regarding Lexar and other motions
          for relief from stay and related issues
          Daniel F. Blanks    1.70 hours at  375.00 per hour.          $637.50

03/23/09  Review form of stipulation for limited relief
          with respect to construction related relief
          from stay motions and e-mails regarding same
          Douglas M. Foley     .40 hours at  550.00 per hour.          $220.00

03/23/09  Analyze pleadings, revise stipulation resolving
          lift stay motions and e-mails with J. West and
          B. Gray regarding same
          Sarah B. Boehm    1.30 hours at  450.00 per hour.            $585.00

03/23/09  Draft multiple suggestions in bankruptcy and
          automatic stay letters and review and analyze
          suits regarding same (1.8); e-mails with
          parties regarding Lexar and analyze strategies
          regarding same (.9)
          Daniel F. Blanks    2.70 hours at  375.00 per hour.        $1,012.50

Circuit City Stores Inc
File Number: 2055557                                         Page  23
Invoice No. 91130000                                         April 15, 2009

03/24/09 E-mails with J. West and B. Gray regarding
         stipulations resolving lift stay motions and
         analyze issues regarding same (.2); revise lift
         stay stipulations and e-mails regarding same
         (.2)
         Sarah B. Boehm    .40 hours at  450.00 per hour.          $180.00

03/24/09 E-mails and telephone conferences with mechanic
         lien holders regarding relief from automatic
         stay and negotiate stipulation regarding same
         Daniel F. Blanks   .80 hours at  375.00 per hour.         $300.00

03/25/09 E-mails regarding finalization and approval of
         Lexar settlement order and committee approval
         Douglas M. Foley   .40 hours at  550.00 per hour.         $220.00

03/25/09 Draft consent orders regarding resolution of
         motions for relief from stay and e-mails and
         telephone conferences with opposing counsel
         regarding same and review and analyze issues
         regarding same (.9); draft correspondence and
         suggestions regarding automatic stay and
         telephone conferences with parties regarding
         same (1.3)
         Daniel F. Blanks  2.20 hours at  375.00 per hour.         $825.00

03/26/09 Multiple e-mails with parties regarding motions
         for relief from stay and related issues (1.2);
         prepare and execute suggestions in bankruptcy
         and automatic stay violations correspondence
         (.7)
         Daniel F. Blanks  1.90 hours at  375.00 per hour.         $712.50

03/27/09 E-mails and telephone conferences with parties
         regarding motions for relief from stay and
         settlement of same
         Daniel F. Blanks   .50 hours at  375.00 per hour.         $187.50

03/31/09 E-mails and telephone conference with parties
         regarding automatic stay and pendency of
         actions (.7); e-mails with counsel regarding
         relief from automatic stay actions and status
         (.5)
         Daniel F. Blanks  1.20 hours at  375.00 per hour.         $450.00

| Timekeeper        | Rate/HR   | Hours | Fees       |
|-------------------|-----------|-------|------------|
| Douglas M. Foley  | $550.00   | 2.9   | $1,595.00  |
| Sarah B. Boehm    | $450.00   | 2.3   | $1,035.00  |
| Daniel F. Blanks  | $375.00   | 22.2  | $8,325.00  |
|                   | TOTAL FEES| 27.4  | $10,955.00 |

Circuit City Stores Inc
File Number: 2055557                               Page  24
Invoice No. 91130000                               April 15, 2009

**Re: Employment and Compensation**
     **Our File No.   2055557-0120**
     **Circuit City ContactDaniel W. Ramsay**
     **McGuireWoods ContactDouglas M. Foley**


03/15/09 E-mails regarding finalization of MIP/winddown
         program order
         Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 0.3 | $165.00 |
| TOTAL FEES | | 0.3 | $165.00 |


**Re: Executory Contracts**
     **Our File No.   2055557-0140**
     **Circuit City ContactDaniel W. Ramsay**
     **McGuireWoods ContactDouglas M. Foley**


03/02/09 Review discovery regarding Lexar motion for
         relief
         Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

03/02/09 Analyze and revise Lexar discovery and multiple
         e-mails regarding same
         Sarah B. Boehm    .40 hours at  450.00 per hour.          $180.00

03/02/09 Draft discovery requests and notice of
         deposition to counsel for Lexar and e-mails
         with counsel regarding same
         Daniel F. Blanks   1.90 hours at  375.00 per hour.        $712.50

03/03/09 Review and analyze final terms of PHH
         stipulation resolving D.L. Peterson's motion
         for relief to terminate contract and e-mails
         with opposing counsel and debtors professionals
         regarding same (.8); e-mails regarding
         supplemental stipulation relating to rejection
         of IBM leased point of sale equipment at stores
         (.3)
         Douglas M. Foley   1.10 hours at  550.00 per hour.        $605.00

03/03/09 Analyze issues and multiple e-mails regarding
         PlumChoice settlement (.4); revise, finalize
         and file pleadings regarding IBM (.6)
         Sarah B. Boehm   1.00 hours at  450.00 per hour.          $450.00

Circuit City Stores Inc
File Number: 2055557                              Page  25
Invoice No. 91130000                             April 15, 2009

03/04/09  Analyze documents and e-mails regarding
          PlumChoice and multiple calls and e-mails
          regarding same
          Sarah B. Boehm     .90 hours at  450.00 per hour.          $405.00

03/05/09  Multiple e-mails regarding PlumChoice
          Sarah B. Boehm     .30 hours at  450.00 per hour.          $135.00

03/06/09  Review IBM lease rejection motion and exhibits
          relating to point of sale equipment in certain
          closed stores prior to filing and e-mails with
          debtors professionals regarding same
          Douglas M. Foley    .80 hours at  550.00 per hour.         $440.00

03/06/09  Analyze issues and e-mails regarding PlumChoice
          Sarah B. Boehm     .40 hours at  450.00 per hour.          $180.00

03/06/09  Review, analyze, revise, and file motions to
          reject and analyze issues regarding same and
          multiple telephone conferences with debtors'
          professionals regarding same
          Daniel F. Blanks   1.10 hours at  375.00 per hour.         $412.50

03/09/09  E-mails regarding Assurant settlement (.2);
          e-mails with counsel for Arise regarding post
          petition payments under contract (.3); analyze
          and revise PlumChoice stipulation and e-mails
          regarding same (.4)
          Sarah B. Boehm     .90 hours at  450.00 per hour.          $405.00

03/10/09  Analyze issues and multiple e-mails regarding
          finalizing PlumChoice settlement
          Sarah B. Boehm     .30 hours at  450.00 per hour.          $135.00

03/10/09  Telephone conference and e-mails with Lexar
          regarding discovery and depositions and related
          issues and e-mails with parties regarding same
          Daniel F. Blanks    .50 hours at  375.00 per hour.         $187.50

03/11/09  Multiple e-mails with committee counsel
          regarding PlumChoice settlement stipulation
          Sarah B. Boehm     .20 hours at  450.00 per hour.           $90.00

03/11/09  Analyze issues and e-mails regarding TomTom
          Sarah B. Boehm     .20 hours at  450.00 per hour.           $90.00

03/11/09  E-mails with counsel for Quebecor regarding
          executory contract assumption or rejection
          Daniel F. Blanks    .50 hours at  375.00 per hour.         $187.50

Circuit City Stores Inc
File Number: 2055557                                           Page  26
Invoice No. 91130000                                          April 15, 2009

03/11/09  Review material regarding Lexar and e-mails
          with inhouse counsel and debtors' professionals
          and analyze issues regarding same
          Daniel F. Blanks    .60 hours at  375.00 per hour.        $225.00

03/12/09  Review consent stipulation to reject various
          IBM point of sale equipment
          Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

03/12/09  Analyze issues and multiple e-mails with
          committee counsel and counsel for PlumChoice
          regarding settlement
          Sarah B. Boehm    .40 hours at  450.00 per hour.          $180.00

03/12/09  Draft objections to Lexar's discovery, review
          material regarding same, e-mails with debtors'
          professionals regarding same and telephone
          conference and e-mail with opposing counsel
          regarding same and analyze strategies regarding
          settlement
          Daniel F. Blanks   2.20 hours at  375.00 per hour.        $825.00

03/13/09  Analyze and revise PlumChoice stipulation and
          multiple calls and e-mails regarding same
          Sarah B. Boehm    .40 hours at  450.00 per hour.          $180.00

03/15/09  E-mails regarding supplemental IBM rejection
          motion and stipulation
          Douglas M. Foley    .20 hours at  550.00 per hour.        $110.00

03/16/09  Review, analyze, revise, and file stipulation
          with IBM
          Daniel F. Blanks    .50 hours at  375.00 per hour.        $187.50

03/18/09  Revise PlumChoice stipulation and e-mails with
          counsel regarding same
          Sarah B. Boehm    .40 hours at  450.00 per hour.          $180.00

03/19/09  Revise and submit PlumChoice stipulation and
          e-mails with counsel regarding same
          Sarah B. Boehm    .40 hours at  450.00 per hour.          $180.00

03/20/09  E-mails with counsel regarding PlumChoice order
          Sarah B. Boehm    .10 hours at  450.00 per hour.           $45.00

03/23/09  Analyze issues and documents regarding AT&T
          motion
          Sarah B. Boehm    .80 hours at  450.00 per hour.          $360.00

Circuit City Stores Inc
File Number: 2055557                                    Page  27
Invoice No. 91130000                                   April 15, 2009

03/24/09  E-mails regarding IKON issues and timing of
          rejection (.3); e-mails and telephone
          conferences and review stipulation and consent
          order on Lexar settlement and rejection of
          consignment contract (1.6)
          Douglas M. Foley   1.60 hours at  550.00 per hour.          $880.00

03/24/09  Analyze issues and e-mails regarding IKON
          equipment leases and status of possible
          rejection of same (.4); analyze issues and
          pleadings regarding AT&T and e-mails with D.
          Ramsay regarding same (.5); e-mails with
          counsel for AT&T regarding response deadline
          extension (.2); e-mails regarding PlumChoice
          and analyze agreement regarding same (.2)
          Sarah B. Boehm   1.30 hours at  450.00 per hour.            $585.00

03/25/09  Analyze issues regarding AT&T and e-mails with
          counsel regarding same (.4); analyze IKON
          agreements and e-mail from D. Ramsay regarding
          same (.8)
          Sarah B. Boehm   1.20 hours at  450.00 per hour.            $540.00

03/26/09  Continue analysis of IKON agreements and e-mail
          from counsel regarding same (.3); e-mails
          regarding AT&T (.3)
          Sarah B. Boehm    .60 hours at  450.00 per hour.            $270.00

03/27/09  E-mails regarding AT&T and Sterling settlement
          and timing of rejection of contracts and
          payment of administrative claims
          Douglas M. Foley    .40 hours at  550.00 per hour.          $220.00

