# Exhibit E3

# McGuireWoods

**Dion W. Hayes**
804.775.1144

**One James Center**
**901 East Cary Street**
**Richmond, VA 23219-4030**

May 18, 2009

REMITTANCE COPY
**PLEASE RETURN WITH PAYMENT**
DIRECT ACCOUNTING INQUIRIES TO   (804) 775-1601 or (800) 775-2202

INVOICE NO. 91141974

Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA 23233

TAX ID NO.   54-0505857

JOINT GROUP #2055557

Balance Forward from Prior Invoices:                  $172,030.44
*(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
    Current Fees:                     $215,237.00
    Current Disbursements:              $8,056.56
    **Current Invoice Total:**                  $223,293.56

Total Balance Due:                                    $395,324.00

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

    McGuireWoods LLP
    Attn: Accounts Receivable
    901 E. Cary Street
    Richmond, VA 23219-4030

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGUIREWOODS

**Dion W. Hayes**
804.775.1144

**One James Center**
**901 East Cary Street**
**Richmond, VA 23219-4030**

May 18, 2009

Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA 23233

Bill Through: 04/30/09

INVOICE NO.  91141974          TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: General Case Administration
   Our File No.         2055557-0010
   Circuit City Contact    Daniel W. Ramsey
   McGuireWoods Contact   Douglas M. Foley

04/01/09 Analyze and distribute correspondence (1.1);
         analyze orders and e-mails regarding service
         (.2); analyze and revise case calendar (.5);
         multiple calls and e-mails to and from various
         parties (.9); e-mails regarding fixtures (.3)
         Sarah B. Boehm  3.00 hours at  450.00 per hour.     $1,350.00

04/01/09 Multiple telephone calls and e-mails with
         creditors and parties in interest regarding
         bankruptcy case and related issues and review
         and analyze issues regarding same
         Daniel F. Blanks  2.10 hours at  375.00 per hour.     $787.50

04/01/09 Monitor calls from hot line and revise log for
         hot line calls
         Frances C. Smith  .90 hours at  215.00 per hour.     $193.50

Circuit City Stores Inc
File Number: 2055557                                    Page    2
Invoice No. 91141974                                   May 18, 2009

04/01/09  Research court transcript requirements (.7);
          e-mail transcript requirements to S. Boehm
          (.2); e-mail to and from court reporter (.3);
          work on case calendar (2.2); research
          bankruptcy, district and appeal court dockets
          (1.7)
          Karen B. Cain   5.10 hours at  195.00 per hour.         $994.50

04/02/09  Finalize and file affidavits of service and
          e-mails with KCC regarding same (.3); analyze
          and revise case calendar and e-mails regarding
          same (.3); multiple calls to and from various
          parties (1.3); analyze correspondence (.4)
          Sarah B. Boehm   2.30 hours at  450.00 per hour.      $1,035.00

04/02/09  Multiple telephone calls and e-mails with
          creditors and parties in interest regarding
          bankruptcy cases and related issues and review
          and analyze multiple documents, pleadings and
          other items regarding same
          Daniel F. Blanks   4.10 hours at  375.00 per hour.    $1,537.50

04/02/09  Monitor calls from hot line and revise log for
          hot line calls
          Frances C. Smith   1.40 hours at  215.00 per hour.      $301.00

04/02/09  Review suggestions of bankruptcy and prepare
          tracking chart
          Linda J. Neilson   1.40 hours at  185.00 per hour.      $259.00

04/02/09  Work on case calendar updates and revisions
          Karen B. Cain   2.10 hours at  195.00 per hour.         $409.50

04/03/09  Analyze orders and e-mails regarding service of
          same (.2); multiple calls to and from various
          parties (.7); analyze and distribute
          correspondence and pleadings (.6); analyze
          pleadings and related matters for upcoming
          hearing and various deadlines regarding same
          (.6)
          Sarah B. Boehm   2.10 hours at  450.00 per hour.        $945.00

04/03/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy cases and related issues and review
          and analyze documents, pleadings and other
          material regarding same
          Daniel F. Blanks   1.90 hours at  375.00 per hour.      $712.50

Circuit City Stores Inc
File Number: 2055557                                        Page    3
Invoice No. 91141974                                       May 18, 2009

04/03/09  Prepare original proof of claim for claims
          agent processing (.3); e-mail to notice and
          claims agent regarding receipt of original
          documents (.2); work on appeal calendar (1.1)
          Karen B. Cain   1.60 hours at  195.00 per hour.              $312.00

04/06/09  E-mails regarding entry and service of various
          orders (.3); multiple calls to and from various
          parties (1.6); analyze correspondence and
          e-mails regarding same (.8)
          Sarah B. Boehm   2.70 hours at  450.00 per hour.           $1,215.00

04/06/09  Multiple telephone calls and e-mails with
          creditors and parties in interest regarding
          bankruptcy case and related issues and review
          and analyze issues and documents regarding same
          Daniel F. Blanks   1.90 hours at  375.00 per hour.           $712.50

04/06/09  Monitor calls from hot line and revise log for
          hot line calls
          Frances C. Smith   2.10 hours at  215.00 per hour.           $451.50

04/07/09  Draft correspondence regarding restitution
          payment received (.2); analyze agenda and
          e-mails regarding status of various matters
          (.3); multiple calls to and from various
          parties (1.1)
          Sarah B. Boehm   1.60 hours at  450.00 per hour.             $720.00

04/07/09  Multiple telephone conferences and e-mails with
          parties in interest and creditors regarding
          bankruptcy case and related issues and review
          and analyze multiple issues, documents and
          pleadings regarding same
          Daniel F. Blanks   1.50 hours at  375.00 per hour.           $562.50

04/07/09  Monitor calls from hot line and revise log for
          hot line calls (3.2); return hot line calls
          (1.7)
          Frances C. Smith   4.90 hours at  215.00 per hour.         $1,053.50

04/07/09  Review and revise hearing agenda for 4/14/09
          (.6); correspondence regarding same (.2)
          Linda J. Neilson   .80 hours at  185.00 per hour.            $148.00

04/08/09  Review, revise and update agenda for April 14th
          hearings and telephone calls and e-mails with
          client, opposing counsel and co-counsel
          regarding same
          Douglas M. Foley   1.60 hours at  550.00 per hour.           $880.00

Circuit City Stores Inc
File Number: 2055557                                    Page   4
Invoice No. 91141974                                   May 18, 2009

04/08/09  Analyze status of various matters and related
          deadlines and review agenda regarding same
          (.4); multiple calls to and from various
          parties (.7); analyze and distribute
          correspondence (.6)
          Sarah B. Boehm   1.70 hours at  450.00 per hour.          $765.00

04/08/09  Multiple telephone conferences and e-mails with
          parties in interest and creditors regarding
          bankruptcy cases and related issues and review
          and analyze multiple issues regarding same
          Daniel F. Blanks   2.10 hours at  375.00 per hour.        $787.50

04/08/09  Monitor calls from hot line and revise log for
          hot line calls (1.1); return hot line calls
          (1.2)
          Frances C. Smith   2.30 hours at  215.00 per hour.        $494.50

04/08/09  Prepare documents for 4/24/09 hearing (1.1);
          correspondence regarding same (.2)
          Linda J. Neilson   1.30 hours at  185.00 per hour.        $240.50

04/09/09  Finalize and file multiple affidavits of
          service (.3); multiple calls to and from
          various parties (.7); analyze pleadings and
          multiple e-mails regarding status of various
          matters and revise agenda regarding same (.6);
          analyze and distribute correspondence (.3)
          Sarah B. Boehm   1.90 hours at  450.00 per hour.          $855.00

04/09/09  Multiple telephone conferences and e-mails with
          creditors, former employees and parties in
          interest regarding bankruptcy case and related
          issues (2.4); review and revise proposed
          hearing agenda for April 14th omnibus hearing
          and e-mails with debtors' professionals
          regarding same (.8)
          Daniel F. Blanks   3.20 hours at  375.00 per hour.      $1,200.00

04/09/09  Monitor calls from hot line and revise log for
          hot line calls (1.7); return hot line calls
          (.6)
          Frances C. Smith   2.30 hours at  215.00 per hour.        $494.50

04/09/09  Review and revise agenda for 4/14/09 hearing
          Linda J. Neilson   .70 hours at  185.00 per hour.         $129.50

04/10/09  Review and finalize agenda for filing and
          analyze outstanding status of unresolved
          matters
          Douglas M. Foley   .90 hours at  550.00 per hour.         $495.00

Circuit City Stores Inc
File Number: 2055557                                    Page   5
Invoice No. 91141974                                   May 18, 2009

04/10/09  Analyze and revise agenda and multiple e-mails
          regarding same (.2); multiple calls to and from
          various parties (.4)
          Sarah B. Boehm     .60 hours at  450.00 per hour.        $270.00

04/10/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy case and other related issues and
          review and analyze multiple issues, documents,
          pleadings and other material regarding same
          (2.1); update and revise hearing agenda and
          file same (1.1)
          Daniel F. Blanks   3.30 hours at  375.00 per hour.    $1,237.50

04/10/09  Monitor calls from hot line and revise log for
          hot line calls (1.1); return hot line calls
          (.7)
          Frances C. Smith   1.80 hours at  215.00 per hour.       $387.00

04/10/09  Prepare 4/14/09 hearing agenda for filing
          (1.9); correspondence regarding same (.9);
          prepare documents for hearing (.8)
          Linda J. Neilson   3.60 hours at  185.00 per hour.       $666.00

04/12/09  Continue review of pleadings for matters on
          4/14 omnibus hearing
          Douglas M. Foley    .90 hours at  550.00 per hour.       $495.00

04/13/09  Review and analyze agenda and continued
          preparation for hearings on 4/14 matters and
          e-mails with opposing counsel and debtors'
          professionals and client regarding same
          Douglas M. Foley   4.90 hours at  550.00 per hour.    $2,695.00

04/13/09  Analyze pleadings and multiple e-mails and
          calls regarding status of various matters (.5);
          multiple calls to and from various parties
          (.6); analyze and distribute correspondence
          (.4); prepare for omnibus hearing (.8)
          Sarah B. Boehm    2.30 hours at  450.00 per hour.     $1,035.00

04/13/09  Multiple telephone calls and e-mails with
          creditors and parties in interest regarding
          bankruptcy cases and related issues and review
          and analyze pleadings, notices, proposed orders
          and other documentation (1.9); prepare for and
          participate in multiple telephone calls and
          e-mails with parties regarding April 14th
          omnibus hearing and related issues (3.1)
          Daniel F. Blanks   5.00 hours at  375.00 per hour.    $1,875.00

Circuit City Stores Inc
File Number: 2055557                              Page   6
Invoice No. 91141974                              May 18, 2009

04/13/09  Monitor calls from hot line and revise log for
          hot line calls (.6); return hot line calls (.7)
          Frances C. Smith   1.30 hours at  215.00 per hour.          $279.50

04/13/09  Research bankruptcy court docket (1.2); chart
          comparison with agenda (.7); update
          administrative expense claim chart (.7); work
          on professionals' omnibus hearing binders (1.6)
          Karen B. Cain   4.20 hours at  195.00 per hour.             $819.00

04/14/09  Prepare for and participate in omnibus hearing
          for matters scheduled for 4/14 agenda and
          numerous conferences and e-mails with client,
          co-counsel and creditors counsel regarding same
          and various resolutions and orders regarding
          same
          Douglas M. Foley   4.60 hours at  550.00 per hour.        $2,530.00

04/14/09  Prepare for and participate in omnibus hearing
          and multiple conference with client and
          debtors' professionals regarding same (3.4);
          revise, finalize and submit orders for all
          agenda items and multiple calls and e-mails
          regarding same (1.6); multiple calls to and
          from various parties (.3)
          Sarah B. Boehm   5.30 hours at  450.00 per hour.          $2,385.00

04/14/09  Prepare for and participate in April 14, 2009
          omnibus hearing and prepare and revise multiple
          orders, notices, charts and other documentation
          regarding same and draft, revise and submit
          orders and other documentation regarding same
          (5.5); multiple telephone conferences and
          e-mails with creditors and parties in interest
          regarding bankruptcy cases and related issues
          and review and analyze multiple issues and
          documents regarding same (2.6)
          Daniel F. Blanks   8.10 hours at  375.00 per hour.        $3,037.50

04/14/09  Review docket and prepare chart for 4/28/09
          hearing items
          Linda J. Neilson   1.00 hours at  185.00 per hour.          $185.00

04/14/09  Prepare documents and exhibits for omnibus
          hearing (2.7); work on administrative expense
          chart (1.2)
          Karen B. Cain   3.90 hours at  195.00 per hour.             $760.50

Circuit City Stores Inc
File Number: 2055557                          Page    7
Invoice No. 91141974                          May 18, 2009

04/15/09 Analyze pleadings regarding upcoming omnibus
         objection and revise chart regarding same (.3);
         multiple calls to and from various parties
         (1.1); analyze and distribute correspondence
         (.4); e-mails regarding orders (.2)
         Sarah B. Boehm   2.00 hours at  450.00 per hour.        $900.00

04/15/09 Multiple telephone conferences and e-mails with
         creditors and parties in interest regarding
         bankruptcy cases and related issues and review
         and analyze documents, pleadings, issues and
         other items regarding same (2.8); telephone
         conferences with debtors' professionals and
         in-house counsel regarding certain transition
         issues with final days of certain executives
         and in-house counsel (.7)
         Daniel F. Blanks   3.50 hours at  375.00 per hour.    $1,312.50

04/15/09 Monitor calls from hot line and revise log for
         hot line calls (1.2); return hot line calls
         (.9)
         Frances C. Smith   2.10 hours at  215.00 per hour.      $451.50

04/15/09 Review and revise 4/28/08 hearing chart (1.3);
         prepare documents for hearing (.8)
         Linda J. Neilson   2.10 hours at  185.00 per hour.      $388.50

04/15/09 Work on administrative expense claim chart
         (.7); work on case calendar (.6); work on
         appeal calendar (.9)
         Karen B. Cain   2.20 hours at  195.00 per hour.         $429.00

04/16/09 File change of address for Kirkland and e-mails
         regarding same (.2); multiple calls and e-mails
         regarding entry of orders (.4); finalize and
         file affidavit of service and e-mails regarding
         same (.2); e-mails regarding transcripts (.2);
         multiple calls to and from various parties
         (.6); analyze and distribute correspondence
         (.4)
         Sarah B. Boehm   2.00 hours at  450.00 per hour.        $900.00

04/16/09 Multiple telephone conferences and e-mails with
         creditors, debtors' professionals and parties
         in interest regarding bankruptcy cases and
         related issues and analyze issues, pleadings,
         notices and other items regarding same (2.3);
         e-mails with debtors' professionals regarding
         IP asset sales and notices regarding same (.6)
         Daniel F. Blanks   2.90 hours at  375.00 per hour.    $1,087.50

Circuit City Stores Inc
File Number: 2055557                                    Page   8
Invoice No. 91141974                                    May 18, 2009

04/16/09  Order April 14th transcript for omnibus hearing
          Karen B. Cain      .20 hours at  195.00 per hour.          $39.00

04/17/09  Multiple e-mails regarding service of entered
          orders (.4); multiple calls to and from various
          parties (.7); analyze and distribute
          correspondence (.4); multiple calls and e-mails
          regarding status of various matters (.6)
          Sarah B. Boehm    2.10 hours at  450.00 per hour.         $945.00

04/17/09  Multiple telephone conferences and e-mails with
          parties regarding bankruptcy case and related
          issues
          Daniel F. Blanks    .70 hours at  375.00 per hour.        $262.50

04/20/09  Correspondence and telephone calls with
          chambers and clerk's office regarding proposed
          orders and related issues (.7); multiple
          telephone conferences and e-mails with parties
          in interest regarding bankruptcy case and
          related issues and review and analyze
          pleadings, documents, notices and other
          materials regarding same (2.3); e-mails with
          debtors' professionals regarding omnibus
          hearing date procedures and other items and
          strategies regarding same (.4)
          Daniel F. Blanks   3.40 hours at  375.00 per hour.      $1,275.00

