11-12- 0LL85-100

EXHIBIT
A

Blumberg No. 5110

# Purchase Order

Inv 58013

**Dispatch via Print**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| CCS01-0000505774 | 11/21/2008 | | 1 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| NET 45 | Destination | | Bestway |
| **Buyer** | **Phone** | | **Currency** |
| Gayle,David B | | . | USD |
| **Email Address** | | | |
| brian.gayle@circuitcity.com | | | |

**Circuit City Stores**
9954 Mayland Drive
Richmond VA 23233
United States

**Vendor:** 0002623398
US SIGNS
PO BOX 840323
DALLAS TX 75284-0323
United States

**Ship To:** 04232
The Forum Colonial & I-75
Ft Myers FL 33912
United States

**Bill To:** Expense Payables,  DR3 6th FL
9954 MAYLAND DRIVE
RICHMOND VA 23233
United States

**Tax Exempt?** N    **Tax Exempt ID:**          **Replenishment Option:**  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| **Attention:** | **Jayaram,Venkatesh** | | | | | |
| 1- 1 | (1) 12' flex face cab sign, (1) set of 17" x9' CL, (1) 2' X8' pamel, (2) sets vinly graphics | | 1.00 EA | 13,544.68 | 13,544.68 | 11/21/2008 |

| | |
|---|---|
| Schedule Total | 13,544.68 |
| Item Total | 13,544.68 |
| Total PO Amount | 13,544.68 |

**Authorized Signature**
Electronically Approved
Reginald D. Hedgebeth, Senior VP

11-12-06685-100
Inv 58160

# Purchase Order

**Circuit CITY**

**Circuit City Stores**
9954 Mayland Drive
Richmond VA 23233
United States

**Vendor:** 0002623398
US SIGNS
PO BOX 840323
DALLAS TX 75284-0323
United States

**Dispatch via Print**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| CCS01-0000505730 | 11/21/2008 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| NET 45 | Destination | | Bestway |
| Buyer | Phone | | Currency |
| Gayle,David B | | | USD |
| Email Address | | | |
| brian_gayle@circuitcity.com | | | |

**Ship To:** 04232
The Forum Colonial & I-75
Ft Myers FL 33912
United States

**Bill To:** Expense Payables, DR3 6th FL
9954 MAYLAND DRIVE
RICHMOND VA 23233
United States

| Tax Exempt? N | Tax Exempt ID: | | Replenishment Option: Standard | | | | |
|---|---|---|---|---|---|---|---|
| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
| **Attention:** | Jayaram,Venkatesh | | | | | | |
| 1- 1 | Permit, engineering, freight, Due Dilligence | | 1.00 E1 | 4,679.00 | 4,679.00 | 11/21/2008 |

Schedule Total     4,679.00

Item Total     4,679.00

Total PO Amount     4,679.00

Authorized Signature
Electronically Approved
Reginald D. Hedgebeth, Senior VP

11-12- 06660-100

## Purchase Order   Inv 57863

Dispatch via Print

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| CCS01-0000505772 | 11/21/2008 | | 1 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| NET 45 | Destination | | Bestway |
| **Buyer** | **Phone** | | **Currency** |
| Gayle,David B | | | USD |
| **Email Address** | | | |
| brian_gayle@circuitcity.com | | | |

**Circuit City Stores**
9954 Mayland Drive
Richmond VA 23233
United States

**Vendor:** 0002623398
US SIGNS
PO BOX 840323
DALLAS TX 75284-0323
United States

**Ship To:** 03372
State Road 22 & 2
Arecibo PR 00612
United States

**Bill To:** Expense Payables, DR3 6th FL
9954 MAYLAND DRIVE
RICHMOND VA 23233
United States

Tax Exempt?  N     Tax Exempt ID:          Replenishment Option:   Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| **Attention:** | Jayaram,Venkatesh | | | | | |
| 1- 1 | (3) 6' flex face cab signs, (2) 4' faces, (3) 9"X4'7" CL, (2) sets 6"X3' CL, (1) set 2'3" X 12' RW LED Firedog CL, (1) | | 1.00 EA | 42,593.38 | 42,593.38 | 11/21/2008 |

