# EXHIBIT C

K&E 14767452.

## Summary of Hours Billed by Attorneys for the Second Interim Fee Period

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Erin Broderick | Associate | 2008 | Restructuring | $365.00 | 10.20 | $3,723.00 |
| Laura Franzon | Associate | 2003 | Restructuring | $610.00 | 3.60 | $2,196.00 |
| Shelia Kang | Associate | 2008 | Corporate | $320.00 | 0.70 | $224.00 |
| Michelle Kilkenney | Partner | 2002 | Corporate | $560.00 | 13.80 | $7,728.00 |
| Mercedes McFarland | Associate | 2005 | Corporate | $470.00 | 34.70 | $16,309.00 |
| Linda K. Myers, P.C. | Partner | 1990 | Corporate | $890.00 | 25.70 | $22,873.00 |
| **Totals for Attorneys** | | | | | **88.70** | **$53,053.00** |

K&E 14767452.

### Summary of Hours Billed by Paraprofessionals for the Second Interim Fee Period

| Name of Paraprofessional Person | Position with the Applicant | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Maureen McCarthy | Legal Assistant | Restructuring | $235.00 | 26.60 | $6,251.00 |
| Thomas N. Nelson, Jr. | Technology Services | Litigation | $210.00 | 0.50 | $105.00 |
| Jane Penley | Project Assistant | Restructuring | $150.00 | 0.60 | $90.00 |
| Carrie Sroka | Project Assistant | Restructuring | $150.00 | 0.80 | $120.00 |
| Peter Stach | Project Assistant | Restructuring | $155.00 | 3.50 | $542.50 |
| Carrie L. Wildfong | Project Assistant | Restructuring | $155.00 | 5.10 | $790.50 |
| **Totals for Paraprofessionals** | | | | **37.10** | **$7,899.00** |

| | |
|---|---|
| **Total Fees for Attorneys and Paraprofessionals for Second Interim Fee Period** | **$60,952.00** |

K&E 14767452.