# EXHIBIT D

K&E 14767452.

## Summary of Legal Fees and Expenses for the Second Interim Fee Period

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested | Total Expenses Requested | Total Compensation |
|---|---|---|---|---|---|
| 2 | Financing | 125.80 | $60,952.00 | $1,572.39 | $62,524.39 |
| **Totals** | | **125.80** | **$60,952.00** | **$1,572.39** | **$62,524.39** |

K&E 14767452.