**EXHIBIT D-1**

**Summary of Legal Fees and Expenses for February 1, 2009 through February 28, 2009**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested | Total Expenses Requested | Total Compensation |
|---|---|---|---|---|---|
| 2 | Financing | 84.20 | $42,798.50 | $1,244.19 | $44,042.69 |
| **Total** | | **84.20** | **$42,798.50** | **$1,244.19** | **$44,042.69** |

K&E 14767452.

**Fee Invoices for the Period February 1, 2009 through February 28, 2009**

March 9, 2009

Circuit City Stores, Inc.
9950 Mayland Dr.
Richmond, VA  23233

ATTN:  Reginald D. Hedgebeth

**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601
FEIN 36-1326630

Inv.# 3395703

---

IN THE MATTER OF    **Financing**
        File No:    **23369-00002**

For legal services rendered through February 28, 2009                         $ 42,798.50
(see attached Description of Legal Services for detail)

For disbursements incurred through February 28, 2009                          $ 1,244.19
(see attached Description of Expenses for detail)

Total for legal services rendered and expenses incurred                       $ 44,042.69

Circuit City Stores, Inc.
  2 Financing

Legal Services for the Period Ending February 28, 2009

## Individual Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Erin Broderick | .20 | 365.00 | 73.00 |
| Laura Franzon | 2.60 | 610.00 | 1,586.00 |
| Shelia Kang | .70 | 320.00 | 224.00 |
| Michelle Kilkenney | 12.40 | 560.00 | 6,944.00 |
| Mercedes McFarland | 33.10 | 470.00 | 15,557.00 |
| Linda K Myers, P.C. | 16.20 | 890.00 | 14,418.00 |
| Maureen McCarthy | 12.80 | 235.00 | 3,008.00 |
| Peter Stach | 3.00 | 155.00 | 465.00 |
| Carrie L Wildfong | 2.70 | 155.00 | 418.50 |
| Thomas N Nelson, Jr. | .50 | 210.00 | 105.00 |
| | 84.20 | | $ 42,798.50 |

Circuit City Stores, Inc.
 2 Financing

Legal Services for the Period Ending February 28, 2009

## Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/02/09 | Michelle Kilkenney | 1.90 | Conference with G. Galardi and M. McFarland re amendment (.4); review and markup same (1.5). |
| 2/02/09 | Mercedes McFarland | 1.30 | Review draft amendment (.9); telephone conference with M. Kilkenney, G. Galardi and C. Dickerson re comments to draft amendment (.4). |
| 2/02/09 | Linda K Myers, P.C. | 1.30 | Review markup of third amendment (.8); correspondence related to same and telephone conference with M. Kilkenney re same (.5). |
| 2/03/09 | Michelle Kilkenney | 2.00 | Review markup of amendment and discuss same with M. McFarland (.5); conference with M. Waiting and M. McFarland re same (.5); prepare and attend conference with D. Berman, K. Dimock, R. Hill, B. Duffy, G. Galardi, M. McFarland and M. Crider re same (1.0). |
| 2/03/09 | Mercedes McFarland | 5.20 | Telephone conferences with M. Kilkenney and company advisors re comments to draft amendment (1.0); review draft amendment and distribute comments thereto (2.9); telephone conference with M. Kilkenney, client, lenders' counsel and others re comments to draft amendment (1.1); prepare issues list (.2). |
| 2/03/09 | Linda K Myers, P.C. | .80 | Review comments to third amendment (.5); correspondence re same (.3). |
| 2/04/09 | Michelle Kilkenney | 1.50 | Various conferences with M. Wasserman and J. Dacks re transaction (.5); review amendment and markup same (.8); conferences re same (.2). |
| 2/04/09 | Mercedes McFarland | 4.00 | Review revised draft amendment and distribute comments thereto (3.0); coordinate with Canadian counsel re amendment comments (1.0). |
| 2/04/09 | Linda K Myers, P.C. | 1.60 | Review correspondence re open amendment points and Canadian funding (.5); review revised third amendment (.8); review changes |

