# EXHIBIT D-2

## Summary of Legal Fees and Expenses for March 1, 2009 through March 31, 2009

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested | Total Expenses Requested | Total Compensation |
|---|---|---|---|---|---|
| 2 | Financing | 22.60 | $7,414.50 | $259.17 | $7,673.67 |
| **Total** | | **22.60** | **$7,414.50** | **$259.17** | **$7,673.67** |

K&E 14767452.

**Fee Invoices for the Period March 1, 2009 through March 31, 2009**

Case 08-35653-KRH    Doc 3626-6    Filed 06/15/09    Entered 06/15/09 18:59:00    Desc
Exhibit(s) D-2    Page 2 of 6

April 13, 2009

Circuit City Stores, Inc.
9954 Mayland Dr.
Richmond, VA  23233

**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654
FEIN 36-1326630

ATTN:  Michelle Mosier

Inv.# 3414636

IN THE MATTER OF    **Financing**
File No:    **23369-00002**

| | |
|---|---:|
| For legal services rendered through March 31, 2009 (see attached Description of Legal Services for detail) | $ 7,414.50 |
| For disbursements incurred through March 31, 2009 (see attached Description of Expenses for detail) | $ 259.17 |
| Total for legal services rendered and expenses incurred | $ 7,673.67 |

Circuit City Stores, Inc.
  2 Financing

Legal Services for the Period Ending March 31, 2009

### Individual Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---:|---:|---:|
| Erin Broderick | 6.70 | 365.00 | 2,445.50 |
| Laura Franzon | 1.00 | 610.00 | 610.00 |
| Michelle Kilkenney | .60 | 560.00 | 336.00 |
| Mercedes McFarland | .60 | 470.00 | 282.00 |
| Linda K Myers, P.C. | 1.00 | 890.00 | 890.00 |
| Maureen McCarthy | 11.10 | 235.00 | 2,608.50 |
| Jane Penley | .30 | 150.00 | 45.00 |
| Carrie Sroka | .80 | 150.00 | 120.00 |
| Peter Stach | .50 | 155.00 | 77.50 |
| | 22.60 | | $ 7,414.50 |

Circuit City Stores, Inc.
2 Financing

Legal Services for the Period Ending March 31, 2009

## Description of Legal Services

| Date | Name | Hours | Description |
|---|---|---|---|
| 3/02/09 | Mercedes McFarland | .30 | Coordinate with M. Kilkenney and G. Galardi re status of case. |
| 3/06/09 | Peter Stach | .50 | Review and proof first interim fee application edits. |
| 3/06/09 | Jane Penley | .30 | Organize and submit edits to February invoice. |
| 3/06/09 | Maureen McCarthy | 1.00 | Review and revise first interim fee application. |
| 3/06/09 | Erin Broderick | .70 | Review and revise first interim fee application (.5); correspond with M. McCarthy re same (.2). |
| 3/09/09 | Carrie Sroka | .80 | Review and edit February fee statement. |
| 3/09/09 | Maureen McCarthy | 5.20 | Review and revise first interim fee application (2.1); review and revise citations therein (.4); review local rules re same (.3); draft February fee statement (2.3); correspondence with L. Franzon re same (.1). |
| 3/09/09 | Erin Broderick | 2.80 | Review and revise first interim fee application (.8); check for compliance with local rules and interim compensation order and consistency with retention application (.5); review case law cited therein (1.2); conference with M. McCarthy and L. Franzon re same (.3). |
| 3/10/09 | Laura Franzon | .50 | Review and revise interim fee application. |
| 3/10/09 | Maureen McCarthy | 3.10 | Finalize and serve February fee statement (.7); review and revise first interim fee application (2.4). |
| 3/12/09 | Laura Franzon | .50 | Review and revise interim fee application. |
| 3/12/09 | Erin Broderick | .90 | Research re standards for approval of attorney's fees in 4th circuit (.8); correspond with L. Franzon re same (.1). |

Circuit City Stores, Inc.
2 Financing

Legal Services for the Period Ending March 31, 2009

| Date | Name | Hours | Description |
|---|---|---|---|
| 3/16/09 | Maureen McCarthy | 1.00 | Prepare exhibits of first interim fee application. |
| 3/16/09 | Erin Broderick | 1.30 | Conference with L. Franzon re first interim fee application (.2); review and revise same, and the order and exhibits thereto (.9); correspond with S. Boehm re same (.2). |
| 3/17/09 | Maureen McCarthy | .80 | Review and finalize first interim fee application in preparation of filing. |
| 3/17/09 | Erin Broderick | .80 | Correspond with S. Boehm re filing of first interim fee application (.2); review filed fee application for accuracy (.4); conference with L. Franzon re same (.2). |
| 3/26/09 | Linda K Myers, P.C. | .50 | Review of DIP maturity side letter. |
| 3/27/09 | Mercedes McFarland | .30 | Review draft consent and coordinate with Canadian counsel re comments to same. |
| 3/30/09 | Michelle Kilkenney | .60 | Review and markup consent. |
| 3/30/09 | Linda K Myers, P.C. | .50 | Review and respond to correspondence re DIP amendment. |
| 3/31/09 | Erin Broderick | .20 | Review and respond to correspondence re fee statement (.1); telephone conference with K. Lazaroff re same (.1). |
|  |  | 22.60 | TOTAL HOURS |