# EXHIBIT D-3

## Summary of Legal Fees and Expenses for April 1, 2009 through April 30, 2009

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested | Total Expenses Requested | Total Compensation |
|---|---|---|---|---|---|
| 2 | Financing | 19.00 | $10,739.00 | $69.03 | $10,808.03 |
| **Total** | | **19.00** | **$10,739.00** | **$69.03** | **$10,808.03** |

K&E 14767452.

**Fee Invoices for the Period April 1, 2009 through April 30, 2009**

K&E 14767452.

May 11, 2009

Circuit City Stores, Inc.
9954 Mayland Dr.
Richmond, VA  23233

**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654
FEIN 36-1326630

ATTN:  Michelle Mosier

Inv.# 3426229

IN THE MATTER OF   **Financing**
         File No:   23369-00002

| | |
|---|---:|
| For legal services rendered through April 30, 2009 (see attached Description of Legal Services for detail) | $ 10,739.00 |
| For disbursements incurred through April 30, 2009 (see attached Description of Expenses for detail) | $ 69.03 |
| Total for legal services rendered and expenses incurred | $ 10,808.03 |

Circuit City Stores, Inc.
  2 Financing

Legal Services for the Period Ending April 30, 2009

### Individual Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---:|---:|---:|
| Erin Broderick | 3.30 | 365.00 | 1,204.50 |
| Michelle Kilkenney | .80 | 560.00 | 448.00 |
| Mercedes McFarland | 1.00 | 470.00 | 470.00 |
| Linda K Myers, P.C. | 8.50 | 890.00 | 7,565.00 |
| Maureen McCarthy | 2.70 | 235.00 | 634.50 |
| Jane Penley | .30 | 150.00 | 45.00 |
| Carrie L Wildfong | 2.40 | 155.00 | 372.00 |
| | 19.00 | | $ 10,739.00 |

Circuit City Stores, Inc.
2 Financing

Legal Services for the Period Ending April 30, 2009

## Description of Legal Services

| Date | Name | Hours | Description |
|---|---|---|---|
| 4/01/09 | Michelle Kilkenney | .20 | Attend to correspondence re financing and related issues. |
| 4/01/09 | Mercedes McFarland | .30 | Coordinate with client and Canadian counsel re draft amendment. |
| 4/01/09 | Linda K Myers, P.C. | .50 | Review consent mark-up (.4); correspondence re same (.1). |
| 4/02/09 | Michelle Kilkenney | .20 | Draft correspondence re amendment. |
| 4/03/09 | Mercedes McFarland | .50 | Telephone conference with M. Foster re comments to consent (.1); review and revise consent (.4). |
| 4/06/09 | Erin Broderick | .40 | Review case management order re telephonic attendance at first interim fee application hearing (.1); telephone conference to S. Boehm re same (.1); review and respond to correspondence from S. Boehm re same (.1); correspond with A. Barker re March time and expense reports (.1). |
| 4/07/09 | Michelle Kilkenney | .10 | Attend to correspondence re financing and related issues. |
| 4/07/09 | Maureen McCarthy | 1.50 | Draft March fee statement. |
| 4/07/09 | Erin Broderick | .90 | Review and revise March invoice (.2); telephone conference with S. Boehm re first interim fee application hearing (.1); correspond with S. Boehm re same (.2); review revised March fee statement and cover letter (.3); correspond with L. Franzon and R. Kwasteniet re appearance at April 14 hearing (.1). |
| 4/10/09 | Mercedes McFarland | .20 | Coordinate with client and lenders' counsel re draft amendment. |
| 4/10/09 | Linda K Myers, P.C. | 1.00 | Review mark-up of consent to DIP modifications (.4); correspondence re same (.3); review correspondence related to intellectual property sale (.3). |

Page    3

Circuit City Stores, Inc.
2 Financing

Legal Services for the Period Ending April 30, 2009

| Date | Name | Hours | Description |
|---|---|---|---|
| 4/13/09 | Carrie L Wildfong | 1.50 | Prepare first interim fee application for distribution re first interim fee application hearing. |
| 4/13/09 | Maureen McCarthy | .90 | Review and revise March fee statement (.7); telephone conference with T. Wallace re expense information (.2). |
| 4/13/09 | Erin Broderick | .60 | Telephone conference with L. Franzon re first interim fee application and March fee statement (.1); telephone conference with K. Lazaroff re same (.1); review and revise March fee statement (.3); confer with M. McCarthy re same (.1). |
| 4/13/09 | Linda K Myers, P.C. | 1.10 | Review correspondence re DIP modification and status (.3); review revised draft (.3); review hearing agenda and served pleadings (.5). |
| 4/14/09 | Carrie L Wildfong | .90 | Prepare March fee statement for distribution to notice parties. |
| 4/14/09 | Jane Penley | .30 | Review March fee statement. |
| 4/14/09 | Erin Broderick | 1.10 | Attend first interim fee application hearing telephonically (1.0); correspond with K. Lazaroff re payment of outstanding amount re same (.1). |
| 4/16/09 | Maureen McCarthy | .30 | Draft notice re change of address. |
| 4/16/09 | Erin Broderick | .30 | Review and revise change of notice form (.1); correspond with L. Franzon, M. McCarthy, and L. Myers re same (.2). |
| 4/16/09 | Linda K Myers, P.C. | .70 | Review orders re sales and release agreements. |
| 4/20/09 | Linda K Myers, P.C. | 1.10 | Review served pleadings re leases, sales and termination fees. |
| 4/21/09 | Linda K Myers, P.C. | .80 | Review served pleadings re leases, sales and termination fees. |
| 4/23/09 | Linda K Myers, P.C. | .60 | Review served pleadings re leases, sales and termination fees. |

Circuit City Stores, Inc.
  2 Financing

Legal Services for the Period Ending April 30, 2009

| Date | Name | Hours | Description |
|---|---|---|---|
| 4/24/09 | Linda K Myers, P.C. | 1.20 | Review served pleadings re leases, sales and termination fees. |
| 4/27/09 | Linda K Myers, P.C. | .50 | Review served pleadings re leases, sales and termination fees. |
| 4/28/09 | Linda K Myers, P.C. | .50 | Review served pleadings re leases, sales and termination fees. |
| 4/30/09 | Michelle Kilkenney | .30 | Attend to correspondence re financing and related issues. |
| 4/30/09 | Linda K Myers, P.C. | .50 | Review served pleadings re leases, sales and termination fees. |

          19.00    TOTAL HOURS