# EXHIBIT E

K&E 14767452.

## Disbursements Summary
## for the Second Interim Fee Period

| **Disbursements** | **Amount** |
|---|---:|
| CD-ROM Duplicates | $63.00 |
| Computer Database Research | $39.44 |
| Outside Messenger Services | $28.00 |
| Overnight Delivery | $124.31 |
| Overtime Transportation | $5.85 |
| Scanned Images | $831.45 |
| Secretarial Overtime | $8.89 |
| Standard Copies or Prints | $296.70 |
| Standard Prints | $47.50 |
| Third Party Telephone Charges | $127.25 |
| **Total** | **$1,572.39** |

K&E 14767452.