**EXHIBIT E-1**

**Disbursement Summary**
**for the Period February 1, 2009 through February 28, 2009**

| Disbursements | Amount |
|---|---|
| Third Party Telephone Charges | $53.40 |
| Standard Copies or Prints | $169.40 |
| Scanned Images | $824.25 |
| CD-ROM Duplicates | $63.00 |
| Overnight Delivery | $68.77 |
| Outside Messenger Services | $28.00 |
| Computer Database Research | $28.48 |
| Secretarial Overtime | $8.89 |
| **Total** | **$1,244.19** |

K&E 14767452.

**Expense Invoices for the Period February 1, 2009 through February 28, 2009**

Circuit City Stores, Inc.
  2 Financing

Legal Services for the Period Ending February 28, 2009


## DISBURSEMENTS SUMMARY

| | |
|---|---:|
| Third Party Telephone Charges | 53.40 |
| Standard Copies or Prints | 169.40 |
| Scanned Images | 824.25 |
| CD-ROM Duplicates | 63.00 |
| Overnight Delivery | 68.77 |
| Outside Messenger Services | 28.00 |
| Computer Database Research | 28.48 |
| Secretarial Overtime | 8.89 |
| Total | $ 1,244.19 |

Circuit City Stores, Inc.
  2 Financing

Legal Services for the Period Ending February 28, 2009

## DISBURSEMENT DETAIL

|  | Description | Amount |
|---|---|---|
| 1/06/09 | PACER SERVICE CENTER - Computer Database Research, M. McCarthy 11/10/08 to 12/31/08 | 3.44 |
| 1/06/09 | PACER SERVICE CENTER - Computer Database Research, C. Irmis 11/10/08 to 12/31/08 | 25.04 |
| 1/13/09 | Overnight Delivery, UPS Dlvry to:Riemer & Braunstein LLP,BOSTON,MA from:Mercedes McFarland | 9.68 |
| 1/14/09 | Overnight Delivery, UPS Dlvry to:Office of United States Tru ,Robert Van Arsdale,RICHMOND,VA from:Maureen McCarthy | 9.68 |
| 1/14/09 | Overnight Delivery, UPS Dlvry to:Reginald D. Hedgebet,RICHMOND,VA from:Maureen McCarthy | 9.68 |
| 1/14/09 | Overnight Delivery, UPS Dlvry to:Circuit City Stores Inc. ,Bruce H. Besanko,RICHMOND,VA from:Maureen McCarthy | 9.68 |
| 1/14/09 | Overnight Delivery, UPS Dlvry to:McGuireWoods LLP, RICHMOND,VA from:Maureen McCarthy | 9.68 |
| 1/14/09 | Overnight Delivery, UPS Dlvry to:Skadden Aarps Slate Meagher WILMINGTON,DE from:Maureen McCarthy | 9.68 |
| 1/14/09 | Overnight Delivery, UPS Dlvry to:Pachulski Stang Ziehl & Jon ,Jeff Pomerantz,LOS ANGELES,CA from:Maureen McCarthy | 10.69 |
| 2/01/09 | Standard Prints | 9.20 |
| 2/01/09 | Standard Prints | .10 |
| 2/01/09 | Standard Prints | .10 |
| 2/01/09 | Standard Prints | .10 |
| 2/01/09 | Standard Prints | .10 |
| 2/01/09 | Standard Prints | .10 |
| 2/01/09 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 200 E RANDOLPH, Michelle Kilkenney, 2/1/2009 | 28.00 |
| 2/02/09 | Standard Prints | 18.30 |
| 2/02/09 | Standard Prints | 2.00 |
| 2/02/09 | Standard Prints | .30 |
| 2/02/09 | Standard Prints | .30 |
| 2/02/09 | Standard Prints | .30 |
| 2/02/09 | Standard Prints | .30 |
| 2/02/09 | Standard Prints | 1.40 |
| 2/02/09 | Standard Prints | .40 |
| 2/02/09 | Standard Prints | .30 |
| 2/02/09 | Standard Prints | .10 |
| 2/02/09 | Standard Prints | .30 |
| 2/02/09 | Standard Prints | 1.00 |
| 2/03/09 | Standard Prints | .20 |
| 2/03/09 | Standard Prints | .10 |
| 2/03/09 | Standard Prints | .10 |

