# EXHIBIT E-2

## Disbursement Summary
## for the Period March 1, 2009 through March 31, 2009

| Disbursements | Amount |
|---|---:|
| Third Party Telephone Charges | $70.23 |
| Standard Copies or Prints | $126.50 |
| Scanned Images | $6.90 |
| Overnight Delivery | $55.54 |
| **Total** | **$259.17** |

K&E 14767452.

**Expense Invoices for the Period March 1, 2009 through March 31, 2009**

Circuit City Stores, Inc.
 2 Financing

Legal Services for the Period Ending March 31, 2009

**DISBURSEMENTS SUMMARY**

| | |
|---|---:|
| Third Party Telephone Charges | 70.23 |
| Standard Copies or Prints | 126.50 |
| Scanned Images | 6.90 |
| Overnight Delivery | 55.54 |
| Total | $ 259.17 |

Circuit City Stores, Inc.
  2 Financing

Legal Services for the Period Ending March 31, 2009


**DISBURSEMENT DETAIL**

| Date | Description | Amount |
|---|---|---|
| | Description | Amount |
| 12/14/08 | GENESYS CONFERENCING, INC. - Third Party Telephone Charges, Conference Call, M. Kilkenney, 11/15/08 to 12/14/08 | 35.50 |
| 2/11/09 | Overnight Delivery, UPS Dlvry to:Skadden Aarps Slate Meagher WILMINGTON,DE from:Maureen McCarthy | 9.10 |
| 2/11/09 | Overnight Delivery, UPS Dlvry to:McGuireWoods LLP, RICHMOND,VA from:Maureen McCarthy | 9.10 |
| 2/11/09 | Overnight Delivery, UPS Dlvry to:Office of United States Tru ,Robert Van Arsdale,RICHMOND,VA from:Maureen McCarthy | 9.10 |
| 2/11/09 | Overnight Delivery, UPS Dlvry to:Pachulski Stang Ziehl & Jon ,Jeff Pomerantz,LOS ANGELES,CA from:Maureen McCarthy | 10.04 |
| 2/11/09 | Overnight Delivery, UPS Dlvry to:Circuit City Stores Inc. ,Bruce H. Besanko,RICHMOND,VA from:Maureen McCarthy | 9.10 |
| 2/11/09 | Overnight Delivery, UPS Dlvry to:Reginald D. Hedgebet,RICHMOND,VA from:Maureen McCarthy | 9.10 |
| 2/14/09 | GENESYS CONFERENCING, INC. - Third Party Telephone Charges, Conference Call, M. McFarland, 2/3/09 | 29.77 |
| 2/14/09 | GENESYS CONFERENCING, INC. - Third Party Telephone Charges, Conference Call, M. Kilkenney, 1/15/09 to 2/14/09 | 4.96 |
| 3/06/09 | Standard Prints | .60 |
| 3/06/09 | Standard Prints | 4.20 |
| 3/06/09 | Scanned Images | 1.95 |
| 3/09/09 | Standard Prints | 1.20 |
| 3/09/09 | Standard Prints | 18.60 |
| 3/09/09 | Standard Prints | 18.00 |
| 3/10/09 | Standard Copies or Prints | 8.00 |
| 3/10/09 | Standard Prints | 25.90 |
| 3/10/09 | Scanned Images | 2.55 |
| 3/11/09 | Standard Prints | .60 |
| 3/12/09 | Standard Prints | 19.20 |
| 3/12/09 | Scanned Images | 2.40 |
| 3/16/09 | Standard Prints | 15.10 |
| 3/17/09 | Standard Copies or Prints | 6.30 |
| 3/17/09 | Standard Prints | 3.40 |
| 3/17/09 | Standard Prints | 2.00 |
| 3/18/09 | Standard Prints | 2.50 |
| 3/19/09 | Standard Prints | .90 |

Total Disbursements                                                                $ 259.17