# EXHIBIT E-3

## Disbursement Summary
## for the Period April 1, 2009 through April 30, 2009

| Disbursements | Amount |
|---|---:|
| Third Party Telephone Charges | $3.62 |
| Standard Copies or Prints | $0.80 |
| Scanned Images | $0.30 |
| Standard Prints | $47.50 |
| Computer Database Research | $10.96 |
| Overtime Transportation | $5.85 |
| **Total** | **$69.03** |

K&E 14767452.

**Expense Invoices for the April 1, 2009 through April 30, 2009**

Circuit City Stores, Inc.
  2 Financing

Legal Services for the Period Ending April 30, 2009

## DISBURSEMENTS SUMMARY

| | |
|---|---:|
| Third Party Telephone Charges | 3.62 |
| Standard Copies or Prints | 48.30 |
| Scanned Images | .30 |
| Computer Database Research | 10.96 |
| Overtime Transportation | 5.85 |
| Total | $ 69.03 |

Circuit City Stores, Inc.
  2 Financing

Legal Services for the Period Ending April 30, 2009

DISBURSEMENT DETAIL

| | Description | Amount |
|---|---|---|
| 2/23/09 | FLASH CAB COMPANY, Overtime Transportation, M MCCARTHY, 02/23/2009 | 5.85 |
| 4/03/09 | Standard Prints | 1.40 |
| 4/03/09 | PACER SERVICE CENTER - Computer Database Research, 1/1/09 to 3/31/09 Joan Batchen | 2.40 |
| 4/03/09 | PACER SERVICE CENTER - Computer Database Research, Laura Franzon 1/1/09 to 3/31/09 | 8.56 |
| 4/07/09 | Standard Prints | 1.80 |
| 4/09/09 | Standard Prints | 2.00 |
| 4/10/09 | Standard Prints | 1.40 |
| 4/13/09 | Standard Prints | 28.00 |
| 4/13/09 | Standard Prints | .60 |
| 4/14/09 | GENESYS CONFERENCING, INC. - Third Party Telephone Charges, Conference Call, M. Kilkenney, 3/15/09 to 4/14/09 | 3.62 |
| 4/14/09 | Standard Copies or Prints | .80 |
| 4/14/09 | Standard Prints | 4.70 |
| 4/14/09 | Standard Prints | 5.60 |
| 4/14/09 | Scanned Images | .30 |
| 4/29/09 | Standard Prints | 2.00 |

Total Disbursements                                                  $ 69.03