# EXHIBIT C

# Revised Invoice

**Invoice:** 0209 NAA CRU1

**Date:** 3 February 2009

# ❋R ROTHSCHILD

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233-1464

**For the attention of:**   Reginald D. Hedgebeth
Secretary and General Counsel

| | |
|---|---:|
| Monthly advisory fee: November 10, 2008 – November 30, 2008 (pro-rated) | $140,000.00 |
| Monthly advisory fee:  December 1, 2008 – December 31, 2008 | 200,000.00 |
| 85% of advisory fee: | X  0.85 |
| | 289,000.00 |
| Out-of-Pocket expenses: | 36,325.96 |
| Less previously paid fee for November 1, 2008 – November 30, 2008 | -140,000.00 |
| **Total due** | **$185,325.96** |

The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period. Disbursements and charges received and booked after the closing date of this statement will be billed subsequently.

Please transfer funds to:

| JP Morgan Chase | Account Name: | Rothschild Inc. |
|---|---|---|
| 500 Stanton Christiana Road | Account Number: | 0 045 42 212 |
| Newark, DE  19713 | ABA: | 021000021 |

Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020
www.rothschild.com

Telephone: (212) 403-3500
Fax: (212) 403-3501

# Invoice

**Invoice:**    0309 NAA CRU1

**Date:**    10 March 2009

# ROTHSCHILD

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233-1464

**For the attention of:**    Reginald D. Hedgebeth
Secretary and General Counsel

| | |
|---|---:|
| Monthly advisory fee:  January 1, 2009 – January 31, 2009 | $200,000.00 |
| 85% of advisory fee: | X  0.85 |
| | 170,000.00 |
| Out-of-Pocket expenses: | 40,371.46 |
| **Total due** | **$210,371.46** |

The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period. Disbursements and charges received and booked after the closing date of this statement will be billed subsequently.

Please transfer funds to:

| | | |
|---|---|---|
| JP Morgan Chase | Account Name: | Rothschild Inc. |
| 500 Stanton Christiana Road | Account Number: | 0 045 42 212 |
| Newark, DE  19713 | ABA: | 021000021 |

Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020
www.rothschild.com

Telephone: (212) 403-3500
Fax: (212) 403-3501

# Invoice

**Invoice:** 0309 NAA CRU1 A

**Date:** 31 March 2009

**❋ R ROTHSCHILD**

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233-1464

**For the attention of:** Reginald D. Hedgebeth
Secretary and General Counsel

| | |
|---|---:|
| Monthly advisory fee: February 1, 2009 – February 28, 2009 | $200,000.00 |
| 85% of advisory fee: | X 0.85 |
| | 170,000.00 |
| Out-of-Pocket expenses: | 20,203.66 |
| Amount past due: Revised Invoice # 0209 NAA CRU1 dated 2/3/09 | 60,000.00 |
| Total due | $250,203.66 |

The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period. Disbursements and charges received and booked after the closing date of this statement will be billed subsequently.

Please transfer funds to:

| JP Morgan Chase | Account Name: | Rothschild Inc. |
|---|---|---|
| 500 Stanton Christiana Road | Account Number: | 0 045 42 212 |
| Newark, DE 19713 | ABA: | 021000021 |

Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020
www.rothschild.com

Telephone: (212) 403-3500
Fax: (212) 403-3501

# Invoice

**Invoice:** 0509 NAA CRU1

**Date:** 29 May 2009

**※R ROTHSCHILD**

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233-1464

**For the attention of:** Daniel W. Ramsey
General Counsel

| | |
|---|---:|
| Monthly advisory fee: March 1, 2009 – March 31, 2009 | $100,000.00 |
| Monthly advisory fee: April 1, 2009 – April 30, 2009 | 100,000.00 |
| Out-of-Pocket expenses: | 4,187.20 |
| IP Assets M&A Fee: | 499,085.00 |
| Less: Credit of March and April monthly fee | -200,000.00 |
| **Total due** | **$503,272.22** |

The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period. Disbursements and charges received and booked after the closing date of this statement will be billed subsequently.

Please transfer funds to:

| JP Morgan Chase<br>500 Stanton Christiana Road<br>Newark, DE 19713 | Account Name:<br>Account Number:<br>ABA: | Rothschild Inc.<br>0 045 42 212<br>021000021 |
|---|---|---|

Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020
www.rothschild.com

Telephone: (212) 403-3500
Fax: (212) 403-3501

### Exhibit A - IP Assets M&A Fee calculation

| | | |
|---|---:|---:|
| (i) Fee associated with Systemax stalking horse bid | | $262,500 |
| (ii) Fee associated with incremental value achieved at auction[1] | | |
|     Additional upfront cash ($14m less $6.5m) | 7,500,000 | |
|     PV of earn-out guarantee ($3m at 3% discount rate) | 2,786,302 | |
|     Total value increase | 10,286,302 | |
|     Fee associated (non-Schedule A bidders participated) | 2.30% | $236,585 |
| **Total transaction fee** | | $499,085 |

(1) Value calculations consistent with methodology agreed by all parties at the auction.

# Invoice

**Invoice:**  0609 NAA CRU1

**Date:**  15 June 2009

## ❋ R ROTHSCHILD

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233-1464

**For the attention of:**  Daniel W. Ramsey
General Counsel

| | |
|---|---:|
| Minimum Recapitalization Fee: | $2,000,000.00 |
| Less 50% of monthly fees through February 2009 in excess of $600,000 | (161,290.32) |
| Net Minimum Recapitalization Fee: | 1,838,709.68 |
| Out-of-Pocket expenses: | 1,946.15 |
| **Total due** | **$1,840,655.83** |

The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period. Disbursements and charges received and booked after the closing date of this statement will be billed subsequently.

Please transfer funds to:

| | | |
|---|---|---|
| JP Morgan Chase | Account Name: | Rothschild Inc. |
| 500 Stanton Christiana Road | Account Number: | 0 045 42 212 |
| Newark, DE  19713 | ABA: | 021000021 |

Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020
www.rothschild.com

Telephone: (212) 403-3500
Fax: (212) 403-3501