# EXHIBIT F

## Rothschild Inc. Biographies

**Neil Augustine, Managing Director**, is the head of Rothschild North American Restructuring Group and sits on the firm's North American Management Committee.  Mr. Augustine has experience both investing in and advising troubled companies and their creditors.  Over the last 19 years, Mr. Augustine's transactions experience has ranged from out-of-court restructurings to in-court insolvencies in the U.S., Europe, Canada and Mexico.  His merger and acquisition experience includes both plain vanilla and troubled company buyside and sellside assignments as well as Special Committee Representations.  On the financing front, Mr. Augustine's expertise includes debtor-in-possession financings, secured debt, exit financing, second lien loans, convertible notes, rights offerings and preferred/common stock investments.  Mr. Augustine has also prepared various fairness opinions and valuation reports.

Prior to joining Rothschild, Mr. Augustine was the Group Portfolio Manager for the Distressed Debt Group of Morgens, Waterfall, Vintiadis & Company Inc. ("MWV"), a New York based S.E.C. registered investment advisor with approximately $1bn of capital.  While at MWV, Mr. Augustine was actively involved in the acquisition of United Artists Theatre Company by The Anschutz Companies and the restructuring of Safeguard Business Systems, Inc., among others.  Previously, Mr. Augustine was the Director of Distressed Debt Research at Lehman Brothers, Inc. and was the Director of Research at Whippoorwill Associates, Inc., a $600 million money management firm specializing in the purchase of claims in financially troubled companies.

Mr. Augustine began his career at Chemical Bank where he was actively involved in advising both debtors and creditors as well as providing debtor-in-possession financing.  Prior to entering the principal business, Mr. Augustine was one of the founding members of The Blackstone Group's Restructuring and Reorganization Financial Advisory Department.  Some of his more notable transactions, while at Blackstone, included Leasway Transportation Corporation, America West Airlines, Trans World Airlines, The Kendall Company and The Leslie Fay Companies, Inc.

Mr. Augustine is currently advising Controladora Comercial Mexicana, Corporacion Durango, Milacron, Blockbuster, VeraSun Energy, Trident Exploration, Motor Coach Industries and recently completed the recapitalizations of Recycled Paper Greetings, BHM Technologies, Doral Financial, Werner Ladder, Footstar Inc., PRG-Schultz, New World Pasta, O'Sullivan Industries (secured noteholders), WestPoint Stevens, Oxford Automotive (secured noteholders), Wet Seal, Cydsa, Corporación Durango, Atlantic Express, IMG, Mpower Communications, Microcell Telecommunications, SANLUIS Corporación and the sales of Precision Parts International, Cadence Innovations European assets, Precision Gear Holdings, New World Pasta, Cabovisão – Televisão por Cabo, Viasystems' Wire Harness Division, International Wire's Insulated Division and Tire Rack.

Mr. Augustine holds a Bachelor of Arts degree and an M.B.A. from the University of Rochester.  He previously served on the boards of United Artists Theatre Company, Safeguard Business Systems, Inc., The Grand Union Company and American Blind and Wallpaper Factory, Inc.

**Steven Tishman Managing Director,** has over 20 years of investment banking experience in the retail and apparel sectors personally having completed over 110 transactions (primarily financial advisory assignments) for consumer products, retail and apparel companies.  Mr. Tishman joined Rothschild in 2002 as a Managing Director and is head of the M&A Group for Rothschild North America and is a member of the Rothschild North America Management Committee. In addition, Mr. Tishman is responsible for Financial Sponsors coverage and Retail and Apparel transactions in North America.

Prior to joining Rothschild, Mr. Tishman was a Managing Director and a group head of the Financial Sponsors and Consumer Groups at Roberston Stephens. In addition, Mr. Tishman was head of the Roberston Stephens New York office and was on the Management Committee of Robertson Stephens. Prior to joining Robertson Stephens in 1999, Mr. Tishman spent approximately 15 years at Bear, Stearns & Co. Inc., most recently as a Senior Managing Director and group head of the Consumer, Retail and Apparel Group. Prior to Bear Stearns, Mr. Tishman spent approximately four years at Zayre Corp., a multi-billion dollar diversified retailer and two years at Ernst & Ernst, the big eight accounting firm.

