**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | **:** Chapter 11 |
| | **:** |
| CIRCUIT CITY STORES, INC., et al.,[1] | **:** Case No. 08-35653-KRH |
| | **:** (Jointly Administered) |
| Debtors. | **:** |
| | **:** |
| | **:** |

**FINAL APPLICATION OF JEFFERIES &
COMPANY, INC. FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL
ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM NOVEMBER 18, 2008 THROUGH APRIL 30, 2009**

Pursuant to sections 328, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"),[2] and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Jefferies & Company, Inc. ("Jefferies" or "Applicant") hereby files this Final Application of Jefferies & Company, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the Period from November 18, 2008 through April 30, 2009 (the "Entire Compensation Period"). By this Application, Jefferies seeks allowance of compensation in the amount of $132,258.00 and reimbursement of actual and necessary expenses in the amount of $2,091.53, for a total allowed amount of $134,349.53 for the period from February 1, 2009 through April 30, 2009 (the "Second Application Period"), and final allowance in the amount of

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City West Coast is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in Jefferies' retention application.

$658,253.82 for actual and necessary professional services performed by Jefferies during the Entire Compensation Period.  In support of this Application, Jefferies respectfully represents as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§157 and 1334.  This matter is a core proceeding pursuant to 11 U.S.C. § 157(b)(2)(A). Venue of these cases and this matter is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief requested herein is 11 U.S.C. §§ 328, 330 and 331.

## BACKGROUND

2.      On November 10, 2008 (the "Petition Date"), the Debtors filed their voluntary Chapter 11 petitions for relief, thereby commencing the above-captioned cases.  The cases are being jointly administered but are not substantively consolidated. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  As of the date hereof, neither a trustee nor an examiner has been appointed in these chapter 11 cases.  On November 12, 2008, the Office of the U.S. Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") in these cases pursuant to Sections 1102(a) and 1102(b)(1). On November 13, 2008, the Committee was amended by the U.S. Trustee.  On November 18, 2008, the Committee voted to retain Jefferies as one of its financial advisors in these matters.

3.      In the Retention Application, the Committee sought authorization to retain Jefferies to perform certain professional services described in an engagement letter (the "Engagement Letter") annexed to the Retention Application as Exhibit D, including, but not limited to, the following:

2

a)      become familiar with, to the extent Jefferies deems appropriate, and analyze the business, operations, assets, financial condition and prospects of the Debtors;

b)      advise the Committee on the current state of the restructuring market;

c)      assist and advise the Committee in examining and analyzing any potential or proposed strategy for restructuring or adjusting the Debtors' outstanding indebtedness or overall capital structure, whether pursuant to a plan of reorganization, a sale of all or substantially all the assets or equity under section 363 of chapter 11 of the Bankruptcy Code, or other form of emergence from chapter 11 (including a dismissal of the Cases), or otherwise (the "Restructuring"), including, where appropriate, assisting the Committee in developing its own strategy for accomplishing a Restructuring;

d)      assist and advise the Committee in evaluating and analyzing the proposed implementation of any Restructuring, including the value of the securities, if any, that may be issued under any plan of reorganization; and

e)      render such other financial advisory services as may from time to time be agreed upon by the Committee and Jefferies, including, but not limited to, providing expert testimony, and other expert and financial advisory support related to any threatened, expected, or initiated litigation.

4.      As set forth in the Engagement Letter, Jefferies was to be compensated as follows:  (a) a monthly fee (the "Monthly Fee") equal to $200,000.00 per month for the first four months, and $150,000.00 per month thereafter until the expiration or termination of the Engagement Letter.  The first Monthly Fee(s) shall be payable immediately upon Bankruptcy Court approval of the Engagement Letter (with, for the avoidance of doubt, the Monthly Fees being deemed to have accrued beginning on the date of the Engagement Letter), and each subsequent Monthly Fee shall be payable in advance on each monthly anniversary thereafter. Fifty percent of any Monthly Fees paid to Jefferies in excess of $600,000.00 in the aggregate shall be creditable against any fees actually paid or to be paid to Jefferies pursuant to subsection (b) below; and (b) a transaction fee in an amount equal to (i) 1.5% of any recoveries (whether in

the Cases and/or in any Chapter 7 Cases (as defined below)) received by Unsecured Creditors in an aggregate amount up to and including $200 million; plus (ii) 2.0% of any recoveries by Unsecured Creditors in any aggregate amount in excess of $200 million (the "Restructuring Fee").  For the purposes of this subsection (b), "recoveries" includes, but is not limited to, the fair market value of any cash, cash equivalents, securities, trust, sale or litigation interests, or other consideration, whether immediately realized or not.  The term "Unsecured Creditors" shall mean creditors of the Company to the extent their claims are not (x) secured claims within the meaning of the Bankruptcy Code, or (y) entitled to priority pursuant to sections 507(a) or 503(b) of the Bankruptcy Code.

5.     As set forth in the First Retention Order and the Supplemental Order (each as defined in paragraph 6 herein), Jefferies was to be compensated as follows:  (a) a monthly fee (the "Reduced Monthly Fee") equal to $100,000 for services rendered to the Committee for the period February 6, 2009 through March 5, 2009, provided, however, that the Reduced Monthly Fee will not cover any expert testimony will be billed separately at a fee to be agreed to between the Committee and Jefferies; and (b) a fee equal to $32,258.00 for the services rendered to the Committee for the period February 1, 2009 through February 5, 2009. In addition, pursuant to the First Retention Order, only in the event of a Total Liquidation (as defined below), the Restructuring Fee shall be determined as follows:  The Restructuring Fee shall be initially calculated pursuant to Section 4(b) of the Engagement Letter (the "Base Calculation").  Then, to the extent that the Base Calculation plus the aggregate amount of all Monthly Fees actually paid to Jefferies as of the date such Restructuring Fee becomes due and payable to Jefferies (such date, the "Payment Date") exceeds $2,000,000, the amount of the Restructuring Fee payable to Jefferies would be equal to the difference between $2,000,000 and the aggregate amount of all

Monthly Fees actually paid to Jefferies as of the Payment Date.  However, to the extent that the

Base Calculation plus the aggregate amount of all Monthly Fees actually paid to Jefferies as of

the Payment Date does not exceed $2,000,000, then there will be no reduction of the

Restructuring Fee payable to Jefferies pursuant to Section 4(b) of the Engagement Letter.  "Total

Liquidation" means the commencement of going out business or similar themed sales for all (but

not less than all) of the Debtors' retail stores and distribution centers, whether under Chapter 11

of Chapter 7 of the Bankruptcy Code.

## RETENTION OF JEFFERIES

6.      On January 20, 2009, the Court entered its order authorizing the Committee to

retain Jefferies through January 31, 2009 as one of its financial advisors under § 328 of the

Bankruptcy Code (the "First Retention Order") [Docket #1682]. On February 26, 2009, the Court

entered a supplement order authorizing the Committee to retain Jefferies through March 5, 2009

(the "Supplemental Order") [Docket #2330].  A copy of the First Retention Order is attached

hereto as Exhibit A and a copy of the Supplement Order is attached hereto at Exhibit B.

## COMPENSATION PAID

7.      On December 9, 2008, the Court entered its Order Under 11 U.S.C. §§ 105(a) and

331 Establishing Procedures for Interim Compensation [Docket #830]. In compliance with the

terms and conditions of the First Retention Order, Supplemental Order, and Engagement Letter,

and having submitted its Monthly Statements in a timely manner, Jefferies has, to date, received

$502,657.14 in fees and $35,673.24 in expenses, for a total of $538,330.38.

8.      All services for which Jefferies requests compensation were performed for or on

behalf of the Committee.

## RELIEF REQUESTED

9.     This is the final fee application of Applicant, wherein Applicant seeks the allowance of $31,375.05 in monthly professional services and the release of fees heldback in the amount of $88,548.39, for a total of $119,923.44. [3]

10.     In addition, Jefferies respectfully requests that the Court direct the Debtors to (i) provide to Jefferies, within ten days after the end of each calendar month a report describing any additional distributions made on account of general unsecured claims after July 6, 2009 and (ii) pay to Jefferies additional Restructuring Fee amounts that are not disputed within ten days after each calendar month end in accordance with the Engagement Letter as modified by the First Retention Order.

11.     Copies of the Monthly Statements are attached hereto as Exhibit E.[4] A summary of the monthly fees and expenses incurred by Jefferies on behalf of the Committee from November 18, 2008 through April 30, 2009 (the "Entire Compensation Period") are set forth below:

| Period Covered | Requested | | Approved | |
|---|---|---|---|---|
| | Fees | Expenses | Fees (85%) | Expenses |
| November 18, 2008 – December 17, 2008 | $200,000.00 | $94.60 | $170,000.00 | $94.60 |
| December 18, 2008 – January 17, 2009 | $200,000.00 | $9,497.09 | $170,000.00 | $9,497.09 |
| January 18, 2009 – January 31, 2009 | $90,322.58 | $23,990.02 | $76,774.19 | $23,990.02 |
| February 1, 2009 – February 5, 2009 | $32,258.00 | $0.00 | $32,258.00 (100% Approved) | $0.00 |
| February 6, 2009 – March 5, 2009 | $100,000.00 | $2,091.53 | $85,000.00 | $2,091.53 |
| **Totals** | **$622,580.58** | **$35,673.24** | $534,032.19 | $35,673.24 |

[3] Because the Unsecured Creditors may receive additional recoveries subsequent to the date hereof, Jefferies will be entitled to receive additional fee amount pursuant to the terms of the Engagement Letter as modified by the First Retention Order.

[4] Jefferies inadvertently included a full month's fee in its original November 2008 invoice. The credited amount in January 2009 invoice represented an adjustment to include only the prorated amount. Revised monthly invoices have been served to the Notice Parties and are attached hereto.

6

## SUMMARY OF SERVICES RENDERED IN BENEFIT TO THE COMMITTEE

12.     In the Final Fee Period, Jefferies did not duplicate the services provided by other Committee professionals and coordinated its efforts with Protiviti, Inc. to ensure no duplication of efforts was made. Jefferies rendered the following financial advisory services for the benefit of the Committee:

a)      became familiar with, to the extent Jefferies deemed appropriate, and analyzed the business, operations, assets, financial condition and prospects of the Debtors;

b)      advised the Committee on the current state of the restructuring market;

c)      assisted and advised the Committee in examining and analyzing any potential or proposed strategy for restructuring or adjusting the Debtors' outstanding indebtedness or overall capital structure, whether pursuant to a plan of reorganization, a sale of all or substantially all the assets or equity under section 363 of chapter 11 of the Bankruptcy Code, or other form of emergence from chapter 11 (including a dismissal of the Cases), or otherwise (the "Restructuring"), including, where appropriate, assisting the Committee in developing its own strategy for accomplishing a Restructuring;

d)      worked extensively with Debtor's advisors and Committee counsel to expand the prospective financial and strategic buyers lists for the sales process of certain of the Debtor's assets, and provided outreach and communication to potentially interested parties;

e)      assisted and advised the Committee through comprehensive due diligence of multiple sale processes, including the analysis and reporting on bid proposals for the sale of the InterTAN (Canadian) business operations and the separate sale of Circuit City's IP / website assets;

f)      reviewed and reported to the Committee on the weekly progress of the liquidation of the Debtor's domestic operations.

g)      reviewed the reorganization business plan and advised the Committee on potential negotiations;

h)      provided analysis on the economic impact of different store and regional chain footprints;

    i)    advised the Committee on the sale process/bid proposals for regional asset sales;

    j)    identified regional chain that was the most profitable and could potential exist as a stand-alone company;

    k)    advised the Committee on the reasonableness of certain Debtor proposals and motions; and

    l)    reviewed the DIP financing structure and negotiated amended economics.

13.    Throughout the Compensation Period, Jefferies dutifully rendered services to the Committee in an effort to improve what was initially proposed by the Debtors' and the ad hoc committee of secured creditors to be dismal recoveries for unsecured creditors.

14.    In part as a result of Jefferies' efforts in these cases, the Committee was able to successfully navigate a series of challenging circumstances and decisions in order to maximize recoveries for unsecured creditors.   There is reason to believe that the liquidation process may yield sufficient proceeds to satisfy in full the Debtors' obligations to its secured lending group, as well as all of its unpaid estimated administrative expenses (including § 503(b)(9) claims) and priority claims, such that unsecured creditors may receive a dividend in this case, albeit a modest one.[5]

15.    Given the outstanding results achieved for unsecured creditors in these cases, it is clear that the professional services performed by Jefferies were in the best interests of the Committee and other parties-in-interest.   These professional services were performed efficiently and expeditiously, frequently under difficult time constraints imposed by the circumstances of these cases.   Furthermore, the compensation requested by Jefferies for the foregoing services is

---

[5] This statement is based on Jefferies' good faith estimate of the liquidation results and estimated claims.  In fact it is possible that the estate will not realize sufficient proceeds to satisfy all administrative and priority claims.

commensurate with the complexity, importance and nature of the problems, issues or tasks and is appropriate under the terms of the Engagement Letter.

## **CERTIFICATION WITH RESPECT TO FIRST FINAL APPLICATION**

16.     The Certification of Richard Klein with respect to the Final Fee Period is attached hereto as Exhibit C.

WHEREFORE, Jefferies respectfully requests that the Court approve, for the period February 1, 2009 through April 30, 2009, (a) allowance of compensation in the amount of $132,258.00 for actual, reasonable, and necessary financial advisory services rendered by Jefferies and reimbursement of $2,091.53 of actual and necessary expenses incurred during the Second Compensation Period, and (b) for the period November 18, 2008 through April 30, 2009, final allowance of the sum of $622,580.58 as compensation for necessary professional services rendered, and the sum of $35,673.24 for reimbursement of actual necessary costs and expenses, for a total of $658,253.82 be authorized. To date, Jefferies has received $538,330.38 of the $658,253.82 requested in this application. In addition, Jefferies respectfully requests that the Court direct the Debtors to (i) provide to Jefferies, within ten days after the end of each calendar month a report describing any additional distributions made on account of general unsecured claims after July 6, 2009 and (ii) pay to Jefferies additional Restructuring Fee amounts that are not disputed within ten days after each calendar month end in accordance with the Engagement Letter as modified by the First Retention Order.

Dated:  June 15, 2009   JEFFERIES & COMPANY, INC.

       By:_____*/s/ Richard Klein*_____
          Richard Klein, Senior Vice President
          Financial Advisor to the Official Committee of
          Unsecured Creditors of Circuit City Stores, Inc.


Filed This Day By:     OFFICIAL COMMITTEE OF
          UNSECURED CREDITORS

       By:____*/s/ Paula S. Beran*_____
         Counsel

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178

-and-

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.  11th Floor
Los Angeles, California  90067-4100
Telephone: 310-227-6910
Facsimile:  310-201-0760
E-mail:rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

Counsel for the Official Committee of Unsecured Creditors

## <u>CERTIFICATE OF SERVICE</u>

I Hereby Certify That On Or Before The 15th Day Of June, 2009 A True Copy Of The Foregoing Final Application Of Jefferies & Company, Inc. For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisors To The Official Committee Of Unsecured Creditors For The Period From November 18, 2008 Through April 30, 2009 was served via first-class mail, postage-prepaid and/or electronic delivery to:

Robert B. Van Arsdale – Via email: robert.b.van.arsdale@usdoj.gov
June E. Turner – Via email: june.e.turner@usdoj.gov
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Bruce H. Besanko – Via Standard Mail
Reginald D. Hedgebeth – Via Standard Mail
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Gregg M. Galardi, Esq. – Via email: gregg.galardi@skadden.com
Skadden, Arps, Slate, Meagher, & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Douglas M. Foley, Esq. – Via email: dfoley@mcguirewoods.com
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Jeff Pomerantz – Via email: jpomerantz@pszjlaw.com
Robert Feinstein – Via email: rfeinstein@pszjlaw.com
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100

_____*/s/ Paula S. Beran*_____
Co-Counsel

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>,[1] | **:** | Case No. 08-35653-KRH |
| | **:** | (Jointly Administered) |
| Debtors. | **:** | |
| | **:** | |
| | **:** | |

**AGREED ORDER PURSUANT TO SECTIONS 328 AND 1103 OF THE**
**BANKRUPTCY CODE AND BANKRUPTCY RULE 2014 AUTHORIZING**
**THE RETENTION AND EMPLOYMENT OF JEFFERIES & COMPANY,**
**INC. AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF**
**<u>UNSECURED CREDITORS *NUNC PRO TUNC* TO NOVEMBER 18, 2008</u>**

Upon consideration of the Application of the Official Committee of Unsecured Creditors

(the "<u>Committee</u>") appointed in the above-captioned Chapter 11 cases of Circuit City Stores, Inc.

and its affiliated debtors-in-possession (collectively, the "<u>Debtors</u>") for an Order Pursuant to

Sections 328(a) and 1103(a) of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the

Retention and Employment of Jefferies & Company, Inc. ("<u>Jefferies</u>") as Financial Advisors to

the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to November 18, 2008 and upon

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City West Coast is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF – 2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100
Telephone: (310) 277-6910
Telecopy: (310) 201-0760

Proposed Counsel for the Official
Committee of Unsecured Creditors

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

Proposed Co-Counsel for the Official
Committee of Unsecured Creditors

the Declaration of Michael Henkin in support of the Application; and notice having been given

to the Office of the United States Trustee, the Debtors, and all parties that have appeared and

requested service of papers in these cases and, therefore, it appearing that good and sufficient

notice having been given and no other or further notice need be given; and no objections to the

Application having been filed; and this Court finding, further, that Jefferies does not hold or

represent any interest adverse to the Debtors' estates in the matters on which it is to be retained,

that Jefferies is a "disinterested" person as that term is defined in section 101(14) of Title 11 of

the United States Code (the "<u>Bankruptcy Code</u>"); that the terms and conditions of Jefferies

employment as set forth in the Application and the Jefferies Engagement Letter (as defined in the

Application), as modified by this Order, are reasonable including, without limitation, the Fee

