IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT
OF VIRGINIA RICHMOND DIVISION



In re:                                    Chapter 11

Circuit City Stores, Inc.,                Case #No. 08-35653 (KRH)
et al.,
      Debtors.                            *Jointly Administered*

### RESPONSE TO DEBTORS'SIXTH OMNIBUS OBJECTION TO CERTAIN MISCLASSIFIED NON-GOODS 503(B)(9) CLAIMS

AA Home Services, LLC. Which is party to this action and hereby files this respose to debtors' Sixth Omnibus Objection pursuant to section 503(B) (9) and state:

1. AA Home Services' claim arises from the physical installation of sold services by Circuit City and issued between October 21, 2008 and November 9,2008 in the amount of $18,000 to AA Home services with a scheduled date of completion where AA Home Services was bound by contract to complete or face certain financial penalties.

2. This objection challenges the fact that the physical installation was a good and attempts to bend the interpretation and definition of a good as it is defined economically.

3. A good is any object or service that increases utility to the consumer, directly or indirectly. In addition, a good increases this measure of satisfaction from the customer and AA Home Services LLC was measured through CARE a consumer monitoring system that Circuit city used to evaluate the goods rendered by AA Home Services LLC and other vendors providing similar products.

4. The objection seeks to apply and capture what AA Home Services LLC provided. The product that AA Home Services LLC provided Circuit City met all of their qualifications and seeks compensation for the goods provided and not any service.

5. AA Home Services is located at 570 Tresham Road, Columbus, Ohio, 43230 and can be reached at 614 532 1075 or facsimile 614 476 8332 or emailed at andrewfarley@wowway.com.

Respectfully Submitted:
AA Home Services LLC

Declaration

Commonwealth of Virginia
City of Richmond

I, Andrew Farley, Owner of AA Home Services LLC Do declare that I have personal knowledge of the relevant facts that support this response and I have included our list of invoices and un-recovered funds and have signed this declaration on this the 11th day of June, 2009.

*[signature]*

Andrew E Farley
Owner
AA Home Services, LLC.



| Posted Date | 20081113 |
|---|---|
| R/T | 256072701 |
| Bank | 111 |
| Check | 428324 |
| Account | 2079900056044 |
| Amount | 303000 |
| DIN | 87000896 |
| Tran. Code | 101110 |
| Media | M-T |

**RETURNED DEPOSITED ITEM NOTICE**
Huntington National Bank
Date: Nov 19, 2008  Advice D-101202

Acct 1892465483

The attached deposit item(s) have been
returned to us unpaid and are being
deducted from your account. A fee will
be charged for each returned item.
(614) 480-2001

SEQ #           ITEM AMOUNT
87001197         6,430.00

1 Item charged totaling $6,430.00

AA HOME SERVICES, LLC
570 TRESHAM RD
COLUMBUS OH 43230-2227

Advice Total  $6,430.00

⑆40233198⑆   00000 1892465483⑈   ⑇0000101202⑇

*041000014*
11/19/2008
6210480271

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

RETURN REASON-C
STOP PAYMENT

**CIRCUIT CITY**
CIRCUIT CITY STORES, INC. (EN)
9950 MAYLAND DRIVE
RICHMOND, VA 23233
(804) 418-8148
VENDOR NUMBER: 0002605141

