June 9, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, VA 23219



Dear Sirs:

The following is in regard to the Circuit City Bankruptcy: and the Omnibus Objection to disallow my claim, number 10640. I am opposed to the reclassification of my claim.

> United States Bankruptcy Court
> Circuit City Stores, Inc., et al.
> Case No. 08-35653
> Seventh Omnibus Objection

The objection does not state that I am not owed my claim amount of $150, but that I submitted my claim for it too late. This claim is for the rebate I am owed for a computer I purchased from Circuit City via the internet on Nov. 28, 2008.

I mailed my claim on the bar date that applied. Neither the form I filled out nor the instructions relating to that form specified that the claim had to be received by the bar date. I believe if you check the post-mark, you would find it was mailed in time.

When I pay my federal and state tax, if my tax return is post-marked by the due date, it is considered "on time" no matter when it is received. I submit the same standard should apply to my original claim submission.

Thank you for your consideration.

Very truly yours,

*Marian B. Frauenglass*

Marian B. Frauenglass
105 Brian Drive
Warner Robins, GA 31088
(478) 971-1841 (voice and fax)