UNITED STATES BANKRUPTCY COURT
701 EAST BROAD STREET-COURTROOM 5000
RICHMOND, VIRGINIA 23219



BOBBY G. WILSON
6509 N 63rd Avenue
Glendale, Arizona 85301

Dear Judge                                   May June 8 2009

    I am responding to the petition received today (june 8 2009) pretaining to the retirement I receive. Circuit City retirement of $99 amonth,
I can't afford to go to a lawer so I'm sending this letter instead.
    I am on Social Securety, so this $99 from Circuit City, even it a low figurer means a lot, and would cause a hardship on my family.
    Medicially I am disably with Diabetes, hart problems which includes by pass surgency, I have block blood flow in the hip and legs, Kidney one is dead and the other is failing.
I can still walk, but not far have to use a wheel chair.
   My wife never work and will be 65 this month ( I am 68)
   Omnibus Objections (Docket No.2881) approved by the Bankrupcy Court on April 1 2009. States this is case #08-35653(HRK).
    I hope you will accept this letter as my reply to this case. I never been good at sending a letter to a court . My ss# ~~5515~~ 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

Thank you very much

BOBBY G. WILSON

```
Gregg M. Galardi, Esq.                    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                   Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &           MCGUIREWOODS LLP
FLOM, LLP                                 One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
In re:                       :    Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :    Case No. 08-35653 (KRH)
et al.,                      :
                             :
              Debtors.       :    Jointly Administered
- - - - - - - - - - - - - - x
```

**NOTICE OF DEBTORS' ELEVENTH OMNIBUS OBJECTION
TO CERTAIN QUALIFIED PLAN CLAIMS AND 401(k) CLAIMS**

**PLEASE TAKE NOTICE THAT** the above-captioned Debtors (the "Debtors") filed the Debtors' Eleventh Omnibus Objection to Certain Qualified Pension Plan and 401(k) Claims (the "Omnibus Objection") with the Bankruptcy Court. A copy of the Omnibus Objection is attached to this notice (this "Notice"). By the Omnibus Objection, the Debtors are seeking to disallow and/or modify Claims (as defined herein) on the ground that the Claims are duplicates.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus

Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Omnibus Objection seeks to disallow and/or modify claims, including your claim(s), listed below

| TO: | Claim Number | Amount Claimed as Filed |
|---|---|---|
| WILSON, BOBBY<br>6509 N 63RD AVE<br>GLENDALE, AZ 85301 | 1990 | $99.35 |

YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION.  <u>YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION</u>.  THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY WITHIN 30 DAYS OF THE SERVICE OF THIS OBJECTION, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.

<u>Critical Information for Claimants
Choosing to File a Response to the Omnibus Objection</u>

2

**WACHOVIA**

Wachovia Bank, National Association
Retirement Services
Charlotte, North Carolina 28288-1155

CIRCUIT CITY PENSION PLAN

ID: 105349
SSN: XXXXX7454

PAYMENT DATE: 06/01/2009
ADVICE #: 00008658344
NET AMOUNT: $99.35

0022868 ONDEW1TA 105349
BOBBY WILSON
6509 N 63RD AVENUE
GLENDALE AZ 85301

FOR INQUIRIES, CALL OR WRITE
1-877-877-1207

WACHOVIA BANK, N. A.
WACHOVIA RETIREMENT SERVICES
401 MARKET STREET PA-4296
PHILADELPHIA, PA 19106

| Payment Amounts | | | Deduction Amounts | | |
|---|---|---|---|---|---|
| | Current | Year-to-Date | | Current | Year-to-Date |
| GROSS | $99.35 | $596.10 | TOTAL DEDUCTIONS | | |
| TAXABLE | $99.35 | $596.10 | | | |
| NONTAXABLE | | | | | |
| PENSION | $99.35 | | | | |

REVISED INCOME TAX RATES MAY
HAVE LOWERED TAX WITHHOLDING
FROM YOUR CHECK. YOU SHOULD
REVIEW THE NEW WITHHOLDING

RULES WITH YOUR TAX ADVISOR
AND SUBMIT A NEW W4P FORM
IF CHANGES ARE DESIRED.

AS AN ADDITIONAL SECURITY MEASURE, A PORTION OF YOUR BANK ACCOUNT NUMBER ON THIS AND FUTURE DEPOSIT ADVICES IS NOW PARTIALLY MASKED WITH ASTERISKS ("****").

THIS IS A STATEMENT OF YOUR BENEFIT PAYMENTS AND DEDUCTIONS. PLEASE DETACH AND RETAIN FOR YOUR PERSONAL RECORDS

---

**WACHOVIA**

Wachovia Bank, National Association
Retirement Services
Charlotte, North Carolina 28288-1155

00008658344

CIRCUIT CITY PENSION PLAN

ID: 105349
SSN: XXXXX7454

Date: 06/01/2009

Ninety-Nine and 35/100

Amount: $99.35

Deposit To the Account Of
BOBBY WILSON
6509 N 63RD AVENUE
GLENDALE AZ 85301

**DEPOSIT ADVICE
NON-NEGOTIABLE**
This Amount Directly Deposited To Your Account

ABA#: 122101706
ACCT#: *************0857