Response to the Omnibus Objection

FILED
JUN 1 5 2009
CLERK
U.S. BANKRUPTCY COURT
RICHMOND DIVISION

The following information is provided in accordance with the instructions from the Bankruptcy Court.

1. U.S Bankruptcy Court for the Eastern District of Virginia, Richmond Division.
   Debtors: Circuit City Stores, Inc., et al.
   Case Number: 08-35653 (KRH)
   Title: Debtors' Motion for an Order Approving (A) Procedure for Filing Omnibus Objections to Claims and (B) The form and Manner of the Notice of Omnibus Objections

2. Claimant's Name: Sie Ling Chiang
   Amount of Claim: 700 shares of stock valued $ 11,360 at the time of purchase.
   Claim Number: 10615

3. Bankruptcy Court should not sustain the Omnibus Objection simply based on Debtors' claim that I did not timely file the claim. The fact is that I filed the claim by mail on January 23, 2009, long before the general bar date of January 30. I can not understand why the mail took so long to arrive at Kurtzman Carson Consultants LLC.

4. A copy of the claim is attached which shows the filing date.

5. I declare that my statement in Item 3 and the attachment in Item 4 above support my response adequately.

6. My Name: Sie Ling Chiang
   Address: 13503 Point Pleasant Dr., Chantilly, Va. 20151
   Telephone No. and Fax: 703-968-3584


Submitted by: Sie Ling Chiang

*Sie Ling Chiang* 6/11/09

*Circuit City Claim*            Attachment (re: Item 4)

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

**Debtor against which claim is asserted:** (Check only one box below:)

- Circuit City Stores, Inc. (Case No. 08-35653)
- Circuit City Stores West Coast, Inc. (Case No. 08-35654)
- InterTAN, Inc. (Case No. 08-35655)
- Ventoux International, Inc. (Case No. 08-35656)
- Circuit City Purchasing Company, LLC (Case No. 08-35657)
- CC Aviation, LLC (Case No. 08-35658)
- CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
- Circuit City Stores PR, LLC (Case No. 08-35660)
- Circuit City Properties, LLC (Case No. 08-35661)
- Orbyx Electronics, LLC (Case No. 08-35662)
- Kinzer Technology, LLC (Case No. 08-35663)
- Courchevel, LLC (Case No. 08-35664)
- Abbott Advertising, Inc. (Case No. 08-35665)
- Mayland MN, LLC (Case No. 08-35666)
- Patapsco Designs, Inc. (Case No. 08-35667)
- Sky Venture Corporation (Case No. 08-35668)
- XSStuff, LLC (Case No. 08-35669)
- PRAHS, INC. (Case No. 08-35670)

NOTE: This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
SIE LING CHIANG

☐ Check this box to indicate that this claim amends a previously filed claim

**Name and address where notices should be sent:**
Sie Ling Chiang
13503 Point Pleasant Dr.
Chantilly, VA 20151

Telephone number: (703) 968-3584

**Court Claim Number:** _____
(If known)

Filed on _____

**Name and address where payment should be sent (if different from above):**

Telephone number:

☐ Check this box if you are aware that any one else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed** $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim** _____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor** _____

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction 4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

Value of Property: $_____  Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☐ Other — Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**6. Credits** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**Date:** 1/23/09

**Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Sie Ling Chiang

**FOR COURT USE ONLY**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.