# TIMES & NEWS
## —PUBLISHING COMPANY—



June 10, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, VA 23219

  This letter is to provide information concerning opposing the reclassification of our claim in the Hearing on Omnibus Objection to Certain Late Claims with the Bankruptcy Court for the Eastern District of Virginia, Richmond Division for Circuit City Stores, Inc. et al. Circuit City is in Chapter 11 Bankruptcy. Case No. 08-35653 (KRH).

  Our company name is Times and News Publishing Company. We are doing business as Gettysburg Times on this notice. Our newspaper inserted Circuit City's preprints into our paper. $669.52 is outstanding due to the bankruptcy. Our claim number is 11490.

  We are opposing the disallowance of our claim through Bankruptcy rule 3007. It is understood that a debtor may rebut the proof of claim, and the creditor has the ultimate burden of persuasion with respect to the validity of claim. Our validity of claim is that we in good faith inserted the preprint into our paper and provided the service. Therefore, we would like our claim to not be disallowed.

  Enclosed is a copy of our proof of claim and invoice showing the outstanding $669.52.

**1570 Fairfield Road ◆ Gettysburg, PA 17325**
*Telephone:* **717/334-1131** ◆ *Fax:* **717/334-4243**

I declare that I am aware through personal knowledge of the relevant facts that support this letter. This is also the correct mailing address, phone and fax numbers for our information.

Tammy Signor
Times and News Publishing Company
d/b/a Gettysburg Times
1570 Fairfield Road
P.O. Box 3669
Gettysburg, PA 17325
(717) 339-2049 – phone
(717) 334-4243 – fax

Sincerely,

*Tammy A. Signor*

Tammy L. Signor
Human Resources Coordinator

cc:   Skadden, Arps, Slate, Meagher & Flom, LLP
      One Rodney Square
      P.O. Box 636
      Wilmington, DE 19899-0636
      Attn: Gregg M. Galardi
      Attn: Ian S. Fredericks

      McGuirewoods LLP
      One James Center
      901 E. Cary Street
      Richmond, VA 23219
      Attn: Dion W. Hayes
      Attn: Douglas M. Foley

      Skadden, Arps, Slate, Meagher & Flom, LLP
      333 West Wacker Drive
      Chicago, IL 60606
      Attn: Chris L. Dickerson

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |

**Debtor against which claim is asserted :** (Check only **one** box below:)

- ☑ Circuit City Stores, Inc. (Case No. 08-35653)
- ☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
- ☐ InterTAN, Inc. (Case No. 08-35655)
- ☐ Ventoux International, Inc. (Case No. 08-35656)
- ☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)
- ☐ CC Aviation, LLC (Case No. 08-35658)
- ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
- ☐ Circuit City Stores PR, LLC (Case No. 08-35660)
- ☐ Circuit City Properties, LLC (Case No. 08-35661)
- ☐ Orbyx Electronics, LLC (Case No. 08-35662)
- ☐ Kinzer Technology, LLC (Case No. 08-35663)
- ☐ Courchevel, LLC (Case No. 08-35664)
- ☐ Abbott Advertising, Inc. (Case No. 08-35665)
- ☐ Mayland MN, LLC (Case No. 08-35666)
- ☐ Patapsco Designs, Inc. (Case No. 08-35667)
- ☐ Sky Venture Corporation (Case No. 08-35668)
- ☐ XSStuff, LLC (Case No. 08-35669)
- ☐ PRAHS, INC. (Case No. 08-35670)

NOTE: *This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
**GETTYSBURG TIMES**

☐ Check this box to indicate that this claim amends a previously filed claim.

**Name and address where notices should be sent:**
NameID: 4498196    PackID: 181023

GETTYSBURG TIMES
PO BOX 3669
1570 FAIRFIELD RD
GETTYSBURG PA 17325

Telephone number: 717-334-1131

**Court Claim Number:** _____
(*If known*)

Filed on: _____

**Name and address where payment should be sent (if different from above):**

COPY

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 669.52

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Advertising
(See instruction #2 on reverse side.) Put preprint sale fliers into newspaper.

**3. Last four digits of any number by which creditor identifies debtor:** 0516

**3a.** Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

**Value of Property:** $_____   **Annual Interest Rate** ___ %

**Amount of arrearage and other charges as of time case filed included in secured claim,**

if any: $_____   **Basis for perfection:** _____

**Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**Date:** 1-28-09

**Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Tammy A. Aignor, Human Resources Coordinator

FOR COURT USE ONLY


RECEIVED
FEB 03 2009
KURTZMAN CARSON CONSULTANTS

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0835653081208104023014223

## TIMES AND NEWS PUBLISHING COMPANY

P. O. Box 3669     Gettysburg, PA 17325
Phone (717) 334-1131    Fax (717) 334-4243
Incorporated: 1919     EIN: 23-1155650

## THE GETTYSBURG TIMES

Invoice Date 11/30/2008                                    Customer # 050516

Circuit City Stores, Inc.
Advertising Accounting
9950 Mayland Drive
Richmond, VA 23233

| | | | |
|---|---|---|---|
| Beginning Balance | 11/01/2008 | | $1400.43 |
| Payments: | | | |
|   Check #4570639 | 11/03/2008 | $1339.04 | |
|   Adjustment | 11/11/2008 | $61.39 | |
|     Total Payments | | | $1400.43- |
| Current Charges: | | | |
|   Preprint Advertising | #388268 | $669.52 | |
|     Total New Charges. | | | $669.52+ |
| Ending Balance | 11/30/2008 | | $669.52 |

Preprint Advertising                                       Invoice #388268

| Advt # | Date | Day | Size | Description | Rate | Total |
|---|---|---|---|---|---|---|
| 2324140 | 11/01/2008 | Sat | 1.00 " | Preprint Insert | | $334.76 |
| | 11/08/2008 | Sat | 1.00 " | (67508) | | $334.76 |
| | | | | Invoice Subtotal | | $669.52 |

Total Amount Due                                           $669.52

*Original Invoice*

TERMS: NET 30 DAYS. A 1.5% finance charge is added after 60 days. Annual Rate 18%
Returned checks will be subject to a $20 processing fee.