IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | ) ) ) | Case No.: 08-35653-KRH |
| Debtors. | ) ) |  |

# NOTICE OF APPEARANCE
# AND REQUEST FOR SERVICE OF PAPERS

Pursuant to Fed. R. Bankr. Proc. 2002(g) and 9010(b), the undersigned enters his appearance for West Marine Products, Inc., a creditor in the above-captioned jointly administered cases.

The undersigned hereby requests that all notices given or required to be given, and all papers served or required to be served, in these proceedings be served at the following address:

> Mark J. Friedman
> DLA Piper LLP (US)
> 6225 Smith Avenue
> Baltimore, Maryland  21209-3600
> Telephone:  (410) 580-3000
> Facsimile:  (410) 580-3001
> E-Mail:  mark.friedman@dlapiper.com

This request includes not only the notices and papers required to be served pursuant to Federal Rule of Bankruptcy Procedure 2002, but additionally includes, without limitation, notices of any application, disclosure statement, plan of reorganization, complaint, demand, notice of hearing, motion, petition, pleading or request, whether formal or informal, whether transmitted or conveyed electronically, by mail, delivery, telephone or otherwise.

EAST\42473681.1

The foregoing request constitutes a request for service only and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial. Counsel also requests inclusion on any limited notice list as ordered by this Court.

DATE: June 16, 2009.    /s/ Mark J. Friedman
Mark J. Friedman, Esquire
VSB No. 16808
DLA Piper US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone: (410) 580-3000
Facsimile: (410) 580-3001
E-Mail: mark.friedman@dlapiper.com

Counsel for West Marine Products, Inc.

- 2 -

## CERTIFICATE OF SERVICE

I certify that on this 16th day of June, 2009, a copy of the foregoing *Notice of Appearance and Request for Service of Papers* was delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system and/or by electronic mail to the following pursuant to the *Order Establishing Certain Notice, Case Management and Administrative Procedures* entered in this case.

circuitcityservice@mcguirewoods.com
project.circuitcity@skadden.com

/s/ Mark J. Friedman
Mark J. Friedman

EAST\42473681.1