. June 6, 2009

1. In the United State Bankruptcy Court For the Eastern District of Virginia Richmond Division Case # 08-035653 (KRH)

This response is to the 8th Omnibus Objection to my claim 11501 against Circuit City Stores, Inc.

My response and request for hearing is because I oppose the reclassification of my claim. I ask the Court for relief in dismissing this Omnibus Objection. I ask the Court to order the defendant to immediately pay this claim plus an equal amount in liquidated damages for Circuit City's deliberate refusal to inform its listed customers about its bankruptcy and bar dates.

2. Claimant's name

Dr Robert Koenig
PO Box 41
Manchester NH 03105
Claim # 11501

The amount of the claim is the replacement value of the computer ruined by Circuit City Inc's "Firedog" computer-repair staff, which had my computer for 6 months and deliberately misled customers by never informing any customers of Circuit City's Bankruptcy filing of bar dates

3. Paperwork submitted. Circuit City had possession of this computer since AUGUST 2009, months before declaring bankruptcy. Nonetheless, Circuit City, Inc. failed to tell claimant of bankruptcy filing or the jeopardy said filing placed the computer repair. Circuit City, Inc lost critical parts of the computer tower, making it inoperable and failed to replace and repair same. Complaints against Circuit City, Inc were filed with the Attorney General State of New Hampshire (2998652212, 200873838), and Circuit City, Inc, well before the deadline of 11/10/08.

Circuit City is attempting to circumnavigate the legal system by reliance on a hearing in the State of Virginia in hopes that the expense of traveling from New Hampshire will force me to give up this claim. It is a blatant effort to avoid its responsibilities.

4. Circuit City, Inc has copies already of the original repair orders and Attorney General's actions.

5. Persons with knowledge of this claim are Circuit City (Manchester, New Hampshire) employees Nick, Eric, David, Josh and Justin

6. Contact info:

Dr Robert Koenig
PO Box 41
Manchester NH 03105
603-498-6935

Claim # 11501

Copy sent to Skadden et. Al. Chicago,
Wilmington, Del 19899-0636    Richmn

Respectfully Submitted,

Robert A. Koenig, Ed.D