JUNE 10, 2009

I, JOHNNY L. FERGUSON; AM ENCLOSING THE ORIGINAL COPY OF MY (401-K) DOCUMENT; ISSUED BY CIRCUIT CITY; ON DECEMBER 14, 1998. I PREVIOUSLY SENT YOU A DUPLICATE-COPY. ***SORRY, FOR THE INCONVENIENCE.***

SINCERELY,

*[signature]*

JOHNNY L. FERGUSON

Claim # 2380

RICHMOND DIVISION
FILED JUN 15 2009 FILED
CLERK
U.S. BANKRUPTCY COURT

# CIRCUIT CITY

Circuit City Stores, Inc.
9954 Mayland Dr.
Richmond, VA 23233-1464
(804) 527-4000

December 14, 1998

Mr. JOHNNY L. FERGUSON
5078 Silver Hill Court #201
District Height, MD 20747

*Retirement Benefits*

Re: Vested Benefit from the Retirement Plan of Circuit City Stores, Inc. (the "Plan")

Dear Mr. FERGUSON:

The following information concerns your vested benefit under the Retirement Plan of Circuit City Stores, Inc. We encourage you to review it thoroughly and, if you are married, share it with your spouse.

According to our records, you are 100% vested in your accrued benefit under the Plan. Your monthly accrued benefit payable for your lifetime only and commencing on your Normal Retirement Date will be $165.07.

Your accrued benefit was calculated based on the following information:

| | |
|---|---|
| Date of Birth: | September 28, 1948 |
| Date of Hire: | April 12, 1989 |
| Date of Termination | January 22, 1998 |
| Normal Retirement Date: | September 28, 2013 |
| Benefit Service at Termination | 9 years |

Generally, the earliest a distribution can be made from the Plan is after a participant's years of Benefit Service and current age meet the requirements for Normal or Early Retirement. Normal Retirement is the later of age 65 or five years of service. A participant is eligible for Early Retirement after completing ten years of Benefit Service and reaching age 55, or seven years of Benefit Service and age 62. Benefits can start on the first of any month after meeting these requirements. If benefit payments commence prior to Normal Retirement, they will be reduced to reflect the longer payout period.

If you are eligible to start receiving Early Retirement benefits and wish to do so, please send a written request to the Retirement Plan Administrative Committee at the address shown above.

If you die before your Retirement benefits begin and are survived by a spouse, your spouse will be eligible to receive a monthly benefit for his or her lifetime.

Please note that if any discrepancies exist between this information and the Plan document, the Plan document will govern in all instances.

Please keep us updated with your current address. If you have any questions, you may write or call Matt Enderle at the above address or at (804)527-4000 extension 6514.

Sincerely,

Retirement Plan Administrative Committee

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

| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

– and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| Debtors. | : | Jointly Administered |

**NOTICE OF DEBTORS' ELEVENTH OMNIBUS OBJECTION
TO CERTAIN QUALIFIED PLAN CLAIMS AND 401(k) CLAIMS**

**PLEASE TAKE NOTICE THAT** the above-captioned Debtors (the "Debtors") filed the Debtors' Eleventh Omnibus Objection to Certain Qualified Pension Plan and 401(k) Claims (the "Omnibus Objection") with the Bankruptcy Court. A copy of the Omnibus Objection is attached to this notice (this "Notice"). By the Omnibus Objection, the Debtors are seeking to disallow and/or modify Claims (as defined herein) on the ground that the Claims are duplicates.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus

Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Omnibus Objection seeks to disallow and/or modify claims, including your claim(s), listed below

| TO: | Claim Number | Amount Claimed as Filed |
|---|---|---|
| FERGUSON, JOHNNY<br>5078 SILVER HILL COURT NO 201<br>DISTRICT HEIGHT, MD 20747 | 2380 | $59,425.20 |

YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. **YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION.** THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY WITHIN 30 DAYS OF THE SERVICE OF THIS OBJECTION, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.

Critical Information for Claimants
Choosing to File a Response to the Omnibus Objection

2