Timothy W. Brink, Esq.
Ann Marie Bredin, Esq.
DLA PIPER LLP (US)
203 North LaSalle Street
Suite 1900
Chicago, Illinois  60601-1293
tel: (312) 368-4000
fax: (312) 236-7516
timothy.brink@dlapiper.com
ann.bredin@dlapiper.com

    - and –

Mark J. Friedman, Esq. (VSB No. 16808)
DLA PIPER LLP (US)
6225 Smith Avenue
Baltimore, MD  21209-3600
tel: (410) 580-3000
fax:  (410) 580-3001
mark.friedman@dlapiper.com

Counsel to West Marine Products, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - x
|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| CIRCUIT CITY STORES, INC. <br> et al., | : | Case No. 08-35653 (KRH) |
|  | : |  |
|            Debtors. | : | Jointly Administered |

- - - - - - - - - - - - - - - - - - - - - - - x

**LIMITED OBJECTION OF WEST MARINE PRODUCTS, INC. TO DEBTORS'
MOTION FOR ORDER UNDER BANKRUPTCY CODE SECTIONS 105, 363, 365
AND 503 AND BANKRUPTCY RULES 2002, 6004 AND 6006 (A) AUTHORIZING SELLER
TO ENTER INTO AGREEMENT FOR SALE OF CERTAIN REAL PROPERTY IN
BALTIMORE, MARYLAND SUBJECT TO HIGHER OR OTHERWISE BETTER BIDS,
(B) APPROVING TERMINATION FEE IN CONNECTION THEREWITH,
(C) APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF ALL INTERESTS,
(D) APPROVING ASSUMPTION, ASSIGNMENT AND SALE OF CERTAIN UNEXPIRED
LEASES OF NON-RESIDENTIAL REAL PROPERTY FREE AND CLEAR OF ALL
INTERESTS AND (E) GRANTING RELATED RELIEF; AND REQUEST FOR HEARING**

      West Marine Products, Inc. ("West Marine"), by and through its undersigned counsel,

hereby files this limited objection to the Debtors' Motion for Order Under Bankruptcy Code

Sections 105, 363, 365, and 503 and Bankruptcy Rules 2002, 6004 and 6006 (A) Authorizing Seller to Enter Into Agreement for Sale of Certain Real Property in Baltimore, Maryland Subject to Higher or Otherwise Better Bids, (B) Approving Termination Fee in Connection Therewith, (C) Approving Sale of Real Property Free and Clear of All Interests, (D) Approving Assumption, Assignment and Sale of Certain Unexpired Leases of Non-Residential Real Property Free and Clear of All Interests and (E) Granting Related Relief (the "Sale Motion") and requests a hearing thereon [D.I. 3496].  In support of this Limited Objection, West Marine respectfully states as follows:

## I.
## BACKGROUND

1.      Circuit City Stores, Inc. (the "Seller"), one of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), is the landlord under an Agreement of Lease (together with any extensions thereof or amendments thereto, the "Lease") dated July 13, 1999. A copy of the Lease is appended to the Sale Motion in Exhibit A thereto.

2.      The Lease relates to a portion of the real property located at 8823 Pulaski Highway, Baltimore County, Maryland (the "Property").

3.      Pursuant to an Assignment and Assumption of Lease dated February 26, 2003 (the "2003 Assignment") by and between Boat America Corporation ("Boat America") and West Marine, Boat America — the original tenant under the Lease — assigned to West Marine all of its right, title and interest as tenant under the Lease.  A copy of the 2003 Assignment is appended hereto as Exhibit A.

4.      Also on February 26, 2003, the Seller signed a Landlord Consent, in which it consented to the 2003 Assignment.  A copy of the Landlord Consent is appended hereto as Exhibit B.

5.      By the Sale Motion, the Debtors seek authority to sell the Property and the Lease, free and clear of all interests, and to assume and assign the Lease, to VEI Circuits LLC (the "Purchaser") or another "Alternate Bidder" (as that term is defined in the Sale Motion).

## II.
## LIMITED OBJECTION AND MEMORANDUM OF POINTS AND AUTHORITIES

6.      West Marine's limited objection to the Sale Motion relates to two issues: (a) cure of Seller's defaults under the Lease, as required by section 365(b)(1) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"); and (b) provision of adequate assurance of future performance under the Lease by the Purchaser or Alternate Bidder, as required by Section 365(f)(2) of the Bankruptcy Code.

**A.      Cure of Seller's Defaults – 11 U.S.C. § 365(b)(1).**

7.      Pursuant to the Lease, West Marine, as tenant, is obligated to pay certain amounts in addition to the base rent, *e.g.,* its proportionate share of the total amount of (a) all real estate taxes and other ad valorem taxes, (b) the operating costs relating to the common areas, and (c) insurance costs.  If the total amount paid by West Marine for any year is less than the actual amount due from West Marine for such year, West Marine must pay the difference to the Seller, as landlord; conversely, if the total amount paid by West Marine for any year is more than the actual amount due from West Marine for such year, West Marine is entitled to a refund by credit or payment, as specified in the Lease (the "Refund").

8.      To determine whether West Marine is entitled to a Refund and, if so, in what amount, the Lease requires that after the conclusion of the calendar year or after receipt of all tax, assessment and expense bills attributable to any tax year, the Seller furnish West Marine with a written statement of the actual amount of West Marine's proportionate share of taxes and common area costs.  However, the Seller has not done so for 2008.

9.     The Seller states, at paragraph 58 of the Sale Motion, that "to the extent that any defaults exist under the Leases that are to be assumed and assigned in connection with the Sale, the Debtors (or the Successful Bidder) would cure any such default." For this reason, and because it is required before the Seller may assume the Lease, the Sale Motion should be granted and the Seller authorized to assume the Lease only if the Seller fulfills its obligations under the Lease with respect to calculating the amount of the Refund and pays any Refund owing to West Marine.

