UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC. | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtor. | ) | |
| | ) | |

**DECLARATION OF TIM O'DONNELL IN SUPPORT OF U.S. SIGNS' RESPONSE TO DEBTORS' FIFTH OMNIBUS OBJECTION TO CERTAIN MISCLASSIFIED NON-GOODS 503(B)(9) CLAIMS**

I declare under penalty of perjury that I have read the Response of U.S. Signs to the

Debtors, Circuit City Stores, Inc.'s Fifth Omnibus Objection to Certain Misclassified Non-Goods

503(b)(9) Claims and the attachments contained therein and they are true and correct to the best

of my knowledge, information and belief.

_____
Date

_____
Tim O'Donnell, CEO
an Authorized Agent for U.S. Signs