Catherine E. Creely (Virginia Bar No. 74796)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone:  202.887.4000
Facsimile:  202.887.4288

Peter J. Gurfein (*admitted pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067
Telephone: 310.229.1000
Facsimile: 310.229.1001

ATTORNEYS FOR CIM/BIRCH ST., INC.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF VIRGINIA

# RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| CIRCUIT CITY STORES, INC. *et al.*, | § | CASE NO. 08-35653-KRH |
| | § | |
| Debtors. | § | Jointly Administered |

## NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE

**PLEASE TAKE NOTICE** that, on or about December 11, 2008, a Notice of Appearance was filed by Peter J. Gurfein, Mary A. House and Catherine E. Creely of Akin Gump Strauss Hauer & Feld LLP on behalf of CIM/Birch St., Inc.

**PLEASE TAKE FURTHER NOTICE** that as of June 12, 2009, Mary A. House ceased her employment with Akin Gump Strauss Hauer & Feld LLP, and therefore hereby withdraws her appearance in these proceedings on behalf of CIM/Birch St., Inc. and requests that she be removed from the service list in this case.

8170126 v1

**PLEASE TAKE FURTHER NOTICE** that going forward, it is respectfully requested that all notices given or required to be given in these proceedings (and in any other cases hereafter jointly administered or consolidated herewith) and all papers served or required to be served in these proceedings, be served upon the undersigned at the office address, facsimile number, and email addresses listed as follows:

Peter J. Gurfein
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067
Telephone: 310.229.1000
Facsimile: 310.229.1001
Email: pgurfein@akingump.com

Catherine E. Creely
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone:  (202) 887-4000
Facsimile:  (202) 887-4288
Email: ccreely@akingump.com

[*remainder of page left intentionally blank*]

8170126 v1

Pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers to which the Bankruptcy Rules refer and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or other request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

Dated this 16th day of June, 2009.

    Respectfully submitted,

    AKIN GUMP STRAUSS HAUER & FELD LLP

    By:   /s/ *Catherine E. Creely*
        Catherine E. Creely (Virginia Bar No. 74796)
        1333 New Hampshire Avenue, N.W.
        Washington, D.C. 20036
        Telephone: (202) 887-4000
        Facsimile: (202) 887-4288

    --and--

    Peter J. Gurfein (*admitted pro hac vice*)
    2029 Century Park East
    Suite 2400
    Los Angeles, CA 90067
    Telephone: 310.229.1000
    Facsimile: 310.229.1001

ATTORNEYS FOR CIM/BIRCH ST., INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing *Notice of Withdrawal of Attorney Appearance* has been served via United States mail, first class, postage prepaid on the parties listed on the attached Service List on this the 16th day of June, 2009.

                                                  /s/ *Catherine E. Creely*
                                                  Catherine E. Creely

8170126 v1

## Service List

Daniel F. Blanks
Douglas M. Foley
McGuire Woods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510

Greg M. Galardi
Ian S. Fredericks
Skadden Arps Slate Meagher & Flom LLP
One Rodney Sq.
PO Box 636
Wilmington, DE 19899

Alan J. Kornfeld
Brad R. Godshall
Gillian N. Brown
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA 23219

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street
Suite 4304
Richmond, VA 23219

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street
15th Floor
San Francisco, CA 94111

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave.
36th Floor
New York, NY 10017

5