R. Scott Alsterda (*pro hac vice pending*)
Theodore E. Harman (*pro hac vice pending*)
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
Telephone: (312) 977-9253
Facsimile: (312) 977-4405

-and-

Christopher L. Perkins (Va. Bar No. 41783)
LECLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
Telephone: (804) 783-2003
Facsimile: (804) 783-2294

*Counsel for Nina Winston, Administrator*
*of the Estate of David Winston*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Circuit City Stores, Inc., et al., | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| NINA WINSTON, Administrator of the | ) | |
| Estate of DAVID WINSTON, deceased, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF MOTION AND HEARING OF THE MOTION
FOR RELIEF FROM AUTOMATIC STAY OF NINA WINSTON,
<u>ADMINISTRATOR OF THE ESTATE OF DAVID WINSTON, DECEASED</u>**

**PLEASE TAKE NOTICE** that on June 16, 2009, The Motion For Relief From Automatic Stay of Nina Winston, Administrator of the Estate of David Winston, Deceased, (the "Motion") was filed pursuant to 11 U.S.C. § 362.

PLEASE TAKE FURTHER NOTICE that a hearing has been set to consider the Motion for **July 23, 2009 at 11:00 a.m**. before the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, 701 E. Broad Street, Courtroom 5000, Richmond, Virginia 23219.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**  Under Local Bankruptcy Rule 9013-1 and the Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures, if you want the Court to consider your views on the Motion, then you or your attorney must:

1.    File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).  If you mail your written response to the court for filing, you must mail it early enough so the court will **receive** it on or before **July 16, 2009.**

> Clerk of the Court
> United States Bankruptcy Court
> 701 East Broad Street, Suite 4000
> Richmond, Virginia 23219

2.    Attend the hearing scheduled for **July 23, 2009 at 11:00 a.m.** before the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, 701 E. Broad Street, Courtroom 5000, Richmond, Virginia 23219.  **If you or your attorney do not attend the hearing, the Court may grant the relief requested in the Motion.**

If you or your attorneys do not take these steps, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.

DATED:     June 16, 2009              Respectfully submitted,


                                      /s/ Christopher L. Perkins
                                      Movant


R. Scott Alsterda  (*pro hac vice pending*)
Theodore E. Harman  (*pro hac vice pending*)
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois  60602
Telephone: 312.977.4400
Facsimile: 312.977.4405

Christopher L. Perkins (Va. Bar No.41783)
LECLAIR RYAN
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia  23219
Telephone: (804) 783-7550
Facsimile: (804) 783-7686
christopher.perkins@leclairryan.com

*Counsel for Nina Winston, Administrator of the Estate of David Winston, Deceased*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of June 2009, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter.

                                          /s/  Christopher L. Perkins