R. Scott Alsterda (*pro hac vice pending*)
Theodore E. Harman *(pro hac vice pending)*
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
Telephone: (312) 977-9253
Facsimile: (312) 977-4405

-and-

Christopher L. Perkins (Va. Bar No. 41783)
LECLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
Telephone: (804) 783-2003
Facsimile: (804) 783-2294

*Counsel for Nina Winston, Administrator
of the Estate of David Winston*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Circuit City Stores, Inc., <u>et al.</u>, | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**MOTION FOR ADMISSION
<u>PRO HAC VICE OF R. SCOTT ALSTERDA</u>**

Christopher L. Perkins ("Movant") hereby moves the Court, pursuant to Local Bankruptcy Rule 2090-1(E), to enter an order authorizing R. Scott Alsterda ("Mr. Alsterda"), an attorney with the law firm of Ungaretti & Harris, LLP, to appear *pro hac vice* in the referenced bankruptcy cases before the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Case") to represent Nina Winston,

Administrator of the Estate of David Winston, Deceased ("Mrs. Winston"), and in support of this Motion, the Movant states as follows:

1. Movant is a member in good standing of the Bar of the Supreme Court of Virginia and an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia.

2. Mr. Alsterda is in good standing with and admitted to practice before the Supreme Court of Illinois and is admitted to practice before the United States District Court for the Northern District of Illinois as well as the United States Bankruptcy Court for the Northern District of Illinois. There are no disciplinary proceedings pending against Mr. Alsterda in any jurisdiction in which he is admitted to practice.

3. Movant requests that this Court authorize Mr. Alsterda to file pleadings in, to appear and be heard at hearings concerning, and to otherwise participate in the Bankruptcy Case (and related proceedings) on behalf of Mrs. Winston.

4. Movant shall serve as co-counsel with Mr. Alsterda in the Bankruptcy Case (and related proceedings).

5. Notice of this Motion has been given to (a) the Office of the United States Trustee, (b) to counsel for the Debtors, and (c) all persons receiving electronic notice in the Bankruptcy Case as of the service hereof.

WHEREFORE, Movant respectfully requests that this Court enter an Order authorizing R. Scott Alsterda to appear *pro hac vice* in the Bankruptcy Case in substantially the same form as Exhibit A attached hereto and grant such other and further relief as is just.

/s/ Christopher L. Perkins
Movant

2

R. Scott Alsterda *(pro hac vice pending)*
Theodore E. Harman *(pro hac vice pending)*
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
Telephone: (312) 977-9253
Facsimile: (312) 977-4405

Christopher L. Perkins (Va. Bar No. 41783)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, VA 23219
Telephone: (804) 783-7550
Facsimile:  (804) 783-7686
christopher.perkins@leclairryan.com

*Counsel for Nina Winston, Administrator of the Estate of David Winston, Deceased*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 16th day of June 2009, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, including all persons appearing below:

    Daniel F. Blanks, Esquire
    Douglas M. Foley, Esquire
    McGuire Woods LLP
    9000 World Trade Center
    101 W. Main Street
    Norfolk, VA 23510
    *Counsel for Debtors*

    Gregg M. Galardi, Esquire
    Skadden Arps Slate Meagher & Flom, LLC
    One Rodney Square
    Post Office Box 636
    Wilmington, Delaware 19899-0636
    *Counsel for Debtors*

    Robert Van Arsdale, Esquire
    Assistant U.S. Trustee
    Office of the U.S. Trustee
    701 East Broad Street, Suite 4304
    Richmond, VA 23219
    *Office of the U.S. Trustee*

      /s/ Christopher L. Perkins

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Circuit City Stores, Inc., et al., | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**ORDER GRANTING ADMISSION PRO HAC VICE**

This matter came before the Court upon the Motion to Admit Counsel Pro Hac Vice (the "Motion") filed by Christopher L. Perkins seeking admission *pro hac vice* for R. Scott Alsterda, Esquire, of the law firm of Ungaretti & Harris LLP, in the above-styled bankruptcy proceeding pursuant to Local Bankruptcy Rule 2090-1 (E)(2).  After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, that no other or further notice is required, and that it is appropriate that R. Scott Alsterda be authorized to practice pro hac vice before the Court on behalf of Nina Winston, Administrator of the Estate of David Winston, Deceased, in the aforementioned bankruptcy proceeding.  It is therefore

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that R. Scott Alsterda may appear and practice *pro hac vice* in the above-captioned matter and any related proceedings on behalf of Nina Winston, Administrator of the Estate of David Winston, Deceased.

ENTERED: _____

UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

R. Scott Alsterda (*pro hac vice pending*)
Theodore E. Harman *(pro hac vice pending)*
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
Telephone: (312) 977-9253
Facsimile: (312) 977-4405

Christopher L. Perkins (Va. Bar No. 41783)
LECLAIR RYAN
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia  23219
(804) 783-7550
(804) 783-7686 – Fax
*Counsel for Nina Winston, Administrator of the Estate of David Winston, Deceased*

## LOCAL RULE 9022-1 CERTIFICATION

I hereby certify that the foregoing has been either endorsed by or served upon all necessary parties.

Christopher L. Perkins

## SERVICE LIST

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA  23510
*Counsel for Debtors*

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
Post Office Box 636
Wilmington, Delaware  19899-0636
*Counsel for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL  60606
*Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219
*Office of the U.S. Trustee*