R. Scott Alsterda (*pro hac vice pending*)
Theodore E. Harman *(pro hac vice pending)*
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
Telephone: (312) 977-9253
Facsimile: (312) 977-4405

-and-

Christopher L. Perkins (Va. Bar No. 41783)
LECLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
Telephone: (804) 783-2003
Facsimile: (804) 783-2294

*Counsel for Nina Winston, Administrator
of the Estate of David Winston*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Circuit City Stores, Inc., et al., | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**MOTION FOR ADMISSION**
**<u>PRO HAC VICE OF THEODORE E. HARMAN</u>**

Christopher L. Perkins ("Movant") hereby moves the Court, pursuant to Local Bankruptcy Rule 2090-1(E), to enter an order authorizing Theodore E. Harman ("Mr. Harman"), an attorney with the law firm of Ungaretti & Harris, LLP, to appear *pro hac vice* in the referenced bankruptcy cases before the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Case") to represent Nina Winston,

Administrator of the Estate of David Winston, Deceased ("Mrs. Winston"), and in support of this Motion, the Movant states as follows:

1. Movant is a member in good standing of the Bar of the Supreme Court of Virginia and an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia.

2. Mr. Harman is in good standing with and admitted to practice before the Supreme Court of Illinois and is admitted to practice before the United States District Court for the Northern District of Illinois as well as the United States Bankruptcy Court for the Northern District of Illinois. There are no disciplinary proceedings pending against Mr. Harman in any jurisdiction in which he is admitted to practice.

3. Movant requests that this Court authorize Mr. Harman to file pleadings in, to appear and be heard at hearings concerning, and to otherwise participate in the Bankruptcy Case (and related proceedings) on behalf of Mrs. Winston.

4. Movant shall serve as co-counsel with Mr. Harman in the Bankruptcy Case (and related proceedings).

5. Notice of this Motion has been given to (a) the Office of the United States Trustee, (b) to counsel for the Debtors, and (c) all persons receiving electronic notice in the Bankruptcy Case as of the service hereof.

WHEREFORE, Movant respectfully requests that this Court enter an Order authorizing Theodore E. Harman to appear *pro hac vice* in the Bankruptcy Case in substantially the same form as Exhibit A attached hereto and grant such other and further relief as is just.

/s/ Christopher L. Perkins  
Movant

R. Scott Alsterda *(pro hac vice pending)*
Theodore E. Harman *(pro hac vice pending)*
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
Telephone: (312) 977-9253
Facsimile: (312) 977-4405

Christopher L. Perkins (Va. Bar No. 41783)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, VA 23219
Telephone: (804) 783-7550
Facsimile:  (804) 783-7686
christopher.perkins@leclairryan.com

*Counsel for Nina Winston, Administrator of the Estate of David Winston, Deceased*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of June 2009, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, including all persons appearing below:

      Daniel F. Blanks, Esquire
      Douglas M. Foley, Esquire
      McGuire Woods LLP
      9000 World Trade Center
      101 W. Main Street
      Norfolk, VA  23510
      *Counsel for Debtors*

      Gregg M. Galardi, Esquire
      Skadden Arps Slate Meagher & Flom, LLC
      One Rodney Square
      Post Office Box 636
      Wilmington, Delaware  19899-0636
      *Counsel for Debtors*

      Robert Van Arsdale, Esquire
      Assistant U.S. Trustee
      Office of the U.S. Trustee
      701 East Broad Street, Suite 4304
      Richmond, VA  23219
      *Office of the U.S. Trustee*

      /s/  Christopher L. Perkins

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Circuit City Stores, Inc., et al., | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**ORDER GRANTING ADMISSION PRO HAC VICE**

This matter came before the Court upon the Motion For Admission Pro Hac Vice (the "Motion") filed by Christopher L. Perkins seeking admission *pro hac vice* for Theodore E. Harman, Esquire, of the law firm of Ungaretti & Harris LLP, in the above-styled bankruptcy proceeding pursuant to Local Bankruptcy Rule 2090-1 (E)(2). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, that no other or further notice is required, and that it is appropriate that Theodore E. Harman be authorized to practice pro hac vice before the Court on behalf of Nina Winston, Administrator of the Estate of David Winston, Deceased, in the aforementioned bankruptcy proceeding. It is therefore

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Theodore E. Harman may appear and practice *pro hac vice* in the above-captioned matter and any related proceedings on behalf of Nina Winston, Administrator of the Estate of David Winston, Deceased.

ENTERED:                                      _____
                                                              UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

_____
R. Scott Alsterda (*pro hac vice pending*)
Theodore E. Harman *(pro hac vice pending)*
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
Telephone: (312) 977-9253
Facsimile: (312) 977-4405

Christopher L. Perkins (Va. Bar No. 41783)
LECLAIR RYAN
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia  23219
(804) 783-7550
(804) 783-7686 – Fax
christopher.perkins@leclairryan.com
*Counsel for Nina Winston, Administrator of the Estate of David Winston, Deceased*

## **LOCAL RULE 9022-1 CERTIFICATION**

I hereby certify that the foregoing has been either endorsed by or served upon all necessary parties.

_____
Christopher L. Perkins

## SERVICE LIST

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA  23510
*Counsel for Debtors*

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
Post Office Box 636
Wilmington, Delaware  19899-0636
*Counsel for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL  60606
*Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219
*Office of the U.S. Trustee*