Claim # 12211
{Claim Letter}



6-10-09
Wednesday

To Whom it may concern,

I Mr. Jerry L. Knighten, oppose the reclassification of my claim in response to the omnibus objection in accordance with the notice I received.

Come on now people, you all know very well that I and many others who have filed these claims, had no way of knowing about the cut off date before filing them. It's not like you all was able to contact us by sending any type of claim forms to file in the first place and that's because you all couldn't. You all know that.

I as a former, frequent customer could not help the fact that I did not receive any forms/information about this issue long before the deadline. I did not receive it until way after, when they were actually closing. Let me just put it this way Sirs/Mams, when I returned items to Circuit City, I did not receive any cash refunds for them, instead they put the refund on those gift cards that I've sent you all a copy of.

By you all objecting to my complaint, it's as if I'm being robbed because I didn't get the chance to take advantage of the refunded credit from the items I returned to Circuit City. After moving from one place to another, I misplaced my cards, but then made

(pg 2)

Claim # 12211                                    6-10-09 (wed)

an effort to find them once I heard my favorite store was leaving me (lol), but I'm serious. Once I found them, there was nothing worthy left to use my credit refund on because everything was gone and was I disappointed.

It would be much appreciative if you all would at least take my (a frequent, former buying circuit city customer) situation into consideration. My family and really miss Circuit City because now we're forced to go to it's former competitors, like Best Buy. Again please take this into consideration. (Total amount of refunded money on gift card is 121.90)

Thanks,
Jerry L. Knighten

{ The United States Bankruptcy Court for The Eastern District of Virginia Richmond Division }

<u>Debtors</u>
{ Circuit City Stores Inc. et al
Chapter 11 Case Number - 08-35653 (KRH)
Jointly Administered }

Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (individually, a "Claim" and collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Omnibus Objection seeks to disallow Claims, including your Claim(s), listed below

| TO: | Claim Number | Asserted Claim Amount |
|---|---|---|
| Knighten, Jerry L<br>226 Barrington Dr Apt 226<br>Bossier City, LA 71112 | 12211 | $121.90 |

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OMNIBUS OBJECTION. <u>YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION</u>. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OMNIBUS OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY WITHIN THIRTY (30) DAYS OF THE SERVICE OF THE OMNIBUS OBJECTION, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OMNIBUS OBJECTION CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

SHREVEPORT LA 711

U.S. Mail
Clerk
United States Bankruptcy Court
701 East Broad Street Room 4000
Richmond, Virginia 23219

JeRRY L. Knighten
224 BaRRington DR
Apt. 224
Bossier City, LA.
71112