June 11, 2009

```
RICHMOND DIVISION
FILED
JUN 1 6 2009
CLERK
U.S. BANKRUPTCY COURT
```

Ismay Gayle
1242 Summerstone Trace
Austell, GA 30168

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, VA 23219

Sir/Madam:

This is in response to a package I received post dated June 4, 2009 stating that my claim, number: 11312 filed against Circuit City Stores, Inc., case number 08-35653 was filed late.

Please be aware that my claim was properly filed and was received in a timely manner on February 9, 2009. This date is long before the expected given date June 30, 2009 given in the letter I received. I would like to make the court aware that I would like to be included in the claim filed against Circuit City Stores, Inc.

Thanks for your consideration.

Sincerely,

*Ismay Gayle*
Ismay Gayle