UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
Richmond, VA 23219
Case Number 08-35653-KRH
Chapter 11
Judge Kevin R. Huennekens

Claim Number: 12868
Gift Certificate   $100.00

Judge Kevin R. Huennekens
UNITED STATES BANKRUPTCY COURT
Richmond, VA 23219



Your Honor:

PLEASE TAKE NOTICE THAT I oppose the Debtors, CIRCUIT CITY STORES, INC., NINTH OMNIBUS OBJECTION.

I oppose the reclassification of my Claim.

I'm 85 years of age, disabled, and cannot travel.

Thank You

Mary H. Stienemann
1037 Maiden Choice Ln. Apt. B
Baltimore, MD 21229
Telephone No. 410-247-7636