2009-06-09

Clerk of the Bankruptcy Court

Circuit City Stores

United States Bankruptcy Court
701 East Broad Street- Room 4000
Richmond, Virginia 23219

Case Number . 08-35635

LET THIS STAND AS A FORMAL WRITTEN RESPONSE IN OPPOSITION TO THE OMNIBUS OBJECTION TO
THE CLAIM LISTED BELOW:

| CLAIM NUMBER: | ASSERTED CLAIM AMT: | DEBTOR: |
|---|---|---|
| 10474 | 605.35 | Circuit City Stores, inc. case number.08-35653 |

RICHMOND DIVISION
FILED JUN 1 6 2009
CLERK U.S. BANKRUPTCY COURT

My name is Cheryl Daves. The amt of my claim is $605.35 . I ask the court not to sustain the omnibus objection. The reason I ask the court to do this is because, on 01/31/09 I purchased a flat screen television from the Circuit City liquidation sale. When I went to the pick up window to recieve the television, I noticed a dent in the box. I asked the store clerk for another one. The clerk informed me that this was the last television, and it was just the box. I was assured the television was in perfect condition. I proceeded to bring the television home, as I took it out the box I noticed the television had a hole busted in it. I immediatly called the store asking to speak with the manager. The manager told me they were just there to liquidate and they could not refund, exchange or help me. I was told to contact the manufacturer. I contacted the manufacturer. I was informed they only cover manufacturers defects. This television was busted by the stores carelessness. The only thing left for me to do was try to file a motion with the bankruptcy court, which I have done and I have also sent pictures of the television that I can't use. I sent the supporting pictures with my initial claim as well as a copy of the recipt. The reason this was filed late is due to the fact that I bought the television 01/31/09 after Circuit city stores filed the bankruptcy petition with the court. I had no choice but to file this claim as soon as I could. I feel that even if a store is going out of business the store should not cheat customers out of their money. I went to Circuit City to buy a new television in mint condition. This is not what I recieved . Unfortunately I recieved a broken, busted, unusuable television .

Thank you for the courts time.
Cheryl Daves

Cheryl Daves
8601 East Old Spanish Trl 320
Tucson, AZ 85710
(520)230-5024

*Cheryl Daves* (signature)