# First Baptist Church of Sunrise

6401 Sunset Strip• Sunrise, Florida 33313
(954) 742-6404 Phone
(954) 742-6113 Fax

Pastor: Rev. Amos N. Farquharson

RICHMOND DIVISION
FILED JUN 1 6 2009
CLERK U.S. BANKRUPTCY COURT

June 10th 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

Dear Sir/Madam:

Re: Chapter 11; Case No. 08-35653, PRF 15406. Pack No. 165. Omni 8

In response to Package dated 6/3/09 and our claim number 11197, in regards to inclusiveness; First Baptist Church of Sunrise believe that our claim was filed in a timely manner and as such should be included.

Thank you for your help.

Sincerely,

Rev. Amos N. Farquharson, Pastor
FIRST BAPTIST CHURCH OF SUNRISE


ANF/GJ