# Exhibit 2

-----Original Message-----
From: John Mannix [mailto:jmannix@merchantequity.net]
Sent: Thursday, June 11, 2009 12:33 PM
To: Foley, Douglas M.; Alexandria Lucas
Cc: Jim Avallone; Jim Marcum; Deborah Miller; Fredericks, Ian S (WIL); Lazaroff, Kelly A
(CHI); Blanks, Daniel F.
Subject: RE: Circuit City - 08-35653-KRH Order on Motion for Approval of Agreement
Assigning Leases to Creative Realty Management LLC (Bloomingdale)

Skadden was informed yesterday that the changes to the Assignment and Order were not
acceptable to us and that the signature page attached from a previous Assignment was not
valid. We do not know why they were submitted to the court despite these objections.
Additionally, we do not have an estoppel from the Landlord as was outlined in our offer
and listed as an exhibit under the initial Order. Our position is that the Debtor has not
performed and the break up fee is now due. Thank you.

_____
From: Foley, Douglas M. [dfoley@mcguirewoods.com]
Sent: Thursday, June 11, 2009 10:07 AM
To: John Mannix; Alexandria Lucas
Cc: Jim Avallone; Jim Marcum; Deborah Miller; Fredericks, Ian S; Lazaroff, Kelly A;
Blanks, Daniel F.
Subject: RE: Circuit City - 08-35653-KRH Order on Motion for Approval of Agreement
Assigning Leases to Creative Realty Management LLC (Bloomingdale)

John / Alexandria -

Please confirm whether you have wired the purchase price ($175,000) per the wire
instructions below.  Also please confirm that you have paid the balance of June 2009 rent
to Simon Property Group.  Thanks.

Doug

_____
From: Foley, Douglas M.
Sent: Wednesday, June 10, 2009 4:13 PM
To: John Mannix; 'Alexandria Lucas'
Cc: 'Jim Avallone'; Jim Marcum; 'Deborah Miller'; Fredericks, Ian S; 'Lazaroff, Kelly A';
Blanks, Daniel F.
Subject: Circuit City - 08-35653-KRH Order on Motion for Approval of Agreement Assigning
Leases to Creative Realty Management LLC (Bloomingdale)
Importance: High

John / Alexandria-

The Bankruptcy Court has now entered the order approving the assignment of the Leases at
Bloomingdale to Creative.  A copy is attached.  Please initiate the wire of $175,000 at
your earliest convenience and confirm that it has been sent.  Wiring instructions are
below.  Please call or email if you have any questions or comments.  Best regards,  Doug.

Account Name:Circuit City Stores, Inc.
ABA/Routing #: 051400549
Account #:2055275431509
Bank:Wachovia Bank

1

10401 Deerwood Park Blvd, Building 1
Jacksonville, FL  32256


Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center
101 West Main Street
Norfolk, VA 23510-1655
757.640.3715 (Office)
757.285.2644 (Mobile)
dfoley@mcguirewoods.com<mailto:dfoley@mcguirewoods.com>
This e-mail may contain confidential or privileged information. If you are not the
intended recipient, please advise by return e-mail and delete immediately without reading
or forwarding to others.  CIRCULAR 230 DISCLOSURE.  In accordance with Internal Revenue
Service Circular 230, we inform  you that any discussion of a federal tax issue contained
in this communication (including any attachments) is not intended or written to be used,
and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may
be imposed on the recipient under United States federal tax laws, or (ii) promoting,
marketing or recommending to another party any tax-related matters addressed herein.

_____

From: live_ecf@vaeb.uscourts.gov [mailto:live_ecf@vaeb.uscourts.gov]
Sent: Wednesday, June 10, 2009 3:57 PM
To: Courtmail@vaeb.uscourts.gov
Subject: 08-35653-KRH Order on Motion for Approval of Agreement


***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits
attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or
directed by the filer. PACER access fees apply to all other users. To avoid later charges,
download a copy of each document during this first viewing. However, if the referenced
document is a transcript, the free copy and 30-page limit do not apply.


U.S. Bankruptcy Court

Eastern District of Virginia

Notice of Electronic Filing

The following transaction was received from Jafarbay, Jenni entered on 6/10/2009 at 3:56
PM EDT and filed on 6/10/2009
Case Name:    Circuit City Stores, Inc.
Case Number:   08-35653-KRH<https://ecf.vaeb.uscourts.gov/cgi-bin/DktRpt.pl?476891>
Document Number:    3575<https://ecf.vaeb.uscourts.gov/doc1/188012698499?magic_num=
81078581&de_seq_num=12696&caseid=476891>

Docket Text:
Order Authorizing DEBTORS TO ASSUME, ASSIGN AND SELL UNEXPIRED LEASE AND SUBLEASE OF NON-
RESIDENTIAL REAL PROPERTY as set out in Order (Related Doc # [3474]) (Attachments: # (1)
Exhibit(s)) (Jafarbay, Jenni)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:C:\signed orders\08-35653~610200913356927.pdf
Electronic document Stamp:
[STAMP VAEBStamp_ID=875559604 [Date=6/10/2009] [FileNumber=13264118-0]
[b487d50977f4497d3bd9e984422b30fdfababd92e493297c68955dd909dcc2a3f88a
10f47c45e1a9d64cd89b561be5e317fc51a4415257a9f699eedb3016a1a9]]
Document description:Exhibit(s)
Original filename:R:\J\Exh to 3474 CC.pdf
Electronic document Stamp:
[STAMP VAEBStamp_ID=875559604 [Date=6/10/2009] [FileNumber=13264118-1]
[6e7faf5ccb903bafef38fa2a739ecd4fcd76f2fc3dbf44777cf1671bedc671e34a20
c3acbf350e8ee389c741e4569a512110545e59f0aa8e30af2a21ae45c94a]]

08-35653-KRH Notice will be electronically mailed to:

Robin S. Abramowitz on behalf of Creditor Bond Circuit VIII Delaware Business Trust
abramowitz@larypc.com

Angela Sheffler Abreu on behalf of Creditor PNY Technologies, Inc.
aabreu@mccarter.com, rowan20@excite.com

Christopher M. Alston on behalf of Creditor 507 Northgate LLC
alstc@foster.com, muelk@foster.com

Mark K. Ames on behalf of Creditor Commonwealth of Virginia, Department of Taxation
mames777@yahoo.com

Heather Lynn Anderson on behalf of Creditor State of New Jersey, Division of Taxation
Heather.Anderson@dol.lps.state.nj.us

Tara B. Annweiler on behalf of Creditor American National Insurance Company
tannweiler@greerherz.com

Henry P. Baer on behalf of Creditor Bell'O International Corp.
CSommer@fdh.com, csommer@fdh.com

Peter Barrett on behalf of Creditor Cole CC Groveland FL, LLC
peter.barrett@kutakrock.com,
lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;elenora.allen@kutakrock.com

Raymond William Battaglia on behalf of Creditor Miner Corporation
rbattaglia@obht.com

Philip C. Baxa on behalf of Creditor Dicker-Warmington Properties
phil.baxa@mercertrigiani.com, liz.camp@mercertrigiani.com

Christopher R. Belmonte on behalf of Creditor International Business Machines Corporation
cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com

Paula S. Beran on behalf of Creditor Committee Official Committee of Unsecured Creditors
pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com

Ted A. Berkowitz on behalf of Interested Party P.C. Richard & Son, Inc.
tberkowitz@farrellfritz.com, ryan@farrellfritz.com

Jason B. Binford on behalf of Creditor BB Fonds International 1 USA, L.P.
jason.binford@haynesboone.com

Ron C. Bingham on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc.
rbingham@stites.com, dclayton@stites.com

Patrick M. Birney on behalf of Creditor Schimenti Construction Company LLC
pbirney@rc.com, jcarrion@rc.com

Paul M. Black on behalf of Creditor Sony Pictures Home Entertainment Inc.
pblack@spilmanlaw.com, cquesenberry@spilmanlaw.com

Daniel F. Blanks on behalf of Debtor Abbott Advertising Agency, Inc.
dblanks@mcguirewoods.com

Paul S. Bliley on behalf of Creditor 1890 Ranch, Ltd.
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Sarah Beckett Boehm on behalf of Debtor Abbott Advertising Agency, Inc.
sboehm@mcguirewoods.com, kcain@mcguirewoods.com

Wanda Borges on behalf of Creditor Sharp Electronics Corporation
borgeslawfirm@aol.com

Anne Elizabeth Braucher on behalf of Creditor DL Peterson Trust, as Assignee of PHH
Vehicle Management Services, LLC
anne.braucher@gmail.com

John P. Brice on behalf of Creditor Sir Barton Place, LLC
lexbankruptcy@wyattfirm.com

James J. Briody on behalf of Creditor Johnson City Crossing, L.P.
jim.briody@sablaw.com, kim.smith@sablaw.com

William A. Broscious on behalf of Attorney Kepley Broscious & Biggs, PLC
wbroscious@kbbplc.com

Timothy Francis Brown on behalf of Creditor 13630 Victory Boulevard, LLC
brownt@arentfox.com, giaimo.christopher@arentfox.com

Martin A. Brown on behalf of Creditor Express Services, Inc.
martin.brown@lawokc.com

Mark E. Browning on behalf of Creditor Texas Comptroller of Public Accounts
bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us

Andrew M. Brumby on behalf of Creditor Cameron Group Associates LLP
abrumby@shutts-law.com, rhicks@shutts-law.com

William A. Burnett on behalf of Creditor Burbank Mall Associates, LLC
aburnett@williamsmullen.com

Marc A. Busman on behalf of Plaintiff Marlon Mondragon
mbusman@busmanandbusman.com

