Ferrell A. Weber, Esq.
LAW OFFICES OF FERRELL A. WEBER
2203 E. Lincoln Avenue
Anaheim, CA 92806

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| MARTIN GARCIA, ) | |
| ) | |
| Applicant, ) | Chapter 11 |
| ) | |
| vs. ) | Case No.  08-35653  (KRH) |
| ) | |
| CIRCUIT CITY STORES, INC; ) | |
| CONSTITUTION STATE SERVICE ) | Jointly Administered |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

### CREDITOR MARTIN GARCIA'S RESPONSE TO DEBTORS' TENTH OMNIBUS OBJECTION TO CERTAIN DUPLICATE CLAIMS

COMES NOW Creditor Martin Garcia to respond to Debtors' Tenth Omnibus Objection to Certain Duplicate Claims and states:

Martin Garcia is a claimant on two worker's compensation claims currently pending before the Worker's Compensation Appeals Board, State of California, Case Numbers AHM 0118167 alleges injury to the left upper extremity and left shoulder on March 16, 2000 and case number AHM 0122164 alleging injury to his neck and right shoulder on May 6, 2000.  Circuit City is the Defendant on each case.

On December 10, 2008 a demand for settlement of both cases was made for a total of $134,305.

To the extent that Debtors' Motion seeks to dismiss either one of these Worker's Compensation claims, Creditor, Martin Garcia objects.  He has two claims the sum of which is claimed to have a value of $134,305.

Dated: June 11, 2009                          By: _____
                                                  FERRELL A. WEBER
                                                  Attorney for Martin Garcia

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is **2203 E. Lincoln Avenue, Anaheim, California 92806.**

On June 15, 2009, I served the foregoing document described as:

**CREDITOR MARTIN GARCIA'S RESPONSE TO DEBTORS' THENTH ONMINBUS OBJECTION TO CERTAIN DUPLICATE CLAIMS**

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Honorable R. Huennekens
Bankruptcy Judge
United States Bankruptcy Court
Eastern District of Virginia
U.S. Courthouse
701 E. Broad Street, Room 5000
Richmond, VA 23219-1888

Gregg M. Galardi, Esq.
Ian S. Gredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606

Dion W. Hayes
Douglas M. Foley
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219

BY MAIL as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with United States Postal Service on that same day with postage thereon fully prepared at ANAHEIM, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on June 15, 2009, at ANAHEIM, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

MILY ALCALA