Mark J. Friedman (VSB No. 16808)
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Telephone:      (410) 580-3000
Facsimile:      (410) 580-3001
mark.friedman@dlapiper.com
Counsel for West Marine Products, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | **Case No. 08-35653 (KRH)** |
| | ) | |
| **Debtors** | ) | **Jointly Administered** |
| | ) | |

### MOTION TO ADMIT COUNSEL PRO HAC VICE

**COMES NOW** Mark J. Friedman, counsel to West Marine Products, Inc. in this case and a member of the bar of this Court, and moves, pursuant to Local Rule 2090-1(E)(2), for the admission *pro hac vice* of Susan S. Maher of the firm DLA Piper LLP (US), 6225 Smith Avenue, Baltimore, Maryland 21209; susan.maher@dlapiper.com.  In support thereof, Movant states as follows:

1.      Ms. Maher graduated from University of Baltimore School of Law in 1989. Ms. Maher is a member in good standing of the Maryland State Bar and the District of Columbia Bar.  Ms. Maher is admitted to practice in the United States District Court for the District of Maryland and the United States District Court for the District of Columbia.

2.      Ms. Maher's admittance to practice law has never been revoked and she is not the subject of any disciplinary proceedings.

3.      Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this motion, Movant requests that the requirement that all motions be accompanied by a written memorandum of law be waived.

4.      No previous request for the relief sought herein has been made to this Court.

WHEREFORE, the Movant requests this Court enter an order admitting Susan S. Maher of the firm DLA Piper LLP (US) *pro hac vice* to the bar of this Court for the conduct of this case.

Respectfully submitted this 18th day of June, 2009.


/s/ Mark J. Friedman
Mark J. Friedman (VSB No. 16808)
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Telephone:    (410) 580-3000
Facsimile:    (410) 580-3001
mark.friedman@dlapiper.com

Counsel for West Marine Products, Inc.

## CERTIFICATE OF SERVICE

I hereby certify on this 18th day of June, 2009, a copy of the foregoing was delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system and/or by electronic mail to the following pursuant to the Order Establishing Certain Notice, Case Management and Administrative Procedures entered in this case.

circuitcityservice@mcquirewoods.com
project.circuitcity@skadden.com


/s/ Mark J. Friedman
_____