Mark J. Friedman (VSB No. 16808)
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Telephone:    (410) 580-3000
Facsimile:    (410) 580-3001
mark.friedman@dlapiper.com
Counsel for West Marine Products, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | **Case No. 08-35653 (KRH)** |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |

## ORDER APPROVING ADMISSION PRO HAC VICE OF SUSAN S. MAHER

This matter comes before the Court upon the Motion of Mark J. Friedman requesting entry of an order approving the admission *pro hac vice* of Susan S. Maher of the firm of DLA Piper LLP (US), Baltimore, Maryland, to represent the interests of West Marine Products, Inc. in these proceedings. Based upon the representations set forth in the Motion, and finding it otherwise proper,

IT IS HEREBY ORDERED THAT Susan S. Maher be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings.

ENTERED:

                                             HON. KEVIN R. HUENNEKENS
                                             UNITED STATES BANKRUPTCY JUDGE

EAST\42479484.1

I ASK FOR THIS:

/s/ Mark J. Friedman
Mark J. Friedman (VSB No. 16808)
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Telephone:    (410) 580-3000
Facsimile:    (410) 580-3001
mark.friedman@dlapiper.com

Counsel for West Marine Products, Inc.


## LOCAL RULE CERTIFICATION

  I hereby certify that the foregoing has been endorsed by all necessary parties pursuant to Local Rule 9022-1(C).

                    /s/ Mark J. Friedman

2

EAST\42479484.1

**PARTIES TO RECEIVE COPIES**

Mark J. Friedman
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600

Susan S. Maher
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600

Dion W. Hayes, Esq.
McGuireWoods LLP
901 E. Cary Street
Richmond, VA  23219

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636