```
ACCT. NO.: 043601-000019                                   PAGE    3
INVOICE NO.: 784602                                        FEBRUARY 26, 2009
```

| Date | Description | Atty | Hours |
|---|---|---|---|
| 01/09/09 | Reviewed Motion by debtor to reject unexpired nonresidential leases to confirm client's lease not on the list. | MMM | 0.20 |
| 01/10/09 | Read Notice and Order. Correspondence to client. Call to Kara Lehman. Notes to file on filings. Sent article from Washington Post to Mr. Geiger. Notes on strategy. | MMM | 1.40 |
| 01/10/09 | Conference with M.Mitchell regarding order entered by court approving sale of business and actions to be taken as to potential assumption of lease. Review relevant order and notice. | KDL | 1.10 |
| 01/12/09 | Conference with Kara Lehman about seeking adequate assurance of future performance. | MMM | 0.20 |
| 01/12/09 | Review correspondence from M.Mitchell. Review order and monitor posting of potential purchaser notice. Correspondence to client and debtor's counsel. Conference with M.Mitchell. | KDL | 2.10 |
| 01/13/09 | Checked filings for landlord related filings. Read notice of potential purchase. Correspondence to Mr. Geiger. Notes to file. | MMM | 0.50 |
| 01/13/09 | Review relevant pleadings and correspondence regarding filings related to notice to counterparties and bid deadline. | KDL | 0.40 |
| 01/15/09 | Telephone discussion with Jim Lewis of Holland & Knight regarding strategy [redacted] and his conversation with another attorney who represents several landlords. Discussed sale procedure and [redacted]. Discussed what Mr. Epps had learned about potential purchasers. Notes to file. | MMM | 1.20 |

Exhibit B (Part 2)    Page 2 of 10

```
ACCT. NO.: 043601-000019                                    PAGE    4
INVOICE NO.:  784602                                        FEBRUARY 26, 2009
```

| Date | Description | Atty | Hours |
|---|---|---|---|
| 01/16/09 | Attention to real estate taxes. Call from Mr. Geiger regarding real estate taxes. Notes to file on strategy. | MMM | 0.40 |
| 01/16/09 | Prepared for Hearing. Studied debtor's opposition to reconsideration of Court's ruling on stub rent. E-mails to McGuire Woods. Notes to file on Hearing detailing background on debtor's efforts to sell business as a going concern and how that effort failed and resulted in a Motion to approve an agency agreement to liquidate the business. E-mails to client. | MMM | 4.20 |
| 01/17/09 | Read parts of Order approving Agency and going out of business sales. Correspondence to client. | MMM | 0.20 |
| 01/25/09 | Reviewed filings to prepare Proof of Claim. Studied lease. Checked code on rejection damages. Reviewed other landlord claims. Began correspondence to client. | MMM | 0.80 |
| 01/26/09 | Completed draft of Proof of Claim. Forwarded the same to Mr. Geiger by e-mail. Telephone discussion with Mr. Geiger. Call from Mr. Geiger and discussed three types of claims: general unsecured for pre-petition, administrative for post-petition use of the premises and rejection damages upon termination of the lease. | MMM | 1.20 |
| 01/26/09 | Conference with M. Mitchell regarding filing of proof of claim. Prepare proof of claim form and other necessary documents for filing. | KDL | 1.10 |

```
ACCT. NO.: 043601-000019                                      PAGE    5
INVOICE NO.:  784602                                          FEBRUARY 26, 2009


TOTAL FOR SERVICES                                            $8,464.25

  DISBURSEMENTS

    OUTSIDE COPIES/PRINTING                          26.70
    OUTSIDE PROFESSIONAL SERVICES                   162.24
    OFFICE COPY/SCAN                                 32.85

      TOTAL DISBURSEMENTS                                       $221.79
                                                          _____

TOTAL FOR SERVICES AND DISBURSEMENTS                          $8,686.04
                                                          ==============

                        BILLING SUMMARY

                            RATE         HOURS          TOTALS

  ROBERT J. SIDMAN         525.00         0.25          131.25
  MALCOLM M. MITCHELL JR.  420.00        14.40        6,048.00
  D. MICHAEL SCHIRA        355.00         0.80          284.00
  SUPARNA BANERJEE         230.00         2.20          506.00
  KARA D. LEHMAN           230.00         6.50        1,495.00
```

