CIRCUIT CITY STORES, INC., et al          Chapter 11, Case No. 08-35653-KRH

Re: Store No. 3792

## SUMMARY OF ATTORNEYS' FEES AND EXPENSES INCURRED BY LANDLORD ADVANCE REAL ESTATE MANAGEMENT, LLC FOR APRIL 2009

(Copies of Invoice Attached)

| PERIOD COVERED | DATE | AMOUNT |
|---|---|---|
| April 2009 | May 22, 2009 | 2,887.69 |
|  | TOTAL: | $2,887.69* |

*With attorneys' fees and expenses continuing to accrue.

### DECLARATION

Under penalties of perjury I, Malcolm M. Mitchell, Jr., state that I am a Partner of Vorys, Sater, Seymour and Pease LLP and the attached is a true copy of the invoice for attorneys' fees and expenses incurred by Advance Real Estate Management, LLC in the Circuit City Stores, Inc. bankruptcy case and the foregoing summary is accurate.

June 1, 2009
DATE

Malcolm M. Mitchell, Jr.

06/01/2009 Alexandria 8613268.2

Federal Identification Number
31-4333125

# Vorys, Sater, Seymour and Pease LLP

277 South Washington Street
Suite 310
Alexandria, VA 22314

Telephone (703) 837-6999

**FILE COPY**

```
ADVANCE REAL ESTATE MANAGEMENT LLC         MAY 22, 2009
ATTN:  A. DORUK BOREKCI                    INVOICE NO. 797267
1420 TECHNY ROAD                           MALCOLM M. MITCHELL JR.
NORTHBROOK, IL  60062                      ACCT NO.  064525-000002
```

Statement of Services and Disbursements

Period Ending:   April 30, 2009

RE:   CIRCUIT CITY STORES INC BANKRUPTCY

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 04/21/09 | Telephone discussion with Mr. Ellsworth, counsel for Advance. Notes to file on issues of Advance. Telephone discussion with Messrs. Ellsworth and Zable. Discussed and agreed on strategy. Requested copies of documents. Begin document review. | MMM | 1.50 |
| 04/22/09 | Studied lease and Proofs of Claims. Noted suggested ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Calculated amounts due. Prepared Motion for allowance of administrative expense. Notes to file. Call to Mr. Ellsworth. | MMM | 4.50 |
| 04/22/09 | Attended to filing of motion and exhibits with court. Conference with Mr. Mitchell. | KDL | 0.50 |
| 04/24/09 | E-mail to Mr. Ellsworth regarding continuance. | MMM | 0.10 |

```
ACCT. NO.: 064525-000002                                      PAGE    2
INVOICE NO.: 797267                                           MAY 22, 2009
```

| Date | Description | Atty | Hours |
|---|---|---|---|
| 04/28/09 | Draft and notice of appearance. Correspondence with Mr. Mitchell. | KDL | 0.40 |
| 04/30/09 | Sought further information on Trak auto case from ECF filings. | MMM | 0.20 |
| 04/30/09 | Call from Skadden Arps regarding another adjournment. Prepared e-mail to counsel ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Left voice mail for counsel for ▓▓▓▓▓▓ | MMM | 0.20 |
| 04/30/09 | Located Trak Auto matter on ECF and reviewed docket to determine relevant documents. Filed notice of appearance. | KDL | 1.30 |

| | |
|---|---|
| TOTAL FOR SERVICES | $3,236.00 |
| LESS COURTESY DISCOUNT | $ (350.00) |
| AMOUNT DUE FOR SERVICES | $2,886.00 |
| DISBURSEMENTS | |
|   LONG DISTANCE TOLLS | 1.69 |
|     TOTAL DISBURSEMENTS | $1.69 |
| TOTAL FOR SERVICES AND DISBURSEMENTS | $2,887.69 |
| LESS RETAINER | $2,887.69 |
| TOTAL DUE THIS STATEMENT | $0.00 |

BILLING SUMMARY

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| MALCOLM M. MITCHELL JR. | 420.00 | 6.50 | 2,730.00 |
| KARA D. LEHMAN | 230.00 | 2.20 | 506.00 |