Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x

**DEBTORS' EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS
(RECLASSIFICATION OF CLAIMS FILED BY
EQUITY HOLDERS TO INTERESTS)**

The debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors")[1], hereby file

their Eighteenth Omnibus Objection to Claims

(Reclassification of Claims Filed by Equity Holders to

Interests) (the "Objection"), and hereby move this Court,

pursuant to sections 105, 501, and 502 of title 11 of the

United States Code, 11 U.S.C. §§ 101 et seq. (as amended,

the "Bankruptcy Code"), Rule 3007 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and Local

Bankruptcy Rule 3007-1, for an order, the proposed form of

which is attached hereto as Exhibit A, granting the relief

sought by this Objection, and in support thereof states as

follows:

### JURISDICTION AND VENUE

1.    This Court has jurisdiction to consider this

Objection under 28 U.S.C. §§ 157 and 1334.  This is a core

proceeding under 28 U.S.C. § 157(b).  Venue of these cases

---

[1]    The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc. (3875),
Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC
(5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia,
Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC
(2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs,
Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC
(9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
LLC (3360), and Circuit City Stores PR, LLC (5512). The address for
Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard,
Westminster, Colorado 80031. For all other Debtors, the address was 9950
Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook
Drive, Glen Allen, Virginia 23060.

and this Objection in this district is proper under 28

U.S.C. §§ 1408 and 1409.  The statutory and legal predicates

for the relief requested herein are Bankruptcy Code sections

105, 501, and 502, and Rule 3007 of the Federal Rules of

Bankruptcy Procedure.

**BACKGROUND**

2.    On November 10, 2008 (the "Petition Date"), the

Debtors filed voluntary petitions in this Court for relief

under chapter 11 of the Bankruptcy Code.

3.    The Debtors continue to manage and operate their

businesses as debtors in possession pursuant to Bankruptcy

Code sections 1107 and 1108.

4.    On November 12, 2008, the Office of the United

States Trustee for the Eastern District of Virginia

appointed a statutory committee of unsecured creditors (the

"Creditors' Committee").  To date, no trustee or examiner

has been appointed in these chapter 11 cases.

5.    On November 12, 2008, the Court appointed Kurtzman

Carson Consultants LLC ("KCC") as claims, noticing and

balloting agent for the Debtors in these chapter 11 cases

pursuant to 28 U.S.C. § 156(c).

6.    On December 10, 2009, the Court entered that

certain Order Pursuant to Bankruptcy Code Sections 105 and

502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I)
Setting General Bar Date and Procedures for Filing Proofs of
Claim; and (II) Approving Form and Manner of Notice Thereof
(Docket No. 890) (the "Claims Bar Date Order").

      7.   Pursuant to the Claims Bar Date Order, the
deadline for filing all "claims" (as defined in 11 U.S.C. §
105(5)) arising before November 10, 2008 against the Debtors
by any non-governmental entity was 5:00 p.m. (Pacific) on
January 30, 2009 (the "General Bar Date").  The deadline for
governmental units to file claims that arose before November
10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the
"Governmental Bar Date").  Pursuant to the Claims Bar Date
Order, this Court approved the form and manner of the claims
bar date notice, which was attached as Exhibit A to the
Claims Bar Date Order (the "Claims Bar Date Notice").

      8.   On December 17 and 19, 2008, KCC served a copy of
the Claims Bar Date Notice on all parties who filed notices
of appearance pursuant to Bankruptcy Rule 2002, all of the
Debtors' scheduled creditors in these cases, the Debtors'
equity holders, and certain other parties (Docket No. 1314).
In addition, the Debtors published the Claims Bar Date
Notice in The Wall Street Journal (Docket No. 1395) and The
Richmond Times-Dispatch (Docket No. 1394).

9.    On January 16, 2009, the Court authorized the Debtors, among other things, to conduct going out of business sales at the Debtors' remaining 567 stores pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a joint venture, as agent (the "Agent").   On January 17, 2009, the Agent commenced going out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.  As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had been completed.

10.    On April 1, 2009, this Court entered an Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections (Docket No. 2881)(the "Omnibus Objection Procedures Order")

### OBJECTIONS TO CLAIMS

11.    As more particularly described herein, the Debtors seek in this Objection the reclassification of certain claims filed by purported shareholders of the Debtors' common stock and relating to the ownership of the Debtors' common stock (the "Equity Claims").  A list of these twenty-seven (27) claims is attached as Exhibit B.

