**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| In re:<br><br>CH-11 CIRCUIT CITY STORES, INC<br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653<br><br><br><br>Claim. No.: Sched F |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHED CREDITOR, ALLSOP INC., IN THE AMOUNT OF $64,784.12, TO VONWIN CAPITAL MANAGEMENT, LP

**To Transferor:**    Allsop Inc.
Ryan Allsop, VP of Operations
4201 Meridan
Bellingham, WA 98227

PLEASE TAKE NOTICE that the transfer of $64,784.12 of the above-captioned general unsecured claim has been transferred to:

**Transferee:**    VonWin Capital Management, LP
Attn: Roger Von Spiegel, Managing Director
261 Fifth Avenue, 22nd Floor
New York, NY 10016

The evidence of transfer of claim is attached hereto. A copy of Schedule F-Creditors Holding Unsecured nonpriority claims and a copy of the claims agent website listing the claim are attached.

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2009.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

| In re: | Case No. 08-35653 |
|---|---|
| Ch-11 Circuit City Stores, Inc. | Chapter 11 |
| Debtor | |

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Allsop Inc. ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Scheduled Claim Amount | Schedule Number |
|---|---|
| $64,784.12 | 1034355-10174065 |

have been transferred and assigned to VonWin Capital Management, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

| ASSIGNEE: | VonWin Capital Management, L.P. | ASSIGNOR: | Allsop Inc. |
|---|---|---|---|
| Address: | 261 Fifth Avenue, 22nd Floor  New York, NY 10016 | Address: | 4201 Meridian  Bellingham, WA 98227 |
| Signature: | | Signature: | |
| Name: | Roger Von Spiegel | Name: | Ken Allsop |
| Title: | Managing Director | Title: | VP of Operations |
| Date: | | Date: | 5/4/09 |

In Re: CIRCUIT CITY STORES, INC. Debtor, Case No.08-35653 Entity # 1

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO | CONTINGENT, UNLIQUIDATED, DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1470371 - 10026611<br>ALLONCE, JANITE MARIE<br>ADDRESS ON FILE | HOURLY EMPLOYEE CLAIMS<br>POTENTIAL CLAIMS ARRISING FROM EMPLOYMENT | Contingent,<br>Unliquidated | Unknown |
| 2700852 - 10209901<br>ALLOSADA, AARON<br>30150 HUNTT RD<br>MECHANICSVILLE MD 20659-3646 | POTENTIAL REFUND CLAIM | Disputed | $866.98 |
| 2335025 - 10181643<br>ALLOWAY, TAYLOR B<br>413 DEBORA DR<br>GEORGETOWN TX 78628 | POTENTIAL REFUND CLAIM | Disputed | $5.28 |
| 1368655 - 10185815<br>ALLRED, DANE<br>1310 KORTWRIGHT AVE<br>SAINT LOUIS MO 63119-1029 | POTENTIAL REFUND CLAIM | Disputed | $9.97 |
| 1368219 - 10184171<br>ALLRED, WILLIAM<br>39211 HAZEL ST<br>HARRISON TOWNSHI MI 48045-2133 | POTENTIAL REFUND CLAIM | Disputed | $91.08 |
| 1034355 - 10174065<br>ALLSOP INC<br>Attn WENDEE DAWSON<br>4201 MERIDIAN<br>BELLINGHAM WA 98226 | MERCHANDISE PAYABLE | Disputed,<br>Unliquidated | $64,784.12 |
| 2744406 - 10169309<br>ALLTEL<br>PO BOX 96019<br>CHARLOTTE NC 28296-0064 | TELECOM UTILITY PAYABLE | | $12,897.16 |
| 1182713 - 10171513<br>ALLWATER CORP<br>PO BOX 5886<br>LYNNWOOD WA 98046 | EXPENSE PAYABLE | | $109.90 |

## Creditor Data

| Creditor Name: ALLSOP INC<br>Creditor Notice Name: WENDEE DAWSON | Date Claim Filed:<br>KCC Claim #:<br>Amend/Replace? No |
|---|---|
| Debtor Name: Circuit City Stores, Inc.<br>Case Number: 08-35653 | |
| Claim Nature: General Unsecured<br>Amount of Claim: | Creditor Info Altered? N |
| Schedule: F<br>Schedule Amt: $64,784.12<br>*This claim has been scheduled as Unliquidated and Disputed.* | |