UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et. al.,* | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

### MOTION FOR LEAVE OF COURT TO ATTEND HEARING BY TELEPHONE

COMES NOW INFOGAIN CORPORATION ("Infogain"), by its undersigned counsel, and pursuant to the Court's Order Pursuant to Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures, hereby moves for leave of Court to attend the June 23, 2009 hearing by telephone. In support thereof, Infogain respectfully represents as follows:

1. Debtor Circuit City Stores, Inc. ("Debtor") filed a voluntary petition under chapter 11 of the Bankruptcy Code on November 10, 2008 ("Petition Date").

2. On May 7, 2009, Infogain filed an Application for Allowance and Payment of Administrative Expense Priority Claim ("Application"). The Application is currently scheduled for hearing on June 23, 2009.

3. On November 13, 2008, the Court entered an Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures (the "Order"). On page 5 of Exhibit A, the Order states:

Valerie P. Morrison, Va. Bar No. 24565
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
(703) 905-2800

Julie H. Rome-Banks, Esquire
BINDER & MALTER LLP
2775 Park Avenue
Santa Clara, CA 95050
(408) 295-1700

*Counsel to Infogain Corporation*

    (g) Upon request, the Court may allow counsel to listen to a hearing by Telephone.  If a matter is contested, counsel must attend in person, unless Leave of the court is granted on a case by case basis.

  4. The parties have agreed to continue the hearing on the Application until July 23, 2009.  Due to prior commitments, Infogain's local counsel, Valerie Morrison, will not be able to appear in person at the hearing on the Application noticed for June 23, 2009, and Infogain respectfully asks for leave of court pursuant to the Order so that Ms. Morrison may appear by telephone.  No live testimony or arguments will be necessary at the hearing.

  Wherefore, Infogain respectfully requests that this Court grant this Motion and enter an Order substantially in the form annexed hereto permitting Valerie Morrison to appear and be heard by telephone at the hearing on June 23, 2009 on behalf of Infogain Corporation, and granting such other and further relief as the Court deems just and proper.

Dated: June 19, 2009        INFOGAIN CORPORATION

                 By Counsel

  /s/ Valerie P. Morrison
Valerie P. Morrison, Va. Bar No. 24565
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, VA  22102
Telephone: 703-905-2826
Facsimile: 703-905-2820
Email: vmorrison@wileyrein.com

Julie H. Rome-Banks, Esq.
BINDER & MALTER LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: 408-295-1700
Facsimile: 408-295-1531
email: julie@bindermalter.com

Attorneys for Infogain Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June 2009, a copy of the foregoing Motion was sent by electronic mail or by first class mail, postage prepaid, to:

Dion W. Hayes
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219
dhayes@mcguirewoods.com

Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510
dfoley@mcguirewoods.com

Ian S. Fredericks
Skadden Arps Slate Meagher & Flom LLP
One Rodney Sq.
PO Box 636
Wilmington, DE 19899
Ian.fredericks@skadden.com

Chris L. Dickerson
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606
Chris.dickerson@skadden.com

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017
rfeinstein@pszjlaw.com

Brad R. Godshall
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100
bgodshall@pszjlaw.com

Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
jpomerantz@pszjlaw.com

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
jfiero@pszjlaw.com

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
ltavenner@tb-lawfirm.com

Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
pberan@tb-lawfirm.com

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Robert.B.Van.Arsdale@usdoj.gov

Gregg Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899
gregg.galardi@skadden.com

/s/ Valerie P. Morrison
Valerie P. Morrison

13012045.1