## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et. al.*, | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

### ORDER GRANTING MOTION FOR LEAVE OF COURT TO ATTEND HEARING BY TELEPHONE

Upon consideration of the Motion for Leave of Court to Attend Hearing by Telephone filed by Valerie P. Morrison, and it appearing that the Motion having been served upon counsel for Circuit City Stores, Inc., et al., counsel for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefor, it is hereby,

ORDERED that Infogain's Motion for Leave of Court to Attend Hearing by Telephone is Granted and Valerie P. Morrison is permitted to appear and be heard by telephone at the hearing on June 23, 2009 on behalf of Infogain Corporation.

_____
Honorable Kevin R. Huennekens
United States Bankruptcy Judge

Valerie P. Morrison, Va. Bar No. 24565
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
(703) 905-2800

Julie H. Rome-Banks, Esquire
BINDER & MALTER LLP
2775 Park Avenue
Santa Clara, CA 95050
(408) 295-1700

*Counsel to Infogain Corporation*

PREPARED BY:


/s/ Valerie P. Morrison
Valerie P. Morrison, Va. Bar No. 24565
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, VA  22102
Telephone: 703-905-2826
Facsimile: 703-905-2820
Email: vmorrison@wileyrein.com

Julie H. Rome-Banks, Esq.
BINDER & MALTER LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: 408-295-1700
Facsimile: 408-295-1531
email: julie@bindermalter.com

Attorneys for Infogain Corporation

**Certification Pursuant to Local Bankruptcy Rule 9022-1**

I hereby certify that on this 19th day of June 2009, a copy of the foregoing proposed Order was sent by electronic mail or by first class mail, postage prepaid, to all necessary parties as follows:

Dion W. Hayes
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219
dhayes@mcguirewoods.com

Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510
dfoley@mcguirewoods.com

Ian S. Fredericks
Skadden Arps Slate Meagher & Flom LLP
One Rodney Sq.
PO Box 636
Wilmington, DE 19899
Ian.fredericks@skadden.com

Chris L. Dickerson
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606
Chris.dickerson@skadden.com

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017
rfeinstein@pszjlaw.com

Brad R. Godshall
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100
bgodshall@pszjlaw.com

Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
jpomerantz@pszjlaw.com

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
jfiero@pszjlaw.com

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
ltavenner@tb-lawfirm.com

Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
pberan@tb-lawfirm.com

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Robert.B.Van.Arsdale@usdoj.gov

Gregg Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899
gregg.galardi@skadden.com

  /s/ Valerie P. Morrison
Valerie P. Morrison

13012443.1