```
Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

          - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

```
           IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                       RICHMOND DIVISION

     - - - - - - - - - - - - - - -x
                                  :
     In re:                       :   Chapter 11
                                  :
     CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
     et al.,                      :
                                  :
                Debtors.          :   Jointly Administered
     - - - - - - - - - - - - - - -x
```

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that, effective June 22, 2009, the address of the Chicago office of Skadden Arps Slate Meagher & Flom LLP, Counsel for the Debtors, will change as follows:

       155 N. Wacker Drive, Suite 2700
       Chicago, IL 60606-1720

The Firm's and it's lawyers' phone numbers, fax numbers, and e-mail addresses have not been affected by this change.

Dated: June 19, 2009
       Richmond, Virginia

                Respectfully Submitted:

                SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

                - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

                - and -

MCGUIREWOODS LLP

_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

2