William H. Schwarzschild, III - VSB No. 15274
W. Alexander Burnett – VSB No. 68000
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone:  804.783.6489
FAX:  804.783.6507
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

*Counsel for Dollar Tree Stores, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

---------------------------------------------------------x
:
In re:                                                  : Chapter 11
:
CIRCUIT CITY STORES, INC., *et al.*,    : Case No. 08-35653 (KRH)
:
Debtors.                       : (Jointly Administered)
:
---------------------------------------------------------x

## ORDER GRANTING MOTION FOR LEAVE
## OF COURT TO ATTEND HEARING BY TELEPHONE

Upon consideration of the Motion for Leave of Court to Attend Hearing by Telephone filed by William H. Schwarzschild, III, and it appearing that the motion having been served upon counsel for Circuit City Stores, Inc., *et al.* (collectively, the "Debtors"), counsel for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED**, that Dollar Tree Stores, Inc.'s Motion for Leave of Court to Attend Hearing by Telephone is GRANTED and Scott R. Kipnis and Nicholas B. Malito are permitted to appear and be heard by telephone at the hearing on June 23, 2009 on behalf of Dollar Tree Stores, Inc.

Enter:  /   /

---

HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

We ask for this:

*/s/ William H. Schwarzschild, III*

---

William H. Schwarzschild, III - VSB No. 15274
W. Alexander Burnett – VSB No. 68000
WILLIAMS, MULLEN
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone: 804.783.6489
FAX:   804.783.6507
Email: tschwarz@williamsmullen.com
   aburnett@williamsmullen.com

  *Counsel for Dollar Tree Stores, Inc.*

7116060_1.DOC

**Certification Pursuant to Local Bankruptcy Rule 9022-1**

The undersigned hereby certifies that the foregoing proposed order was served upon all necessary parties either electronically via the Court's ECF system or by first class mail, postage prepaid.

*/s/ William H. Schwarzschild, III*
_____

7116060_1.DOC