Gregg M. Galardi, Esq.            Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.           Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &   MCGUIREWOODS LLP
FLOM, LLP                         One James Center
One Rodney Square                 901 E. Cary Street
PO Box 636                        Richmond, Virginia 23219
Wilmington, Delaware 19899-0636   (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession

        IN THE UNITED STATES BANKRUPTCY COURT
        FOR THE EASTERN DISTRICT OF VIRGINIA
                RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       : Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   : Case No. 08-35653
et al.,                      :
                             :
            Debtors.         : Jointly Administered
- - - - - - - - - - - - - - x

     **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
       JUNE 23, 2009 AT 2:00 P.M. (EASTERN)**

        Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
June 23, 2009 beginning at 2:00 p.m. Eastern.

**I.    RESOLVED/WITHDRAWN MATTERS**

1.    Administrative Claim Request of Goodmill, LLC, Pursuant
      to 11 U.S.C. Sections 365(d)(3) and 503(a) and (b)
      (Docket No. 2429)

      Objection
      Deadline:        March 23, 2009 at 4:00 p.m., extended
                       for the Debtors until June 22, 2009 at
                       4:00 p.m.

      Objections/
      Responses
      Filed:           None

      Status:          This matter has been resolved.

2.    Administrative Claim Request of Goldenberg Management,
      Inc., as Agent for Red Rose Commons Associates, L.P.,
      Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(a) and
      (b) (Docket No. 2430)

      Objection
      Deadline:        March 23, 2009 at 4:00 p.m., extended
                       for the Debtors until June 22, 2009 at
                       4:00 p.m.

      Objections/
      Responses
      Filed:           None

      Status:          This matter has been resolved.

3.    Administrative Claim Request of PREIT Services, LLC, as
      Agent for PR Christiana, LLC, Pursuant to 11 U.S.C.
      Sections 365(d)(3) and 503(a) and (b) (Docket No. 2432)

      Objection
      Deadline:        March 23, 2009 at 4:00 p.m., extended
                       for the Debtors until June 22, 2009 at
                       4:00 p.m.

      Objections/
      Responses

Filed:            None

Status:           This matter has been resolved.

4.    Administrative Claim Request of PREIT Services, LLC, as
      Agent for PRGL Paxton Limited Partnership, Pursuant to
      11 U.S.C. Sections 365(d)(3) and 503(a) and (b) (Docket
      No. 2433)

      Objection
      Deadline:         March 23, 2009 at 4:00 p.m., extended
                        for the Debtors until June 22, 2009 at
                        4:00 p.m.

      Objections/
      Responses
      Filed:            None

      Status:           This matter has been resolved.

5.    Administrative Claim Request of Goldenberg Management,
      Inc. as Agent for Boulevard North Associates, L.P.,
      Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(a) and
      (b) (Docket No. 2448)

      Objection
      Deadline:         March 23, 2009 at 4:00 p.m., extended
                        for the Debtors until June 22, 2009 at
                        4:00 p.m.

      Objections/
      Responses
      Filed:            None

      Status:           This matter has been resolved.

6.    Administrative Claim Request of Park Side Realty, L.P.,
      Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(a) and
      (b) (Docket No. 2449)

      Objection
      Deadline:         March 23, 2009 at 4:00 p.m., extended
                        for the Debtors until June 22, 2009 at
                        4:00 p.m.

Objections/
Responses
Filed:          None

Status:         This matter has been resolved.

7.   Administrative Claim Request of Marple XYZ Associates,
     Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(a) and
     (b) (Docket No. 2450)

     Objection
     Deadline:       March 23, 2009 at 4:00 p.m., extended
                     for the Debtors until June 22, 2009 at
                     4:00 p.m.

     Objections/
     Responses
     Filed:          None

     Status:         This matter has been resolved.

8.   Parker Central Plaza, Ltd.'s Motion To Compel Debtors'
     Payment Of Post-Petition Taxes Due Under Non-
     Residential Real Property Lease (Docket No. 2660)

     Objection
     Deadline:       Not Applicable

     Objections/
     Responses
     Filed:          None

     Status:         This matter has been resolved.

9.   Motion of CC Kingsport 98, LLC for Order Compelling
     Immediate Payment of Accrued Rent Pursuant to 11 U.S.C.
     Section 365(d)(3) or Allowing Administrative Claims
     Pursuant to 11 U.S.C. Section 503(b) (Docket No. 2886)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 2887)

     Objection

4

Deadline:           May 6, 2009 at 4:00 p.m., extended for
                    the Debtors until June 16, 2009 at 4:00
                    p.m.

Objections/
Responses
Filed:              None

Status:             This matter has been resolved.

10.   Motion of Cardinal Capital Partners, Inc. and 680 S.
      Lemon Ave. Co. for Order Compelling Immediate Payment
      of Accrued Rent Pursuant to 11 U.S.C. Section 365(d)(3)
      or Allowing Administrative Claims Pursuant to 11 U.S.C.
      Section 503(b) (Docket No. 2888)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 2889)

      Objection
      Deadline:           May 6, 2009 at 4:00 p.m., extended for
                          the Debtors until June 16, 2009 at 4:00
                          p.m.

      Objections/
      Responses
      Filed:              None

      Status:             This matter has been resolved.

11.   Motion of Circuit Investors #2 Ltd. for Order
      Compelling Immediate Payment of Accrued Rent Pursuant
      to 11 U.S.C. Section 365(d)(3) or Allowing
      Administrative Claims Pursuant to 11 U.S.C. Section
      503(b) (Docket No. 2890)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 2891)

      Objection
      Deadline:           May 6, 2009 at 4:00 p.m., extended for

the Debtors until June 16, 2009 at 4:00
p.m.

Objections/
Responses
Filed:          None

Status:         This matter has been resolved.

