David Cates
1075 Chalcedony St. Apt. G
San Diego CA, 92109

RICHMOND DIVISION
FILED
JUN 2 2 2009
CLERK
U.S. BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., | ) Case No.: 08-35653 (KRH) |
| | ) |
| Et al. | ) 7th Omnibus Objection to Certain Late |
| | ) Claims |
| Debtors. | ) |
| | ) Claim No. 10621 |
| | ) |
| | ) |

### RESPONSE TO 7TH OMNIBUS OBJECTION TO CERTAIN LATE CLAIMS

Claimant's Name: DAVID LEE CATES

Explanation for Claim Amount: This response encompasses claim 10621 for the amount of $1,942.50. The amount of $1,942.50 is due to the creditor for 124.68 hours (at the rate of 15.58 per hour) of earned paid time off that was not included in the creditor's final pay.

This is in violation of CA Labor Code Sections 201 and 227.3.

LIAM WILLIAMS has personal knowledge of the relevant facts that support this response.

All Replies should be sent to:

DAVID CATES

(530) 513-0370

1075 CHALCEDONY ST. APT. G
SAN DIEGO CA, 92109

Dated this 16 June 2009

DAVID CATES

1075 Chalcedony ST. Apt. G
San Diego CA, 92109

Page 1 of 1

| CIRCUIT CITY PAYROLL<br>PO BOX 563986<br>CHARLOTTE, NC 28256-3986<br>1-800-288-6353<br><br>DAVID L CATES<br>1875 Chalcedony #G<br>San Diego, CA 92109 | Pay Group: MLS   WC Hourly<br>Business Unit: USANA<br>Employee ID: 10174099<br>Department: 043400 Point Loma SS<br>Location: CA Point Loma | Pay Begin Date: 01/15/2009   Check #: 5523870<br>Pay End Date: 01/28/2009   Check Date: 01/29/2009<br>TAX DATA:       Federal        CA State<br>Marital Status  Single         Single, or Marri<br>Allowances:     1              1<br>Addl. Pct:<br>Addl. Amt: |
|---|---|---|

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Average Overtime | 7.790000 | 0.75 | 5.84 | 4.75 | 39.01 |
| Regular Hourly | 15.580000 | 56.75 | 884.17 | 212.00 | 3,302.98 |
| Paid Time Off | 15.580000 | 69.00 | 1,075.02 | 78.75 | 1,226.93 |
| Show Up Pay | 15.580000 | 4.00 | 62.32 | 4.00 | 62.32 |
| Supervisor Bonus | | | 0.00 | | 262.50 |
| Meeting | | | 0.00 | 4.50 | 70.11 |
| **Total:** | | **130.50** | **2,027.35** | **304.00** | **4,961.85** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 303.70 | 665.47 |
| Fed MED/EE | 29.30 | 71.65 |
| Fed OASDI/EE | 125.27 | 306.37 |
| CA Withholdng | 82.27 | 159.95 |
| CA SDI FTDI | 22.23 | 54.36 |
| **Total:** | **562.77** | **1,257.80** |

### BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Employee Dental | 6.78 | 20.34 |
| **Total:** | **6.78** | **20.34** |

### AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### PTO Plan

| | |
|---|---|
| PY PTO | |
| Earned | 0.00 |
| Taken | 0.00 |
| Balance | 0.00- |
| Current PTO | |
| Earned | 206.76 |
| Taken | 82.00 |
| Balance | 124.68 |
| IMPUTED INCOME | |
| Current: | 0.00 |
| YTD: | 0.00 |

|  | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,027.35 | 2,020.57 | 562.77 | 6.78 | 1,457.80 |
| YTD: | 4,961.85 | 4,941.51 | 1,257.80 | 20.34 | 3,683.71 |

MESSAGE  VERIFY YOUR PERSONAL INFO FOR 2007 W2 ACCURACY