Syed Asrar Naqvi
3720 Westwood Blvd, Apt #7
Los Angeles, CA 90034

6-17-09



RICHMOND DIVISION

F
I
L
E
D

JUN 2 2 2009

F
I
L
E
D

CLERK
U.S. BANKRUPTCY COURT

Re: Circuit City Stores, Inc., et al.
Attention: Certain Duplicative Claims
           Circuit City Case #0835653 (KRH)

To Whom It May Concern:

In concurrence with the debtors, I would like to reject or eliminate one of the two claims filed on
the grounds of being reported as duplicated. I would like to note that I received two claim forms
to be filed. I am unsure if this is an error on the part of the department who sent me the claim
forms, but out of confusion and no guidance, I filed both forms. Please void one of the claims
and continue to process my other claim of $30,167.34 for I would not like to hinder the process
any further. I do not oppose this objection as long as the correct claim is processed with my
given rights in the Chapter 11 Circuit City Case. Thank you for your time and cooperation.

Sincerely,

Syed Asrar Naqvi