523 Joe B Jackson Pkwy
Murfreesboro, TN 37127



June 15, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad ST – Room 4000
Richmond, Virginia 23219

| | |
|---|---|
| **Title:** | **Notice Of Debtors' Ninth Omnibus Objection To Certain (I) Late Claims and (II) Later 503 (B) Claims' as relates to Circuit City Stores, Inc.** |
| **Response Deadline:** | 4:00pm ET on June 29, 2009. |
| **Bankruptcy Court:** | United States Bankruptcy Court for the Eastern District of Virgina, Richmond Division |
| **Debtors:** | Circuit City Stores, Inc., et al. |
| **Case No.:** | 08-35653 (KRH) |
| **Claim Number:** | 11672 |
| **Claimant:** | Kisha T. Buchanan<br>523 Joe B Jackson Pkwy<br>Murfreesboro, TN 37127 |
| **Amount:** | $139.75 (see attached for explanation) |
| **Response:** | Opposition to Reclassification of Claim# 11672 |
| **Premise:** | The Bankruptcy court should **not** sustain the Omnibus Objection as the Claimant held a contract with the Debtor that was Paid In Full for 3 Years of service after the purchase date of the product. The product failed before the service period expired. The Debtor should be required to reimburse the Claimant for expenses incurred as a result of the Closure and Bankruptcy filing of the Debtor.<br>(see attached documents for further detail of the claim) |

**Claimant / Responsible:**
Kisha T. Buchanan
523 Joe B Jackson Pkwy
Murfreesboro, TN 37127

Phone: 615-867-3098



523 Joe B Jackson Pkwy
Murfreesboro, TN 37127

January 27, 2009

Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA 23233

Attention: Warranty, DR3, 4th Floor

Dear Circuit City Stores, Inc.,

**Subject: Advantage Protection Plan Repair Reimbursement Request - $139.75**

The product listed below was purchased at Circuit City Store# 920 on 4/29/06 per the attached copy of the original receipt.

Panasonic Digital Video Recorder (PAN DMREH75SVS) - $449.99

The 3 Year Advantage Protection Plan was also purchased for this product as shown in the attached receipt copy. This Protection Plan expires on 4/29/09.

The DVD portion of the product became inoperable and the product was in need of repair. The local store where the unit was purchased had gone or was going out of business and unable to do the repairs.

The product was sent back to the Manufacturer for repair.

Upon contacting the Circuit City Customer Service regarding the repairs, I was directed to request reimbursement of repair costs to the Circuit City Warranty Department.

The repairs for this product should be covered under the Advanced Protection Plan purchased with the product. The purchased protection plan does not expire until 4/29/09. Please reimburse repair costs in the amount of $139.75 per the attached Manufacturer Invoice.

If you have any questions regarding this request, please contact me during the day time at (615) 355-2745.

Thank you,

*Kisha J Buchanan*

Kisha T. Buchanan

Enclosures:    Attachment A: Copy of Repair Service Invoice

Attachment B: Circuit City Product Receipt

Mailed 2/28/09

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

**Debtor against which claim is asserted:** (Check only **one** box below:)

- ☑ Circuit City Stores, Inc. (Case No. 08-35653)
- ☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
- ☐ InterTAN, Inc. (Case No. 08-35655)
- ☐ Ventoux International, Inc. (Case No. 08-35656)
- ☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)
- ☐ CC Aviation, LLC (Case No. 08-35658)
- ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
- ☐ Circuit City Stores PR, LLC (Case No. 08-35660)
- ☐ Circuit City Properties, LLC (Case No. 08-35661)
- ☐ Orbyx Electronics, LLC (Case No. 08-35662)
- ☐ Kinzer Technology, LLC (Case No. 08-35663)
- ☐ Courchevel, LLC (Case No. 08-35664)
- ☐ Abbott Advertising, Inc. (Case No. 08-35665)
- ☐ Mayland MN, LLC (Case No. 08-35666)
- ☐ Patapsco Designs, Inc. (Case No. 08-35667)
- ☐ Sky Venture Corporation (Case No. 08-35668)
- ☐ XSStuff, LLC (Case No. 08-35669)
- ☐ PRAHS, INC. (Case No. 08-35670)

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
KISHA T. BUCHANAN

☐ Check this box to indicate that this claim amends a previously filed claim.

