

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia   23219

```
-------------------------------------------------------x
In Re:                                          :           Chapter 11
                                                :
CIRCUIT CITY STORES, INC.                       :           Case No. 08-35653
Et al.,                                         :
                                                :           Jointly Administered
                                                :
                                                :
                            Debtors             :
-------------------------------------------------------x
```

**Re:   RESPONSE TO:**

**NOTICE OF DEBTORS' NINTH OMNIBUS OBJECTION TO
CERTAIN (I) LATE CLAIMS AND (II) LATE 503(B) (9) CLAIMS**

CLAIM #11677

CLAIMANT'S NAME:        BEAN, PATRICIA A.
                        11734 Chisholm Trail
                        Victorville, CA  92392-9277

AMOUNT OF CLAIM:        $105.00

EXPLANATION FOR
AMOUNT OF CLAIM:        Stock Purchased before the company gave up

STATEMENT: How late was my claim? When was the cut-off date? If it was late,
here's why: I am a HEALTH CARE PROFESSIONAL, employed at a large county
hospital where patient care is provided in a 373 bed trauma facility, where lives are at
stake and life-saving treatments are provided. I am also 56-1/2 years old. I am tired at
night. I go home, go to bed, and try to catch up on my mail on the weekend. Things
unfortunately get overlooked, which is probably why my claim was late.

I believed in Circuit City, and in their ability to come back from reorganization, so I
bought some stock. If you want to disallow a piddly $105.00 claim, I guess then you'll
disallow it. Good luck.

_____          _____
PATRICIA A. BEAN                 Date  6/10/2009

PATRICIA A. BEAN
11734 CHISHOLM TRAIL
VICTORVILLE, CA  92392
(760) 949-0688 (H)
(760) 963-2476 (C)


DECLARATION:

I, _____*Melissa Foltz*_____ declare that I know the person who herein signed, and have personal knowledge of the relevant facts as set forth above.


_____          *6-12-09*_____
Signature                                                        Date