Case # 08-35653   U.S. Bankruptcy Court

6-15-09
ATTN: U.S. Bankruptcy Court,

I was told to write this letter in regards to a protection plan/warranty that I purchased from Circuit City Advantage. 1/2009 was billed $376.99 for a protection plan on my whirlpool dryer that expired on 5/13/09. I called and spoke to a representative whom assured me that Circuit City and Circuit City Advantage Protection were two separate entities. The rep stated that even if C.C went under, we would still be covered. I paid the bill of $379.99 (the check was cashed on 2/2/09.) I called for a repair on my dryer 5/2009 to no avail. There is no valid phone number where CC Advantage can be reached. I believe this is unethical and that this company has committed U.S. mail fraud knowingly that their company was failing.

Thank You,

Cynthia A. McCarter
5307 Live Oak View Ave.
Los Angeles, Ca 90041

Circuit City Advantage contract number: 85 6815507

*Cynthia A. McCarter*

2 copies attached



RICHMOND DIVISION
FILED JUN 19 2009
U.S. BANKRUPTCY COURT

RICHMOND DIVISION
FILED JUN 19 2009
CLERK U.S. BANKRUPTCY COURT

1 of 3

```
THE ESTATE OF MARGARET SEELEY                                    1623
CYNTHIA A. McCARTER                                         16-24/1220 4865
5307 LIVE OAK VIEW AVE.                        1/29/09       1208392176
LOS ANGELES, CA 90041                       _____
                                                  Date

Pay to the
Order of  Circuit City  Warrange  Protect  Plan    $ 376.99

Three Hundred and Seven/Six ——— 99   Dollars

Wells Fargo Bank, N.A.  343
California
wellsfargo.com
         Whirlpool expires 5/1/09
For 18211 Washer & Dryer        Cynthia McCarter

⑆122002471⑆  19083921⑈  1623
```

FOR DEPOSIT ONLY ........ ACCT#2055363237073 #0085

| | | | |
|---|---|---|---|
| R/T Number | 1210428. | Processing Date | 20090315 |
| Sequence Number | 008874770/84 | Amount | 376.99 |
| Account Number | 19083921. | Serial Number | 000000000001623 |

U.S. Bankruptcy Court
Case # 08-35653

2 of 3

Preguntas en español, llame 1-800-395-4377



### Product Coverage Information

| Contract No. | 85    68155... |
|---|---|
| Brand/Model | WHI/LSR5132... |
| Sale Date | April 15, 2000 |
| Prod. Descript. | WASHER/DR... PAIR |
| Sales Assoc. | Mail Order |
| Period Covered: | 05-13-2009 – 05-...-2012 |
| Service Type | In Home |
| Length of Plan | 3 yrs |
| Price of Plan *(includes tax if any)* | $ 376.99 |

### Account History

| Date | Amount | Description |
|---|---|---|
| 03-04-2009 | $ 376.99 | CHK payment PAID IN FULL |

000005
CYNTHIA A MCCARTER
5307 LIVE OAK VIEW AVE
LOS ANGELES CA 90041-1028

# CERTIFICATE

### for HOME & CAR ELECTRONICS

- Congratulations! This is your Circuit City Advantage℠ Protection Plan Certificate and it will be valid until 05-13-2012
- This certificate is your proof of coverage. Please keep it with your other important papers
- Your Circuit City Advantage℠ Protection Plan is paid in full for the length of coverage noted at left
- For service on your product
  If shop service is indicated on this certificate, please call your local Circuit City store or Service Center
  If home service is indicated on this certificate, please call our toll-free number at 1-800-365-2308
- If you have any questions regarding your Circuit City Advantage℠ Protection Plan, please call **1-800-395-4377**
  Monday-Friday, 9:00 am to 10:00 pm, Eastern Time

E23563-00000613

| Product Description | Brand/Model |
|---|---|
| WASHER/DRYER PAIR | WHI/LSR5132HQ |

US Bankruptcy Court
Case # 08 35653

**PAID IN FULL**

| Cynthia A. McCarter | |
|---|---|
| Contract No: | 85    681...07 |
| Brand/Model: | WHI/LSR51...HQ |
| Sale Date | April 15, 200... |
| Product Description: | WASHER/...ER PAIR |
| Period Covered: | 05-13-2009  5-13-2012 |
| Service Type: | In Home |
| Length of Plan: | 3 yrs |
| Price of Plan: *(includes tax if any)* | $ 376.99 |

Thank you!

CERPD1(8/04)

3 of 3