IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| **Circuit City Stores, Inc.,** *et al.* | : | Case No. 08-35653 (KRH) |
| | : | |
| **Debtors.** | : | |

### AMENDED RESPONSE TO DEBTORS' SIXTH OMNIBUS OBJECTION TO CERTAIN MISCLASSIFIED NON-GOODS 503(B)(9) CLAIMS

Lee County Tax Collector ("Lee County"), by and through its undersigned counsel, respectfully submits this *Amended[1] Response to Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9)* (the "Response"), and states as follows:

1. On or about December 4, 2008, Lee County filed its Proof of Claim in the amount of $26,898.24. On information and belief, the Debtor identifies this claim as claim number 609.

2. On May 12, 2009, the Debtor filed the *Debtor's Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9) Claims* (the "Objection"), asserting that Lee County's claim number 609 was filed as a 503(b)(9) claim. The Objection seeks to reclassify the claim as general unsecured claim.

---

[1] Lee County filed its original Response on June 8, 2009. A deficiency notice was issued regarding the filing on the basis that Lee County must appear by counsel. Lee County has retained the undersigned counsel, who thus amends the original Response. The grounds of this amended response are substantially the same as those asserted in the original response.

William A. Gray, Esquire – VSB #46911
William A. Burgess - VSB #67998
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone: (804) 783-7237
Fax:    (804) 783-7291
*Counsel for Lee County Tax Collector*

3.      Initially, Lee County agrees that it's claim is <u>not</u> entitled to priority under Bankruptcy Code section 503(b)(9).  **In fact, the claim was not filed as a 503(b)(9) claim**.  Thus, if the Debtor's claims records show Lee County's claim as a 503(b)(9) claim, Lee County agrees the claim should be reclassified.

4.      However, Lee County objects to the reclassification of Claim #609 to general unsecured status.  Rather, as asserted in the claim, the claim is entitled to priority pursuant to Bankruptcy Code section 507(a)(8), in that the claim is for taxes or penalties owed to a governmental unit.

**WHEREFORE,** Lee County respectfully requests that the Objection be denied regarding reclassifying Lee County's claim as a general unsecured claim, and that, instead, the Debtor's claims records be corrected to reclassify the claim as it was filed, i.e., as a claim entitled to priority pursuant to 507(a)(8), and for such other and further relief as the Court may deem just and proper.

Dated: June 22, 2009                    /s/ William A. Gray
                                        William A. Gray, Esquire – VSB #46911
                                        William A. Burgess - VSB #67998
                                        Sands, Anderson, Marks & Miller, P.C.
                                        801 East Main Street, Suite 1800
                                        (P.O. Box 1998)
                                        Richmond, Virginia 23219 (23218-1998)
                                        Phone:  (804) 783-7237
                                        Fax: (804) 783-7291
                                        *Counsel for Lee County Tax Collector*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2009, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and was mailed, by U.S. Mail, first class, postage prepaid, to all persons on the below Service List:

## SERVICE LIST

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
101 W. Main Street
Norfolk, VA 23510
  *Attorneys for Debtors*

Dion W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
901 E. Cary Street
Richmond, VA 23219
  *Attorneys for Debtors*

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
Post Office Box 636
Wilmington, Delaware 19899-0636
  *Attorneys for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606
  *Attorneys for Debtors*

3

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
   *Office of the U.S. Trustee*

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601
   *Special Counsel for Debtors*

David S. Berman, Esquire
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
   *Special Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219
   *Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
   *Counsel for the Official Committee
   Of Unsecured Creditors*

                                                  _/s/ William A. Gray_____