03/27/09  E-mails regarding AT&T and analyze issues and
          documents regarding same (.4); begin draft
          stipulation regarding IKON, analyze documents
          and calls and e-mails regarding same (1.1)
          Sarah B. Boehm   1.50 hours at  450.00 per hour.            $675.00

03/30/09  E-mails regarding TomTom and analyze issues
          regarding same
          Sarah B. Boehm    .30 hours at  450.00 per hour.            $135.00

03/31/09  E-mails regarding PlumChoice stock and payment
          Sarah B. Boehm    .20 hours at  450.00 per hour.             $90.00

03/31/09  Telephone conferences with parties regarding
          status of assumption or rejection of contracts
          and e-mails with debtors' professionals
          regarding same
          Daniel F. Blanks    .90 hours at  375.00 per hour.          $337.50

Circuit City Stores Inc
File Number: 2055557                                    Page  28
Invoice No. 91130000                                    April 15, 2009

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 4.7 | $2,585.00 |
| Sarah B. Boehm | $450.00 | 12.2 | $5,490.00 |
| Daniel F. Blanks | $375.00 | 8.2 | $3,075.00 |
| **TOTAL FEES** | | 25.1 | $11,150.00 |

**Re: Litigation**
  **Our File No.   2055557-0150**
  **Circuit City ContactDaniel W. Ramsay**
  **McGuireWoods ContactDouglas M. Foley**

03/04/09 E-mails with debtors' professionals and
         in-house lawyers regarding outstanding
         litigation, third party discovery and related
         issues
         Daniel F. Blanks    .80 hours at  375.00 per hour.        $300.00

03/04/09 Pecover v. Electronic Arts Third Party Subpoena
         - Communicate with S. Boehm and D. Blanks
         regarding strategy related to responding to
         third party subpoena served on Circuit City in
         relation to the bankruptcy filing (.5); analyze
         subpoena served on Circuit City in preparation
         for conference call with counsel (.2)
         Michelle M. Christian    .70 hours at  335.00 per hour.   $234.50

03/06/09 Pecover - Preparation of objections to subpoena
         Howard Feller    .20 hours at  575.00 per hour.           $115.00

03/06/09 Pecover Third Party Subpoena - Prepare
         objections to third party subpoena (2.2);
         communicate with client regarding strategy
         related thereto (.2); analyze rules of civil
         procedure relating to third party subpoenas and
         strategy related thereto (1.2)
         Michelle M. Christian   3.60 hours at  335.00 per hour. $1,206.00

03/07/09 Pecover - Preparation of objections to subpoena
         Howard Feller    .20 hours at  575.00 per hour.           $115.00

03/09/09 Review and transmit objections to subpoena and
         communications with M. Christian concerning
         subpoena objections
         Darrel C. Menthe    .50 hours at  435.00 per hour.        $217.50

Circuit City Stores Inc
File Number: 2055557                              Page  29
Invoice No. 91130000                             April 15, 2009

03/09/09  Pecover Third Party Subpoena - Revise
          objections to third party subpoena (.7);
          analyze rules of court in preparation for
          filing objections to third party subpoena (.4);
          communicate with client regarding objections
          and strategy related thereto (.3); communicate
          with counsel in Los Angeles regarding filing of
          objections to third party subpoena (.3); serve
          objections to third party subpoena on counsel
          (.2)
          Michelle M. Christian   1.90 hours at  335.00 per hour.   $636.50

03/09/09  Domesticating judgment regarding Unical
          Jodie Grotins    .30 hours at  300.00 per hour.          $90.00

03/10/09  E-mails with P. Glick regarding status of
          Unical
          William H. Kiekhofer    .50 hours at  600.00 per hour.   $300.00

03/10/09  Enforcement of the judgment regarding Unical
          Jodie Grotins    .50 hours at  300.00 per hour.          $150.00

03/11/09  Conference call with P. Glick regarding
          substitutions of counsel
          William H. Kiekhofer    .70 hours at  600.00 per hour.   $420.00

03/11/09  Draft, revise, finalize and file multiple
          pleadings regarding Hilco 9019 and multiple
          e-mails regarding same
          Sarah B. Boehm   2.80 hours at  450.00 per hour.       $1,260.00

03/20/09  Review new WARN Act suit and conference and
          e-mails with client and debtors professionals
          regarding response and strategy with respect to
          same
          Douglas M. Foley    .60 hours at  550.00 per hour.      $330.00

03/23/09  Prepare for and participate in telephone
          conference with in-house counsel regarding
          lawsuits and other issues and analyze
          strategies regarding same
          Daniel F. Blanks    .80 hours at  375.00 per hour.      $300.00

03/26/09  Telephone call with client regarding status of
          pending litigation matters and strategy for
          responding to same, including issues raised by
          governmental units
          Douglas M. Foley    .40 hours at  550.00 per hour.      $220.00

Circuit City Stores Inc
File Number: 2055557                                     Page  30
Invoice No. 91130000                                    April 15, 2009

03/26/09  Telephone conference with UST regarding seal
          motion and e-mails with debtors professionals
          regarding same
          Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

03/28/09  E-mails regarding new adversary proceeding
          complaint regarding WARN
          Sarah B. Boehm    .20 hours at  450.00 per hour.           $90.00

03/30/09  Draft substitution of counsel regarding Unical
          Jodie Grotins    .50 hours at  300.00 per hour.           $150.00

03/31/09  Draft order for substitution of counsel and
          enforcement of judgment
          Jodie Grotins    .80 hours at  300.00 per hour.           $240.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| William H. Kiekhofer | $600.00 | 1.2 | $720.00 |
| Howard Feller | $575.00 | 0.4 | $230.00 |
| Douglas M. Foley | $550.00 | 1.4 | $770.00 |
| Sarah B. Boehm | $450.00 | 3.0 | $1,350.00 |
| Darrel C. Menthe | $435.00 | 0.5 | $217.50 |
| Daniel F. Blanks | $375.00 | 1.6 | $600.00 |
| Michelle M. Christian | $335.00 | 6.2 | $2,077.00 |
| Jodie Grotins | $300.00 | 2.1 | $630.00 |
| TOTAL FEES | | 16.4 | $6,594.50 |

Re: Avoidance Actions
     Our File No.   2055557-0160
     Circuit City ContactDaniel W. Ramsay
     McGuireWoods ContactDouglas M. Foley

03/05/09  Analyze documents and telephone conference
          regarding preference analysis and strategy
          Sarah B. Boehm    .40 hours at  450.00 per hour.          $180.00

03/05/09  E-mails with debtors' professionals regarding
          preference issues
          Daniel F. Blanks    .50 hours at  375.00 per hour.        $187.50

03/09/09  E-mails regarding preference analysis and
          strategy meeting
          Sarah B. Boehm    .30 hours at  450.00 per hour.          $135.00

Circuit City Stores Inc
File Number: 2055557                                      Page   31
Invoice No. 91130000                                     April 15, 2009

03/10/09  Prepare for and participate in telephone
          conference with debtors' professionals
          regarding preferences and other related issues
          and analyze issues and documents regarding same
          Daniel F. Blanks    .80 hours at  375.00 per hour.        $300.00

03/11/09  Prepare for and participate in telephone
          conference regarding preference analysis
          Sarah B. Boehm    .50 hours at  450.00 per hour.          $225.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $450.00 | 1.2 | $540.00 |
| Daniel F. Blanks | $375.00 | 1.3 | $487.50 |
| TOTAL FEES | | 2.5 | $1,027.50 |

**Re: Vendor Matters**
     **Our File No.   2055557-0170**
     **Circuit City ContactDaniel W. Ramsay**
     **McGuireWoods ContactDouglas M. Foley**

03/02/09  E-mails regarding reconciliation of PlumChoice
          administrative claims
          Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

03/04/09  Telephone conferences and e-mails with client
          and opposing counsel regarding status of
          resolution and stipulation relating to
          PlumChoice matters
          Douglas M. Foley    .80 hours at  550.00 per hour.        $440.00

03/05/09  E-mails and telephone calls with client and
          opposing counsel regarding status of resolution
          of PlumChoice claims reconciliation issues and
          draft of stipulation regarding same and global
          settlement
          Douglas M. Foley    .60 hours at  550.00 per hour.        $330.00

03/06/09  E-mails with opposing counsel regarding
          revisions and finalization to PlumChoice
          stipulation and reconciliation of amounts and
          review of information in data room regarding
          sale of stock
          Douglas M. Foley    .80 hours at  550.00 per hour.        $440.00

Circuit City Stores Inc
File Number: 2055557                                    Page  32
Invoice No. 91130000                                   April 15, 2009

03/09/09  Finalize PlumChoice stipulation and e-mails
          with opposing counsel, client and committee
          counsel regarding same (1.1); e-mails regarding
          Alliance issues and stipulation regarding
          proceeds (.3); e-mails regarding status of
          Assurant potential settlement (.2); e-mails and
          telephone calls with creditors and creditors
          counsel regarding motions for payment of
          administrative claims and process for
          reconciliation and payment of same (.4)
          Douglas M. Foley   2.00 hours at  550.00 per hour.        $1,100.00

03/11/09  E-mails with opposing counsel and committee
          counsel regarding review and signoff on
          stipulation with PlumChoice resolving all
          issues (.2); e-mails regarding strategy on
          possible resolution of Lexar matter and
          discovery relating thereto (.2)
          Douglas M. Foley    .40 hours at  550.00 per hour.          $220.00

03/12/09  Review Lexar objection to discovery and status
          of 30(b)(6) deposition scheduling (.3); several
          telephone conferences and e-mails regarding
          revisions and status of PlumChoice stipulation
          to resolve administrative claims and contract
          rejection matters (.7)
          Douglas M. Foley   1.00 hours at  550.00 per hour.          $550.00

03/13/09  Telephone conferences and e-mails with counsel
          for PlumChoice and counsel for committee
          revising stipulation to clarify various claim
          waiver issues (1.3); e-mails regarding
          resolution of TomTom motion for setoff and
          recoupment and status of reconciliation of
          claims (.4)
          Douglas M. Foley   1.70 hours at  550.00 per hour.          $935.00

03/16/09  E-mails with client and debtors professionals
          regarding reconciliation of various vendor
          claims, including HP and PlumChoice and Lexar
          Douglas M. Foley   1.70 hours at  550.00 per hour.          $935.00

03/17/09  Numerous telephone calls and e-mails with
          various creditors and vendors regarding payment
          of post petition claims in the ordinary course
          of business, matters on for March 30th
          regarding same, and establishment of
          administrative claims bar date
          Douglas M. Foley   1.90 hours at  550.00 per hour.        $1,045.00

Circuit City Stores Inc
File Number: 2055557                                    Page  33
Invoice No. 91130000                                   April 15, 2009