04/21/09  Review and revised agenda for matters on for
          4/28 hearing date
          Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

04/21/09  Multiple calls to and from various parties
          (.4); analyze correspondence (.3)
          Sarah B. Boehm     .70 hours at  450.00 per hour.         $315.00

04/21/09  Multiple telephone conferences and e-mails with
          parties in interest regarding bankruptcy case
          and review and analyze documents, pleadings and
          other material regarding same
          Daniel F. Blanks   2.20 hours at  375.00 per hour.        $825.00

04/21/09  Work on omnibus agenda (.9); analysis of chart
          of creditor calls (.7); return hot line calls
          (1.1)
          Karen B. Cain     2.70 hours at  195.00 per hour.         $526.50

04/22/09  Review and revised agenda for matters on 4/28
          omnibus hearing and e-mails with debtors'
          professionals regarding same
          Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91141974

Page    9
May 18, 2009

04/22/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy cases and related issues and review
          and analyze cases, pleadings and other
          documents regarding same
          Daniel F. Blanks    2.10 hours at  375.00 per hour.          $787.50

04/23/09  Review and revise agenda for 4/28 matters and
          status of same and continue review of pleadings
          regarding same
          Douglas M. Foley     .80 hours at  550.00 per hour.          $440.00

04/23/09  Monitor calls from hot line and revise log for
          hot line calls (5.1); return hot line calls
          (1.1)
          Frances C. Smith    6.20 hours at  215.00 per hour.        $1,333.00

04/23/09  Analysis of omnibus hearing agenda (1.2);
          prepare omnibus agenda revisions (.8); review
          and analysis of creditor hot line telephone
          calls (1.7)
          Karen B. Cain    3.70 hours at  195.00 per hour.            $721.50

04/24/09  Review and finalize agenda for filing for
          matters to be heard on 4/28 docket and e-mails
          and telephone call with debtors' professionals
          and opposing counsel regarding same
          Douglas M. Foley    1.60 hours at  550.00 per hour.          $880.00

04/24/09  Multiple telephone conferences with parties in
          interest regarding bankruptcy cases and related
          issues and review and analyze issues,
          documents, pleadings and other material
          regarding same (1.9); draft, revise, and file
          proposed hearing agenda for April 28, 2009 and
          multiple telephone conferences and e-mails with
          debtors' professionals regarding same and
          review docket and pleadings regarding same
          (1.2)
          Daniel F. Blanks    3.10 hours at  375.00 per hour.        $1,162.50

04/24/09  Monitor calls from hot line and revise log for
          hot line calls
          Frances C. Smith     .60 hours at  215.00 per hour.          $129.00

04/24/09  Work on omnibus hearing agenda
          Karen B. Cain    2.30 hours at  195.00 per hour.            $448.50

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91141974

| | | |
|---|---|---|
| 04/26/09 | E-mails and telephone calls with debtors' professionals and parties in interest regarding bankruptcy case and related issues | |
| | Daniel F. Blanks     .60 hours at   375.00 per hour. | $225.00 |
| 04/27/09 | Review and analyze pleadings and prepare for matters for hearing on 4/28 hearing and e-mails and telephone conferences with client, debtors' professionals and creditors counsel regarding same | |
| | Douglas M. Foley   3.90 hours at   550.00 per hour. | $2,145.00 |
| 04/27/09 | Prepare for April 28, 2009 omnibus hearing and review and analyze multiple documents, pleadings, orders, notices and other material regarding same and prepare orders, notices and pleadings regarding same | |
| | Daniel F. Blanks   3.10 hours at   375.00 per hour. | $1,162.50 |
| 04/27/09 | Prepare chart of items set for 5/13/09 hearing | |
| | Linda J. Neilson   1.10 hours at   185.00 per hour. | $203.50 |
| 04/27/09 | Prepare hearing binders for professionals (1.7); research agenda issues (.9); conference with D. Foley and B. Stark regarding appeals issues (.6) | |
| | Karen B. Cain   3.20 hours at   195.00 per hour. | $624.00 |
| 04/28/09 | Prepare for and attended 4/28 omni hearing and e-mails and telephone conferences with opposing counsel, debtors' professionals and client regarding same | |
| | Douglas M. Foley   2.90 hours at   550.00 per hour. | $1,595.00 |
| 04/28/09 | Prepare for and attend April 28, 2009 omnibus hearing and draft, revise and submit orders regarding same and correspondence with clerk's office and chambers regarding same (6.1); multiple e-mails and telephone conferences with parties in interest regarding bankruptcy cases and related issues (1.8) | |
| | Daniel F. Blanks   7.90 hours at   375.00 per hour. | $2,962.50 |
| 04/28/09 | Monitor calls from hot line and revise log for hot line calls (.9); return hot line calls (.2) | |
| | Frances C. Smith   1.10 hours at   215.00 per hour. | $236.50 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91141974

Page  11
May 18, 2009

04/28/09  Teleconference with Anna Marie regarding
          powerbrief database and distribution of
          garnishments, subpoenas, etc. (.5); review and
          download documents (.5)
          Linda J. Neilson   1.00 hours at  185.00 per hour.          $185.00

04/28/09  Prepare for omnibus hearing (1.9); research
          district court and fourth circuit dockets
          regarding pending appeals (1.2); prepare
          breakdown of multiple appeals for status (2.3)
          Karen B. Cain   5.40 hours at  195.00 per hour.          $1,053.00

04/29/09  Finalize orders regarding April 28, 2009
          omnibus hearing and telephone conferences and
          e-mails with clerk's office regarding same
          (.8); multiple telephone conferences and
          e-mails with debtors' professionals and parties
          in interest regarding bankruptcy cases and
          related issues (1.4)
          Daniel F. Blanks   2.20 hours at  375.00 per hour.          $825.00

04/30/09  Multiple letters regarding subpoenas,
          witnesses, status of case, new suits and other
          items and review documents regarding same and
          update charts regarding same (1.7); review and
          revise affidavits of service (.5); e-mails and
          telephone conferences with debtors'
          professionals and KCC regarding service of
          orders (.9); multiple telephone conferences and
          e-mails with creditors and parties in interest
          regarding bankruptcy cases and related issues
          and review and analyze documents, pleadings and
          other material regarding same (1.2)
          Daniel F. Blanks   4.30 hours at  375.00 per hour.          $1,612.50

04/30/09  Retrieve and review documents from powerbrief
          (.5); prepare responding correspondence (.5);
          discussions regarding same (.4)
          Linda J. Neilson   1.40 hours at  185.00 per hour.          $259.00

04/30/09  Research electronic documents (.7); prepare
          appeal binder for district court (1.1);
          conference with debtors' professionals
          regarding same (.1); confirm district court
          rules on stipulation and consent order (.3);
          conference with debtors' professionals
          regarding same (.1)
          Karen B. Cain   2.30 hours at  195.00 per hour.          $448.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 22.9 | $12,595.00 |
| Sarah B. Boehm | $450.00 | 30.3 | $13,635.00 |

Circuit City Stores Inc
File Number: 2055557                                    Page  12
Invoice No. 91141974                                   May 18, 2009

| | | | |
|---|---|---|---|
| Daniel F. Blanks | $375.00 | 69.2 | $25,950.00 |
| Frances C. Smith | $215.00 | 27.0 | $5,805.00 |
| Karen B. Cain | $195.00 | 38.9 | $7,585.50 |
| Linda J. Neilson | $185.00 | 14.4 | $2,664.00 |
| | TOTAL FEES | 202.7 | $68,234.50 |

Re: Restructuring and General Strategy
     Our File No.            2055557-0020
     Circuit City Contact    Daniel W. Ramsey
     McGuireWoods Contact    Douglas M. Foley

04/01/09 Prepare for and participate in meetings and
         conferences with in-house legal and business
         people regarding strategies regarding claims,
         litigation, documentation retention, and other
         issues and review and analyze documents,
         pleadings, and other material regarding same
         Daniel F. Blanks   4.50 hours at  375.00 per hour.        $1,687.50

04/20/09 Prepare for and participate in telephone
         conference with in-house counsel regarding
         transition issues, pending litigation,
         strategies and other issues and review material
         regarding same
         Daniel F. Blanks    .90 hours at  375.00 per hour.        $337.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Daniel F. Blanks | $375.00 | 5.4 | $2,025.00 |
| | TOTAL FEES | 5.4 | $2,025.00 |

Re: Communications Matters
     Our File No.            2055557-0030
     Circuit City Contact    Daniel W. Ramsey
     McGuireWoods Contact    Douglas M. Foley

04/23/09 Telephone conference and e-mails with AP
         reporter and client regarding new media contact
         person for Circuit City and follow-up regarding
         same
         Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 0.3 | $165.00 |
| | TOTAL FEES | 0.3 | $165.00 |

Circuit City Stores Inc
File Number: 2055557                          Page   13
Invoice No. 91141974                          May 18, 2009

Re: Corporate Goverance
    Our File No.              2055557-0040
    Circuit City Contact      Daniel W. Ramsey
    McGuireWoods Contact      Douglas M. Foley


04/01/09 E-mails regarding D&O insurance and claim
         issues and reimbursement obligations and
         analyze issues regarding same
         Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

| Timekeeper | Rate/HR | Hours | Fees |
| --- | --- | --- | --- |
| Douglas M. Foley | $550.00 | 0.3 | $165.00 |
| TOTAL FEES | | 0.3 | $165.00 |


Re: Monthly Operating Reports
    Our File No.              2055557-0060
    Circuit City Contact      Daniel W. Ramsey
    McGuireWoods Contact      Douglas M. Foley


04/13/09 Review and file monthly operating reports
         Daniel F. Blanks    .50 hours at  375.00 per hour.        $187.50

| Timekeeper | Rate/HR | Hours | Fees |
| --- | --- | --- | --- |
| Daniel F. Blanks | $375.00 | 0.5 | $187.50 |
| TOTAL FEES | | 0.5 | $187.50 |


Re: Professional Retention/Fee Applications
    Our File No.              2055557-0070
    Circuit City Contact      Daniel W. Ramsey
    McGuireWoods Contact      Douglas M. Foley


04/05/09 Analyze UST issues to McGuireWoods fee
         application
         Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

04/06/09 Analyze issues relating to UST analysis of fee
         applications and potential objections and
         evaluation of resolution of same and e-mails
         with UST and debtors' professionals regarding
         same
         Douglas M. Foley    .70 hours at  550.00 per hour.        $385.00

Circuit City Stores Inc
File Number: 2055557                                    Page  14
Invoice No. 91141974                                    May 18, 2009

04/06/09  E-mails with various professionals regarding
          first interim fee application hearing
          Sarah B. Boehm    .30 hours at  450.00 per hour.            $135.00

04/06/09  Review Ernst & Young supplemental application
          and e-mails with in-house tax department
          regarding same
          Daniel F. Blanks    .50 hours at  375.00 per hour.         $187.50

04/07/09  Draft notice of application to employ Groom and
          analyze and revise retention pleadings (.3);
          e-mails with professionals regarding first
          interim fee application objection period and
          hearing (.2)
          Sarah B. Boehm    .50 hours at  450.00 per hour.           $225.00

04/08/09  E-mails with debtors' professionals regarding
          informal objections and first interim fee
          application hearing
          Sarah B. Boehm    .30 hours at  450.00 per hour.           $135.00

04/09/09  Analyze and revise monthly fee statement and
          e-mails regarding same (1.3); e-mails with
          debtors' professionals regarding informal
          objections (.2)
          Sarah B. Boehm   1.50 hours at  450.00 per hour.           $675.00

04/10/09  E-mails regarding finalization of orders for
          fee applications and presentation of same
          Douglas M. Foley    .30 hours at  550.00 per hour.         $165.00

04/13/09  Multiple calls and e-mails with professionals
          regarding status of informal objections and
          hearing on first interim fee applications (.4);
          review application and e-mails regarding
          Streambank retention regarding IP sale (.3);
          analyze first interim fee applications and
          draft and revise chart regarding same (.8)
          Sarah B. Boehm   1.50 hours at  450.00 per hour.           $675.00

04/14/09  E-mails with various professionals regarding
          first interim fee application hearing and
          orders (.3); analyze monthly fee statement and
          e-mails regarding same (.4)
          Sarah B. Boehm    .70 hours at  450.00 per hour.           $315.00

04/15/09  Draft correspondence and finalize and
          distribute monthly fee statement
          Sarah B. Boehm    .40 hours at  450.00 per hour.           $180.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91141974

Page  15
May 18, 2009

04/16/09  E-mails regarding DJM agreement and consent
          order
          Sarah B. Boehm     .10 hours at  450.00 per hour.                  $45.00

04/17/09  Review entered orders regarding fee
          applications and multiple e-mails regarding
          same (.4); draft seal and notice regarding
          Streambank and multiple calls and e-mails
          regarding same (.6); multiple calls and e-mails
          regarding retention documents under seal (.3)
          Sarah B. Boehm   1.30 hours at  450.00 per hour.                  $585.00

04/17/09  Draft, revise and file motion to retain
          Streambank and draft, revise, and file motion
          to seal regarding same and e-mails with
          debtors' professionals regarding same
          Daniel F. Blanks   2.10 hours at  375.00 per hour.                $787.50

04/20/09  Analyze issues and e-mails regarding retention
          document under seal
          Sarah B. Boehm     .30 hours at  450.00 per hour.                 $135.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 1.3 | $715.00 |
| Sarah B. Boehm | $450.00 | 6.9 | $3,105.00 |
| Daniel F. Blanks | $375.00 | 2.6 | $975.00 |
| TOTAL FEES | | 10.8 | $4,795.00 |

Re: Automatic Stay
    Our File No.              2055557-0090
    Circuit City Contact      Daniel W. Ramsey
    McGuireWoods Contact      Douglas M. Foley

04/02/09  Draft and file multiple suggestions in
          bankruptcy and related correspondence and
          violations of automatic stay and multiple
          telephone calls and e-mails with parties
          regarding same
          Daniel F. Blanks   2.70 hours at  375.00 per hour.              $1,012.50

04/03/09  Review material regarding Tom Tom's motion and
          multiple e-mails with debtors' professionals
          regarding same
          Daniel F. Blanks     .50 hours at  375.00 per hour.               $187.50

Circuit City Stores Inc
File Number: 2055557                                         Page  16
Invoice No. 91141974                                        May 18, 2009

04/06/09  Analyze issues regarding responses due to
          various lift stay motions (.4); analyze
          pleadings, draft and revise objections to
          multiple lift stay motions (2.3)
          Sarah B. Boehm   2.70 hours at  450.00 per hour.        $1,215.00

04/06/09  Draft and revise objections to motions for
          relief from stay and related issues and e-mails
          and telephone conferences with debtors'
          professionals regarding same
          Daniel F. Blanks    .90 hours at  375.00 per hour.       $337.50

04/07/09  Revise, finalize and file multiple objections
          to motions for relief from stay and multiple
          calls and e-mails regarding same
          Sarah B. Boehm   1.80 hours at  450.00 per hour.         $810.00

04/07/09  Correspondence and pleadings regarding
          violations of the automatic stay and review
          lawsuits and other documents regarding same
          (.9); draft and revise orders regarding consent
          to relief from stay and multiple telephone
          conferences and e-mails with counsel for
          movants regarding same (.8); draft, revise and
          file objections to relief from stay filed by
          multiple movants filing motions for relief from
          stay and review and analyze multiple issues
          regarding same (1.5)
          Daniel F. Blanks   3.20 hours at  375.00 per hour.      $1,200.00

04/08/09  E-mails and telephone conferences with parties
          who filed motions for relief from stay and
          related relief and resolutions of same (.9);
          draft suggestions in bankruptcy and related
          correspondence regarding bankruptcy and
          possible violations (.7)
          Daniel F. Blanks   1.60 hours at  375.00 per hour.       $600.00