Schedule Total          42,593.38

Item Total          42,593.38

Total PO Amount          42,593.38

Authorized Signature
Electronically Approved
Reginald D. Hedgebeth, Senior VP

*11-12- 05879-100*
*FW 58152*

# Purchase Order

**Circuit City Stores**
9954 Mayland Drive
Richmond VA 23233
United States

**Dispatch via Print**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| CCS01-0000505771 | 11/21/2008 | | 1 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| NET 45 | Destination | | Bestway |
| **Buyer** | | **Phone** | **Currency** |
| Gayle,David B | | | USD |
| **Email Address** | | | |
| brian_gayle@circuitcity.com | | | |

**Vendor:** 0002623398
US SIGNS
PO BOX 840323
DALLAS TX 75284-0323
United States

**Ship To:** 04245
9851 S. PARKER RD
Parker CO 80134
United States

**Bill To:** Expense Payables, DR3 6th FL
9954 MAYLAND DRIVE
RICHMOND VA 23233
United States

Tax Exempt? N    Tax Exempt ID:       Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| **Attention:** | **Jayaram,Venkatesh** | | | | | |
| 1- 1 | (2) 84 "x97" routed almum faces for existing monument | | 1.00 EA | 6,038.47 | 6,038.47 | 11/21/2008 |

| | | |
|---|---|---|
| **Schedule Total** | | 6,038.47 |
| **Item Total** | | 6,038.47 |
| **Total PO Amount** | | 6,038.47 |

**Authorized Signature**
Electronically Approved
Reginald D. Hedgebeth, Senior VP

11-12-06654-100
4141

# Purchase Order

*IW 57053   10/8   14,719.99*

**CIRCUIT CITY**

## Circuit City Stores
9954 Mayland Drive
Richmond VA 23233
United States

**Dispatch via Print**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| CCS01-0000475983 | 08/25/2008 | | 1 |

| Payment Terms | Freight Terms | | Ship Via |
|---|---|---|---|
| NET 45 | Destination | | Bestway |

| Buyer | Phone | Currency |
|---|---|---|
| Gayle,David B | | USD |

| Email Address |
|---|
| brian_gayle@circuitcity.com |

**Ship To:**   See Detail Below

**Vendor:**   0002623398
US SIGNS
PO BOX 840323
DALLAS TX 75284-0323
United States

**Bill To:**   Expense Payables, DR3 6th FL
9954 MAYLAND DRIVE
RICHMOND VA 23233
United States

Tax Exempt? N     Tax Exempt ID:          Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| **Attention:** | Suresh,Navneetha | | | | | |
| 1- 1 | Exterior Sign Package | | 1.00 EA | 20,204.81 | 20,204.81 | 09/01/2008 |
| Ship To: | 04141 Turnpike and Campbell Homestead FL 33030 United States | | | | | |
| | | | Schedule Total | | 20,204.81 | |
| **Attention:** | Jayaram,Venkatesh | | Item Total | | 20,204.81 | |
| 2- 1 | Due diligence | | 1.00 EA | 750.00 | 750.00 | 08/25/2008 |
| Ship To: | 04176 745 W HUNTINGTON DRIVE MONROVIA CA 91016 United States | | | | | |
| | | | Schedule Total | | 750.00 | |
| **Attention:** | Jayaram,Venkatesh | | Item Total | | 750.00 | |
| 3- 1 | Tax | | 1.00 EA | 61.88 | 61.88 | 08/25/2008 |
| Ship To: | 04176 745 W HUNTINGTON DRIVE MONROVIA CA 91016 United States | | | | | |
| | | | Schedule Total | | 61.88 | |
| **Attention:** | Jayaram,Venkatesh | | Item Total | | 61.88 | |
| 4- 1 | Permit and acquisition Fees | | 1.00 EA | 827.00 | 827.00 | 08/25/2008 |
| Ship To: | 03846 7951 EASTCHASE PKWY MONTGOMERY AL 36117 United States | | | | | |
| | | | Schedule Total | | 827.00 | |
| **Attention:** | Jayaram,Venkatesh | | Item Total | | 827.00 | |
| 5- 1 | Freight | | 1.00 EA | 2,360.00 | 2,360.00 | 08/25/2008 |

| Authorized Signature |
|---|
| Electronically Approved |
| Reginald D. Hedgebeth, Senior VP |