Circuit City Stores, Inc.
  2 Financing

Legal Services for the Period Ending February 28, 2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | to same (.3). |
| 2/05/09 | Laura Franzon | .30 | Review fee statement and letter. |
| 2/05/09 | Michelle Kilkenney | .80 | Various conferences re amendment. |
| 2/05/09 | Mercedes McFarland | 2.00 | Revise draft amendment to incorporate Canadian counsel's comments (1.2); coordinate with M. Kilkenney, Canadian counsel and lenders' counsel re revised amendment (.8). |
| 2/05/09 | Linda K Myers, P.C. | 1.00 | Review served pleadings re motions for administrative claim payment. |
| 2/06/09 | Peter Stach | 2.20 | Review and analyze K&E December and November fees and expenses spreadsheet (1.3); revise and update same (.9). |
| 2/06/09 | Michelle Kilkenney | 2.00 | Various conferences re amendment (1.0); review and markup same (.8); attend to correspondence re same (..2). |
| 2/06/09 | Mercedes McFarland | 4.50 | Telephone conferences with bankruptcy counsel and advisors re comments to amendment (1.0); revise and distribute comments to draft amendment (3.1); telephone conference with M. Kilkenney re comments to amendment (.4). |
| 2/06/09 | Linda K Myers, P.C. | 1.20 | Review comments to amendment and correspondence re same (.8); review served pleadings (.4). |
| 2/07/09 | Mercedes McFarland | .50 | Prepare and distribute blackline of revised amendment against comments thereto (.2); review revised draft amendment (.3). |
| 2/07/09 | Erin Broderick | .20 | Review and revise January fee and expense records. |
| 2/07/09 | Linda K Myers, P.C. | 1.10 | Review revised amendment and correspondence re revisions to same. |
| 2/08/09 | Mercedes McFarland | 1.20 | Review revised draft amendment and draft exhibits and prepare and distribute list of open issues thereunder. |
| 2/08/09 | Linda K Myers, P.C. | 1.20 | Review revised exhibits and schedule (.8); correspondence re comments to same (.4). |

Circuit City Stores, Inc.
 2 Financing

Legal Services for the Period Ending February 28, 2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/09/09 | Michelle Kilkenney | .50 | Review revised draft amendment and various correspondence re same (.3); conference with M. McFarland re same (.2). |
| 2/09/09 | Mercedes McFarland | 3.20 | Review revised draft amendment and distribute comments thereto and coordinate with client, Canadian counsel and advisors re open points in amendment. |
| 2/09/09 | Maureen McCarthy | .60 | Multiple correspondence with T. Wallace re January fee statement. |
| 2/09/09 | Shelia Kang | .50 | Coordinate with client and Canadian counsel re third amendment and execution of amendment. |
| 2/09/09 | Linda K Myers, P.C. | 2.30 | Review comments to amendment and correspondence re same (1.2); review revised version of amendment and wind down exhibit and schedule (1.1). |
| 2/10/09 | Mercedes McFarland | 2.00 | Review revised draft amendment and coordinate with client, bankruptcy counsel and Canadian counsel re comments. |
| 2/10/09 | Maureen McCarthy | 2.10 | Coordinate change to December fee statement with billing department (.3); draft December fee statement (1.8). |
| 2/10/09 | Linda K Myers, P.C. | 1.60 | Review correspondence re changes to amendment (.4); review DIP motion (1.2). |
| 2/11/09 | Peter Stach | .80 | Review and analyze January 2009 fees and expenses invoice detail. |
| 2/11/09 | Mercedes McFarland | .50 | Coordinate with S. Kang, lenders' counsel and Canadian counsel re final amendment and signature pages. |
| 2/11/09 | Maureen McCarthy | 2.00 | Follow-up with T. Wallace re all time billed to Circuit City for December (.4); prepare December fee statement for internal distribution re sign-off (.3); finalize and prepare service re same (1.3). |
| 2/11/09 | Shelia Kang | .20 | Coordinate with client to execute shareholder resolution for InterTAN Canada, LTD. |