Circuit City Stores, Inc.
  2 Financing

Legal Services for the Period Ending February 28, 2009

| | Description | Amount |
|---|---|---|
| 2/03/09 | Standard Prints | .10 |
| 2/03/09 | Standard Prints | .10 |
| 2/03/09 | Standard Prints | 2.70 |
| 2/04/09 | Standard Prints | 2.50 |
| 2/04/09 | Standard Prints | .10 |
| 2/04/09 | Standard Prints | .10 |
| 2/04/09 | Standard Prints | 2.50 |
| 2/06/09 | Standard Prints | 3.40 |
| 2/06/09 | Standard Prints | 2.60 |
| 2/06/09 | Standard Prints | .70 |
| 2/06/09 | Standard Prints | 1.00 |
| 2/06/09 | Standard Prints | 2.50 |
| 2/07/09 | Michelle Kilkenney, Cellular Service, T-Mobile, 1-08-09 - 2-07-09, 02/07/09, (Telephone Charges) | 53.40 |
| 2/07/09 | Standard Prints | 1.40 |
| 2/07/09 | Standard Prints | 2.40 |
| 2/07/09 | Scanned Images | 2.10 |
| 2/07/09 | Secretarial Overtime, Emily Ruszczyk | 8.89 |
| 2/09/09 | Standard Prints | .10 |
| 2/09/09 | Standard Prints | .90 |
| 2/09/09 | Standard Prints | .40 |
| 2/10/09 | Standard Prints | .30 |
| 2/10/09 | Standard Prints | .10 |
| 2/10/09 | Standard Prints | .20 |
| 2/10/09 | Standard Prints | .20 |
| 2/10/09 | Standard Prints | .20 |
| 2/10/09 | Standard Prints | .30 |
| 2/10/09 | Standard Prints | .30 |
| 2/10/09 | Standard Prints | .90 |
| 2/10/09 | Standard Prints | .30 |
| 2/10/09 | Standard Prints | .20 |
| 2/10/09 | Standard Prints | .30 |
| 2/10/09 | Scanned Images | 1.35 |
| 2/11/09 | Standard Copies or Prints | 3.50 |
| 2/11/09 | Standard Prints | 4.50 |
| 2/11/09 | Standard Prints | 4.50 |
| 2/11/09 | Standard Prints | .20 |
| 2/11/09 | Standard Prints | .20 |
| 2/11/09 | Standard Prints | .90 |
| 2/11/09 | Standard Prints | .10 |
| 2/11/09 | Standard Prints | .10 |
| 2/11/09 | Standard Prints | .10 |
| 2/11/09 | Standard Prints | .10 |
| 2/11/09 | Standard Prints | .10 |
| 2/11/09 | Standard Prints | 8.10 |
| 2/11/09 | Standard Prints | .20 |
| 2/11/09 | Standard Prints | .90 |

Circuit City Stores, Inc.
  2 Financing

Legal Services for the Period Ending February 28, 2009

| | Description | Amount |
|---|---|---|
| 2/11/09 | Scanned Images | .75 |
| 2/12/09 | Standard Prints | 4.80 |
| 2/12/09 | Standard Prints | .40 |
| 2/12/09 | Standard Prints | 1.40 |
| 2/12/09 | Standard Prints | 4.10 |
| 2/12/09 | Standard Prints | .50 |
| 2/12/09 | Standard Prints | 1.10 |
| 2/12/09 | Standard Prints | .30 |
| 2/12/09 | Standard Prints | 1.10 |
| 2/12/09 | Standard Prints | .90 |
| 2/12/09 | Standard Prints | .10 |
| 2/12/09 | Standard Prints | 1.10 |
| 2/12/09 | Standard Prints | 1.80 |
| 2/12/09 | Standard Prints | 1.00 |
| 2/12/09 | Scanned Images | 2.10 |
| 2/12/09 | Scanned Images | 1.35 |
| 2/12/09 | Scanned Images | 1.50 |
| 2/12/09 | Scanned Images | 1.35 |
| 2/13/09 | Standard Prints | 1.00 |
| 2/13/09 | Standard Prints | 2.00 |
| 2/16/09 | Standard Prints | .10 |
| 2/16/09 | Standard Prints | .10 |
| 2/16/09 | Standard Prints | 1.40 |
| 2/16/09 | Scanned Images | 2.40 |
| 2/18/09 | Standard Prints | 6.70 |
| 2/18/09 | Standard Prints | .20 |
| 2/18/09 | Standard Prints | 2.70 |
| 2/18/09 | Standard Prints | .20 |
| 2/18/09 | Standard Prints | .20 |
| 2/18/09 | Standard Prints | .10 |
| 2/18/09 | Standard Prints | .10 |
| 2/18/09 | Standard Prints | .10 |
| 2/18/09 | Standard Prints | .10 |
| 2/18/09 | Standard Prints | 28.40 |
| 2/18/09 | Standard Prints | 8.70 |
| 2/18/09 | Standard Prints | .10 |
| 2/18/09 | Standard Prints | 4.90 |
| 2/20/09 | Standard Prints | 1.00 |
| 2/20/09 | Scanned Images | 1.50 |
| 2/23/09 | Standard Prints | 4.30 |
| 2/23/09 | Standard Prints | .90 |
| 2/23/09 | Standard Prints | .20 |
| 2/23/09 | Standard Prints | .10 |
| 2/23/09 | Standard Prints | .10 |
| 2/23/09 | Standard Prints | .30 |
| 2/23/09 | Standard Prints | .30 |
| 2/23/09 | Standard Prints | .30 |

Circuit City Stores, Inc.
  2 Financing

Legal Services for the Period Ending February 28, 2009

| | Description | Amount |
|---|---|---|
| 2/23/09 | Standard Prints | .60 |
| 2/23/09 | Scanned Images | .90 |
| 2/23/09 | CD-ROM Duplicates | 14.00 |
| 2/24/09 | Scanned Images | 113.40 |
| 2/24/09 | CD-ROM Duplicates | 7.00 |
| 2/25/09 | Standard Prints | .20 |
| 2/25/09 | Scanned Images | 47.10 |
| 2/25/09 | Scanned Images | 310.05 |
| 2/25/09 | Scanned Images | 181.20 |
| 2/25/09 | Scanned Images | .75 |
| 2/25/09 | Scanned Images | .30 |
| 2/26/09 | Scanned Images | 156.15 |
| 2/26/09 | CD-ROM Duplicates | 7.00 |
| 2/26/09 | CD-ROM Duplicates | 28.00 |
| 2/26/09 | CD-ROM Duplicates | 7.00 |

Total Disbursements                                          $ 1,244.19