Mr. Tishman has completed transactions for companies such as Nautica, Fila, Goody's, Jones Apparel Group, Nine West, ENYCE, Varsity Brands, Robbins Bros., Donna Karan, Cole-Haan, Authentic Fitness, Warnaco, Polo Jeans Co., Wet Seal, Crystal Brands, Maxwell Shoe, Blockbuster, Casual Male, Claire's Stores, Circle K, Men's Wearhouse, Six Flags Parks, Cedar Fair, Waban Inc., Kohl's, and Federated, amongst others.
Mr. Tishman has a Bachelor of Arts degree from Princeton University and an M.B.A. from the NYU Graduate School of Business Administration. Mr. Tishman is a member of the Board of Directors of Cedar Fair L.P. (symbol "FUN") and Odimo, Inc. (symbol "ODMO") and was formerly on the Boards of Nautica Enterprises, Inc. (symbol "NAUT"), Claire's Stores, Inc. (symbol "CLE") and Aeropostale (symbol "AERO").

**Bernard Douton, Managing Director,** has over 15 years of investment banking experience. Mr. Douton is currently based in Rothschild's New York office after having spent three years in the London office helping to build Rothschild's European restructuring practice. Prior to moving to London in January 2002, Mr. Douton was a member of Rothschild's New York restructuring group. In the US and Europe, he has represented a diverse group of companies, secured and unsecured creditors and official committees on both in-court and out-of-court restructurings, including advising an ad hoc committee of creditors of Eurotunnel, the secured creditors of Oxford Automotive, a global auto parts manufacturer, Greycoat Limited, a UK property company, Cirio, an Italian food company, TXU Europe, the UK subsidiary of the US energy company TXU, the bondholders of Jazztel, a Spanish altnet and Cable Satisfaction/Cabovisão, a Portuguese cable operator.

In addition, Mr. Douton has advised Heartland Steel on its sale to CSN, Service Merchandise on its chapter 11 proceedings, Bedford Fair Industries on its sale to Fingerhut, HomePlace in its merger with Waccamaw, Wheeling-Pittsburgh Steel in its chapter 11 proceedings, the bondholders of Geneva Steel and Transtel, the senior lenders of Tokheim and LaRoche Industries and the Official Creditors Committees of Bradlees and Today's Man. Mr. Douton joined Rothschild in 2000 from Peter J. Solomon Company, where, as a founding member of the restructuring group, he worked from 1996 to 2000. Prior to working at Peter J. Solomon Company, Mr. Douton worked for Lazard Freres & Co. At Lazard, Mr. Douton worked on a broad range of transactions, including restructurings, mergers, acquisitions divestitures and public and private debt and equity financings, for financial institutions and real estate and leisure companies.

Mr. Douton holds an A.B. in Economics, with Honors, from Harvard College.

**Nicholas Barnes, Vice President,** has been with Rothschild for over five years, currently in New York and previously in the Canadian office. His professional focus since joining the New York office is M&A execution and financial advisory focused on several consumer-related sectors including pharmaceutical, retail & apparel and consumer products.

With Rothschild Canada, Nicholas executed largely cross-border transactions in a variety of sectors, including AREVA's $2.5 billion purchase of UraMin, ThyssenKrupp's announced $5.6 billion purchase of Dofasco from ArcelorMittal, GlaxoSmithKline's $1.5 billion purchase of ID Biomedical, the $1.2 billion sale of Microcell Telecommunications to Rogers Wireless in a hostile situation, and international divestitures for Hydro-Québec in Australia, China and the US. Prior to joining Rothschild, Nick was with Bear Stearns in New York, where he was a member of the Consumer, Retail & Apparel Group, involved in a broad range of M&A and corporate finance transactions for clients including Jones Apparel Group, Warnaco Group and Time Warner.

Nick holds a B.Sc. (Honours) with Great Distinction from McGill University.

**Marcelo Messer, Vice President,** is a member of Rothschild's restructuring group with 9 years of restructuring and M&A advisory experience.  Prior to joining Rothschild in 2008, Mr. Messer worked as a Vice President at Miller Mathis & Co., where he executed numerous restructuring and M&A transactions, as well as expert testimony assignments.