Structure and Indemnity (in each case as defined in the Application), that its employment as a

financial advisor to the Committee and the terms thereof are in the best interests of the Debtors'

estates; that the Debtor's informal objection to the employment of Jefferies is deemed resolved

by the provisions contained in this Order;, and after due deliberation and sufficient cause

appearing therefor, it is hereby

ORDERED that pursuant sections 328(a) and 1103(a) of the Bankruptcy Code, the

Application is hereby granted and that Jefferies is hereby employed as the Committee's financial

advisor, effective as of November 18, 2008, and continuing through and including January 31,

2009 (such period, the "<u>Initial Retention Period</u>"), on the terms and conditions set forth in the

Jefferies Engagement Letter as modified in the Application and as further modified by this

Order; and it is further

ORDERED to the extent not previously resolved, withdrawn or reserved, any and all

objections to the Application are overruled in their entirety; and it is further

ORDERED that the terms and conditions of Jefferies' retention pursuant to the Jefferies Engagement Letter (as modified herein), including, without limitation, the Fee Structure and the Indemnity, are approved pursuant to section 328(a) of the Bankruptcy Code, provided, however, that notwithstanding anything to the contrary contained in the Jefferies Engagement Letter, Jefferies shall be entitled to receive and shall be paid (i) a Monthly Fee (as defined in the Jefferies Engagement Letter) of $200,000 per month for each of (a) the monthly period commencing on November 18, 2008 and ending on December 17, 2008, and (b) the monthly period commencing on December 18, 2008 and ending on January 17, 2009; and (ii) for the period commencing on January 18, 2009 and ending on January 31, 2009, the sum of $90,322 representing a prorated amount of the Monthly Fee applicable to such period; and it is further

ORDERED that if the Committee seeks to continue Jefferies' retention for a period beyond the Initial Retention Period (whether on the terms and conditions approved pursuant to this Order or on such other terms as the Committee and Jefferies may determine to be appropriate), and the Debtors object to the terms of such continued retention, a hearing shall be held before this Court on January 29, 2009 at 10:00 a.m. to consider such continued retention, and in connection therewith, it shall not be necessary for the Committee to file a new or supplemental retention application; provided, however, that if such continued retention is not approved by the Court, then (i) Jefferies' retention pursuant to this Order shall be deemed automatically extended for the period commencing February 1, 2009 through and including February 5, 2009 (such period, the "Transition Period") in order for Jefferies' and the Committee to effectuate an orderly transition, and (ii) Jefferies shall be entitled to receive and shall be paid the sum of $32,258 representing a prorated amount of the Monthly Fee attributable to the Transition Period.  If the Committee seeks to continue Jefferies' retention for a period beyond

the Initial Retention Period (whether on the terms and conditions approved pursuant to this Order

or on such other terms as the Committee and Jefferies may determine to be appropriate) and the

Debtors do not object to such continued retention, the Committee and the Debtors may submit to

the Court an Agreed Order approving such continued retention and no subsequent hearing

thereon shall be held unless otherwise required by this Court; and it is further

ORDERED that the Restructuring Fee (as defined in the Jefferies Engagement Letter)

shall be payable to Jefferies as provided in the Jefferies Engagement Letter and shall not be

subject to any cap; provided, however, that notwithstanding anything to the contrary contained in

the Jefferies engagement letter, only in the event of a Total Liquidation (as defined below), the

Restructuring Fee shall be determined as follows:   The Restructuring Fee shall be initially

calculated pursuant to Section 4(b) of the Jefferies Engagement Letter (the "Base Calculation").

Then, to the extent that the Base Calculation plus the aggregate amount of all Monthly Fees

actually paid to Jefferies as of the date such Restructuring Fee becomes due and payable to

Jefferies (such date, the "Payment Date") exceeds $2,000,000, the amount of the Restructuring

Fee payable to Jefferies would be equal to the difference between $2,000,000 and the aggregate

amount of all Monthly Fees actually paid to Jefferies as of the Payment Date.   However, to the

extent that the Base Calculation plus the aggregate amount of all Monthly Fees actually paid to

Jefferies as of the Payment Date does not exceed $2,000,000, then there will be no reduction of

the Restructuring Fee payable to Jefferies pursuant to Section 4(b) of the Jefferies Engagement

Letter.   For purposes of this Order, the term "Total Liquidation" shall mean the commencement

of going out of business or similar themed sales for all (but not less than all) of the Debtors'

retail stores and distribution centers, whether under Chapter 11 or Chapter 7 of the Bankruptcy

Code; and it is further

ORDERED, that the second sentence of the sixth paragraph of Schedule A annexed to the Jefferies Engagement Letter is hereby deleted and replaced with the following: "Notwithstanding the provisions hereof, the aggregate contribution of all Indemnified Persons to all Losses shall not exceed twice the amount of fees actually received by Jefferies with respect to the services rendered pursuant to the Agreement."; and it is further

ORDERED that Jefferies will file applications for interim and final allowance of compensation and reimbursement in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules (except as provided below), and any procedures that may be fixed by Order of this Court, provided, however, that fee applications filed by Jefferies shall be subject to review only pursuant to the standards set forth in Bankruptcy Code section 328(a) and not subject to the standard of review set forth in Bankruptcy Code section 330; and it is further

ORDERED that if an Indemnified Party seeks reimbursement for attorneys' fees from the Debtors pursuant to the Indemnity, the invoices and supporting time records from the attorneys as to whose fees Jefferies is seeking reimbursement shall be annexed to Jefferies' own interim and/or final fee applications, and such invoices and time records shall be subject to the United States Trustee's guidelines for compensation and reimbursement of expenses and the approval of the Bankruptcy Court under the standards of section 330 of the Bankruptcy Code regardless of whether such attorney has been retained under section 1103 of the Bankruptcy Code; and it is further

ORDERED that the relief granted herein shall be binding upon any Chapter 11 trustee appointed in these Chapter 11 cases, or upon any Chapter 7 trustee appointed in the event of a subsequent conversion of these Chapter 11 cases to cases under Chapter 7.

ORDERED that Jefferies is authorized to provide services to the Committee as set forth in the Application.

Dated: Richmond, Virginia
_____, 2009

_____
THE HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

**WE ASK FOR THIS:**

___/s/ Lynn L. Tavenner_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178

-and-

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.  11th Floor
Los Angeles, California  90067-4100
Telephone: 310-227-6910
Facsimile:  310-201-0760
E-mail:         rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

Proposed Counsel for Official Committee of Unsecured
Creditors Holding Unsecured Claims

**SEEN AND AGREED:**

_____*/s/ Douglas M. Foley* (per email dated 1/16/09)
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

-and-

Douglas M. Foley (VA Bar No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for the Debtors and Debtors in Possession

**SEEN AND NO OBJECTION:**

_____*/s/ Robert B. Van Arsdale* (per email dated 1/16/09)
Robert B. Van Arsdale (VSB# 17483)
Assistant U.S. Trustee
**Office of the U.S. Trustee**
701 East Broad Street, Suite 4304
Richmond, VA 23219
(804) 771-2310
(804) 771-2330 (Facsimile)

<u>CERTIFICATION</u>

I hereby certify that the foregoing proposed Order has been either served on or endorsed by all necessary parties.

    */s/ Lynn L. Tavenner*

Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  (804) 783-8300
Telecopy:  (804) 783-0178

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>,[1] | **:** | Case No. 08-35653-KRH |
| | **:** | (Jointly Administered) |
| Debtors. | **:** | |
| | **:** | |
| | **:** | |

## SUPPLEMENTAL AGREED ORDER PURSUANT TO SECTIONS 328 AND 1103 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014 AUTHORIZING THE RETENTION AND EMPLOYMENT OF JEFFERIES & COMPANY, INC. AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The Court having entered its Order Pursuant to Sections 328 and 1103 of the Bankruptcy

Code and Bankruptcy rule 2014 Authorizing the Retention and Employment of Jefferies &

Company, Inc. as Financial Advisors to the Official Committee of Unsecured Creditors (the "<u>First</u>

<u>Jefferies Retention Order</u>") on January 20, 2009 [Docket 1682], and being advised that the Official

Committee of Unsecured Creditors desires to extend the authorization of employment of Jefferies

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City West Coast is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF – 2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA  90067-4100
Telephone:  (310) 277-6910
Telecopy:  (310) 201-0760

Counsel for the Official
Committee of Unsecured Creditors

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA  23219
Telephone:  (804) 783-8300
Telecopy:  (804) 783-0178

Co-Counsel for the Official
Committee of Unsecured Creditors

& Company, Inc. ("Jefferies") from February 6, 2009 as contemplated by the First Jefferies

Retention Order until March 5, 2009, and the Court having been informed that the Debtors consent

to the entry of this Order, and that other good cause appearing for the Committee's continued

employment of Jefferies pursuant to the terms of this Order, it is hereby

ORDERED that the Committee is authorized to continue to employ Jefferies pursuant to

the terms of the First Jefferies Order, as modified by this Order, through and including March 5,

2009; and it is further

ORDERED that the Jefferies shall be entitled to a monthly fee of $100,000 (the "Reduced

Monthly Fee") for services rendered to the Committee for the period February 6, 2009 through

March 5, 2009, provided, however, that the Reduced Monthly Fee will not cover any expert

testimony that Jefferies is asked by the Committee to provide, which expert testimony will be

billed separately at a fee to be agreed to between the Committee and Jefferies; and it is further,

ORDERED that the Committee and Jefferies may agree to further extend the Committee's

employment of Jefferies beyond March 5, 2009 with the consent of the Debtors and the Office of

the United States Trustee by submitting a consent order to the Court without further hearing; and it

is further

ORDERED that except to the extent modified by this Order, the First Jefferies Order shall

remain in full force and effect.

Dated: Richmond, Virginia
_____, 2009


_____
THE HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

2

**WE ASK FOR THIS:**

_/s/ Lynn L. Tavenner_
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178

-and-

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.  11th Floor
Los Angeles, California  90067-4100
Telephone: 310-227-6910
Facsimile:  310-201-0760
E-mail:rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

Counsel for Official Committee of Unsecured Creditors
Holding Unsecured Claims

**SEEN AND AGREED:**

_/s/ Douglas M. Foley_  (per email dated 2/20/09)
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

-and-

Douglas M. Foley (VA Bar No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for the Debtors and Debtors in Possession

**SEEN AND NO OBJECTION:**


___*/s/ Robert B. Van Arsdale* (per email dated 2/20/09) ___
Robert B. Van Arsdale (VSB# 17483)
Assistant U.S. Trustee
**Office of the U.S. Trustee**
701 East Broad Street, Suite 4304
Richmond, VA 23219
(804) 771-2310
(804) 771-2330 (Facsimile)


<u>CERTIFICATION</u>

I hereby certify that the foregoing proposed Order has been either served on or endorsed by all necessary parties.



_____*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  (804) 783-8300
Telecopy:  (804) 783-0178

4

EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |
|---|---|
| In re: | **:** Chapter 11 |
|  | **:** |
| CIRCUIT CITY STORES, INC., <u>et al.</u>,[1] | **:** Case No. 08-35653-KRH |
|  | **:** (Jointly Administered) |
| Debtors. | **:** |
|  | **:** |
|  | **:** |

**CERTIFICATION OF RICHARD KLEIN WITH RESPECT TO FINAL APPLICATION OF JEFFERIES & COMPANY, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS <u>FOR THE PERIOD FROM NOVEMBER 18, 2008 THROUGH APRIL 30, 2009</u>**

I, Richard Klein, hereby make the following declaration:

1.      I am a Senior Vice President of Jefferies & Company, Inc. ("<u>Jefferies</u>"), an investment banking firm with its principal office located at 520 Madison Ave., New York, New York, 10022, with offices located world-wide. I submit this certification with respect to Jefferies' compliance with the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "<u>U.S. Trustee Guidelines</u>"), and the Order Under Bankruptcy Code Sections 105(a) and 331 Establishing Procedures for Interim Compensation, entered December 9, 2009 [Docket #830], and collectively with the Local Guidelines and U.S. Trustee Guidelines.

2.      This Certification is made in connection with the Final Application (the "<u>Application</u>") of Jefferies & Company, Inc. for Compensation for Services Rendered and

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City West Coast is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the Period from November 18, 2009 through April 30, 2009.

3.      I certify that: (a) I have read the Application; (b) to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Local Guidelines; (c) the fees and disbursements sought are billed at rates in accordance with those customarily charged by Jefferies and generally accepted by Jefferies' clients; and (d) in providing a reimbursable service, Jefferies does not make a profit on that service, whether the service is performed by Jefferies in-house or through a third party.

4.      I certify that Jefferies has complied with the provision requiring it to provide the Debtors, counsel to the Debtors, counsel for the statutory creditors' committee, and the United States Trustee for the Eastern District of Virginia, with monthly statements of fees and disbursements accrued during the previous month. Copies of such Monthly Statements are attached as Exhibit E to the Application.

5.      I certify that the Debtors, counsel to the Debtors, counsel for the statutory creditors' committee, and the United States Trustee for the Eastern District of Virginia are each being provided with a copy of the Application.

Dated: June 15, 2009

        /s/ Richard Klein
        RICHARD KLEIN

Strictly Confidential

**Engagement Letter**

As of November 18, 2008

**Official Committee of the Unsecured Creditors
of Circuit City Stores, Inc.**
9950 Mayland Drive
Richmond, Virginia 23233

Attention:  Ramona Neal
            Chairperson

Re: <u>Advisory Services</u>

     This agreement (the "<u>Agreement</u>") confirms that Jefferies & Company, Inc. ("<u>Jefferies</u>") has been engaged by the Official Committee of Unsecured Creditors (the "<u>Committee</u>") appointed in the bankruptcy cases (the "<u>Cases</u>") of Circuit City Stores, Inc. and its debtor affiliates (collectively, the "<u>Company</u>" or the "<u>Debtors</u>"), which are now pending in the United States Bankruptcy Court for the Eastern District of Virginia (the "<u>Bankruptcy Court</u>"), to act as investment banker to the Committee in the Cases.

1.    <u>Services</u>.  In connection with the Cases, Jefferies will perform the following Investment Banking services for the Committee:

    (a) become familiar with, to the extent Jefferies deems appropriate, and analyze the business, operations, assets, financial condition and prospects of the Debtors;

    (b) advise the Committee on the current state of the "restructuring market;"

    (c) assist and advise the Committee in examining and analyzing any potential or proposed strategy for restructuring or adjusting the Debtors' outstanding indebtedness or overall capital structure, whether pursuant to a plan of reorganization, a sale of any or all of the Debtors' assets or equity under section 363 of chapter 11, title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), a liquidation (whether under Chapter 11 or Chapter 7 of the Bankruptcy Code), or otherwise (the "<u>Restructuring</u>"), including, where appropriate, assisting the Committee in developing its own strategy for accomplishing a Restructuring;

    (d) assist and advise the Committee in evaluating and analyzing the proposed implementation of any Restructuring, including the value of the securities, if any, that may be issued under any plan of reorganization and the valuation of the Debtors in any sale or liquidation; and

    (e) render such other investment banking services as may from time to time be agreed upon by the Committee and Jefferies, including, but not limited to, providing expert testimony, and other expert support related to any threatened, expected, or initiated litigation.

**Official Committee of Unsecured Creditors of**
**Circuit City Stores, Inc.**
November 18, 2008
Page 2

It is expressly agreed that, other than as set forth above, Jefferies will not evaluate or attest to the Debtors' internal controls, financial reporting, illegal acts or disclosure deficiencies.

Jefferies will work to cooperate with the Committee's financial advisors, Protiviti, Inc. ("Protiviti") and not overlap / duplicate services with Protiviti.

2.     Cooperation.

    (a)     The Committee will furnish or undertake to cause the Debtors to furnish Jefferies with all materials and information regarding the business and financial condition of the Debtors which the Committee and/or the Debtors believe are relevant to any Restructuring or other transaction contemplated herein or which Jefferies requests (all such information gathered or furnished being the "Information").  The Committee shall advise Jefferies promptly of the occurrence of any event or any other change in fact or circumstance prior to the closing of any Restructuring or other transaction contemplated herein upon which Jefferies formed part or all of its opinions, advice, or conclusions, or which could reasonably be expected to result in some or all of the Information being incorrect, inaccurate, or misleading.

    (b)     Jefferies (i) will be relying on the Information and on information available from generally recognized public sources, without having independently verified the accuracy or completeness of the same, (ii) does not assume responsibility for the accuracy or completeness of any such information and data, (iii) will not make an appraisal of any assets or liabilities of the Debtors, and (iv) retains the right to perform due diligence during the course of this engagement.

3.     Use of Advice, Name, etc.

    (a)     Jefferies' advice is solely for the use and information of the Committee, and is only to be used in considering the matters to which this Agreement relates. Such advice may not be relied upon by any other person including, but not limited to, any member of the Committee in its individual capacity, and any other security holder, or employee or creditor of the Debtors, and may not be used or relied upon for any other purpose.

    (b)     The Committee agrees that any reference to Jefferies in any release, communication, or other material is subject to Jefferies' prior written approval, which may be given or withheld in its sole discretion and which approval, if given, will expire immediately upon the termination of Jefferies' services hereunder.  No statements made or advice rendered by Jefferies in connection with the services performed by Jefferies pursuant to this Agreement will be quoted by, nor will any such statements or advice be referred to in, any communication, whether written or oral, prepared, issued or transmitted, directly or indirectly, by the Committee without the prior written

**Official Committee of Unsecured Creditors of**
**Circuit City Stores, Inc.**
November 18, 2008
Page 3

authorization of Jefferies, which may be given or withheld in its sole discretion, except to the extent required by law (in which case the appropriate party shall so advise Jefferies in writing prior to such use and shall consult with Jefferies with respect to the form and timing of disclosure).