WACHOVIA BANK
901 EAST CARY STREET
RICHMOND, VA 23209
68-7270/2560

CHECK NUMBER
0000428173

RETURN REASON -
STOP PAYMENT

Six thousand four hundred thirty and 00/100 Dollars

PAY EXACTLY
******$6,430.00

TO THE    AA HOME SERVICES
ORDER     570 TRESHAM RD
OF        COLUMBUS, OH 43230

DATE: 10/30/08

VOID IF OVER 90 DAYS

B L

VOID IF OVER $200,000.00

⑈0000428173⑈ ⑆256072701⑆ 20799000560644⑈

⑈0000428173⑈       ⑆256072701⑆       20799000560644⑈       ⑇00000643000⑇

HUNTINGTON  COLUMBUS, OH
7 EASTON BLVD   >044115126<
025071897 11-14-08
06 025071897 3658 06 025071897

>044115126<
11-14-08
025071897

For Deposit Only
01892465483

↓Do not endorse or write below this line.↓

| INV DATE | INV NUMBER | AMOUNT | BATCH - VOUCHER |
|---|---|---|---|
| 10/27/08 | 361402674671 | 255.00 | 04518075 |
| 10/27/08 | 361402674725 | 135.00 | 04518076 |
| 10/27/08 | 361402675086 | 50.00 | 04518077 |
| 10/27/08 | 361502220170 | 45.00 | 04518078 |
| 10/27/08 | 361502220172 | 100.00 | 04518079 |
| 10/27/08 | 361502221982 | 135.00 | 04518080 |
| 10/27/08 | 361602093353 | 50.00 | 04518081 |
| 10/27/08 | 361602093838 | 155.00 | 04518082 |
| 10/27/08 | 361602094703 | 90.00 | 04518083 |
| 10/27/08 | 371202724924 | 135.00 | 04518084 |
| 10/24/08 | 375001827730 | 365.00 | 04516932 |
| 10/28/08 | 375001836718 | 50.00 | 04520078 |
| 10/27/08 | 424500038197 | 290.00 | 04518085 |
| 10/27/08 | 432400127954 | 150.00 | 04518086 |

| INV DATE | INV NUMBER | AMOUNT | BATCH - VOUCHER | INV DATE | INV NUMBER | AMOUNT | BATCH - VOUCHER |
|---|---|---|---|---|---|---|---|
| 10/27/08 | 082804992489S2 | 45.00 | 04518057 | 10/27/08 | 357200847240 | 90.00 | 04518065 |
| 10/27/08 | 318702875211 | 435.00 | 04518058 | 10/27/08 | 357200848407 | 90.00 | 04518066 |
| 10/28/08 | 318702877149 | 50.00 | 04520077 | 10/27/08 | 357200848650 | 225.00 | 04518067 |
| 10/24/08 | 318902239505 | 90.00 | 04516925 | 10/27/08 | 357200849808 | 50.00 | 04518068 |
| 10/27/08 | 318902244113 | 385.00 | 04518059 | 10/27/08 | 357200850044 | 335.00 | 04518069 |
| 10/27/08 | 318902244305 | 350.00 | 04518060 | 10/27/08 | 361402672305 | 195.00 | 04518070 |
| 10/24/08 | 319602139024 | 90.00 | 04516926 | 10/27/08 | 361402673331 | 60.00 | 04518071 |
| 10/27/08 | 357200845723 | 125.00 | 04518061 | 10/27/08 | 361402673420 | 315.00 | 04518072 |
| 10/24/08 | 357200846459 | 195.00 | 04516927 | 10/24/08 | 361402673514 | 125.00 | 04516929 |
| 10/27/08 | 357200846499 | 50.00 | 04518062 | 10/27/08 | 361402673763 | 155.00 | 04518073 |
| 10/24/08 | 357200846958 | 60.00 | 04516928 | 10/24/08 | 361402673851 | 135.00 | 04516930 |
| 10/27/08 | 357200847057 | 125.00 | 04518063 | 10/24/08 | 361402673889 | 300.00 | 04516931 |
| 10/27/08 | 357200847121 | 155.00 | 04518064 | 10/27/08 | 361402674223 | 195.00 | 04518074 |

CHECK NUMBER:    0000428173    VENDOR NUMBER:    0002605141    CHECK TOTALS:    ****$6,430.00

CHECK NUMBER:    0000428173    CONTINUED INVOICE INFORMATION    VENDOR NUMBER:    0002605141



**RETURNED DEPOSITED ITEM NOTICE**
Huntington National Bank
Date: Nov 17, 2008   Advice D-101079
Acct: 89/1892465483

*The attached deposit item(s) have been returned to us unpaid and are being deducted from your account. A fee will be charged for each returned item.*
*(614) 480-2001*

SEQ # 87002119     ITEM AMOUNT 8,030.00

1 Item charged totaling $8,030.00
Advice Total $8,030.00

AA HOME SERVICES, LLC
570 TRESHAM RD
COLUMBUS OH 43230-2227

⑈402333198⑈   000001892465483⑈   ⑈000010107⑈

*041000014*
11/17/2008
6511564376

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-C
STOP PAYMENT

**CIRCUIT CITY**
CIRCUIT CITY STORES, INC. (EN)
9950 MAYLAND DRIVE
RICHMOND, VA 23233
(804) 418-8148
VENDOR NUMBER: 0002605141