**B.**     **Adequate Assurance of Purchaser's Future Performance – 11 U.S.C. § 365(f)(2).**

10.     Whether a proposed assignee would be the tenant or the landlord under a non-residential real estate lease, adequate assurance of the proposed assignee's future performance must be provided. Where, as here, the Purchaser would be the landlord under the Lease, the most obvious concern – the proposed assignee's ability to pay the rent due under the Lease – is not at issue.

11.     That is not to say, however, that the landlord has no obligations under the Lease, and the Purchaser's (or an Alternate Bidder's) ability to fulfill and perform such obligations must be considered. For example, in addition to monetary obligations such as the Refund, the landlord under the Lease has non-monetary obligations such as operating, managing, and maintaining the common areas of the shopping center, performing certain repairs, and carrying certain insurance. If the Purchaser (or an Alternate Bidder) lacks experience in operation and management of commercial real estate, the Building may be poorly run and West Marine may suffer.[1]

---

[1] West Marine's decision to exercise its option to extend the Lease before the upcoming July 31, 2009 deadline is dependent upon, *inter alia*, whether the Purchaser or an Alternate Bidder has experience in operating and managing commercial real estate.

## CONCLUSION

WHEREFORE, for the reasons stated herein, West Marine hereby (a) objects to the Sale Motion, (b) requests that the Court order the Seller (i) to fulfill its obligations under the Lease with respect to calculating the amount of the Refund, and to pay any Refund owing to West Marine, and (ii) to provide West Marine with such information as reasonably may be requested to provide adequate assurance of future performance by Purchaser (or an Alternate Bidder), (c) requests a hearing with respect to the foregoing; and (d) requests that the Court grant such other relief as is just and equitable.

Dated:  June 16, 2009
        Baltimore, Maryland

                     Timothy W. Brink, Esq.
                     Ann Marie Bredin, Esq.
                     DLA PIPER LLP (US)
                     203 North LaSalle Street
                     Suite 1900
                     Chicago, Illinois  60601-1293
                     Tel: (312) 368-4000
                     Fax: (312) 236-7516
                     timothy.brink@dlapiper.com
                     ann.bredin@dlapiper.com

                             - and –

                     **DLA PIPER LLP (US)**

                        *_/s/ Mark J. Friedman_*
                     Mark J. Friedman, Esq. (VSB No. 16808)
                     6225 Smith Avenue
                     Baltimore, MD  21209-3600
                     Tel: (410) 580-3000
                     Fax:  (410) 580-3001
                     mark.friedman@dlapiper.com

                     Counsel for West Marine Products, Inc.

## **EXHIBIT A**

## ASSIGNMENT AND ASSUMPTION OF LEASE

THIS ASSIGNMENT AND ASSUMPTION OF LEASE (this "Assignment") is made as of the 26 day of Fereuary, 2003, by and between (i) BOAT AMERICA CORPORATION, a Virginia corporation ("Assignor"), and (ii) WEST MARINE PRODUCTS, INC., a California corporation ("Assignee"):

### RECITALS

A.    Assignor wishes to assign to Assignee all of Assignor's right, title and interest as tenant or lessee in, under and to Agreement of Lease Agreement dated July 13, 1999 (the "Lease") (a copy of which is attached as Exhibit A and made a part hereof).

B.    Assignor and Assignee desire to set forth the terms of such assignment of the Lease.

### AGREEMENT

NOW, THEREFORE, for good and valuable consideration, receipt of which is acknowledged, the parties hereto hereby agree as follows:

1.    **Assignment.** Assignor hereby transfers and assigns to Assignee all right, title and interest of Assignor as tenant or lessee under the Lease. Assignor represents and warrants that Exhibit A comprises a full and complete Lease and all amendments thereto.

2.    **Assumption.** Assignee hereby assumes, and agrees to be bound by, all of the covenants, agreements and obligations of Assignor, as tenant or lessee under the Lease, which shall arise or be incurred, or which are required to be paid or to be performed, after the date hereof.

3.    **Insurance Coverage.** As of the date hereof, Assignee has provided Assignor with one or more certificates of insurance evidencing insurance coverage that complies with the Lease and names Assignor as an additional insured (and Assignee shall again furnish insurance certificates to Assignor evidencing such coverage on or before the date that is ten (10) days prior to the issuance of any renewal, replacement or additional insurance policies).

4.    **Binding Effect.** This Assignment shall inure to the benefit of, and be binding upon, each of the parties hereto and their respective successors and assigns.

5.    **Governing Law.** This Assignment shall be governed by and construed in accordance with the internal laws of the State of Maryland, without reference to such state's conflict-of-laws principles.

6.    **Further Assurances.** Assignor covenants that it has the right to convey the Lease to Assignee and that Assignor will execute such further assurances of the Lease as may be requisite.

7.    **Counterparts.** This Assignment may be executed in counterpart signature pages which when taken together will constitute one and the same agreement.

IN WITNESS WHEREOF, Assignor and Assignee have executed this Assignment and Assumption of Lease on the date first above written.

**ASSIGNOR:**

**BOAT AMERICA CORPORATION,**
   a Virginia corporation

By: _____
Name: SAMUEL O. LOWREY
Title: AVP REAL ESTATE & STORE PLANNING

**ASSIGNEE:**

**WEST MARINE PRODUCTS, INC.,**
   a California corporation

By: _____
Name: FRANK G. FRASCOTT
Title: AVP Store Development

2

# Exhibit A

## "Lease"

## EXHIBIT B

## LANDLORD CONSENT

**Re:**     **Agreement of Lease dated July 13, 1999 (the "Lease")
between Circuit City Stores, Inc. ("Landlord") and Boat America
Corporation**

Circuit City Stores, Inc. ("Landlord") has been informed by Boat America
Corporation, a Virginia corporation ("Boat America"), that it desires to assign the Lease to
West Marine Products, Inc., a California corporation ("West Marine Products"). Landlord
consents to (i) Boat America's assignment to West Marine Products of all of Boat
America's rights and obligations under the Lease accruing after the date of the
assignment, and (ii) West Marine Product's acquiring all rights, and assuming and being
liable for all obligations of Boat America under the Lease accruing after the date of the
assignment. Nothing in this instrument shall be deemed to release Boat America from its
obligations under the Lease. Boat America shall remain primarily liable for payments by
and obligations of the tenant under the Lease.