Aaron R. Cahn on behalf of Unknown Reliance Figueroa Associates, L.P.
cahn@clm.com

Paul K. Campsen on behalf of Creditor Crossways Financial Associates, LLC
pkcampsen@kaufcan.com

Peter J. Carney on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc.
jlerner@whitecase.com, jrubalcava@whitecase.com

William H. Casterline on behalf of Creditor ACCO Brands Corporation
wcasterlinejr@blankeith.com, bford@bklawva.com

Jeffrey Chang on behalf of Creditor ACCO Brands Corporation
jchang@wildman.com

Eugene Chang on behalf of Creditor TKG Coffee Tree, L.P.
echang@steinlubin.com

Wm. Joseph A. Charboneau on behalf of Creditor Arlington ISD, et al.
jcharboneau@mfgs.com, mshimchock@mfgs.com

Sara L. Chenetz on behalf of Creditor Sony Pictures Entertainment Inc.
schenetz@sonnenschein.com

Dominic L. Chiariello on behalf of Creditor Donovan Dunwell
dc@chiariello.com

Charles W. Chotvacs on behalf of Creditor Bear Valley Road Partners LLC
cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Anthony J. Cichello on behalf of Creditor Loop West, LLC, by its Managing Agent The Wilder
Companies, Ltd.
acichello@kb-law.com

City of Newport News, Virginia

jdurant@nngov.com

James E. Clarke on behalf of Interested Party Bond-Circuit IX Delaware Business Trust
vaecf@drapgold.com, ryanb@drapgold.com;danield@drapgold.com

Tiffany Strelow Cobb on behalf of Creditor AOL LLC
tscobb@vorys.com, cdfricke@vorys.com

Andrew Lynch Cole on behalf of Interested Party Faber Bros., Inc.
acole@fandpnet.com

Ken Coleman on behalf of Interested Party Alvarez & Marsal Canada, ULC
Ken.Coleman@allenovery.com, amelie.baudot@allenovery.com

Michael A. Condyles on behalf of Creditor Bank One Delaware, National Association n/k/a
Chase Bank, USA
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com

Mark B. Conlan on behalf of Creditor Bond Circuit IV Delaware Business Trust
mconlan@gibbonslaw.com

Andrew S. Conway on behalf of Creditor Taubman Landlords
aconway@taubman.com

Eric C. Cotton on behalf of Creditor Developers Diversified Realty Corporation
hsmith@ddr.com

Robert K. Coulter on behalf of Creditor United States of America
robert.coulter@usdoj.gov, sharon.abbott@usdoj.gov;USAVAE.ALX.ECF.BANK@usdoj.gov

David H. Cox on behalf of Creditor 610 & San Felipe, Inc.
dcox@jackscamp.com, phaynes@jackscamp.com;dstewart@jackscamp.com

John M. Craig on behalf of Creditor American Electric Power
johncraigg@aol.com, russj4478@aol.com

William C. Crenshaw on behalf of Creditor Gould Livermore LLC
bill.crenshaw@bryancave.com, michelle.mcmahon@bryancave.com;tammy.scott@akerman.com

Paul McCourt Curley on behalf of Creditor Carrollton Arms, LLC
pcurley@canfieldbaer.com, tchilders@canfieldbaer.com

Heather D. Dawson on behalf of Creditor Westgate Village, LP
hdawson@kkgpc.com, scarlberg@kkgpc.com

Gilbert D. Dean on behalf of Interested Party Faber Bros., Inc.
ddean@coleschotz.com, jdonaghy@coleschotz.com

Christopher M. Desiderio on behalf of Creditor Greystone Data Systems, Inc.
cdesiderio@nixonpeabody.com

Deborah H. Devan on behalf of Creditor CC Indianapolis 98, CC Jackson 98, CC Harper Woods
98, CC Green Bay 98, CC East Lansing 98
dhd@nqgrg.com

Jaime Sue Dibble on behalf of Interested Party Garmin International, Inc.
jdibble@stinson.com, lbigus@stinson.com

Louis E. Dolan on behalf of Creditor Greystone Data Systems, Inc.
ldolan@nixonpeabody.com, was.managing.clerk@nixonpeabody.com

Jennifer V. Doran on behalf of Creditor DeMatteo Management, Inc.
jdoran@haslaw.com

Seth A. Drucker on behalf of Creditor McKinley, Inc.
sdrucker@honigman.com

Joseph M. DuRant on behalf of Creditor City of Newport News, Virginia
jdurant@nngov.com

Ronald G. Dunn on behalf of Creditor Savitri Cohen
bstasiak@gdwo.net

Robert A. Dybing on behalf of Creditor International Business Machines Corporation
rdybing@t-mlaw.com, pfemiani@t-mlaw.com

Sara B. Eagle on behalf of Creditor Pension Benefit Guaranty Corporation
eagle.sara@pbgc.gov, efile@pbgc.gov

Robert C. Edmundson on behalf of Creditor Office of Attorney General, Pennsylvania
Department of Revenue
redmundson@attorneygeneral.gov, agrice@attorneygeneral.gov

Elizabeth A. Elam on behalf of Creditor City of Southlake, Texas
betsyelam@toase.com, wtaylor@toase.com

Tara L. Elgie on behalf of Creditor Schimenti Construction Company LLC
telgie@hunton.com

Bradford F. Englander on behalf of Creditor Alliance Entertainment Corporation
benglander@wtplaw.com, bnestor@wtplaw.com;wbatres@wtplaw.com

Augustus C. Epps on behalf of Creditor 1030 W. North Ave. Bldg. LLC
aepps@cblaw.com, lthompson@cblaw.com

David J. Ervin on behalf of Creditor Ashkenazy Management Corp.
dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Belkys Escobar on behalf of Creditor County of Loudoun, VA
Belkys.Escobar@loudoun.gov,
Karen.Stapleton@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov

Michael P. Falzone on behalf of Creditor 502-12 86th Street LLC
mfalzone@hf-law.com, stoboz@hf-law.com

Robert J. Feinstein on behalf of Creditor Committee Official Committee of Unsecured
Creditors
rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com

John D. Fiero on behalf of Creditor Committee Official Committee of Unsecured Creditors
jfiero@pszjlaw.com

Douglas M. Foley on behalf of Debtor Abbott Advertising Agency, Inc.
dfoley@mcguirewoods.com

Gina M Fornario on behalf of Creditor California Self-Insurers' Security Fund
gfornario@nixonpeabody.com, klove@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com

Jeremy S. Friedberg on behalf of Creditor Toshiba America Consumer Products, L.L.C.
jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@llff.com

Jeremy S. Friedberg on behalf of Creditor Toshiba America Information Systems, Inc.
jsf@llff.com, ecf@llff.com;gordon.young@llff.com

Ellen A. Friedman on behalf of Creditor Hewlett Packard Company
efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com

Gary V. Fulghum on behalf of Creditor Hillson Electric Incorporated
gfulghum@sblsg.com, jschmeltz@sblsg.com;cbrown@sblsg.com

Karen L. Gilman on behalf of Creditor Toys R Us - Delaware, Inc.
KGILMAN@WOLFFSAMSON.COM

Lawrence H. Glanzer on behalf of Creditor Citrus Park CC, LLC

glanzer@rlglegal.com, mozelle@rlglegal.com

Brad R. Godshall on behalf of Creditor Committee Official Committee of Unsecured Creditors
bgodshall@pszjlaw.com

Douglas R. Gonzales on behalf of Creditor City of Homestead, Florida
dgonzales@wsh-law.com

Anitra D. Goodman Royster on behalf of Creditor Connexion Technologies
anitra.royster@nelsonmullins.com,
betsy.burn@nelsonmullins.com,raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.c
om

Kimbell D. Gourley on behalf of Creditor Engineered Structures, Inc.
kgourley@idalaw.com, sprescott@idalaw.com

Garry M. Graber on behalf of Interested Party Manufacturers & Traders Trust Company, as
Trustee
GGraber@HodgsonRuss.com, dpiazza@hodgsonruss.com;bomalley@hodgsonruss.com

Jeffrey J. Graham on behalf of Creditor Greenwood Point, LP
jgraham@taftlaw.com, dwineinger@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com

Gregory D. Grant on behalf of Creditor Hamilton Chase - Santa Maria LLC
ggrant@srgpe.com, csydnor@srgpe.com;lsmith@srgpe.com

William A. Gray on behalf of Creditor A.D.D. Holdings, L.P.
bgray@sandsanderson.com,
lhudson@sandsanderson.com;tebel@sandsanderson.com;kwalters@sandsanderson.com;mburns@sandsa
nderson.com

William F. Gray on behalf of Creditor Triangle Equities Junction LLC
wgray@torys.com, tmartin@torys.com

Steven H. Greenfeld on behalf of Creditor Becker Trust LLC
steveng@cohenbaldinger.com

David A. Greer on behalf of Creditor Pan Am Equities
dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com

Elizabeth L. Gunn on behalf of Creditor Hewlett Packard Company
egunn@durrettebradshaw.com, sryan@durrettebradshaw.com

Richard E. Hagerty on behalf of Creditor Carlyle-Cypress Tuscaloosa, LLC
richard.hagerty@troutmansanders.com,
sharron.fay@troutmansanders.com;paige.holleran@troutmansanders.com;barbara.webne@troutmans
anders.com

Jerry Lane Hall on behalf of Creditor National Retail Properties, Inc.
jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com

Gina Baker Hantel on behalf of Creditor Tennessee Dept. Of Revenue
agbankcal@ag.tn.gov

Michael E. Hastings on behalf of Creditor Eastern Security Corp.
michael.hastings@leclairryan.com, tonya.whitt@leclairryan.com