Federal Identification Number
31-4333125

# Vorys, Sater, Seymour and Pease LLP

52 East Gay Street
Post Office Box 1008
Columbus, Ohio 43216-1008

Telephone (614) 464-6400

FRANZ GEIGER
N P LIMITED PARTNERSHIP
8800 LYRA DRIVE
SUITE 550
COLUMBUS OH   43240

MARCH 27, 2009
INVOICE NO. 789183
D. MICHAEL SCHIRA
ACCT NO.   043601-000019

Statement of Services and Disbursements

Period Ending:   February 28, 2009

RE:   CIRCUIT CITY LEASE

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 02/06/09 | Correspondence to Teresa Underwood inquiring about status of February base rent. | MMM | 0.10 |
| 02/08/09 | Study Order and lease rejection procedures. Notes to file. Notes on unpaid real estate taxes. Correspondence to client. | MMM | 1.80 |
| 02/09/09 | Correspondence from Franz Geiger. Notes to file on real estate tax issues and procedures surrounding termination and strategy therefor. | MMM | 1.60 |
| 02/10/09 | Correspondence from Franz Geiger regarding his call with Circuit City real estate brokers and payment of real estate taxes. Telephone conference with Franz Geiger and discussed strategy. | MMM | 0.70 |

```
ACCT. NO.: 043601-000019                                PAGE    2
INVOICE NO.:  789183                                    MARCH 27, 2009
```

| Date | Description | Atty | Hours |
|---|---|---|---|
| 02/10/09 | Research for Ms. Cobb and Mr. Mitchell regarding administrative claims in bankruptcy for broker lease provisions and taxes charged pre-petition but not due until post petition. | KMT | 1.30 |
| 02/11/09 | Attention to read filings by other landlords. Telephone conference with Franz Geiger about filing a motion to compel payment of stub rent and all post-petition real estate taxes. Draft motion to compel and proposed order and had the same filed to be heard on March 3, 2009. | MMM | 2.90 |
| 02/11/09 | Conference with M. Mitchell regarding filing. Attention to review pleadings and attend to filing of same. | KDL | 1.10 |
| 02/12/09 | Correspondence to Franz Geiger. Read opposition by Circuit City to administrative claim filed by another creditor. | MMM | 0.30 |
| 02/13/09 | Attention to notes on February 13, 2009 hearing prepared by Tiffany Cobb. Noted motion by debtor to sell FF&E. Correspondence to client. | MMM | 0.30 |
| 02/13/09 | Draft summary of key modifications to Debtors' proposed lease rejection procedures order as orally reported by Debtors to the court during omnibus hearing. Correspondence to Mac Mitchell regarding same. | TSC | 0.30 |
| 02/14/09 | Attention to two pleadings by Circuit City regarding additional lease rejections to confirm that client's lease is not listed. | MMM | 0.10 |
| 02/17/09 | Attention to review correspondence from opposing counsel. Correspondence to and from M. Mitchell. | KDL | 0.30 |

```
ACCT. NO.: 043601-000019                                    PAGE    3
INVOICE NO.:  789183                                        MARCH 27, 2009
```

| Date | Description | Atty | Hours |
|---|---|---|---|
| 02/18/09 | Correspondence to and from opposing counsel. Correspondence to and from M. Mitchell. Review motion to compel. Telephone conference to opposing counsel. Attention to review of relevant documents from docket referenced by counsel for Circuit City. Review Court's orders referenced by opposing counsel. | KDL | 1.70 |
| 02/19/09 | Correspondence to client regarding conversation with opposing counsel. Summarize memorandum opinion regarding stub rent for M. Mitchell. | KDL | 0.40 |
| 02/20/09 | Attention to review and summarize Court's opinion regarding treatment of stub rent. | KDL | 1.00 |
| 02/23/09 | Telephone discussion with counsel for Circuit City. Analyze landlord related filings. Prepared for call to counsel for Circuit City. Telephone conference with Folarin Dosunmu. Notes to file. Call to Mike Schira. Counsel for Circuit City advised that Debtor's position was to oppose immediate payment of stub rent and all of real estate taxes. Call to Mike Schira and Tiffany Cobb. Second conversation with counsel for Circuit City and went over calculations and law. Telephone conference with Franz Geiger regarding position of Circuit City. Attention to notes to file. | MMM | 3.30 |
| 02/23/09 | Telephone conference with Mac Mitchell concerning payment of real estate taxes. Analyze Ohio Revised Code. | DMS | 0.40 |
| 02/23/09 | Telephone call Mac Mitchell regarding post-petition tax bill and strategy for resolution of same. | TSC | 0.30 |
| 02/23/09 | Conference with M. Mitchell. Locate relevant order regarding treatment of unexpired leases. Review order. Ascertain whether an order has been filed concerning Polaris lease. Review correspondence to and from client. | KDL | 0.80 |

```
ACCT. NO.: 043601-000019                                  PAGE    4
INVOICE NO.:  789183                                      MARCH 27, 2009
```