12.    The Debtors object to the Equity Claims to the extent such claims are asserted in dollar amounts on account

of ownership of the Debtors' common stock.  Holders of
common stock of the Debtors are not owed money from the
Debtors and do not have "claims" against the Debtors or
their estates.  See 11 U.S.C. § 501(a) ("An equity security
holder may file a proof of **_interest_**.")(emphasis added).
Rather, such parties may hold "interests" in the Debtors
that will be treated in accordance with the Debtors' plan of
liquidation that will be filed.  As such, the Equity Claims
should be reclassified in their entirety since they are not
properly asserted as "claims" against the Debtors or their
estates.[2]

13.  The claims that are the subject of this Objection
may be the subject to additional subsequently filed
objections.  The Debtors reserve the right to further object
to any and all claims, whether or not the subject of this
Objection, for allowance, voting, and/or distribution
purposes, and on any other grounds.  The Debtors reserve the
right to modify, supplement and/or amend this Objection as
it pertains to any claim or claimant herein.

14.  Attached as Exhibit B is an alphabetical listing
of all claimants included in this Objection, including a

---

[2] This Objection is without prejudice to such interest holders' rights as
owners of common stock of the Debtors.

cross-reference by claim number.[3]

## RESERVATION OF RIGHTS

15.  As noted above, the Debtors reserve their rights to file objections to these claims at a later time on any grounds that bankruptcy or non-bankruptcy law permits.  The Debtors likewise reserve the right to modify, supplement and/or amend this Objection as it pertains to any claim or claimant herein.

## NOTICE AND PROCEDURE

16.  Notice of this Objection has been provided to all claimants with claims that are the subject to this Objection as identified on Exhibit C (the "Claimants"), respectively, and to parties-in-interest in accordance with the Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures (Docket No. 130) (the "Case Management Order").

17.  Furthermore, the Debtors submit that the following methods of service upon the Claimants should be deemed by the Court to constitute due and sufficient service of this

---

[3]  The names on Exhibit B are alphabetized by either first or last name depending on how the Claimants completed their proof of claim forms. Accordingly, parties are advised to review Exhibit B for their names by both first and last names.

Objection: (a) service in accordance with Bankruptcy Rules 3007, 7004, and 9006; (b) to the extent counsel for a Claimant is not known to the Debtors, by first class mail, postage prepaid, on the signatory of the Claimant's proof of claim form or other representative identified in the proof of claim form or any attachment thereto at least 30 days before the hearing date; or (c) by first class mail, postage prepaid, on any counsel that has appeared on the Claimant's behalf in the Debtors' bankruptcy cases at least 30 days before the hearing date.  The Debtors are serving the Claimant with this Objection and the Exhibit(s) on which the Claimant's claim is listed.

18.  To the extent any Claimant timely files and properly serves a response to this Objection by **4:00 p.m. on July 16, 2009** as required by the Case Management Order and under applicable law, and the parties are unable to otherwise resolve the Objection, the Debtors request that the Court conduct a status conference with respect to any such responding claimant at **11:00 a.m. on July 23, 2009**, and thereafter schedule the matter for a future hearing as to the merits of such claim.[4]  However, to the extent any

---

[4]  In accordance with the Omnibus Objection Procedures Order, claimants who respond to the Objection do not need to appear at the status conference.

Claimant fails to timely file and properly serve a response to this Objection as required by the Case Management Order and applicable law, the Debtors request that the Court enter an order, substantially in the form attached hereto as Exhibit A, reclassifying the claims in their entirety as interests in the same amount as the asserted Equity Claim.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND THE OMNIBUS OBJECTION PROCEDURES ORDER

19.   This Objection complies with Bankruptcy Rule 3007(e).  Additionally, the Debtors submit that this Objection is filed in accordance with the Omnibus Objection Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

20.   Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion, the Debtors request that the requirement that all motions be accompanied by a written memorandum of law be waived.