12.  Motion on Brandywine Grande C, LP for Order Compelling
Immediate Payment of Accrued Rent Pursuant to 11 U.S.C.
Section 365(d)(3) or Allowing Administrative Claims
Pursuant to 11 U.S.C. Section 503(b) (Docket No. 2892)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 2893)

Objection
Deadline:       May 6, 2009 at 4:00 p.m., extended for
                the Debtors until June 16, 2009 at 4:00
                p.m.

Objections/
Responses
Filed:          None

Status:         This matter has been resolved.

13.  Motion of RLV Village Plaza, LP for an Order Allowing
and Compelling Payment of Administrative Expenses and
Post-Petition Lease Obligations (Docket No. 2951)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 2952)

Objection
Deadline:       April 21, 2009 at 5:00 p.m., extended
                for the Debtors until June 19, 2009 at
                4:00 p.m.

Objections/

```
Responses
Filed:          None

Status:         This matter has been resolved.
```

14.    Motion of Geenen DeKock Properties, LLC for an Order
       Allowing and Compelling Payment of Administrative
       Expense Claim and Post-Petition Lease Obligations
       (Docket No. 2953)

```
Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 2954)

Objection
Deadline:       April 21, 2009 at 5:00 p.m., extended
                for the Debtors until June 19, 2009 at
                4:00 p.m.

Objections/
Responses
Filed:          None

Status:         This matter has been resolved.
```

15.    Motion of Lea Company for Payment of Administrative
       Expense Claim (Docket No. 2955)

```
Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 2956)

Objection
Deadline:       April 21, 2009 at 5:00 p.m., extended
                for the Debtors until June 16, 2009 at
                4:00 p.m.

Objections/
Responses
Filed:          None

Status:         This matter has been resolved.
```

16.   Motion of Crossways Financial Associates, LLC for
      Payment of Administrative Expense Claim (Docket No.
      2958)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2959)

      Objection
      Deadline:         April 21, 2009 at 5:00 p.m., extended
                        for the Debtors until June 16, 2009 at
                        4:00 p.m.

      Objections/
      Responses
      Filed:            None

      Status:           This matter has been resolved.

17.   St. Cloud Associates' Motion and Memorandum For
      Allowance of and Immediate Payment of Administrative
      Expense Priority Claims (Docket No. 3143)

      Objection
      Deadline:         May 8, 2009 at 4:00 p.m., extended for
                        the Debtors until June 18, 2009 at 4:00
                        p.m.

      Objections/
      Responses
      Filed:            None

      Status:           This matter has been withdrawn.

18.   Motion of Landlord, Washington Green TIC for Order
      Allowing and Compelling Payment of Administrative
      Expense Claim Under 11 U.S.C. Section 503(b) and Post-
      Petition Lease Obligations Under 11 U.S.C. Section
      365(d)(3) (Docket No. 3226)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 3228)

```
        Objection
        Deadline:       June 4, 2009 at 4:00 p.m., extended for
                        the Debtors until June 16, 2009 at 4:00
                        p.m.

        Objections/
        Responses
        Filed:          None

        Status:         This matter has been resolved.
```

19. Application of Schottenstein Property Group, Inc. for
    an Order Allowing Administrative Claim Relating to
    Post-Petition Charges under Lease for Store #3196
    (Beavercreek, Ohio) (Docket No. 3223)

```
        Related
        Documents:

        a.    Notice of Motion and Hearing (Docket No. 3284)

        Objection
        Deadline:       May 21, 2009 at 5:00 p.m., extended for
                        the Debtors until June 16, 2009 at 4:00
                        p.m.

        Objections/
        Responses
        Filed:          None

        Status:         This matter has been resolved.
```

20. Motion of Cardinal Court, LLC for Immediate Payment of
    Certain Lease Obligations and Allowance of Lease
    Obligations as Administrative Expenses Pursuant to
    Sections 365(d)(3) and 503(b) of the Bankruptcy Code
    (Docket No. 3231)

```
        Related
        Documents:

        a.    Exhibit A, Parts 1 through 7 to Motion (Docket No.
              3232)
```

      b.     Exhibits B, C, D, F, G, H and I to Motion (Docket No. 3234)

      c.     Exhibit E to Motion (Docket No. 3249)

Objection
Deadline:        June 2, 2009 at 4:00 p.m., extended for the Debtors until June 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:        None

Status:        This matter has been resolved.

21.   Amended Motion of Congressional North Associates Limited Partnership for Approval of Administrative Rent Claim, (Docket No. 3233)

Related
Documents:

      a.     Motion for Approval of Administrative Rent Claim, by Congressional North Associates Limited Partnership (Docket No. 1884)

Objection
Deadline:        May 26, 2009 at 4:00 p.m., extended for the Debtors until July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:        None

Status:        This matter has been resolved.

22.   Motion of Ronus Meyerland Plaza, L.P. and Johnson City Crossing, L.P. for Allowance and Payment of Certain Administrative Claims Pursuant to 11 U.S.C. Section 503(b)(1) and 11 U.S.C. Section 365(d)(3) (Docket Nos. 3238, 3239)

Objection

Deadline:          May 20, 2009 at 4:00 p.m., extended for
                   the Debtors until June 19, 2009 at 4:00
                   p.m.

Objections/
Responses
Filed:             None

Status:            This matter has been resolved.

23.   Sir Barton, LLC's Administrative Claim Request Pursuant
      to 11 U.S.C. Sections 365(d)(3) and 503(a) and (b)
      (Docket No. 3267)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 3268)

      Objection
      Deadline:          May 19, 2009 at 4:00 p.m., extended for
                         the Debtors until June 16, 2009 at 4:00
                         p.m.

      Objections/
      Responses
      Filed:             None

      Status:            This matter has been resolved.