**Name and address where notices should be sent:**
KISHA T. BUCHANAN
523 JOE B JACKSON PKWY
MURFREESBORO

Telephone number: (615) 867-3098

Court Claim Number: _____
(If known)

Filed on: _____

**Name and address where payment should be sent (if different from above):**
↑

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ **139.75**

If all or part of your claim is secured, complete item 4 below; however, if all or part of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. **tax & shipping charges — invoice attached**

**2. Basis for Claim:** See attached letter. Repair services done @ mfr because store closed. Advanced Service ~~Advanced Service~~ Extended Service Plan has not expired.
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

3a. Debtor may have scheduled account as: See store receipt attached
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $ _____   Annual Interest Rate ___ %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $ _____   Basis for perfection: _____

Amount of Secured Claim: $ _____   Amount Unsecured: $ _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority:
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 2/28/09

**Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Kisha J Buchanan*

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Circuit City Stores, Inc.
Store 920
ANTIOCH, IN 37013-3003
615-731-5125
17:21:40  04/29/06  ← 04/29/06

Sold to:
OLSEN BUCHANAN

Orig Date 04/29/06

CUSTOMER COPY

Ticket
002002929248

Salesperson                              Registered  Cashier
OWENS                                      35        251950

1  SBC S1182711UG    PERIPHERALS           89.20
2  S    ORE 18192    ROBOTICS              30.68
3  1 PAN DMEH75VS    DIGITAL VIDEO        449.99   → 449.99
4      ESP TCA       Protection Plan

PAN DMREH75VS       Total Taxable         661.50
                    Sales Tax              50.35
                    TOTAL PURCHASE        711.82
                    VISA    043326        711.82
                    BALANCE                 0.00

For manufacturer contact information, please refer to the owner's manual or visit circuitcity.com

The Circuit City Advantage Protection Plan for home and office electronics (ESP) for the PAN DMREH75VS starts 04/29/06 and expires 04/29/09. For service, simply bring your product to any Circuit City store. Refer to the Comprehensive Service Guide for information and terms and conditions.

This sales receipt and the accompanying terms and conditions constitute your Circuit City Advantage Protection Plan.

Thank you for your purchase.

You are eligible to earn Circuit City Reward Points. Apply for a Circuit City Rewards Credit Card today. See store associate for details.

Shop online or visit us at circuitcity.com

**Panasonic ideas for life**

****** INVOICE ******

Invoice No: 91-FIV-066877
SHIP: 91-0064929
LOC: BIGS
Work Order No: 91-059261-00
Customer Account No:
Customer Reference:
Model No: DMREH75V
Serial No: KS6EB03189
Labor: OW
Part: OW

Ship To:
KISHA BCHANAN
523 JOE B JACKSON PKWY

MURFREESBORO, TN 37127-0000

Purchase Date: 04/29/2006
Date Received: 12/03/2008
Invoice Date: 01/22/2009
Customer Care Plan:
Inspection Code: REPAIRED

Note : Diagnostic Fee Not Refundable

Accessories Received: NONE/NO ACCESSORIES
Customer Complaint: DVD INOP. WON'T PLAY / RECORD ANY DVD.

Service performed: PART REPLD ELECTRICL
Technician's Comments: REPLACED THE DVD DRIVE UNIT UPDATED FIRMWARE TEST OK

| Part Number | Description | Qty | Price |
|---|---|---|---|
| RFKNEH75VP | RAM/DIGITAL PCB MODULE | 1 | 0.00 |

| | |
|---|---|
| Refurbish Amt: | 0.00 |
| Other Labor Total: | 100.00 |
| Parts Total: | 0.00 |
| Sales Tax: | 9.75 |
| Shipping & Handling: | 30.00 |
| Subtotal: | 139.75 |
| Less: Diagnostic Fee: | 0.00 |
| Payment: | 139.75 |
| Adjustment: | 0.00 |
| Refund: | 0.00 |
| Total Due: | 0.00 |

**PANASONIC CAMERA & DIGITAL SERVICE CENTER**
**Panasonic Service & Technology Company**
UNIT OF PANASONIC CORPORATION OF NORTH AMERICA
888-439-2676 / FAX 847-439-1418 / EMAIL camerarepair@us.panasonic.com