03/18/09 E-mails regarding committee acquiescence in
         PlumChoice settlement and e-mails with
         PlumChoice counsel regarding submission of
         stipulation
         Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

03/19/09 Review documents relating to TomTom matter
         (.4); e-mails regarding IKON equipment
         rejection (.2)
         Douglas M. Foley    .60 hours at  550.00 per hour.        $330.00

03/20/09 Begin review of various outstanding
         postpetition vendor payment issues and hearings
         for 3/30, including TomTom, Lexar, AT&T and
         finalization of PlumChoice stipulation
         Douglas M. Foley   1.20 hours at  550.00 per hour.        $660.00

03/23/09 Analyze issues relating to potential Lexar
         settlement and e-mails and telephone calls with
         client and opposing counsel regarding same
         (.9); review and analyze consignment contract
         and pleadings and discovery for deposition
         preparation (1.9); e-mails regarding
         outstanding credits on TomTom matter and review
         contract documents regarding same (.7)
         Douglas M. Foley   3.50 hours at  550.00 per hour.      $1,925.00

03/24/09 E-mails regarding timing of payment of
         settlement amounts under PlumChoice stipulation
         and transfer of stock interests
         Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

03/26/09 E-mails regarding outstanding requests for
         administrative claim payments from vendors
         (.6); review and revise chart regarding same
         and status of matters on for hearing on 3/30
         and 4/14 (.7)
         Douglas M. Foley   1.30 hours at  550.00 per hour.        $715.00

03/27/09 Review and analyze TomTom matters and e-mails
         with client regarding same (.7); e-mails
         regarding other outstanding vendor matters,
         including Universal Design and Pictures and
         other requests for payment of administrative
         claims (.4)
         Douglas M. Foley   1.10 hours at  550.00 per hour.        $605.00

Circuit City Stores Inc
File Number: 2055557                           Page  34
Invoice No. 91130000                           April 15, 2009

03/31/09 Analyze issues relating to TomTom pending
         motion for relief from stay to setoff and
         recoup credits against 503(b)(9) claims and
         e-mails with client regarding same (.9);
         telephone conference with TomTom's counsel
         regarding same (.4)
         Douglas M. Foley   1.30 hours at  550.00 per hour.        $715.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 20.8 | $11,440.00 |
| TOTAL FEES | | 20.8 | $11,440.00 |

**Re: Real Estate**
   Our File No.   2055557-0180
   Circuit City ContactDaniel W. Ramsay
   McGuireWoods ContactDouglas M. Foley

03/01/09 Analyze issues and objection regarding motion
         to compel administrative claim for attorneys'
         fees and multiple e-mails regarding filing same
         Sarah B. Boehm    .30 hours at 450.00 per hour.        $135.00

03/02/09 E-mails regarding bid procedures for 3/13 lease
         disposition hearing date and conference with
         debtors professionals regarding same (.8);
         e-mails regarding issue and response to
         landlord payment motions and review pleadings
         regarding same an file same (.6)
         Douglas M. Foley   1.40 hours at  550.00 per hour.        $770.00

03/02/09 Conference with C. Harmon (.2); review files
         regarding Midlothian ground lease and
         headquarters building (1.1)
         Robin M. Broughton   1.30 hours at  310.00 per hour.        $403.00

03/03/09 Review lease procedures and notices for filings
         and review and analyze bids relating to lease
         auction for 3/10 (2.2); several telephone calls
         and e-mails with client and debtors
         professionals regarding bidding issues with
         respect to landlords and potential third party
         bidders (.5); review and analyze issues
         relating to payment of certain real estate
         taxes for Cole Mesquite lease and e-mails with
         opposing counsel and client regarding same
         (1.2)
         Douglas M. Foley   3.90 hours at  550.00 per hour.        $2,145.00

Circuit City Stores Inc
File Number: 2055557                                    Page  35
Invoice No. 91130000                                    April 15, 2009


03/03/09 Sale of Deep Run I - E-mail to C. Harmon
         regarding form of purchase agreement
         Edmund S. Pittman    .10 hours at  450.00 per hour.          $45.00

03/03/09 Revise, finalize and file notice of March bids
         received and multiple e-mails regarding same
         (.6); analyze issues regarding payment of taxes
         under lease and multiple calls and e-mails
         regarding same (.4)
         Sarah B. Boehm   1.00 hours at  450.00 per hour.           $450.00

03/03/09 E-mails and telephone conference with counsel
         for landlord regarding payment of taxes and
         e-mails and telephone conferences with in-house
         tax department regarding same
         Daniel F. Blanks   1.80 hours at  375.00 per hour.         $675.00

03/04/09 Respond to client requests on ground lease
         information, including payoffs and releases
         (.6); review file and research release issues
         (2.3)
         T. Craig Harmon   2.90 hours at  525.00 per hour.        $1,522.50

03/04/09 E-mails regarding confirmation of payment of
         stub rent taxes for Cole Mesquite lease (.3);
         e-mails with debtors professionals regarding
         bids on leases and protocol for auction on 3/10
         (.3)
         Douglas M. Foley    .60 hours at  550.00 per hour.        $330.00

03/04/09 Sale of Baltimore County, MD Store - E-mail to
         D. Miller forwarding form estoppel certificates
         (.1); e-mails from D. Miller regarding same
         (.1)
         Edmund S. Pittman    .20 hours at  450.00 per hour.         $90.00

03/04/09 Finalize and file multiple pleadings regarding
         cure, lease rejection and notices and multiple
         calls and e-mails regarding same (1.2); e-mails
         with counsel for landlord regarding notice of
         bids received and related documents and analyze
         documents regarding same (.4); e-mails
         regarding AZ property bid procedures (.2)
         Sarah B. Boehm   1.80 hours at  450.00 per hour.          $810.00

03/04/09 Review, analyze, and file various rejection
         notices and e-mails with debtors' professionals
         regarding same (1.9); e-mails with debtors'
         professionals regarding landlord issues (.5)
         Daniel F. Blanks   2.40 hours at  375.00 per hour.        $900.00

Circuit City Stores Inc
File Number: 2055557                                    Page  36
Invoice No. 91130000                                   April 15, 2009

03/05/09  Respond to client requests regarding Ardmore
          and DR-1
          T. Craig Harmon   1.20 hours at  525.00 per hour.        $630.00

03/05/09  Sale of Baltimore County, MD Store - Revise
          tenant estoppel certificates (.3); e-mails to
          D. Miller and buyer's counsel (.1)
          Edmund S. Pittman    .40 hours at  450.00 per hour.      $180.00

03/05/09  E-mails with landlords and debtors'
          professionals regarding lease issues
          Daniel F. Blanks    .70 hours at  375.00 per hour.       $262.50

03/05/09  Review plat and legal description for
          headquarters
          Robin M. Broughton    .70 hours at  310.00 per hour.     $217.00

03/06/09  Various telephone calls to potential bidders
          and Circuit City regarding ground leases
          T. Craig Harmon   2.50 hours at  525.00 per hour.      $1,312.50

03/06/09  Analyze pleadings regarding landlord direct
          appeal to Fourth Circuit
          Sarah B. Boehm    .40 hours at  450.00 per hour.         $180.00

03/09/09  E-mails and telephone calls with landlord
          counsel regarding direct appeal issues relating
          to stub rent (.3); several e-mails with
          landlord counsel, client and debtors
          professionals regarding real estate lease bids,
          procedures and auction scheduled for 3/10 and
          extensions of time regarding same (1.9)
          Douglas M. Foley   2.20 hours at  550.00 per hour.     $1,210.00

03/09/09  Telephone calls to and from D. Miller regarding
          title report on corporate headquarters property
          (.1); telephone calls to and from P. Reed
          regarding same (.2)
          Edmund S. Pittman    .30 hours at  450.00 per hour.      $135.00

03/09/09  Sale of Baltimore County, MD Store - Telephone
          calls to and from T. Mecia regarding estoppel
          certificates
          Edmund S. Pittman    .10 hours at  450.00 per hour.       $45.00

03/09/09  Conference with C. Harmon (.4); review ground
          lease (2.0); e-mail to C. Harmon regarding
          critical timeframes/date of bankruptcy events
          (.4); e-mails to and from C. Harmon regarding
          office lease/notice (.2)
          Christine H. Rogerson   3.00 hours at  440.00 per hour. $1,320.00

Circuit City Stores Inc
File Number: 2055557                                    Page  37
Invoice No. 91130000                                   April 15, 2009

03/09/09  Analyze fifth omnibus motion to reject and
          e-mails regarding same (.3); e-mails regarding
          rejection notices and related matters regarding
          upcoming lease hearing (.7)
          Sarah B. Boehm   1.00 hours at  450.00 per hour.          $450.00

03/09/09  E-mails with debtors' professionals and
          landlord regarding leases and related issues
          Daniel F. Blanks   .60 hours at  375.00 per hour.         $225.00

03/10/09  Prepare for and attend lease sale auction and
          conferences with landlords, bidders, debtors
          professionals, and committee professionals
          regarding same (4.9); post auction follow-up
          e-mails and telephone calls with landlords
          counsel and debtors professionals regarding
          results of auction and timing of hearing for
          Friday 3/13 to approve final bids and
          reconciliation of cure amounts (.6)
          Douglas M. Foley   5.50 hours at  550.00 per hour.      $3,025.00

03/10/09  Sale of Outparcel in Virginia Beach - Initial
          review of letter of intent
          Edmund S. Pittman   .20 hours at  450.00 per hour.        $90.00

03/10/09  Sale of Baltimore, MD Store - E-mails to and
          from purchaser's counsel regarding estoppel
          certificate forms and site closure letter
          Edmund S. Pittman   .20 hours at  450.00 per hour.        $90.00

03/10/09  Review sublease/default terms (.5); conference
          with C. Harmon regarding bankruptcy/timing
          questions (.2); draft executive summary (.7)
          Christine H. Rogerson   1.40 hours at  440.00 per hour.  $616.00

03/10/09  Multiple calls and e-mails regarding lease
          auction and related matters for upcoming
          hearing (.7); analyze rejection notice and
          e-mails regarding same (.2); multiple calls and
          e-mails with landlords regarding various issues
          (.6)
          Sarah B. Boehm   1.50 hours at  450.00 per hour.         $675.00

03/10/09  Telephone conferences and e-mails with debtors'
          professionals and landlords regarding landlord
          and lease issues
          Daniel F. Blanks   .70 hours at  375.00 per hour.        $262.50

Circuit City Stores Inc
File Number: 2055557                                      Page  38
Invoice No. 91130000                                     April 15, 2009

03/11/09  Telephone conferences and e-mails with debtors
          professionals and landlords regarding lease
          sale hearing and cure dispute and regarding
          appeal on stub rent issues
          Douglas M. Foley    .80 hours at  550.00 per hour.        $440.00