04/09/09  Analyze and revise consent orders regarding
          lifting automatic stay and multiple e-mails
          regarding same
          Sarah B. Boehm    .20 hours at  450.00 per hour.          $90.00

04/09/09  Draft and revise consent order resolving
          motions for relief and e-mails and telephone
          conferences with debtors' professionals and
          opposing counsels regarding same
          Daniel F. Blanks   1.20 hours at  375.00 per hour.       $450.00

Circuit City Stores Inc
File Number: 2055557                          Page   17
Invoice No. 91141974                          May 18, 2009

04/10/09  Analyze issues relating to pending lift stay
          motions on 4/14 docket and e-mails with
          debtors' professionals and client regarding
          same
          Douglas M. Foley    .30 hours at  550.00 per hour.          $165.00

04/10/09  Analyze and revise status report regarding
          stayed litigation and e-mails regarding same
          Sarah B. Boehm    .20 hours at  450.00 per hour.           $90.00

04/10/09  E-mails and telephone conferences with movants
          regarding motions for relief from stay and
          relief regarding same and draft consent orders
          regarding same
          Daniel F. Blanks    1.50 hours at  375.00 per hour.        $562.50

04/11/09  E-mail from and to in-house counsel regarding
          status of lift stay matters and related issues
          Sarah B. Boehm    .20 hours at  450.00 per hour.           $90.00

04/13/09  Telephone conference and e-mails with opposing
          counsel regarding lift stay motions pertaining
          to workers compensation insurance (.3); e-mails
          regarding third party discovery issues and
          service of subpoenas (.3)
          Douglas M. Foley    .60 hours at  550.00 per hour.         $330.00

04/13/09  Continue to review motions for relief from stay
          and responses and multiple e-mails and
          telephone conferences with movants and debtors'
          professionals regarding same and review and
          analyze multiple pleadings, notices, orders,
          claims, and other material regarding same and
          draft orders and negotiations with movants
          regarding same
          Daniel F. Blanks    2.50 hours at  375.00 per hour.        $937.50

04/14/09  E-mails with movants and debtors' professionals
          regarding motions for relief from stay and
          other relief and revise consent orders
          regarding same
          Daniel F. Blanks    1.30 hours at  375.00 per hour.        $487.50

04/14/09  Prepare suggestion in bankruptcy and letter to
          creditor
          Linda J. Neilson    .70 hours at  185.00 per hour.         $129.50

04/15/09  Prepare suggestion of bankruptcy letter to
          Attorney General regarding W. Clinton
          Linda J. Neilson    .40 hours at  185.00 per hour.         $74.00

Circuit City Stores Inc
File Number: 2055557                                          Page  18
Invoice No. 91141974                                         May 18, 2009

04/21/09  Analyze issues regarding automatic stay motions
          Sarah B. Boehm     .30 hours at  450.00 per hour.              $135.00

04/21/09  Correspondence regarding automatic stay and
          related issues and telephone conferences with
          parties regarding same
          Daniel F. Blanks   1.50 hours at  375.00 per hour.            $562.50

04/22/09  E-mails with client and debtors' professionals
          regarding response to class action lift stay
          motion and review and analyze same and
          resolution to other pending lift stay motions
          (.8); e-mails regarding restitution issues with
          respect to certain payments to debtors' (.3)
          Douglas M. Foley   1.10 hours at  550.00 per hour.            $605.00

04/22/09  Analyze issues regarding objection to motion
          for relief from stay
          Sarah B. Boehm     .20 hours at  450.00 per hour.              $90.00

04/22/09  Draft and revise response to motion for relief
          from automatic stay and telephone conference
          with movants regarding same and research issues
          regarding same
          Daniel F. Blanks   2.40 hours at  375.00 per hour.            $900.00

04/23/09  Draft objection to motion for relief from stay
          and review and analyze documents, pleadings and
          other material regarding same (1.2); draft
          letters regarding violations of the automatic
          stay and suggestions in bankruptcy regarding
          same (.9)
          Daniel F. Blanks   2.10 hours at  375.00 per hour.            $787.50

04/24/09  Draft and file objection to motion for relief
          from stay and e-mails and telephone conferences
          with opposing counsel regarding same
          Daniel F. Blanks   1.20 hours at  375.00 per hour.            $450.00

04/27/09  Review form of order and resolution Ada Alecia
          class action lift stay motion
          Douglas M. Foley   .30 hours at  550.00 per hour.             $165.00

04/27/09  Draft and revise consent orders denying relief
          and e-mails and telephone conferences with
          counsel regarding hearing for April 28, 2009
          and related issues
          Daniel F. Blanks   1.10 hours at  375.00 per hour.            $412.50

| Timekeeper        | Rate/HR  | Hours | Fees      |
|-------------------|----------|-------|-----------|
| Douglas M. Foley  | $550.00  | 2.3   | $1,265.00 |
| Sarah B. Boehm    | $450.00  | 5.6   | $2,520.00 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91141974

Page   19
May 18, 2009

| | | | |
|---|---|---|---|
| Daniel F. Blanks | $375.00 | 23.7 | $8,887.50 |
| Linda J. Neilson | $185.00 | 1.1 | $203.50 |
| TOTAL FEES | | 32.7 | $12,876.00 |

Re: Employment and Compensation
    Our File No.            2055557-0120
    Circuit City Contact    Daniel W. Ramsey
    McGuireWoods Contact    Douglas M. Foley

04/08/09 Review pleadings relating to stipend payments
         to employees relating to terminated benefits
         and e-mails and telephone conferences with
         debtors' professionals and UST regarding same
         Douglas M. Foley   .70 hours at  550.00 per hour.        $385.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 0.7 | $385.00 |
| TOTAL FEES | | 0.7 | $385.00 |

Re: Labor/Retiree Matters
    Our File No.            2055557-0130
    Circuit City Contact    Daniel W. Ramsey
    McGuireWoods Contact    Douglas M. Foley

04/17/09 E-mails with client and opposing counsel
         regarding Department of Labor inquiries
         relating to final paychecks from liquidation
         sales
         Douglas M. Foley   .30 hours at  550.00 per hour.        $165.00

04/23/09 E-mails with client and debtors' professionals
         regarding possible Department of Labor
         investigation relating to payroll issues
         Douglas M. Foley   .20 hours at  550.00 per hour.        $110.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 0.5 | $275.00 |
| TOTAL FEES | | 0.5 | $275.00 |

Re: Executory Contracts
    Our File No.            2055557-0140
    Circuit City Contact    Daniel W. Ramsey
    McGuireWoods Contact    Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                          Page  20
Invoice No. 91141974                          May 18, 2009

04/01/09  Analyze issues and multiple e-mails regarding
          TomTom (.8); analyze issues regarding IKON (.4)
          Sarah B. Boehm   1.20 hours at  450.00 per hour.          $540.00

04/02/09  Analyze documents and issues regarding TomTom
          credits and multiple e-mails with counsel
          regarding same (.4); e-mails regarding status
          of PlumChoice stock (.2)
          Sarah B. Boehm    .60 hours at  450.00 per hour.          $270.00

04/03/09  Analyze issues and e-mails with B. Milenbachs
          regarding IKON (.3); draft and revise pleadings
          regarding IKON (.7); analyze documents and
          e-mails regarding TomTom (.3)
          Sarah B. Boehm   1.30 hours at  450.00 per hour.          $585.00

04/07/09  Analyze issues and e-mails regarding status of
          AT&T matter (.4); analyze issues and e-mails
          regarding TomTom (.3)
          Sarah B. Boehm    .70 hours at  450.00 per hour.          $315.00

04/08/09  E-mails with client and opposing counsel
          regarding rejection date for AT&T contracts and
          payment of monthly amounts due under contracts
          Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

04/09/09  Analyze issues and multiple calls and e-mails
          regarding AT&T
          Sarah B. Boehm    .40 hours at  450.00 per hour.          $180.00

04/13/09  Analyze issues and e-mail to in-house counsel
          regarding rejection of IKON contracts and
          leases (.2); analyze issues and e-mail to
          in-house counsel regarding rejection of AT&T
          contract (.2)
          Sarah B. Boehm    .40 hours at  450.00 per hour.          $180.00

04/15/09  Analyze issues regarding IKON and AT&T and
          status of stipulations regarding same
          Sarah B. Boehm    .30 hours at  450.00 per hour.          $135.00

04/16/09  Analyze open issues regarding rejection of
          executory contracts and e-mails regarding same
          Sarah B. Boehm    .50 hours at  450.00 per hour.          $225.00

Circuit City Stores Inc
File Number: 2055557                                    Page   21
Invoice No. 91141974                                    May 18, 2009

04/17/09  E-mails regarding status of rejection of IKON
          contracts and leases (.3); revise, finalize and
          file contract rejection motion and multiple
          calls and e-mails regarding same (.8); analyze
          issues regarding AT&T (.2)
          Sarah B. Boehm   1.30 hours at  450.00 per hour.          $585.00

04/23/09  E-mails with debtors' professionals, client and
          opposing counsel regarding rejection date of
          executory contracts including AT&T contract and
          resolution of same
          Douglas M. Foley    .20 hours at  550.00 per hour.        $110.00

04/23/09  Telephone conference regarding AT&T
          Sarah B. Boehm    .20 hours at  450.00 per hour.           $90.00

04/23/09  Review and analyze documents, pleadings and
          other material regarding rejection of AT&T's
          contracts and e-mails with in-house counsel and
          debtors' professionals regarding same
          Daniel F. Blanks   1.40 hours at  375.00 per hour.        $525.00

04/27/09  E-mails and telephone conferences with AT&T
          regarding rejection of contract and related
          issues and draft and revise agreed order and
          stipulation regarding same and review
          pleadings, orders and contracts regarding same
          Daniel F. Blanks   1.70 hours at  375.00 per hour.        $637.50

04/28/09  Review order and reservation of rights on AT&T
          contract rejection and e-mails regarding same
          (.3); e-mails with counsel for Google and
          postini regarding resolution of issue regarding
          reconciliation of claims and rejection of
          executory contracts and withdraw of pending
          motion from docket (.3)
          Douglas M. Foley    .60 hours at  550.00 per hour.        $330.00

04/28/09  Revise consent order rejecting executory
          contract with AT&T and e-mails with counsel
          regarding same and multiple e-mails with
          in-house parties at debtors' regarding recovery
          and related issues
          Daniel F. Blanks   1.50 hours at  375.00 per hour.        $562.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 1.2 | $660.00 |
| Sarah B. Boehm | $450.00 | 6.9 | $3,105.00 |
| Daniel F. Blanks | $375.00 | 4.6 | $1,725.00 |
| TOTAL FEES | | 12.7 | $5,490.00 |

Circuit City Stores Inc
File Number: 2055557                                    Page  22
Invoice No. 91141974                                    May 18, 2009

Re: Litigation
     Our File No.           2055557-0150
     Circuit City Contact   Daniel W. Ramsey
     McGuireWoods Contact   Douglas M. Foley


04/01/09  E-mails regarding strategy and timing of
          service and responsive pleadings with respect
          to WARN Act class action complaint and analyze
          issues regarding same
          Douglas M. Foley   .50 hours at  550.00 per hour.        $275.00

04/01/09  Analyze Mandragon complaint and service issues
          and e-mails regarding strategy
          Sarah B. Boehm   .60 hours at  450.00 per hour.          $270.00

04/02/09  Revise substitution of counsel and review
          documents from case
          Jodie Grotins   1.30 hours at  300.00 per hour.          $390.00

04/03/09  Review pleadings received from Glick and
          outlined strategy
          William H. Kiekhofer   .50 hours at  600.00 per hour.    $300.00

04/03/09  Analyze issues and e-mails regarding Mondragon
          strategy
          Sarah B. Boehm   .20 hours at  450.00 per hour.           $90.00

04/03/09  Revise substitution of counsel, review judgment
          and contact PI
          Jodie Grotins   1.60 hours at  300.00 per hour.          $480.00

04/06/09  E-mails and telephone conference regarding
          status of third party discovery subpoenas and
          acceptance of service regarding same
          Douglas M. Foley   .20 hours at  550.00 per hour.        $110.00

04/06/09  Multiple calls and e-mails regarding service of
          subpoena
          Sarah B. Boehm   .30 hours at  450.00 per hour.          $135.00

04/06/09  E-mails with counsel in California regarding
          substitution and related issues
          Daniel F. Blanks   .40 hours at  375.00 per hour.        $150.00

04/08/09  Review of Unical assets and conference on how
          to file abstract judgment and related documents
          Jodie Grotins   .30 hours at  300.00 per hour.            $90.00

Circuit City Stores Inc
File Number: 2055557                                      Page   23
Invoice No. 91141974                                     May 18, 2009

04/09/09  Strategy session with J. Grotins concerning
          enforcement of judgment and review CD of
          documents concerning judgment
          Darrel C. Menthe   1.20 hours at  435.00 per hour.         $522.00

04/09/09  Research regarding writ of execution and
          debtor's examination
          Jodie Grotins    .60 hours at  300.00 per hour.           $180.00

04/10/09  Draft status reports for pending litigation and
          review material regarding same
          Daniel F. Blanks   1.30 hours at  375.00 per hour.        $487.50

04/10/09  Draft abstract of judgment and writ of
          execution
          Jodie Grotins   2.70 hours at  300.00 per hour.           $810.00

04/11/09  E-mails regarding service of subpoena
          Sarah B. Boehm    .20 hours at  450.00 per hour.           $90.00

04/13/09  Telephone call from counsel for Mondragon
          regarding WARN complaint
          Sarah B. Boehm    .20 hours at  450.00 per hour.           $90.00

04/13/09  Draft lien judgment lien on personal property
          and debtor's examination
          Jodie Grotins   1.50 hours at  300.00 per hour.           $450.00

04/14/09  Draft documents for collection of judgment
          Jodie Grotins    .60 hours at  300.00 per hour.           $180.00

04/15/09  Draft notice of levy
          Jodie Grotins    .30 hours at  300.00 per hour.            $90.00

04/16/09  E-mails regarding Mondragon WARN suit and
          review docket and procedural issues regarding
          same (.8); e-mails regarding responses to third
          party subpoenas and authentication of documents
          and protocol for same (.4)
          Douglas M. Foley   1.20 hours at  550.00 per hour.        $660.00

04/16/09  E-mails regarding Mondragon motion to dismiss
          and scheduling order
          Sarah B. Boehm    .20 hours at  450.00 per hour.           $90.00

04/16/09  Draft notice of levy, subpoena for documents
          and attachment for subpoena
          Jodie Grotins   1.90 hours at  300.00 per hour.           $570.00

Circuit City Stores Inc
File Number: 2055557                               Page  24
Invoice No. 91141974                               May 18, 2009
_____

04/17/09  E-mails with debtors' professionals regarding
          briefing schedule on Mondragon WARN claim and
          draft and revise order regarding same
          Douglas M. Foley    .80 hours at  550.00 per hour.        $440.00

04/17/09  Draft scheduling order regarding Mondragon
          adversary proceeding and e-mails with parties
          regarding same
          Daniel F. Blanks    .70 hours at  375.00 per hour.        $262.50

04/17/09  Prepare for and participate in telephone
          conference with in-house lawyers and Risk
          regarding insurance program and strategies
          Daniel F. Blanks    .80 hours at  375.00 per hour.        $300.00

04/19/09  Revise form of order on Mondragon class action
          briefing schedule and e-mails with debtors'
          professionals regarding same
          Douglas M. Foley    .70 hours at  550.00 per hour.        $385.00

04/20/09  Review application for debtor's exam,
          application for writ of execution, proposed
          subpoena attachment and related documents for
          judgment enforcement
          Darrel C. Menthe    .50 hours at  435.00 per hour.        $217.50

04/20/09  File substitution of counsel and revise motions
          to be filed to collect judgment
          Jodie Grotins   1.20 hours at  300.00 per hour.           $360.00

04/21/09  E-mails regarding Mondragon scheduling order
          and continuance of pretrial conference
          Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