4141 *cont*

# Purchase Order

## Circuit City Stores
9954 Mayland Drive
Richmond VA 23233
United States

**Dispatch via Print**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| CCS01-0000475983 | 08/25/2008 | | 2 |

| Payment Terms | Freight Terms | | Ship Via |
|---|---|---|---|
| NET 45 | Destination | | Bestway |
| Buyer | | Phone | Currency |
| Gayle,David B | | | USD |
| Email Address | | | |
| brian_gayle@circuitcity.com | | | |

**Vendor:** 0002623398
US SIGNS
PO BOX 840323
DALLAS TX 75284-0323
United States

**Ship To:** See Detail Below

**Bill To:** Expense Payables, DR3 6th FL
9954 MAYLAND DRIVE
RICHMOND VA 23233
United States

Tax Exempt? N    Tax Exempt ID:                Replenishment Option:  Standard

| Line-Sch Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|
| Ship To: 03846<br>7951 EASTCHASE PKWY<br>MONTGOMERY AL 36117<br>United States | | | | | |
| Schedule Total | | | | 2,360.00 | |
| **Attention:** Jayaram,Venkatesh | | Item Total | | 2,360.00 | |
| 6- 1 Manufacture and install (1) wireway cover to cover wiring and penetrations on interior wall for Firedog sign | | 1.00 EA | 360.00 | 360.00 | 08/25/2008 |
| Ship To: 03846<br>7951 EASTCHASE PKWY<br>MONTGOMERY AL 36117<br>United States | | | | | |
| Schedule Total | | | | 360.00 | |
| **Attention:** Jayaram,Venkatesh | | Item Total | | 360.00 | |
| 7- 1 Tax | | 1.00 EA | 36.00 | 36.00 | 08/25/2008 |
| Ship To: 03846<br>7951 EASTCHASE PKWY<br>MONTGOMERY AL 36117<br>United States | | | | | |
| Schedule Total | | | | 36.00 | |
| | | Item Total | | 36.00 | |
| | | Total PO Amount | | 24,599.69 | |

Authorized Signature
Electronically Approved
Reginald D. Hedgebeth, Senior VP

*11-12-06654-100*

# Purchase Order    *Inv 58190*

**Circuit CITY**

## Circuit City Stores
9954 Mayland Drive
Richmond VA 23233
United States

**Dispatch via Print**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| CCS01-0000505781 | 11/21/2008 | | 1 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| NET 45 | Destination | | Bestway |
| **Buyer** | | **Phone** | **Currency** |
| Gayle,David B | | | USD |
| **Email Address** | | | |
| brian_gayle@circuitcity.com | | | |

**Vendor:**  0002623398
US SIGNS
PO BOX 840323
DALLAS TX 75284-0323
United States

**Ship To:**  04141
Turnpike and Campbell
Homestead FL 33030
United States

**Bill To:**  Expense Payables, DR3 6th FL
9954 MAYLAND DRIVE
RICHMOND VA 23233
United States

Tax Exempt?  N    Tax Exempt ID:                    Replenishment Option:   Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| **Attention:** | **Jayaram,Venkatesh** | | | | | |
| 1- 1 | Installation labor, assembly of sign, conractor stand-by | | 1.00 EA | 5,484.82 | 5,484.82 | 11/21/2008 |

| | | | |
|---|---|---|---|
| | **Schedule Total** | | 5,484.82 |
| | **Item Total** | | 5,484.82 |
| | **Total PO Amount** | | 5,484.82 |

**Authorized Signature**
Electronically Approved
Reginald D. Hedgebeth, Senior VP

11-12-06654-100

# Purchase Order   Inv 58191

**Dispatch via Print**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| CCS01-0000505823 | 11/21/2008 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| NET 45 | Destination | | Bestway |
| Buyer | Phone | | Currency |
| Gayle,David B | | | USD |
| Email Address | | | |
| brian_gayle@circuitcity.com | | | |

**Circuit City Stores**
9954 Mayland Drive
Richmond VA 23233
United States

**Vendor:** 0002623398
US SIGNS
PO BOX 840323
DALLAS TX 75284-0323
United States

**Ship To:**   04141
Turnpike and Campbell
Homestead FL 33030
United States

**Bill To:**   Expense Payables, DR3 6th FL
9954 MAYLAND DRIVE
RICHMOND VA 23233
United States

Tax Exempt? N    Tax Exempt ID:          Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| **Attention:** | Jayaram,Venkatesh | | | | | |
| 1- 1 | Permit, engineering, Freight | | 1.00 EA | 4,237.00 | 4,237.00 | 11/21/2008 |

| | | |
|---|---|---|
| Schedule Total | | 4,237.00 |
| Item Total | | 4,237.00 |
| Total PO Amount | | 4,237.00 |