Circuit City Stores, Inc.
 2 Financing

Legal Services for the Period Ending February 28, 2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/11/09 | Linda K Myers, P.C. | 1.20 | Review served pleadings and correspondence re DIP motion. |
| 2/12/09 | Laura Franzon | .30 | Telephone conference with T. Wallace re retainer and review correspondence to company. |
| 2/12/09 | Michelle Kilkenney | 2.00 | Review and markup order and motion re third amendment (1.6); conference with M. McFarland re same (.2); attend to correspondence (.2). |
| 2/12/09 | Mercedes McFarland | 3.50 | Review draft motion and order to approve amendment and distribute comments thereto. |
| 2/12/09 | Linda K Myers, P.C. | .70 | Review served pleadings. |
| 2/13/09 | Michelle Kilkenney | .30 | Attend to correspondence re order. |
| 2/13/09 | Mercedes McFarland | 1.70 | Review revised draft order and motion (1.3); coordinate with M. Kilkenney re comments thereto (.4). |
| 2/13/09 | Linda K Myers, P.C. | 1.10 | Review served pleadings. |
| 2/15/09 | Thomas N Nelson, Jr. | .50 | Assist K. Simek with document images issue related to K&E production review database. |
| 2/16/09 | Laura Franzon | .50 | Correspondence re carveout with M. Kilkenney (.2); review DIP amendment (.3). |
| 2/16/09 | Michelle Kilkenney | 1.20 | Review revised order and discuss same with M. McFarland (.5); review Canadian materials for filing (.5); attend to correspondence re Carveout language (.2). |
| 2/16/09 | Mercedes McFarland | 3.30 | Review revised draft motion, order and Canadian court documents and distribute comments thereto (3.0); telephone conference with Canadian counsel re comments (.3). |
| 2/16/09 | Linda K Myers, P.C. | 1.10 | Review and correspond with working group re changes to carveout and revised DIP order (.6); review served pleadings (.5). |
| 2/18/09 | Laura Franzon | .50 | Office conference with A. Sathy re DIP amendment (.2); correspondence related thereto (.3). |

Circuit City Stores, Inc.
  2 Financing

Legal Services for the Period Ending February 28, 2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/18/09 | Maureen McCarthy | 3.10 | Review precedent re final fee application (.6); draft same (2.5). |
| 2/18/09 | Maureen McCarthy | .40 | Correspondence re February fee statement. |
| 2/19/09 | Carrie L Wildfong | 1.50 | Conferences with billers to verify that all time entries are prepared. |
| 2/19/09 | Maureen McCarthy | .30 | Draft correspondence re time deadline for February fee statements. |
| 2/20/09 | Laura Franzon | 1.00 | Correspondence with A. Sathy and L. Myers re retention (.3); telephone conference with Skadden and M. Kilkenney re same (.2); prepare and participate in office conference with A. Sathy re same (.5). |
| 2/20/09 | Carrie L Wildfong | 1.20 | Conference with billing professionals and paraprofessionals re closed time entries for current month. |
| 2/20/09 | Michelle Kilkenney | .20 | Conference with L. Franzon re terms of amended DIP order. |
| 2/20/09 | Maureen McCarthy | .30 | Multiple correspondence re filing of interim/final fee application. |
| 2/22/09 | Maureen McCarthy | 4.00 | Prepare attorney, paraprofessionals, matter category and expense totals re first interim fee application (1.2); review precedent re same (.3); draft first interim fee application (2.5). |
| 2/24/09 | Mercedes McFarland | .20 | Coordinate with S. Kang and lenders' counsel re final amendment documents. |
| | | 84.20 | TOTAL HOURS |