Mr. Messer's restructuring assignments have included Centaur (Gaming), Northwestern Corp. (Utilities), Rouge Industries (Steel), Polar Air Cargo (Aviation), Stelco (Steel), Horizon Natural Resources (Coal), Kasper (Apparel) and RFB Cellular (Telecom).  Mr. Messer's expert testimony assignments have focused on enterprise valuation and other restructuring-related issues for clients such as Huntsman (Chemicals), Bank of America (Banking), Bush Industries (Furniture) and Bridgeport Industries (IT Wholesaler).

Mr. Messer received his MBA from Stanford University and has a BA in Economics, with distinction, from Yale University, where he graduated summa cum laude.

**Lisa Kwiatkowski, Associate,** joined Rothschild in the M&A group in 2006.  Her focus includes advisory work in consumer-focused sectors, including retail, household & personal care, food & beverage and healthcare.  Prior to working at Rothschild, Ms. Kwiatkowski was at Morgan Stanley in New York, where she worked in the Global Capital Markets group.  At Morgan Stanley, she executed equity and equity-linked transactions involving a broad range of industries, including consumer products, healthcare, telecom, general industrials, transportation and real estate.  She also participated in advising clients on public market restructuring alternatives, including subsidiary IPOs, spin-offs and split-offs.

Ms. Kwiatkowski holds an MBA from New York University's Stern School of Business.  She also graduated cum laude with a B.S. in Accounting and Finance from New York University's Stern School of Business, earning the Beta Gamma Sigma distinction.

**David Lechner, Associate,** is a member of Rothschild's restructuring group, joining in 2008.  Prior to joining Rothschild, Mr. Lechner received his Masters of Business Administration from New York University's Stern School of Business.  Mr. Lechner has also worked for four years in Accenture's Communication & High Tech consulting group, focusing on supply chain and operations management.  Mr. Lechner also holds an Honors in Business Administration from the Richard Ivey School of Business at the University of Western Ontario (Canada).

**Elana Caplan, Analyst,** is a member of Rothschild's M&A group, joining the company in 2006.  Ms. Caplan's assignments have included: Delphi Corporation, Tecumseh Products Company, Doral Financial, U.S. Treasury and several financial sponsors.  Ms. Caplan graduated with honors from the University of Pennsylvania and has a BA International Relations.

**Ryan Kohan, Analyst,** is a member of Rothschild's restructuring group, joining the company in 2008.  Mr. Kohan holds a Bachelor of Science degree, magna cum laude, with a concentration in Finance, from Babson College.

## Rothschild Canada

**Peter Teti, Director,** joined Rothschild Canada in July 2002. Previously, he was a Vice President with Merrill Lynch Europe based in London where he focused on the chemical industry. Prior to Merrill Lynch, Peter worked with Schroders plc in London and prior to that with Ernst & Young, both in London and Toronto. Peter has extensive cross-border M&A experience working in Europe and North America across a number of industries, including chemicals, utilities, and plastics and packaging. Additionally, Mr. Teti has extensive experience in financial due diligence and international accounting and tax related matters

Peter is a Chartered Accountant and holds a Bachelor of Commerce (Honours) from Queen's University, Kingston, Ontario.

**Nicolas Belanger, Associate,** joined Rothschild Canada in October 2004. Since joining Rothschild, Nicolas has been involved in a number of potential transactions with Canadian and international clients. Nicolas has executed M&A transactions, defense preparedness and fairness opinion advisory assignments for clients including GlaxoSmithKline, CP Ships, ThyssenKrupp and SNC Lavalin. Prior to joining Rothschild, he had worked for TAL Global Asset Management and CDP Capital.

Nicolas holds a Bachelor of Business Administration from l'Ecole des Hautes Etudes Commerciales de Montreal (HEC-Montreal) and a Master's Degree (M.Sc.) in Finance from the University of Sherbrooke.

**Jeff Schneider, Analyst,** joined Rothschild Canada in November 2008. Prior to joining Rothschild, Jeff spent two years working in the Power and Utilities group of Lehman Brothers' Investment Banking Division in New York. While at Lehman Brothers, Jeff assisted in a number of M&A as well as public equity and debt financing transactions including EIF's acquisition of 80% of Cogentrix Energy and the resulting equity placement in EIF's USPF III fund, Omat Technologies' $150m follow-on equity offering, and PG&E's $600m senior notes offering.

Jeff holds a Bachelor of Arts degree from Middlebury College where he majored in Economics. He also spent a year studying at the London School of Economics in England