(c)     The Committee acknowledges that Jefferies will act as an independent contractor hereunder, and that Jefferies' responsibility to the Committee is solely contractual in nature and that Jefferies does not owe the Committee, or any other person or entity, any fiduciary or similar duty as a result of its engagement hereunder or otherwise.  Jefferies and the Indemnified Persons (as defined below) shall not be deemed agents or fiduciaries of the Committee, any of its members, or the Debtors, and will not have the authority to legally bind any of the foregoing.

4.     <u>Compensation</u>.  In payment for services rendered and to be rendered hereunder by Jefferies, the Company agrees to pay or cause to be paid to Jefferies in cash:

(a)     A monthly fee (the "<u>Monthly Fee</u>") equal to $200,000 per month for the first four months of this Agreement, and $150,000 per month thereafter until the expiration or termination of this Agreement.  The first Monthly Fee(s) shall be payable immediately upon Bankruptcy Court approval of this Agreement (with, for the avoidance of doubt, the Monthly Fees being deemed to have accrued beginning on the date of this Agreement), and each subsequent Monthly Fee shall be payable in advance on each monthly anniversary thereafter.  Fifty percent of any Monthly Fees paid to Jefferies in excess of $600,000 in the aggregate shall be creditable against any fees actually paid or to be paid to Jefferies pursuant to subsection 4(b) below.

(b)     In addition, in consideration of the services rendered by Jefferies hereunder, the Debtors will pay or cause to be paid to Jefferies in cash a fee in an amount equal to (i) 1.5% of any recoveries (whether in the Cases and/or in any Chapter 7 Cases (as defined below)) received by Unsecured Creditors (as defined below) in an aggregate amount up to and including $200 million; plus (ii) 2.0% of any recoveries by Unsecured Creditors in any aggregate amount in excess of $200 million (the "Restructuring Fee").  For the purposes of this subsection (b), "recoveries" includes, but is not limited to, the fair market value of any cash, cash equivalents, securities, trust, sale or litigation interests, or other consideration, whether immediately realized or not.   The term "Unsecured Creditors" shall mean all creditors of the Company to the extent their claims are not (a) secured claims within the meaning of the Bankruptcy Code, or (b) entitled to priority pursuant to sections 507(a)or 503(b) of the Bankruptcy Code.

(c)     For purposes of computing any fees payable to Jefferies hereunder, non-cash consideration shall be valued as follows: (i) publicly-traded securities shall be valued at the average of their 4:00 p.m. closing prices (as reported in The Wall Street Journal) for the five trading days prior to the date which is two business days prior to the date of closing of the Restructuring and (ii) any other non-cash consideration shall be

**Official Committee of Unsecured Creditors of**
**Circuit City Stores, Inc.**
November 18, 2008
Page 4

valued at the value ascribed to such non-cash consideration in the plan of reorganization, and if no such value is ascribed in the plan of reorganization, at the fair market value of such consideration as determined in good faith by the Committee and Jefferies.

(d)    The Committee acknowledges that in light of Jefferies' substantial experience and knowledge in the restructuring market, the uncertain nature of the time and effort that may be expended by Jefferies in fulfilling its duties hereunder, the opportunity cost associated with undertaking this engagement, and the "market rate" for professionals of Jefferies' stature in the restructuring market generally, the fee arrangement hereunder is just, reasonable and fairly compensates Jefferies for its services.

5.    <u>Expenses</u>.  In addition to any fees that may be paid to Jefferies hereunder, whether or not any Restructuring occurs, the Debtors shall reimburse Jefferies, promptly upon receipt of an invoice therefore, for all out-of-pocket expenses (including reasonable fees and expenses of its counsel, travel and lodging expenses, word processing charges, messenger and duplication services, facsimile expenses and other customary expenditures) incurred by Jefferies in connection with the engagement contemplated hereunder.

6.    <u>Termination</u>.  Jefferies' engagement hereunder will commence upon the execution of this Agreement by the parties hereto, and will continue to the earlier of the date on which (A) each of the Cases is either (i) dismissed or (ii) subject to a plan of reorganization that has been confirmed by the Bankruptcy Court and has become effective, or (B) Jefferies' services hereunder are terminated by either Jefferies or the Committee on 30 days' written notice to the other.  Upon any termination of this Agreement, the Debtors shall pay Jefferies any accrued but unpaid fees hereunder, and shall reimburse Jefferies for any unreimbursed expenses that are reimbursable hereunder. In the event of any termination of this Agreement, Jefferies shall be entitled to the Restructuring Fee, and such Restructuring Fee shall be immediately payable, if a Restructuring or similar transaction is consummated subsequent to the date of any termination of this Agreement.  Upon any termination of this Agreement, the rights and obligations of the parties hereunder shall terminate, except for the obligations set forth in Sections 2-8, 10-17, and <u>Schedule A</u> hereto.

7.    <u>Indemnification, etc</u>.  As further consideration under this Agreement, the Debtors and their estates shall indemnify and hold harmless the Indemnified Persons (as defined in <u>Schedule A</u>) in accordance with <u>Schedule A</u>.  The terms and provisions of <u>Schedule A</u> are incorporated by reference herein, constitute a part hereof and shall survive any termination or expiration of this Agreement.

8.    <u>Bankruptcy Court Approval</u>.  The Committee shall use its best efforts to obtain prompt approval of this Agreement, pursuant to sections 327 and 1103 of the Bankruptcy Code, from the Bankruptcy Court.  Such approval shall provide for retention of Jefferies

**Official Committee of Unsecured Creditors of**
**Circuit City Stores, Inc.**
November 18, 2008
Page 5

*nunc pro tunc* to November 18, 2008, shall incorporate all of the terms and conditions herein (explicitly including, but not limited to, the Debtors' acknowledgements and obligations set forth in Schedule A), and shall provide that Jefferies' compensation shall be subject to the standard of review provided for in section 328(a) of the Bankruptcy Code, and not subject to any other standard of review under section 330 of the Bankruptcy Code.  The Committee agrees that the application to retain Jefferies pursuant hereto, and the proposed order in connection therewith, will be subject to the prior approval of Jefferies in its sole and absolute discretion, and agrees that this Agreement (except for the Committee's obligations under Section 4 and Schedule A hereto) shall be null and void and Jefferies shall have no obligations hereunder unless a final order, no longer subject to appeal, rehearing, reconsideration or petition for certiorari, which is acceptable to Jefferies in its sole and absolute discretion, is entered by the Bankruptcy Court.  In the event of a conversion of the Cases to cases under Chapter 7 of the Bankruptcy Code (such converted cases, the "Chapter 7 Cases"), all unpaid fees and expenses then payable or which subsequently become payable to Jefferies hereunder (including, without limitation, any Restructuring Fee) shall be deemed an allowed administrative expenses in such Chapter 7 Cases having the priority set forth in Section 507(a)(2) of the Bankruptcy Code, and shall be paid to Jefferies as and when due in accordance with this Agreement..

9.      Exclusivity.  The Committee agrees that it will not engage any other person, other than Protiviti, to perform any investment banking, financial or similar consulting services with respect to any potential Restructuring or other transactions contemplated herein.  If the Committee is contacted by any person concerning a potential Restructuring or other transactions contemplated herein, the Committee will inform Jefferies of such inquiry, and all relevant details thereof.

Notwithstanding the Debtors' and their estates' obligations hereunder to pay the fees and expenses of Jefferies, to indemnify Jefferies and to provide Jefferies with information, it is understood and agreed that Jefferies' sole and exclusive client is the Committee and Jefferies will in no circumstance be deemed to be an advisor to or have any obligation to any other party.

10.      No Assurances; Other Transactions; Disclaimer.

(a)      This Agreement does not constitute a commitment or obligation by Jefferies or any of its affiliates to provide any financing which may be required or advisable in connection with any Restructuring or other transactions contemplated herein. By signing this Agreement, the Committee expressly acknowledges that Jefferies does not guarantee, warrant or otherwise provide assurance that the Debtors will be able to implement or consummate any Restructuring or other transactions contemplated herein, or achieve any other result.

Official Committee of Unsecured Creditors of
Circuit City Stores, Inc.
November 18, 2008
Page 6

      (b)    Jefferies Group, Inc. (the parent of Jefferies) and its subsidiaries, and affiliates (collectively, the "Jefferies Group") are involved in a wide range of investment banking and other activities (including investment management, corporate finance and securities issuing, trading and research) from which conflicting interests, or duties, may arise. Information that is held elsewhere within Jefferies or within the Jefferies Group, but of which none of the individuals in Jefferies' investment banking department involved in providing the services contemplated by this Agreement actually has (or without breach of internal procedures can properly obtain) knowledge, will not for any purpose be taken into account in determining Jefferies' responsibilities to the Committee under this Agreement. Neither Jefferies nor any other part of the Jefferies Group will have any duty to disclose to the Committee or any other party or utilize for the Committee's benefit any non-public information acquired in the course of providing services to any other person engaging in any transaction (on its own account or otherwise) or otherwise carrying on its business. In addition, in the ordinary course of business, the Jefferies Group may trade the securities of the Debtors and members of the Committee, and of potential participants in any Restructuring, for its own account and for the accounts of customers, and may at any time hold a long or short position in such securities. The Committee acknowledges that from time to time Jefferies' research department may publish research reports or other materials, the substance and/or timing of which may conflict with the views or advice of the members of Jefferies' investment banking department, and may have an adverse effect on the Committee's interests in connection with the Restructuring or otherwise. Jefferies' investment banking department is managed separately from its research department, and does not have the ability to prevent such occurrences.

11.    <u>Construction and Governing Law</u>. This Agreement and any issue arising out of or relating to the parties' relationship hereunder shall be governed by, and construed in accordance with, the laws of the State of New York, without regard to principles of conflicts of law.

12.    <u>Arbitration</u>. The parties agree that any dispute, claim or controversy directly or indirectly relating to or arising out of this Agreement, including, but not limited to: (a) the termination or validity of this Agreement, (b) any alleged breach of this Agreement or (c) the engagement contemplated by this Agreement (any of the foregoing, a "Claim") shall be brought in the Bankruptcy Court. If the Bankruptcy Court declines jurisdiction over any such matter, the parties agree that any Claim shall be submitted to JAMS, or its successor, in New York, New York, for final and binding arbitration in front of a panel of three arbitrators with JAMS in New York, New York under the JAMS Comprehensive Arbitration Rules and Procedures (with each of Jefferies and the plaintiff choosing one arbitrator, and the chosen arbitrators choosing the third arbitrator). The arbitrators shall, in their award, allocate all of the costs of the arbitration, including the fees of the arbitrators and the reasonable attorneys' fees of the prevailing party, against the party who did not prevail. The award in the arbitration shall be final and binding. The arbitration shall be governed by the Federal Arbitration Act, 9 U.S.C. §§1–16, and

**Official Committee of Unsecured Creditors of**
**Circuit City Stores, Inc.**
November 18, 2008
Page 7

judgment upon the award rendered by the arbitrators may be entered by any court having jurisdiction thereof.  The Debtors and the Committee agree and consent to personal jurisdiction, service of process and venue in any federal or state court within the State of New York in connection with any action brought to enforce an award in arbitration.

13.     Payments.  All payments to be made to Jefferies hereunder shall be made in cash by wire transfer of immediately available U.S. funds without deduction for any tax, provided.  Except as expressly set forth herein, no fee payable to Jefferies hereunder shall be credited against any other fee due to Jefferies.  Subject to Bankruptcy Court approval, the Debtors' obligation to pay any fee or expense set forth herein shall be absolute and unconditional and shall not be subject to reduction by way of setoff, recoupment or counterclaim.

14.     Announcements.   The Committee and the Debtors agree that Jefferies may, following any Restructuring or other transaction contemplated herein, place an announcement in such newspapers, electronic media and periodicals as it may choose, stating Jefferies' role and other material terms of the Restructuring or other transaction contemplated herein.  Jefferies shall be entitled to identify the Committee and use the Debtors' name and logo, if any, in connection therewith.  The Committee and the Debtors agree that any press release it may issue announcing the Restructuring or other transaction contemplated herein will, at Jefferies' request, contain a reference to Jefferies' role in such transaction.

15.     Notices.  Notice given pursuant to any of the provisions of this Agreement shall be in writing and shall be mailed or delivered (a) if to the Committee, at the address set forth above, and (b) if to Jefferies, at 520 Madison Avenue, New York, New York 10022, Attention: General Counsel.

16.     Miscellaneous.  This Agreement constitutes the entire agreement between the parties with respect to the subject matter hereof, and may not be amended or modified except in writing signed by each party hereto. This Agreement may not be assigned by either party hereto without the prior written consent of the other, to be given in the sole discretion of the party from whom such consent is being requested.  Any attempted assignment of this Agreement made without such consent shall be void and of no effect, at the option of the non-assigning party.  This Agreement is solely for the benefit of the Committee and Jefferies and no other person shall acquire or have any rights under or by virtue of this Agreement.  If any provision hereof shall be held by a court of competent jurisdiction to be invalid, void or unenforceable in any respect, or against public policy, such determination shall not affect such provision in any other respect nor any other provision hereof.  The Committee and Jefferies shall endeavor in good faith negotiations to replace the invalid, void or unenforceable provisions.  Headings used herein are for convenience of reference only and shall not affect the interpretation or construction of this Agreement.  This Agreement may be executed in facsimile counterparts, each of

**Official Committee of Unsecured Creditors of**
**Circuit City Stores, Inc.**
November 18, 2008
Page 8


which will be deemed to be an original and all of which together will be deemed to be
one and the same document.

17.    <u>Patriot Act</u>.    Jefferies hereby notifies the Debtors, the Committee, and the
Committee's members that pursuant to the requirements of the USA PATRIOT Act (the
"<u>Patriot Act</u>"), Jefferies may be required to obtain, verify and record information that
identifies the Debtors, the Committee and the members of the Committee in a manner
that satisfies the requirements of the Patriot Act.  This notice is given in accordance with
the requirements of the Patriot Act.

**Official Committee of Unsecured Creditors of
Circuit City Stores, Inc.**
November 18, 2008
Page 9


Please sign and return an original and one copy of this letter to the undersigned to indicate your acceptance of the terms set forth herein.

Sincerely,

**JEFFERIES & COMPANY, INC.**


By _____*/s/ Michael Henkin*_____
       Name: Michael Henkin
       Title:   Managing Director


Accepted and Agreed:

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CIRCUIT CITY STORES, INC.**


By _____*/s/ Ramona Neal*_____
      Name:  Ramona Neal
      Title:   Chairperson

## SCHEDULE A

Reference is hereby made to the engagement letter attached hereto (as amended from time to time in accordance with the terms thereof, the "<u>Agreement</u>") between Jefferies & Company, Inc. ("<u>Jefferies</u>") and the Official Committee of Unsecured Creditors (the "<u>Committee</u>") appointed in the bankruptcy cases (the "<u>Cases</u>") of Circuit City Stores, Inc., and its debtor affiliates (collectively, the "<u>Debtors</u>").  Unless otherwise noted, all capitalized terms used herein shall have the meanings set forth in the Agreement.

Any and all obligations and agreements of the Debtors under this <u>Schedule A</u> shall be equally applicable to, and binding upon, each of the Debtors' bankruptcy estates and any trustee appointed in the Debtors' Cases.

Because the Debtors are obligated to reimburse certain expenses of the Committee pursuant to the Bankruptcy Code and Jefferies will be acting on behalf of the Committee in connection with the services contemplated by the Agreement, as further consideration under the Agreement, the Debtors agree to indemnify and hold harmless Jefferies and its affiliates, and each of their respective officers, directors, managers, members, partners, employees and agents, and any other persons controlling Jefferies or any of its affiliates (collectively, "<u>Indemnified Persons</u>"), to the fullest extent lawful, from and against any claims, liabilities, losses, damages and expenses (or any action, claim, suit or proceeding (an "<u>Action</u>") in respect thereof), as incurred, related to or arising out of or in connection with Jefferies' services (whether occurring before, at or after the date hereof) under the Agreement, the Transaction or any proposed transaction contemplated by the Agreement or any Indemnified Person's role in connection therewith, whether or not resulting from an Indemnified Person's negligence ("<u>Losses</u>"), <u>provided</u>, <u>however</u>, that the Debtors shall not be responsible for any Losses to the extent such Losses are determined, by a final, non-appealable judgment by a court or arbitral tribunal, to have resulted solely from Jefferies' gross negligence or willful misconduct.

The Debtors and the Committee agree that no Indemnified Person shall have any liability to the Debtors or the Committee or their respective owners, parents, affiliates, securityholders or creditors for any Losses, except to the extent such Losses are determined, by a final, non-appealable judgment by a court or arbitral tribunal, to have resulted solely from Jefferies' gross negligence or willful misconduct.

Neither the Debtors nor the Committee will settle or compromise or consent to the entry of any judgment in, or otherwise seek to terminate any pending or threatened Action in respect of which indemnification or contribution may be sought hereunder (whether or not any Indemnified Person is a party to such Action) unless Jefferies has given its prior written consent, or the settlement, compromise, consent or termination (i) includes an express unconditional release of such Indemnified Person from all Losses arising out of such Action and (ii) does not include any admission of fault on the part of any Indemnified Person.

If, for any reason (other than the gross negligence or willful misconduct of an Indemnified Person as provided above) the foregoing indemnity is judicially determined to be unavailable to an Indemnified Person for any reason or insufficient to hold any Indemnified Person harmless, then the Debtors agree to contribute to any such Losses in such proportion as is appropriate to reflect the relative benefits received or proposed to be received by the Debtors on the one hand and by Jefferies on the other, from the Transaction or proposed Transaction or, if allocation on that basis is not permitted under applicable law, in such proportion as is appropriate to reflect not only the relative benefits received by the Debtors and the Committee on the one hand and Jefferies on the other, but also the relative fault of the Debtors and the Committee, as applicable and Jefferies, as well as any relevant equitable considerations.  Notwithstanding the provisions hereof, the aggregate contribution of all Indemnified Persons to all Losses shall not exceed the amount of fees actually received by Jefferies with respect to the services rendered pursuant to the Agreement.  Relative benefits to the Debtors and the Committee, as applicable, on the one hand, and to Jefferies, on the other hand, shall be deemed to be in the same proportion as (i) the total transaction value of the Transaction or the proposed Transaction bears to (ii) all fees actually received by Jefferies in connection with the Agreement.