WACHOVIA BANK
901 EAST CARY STREET
RICHMOND, VA 23219
68-7270/2660

CHECK NUMBER 0000428470

RETURN REASON
STOP PAYMENT

Eight Thousand Thirty and 00/100 Dollars

PAY EXACTLY *****$8,030.00

TO THE ORDER OF
AA HOME SERVICES
570 TRESHAM RD
COLUMBUS, OH 43230

DATE: 11/06/08

VOID IF OVER 90 DAYS
VOID IF OVER $200,000.00

⑈0000428470⑈ ⑈256072701⑈ 2079900056044⑈

⑈0000428470⑈   ⑈256072701⑈   2079900056044⑈   ⑈000008030000⑈

HUNTINGTON  COLUMBUS,OH
7 EASTON OVAL   )044115126(
021041432  11-12-08
06 021041432 3074 06 021041432

>044115126<
11-12-08
021041432

For Deposit Only
01892465483

| INV DATE | INV NUMBER | AMOUNT | BATCH - VOUCHER |
|---|---|---|---|
| 11/03/08 | 361402676854 | 195.00 | 04526593 |
| 11/03/08 | 361402676926 | 290.00 | 04526594 |
| 11/04/08 | 361402679029 | 195.00 | 04527738 |
| 11/03/08 | 361502216264 | 135.00 | 04526595 |
| 10/31/08 | 361601738083SV | 45.00 | 04525952 |
| 11/03/08 | 361602088149 | 110.00 | 04526596 |
| 11/03/08 | 361602095251 | 60.00 | 04526597 |
| 11/03/08 | 361602096588 | 245.00 | 04526598 |
| 11/03/08 | 361602096848 | 140.00 | 04526599 |
| 11/03/08 | 371202720462 | 130.00 | 04526600 |
| 10/31/08 | 371202721236 | 155.00 | 04525953 |
| 11/04/08 | 371202726319D | 90.00 | 04527739 |
| 11/03/08 | 375001837951 | 365.00 | 04526601 |
| 11/03/08 | 381800093872 | 75.00 | 04526602 |
| 11/04/08 | 432400129801 | 60.00 | 04527740 |
| 10/31/08 | 432400131190 | 195.00 | 04525954 |
| 11/03/08 | 432400133020 | 180.00 | 04526603 |
| 11/03/08 | 432400133527 | 195.00 | 04526604 |
| 11/04/08 | 447800883019 | 50.00 | 04527741 |

| INV DATE | INV NUMBER | AMOUNT | BATCH - VOUCHER | INV DATE | INV NUMBER | AMOUNT | BATCH - VOUCHER |
|---|---|---|---|---|---|---|---|
| 11/03/08 | 318702874323 | 345.00 | 04526581 | 11/04/08 | 319602143518 | 295.00 | 04527736 |
| 11/04/08 | 318702876644 | 225.00 | 04527733 | 11/03/08 | 357200834235 | 60.00 | 04526584 |
| 11/04/08 | 318702879351 | 50.00 | 04527734 | 10/31/08 | 357200843817 | 240.00 | 04525950 |
| 11/03/08 | 318902226762 | 50.00 | 04526582 | 11/03/08 | 357200844089 | 60.00 | 04526585 |
| 10/31/08 | 318902233495 | 110.00 | 04525943 | 11/03/08 | 357200847569 | 225.00 | 04526586 |
| 10/31/08 | 318902242406 | 195.00 | 04525944 | 11/03/08 | 357200848894 | 90.00 | 04526587 |
| 10/31/08 | 318902243079 | 180.00 | 04525945 | 11/03/08 | 357200852554 | 365.00 | 04526588 |
| 10/31/08 | 318902245119 | 110.00 | 04525946 | 11/03/08 | 357200852558 | 50.00 | 04526589 |
| 11/03/08 | 318902246057 | 195.00 | 04526583 | 11/04/08 | 357200852772 | 400.00 | 04527737 |
| 11/04/08 | 319602138998 | 390.00 | 04527735 | 11/03/08 | 357200852942 | 240.00 | 04526590 |
| 10/31/08 | 319602139281 | 60.00 | 04525947 | 11/03/08 | 361402555435D | 195.00 | 04526591 |
| 10/31/08 | 319602140772 | 195.00 | 04525948 | 10/31/08 | 361402676745 | 90.00 | 04525951 |
| 10/31/08 | 319602141636 | 60.00 | 04525949 | 11/03/08 | 361402676812 | 645.00 | 04526592 |

CHECK NUMBER: 0000428470   VENDOR NUMBER: 0002605141   CHECK TOTALS: ****$8,030.00

CHECK NUMBER: 0000428470   CONTINUED INVOICE INFORMATION   VENDOR NUMBER: 0002605141