This Landlord Consent shall be binding upon Landlord and its successors and
assigns. All further assignments of the Lease or subleases of the Premises described
therein shall be subject to Landlord's consent in accordance with the terms and conditions
of the Lease.

Circuit City Stores, Inc.

Date: _Oct 31, 2003_     By: _P Dunn_
                         Its:  Senior Vice President

## CERTIFICATE OF SERVICE

Mark J. Friedman, an attorney, certifies that on Tuesday, June 16, 2009, he caused the *LIMITED OBJECTION OF WEST MARINE PRODUCTS, INC. TO DEBTORS' MOTION FOR ORDER UNDER BANKRUPTCY CODE SECTIONS 105, 363, 365 AND 503 AND BANKRUPTCY RULES 2002, 6004 AND 6006 (A) AUTHORIZING SELLER TO ENTER INTO AGREEMENT FOR SALE OF CERTAIN REAL PROPERTY IN BALTIMORE, MARYLAND SUBJECT TO HIGHER OR OTHERWISE BETTER BIDS, (B) APPROVING TERMINATION FEE IN CONNECTION THEREWITH, (C) APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF ALL INTERESTS, (D) APPROVING ASSUMPTION, ASSIGNMENT AND SALE OF CERTAIN UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY FREE AND CLEAR OF ALL INTERESTS AND (E) GRANTING RELATED RELIEF; AND REQUEST FOR HEARING* to be filed electronically.  Notice of this filing was sent by operation of the Court's electronic filing system to all parties who receive notice in this case pursuant to the Court's CM/ECF system.

In addition, the following parties were served on June 16, 2009, in the manner indicated:

### *PARTIES SERVED VIA E-MAIL:*

circuitcityservice@mcguirewoods.com

project.circuitcity@skadden.com

Robert J. Duffy
bob.duffy@fticonsulting.com

Stephen Coulombe
steve.coulombe@fticonsulting.com

Bruce Matson
bruce.matson@leclairryan.com

David S. Berman
dberman@riemerlaw.com

Dion W. Hayes
dhayes@mcguirewoods.com

Gregg M. Galardi
gregg.galardi@skadden.com

Ian S. Fredericks
Ian.Fredericks@skadden.com

Jeffrey N. Pomerantz
jpomerantz@pszjlaw.com

Karen Cordry
kcordry@naag.org

Linda K. Myers
lmyers@kirkland.com

Lynn L. Tavenner
ltavenner@tb-lawfirm.com

Paula S. Beran
pberan@tb-lawfirm.com

Peter J. Barrett
Peter.barrett@kutakrock.com

Robert J. Feinstein
rfeinstein@pszjlaw.com

Robert V. Van Arsdale
Robert.B.Van.Arsdale@usdoj.gov

Timothy G. Pohl
Tim.pohl@skadden.com

Albert F Quintrall Esq
a.quintrall@quintrallaw.com

Robin S Abramowitz
abramowitz@larypc.com

Andrew M Brumby
abrumby@shutts.com
rhicks@shutts.com

Ashely M Chan
achan@hangley.com

Albert A Ciardi III
Thomas D Bielli
aciardi@ciardilaw.com
tbielli@ciardilaw.com

Anthony J Cichello
acichello@kb-law.com

Andrew L Cole
acole@fandpnet.com

Andrews S. Conway
Aconway@taubman.com

Janet M Meiburger
admin@meiburgerlaw.com

Augustus C Epps Jr.
Michael D Mueller
Jennifer M McLemore
Noelle M James
aepps@cblaw.com
mmueller@cblaw.com
jmclemore@cblaw.com
njames@cblaw.com

Ann K Crenshaw
Paul K Campsen
akcrenshaw@kaufcan.com

Alberto Burnstein
alberto@miamidade.gov
MDTCBKC@miamidade.gov

Christopher M Alston
alstc@foster.com

Amy Pritchard Williams
amy.williams@klgates.com

Andrew Herenstein
Andrew.Herenstein@monarchlp.com

Angelique Electra
angelique.electra@vonage.com

Anne Braucher Esq
anne.braucher@dlapiper.com

Daniel J Ansell
Heath B Kushnick Esq
AnsellD@GTLaw.com
kushnickh@gtlaw.com

Elizabeth Banda
Yolanda Humphrey
arlbank@pbfcm.com
ebanda@pbfcm.com
yhumphrey@pbfcm.com

Arthur Lindquist Kleissler
arthurlindquistkleissler@msn.com

Ann E Schmitt
aschmitt@culbert-schmitt.com

Anne Secker
Lisa K Omori
asecker@nheh.com

Diane W Sanders
austin.bankruptcy@publicans.com

Benjamin C Ackerly
JR Smith
Henry Toby P Long III
Thomas N Jamerson
backerly@hunton.com
jrsmith@hunton.com
hlong@hunton.com
tjamerson@hunton.com

Angelica Leon
bankruptcy@co.kern.ca.us

Michael R Dal Lago
bankruptcy@morrisoncohen.com

Brian Atteberry
batteberry@mdea.com

Bradley S Copeland
bcopeland@agsprp.com

John R Roberts
Belkys Escobar
Belkys.Escobar@loudoun.gov

Bradford F Englander
Brian M Nestor
benglander@linowes-law.com
bnestor@linowes-law.com