David Emmett Hawkins on behalf of Creditor Archon Group, L.P.
dhawkins@velaw.com

Dion W. Hayes on behalf of Debtor Abbott Advertising Agency, Inc.
dhayes@mcguirewoods.com

Melissa S. Hayward on behalf of Creditor Home Depot USA, Inc.
mhayward@lockelord.com

Robert B. Hill on behalf of Creditor Columbia Plaza Joint Venture

kcummins@hillrainey.com

John E. Hilton on behalf of Creditor Thirty & 141, L.P.
jeh@carmodymacdonald.com

Matthew E. Hoffman on behalf of Creditor Audiovox Corporation
mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com

David D. Hopper on behalf of Creditor Rio Associates Limited Partnership
ddhopper@chlhf.com, scilino@chlhf.com

Mary Angela House on behalf of Creditor CIM/Birch St., Inc.
mhouse@akingump.com, jgold@akingump.com;bpatrick@akingump.com

Brian D. Huben on behalf of Creditor Cousins Properties Incorporated
brian.huben@kattenlaw.com,
carole.levine@kattenlaw.com;dustin.branch@kattenlaw.com;donna.carolo@kattenlaw.com

Lisa Taylor Hudson on behalf of Creditor A.D.D. Holdings, L.P.
lhudson@sandsanderson.com, kbice@sandsanderson.com;rbuttis@sandsanderson.com

Peter C. Hughes on behalf of Creditor 553 Retail, LLC
phughes@dilworthlaw.com

F. Marion Hughes on behalf of Creditor CAP Brunswick, LLC
marion.hughes@smithmoorelaw.com

Jessica Regan Hughes on behalf of Interested Party AmCap Arborland LLC
jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com

Martha E. Hulley on behalf of Creditor Benenson Capital Company
martha.hulley@leclairryan.com,
erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com;deborah.sharpe@leclairryan.com

Richard Iain Hutson on behalf of Creditor Caribbean Display & Construction, Inc.
rhutson@fullertonlaw.com, pschrader@fullertonlaw.com

Alexander Xavier Jackins on behalf of Creditor Engineered Structures, Inc.
ajackins@seyfarth.com

Thomas Neal Jamerson on behalf of Creditor Galleria Plaza, Ltd.
tjamerson@hunton.com, tomjam2003@yahoo.com

Russell R. Johnson on behalf of Creditor Chalek Company LLC
russ4478@aol.com, peggyfwood2008@aol.com

Christopher A. Jones on behalf of Creditor Annapolis Plaza LLC
cajones@wtplaw.com, wbatres@wtplaw.com

Nathan Jones on behalf of Transferee US Debt Recovery LLC
heather@usdrllc.com

Dexter D. Joyner on behalf of Creditor Pasadena Independent School District
caaustin@comcast.net

Gary M. Kaplan on behalf of Creditor ELL MCKEE LLC
gmkaplan@howardrice.com

Douglas D. Kappler on behalf of Creditor Watercress Associates, LP, LLP dba Pearlridge
Center
dkappler@rdwlawcorp.com

Lawrence Allen Katz on behalf of Creditor Morgan Hill Retail Venture, LP
lakatz@venable.com

Adam K. Keith on behalf of Creditor The Marketplace of Rochester Hills Parcel B, LLC

akeith@honigman.com, tsable@honigman.com

Gerald P. Kennedy on behalf of Attorney Plaza Las Palmas, LLC
gpk@procopio.com

Brian F. Kenney on behalf of Creditor 44 North Properties, LLC
bkenney@milesstockbridge.com

Erin Elizabeth Kessel on behalf of Creditor Cleveland Construction, Inc.
ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;
eanderson@spottsfain.com

Thomas G. King on behalf of Creditor Southland Acquisitions, LLC
tking@kech.com, dholmgren@kech.com

Jeffrey E. Klusmeier on behalf of Creditor Missouri Attorney General's Office
Jeff.Klusmeier@ago.mo.gov

Kurt M. Kobiljak on behalf of Creditor City of Taylor Michigan
kkobi@aol.com

Michael S. Kogan on behalf of Creditor Ditan Distribution LLC
mkogan@ecjlaw.com, rfraire@ecjlaw.com

Charles Gideon Korrell on behalf of Creditor Hoprock Limonite, LLC
gkorrell@dl.com

Leonidas Koutsouftikis on behalf of Creditor Washington Real Estate Investment Trust
lkouts@magruderpc.com, mcook@magruderpc.com

Darryl S. Laddin on behalf of Creditor Verizon Communications Inc.
bkrfilings@agg.com

Kevin A. Lake on behalf of Creditor Bell County, County of Denton, Midland Central
Appraisal District, County of Brazos, Longview Independent School District, Taylor Central
Appraisal District, City of Waco/Waco Ind. School Dist., Count
klake@vanblk.com, lseaborne@vanblk.com, dszabo@vanblk.com, dalessi@vanblk.com

John J. Lamoureux on behalf of Creditor Amore Construction Company
jlamoureux@carltonfields.com, lmccullough@carltonfields.com;tpaecf@cfdom.net

Ian S. Landsberg on behalf of Creditor Eagleridge Associates, LLC
ilandsberg@lm-lawyers.com

Stephen E. Leach on behalf of Creditor Children's Discovery Centers of America, Inc.
sleach@ltblaw.com, ndysart@ltblaw.com;msarata@ltblaw.com;rrosado@ltblaw.com

Richard E. Lear on behalf of Creditor CapTech Ventures, Inc.
richard.lear@hklaw.com, kimi.odonnell@hklaw.com

Robert L. Lehane on behalf of Creditor AAC Management Corp.
rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Stephen K. Lehnardt on behalf of Creditor 3725 Airport Boulevard, LP
skleh@lehnardt-law.com

Justin D. Leonard on behalf of Creditor Andrews Electronics
jleonard@balljanik.com

Fredrick J. Levy on behalf of Creditor Bush Industries, Inc.
fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com

Dennis T. Lewandowski on behalf of Creditor Tritronics, Inc.
dtlewand@kaufcan.com

Arthur Lindquist-Kleissler on behalf of Creditor Millman 2000 Charitable Trust

arthurlindquistkleissler@msn.com

James V. Lombardi on behalf of Creditor AmREIT, a Texas real estate investment trust
jvlombardi@rossbanks.com

Henry Pollard Long on behalf of Creditor Cypress/CC Marion I, L.P.
hlong@hunton.com

John E. Lucian on behalf of Creditor Cellco Partnership d/b/a Verizon Wireless
lucian@blankrome.com

Donald K. Ludman on behalf of Creditor SAP Retail Inc. and Business Objects
dludman@brownconnery.com

Christine D. Lynch on behalf of Creditor E&A Northeast Limited Partnership
clynch@goulstonstorrs.com

A. Carter Magee on behalf of Creditor Palm Beach County Tax Collector
cmagee@mfgs.com, lcopenhaver@mfgs.com

Joel T. Marker on behalf of Creditor Ammon Properties, LC
joel@mbt-law.com

Jeremy W. Martin on behalf of Interested Party McCandlish Holton, PC
jeremymartin@lawmh.com, lthompson@lawmh.com;sgardener@law.mh.com

Richard M. Maseles on behalf of Creditor Missouri Department of Revenue
edvaecf@dor.mo.gov

Gary E. Mason on behalf of Plaintiff Marlon Mondragon
gmason@masonlawdc.com

Bruce H. Matson on behalf of Creditor Bank of America, N.A., as Agent
bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com

David McCall on behalf of Creditor City of Garland Tax Assessor/Collector
bankruptcy@ntexas-attorneys.com

Kevin R. McCarthy on behalf of Creditor Baltimore Gas and Electric Company
krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com

Michael Keith McCrory on behalf of Creditor Klipsch, LLC
mmcrory@btlaw.com

Neil E. McCullagh on behalf of Creditor Chino South Retail PG, LLC
nmccullagh@cantorarkema.com, jstern@cantorarkema.com

W. Clarkson McDow, Jr.
USTPRegion04.RH.ECF@usdoj.gov

David R. McFarlin on behalf of Creditor Alexander H Bobinski, as Trustee under Trust No. 1001
dmcfarlin@whmh.com, psmith@whmh.com;mbretana@whmh.com;lde@whmh.com

Annemarie G. McGavin on behalf of Creditor Dick's Sporting Goods, Inc.
annemarie.mcgavin@bipc.com

Frank F. McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Robert P. McIntosh on behalf of Creditor United States of America
Robert.McIntosh@usdoj.gov

John D. McIntyre on behalf of Creditor Carnegie Management and Development Corporation
jmcintyre@wilsav.com, wedwards@wilsav.com

John G. McJunkin on behalf of Creditor 120 Orchard LLC

jmcjunkin@mckennalong.com, sparson@mckennalong.com

Jennifer McLain McLemore on behalf of Creditor 1030 W. North Ave. Bldg. LLC
jmclemore@cblaw.com, avaughn@cblaw.com

Janet M. Meiburger on behalf of Creditor Ricmac Equities Corporation
admin@meiburgerlaw.com

Stephen A. Metz on behalf of Creditor Saul Holdings Limited Partnership
smetz@srgpe.com

C. Christopher Meyer on behalf of Creditor Photoco, Inc.
cmeyer@ssd.com

Kalina Boyanova Miller on behalf of Creditor First Industrial Realty Trust, Inc.
kmiller@wileyrein.com, rours@wileyrein.com

Stephan William Milo on behalf of Creditor THF Chesterfield Two Development, L.L.C.
smilo@wawlaw.com, hvanlear@wawlaw.com;jjohnson@wawlaw.com;KRichman@wawlaw.com