| Date | Description | Atty | Hours |
|---|---|---|---|
| 02/24/09 | Multiple telephone conferences with counsel for Circuit City regarding our position that proration language changed due date under Lease for real estate taxes which accrued during debtor's possession. Agreed to extend answer date for Circuit City. | MMM | 1.00 |
| 02/25/09 | Correspondence to Teresa Underwood [redacted] | MMM | 0.50 |
| 02/26/09 | Correspondence to Debtor's counsel. Correspondence from Ms. Underwood. Telephone conference from counsel for Circuit City who stated position had not changed. Discussed what stipulations could be made in preparation for Hearing. Correspondence to Franz Geiger. Attention to review of Debtor's objection. | MMM | 0.60 |
| 02/27/09 | Conference with Mr. Mitchell regarding lease issues. | RDL | 0.30 |
| 02/27/09 | Attention to Circuit City's objection to our motion. Call to Randy LaTour in Columbus. Telephone conference with Franz Geiger [redacted] Correspondence to Doug Foley. Call from Ian Drederick and Folarin. Agreed on continuance for hearing to April 28 and agreed to deadlines for amended motion and reply by Polaris and surreply and supplemental objections by Circuit City. Attention to notes to file. | MMM | 1.90 |
| 02/27/09 | Telephone conference with Mac Mitchell concerning payment of real estate taxes and claim in bankruptcy court. | DMS | 0.40 |

```
ACCT. NO.: 043601-000019                                    PAGE    5
INVOICE NO.:  789183                                        MARCH 27, 2009


02/28/09   Telephone conference with Drew          MMM          0.20
           Parobeck in Cleveland.
           Correspondence to Katie Albrecht
           for research.

02/28/09   Conferences and correspondences         DTP          0.50
           with Mr. Mitchell and Ms. Albrecht
           regarding priority tax issue.



TOTAL FOR SERVICES                                          $8,687.00

   DISBURSEMENTS

      COURIER SERVICE                                 36.94
      POSTAGE                                         10.08

         TOTAL DISBURSEMENTS                                   $47.02
                                                            _____

TOTAL FOR SERVICES AND DISBURSEMENTS                        $8,734.02
                                                            ============


                          BILLING SUMMARY

                         RATE         HOURS           TOTALS

    RANDALL D. LATOUR         425.00    0.30           127.50
    MALCOLM M. MITCHELL JR.   420.00   15.30         6,426.00
    DREW T. PAROBEK           410.00    0.50           205.00
    D. MICHAEL SCHIRA         355.00    0.80           284.00
    TIFFANY S. COBB           330.00    0.60           198.00
    KARA D. LEHMAN            230.00    5.30         1,219.00
    KELSEY M. TOULOUSE        175.00    1.30           227.50
```

Federal Identification Number
31-4333125

# Vorys, Sater, Seymour and Pease LLP

52 East Gay Street
Post Office Box 1008
Columbus, Ohio 43216-1008

Telephone (614) 464-6400

FRANZ GEIGER
N P LIMITED PARTNERSHIP
8800 LYRA DRIVE
SUITE 550
COLUMBUS OH  43240

APRIL 20, 2009
INVOICE NO. 792695
D. MICHAEL SCHIRA
ACCT NO.  043601-000019

Statement of Services and Disbursements

Period Ending:   March 31, 2009

RE:   CIRCUIT CITY LEASE

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 03/01/09 | Restudied Circuit City Objection. E-mail to Katie Albrecht regarding the Trak Auto case, a bankruptcy case decided in Virginia which dealt with leased property in Illinois that billed its state real estate taxes in arrears like Ohio. | MMM | 0.40 |
| 03/02/09 | E-mail from Katie Albrecht. Several e-mails regarding research. | MMM | 0.70 |
| 03/02/09 | Conferences and e-mails with Messrs. Mitchell, Hunsicker and Ms. Albrecht regarding administrative rent and tax issues. | DTP | 0.50 |
| 03/02/09 | Review of authorities regarding rental payments during bankruptcy; analysis of previously filed motions. | KAA | 2.70 |

```
ACCT. NO.: 043601-000019                            PAGE    2
INVOICE NO.:  792695                                APRIL 20, 2009
```

| Date | Description | Initials | Hours |
|---|---|---|---|
| 03/03/09 | Reviewed court docket for cases that are relevant to client's issues. | MMM | 0.20 |
| 03/03/09 | Further review of legal authorities pertaining to payment of administrative taxes. | DTP | 0.25 |
| 03/04/09 | Studied Order with regard to rejection requirements. E-mail to client. | MMM | 0.80 |
| 03/11/09 | Notes on issues regarding rejection of client's lease and condition of the premises. | MMM | 0.10 |
| 03/11/09 | Review of authorities regarding treatment of real estate taxes in bankruptcy. | KAA | 2.50 |
| 03/12/09 | Draft, review and revise memorandum regarding real estate taxes and rent as administrative expenses. | KAA | 2.30 |
| 03/15/09 | Read Albrecht memo on cases cited by Circuit City. | MMM | 0.20 |
| 03/30/09 | Confer with M.Mitchell regarding lease rejection. | KDL | 0.10 |

**TOTAL FOR SERVICES**                                        $2,538.50

============

### BILLING SUMMARY

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| MALCOLM M. MITCHELL JR. | 420.00 | 2.40 | 1,008.00 |
| DREW T. PAROBEK | 410.00 | 0.75 | 307.50 |
| KARA D. LEHMAN | 230.00 | 0.10 | 23.00 |
| KATHERINE A. ALBRECHT | 160.00 | 7.50 | 1,200.00 |