## NO PRIOR RELIEF

21.   No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Debtors request the Court to enter an
Order sustaining this Objection and granting such other and
further relief as the Court deems appropriate.

```
Dated: Richmond, Virginia      SKADDEN, ARPS, SLATE, MEAGHER &
       June 19, 2009           FLOM, LLP
                               Gregg M. Galardi, Esq.
                               Ian S. Fredericks, Esq.
                               P.O. Box 636
                               Wilmington, Delaware 19899-0636
                               (302) 651-3000

                                     - and -

                               SKADDEN, ARPS, SLATE, MEAGHER &
                               FLOM, LLP
                               Chris L. Dickerson, Esq.
                               333 West Wacker Drive
                               Chicago, Illinois 60606
                               (312) 407-0700

                                     - and -

                               MCGUIREWOODS LLP

                               _/s/ Douglas M. Foley_____
                               Dion W. Hayes (VSB No. 34304)
                               Douglas M. Foley (VSB No. 34364)
                               One James Center
                               901 E. Cary Street
                               Richmond, Virginia 23219
                               (804) 775-1000

                               Counsel for Debtors and Debtors
                               in Possession
```

## EXHIBIT A

| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & | MCGUIREWOODS LLP |
| FLOM, LLP | One James Center |
| One Rodney Square | 901 E. Cary Street |
| PO Box 636 | Richmond, Virginia 23219 |
| Wilmington, Delaware 19899-0636 | (804) 775-1000 |
| (302) 651-3000 | |

                - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

                IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                            RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
              Debtors.      :   Jointly Administered
- - - - - - - - - - - - - - x
```

### ORDER SUSTAINING DEBTORS' EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS)

THIS MATTER having come before the Court on the

Debtors' Eighteenth Omnibus Objection to Claims

(Reclassification of Claims Filed by Equity Holders to

Interests) (the "Objection"), which requested, among other

things, that the claims specifically identified on <u>Exhibit C</u>
attached to the Objection be reclassified in their entirety
as interests in the same amount as the asserted Equity Claim
for those reasons set forth in the Objection; and it
appearing that due and proper notice and service of the
Objection as set forth therein was good and sufficient and
that no other further notice or service of the Objection
need be given; and it further appearing that no response was
timely filed or properly served by the Claimants being
affected by this Order; and it appearing that the relief
requested on the Objection is in the best interest of the
Debtors, their estates and creditors and other parties-in-
interest; and after due deliberation thereon good and
sufficient cause exists for the granting of the relief as
set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is GRANTED.

    2.    The Claims identified on <u>Exhibit A - Equity Claims</u>
as attached hereto and incorporated herein, are forever
reclassified in their entirety as interests in the same
amount as the asserted Equity Claim.

Dated: Richmond, Virginia
       July _____, 2009


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                __/s/ Douglas M. Foley_____
                Douglas M. Foley

\9484026.1

Debtors' Eighteenth Omnibus Objection to Claims  (Reclassification of Certain Claims Filed By Equity Holders To Interests)

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Eighteenth Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| YAOHUA WANG | 7843 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| YASHWIN PATEL | 5953 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| YEBER, ANTHONY AKA AUSTIN YEBER | 3680 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| YI SHENG LI | 4520 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| YI ZHAO | 6259 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| YIMIN ZHANG | 4054 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| YING CAI | 8409 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| YINGCHUN HU AND JIANG QIU | 9968 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| YOUMAN, ALVIN AND ELAINE S | 2466 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| YOX, JOHN E & MARY E | 2488 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| YU CHEN | 5913 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| YU, ALEXANDRA & DANIEL | 2984 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| YUEN MING CHAN | 4144 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| YUEN YIU CHEN & NGAR YUK CHEN | 4170 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| YUNYAN SHENG | 7846 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| ZAHI SAMEEH DARAWSHEH | 6150 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| ZAKA SULEHRIA | 3422 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| ZAKA SULEHRIA | 3698 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| ZAKARIA A KHALID | 7463 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| ZAKIR, MUHAMMAD | 8245 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| ZAKIR, MUHAMMAD | 9235 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| ZAMUDIO, CORINE | 5545 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| ZHAN, JIYU | 3301 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| ZHANG, XINGDONG | 9418 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| ZHENG, XUEHE | 9409 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| ZIELINSKI, JASON & CYNTHIA L MACOIT | 3606 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| ZISSELMAN, MARC D | 3521 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 7843<br>Date Filed: 01/29/2009<br>Docketed Total: $200.00<br>Filing Creditor Name and Address:<br>YAOHUA WANG<br>5304 TRACTOR LN<br>FAIRFAX, VA 22030 | Claim Holder Name and Address<br><br>WANG, YAOHUA<br>5304 TRACTOR LN<br>FAIRFAX, VA 22030 | Docketed Total: | | **$200.00** | Modified Total: | **$200.00** |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | $200.00 | 08-35653 | 200.00 |