24.   Motion of A.D.D. Holdings, L.P. for an Order Pursuant
      to 11 U.S.C. Sections 365(d)(3) and 503(b)(1)(A),
      Federal Rule of Bankruptcy Procedure 9014, and Local
      Bankruptcy Rule 9013-1 for (I) Allowance of
      Administrative Claim for Stub Rent, (II) Allowance and
      Payment of 2008 Real Estate Taxes, and (III) Allowance
      and Payment of Attorneys' Fees and Expenses and
      Supporting Memorandum of Law [Store No. 4508], (Docket
      No. 3272)

      Objection
      Deadline:          June 16, 2009 at 4:00 p.m.

      Objections/
      Responses

Filed:            None

Status:           This matter has been resolved.

25.  Motion of CC Grand Junction Investors 1998, L.L.C. for
     Payment of Administrative Expense Claim (Docket No.
     3273)

     Related
     Documents:

     a.    Notice of Motion and Hearing (Docket No. 3274)

     Objection
     Deadline:         May 21, 2009 at 5:00 p.m., extended for
                       the Debtors until June 18, 2009 at 4:00
                       p.m.

     Objections/
     Responses
     Filed:            None

     Status:           This matter has been resolved.

26.  Motion of Landlords, THF Chesterfield Two Development,
     L.L.C., THF Clarksburg Development One, Limited
     Liability Company, THF Harrisonburg Crossing, L.L.C.,
     THF ONC Development, L.L.C., and THF St. Clairsville
     Development, L.P., for Order Allowing and Compelling
     Payment of Administrative Expense Claim Under 11 U.S.C.
     Section 503(B) and Post-Petition Lease Obligation Under
     11 U.S.C. Section 365(d)(3) (Docket No. 3280)

     Related
     Documents:

     a.    Notice of Motion and Hearing (Docket No. 3281)

     Objection
     Deadline:         June 2, 2009 at 5:00 p.m., extended for
                       the Debtors until June 16, 2009 at 5:00
                       p.m.

     Objections/
     Responses

Filed:            None

Status:           This matter has been resolved.

27.  Motion of Howland Commons Partnership for Allowance and
     Payment of Administrative Expenses (Docket No. 3295)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 3296)

     Objection
     Deadline:     May 26, 2009 at 4:00 p.m., extended for the
                   Debtors until June 16, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:        None

     Status:       This matter has been resolved.

28.  Motion of Huntington Mall Company for Allowance and
     Payment of Administrative Expenses (Docket No. 3298)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 3299)

     Objection
     Deadline:     May 26, 2009 at 4:00 p.m., extended for
                   the Debtors until June 16, 2009 at 4:00
                   p.m.

     Objections/
     Responses
     Filed:        None

     Status:       This matter has been resolved.

29.  Motion of The Cafaro Northwest Partnership, dba South
     Hill Mall for Allowance and Payment of Administrative
     Expenses (Docket No. 3301)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 3302)

Objection
Deadline:        May 26, 2009 at 4:00 p.m., extended for
                 the Debtors until June 16, 2009 at 4:00
                 p.m.

Objections/
Responses
Filed:           None

Status:          This matter has been resolved.

30.    Motion of Kentucky Oaks Mall Company for Allowance and
       Payment of Administrative Expenses (Docket No. 3304)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 3305)

Objection
Deadline:        May 26, 2009 at 4:00 p.m., extended for
                 the Debtors until June 16, 2009 at 4:00
                 p.m.

Objections/
Responses
Filed:           None

Status:          This matter has been resolved.

31.    Amended Motion of CC Springs, L.L.C. for Payment of
       Administrative Expense Claim (Docket No. 3483)

Related
Documents:

a.    Motion of CC Springs, L.L.C. for Payment of
      Administrative Expense Claim (Docket No. 3275)

b.    Notice of Motion and Hearing (Docket No. 3487)

Objection
Deadline:        June 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           None

Status:          This matter has been resolved.

## II.  CONTINUED/ADJOURNED MATTERS

32.  Motion of Motorola Inc. for Allowance and Payment of
     Administrative Expense Claim Pursuant to 11 U.S.C.
     Section 503(b)(9) (Docket No. 1128)

     Related
     Documents:

     a.    Notice of Motion and Hearing (Docket No. 1135)

     b.    Amended Notice of Motion and Hearing (Docket No.
           1242)

     c.    Exhibits to Motion of Motorola Inc. for Allowance
           and Payment of Administrative Expense Claim
           Pursuant to 11 U.S.C. Section 503(b)(9) (Docket
           Nos. 1288, 1289, 1290, 1291, 1292, 1293)

     Objection
     Deadline:        February 6, 2009 at 4:00 p.m., extended
                      for the Debtors until July 23, 2009 at
                      4:00 p.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          This matter has been adjourned to July
                      23, 2009 at 11:00 a.m.

33.  Motion of General Instrument Corporation Doing Business
     as the Home & Networks Mobility Business of Motorola
     Inc. for Allowance and Payment of Administrative
     Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9)

(Docket No. 1134)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 1136)

b.    Amended Notice of Motion and Hearing (Docket No. 1243)

c.    Notice of Filing Exhibit to Motion (Docket Nos. 1281, 1282, 1283, 1284, 1285, 1286, 1287)

Objection
Deadline:        February 6, 2009 at 4:00 p.m., extended for the Debtors until July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to July 23, 2009 at 11:00 a.m.

34.   Motion of Federal Warranty Services Corporation, Sureway, Inc., American Bankers Insurance Company of Florida, and United Service Protection, Inc. To Compel Assumption Or Rejection Of Agreements Between The Assurant Companies And Circuit City Stores, Inc., Or In The Alternative Motion For Relief From Stay To Terminate Agreements, And Memorandum In Support (Docket Nos. 1794 and 1813)

Related
Documents:

a.    Notice of Motion and Hearing (Docket Nos. 1796 and 1816)

Objection
Deadline:        February 11, 2009 at 4:00 p.m., extended for the Debtors until May 6, 2009 at 4:00 p.m.