03/11/09  Sale of Baltimore County, MD Store - Telephone
          call from buyer's counsel regarding site
          closure letter (.2); review purchase contract
          regarding same (2.); e-mail to D. Miller and J.
          Avallone regarding tenant estoppels and
          conference call to discuss environmental issues
          (.2)
          Edmund S. Pittman    .60 hours at  450.00 per hour.       $270.00

03/11/09  Sale of Virginia Beach Outparcel - Prepare
          initial draft of purchase contract (2.7);
          e-mail to D. Miller, J. Avallone and C. Crowe
          (.1)
          Edmund S. Pittman   2.80 hours at  450.00 per hour.     $1,260.00

03/11/09  Draft executive ground lease summary (1.1);
          e-mail ground lease summary to C. Harmon and E.
          Pittman (.2)
          Christine H. Rogerson   1.30 hours at  440.00 per hour.   $572.00

03/11/09  Analyze issues and multiple e-mails regarding
          landlords' direct appeal to Fourth Circuit
          Sarah B. Boehm    .40 hours at  450.00 per hour.          $180.00

03/11/09  Review rejection notices and e-mails with
          debtors' professionals regarding same and file
          same with court
          Daniel F. Blanks    .80 hours at  375.00 per hour.        $300.00

03/12/09  Discussion regarding ground lease issues on DR
          1, including questions regarding termination
          date and default date (.4); identify bankruptcy
          issues on leases (.4); answer questions from
          bidders on various ground leases (1.1)
          T. Craig Harmon   1.90 hours at  525.00 per hour.         $997.50

03/12/09  HQ Title Work; e-mails to and from P. Reed
          Edmund S. Pittman    .10 hours at  450.00 per hour.        $45.00

Circuit City Stores Inc
File Number: 2055557                                    Page  39
Invoice No. 91130000                                    April 15, 2009

03/12/09 Baltimore County, MD Store Sale - Conference
         call with buyer, buyer's counsel, J. Avallone,
         C. Crowe and D. Miller (.3); e-mails to and
         from C. Crowe and D. Miller regarding due
         diligence extension (.1); e-mails to and from
         buyer's counsel regarding due diligence
         extension (.2); e-mail to D. Miller regarding
         revised tenant estoppel forms (.1)
         Edmund S. Pittman    .70 hours at  450.00 per hour.        $315.00

03/12/09 Sale of Virginia Beach Outparcel - Revise
         e-mail of comments on draft purchase agreement
         from D. Miller (.1); revise purchase agreement
         (.3)
         Edmund S. Pittman    .40 hours at  450.00 per hour.        $180.00

03/12/09 E-mails to and from C. Harmon regarding rent
         questions (.2); conference with C. Harmon
         regarding executive summary and impact of
         renewal notice (.3); revise executive summary
         (.4); review lease provision regarding
         appraisal process (.4); e-mail to E. Pittman
         regarding summary and bankruptcy question (.2)
         Christine H. Rogerson   1.50 hours at  440.00 per hour.    $660.00

03/12/09 Research issues and e-mails with counsel for
         landlords regarding rejection damage claims
         (.4); e-mails with and telephone call from
         landlords' counsel regarding Fourth Circuit
         appeal (.2)
         Sarah B. Boehm    .60 hours at  450.00 per hour.           $270.00

03/12/09 E-mails and telephone conferences with parties
         regarding leases and related issues and e-mails
         and telephone conferences with debtors'
         professionals regarding same
         Daniel F. Blanks   1.50 hours at  375.00 per hour.         $562.50

03/13/09 Prepare for and attended hearings on lease
         disposition motion and resolution of various
         issues with landlords (3.4); numerous telephone
         calls and e-mails to various landlord counsel
         and assignee counsel regarding post hearing
         revisions to form of assumption and assignment
         agreements and form of orders assigning leases
         (2.8); several telephone conferences and
         e-mails with Chambers regarding same (.4);
         telephone conference and e-mails with landlord
         counsel regarding establishing uniform bar date
         for rejection damages claims (.3)
         Douglas M. Foley   6.90 hours at  550.00 per hour.       $3,795.00

Circuit City Stores Inc
File Number: 2055557                                    Page   40
Invoice No. 91130000                                   April 15, 2009

03/13/09  Prepare for and participate in hearing
          regarding leases (5.2); analyze, revise and
          submit multiple orders regarding lease
          assumption and assignment agreements and
          multiple calls and e-mails regarding same
          (2.1); telephone call to and e-mail from H.
          Steel regarding direct appeal pleadings for
          landlord appeal in district court (.2)
          Sarah B. Boehm   8.50 hours at  450.00 per hour.      $3,825.00

03/13/09  Multiple e-mails and telephone conferences with
          landlords and debtors' professionals regarding
          leases and related issues and submission of
          related orders
          Daniel F. Blanks   2.10 hours at  375.00 per hour.      $787.50

03/15/09  E-mails regarding lease termination orders and
          filing rejection notice
          Sarah B. Boehm    .30 hours at  450.00 per hour.        $135.00

03/16/09  Review orders on leased property transfers and
          IBM stipulated rejection order
          Douglas M. Foley   .90 hours at  550.00 per hour.       $495.00

03/16/09  CCHQ - Phone calls to and from P. Reed (.2);
          review e-mail from P. Reed (.1)
          Edmund S. Pittman   .30 hours at  450.00 per hour.      $135.00

03/16/09  Analyze issues and stipulation regarding
          landlord appeal matters and multiple calls and
          e-mails regarding same (.6); e-mails with
          landlord counsel regarding rejection claims
          (.2); prepare and submit multiple lease
          rejection orders and termination agreements and
          multiple calls and e-mails regarding same (.9);
          e-mails regarding signed P.C. Richard
          agreements (.2)
          Sarah B. Boehm   1.90 hours at  450.00 per hour.        $855.00

03/17/09  Sale of Virginia Beach Outparcel - Review
          e-mail from D. Miller (.1); e-mail to purchaser
          forwarding draft purchase contract (.1)
          Edmund S. Pittman   .20 hours at  450.00 per hour.       $90.00

03/17/09  HQ Title Report - Review e-mails from P. Reed
          (.2); e-mail title reports to D. Miller (.1)
          Edmund S. Pittman   .30 hours at  450.00 per hour.      $135.00

03/17/09  E-mails with H. Steel regarding landlord appeal
          in district court
          Sarah B. Boehm    .30 hours at  450.00 per hour.        $135.00

Circuit City Stores Inc
File Number: 2055557                                    Page  41
Invoice No. 91130000                                    April 15, 2009

03/18/09  Review order and e-mails regarding results of
          PHX property auction and begin preparation for
          hearing on 3/20 regarding same (.9); review and
          revise proposed order regarding establishment
          of uniform bar date for certain lease rejection
          damages claims and e-mails with opposing
          counsel regarding same (.4); e-mails with
          client and co-counsel regarding status of
          disposition of remaining unrejected lease
          locations and cure dispute for 3/30 (.9)
          Douglas M. Foley   2.20 hours at  550.00 per hour.        $1,210.00

03/18/09  Analyze rules, draft and revise response to
          petition for permission to appeal in Fourth
          Circuit and multiple calls and e-mails
          regarding same (1.7); draft appearance of
          counsel forms and corporate disclosure
          statement for Fourth Circuit (.6)
          Sarah B. Boehm   2.30 hours at  450.00 per hour.          $1,035.00

03/19/09  Numerous e-mails regarding status of lease
          disposition orders, proposed dispositions, and
          pending cure disputes and analyze issues
          regarding same in preparation for hearings on
          3/30 (1.3); review new lease rejection motion
          and proposed revisions to lease disposition
          procedures and analyze issues regarding same
          (.8)
          Douglas M. Foley   2.10 hours at  550.00 per hour.        $1,155.00

03/19/09  Revise, finalize, file and handle service of
          response to petition for appeal in Fourth
          Circuit, counsel forms and multiple corporate
          disclosure forms (2.2); telephone call to and
          from Fourth Circuit clerk's office regarding
          same (.2); finalize and file designation of
          items for appeal in Bankruptcy Court and
          multiple calls and e-mails regarding same (.4)
          Sarah B. Boehm   2.80 hours at  450.00 per hour.          $1,260.00

03/19/09  Telephone conference with landlords and
          debtors' professionals regarding lease issues
          Daniel F. Blanks   .90 hours at  375.00 per hour.           $337.50

03/20/09  Meeting with client and DJM Asset Management
          regarding strategy for disposing of remaining
          unrejected leases and timing of same
          Douglas M. Foley   .80 hours at  550.00 per hour.           $440.00

Circuit City Stores Inc
File Number: 2055557                                    Page   42
Invoice No. 91130000                                   April 15, 2009

03/20/09  Prepare for and participate in hearing
          regarding leases (2.1); analyze, revise and
          submit multiple lease orders and multiple calls
          and e-mails regarding same (1.6); e-mails
          regarding pleadings filed in Fourth Circuit
          appeal (.2)
          Sarah B. Boehm   3.90 hours at  450.00 per hour.        $1,755.00

03/23/09  Several e-mails and telephone conferences with
          landlord counsel regarding reconciliation of
          amounts due through the store closing sales and
          analyze issues regarding same (1.8); review and
          revise proposed stipulation regarding uniform
          bar date for lease rejection damages claims and
          e-mails with counsel regarding same (.8)
          Douglas M. Foley   2.60 hours at  550.00 per hour.      $1,430.00

03/23/09  Analyze entered orders regarding lease
          terminations and e-mails regarding service of
          same (.4); revise and submit multiple orders
          regarding lease termination agreements (.4);
          e-mails regarding disputed cure amounts (.2);
          e-mails and analyze issues regarding
          designation of items on landlord appeal (.3)
          Sarah B. Boehm   1.30 hours at  450.00 per hour.          $585.00

03/24/09  E-mails regarding status of standstill of
          stubrent appeal in district court pending
          Fourth Circuit certification (.5); several
          telephone conferences and calls with landlord
          counsel regarding prorate March rent and timing
          of payment (.7); review stipulation regarding
          extension of bid deadline for certain landlords
          on leases and e-mails with counsel regarding
          same (.4)
          Douglas M. Foley   1.60 hours at  550.00 per hour.        $880.00

03/25/09  Sale of Baltimore, MD Property - Review e-mail
          from D. Miller regarding Phase II and e-mail to
          D. Miller regarding same (.1); review Phase II
          proposal (.2); e-mail to buyer's counsel (.1)
          Edmund S. Pittman   .40 hours at  450.00 per hour.        $180.00

03/25/09  Draft and file Orangefair consent motion and
          notice regarding extension of bid deadline and
          e-mails with K. Lake regarding same
          Sarah B. Boehm   .40 hours at  450.00 per hour.           $180.00

Circuit City Stores Inc
File Number: 2055557                            Page  43
Invoice No. 91130000                            April 15, 2009