04/21/09  Draft consent order regarding Mondragon
          adversary proceeding and e-mails with debtors'
          professionals and opposing counsel regarding
          same
          Daniel F. Blanks   1.40 hours at  375.00 per hour.        $525.00

04/21/09  Conference with debtors' professionals
          concerning enforcement of judgment
          Darrel C. Menthe    .50 hours at  435.00 per hour.        $217.50

04/21/09  Revise judgment collection documents
          Jodie Grotins   4.70 hours at  300.00 per hour.         $1,410.00

Circuit City Stores Inc
File Number: 2055557                                    Page  25
Invoice No. 91141974                                    May 18, 2009


04/23/09 Draft consent order regarding Mondragon
         adversary proceeding and e-mails with debtors'
         professionals regarding stipulation and related
         issues
         Daniel F. Blanks    .80 hours at  375.00 per hour.          $300.00

04/23/09 Prepare application of issuance of writ
         Jodie Grotins    .90 hours at  300.00 per hour.             $270.00

04/25/09 Review and revised Mondragon motion to dismiss
         and memorandum in support
         Douglas M. Foley    .80 hours at  550.00 per hour.          $440.00

04/27/09 Review papers for enforcement of judgment and
         strategy session with debtors' professionals
         Darrel C. Menthe    .40 hours at  435.00 per hour.          $174.00

04/27/09 Prepare enforcement of judgment documents for
         filing
         Jodie Grotins    .30 hours at  300.00 per hour.              $90.00

04/28/09 Correspondence with parties regarding subpoenas
         and other related items and related issues
         Daniel F. Blanks    .70 hours at  375.00 per hour.          $262.50

04/30/09 Review motion and memorandum to dismiss
         Mondragon class action WARN Act complaint and
         e-mails with client and debtors' professionals
         regarding same
         Douglas M. Foley    .90 hours at  550.00 per hour.          $495.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| William H. Kiekhofer | $600.00 | 0.5 | $300.00 |
| Douglas M. Foley | $550.00 | 5.4 | $2,970.00 |
| Sarah B. Boehm | $450.00 | 1.7 | $765.00 |
| Darrel C. Menthe | $435.00 | 2.6 | $1,131.00 |
| Daniel F. Blanks | $375.00 | 6.1 | $2,287.50 |
| Jodie Grotins | $300.00 | 17.9 | $5,370.00 |
| TOTAL FEES | | 34.2 | $12,823.50 |


Re: Avoidance Actions
    Our File No.              2055557-0160
    Circuit City Contact      Daniel W. Ramsey
    McGuireWoods Contact      Douglas M. Foley


04/02/09 E-mails regarding preference analysis and
         related issues
         Sarah B. Boehm    .30 hours at  450.00 per hour.            $135.00

Circuit City Stores Inc
File Number: 2055557                                    Page  26
Invoice No. 91141974                                    May 18, 2009

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $450.00 | 0.3 | $135.00 |
| TOTAL FEES | | 0.3 | $135.00 |

Re: Vendor Matters
    Our File No.          2055557-0170
    Circuit City Contact   Daniel W. Ramsey
    McGuireWoods Contact   Douglas M. Foley


04/01/09  Analyze issues surrounding TomTom motion for
          setoff and recoupment and numerous e-mails with
          opposing counsel and client regarding same and
          review documents backing up credits and
          baseline number regarding same
          Douglas M. Foley   3.40 hours at  550.00 per hour.      $1,870.00

04/02/09  Begin review of motions to compel payment of
          administrative claims by certain service
          vendors, including Google (.4); e-mails
          regarding TomTom and proposed stipulation of
          facts (.4)
          Douglas M. Foley   .80 hours at  550.00 per hour.       $440.00

04/03/09  E-mails regarding post-petition payments to
          vendors, including status of Universal Design
          (.3); e-mails regarding preparation for TomTom
          litigation and review of proposed stipulation
          of facts (.3)
          Douglas M. Foley   .60 hours at  550.00 per hour.       $330.00

04/06/09  E-mails with client and opposing counsel
          regarding status of reconciliation of Tom Tom
          claim matters and analyze issues regarding same
          Douglas M. Foley   .40 hours at  550.00 per hour.       $220.00

04/07/09  Several e-mails and telephone calls with
          client, co-counsel and opposing counsel
          regarding possible resolution and development
          of strategy relating to TomTom and 503(b)(9)
          claims and 502(d) objections and review
          spreadsheets on credits and preference analysis
          (1.6); e-mails regarding analysis of other
          503(b)(9) claims (.4); e-mails regarding
          payment of other admin vendor claims, including
          AT&T (.2)
          Douglas M. Foley   2.20 hours at  550.00 per hour.      $1,210.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91141974

Page  27
May 18, 2009

| | | | |
|---|---|---|---|
| 04/07/09 | Analyze issues and e-mails regarding Alliance and segregation of funds<br>Sarah B. Boehm    .30 hours at  450.00 per hour. | | $135.00 |
| 04/07/09 | Review and analyze orders, pleadings, notices and e-mails regarding Tom Tom and e-mails with debtors' professionals regarding same<br>Daniel F. Blanks    .50 hours at  375.00 per hour. | | $187.50 |
| 04/08/09 | Telephone conference and e-mails with vendors counsel and client, including regarding resolution of escrow issues pertaining to Alliance and further analysis of credits relating to Tom Tom dispute<br>Douglas M. Foley   1.80 hours at  550.00 per hour. | | $990.00 |
| 04/08/09 | E-mails regarding TomTom stipulation and related issues<br>Sarah B. Boehm    .30 hours at  450.00 per hour. | | $135.00 |
| 04/09/09 | Several telephone conferences and e-mails with client and opposing counsel and committee counsel regarding resolution of motion for relief to setoff and recoup claims by Tom Tom and review and revise stipulation regarding same<br>Douglas M. Foley   1.90 hours at  550.00 per hour. | | $1,045.00 |
| 04/09/09 | Analyze issues and e-mails regarding TomTom<br>Sarah B. Boehm    .20 hours at  450.00 per hour. | | $90.00 |
| 04/10/09 | E-mails and telephone conferences with UCC counsel, client and debtors' professionals regarding revisions to stipulation regarding TomTom and related issues<br>Douglas M. Foley   1.60 hours at  550.00 per hour. | | $880.00 |
| 04/11/09 | Review and revised stipulation regarding TomTom setoff and recoupment motion and e-mails with opposing counsel regarding same<br>Douglas M. Foley   1.40 hours at  550.00 per hour. | | $770.00 |
| 04/13/09 | Continue revisions to TomTom stipulation and e-mails with opposing counsel regarding same (.9); e-mails with opposing counsel and client regarding other unpaid vendor claims and reconciliations (.3)<br>Douglas M. Foley   1.20 hours at  550.00 per hour. | | $660.00 |

Circuit City Stores Inc
File Number: 2055557                                    Page  28
Invoice No. 91141974                                    May 18, 2009

04/13/09  Telephone conference with chambers regarding
          IBM's objection to intellectual property sale
          motion and related issues and e-mails with
          parties regarding same
          Daniel F. Blanks     .80 hours at  375.00 per hour.        $300.00

04/14/09  E-mails regarding unpaid vendor administrative
          claims, including techcraft and other claimants
          with pending motions and review and analyze
          same
          Douglas M. Foley     .90 hours at  550.00 per hour.        $495.00

04/15/09  E-mails with TomTom counsel regarding
          submission of stipulation and follow-up
          regarding same (.3); e-mails with counsel for
          other unpaid post-petition vendors regarding
          status of reconciliation and begin review of
          pending administrative claims requests for 4/28
          hearing (.8)
          Douglas M. Foley    1.10 hours at  550.00 per hour.        $605.00

04/16/09  Analyze contract with UDF and e-mails with J.
          Middleton regarding storage fees for fixtures
          Sarah B. Boehm     .60 hours at  450.00 per hour.          $270.00

04/17/09  E-mails with post-petition vendors and service
          providers regarding reconciliation of
          post-petition invoices and payment of
          administrative claims and continued review of
          applications for payment of same
          Douglas M. Foley     .90 hours at  550.00 per hour.        $495.00

04/20/09  Several e-mails with counsel for trade vendors
          and client regarding reconciliation of amounts
          due pre- and post-petition, 503(b)(9) claims,
          preference exposure, and analyze issues
          regarding same and timing of payment
          Douglas M. Foley    2.30 hours at  550.00 per hour.      $1,265.00

04/21/09  Review pleadings for 4/28 agenda regarding
          requests for payment of administrative claims
          and analyze issues and status regarding same
          Douglas M. Foley    1.80 hours at  550.00 per hour.        $990.00

04/27/09  E-mails regarding unpaid vendor claims and
          reconciliation of same, including Waste
          Management and TomTom
          Douglas M. Foley     .30 hours at  550.00 per hour.        $165.00

| Timekeeper        | Rate/HR  | Hours | Fees        |
|-------------------|----------|-------|-------------|
| Douglas M. Foley  | $550.00  | 22.6  | $12,430.00  |
| Sarah B. Boehm    | $450.00  | 1.4   | $630.00     |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91141974

Page  29
May 18, 2009

| | | | |
|---|---|---|---|
| Daniel F. Blanks | $375.00 | 1.3 | $487.50 |
| TOTAL FEES | | 25.3 | $13,547.50 |

Re: Real Estate
    Our File No.                2055557-0180
    Circuit City Contact        Daniel W. Ramsey
    McGuireWoods Contact        Douglas M. Foley


04/01/09  E-mails regarding November 2008 stub rent
          appeals and review proposed form of order
          regarding staying same at district court level
          (.4); e-mails and telephone conference with
          landlord counsel regarding payment of
          post-petition stub rent for March 2009 and
          other outstanding landlord issues, including
          cure (.8)
          Douglas M. Foley   1.20 hours at  550.00 per hour.          $660.00

04/01/09  E-mails regarding status of new district court
          landlord appeal and stipulation staying it
          pending Fourth Circuit appeal
          Sarah B. Boehm    .20 hours at  450.00 per hour.            $90.00

04/01/09  Telephone call from potential purchaser of
          industrial property in Ardmore, Oklahoma (.5);
          telephone with client representative to discuss
          response to the development authority regarding
          request for information (.8); revise e-mail
          response to Development Authority and send to
          M. Bates at Development Authority (1.2);
          telephone call from client employees to discuss
          procedure for property liquidation in Ardmore,
          Oklahoma (.3)
          Matthew P. Rash   2.80 hours at  315.00 per hour.           $882.00

04/02/09  Ardmore issues, review e-mails and telephone
          calls regarding debt
          T. Craig Harmon   2.30 hours at  525.00 per hour.         $1,207.50

04/02/09  Analyze stipulation staying district court
          appeal and e-mails regarding same
          Sarah B. Boehm    .30 hours at  450.00 per hour.           $135.00

Circuit City Stores Inc
File Number: 2055557                                    Page  30
Invoice No. 91141974                                   May 18, 2009

04/02/09  Telephone call with representative from the
          Ardmore Development Authority regarding deed in
          lieu procedures (.4); send e-mail to client
          employee regarding title company requirements
          for deed in lieu (.1)
          Matthew P. Rash   .50 hours at  315.00 per hour.          $157.50

04/03/09  Work regarding Ardmore, review and revise
          e-mail, review documents and Qualitech and
          other bankruptcy research
          T. Craig Harmon   3.10 hours at  525.00 per hour.       $1,627.50

04/03/09  E-mails regarding abandoning fixtures
          Sarah B. Boehm   .20 hours at  450.00 per hour.           $90.00

04/06/09  Telephone call to Stewart Title regarding
          deed-in-lieu of foreclosure requirements (.6);
          send e-mail to title company explaining the
          title structure of the proposed sale (.3); send
          e-mail to title company regarding title
          commitment requirements (.1)
          Matthew P. Rash   1.00 hours at  315.00 per hour.         $315.00

04/07/09  Revise district court stipulation regarding
          staying landlord appeal and e-mails regarding
          same
          Sarah B. Boehm   .40 hours at  450.00 per hour.          $180.00

04/07/09  Respond to e-mail from client employee
          regarding trustee under Ardmore indenture
          failing to respond to requests to disburse note
          payments (.2); send e-mail to indenture trustee
          regarding sale procedures and requesting
          release of note payments (.2)
          Matthew P. Rash   .40 hours at  315.00 per hour.          $126.00

04/08/09  Calls with client regarding Ardmore (1.3); work
          regarding title issues (1.4)
          T. Craig Harmon   2.70 hours at  525.00 per hour.       $1,417.50

04/08/09  Telephone conferences and several e-mails with
          landlord counsel regarding payment of
          pre-rejection rent and additional rent under
          leases and review newly filed motions regarding
          same
          Douglas M. Foley   .90 hours at  550.00 per hour.        $495.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91141974

| | | |
|---|---|---|
| 04/08/09 | Draft, revise, finalize and file pleadings regarding destruction of documents and multiple calls and e-mails regarding same (.5); analyze issues and e-mails regarding fixtures (.2)<br>Sarah B. Boehm    .70 hours at  450.00 per hour. | $315.00 |
| 04/08/09 | Telephone call from legal counsel for trustee under Ardmore, Oklahoma indenture regarding procedure for selling the property and the rent payments being held in trust (.5); review terms of the indenture for possible right by trustee to withhold payments from the note holders secured by the indenture (.5); send e-mail to client representative summarizing conversation with trustee's legal counsel and relevant provisions of the indenture (.3)<br>Matthew P. Rash   1.30 hours at  315.00 per hour. | $409.50 |
| 04/10/09 | Work regarding Ardmore transaction documents<br>T. Craig Harmon   1.30 hours at  525.00 per hour. | $682.50 |
| 04/10/09 | E-mails with opposing counsel for subtenants and overlandlords regarding resolution of pending objections to lease rejection motions (.3); telephone calls and e-mails with landlord counsel regarding unpaid post-petition rent and taxes (.3)<br>Douglas M. Foley    .30 hours at  550.00 per hour. | $165.00 |
| 04/10/09 | Telephone call from W. Stucky at Ardmore Development Authority regarding inventory auction (.2); send e-mail to J. Grant at Stewart Title regarding update on the title commitment (.2); telephone call with client representative regarding time line for real estate purchase contract (.1); send e-mail to client employee regarding M&T's position on the holdback of note payments (.4); send e-mail to client employee updating status of title search and send e-mail to W. Stucky regarding potential interested parties in the real estate auction (.1)<br>Matthew P. Rash   1.00 hours at  315.00 per hour. | $315.00 |
| 04/11/09 | Virginia Beach Outparcel - review e-mails from D. Miller and Purchaser's counsel<br>Edmund S. Pittman    .10 hours at  450.00 per hour. | $45.00 |
| 04/11/09 | Baltimore, MD Sale - review e-mail from J. Avallone<br>Edmund S. Pittman    .10 hours at  450.00 per hour. | $45.00 |

Circuit City Stores Inc
File Number: 2055557                                      Page  32
Invoice No. 91141974                                      May 18, 2009

04/13/09  Sale of Baltimore County, MD - review e-mail
          from purchaser regarding contract amendment
          Edmund S. Pittman    .10 hours at  450.00 per hour.        $45.00

04/13/09  Virginia Beach Outparcel Sale - e-mails to and
          from buyer's counsel
          Edmund S. Pittman    .10 hours at  450.00 per hour.        $45.00

04/13/09  Telephone call from landlord and e-mails with
          debtors' professionals regarding same
          Sarah B. Boehm    .20 hours at  450.00 per hour.           $90.00

04/13/09  E-mails and telephone calls with landlords and
          debtors' professionals regarding lease issues
          Daniel F. Blanks    .60 hours at  375.00 per hour.        $225.00

04/14/09  Conference call (1.0); follow-up on Ardmore and
          OA issues (1.4)
          T. Craig Harmon   2.40 hours at  525.00 per hour.       $1,260.00