**Authorized Signature**
Electronically Approved
Reginald D. Hedgebeth, Senior VP

# US SIGNS, INC.
COUNT ON US

| | | | | |
|---|---|---|---|---|
| **Regional Office** | **Corporate Office** | Invoice Date | Client ID | Invoice ID |
| 2220 San Jacnt Blv. | 1800 Bering Dr. | 10/08/2008 | CIRCCITY | 57053 |
| Suite 365 | Suite 700 | | | |
| Denton, TX 76205 | Houston, TX 77057 | Customer PO | Job # | Proj # |
| 940/380-9153 | (713)977-7900 | 475983 | 11-12-06654 | 100 |

To:

Circuit City Stores, Inc.
9954 Mayland Dr.
Attn. Expense Payables
DR3, 6th floor
Richmond, VA 23233

Job Location:

Circuit City #4141-Homestead
2595 N.E. 10th Court
Homestead, FL 33030

| | **Description** | **Units** | **Unit Price** | **Amount** |
|---|---|---|---|---|
| 1 | Manufacture (1) 14' single face, flex face cabinet sign, (1) set of 1' 10" x 10' 6" non illuminated channel letters, (1) set of 2' 3" x 12' raceway mounted, LED illuminated "Firedog" channel letters and (1) 2' x 8' non illuminated "car installation" panel. | 1.00 | 13,757.00 | 13,757.00 |

**REMIT TO:**
P.O. Box 840323
Dallas, TX 75284-0323
**Due Upon Receipt**

| | |
|---|---|
| Amount Billed | $13,757.00 |
| Total Tax | 962.99 |
| Total Due | $14,719.99 |

# US SIGNS, INC.
COUNT ON US

| | **Regional Office** | **Corporate Office** | Invoice Date | Client ID | Invoice ID |
|---|---|---|---|---|---|
| | 2220 San Jacnt Blv. | 1800 Bering Dr. | 11/11/2008 | CIRCCITY | 58013 |
| | Suite 365 | Suite 700 | | | |
| | Denton, TX 76205 | Houston, TX 77057 | Customer PO | Job # | Proj # |
| | 940/380-9153 | (713)977-7900 | 505774 | 11-12-06685 | 100 |

To:

Circuit City Stores, Inc.
9954 Mayland Dr.
Attn. Expense Payables
DR3, 6th floor
Richmond, VA 23233

Job Location:

Circuit City #4232-Ft. Meyers
9377 Ben C. Pratt 6 Mile Pkwy
Cypress Lakes
Ft. Meyers, FL 33966

| | **Description** | **Units** | **Unit Price** | **Amount** |
|---|---|---|---|---|
| 1 | Manufacture and install (1) 12' single face, flex face cabinet sign, (1) set of 1'7" x 9' non illuminated channel letters, (1) 2' x 8' non illuminated panel and (2) sets of vinyl graphics on (1) multi tenant pylon sign. | 1.00 | 12,778.00 | 12,778.00 |

**REMIT TO:**
P.O. Box 840323
Dallas, TX 75284-0323
**Due Upon Receipt**

| | |
|---|---|
| Amount Billed | $12,778.00 |
| Total Tax | 766.68 |
| | |
| Total Due | $13,544.68 |

# US SIGNS, INC.
COUNT ON US

| **Regional Office** | **Corporate Office** | Invoice Date | Client ID | Invoice ID |
|---|---|---|---|---|
| 2220 San Jacnt Blv. | 1800 Bering Dr. | 10/31/2008 | CIRCCITY | 57863 |
| Suite 365 | Suite 700 | | | |
| Denton, TX 76205 | Houston, TX 77057 | Customer PO | Job # | Proj # |
| 940/380-9153 | (713)977-7900 | 505772 | 11-12-06660 | 100 |

To:
Circuit City Stores, Inc.
9954 Mayland Dr.
Attn. Expense Payables
DR3, 6th floor
Richmond, VA 23233