The Debtors agree to reimburse the Indemnified Persons for all expenses (including, without limitation, fees and expenses of counsel) as they are incurred in connection with investigating, preparing, defending or settling any Action for which indemnification or contribution has or is reasonably likely to be sought by the Indemnified Person, whether or not in connection with litigation in which any Indemnified Person is a named party; provided that if any such reimbursement is determined by a final, non-appealable judgment by a court or arbitral tribunal, to have resulted solely from Jefferies' gross negligence or willful misconduct, such Indemnified Person shall promptly repay such amount to the Debtors.  If any of Jefferies' professional personnel appears as witness, is deposed or is otherwise involved in the defense of any Action against Jefferies, the Debtors or the Debtors' affiliates, officers, managers, directors or employees, the Debtors will pay Jefferies (i) with respect to each day that

**SCHEDULE A**

such person appears as a witness or is deposed and/or (ii) with respect to each day that such person is involved in the preparation therefor, (a) a fee of $4,000 per day for each such person with respect to each appearance as a witness or a deponent and (b) at a rate of $400 per hour with respect to each hour of preparation for any such appearance, and the Debtors will reimburse Jefferies for all reasonable out-of-pocket expenses incurred by Jefferies by reason of any of its personnel being involved in any such Action.

The indemnity, contribution and expense reimbursement obligations set forth herein (i) shall be in addition to any liability the Debtors may have to any Indemnified Person at common law or otherwise, (ii) shall survive the expiration or termination of the Agreement or completion of Jefferies' services hereunder, (iii) shall apply to any modification of Jefferies' engagement, (iv) shall remain operative and in full force and effect regardless of any investigation made by or on behalf of Jefferies or any other Indemnified Person, (v) shall be binding on any successor or assign of the Debtors and the Committee and successors or assigns to the Debtors' business and assets and (vi) shall inure to the benefit of any successor or assign of any Indemnified Person.



**Jefferies & Company, Inc.**
520 Madison Avenue, 17th Floor
New York, New York 10022
*tel*   (212) 284-2550
*fax*   (212) 284-2540
www.jefferies.com

Circuit City Stores, Inc.
Attn:  James Marcum & Reginald D. Hedgebeth
9950 Mayland Drive
Richmond, Virginia 23233

Skadden, Arps, Slate, Meagher, & Flom LLP
Attn:  Gregg M. Galardi, Esq.
One Rodney Square, P.O. Box 636
Wilmington, Delaware 19899

McGuireWoods LLP
Attn:  Dion W. Hayes, Esq.
One James Center
901 E. Cary Street
Richmond, Virginia 23219

The Office of the United States Trustee for the Eastern District of Virginia
Attn:  Robert B. Van Arsdale
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

Pachulski Stang Ziehl & Jones LLP
Attn:  Jeff Pomerantz, Esq.
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100

**Re:     Order Granting Motion to Authorize Under Bankruptcy Code Sections 105(a) and 331
Establishing Procedures for Interim Compensation (Docket No. 830)**

Pursuant to the above referenced order, please find enclosed the first Monthly Statement covering the
period of November 18, 2008 through December 17, 2008 for Jefferies & Company, Inc.

If you have any questions, please contact Michael Henkin (415-229-1426) or Rich Klein (212-708-2733).


Regards,

Jefferies & Company, Inc.

**Jefferies & Company, Inc.**
March 12, 2009
Page 2

       Re:     <u>Circuit City Stores, Inc. et al (collectively the "Debtors")</u>
                  **Bankruptcy Case No. 08-35653**
                  **Jefferies & Company, Inc.**
                  <u>**Monthly Statement – November 18, 2008 – December 17, 2008**</u>

Gentlemen:

Jefferies & Company, Inc. ("Jefferies") submits the annexed statement of fees and expenses for the period of November 18 2008 through December 17, 2008 (the "Compensation Period") as Financial Advisors for the Official Committee of Unsecured Creditors in accordance with the *Order Establishing Procedures For Interim Compensation* entered on December 9, 2008 (the "Interim Compensation Order").

The total amount of fees and expenses for Jefferies on this statement cover the period November 18, 2008 through December 17, 2008, is $200,094.60, which consists of fees in the amount of $200,000.00 and expenses in the amount of $94.60.   Pursuant to the Interim Compensation Order, Jefferies requests payment from the Debtors in the total amount of $170,094.60, representing 85% of the total monthly fees in the amount of $170,000.00 plus the total monthly expenses in the amount of $94.60.[1]

All amounts sought herein are consistent with the Court's approval authorizing the employment of Jefferies & Company, Inc. as financial advisor to the Official Committee of Unsecured Creditors Retroactive to November 18, 2008, reflected on the Court's docket as of January 16, 2009 (Docket #1682).

If you have any questions or comments regarding the foregoing, please do not hesitate to contact me.

Dated:       New York, NY
              March 12, 2009

                           Jefferies & Company, Inc.

                           Richard Klein
                           Senior Vice President
                           Jefferies & Company, Inc.
                           520 Madison Ave., 17th Fl.
                           New York, NY 10022
                           Tel:  (212) 708-2733
                           Fax:  (212) 284-2540

---

[1] The Interim Compensation Order requires that 15% of fees be held back (the "Holdback") and for approval of the Holdback to be sought through a formal fee application to be filed with the Court.

# Jefferies ✖

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

*INVOICE*

Invoice Number: 7407
Invoice Date: 3/12/2009
Reference #:  CIR86700IB
Terms: Immediate

**Official Committee of the Unsecured Creditors
of Circuit City Stores, Inc.**
9950 Mayland Drive
Richmond, Virginia 23233

Attention:   Ramona Neal
             Chairperson

Re:          Advisory Services

**For services rendered in accordance with our engagement letter dated November 18, 2008**

| | |
|---|---:|
| *Monthly Fee:* | |
| November 18, 2008 - December 17, 2008[1] | $200,000.00 |
| 15% Holdback | $30,000.00 |
| **Total Fee:** | $170,000.00 |
| | |
| **Expenses**[2] : | |
| Meals | $45.10 |
| Phone/Fax | $49.50 |
| **Total Expenses** | $94.60 |

| | |
|---|---:|
| **TOTAL DUE** | **$170,094.60** |

**Payment Details**

Wire Instructions

**Bank of New York**
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

Check Payment Instructions

**Jefferies & Company, Inc.**
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

Reference:          **CIR867-7407-Circuit City**

(1) Jefferies was retained nunc pro tunc to November 18, 2008
(2) Expenses were incurred post-petition and posted between November 10, 2008 and November 30, 2008

# Jefferies & Company, Inc.
## Summary of Hours Worked
### November 18, 2008 - November 30, 2008

| Name | Position | Hours Worked |
|------|----------|-------------|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 43.75 |
| Steve Tricarico | Managing Director, Consumer Group | 15.00 |
| Richard Klein | Senior Vice President, Recapitalization and Restructuring Group | 34.50 |
| Matthew Rush | Vice President, Consumer Group | 17.00 |
| Adam Steinberg | Vice President, Recapitalization and Restructuring Group | 50.25 |
| Nathan Brawn | Analyst, Recapitalization and Restructuring Group | 69.25 |
| Vishal Gupta | Analyst, Recapitalization and Restructuring Group | 80.75 |
| Cory Shamis | Analyst, Generalist | 36.50 |
| James Boyd | Analyst, Consumer Group | 12.50 |
| | **Total** | **359.50** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

**Jefferies & Company, Inc.**
November 18, 2008 - November 30, 2008

| Banker | Date | Description | Hours |
|---|---|---|---|
| Cory Shamis | 11/18/2008 | Administrative | 5.00 |
| Cory Shamis | 11/18/2008 | Drafting committee materials | 9.50 |
| Adam Steinberg | 11/19/2008 | Meetings with committee, advisors, debtor | 7.00 |
| Matthew Rush | 11/19/2008 | Meetings with committee, advisors, debtor | 7.00 |
| Michael Henkin | 11/19/2008 | Meetings with committee, professional advisors & debtor | 7.00 |
| Nathan Brawn | 11/19/2008 | Meetings with committee, advisors, debtor | 7.00 |
| Richard Klein | 11/19/2008 | Meetings with committee, advisors, debtor | 7.00 |
| Steve Tricarico | 11/19/2008 | Call with Committee | 6.00 |
| Vishal Gupta | 11/19/2008 | Travel from SF to Washington DC | 7.00 |
| Vishal Gupta | 11/19/2008 | Meetings with committee, advisors, debtor | 7.00 |
| Adam Steinberg | 11/20/2008 | Call with Jefferies team | 1.00 |
| Cory Shamis | 11/20/2008 | Call with Jefferies team | 0.50 |
| James Boyd | 11/20/2008 | Internal Call | 1.00 |
| Matthew Rush | 11/20/2008 | Internal Call | 1.00 |
| Michael Henkin | 11/20/2008 | Travel from Wash DC to SF; document review | 6.50 |
| Michael Henkin | 11/20/2008 | Document review; communication with Jefferies team (internal) | 1.50 |
| Michael Henkin | 11/20/2008 | Call with Jefferies team (internal) | 1.00 |
| Nathan Brawn | 11/20/2008 | Call with Jefferies team | 1.00 |
| Richard Klein | 11/20/2008 | Call with Jefferies team | 1.00 |
| Vishal Gupta | 11/20/2008 | Travel from Washington DC to SF | 7.00 |
| Vishal Gupta | 11/20/2008 | Internal call | 1.00 |
| Vishal Gupta | 11/20/2008 | Work on diligence | 4.50 |
| Adam Steinberg | 11/21/2008 | Meeting with Company's advisors | 2.50 |
| Adam Steinberg | 11/21/2008 | Administrative & internal communications | 2.00 |
| Adam Steinberg | 11/21/2008 | Financial Analysis | 2.00 |
| James Boyd | 11/21/2008 | Call with Rothschild | 0.50 |
| Matthew Rush | 11/21/2008 | Call with Rothschild | 0.50 |
| Michael Henkin | 11/21/2008 | Call with advisors, follow-up calls internally | 2.00 |
| Michael Henkin | 11/21/2008 | Work on retention and other documentation | 1.00 |
| Nathan Brawn | 11/21/2008 | Meeting with Company's advisors | 2.50 |
| Nathan Brawn | 11/21/2008 | Review of preliminary list of potential acquirers | 0.50 |
| Nathan Brawn | 11/21/2008 | Review of data room index | 2.00 |
| Nathan Brawn | 11/21/2008 | Administrative | 1.00 |
| Richard Klein | 11/21/2008 | Meeting with Company's advisors | 2.50 |
| Steve Tricarico | 11/21/2008 | Call with Rothschild & Preparation | 3.00 |
| Vishal Gupta | 11/21/2008 | Data room review / work | 7.00 |
| Vishal Gupta | 11/21/2008 | Call with advisors | 1.00 |
| Vishal Gupta | 11/21/2008 | Work on diligence | 3.00 |
| Adam Steinberg | 11/22/2008 | Electronic communication with Committee Advisors | 1.50 |
| Adam Steinberg | 11/22/2008 | Internal call with Jefferies team | 1.50 |
| Cory Shamis | 11/22/2008 | Work on presentation materials | 0.50 |
| Michael Henkin | 11/22/2008 | Internal call with Jefferies team; document review | 2.50 |
| Nathan Brawn | 11/22/2008 | Financial analysis - DIP comparables | 3.00 |
| Nathan Brawn | 11/22/2008 | Administrative | 1.00 |
| Nathan Brawn | 11/22/2008 | Review of Debtor's advisor retention applications | 2.50 |
| Nathan Brawn | 11/22/2008 | Internal call with Jefferies team | 1.50 |
| Richard Klein | 11/22/2008 | Internal call with Jefferies team | 1.50 |
| Vishal Gupta | 11/22/2008 | Document research | 1.00 |
| Vishal Gupta | 11/22/2008 | Diligence work | 3.00 |
| Vishal Gupta | 11/22/2008 | Internal call with Jefferies team | 1.50 |
| Adam Steinberg | 11/23/2008 | Internal call with Jefferies team | 0.50 |
| Michael Henkin | 11/23/2008 | Document review; Jefferies internal discussions | 1.50 |
| Nathan Brawn | 11/23/2008 | Review of InterTAN data room | 3.50 |
| Nathan Brawn | 11/23/2008 | Financial analysis - DIP comparables & debtor's advisors fee analysis | 6.00 |
| Nathan Brawn | 11/23/2008 | Work on Committee presentation | 1.50 |
| Nathan Brawn | 11/23/2008 | Internal call with Jefferies team | 0.50 |
| Richard Klein | 11/23/2008 | Internal call | 0.50 |
| Vishal Gupta | 11/23/2008 | Data room review / work | 7.00 |
| Vishal Gupta | 11/23/2008 | Internal call | 0.50 |
| Adam Steinberg | 11/24/2008 | Telephonic Communication with Committee Advisors | 2.75 |
| Adam Steinberg | 11/24/2008 | Review of due diligence materials | 1.00 |
| Adam Steinberg | 11/24/2008 | Worked on presentation to committee | 3.00 |

Jefferies & Company, Inc.
November 18, 2008 - November 30, 2008

| Banker | Date | Description | Hours |
|---|---|---|---|
| Cory Shamis | 11/24/2008 | Call with advisors | 2.75 |
| James Boyd | 11/24/2008 | Advisor Call | 1.00 |
| James Boyd | 11/24/2008 | Call with Rothschild | 2.00 |
| James Boyd | 11/24/2008 | Advisor Call | 1.00 |
| Matthew Rush | 11/24/2008 | Advisor Call | 1.00 |
| Matthew Rush | 11/24/2008 | Call with Rothschild | 1.50 |
| Matthew Rush | 11/24/2008 | Advisor Call | 1.00 |
| Michael Henkin | 11/24/2008 | Call with committee advisors and counsel | 2.75 |
| Michael Henkin | 11/24/2008 | Document review; communication with Jefferies team (internal) | 2.50 |
| Nathan Brawn | 11/24/2008 | Call with advisors | 2.75 |
| Nathan Brawn | 11/24/2008 | Work on Committee presentation | 7.00 |
| Nathan Brawn | 11/24/2008 | Financial analysis - Debtor advisor fee analysis | 3.00 |
| Richard Klein | 11/24/2008 | Call with counsel | 1.00 |
| Richard Klein | 11/24/2008 | Document review | 0.50 |
| Richard Klein | 11/24/2008 | Presentation review | 1.00 |
| Richard Klein | 11/24/2008 | Call with advisors | 1.00 |
| Richard Klein | 11/24/2008 | Call with committee | 1.50 |
| Richard Klein | 11/24/2008 | Review of court filings | 2.00 |
| Steve Tricarico | 11/24/2008 | Advisor Call | 2.00 |
| Vishal Gupta | 11/24/2008 | Call with advisors | 2.75 |
| Vishal Gupta | 11/24/2008 | Data room review / work | 4.75 |
| Adam Steinberg | 11/25/2008 | Worked on presentation to committee | 2.00 |
| Adam Steinberg | 11/25/2008 | Various adminstrative / diligence | 1.00 |
| Adam Steinberg | 11/25/2008 | Review of due diligence materials | 2.00 |
| Adam Steinberg | 11/25/2008 | Communication with Company / Committee Advisors, Jefferies team | 4.00 |
| Cory Shamis | 11/25/2008 | Call with advisors; Work on presentation materials | 2.75 |
| Cory Shamis | 11/25/2008 | Call with Jefferies team | 0.25 |
| Cory Shamis | 11/25/2008 | Calls and correspondence with Jefferies team | 1.75 |
| Cory Shamis | 11/25/2008 | Call with committee, debtor | 2.00 |
| James Boyd | 11/25/2008 | Committee Call | 2.00 |
| James Boyd | 11/25/2008 | Call with Debtor | 2.00 |
| Matthew Rush | 11/25/2008 | Committee Call | 1.00 |
| Matthew Rush | 11/25/2008 | Call with Debtor | 2.00 |
| Michael Henkin | 11/25/2008 | Call with counsel, advisors | 2.25 |
| Michael Henkin | 11/25/2008 | Call with advisors; document review | 2.75 |
| Michael Henkin | 11/25/2008 | Call with Jefferies team (internal) | 0.50 |
| Michael Henkin | 11/25/2008 | Document / plan review; calls with Jefferies team (internal) | 1.75 |
| Michael Henkin | 11/25/2008 | Calls with committee, advisors, debtor | 2.25 |
| Nathan Brawn | 11/25/2008 | Administrative | 1.00 |
| Nathan Brawn | 11/25/2008 | Review of due diligence materials | 2.00 |
| Nathan Brawn | 11/25/2008 | Work on Committee presentation | 5.00 |
| Nathan Brawn | 11/25/2008 | Calls with committee, advisors, Jefferies team | 4.50 |
| Nathan Brawn | 11/25/2008 | Review of preliminary list of potential acquirers | 1.00 |
| Nathan Brawn | 11/25/2008 | Financial analysis - Debtor advisor fee analysis | 3.00 |
| Richard Klein | 11/25/2008 | Calls with committee, advisors, Jefferies team | 4.50 |
| Richard Klein | 11/25/2008 | Financials review | 1.00 |
| Richard Klein | 11/25/2008 | Document review | 0.50 |
| Steve Tricarico | 11/25/2008 | Committee Call | 2.00 |
| Vishal Gupta | 11/25/2008 | Call with advisors, counsel | 4.50 |
| Vishal Gupta | 11/25/2008 | Internal call | 0.50 |
| Vishal Gupta | 11/25/2008 | Internal calls, agenda review | 1.75 |
| Adam Steinberg | 11/26/2008 | Communication with Company Advisors | 0.50 |
| Adam Steinberg | 11/26/2008 | Communication with Committee Advisors | 3.00 |
| Adam Steinberg | 11/26/2008 | Review of draft committee communication | 3.00 |
| Adam Steinberg | 11/26/2008 | Administrative (conflict check) | 0.50 |
| Adam Steinberg | 11/26/2008 | Review of Debtor fee comps | 4.00 |
| Cory Shamis | 11/26/2008 | Work on presentation materials | 4.50 |
| Cory Shamis | 11/26/2008 | Presentation / analysis review | 2.00 |
| Michael Henkin | 11/26/2008 | Document / presentation review | 2.00 |
| Nathan Brawn | 11/26/2008 | Work on Committee presentation | 2.00 |
| Nathan Brawn | 11/26/2008 | Administrative (conflict check) | 0.50 |
| Richard Klein | 11/26/2008 | Communication with Company Advisors | 0.50 |