Darren W Bentley
bentleyd@clementwheatley.com

Howard J Berman
bermanH@gtlaw.com

Betsy Johnson Burn
betsy.burn@nelsonmullins.com

Brian P Hall Esq
bhall@sgrlaw.com
bhanlon@pbcgov.org

Bill Ray
bill.ray@hamiltonbeach.com

Byron Z Moldo
Kenneth Miller
bmoldo@mdfslaw.com
kmiller@mdfslaw.com

Bonnie Holly
bonnieholly@polktaxes.com

Wanda Borges
borgeslawfirm@aol.com

Bradfute W Davenport Jr
bradfute.davenport@troutmansanders.com

c o Brian D Huben
c o Thomas J Leanse
c o Dustin P Branch
brian.huben@kattenlaw.com
dustin.branch@kattenlaw.com
thomas.leanse@kattenlaw.com

Timothy F Brown
Mary Joanne Dowd
Christopher J Giaimo
brown.timothy@arentfox.com
dowd.mary@arentfox.com
giaimo.christopher@arentfox.com

Bruce H Matson
Bruce.Matson@leclairryan.com

Brian Sirower
Lori L Winkelman
Catherine M Guastello
bsirower@quarles.com
lwinkelm@quarles.com
cguastel@quarles.com

William L Wallander
Angela B Degeyter
bwallander@velaw.com
adegeyter@velaw.com

Brenda Moody Whinery
bwhinery@mcrazlaw.com

Blanka Wolfe
Margaret Mann
bwolfe@sheppardmullin.com
Mmann@sheppardmullin.com

Aaron R Cahn
cahn@clm.com

Paul J Laurin
Stephen M Astor
CalendarClerk@laurinlawfirm.com.

Erica S Zaron
cao.bkc@miamidade.gov

Catherine L Strauss
catherinestrauss@regencycenters.com

C B Blackard III
cbblac@acxiom.com

Christopher R Belmonte
Pamela A Bosswick
Abigail Snow
cbelmonte@ssbb.com
pbosswick@ssbb.com
asnow@ssbb.com

Christopher A Camardello
ccamardello@winthrop.com

Craig C Chiang
Shawn M Christianson
cchiang@buchalter.com
schristianson@buchalter.com

Dennis J Drebsky
Christopher M Desiderio
cdesiderio@nixonpeabody.com

Clement J Farley
Angela Sheffler Abreu
cfarley@mccarter.com
aabreu@mccarter.com

Constantinos G Panagopoulos
Charles W Chotvacs
cgp@ballardspahr.com
chotvacsc@ballardspahr.com

Catherine M Guastello
cguastel@quarles.com

Christopher B Mosley
Chris.Mosley@fortworthgov.org

Anne Milgram
citizens.services@lps.state.nj.us

Ramesh Singh
claims@recoverycorp.com

Christine D Lynch
Peter D Bilowz
clynch@goulstonstorrs.com
pbilowz@goulstonstorrs.com

A Carter Magee Jr
W Joel Charboneau
cmagee@mfgs.com
jcharboneau@mfgs.com

G Christopher Meyer
cmeyer@ssd.com

R Chase Palmer
cpalmerplf@gmail.com

Elizabeth Weller
dallas.bankruptcy@publicans.com

David G Reynolds
dave@glassandreynolds.com

David V Cooke
david.cooke@denvergov.org

David B Wheeler
davidwheeler@mvalaw.com

David S Berman
Dberman@riemerlaw.com

Dominic L Chiariello
dc@chiariello.com

David H Cox
John J Matteo
dcox@jackscamp.com
jmatteo@jackscamp.com

G David Dean
ddean@coleschotz.com

David D Hopper
ddhopper@chlhf.com

Denise Mondell
Denise.Mondell@po.state.ct.us

Douglas R Gonzales
dgonzales@wsh-law.com

David A Greer
dgreer@davidgreerlaw.com

David E Hawkins
dhawkins@velaw.com

Deborah H Devan
dhd@nqgrg.com

David W Cranshaw
dhp@mmmlaw.com

Rudolph J Di Massa Jr
Matthew E Hoffman
Lauren Lonergan Taylor
Matthew E Hoffman
DiMassa@duanemorris.com
MEHoffman@duanemorris.com
LLTaylor@duanemorris.com
MEHoffman@duanemorris.com

Douglas D Kappler
dkappler@rdwlawcorp.com

Darryl S Laddin
Frank N White
dladdin@agg.com
frank.white@agg.com

Donald K Ludman
dludman@brownconnery.com

David R McFarlin
dmcfarlin@whmh.com

David M Poitras PC
Caroline R Djang
dpoitras@jmbm.com
crd@jmbm.com

David R Ruby
druby@mcsweeneycrump.com

Davor Rukavina
drukavina@munsch.com

Denyse Sabagh
dsabagh@duanemorris.com

Donald G Scott
dscott@mcdowellrice.com

Daniel R Sovocool
Louis J Cisz III
Gina M Fornario
dsovocool@nixonpeabody.com
lcisz@nixonpeabody.com
gfornario@nixonpeabody.com

David K Spiro
Neil E McCullagh
dspiro@cantorarkema.com
nmccullagh@cantorarkema.com