Malcolm M. Mitchell on behalf of Creditor AOL LLC
mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com

Byron Z. Moldo on behalf of Creditor Centre at 38th Street TIC, LLC
bmoldo@ecjlaw.com, tmelendez@ecjlaw.com

Joseph T. Moldovan on behalf of Creditor Empire HealthChoice Assurance, Inc. d/b/a Empire
Blue Cross Blue Shield
bankruptcy@morrisoncohen.com

Denise S. Mondell on behalf of Creditor State of Connecticut, Departments of Labor and
Revenue Services
denise.mondell@po.state.ct.us

Valerie P. Morrison on behalf of Creditor Infogain Corporation
vmorrison@wileyrein.com, rours@wileyrein.com

Michael D. Mueller on behalf of Creditor Acadia Realty Limited Partnership
mmueller@cblaw.com, avaughn@cblaw.com

Mona M. Murphy on behalf of Creditor Samsung Electronics America, Inc.
mona.murphy@akerman.com, tammy.scott@akerman.com;joan.levit@akerman.com

Thomas Francis Murphy on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
tmurphy@dclawfirm.com, rgreenberg@dclawfirm.com

Linda Lemmon Najjoum on behalf of Interested Party Food Lion LLC
lnajjoum@hunton.com

Steven H. Newman on behalf of Creditor 502-12 86th Street LLC
snewman@katskykorins.com

Kevin M. Newman on behalf of Creditor Cameron Bayonne, LLC
knewman@menterlaw.com

Troy N. Nichols on behalf of Creditor Sir Barton Place, LLC
lexbankruptcy@wyattfirm.com

Alan Michael Noskow on behalf of Creditor CC Plaza Joint Venture, LLP
anoskow@pattonboggs.com, tbryan@pattonboggs.com

Darlene M. Nowak on behalf of Creditor Giant Eagle, Inc.
nowak@marcus-shapira.com

Michael John O'Grady on behalf of Creditor Convergys Customer Management Group Inc.
mjogrady@fbtlaw.com, ahammerle@fbtlaw.com

Samuel S. Oh on behalf of Creditor Averatec/Trigem USA
sam.oh@limruger.com

Mary E. Olden on behalf of Creditor Colorado Structures, Inc. dba CSI Construction Co.
molden@mhalaw.com, akauba@mhalaw.com

Laura Otenti on behalf of Interested Party Salem Rockingham LLC
lotenti@pbl.com

Craig M. Palik on behalf of Creditor Bond Circuit IV Delaware Business Trust
cpalik@yahoo.com, cpalik@mhlawyers.com

R. Chase Palmer on behalf of Creditor Dennis Morgan
cpalmerplf@gmail.com

Min Park on behalf of Creditor Inland Southwest Management LLC, Inland American Retail
Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
Continental Property Management Corp., and Inland Commerc
mpark@cblh.com

Paul J. Pascuzzi on behalf of Creditor Belleville News-Democrat
ppascuzzi@ffwplaw.com

Peter M. Pearl on behalf of Creditor PrattCenter, LLC
ppearl@sandsanderson.com

Frank T. Pepler on behalf of Creditor Morgan Hill Retail Venture, LP
fpepler@peplermastromonaco.com

Christopher L. Perkins on behalf of Attorney LeClair Ryan, A Professional Corporation
christopher.perkins@leclairryan.com,
stacie.wetzler@leclairryan.com;stacy.beaulieu@leclairryan.com

Rhett E. Petcher on behalf of Creditor Engineered Structures, Inc.
rpetcher@seyfarth.com

Loc Pfeiffer on behalf of Creditor Schottenstein Property Group, Inc.
loc.pfeiffer@kutakrock.com,
lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com

Kimberly A. Pierro on behalf of Creditor CBL & Associates Management, Inc.
kimberly.pierro@kutakrock.com,
sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.c
ondyles@kutakrock.com

David M. Poitras on behalf of Interested Party THQ, Inc.
dmp@jmbm.com

Jeffrey N. Pomerantz on behalf of Creditor Committee Official Committee of Unsecured
Creditors
jpomerantz@pszjlaw.com

Courtney E. Pozmantier on behalf of Creditor Paramount Home Entertainment
cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com

Julie Ann Quagliano on behalf of Creditor AT&T
quagliano@quagseeg.com, belcher@quagseeg.com

Albert F. Quintrall on behalf of Creditor Wayne-Dalton Corp.
a.quintrall@quintrall.com

William H. Ramsey on behalf of Creditor State of Wisconsin - Office of the State Treasurer
ramseywh@doj.state.wi.us, gurholtks@doj.state.wi.us

Victoria A. Reardon on behalf of Creditor State of Michigan, Department of Treasury
reardonv@michigan.gov, jacksonst@michigan.gov

Michael Reed on behalf of Creditor Williamson County et al
danielle.goff@mvbalaw.com

Linda Dianne Regenhardt on behalf of Creditor D-Link Systems, Inc.
lregenhardt@garyreg.com, jtadlock@garyreg.com;chall@garyreg.com

Thomas W. Repczynski on behalf of Creditor Tutwiler Properties, LTD
trepczynski@beankinney.com, bsockwell@beankinney.com

Matthew Righetti on behalf of Creditor Jack Hernandez
matt@righettilaw.com, erin@righettilaw.com

Fred B. Ringel on behalf of Creditor F&M Properties, Inc.
fbr@robinsonbrog.com

Philip M. Roberts on behalf of Creditor CDB Falcon Sunland Plaza, LP
mroberts@bdlaw.org

Terri A. Roberts on behalf of Creditor Pima County
pcaocvbk@pcao.pima.gov

James H. Rollins on behalf of Creditor Plaza Las Americas, Inc.
jim.rollins@hklaw.com, avis.francis@hklaw.com

Martha E. Romero on behalf of Creditor Riverside County California
romero@mromerolawfirm.com

Jeremy Brian Root on behalf of Creditor ACCO Brands Corporation
jroot@bklawva.com, tmartin@bklawva.com

Edward L. Rothberg on behalf of Creditor Circuit Sports, L.P.
erothberg@wkpz.com

David R. Ruby on behalf of Creditor Holyoke Crossing Limited Partnership II
druby@mcsweeneycrump.com,
bankruptcy@mcsweeneycrump.com;druby@ecf.epiqsystems.com;druby@mcsweeneycrump.com

Michael F. Ruggio on behalf of Creditor MD-GSI Associates
mruggio@polsinelli.com, cdancy@polsinelli.com;ahatch@polsinelli.com;tbackus@polsinelli.com

Eric Christopher Rusnak on behalf of Creditor Microsoft Corporation
eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com

Jeremy W. Ryan on behalf of Creditor FR E2 Property Holding, L.P.
jryan@saul.com

Denyse Sabagh on behalf of Creditor Audiovox Corporation
dsabagh@duanemorris.com

Travis Aaron Sabalewski on behalf of Creditor IKON Office Solutions, Inc.
tsabalewski@reedsmith.com, shicks@reedsmith.com

Michael J. Sage on behalf of Creditor Pan Am Equities
msage@omm.com, kzeldman@omm.com;bwajda@omm.com

Rebecca L. Saitta on behalf of Creditor Bond C.C. I Delaware Business Trust
rsaitta@wileyrein.com, rours@wileyrein.com

Troy Savenko on behalf of Creditor Ada Alicea, on behalf of herself and all others
similarly situated
tsavenko@gregkaplaw.com, nferenbach@gregkaplaw.com

Jeffrey Scharf on behalf of Creditor Commonwealth of Virginia, Department of Taxation
jeff@taxva.com, tacspc@gmail.com

Ann E. Schmitt on behalf of Creditor Plaza Las Palmas, LLC
aschmitt@culbert-schmitt.com

William H. Schwarzschild on behalf of Creditor DIRECTV, Inc.
tschwarz@williamsmullen.com

Sheila L. Shadmand on behalf of Creditor Ventura In Manhattan, Inc.
slshadmand@jonesday.com

Glenn H. Silver on behalf of Creditor CC Joilet Trust
ctbghs@aol.com

Jesse Silverman on behalf of Creditor Bear Valley Road Partners LLC
silvermanj@ballardspahr.com, pollack@ballardspahr.com

Kevin L. Sink on behalf of Creditor Glenmoor Limited Partnership
ksink@nichollscrampton.com

John Ronald Smith on behalf of Creditor Panasonic Corporation of North America
jrsmith@hunton.com

Eric J. Snyder on behalf of Creditor Condan Enterprises LLC
esnyder@sillerwilk.com

Rhysa Griffith South on behalf of Creditor Henrico County, Virginia
sou06@co.henrico.va.us

Adam M. Spence on behalf of Creditor St. Cloud Associates
adam@spencebucklerlaw.com

Aryeh E. Stein on behalf of Creditor Annapolis Plaza LLC
astein@wtplaw.com

Richard F. Stein on behalf of Creditor Internal Revenue Service
richard.f.stein@irscounsel.treas.gov

Peter E. Strniste on behalf of Creditor Schimenti Construction Company LLC
pstrniste@rc.com, kcooper@rc.com

Mark Stromberg on behalf of Creditor CDB Falcon Sunland Plaza, LP
mark@stromberglawfirm.com, sschild@stromberglawfirm.com;kiacaboni@stromberglawfirm.com

Jeffrey L. Tarkenton on behalf of Creditor Acer American Holdings Corp.
jtarkenton@wcsr.com, toross@wcsr.com

Lynn L. Tavenner on behalf of Creditor Committee Official Committee of Unsecured Creditors
ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-
lawfirm.com

Mark D. Taylor on behalf of Creditor Triangle Equities Junction LLC
mataylor@kilpatrickstockton.com