| Claim: 5953<br>Date Filed: 01/27/2009<br>Docketed Total: $437.27<br>Filing Creditor Name and Address:<br>YASHWIN PATEL<br>9522 MARSHALL RD<br>EDEN PRAIRIE, MN 55347 | Claim Holder Name and Address<br><br>PATEL, YASHWIN<br>9522 MARSHALL RD<br>EDEN PRAIRIE, MN 55347 | Docketed Total: | | **$437.27** | Modified Total: | **$437.27** |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | $437.27 | 08-35653 | 437.27 |
| Claim: 3680<br>Date Filed: 01/13/2009<br>Docketed Total: $112.98<br>Filing Creditor Name and Address:<br>YEBER, ANTHONY AKA AUSTIN YEBER<br>120 E 37 ST<br>HALEAN, FL 33013 | Claim Holder Name and Address<br><br>YEBER, ANTHONY AKA AUSTIN YEBER<br>120 E 37 ST<br>HALEAN, FL 33013 | Docketed Total: | | **$112.98** | Modified Total: | **$112.98** |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | $112.98 | 08-35653 | 112.98 |
| Claim: 4520<br>Date Filed: 01/20/2009<br>Docketed Total: $16,315.00<br>Filing Creditor Name and Address:<br>YI SHENG LI<br>470 52ST 3FL<br>BROOKLYN, NY 11220 | Claim Holder Name and Address<br><br>LI, YI SHENG<br>470 52ST 3FL<br>BROOKLYN, NY 11220 | Docketed Total: | | **$16,315.00** | Modified Total: | **$16,315.00** |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | $16,315.00 | 08-35653 | 16,315.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH   Doc 3679   Filed 06/19/09   Entered 06/19/09 15:01:29   Desc Main
Case No. 08-35653 (KRH)                                                                Document    Page 17 of 22
Debtors' Eighteenth Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6259<br>Date Filed: 01/27/2009<br>Docketed Total: $100.00<br>Filing Creditor Name and Address:<br>YI ZHAO<br>1404 NW 179 ST<br>EDMOND, OK 73012 | Claim Holder Name and Address<br><br>ZHAO, YI<br>1404 NW 179 ST<br>EDMOND, OK 73012<br><br>Docketed Total: **$100.00** | Modified Total: **$100.00** |
| | **Case Number**    Secured    Priority    **Unsecured**<br>08-35653                                  $100.00 | **Case Number**        **Interest**<br>08-35653              100.00 |
| Claim: 4054<br>Date Filed: 01/20/2009<br>Docketed Total: $3,710.95<br>Filing Creditor Name and Address:<br>YIMIN ZHANG<br>4816 OAKBARK CT<br>ERIE, PA 16506-5236 | Claim Holder Name and Address<br><br>ZHANG, YIMIN<br>4816 OAKBARK CT<br>ERIE, PA 16506-5236<br><br>Docketed Total: **$3,710.95** | Modified Total: **$3,710.95** |
| | **Case Number**    Secured    Priority    **Unsecured**<br>08-35653                           $3,710.95 | **Case Number**        **Interest**<br>08-35653           3,710.95 |
| Claim: 8409<br>Date Filed: 01/29/2009<br>Docketed Total: $738.20<br>Filing Creditor Name and Address:<br>YING CAI<br>10123 ARBOR DR<br>SHREWBURY, MA 01545 | Claim Holder Name and Address<br><br>CAI, YING<br>10123 ARBOR DR<br>SHREWSBURY, MA 01545<br><br>Docketed Total: **$738.20** | Modified Total: **$738.20** |
| | **Case Number**    Secured    Priority    **Unsecured**<br>08-35653                           $738.20 | **Case Number**        **Interest**<br>08-35653           738.20 |
| Claim: 9968<br>Date Filed: 01/30/2009<br>Docketed Total: $4,010.00<br>Filing Creditor Name and Address:<br>YINGCHUN HU AND JIANG QIU<br>2213 NELSON AVE NO C<br>REDONDO BCH, CA 90278 | Claim Holder Name and Address<br><br>YINGCHUN HU AND JIANG QIU<br>2213 NELSON AVE NO C<br>REDONDO BCH, CA 90278<br><br>Docketed Total: **$4,010.00** | Modified Total: **$4,010.00** |
| | **Case Number**    Secured    Priority    **Unsecured**<br>08-35653                           $4,010.00 | **Case Number**        **Interest**<br>08-35653           4,010.00 |

\*    "UNL" denotes an unliquidated claim.

Debtors' Eighteenth Omnibus Objection to Claims (Reclassification Of Certain
Claims Filed By Equityholders To Interests)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 2466<br>Date Filed:   01/05/2009<br>Docketed Total:   $26.68<br>Filing Creditor Name and Address:<br>   YOUMAN, ALVIN AND ELAINE S<br>   40 BEECHWOOD DR<br>   DARTMOUTH, MA 02748 | Claim Holder Name and Address<br>   YOUMAN, ALVIN AND ELAINE S<br>   40 BEECHWOOD DR<br>   DARTMOUTH, MA 02748 | Docketed Total: | | **$26.68** | Modified Total: | **$26.68** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$26.68 | Case Number<br>08-35653 | Interest<br>26.68 |
| Claim: 2488<br>Date Filed:   01/05/2009<br>Docketed Total:   $13.50<br>Filing Creditor Name and Address:<br>   YOX, JOHN E & MARY E<br>   2220 CENTER ST<br>   GARDEN CITY, KS 67846 | Claim Holder Name and Address<br>   YOX, JOHN E & MARY E<br>   2220 CENTER ST<br>   GARDEN CITY, KS 67846 | Docketed Total: | | **$13.50** | Modified Total: | **$13.50** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$13.50 | Case Number<br>08-35653 | Interest<br>13.50 |