Objections/
Responses
Filed:              Informal response of the Debtors

Status:             This matter has been adjourned to July
                    6, 2009 at 2:00 p.m.

35. Debtors' Motion for Orders Under Bankruptcy Code
    Sections 105, 363, and 365 (I) Approving Bidding and
    Auction Procedures for Sale of Unexpired Nonresidential
    Real Property Leases, (II) Setting Sale Hearing Dates
    and (III) Authorizing and Approving (A) Sale of Certain
    Unexpired Nonresidential Real Property Leases Free and
    Clear of All Interests, (B) Assumption and Assignment
    of Certain Unexpired Nonresidential Real Property
    Leases and (C) Lease Rejection Procedures (Docket No.
    1946)

    Related
    Documents:

    a.   Notice of Hearing (Docket No. 1947)

    b.   Order under Bankruptcy Code Sections 105, 363, and
         265 (I) Approving Bidding and Auction Procedures
         for Sale of Unexpired Nonresidential Real Property
         Leases, (II) Setting Sale Hearing Dates and (III)
         Authorizing and Approving (A) Sale of Certain
         Unexpired Nonresidential Real Property Leases Free
         and Clear of All Interests, (B) Assumption and
         Assignment of Certain Unexpired Nonresidential
         Real Property Leases and (C) Lease Rejection
         Procedures (Docket No. 2242)

    c.   Notice of February Lease Bid Deadline, Auction
         Date and Related Objection Deadline and Sale
         Hearing Date (Docket No. 2245)

    d.   Supplemental Order Under Bankruptcy Code Sections
         105, 363, and 365 Approving Amended Bid Deadline
         in Connection with Bidding and Auction Procedures
         for Sale of Unexpired Nonresidential Real Property
         Leases (Docket No. 2346)

    e.   Notice of Amended March Bid Deadline - New

Deadline: March 3, 2009 at 4:00 p.m. (Eastern)
(Docket No. 2351)

f.   Notice of Bids Received (Docket No. 2403)

g.   Cure Schedule (Docket No. 2407)

h.   Notice of Rejection of Unexpired Leases and
     Abandonment of Personal Property (Docket No. 2408)

i.   Notice of Rejection of Unexpired Lease and
     Abandonment of Personal Property (Docket No. 2409)

j.   Notice of Rejection of Unexpired Lease and
     Abandonment of Personal Property (Docket No. 2410)

k.   Notice of Rejection of Unexpired Leases and
     Abandonment of Personal Property (Docket No. 2412)

l.   Notice of Rejection of Unexpired Leases and
     Abandonment of Personal Property (Docket No. 2419)

m.   Supplemental Notice of Bids Received (Docket No.
     2420)

n.   Supplemental Cure Schedule (Docket No. 2421)

o.   Notice of Rejection of Unexpired Leases and
     Abandonment of Personal Property (Docket No. 2434)

p.   Notice of Rejection of Unexpired Leases and
     Abandonment of Personal Property (Docket No. 2463)

q.   Notice of Rejection of Unexpired Leases and
     Abandonment of Personal Property (Docket No. 2503)

r.   Order Authorizing Debtors to Assume, Assign and
     Sell Unexpired Lease of Non-Residential Real
     Property (Store #3697) (Docket No. 2580)

s.   Order Authorizing Debtors to Assume, Assign and
     Sell Unexpired Lease of Non-Residential Real
     Property (Store #3692) (Docket No. 2581)

t.   Order Authorizing Debtors to Assume, Assign and

        Sell Unexpired Lease of Non-Residential Real
Property (Store #3670) (Docket No. 2582)

u.     Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #3669) (Docket No. 2583)

v.     Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #859) (Docket No. 2584)

w.    Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #3690) (Docket No. 2585)

x.     Order Authorizing Debtors to Terminate Unexpired
Lease of Non-Residential Real Property (Store
#785) (Docket No. 2586)

y.     Notice of Rejection of Unexpired Lease and
Abandonment of Personal Property (Docket No. 2592)

z.     Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #3561) (Docket No. 2607)

aa.    Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #3663) (Docket No. 2609)

ab.    Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #3679) (Docket No. 2611)

ac.    Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #3207) (Docket No. 2612)

ad.    Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #854) (Docket No. 2613)

ae.    Order Authorizing Debtors to Terminate Unexpired
Lease of Non-Residential Real Property (Store
#3682A) (Docket No. 2614)

af.   Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #4305) (Docket No. 2651)

ag.   Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #852) (Docket No. 2691)

ah.   Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3203) (Docket No. 2696)

ai.   Order Authorizing Debtors to Terminate Unexpired
      Lease of Non-Residential Real Property (Store
      #3150) (Docket No. 2731)

aj.   Order Authorizing Debtors to Terminate Unexpired
      Lease of Non-Residential Real Property (Store
      #3699) (Docket No. 2741)

ak.   Order Authorizing Debtors to Terminate Unexpired
      Lease of Non-Residential Real Property (Store
      #3343) (Docket No. 2838)

Objection
Deadline:              March 12, 2009 at 5:00 p.m.

Objections/
Responses
Filed:

a.    Objection of 444 Connecticut Avenue, LLC to
      Assumption and Assignment of Lease, and Cure
      Amounts Associated Therewith (Docket No. 2480)

      Status:   This response has been adjourned to July
                23, 2009 at 11:00 a.m.

b.    Objection of Sea Properties I, LLC'S to (I)
      Debtors' Failure to Follow Bidding Procedures and
      (II) Cure Amount Proposed by Debtors (Docket No.
      2541)

      Status:   This objection has been resolved.

      c.     Objection of Gateway Center Properties III, LLC to SMR Gateway III, LLC as Tenants in Common, to Debtors' Proposed Cure Amount (Docket No. 2542)

          Status:    This response has been adjourned to July 23, 2009 at 11:00 a.m.

      d.     Objection of Whitestone Development Partners, L.P. to Debtors' Proposed Cure Amount (Docket No. 2543)

          Status:    This response has been adjourned to July 23, 2009 at 11:00 a.m.

      e.     Objection of Union Square Retail Trust to Debtors' Proposed Cure Amount (Docket No. 2544)

          Status:    This response has been adjourned to July 23, 2009 at 11:00 a.m.