03/25/09  Telephone conferences with parties regarding
          leases and other issues and e-mails with
          debtors' professionals regarding same
          Daniel F. Blanks    .50 hours at  375.00 per hour.        $187.50

03/26/09  Work on Ardmore (.4); review files (.9);
          telephone calls to D. Miller (.3)
          T. Craig Harmon   1.60 hours at  525.00 per hour.         $840.00

03/26/09  Several e-mails and telephone calls with
          subtenants counsel, landlord counsel, debtors
          professionals and client regarding resolution
          of pending dispute as to rejection date for
          subleases and overleases and analyze issues
          regarding same (1.2); several telephone calls
          from and e-mails with landlord counsel
          regarding effective date of rejection following
          store closing sales and payment of prorated
          obligations under leases (.6)
          Douglas M. Foley   1.80 hours at  550.00 per hour.        $990.00

03/26/09  Telephone call from client regarding
          possibility of unwinding sale lease-back
          transaction with Ardmore Development Authority
          by purchasing the warehouse property (.1);
          review transfer and mortgage tax issues (.2);
          review indenture and purchase and sale
          agreement (.3); send e-mail to representatives
          for the development authority and the trustee
          under the indenture regarding initial details
          of the transaction (.2)
          Matthew P. Rash    .80 hours at  315.00 per hour.         $252.00

03/27/09  E-mails with subtenant counsel confirming
          resolution of rejection date and resolution of
          pending motion with reservation of rights with
          respect to claims matters
          Douglas M. Foley   .30 hours at  550.00 per hour.         $165.00

03/27/09  Sale of Baltimore County, MD - Review e-mails
          from D. Miller and J. Avallone regarding signs
          (.1); review e-mails from buyer's counsel, E.
          Miller and C. Crowe, regarding proposed
          extension to due diligence (.2); review e-mail
          from buyer regarding signage (.1)
          Edmund S. Pittman   .40 hours at  450.00 per hour.        $180.00

Circuit City Stores Inc
File Number: 2055557                                     Page  44
Invoice No. 91130000                                     April 15, 2009


03/27/09  Virginia Beach outparcel - Review contract
          revisions from buyer's counsel (.6); e-mail to
          D. Miller regarding same (.1); review e-mails
          from J. Avallone and buyer's counsel regarding
          proof of bankruptcy claims (.2)
          Edmund S. Pittman   .90 hours at  450.00 per hour.        $405.00

03/27/09  Telephone call with representatives from the
          development authority regarding the sale of the
          warehouse facility (.4); meeting with client
          representative regarding the authority's
          position on the property sale and the terms of
          the indenture (.6); send e-mail to client
          employee regarding modification to the note
          amortization schedule (.2)
          Matthew P. Rash   1.20 hours at  315.00 per hour.         $378.00

03/29/09  Review objection to motion to revise lease
          rejection procedures and e-mails with opposing
          counsel and debtors professionals regarding
          same (.4); e-mails with debtors professionals
          regarding orders resolving landlord matters
          (.3)
          Douglas M. Foley   .70 hours at  550.00 per hour.         $385.00

03/30/09  Work regarding Ardmore documentation and
          possible foreclosure
          T. Craig Harmon   1.80 hours at  525.00 per hour.         $945.00

03/30/09  E-mails with subtenants regarding procedures
          relating to disposition of leases, including TJ
          Max and San Mateo property (.4); e-mails with
          landlord counsel regarding payment and
          proration of March 2009 rent (.3)
          Douglas M. Foley   .70 hours at  550.00 per hour.         $385.00

03/30/09  Sale of Baltimore, MD Store - Review e-mails
          from buyer's counsel regarding extension of
          study period (.1); e-mails from J. Avallone
          regarding same (.1); e-mails to and from D.
          Miller and C. Crowe regarding same (.1)
          Edmund S. Pittman   .30 hours at  450.00 per hour.        $135.00

Circuit City Stores Inc
File Number: 2055557                                    Page  45
Invoice No. 91130000                                    April 15, 2009

03/30/09  Telephone call with client regarding conference
          call from representatives with the Ardmore
          Development Authority (.3); telephone call with
          representatives from M&T Trust Company updating
          status of property transaction (.3); exchange
          e-mails with client employees regarding status
          of note payments under Ardmore Indenture (.6);
          draft response to the Development Authority
          regarding proposal for Circuit City to purchase
          the land and warehouse from the Authority (2.6)
          Matthew P. Rash   3.80 hours at  315.00 per hour.      $1,197.00

03/31/09  Sale of Baltimore, MD Store - Review e-mail
          from seller's counsel
          Edmund S. Pittman    .10 hours at  450.00 per hour.       $45.00

| Timekeeper          | Rate/HR  | Hours | Fees        |
|---------------------|----------|-------|-------------|
| Douglas M. Foley    | $550.00  | 35.0  | $19,250.00  |
| T. Craig Harmon     | $525.00  | 11.9  | $6,247.50   |
| Edmund S. Pittman   | $450.00  | 9.0   | $4,050.00   |
| Sarah B. Boehm      | $450.00  | 28.7  | $12,915.00  |
| Christine H. Rogerson | $440.00 | 7.2  | $3,168.00   |
| Daniel F. Blanks    | $375.00  | 12.0  | $4,500.00   |
| Matthew P. Rash     | $315.00  | 5.8   | $1,827.00   |
| Robin M. Broughton  | $310.00  | 2.0   | $620.00     |
| TOTAL FEES          |          | 111.6 | $52,577.50  |

**Re: Insurance Matters**
     **Our File No.   2055557-0230**
     **Circuit City ContactDaniel W. Ramsay**
     **McGuireWoods ContactDouglas M. Foley**

03/02/09  E-mails and telephone conference regarding
          insurance issues, 9019 motion, Old Republic,
          NNIL, and LC draws and strategy regarding same
          Douglas M. Foley    .70 hours at  550.00 per hour.        $385.00

03/04/09  E-mails with client regarding status of
          resolution of outstanding insurance issues with
          Old Republic, cash collateral relating to
          letters of credit, NNIL issues, and settlements
          of various insured claims
          Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

03/05/09  Prepare for and participate in telephone
          conference with debtors' professionals
          regarding insurance
          Daniel F. Blanks    .60 hours at  375.00 per hour.        $225.00

Circuit City Stores Inc
File Number: 2055557                                        Page  46
Invoice No. 91130000                                        April 15, 2009

03/13/09  Several e-mails with client and co-counsel
          regarding status of various insurance coverage
          issues and termination of LCs relating thereto
          Douglas M. Foley    .30 hours at  550.00 per hour.       $165.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 1.3 | $715.00 |
| Daniel F. Blanks | $375.00 | 0.6 | $225.00 |
| TOTAL FEES | | 1.9 | $940.00 |

**Re: Tax Matters**
**Our File No.   2055557-0240**
**Circuit City ContactDaniel W. Ramsay**
**McGuireWoods ContactDouglas M. Foley**

03/06/09  E-mails with tax department regarding tax
          issues and telephone conferences with tax
          authorities regarding issues
          Daniel F. Blanks   1.20 hours at  375.00 per hour.       $450.00

03/10/09  Revise and file stipulation with taxing
          authorities and e-mails with debtors'
          professionals regarding same
          Daniel F. Blanks    .50 hours at  375.00 per hour.       $187.50

03/20/09  E-mails regarding new tax issues and potential
          responsible party liability notices and
          strategy with respect to responding to same
          Douglas M. Foley    .30 hours at  550.00 per hour.       $165.00

03/20/09  Multiple telephone conferences and e-mails with
          debtors' professionals and in-house tax
          department regarding officer liability issues
          Daniel F. Blanks    .80 hours at  375.00 per hour.       $300.00

03/23/09  Telephone conference with in-house counsel
          regarding tax issues and analyze issues
          regarding same
          Daniel F. Blanks    .40 hours at  375.00 per hour.       $150.00

03/25/09  Telephone conference with in-house tax and
          others regarding multiple tax issues and
          related items and research and analyze issues
          Daniel F. Blanks   1.50 hours at  375.00 per hour.       $562.50

Circuit City Stores Inc
File Number: 2055557                                    Page  47
Invoice No. 91130000                                   April 15, 2009

03/26/09  Telephone conference and e-mails with
          co-counsel and client and tax advisors
          regarding tax related claims, effectiveness of
          bar date and plan of liquidation, and
          obligations to comply with non-bankruptcy law
          procedures
          Douglas M. Foley    .70 hours at  550.00 per hour.        $385.00

03/26/09  Prepare for and participate in telephone
          conference with inhouse tax and other debtors'
          professionals regarding multiple tax issues and
          protocols and review multiple documents and
          pleadings regarding same and analyze strategies
          and analyses regarding same
          Daniel F. Blanks   2.30 hours at  375.00 per hour.        $862.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 1.0 | $550.00 |
| Daniel F. Blanks | $375.00 | 6.7 | $2,512.50 |
| TOTAL FEES | | 7.7 | $3,062.50 |

**Re: Claims Administration**
**Our File No.   2055557-0250**
**Circuit City Contact Daniel W. Ramsay**
**McGuireWoods Contact Douglas M. Foley**

03/01/09  Review and revise omni claim objection
          procedures motion
          Douglas M. Foley    .90 hours at  550.00 per hour.        $495.00

03/01/09  E-mail from T. Behnke and analyze issues and
          e-mails regarding individual claim objections
          Sarah B. Boehm    .20 hours at  450.00 per hour.          $90.00

03/02/09  Research regarding 503(b)(9) claims and
          multiple e-mails regarding same
          Sarah B. Boehm    .70 hours at  450.00 per hour.          $315.00

03/03/09  Analyze and revise omnibus claim objection
          procedures and motion and e-mails regarding
          same (.9); analyze issues regarding individual
          claim objections and e-mails regarding same
          (.8)
          Sarah B. Boehm   1.70 hours at  450.00 per hour.          $765.00

03/04/09  E-mails regarding 503(b)(9) claim objections
          and analysis and strategy regarding same
          Sarah B. Boehm    .40 hours at  450.00 per hour.          $180.00

Circuit City Stores Inc
File Number: 2055557                                    Page  48
Invoice No. 91130000                                   April 15, 2009

03/05/09  Several telephone conferences and e-mails with
          creditors and client regarding status of
          payment of administrative claims in the
          ordinary course of business and establishing
          bar date regarding same
          Douglas M. Foley   .90 hours at  550.00 per hour.        $495.00

03/05/09  Multiple e-mails regarding 503(b)(9) claims and
          analyze issues regarding same
          Sarah B. Boehm   .30 hours at  450.00 per hour.          $135.00

03/05/09  Research docket regarding administrative claims
          D. Morrison de Lopez  1.90 hours at  195.00 per hour.    $370.50

03/06/09  Analyze and revise omnibus objection procedures
          and e-mails regarding same
          Sarah B. Boehm   .60 hours at  450.00 per hour.          $270.00