04/14/09  E-mails regarding potential real estate
          purchasers
          Douglas M. Foley    .30 hours at  550.00 per hour.       $165.00

04/14/09  Baltimore County, MD - review e-mails from
          buyer regarding amendment (.1); e-mails to and
          from buyer's counsel regarding same (.1);
          prepare draft amendment (1.6); e-mail to C.
          Crowe, D. Miller and J. Avallone (.1)
          Edmund S. Pittman   1.90 hours at  450.00 per hour.      $855.00

04/14/09  Ardmore - conference call with C. Crowe, D.
          Miller, M. Rash and C. Harmon
          Edmund S. Pittman    .30 hours at  450.00 per hour.      $135.00

04/14/09  Telephone call from and e-mail to counsel for
          landlord regarding interest in bidding on lease
          Sarah B. Boehm    .30 hours at  450.00 per hour.        $135.00

04/14/09  Conference call with client employees regarding
          sale of Ardmore, Oklahoma facility (.3); send
          e-mail to title company regarding status of
          title commitment (.1); send e-mail to
          development authority regarding timing of
          execution of deed and delivery into escrow (.1)
          Matthew P. Rash    .50 hours at  315.00 per hour.       $157.50

Circuit City Stores Inc
File Number: 2055557                                     Page   33
Invoice No. 91141974                                    May 18, 2009

04/15/09  Several telephone conferences and e-mails with
          landlord counsel regarding unpaid rent and
          reconciliation of post-petition and prejection
          payables, taxes and other reimbursements
          Douglas M. Foley   1.70 hours at  550.00 per hour.        $935.00

04/15/09  Sale of Virginia Beach Outparcel - revise
          contract (1.0); review order for miscellaneous
          asset sales (.2); e-mail to buyer's counsel
          (.1)
          Edmund S. Pittman   1.30 hours at  450.00 per hour.       $585.00

04/16/09  Work regarding Ardmore (1.9); draft discussions
          (2.0)
          T. Craig Harmon   3.90 hours at  525.00 per hour.       $2,047.50

04/16/09  Handle issues regarding real estate appeal
          (.3); telephone conference regarding stalking
          horse contract and sale procedures (.3)
          Sarah B. Boehm   .60 hours at  450.00 per hour.          $270.00

04/16/09  Ardmore, OK - Review title commitment and
          vesting deeds (1.5); prepare deed from the
          Development Authority to Circuit City (1.0);
          telephone call with Development Authority
          representative regarding board approval
          requirements (.5); prepare draft purchase
          agreement (4.4); telephone call with client
          employee regarding changes to the purchase
          agreement (.3)
          Matthew P. Rash   7.70 hours at  315.00 per hour.       $2,425.50

04/17/09  Various e-mails with client, broker and ABA
          regarding title and environmental
          T. Craig Harmon   2.30 hours at  525.00 per hour.       $1,207.50

04/17/09  Draft, revise and file motion to sell Store 232
          and draft notices and motion to expedite
          regarding same and e-mails with debtors'
          professionals regarding same
          Daniel F. Blanks   1.80 hours at  375.00 per hour.       $675.00

04/17/09  Respond to e-mail from client representative
          regarding provisions in the draft stalking
          horse purchase agreement
          Matthew P. Rash   .30 hours at  315.00 per hour.          $94.50

Circuit City Stores Inc
File Number: 2055557                                    Page   34
Invoice No. 91141974                                    May 18, 2009

04/19/09   Review, analyze and file motion to sell lease
           in San Mateo and related relief and e-mails
           with debtors' professionals regarding same and
           draft and file notices and orders regarding
           same
           Daniel F. Blanks   1.20 hours at  375.00 per hour.          $450.00

04/20/09   Baltimore County - e-mails to and from D.
           Miller regarding amendment (.1); revise
           amendment (.1); e-mail to buyer's counsel (.1)
           Edmund S. Pittman   .30 hours at  450.00 per hour.          $135.00

04/20/09   Telephone conference regarding stalking horse
           and sale procedures
           Sarah B. Boehm   .20 hours at  450.00 per hour.              $90.00

04/20/09   E-mails with debtors' professionals regarding
           pending appeals regarding stub rent issues and
           review appeals regarding same (.9); e-mails
           with parties regarding outstanding lease issues
           and other issues regarding leases and e-mails
           with debtors' professionals regarding same
           (.8); e-mails with debtors' professionals
           regarding Phoenix property sale and related
           issues (.7)
           Daniel F. Blanks   2.40 hours at  375.00 per hour.          $900.00

04/20/09   Ardmore, OK - Send e-mail to title company
           regarding status of draft deed (.1); send
           e-mail to Ardmore Development Authority
           regarding status of purchase contract draft,
           the draft deed and board authorizations (.2);
           respond to e-mails from buyer's counsel
           regarding description of the property and
           number of acres (.1); review comments by
           buyer's counsel to the purchase and sale
           agreement (1.0); revise purchase agreement and
           send comments to client employee (3.0)
           Matthew P. Rash   4.40 hours at  315.00 per hour.         $1,386.00

04/21/09   E-mails with landlord counsel and debtors'
           professionals regarding status of payment of
           cure obligations and remaining prorated amounts
           due to landlords on rejected leases (1.2);
           e-mails and telephone calls with landlord
           counsel regarding status of Port Arthur stub
           rent appeal and stay of same pending Fourth
           Circuit certification and appeal resolution of
           similar appeals
           Douglas M. Foley   2.10 hours at  550.00 per hour.        $1,155.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91141974

Page  35
May 18, 2009

04/21/09  Analyze issues and e-mails regarding staying
          new district court appeal
          Sarah B. Boehm    .20 hours at  450.00 per hour.                $90.00

04/21/09  Ardmore, OK - Conference call with client
          employee regarding changes to the purchase
          agreement (.2); call with buyer's counsel to
          discuss contract changes (.1); revise purchase
          agreement (1.0); send e-mail to client employee
          responding to comments to purchase agreement
          (.5); send e-mail to buyer's counsel regarding
          changes to the purchase contract (.2)
          Matthew P. Rash   2.00 hours at  315.00 per hour.              $630.00

04/22/09  E-mails with landlord counsel regarding payment
          of outstanding obligations under leases and
          review pending motions for 4/28 hearing
          regarding same
          Douglas M. Foley    .40 hours at  550.00 per hour.            $220.00

04/22/09  Baltimore, MD - e-mails to and from buyer's
          counsel (.1); review buyer's counsel's comments
          to first amendment to contract (.2)
          Edmund S. Pittman    .30 hours at  450.00 per hour.           $135.00

04/22/09  Ardmore, OK - Telephone call from buyer's
          counsel regarding draft stalking horse purchase
          agreement (.5); telephone call with client
          employee regarding bidding procedures and
          excluded personal property (.3); telephone call
          to representatives for the Development
          Authority (.2); revise purchase agreement (.8);
          review title issue in connection with possible
          cloud on title (1.0); conference call with
          counsel to prospective buyer and client
          employees (1.0); review bid procedures order
          and send comments to buyer's counsel (.8);
          conference call with title company regarding
          deed-in-lieu and possible cloud on title (.8);
          prepare quitclaim deed (.6); send summary of
          note purchase agreement to title company (.6)
          Matthew P. Rash   6.60 hours at  315.00 per hour.           $2,079.00

04/23/09  Review documents for sale and auction
          preparation (.9); work regarding release/title
          issues (1.0)
          T. Craig Harmon   1.90 hours at  525.00 per hour.             $997.50

Circuit City Stores Inc
File Number: 2055557                                    Page  36
Invoice No. 91141974                                   May 18, 2009

04/23/09  E-mails and telephone conferences regarding
          documentation of sale of distribution center
          (.2); e-mails and telephone conferences with
          landlord's counsel regarding final
          reconciliation of taxes, CAM and additional
          rent charges (.3); e-mails and conference with
          opposing counsel and debtors' professionals
          regarding stipulation relating to stay of
          district court stub rent appeal (.3)
          Douglas M. Foley    .80 hours at  550.00 per hour.       $440.00

04/23/09  Sale of Virginia Beach Outparcel - e-mails to
          and from buyer's counsel and D. Miller
          Edmund S. Pittman    .10 hours at  450.00 per hour.       $45.00

04/23/09  E-mails regarding staying new district court
          appeal
          Sarah B. Boehm    .20 hours at  450.00 per hour.          $90.00

04/23/09  Draft stipulation and order with Port Arthur
          regarding staying appeal pending outcome of
          Fourth Circuit and e-mails and telephone
          conferences with debtors' professionals and
          counsel for appellants regarding same (1.5);
          draft, revise and file notices of rejection
          (.7)
          Daniel F. Blanks   2.20 hours at  375.00 per hour.       $825.00

04/23/09  Ardmore, OK - Prepare release of mortgage for
          execution by the lender (.9); prepare estoppel
          affidavit for execution by the Development
          Authority (.7); send e-mail to representatives
          from lender regarding release of indenture and
          deed-in-lieu of foreclosure (.2); send e-mail
          to title company regarding escrow provisions in
          the purchase agreement (.2); send e-mail to
          development authority regarding additional
          deeds to correct cloud on title (.5); telephone
          call with representatives from the Development
          Authority to review final deeds and discuss
          auction procedures (.6); exchange e-mails with
          client employees regarding status of purchase
          agreement and deed from the Development
          Authority (.3); review mortgage for
          requirements for appointing a new substitute
          trustee and telephone call with title company
          and representative for lender regarding the
          release of mortgage (.4); finalize purchase

Circuit City Stores Inc
File Number: 2055557                                    Page   37
Invoice No. 91141974                                   May 18, 2009

agreement exhibits and send fully-executed
agreement to client representative (.5); send
e-mail to title company regarding documentary
stamp tax calculation (.3); telephone call with
representatives from lender regarding mortgage
release and appointment of substitute trustee
(.2)
Matthew P. Rash   4.60 hours at  315.00 per hour.        $1,449.00

04/24/09 E-mails regarding unresolved reconciliations
         with landlords regarding cure claims and
         prorated march rent and additional rent (.8);
         e-mails regarding Fourth Circuit denial of
         direct certification on appeal of stub rent
         issue and analyze issues regarding same (.4)
         Douglas M. Foley   1.20 hours at  550.00 per hour.      $660.00

04/24/09 Draft, revise and file motion to sell real
         property and draft, revise and file motion to
         limit notice and time regarding same and
         multiple e-mails and telephone conferences with
         debtors' professionals regarding same (3.6);
         review and analyze Fourth Circuit denial of
         direct appeal and e-mails with debtors'
         professionals regarding same (.8)
         Daniel F. Blanks   4.40 hours at  375.00 per hour.    $1,650.00

04/24/09 Ardmore, OK - Research documentary stamp tax
         provisions and exemptions from tax (.2); send
         e-mail to client employee regarding
         deed-in-lieu of foreclosure exemption (.1);
         telephone call from representatives at M&T bank
         regarding release of mortgage and funds held in
         trust (.3); prepare letter directing the
         release of the property from the lien of the
         mortgage (.4); review form of agreement to
         invest funds and changed by buyer's counsel
         (.4); telephone call from buyer's counsel
         regarding status of deed from development
         company (.2); send e-mail to title company
         regarding executed documents and exemption from
         documentary stamp tax (.2)
         Matthew P. Rash   1.80 hours at  315.00 per hour.      $567.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91141974

Page  38
May 18, 2009

04/27/09   Telephone conference and e-mails with
           landlord's counsel regarding status of stub
           rent appeals after Fourth Circuit denial of
           certification and analyze possible
           consolidation in district court before Judge
           Hudson and review appellate dockets regarding
           same
           Douglas M. Foley   1.20 hours at  550.00 per hour.          $660.00

04/27/09   Virginia Beach Outparcel - review comments from
           buyer's counsel to revised contract (.1);
           revise contract (.1); e-mails to C. Crowe, D.
           Miller and buyer's counsel (.1)
           Edmund S. Pittman    .30 hours at  450.00 per hour.         $135.00

04/27/09   Baltimore, MD - e-mail from buyer's counsel
           regarding amendment (.1); e-mails to and from
           C. Crowe and D. Miller (.1)
           Edmund S. Pittman    .20 hours at  450.00 per hour.          $90.00

04/27/09   Ardmore, OK - Prepare register of deeds
           affidavit regarding transfer tax exemptions
           (.5); send e-mail to client employee regarding
           documents requiring signature on behalf of
           Circuit City (.1); review executed documents
           from Circuit City and M&T bank (.3); prepare
           escrow instruction letters directing the title
           company to record the closing documents and the
           bank to disburse funds held in escrow (.4)
           Matthew P. Rash   1.30 hours at  315.00 per hour.           $409.50

04/27/09   Meet with debtors' professionals regarding stub
           rent issue (.2); research district court docket
           for appeals of stub rent issue and procedural
           information (.6); meet with D. Foley and D.
           Blanks to review bankruptcy rules regarding
           procedural posture after denial of
           certification to the Circuit Court
           Bryan A. Stark   1.20 hours at  295.00 per hour.            $354.00

04/28/09   Telephone conference and e-mails with landlord
           counsel regarding status of "stub rent" appeals
           after Fourth Circuit denial of direct
           certification and review status of district
           court appeals and possible consolidation (.4)
           Douglas M. Foley    .40 hours at  550.00 per hour.          $220.00

Circuit City Stores Inc
File Number: 2055557                              Page  39
Invoice No. 91141974                             May 18, 2009

04/28/09 Virginia Beach Outparcel - e-mails to and from
         buyer's counsel (.2); revise purchase agreement
         (.4); conference calls with C. Crowe, D. Miller
         and T. Maroney (.2)
         Edmund S. Pittman    .80 hours at  450.00 per hour.         $360.00

04/28/09 Baltimore, MD - revise amendment to purchase
         agreement (.7); e-mails to and from C. Crowe
         and D. Miller (.2); conference calls with C.
         Crowe, D. Miller and T. Maroney (.2); e-mails
         to and from buyer's counsel (.2)
         Edmund S. Pittman   1.30 hours at  450.00 per hour.         $585.00

04/28/09 Conference with debtors' professionals
         regarding charts created on appeal regarding
         stub rent (.4); review bankruptcy and district
         court dockets for notices of appeal and other
         filings related to stub rent (.6)
         Bryan A. Stark   1.00 hours at  295.00 per hour.            $295.00

04/29/09 Review docket reports for bankruptcy appeals in
         district court and telephone conference with
         landlord's counsel regarding same,
         consolidation of appeals and extension of
         briefing schedule
         Douglas M. Foley    .80 hours at  550.00 per hour.         $440.00

04/29/09 Virginia Beach Outparcel - review survey
         Edmund S. Pittman    .10 hours at  450.00 per hour.         $45.00

04/29/09 Baltimore, MD - e-mail Phase II proposal to
         counsel
         Edmund S. Pittman    .10 hours at  450.00 per hour.         $45.00

04/29/09 Prepare for and participate in telephone
         conference regarding appeals regarding stub
         rent issues (.6); draft proposed stipulation
         and consent order and e-mails with opposing
         counsel and debtors' professionals regarding
         same (.9)
         Daniel F. Blanks   1.50 hours at  375.00 per hour.         $562.50

04/29/09 Ardmore, OK - Telephone call from title company
         regarding potential third party bidder (.2);
         review bid procedures and send e-mail to client
         employee regarding coordinating receipt of bids
         and escrow funds (.3); telephone call with
         buyer's counsel regarding bidding procedures
         Matthew P. Rash    .70 hours at  315.00 per hour.          $220.50

Circuit City Stores Inc
File Number: 2055557                                    Page   40
Invoice No. 91141974                                   May 18, 2009

04/29/09  Review filings and time lines in preparation
          for telephone conference call regarding stub
          rent appeals (.5); telephone conference call
          regarding stub rent issue with debtors'
          professionals and counsel for appellees (.6)
          Bryan A. Stark   1.10 hours at  295.00 per hour.          $324.50