Job Location:
Circuit City #3372-Hatillo, PR
80 Carrizales
Plaza del Norte S/C
Hatillo, PR 00669

| | **Description** | **Units** | **Unit Price** | **Amount** |
|---|---|---|---|---|
| 1 | Manufacture and install (3) 6' single face, flex face cabinet signs, (2) 4' single face, flex face cabinets, (3) sets of 9" x 4' 7" non illuminated channel letters, (2) sets of 6" x 3' non illuminated channel letters, (1) set of 2' 3" x 12' raceway mounted LED illuminated "Firedog" channel letters, (1) 2' x8 ' non illumianted "car installation" panel, (1) set of 19" logo with 7" LED illuminated channel letters and (2) sets of vinyl graphics for (1) multi tenant pylon sign. | 1.00 | 31,606.00 | 31,606.00 |
| 2 | Permit, engineering and acquisition fees. | 1.00 | 1,928.00 | 1,928.00 |
| 3 | Freight. | 1.00 | 5,640.00 | 5,640.00 |
| 4 | Due diligence. | 1.00 | 750.00 | 750.00 |

**REMIT TO:**
P.O. Box 840323
Dallas, TX 75284-0323
**Due Upon Receipt**

| | |
|---|---|
| Amount Billed | $39,924.00 |
| Total Tax | 2,669.38 |
| Total Due | $42,593.38 |

# US SIGNS, INC.
COUNT ON US

| **Regional Office** | **Corporate Office** | Invoice Date | Client ID | Invoice ID |
|---|---|---|---|---|
| 2220 San Jacnt Blv. | 1800 Bering Dr. | 11/17/2008 | CIRCCITY | 58152 |
| Suite 365 | Suite 700 | | | |
| Denton, TX 76205 | Houston, TX 77057 | Customer PO | Job # | Proj # |
| 940/380-9153 | (713)977-7900 | 505771 | 11-12-05879 | 101 |

To:

Circuit City Stores, Inc.
9954 Mayland Dr.
Attn. Expense Payables
DR3, 6th floor
Richmond, VA 23233

Job Location:

Circuit City #4245-Parker, CO
9851 S. Parker Rd.
Parker Market Place
Parker, CO 80134

| | **Description** | **Units** | **Unit Price** | **Amount** |
|---|---|---|---|---|
| 1 | Manufacture and install (2) 84" x 97" routed aluminum faces backed with plex for (1) existing monument sign. | 1.00 | 5,586.00 | 5,586.00 |

**REMIT TO:**
P.O. Box 840323
Dallas, TX 75284-0323
**Due Upon Receipt**

| | |
|---|---|
| Amount Billed | $5,586.00 |
| Total Tax | 452.47 |
| Total Due | $6,038.47 |

# US SIGNS, INC.
COUNT ON US

| | **Regional Office** | **Corporate Office** | Invoice Date | Client ID | Invoice ID |
|---|---|---|---|---|---|
| | 2220 San Jacnt Blv. | 1800 Bering Dr. | 11/17/2008 | CIRCCITY | 58157 |
| | Suite 365 | Suite 700 | | | |
| | Denton, TX 76205 | Houston, TX 77057 | Customer PO | Job # | Proj # |
| | 940/380-9153 | (713)977-7900 | | 11-12-06271 | 102 |

To:                                        Job Location:

Circuit City Stores, Inc.                  Circuit City #877 - Louisville
9954 Mayland Dr.                           4600 Shelbyville Rd.
Attn. Expense Payables                     Shelbyville Rd. Plaza
DR3, 6th floor                             Louisville, KY 40207
Richmond, VA 23233

| | **Description** | **Units** | **Unit Price** | **Amount** |
|---|---|---|---|---|
| 1 | Manufacture and install (1) 2' x 10' double faced cabinet, routed faces backed with plex. | 1.00 | 7,384.00 | 7,384.00 |

**REMIT TO:**                                      Amount Billed      $7,384.00
P.O. Box 840323                                      Total Tax          443.04
Dallas, TX 75284-0323
**Due Upon Receipt**                                 Total Due        $7,827.04

# US SIGNS, INC.
COUNT ON US

| Regional Office | Corporate Office | | | |
|---|---|---|---|---|
| 2220 San Jacnt Blv. | 1800 Bering Dr. | Invoice Date | Client ID | Invoice ID |
| Suite 365 | Suite 700 | 11/17/2008 | CIRCCITY | 58160 |
| Denton, TX  76205 | Houston, TX  77057 | Customer PO | Job # | Proj # |
| 940/380-9153 | (713)977-7900 | 505730 | 11-12-06685 | 100 |