## Jefferies & Company, Inc.
November 18, 2008 - November 30, 2008

| Banker | Date | Description | Hours |
|--------|------|-------------|-------|
| Vishal Gupta | 11/26/2008 | Work on presentation | 6.50 |
| Cory Shamis | 11/27/2008 | Work on presentation materials | 3.00 |
| Richard Klein | 11/27/2008 | Presentation review | 1.50 |
| Vishal Gupta | 11/27/2008 | Work on presentation | 3.00 |
| Adam Steinberg | 11/28/2008 | Review of court filings | 2.00 |
| Adam Steinberg | 11/28/2008 | Jefferies team internal call | 0.50 |
| Cory Shamis | 11/28/2008 | Presentation / analysis review | 1.50 |
| Cory Shamis | 11/28/2008 | Internal call with Jefferies team | 0.50 |
| Michael Henkin | 11/28/2008 | Document / presentation review; calls with Jefferies team (internal) | 1.50 |
| Nathan Brawn | 11/28/2008 | Review of court filings | 2.00 |
| Nathan Brawn | 11/28/2008 | Internal call | 0.50 |
| Richard Klein | 11/28/2008 | Draft DIP changes | 1.50 |
| Richard Klein | 11/28/2008 | Jefferies team internal call | 0.50 |
| Vishal Gupta | 11/28/2008 | Work on presentation | 1.50 |
| Vishal Gupta | 11/28/2008 | Internal call | 0.50 |
| Adam Steinberg | 11/29/2008 | Review of court filings | 2.00 |
| Michael Henkin | 11/29/2008 | Document review; communication with Jefferies team, advisors | 1.00 |
| Nathan Brawn | 11/29/2008 | Review of court filings | 1.50 |
| Richard Klein | 11/29/2008 | Review of fee changes | 0.50 |
| Richard Klein | 11/29/2008 | Review of DIP changes | 1.00 |
| Richard Klein | 11/29/2008 | Review of advisor division of responsibilities | 1.00 |
| Vishal Gupta | 11/29/2008 | Work on presentation | 3.00 |
| Adam Steinberg | 11/30/2008 | Review of DIP facility | 1.00 |
| James Boyd | 11/30/2008 | M&A Process Update Call | 3.00 |
| Matthew Rush | 11/30/2008 | M&A Process Update Call | 2.00 |
| Michael Henkin | 11/30/2008 | Communication with Jefferies team; document review | 1.50 |
| Richard Klein | 11/30/2008 | Review of DIP changes | 0.50 |
| Richard Klein | 11/30/2008 | Review of fee changes | 1.00 |
| Richard Klein | 11/30/2008 | Call with advisors | 1.00 |
| Steve Tricarico | 11/30/2008 | M&A Process Update Call | 2.00 |
| Vishal Gupta | 11/30/2008 | Work with team to prepare fee comps analyses | 1.50 |

**TOTAL**        **359.50**



**Jefferies & Company, Inc.**
520 Madison Avenue, 17th Floor
New York, New York 10022
*tel*   (212) 284-2550
*fax*   (212) 284-2540
www.jefferies.com

Circuit City Stores, Inc.
Attn:  James Marcum & Reginald D. Hedgebeth
9950 Mayland Drive
Richmond, Virginia 23233

Skadden, Arps, Slate, Meagher, & Flom LLP
Attn:  Gregg M. Galardi, Esq.
One Rodney Square, P.O. Box 636
Wilmington, Delaware 19899

McGuireWoods LLP
Attn:  Dion W. Hayes, Esq.
One James Center
901 E. Cary Street
Richmond, Virginia 23219

The Office of the United States Trustee for the Eastern District of Virginia
Attn:  Robert B. Van Arsdale
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

Pachulski Stang Ziehl & Jones LLP
Attn:  Jeff Pomerantz, Esq.
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100

**Re:**   **Order Granting Motion to Authorize Under Bankruptcy Code Sections 105(a) and 331
Establishing Procedures for Interim Compensation (Docket No. 830)**

Pursuant to the above referenced order, please find enclosed the second Monthly Statement covering the
period of December 18, 2008 through January 17, 2009 for Jefferies & Company, Inc.

If you have any questions, please contact Michael Henkin (415-229-1426) or Rich Klein (212-708-2733).


Regards,

Jefferies & Company, Inc.

**Jefferies & Company, Inc.**
March 12, 2009
Page 2


Re:     <u>Circuit City Stores, Inc. et al (collectively the "Debtors")</u>
        **Bankruptcy Case No. 08-35653**
        <u>Jefferies & Company, Inc.</u>
        <u>Monthly Statement – December 18, 2008 – January 17, 2009</u>

Gentlemen:

Jefferies & Company, Inc. ("Jefferies") submits the annexed statement of fees and expenses for the period of December 18 2008 – January 17, 2009 (the "Compensation Period") as Financial Advisors for the Official Committee of Unsecured Creditors in accordance with the *Order Establishing Procedures For Interim Compensation* entered on December 9, 2008 (the "Interim Compensation Order").

The total amount of fees and expenses for Jefferies on this statement cover the period December 18, 2008 through January 17, 2009, is $209,497.09, which consists of fees in the amount of $200,000.00 and expenses in the amount of $9,497.09. Pursuant to the Interim Compensation Order, Jefferies requests payment from the Debtors in the total amount of $179,497.09, representing 85% of the total monthly fees in the amount of $170,000.00 plus the total monthly expenses in the amount of $9,497.09.[1]

All amounts sought herein are consistent with the Court's approval authorizing the employment of Jefferies & Company, Inc. as financial advisor to the Official Committee of Unsecured Creditors Retroactive to November 18, 2008, reflected on the Court's docket as of January 16, 2009 (Docket #1682).

If you have any questions or comments regarding the foregoing, please do not hesitate to contact me.


Dated:      New York, NY
            March 12, 2009

                                    Jefferies & Company, Inc.

                                    Richard Klein
                                    Senior Vice President
                                    Jefferies & Company, Inc.
                                    520 Madison Ave., 17th Fl.
                                    New York, NY 10022
                                    Tel: (212) 708-2733
                                    Fax: (212) 284-2540

---

[1] The Interim Compensation Order requires that 15% of fees be held back (the "Holdback") and for approval of the Holdback to be sought through a formal fee application to be filed with the Court.

# Jefferies ▨

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

**INVOICE**

Invoice Number: 7420
Invoice Date: 3/12/2009
Reference #: CIR86700IB
Terms: Immediate

**Official Committee of the Unsecured Creditors**
**of Circuit City Stores, Inc.**
9950 Mayland Drive
Richmond, Virginia 23233

Attention:   Ramona Neal
             Chairperson

Re:          Advisory Services

**For services rendered in accordance with our engagement letter dated November 18, 2008**

| | |
|---|---:|
| **Monthly Fee:** | |
| December 18, 2008 - January 17, 2009 | $200,000.00 |
| 15% Holdback | $30,000.00 |
| **Total Fee** | $170,000.00 |
| | |
| **Expenses:** | |
| Accommodations | $1,155.37 |
| Financial Research | $20.01 |
| Meals | $996.52 |
| Phone/Fax | $24.44 |
| Shipping Charges | $13.26 |
| Transportation - Air | $6,281.17 |
| Transportation - Ground | $1,006.32 |
| **Total Expenses** | $9,497.09 |

| | |
|---|---:|
| **TOTAL DUE** | $179,497.09 |

**Payment Details**

Wire Instructions

**Bank of New York**
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

Check Payment Instructions

**Jefferies & Company, Inc.**
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

Reference:          CIR867-7420-Circuit City

# Jefferies & Company, Inc.

## Summary of Hours Worked

December 1, 2008 - December 31, 2008

| Name | Position | Hours Worked |
|------|----------|-------------:|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 99.00 |
| Steve Tricarico | Managing Director, Consumer Group | 46.50 |
| Richard Klein | Senior Vice President, Recapitalization and Restructuring | 77.00 |
| Matthew Rush | Vice President, Consumer Group | 34.00 |
| Adam Steinberg | Vice President, Recapitalization and Restructuring Group | 68.75 |
| Nathan Brawn | Analyst, Recapitalization and Restructuring Group | 94.75 |
| Vishal Gupta | Analyst, Recapitalization and Restructuring Group | 108.25 |
| Cory Shamis | Analyst, Generalist | 72.25 |
| James Boyd | Analyst, Consumer Group | 43.00 |
| | **Total** | **643.50** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|------|------|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

Jefferies & Company, Inc.
December 1, 2008 - December 31, 2008

| Banker | Date | Description | Hours |
|--------|------|-------------|-------|
| Adam Steinberg | 12/1/2008 | Various administrative regarding travel, coordinating schedules | 1.00 |
| Adam Steinberg | 12/1/2008 | Communication with Debtors advisors | 0.50 |
| Adam Steinberg | 12/1/2008 | Call with Counsel | 2.00 |
| Adam Steinberg | 12/1/2008 | Committee Call | 2.00 |
| Adam Steinberg | 12/1/2008 | Review of draft liquidation analysis; Call with Jefferies team | 1.50 |
| Cory Shamis | 12/1/2008 | Call with advisors | 1.00 |
| Cory Shamis | 12/1/2008 | Call with committee | 2.00 |
| Cory Shamis | 12/1/2008 | Call with internal Jefferies team | 0.50 |
| James Boyd | 12/1/2008 | SG&A Analysis | 8.00 |
| James Boyd | 12/1/2008 | DIP Fee Call | 1.00 |
| James Boyd | 12/1/2008 | Committee Call | 2.50 |
| Matthew Rush | 12/1/2008 | DIP Fee Call | 1.00 |
| Matthew Rush | 12/1/2008 | Committee Call | 1.50 |
| Michael Henkin | 12/1/2008 | Agenda review; memo/e-mail review | 2.00 |
| Michael Henkin | 12/1/2008 | Call with counsel, advisors, internal team | 1.00 |
| Michael Henkin | 12/1/2008 | Document review | 1.50 |
| Michael Henkin | 12/1/2008 | Call with committee | 2.00 |
| Nathan Brawn | 12/1/2008 | Administrative | 1.00 |
| Nathan Brawn | 12/1/2008 | Review of Committee presentation | 0.50 |
| Nathan Brawn | 12/1/2008 | Call with Counsel | 2.00 |
| Nathan Brawn | 12/1/2008 | Committee Call | 2.00 |
| Nathan Brawn | 12/1/2008 | Review of draft liquidation analysis; Call with Jefferies team | 2.50 |
| Richard Klein | 12/1/2008 | Review of counsel materials | 1.50 |
| Richard Klein | 12/1/2008 | Call with counsel | 2.00 |
| Richard Klein | 12/1/2008 | Call with committee | 2.00 |
| Richard Klein | 12/1/2008 | Call with Jefferies team | 0.50 |
| Richard Klein | 12/1/2008 | Review of retention documents | 1.00 |
| Steve Tricarico | 12/1/2008 | Committee Call | 2.50 |
| Vishal Gupta | 12/1/2008 | Call with advisors | 1.00 |
| Vishal Gupta | 12/1/2008 | Call with committee | 2.00 |
| Vishal Gupta | 12/1/2008 | Call with internal Jefferies team | 0.50 |
| Adam Steinberg | 12/2/2008 | Meeting with Company & Company advisors to conduct diligence | 3.00 |
| Adam Steinberg | 12/2/2008 | Review of financial projections | 2.00 |
| Adam Steinberg | 12/2/2008 | Jefferies call for presentation | 0.50 |
| Cory Shamis | 12/2/2008 | Call with advisors | 2.00 |
| Cory Shamis | 12/2/2008 | Internal call | 0.50 |
| Matthew Rush | 12/2/2008 | Diligence Session with CFO | 7.00 |
| Michael Henkin | 12/2/2008 | Liquidation / DIP / fee analysis review | 1.25 |
| Michael Henkin | 12/2/2008 | Work on presentation; correspondence review | 3.50 |
| Michael Henkin | 12/2/2008 | Call with company, advisors | 1.25 |
| Nathan Brawn | 12/2/2008 | Meeting with Company & Company advisors to conduct diligence | 3.00 |
| Nathan Brawn | 12/2/2008 | Jefferies internal team call | 0.50 |
| Nathan Brawn | 12/2/2008 | Review of financial projections and Rothschild Analysis | 3.00 |
| Richard Klein | 12/2/2008 | Presentation review | 2.00 |
| Richard Klein | 12/2/2008 | Discussion with Jefferies team on presentation materials | 0.50 |
| Richard Klein | 12/2/2008 | Review of fee proposals | 1.00 |
| Steve Tricarico | 12/2/2008 | M&A Process | 3.00 |
| Vishal Gupta | 12/2/2008 | Internal call re: presentation | 0.50 |
| Vishal Gupta | 12/2/2008 | Work on presentation | 2.00 |
| Vishal Gupta | 12/2/2008 | Travel from SF to Richmond (overnight) | 9.00 |
| Vishal Gupta | 12/2/2008 | Meeting with debtor, advisors on-site | 8.00 |
| Adam Steinberg | 12/3/2008 | Worked on presentation to committee | 8.00 |
| Cory Shamis | 12/3/2008 | Work on presentation materials / analysis | 7.00 |
| Michael Henkin | 12/3/2008 | Document / presentation review | 2.00 |
| Michael Henkin | 12/3/2008 | Travel from NYC to Washington DC | 5.25 |
| Nathan Brawn | 12/3/2008 | Work on Committee presentation & internal call | 9.00 |
| Richard Klein | 12/3/2008 | Presentation review | 1.00 |
| Richard Klein | 12/3/2008 | Discussion with Jefferies team on presentation materials | 0.50 |
| Richard Klein | 12/3/2008 | Review of fee proposals | 2.50 |
| Richard Klein | 12/3/2008 | Travel | 3.00 |
| Richard Klein | 12/3/2008 | Presentation & document review | 2.00 |
| Steve Tricarico | 12/3/2008 | M&A Process | 3.00 |

## Jefferies & Company, Inc.
December 1, 2008 - December 31, 2008

| Banker | Date | Description | Hours |
|--------|------|-------------|-------|
| Vishal Gupta | 12/3/2008 | Work on presentation / analysis | 6.00 |
| Vishal Gupta | 12/3/2008 | Travel from Richmond to Washington DC | 3.00 |
| Vishal Gupta | 12/3/2008 | Work on analysis and presentation and internal call | 4.00 |
| Adam Steinberg | 12/4/2008 | Committee Mtg, Discussion with debtor's advisors, financial analysis | 13.50 |
| Cory Shamis | 12/4/2008 | Administrative | 4.00 |
| Cory Shamis | 12/4/2008 | Advisor fee analysis | 2.00 |
| Cory Shamis | 12/4/2008 | Meeting with committee, advisors, negotiations | 8.00 |
| James Boyd | 12/4/2008 | Committee Call | 4.50 |
| Matthew Rush | 12/4/2008 | Committee Call | 4.50 |
| Michael Henkin | 12/4/2008 | Meetings with committee and debtor | 13.00 |
| Nathan Brawn | 12/4/2008 | Committee mtg, Discussion with debtor's advisors, financial analysis | 9.50 |
| Richard Klein | 12/4/2008 | Meeting with committee | 5.00 |
| Richard Klein | 12/4/2008 | Fee negotiations with advisors | 1.00 |
| Richard Klein | 12/4/2008 | Travel | 3.00 |
| Steve Tricarico | 12/4/2008 | Committee Call, Preparation | 12.00 |
| Vishal Gupta | 12/4/2008 | Administrative | 4.00 |
| Vishal Gupta | 12/4/2008 | Committee meeting; fee comps analysis work | 12.00 |
| Adam Steinberg | 12/5/2008 | Email communication with deal team members (including advisors) | 0.50 |
| Adam Steinberg | 12/5/2008 | Review of Rothschild fee settlement | 0.50 |
| Adam Steinberg | 12/5/2008 | Financial Analysis | 1.00 |
| Adam Steinberg | 12/5/2008 | Various administrative | 1.00 |
| Cory Shamis | 12/5/2008 | Document review | 1.00 |
| Michael Henkin | 12/5/2008 | Travel from Washington DC to SF; document review | 9.00 |
| Nathan Brawn | 12/5/2008 | Review of Industry News | 2.50 |
| Nathan Brawn | 12/5/2008 | Review of Rothschild fee settlement | 0.50 |
| Nathan Brawn | 12/5/2008 | Administrative | 1.00 |
| Richard Klein | 12/5/2008 | Review of DIP documents | 1.00 |
| Richard Klein | 12/5/2008 | Review and comments on retention documents | 1.50 |
| Richard Klein | 12/5/2008 | Fee negotiations with advisors | 0.50 |
| Steve Tricarico | 12/5/2008 | M&A Process Call | 2.00 |
| Vishal Gupta | 12/5/2008 | Travel from Washington DC to SF | 9.00 |
| Vishal Gupta | 12/5/2008 | Document updates | 1.00 |
| Michael Henkin | 12/6/2008 | Work / review of DIP; communications with counsel, Jefferies team | 2.00 |
| Adam Steinberg | 12/8/2008 | Calls with advisors, counsel | 2.00 |
| Cory Shamis | 12/8/2008 | Call with advisors and counsel | 2.00 |
| Michael Henkin | 12/8/2008 | Document review; communication with counsel | 1.75 |
| Michael Henkin | 12/8/2008 | Communication with counsel, Jefferies team; document review | 2.00 |
| Nathan Brawn | 12/8/2008 | Calls with advisors, counsel | 2.00 |
| Richard Klein | 12/8/2008 | Calls with advisors, counsel | 2.00 |
| Richard Klein | 12/8/2008 | Related news review | 1.00 |
| Richard Klein | 12/8/2008 | Review of retention documents | 0.50 |
| Vishal Gupta | 12/8/2008 | Calls with advisors, counsel | 2.00 |
| Adam Steinberg | 12/9/2008 | Committee call | 2.00 |
| Cory Shamis | 12/9/2008 | Call with committee | 2.00 |
| James Boyd | 12/9/2008 | Committee Call | 2.00 |
| Michael Henkin | 12/9/2008 | Analysis review | 2.00 |
| Michael Henkin | 12/9/2008 | Call with committee | 1.50 |
| Nathan Brawn | 12/9/2008 | Committee call | 2.00 |
| Richard Klein | 12/9/2008 | Call with committee | 2.00 |
| Steve Tricarico | 12/9/2008 | Committee Call | 1.00 |
| Vishal Gupta | 12/9/2008 | Call with committee | 2.00 |
| Adam Steinberg | 12/10/2008 | Committee calls | 2.25 |
| Cory Shamis | 12/10/2008 | Call with committee | 1.75 |
| Cory Shamis | 12/10/2008 | Call with advisors | 0.75 |
| James Boyd | 12/10/2008 | Committee Call | 2.00 |
| Matthew Rush | 12/10/2008 | Committee Call | 2.00 |
| Michael Henkin | 12/10/2008 | Calls with professionals and committee | 3.00 |
| Nathan Brawn | 12/10/2008 | Calls with various committee | 2.00 |
| Richard Klein | 12/10/2008 | Prep call with advisors & counsel | 0.50 |
| Richard Klein | 12/10/2008 | Call with committee | 1.50 |
| Richard Klein | 12/10/2008 | Call with Jefferies team | 0.50 |
| Richard Klein | 12/10/2008 | Administrative | 0.50 |