Sara B Eagle
eagle.sara@pbgc.gov
efile@pbgc.gov

Edith K Altice
ealtice@saul.com

Scott D Fink
ecfndoh@weltman.com

Eugene Chang
echang@steinlubin.com

Eric C Cotton
ecotton@ddrc.com

J Eric Crupi
ecrupi@hunton.com

Attn Richard M Maseles
edvaecf@dor.mo.gov

Ellen A Friedman
efriedman@friedumspring.com

Eric D Goldberg
egoldberg@stutman.com

Edmond P O Brien Esq
eobrien@sbchlaw.com

Eric C Rusnak
eric.rusnak@klgates.com

Ernie Zachary Park
ernie.park@bewleylaw.com

Edward L Rothberg
Jessica L Hickford
erothberg@wkpz.com
jhickford@wkpz.com

Eric J Snyder
esnyder@sillerwilk.com

Fredric Albert
falbert@czmlaw.com

Faye B Feinstein
Christopher Combest
fbf@quarles.com
ccombest@quarles.com

Fred B Ringel
fbr@robinsonbrog.com

Frank F McGinn
ffm@bostonbusinesslaw.com

Gail B Price
gail@bronwenprice.com

Gary T Holtzer
Joseph W Gelb
gary.holtzer@weil.com
joseph.gelb@weil.com

Gay Richey
Sr Credit Manager
gay@epius.com

Gabriela P Cacuci
gcacuci@law.nyc.gov

Gary V Fulghum
gfulghum@sblsg.com

Garry M Graber
Ggraber@HodgsonRuss.com

TN Attorney Generals Office
Gina.Hantel@ag.tn.gov

Lawrence H Glanzer
glanzer@rlglegal.com

Gary M Kaplan
gmkaplan@howardrice.com

Gerald P Kennedy
gpk@procopio.com

Geoffrey T Raicht
graicht@mwe.com

George Rosenberg
grosenberg@co.arapahoe.co.us
jholmgren@co.arapahoe.co.us

Gordon S Woodward
gwoodward@schnader.com

Henry P Baer Jr
hbaer@fdh.com

Heather D Dawson
hdawson@kkgpc.com

Hollace Topol Cohen
Vivieon E Kelley
hollace.cohen@troutmansanders.com
vivieon.kelley@troutmansanders.com

John P Dillman
houston_bankruptcy@publicans.com

Hale Yazicioglu
hyazicioglu@jaspanllp.com

Ian S Landsberg
ilandsberg@lm-lawyers.com

Jason Binford
jason.binford@haynesboone.com
jay.blount@dcsg.com

Jeffrey B Ellman
Brett J Berlin
jbellman@jonesday.com
bjberlin@jonesday.com

James E Bird
Amy E Hatch
jbird@polsinelli.com
ahatch@polsinelli.com

Jess R Bressi
jbressi@coxcastle.com

John M Brom
jbrom@querrey.com

Jeremy Dacks
Marc S Wasserman
jdacks@osler.com
mwasserman@osler.com

Jaime S Dibble
Katherine M Sutcliffe Becker
jdibble@stinson.com
kbecker@stinson.com

Jennifer V Doran
jdoran@haslaw.com

Joseph M Durant
jdurant@nngov.com

Chris Koster
Jeff Klusmeier
Jeff.Klusmeier@ago.mo.us

John E Hilton
jeh@carmodymacdonald.com

Jeremy S Friedberg
Gordon S Young
jeremy.friedberg@llff.com
gordon.young@llff.com

Joseph D Frank
Jeremy C Kleinman
jfrank@fgllp.com

J Bennett Friedman
jfriedman@hkemlaw.com

Jonathan L Gold
Mary A House
Catherine E Creely
jgold@akingump.com
mhouse@akingump.com
ccreely@akingump.com

H Jason Gold
Dylan G Trache Esq
Rebecca L Saitta Esq
Valerie P Morrison Esq
Dylan G Trache Esq
jgold@wileyrein.com
dtrache@wileyrein.com
rsaitta@wileyrein.com
vmorrison@wileyrein.com
dtrache@wileyrein.com

Jeffrey J Graham
jgraham@taftlaw.com

Jessica Hughes Esq
Rhett Petcher Esq
Alexander Jackins
jhughes@seyfarth.com
rpetcher@seyfarth.com
ajackins@seyfarth.com

Jordan M Humphreys
jhumphreys@fpb-law.com

Jenny J Hyun Esq
jhyun@weingarten.com

James H Rollins
jim.rollins@hklaw.com

James Donaldson
jim@coreproperties.com

Jeffrey A Krieger Esq
jkrieger@ggfirm.com

Jeffrey Kurtzman Esq
jkurtzma@klehr.com

John J Lamoureux
jlamoureux@carltonfields.com

Justin D Leonard
jleonard@balljanik.com

Peter J Carney
William Sloan Coats
Julieta L Lerner
jlerner@whitecase.com

John G McJunkin Esq
jmcjunkin@mckennalong.com

John G McJunkin Esq
J David Folds
jmcjunkin@mckennalong.com
dfolds@mckennalong.com

J Seth Moore
Sarah Davis
jmoore@bmpllp.com
sdavis@bmpllp.com
bankruptcyemail@bmpllp.com

Joel T Marker
joel@mbt-law.com

John J Cruciani Esq
john.cruciani@huschblackwell.com

John Marshall Collins Esq
johnolaw@gmail.com

Joon M Khang
joon@khanglaw.com

Josef S Athanas
josef.athanas@lw.com

James A Pardo Jr
Thaddeus D Wilson
jpardo@kslaw.com
thadwilson@kslaw.com

Jeremy W Ryan Esq
jryan@saul.com
jsdlaw@msn.com

Jeffrey L Tarkenton
Todd D Ross
jtarkenton@wcsr.com
toross@wcsr.com

c o James V Lombardi III
jvlombardi@rossbanks.com

James A Wagner Esq
jwagner@wcclaw.com

Katerina Canyon
katerina@pricegrabber.com

Karen C Bifferato Esq
Christina M Thompson Esq
kbifferato@cblh.com
cthompson@cblh.com

Stacey Suncine
Kirk B Burkley
kburkley@bernsteinlaw.com

James S Carr Esq
Robert L LeHane Esq
KDWBankruptcyDepartment@kelleydr
ye.com

Regina Stango Kelbon Esq
John Lucian Esq
Kelbon@blankrome.com
Lucian@blankrome.com

Ken Coleman
ken.coleman@allenovery.com

Kenneth B Roseman
kenroseman@hotmail.com

Karen L Gilman Esq
kgilman@wolffsamson.com

Kimbell D Gourley
kgourley@idalaw.com

Kurt F Gwynne Esq
Kathleen A Murphy Esq
kgwynne@reedsmith.com
kmurphy@reedsmith.com