Robert D. Tepper on behalf of Creditor CP Management Corp. as agent for Orland Towne
Center, L.L.C.
rtepper@sabt.com, pcoover@sabt.com

Roy M. Terry on behalf of Creditor Hewlett Packard Company
rterry@durrettebradshaw.com, sryan@durrettebradshaw.com

Lucy L. Thomson
lthomson2@csc.com

Dylan G. Trache on behalf of Creditor LG Electronics USA, Inc.
dtrache@wileyrein.com, rours@wileyrein.com

Suzanne J. Trowbridge on behalf of Creditor 601 Plaza LLC
sjt@goodwingoodwin.com

Ronald M. Tucker on behalf of Creditor Simon Property Group, Inc.

rtucker@simon.com,
cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,dgerken@simon.com,dgrimes@simon.com

Robert B. Van Arsdale on behalf of U.S. Trustee W. McDow, Jr.
Robert.B.Van.Arsdale@usdoj.gov, USTPRegion04.RH.ECF@usdoj.gov

John P. Van Beek on behalf of Creditor Sacco of Maine, LLC
jvanbeek@ygvb.com, awinokurzew@ygvb.com;hcurrier@ygvb.com;mfaulkner@ygvb.com

James G. Verrillo on behalf of Creditor 444 Connecticut Avenue, LLC, Store #3690
jverrillo@zeislaw.com

Madeleine C. Wanlsee on behalf of Interested Party Madeleine Wanslee
mwanslee@gustlaw.com, rstein@gustlaw.com

Mitchell B. Weitzman on behalf of Creditor Madison Waldorf, LLC
mweitzman@beankinney.com, npeele@beankinney.com

Jennifer J. West on behalf of Creditor Entergy Arkansas, Inc.
jwest@spottsfain.com,
rchappell@spottsfain.com;kligon@spottsfain.com;skelly@spottsfain.com;tmoore@spottsfain.com
;ecorbett@spottsfain.com;eanderson@spottsfain.com

Robert S. Westermann on behalf of Creditor COMSYS Information Technology Services, Inc.
and COMSYS Services, LLC
rwestermann@hf-law.com

David B. Wheeler on behalf of Creditor South Carolina Electric & Gas Company and Public
Service of North Carolina
davidwheeler@mvalaw.com

Brenda M. Whinery on behalf of Creditor Windsail Properties
bwhinery@mcrazlaw.com

Nicholas W. Whittenburg on behalf of Creditor Cleveland Towne Center, LLC
nwhittenburg@millermartin.com, mcsmith@millermartin.com

Michael L. Wilhelm on behalf of Creditor Harry Hallaian
ecf@W2LG.com

Amy Pritchard Williams on behalf of Creditor Cobb Corners II, Limited Partnership
amy.williams@klgates.com, hailey.andresen@klgates.com

Walter Laurence Williams on behalf of Creditor Wayne VF LLC
walter.williams@wilsonelser.com, mary.skow@wilsonelser.com

William A. Wood on behalf of Creditor Panattoni Development Company, Inc. as Agent for
Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
trey.wood@bgllp.com, gale.gattis@bgllp.com

Gordon S. Woodward on behalf of Creditor Commerce Technologies, Inc.
gwoodward@schnader.com

J. Christian Word on behalf of Liquidator Gordon Brothers Retail Partners, LLC
chefiling@lw.com;robert.klyman@lw.com

Hale Yazicioglu on behalf of Creditor AVR CPC Associates, LLC
hyazicioglu@jshllp.com

Meredith Linn Yoder on behalf of Creditor MDS Realty II, LLC
myoder@parkerpollard.com, sscarce@parkerpollard.com;treid@parkerpollard.com

Jonathan W. Young on behalf of Creditor ACCO Brands Corporation
young@wildman.com

German Yusufov on behalf of Creditor Pima County

pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov

Erica S. Zaron on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

Sheila G. deLa Cruz on behalf of Creditor 502-12 86th Street LLC
sdelacruz@hf-law.com, jbsmith@hf-law.com;abowers@hf-law.com

08-35653-KRH Notice will not be electronically mailed to:

Scott L. Adkins on behalf of Creditor Dicker-Warmington Properties
Phillips, Goldman & Spence
1200 North Broom Street
Wilmington, DE 19806

Albert D, Phelps, Inc.
Agent for Yorkcon Prop., Inc.
401 Merritt 7
PO Box 5101
Norwalk, CT 06856

Philip S. Allen
40454 Regatta Drive
Discovery Bay, CA 94505

Kyra E. Andrassy on behalf of Creditor Western Digital Technologies, Inc.
Weiland, Golden. Smiley et al
Suite 950
650 Town Center Drive
Costa Mesa, CA 92626

Audio Innovations Inc.
Attn: Francisco Moreno
133 N.E. 91st St.
Kansas City, MO 64155

Elizabeth Banda on behalf of Creditor City of Cedar Hill, Burleson ISD, Arlington ISD
Perdue, Brandon, Fielder, Collins & Mott
4025 Woodland Park Blvd Suite 300
Arlington, TX 76013

Andria M. Beckham on behalf of Creditor Expesite, LLC
Bricker & Eckler, LLP
100 South Third Street
Columbus, OH 43215

Bell Canada and 4458729 Canada, Inc
c/o Virginia Robinson
Greenberg Traurig LLP
1750 Tysons Boulevard, Suite 1200
McLean, VA 22102

Darren W. Bentley on behalf of Creditor SEA Properties I, LLC
Clement & Wheatley
P.O. Box 8200
Danville, VA 24543-8200

David S. Berman
Riemer & Braunstein, LLP
Three Center Plaza
6th Floor
Boston, MA 02108

David S. Berman on behalf of Creditor Bank of America, N.A., as Agent
Riemer & Braunstein
Three Center Plaza, 6th Floor
Boston, MA 02108

Bruce H. Besanko
9950 Mayland Drive
Richmond, VA 23233

Thomas D. Bielli on behalf of Creditor Little Britain Holding, LLC
Ciardi Ciardi & Astin, PC
One Commerce Sq.
Suite 1930
2005 Market Square
Philadelphia, PA 19103

C. B. Blackard on behalf of Creditor ACXIOM CORPORATION
301 E. Dave Ward Drive
PO Box 2000
Conway, AR 72033-2000

James C. Blair
1921 Whitelake Dr.
Fredericksburg, VA 22407

Jess R. Bressi on behalf of Creditor RJ Ventures LLC, K&G Dearborn LLC
Cox, Castle & Nicholson LLP
19800 MacArthur Blvd. Suite 500
Irvine, CA 92612-2435

John M. Brom on behalf of Creditor Committee Official Committee of Unsecured Creditors
Querrey & Harrow, Ltd.
,

Scott N. Brown on behalf of Creditor Hamilton County, Tennessee
801 Broad St., Sixth Floor
PO Box 1749
Chattanooga, TN 37401-1749

Ronald K. Brown on behalf of Creditor Pacific Castle Groves, LLC
Law Offices of Ronald K. Brown, Jr.
901 Dove Street, Suite 120
Newport Beach, CA

Gillian N. Brown on behalf of Creditor Committee Official Committee of Unsecured Creditors
,

Kirk B. Burkley on behalf of Creditor Duquesne Light Company
Bernstein Law Firm, P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA 15219

Betsy Johnson Burn on behalf of Creditor Myrtle Beach Farms Co., Inc.
PO Box 11070(29211-1070)
Columbia, SC 29201

Lawrence S. Burnat on behalf of Creditor Turner Broadcasting System, Inc.
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309

COFAL Partners, L.P
,

CT
,

David J. Cacciotti
9812 Fernleigh Dr.
Richmond, VA 23235

Garbiela P. Cacuci on behalf of Creditor The City of New York
Corp. Counsel of the City of New york
100 Church St.
Room 5-223
New York, NY 10007

Timothy P. Cairns on behalf of Interested Party Source Interlink Companies, Inc.
Pachulski Stang Ziehl et al
919 North Market St., 17th FL
PO Box 8705
Wilmington, DE 19899-8705

Christopher A. Camardello on behalf of Creditor CC Plaza Joint Venture, LLP
Winthrop & Weinstine, PA
225 South Sixth Street
Suite 3500
Mimmeapolis, MN 55402

Christi M. Carrano on behalf of Creditor William Foster
270 Quinnipiac Avenue
North Haven, CT 06473

Scott P. Carroll on behalf of Creditor Alliance-Rocky Mount LLC
Carroll & Carroll, P.L.L.C.
Suite 440
831 East Morehead Street
Charlotte, NC 28202

Meegan B. Casey on behalf of Creditor Bank of America, N.A., as Agent
Riemer & Branustein, LLP
Three Center Plaza
6th Floor
Boston, MA 02108

Ashley M. Chan on behalf of Creditor City of Philadelphia
Hangley Aronchick Segal & Pudlin
One Logan Sq.
27th Floor
Philadelphia, PA 19103

Charleston Newspapers
PO Box 3942
Charleston, WV 25339

Craig C. Chiang on behalf of Creditor Premier Retail Networks, Inc
Buchalter, Nemer, Fields & Younger
333 Market Street 25th Floor
San Francisco, CA 94105-2130

Shawn M. Christianson on behalf of Creditor Oracle USA, Inc.
Buchalter, Nemer, Fields & Younger
333 Market St. 25th Floor
San Francisco, CA 94105-2130

Circuit City Stores, Inc.
'

City of Colorado Springs
'

City of Coral Springs
Sherry Whitacre, Esq.
9551 West Sample Road
Coral Springs, FL 33065