| Claim: 5913<br>Date Filed:   01/26/2009<br>Docketed Total:   $12,500.00<br>Filing Creditor Name and Address:<br>   YU CHEN<br>   250 MIDDLE LN APT 205<br>   GROTON, CT 06340 | Claim Holder Name and Address<br>   CHEN, YU<br>   250 MIDDLE LN APT 205<br>   GROTON, CT 06340 | Docketed Total: | | **$12,500.00** | Modified Total: | **$12,500.00** |
| | Case Number<br>08-35653 | Secured<br>$12,500.00 | Priority | Unsecured | Case Number<br>08-35653 | Interest<br>12,500.00 |
| Claim: 2984<br>Date Filed:   01/08/2009<br>Docketed Total:   $6,229.90<br>Filing Creditor Name and Address:<br>   YU, ALEXANDRA & DANIEL<br>   7604 BELLS MILL<br>   BETHESDA, MD 20817 | Claim Holder Name and Address<br>   YU, ALEXANDRA & DANIEL<br>   7604 BELLS MILL<br>   BETHESDA, MD 20817 | Docketed Total: | | **$6,229.90** | Modified Total: | **$6,229.90** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$6,229.90 | Case Number<br>08-35653 | Interest<br>6,229.90 |

\*     "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 4144<br>Date Filed: 01/20/2009<br>Docketed Total: $3,506.10<br>Filing Creditor Name and Address:<br>YUEN MING CHAN<br>154 04 BAYSIDE AVE<br>FLUSHING, NY 11354 | Claim Holder Name and Address<br><br>CHAN, YUEN MING<br>154 04 BAYSIDE AVE<br>FLUSHING, NY 11354 | | Docketed Total: | $3,506.10 | Modified Total: | $3,506.10 |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | $3,506.10 | 08-35653 | 3,506.10 |
| Claim: 4170<br>Date Filed: 01/20/2009<br>Docketed Total: $46,300.00<br>Filing Creditor Name and Address:<br>YUEN YIU CHEN & NGAR YUK CHEN<br>154 04 BAYSIDE AVE<br>FLUSHING, NY 11354 | Claim Holder Name and Address<br><br>CHEN, YUEN YIU & NGAR YUK<br>154 04 BAYSIDE AVE<br>FLUSHING, NY 11354 | | Docketed Total: | $46,300.00 | Modified Total: | $46,300.00 |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | $46,300.00 | 08-35653 | 46,300.00 |
| Claim: 7846<br>Date Filed: 01/29/2009<br>Docketed Total: $50.00<br>Filing Creditor Name and Address:<br>YUNYAN SHENG<br>5304 TRACTOR LN<br>FAIRFAX, VA 22030 | Claim Holder Name and Address<br><br>SHENG, YUNYAN<br>5304 TRACTOR LN<br>FAIRFAX, VA 22030 | | Docketed Total: | $50.00 | Modified Total: | $50.00 |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | $50.00 | 08-35653 | 50.00 |
| Claim: 6150<br>Date Filed: 01/26/2009<br>Docketed Total: $384.79<br>Filing Creditor Name and Address:<br>ZAHI SAMEEH DARAWSHEH<br>429 WEDGEWOOD ARMS<br>GREENVILLE, NC 27858 | Claim Holder Name and Address<br><br>DARAWSHEH, ZAHI SAMEEH<br>429 WEDGEWOOD ARMS<br>GREENVILLE, NC 27858 | | Docketed Total: | $384.79 | Modified Total: | $384.79 |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | $384.79 | 08-35653 | 384.79 |

*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Eighteenth Omnibus Objection to Claims (Reclassification Of Certain
Claims Filed By Equityholders To Interests)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3422<br>Date Filed:    01/13/2009<br>Docketed Total:    $26,316.98<br>Filing Creditor Name and Address:<br>ZAKA SULEHRIA<br>5873 S ESPANA ST<br>CENTENNIAL, CO 80015 | Claim Holder Name and Address<br><br>SULEHRIA, ZAKA          Docketed Total:    $26,316.98<br>5873 S ESPANA ST<br>CENTENNIAL, CO 80015<br><br><u>Case Number</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>08-35653                    $26,316.98 | Modified Total:    $26,316.98<br><br><br><u>Case Number</u>                           <u>Interest</u><br>08-35653                         26,316.98 |
| Claim: 3698<br>Date Filed:    01/13/2009<br>Docketed Total:    $276.25<br>Filing Creditor Name and Address:<br>ZAKA SULEHRIA<br>5873 S ESPANA ST<br>CENTENNIAL, CO 80015 | Claim Holder Name and Address<br><br>SULEHRIA, ZAKA          Docketed Total:    $276.25<br>5873 S ESPANA ST<br>CENTENNIAL, CO 80015<br><br><u>Case Number</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>08-35653                    $276.25 | Modified Total:    $276.25<br><br><br><u>Case Number</u>                           <u>Interest</u><br>08-35653                              276.25 |
| Claim: 7463<br>Date Filed:    01/29/2009<br>Docketed Total:    $1,125.60<br>Filing Creditor Name and Address:<br>ZAKARIA A KHALID<br>4502 JAVINS PL<br>WOODBRIDGE, VA 22192 | Claim Holder Name and Address<br><br>KHALID, ZAKARIA A          Docketed Total:    $1,125.60<br>4502 JAVINS PL<br>WOODBRIDGE, VA 22192<br><br><u>Case Number</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>08-35653                    $1,125.60 | Modified Total:    $1,125.60<br><br><br><u>Case Number</u>                           <u>Interest</u><br>08-35653                            1,125.60 |