     General
     Status:    This matter has been adjourned as and to the extent set forth above.

36.   Motion of DirecTV, Inc. for Relief from the Automatic Stay to Effect Setoff and Memorandum of Points and Authorities in Support Thereof (Docket No. 2082)

     Objection
     Deadline:    February 26, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

      a.     Debtors' Objection to Motion of DirecTV, Inc. for Relief from the Automatic Stay to Effect Setoff and Memorandum of Points and Authorities in Support Thereof (Docket No. 2331)

     Status:    This matter has been adjourned to July 23, 2009 at 11:00 a.m.

37.   Motion of Sony Pictures Home Entertainment Inc. for Entry of Order Allowing Administrative Expenses Pursuant to 11 U.S.C. Sections 503(b)(1)(A), 503(b)(9)

and 507(a)(2) (Docket No. 2294)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 2295)

Objection
Deadline:          April 20, 2009 at 4:00 p.m., extended
                   for the Debtors until July 16, 2009 at
                   4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to July
                   23, 2009 at 11:00 a.m.

38.   Motion of Vertis, Inc. to Allow Proof of Claim to be
      Deemed Timely Filed (Docket No. 2989)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2990)

      Objection
      Deadline:          April 24, 2009 at 4:00 p.m., extended
                         for the Debtors until July 16, 2009 at
                         4:00 p.m.

      Objections/
      Responses
      Filed:             None at the time of filing this agenda

      Status:            This matter has been adjourned to July
                         23, 2009 at 11:00 a.m.

39.   Motion of Michael T. Chalifoux to File Late Proof of
      Claim (Docket No. 2676)

      Related
      Documents:

a.    Notice of Motion and Hearing (Docket No. 2680)

b.    Amended Notice of Motion and Hearing (Docket No.
      3607)

Objection
Deadline:        April 21, 2009 at 4:00 p.m., extended
                 for the Debtors until July 16, 2009 at
                 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to July
                 23, 2009 at 11:00 a.m.

40.  Motion of Sennheiser Electronic Corp. for Entry of an
     Order (i) Recognizing Sennheiser's Claim as Timely
     Filed, or Permitting the Filing of a Proof of Claim
     After the Bar Date and (ii) Allowing an Administrative
     Expense Pursuant to Section 503(b)(9) of The Bankruptcy
     Code (Docket No. 2722)

     Related
     Documents:

     a.    Corrected Motion of Sennheiser Electronic Corp.
           (Docket No. 2723)

     b.    Notice of Motion and Hearing (Docket No. 2724)

     Objection
     Deadline:        April 7, 2009 at 4:00 p.m., extended for
                      the Debtors until July 16, 2009 at 4:00
                      p.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          This matter has been adjourned to July
                      23, 2009 at 11:00 a.m.

41.  Motion of Southpeak Interactive, LLC for Payment of

Administrative Expense Claim and Notice of Hearing
(Docket No. 2758)

Objection
Deadline:        April 7, 2009 at 4:00 p.m., extended for
                 the Debtors until July 21, 2009 at 4:00
                 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to July
                 23, 2009 at 11:00 a.m.

42.   Debtors' Second Omnibus Objection to Certain Late
      503(b)(9) Claims (Docket No. 2789)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 2790)

      b.    Order on Debtors' Second Omnibus Objection to
            Certain Late 503(b)(9) Claims (Docket No. 3356)

      Objection
      Deadline:        April 29, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Written Response of Hayden Meadows Joint Venture
            (TMT Development Company, Inc.) to Notice of
            Debtors' Second Omnibus Objection to Certain Late
            503(b)(9) Claims (Docket No. 3161)

            Status:    This matter has been adjourned to July
                       23, 2009 at 11:00 a.m.

      b.    Orange County Treasurer-Tax Collector's Response
            to Debtors' Second Omnibus Objection to Certain
            Late 503(B)(9) Claims (Docket No. 3206)

            Status:    This matter has been adjourned to July

23, 2009 at 11:00 a.m.

c.    Export Development Canada's Response to the
      Debtors' Second Omnibus Objection to Certain Late
      503(b)(9) Claims (Docket No. 3209)

      Status:    This matter has been adjourned to July
                 23, 2009 at 11:00 a.m.

d.    Gamergraffix's Response to objection to late filed
      claims (Docket No. 3222)

      Status:    This matter has been adjourned to July
                 23, 2009 at 11:00 a.m.

General
Status:        This matter has been adjourned to July
               23, 2009 at 11:00 a.m.

43.  Debtors' Third Omnibus Objection to Certain Late
     503(b)(9) Claims (Docket No. 2791)

     Related
     Documents:

     a.    Notice of Motion and Hearing (Docket No. 2792)

     b.    Order on Debtors' Third Omnibus Objection to
           Certain Late 503(b)(9) Claims (Docket No. 3357)

     Objection
     Deadline:      April 29, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.    Response of Tasler Pallet, Inc. to Notice of
           Debtors' Third Omnibus Objection to Certain Late
           503(B)(9) Claims (Docket No. 3162)

     Status:        This matter has been adjourned to July
                    23, 2009 at 11:00 a.m.

44.  Motion of Bond-Circuit IV Delaware Business Trust for

Entry of an Order Granting Allowance of and Compelling
Payment of Administrative Expense Claim, by Bond-
Circuit IV Delaware Business Trust (Docket No. 3229)

Objection
Deadline:            May 25, 2009 at 5:00 p.m., extended for
                     the Debtors until July 16, 2009 at 4:00
                     p.m.