03/06/09  Draft omnibus claims procedures motion and
          analyze issues regarding and research issues
          regarding same
          Daniel F. Blanks   3.30 hours at  375.00 per hour.     $1,237.50

03/09/09  E-mails regarding administrative claims bar
          date and related matters
          Sarah B. Boehm   .20 hours at  450.00 per hour.           $90.00

03/09/09  Continue revisions to omnibus objections to
          claims procedures motion and e-mails with
          debtors' professionals regarding same and
          analyze issues regarding same
          Daniel F. Blanks   .90 hours at  375.00 per hour.        $337.50

03/10/09  E-mails regarding claim objection strategy
          relating to 503(b)(9) claims and preference
          issues and review spreadsheets and analysis
          regarding same
          Douglas M. Foley   .90 hours at  550.00 per hour.        $495.00

03/10/09  Analyze and revise claim objection procedures
          and related pleadings and multiple calls and
          e-mails regarding same
          Sarah B. Boehm   .70 hours at  450.00 per hour.          $315.00

03/10/09  Continue drafting, revising, and file motion
          for procedures for omnibus objections to claims
          and e-mails with debtors' professionals
          regarding same
          Daniel F. Blanks   1.80 hours at  375.00 per hour.       $675.00

Circuit City Stores Inc
File Number: 2055557                              Page  49
Invoice No. 91130000                             April 15, 2009

03/11/09  Review and analyze excel spreadsheets regarding
          503(b)(9) non-product claim objections and
          preference exposures and telephone conferences
          and e-mails with client and debtors
          professionals regarding same
          Douglas M. Foley   1.60 hours at  550.00 per hour.        $880.00

03/11/09  Prepare for and participate in telephone
          conference regarding 503(b)(9) claim objections
          Sarah B. Boehm    .70 hours at  450.00 per hour.          $315.00

03/11/09  Review cases and research regarding 503(b)(9)
          claims and review claims regarding same
          Daniel F. Blanks   1.10 hours at  375.00 per hour.        $412.50

03/12/09  E-mails with client and debtors professionals
          regarding objections to 503(b)(9) claims and
          begin review of exhibits regarding same
          Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

03/12/09  Analyze issues, cases and documents and
          multiple e-mails regarding 503(b)(9) claim
          objections
          Sarah B. Boehm    .60 hours at  450.00 per hour.          $270.00

03/13/09  E-mails with client and debtors professionals
          regarding timing of various objections to
          503(b)(9) claims and strategy regarding same
          Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

03/16/09  Multiple e-mails regarding 503(b)(9) claim
          objections and analyze issues and strategy
          regarding same (.3); review administrative
          expense claims chart and e-mails regarding same
          (.3)
          Sarah B. Boehm    .60 hours at  450.00 per hour.          $270.00

03/17/09  Analyze documents and e-mails regarding SDI
          Technologies claim reconciliation
          Sarah B. Boehm    .40 hours at  450.00 per hour.          $180.00

03/20/09  E-mails regarding review of exhibits and timing
          of filing claim objections and possible
          revisions to omni claim objection procedures
          motion
          Douglas M. Foley    .90 hours at  550.00 per hour.        $495.00

03/20/09  Telephone call from and e-mails with G. Epps
          regarding claim objection procedures
          Sarah B. Boehm    .30 hours at  450.00 per hour.          $135.00

Circuit City Stores Inc
File Number: 2055557                                    Page  50
Invoice No. 91130000                                   April 15, 2009

03/20/09  E-mails regarding SDI Technologies
          Sarah B. Boehm    .20 hours at  450.00 per hour.          $90.00

03/21/09  Initiate draft of omnibus objections to second
          and third omnibus objections and e-mails with
          debtors' professionals regarding same and
          analyze issues regarding same
          Daniel F. Blanks   1.40 hours at  375.00 per hour.       $525.00

03/22/09  Multiple e-mails regarding 503(b)(9) claim
          objections and related issues (.2); e-mails
          regarding motion to allow late claim (.2)
          Sarah B. Boehm    .40 hours at  450.00 per hour.         $180.00

03/23/09  Several e-mails and telephone conferences with
          client and debtors professionals regarding
          status and timing and analysis of filing
          503(b)(9) claim objections and review schedules
          regarding same (.9); e-mails regarding pending
          administrative claim motions and resolution of
          same (.4)
          Douglas M. Foley   1.30 hours at  550.00 per hour.       $715.00

03/23/09  Analyze motion to allow late 503(b)(9) claim
          and e-mail from counsel regarding filing same
          (.4); e-mails regarding Applied Predictive
          Technology stipulation (.2); analyze proposed
          revisions to claim procedures and e-mails with
          G. Epps regarding same (.4)
          Sarah B. Boehm   1.00 hours at  450.00 per hour.         $450.00

03/24/09  Review and revise claim objection procedures
          and e-mails with creditors counsel regarding
          same (2.1); review and revise 503(b)(9) claim
          objection exhibits and e-mails with client
          regarding same (.3)
          Douglas M. Foley   2.40 hours at  550.00 per hour.     $1,320.00

03/24/09  E-mails regarding revisions to claim procedures
          and status of filing claim objections
          Sarah B. Boehm    .30 hours at  450.00 per hour.         $135.00

03/25/09  Analyze administrative expense request chart
          and e-mails regarding same
          Sarah B. Boehm    .30 hours at  450.00 per hour.         $135.00

Circuit City Stores Inc
File Number: 2055557                                      Page  51
Invoice No. 91130000                                     April 15, 2009

03/25/09  Continue draft and revise second and third
          omnibus objections to claims and e-mails and
          telephone conferences with debtors'
          professionals regarding same and review and
          analyze draft exhibits and other related issues
          regarding same (1.9); review and revise
          proposed stipulation regarding resolution of
          omnibus objection to certain creditors and
          resolution of same and e-mails with debtors'
          professionals regarding same (.6)
          Daniel F. Blanks   2.70 hours at  375.00 per hour.      $1,012.50

03/26/09  E-mails with debtors professionals and client
          regarding status of exhibits for omnibus
          503(b)(9) claim objections and meeting to
          discuss same upon approval of omnibus claim
          objection procedures (.7); review revisions to
          omnibus claim objection procedures and form of
          order regarding same (.4)
          Douglas M. Foley   1.10 hours at  550.00 per hour.       $605.00

03/26/09  Analyze and revise claim objections and analyze
          issues and strategy regarding same (.7);
          e-mails regarding claim objection and
          litigation strategy (.4)
          Sarah B. Boehm   1.10 hours at  450.00 per hour.         $495.00

03/26/09  Analyze administrative expense chart and
          e-mails regarding same
          Sarah B. Boehm   .30 hours at  450.00 per hour.          $135.00

03/27/09  Review revisions to omni claim objection
          procedures order and e-mails with debtors
          professionals regarding same (.4); e-mails with
          client regarding 503(b)(9) claim objection
          meeting on 3/31 and timing of filing same (.3);
          e-mails and telephone conference with debtors
          professionals regarding administrative claims
          bar date (.3)
          Douglas M. Foley   1.00 hours at  550.00 per hour.       $550.00

03/27/09  Analyze and revise claim objections and
          multiple calls and e-mails regarding same (.6);
          e-mails regarding Tremor Media (.2); e-mails
          regarding SDI Technology claims (.2); e-mails
          regarding Applied Technologies (.2); e-mails
          regarding revisions to claim objection
          procedures and analyze issues regarding same
          (.3)
          Sarah B. Boehm   1.50 hours at  450.00 per hour.         $675.00

Circuit City Stores Inc
File Number: 2055557                                    Page  52
Invoice No. 91130000                                   April 15, 2009

03/27/09  Continue draft, revise, and file second and
          third omnibus objections to claims and review
          and analyze multiple issues regarding same and
          review and analyze documents, pleadings,
          orders, and exhibits regarding same and e-mails
          with debtors' professionals regarding same and
          draft notices regarding same (3.3); revise
          omnibus claim objection procedures order and
          related exhibits and e-mails and telephone
          conferences with creditors and debtors'
          professionals regarding same (1.4)
          Daniel F. Blanks   4.70 hours at  375.00 per hour.      $1,762.50

03/29/09  E-mails from T. Behnke and analyze claim
          reconciliation documents (.2); e-mails
          regarding claims strategy (.2)
          Sarah B. Boehm    .40 hours at  450.00 per hour.         $180.00

03/29/09  E-mails with debtors' professionals regarding
          claims meeting and related reconciliation
          issues
          Daniel F. Blanks    .40 hours at  375.00 per hour.       $150.00

03/30/09  Multiple e-mails regarding various claim
          reconciliations and related issues
          Sarah B. Boehm    .40 hours at  450.00 per hour.         $180.00

03/30/09  Revise omnibus claim procedures order and
          e-mails with debtors' professionals regarding
          same (1.1); review FTI material regarding claim
          reconciliations for 503(b)(9) claims and
          analyze issues regarding same (1.3); revise
          stipulation regarding first omnibus claim
          objection and revise order and exhibits
          regarding same (.8)
          Daniel F. Blanks   3.20 hours at  375.00 per hour.      $1,200.00

03/31/09  Prepare for and attend meeting with client
          regarding 503(b)(9) claim objection status,
          reconciliations, and e-mails and telephone
          conferences following up with respect to same
          and particular vendors and goods vs services
          objections
          Douglas M. Foley   4.90 hours at  550.00 per hour.      $2,695.00

Circuit City Stores Inc
File Number: 2055557                                    Page  53
Invoice No. 91130000                                    April 15, 2009

03/31/09 Analyze documents, prepare for and participate
         in claims strategy teleconference (3.3);
         analyze documents and issues regarding TomTom
         (.2); analyze and revise administrative expense
         chart and e-mails regarding same (.3); e-mails
         regarding revisions to omni claim objection
         exhibits (.2)
         Sarah B. Boehm   4.00 hours at  450.00 per hour.        $1,800.00

03/31/09 Prepare for and participate in conference and
         meeting regarding 503(b)(9) claims and related
         issues and analyze strategies regarding same
         and prepare charts and analyses regarding same
         and multiple e-mails and telephone conferences
         with debtors' professionals regarding strategy
         and protocols and draft material regarding same
         Daniel F. Blanks   5.60 hours at  375.00 per hour.      $2,100.00

03/31/09 E-mails with parties and creditors regarding
         alleged administrative expense claims
         Daniel F. Blanks    .70 hours at  375.00 per hour.        $262.50