04/29/09  Research electronic documents (1.2); prepare
          appellee designation binders in multiple
          pending actions (.9)
          Karen B. Cain   2.10 hours at  195.00 per hour.           $409.50

04/30/09  E-mails regarding stub rent appeals at district
          court and review extension order regarding same
          (.4); telephone conference and e-mails with
          prospective bidders and DJM Realty regarding
          Texas properties (.3)
          Douglas M. Foley   .70 hours at  550.00 per hour.         $385.00

04/30/09  Virginia Beach Sale - e-mails to and from
          buyer's counsel
          Edmund S. Pittman   .10 hours at  450.00 per hour.         $45.00

04/30/09  Baltimore, MD - telephone calls to and from
          buyer's counsel (.2); review letter from
          buyer's counsel and executed amendment (.1);
          e-mail to D. Miller and C. Crowe (.2)
          Edmund S. Pittman   .50 hours at  450.00 per hour.        $225.00

04/30/09  Continue draft and revise stipulation and
          agreed order regarding staying appeal and
          telephone conferences with opposing counsel and
          chambers regarding same
          Daniel F. Blanks   1.10 hours at  375.00 per hour.        $412.50

04/30/09  Telephone call with opposing counsel regarding
          appeal of stub rent issue (.2); meet with
          debtors' professionals regarding designation
          for stub rent appeals and preparation of
          binders (.6); draft cover letter and send
          stipulation and agreed order to court extending
          deadlines in appeal (.4); telephone call with
          chambers regarding stipulation (.3)
          Bryan A. Stark   1.50 hours at  295.00 per hour.          $442.50

| Timekeeper        | Rate/HR   | Hours | Fees        |
|-------------------|-----------|-------|-------------|
| Douglas M. Foley  | $550.00   | 12.0  | $6,600.00   |
| T. Craig Harmon   | $525.00   | 19.9  | $10,447.50  |
| Edmund S. Pittman | $450.00   | 8.0   | $3,600.00   |
| Sarah B. Boehm    | $450.00   | 3.5   | $1,575.00   |
| Daniel F. Blanks  | $375.00   | 15.2  | $5,700.00   |
| Matthew P. Rash   | $315.00   | 36.9  | $11,623.50  |

Circuit City Stores Inc
File Number: 2055557                              Page  41
Invoice No. 91141974                              May 18, 2009

| | | | |
|---|---|---|---|
| Bryan A. Stark | $295.00 | 4.8 | $1,416.00 |
| Karen B. Cain | $195.00 | 2.1 | $409.50 |
| | TOTAL FEES | 102.4 | $41,371.50 |

**Re: Utilities Matters**
   Our File No.            2055557-0210
   Circuit City Contact    Daniel W. Ramsey
   McGuireWoods Contact    Douglas M. Foley

04/16/09  Analyze issues regarding amended utility list
          and e-mails regarding same
          Sarah B. Boehm   .20 hours at  450.00 per hour.          $90.00

04/16/09  Draft, revise and file utilities exhibit
          modification and e-mails with debtors'
          professionals regarding same
          Daniel F. Blanks   .80 hours at  375.00 per hour.        $300.00

04/22/09  E-mails regarding amended utility order (.2);
          review facsimile request for payment (.2)
          Sarah B. Boehm   .40 hours at  450.00 per hour.          $180.00

04/22/09  Review, analyze, revise and file notice
          regarding utilities and e-mails with debtors'
          professionals regarding same
          Daniel F. Blanks   .70 hours at  375.00 per hour.        $262.50

04/28/09  Review faxes regarding demands from utilities
          for payments from blocked account reserve and
          e-mails with client and debtors' professionals
          regarding same
          Douglas M. Foley   .20 hours at  550.00 per hour.        $110.00

04/29/09  E-mails with utilities and debtors'
          professionals regarding requests for payment
          Daniel F. Blanks   .40 hours at  375.00 per hour.        $150.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 0.2 | $110.00 |
| Sarah B. Boehm | $450.00 | 0.6 | $270.00 |
| Daniel F. Blanks | $375.00 | 1.9 | $712.50 |
| | TOTAL FEES | 2.7 | $1,092.50 |

**Re: Insurance Matters**
   Our File No.            2055557-0230
   Circuit City Contact    Daniel W. Ramsey
   McGuireWoods Contact    Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                                    Page  42
Invoice No. 91141974                                    May 18, 2009

04/06/09  Revise, finalize and file pleadings regarding
          insurance settlement and multiple e-mails
          regarding same
          Sarah B. Boehm     .60 hours at  450.00 per hour.          $270.00

04/16/09  E-mails and analyze issue relating to workers
          compensation policies and retrospective charges
          relating to lift stay motions
          Douglas M. Foley    .40 hours at  550.00 per hour.         $220.00

04/24/09  E-mails with parties regarding multiple
          insurance related issues and review material
          regarding same
          Daniel F. Blanks    .60 hours at  375.00 per hour.         $225.00

04/27/09  E-mails regarding Old Republic coverage issues
          and protocol for workers compensation claims
          and analyze issues regarding same
          Douglas M. Foley    .30 hours at  550.00 per hour.         $165.00

04/27/09  E-mails with in-house parties and counsel for
          Old Republic regarding multiple issues
          regarding insurance coverage and workers'
          compensation and related issues
          Daniel F. Blanks   1.10 hours at  375.00 per hour.         $412.50

04/29/09  Analyze issues relating to workers compensation
          claims, effect of draws on letters of credit
          and possible resolution of relief from stay
          motions
          Douglas M. Foley    .20 hours at  550.00 per hour.         $110.00

04/30/09  Research issues regarding workers' compensation
          and related issues and e-mails and telephone
          conference with opposing counsel regarding
          multiple issues regarding same
          Daniel F. Blanks   2.20 hours at  375.00 per hour.         $825.00

04/30/09  Research workers compensation insurance and
          automatic stay
          Erin Q. Ashcroft   2.10 hours at  300.00 per hour.         $630.00

| Timekeeper        | Rate/HR   | Hours | Fees       |
|-------------------|-----------|-------|------------|
| Douglas M. Foley  | $550.00   | 0.9   | $495.00    |
| Sarah B. Boehm    | $450.00   | 0.6   | $270.00    |
| Daniel F. Blanks  | $375.00   | 3.9   | $1,462.50  |
| Erin Q. Ashcroft  | $300.00   | 2.1   | $630.00    |
|                   |           |       |            |
| TOTAL FEES        |           | 7.5   | $2,857.50  |

Circuit City Stores Inc
File Number: 2055557                                    Page   43
Invoice No. 91141974                                    May 18, 2009


Re: Tax Matters
    Our File No.              2055557-0240
    Circuit City Contact      Daniel W. Ramsey
    McGuireWoods Contact      Douglas M. Foley


04/01/09  Prepare for and participate in meetings and
          conferences with tax department regarding
          multiple issues and analyze multiple issues
          regarding same and review and analyze
          documents, pleadings and other items regarding
          same
          Daniel F. Blanks   3.30 hours at  375.00 per hour.       $1,237.50

04/03/09  E-mails with tax department regarding new
          notices
          Daniel F. Blanks    .40 hours at  375.00 per hour.         $150.00

04/06/09  E-mails with client and debtors' professionals
          regarding outstanding responses and issues with
          respect to pending taxing jurisdictions and
          claims relating to same
          Douglas M. Foley    .30 hours at  550.00 per hour.         $165.00

04/06/09  E-mails and telephone conference with tax
          department regarding multiple tax issues
          Daniel F. Blanks   1.10 hours at  375.00 per hour.         $412.50

04/07/09  Multiple telephone conferences with debtors'
          professionals and company parties regarding
          post-petition licenses and related issues
          Daniel F. Blanks    .50 hours at  375.00 per hour.         $187.50

04/08/09  Prepare for and participate in telephone
          conferences with in-house tax team and multiple
          e-mails regarding multiple tax issues
          Daniel F. Blanks   1.30 hours at  375.00 per hour.         $487.50

04/09/09  E-mails with debtors' professionals and
          in-house parties regarding tax issues, licenses
          and other issues
          Daniel F. Blanks   1.10 hours at  375.00 per hour.         $412.50

04/10/09  Analyze issues with client and debtors'
          professionals regarding resolution of
          outstanding tax questions
          Douglas M. Foley    .30 hours at  550.00 per hour.         $165.00

Circuit City Stores Inc
File Number: 2055557                                          Page   44
Invoice No. 91141974                                         May 18, 2009

04/15/09  Review tax protests filed with IRS appeals
          office to respond to IRS Appeal Officer inquiry
          (.3); review and respond to e-mail with client
          (tax representative) (.2); analysis on
          automatic stay applicability to pre-assessment
          IRS administrative proceeding (1.2)
          Craig D. Bell   1.70 hours at   530.00 per hour.          $901.00

04/15/09  Telephone conference with IRS appeals Officer
          K. Lester regarding 2004, 2005 and 2006
          employment tax protest and appeals hearing
          (.3); draft e-mail to J. McDonald and D. Blanks
          regarding same and impact of bankruptcy filing
          on tax matters (.1); receive and review e-mail
          regarding same from J. McDonald (.1); draft
          responsive e-mail requesting additional
          information regarding same (.1)
          Brian C. Bernhardt    .70 hours at   475.00 per hour.     $332.50

04/15/09  E-mails with in-house tax regarding multiple
          tax issues and related items and analyze
          strategies regarding same
          Daniel F. Blanks   1.60 hours at   375.00 per hour.       $600.00

04/16/09  Review IRS exam team rebuttal to tax protest on
          pending IRS appeals matters (.9); analysis of
          same (2.6); review e-mails from client (.2)
          Craig D. Bell   3.60 hours at   530.00 per hour.        $1,908.00

04/16/09  Telephone call with debtors' professionals
          regarding tax and bankruptcy issues (.1);
          receive and review IRS rebuttal to client
          protest (.5); forward same to client (.1)
          Brian C. Bernhardt    .70 hours at   475.00 per hour.     $332.50

04/17/09  Analysis of stay on proposed tax assessments
          pending with IRS office of appeals
          Craig D. Bell   1.80 hours at   530.00 per hour.          $954.00

04/17/09  Multiple telephone conferences and e-mails with
          in-house tax department regarding tax issues,
          business licenses and other items and analyze
          strategies regarding same
          Daniel F. Blanks    .80 hours at   375.00 per hour.       $300.00

04/19/09  Multiple e-mails with tax department regarding
          issues regarding business licenses, audits,
          powers of attorney and other tax issues
          Daniel F. Blanks    .80 hours at   375.00 per hour.       $300.00

Circuit City Stores Inc
File Number: 2055557                              Page  45
Invoice No. 91141974                              May 18, 2009

04/21/09  Receive and review e-mail from debtors'
          professionals regarding strategy on employment
          tax matter (.1); draft letter to IRS regarding
          status of case vis-v-vis bankruptcy (.4)
          Brian C. Bernhardt    .50 hours at  475.00 per hour.        $237.50

04/21/09  Telephone conferences and e-mails with tax
          department regarding tax issues and related
          items (1.1); e-mails and telephone conferences
          with in-house tax department and debtors'
          professionals regarding tax appeal with IRS
          (.6)
          Daniel F. Blanks    1.70 hours at  375.00 per hour.         $637.50

04/22/09  E-mails and analysis regarding status of
          various tax matters and protocol going forward
          with respect to affirmative appeals
          Douglas M. Foley     .30 hours at  550.00 per hour.         $165.00

04/22/09  Telephone conference with tax department and
          debtors' professionals regarding tax appeals
          and other items and analyze issues and
          strategies regarding same
          Daniel F. Blanks    2.50 hours at  375.00 per hour.         $937.50

04/23/09  Analyze issues with proceeding with tax appeals
          and e-mails with client and debtors'
          professionals regarding same
          Douglas M. Foley     .60 hours at  550.00 per hour.         $330.00

04/23/09  Multiple telephone conferences and e-mails with
          tax department regarding tax issues and IRS
          appeals and related issues
          Daniel F. Blanks    1.60 hours at  375.00 per hour.         $600.00

04/24/09  Receive and review e-mail from debtors'
          professionals regarding strategy on employment
          tax matter (.1); telephone conference with IRS
          regarding status of case vis-a-vis bankruptcy
          (.4)
          Brian C. Bernhardt    .50 hours at  475.00 per hour.        $237.50

04/24/09  E-mails with counsel regarding resolving tax
          issues in Texas
          Daniel F. Blanks     .40 hours at  375.00 per hour.         $150.00

04/29/09  E-mails and conference with debtors'
          professionals regarding possible resolution,
          reconciliation and true up of certain tax
          claims from local taxing jurisdictions
          Douglas M. Foley     .20 hours at  550.00 per hour.         $110.00

Circuit City Stores Inc
File Number: 2055557                                          Page  46
Invoice No. 91141974                                         May 18, 2009

04/29/09  Prepare for and participate in telephone
          conference with counsel in Texas regarding
          payment of Texas tax claims (1.2); e-mails with
          tax department regarding inquiries from IRS
          regarding employee issues (.7)
          Daniel F. Blanks   1.90 hours at  375.00 per hour.        $712.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 1.7 | $935.00 |
| Craig D. Bell | $530.00 | 7.1 | $3,763.00 |
| Brian C. Bernhardt | $475.00 | 2.4 | $1,140.00 |
| Daniel F. Blanks | $375.00 | 19.0 | $7,125.00 |
| TOTAL FEES | | 30.2 | $12,963.00 |

Re: Claims Administration
    Our File No.            2055557-0250
    Circuit City Contact    Daniel W. Ramsey
    McGuireWoods Contact    Douglas M. Foley


04/01/09  E-mails regarding Bethesda claim stipulation
          and revise and submit same (.3); e-mails with
          K. Silva regarding administrative expense
          claims (.2); e-mails regarding late claim
          response (.3); revise and submit orders
          regarding Omni 1 (.3); analyze issues regarding
          AT&T (.4)
          Sarah B. Boehm   1.50 hours at  450.00 per hour.          $675.00

04/01/09  E-mails with debtors' professionals regarding
          omnibus objections to claims and related issues
          Daniel F. Blanks    .70 hours at  375.00 per hour.        $262.50

04/02/09  E-mails with FTI regarding omni claims exhibits
          and updates to pleadings on duplicates and
          amends (.4); review updated preference analysis
          for various claimants asserting 503(b)(9)
          claims (.4)
          Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

04/02/09  Multiple e-mails regarding omnibus objections
          to 503(b)(9) claims and analyze issues
          regarding same (.3); research and analyze
          issues regarding late claims (1.1)
          Sarah B. Boehm   1.40 hours at  450.00 per hour.          $630.00

Circuit City Stores Inc
File Number: 2055557                               Page   47
Invoice No. 91141974                               May 18, 2009

04/02/09 Draft late claim objection and research issues
         regarding same and review and analyze issues
         regarding same and e-mails with debtors'
         professionals regarding same
         Daniel F. Blanks   1.30 hours at  375.00 per hour.        $487.50

04/02/09 Telephone call with debtors' professionals
         regarding objection to late filed claims (.2);
         research and shepardize cases for objection to
         late filed claim (.6)
         Bryan A. Stark    .80 hours at  295.00 per hour.          $236.00

04/03/09 Analyze late claim research and e-mails
         regarding same (.4); analyze issues and e-mails
         regarding various administrative expense claims
         (.4)
         Sarah B. Boehm    .80 hours at  450.00 per hour.          $360.00

04/03/09 Continue drafting objection to late filed
         claims motions and research issues regarding
         same
         Daniel F. Blanks    .90 hours at  375.00 per hour.        $337.50

04/03/09 Research fourth circuit case law regarding
         filing of proofs of claim, claims bar dates and
         excusable neglect pursuant to Pioneer case
         (3.2); update legal authority section of
         objections to proof of claim (.3)
         Bryan A. Stark   3.50 hours at  295.00 per hour.        $1,032.50

04/06/09 E-mails regarding duplicate 503(b)(9) claim
         objections (.2); e-mails regarding status of
         various administrative expense claims (.2)
         Sarah B. Boehm    .40 hours at  450.00 per hour.          $180.00