To:
Circuit City Stores, Inc.
9954 Mayland Dr.
Attn. Expense Payables
DR3, 6th floor
Richmond, VA 23233

Job Location:
Circuit City #4232-Ft. Meyers
9377 Ben C. Pratt 6 Mile Pkwy
Cypress Lakes
Ft. Meyers, FL 33966

| | Description | Units | Unit Price | Amount |
|---|---|---|---|---|
| 1 | Permit, engineering and acqusition fees. | 1.00 | 1,629.00 | 1,629.00 |
| 2 | Freight. | 1.00 | 2,255.00 | 2,255.00 |
| 3 | Due diligence. | 1.00 | 750.00 | 750.00 |

**REMIT TO:**
P.O. Box 840323
Dallas, TX 75284-0323
**Due Upon Receipt**

| | |
|---|---|
| Amount Billed | $4,634.00 |
| Total Tax | 45.00 |
| Total Due | $4,679.00 |

# US SIGNS, INC.
COUNT ON US

| **Regional Office** | **Corporate Office** | Invoice Date | Client ID | Invoice ID |
|---|---|---|---|---|
| 2220 San Jacnt Blv. | 1800 Bering Dr. | 11/17/2008 | CIRCCITY | 58190 |
| Suite 365 | Suite 700 | | | |
| Denton, TX 76205 | Houston, TX 77057 | Customer PO | Job # | Proj # |
| 940/380-9153 | (713)977-7900 | 505781 | 11-12-06654 | 100 |

To:
Circuit City Stores, Inc.
9954 Mayland Dr.
Attn. Expense Payables
DR3, 6th floor
Richmond, VA 23233

Job Location:
Circuit City #4141-Homestead
2595 N.E. 10th Court
Homestead, FL 33030

| | **Description** | **Units** | **Unit Price** | **Amount** |
|---|---|---|---|---|
| 1 | Day one attempt to install signs, wall not ready as promised. Installer assembled cabinet sign on site to return for install the next day. Day two return to site to begin to drill holes. Wall still not finished as promised. Day three return to site to pick up signs after project put on hold. | 1.00 | 5,126.00 | 5,126.00 |

**REMIT TO:**
P.O. Box 840323
Dallas, TX 75284-0323
**Due Upon Receipt**

| | |
|---|---|
| Amount Billed | $5,126.00 |
| Total Tax | 358.82 |
| Total Due | $5,484.82 |

# US SIGNS, INC.
COUNT ON US

| | | | | |
|---|---|---|---|---|
| **Regional Office** | **Corporate Office** | Invoice Date | Client ID | Invoice ID |
| 2220 San Jacnt Blv. | 1800 Bering Dr. | 11/17/2008 | CIRCCITY | 58191 |
| Suite 365 | Suite 700 | | | |
| Denton, TX 76205 | Houston, TX 77057 | Customer PO | Job # | Proj # |
| 940/380-9153 | (713)977-7900 | 505823 | 11-12-06654 | 100 |

To:

Circuit City Stores, Inc.
9954 Mayland Dr.
Attn. Expense Payables
DR3, 6th floor
Richmond, VA 23233

Job Location:

Circuit City #4141-Homestead
2595 N.E. 10th Court
Homestead, FL 33030

| | **Description** | **Units** | **Unit Price** | **Amount** |
|---|---|---|---|---|
| 1 | Permit, engineering and acquisition fees. | 1.00 | 1,572.00 | 1,572.00 |
| 2 | Freight. | 1.00 | 2,665.00 | 2,665.00 |

**REMIT TO:**
P.O. Box 840323
Dallas, TX 75284-0323
**Due Upon Receipt**

| | |
|---|---|
| Amount Billed | $4,237.00 |
| Total Tax | |
| Total Due | $4,237.00 |



| | | | Invoice Date | Client ID | Invoice ID |
|---|---|---|---|---|---|
| **Regional Office** | **Corporate Office** | | 12/15/2008 | CIRCCITY | 58975 |
| 2220 San Jacnt Blv. | 1800 Bering Dr. | | | | |
| Suite 365 | Suite 700 | | Customer PO | Job # | Proj # |
| Denton, TX 76205 | Houston, TX 77057 | | | 11-12-05851 | 100 |
| 940/380-9153 | (713)977-7900 | | | | |