## Jefferies & Company, Inc.
December 1, 2008 - December 31, 2008

| Banker | Date | Description | Hours |
|---|---|---|---|
| Vishal Gupta | 12/10/2008 | Call with committee | 1.50 |
| Vishal Gupta | 12/10/2008 | Call with advisors, counsel | 0.75 |
| Adam Steinberg | 12/11/2008 | Call with Professionals | 1.50 |
| Adam Steinberg | 12/11/2008 | Call with Counsel | 1.50 |
| Cory Shamis | 12/11/2008 | Call with Jefferies team | 1.00 |
| Cory Shamis | 12/11/2008 | Call with advisors | 1.50 |
| Cory Shamis | 12/11/2008 | Call with counsel | 1.50 |
| James Boyd | 12/11/2008 | M&A Process Update Call & document draft | 3.00 |
| James Boyd | 12/11/2008 | M&A Process Update Call | 2.00 |
| Michael Henkin | 12/11/2008 | Calls with advisors, Jefferies team | 1.50 |
| Michael Henkin | 12/11/2008 | Calls with counsel; work on documents | 1.50 |
| Nathan Brawn | 12/11/2008 | Call with Committee Professionals | 1.50 |
| Nathan Brawn | 12/11/2008 | Call with Committee Counsel | 1.50 |
| Richard Klein | 12/11/2008 | Call with advisors and debtor | 1.00 |
| Richard Klein | 12/11/2008 | Correspondence with counsel; draft documentation | 1.00 |
| Richard Klein | 12/11/2008 | Call with counsel | 2.50 |
| Richard Klein | 12/11/2008 | M&A process update from advisors | 0.50 |
| Steve Tricarico | 12/11/2008 | M&A Process Update Call | 2.00 |
| Vishal Gupta | 12/11/2008 | Internal call | 1.00 |
| Vishal Gupta | 12/11/2008 | Call with advisors | 1.50 |
| Vishal Gupta | 12/11/2008 | Call with counsel | 1.50 |
| Adam Steinberg | 12/12/2008 | Committee Call | 3.50 |
| Cory Shamis | 12/12/2008 | Calls with banks, debtor, committee | 3.50 |
| James Boyd | 12/12/2008 | Call with Lenders | 3.00 |
| James Boyd | 12/12/2008 | Committee Call prep | 1.00 |
| James Boyd | 12/12/2008 | Committee Call | 2.50 |
| Matthew Rush | 12/12/2008 | Call with Lenders | 3.00 |
| Matthew Rush | 12/12/2008 | Committee Call prep | 0.50 |
| Matthew Rush | 12/12/2008 | Committee Call | 2.50 |
| Michael Henkin | 12/12/2008 | Call with committee; communication with committee, counsel | 3.50 |
| Michael Henkin | 12/12/2008 | Meeting participation with company and committee | 1.50 |
| Nathan Brawn | 12/12/2008 | Call with committee | 3.50 |
| Richard Klein | 12/12/2008 | Meeting with debtor, banks, committee | 6.00 |
| Steve Tricarico | 12/12/2008 | Committee Call | 3.00 |
| Vishal Gupta | 12/12/2008 | Calls with banks, committee | 4.00 |
| Matthew Rush | 12/13/2008 | M&A Process Call | 1.00 |
| Michael Henkin | 12/13/2008 | Document review | 1.00 |
| Steve Tricarico | 12/13/2008 | M&A Process Call | 1.00 |
| Adam Steinberg | 12/14/2008 | Calls with Professionals, Jefferies internal | 2.50 |
| Cory Shamis | 12/14/2008 | Call with Jefferies team | 0.50 |
| Cory Shamis | 12/14/2008 | Call with committee | 2.00 |
| Cory Shamis | 12/14/2008 | Analysis and research on court filings | 1.00 |
| Nathan Brawn | 12/14/2008 | Review of court filings | 2.00 |
| Nathan Brawn | 12/14/2008 | Calls with Committee Professionals, Jefferies team | 2.50 |
| Richard Klein | 12/14/2008 | Call with counsel and advisors | 2.00 |
| Richard Klein | 12/14/2008 | Call with Jefferies team | 0.50 |
| Vishal Gupta | 12/14/2008 | Call with Committee advisors, Jefferies internal | 2.00 |
| Vishal Gupta | 12/14/2008 | DIP research and analysis work | 1.75 |
| Adam Steinberg | 12/15/2008 | Call with Professionals | 1.25 |
| Adam Steinberg | 12/15/2008 | Committee Call | 2.00 |
| Cory Shamis | 12/15/2008 | Call with advisors | 1.50 |
| Cory Shamis | 12/15/2008 | Call with committee | 2.00 |
| Cory Shamis | 12/15/2008 | DIP analysis | 4.25 |
| James Boyd | 12/15/2008 | Advisor Call | 0.50 |
| James Boyd | 12/15/2008 | Committee Call prep | 0.50 |
| James Boyd | 12/15/2008 | Committee Call | 2.00 |
| Matthew Rush | 12/15/2008 | Advisor Call | 0.50 |
| Matthew Rush | 12/15/2008 | Committee Call prep | 0.50 |
| Matthew Rush | 12/15/2008 | Committee Call | 2.00 |
| Michael Henkin | 12/15/2008 | Call with Jefferies team | 1.50 |
| Michael Henkin | 12/15/2008 | Calls with advisors, counsel | 1.25 |
| Michael Henkin | 12/15/2008 | Document review | 1.50 |

## Jefferies & Company, Inc.
December 1, 2008 - December 31, 2008

| Banker | Date | Description | Hours |
|--------|------|-------------|-------|
| Michael Henkin | 12/15/2008 | Calls with committee and Jefferies team | 2.00 |
| Nathan Brawn | 12/15/2008 | Financial analysis - Advisor fee comparables | 6.00 |
| Nathan Brawn | 12/15/2008 | Call with Committee Professionals | 1.25 |
| Nathan Brawn | 12/15/2008 | Call with Committee | 2.00 |
| Nathan Brawn | 12/15/2008 | Review of financial analysis | 2.00 |
| Richard Klein | 12/15/2008 | Call with advisors | 0.50 |
| Richard Klein | 12/15/2008 | Call with sub-committee | 0.50 |
| Richard Klein | 12/15/2008 | Call with committee | 1.00 |
| Richard Klein | 12/15/2008 | Financials review | 0.50 |
| Richard Klein | 12/15/2008 | Calls with advisors | 0.50 |
| Richard Klein | 12/15/2008 | Review of DIP analysis and discussions | 2.00 |
| Steve Tricarico | 12/15/2008 | Committee Call | 2.00 |
| Vishal Gupta | 12/15/2008 | Committee call | 2.00 |
| Vishal Gupta | 12/15/2008 | Call with advisors | 0.75 |
| Vishal Gupta | 12/15/2008 | Work on DIP comps | 4.25 |
| Adam Steinberg | 12/16/2008 | Call with Professionals | 1.00 |
| Adam Steinberg | 12/16/2008 | Review of correspondence on DIP / Court Filings | 1.00 |
| Cory Shamis | 12/16/2008 | DIP analysis | 3.50 |
| Cory Shamis | 12/16/2008 | Call with committee | 1.00 |
| James Boyd | 12/16/2008 | Committee Call | 1.50 |
| Matthew Rush | 12/16/2008 | Committee Call | 1.00 |
| Michael Henkin | 12/16/2008 | Document review; communication with counsel and Jefferies team | 1.00 |
| Michael Henkin | 12/16/2008 | Call with committee; communication with counsel, advisors | 1.00 |
| Nathan Brawn | 12/16/2008 | Call with Committee Professionals | 1.00 |
| Nathan Brawn | 12/16/2008 | Financial analysis - Real Estate comparables | 6.00 |
| Nathan Brawn | 12/16/2008 | Review of DIP filings | 1.00 |
| Richard Klein | 12/16/2008 | Calls with committee and advisors | 1.00 |
| Richard Klein | 12/16/2008 | Correspondence with advisors | 0.50 |
| Richard Klein | 12/16/2008 | Call with counsel | 1.00 |
| Richard Klein | 12/16/2008 | Review of retention documents | 2.00 |
| Richard Klein | 12/16/2008 | Review of fee proposals | 3.00 |
| Steve Tricarico | 12/16/2008 | Committee Call | 1.50 |
| Vishal Gupta | 12/16/2008 | Work on DIP comps | 3.50 |
| Vishal Gupta | 12/16/2008 | Call with committee | 1.00 |
| Adam Steinberg | 12/17/2008 | Various communications, administrative tasks | 1.00 |
| Cory Shamis | 12/17/2008 | Advisor fee analysis | 4.50 |
| Michael Henkin | 12/17/2008 | Communication with counsel, Jefferies team | 1.50 |
| Nathan Brawn | 12/17/2008 | Review of financial analysis | 1.00 |
| Nathan Brawn | 12/17/2008 | Review of court filings | 2.00 |
| Steve Tricarico | 12/17/2008 | M&A Process Tracking | 1.00 |
| Vishal Gupta | 12/17/2008 | Work on real estate advisor comps | 6.75 |
| Michael Henkin | 12/18/2008 | Document review | 2.75 |
| Michael Henkin | 12/18/2008 | Document review; calls with advisors, Jefferies team | 2.00 |
| Michael Henkin | 12/18/2008 | Document work / review; communication with Jefferies team | 1.25 |
| Steve Tricarico | 12/18/2008 | Conference Call & prep | 3.00 |
| Cory Shamis | 12/19/2008 | Discussion on fee analysis | 0.75 |
| Michael Henkin | 12/19/2008 | Document review, calls with Jefferies team and counsel | 1.50 |
| Steve Tricarico | 12/19/2008 | Conference Call & prep | 1.50 |
| Vishal Gupta | 12/19/2008 | Work on real estate advisor comps and discuss with team | 0.75 |
| Michael Henkin | 12/21/2008 | Analysis review; communication with Jefferies team | 3.00 |
| Adam Steinberg | 12/22/2008 | Review periodicals on industry, company | 1.00 |
| Adam Steinberg | 12/22/2008 | Various communications, administrative tasks | 0.50 |
| Adam Steinberg | 12/22/2008 | Call with Professionals | 2.00 |
| Cory Shamis | 12/22/2008 | Advisor fee analysis | 2.00 |
| Cory Shamis | 12/22/2008 | Call with Jefferies team | 1.00 |
| Cory Shamis | 12/22/2008 | Call with advisors | 1.00 |
| James Boyd | 12/22/2008 | Intertan process call | 1.00 |
| James Boyd | 12/22/2008 | Salinas Call | 1.00 |
| Matthew Rush | 12/22/2008 | Golden Gate call | 1.00 |
| Matthew Rush | 12/22/2008 | Intertan process call | 1.00 |
| Matthew Rush | 12/22/2008 | Salinas Call | 1.00 |
| Michael Henkin | 12/22/2008 | Calls with advisors, counsel | 1.50 |

## Jefferies & Company, Inc.
December 1, 2008 - December 31, 2008

| Banker | Date | Description | Hours |
|--------|------|-------------|-------|
| Michael Henkin | 12/22/2008 | Calls with advisors, Jefferies team, bidders | 5.00 |
| Nathan Brawn | 12/22/2008 | Call with Professionals | 1.75 |
| Nathan Brawn | 12/22/2008 | Financial analysis - Real Estate comparables | 4.00 |
| Richard Klein | 12/22/2008 | Call with Professionals | 2.00 |
| Steve Tricarico | 12/22/2008 | Intertan process call | 2.00 |
| Vishal Gupta | 12/22/2008 | Work on real estate comps analysis | 2.00 |
| Vishal Gupta | 12/22/2008 | Internal call | 1.00 |
| Vishal Gupta | 12/22/2008 | Call with advisors | 1.00 |
| Adam Steinberg | 12/23/2008 | Review of Real Estate analysis | 1.00 |
| Adam Steinberg | 12/23/2008 | Call with Committee | 1.50 |
| Cory Shamis | 12/23/2008 | Call with committee | 1.50 |
| James Boyd | 12/23/2008 | Committee Call prep | 0.50 |
| James Boyd | 12/23/2008 | Committee Call | 1.50 |
| Matthew Rush | 12/23/2008 | Committee Call prep | 0.50 |
| Matthew Rush | 12/23/2008 | Committee Call | 1.50 |
| Michael Henkin | 12/23/2008 | Document review | 0.75 |
| Michael Henkin | 12/23/2008 | Calls with committee, counsel | 1.50 |
| Nathan Brawn | 12/23/2008 | Work on preliminary vendor term sheet | 1.50 |
| Nathan Brawn | 12/23/2008 | Call with Committee | 1.50 |
| Richard Klein | 12/23/2008 | Calls with committee | 2.50 |
| Steve Tricarico | 12/23/2008 | Committee Call | 3.00 |
| Vishal Gupta | 12/23/2008 | Call with committee, advisors | 1.50 |
| Adam Steinberg | 12/26/2008 | Call with Jefferies team | 0.50 |
| Cory Shamis | 12/26/2008 | Call with Jefferies team | 0.50 |
| Michael Henkin | 12/26/2008 | Document review; internal call with Jefferies team | 1.00 |
| Nathan Brawn | 12/26/2008 | Call with Jefferies team | 0.50 |
| Richard Klein | 12/26/2008 | Correspondence with counsel | 0.50 |
| Richard Klein | 12/26/2008 | Call with Jefferies team | 0.50 |
| Richard Klein | 12/26/2008 | Document review | 0.50 |
| Vishal Gupta | 12/26/2008 | Call with Jefferies team | 0.50 |
| Adam Steinberg | 12/27/2008 | Call with Jefferies team (internal) | 1.00 |
| Cory Shamis | 12/27/2008 | Call with Jefferies team (internal) | 1.00 |
| Nathan Brawn | 12/27/2008 | Call with Jefferies team (internal) | 1.00 |
| Nathan Brawn | 12/27/2008 | Financial analysis - Real Estate comparables | 3.50 |
| Richard Klein | 12/27/2008 | Call with Jefferies team (internal) | 1.00 |
| Vishal Gupta | 12/27/2008 | Call with Jefferies team (internal) | 1.00 |
| Adam Steinberg | 12/29/2008 | Calls with Rothschild regarding sales process, counsel | 1.25 |
| Cory Shamis | 12/29/2008 | Call with advisors | 1.25 |
| James Boyd | 12/29/2008 | Process call with Rothschild | 3.00 |
| Matthew Rush | 12/29/2008 | Process call with Rothschild | 2.00 |
| Michael Henkin | 12/29/2008 | Calls with counsel, Jefferies team | 1.25 |
| Nathan Brawn | 12/29/2008 | Work on preliminary vendor term sheet | 2.50 |
| Nathan Brawn | 12/29/2008 | Call with advisors, counsel | 1.25 |
| Richard Klein | 12/29/2008 | Call with advisors | 1.00 |
| Richard Klein | 12/29/2008 | Calls with committee members | 1.00 |
| Richard Klein | 12/29/2008 | Correspondence with committee members | 0.50 |
| Steve Tricarico | 12/29/2008 | Process call with Rothschild | 3.00 |
| Vishal Gupta | 12/29/2008 | Call with advisors | 1.25 |
| Adam Steinberg | 12/30/2008 | Communication with Jefferies team and counsel | 1.50 |
| Cory Shamis | 12/30/2008 | Correspondence review from counsel, Jefferies team | 1.00 |
| Michael Henkin | 12/30/2008 | Communication with Jefferies and counsel | 1.75 |
| Nathan Brawn | 12/30/2008 | Communication with Jefferies and counsel | 1.00 |
| Richard Klein | 12/30/2008 | Communication with counsel, internal | 1.50 |
| Vishal Gupta | 12/30/2008 | Communication with counsel, internal | 1.00 |
| Michael Henkin | 12/31/2008 | Document review; communication with Jefferies team | 3.00 |

|  |  | Total: | 643.50 |



**Jefferies & Company, Inc.**
520 Madison Avenue, 17th Floor
New York, New York 10022
*tel*   (212) 284-2550
*fax*   (212) 284-2540
www.jefferies.com

Circuit City Stores, Inc.
Attn:  James Marcum & Reginald D. Hedgebeth
9950 Mayland Drive
Richmond, Virginia 23233

Skadden, Arps, Slate, Meagher, & Flom LLP
Attn:  Gregg M. Galardi, Esq.
One Rodney Square, P.O. Box 636
Wilmington, Delaware 19899

McGuireWoods LLP
Attn:  Dion W. Hayes, Esq.
One James Center
901 E. Cary Street
Richmond, Virginia 23219

The Office of the United States Trustee for the Eastern District of Virginia
Attn:  Robert B. Van Arsdale
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

Pachulski Stang Ziehl & Jones LLP
Attn:  Jeff Pomerantz, Esq.
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100

**Re:   Order Granting Motion to Authorize Under Bankruptcy Code Sections 105(a) and 331
Establishing Procedures for Interim Compensation (Docket No. 830)**

Pursuant to the above referenced order, please find enclosed the third Monthly Statement covering the
period of January 18, 2009 through January 31, 2009 for Jefferies & Company, Inc.