Kevin G Hroblak Esq
khroblak@wtplaw.com

Kenneth C Johnson
Andria M Beckham
kjohnson@bricker.com
abeckham@bricker.com

Kurt M Kobiljak
kkobiljak@pck-law.com

Gregg S Kleiner
kleinergs@cooley.com

Kevin M Newman Esq
knewman@menterlaw.com

Karla L Palmer Esq
kpalmer@mwe.com

Kevin L Sink
ksink@nichollscrampton.com

Lawrence A Katz
Kristen E Burgers
lakatz@venable.com
keburgers@venable.com

Scott P Carroll Esq
lawcarroll@aol.com
lbrame@winterslaw.com

Lawrence S Burnat Esq
J Carole Thompson Hord Esq
lburnat@swfllp.com
chord@swfllp.com

Laura Day DelCotto Esq
Allison Fridy Arbuckle Esq
ldelcotto@wisedel.com
aarbuckle@wisedel.com

Lee Sudakoff
Lee.Sudakoff@cassets.com

Lei Lei Wang Ekvall Esq
lekvall@wgllp.com

John P Brice
lexbankruptcy@wyattfirm.com

Lawrence J Hilton
lhilton@hewittoneil.com

Linda Taylor
linda@tayloruns.com

Anne M Magruder Esq
Leon Koutsouftikis Esq
lkouts@magruderpc.com

Lloyd B Sarakin
lloyd.sarakin@am.sony.com

Lauren Lonergan Taylor
Matthew E Hoffman
lltaylor@duanemorris.com
mehoffman@duanemorris.com

Leslie D Maxwell Esq
lmaxwell@hatchlaw.com

Louis Benza Esq
louis.benza@empireblue.com

Lionel J Postic Esq
lpostic@mindspring.com
aarusso@mindspring.com

Linda D Regenhardt
lregenhardt@garyreg.com

Larry Stopol Esq
lstopol@levystopol.com

Marc Barreca
marc.barreca@klgates.com
bankruptcyecf@klgates.com

F Marion Hughes
marion.hughes@smithmoorelaw.com

Mark Stromberg
mark@stromberglawfirm.com

Mark K Ames
Jeffrey Scharf
mark@taxva.com

Matthew Righetti
matt@righettilaw.com
erin@righettilaw.com

Michael Busenkell
mbusenkell@wcsr.com

Mark B Conlan Esq
mconlan@gibbonslaw.com

Michael P Falzone Esq
Sheila deLa Cruz Esq
Robert S Westermann
mfalzone@hf-law.com
sdelacruz@hf-law.com
rwestermann@hf-law.com

Michael F McGrath Esq
mfmcgrath@ravichmeyer.com

Michael S Fox Esq
Frederick J Levy Esq
mfox@olshanlaw.com
flevy@olshanlaw.com

Michael S Held Esq
mheld@hunton.com

Michael A Condyles Esq
Loc Pfeiffer Esq
Peter J Barrett Esq
Kimberly A Pierro
michael.condyles@kutakrock.com
loc.pfeiffer@kutakrock.com
peter.barrett@kutakrock.com
kimberly.pierro@kutakrock.com

Michael L Cook
David M Hillman
Meghan M Breen
michael.cook@srz.com
david.hillman@srz.com
meghan.breen@srz.com

Michael E Hastings Esq
michael.hastings@leclairryan.com

Michael E Lacy
michael.lacy@troutmansanders.com

Michael W Malter Esq
Julie H Rome Banks Esq
michael@bindermalter.com
julie@bindermalter.com

Michelle Leeson
michellel@taxcollector.com

Michael J O Grady Esq
mjogrady@fbtlaw.com

Michael S Kogan
Kenneth Miller Esq
mkogan@ecjlaw.com
Kmiller@ecjlaw.com

Mike Lynch
mlynch2@travelers.com

Michael K McCrory Esq
mmccrory@btlaw.com

Malcolm M Mitchell Jr
Suparna Banerjee
Kara D Lehman
mmmitchell@vorys.com
sbanerjee@vorys.com
kdlehman@vorys.com

Mary E Olden Esq
Andre K Campbell Esq
Sean Thomas Thompson Esq
molden@mhalaw.com
acampbell@mhalaw.com
sthompson@mhalaw.com

Min Park Esq
mpark@cblh.com

Michael Reed
mreed@mvbalaw.com

Michael F Ruggio
mruggio@polsinelli.com

Michael J Sage Esq
Karyn B Zeldman
msage@omm.com
kzeldman@omm.com

Quincy Ctr Plaza
msawyer@stopandshop.com

Michael S Stiebel
mstiebel@mrglaw.com

Michael L Tuchin
mtuchin@ktbslaw.com

Madeleine C Wanslee
mwanslee@gustlaw.com

Mitchell B Weitzman Esq
Mweitzman@beankinney.com

Michael L Wilhelm Esq
mwilhelm@W2LG.com

Nancy A Washington Esq
naw@saiber.com

Neil P Goldman Esq
John P Van Beek Esq
ngoldman@ygvb.com

Neil E Herman Esq
Menacheh O Zelmanovitz Esq
nherman@morganlewis.com
mzelmanovitz@morganlewis.com

Nancy Hotchkiss Esq
nhotchkiss@trainorfairbrook.com

Nancy Klemstine Real Estate Mgr
nklemstine@microcenter.com

Nicholas M Miller
nmiller@ngelaw.com

Nicholas W Whittenburg
nwhittenburg@millermartin.com

Paul M Black Esq
pblack@spilmanlaw.com

Peter N Tamposi
Peter@dntpc.com
nontrustee@dntpc.com

Peter J Gurfein
pgurfein@akingump.com

Philip C Baxa Esq
phil.baxa@mercertrigiani.com

Peter C Hughes Esq
phughes@dilworthlaw.com

Phyllis A Hayes
Phyllis.Hayes@rmsna.com

Paul K Campsen Esq
pkcampsen@kaufcan.com

David L Pollack Esq
Jeffrey Meyers Esq
Jesse N Silverman Esq
pollack@ballardspahr.com
meyers@ballardspahr.com
silvermanj@ballardspahr.com