City of Overland Park, Kansas

Attn: Law Dept.
8500 Santa Fe Drive
Overland Park, KS 66212

Clean Carton Co., Inc.
,

Cobra Electronics, a Delaware Corporation
6500 West Cortland
Chicago, IL 60008

Jeffrey Cohen on behalf of Creditor Shopping.com, Inc.
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7798

Cohesion Products, Inc
c/o Receivable Management Services
PO Box 5126
Timonium, MD 21094

Christopher Combest on behalf of Creditor Bedford Properties, L.L.C.
Suite 3700
500 West Madison St.
Chicago, IL 60661

Mark B. Conlan on behalf of Creditor Bond-Circuit IV Delaware Business Trust
One Gateway Center
Newark, NJ 07102-5310

Mark B. Conlan on behalf of Creditor CC Hamburg NY Partners, LLC
One Gateway Center
Newwark, NJ 07102-5310

Consumer Vision, LLC
,

David V. Cooke on behalf of Creditor City and County of Denver
Municipal Operations
201 West Colfax Ave.
Dept. 1207
Denver, CO 80202-5332

Bradley S. Copeland on behalf of Creditor Washington Green TIC
PO Box 1758
Eugene, OR 97440-1758

County of Kern, State of California
c/o Treasurer/Tax Collector's Office
Attn: Angelica Leon
PO Box 579
Bakersfield, CA 93302-0579

Crane-Snead & Associates, Inc.
4914 Fitzhugh Ave, Ste 203
Richmond, VA 23230-3435

David W. Cranshaw on behalf of Creditor Industriaplex, Inc.
Morris Manning & Martin LLP
1600 Atlanta Financial Center
3343 Peachtree Rd., N.E.
Atlanta, GA 30326

Credit Suisse International
11 Madison Avenue, 5th Floor
New York, NY 10010

Ann K. Crenshaw on behalf of Creditor CC Grand Junction Investors 1998, LLC
Kaufman & Canoles, P.C.
2100 Parks Avenue, Suite 700
Virginia Beach, VA 23451

Gary H. Cunningham on behalf of Creditor Carrollton Arms, LLC
Giarmarco Mullins & Horton
101 W. Big Beaver Rd
Floor 10
Troy, MI 48084

H. Slayton Dabney on behalf of Creditor Applied Predictive Technologies, Inc.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

Thomas W. Daniels on behalf of Creditor Greece Ridge, LLC
1265 Scottsville, Road
Rochester, NY 14624

Michael J. Darlow on behalf of Creditor Brazoria County Tax Office
Perdue Brandon Fielder et al
Ste. 600
1235 North Loop West
Houston, TX 77008

Sarah Davis on behalf of Creditor Brownsville Independent School District
Beirne Maynard & Parsons LLP
Suite 4400
1700 Pacific Ave.
Dallas, TX 75201

Angela B. Degeyter on behalf of Creditor Archon Group, L.P.
Vinson & Elkins LLP
2001 Ross Ave. Suite 3700
Dallas, TX 75201-2975

Michael Deitch on behalf of Creditor 1890 Ranch, Ltd.
Law Offices of Michael Deitch
800 Rio Grande
Austin, TX 78701

John P. Dillman on behalf of Creditor Cypress-Fairbanks ISD
Linebarge Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253

Caroline R. Djang on behalf of Creditor THQ, Inc.
Jeffer Mangels Butler et al
Seventh Floor
1900 Avenue of the Stars
Los Angeles, CA 90067

J. Scott Douglass on behalf of Creditor J. Douglass
909 Fannin, Ste. 1800
Houston, TX 77010

E-Z Spread n' Lift
1815 Buck Road
Feasterville, PA 19053

Easley, McCaleb & Associates, Inc.
Attn: Darwin Embser, VP
Suite 755
3980 DeKalb Technology Pkwy
Atlanta, GA 30340

William J. Factor on behalf of Interested Party Arboretum of South Barrington, LLC
Seyfarth Shaw LLP
131 S. Dearborn St. Suite 2400
Chicago, IL 60603

Dean Farmer on behalf of Creditor Knoxville Utilities Board
Hodges, Doughty & Carson
617 Main St.
Knoxville, TN 37901

Melanie J. Finch
22056 Gilmore Street
Woodland Hills, CA 91364-2338

Scott D. Fink on behalf of Creditor The Plain Dealer
Weltman, Weinbert & Reis Co., L.P.A.
323 W. Lakeside Avenue, Suite 200
Cleveland, OH 44113-1099

Florence County
Treasurer's Off/Deliquent Tax
180 North Irby St. MSCTT
Florence, SC 29501

Forecast Danbury Limited Partnership
c/o Forest Property Management
19 Needham Street
Newton, MA 02161

Four Star International Trade
c/o Wendy M. Mead
11 Pleasant Street
Ste 30
Worcester, MA 01609

Ian S. Fredericks on behalf of Debtor Circuit City Stores, Inc.
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899

Ian S. Fredericks on behalf of Defendant Circuit City Stores, Inc.
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899

J. Bennett Friedman on behalf of Creditor Amargosa Palmdale Investments, LLC
Hamburg, Karic, Edwards & Martin, LLP
1900 Ave. of the stars
Suite 1800
Los Angeles, CA 90067

Gregg M. Galardi on behalf of Debtor Circuit City Stores, Inc.
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899

Gamergraffix
Attn: Anne Marie Gleason
400 Harris Ave.
Providence, RI 02909

Garmin International, Inc.

Howard Gershman on behalf of Creditor Retail MDS, Inc.
Gershman Law Offices, PC
610 York Rd., Ste. 200
Jenkintown, PA 19046

Barbara Gillis
340 Pinetree Drive
Indialantic, FL 32903

Ivan M. Gold on behalf of Creditor Bear Valley Road Partners LLC
,

Eric D. Goldberg on behalf of Creditor Sirius XM Radio, Inc
Stutman, Treister & Glatt, P.C.
1901 Ave of the Stars-12th Floor
Los Angeles, CA 90067

Golfsmith International, L.P.
c/o Sarah Link Schultz
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas, TX 75201

Gary S. Graifman on behalf of Plaintiff Marlon Mondragon
Kantrowitz, Goldhamer & Graifman, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977

Rachel N. Greenberger on behalf of Creditor Dollar Tree Stores, Inc.
,

Brian P. Hall on behalf of Creditor Lexington Lion Weston I LP
Smith, Gambrell & Russell, LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309-3592

Gilbert L. Hamberg on behalf of Creditor Brownsville Public Utilities Board
1038 Darby Drive
Yardley, PA 19067-4519

Hamilton Beach Brands, Inc.
Bill Ray
4421 Waterfront Drive
Glen Allen, VA 23060

Frank J. Haupel on behalf of Creditor LC White Plains Retail LLC
DelBello Donnellan Weingarten Wise
One North Lexington Ave.
White Plains, NY 10601

Larry D. Henin on behalf of Creditor Onkyo USA Corporation
Edwards Angell Palmer et al
750 Lexington Ave.
New York, NY 10022

Neil E. Herman on behalf of Creditor Kimco Realty Corporation
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY 10178-0600

John F. Higgins on behalf of Creditor The Parkes Companies, Inc. d/b/a Parkes Construction
Porter Hedges, L.L.P.
1000 Main St., 36th Floor
Houston, TX 77002

Lawrence J. Hilton on behalf of Creditor TARGUS, INC.
Hewitt & O'Neil LLP
19900 MacArthur Blvd. Suite 1050
Irvine, CA 92612

Shannon E. Hoff on behalf of Creditor Compass Group U.S.A. Inc.
Poyner Spruill, LLP
301 South College St.
Suite 2300
Charlotte, NC 28202

George Hofmann on behalf of Creditor Akamai Technologies, Inc.
Parsons Kinghorn Harris
111 East Broadway, 11th FL
Salt Lake City, UT 84111

James B. Holden on behalf of Creditor Colorado Department of Revenue
Assistant Atty. General
1525 Sherman St. 7th Floor
Denver, CO 80203

Gary T. Holtzer on behalf of Creditor JP Morgan Chase & Co.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Nancy Hotchkiss on behalf of Creditor Donahue Schriber Realty Group, L.P.
Trainor Robertson
701 University Ave, Ste 200
Post Office Box 255824
Sacramento, CA 95825

Yolanda M. Humphrey on behalf of Creditor Fort Bend Independent School District
1235 North Loop West
Suite 600
Houston, TX 77008

IBM Corporation
c/o Vicky Namken
13800 Diplomat Dr.
Dallas, TX 75234

InfoPrint Solutions Company
c/o Vicky Namken
13800 Diplomat Dr.
Dallas, TX 75234

J&J Court Transcribers, Inc.
268 Evergreen Avenue
Hamilton, NJ 08619

Kenneth C. Johnson on behalf of Creditor Expesite, LLC
Bricker & Eckler LLP
100 South Third Street
Columbus, OH 43215

Regina Stango Kelbon on behalf of Creditor Cellco Partnership d/b/a Verizon Wireless
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

Vivieon E. Kelley on behalf of Attorney Troutman Sanders LLP
'

Walter W. Kelley. on behalf of Creditor Sherwood Properties, LLC
Kelley, Lovett & Blakey, P.C.
PO Box 70879

Albany, GA 31708

Ken Burton, Jr., Manatee County Tax Collector
PO Box 25300
Bradenton, FL 34206-5300

Synde Keywell on behalf of Creditor Georgia Pension Associates Realty Corp
Bryan Cave LLP
161 North Clark St.
Ste 4300
Chicago, IL 60601

Joon M. Khang on behalf of Creditor Sherwood
Khang & Khang, LLC
1901 Avenue of the Stars,
2nd Floor
Los Angeles, CA 90067