| Claim: 8245<br>Date Filed:    01/29/2009<br>Docketed Total:    $102,100.00<br>Filing Creditor Name and Address:<br>ZAKIR, MUHAMMAD<br>50 25 60TH ST<br>WOODSIDE, NY 11377 | Claim Holder Name and Address<br><br>ZAKIR, MUHAMMAD          Docketed Total:    $102,100.00<br>50 25 60TH ST<br>WOODSIDE, NY 11377<br><br><u>Case Number</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>08-35653                    $102,100.00 | Modified Total:    $102,100.00<br><br><br><u>Case Number</u>                           <u>Interest</u><br>08-35653                         102,100.00 |

*        "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 3679    Filed 06/19/09    Entered 06/19/09 15:01:29    Desc Main
Case No. 08-35653 (KRH)

Debtors' Eighteenth Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests)

Document    Page 21 of 22

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9235<br>Date Filed: 01/30/2009<br>Docketed Total: $101,200.00<br>Filing Creditor Name and Address:<br>ZAKIR, MUHAMMAD<br>50 25 60TH ST<br>WOODSIDE, NY 11377 | Claim Holder Name and Address<br>ZAKIR, MUHAMMAD<br>50 25 60TH ST<br>WOODSIDE, NY 11377<br><br>Docketed Total: $101,200.00<br><br>Case Number: 08-35653<br>Secured<br>Priority<br>Unsecured $101,200.00 | Modified Total: $101,200.00<br><br>Case Number: 08-35653<br>Interest 101,200.00 |
| Claim: 5545<br>Date Filed: 01/26/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>ZAMUDIO, CORINE<br>PO BOX 2566<br>SAN BERNARDINO, CA 92406 | Claim Holder Name and Address<br>ZAMUDIO, CORINE<br>PO BOX 2566<br>SAN BERNARDINO, CA 92406<br><br>Docketed Total: UNL<br><br>Case Number: 08-35653<br>Secured<br>Priority<br>Unsecured UNL | Modified Total: $0.00<br><br>Case Number: 08-35653<br>Interest 0.00 |
| Claim: 3301<br>Date Filed: 01/12/2009<br>Docketed Total: $850.00<br>Filing Creditor Name and Address:<br>ZHAN, JIYU<br>10109 CARILLON DR<br>ELLICOTT CITY, MD 21042 | Claim Holder Name and Address<br>ZHAN, JIYU<br>10109 CARILLON DR<br>ELLICOTT CITY, MD 21042<br><br>Docketed Total: $850.00<br><br>Case Number: 08-35653<br>Secured<br>Priority<br>Unsecured $850.00 | Modified Total: $850.00<br><br>Case Number: 08-35653<br>Interest 850.00 |
| Claim: 9418<br>Date Filed: 01/30/2009<br>Docketed Total: $7,897.00<br>Filing Creditor Name and Address:<br>ZHANG, XINGDONG<br>30221 FRONTERA DEL NORTE<br>HIGHLAND, CA 92346 | Claim Holder Name and Address<br>ZHANG, XINGDONG<br>30221 FRONTERA DEL NORTE<br>HIGHLAND, CA 92346<br><br>Docketed Total: $7,897.00<br><br>Case Number: 08-35653<br>Secured<br>Priority<br>Unsecured $7,897.00 | Modified Total: $7,897.00<br><br>Case Number: 08-35653<br>Interest 7,897.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 3679    Filed 06/19/09    Entered 06/19/09 15:01:29    Desc Main
Case No. 08-35653 (KRH)                                         Document      Page 22 of 22

Debtors' Eighteenth Omnibus Objection to Claims (Reclassification Of Certain
Claims Filed By Equityholders To Interests)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9409**

Date Filed:   01/30/2009

Docketed Total:   $4,997.35

Filing Creditor Name and Address:

ZHENG, XUEHE
1228 CALBOURNE DR
WALNUT, CA 91789

Claim Holder Name and Address

ZHENG, XUEHE       Docketed Total:   $4,997.35
1228 CALBOURNE DR
WALNUT, CA 91789

| Case Number | Secured | Priority | Unsecured |
|---|---|---|---|
| 08-35653 | | | $4,997.35 |

Modified Total:   $4,997.35

| Case Number | Interest |
|---|---|
| 08-35653 | 4,997.35 |

---

**Claim: 3606**

Date Filed:   01/13/2009

Docketed Total:   $375.02

Filing Creditor Name and Address:

ZIELINSKI, JASON & CYNTHIA L
MACOIT
51413 BAKER RD
CHESTERFIELD TOWNSHIP, MI
48047

Claim Holder Name and Address

ZIELINSKI, JASON & CYNTHIA L       Docketed Total:   $375.02
MACOIT
51413 BAKER RD
CHESTERFIELD TOWNSHIP, MI 48047

| Case Number | Secured | Priority | Unsecured |
|---|---|---|---|
| 08-35653 | | | $375.02 |

Modified Total:   $375.02

| Case Number | Interest |
|---|---|
| 08-35653 | 375.02 |

---

**Claim: 3521**

Date Filed:   01/13/2009

Docketed Total:   $9,280.00

Filing Creditor Name and Address:

ZISSELMAN, MARC D
67 KNOLLS DR N
MANHASSET HILLS, NY 11040

Claim Holder Name and Address

ZISSELMAN, MARC D       Docketed Total:   $9,280.00
67 KNOLLS DR N
MANHASSET HILLS, NY 11040

| Case Number | Secured | Priority | Unsecured |
|---|---|---|---|
| 08-35653 | | | $9,280.00 |

Modified Total:   $9,280.00

| Case Number | Interest |
|---|---|
| 08-35653 | 9,280.00 |

---

**Total Claims To Be Modified: 27**

**Total Amount As Docketed:**       $349,053.57

**Total Amount As Modified:**       $349,053.57

\*    "UNL" denotes an unliquidated claim.