Objections/
Responses
Filed:               None at the time of filing this agenda

Status:              This matter has been adjourned to July
                     23, 2009 at 11:00 a.m.

45.   Motion of CC Hamburg NY Partners, LLC for Entry of an
      Order Granting Allowance of and Compelling Payment of
      Administrative Expense Claim (Docket No. 3230)

      Objection
      Deadline:            May 25, 2009 at 5:00 p.m., extended for
                           the Debtors until July 16, 2009 at 4:00
                           p.m.

      Objections/
      Responses
      Filed:               None at the time of filing this agenda

      Status:              This matter has been adjourned to July
                           23, 2009 at 11:00 a.m.

46.   Amended Request of by Myrtle Beach Farms Company, Inc.
      for Allowance and Payment of Administrative Expense
      Claim (Docket No. 3282)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 3285)

      Objection
      Deadline:            June 16, 2009 at 4:00 p.m., extended for
                           the Debtors until July 16, 2009 at 4:00
                           p.m.

Objections/
Responses
Filed:              None at the time of filing this agenda

Status:             This matter has been adjourned until
                    July 23, 2009 at 11:00 a.m.

47.   Application of Infogain Corporation for Allowance and
      Payment of Administrative Expense Priority Claim
      (Docket No. 3286)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 3287)

      Objection
      Deadline:       May 21, 2009 at 5:00 p.m., extended for
                      the Debtors until July 16, 2009 at 4:00
                      p.m.

      Objections/
      Responses
      Filed:          None at the time of filing this agenda

      Status:         This matter has been adjourned to July
                      23, 2009 at 11:00 a.m.

48.   Amended Motion of Site A, LLC for Payment of
      Administrative Expense Claim (Docket No. 3468)

      Related
      Documents:

      a.   Motion of Site A, LLC for Payment of
           Administrative Expense Claim (Docket No. 3052)

      b.   Notice of Motion and Hearing (Docket No. 3469)

      Objection
      Deadline:       June 16, 2009 at 4:00 p.m., extended for
                      the Debtors until July 16, 2009 at 4:00
                      p.m.

```
Objections/
Responses
Filed:            None at the time of filing this agenda

Status:           This matter has been adjourned to July
                  23, 2009 at 11:00 a.m.
```

## III. ADVERSARY PROCEEDING

49. Defendant's Motion to Dismiss or, in the Alternative,
    For a More Definitive Statement (Docket No. 15) (In re
    Marlon Mondragon v. Circuit City Stores, Inc.,
    Adversary No. 09-3073 (KRH))

```
Response
Deadline:         May 15, 2009 at 4:00 p.m., extended for
                  the Debtors until May 27, 2009.

Related
Documents:
```

   a.   Amended Class Action Adversary Proceeding
        Complaint (Docket No. 2) (In re Marlon Mondragon
        v. Circuit City Stores, Inc., Adversary No. 09-
        3073 (KRH))

   b.   Opening Brief in Support of Defendant's Motion to
        Dismiss or, in the Alternative, for a More
        Definitive Statement (Docket No. 16)

   c.   Plaintiff's Opposition to Defendant's Motion to
        Dismiss, or in the Alternative, for a More
        Definitive Statement (Docket No. 20)

   d.   Reply Brief In Support Of Defendant's Motion To
        Dismiss Or, In The Alternative, For A More
        Definite Statement (Docket No. 26)

   e.   Plaintiff's Motion for Leave to File Surreply in
        Opposition to Defendant's Motion to Dismiss, or in
        the Alternative, for a More Definite Statement
        (Docket No. 30)

   f.   Compendium of Unreported Decisions in Support of
        Defendant's Motion to Dismiss or, in the
        Alternative, for a More Definitive Statement

(Docket No. 17)

g.   Notice of Motion and Hearing (Docket No. 18)

Status:        This matter is going forward.

## IV.   CONTESTED MATTERS

50.   Polaris Circuit City, LLC's Amended Motion, Reply and
Supporting Memorandum for Allowance of Administrative
Expense Claim and Granting Related Relief (Docket No.
3063)

Related
Documents:

a.   Polaris Circuit City, LLC' Motion and Supporting
     Memorandum of Polaris Circuit City, LLC for an
     Order (A) Compelling Debtor to Immediately Pay
     Administrative Rent Pursuant to 11 U.S.C. Sections
     365(d)(3) and 503(b), and (B) Granting Related
     Relief (Docket No. 2071)

b.   Notice of Motion and Hearing (Docket No. 3064)

Objection
Deadline:      April 24, 2009 at 4:00 p.m., extended
               for the Debtors until June 19, 2009 at
               1:00 p.m.

Objections/
Responses
Filed:

a.   Debtors' Objection to Motion and Supporting
     Memorandum of Polaris Circuit City, LLC for an
     Order (A) Compelling Debtor to Immediately Pay
     Administrative Rent Pursuant to 11 U.S.C. Sections
     365(d)(3) and 503(b), and (B) Granting Related
     Relief (Docket No. 2332)

b.   Debtors' Supplemental Objection to Amended Motion,
     Reply and Supporting Memorandum of Polaris Circuit
     City, LLC for Allowance of Administrative Expense
     Claim and Granting Related Relief (Docket No.
     3674)

```
        Status:          This matter is going forward.

51.    Advance Real Estate Management, LLC's Motion and
       Supporting Memorandum of for Allowance of
       Administrative Expense Claim and Granting Related
       Relief (Docket No. 3137)

       Related
       Documents:

       a.    Notice of Motion and Hearing (Docket No. 3138)

       Objection
       Deadline:        May 6, 2009 at 4:00 p.m., extended for
                        the Debtors until June 19, 2009 at 1:00
                        p.m.

       Objections/
       Responses
       Filed:           Debtors' Objection to Motion and
                        Supporting Memorandum of Advance Real
                        Estate Management, LLC for Allowance of
                        Administrative Expense Claim and
                        Granting Related Relief (Docket No.
                        3675)

        Status:          This matter is going forward.

52.    Debtors' Fifth Omnibus Objection to Certain
       Misclassified Non-Goods 503(b)(9) Claims (Docket No.
       3309)

       Related
       Documents:

       a.    Notice of Motion and Hearing (Docket No. 3310)

       Objection
       Deadline:        June 15, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:
```

a.   Response of Charleston Newspapers to Debtors'
     Fifth Omnibus Objection to Non-Goods 503(B) Claim,
     (Docket No. 3561)