03/31/09 Review e-mails and prepare exhibits for
         telephone conference call regarding claims
         (.8); telephone conference regarding section
         503(b)(9) claims and administration thereof
         (1.8); discuss status of claims and case with
         S. Boehm (.2)
         Bryan A. Stark   2.80 hours at  295.00 per hour.          $826.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 16.5 | $9,075.00 |
| Sarah B. Boehm | $450.00 | 17.3 | $7,785.00 |
| Daniel F. Blanks | $375.00 | 25.8 | $9,675.00 |
| Bryan A. Stark | $295.00 | 2.8 | $826.00 |
| Diane E. Morrison de Lopez | $195.00 | 1.9 | $370.50 |
| TOTAL FEES | | 64.3 | $27,731.50 |

Re: Employee Benefits/Pensions
    Our File No.   2055557-0280
    Circuit City ContactDaniel W. Ramsay
    McGuireWoods ContactDouglas M. Foley

03/04/09 Review certified QDRO for qualification
         requirements
         Elizabeth A. Diller    .30 hours at  275.00 per hour.      $82.50

Circuit City Stores Inc
File Number: 2055557                                    Page  54
Invoice No. 91130000                                    April 15, 2009

03/05/09  Review proposed domestic relations order for
          retirement plan sent for review by S. Loyd on
          March 4, 2009 (.2); draft response letter to
          parties (.3); draft e-mail response to S. Loyd
          (.2)
          Dorothy J. Hannan    .70 hours at  245.00 per hour.        $171.50

03/05/09  Review proposed domestic relations order for
          401(k) plan sent for review by Y. Harris on
          March 5, 2009 (.3); draft response letter to
          parties (.3); draft e-mail response to Y.
          Harris (.2)
          Dorothy J. Hannan    .80 hours at  245.00 per hour.        $196.00

03/17/09  Review correspondence files regarding two
          domestic relations orders for participant in
          the Circuit City Stores, Inc. 401(k) plan and
          the retirement plan of Circuit City Stores,
          Inc. at the request of Y. Harris on 3/16/09
          (.4).; scan documents (.1); draft e-mail
          response to Y. Harris regarding the status of
          the two domestic relations orders (.2)
          Dorothy J. Hannan    .70 hours at  245.00 per hour.        $171.50

03/23/09  Respond to qualified domestic relations order
          request regarding participant Noonan
          Regina Johnson Elbert    .50 hours at  345.00 per hour.    $172.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Regina Johnson Elbert | $345.00 | 0.5 | $172.50 |
| Elizabeth A. Diller | $275.00 | 0.3 | $82.50 |
| Dorothy J. Hannan | $245.00 | 2.2 | $539.00 |
| TOTAL FEES | | 3.0 | $794.00 |

Re: Intellectual Property Matters
    Our File No.    2055557-0310
    Circuit City ContactDaniel W. Ramsay
    McGuireWoods ContactDouglas M. Foley

03/02/09  Review docket reminder (.1); check status of
          application for IRIS and Design (.1); review
          status of application creating suspension,
          update record and e-mail to D. Smith (.1)
          Kymberleigh B. Gokey    .30 hours at  160.00 per hour.     $48.00

Circuit City Stores Inc
File Number: 2055557                          Page  55
Invoice No. 91130000                          April 15, 2009

03/04/09  E-mails with D. Ramsey regarding maintenance
          filing due for the mark CIRCUIT CITY HELPING
          HANDS FUND (.2); upload patent documents to
          Circuit City server (.2); locate, scan and send
          images of Canadian records for BEST BUY
          registration and application (.4)
          Douglas B. Smith    .80 hours at  295.00 per hour.        $236.00

03/04/09  Receive and review notice of approval of
          extension request for CUSTOM RYDZ mark (.1);
          maintain record (.1)
          Kymberleigh B. Gokey     .20 hours at  160.00 per hour.    $32.00

03/06/09  Conference call with D. Ramsey regarding
          Circuit City/InterTan trademarks (.5); receive
          and review e-mail from Canadian agent regarding
          VERGE opposition (.1)
          Douglas B. Smith    .60 hours at  295.00 per hour.        $177.00

03/06/09  E-mail from D. Smith regarding CENTRIOS in
          Japan agent's correspondence (.1); e-mail to D.
          Smith regarding status of trademark (.1);
          prepare correspondence to agent regarding
          abandonment (.3)
          Kymberleigh B. Gokey     .50 hours at  160.00 per hour.    $80.00

03/09/09  Conference call with Canadian regarding status
          of InterTAN applications in U.S. (.3); receive
          and review mail from agent regarding VERGE
          oppositions in Canada (.1); review and finalize
          letter to agent in Japan advising the closing
          of file on CENTRIOS (.1); e-mails with D.
          Ramsey (.3)
          Douglas B. Smith    .80 hours at  295.00 per hour.        $236.00

03/10/09  Conference with D. Smith concerning
          effectiveness of assignment for MusicNow
          trademarks and review agreement regarding same
          Robin Cooke Vance    .30 hours at  405.00 per hour.       $121.50

03/10/09  Review agreement and recordation of same
          John S. Hilten    .60 hours at  475.00 per hour.          $285.00

03/10/09  E-mails with D. Ramsey (.5); review and file
          extension requests for CUSTOM RYDZ and CUSTOM
          RYDZ & Design (.4)
          Douglas B. Smith    .90 hours at  295.00 per hour.        $265.50

Circuit City Stores Inc
File Number: 2055557                                    Page  56
Invoice No. 91130000                                    April 15, 2009


03/10/09  Review docket reminders regarding CUSTOM RYDZ
          and CUSTOM RYDZ and Design deadlines (.1);
          telephone call to D. Smith (.1); prepare
          requests for extension of time (.3)
          Kymberleigh B. Gokey    .50 hours at  160.00 per hour.        $80.00

03/11/09  Send summary of trademark and patent assignment
          research to D. Ramsey (.2); send follow-up
          e-mail to D. Ramsey regarding CIRCUIT CITY
          HELPING HANDS FUND (.1)
          Douglas B. Smith    .30 hours at  295.00 per hour.            $88.50

03/11/09  Review docket reminder and telephone call to D.
          Smith (.1); prepare request for extension of
          time for CIRCUIT CITY HELPING HANDS FUND (.2)
          Kymberleigh B. Gokey    .30 hours at  160.00 per hour.        $48.00

03/12/09  E-mail from D. Smith requesting preparation of
          response to office action for SENS application
          (.1); review proposed goods description
          amendment by Examiner and significance of
          meaning of the word "SENS" (.2); e-mail to D.
          Smith regarding approval of proposed goods
          description (.1); prepare and finalize response
          to office action for USPTO submission (.4)
          Kymberleigh B. Gokey    .80 hours at  160.00 per hour.       $128.00

03/13/09  Review SENS ROA
          Douglas B. Smith    .20 hours at  295.00 per hour.            $59.00

03/13/09  E-mail from D. Smith regarding revisions to
          response to office action (.1); revised
          response to office action for SENS trademark
          (.1)
          Kymberleigh B. Gokey    .20 hours at  160.00 per hour.        $32.00

03/16/09  E-mails with agent in Canada regarding
          extension request for MICROZ and MICROZ &
          Design (.2); receive and review confirmation
          copy from agent of intent to close trademark
          file on CENTRIOS in Japan (.1)
          Douglas B. Smith    .30 hours at  295.00 per hour.            $88.50

03/17/09  Review, finalize, and submit extension request
          for MICROZ (.1); review, finalize, and submit
          extension request for MICROZ & Design (.2);
          send correspondence to agent in Canada
          regarding the extension request approvals for
          CUSTOM RYDZ and CUSTOM RYDZ & Design (.2)
          Douglas B. Smith    .50 hours at  295.00 per hour.           $147.50

Circuit City Stores Inc
File Number: 2055557                                         Page  57
Invoice No. 91130000                                        April 15, 2009

03/17/09  Telephone call to and discussion with D. Smith
          regarding CENTRIOS mark in Japan (.2); e-mail
          from D. Smith regarding client instructions
          (.1); prepare requests for extensions of time
          for MICROZ and MICROZ and Design marks (.3);
          receive and review notices of approval of
          extension requests for CUSTOM RYDZ and CUSTOM
          RYDZ and Design (.1); discussion with D. Smith
          regarding next deadline (.1) prepare
          correspondence to client transmitting notices
          (.2)
          Kymberleigh B. Gokey   1.00 hours at  160.00 per hour.    $160.00

03/25/09  Receive and review correspondence from agent
          regarding opposition of VERGE applications in
          Canada
          Douglas B. Smith    .10 hours at  295.00 per hour.         $29.50

03/26/09  Review and finalize e-mail to D. Ramsey
          regarding extension request filing for CIRCUIT
          CITY HELPING HANDS FUND
          Douglas B. Smith    .20 hours at  295.00 per hour.         $59.00

03/26/09  Receive and review notice of approval of
          extension request (.1); prepare correspondence
          to client regarding same (.2);
          Kymberleigh B. Gokey    .30 hours at  160.00 per hour.     $48.00

03/31/09  Receive and review notice of acceptance for
          MICROZ & Design
          Douglas B. Smith    .20 hours at  295.00 per hour.         $59.00

03/31/09  Receive and review notice of approval of
          extension request for MICROZ and Design
          application (.1); prepare correspondence to
          client regarding same (.1)
          Kymberleigh B. Gokey    .20 hours at  160.00 per hour.     $32.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| John S. Hilten | $475.00 | 0.6 | $285.00 |
| Robin Cooke Vance | $405.00 | 0.3 | $121.50 |
| Douglas B. Smith | $295.00 | 4.9 | $1,445.50 |
| Kymberleigh B. Gokey | $160.00 | 4.3 | $688.00 |
| TOTAL FEES | | 10.1 | $2,540.00 |

Re: Asset Sales
    Our File No.   2055557-0321
    Circuit City ContactDaniel W. Ramsay
    McGuireWoods ContactDouglas M. Foley

Circuit City Stores Inc
File Number: 2055557                                    Page  58
Invoice No. 91130000                                   April 15, 2009

03/02/09  E-mails and telephone conference regarding
          resolution and status of defective inventory
          sale motion, asset purchase agreement and sale
          notice and review same
          Douglas M. Foley    .70 hours at  550.00 per hour.         $385.00

03/05/09  E-mails with co-counsel and client regarding
          motion to sell Canadian assets and begin review
          of same
          Douglas M. Foley    .70 hours at  550.00 per hour.         $385.00

03/06/09  Review and revise draft motion and order
          regarding sale of Canadian assets and e-mails
          with client and debtors professionals regarding
          same
          Douglas M. Foley    .90 hours at  550.00 per hour.         $495.00

03/06/09  Draft, analyze, revise, finalize and file
          Canadian sale pleadings and multiple calls and
          e-mails regarding same
          Sarah B. Boehm   1.20 hours at  450.00 per hour.           $540.00

03/11/09  Review and revise pleadings relating to
          Hilco/Gordon brothers settlement and e-mails
          with client and debtors professionals regarding
          same and scheduling hearing for 3/20
          Douglas M. Foley    .90 hours at  550.00 per hour.         $495.00