04/07/09 E-mails with creditors and debtors'
         professionals regarding bar dates for
         administrative claims (.3); e-mails with
         debtors' professionals regarding status of next
         round of 503(b)(9) claim objections (.5)
         Douglas M. Foley    .80 hours at  550.00 per hour.        $440.00

04/07/09 Analyze issues, telephone conference with FTI
         and e-mails regarding 503(b)(9) claim
         objections (.8); e-mails regarding
         administrative claims (.2)
         Sarah B. Boehm   1.00 hours at  450.00 per hour.          $450.00

Circuit City Stores Inc
File Number: 2055557                                    Page  48
Invoice No. 91141974                                   May 18, 2009

04/07/09  Telephone conference and e-mails with debtors'
          professionals regarding objections to 503(b)(9)
          claims and analyze issues regarding same and
          initiate draft regarding same
          Daniel F. Blanks    1.30 hours at  375.00 per hour.        $487.50

04/08/09  E-mails with debtors' professionals regarding
          next round of 503(b)(9) claim objections and
          review exhibits regarding same
          Douglas M. Foley    .40 hours at  550.00 per hour.         $220.00

04/08/09  Analyze motion to allow late filed claim and
          multiple calls and e-mails regarding same (.4);
          analyze issues and multiple calls and e-mails
          regarding Arise administrative claim (.3)
          Sarah B. Boehm    .70 hours at  450.00 per hour.           $315.00

04/08/09  Telephone conferences and e-mails with
          claimants, debtors' professionals and parties
          in interest regarding objections to 503(b)(9)
          claims and related issues and draft objections
          regarding same and review claims regarding same
          Daniel F. Blanks    1.70 hours at  375.00 per hour.        $637.50

04/09/09  Multiple calls and e-mails regarding Media Bank
          claim and draft stipulation regarding same
          Sarah B. Boehm    .90 hours at  450.00 per hour.           $405.00

04/10/09  E-mails regarding Media Bank claim stipulation
          Sarah B. Boehm    .20 hours at  450.00 per hour.            $90.00

04/13/09  Analyze and revise administrative expense claim
          chart and e-mails regarding same (.2); e-mails
          regarding status of various claim objections
          (.3)
          Sarah B. Boehm    .50 hours at  450.00 per hour.           $225.00

04/13/09  Draft response to Chalifoux's motion to allow
          late claim and related relief and e-mails and
          telephone conference with in-house counsel and
          debtors' professionals regarding same and
          analyze strategies regarding same and research
          issues regarding same
          Daniel F. Blanks    1.10 hours at  375.00 per hour.        $412.50

04/14/09  E-mails regarding status of claim objections to
          additional duplicate claims and responses to
          late claim requests and analyze issues
          regarding same
          Douglas M. Foley    .40 hours at  550.00 per hour.         $220.00

Circuit City Stores Inc
File Number: 2055557                          Page   49
Invoice No. 91141974                          May 18, 2009

04/14/09  Analyze issues and strategy regarding claim
          objections and multiple e-mails regarding same
          Sarah B. Boehm    .40 hours at  450.00 per hour.        $180.00

04/15/09  Analyze administrative expense requests and
          revise chart regarding same (.9); analyze
          issues regarding 503(b)(9) claim objections and
          multiple e-mails regarding same (.6); analyze
          issues regarding second omnibus objection and
          status of stipulations regarding same (.3)
          Sarah B. Boehm    1.80 hours at  450.00 per hour.       $810.00

04/15/09  Draft and revise fourth omnibus objection to
          503(b)(9) claims and review and analyze
          multiple issues regarding same and telephone
          conferences with debtors' professionals
          regarding same and review and analyze claims,
          exhibits and other material regarding same
          (1.9); telephone conferences with claimants
          regarding omnibus objections (.5)
          Daniel F. Blanks    2.40 hours at  375.00 per hour.     $900.00

04/16/09  E-mails and analysis regarding 503(b)(9) claim
          objections and opposition to late claim motions
          and strategy regarding same
          Douglas M. Foley   1.60 hours at  550.00 per hour.      $880.00

04/16/09  Analyze and revise objection to duplicate
          claims and multiple calls and e-mails regarding
          same and related claims strategy (.3);
          telephone conference regarding late claim
          strategy (.5); e-mails regarding resolution of
          second omnibus claims objection (.2); e-mail to
          J. Sriro regarding stipulation regarding Media
          Bank claim (.2)
          Sarah B. Boehm   1.20 hours at  450.00 per hour.        $540.00

04/16/09  Telephone conference with company regarding
          motion to allow late filed claim and review
          material regarding same and e-mails and
          telephone conferences with counsel for movant
          regarding same (2.2); draft and revise fourth
          omnibus objection and multiple telephone
          conferences with debtors' professionals
          regarding same (1.4)
          Daniel F. Blanks   3.60 hours at  375.00 per hour.    $1,350.00

Circuit City Stores Inc
File Number: 2055557                          Page  50
Invoice No. 91141974                          May 18, 2009

04/17/09  Review and analyze issues and exhibits and
          pleadings for next round of 503(b)(9) omnibus
          claim objections and e-mails with debtors'
          professionals regarding same (.9); review and
          revise stipulation resolving claim objections
          to duplicates and amends (.4)
          Douglas M. Foley   1.30 hours at  550.00 per hour.        $715.00

04/17/09  Analyze and revise claim objection and notice
          and multiple calls and e-mails regarding
          service issues (.6); analyze claims, draft
          claim stipulation regarding Omni 2
          reclassification and e-mail to R. Johnson
          regarding same (.7); finalize Media Bank
          stipulation and e-mails with J. Sriro regarding
          same (.3)
          Sarah B. Boehm   1.60 hours at  450.00 per hour.          $720.00

04/17/09  Continue draft, revise and file 503(b)(9)
          objection and analyze issues regarding same and
          review and analyze documents, exhibits, notices
          and other items regarding same and multiple
          telephone conferences with debtors'
          professionals regarding same
          Daniel F. Blanks   2.70 hours at  375.00 per hour.      $1,012.50

04/20/09  Review and revised draft responses to late
          claim motions and e-mails with debtors'
          professionals regarding same (.9); e-mails
          regarding responses to pending claim objections
          and drafting next round of claim objections
          (.4)
          Douglas M. Foley   1.30 hours at  550.00 per hour.        $715.00

04/20/09  Analyze issues and e-mails regarding
          administrative expense claims
          Sarah B. Boehm    .20 hours at  450.00 per hour.           $90.00

04/20/09  Draft response to M. Chalifoux's motion to file
          late filed claim and review documents,
          pleadings, claims and other material regarding
          same and research issues regarding same (1.8);
          telephone conference with claims agent and
          clerk's office regarding docketing and service
          of fourth omnibus objection (.7)
          Daniel F. Blanks   2.50 hours at  375.00 per hour.        $937.50

04/21/09  Draft, revise and file objection to late claim
          motions and research issues regarding same
          Daniel F. Blanks   1.60 hours at  375.00 per hour.        $600.00

Circuit City Stores Inc
File Number: 2055557                              Page   51
Invoice No. 91141974                             May 18, 2009

04/22/09  E-mails regarding next round of claim
          objections and briefing schedule and protocol
          and e-mails with claimants regarding resolution
          of various claims for upcoming omni hearings
          Douglas M. Foley    .90 hours at  550.00 per hour.        $495.00

04/22/09  Review and analyze omnibus objections to claims
          and e-mails and telephone conferences with
          debtors' professionals regarding same and draft
          templates regarding same
          Daniel F. Blanks    1.30 hours at  375.00 per hour.       $487.50

04/23/09  Review changes to stipulation regarding
          expunging late and duplicative claims and
          e-mails with debtors' professionals regarding
          same
          Douglas M. Foley    .20 hours at  550.00 per hour.        $110.00

04/23/09  Telephone conferences and e-mails with debtors'
          professionals regarding omnibus objections and
          related issues
          Daniel F. Blanks    .90 hours at  375.00 per hour.        $337.50

04/24/09  E-mails regarding EDC reply to late claim
          motion on 503b9 and waiver argument and review
          same
          Douglas M. Foley    .60 hours at  550.00 per hour.        $330.00

04/25/09  E-mails regarding amended response to EDC late
          claim and excusable neglect motion and review
          and revised same
          Douglas M. Foley    .80 hours at  550.00 per hour.        $440.00

04/26/09  Draft, revise and file amended objection to
          motion to file late filed claim and e-mails
          with debtors' professionals regarding same
          Daniel F. Blanks    .60 hours at  375.00 per hour.        $225.00

04/27/09  Prepare for contested hearing on EDC late claim
          and excusable neglect motion and review
          pleadings regarding same
          Douglas M. Foley    1.70 hours at  550.00 per hour.       $935.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91141974

Page  52
May 18, 2009

04/27/09   Multiple e-mails and telephone conferences with
           parties regarding outstanding post-petition
           claims and e-mails with debtors' professionals
           and in-house parties regarding same and
           strategies (1.5); research issues regarding
           pending motions for relief to file a late proof
           of claim and e-mails with claims agent
           regarding same and review pleadings regarding
           same (1.4)
           Daniel F. Blanks   2.90 hours at  375.00 per hour.        $1,087.50

04/28/09   E-mails with late claimants regarding removal
           of certain claims from disallowance exhibits
           pursuant to agreement as to excusable neglect
           Douglas M. Foley    .30 hours at  550.00 per hour.         $165.00

04/29/09   Analyze issues and timing of filing claim
           objections to 503(b)(9) "not goods" claims and
           e-mails with debtors' professionals regarding
           same and status hearing on pending omnibus late
           claim objections (.3); review response by EDC
           to late claim objection and e-mails with EDC
           counsel regarding same and adjournment until
           plan confirmation time (.3)
           Douglas M. Foley    .60 hours at  550.00 per hour.         $330.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 11.3 | $6,215.00 |
| Sarah B. Boehm | $450.00 | 12.6 | $5,670.00 |
| Daniel F. Blanks | $375.00 | 25.5 | $9,562.50 |
| Bryan A. Stark | $295.00 | 4.3 | $1,268.50 |
| TOTAL FEES | | 53.7 | $22,716.00 |

Re: Employee Benefits/Pensions
    Our File No.          2055557-0280
    Circuit City Contact   Daniel W. Ramsey
    McGuireWoods Contact   Douglas M. Foley

04/08/09   Draft, revise, finalize and file pleadings
           regarding employee stipend and multiple calls
           and e-mails regarding same
           Sarah B. Boehm   2.10 hours at  450.00 per hour.          $945.00

04/10/09   Respond via e-mail to inquiry regarding
           administration of qualified domestic relations
           order and taxation of payments
           Regina Johnson Elbert     .20 hours at  345.00 per hour.    $69.00

Circuit City Stores Inc
File Number: 2055557                                    Page   53
Invoice No. 91141974                                    May 18, 2009

04/22/09  Review power of attorney for D. Williams
          Regina Johnson Elbert   .20 hours at  345.00 per hour.      $69.00

04/22/09  Conference with L. Diller and review validity
          of power of attorney (D. Williams)
          Jennifer A. Kosteva   .40 hours at  275.00 per hour.     $110.00

04/24/09  Begin analyzing power of attorney documents
          regarding authority to transfer assets to
          living trust and e-mails regarding missing
          power of attorney pages
          Elizabeth A. Diller   .30 hours at  275.00 per hour.     $82.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $450.00 | 2.1 | $945.00 |
| Regina Johnson Elbert | $345.00 | 0.4 | $138.00 |
| Elizabeth A. Diller | $275.00 | 0.3 | $82.50 |
| Jennifer A. Kosteva | $275.00 | 0.4 | $110.00 |
| TOTAL FEES | | 3.2 | $1,275.50 |

Re: Intellectual Property Matters
    Our File No.              2055557-0310
    Circuit City Contact      Daniel W. Ramsey
    McGuireWoods Contact      Douglas M. Foley


04/01/09  E-mails with Smart & Biggar and Osler, Hoskin &
          Harcourt regarding proposed transfer of files
          for Canadian Trade-mark Application Nos.:
          1,222,654 - CIRCUIT CITY & CIRCLE LOGO Design
          1,222,653 - CIRCUIT CITY & Design 1,220,129 -
          VERGE 1,220,130 - LIQUID VIDEO 1,318,215 -
          VERGE & Design
          Douglas B. Smith   .20 hours at  295.00 per hour.      $59.00

04/06/09  Receive and forward quarterly trademark report
          to D. Ramsey
          Douglas B. Smith   .20 hours at  295.00 per hour.      $59.00

04/07/09  Conference call with J. Gokey regarding
          required specimens for V (stylized) mark
          Douglas B. Smith   .20 hours at  295.00 per hour.      $59.00

Circuit City Stores Inc
File Number: 2055557                              Page  54
Invoice No. 91141974                             May 18, 2009

04/07/09  Begin drafting response to office action (.4);
          review specimens for similar mark accepted for
          registration (.1); review current specimens for
          use in Class 20 (.1); discussion with D. Smith
          regarding issues with response and possible
          elimination of class (.2)
          Kymberleigh B. Gokey   .80 hours at  160.00 per hour.   $128.00

04/10/09  Review docket reminder (.1); review status of
          applications causing suspension of IRIS and
          Design application (.1); e-mail to D. Smith
          regarding same (.1)
          Kymberleigh B. Gokey   .30 hours at  160.00 per hour.   $48.00

04/13/09  Receive and review e-mails from J. Peyton
          regarding IP schedules for Circuit City asset
          purchase agreement
          Douglas B. Smith   .30 hours at  295.00 per hour.   $88.50

04/13/09  E-mail from J. Peyton regarding IP schedule
          (.1); review part of schedule for accurate
          information (.2); e-mail to J. Peyton regarding
          same
          Kymberleigh B. Gokey   .30 hours at  160.00 per hour.   $48.00

04/14/09  Review IP Schedules and asset purchase
          agreement provisions relating to assets and
          e-mail to D. Foley
          Janet P. Peyton   .40 hours at  460.00 per hour.   $184.00

04/14/09  Continue review of IP schedule and comparison
          of database (1.1); e-mail to J. Peyton
          regarding same and inquiry regarding domain
          names comparison (.1); subsequent discussion
          and research with J. Peyton regarding suspended
          marks (.3)
          Kymberleigh B. Gokey   1.50 hours at  160.00 per hour.   $240.00

04/15/09  Prepare correspondence to D. Ramsey regarding
          response to office action due for V (Stylized)
          Douglas B. Smith   .30 hours at  295.00 per hour.   $88.50

04/17/09  Phone calls with K. Gokey regarding ACUREN in
          Canada and prepare e-mail to R. Scannell and
          agent requesting extension of time to file a
          declaration of use
          Douglas B. Smith   .40 hours at  295.00 per hour.   $118.00

04/20/09  Receive and review office action for the mark
          IRIS and forward for docketing
          Douglas B. Smith   .20 hours at  295.00 per hour.   $59.00

Circuit City Stores Inc
File Number: 2055557                              Page   55
Invoice No. 91141974                             May 18, 2009

04/22/09   Check status of circuitcityvisa.com domain name
           Douglas B. Smith     .10 hours at  295.00 per hour.        $29.50

04/23/09   Receive and review correspondence from agent
           regarding opposition matters for Circuit City
           in Canada
           Douglas B. Smith     .20 hours at  295.00 per hour.        $59.00

04/23/09   Review docket reminder (.1); review file (.1);
           e-mail to agent requesting status update of
           application (.2)
           Kymberleigh B. Gokey    .40 hours at  160.00 per hour.     $64.00

04/23/09   Review file (.2); e-mail to agent requesting
           status update regarding application (.1)
           Kymberleigh B. Gokey    .30 hours at  160.00 per hour.     $48.00

04/24/09   E-mail from D. Foley regarding IP matters
           related to Systemax or Canadian deal (.1);
           additional e-mail regarding windown list (.1)
           Janet P. Peyton    .20 hours at  460.00 per hour.          $92.00