To:
Circuit City Stores, Inc.
9954 Mayland Dr.
Attn. Expense Payables
DR3, 6th floor
Richmond, VA 23233

Job Location:
Circuit City #3848-Salinas, CA
1910 North Davis Rd.
Boronda Crossings
Salinas, CA 93907

| | **Description** | **Units** | **Unit Price** | **Amount** | |
|---|---|---|---|---|---|
| 1 | Storage of 6' cabinet. Nov 2008 to Apr 2009 | 6.00 | 250.00 | 1,500.00 | T |

**REMIT TO:**
P.O. Box 840323
Dallas, TX 75284-0323
**Due Upon Receipt**

| Amount Billed | $1,500.00 |
|---|---|
| Total Tax | 116.25 |
| Total Due | $1,616.25 |

HOUSTON OFFICE
1800 Bering Drive • Suite 700 • Houston, TX 77057
800-809-8883 • 713-977-7900 • 713-977-7903 fax
www.ussigns.com
Offices: Dallas and Houston



| | Regional Office | Corporate Office | Invoice Date | Client ID | Invoice ID |
|---|---|---|---|---|---|
| | 2220 San Jacnt Blv. | 1800 Bering Dr. | 12/15/2008 | CIRCCITY | 58976 |
| | Suite 365 | Suite 700 | | | |
| | Denton, TX 76205 | Houston, TX 77057 | Customer PO | Job # | Proj # |
| | 940/380-9153 | (713)977-7900 | | 11-12-05883 | 100 |

To:
Circuit City Stores, Inc.
9954 Mayland Dr.
Attn. Expense Payables
DR3, 6th floor
Richmond, VA 23233

Job Location:
CircuitCity#3745-Santa Clarita
Hwy 14/Golden Valley Rd.
Golden Valley Ranch
Santa Clarita, CA 91321

| | **Description** | **Units** | **Unit Price** | **Amount** | |
|---|---|---|---|---|---|
| 1 | Storage of 6' & FCO | 6.00 | 250.00 | 1,500.00 | T |
| | Nov 2008 to Dec 2009 | | | | |

**REMIT TO:**
P.O. Box 840323
Dallas, TX 75284-0323
**Due Upon Receipt**

| | |
|---|---|
| Amount Billed | $1,500.00 |
| Total Tax | 123.75 |
| Total Due | $1,623.75 |

HOUSTON OFFICE
1800 Bering Drive • Suite 700 • Houston, TX 77057
800-809-8883 • 713-977-7900 • 713-977-7903 fax
www.ussigns.com

Offices: Dallas and Houston



| | | Invoice Date | Client ID | Invoice ID |
|---|---|---|---|---|
| **Regional Office** | **Corporate Office** | 12/15/2008 | CIRCCITY | 58978 |
| 2220 San Jacnt Blv. | 1800 Bering Dr. | | | |
| Suite 365 | Suite 700 | Customer PO | Job # | Proj # |
| Denton, TX 76205 | Houston, TX 77057 | | 11-12-05986 | 100 |
| 940/380-9153 | (713)977-7900 | | | |

To:
Circuit City Stores, Inc.
9954 Mayland Dr.
Attn. Expense Payables
DR3, 6th floor
Richmond, VA 23233

Job Location:
Circuit City #4228-MorenoVally
37610 Eucalyptus Ave.
Moreno Valley, CA 92553

| | Description | Units | Unit Price | Amount | |
|---|---|---|---|---|---|
| 1 | Storage of C/L & Logos for pylon Nov 2008 to Apr 2009 | 6.00 | 250.00 | 1,500.00 | T |

| | |
|---|---|
| Amount Billed | $1,500.00 |
| Total Tax | 116.25 |
| Total Due | $1,616.25 |

**REMIT TO:**
P.O. Box 840323
Dallas, TX 75284-0323
**Due Upon Receipt**

HOUSTON OFFICE
1800 Bering Drive • Suite 700 • Houston, TX 77057
800-809-8883 • 713-977-7900 • 713-977-7903 fax
www.ussigns.com

Offices: Dallas and Houston

 **SIGNS**

| | | | | | |
|---|---|---|---|---|---|
| **Regional Office** | **Corporate Office** | Invoice Date | Client ID | Invoice ID |
| 2220 San Jacnt Blv. | 1800 Bering Dr. | 12/15/2008 | CIRCCITY | 58980 |
| Suite 365 | Suite 700 | | | |
| Denton, TX 76205 | Houston, TX 77057 | Customer PO | Job # | Proj # |
| 940/380-9153 | (713)977-7900 | | 11-12-06380 | 100 |