If you have any questions, please contact Michael Henkin (415-229-1426) or Rich Klein (212-708-2733).

Regards,

Jefferies & Company, Inc.

**Jefferies & Company, Inc.**
March 12, 2009
Page 2

      Re:    <u>Circuit City Stores, Inc. et al (collectively the "Debtors")</u>
                **Bankruptcy Case No. 08-35653**
                Jefferies & Company, Inc.
                <u>Monthly Statement – January 18, 2009 – January 31. 2009</u>

Gentlemen:

Jefferies & Company, Inc. ("Jefferies") submits the annexed statement of fees and expenses for the period of January 18, 2009 - January 31, 2009 (the "Compensation Period") as Financial Advisors for the Official Committee of Unsecured Creditors in accordance with the *Order Establishing Procedures For Interim Compensation* entered on December 9, 2008 (the "Interim Compensation Order").

The total amount of fees and expenses for Jefferies on this statement cover the period January 18, 2009 through January 31, 2009, is $114,312.60, which consists of fees in the amount of $90,322.58 and expenses in the amount of $23,990.02. Pursuant to the Interim Compensation Order, Jefferies requests payment from the Debtors in the total amount of $100,764.21, representing 85% of the total monthly fees in the amount of $76,774.19 plus the total monthly expenses in the amount of $23,990.02.[1]

All amounts sought herein are consistent with the Court's approval authorizing the employment of Jefferies & Company, Inc. as financial advisor to the Official Committee of Unsecured Creditors Retroactive to November 18, 2008, reflected on the Court's docket as of January 16, 2009 (Docket #1682).

If you have any questions or comments regarding the foregoing, please do not hesitate to contact me.

Dated:      New York, NY
            March 12, 2009

                        Jefferies & Company, Inc.

                        Richard Klein
                        Senior Vice President
                        Jefferies & Company, Inc.
                        520 Madison Ave., 17th Fl.
                        New York, NY 10022
                        Tel:  (212) 708-2733
                        Fax:  (212) 284-2540

---

[1] The Interim Compensation Order requires that 15% of fees be held back (the "Holdback") and for approval of the Holdback to be sought through a formal fee application to be filed with the Court.

# Jefferies ✖

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022
**INVOICE**

Invoice Number: 7447
Invoice Date: 3/12/2009
Reference #: CIR86700IB
Terms: Immediate

**Official Committee of the Unsecured Creditors**
**of Circuit City Stores, Inc.**
9950 Mayland Drive
Richmond, Virginia 23233

Attention:    Ramona Neal
Chairperson

Re:    Advisory Services

For services rendered in accordance with our engagement letter dated November 18, 2008

**Monthly Fee:**
January 18, 2009 - January 31, 2009 ........................................... $90,322.58
15% Holdback .......................................................................... $13,548.39
**Total Fee** ............................................................................. $76,774.19

**Expenses:**
Accommodations .................................................................... $2,897.25
Financial Research ................................................................. $333.62
Legal Services ....................................................................... $10,847.06
Meals .................................................................................... $1,339.43
Phone/Fax ............................................................................. $403.82
Printing Cost ......................................................................... $304.78
Transportation - Air ............................................................... $6,368.83
Transportation - Ground ........................................................ $2,577.23
Crediting from November & December Invoices[1] .................. $1,082.00
**Total Expenses** .................................................................. $23,990.02

**TOTAL DUE**   $100,764.21

**Payment Details**

Wire Instructions
Bank of New York
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

Check Payment Instructions
Jefferies & Company, Inc.
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

Reference:    CIR867-7447-Circuit City

1) Jefferies respectfully wrote-off $1,082.00 in expenses for the invoice #7407 and invoice #7420 periods after the Company paid the amount originally invoiced.
This amount has been credited and deducted from the current expense total.

# Jefferies & Company, Inc.

## Summary of Hours Worked

January 1, 2009 - January 31, 2009

| Name | Position | Hours Worked |
|------|----------|--------------|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 79.00 |
| Steve Tricarico | Managing Director, Consumer Group | 41.00 |
| Richard Klein | Senior Vice President, Recapitalization and Restructuring | 71.75 |
| Matthew Rush | Vice President, Consumer Group | 19.50 |
| Adam Steinberg | Vice President, Recapitalization and Restructuring Group | 43.50 |
| Nathan Brawn | Analyst, Recapitalization and Restructuring Group | 52.50 |
| Vishal Gupta | Analyst, Recapitalization and Restructuring Group | 45.75 |
| Cory Shamis | Analyst, Generalist | 10.00 |
| James Boyd | Analyst, Consumer Group | 21.00 |
| **Total** | | **384.00** |

Other Jefferies professionals who participated but do not keep hours:

| Justin Despirito | Legal Counsel |
|------------------|---------------|
| Patrick Morrow | Paralegal |

## Jefferies & Company, Inc.
January 1, 2009 - January 31, 2009

| Banker | Date | Description | Hours |
|--------|------|-------------|-------|
| Richard Klein | 1/1/2009 | Review of correspondence with committee members | 0.50 |
| Adam Steinberg | 1/2/2009 | Call with Professionals for the Committee | 1.00 |
| Cory Shamis | 1/2/2009 | Call with advisors, counsel | 1.00 |
| James Boyd | 1/2/2009 | Advisor Call | 1.00 |
| Matthew Rush | 1/2/2009 | Advisor Call | 1.00 |
| Michael Henkin | 1/2/2009 | Calls with Jefferies team, advisors, counsel | 1.00 |
| Michael Henkin | 1/2/2009 | Document / motions review | 1.75 |
| Nathan Brawn | 1/2/2009 | Call with professionals for committee | 1.00 |
| Richard Klein | 1/2/2009 | Review of correspondence with committee members | 0.50 |
| Richard Klein | 1/2/2009 | Draft documentation for committee | 1.00 |
| Richard Klein | 1/2/2009 | Call with advisors | 1.00 |
| Richard Klein | 1/2/2009 | Review of court filings and procedures | 2.00 |
| Steve Tricarico | 1/2/2009 | Advisor Call | 1.00 |
| Vishal Gupta | 1/2/2009 | Call with advisors | 1.00 |
| Adam Steinberg | 1/3/2009 | Call with Professionals, Jefferies team | 2.00 |
| Michael Henkin | 1/3/2009 | Calls with counsel, Jefferies team | 2.50 |
| Nathan Brawn | 1/3/2009 | Call with advisors, Jefferies team | 2.00 |
| Richard Klein | 1/3/2009 | Calls with counsel, internal, advisors | 2.50 |
| Vishal Gupta | 1/3/2009 | Calls with counsel, internal, advisors | 2.50 |
| Adam Steinberg | 1/4/2009 | Call with Rothschild regarding sales process | 1.50 |
| Michael Henkin | 1/4/2009 | Calls with counsel, advisors, Jefferies team | 2.50 |
| Michael Henkin | 1/4/2009 | Worked on documentation; communication with committee / team | 1.00 |
| Nathan Brawn | 1/4/2009 | Call with professionals | 1.50 |
| Richard Klein | 1/4/2009 | Calls with advisors | 2.50 |
| Steve Tricarico | 1/4/2009 | M&A Process Diligence | 2.00 |
| Vishal Gupta | 1/4/2009 | Calls with advisors | 2.50 |
| Adam Steinberg | 1/5/2009 | Call with Professionals | 1.00 |
| Cory Shamis | 1/5/2009 | Call with committee | 1.00 |
| James Boyd | 1/5/2009 | Committee Call | 1.00 |
| Matthew Rush | 1/5/2009 | Committee Call prep | 0.50 |
| Matthew Rush | 1/5/2009 | Committee Call | 1.00 |
| Michael Henkin | 1/5/2009 | Communication with Jefferies team; bid review | 1.25 |
| Michael Henkin | 1/5/2009 | Calls with advisors, Jefferies team, bidder advisors | 0.50 |
| Nathan Brawn | 1/5/2009 | Call with professionals | 1.00 |
| Nathan Brawn | 1/5/2009 | Calls with Committee members | 1.00 |
| Nathan Brawn | 1/5/2009 | Review of 503(b)(9) claims analysis | 0.50 |
| Richard Klein | 1/5/2009 | Review of committee call materials | 2.00 |
| Richard Klein | 1/5/2009 | Call with committee | 1.00 |
| Richard Klein | 1/5/2009 | Calls with advisors | 0.50 |
| Richard Klein | 1/5/2009 | Document and financials review | 1.00 |
| Steve Tricarico | 1/5/2009 | Committee Call | 5.00 |
| Vishal Gupta | 1/5/2009 | Communication with internal team and analysis review | 1.25 |
| Vishal Gupta | 1/5/2009 | Call with advisors | 0.50 |
| Michael Henkin | 1/6/2009 | Communication with counsel | 1.00 |
| Michael Henkin | 1/6/2009 | Communication with committee, advisors, Jefferies team | 1.25 |
| Richard Klein | 1/6/2009 | Correspondence with advisors | 0.50 |
| Richard Klein | 1/6/2009 | Call with counsel | 0.50 |
| Steve Tricarico | 1/6/2009 | M&A Process Diligence | 3.00 |
| Adam Steinberg | 1/7/2009 | Call with Rothschild regarding sales process | 2.00 |
| Adam Steinberg | 1/7/2009 | Call with committee | 2.00 |
| Adam Steinberg | 1/7/2009 | Internal call | 0.50 |
| Cory Shamis | 1/7/2009 | Call with advisors | 1.50 |
| James Boyd | 1/7/2009 | Rothschild update call | 1.00 |
| James Boyd | 1/7/2009 | Committee Call prep | 0.50 |
| James Boyd | 1/7/2009 | Committee Call | 1.50 |
| Matthew Rush | 1/7/2009 | Rothschild update call | 1.00 |
| Matthew Rush | 1/7/2009 | Committee Call prep | 0.50 |

## Jefferies & Company, Inc.
January 1, 2009 - January 31, 2009

| Banker | Date | Description | Hours |
|--------|------|-------------|-------|
| Matthew Rush | 1/7/2009 | Committee Call | 1.50 |
| Michael Henkin | 1/7/2009 | Calls with advisors | 2.00 |
| Michael Henkin | 1/7/2009 | Call with committee | 2.00 |
| Michael Henkin | 1/7/2009 | Document / report review; communication with advisors, counsel | 0.75 |
| Nathan Brawn | 1/7/2009 | Review of Court filings | 0.50 |
| Nathan Brawn | 1/7/2009 | Call with Rothschild | 2.00 |
| Nathan Brawn | 1/7/2009 | Call with committee | 1.00 |
| Nathan Brawn | 1/7/2009 | Call with Jefferies team (internal) | 0.50 |
| Richard Klein | 1/7/2009 | Financials review | 1.50 |
| Richard Klein | 1/7/2009 | Call with advisors | 2.00 |
| Richard Klein | 1/7/2009 | Call with committee | 2.00 |
| Steve Tricarico | 1/7/2009 | Rothschild update call | 1.00 |
| Steve Tricarico | 1/7/2009 | Committee Call prep | 2.50 |
| Steve Tricarico | 1/7/2009 | Committee Call | 1.50 |
| Vishal Gupta | 1/7/2009 | Call with advisors | 2.00 |
| Vishal Gupta | 1/7/2009 | Call with committee | 2.00 |
| Adam Steinberg | 1/8/2009 | Call with committee | 2.00 |
| Cory Shamis | 1/8/2009 | Call with committee | 1.00 |
| Michael Henkin | 1/8/2009 | Presentation review; calls with counsel and Jefferies team | 2.50 |
| Michael Henkin | 1/8/2009 | Calls with committee, advisors; presentation prep | 2.00 |
| Nathan Brawn | 1/8/2009 | Review of Protiviti analysis | 1.50 |
| Nathan Brawn | 1/8/2009 | Call with committee | 2.00 |
| Richard Klein | 1/8/2009 | Correspondence with advisors | 0.50 |
| Richard Klein | 1/8/2009 | Correspondence with Jefferies team and advisors | 0.50 |
| Steve Tricarico | 1/8/2009 | M&A Process Diligence | 4.00 |
| Vishal Gupta | 1/8/2009 | Call with committee | 1.50 |
| Adam Steinberg | 1/9/2009 | Call with Jefferies team, counsel | 2.00 |
| Michael Henkin | 1/9/2009 | Calls with Jefferies team, advisors, counsel, bidders | 3.00 |
| Michael Henkin | 1/9/2009 | Communication with counsel, advisors | 2.00 |
| Nathan Brawn | 1/9/2009 | Call with counsel, Jefferies team | 2.00 |
| Richard Klein | 1/9/2009 | Call with counsel, Jefferies team | 2.00 |
| Vishal Gupta | 1/9/2009 | Calls with counsel, internal, bidders | 3.00 |
| Michael Henkin | 1/10/2009 | Review correspondence | 2.50 |
| Richard Klein | 1/10/2009 | Review of documents and court filings | 4.00 |
| Steve Tricarico | 1/10/2009 | M&A Process Diligence | 1.00 |
| Adam Steinberg | 1/11/2009 | Call with Rothschild regarding sales process | 1.00 |
| Adam Steinberg | 1/11/2009 | Call with Professionals for the Committee | 1.00 |
| James Boyd | 1/11/2009 | Rothschild update call | 1.50 |
| Matthew Rush | 1/11/2009 | Rothschild update call | 1.00 |
| Michael Henkin | 1/11/2009 | Calls with advisors and counsel | 3.50 |
| Michael Henkin | 1/11/2009 | Review bid packages; communication with counsel | 1.00 |
| Nathan Brawn | 1/11/2009 | Call with Rothschild regarding sales process | 1.00 |
| Nathan Brawn | 1/11/2009 | Call with Professionals for the Committee | 1.00 |
| Richard Klein | 1/11/2009 | Call with advisors | 1.00 |
| Richard Klein | 1/11/2009 | Call with counsel | 1.00 |
| Richard Klein | 1/11/2009 | Correspondence between advisors | 1.00 |
| Steve Tricarico | 1/11/2009 | Rothschild update call & diligence | 4.00 |
| Vishal Gupta | 1/11/2009 | Calls with advisors, counsel | 2.50 |
| Adam Steinberg | 1/12/2009 | Call with Rothschild regarding sales process, Professionals | 1.00 |
| Adam Steinberg | 1/12/2009 | Committee Call | 1.50 |
| Adam Steinberg | 1/12/2009 | Financial Analysis, Internal calls | 2.00 |
| Cory Shamis | 1/12/2009 | Call with committee | 1.00 |
| James Boyd | 1/12/2009 | Model Update Call | 1.00 |
| Matthew Rush | 1/12/2009 | Model Update Call | 1.00 |
| Michael Henkin | 1/12/2009 | Call with committee; document review | 2.25 |
| Michael Henkin | 1/12/2009 | Calls - internal, counsel | 2.00 |
| Nathan Brawn | 1/12/2009 | Call with Rothschild regarding sales process | 1.00 |