Paul J Pascuzzi
ppascuzzi@ffwplaw.com

C Thomas Ebel Esq
William A Gray Esq
Peter M Pearl Esq
Lisa Taylor Hudson Esq
ppearl@sandsanderson.com
lhudson@sandsanderson.com
bgray@sandsanderson.com
tebel@sandsanderson.com

Paul Resnick
pr@southwindsltd.com

Paul Rubin
prubin@herrick.com

Penny R Stark Esq
pstarkesq@yahoo.com

Peter E Strniste
Patrick M Birney
pstrniste@rc.com
pbirney@rc.com

Raul A Cuervo
rac@wdc.jordenusa.com

Raymond W Battaglia
Rbattaglia@obht.com

Ron C Bingham II
rbingham@stites.com

Richard C Ogden Esq
Martin A Brown Esq
rco@lawokc.com
martin.brown@kawokc.com

Richard T Davis
rdavis@cafarocompany.com

Robert W Dremluk Esq
rdremluk@seyfarth.com

Ronald G Dunn Esq
rdunn@gdwo.net

Robert A Dybing
Robert R Musick
rdybing@t-mlaw.com
bmusick@t-mlaw.com

Michael A Cox
Victoria A Reardon
ReardonV@michigan.gov

Robert C Edmundson
redmundson@attorneygeneral.gov

Robert E Greenberg Esq
Thomas F Murphy Esq
rgreenberg@dclawfirm.com

Richard I Hutson Esq
rhutson@fullertonlaw.com

Richard I Hutson Esq
rhutson@fullertonlaw.com

Richard Hagerty
richard.hagerty@troutmansanders.com

Richard E Lear
richard.lear@hklaw.com

Ronald K Brown Jr
rkbgwhw@aol.com

Roy S Kobert Esq
rkobert@broadandcassel.com

Martha E Romero
romero@mromerolawfirm.com

Robert Somma Esq
Laura A Otenti Esq
rsomma@pbl.com
lotenti@pbl.com

Robert D Tepper Esq
rtepper@sabt.com

Roy M Terry Jr Esq
John C Smith Esq
Elizabeth L Gunn Esq
rterry@durrettebradshaw.com
jsmith@durrettebradshaw.com
egunn@durrettebradshaw.com

Ronald M. Tucker
rtucker@simon.com

Ruth Weinstein
rweinstein@cusa.canon.com

Robert S Westermann Esq
rwestermann@hunton.com

Rafael X Zahralddin Aravena
Neil R Lapinski
rxza@elliottgreenleaf.com
nrl@elliottgreenleaf.com

Samuel S Oh Esq
sam.oh@limruger.com

David G Aelvoet
sanantonio.bankruptcy@publicans.com

Sara L Chenetz Esq
schenetz@sonnenschein.com

Seth A Drucker Esq
Adam K Keith Esq
Joseph R Sgroi Esq
sdrucker@honigman.com
akeith@honigman.com
jsgroi@honigman.com

John L Senica
senica@millercanfield.com

Stanley E Goldich
sgoldich@pszjlaw.com

Andrea Sheehan
sheehan@txschoollaw.com

Susan R Sherrill Beard
sherrill-beards@sec.gov

Steven J Adams Esq
sja@stevenslee.com

Suzanne Jett Trowbridge
sjt@goodwingoodwin.com

Scott R Kipnis Esq
Rachel N Greenberger Esq
Nicholas B Malito Esq
skipnis@hgg.com
rgreenberger@hgg.com
nmalito@hgg.com

Detlef G Lehnardt
Stephen K Lehnardt
skleh@lehnardt-law.com

Stephen E Leach Esq
D Marc Sarata Esq
sleach@ltblaw.com
msarata@ltblaw.com

Sheila L Shadmand Esq
slshadmand@jonesday.com

Stephen A Metz Esq
Courtney R Sydnor Esq
Gregory D Grant Esq
smetz@srgpe.com
ggrant@srgpe.com
csydnor@srgpe.com

Steven H Newman Esq
snewman@katskykorins.com

Rhysa Griffith South Esq
Sou06@co.henrico.va.us

Scott A Stengel Esq
Jonathan P Guy Esq
sstengel@orrick.com
jguy@orrick.com

Brian D Womac
Stacy Kremling
Stacey@brianwomac.com
brianwomac@aol.com

Stephen W Spence Esq
Scott L Adkins Esq
sws@pgslaw.com
sla@pgslaw.com

Terrance A Hiller Jr Esq
David M Blau Esq
tah@kompc.com
dmb@kompc.com

Tammy Jones Pro Se
tammik@oklahomacounty.org

Frederick Black
Tara B Annweiler
tannweiler@greerherz.com

Lynda Hall
taxcol@co.madison.al.us
swells@co.madison.al.us

Ted A Berkowitz
tberkowitz@farrellfritz.com

Timothy A Bortz
tbortz@state.pa.us

R Timothy Bryan
Alan M Noskow
tbryan@pattonboggs.com
anoskow@pattonboggs.com

Terri L Gardner
Anitra Goodman Royster
terri.gardner@nelsonmullins.com
anitra.royster@nelsonmullins.com

German Yusufov
Terri A Roberts
terri.roberts@pcao.pima.gov
german.yusufov@pcao.pima.gov

Timothy W Brink Esq
Forrest Lammiman
Ann Marie Bredin
timothy.brink@dlapiper.com
forrest.lammiman@dlapiper.com
ann.bredin@dlapiper.com
tking@kech.com