Scott R. Kipnis on behalf of Creditor Dollar Tree Stores, Inc.
Hofheimer Gartlir & Gross LLP
530 Fifth Ave.
New York, NY 10036

Kirkland & Ellis LLP
'

Gregg S. Kleiner on behalf of Creditor Shopping.com, Inc.
Cooley Godward LLP
One Maritime Plaza, 20th Floor
San Francisco, CA 94111-3580

Jeremy C. Kleinman on behalf of Creditor PriceGrabber.com, Inc.
Frank/Gecker LLP
325 North LaSalle St. Suite 625
Chicago, IL 60610

Roy S. Kobert on behalf of Creditor Greater Orlando Aviation Authority
Broad and Cassell
390 N. Orange Ave, Ste 1100
P.O. Box 4961
Orlando, FL 32802-4961

Korea Export Insurance Corporation
'

Alan J. Kornfeld on behalf of Creditor Committee Official Committee of Unsecured Creditors
'

Brad D. Krasnoff on behalf of Creditor Apex Digital, Inc.
Lewis Brisbois Bisgaard & Smith
221 N. Figueroa St., Ste. 1200
Los Angeles, CA 90012-2601

Jeffrey A. Krieger on behalf of Creditor Southwinds. Ltd.
Greenberg Glusker Fields, et al
1900 Avenue of the Stars, Suite 2100
Los Angeles, CA 90067-4590

Jeffrey Kurtzman on behalf of Creditor PREIT SERVICES, LLC
Klehr, Harrison, Harvey, Branzburg & Ell
260 South Broad Street
Philadelphia, PA 19102-5003

Jeffrey Kurtzman on behalf of Creditor THE GOLDENBERG GROUP
Klehr, Harrison, Harvey, Branzburg & Ell
260 South Broad Street
Philadelphia, PA 19102-5003

Landmark Communications, Inc. d/b/a The Virginian Pilot
c/o Paul A. Driscoll
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462

Paul J. Laurin on behalf of Creditor Fox Broadcasting Company
Laurin & Associates
Suite 304
280 South Beverly Dr.
Beverly Hills, CA 90212

Lee County Tax Collector
Leroy E. Belk, Jr.
PO Box 271
Lee County Court House
Tupelo, MS 38802-0271

Steven N. Leitess on behalf of Creditor Toshiba America Consumer Products, L.L.C.
Leitess Leitess Friedberg & Fedder PC
Owings Mills, MD

Fredrick J. Levy on behalf of Transferee ON Corp. USA, Inc. and ON Corp.
Olshan Grundman Frome et al
65 East 55th Street
New York, NY 10022

Lexington County Treasurer's Office
Treasurer's Office
Attn: Cynthia Hamilton
212 South Lake Dr.
Lexington, SC 29072

Arthur Lindquist-Kleissler on behalf of Creditor Millman 2000 Charitable Trust
950 South Cherry St., Ste. 720
Denver, CA 80246

James Lubary
3161 Druid Lane
Rossmoor, CA 90720

John E. Lucian
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

Madison County, Alabama Tax Collector
Attn: Lynda Hall, Tax Collector
Madison County Courthouse
100 Northside Square
Huntsville, AL 35801-4820

Magnus Magnusson
% Joseph Nolty
45-53 Auburndale Lane
Flushing, NY 11358

Nicholas B Malito on behalf of Creditor Dollar Tree Stores, Inc.
'

Robert W. Mallard on behalf of Creditor Entergy Arkansas, Inc.
Dorsey & Whitney
1105 North Market St.
Suite 1600
Wilmington, DE 19801

Michael W. Malter on behalf of Creditor Envision Peripherals,Inc

Binder & Malter
2775 Park Ave.
Santa Clara, CA 95050

Manufactures and Traders Trust Company, as Trustee
% Hidgson Russ LLP
Attn: Deborah J. Piazza, Esq.
60 East 42nd St., 37th Floor
New York, NY 10165

David Marciniszyn
633 Willow Street
Waterbury, CT 06710

Richard C. Maxwell on behalf of Interested Party Park National Bank
Woods Rogers PLC.
10 S. Jefferson Street, Suite 1400
P. O. Box 14125
Roanoke, VA 24038-4125
rmaxwell@woodsrogers.com, wmthompson@wmtpc.com

Gregory Lee McCall
U.S.M. #15064-045
F.C.I. Forest City-Low
PO Box 9000
Forest City, AR 72336

Michael F. McGrath on behalf of Creditor Tamarack Village Shopping Center Limited
Partnership
Ravich Meyer Kirkman McGrath
4545 IDS Center
80 South Eighth St.
Minneapolis, MN 55402

Michelle McMahon on behalf of Creditor Georgia Pension Associates Realty Corp
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

Jeffrey Meyers on behalf of Creditor Centro Properties Group
Ballard Spahr Andrews & Ingersoll
51st Fl- Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

Kenneth Miller on behalf of Creditor KB Columbus 1-CC, LLC
Moldo Davidson Fraioli et al
Suite 2100
2029 Century Park East
Los Angeles, CA 90067

Nicholas M. Miller on behalf of Creditor Manufacturers and Traders Trust Company, as
Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated
February 1, 1993 and (II) the Collateral Trust Indenture from Secured
DLA Piper LLP
203 North LaSalle St.
Suite 1900
Chicago, IL 60601

Satchidananda Mims
PO Box 19304
Oakland, CA 94619

Monarch Alternative Capital, LP
c/o Andrew Herenstein
535 Madison Ave.
New York, NY 10022

Monte Vista Crossings, LLC
,

Howard Morehead
10712 Calaveras Cove
Belton, TX 76513

John A. Morris on behalf of Creditor Committee Official Committee of Unsecured Creditors
,

Christopher B. Mosley on behalf of Creditor City of Fort Worth
City of Fort Worth
1000 Throckmorton Street
Fort Worth, TX 76105

Mark Murdock
25590 Noble Dr.
Chesterfield, MI 48051

Mary Elisabeth Naumann on behalf of Creditor Prosite Business Solutions, LLC
Jackson Kelly PLLC
175 E. Main St., Ste. 500
Lexington, KY 40507

James D. Newell on behalf of Creditor Dick's Sporting Goods, Inc.
Buchanan Ingersoll & Rooney
One Oxford Centre
20th Floor
Pittsburgh, PA 15219

Nintendo of America, Inc.
Attn: Elizabeth Aurelio, VP
-Credit, 4820-150th Ave. NE
Redmond, WA 98052-5115

North American Roofing Services, Inc.
c/o Doug Frankey
3 Winner Circle
Arden, NC 28704

North Attleboro Marketplace II, LLC
1414 Atwood Avenue
Johnston, RI 02919

NorthMarq
Emily J. Voss, Property Man.
Suite 200
3500 American Blvd. W.
Minneapolis, MN 55431

Edmond Patrick O'Brien on behalf of Creditor Green 521 5th Avenue LLC
Stempel Bennett Claman & Hochberg, P.C.
675 Third Ave. 31st Floor
New York, NY 10017

Office of Unemployment Compensation Tax Svcs.
Dept. of Labor & Industry, Commonwealth
of PA, Reading Bankruptcy & Compl. Unit
Attn: Timothy Bortz, UC Tax Agent
625 Cherry St. - Room 203
Reading, PA 19602-1184

Oklahoma County Treasurer
c/o Tammy Jones
320 Robert S. Kerr
Room 307

Oklahoma City, OK 73102

Jeffrey G. Olsen on behalf of Creditor ALCAL/Arcade Contracting, Inc.
Fennell & Olsen
90 Blue Ravine Road, Ste. 170
Folsom, CA 95630

Orange Grove Apartments LLC dba Camelback Center Properties
c/o Valerie L. Marciano, Esq.
Jaburg & Wilk, PC
3200 North Central Ave., #2000
Phoenix, AZ 85012

Constantinos G. Panagopoulos on behalf of Creditor Centro Properties Group
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, NW
Suite 1000 South
Washington, DC 20005-3807

Constantinos G. Panagopoulos on behalf of Creditor Federal Realty Investment Trust
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, NW
Suite 1000 South
Washington, DC 20005-3807

James A. Pardo on behalf of Creditor Mitsubishi Digital Electronics America, Inc.
King & Spalding
1180 Peachtree Street
Atlanta, GA 30309
jpardo@kslaw.com

Ernie Zachary Park on behalf of Creditor The Irvine Company
Bewley,Lassleben & Miller, LLP
13215 E. Penn Street
Suite 510
Whittier, CA 90602-1797

H. Brent Patrick on behalf of Creditor The Parkes Companies Inc.
Smith Cashion & Orr, PLC
231 Third Avenue North
Nashville, TN 37201

Harold Patton
5178 Old N. Rd.
Christoperh, IL 62822

Randy J. Perlmutter on behalf of Plaintiff Marlon Mondragon
Kantrowitz, Goldhamer & Graifman, P.C.
747 Chestnut ridge Road
Chestnut Ridge, NY 10977

Deborah J. Piazza on behalf of Interested Party Manufacturers & Traders Trust Company, as
Trustee
Hodgson Russ LLP
140 Pearl St.
Suite 100
Buffalo, NY 14202

David L. Pollack on behalf of Creditor Centro Properties Group
Ballard Spahr Andrews & Ingersoll LLP
51st Fl-Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

Lionel J. Postic on behalf of Creditor Sun Belt General Contractors, Inc
Law Firm Of Lionel J. Postic, PC
125 Townpark Drive

Suite 300
Kennesaw, GA 30144

Gail B. Price on behalf of Creditor 13630 Victory Boulevard, LLC
Bronwen Price Attys at Law
2600 Mission St., Ste. 206
San Marino, CA 91108