     Status:   The status hearing will go forward.

b.   Response and Objection of Retail MDS, Inc. to
     Fifth Omnibus Objection [Doc. 3309] to Certain
     Misclassified Non-Goods 503(b)(9) Claims (Docket
     No. 3563)

     Status:   The status hearing will go forward.

c.   Response of Magnus Magnusson to Debtors' Fifth
     Omnibus Objection to Certain Misclassified Non-
     Good 503(B)(9) Claims, (Docket No. 3573)

     Status:   The status hearing will go forward.

d.   Response of Graphic Communications, Inc. Response
     to Debtors' Fifth Omnibus Objection to Certain
     Misclassified Non-Goods 503(b)(9) Claims (Docket
     No. 3600)

     Status:   The status hearing will go forward.

e.   Response of Miner Fleet Management Group, Ltd., to
     Debtors' Fifth Omnibus Objection to Certain
     Misclassified Non-Goods 503(b)(9) Claims (Docket
     No. 3608)

     Status:   The status hearing will go forward.

f.   Response of Vector Security, Inc. to Debtors'
     Fifth Omnibus Objection to Certain Misclassified
     Non-Goods 503(b)(9) Claims (Docket No. 3612)

     Status:   The status hearing will go forward.

g.   Response of Schimenti Construction Company, LLC to
     Debtors' Fifth Omnibus Objection to Certain
     Misclassified Non-Goods 503(B)(9) Claims (Docket
     No. 3622)

     Status:   The status hearing will go forward.

    h.    U.S. Signs' Response to Debtors' Fifth Omnibus
Objection to Certain Misclassified Non-Goods
503(B)(9) Claims (Docket No. 3623)

        Related
Document:

        (i).    Declaration of Tim O'Donnell in Support
of U.S. Signs' Response to Debtors'
Fifth Omnibus Objection to Certain
Misclassified Non-Goods 503(B)(9) Claims
(Docket No. 3649)

        Status:    The status hearing will go forward.

    General
Status:    The status hearing will go forward.  The
Debtors will submit an order
reclassifying those claims for which no
response was received.

53.    Debtors' Sixth Omnibus Objection to Certain
Misclassified Non-Goods 503(b)(9) Claims (Docket No.
3311)

    Related
Documents:

    a.    Notice of Motion and Hearing (Docket No. 3312)

    Objection
Deadline:    June 15, 2009 at 4:00 p.m.

    Objections/
Responses
Filed:

    a.    Response of Touchpoint Retail Design, Inc. to
Debtors' Sixth Omnibus Objection to Certain
Misclassified Non-Goods 503(B)(9) Claims, (Docket
No. 3409)

        Status:    The status hearing will go forward.

    b.    Objection of The Lexington County Treasurer's

Office to Change of Classification of Claim
(Docket No. 3410)

Status:   The status hearing will go forward.

c.   E-Z Spread n' Lift Industries Answer to Debtors'
Sixth Omnibus Objection to Certain Misclassified
Non-Goods 503(B)(9) Claims (Docket No. 3492)

Status:   The status hearing will go forward.

d.   Response of Consumer Vision, LLC to Debtors' Sixth
Omnibus Objection to Certain Misclassified Non-
Goods 503(b)(9) Claims, (Docket No. 3521)

Status:   The status hearing will go forward.

e.   Response of Winn Bus Lines, Inc. to Debtors' Sixth
Omnibus Objection to Certain Misclassified Non-
Goods 503(B)(9) Claims, (Docket No. 3522)

Status:   The status hearing will go forward.

f.   Response of Lee County Tax Collector to Debtors'
Sixth Omnibus Objection to Certain Misclassified
Non-Goods 503(b)(9) Claims, (Docket No. 3559)

Status:   The status hearing will go forward.

g.   Response of Towne Square Plaza to Debtors' Sixth
Omnibus Objection to Certain Misclassified Non-
Goods 503(b)(9) Claims (Docket No. 3586)

Status:   The status hearing will go forward.

h.   County of Albemarle's Response to Debtors' Sixth
Omnibus Objection to Certain Misclassified Non-
Goods 503(B)(9) Claims (Docket No. 3613)

Status:   The status hearing will go forward.

i.   Response of AA Home Services, LLC to Debtors'
Sixth Omnibus Objection to Certain Misclassified
Non-Goods 503(B)(9) Claims, (Docket No. 3634)

Status:   The status hearing will go forward.

j.    Creditor Town of Enfield, Connecticut's Response
      to Debtor's Sixth Omnibus Objection to Certain
      Misclassified Non-Goods 503(B)(9) Claims, (Docket
      No. 3637)

      Status:    The status hearing will go forward.

k.    Response of Performance Printing Corporation to
      Debtor's Sixth Omnibus Objection to Certain
      Misclassified Non-Goods 503(B)(9) Claims, (Docket
      No. 3644)

      Status:    The status hearing will go forward.

General
Status:          The status hearing will go forward.  The
                 Debtors will submit an order
                 reclassifying those claims for which no
                 response was received.