03/11/09  Telephone call from interested party regarding
          domain name
          Sarah B. Boehm    .20 hours at  450.00 per hour.            $90.00

03/16/09  E-mails with Rothschild and parties regarding
          purchase of assets
          Daniel F. Blanks    .80 hours at  375.00 per hour.         $300.00

03/18/09  Begin review of Canada sale motion and revised
          order in preparation for hearing and proffered
          testimony for hearing on 3/30
          Douglas M. Foley    .90 hours at  550.00 per hour.         $495.00

03/18/09  E-mails regarding auction and order regarding
          sale of Arizona property
          Sarah B. Boehm    .30 hours at  450.00 per hour.           $135.00

03/19/09  Review and prepare proffered testimony of FTI
          Consulting in support of motion to approve
          settlement with Hilco/Gordon Brothers and
          analyze issues regarding same
          Douglas M. Foley   1.90 hours at  550.00 per hour.       $1,045.00

Circuit City Stores Inc
File Number: 2055557                                    Page  59
Invoice No. 91130000                                   April 15, 2009

03/19/09  Meetings with witnesses and review and
          finalization of order relating to Canada asset
          sale motion (1.4); draft and revise proffered
          testimony from Rothschild and Bell Canada (.9)
          Douglas M. Foley   2.30 hours at  550.00 per hour.      $1,265.00

03/20/09  Prepare for and participate in hearing
          regarding sale of Canadian assets and sale of
          Arizona property (2.3); analyze, revise and
          submit orders regarding same and multiple
          conferences with parties and e-mails regarding
          same (.5)
          Sarah B. Boehm   2.80 hours at  450.00 per hour.        $1,260.00

03/25/09  Several e-mails and telephone calls with client
          and debtors professionals regarding settlement
          with Great American JV regarding liquidations
          sales(1.3); review and revise pleadings
          regarding same (1.4)
          Douglas M. Foley   2.70 hours at  550.00 per hour.      $1,485.00

03/25/09  Telephone conference and e-mails with UST and
          debtors professionals regarding appointment of
          consumer protection ombudsman for upcoming sale
          motion relating to IP and customer lists
          Douglas M. Foley    .60 hours at  550.00 per hour.        $330.00

03/25/09  Analyze and revise pleadings and multiple calls
          and e-mails regarding settlement with Great
          American Joint Venture
          Sarah B. Boehm   4.40 hours at  450.00 per hour.        $1,980.00

03/25/09  Finalize and file notice of corrected agency
          agreement and e-mails regarding same
          Sarah B. Boehm    .30 hours at  450.00 per hour.          $135.00

03/25/09  Draft and revise multiple orders and notices
          regarding settlement with GOB agent and draft
          motions to shorten time and expedited and seal
          and multiple e-mails and telephone conferences
          with debtors professionals regarding same and
          preparation for filings
          Daniel F. Blanks   1.90 hours at  375.00 per hour.        $712.50

03/26/09  E-mails regarding finalization of and filing
          pleadings relating to Great American JV
          settlement and review same (1.3); telephone
          conference with Chambers regarding same and
          expedited hearing request (.3)
          Douglas M. Foley   1.60 hours at  550.00 per hour.        $880.00

Circuit City Stores Inc
File Number: 2055557                              Page   60
Invoice No. 91130000                              April 15, 2009

03/26/09  Multiple e-mails and analyze issues regarding
          settlement with Great American Joint Venture
          (.9); revise, finalize, file and handle service
          issues of sealed documents regarding same
          (1.8); multiple e-mails regarding expedited
          hearing on Great American settlement pleadings
          (.4); e-mails regarding strategy for
          disposition of fixtures (.2)
          Sarah B. Boehm   3.30 hours at  450.00 per hour.        $1,485.00

03/26/09  Review correspondence regarding disposition of
          property owned by third party and e-mails with
          debtors' professionals and liquidator regarding
          same
          Daniel F. Blanks   1.10 hours at  375.00 per hour.       $412.50

03/27/09  E-mails regarding hearing preparation on 3/30
          and scheduling with respect to Great American
          JV settlement motion and seal motion
          Douglas M. Foley   .40 hours at  550.00 per hour.        $220.00

03/30/09  E-mails and conference with client and opposing
          counsel and debtors professionals relating to
          final order pertaining to settlement with Great
          American Joint Venture and issues regarding
          same
          Douglas M. Foley   .80 hours at  550.00 per hour.        $440.00

03/30/09  E-mails and telephone calls regarding status of
          sale of IP assets and appointment of CPO
          relating to same
          Douglas M. Foley   .40 hours at  550.00 per hour.        $220.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 14.8 | $8,140.00 |
| Sarah B. Boehm | $450.00 | 12.5 | $5,625.00 |
| Daniel F. Blanks | $375.00 | 3.8 | $1,425.00 |
| TOTAL FEES | | 31.1 | $15,190.00 |

Disbursements and Other Expenses:
          Copy Charges                                    $439.70
          Pacer Research                                  $125.36
          Long Distance Telephone Charges                  $76.43
03/17/09  GENESYS CONFERENCING - Conference call hosted     $20.82
          by Douglas M. Foley on 02/17/2009
02/18/09  GENESYS CONFERENCING - Conference call hosted      $2.09
          by Douglas M. Foley on 02/18/2009
02/25/09  GENESYS CONFERENCING - Conference call hosted    $138.37
          by Douglas M. Foley on 02/25/2009

Circuit City Stores Inc
File Number: 2055557                                    Page  61
Invoice No. 91130000                                   April 15, 2009

| | | |
|---|---|---|
| 02/26/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 02/26/2009 | $6.65 |
| 03/02/09 | FedEx Priority Overnight/Int'l Priority to MC LEAN VA US Tracking #:  986584517554 | $7.62 |
| 03/03/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 03/03/2009 | $49.81 |
| 03/04/09 | DOUGLAS M. FOLEY - Travel to Richmond for meetings with opposing counsel and hearing preparation 02/23-02/25/09; room, parking, mileage | $435.37 |
| 03/05/09 | FedEx Priority Overnight/Int'l Priority to LANSDOWNE PA US Tracking #:  986584517668 | $11.86 |
| 03/05/09 | FedEx Priority Overnight/Int'l Priority to LANSDOWNE PA US Tracking #:  986584517657 | $9.40 |
| 03/05/09 | SARAH B. BOEHM - Round trip shuttle service to Bankruptcy Court 02/25/09 | $360.00 |
| 03/06/09 | J&J COURT TRANSCRIBERS, INC. - Professional Transcription Services | $465.85 |
| 03/09/09 | DANIEL F. BLANKS - Travel to Richmond in connection with Circuit City hearing 03/01-03/03/09; room, meals, mileage | $569.36 |
| 03/09/09 | DOUGLAS M. FOLEY - Travel to Richmond for hearing 03/02-03/04/09; room, meals, mileage, parking | $453.38 |
| 03/11/09 | AMERICAN EXPRESS - SOU Extension Report | $150.00 |
| 03/13/09 | FedEx Priority Overnight/Int'l Priority to WILMINGTON DE US Tracking #:  981737522128 | $10.37 |
| 03/13/09 | FedEx Priority Overnight/Int'l Priority to RICHMOND CA US Tracking #:  986584517830 | $16.80 |
| 03/13/09 | RESTAURANTEUR, INC. - Lunch 2/25/09 | $164.84 |
| 03/13/09 | CUSTOM HOUSE GLOBAL FOREIGN EXCHANGE - CM 2005598-0528, 2005598-0528, Foreign currency of 207.50 CAD made payable to Smart & Biggar, Invoice S1511361 dtd. 3/02/09; foreign agent fees in connection with the application and reporting of the mark VERGE & DESIGN in Canada | $168.28 |
| 03/13/09 | FedEx Priority Overnight/Int'l Priority to AUSTIN TX US Tracking #:  986584517863 | $12.93 |
| 03/16/09 | FedEx Priority Overnight/Int'l Priority to LOS ANGELES CA US Tracking #:  981737522253 | $14.34 |
| 03/17/09 | DOUGLAS M. FOLEY - Travel to Richmond for hearing 03/10-03/13/09; room, phone, mileage, parking, auto rent | $1,224.63 |
| 03/19/09 | LASERSHIP, INC. - Delivery from MW Richmond to US Bankruptcy Court 3/3/09 | $6.55 |
| 03/19/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 03/19/2009 | $4.86 |
| 03/19/09 | BIZPORT - LOGISTICS - Delivery from MW Richmond to Circuit City Stores, Inc 2/18/09 | $26.88 |
| 03/19/09 | LASERSHIP, INC. - Delivery from DRIII to MW Richmond 3/13/09 | $37.45 |

Circuit City Stores Inc
File Number: 2055557                                    Page  62
Invoice No. 91130000                                   April 15, 2009

| | | |
|---|---|---|
| 03/19/09 | BIZPORT - LOGISTICS - Delivery from MW Richmond to U.S. Bankruptcy Court 2/19/09 | $11.00 |
| 03/20/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 03/20/2009 | $79.46 |
| 03/20/09 | RESTAURANTEUR, INC. - Lunch 3/13/09 | $194.81 |
| 03/20/09 | RESTAURANTEUR, INC. - Breakfast 3/13/09 | $60.50 |
| 03/23/09 | KAREN B. CAIN - Working meal to prepare for Circuit City hearing 03/13/09 | $28.72 |
| 03/23/09 | SARAH B. BOEHM - Round trip shuttle service to court for hearing 03/13/09 | $450.00 |
| 03/25/09 | DOUGLAS M. FOLEY - Travel to Richmond for hearing 03/18-03/20/09; room, mileage, parking | $435.37 |
| 03/25/09 | FedEx Priority Overnight/Int'l Priority to Newport Beach, CA - Tracking #:  981737525469 | $14.34 |
| 03/25/09 | LASERSHIP, INC. - Delivery from MW Richmond to Christian Barton 3/20/09 | $5.13 |
| 03/26/09 | SARAH B. BOEHM - Round trip shuttle service to Bankruptcy Court 03/20/09 | $360.00 |
| 03/27/09 | KAREN B. CAIN - Court documents copy and certification fees 03/25/09 | $29.00 |
| 03/27/09 | RESTAURANTEUR, INC. - Breakfast 3/20/09 | $143.75 |
| 03/27/09 | RESTAURANTEUR, INC. - Lunch 3/20/09 | $187.04 |
| 03/30/09 | LASERSHIP, INC. - Delivery from MW Richmond to US Bankruptcy 3/24/09 | $5.13 |
| | TOTAL EXPENSES | $7,014.25 |

Summary of Fees and Expenses:

          Total Fees for all Matters:        $264,626.00

          Total Expenses for all Matters:       $7,014.25

          Total for this Invoice:             $271,640.25