04/24/09   Conference call with P. Lapin regarding
           transfer of Circuit City matters from Smart &
           Biggar to Osler, Hoskin & Harcourt
           Douglas B. Smith     .20 hours at  295.00 per hour.        $59.00

04/27/09   E-mails with agent regarding status of CIRCUIT
           CITY opposition in China
           Douglas B. Smith     .10 hours at  295.00 per hour.        $29.50

04/27/09   E-mail from agent regarding status of
           application for the mark CIRCUIT CITY in China
           (.1); maintain record (.1)
           Kymberleigh B. Gokey    .20 hours at  160.00 per hour.     $32.00

04/28/09   Review docket reminder (.1); prepare
           correspondence to client regarding upcoming
           registration renewal deadline for the mark
           CIRCUIT CITY in Canada (.2); e-mail to D. Smith
           regarding same (.1)
           Kymberleigh B. Gokey    .40 hours at  160.00 per hour.     $64.00

04/29/09   Receive and review notice of publication and
           advertisement page from Official Gazette (.2);
           prepare correspondence to client regarding same
           (.1); maintain record (.1)
           Kymberleigh B. Gokey    .30 hours at  160.00 per hour.     $48.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91141974

Page  56
May 18, 2009

04/29/09 E-mail from agent in Canada regarding status of
         matter and pending oppositions (.2); note to D.
         Smith regarding same (.1)
         Kymberleigh B. Gokey    .30 hours at  160.00 per hour.    $48.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Janet P. Peyton | $460.00 | 0.6 | $276.00 |
| Douglas B. Smith | $295.00 | 2.4 | $708.00 |
| Kymberleigh B. Gokey | $160.00 | 4.8 | $768.00 |
| TOTAL FEES | | 7.8 | $1,752.00 |

Re: Asset Sales
    Our File No.          2055557-0321
    Circuit City Contact  Daniel W. Ramsey
    McGuireWoods Contact  Douglas M. Foley

04/01/09 E-mails regarding status of closing of Canadian
         transaction and US issues regarding same with
         respect to IP assets (.2); telephone conference
         and e-mails with UST regarding CPO order and
         timing of filing motion to approve bid
         procedures to dispose of IP assets (.4)
         Douglas M. Foley    .40 hours at  550.00 per hour.       $220.00

04/06/09 Review proposed CPO order and e-mails with UST
         and co-counsel regarding same and timing of
         filing of motion to establish sale procedures
         for IP assets and customer lists
         Douglas M. Foley    .40 hours at  550.00 per hour.       $220.00

04/06/09 Analyze issues and e-mails regarding IP sale
         procedures and appointment of consumer
         ombudsman
         Sarah B. Boehm    .40 hours at  450.00 per hour.         $180.00

04/08/09 Review, revise and analyze pleadings relating
         to IP sale motion and appointment of CPO and
         e-mails with debtors' professionals regarding
         same (.8); e-mails and telephone calls with
         buyers counsel and debtors' professionals
         regarding status of Canadian sale motion and IP
         issues (.5)
         Douglas M. Foley   1.30 hours at  550.00 per hour.       $715.00

04/08/09 Multiple e-mails regarding IP sale pleadings
         regarding employee stipend and multiple calls
         and e-mails regarding same
         Sarah B. Boehm    .40 hours at  450.00 per hour.         $180.00

Circuit City Stores Inc
File Number: 2055557                                    Page  57
Invoice No. 91141974                                    May 18, 2009

04/09/09  Several e-mails with client and UST regarding
          IP sale motion pleadings and review same (1.4)
          Douglas M. Foley   1.40 hours at  550.00 per hour.        $770.00

04/09/09  Draft, revise, finalize and file pleadings
          regarding IP sale and bid procedures (2.3);
          e-mails regarding consumer privacy ombudsman
          (.2)
          Sarah B. Boehm   2.50 hours at  450.00 per hour.       $1,125.00

04/10/09  Telephone conferences with Chambers, CPO and
          UST regarding submission of order appointing
          CPO relating to IP sale procedures motion and
          e-mails with debtors' professionals and buyers
          professionals regarding same (1.3); e-mails
          with client and debtors' professionals
          regarding filing miscellaneous asset sales
          motion (.3)
          Douglas M. Foley   1.60 hours at  550.00 per hour.        $880.00

04/10/09  E-mails with debtors' professionals regarding
          IP sale and revise order regarding same (.8);
          draft, revise and file pleadings regarding
          consumer ombudsman and multiple e-mails and
          telephone conferences regarding same (1.4)
          Daniel F. Blanks   2.20 hours at  375.00 per hour.        $825.00

04/13/09  E-mails regarding IP assets sale motion and
          review exhibits and pleadings and schedules to
          asset purchase agreement regarding same
          Douglas M. Foley   .90 hours at  550.00 per hour.         $495.00

04/13/09  Draft, finalize and file notice and schedules
          regarding IP sale
          Sarah B. Boehm   .50 hours at  450.00 per hour.          $225.00

04/14/09  E-mails regarding CPO and systemax stalking
          horse bid and sale procedures
          Douglas M. Foley   .40 hours at  550.00 per hour.         $220.00

04/14/09  Analyze issues regarding IP schedules and
          e-mails regarding same
          Sarah B. Boehm   .30 hours at  450.00 per hour.          $135.00

04/15/09  E-mails with CPO, debtors' professionals and
          stalking horse professionals regarding
          information gathering for privacy policy and
          other data and protocols going forward
          Douglas M. Foley   .40 hours at  550.00 per hour.         $220.00

Circuit City Stores Inc
File Number: 2055557                                    Page  58
Invoice No. 91141974                                   May 18, 2009

04/16/09  E-mails regarding retention papers for
          professional on IP assets sale and begin review
          of same and e-mails regarding CPO documents and
          information
          Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

04/16/09  E-mails to L. Thompson regarding IP bid
          procedures order entered (.2); revise, finalize
          and file notice of entry of bid procedures
          order and sale hearing and multiple calls and
          e-mails regarding same (1.3)
          Sarah B. Boehm   1.50 hours at  450.00 per hour.         $675.00

04/17/09  Review pleadings relating to retention of
          Streambank and e-mails with debtors'
          professionals and UST regarding same and
          redaction of certain information relating to
          pricing of assets
          Douglas M. Foley    .80 hours at  550.00 per hour.        $440.00

04/17/09  Analyze issues and multiple e-mails regarding
          filing sale motion and related pleadings
          Sarah B. Boehm    .40 hours at  450.00 per hour.         $180.00

04/20/09  Telephone conference and e-mails with counsel
          for prospective bidder on IP assets relating to
          Systemax and counsel for Bell Canada on issues
          relating to licenses as part of InterTAN Canada
          transaction
          Douglas M. Foley    .90 hours at  550.00 per hour.        $495.00

04/21/09  E-mail from L. Thompson regarding IP asset sale
          and handle related matters
          Sarah B. Boehm    .20 hours at  450.00 per hour.          $90.00

04/22/09  E-mails regarding status of Systemax stalking
          horse bid and CPO and UST issues
          Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

04/23/09  Follow-up e-mails with buyers counsel, debtors'
          professionals and CPO regarding outstanding
          issues relating to sale process and CPO report
          Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

04/24/09  Review motion to sell real property and e-mails
          with debtors' professionals regarding same
          Douglas M. Foley    .70 hours at  550.00 per hour.        $385.00

04/26/09  E-mails regarding communications with
          prospective buyers for IP assets
          Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

Circuit City Stores Inc
File Number: 2055557                              Page  59
Invoice No. 91141974                             May 18, 2009

04/27/09  Review revised order on Streambank rention as
          to IP asset sale and e-mails with UST and
          debtors' professionals regarding same
          Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

04/28/09  Voicemails and e-mails regarding possible
          interest in IP assets from competing bidder and
          e-mails with Rothchild regarding same
          Douglas M. Foley    .20 hours at  550.00 per hour.        $110.00

04/30/09  Telephone conference with CPO regarding issue
          with data and timing of report and e-mails with
          client and debtors' professionals regarding
          same and Systemax sale process (.4); telephone
          calls and e-mails with counsel for Bell Canada
          regarding overlapping issues with Canadian sale
          (.3)
          Douglas M. Foley    .70 hours at  550.00 per hour.        $385.00

| Timekeeper       | Rate/HR  | Hours | Fees       |
|------------------|----------|-------|------------|
| Douglas M. Foley | $550.00  | 11.8  | $6,490.00  |
| Sarah B. Boehm   | $450.00  | 6.2   | $2,790.00  |
| Daniel F. Blanks | $375.00  | 2.2   | $825.00    |
|                  | TOTAL FEES | 20.2 | $10,105.00 |

Disbursements and Other Expenses:
          Copy Charges                                        $347.20
          Overnight Express                                    $70.00
          Pacer Research                                       $47.44
          Long Distance Telephone Charges                      $76.00
03/13/09  GENESYS CONFERENCING - Conference call hosted       $135.51
          by Douglas M. Foley on 03/13/2009
03/13/09  GENESYS CONFERENCING - Conference call hosted        $12.83
          by Douglas M. Foley on 03/13/2009
03/26/09  GENESYS CONFERENCING - Conference call hosted         $7.32
          by Douglas M. Foley on 03/26/2009
03/30/09  GENESYS CONFERENCING - Conference call hosted        $45.71
          by Douglas M. Foley on 03/30/2009
03/31/09  GENESYS CONFERENCING - Conference call hosted        $28.69
          by Douglas M. Foley on 03/31/2009
04/02/09  DOUGLAS M. FOLEY - Travel to Circuit City           $435.37
          Omnibus Hearing 03/29-03/30/09; room, mileage,
          parking
04/02/09  J&J COURT TRANSCRIBERS, INC. - Transcript of        $175.45
          March 3, 2009 Omnibus hearing
04/02/09  DOUGLAS M. FOLEY - Travel to Richmond for           $176.96
          meeting concerning Circuit City 03/25-03/27/09;
          room, meal, parking

Circuit City Stores Inc
File Number: 2055557                                         Page  60
Invoice No. 91141974                                        May 18, 2009

| Date | Description | Amount |
|---|---|---|
| 04/03/09 | FedEx Priority Overnight/Int'l Priority to El Segundo, CA - Tracking #:  981737528766 | $17.09 |
| 04/03/09 | J&J COURT TRANSCRIBERS, INC. - Transcript of March 13, 2009 and March 20, 2009 hearings | $548.05 |
| 04/06/09 | DANIEL F. BLANKS - Travel to Richmond for meetings 03/31-04/01/09; room, meals, mileage, parking | $370.02 |
| 04/08/09 | FedEx Priority Overnight/Int'l Priority to Henrico, VA - Tracking #:  986584518414 | $7.43 |
| 04/10/09 | COUNTRYWIDE INVESTIGATIVE AGENCY - Background search on Unical Enterprises including property and assets | $750.00 |
| 04/13/09 | AMERICAN EXPRESS - SOU Extension Report for the mark CUSTOM RYDZ (Stylized with design) | $150.00 |
| 04/13/09 | AMERICAN EXPRESS - SOU Extension Report for the mark MICROZ | $150.00 |
| 04/13/09 | AMERICAN EXPRESS - SOU Extension Report for the mark CIRCUIT CITY HELPING HANDS FUND | $150.00 |
| 04/13/09 | AMERICAN EXPRESS - SOU Extension Report for the mark CUSTOM RYDZ | $150.00 |
| 04/13/09 | AMERICAN EXPRESS - SOU Extension Report for the mark MICROZ (Stylized w/ design) | $150.00 |
| 04/13/09 | RESTAURANTEUR, INC. - Lunch 3/30/09 | $134.87 |
| 04/13/09 | RESTAURANTEUR, INC. - Breakfast 3/30/09 | $79.92 |
| 04/14/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 04/14/2009 | $52.85 |
| 04/15/09 | FedEx Priority Overnight/Int'l Priority to Los Angeles, CA - Tracking #:  981737532655 | $13.99 |
| 04/16/09 | FedEx Priority Overnight/Int'l Priority to Los Angeles, CA - Tracking #:  986584518425 | $13.99 |
| 04/16/09 | DOUGLAS M. FOLEY - Travel to Richmond for hearing 04/12-04/13/09; room, meals, mileage, parking | $502.98 |
| 04/16/09 | CUSTOM HOUSE GLOBAL FOREIGN EXCHANGE - Foreign currency of 85.00 CAD payable to Smart & Biggar, Debit Note S1519751 dtd. 4/01/2009; Foreign agent fees in connection with the filing of various documents related to the mark VERGE & DESIGN in Canada | $72.75 |
| 04/16/09 | DANIEL F. BLANKS - Travel to Richmond for hearing 04/13-04/14/09; room, meals, mileage | $293.80 |
| 04/16/09 | CUSTOM HOUSE GLOBAL FOREIGN EXCHANGE - Foreign currency of 215.10 CAD payable to Smart & Biggar, Debit Note S1519747 dtd. 4/01/2009; Foreign agent fees in connection with the filing of various documents related to the mark VERGE in Canada | $184.08 |
| 04/20/09 | DANIEL F. BLANKS - Car service to hearing 04/14/09 | $360.00 |
| 04/21/09 | FedEx Priority Overnight/Int'l Priority to Oklahoma City, OK - Tracking #:  981737534350 | $12.61 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91141974

Page   61
May 18, 2009

| Date | Description | Amount |
|---|---|---|
| 04/21/09 | J&J COURT TRANSCRIBERS, INC. - Copy charge for transcription | $204.45 |
| 04/22/09 | GENESYS CONFERENCING - Conference call hosted by Matthew P. Rash on 04/22/2009 | $25.27 |
| 04/23/09 | SARAH B. BOEHM - Round trip van service for hearing 03/30/09 | $360.00 |
| 04/23/09 | CUSTOM HOUSE GLOBAL FOREIGN EXCHANGE - Foreign currency of 812.00 CAD payable to Smart & Biggar, Debit Note S1455155 dtd. 6/30/2009; Foreign agent fees related to the filing and preparation of documents for various marks for Circuit City in Canada | $681.67 |
| 04/23/09 | CUSTOM HOUSE GLOBAL FOREIGN EXCHANGE - Foreign currency of 535.00 CAD payable to Smart & Biggar, Debit Note S1450803 dtd. 6/11/2009; Foreign agent fees related to the filing and preparation of documents for various marks for Circuit City in Canada | $449.14 |
| 04/24/09 | RESTAURANTEUR, INC. - Breakfast 4/14/09 | $79.92 |
| 04/24/09 | RESTAURANTEUR, INC. - Lunch 4/14/09 | $131.54 |
| 04/27/09 | BIZPORT - LOGISTICS - Delivery from MW Richmond to Circuit City Stores, Inc 4/7/09 | $28.90 |
| 04/27/09 | BIZPORT - LOGISTICS - Delivery from MW Richmond to US Bankruptcy 3/19/09 | $16.00 |
| 04/27/09 | FedEx Priority Overnight/Int'l Priority to Buffalo, NY - Tracking #:  981737536499 | $11.63 |
| 04/27/09 | FedEx Priority Overnight/Int'l Priority to Dallas, TX - Tracking #:  981737536488 | $12.61 |
| 04/27/09 | BIZPORT - LOGISTICS - Delivery from MW Richmond to US Bankruptcy Court 3/27/09 | $9.50 |
| 04/29/09 | CUSTOM HOUSE GLOBAL FOREIGN EXCHANGE - Foreign currency of 376.48 CAD payable to Smart & Biggar, Debit Note S1443346 dtd. 5/12/2008; Foreign agent fees in connection with filing and docketing expenses relating to the mark VERGE in Canada | $323.02 |
| | TOTAL EXPENSES | $8,056.56 |

Summary of Fees and Expenses:

Total Fees for all Matters:        $215,237.00

Total Expenses for all Matters:      $8,056.56

Total for this Invoice:          $223,293.56