To:
Circuit City Stores, Inc.
9954 Mayland Dr.
Attn. Expense Payables
DR3, 6th floor
Richmond, VA 23233

Job Location:
Circuit City #3826 - Alhambra
W. Commonwealth Ave./Date Ave.
Alhambra, CA 91801

| | **Description** | **Units** | **Unit Price** | **Amount** | |
|---|---|---|---|---|---|
| 1 | Storage of Firedog r/w & verizon r/w | 6.00 | 250.00 | 1,500.00 | T |
| | Nov 2008 to Apr 2009 | | | | |

**REMIT TO:**
P.O. Box 840323
Dallas, TX 75284-0323
**Due Upon Receipt**

| | |
|---|---|
| Amount Billed | $1,500.00 |
| Total Tax | 123.75 |
| Total Due | $1,623.75 |

HOUSTON OFFICE
1800 Bering Drive • Suite 700 • Houston, TX 77057
800-809-8883 • 713-977-7900 • 713-977-7903 fax
www.ussigns.com
Offices: Dallas and Houston



| Regional Office | Corporate Office | Invoice Date | Client ID | Invoice ID |
|---|---|---|---|---|
| 2220 San Jacnt Blv. | 1800 Bering Dr. | 12/15/2008 | CIRCCITY | 58982 |
| Suite 365 | Suite 700 | | | |
| Denton, TX 76205 | Houston, TX 77057 | Customer PO | Job # | Proj # |
| 940/380-9153 | (713)977-7900 | | 11-12-06654 | 100 |

To:

Circuit City Stores, Inc.
9954 Mayland Dr.
Attn. Expense Payables
DR3, 6th floor
Richmond, VA 23233

Job Location:

Circuit City #4141-Homestead
2595 N.E. 10th Court
Homestead, FL 33030

| | **Description** | **Units** | **Unit Price** | **Amount** | |
|---|---|---|---|---|---|
| 1 | Storage of Firedog & 14' cabinet | 6.00 | 250.00 | 1,500.00 | T |
| | Nov 2008 to Apr 2009 | | | | |

**REMIT TO:**
P.O. Box 840323
Dallas, TX 75284-0323
**Due Upon Receipt**

| | |
|---|---|
| Amount Billed | $1,500.00 |
| Total Tax | 105.00 |
| Total Due | $1,605.00 |

HOUSTON OFFICE
1800 Bering Drive • Suite 700 • Houston, TX 77057
800-809-8883 • 713-977-7900 • 713-977-7903 fax
www.ussigns.com

Offices: Dallas and Houston

 **SIGNS**

| Regional Office | Corporate Office | Invoice Date | Client ID | Invoice ID |
|---|---|---|---|---|
| 2220 San Jacnt Blv. | 1800 Bering Dr. | 12/15/2008 | CIRCCITY | 58984 |
| Suite 365 | Suite 700 | | | |
| Denton, TX 76205 | Houston, TX 77057 | Customer PO | Job # | Proj # |
| 940/380-9153 | (713)977-7900 | | 11-12-06709 | 100 |

**To:**
Circuit City Stores, Inc.
9954 Mayland Dr.
Attn. Expense Payables
DR3, 6th floor
Richmond, VA 23233

**Job Location:**
Circuit City #3806-Birmingham
5265 Highway 280
Brook Highland Plaza
Birmingham, AL 35242

| | Description | Units | Unit Price | Amount | |
|---|---|---|---|---|---|
| 1 | Storage of cabinet 14' & C/L non lit | 6.00 | 250.00 | 1,500.00 | T |
| | Nov 2008 to Apr 2009 | | | | |

**REMIT TO:**
P.O. Box 840323
Dallas, TX 75284-0323
**Due Upon Receipt**

| | |
|---|---|
| Amount Billed | $1,500.00 |
| Total Tax | 135.00 |
| Total Due | $1,635.00 |

HOUSTON OFFICE
1800 Bering Drive • Suite 700 • Houston, TX 77057
800-809-8883 • 713-977-7900 • 713-977-7903 fax
www.ussigns.com

Offices: Dallas and Houston