## Jefferies & Company, Inc.
January 1, 2009 - January 31, 2009

| Banker | Date | Description | Hours |
|---|---|---|---|
| Nathan Brawn | 1/12/2009 | Committee Call | 1.50 |
| Nathan Brawn | 1/12/2009 | Internal calls; Work review | 1.50 |
| Richard Klein | 1/12/2009 | Discussion with Jefferies team on auction process | 1.00 |
| Richard Klein | 1/12/2009 | Calls with advisors | 1.00 |
| Richard Klein | 1/12/2009 | Presentation review | 0.50 |
| Richard Klein | 1/12/2009 | Call with bidder's advisor | 0.50 |
| Richard Klein | 1/12/2009 | Review of financials and court filings | 0.50 |
| Richard Klein | 1/12/2009 | Call with committee | 1.00 |
| Richard Klein | 1/12/2009 | Review of bids and financials | 1.00 |
| Steve Tricarico | 1/12/2009 | Model Update Call | 2.00 |
| Vishal Gupta | 1/12/2009 | Call with committee | 2.25 |
| Vishal Gupta | 1/12/2009 | Work on liquidation / recovery analysis | 6.00 |
| Adam Steinberg | 1/13/2009 | Attended auction of miscellaneous assets at Skadden | 2.00 |
| Adam Steinberg | 1/13/2009 | Review and analysis of potential bids | 4.00 |
| Adam Steinberg | 1/13/2009 | Committee Call | 1.00 |
| James Boyd | 1/13/2009 | Committee Call prep | 0.50 |
| James Boyd | 1/13/2009 | Committee Call | 2.00 |
| Matthew Rush | 1/13/2009 | Committee Call prep | 0.50 |
| Matthew Rush | 1/13/2009 | Committee Call | 2.00 |
| Michael Henkin | 1/13/2009 | Document review | 1.50 |
| Michael Henkin | 1/13/2009 | Call with committee; document review | 1.25 |
| Nathan Brawn | 1/13/2009 | Committee Call | 1.00 |
| Richard Klein | 1/13/2009 | Review of bids and financials | 0.50 |
| Richard Klein | 1/13/2009 | Analyzing bid comparison | 1.00 |
| Richard Klein | 1/13/2009 | Attended auction | 1.00 |
| Steve Tricarico | 1/13/2009 | Committee Call prep | 0.50 |
| Steve Tricarico | 1/13/2009 | Committee Call | 1.50 |
| Vishal Gupta | 1/13/2009 | Work on liquidation / recovery analysis | 3.00 |
| Vishal Gupta | 1/13/2009 | Call with committee | 1.25 |
| Vishal Gupta | 1/13/2009 | Work on liquidation analysis | 1.00 |
| Adam Steinberg | 1/14/2009 | Call with committee | 1.00 |
| Cory Shamis | 1/14/2009 | Call with committee | 1.00 |
| James Boyd | 1/14/2009 | Committee Call | 2.00 |
| Matthew Rush | 1/14/2009 | Committee Call | 2.00 |
| Michael Henkin | 1/14/2009 | Call with committee | 1.00 |
| Nathan Brawn | 1/14/2009 | Financial Analysis - Liquidator bid evaluation | 7.00 |
| Nathan Brawn | 1/14/2009 | Call with committee | 1.00 |
| Richard Klein | 1/14/2009 | Attended auction, review bids, analyzed and draft presentation | 13.00 |
| Steve Tricarico | 1/14/2009 | Committee Call | 2.00 |
| Vishal Gupta | 1/14/2009 | Call with committee | 1.00 |
| Adam Steinberg | 1/15/2009 | Call with committee | 0.75 |
| Adam Steinberg | 1/15/2009 | Call with committee | 1.50 |
| Cory Shamis | 1/15/2009 | Call with committee | 1.50 |
| Cory Shamis | 1/15/2009 | Call with committee, debtor | 2.00 |
| James Boyd | 1/15/2009 | Committee Call | 2.00 |
| Matthew Rush | 1/15/2009 | Committee Call | 2.00 |
| Michael Henkin | 1/15/2009 | Travel from SFO to NYC | 7.00 |
| Michael Henkin | 1/15/2009 | Call with committee | 0.75 |
| Michael Henkin | 1/15/2009 | Call with committee | 1.50 |
| Nathan Brawn | 1/15/2009 | Committee Calls | 2.25 |
| Nathan Brawn | 1/15/2009 | Financial Analysis - Liquidator bid evaluation | 6.00 |
| Richard Klein | 1/15/2009 | Attended auction, review bids, analyzed and draft presentation | 15.00 |
| Steve Tricarico | 1/15/2009 | Committee Call | 2.00 |
| Vishal Gupta | 1/15/2009 | Call with committee | 0.75 |
| Vishal Gupta | 1/15/2009 | Call with committee | 1.50 |
| Adam Steinberg | 1/16/2009 | Mtg with counsel, advisors; Court hearing | 5.50 |
| Adam Steinberg | 1/16/2009 | Calls with counsel, bid review | 2.50 |

## Jefferies & Company, Inc.
January 1, 2009 - January 31, 2009

| Banker | Date | Description | Hours |
|---|---|---|---|
| Adam Steinberg | 1/16/2009 | Calls with Professionals, internal | 1.50 |
| Michael Henkin | 1/16/2009 | Meeting with counsel, advisors; court hearing | 5.50 |
| Michael Henkin | 1/16/2009 | Work on retention; calls with counsel; document review | 2.50 |
| Michael Henkin | 1/16/2009 | Travel from NYC to Richmond; court hearing prep | 3.50 |
| Michael Henkin | 1/16/2009 | Calls with counsel, internal Jefferies team | 1.50 |
| Nathan Brawn | 1/16/2009 | Meeting with counsel, advisors at court hearing | 5.50 |
| Nathan Brawn | 1/16/2009 | Calls with counsel; bid analysis and work on presentation | 2.50 |
| Nathan Brawn | 1/16/2009 | Calls with professionals, internal | 1.50 |
| Richard Klein | 1/16/2009 | Calls with counsel, advisors, internal | 1.50 |
| Vishal Gupta | 1/16/2009 | Calls with counsel, advisors, internal | 1.50 |
| Michael Henkin | 1/17/2009 | Travel from Richmond to SF; communications with committee | 11.50 |
| Steve Tricarico | 1/19/2009 | Conference Call Prep | 1.50 |
| James Boyd | 1/20/2009 | Intertan Update Call | 1.00 |
| Matthew Rush | 1/20/2009 | Intertan Update Call | 1.00 |
| Steve Tricarico | 1/20/2009 | Intertan Update Call | 1.50 |
| Vishal Gupta | 1/20/2009 | Intertan Update Call | 1.00 |
| Vishal Gupta | 1/21/2009 | Administrative | 1.50 |
| Vishal Gupta | 1/22/2009 | Administrative | 2.00 |
| Adam Steinberg | 1/25/2009 | Call with advisors | 1.00 |
| James Boyd | 1/25/2009 | Intertan Update Call | 3.00 |
| Matthew Rush | 1/25/2009 | Intertan Update Call | 2.00 |
| Michael Henkin | 1/25/2009 | Call with advisors | 1.00 |
| Nathan Brawn | 1/25/2009 | Call with advisors | 1.00 |
| Richard Klein | 1/25/2009 | Call with advisors | 1.00 |
| Steve Tricarico | 1/25/2009 | Intertan Update Call | 2.00 |
| Vishal Gupta | 1/25/2009 | Call with advisors | 1.00 |
| Adam Steinberg | 1/26/2009 | Call with committee | 1.50 |
| James Boyd | 1/26/2009 | Pachulski call | 1.00 |
| James Boyd | 1/26/2009 | Committee Call | 1.00 |
| Matthew Rush | 1/26/2009 | Committee Call prep | 0.50 |
| Matthew Rush | 1/26/2009 | Committee Call | 1.00 |
| Michael Henkin | 1/26/2009 | Call with committee | 1.50 |
| Nathan Brawn | 1/26/2009 | Call with committee | 1.50 |
| Richard Klein | 1/26/2009 | Call with committee | 1.50 |
| Steve Tricarico | 1/26/2009 | Pachulski call | 1.00 |
| Steve Tricarico | 1/26/2009 | Committee Call | 1.00 |
| Vishal Gupta | 1/26/2009 | Call with committee | 1.50 |
| Adam Steinberg | 1/27/2009 | Call with counsel & advisors | 0.75 |
| James Boyd | 1/27/2009 | Intertan Update Call | 1.00 |
| Matthew Rush | 1/27/2009 | Intertan Update Call | 1.00 |
| Michael Henkin | 1/27/2009 | Call with counsel & advisors | 0.75 |
| Nathan Brawn | 1/27/2009 | Call with counsel & advisors | 0.75 |
| Richard Klein | 1/27/2009 | Call with counsel & advisors | 0.75 |
| Steve Tricarico | 1/27/2009 | Intertan Update Call | 1.00 |
| Vishal Gupta | 1/27/2009 | Call with counsel & advisors | 0.75 |
| Vishal Gupta | 1/28/2009 | Administrative | 1.00 |
| | | **Total** | **384.00** |

# Jefferies 

**Jefferies & Company, Inc.**
520 Madison Avenue, 17th Floor
New York, New York 10022
*tel*    (212) 284-2550
*fax*    (212) 284-2540
www.jefferies.com

Circuit City Stores, Inc.
Attn:  James Marcum & Reginald D. Hedgebeth
9950 Mayland Drive
Richmond, Virginia 23233

Skadden, Arps, Slate, Meagher, & Flom LLP
Attn:  Gregg M. Galardi, Esq.
One Rodney Square, P.O. Box 636
Wilmington, Delaware 19899

McGuireWoods LLP
Attn:  Dion W. Hayes, Esq.
One James Center
901 E. Cary Street
Richmond, Virginia 23219

The Office of the United States Trustee for the Eastern District of Virginia
Attn:  Robert B. Van Arsdale
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

Pachulski Stang Ziehl & Jones LLP
Attn:  Jeff Pomerantz, Esq.
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100

Re:    **Order Granting Motion to Authorize Under Bankruptcy Code Sections 105(a) and 331
        Establishing Procedures for Interim Compensation (Docket No. 830)**

Pursuant to the above referenced order, please find enclosed the fourth Monthly Statement covering the
periods of February 1, 2009 through February 5, 2009 (the "Transition Period") and February 6, 2009
through March 5, 2009 for Jefferies & Company, Inc.

If you have any questions, please contact Michael Henkin (415-229-1426) or Rich Klein (212-708-2733).

Regards,

Jefferies & Company, Inc.

**Jefferies & Company, Inc.**
March 18, 2009
Page 2

Re:    Circuit City Stores, Inc. et al (collectively the "Debtors")
       **Bankruptcy Case No. 08-35653**
       Jefferies & Company, Inc.
       Monthly Statement – February 1, 2009 – March 5, 2009

Gentlemen:

Jefferies & Company, Inc. ("Jefferies") submits the annexed statement of fees and expenses for the periods of February 1, 2009 - February 5, 2009 (the "Transition Period") and February 6, 2009 through March 5, 2009 as Financial Advisors for the Official Committee of Unsecured Creditors in accordance with the *Order Establishing Procedures For Interim Compensation* entered on December 9, 2008 (the "Interim Compensation Order").

The total amount of fees and expenses for Jefferies on this statement cover the period February 1, 2009 through March 5, 2009, is $134,349.53, which consists of fees in the amount of $132,258.00 and expenses in the amount of $2,091.53. Pursuant to the Interim Compensation Order, Jefferies requests payment from the Debtors in the total amount of $119,349.53, representing 85% of the total monthly fees in the amount of $117,258.00 plus the total monthly expenses in the amount of $2,091.53.[1]

All amounts sought herein are consistent with the Court's approval authorizing the employment of Jefferies & Company, Inc. as financial advisor to the Official Committee of Unsecured Creditors Retroactive to November 18, 2008, reflected on the Court's docket as of January 16, 2009 (Docket #1682).

If you have any questions or comments regarding the foregoing, please do not hesitate to contact me.

Dated:        New York, NY
              March 18, 2009

                                          Jefferies & Company, Inc.

                                          Richard Klein
                                          Senior Vice President
                                          Jefferies & Company, Inc.
                                          520 Madison Ave., 17th Fl.
                                          New York, NY 10022
                                          Tel:  (212) 708-2733
                                          Fax:  (212) 284-2540

---

[1] The Interim Compensation Order requires that 15% of fees be held back (the "Holdback") and for approval of the Holdback to be sought through a formal fee application to be filed with the Court.

# Jefferies ⬚

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

**INVOICE**

Invoice Number: 7465
Invoice Date: 03/17/2009
Reference #: CIR86700IB
Terms: Immediate

**Official Committee of the Unsecured Creditors
of Circuit City Stores, Inc.**
9950 Mayland Drive
Richmond, Virginia 23233

Attention:   Ramona Neal
             Chairperson

Re:          Advisory Services

**For services rendered in accordance with our engagement letter dated November 18, 2008**

| | |
|---|---:|
| **Fees:** | |
| Transaction Period: February 1, 2009 - February 5, 2009 | $32,258.00 |
| Fourth Monthly Fee: February 6, 2009 - March 5, 2009 | $100,000.00 |
| Less 15% Holdback | ($15,000.00) |
| **Total Fee** | **$117,258.00** |
| | |
| **Expenses:** | |
| Financial Research | $360.72 |
| Meals | $575.41 |
| Phone/Fax | $120.14 |
| Transportation - Air | $628.30 |
| Transportation - Ground | $406.96 |
| **Total Expenses** | **$2,091.53** |

**TOTAL DUE**  **$119,349.53**

**Payment Details**

Wire Instructions                          Check Payment Instructions

**Bank of New York**                       **Jefferies & Company, Inc.**
ABA #021000018                             11100 Santa Monica Blvd.
A/C: Jefferies & Company, Inc.             12th Floor
A/C: #890-065-2772                         Los Angeles, CA 90025

Reference:        **CIR867-7465-Circuit City**

# Jefferies & Company, Inc.
## Summary of Hours Worked
### February 1, 2009 - February 28, 2009

| Name | Position | Hours Worked |
|------|----------|--------------|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 14.75 |
| Steve Tricarico | Managing Director, Consumer Group | 9.50 |
| Richard Klein | Senior Vice President, Recapitalization and Restructuring | 9.75 |
| Matthew Rush | Vice President, Consumer Group | 15.00 |
| Adam Steinberg | Vice President, Recapitalization and Restructuring Group | 6.50 |
| Vishal Gupta | Analyst, Recapitalization and Restructuring Group | 8.50 |
| James Boyd | Analyst, Consumer Group | 9.00 |
| | **Total** | **73.00** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

**Jefferies & Company, Inc.**
February 1, 2009 - February 28, 2009

| Banker | Date | Description | Hours |
|--------|------|-------------|-------|
| James Boyd | 2/1/2009 | Intertan Update Call | 1.00 |
| Matthew Rush | 2/1/2009 | Intertan Update Call | 1.00 |
| Steve Tricarico | 2/1/2009 | Intertan Update Call; Document review | 2.00 |
| Vishal Gupta | 2/1/2009 | Intertan Update Call | 1.00 |
| Adam Steinberg | 2/1/2009 | Intertan Update Call | 1.00 |
| Adam Steinberg | 2/2/2009 | Committee Call | 2.00 |
| James Boyd | 2/2/2009 | Intertan Update Call | 1.00 |
| James Boyd | 2/2/2009 | Committee Call | 2.00 |
| Matthew Rush | 2/2/2009 | Intertan Update Call | 1.00 |
| Matthew Rush | 2/2/2009 | Committee call and prep | 2.50 |
| Michael Henkin | 2/2/2009 | Committee call | 0.75 |
| Richard Klein | 2/2/2009 | Committee Call | 2.00 |
| Steve Tricarico | 2/2/2009 | Intertan Update Call | 1.00 |
| Steve Tricarico | 2/2/2009 | Committee Call | 1.00 |
| Vishal Gupta | 2/2/2009 | Intertan Update Call | 1.00 |
| Vishal Gupta | 2/2/2009 | Committee Call | 2.00 |
| Michael Henkin | 2/4/2009 | Review M&A updates | 0.50 |
| Richard Klein | 2/4/2009 | Call with potential purchaser of Visa receivables | 0.50 |
| Michael Henkin | 2/6/2009 | Review communications | 1.00 |
| Richard Klein | 2/6/2009 | Email with potential purchaser of Visa receivables | 0.50 |
| Michael Henkin | 2/9/2009 | Review M&A info & related communication | 1.25 |
| Adam Steinberg | 2/10/2009 | Committee Call | 1.00 |
| James Boyd | 2/10/2009 | Update call w/ Rothschild | 0.50 |
| James Boyd | 2/10/2009 | Committee Call | 1.50 |
| Matthew Rush | 2/10/2009 | Committee call and prep | 2.00 |
| Matthew Rush | 2/10/2009 | Update call w/ Rothschild | 0.50 |
| Michael Henkin | 2/10/2009 | Committee call | 1.25 |
| Richard Klein | 2/10/2009 | Committee Call | 1.25 |
| Steve Tricarico | 2/10/2009 | Update call w/ Rothschild | 0.50 |
| Steve Tricarico | 2/10/2009 | Committee Call | 1.00 |
| Vishal Gupta | 2/10/2009 | Committee Call | 1.00 |
| Michael Henkin | 2/11/2009 | Review liquidation analysis, communications | 0.75 |
| Michael Henkin | 2/12/2009 | Review Salinas bid information | 0.75 |
| Michael Henkin | 2/13/2009 | Call with creditors and related communications | 1.00 |
| Michael Henkin | 2/13/2009 | Call with creditors and related communications | 1.00 |
| Steve Tricarico | 2/13/2009 | Call with creditors and related communications | 1.00 |
| Michael Henkin | 2/16/2009 | Internal communication; Document review | 1.25 |
| Adam Steinberg | 2/17/2009 | Committee Call | 1.50 |
| James Boyd | 2/17/2009 | Intertan Update Call | 0.50 |
| James Boyd | 2/17/2009 | Committee Call | 1.50 |
| Matthew Rush | 2/17/2009 | Intertan Update Call | 0.50 |
| Matthew Rush | 2/17/2009 | Committee call and prep | 2.00 |
| Michael Henkin | 2/17/2009 | Committee call & call prep | 2.25 |
| Richard Klein | 2/17/2009 | Committee Call | 1.50 |
| Richard Klein | 2/17/2009 | Call with unsecured/potential creditors | 1.00 |
| Vishal Gupta | 2/17/2009 | Committee Call | 1.50 |
| Richard Klein | 2/18/2009 | Correspondence with buyer of Visa receivables | 0.50 |
| Michael Henkin | 2/22/2009 | Review incentive plan, related communication | 1.25 |
| Michael Henkin | 2/23/2009 | Review asset sale update, related communication | 1.00 |
| Michael Henkin | 2/24/2009 | Review Protiviti analysis; Internal communication | 0.75 |
| James Boyd | 2/25/2009 | Intertan Update Call | 1.00 |
| Matthew Rush | 2/25/2009 | Intertan Update Call | 1.00 |
| Richard Klein | 2/25/2009 | Intertan Update Call | 0.50 |
| Vishal Gupta | 2/25/2009 | Intertan Update Call | 1.00 |
| Adam Steinberg | 2/26/2009 | Committee call | 1.00 |
| Matthew Rush | 2/26/2009 | Committee call & prep | 1.50 |
| Richard Klein | 2/26/2009 | Committee call | 1.00 |
| Steve Tricarico | 2/26/2009 | Committee call and prep | 3.00 |
| Vishal Gupta | 2/26/2009 | Committee call | 1.00 |
| Matthew Rush | 2/27/2009 | IP Broker calls | 3.00 |
| Michael Henkin | 2/27/2009 | Communications with advisors, counsel | 1.00 |
|  |  | **Total** | **73.00** |