William A Trey Wood III
Trey.Wood@bgllp.com

Travis A Sabalewski
tsabalewski@reedsmith.com

Troy Savenko
tsavenko@gregkaplaw.com

William H Schwarzschild III
W Alexander Burnett
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

Tiffany Strelow Cobb
tscobb@vssp.com

Vincent A D Agostino
vdagostino@lowenstein.com

Vicky Namken
vnamken@us.ibm.com

William A Broscious
wbroscious@kbbplc.com

William D Buckner
Catherine J Weinberg
wbuckner@bamlaw.net
cweinberg@bamlaw.net

William H Casterline Jr
Jeremy B Root
wcasterlinejr@bklawva.com
jroot@bklawva.com

William C Crenshaw
wcrenshaw@pogolaw.com

Wendy M Mead PC
wendymeadpc@verizon.net

William J Factor
David C Christian II
wfactor@seyfarth.com
dchristian@seyfarth.com

William F Gray Jr
Timothy B Martin
wgray@torys.com
tmartin@torys.com

Wayne R Terry
wterry@hemar-rousso.com

Stephan W Milo
smilo@wawlaw.com

Barbie D Lieber
barbie@lieberlegal.com

## *PARTIES SERVED VIA FACSIMILE:*

Securities & Exchange Commission
Attn: Bankruptcy Unit
**Fax: 202-772-9293**

Corporate Sales and Use Employer
 Withholding, and Litter Tax
Virginia Department of Taxation
**Fax: 804-254-6111**

Thomas G. Yoxall
Thomas a. Connop
Melissa S. Hayward
Locke Lord Bissell & Liddell LLP
**Fax: 214-740-8800**

Adam Hiller
Draper & Goldberg PLLC
**Fax: 302-213-0043**

Shannon E. Hoff
Poyner Spruill
**Fax: 704-342-5264**

Georgette Treece
G&W Service Co. LP
**Fax: 713-227-3410**

Richard F. Stein
Dana J. Boente
Attorney General of the United States
**Fax: 804-916-3939**

Kurtzman Carson Consultants LLC
Attn: Evan Gershbein
**Fax: 310-751-1853**

Internal Revenue Service
Attn: L. Lorello
**Fax: 804-916-8198**

Dexter D. Joyner
Pasadena Independent School District
**Fax: 281-991-6012**

James E. Clarke
L. Darren Goldberg
Draper & Goldberg PLLC
**Fax: 703-995-4542**

Elizabeth C. Freeman
Locke Lord Bissell & Liddell LLP
**Fax: 713-223-3717**

Robert P. McIntosh
Attorney General of the United States
**Fax: 804-819-7417**

Sylvia M. Omelas
Mario A. Castillo Jr.
Omelas Castillo & Omelas PLLC
**Fax: 956-725-4594**

David McCall
Gay McCall Isaacks Gordon & Roberts PC
**Fax: 972-424-5619**

Mary Elisabeth Naumann
Jackson Kelly PLLC
**Fax: 859-252-0688**

## *PARTIES SERVED VIA MESSENGER, OVERNIGHT COURIER, OR USPS EXPRESS MAIL*

*Via Messenger*
Vanguard Commercial Development, Inc.
Attn:  Leonard Weinberg, II
1500 Serpentine Road, Suite 100
Baltimore, Maryland  21209

*Via Messenger*
Eugene W. Cunningham, Jr.
Royston, Mueller, McLean & Reid LLP
102 W. Pennsylvania Ave., Suite 600
Towson, Maryland  21204

*Via Messenger*
Circuit City Stores, LLC
4951 Lake Brook Drive
Glen Allen, VA  23060-9279

*Via USPS Express Mail*
Department of Justice, Civil Division
Attn:  Director, Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, DC  20044

*Via Overnight Courier*
Securities & Exchange Commission
Attn:  Nathan Fuchs, Esq.
          Patricia Schrage, Esq.
3 World Financial Center, Suite 400
New York, NY  10281-1022

*Via Overnight Courier*
Office of the Attorney General
Attn:  Bob McDonnell
State of Virginia
900 E. Main Street
Richmond, VA  23219

*Via Overnight Courier*
Attorney General of the US
Robert K. Coulter
10th St. and Constitution Ave. NW
Main Justice Building, Room 5111
Washington, DC  20530

*Via USPS Express Mail*
Chatham County Tax Commissioner
Attn:  Daniel T. Powers
P.O. Box 8321
Savannah, GA  31412

*Via Messenger*
UrbanCal Oakland II LLC
c/o Urban Retail Properties LLC
900 N. Michigan Ave., Suite 900
Chicago, IL  60611

*Via Overnight Courier*
Eaton Corporation
Attn:  David J. Persichetti
Eaton Center
1111 Superior Avenue
Cleveland, OH  44114-2584

*Via Overnight Courier*
Thomas W. Daniels
1265 Scottsville Road
Rochester, NY  14624

*Via Overnight Courier*
Broward County
Attn:  Jeffrey J. Newton
115 S. Andrews Avenue
Government Center
Ft. Lauderdale, FL  33301

*Via Overnight Courier*
Griffith McCaque & Wallace PC
Attn:  Judy Gawlowski
200 Allegheny Center Mall
Pittsburgh, PA  15212

*Via USPS Express Mail*
Gregory Lee McCall
FCI Forrest City Low
P.O. Box 9000
Forrest City, AR  72336

*Via Overnight Courier*
Millman 2000 Charitable Trust
Attn: David Bennett
2400 Cherry Creek Dr. S
Suite 7002
Denver, CO 80209-3261

*Via Overnight Courier*
Parsons Kinghorn Harris
Attn: George B. Hofmann
111 E. Broadway, 11th Floor
Salt Lake City, UT 84111

*Via Overnight Courier*
Secretary of Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20020

Parties may access this filing through the Court's CM/ECF system.

/s/ Mark J. Friedman
Mark J. Friedman, Esq. (VSB No. 16808)

CENTRAL\31236422.1