PrimeShares
261 Fifth Avenue
22nd Floor
New York, NY 10016

Mary J. Radack
14561 Legends Blvd., N 302
Fort Myers, FL 33912

Jennifer L. Rando on behalf of Creditor Manufacturers and Traders Trust Company, as
Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated
February 1, 1993 and (II) the Collateral Trust Indenture from Secured
Hodgson Russ LLP
The Guaranty Bldg
140 Pearl Street
Suite 100
Buffalo, NY 14202

Recovery Management Systems Corporation
25 SE 2nd Ave Ste 1120
Miami, FL 33131

Frank F. Rennie on behalf of Interested Party James Stacia
1930 Huguenot Road
P. O. Box 35655
Richmond, VA 23235

David G. Reynolds on behalf of Creditor Homero Mata
Glass & Reynolds
P.O. Box 1700
Corrales, NM 87048

Kenneth R. Rhoad on behalf of Creditor ActionLink, LLC
Gebhardt & Smith LLP
1 South St. Suite 2200
Baltimore, MD 21202

Vincent E. Rhynes
1514 W. Manchester Ave. # 5
LA, CA 90047

Jonathan Lee Riches
FCI Williamsburg
PO Box 340
Salters, SC 29590

Julie H. Rome-Banks on behalf of Creditor Daly City Partners I, L.P
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

Julie H. Rome-Banks on behalf of Creditor Envision Peripherals,Inc
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

Kenneth B. Roseman on behalf of Creditor Petrovich
Kenneth B. Roseman & Assoc., P.C.
Suite 810

105 West Madison Street
Chicago, IL 60602

George Rosenberg on behalf of Creditor Arapahoe County Treasurer
Arapahoe County Attorney
5334 S. Prince Street
Littleton, CO 80166

Paul Rubin on behalf of Creditor Canon U.S.A., Inc
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

Davor Rukavina on behalf of Creditor Texas Instruments Incorporated
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201

Jeffrey D. Saferstein on behalf of Creditor Ricardo Pliego
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Ave. of the Americas
New York, NY 10019-6064

Safeway Inc.
Gary & Regenhardt, PLLC
8500 Leesburg Pike
Suite 7000
Vienna, VA 22182

Paul S. Samson on behalf of Creditor Bank of America, N.A., as Agent
Riemer & Braunstein, LLP
Three Center Plaza
6th Floor
Boston, MA 02108

Diane W. Sanders on behalf of Creditor Cameron County
1949 South I.H. 35 (787841)
P.O. Box 17428
Austin, TX 78760

Eric Lopez Schnabel on behalf of Creditor Entergy Arkansas, Inc.
Dorsey & Whitney
1105 North Market St.
Suite 1600
Wilmington, DE 19801

Thomas Schultz on behalf of Creditor City of Novi, MIchigan
PO Box 3040
Farmington Hills, MI 48333-3040

Donald G. Scott on behalf of Creditor Flintlock Northridge LLC
McDowell Rice et al
605 West 47th St., Ste. 350
Kansas City, MO 64112-1905

Robert E. Scully on behalf of Creditor T.D. Farrell Construction, Inc.
Stites & Harbison PLLC
Ste. 900
1199 North Fairfax St.
Alexandria, VA 22314

Scott A. Semenek on behalf of Creditor ACCO Brands Corporation
Wildman, Harrold, Allen & Dixion
225 West Wacker Drive
Chicago, IL 60606-1229

Bruce Senator
#F-99302, CA Men's Colony
State Prison, PO Box 8101
San Luis Obispo, CA 93409-8101

John L. Senica on behalf of Creditor Evergreen Plaza Associates
Miller,Canfield,Paddock and Stone, PLC
225 W. Washington, Suite 2600
Chicago, IL 60606

Servpro
,

Joseph R. Sgroi on behalf of Creditor DIRECTV, Inc.
Honigman Miller Schwartz & Cohn LLP
660 Woodward Ave.
2290 First National Building
Detroit, MI

Patricia Shapiro
3662 Mountcles Blvd.
Thousand Oaks, CA 91360

Scott Shaw on behalf of Creditor CBL & Associates Management, Inc.
,

Andrea Sheehan on behalf of Creditor Lewisville Independent School District
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

Joseph S. Sheerin on behalf of Debtor Circuit City Stores, Inc.
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
jsheerin@mcguirewoods.com

Stephen W. Spence on behalf of Creditor Dicker-Warmington Properties
Phillips, Goldman & Spence
1200 North Broom Street
Wilmington, DE 19806

Penny R. Stark on behalf of Creditor Caparra Center Associates, S.E.
Suite 308
9861 Sunrise Lakes Blvd.
Sunrise, FL 33322

State Board of Equalization
State of California
450 N Street, MIC:55
PO Box 942879
Sacramento, CA 94279-0055

Scott A. Stengel on behalf of Attorney Mio Technology USA Ltd. also known as MiTAC USA
Inc.
Orrick, Herrington & Sutliffe, LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005-1706

Mary H. Stienemann
Apt. B
1037 Maiden Choice Ln.
Baltimore, MD 21229

Mark Stromberg on behalf of Creditor CDB Falcon Sunland Plaza, LP

Stromberg & Associates, PC
Two Lincoln Centre
5420 LBJ Freeway
Suite 300
Dallas, TX 75240

TMT Development Company, Inc.
Attn: Jill Hollowell
805 SW Broadway, Ste. 2020
Portland, OR 97205

Peter N. Tamposi on behalf of Creditor Eastman Kodak Company
Donchess Notinger & Tamposi, P.C.
547 Amherst St. Suite 204
Nashua, NH 03063

Tasler Pallett, Inc.
Attn: Lewis Olson, Cred Mngr
H.C. 73 Box 11
Marietta, OK 73448

Tax Collector For Polk County, FL
Of Joe G. Tedder
PO Box 2016
Bartow, FL 33831-2016

Tax Collector of Madison County, Alabama
c/o Lynda Hall, Tax Collector
,

Lauren Lonergan Taylor on behalf of Creditor Principal Life Insurance Company
Duane Morris, LLP
,

Wayne R. Terry on behalf of Creditor M and M Berman Enterprises
Hemar, Rosusso & Heald, LLP
15910 Venturea Boulevard
12th Floor
Encino, CA 91436-2829

The Agency for Workforce Innovation
,

Zakarij O. Thomas on behalf of Creditor Dick's Sporting Goods Inc.
Buchanan Ingersoll & Rooney
One Oxford Centre
20th Floor
Pittsubrgh, PA 15219

Touchpoint Retail Design, Inc.
Attn: Debby Prudhomme
118 E. 26th St., Ste. 300
Minneapolis, MN 55404

Travelers
One Tower Square, 5MN
Hartford, CT 06183

United States Environmental Protection Agency
Office of General Counsel
U.S. EPA Mailcode 2377R
1300 Pennsylvania Ave., NW
Washington, DC 20004

UrbanCal Oakland, II LLC
c/o Baker & Hostetler, LLP
ATTN: Laura Lawton Gee

1000 Louisiana Street
Suite 2000
Houston, TX 77002

Jose Felix Infante Vasques
'

Vermont Gas
PO Box 467
Burlington, VT 05402-0467

VonWin Capital Management, LP
261 Fifth Avenue
22nd Floor
New York, NY 10016

WGHP-TV
'

S. James Wallace on behalf of Creditor Equitable Gas Company LLC
Griffith, McCague & Wallace, P.C.
The Gulf Tower, #3626
707 Grant Street, 38th Floor
Pittsburgh, PA 15219-1911

William L. Wallander on behalf of Creditor Archon Group, L.P.
Vinson & Elkins L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201-2975

Nancy A. Washington on behalf of Creditor FM Facility Maintenance
Saiber LLC
One Gateway Center 13th Floor
Newark, NJ 07102

Catherine J. Weinberg on behalf of Creditor Signal Hill Gateway, LLC
Buckner, Alani & Mirkovich
3146 Redhill Ave., Ste. 200
Costa Mesa, CA 92626

Elizabeth Weller on behalf of Creditor Dallas County
Linebarger Goggan Blair & Sampson,LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Lori L. Winkelman on behalf of Creditor DFS SERVICES LLC
Quarles & Brady LLP
2 North Central Avenue
Phoenix, AZ 85004-2391
lwinkelman@quarles.com

Winn Bus Lines
1831 Westwood Avenue
Richmond, VA 23227

Brian D. Womac on behalf of Creditor Parkdale Village, LP
Two Memorial City Plaza
820 Gessner, Ste. 1540
Houston, TX 77024

Karon Y. Wright on behalf of Creditor Austin Community College
Travis County, Texas
P.O. Box 1748
Austin, TX 78767

Menachem O. Zelmanovitz on behalf of Creditor Fort Steuben Mall

Morgan, Lewis & Bockius
101 Park Ave.
New York, NY 10178-0600

--------------------------------------------------------------------------
*****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless
otherwise expressly indicated, any federal tax advice contained in this message was not
intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-
related penalties under the Internal Revenue Code or applicable state or local tax law
provisions or (ii) promoting, marketing or recommending to another party any tax-related
matters addressed herein.
*****************************************************
*****************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named
herein and may contain legally privileged and/or confidential information. If you are not
the intended recipient of this email, you are hereby notified any dissemination,
distribution or copying of this email, and any attachments thereto, is strictly
prohibited. If you receive this email in error please immediately notify me at (212)
735-3000 and permanently delete the original copy and any copy of any email, and any
printout thereof.

Further information about the firm, a list of the Partners and their professional
qualifications will be provided upon request.
*****************************************************
=====================================================================