54.   Debtors Motion For Order Pursuant To Bankruptcy Code
      Sections 105, 363 And 365 (A) Authorizing Debtors To
      Enter Into Agreement In Connection With Sale And
      Assignment Of Unexpired Lease And Sublease Of
      Nonresidential Real Property, Subject To Higher Or
      Otherwise Better Bids, (B) Approving Termination Fee In
      Connection Therewith, (C) Approving Sale Of Lease And
      Sublease Free And Clear Of All Interests, And (D)
      Granting Related Relief (Docket No. 3474)

      Related
      Documents:

      a.    Motion for an Order Setting an Expedited Hearing
            (Docket No. 3476)

      b.    Notice of Motion and Hearing (Docket No. 3477)

      c.    Order Authorizing Debtors to Assume, Assign and
            Sell Unexpired Lease and Sublease of Non-
            Residential Real Property (Docket No. 3575)

      Objection
      Deadline:    June 3, 2009 at 2:00 p.m.

Objections/
Responses
Filed:

a.    Limited Objection of the Simon Property Group,
      Inc. to Debtors Motion (Docket No. 3499)

Status:         The Disputed Cure Amount has been
                resolved. This matter is going forward
                as a status conference only.

55.   Debtors' Motion for Order Under Bankruptcy Code
      Sections 105, 363, 365 and 503 and Bankruptcy Rules
      2002, 6004 and 6006 (A) Authorizing Seller to Enter
      Into Agreement for Sale of Certain Real Property in
      Baltimore, Maryland Subject to Higher or Otherwise
      Better Bids, (B) Approving Termination Fee in
      Connection Therewith, (C) Approving Sale of Real
      Property Free and Clear of All Interests, (D) Approving
      Assumption, Assignment and Sale of Certain Unexpired
      Leases of Non-Residential Real Property Free and Clear
      of All Interests and (E) Granting Related Relief
      (Docket No. 3496)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 3497)

      Objection
      Deadline:        June 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Limited Objection of West Marine Products, Inc. to
            Debtors' Motion for Order Under Bankruptcy Code
            Sections 105, 363, 365 and 503 and Bankruptcy
            Rules 2002, 6004 and 6006 (A) Authorizing Seller
            to Enter Into Agreement for Sale of Certain Real
            Property in Baltimore, Maryland Subject to Higher
            or Otherwise Better Bids, (B) Approving
            Termination Fee in Connection Therewith, (C)
            Approving Sale of Real Property Free and Clear of

All Interests, (D) Approving Assumption,
Assignment and Sale of Certain Unexpired Leases of
Non-Residential Real Property Free and Clear of
All Interests and (E) Granting Related Relief
(Docket No. 3648)

Status:        The Debtors' are working to resolve the
               limited objection.  This matter is going
               forward.

56.   Emergency Motion Of The Debtors Pursuant To 11 U.S.C. §
      105, Fed. R. Bankr. P. 7062 And 9014, And Fed. R. Civ.
      P. 62(b) For A Stay Effective As Of June 11, 2009 And
      Pending Disposition Of Motion Of The Debtors For Order
      (I) Pursuant To 11 U.S.C. § 105, Fed. R. Bankr. P. 9020
      (A) Finding Creative Realty Management LLC In Civil
      Contempt And (B) Compelling Compliance With Order And
      Imposing Sanctions For Violations Thereof, Or (II)
      Granting The Debtors Relief Under Fed. R. Bankr. P.
      9024 And Fed. R. Civ. P. 60 From Order Assuming,
      Assigning, And Selling Certain Leases To Creative
      Realty Management LLC (Docket No. 3665)

      Related
      Documents:

      a.   Order Authorizing Debtors to Assume, Assign and
           Sell Unexpired Lease and Sublease of Non-
           Residential Real Property (Docket No. 3575)

      b.   Notice of Motion and Hearing (Docket No. 3660)

      Objection
      Deadline:      June 23, 2009 at 2:00 p.m.

      Objections/
      Responses
      Filed:         None at the time of filing this agenda

      Status:        This matter is going forward.

57.   Motion Of The Debtors For Order (I) Pursuant To 11
      U.S.C. § 105 And Fed. R. Bankr. P. 9020 (A) Finding
      Creative Realty Management LLC In Civil Contempt And
      (B) Compelling Compliance With Order And Imposing

Sanctions For Violations Thereof, Or (II) Granting The
Debtors Relief Under Fed. R. Bankr. P. 9024 And Fed. R.
Civ. P. 60 From Order Assuming, Assigning, And Selling
Certain Leases To Creative Realty Management LLC
(Docket No. 3664)

Related
Documents:

a.    Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease and Sublease of Non-
      Residential Real Property (Docket No. 3575)

b.    Notice of Motion and Hearing (Docket No. 3660)

Objection
Deadline:       June 23, 2009 at 2:00 p.m.

Objections/
Responses
Filed:          None at the time of filing this agenda

Status:         This matter is going forward.

Dated: June 19, 2009          SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia        FLOM, LLP
                               Gregg M. Galardi, Esq.
                               Ian S. Fredericks, Esq.
                               P.O. Box 636
                               Wilmington, Delaware 19899-0636
                               (302) 651-3000

                                      - and -

                               SKADDEN, ARPS, SLATE, MEAGHER &
                                 FLOM, LLP
                               Chris L. Dickerson, Esq.
                               333 West Wacker Drive
                               Chicago, Illinois 60606
                               (312) 407-0700

                                      - and -

                               MCGUIREWOODS LLP


                               _/s/ Douglas M. Foley_____
                               Dion W. Hayes (VSB No. 34304)
                               Douglas M. Foley (VSB No. 34364)
                               One James Center
                               901 E. Cary Street
                               Richmond, Virginia 23219
                               (804) 775-1000

                               Counsel for Debtors and Debtors
                               in Possession

\9500672.1