Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

             - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :    Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :    Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :    Jointly Administered
- - - - - - - - - - - - - - x

**DEBTORS' NINETEENTH OMNIBUS OBJECTION TO
CLAIMS (RECLASSIFICATION OF CERTAIN MISCLASSIFIED
CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS)**

The debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors"),[1] hereby file

their Nineteenth Omnibus Objection to Claims

(Reclassification of Certain Misclassified Claims to General

Unsecured, Non-Priority Claims) (the "Objection"), and

hereby move this Court, pursuant to sections 105 and 502 of

title 11 of the United States Code, 11 U.S.C. §§ 101 et seq.

(as amended, the "Bankruptcy Code"), Rule 3007 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), and Local Bankruptcy Rule 3007-1, for an order, the

proposed form of which is attached hereto as Exhibit A,

granting the relief sought by this Objection, and in support

thereof states as follows:

### JURISDICTION AND VENUE

1.    This Court has jurisdiction to consider this

Objection under 28 U.S.C. §§ 157 and 1334.  This is a core

proceeding under 28 U.S.C. § 157(b).  Venue of these cases

---

[1]    The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc. (3875),
Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC
(5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia,
Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC
(2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs,
Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC
(9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
LLC (3360), and Circuit City Stores PR, LLC (5512). The address for
Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard,
Westminster, Colorado 80031. For all other Debtors, the address was 9950
Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook
Drive, Glen Allen, Virginia 23060.

and this Objection in this district is proper under 28

U.S.C. §§ 1408 and 1409.  The statutory and legal predicates

for the relief requested herein are Bankruptcy Code sections

105 and 502, and Rule 3007 of the Federal Rules of Bankruptcy

Procedure.

**BACKGROUND**

2.    On November 10, 2008 (the "Petition Date"), the

Debtors filed voluntary petitions in this Court for relief

under chapter 11 of the Bankruptcy Code.

3.    The Debtors continue to manage and operate their

businesses as debtors in possession pursuant to Bankruptcy

Code sections 1107 and 1108.

4.    On November 12, 2008, the Office of the United

States Trustee for the Eastern District of Virginia

appointed a statutory committee of unsecured creditors (the

"Creditors' Committee").  To date, no trustee or examiner

has been appointed in these chapter 11 cases.

5.    On November 12, 2008, the Court appointed Kurtzman

Carson Consultants LLC ("KCC") as claims, noticing and

balloting agent for the Debtors in these chapter 11 cases

pursuant to 28 U.S.C. § 156(c).

6.    On December 10, 2009, the Court entered that

certain Order Pursuant to Bankruptcy Code Sections 105 and

502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I)
Setting General Bar Date and Procedures for Filing Proofs of
Claim; and (II) Approving Form and Manner of Notice Thereof
(Docket No. 890) (the "Claims Bar Date Order").

7.   Pursuant to the Claims Bar Date Order, the
deadline for filing all "claims" (as defined in 11 U.S.C. §
105(5)) arising before November 10, 2008 against the Debtors
by any non-governmental entity was 5:00 p.m. (Pacific) on
January 30, 2009 (the "General Bar Date").  The deadline for
governmental units to file claims that arose before November
10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the
"Governmental Bar Date").  Pursuant to the Claims Bar Date
Order, this Court approved the form and manner of the claims
bar date notice, which was attached as Exhibit A to the
Claims Bar Date Order (the "Claims Bar Date Notice").

8.   On December 17 and 19, 2008, KCC served a copy of
the Claims Bar Date Notice on all parties who filed notices
of appearance pursuant to Bankruptcy Rule 2002, all of the
Debtors' scheduled creditors in these cases, the Debtors'
equity holders, and certain other parties (Docket No. 1314).
In addition, the Debtors published the Claims Bar Date
Notice in The Wall Street Journal (Docket No. 1395) and The
Richmond Times-Dispatch (Docket No. 1394).

4

9.   On January 16, 2009, the Court authorized the
Debtors, among other things, to conduct going out of
business sales at the Debtors' remaining 567 stores pursuant
to an agency agreement (the "Agency Agreement") between the
Debtors and a joint venture, as agent (the "Agent").   On
January 17, 2009, the Agent commenced going out of business
sales pursuant to the Agency Agreement at the Debtors
remaining stores.   As of March 8, 2009, the going out of
business sales at the Debtors' remaining stores had been
completed.

10.   On April 1, 2009, this Court entered an Order
Establishing Omnibus Objection Procedures and Approving the
Form and Manner of Notice of Omnibus Objections (Docket No.
2881) (the "Omnibus Objection Procedures Order").

<u>**OBJECTIONS TO CLAIMS**</u>

11.   By this Objection, the Debtors seek entry of an
order, in substantially the form annexed as <u>Exhibit A</u>,
pursuant to Bankruptcy Code sections 105(a) and 502 and
Bankruptcy Rule 3007, reclassifying each of the 196 claims
identified on <u>Exhibit C</u> and asserted against the Debtors
(the "Misclassified Claims") to general unsecured, non-
priority claims.   After reviewing the Misclassified Claims,
the bases upon which they are asserted, and reviewing their

books and records, the Debtors submit that the Misclassified

Claims are asserted with incorrect classifications and

should be reclassified to general unsecured, non-priority

claims.

12. For ease of reference, attached as Exhibit B is an

alphabetical listing of all claimants whose Misclassified

Claims are included in this Objection (the "Claimants"),

with a cross-reference by claim number.

13. At this time, the Debtors have not completed their

review of the validity of all claims/expenses filed against

their estates, including the Misclassified Claims.

Accordingly, the Misclassified Claims may be the subject of

additional subsequently filed objections.  To that end, the

Debtors reserve the right to further object to any and all

claims, whether or not the subject of this Objection, for

allowance, voting, and/or distribution purposes, and on any

other grounds.  Furthermore, the Debtors reserve the right

to modify, supplement and/or amend this Objection as it

pertains to any Misclassified Claim or Claimant herein.

## RESERVATION OF RIGHTS

14. As noted above, the Debtors reserve their rights

to file objections to these Misclassified Claims at a later

time on any grounds that bankruptcy or non-bankruptcy law

permits.  The Debtors likewise reserve the right to modify,
supplement and/or amend this Objection as it pertains to any
claim or claimant herein.

**NOTICE AND PROCEDURE**

15.  Notice of this Objection has been provided to all
claimants with claims that are the subject to this Objection
as identified on Exhibit C (the "Claimants"), respectively,
and to parties-in-interest in accordance with the Court's
Order Pursuant to Bankruptcy Code Sections 102 and 105,
Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules
2002-1 and 9013-1 Establishing Certain Notice, Case
Management and Administrative Procedures (Docket No. 130)
(the "Case Management Order").  The Debtors submit that the
following methods of service upon the Claimants should be
deemed by the Court to constitute due and sufficient service
of this Objection: (a) service in accordance with Federal
Rule of Bankruptcy Procedure 7004 and the applicable
provisions of Federal Rule of Civil Procedure 4; (b) to the
extent counsel for a Claimant is not known to the Debtors,
by first class mail, postage prepaid, on the signatory of
the Claimant's proof of claim form or other representative
identified in the proof of claim form or any attachment
thereto; or (c) by first class mail, postage prepaid, on any

counsel that has appeared on the Claimant's behalf in the Debtors' bankruptcy cases.  The Debtors are serving the Claimant with this Objection and the exhibit on which the Claimant's claim is listed.

16.  To the extent any Claimant timely files and properly serves a response to this Objection by **4:00 p.m. on July 16, 2009** as required by the Case Management Order and under applicable law, and the parties are unable to otherwise resolve the Objection, the Debtors request that the Court conduct a status conference with respect to any such responding claimant at **11:00 a.m. on July 23, 2009** and thereafter schedule the matter for a future hearing as to the merits of such claim.[2]  However, to the extent any Claimant fails to timely file and properly serve a response to this Objection as required by the Case Management Order and applicable law, the Debtors request that the Court enter an order, substantially in the form attached hereto as Exhibit A, reclassifying the Misclassified Claims into general unsecured, non-priority claims as set forth in Exhibit C attached hereto..

---

[2]  In accordance with the Omnibus Objection Procedures Order, claimants who respond to the Objection do not need to appear at the status conference.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND
## THE OMNIBUS OBJECTION PROCEDURES ORDER

17.   This Objection complies with Bankruptcy Rule 3007(e).  Additionally, the Debtors submit that this Objection is filed in accordance with the Omnibus Objection Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

18.   Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion, the Debtors request that the requirement that all motions be accompanied by a written memorandum of law be waived.

## NO PRIOR RELIEF

19.   No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Debtors request the Court to enter an Order sustaining this Objection and granting such other and further relief as the Court deems appropriate.

Dated: Richmond, Virginia
       June 22, 2009

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP

_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors
in Possession

## EXHIBIT A

Gregg M. Galardi, Esq.                    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                   Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &           MCGUIREWOODS LLP
FLOM, LLP                                 One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
                           RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :    Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :    Jointly Administered
- - - - - - - - - - - - - - x

### ORDER SUSTAINING DEBTORS' NINETEENTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS)

THIS MATTER having come before the Court on the

Debtors' Nineteenth Omnibus Objection to Claims

(Reclassification of Certain Misclassified Claims to General

Unsecured, Non-Priority Claims) (the "Objection"), which

requested, among other things, that the claims specifically

identified on Exhibit C attached to the Objection be

reclassified into general unsecured, non-priority claims for

those reasons set forth in the Objection; and it appearing

that due and proper notice and service of the Objection as

set forth therein was good and sufficient and that no other

further notice or service of the Objection need be given;

and it further appearing that no response was timely filed

or properly served by the Claimants being affected by this

Order; and it appearing that the relief requested on the

Objection is in the best interest of the Debtors, their

estates and creditors and other parties-in-interest; and

after due deliberation thereon good and sufficient cause

exists for the granting of the relief as set forth herein,

     IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

     1.    The Objection is GRANTED.

     2.    The Claims identified on Exhibit A as attached

hereto and incorporated herein, are forever reclassified in

their entirety into general unsecured claims.

Dated: Richmond, Virginia
      July __, 2009

                          _____
                          HONORABLE KEVIN R. HUENNEKENS
                          UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                    __/s/ Douglas M. Foley____
                    Douglas M. Foley

\9488203.5

In re: Circuit City Stores, Inc, et al.  Debtors' Nineteenth Omnibus Objections to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims)
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Nineteenth Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ADVENTURE SATELLITE TV | 3019 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| ALL STAR MEDIA CONCEPTS | 4492 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| ANCHOR INSTALLATIONS LLC | 17 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| ANCHOR INSTALLATIONS LLC | 333 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| AR INVESTMENTS, L P | 7481 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| ARBORETUM OF SOUTH BARRINGTON LLC | 7423 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| ARCHITECTURAL CAST STONE INCORPORATED | 3216 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| AT&T CAPITAL SERVICES INC | 8753 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| AUDIO INNOVATIONS INC | 6270 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| AUDIO VIDEO EXCELLENCE | 4792 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| AUDIO VIDEO EXCELLENCE | 4790 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| BAGBY & RUSSELL ELECTRIC COMPANY INC | 9047 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| BAR B Q EXPRESS | 3661 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| BASSETT & ASSOCIATES, RW | 2088 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| BEST VENDORS | 8963 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| BOWMAN JR, JOHN G | 1690 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| BR FRIES & ASSOCIATES LLC | 7451 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| BRIAN ROBERT PERLEBERG | 6900 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| BRINKMANN CONSTRUCTION CO, RG | 8669 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| BROCKTON, CITY OF | 2389 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| CAN 2 OF COLUMBUS | 8205 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| CHRISTOPHER, TAMARA | 10508 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| CINEMA PROS INSTALLATIONS | 5424 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| CISCO LINKSYS LLC | 5076 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| CITY OF FRANKLIN | 2007 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| CITY OF GRANDVILLE | 5450 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| CITY OF MELBOURNE, FL | 5253 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| CITY OF MUSKEGON | 9790 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| CITY OF THORNTON UTILITY BILLING | 11959 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| CLASSIC 1 INSTALLATIONS | 251 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| CLEAVERS CORNERS INC | 3854 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| CLEAVERS CORNERS INC | 1771 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| COLONIAL HEIGHTS HOLDING, LLC | 7119 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| COMMUNICATIONS WIRING INC | 1714 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| CORMIER, JOSEPH BOWMAN | 7758 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| CRAWFORD COMMUNICATIONS INC | 1507 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| CUSTOM MEDIA DESIGNS | 2938 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| CUSTOM MEDIA DESIGNS | 312 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| CUSTOM PLUMBING OF LEE COUNTY INC | 6220 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| DANS ROOFING INC | 5829 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| DAVIS, CLEAVON | 3423 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| DAVIS, DANECE D | 4033 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| DENNIS CORRY PORTER & SMITH LLP | 1538 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| DENON ELECTRONICS | 1451 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| DIAMOND AUDIO VISUAL LLC | 1677 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| DISH IT UP INC | 8264 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| DL PETERSON TRUST AS ASSIGNEE OF PHH VEHICLE MANAGEMENT SERVICES LLC FKA PHH | 9788 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| EDWARDS, DONNA | 3006 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| ENGINEERED STRUCTURES INC | 1611 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| ENGINEERED STRUCTURES INC | 1613 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| ENGINEERED STRUCTURES INC | 1625 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| ENGINEERED STRUCTURES INC | 1612 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| ERIE COUNTY BUREAU OF WEIGHTS | 4092 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| ESTATE OF JOSEPH Y EINBINDER AKA EINBINDER PROPERTIES LLC | 8047 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| FABCO METAL PRODUCTS LP | 11974 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |

In re: Circuit City Stores, Inc, et al.,
Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objections to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims)

Exhibit B - Claimants and Related Claims Subject To Nineteenth Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| FIRE MATERIALS GROUP LLC | 8290 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| FUTURE AUDIO VIDEO | 344 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| G & W SERVICE CO LP | 2907 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| G&R FALCON COMMUNICATIONS INC | 2071 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| GELCO CORPORATION DOING BUSINESS AS GE FLEET SERVICES | 4867 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| GENERAL ELECTRIC | 7935 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| GENERAL INSTRUMENT CORPORATION DBA THE HOME AND NETWORKS MOBILITY BUSINES | 7597 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| GENERAL MASONRY & CONCRETE INC | 5254 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| GENERAL MASONRY & CONCRETE INC | 6511 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| GERSHFELD, SEMYON | 4560 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| GIBSON, THOMAS | 3995 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| GRANTHAM, JENNIFER | 3317 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| GREENTEAM OF SAN JOSE | 4062 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| GREER, ELAINE | 6916 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| HADDAD, RALPH | 3844 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| HALIMAS SEN AND KILAB EL | 4602 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| HAMPTON, HERMAN DESEAN | 4722 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| HENRICO COUNTY VIRGINIA | 12394 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| HENRICO COUNTY VIRGINIA | 2290 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| HENRICO COUNTY VIRGINIA ACCOUNT NO 00646911016 | 13007 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| HENRICO COUNTY VIRGINIA ACCT NO 0078201 1019 | 13002 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| HEWITT, THOMAS F | 1701 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| HEWLETT PACKARD FINANCIAL SERVICES COMPANY | 5168 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| HILGENBERG, JOHN & EVELYN | 10263 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| HILLSON ELECTRIC INC | 4015 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| HOLLAND BOARD OF PUBLIC WORKS | 5739 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| HOLLINGSWORTH, ALTOR | 3652 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| HOME SWEET HOME THEATRE | 1944 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| HOWELLS HEATING & AC | 3186 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| HUNTER BRAVELL | 6222 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| IMATION ENTERPRISES CORP ON BEHALF OF ITSELF AND ITS AFFILIATES | 9627 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| INDUSTRIAL SERVICES CO | 6970 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| INFINITY SOLUTIONS | 363 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| INFINITY SOLUTIONS | 4171 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| INLAND SOUTHEAST DARIEN LLC | 10024 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| INLAND WESTERN OSWEGO GERRY CENTENNIAL LLC | 9722 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| INNOVATIVE COMMUNICATION OF FARMINGTON LLC | 1572 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| INTERACTIVE TOY CONCEPTS INC | 11318 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| INTERACTIVE TOY CONCEPTS INC | 1537 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| INTERACTIVE TOY CONCEPTS INC | 10721 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| INTERACTIVE TOY CONCEPTS INC | 10806 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| INTERACTIVE TOY CONCEPTS INC | 10917 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| INTERACTIVE TOY CONCEPTS INC | 11082 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| INTERNATIONAL CONTRACTORS INC | 5690 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| JACK HERNANDEZ AND ALL THOSE SIMILARLY SITUATED | 6045 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| JACK NADEL INC | 282 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| JACKSONVILLE, CITY OF | 4294 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| JAMES, SALLY | 2458 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| JAMIE E CORREA DBA JEC HOME INTERIORS | 135 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| JOHN ROHRER CONTRACTING CO | 4016 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| JORGE A RODRIGUEZ | 6856 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| KINCHELOE, DONNA M | 5166 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| KYOZOU INC | 283 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| L&L COMMUNICATIONS | 544 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| LANG CONSTRUCTION INC | 4018 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |

In re: Circuit City Stores, Inc, et al,.
Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objections to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims)

Exhibit B - Claimants and Related Claims Subject To Nineteenth Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| LAUREL PLUMBING INC | 5163 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| LAZARRE, SAINCIA | 2449 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| LOUISVILLE JEFFERSON COUNTY METRO GOVERNMENT | 559 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| LUMISOURCE INC | 7792 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| LUTZ, NADYA | 2146 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| LUZER ELECTRIC INC | 7261 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| MADISON WALDORF LLC | 7446 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| MARTINEZ, JASON WARWICK | 6260 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| MAY, HERBERT | 2731 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| MCWATERS, RANDY | 5544 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| MEMORIAL SQUARE 1031 LLC | 10020 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| MERCURY INSURANCE COMPANY | 11585 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| MICHAEL CAPUTO ALL AMERICAN INSTALLS | 20 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| MILLMAN 2000 CHARITABLE TRUST | 9448 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| MORGAN, DENNIS | 8234 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| MORRISON, LYNN | 10162 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| MOTOROLA INC | 7552 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| MUSKEGON, CITY OF | 9792 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| NATIONWIDE LIFE INSURANCE COMPANY OF AMERICA | 11756 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| NETHERY, NANCY | 5963 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| NEVAEH ELECTRONICS | 3282 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| NEVAEH ELECTRONICS LLC | 23 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| NORTH AMERICAN ROOFING SERVICES INC | 7225 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| ORTIZ, JOSH | 2595 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| PARAMOUNT HOME ENTERTAINMENT | 9681 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| PATRIOT ENTERPRISES OF NY LLC | 6026 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| PHOTOCO INC | 1493 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| PIERSON, JOYCE | 4508 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| PLANTRONICS INC | 5096 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| PORTILLO, CARLOS | 7105 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| PORTILLO, CARLOS E | 7106 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| PRO AUDIO VIDEO | 397 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| PRO FORMANCE BLDG MNT INC | 5872 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| PRO FORMANCE BLDG MNT INC | 5866 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| PUBLIC SERVICE OF NEW HAMPSHIRE | 5164 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| R GARZA OD PA RAYMUND GARZA | 8778 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| RABENS, EDWIN THEODORE | 6235 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR IMPRESSIONS MARKETING GROUP | 3851 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| ROBERT D TURMELL | 4159 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| ROBERT GENTRY AND ALL THOSE SIMILARLY SITUATED | 6039 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| RUSH ELECTRONICS | 1745 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| RUSH ELECTRONICS | 2723 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| SANTA MONICA, CITY OF | 6671 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| SANTANA, MILNA I | 3464 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| SCHATTE, MARGARET | 2618 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| SCOTT, PATRICIA | 8244 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| SEAGATE TECHNOLOGY LLC | 9495 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| SEEKONK, TOWN OF | 3959 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| SFPUC WATER DEPARTMENT CA | 11759 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| SIERRA SOUND & SECURITY | 4161 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| SLAM BRANDS INC | 6033 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| SLICER & ASSOCIATES LLC | 3429 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| SMITH, SAMONNE | 9813 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| SNELL ACOUSTICS INC | 1450 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| SOUTH BRUNSWICK TOWNSHIP | 3005 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |

In re: Circuit City Stores, Inc, et al.                                    Debtors' Nineteenth Omnibus Objections to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims)
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Nineteenth Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| SOUTHWINDS LTD | 5559 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| STEELE, PHILLIP LEE | 8828 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| STRUCTURED WIRING SOLUTIONS INC | 1632 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| SUNTECH SERVICES OF FLORIDA | 9273 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| SWATZEL, DANNY | 5227 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| TECH CONNECTORS LLC | 304 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| TECHEAD | 4712 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| TECHEAD | 1746 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| THE IRVINE COMPANY FASHION ISLAND SHOPPING CENTER | 3624 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| THE IRVINE COMPANY THE MARKET PLACE | 3919 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| THE LANDING AT ARBOR PLACE II LLC | 11814 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| THE PARKES COMPANIES INC | 5079 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| THOMPSON BUILDING MATERIALS FONTANA | 5327 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| THOMPSON BUILDING MATERIALS FONTANA | 5363 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| TMLP | 1459 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| TOSHIBA AMERICA CONSUMER PRODUCTS LLC | 9648 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| TOSHIBA AMERICA INFORMATION SYSTEMS INC | 9391 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| TOWN OF NATICK MASSACHUSETTS | 5470 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| TRANE US INC | 8373 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| TRANE US INC | 9205 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| TRANE US INC | 9206 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| TRANE US INC | 9207 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| TRAVIS, RAYANNA | 9171 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| TYSONS 3 LLC C O ZIEGLER COMPANIES LLC | 7434 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| UNION COUNTY CONSTRUCTION GROUP INC | 3739 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| VALLEY FAMILY PHYSICIAN CARE | 3952 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| VELEZ, JOSE | 10435 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| WALTER E HARTMAN & SALLY J HARTMAN AS TRUSTEES OF THE HARTMAN 1995 OHIO PROF | 5300 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| WILSON, LONNIE | 3476 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| WYOMING, STATE OF | 5898 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |
| YOUNG, JACKSON H | 2591 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) |

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 3019**
Date Filed:    01/08/2009
Docketed Total:    $9,860.00
Filing Creditor Name and Address:
ADVENTURE SATELLITE TV
4443 COUNTY RD 218 WEST
STE 105
MIDDLEBURG, FL 32068

Claim Holder Name and Address
ADVENTURE SATELLITE TV
4443 COUNTY RD 218 WEST
STE 105
MIDDLEBURG, FL 32068

Case Number:    08-35653
Docketed Total:    $9,860.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $9,860.00 | |

Case Number:    08-35653
Modified Total:    $9,860.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $9,860.00 |

**Claim: 4492**
Date Filed:    01/21/2009
Docketed Total:    $2,515.00
Filing Creditor Name and Address:
ALL STAR MEDIA CONCEPTS
72 IRONDALE RD
WHARTON, NJ 07885

Claim Holder Name and Address
ALL STAR MEDIA CONCEPTS
72 IRONDALE RD
WHARTON, NJ 07885

Case Number:    08-35653
Docketed Total:    $2,515.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $2,515.00 | |

Case Number:    08-35653
Modified Total:    $2,515.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,515.00 |

**Claim: 17**
Date Filed:    11/19/2008
Docketed Total:    $2,315.00
Filing Creditor Name and Address:
ANCHOR INSTALLATIONS LLC
6712 ELMWOOD AVE
CHEYENNE, WY 82007

Claim Holder Name and Address
ANCHOR INSTALLATIONS LLC
6712 ELMWOOD AVE
CHEYENNE, WY 82007

Case Number:    08-35653
Docketed Total:    $2,315.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $2,315.00 | |

Case Number:    08-35653
Modified Total:    $2,315.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,315.00 |

**Claim: 333**
Date Filed:    11/21/2008
Docketed Total:    $1,455.00
Filing Creditor Name and Address:
ANCHOR INSTALLATIONS LLC
6712 ELMWOOD AVE
CHEYENNE, WY 82007

Claim Holder Name and Address
ANCHOR INSTALLATIONS LLC
6712 ELMWOOD AVE
CHEYENNE, WY 82007

Case Number:    08-35653
Docketed Total:    $1,455.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $1,455.00 | |

Case Number:    08-35653
Modified Total:    $1,455.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,455.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH   Doc 3703   Filed 06/22/09   Entered 06/22/09 20:15:14   Desc Main

Case No. 08-35653 (KRH)

Document      Page 19 of 68

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 7481**
Date Filed:   01/28/2009
Docketed Total:   $291,630.23
Filing Creditor Name and Address:
  AR INVESTMENTS, L P
  C/O TERRA ENTERPRISES INC
  11812 SAN VICENTE BLVD SUITE
  510
  LOS ANGELES, CA 90049

Claim Holder Name and Address

AR INVESTMENTS, L P
C/O TERRA ENTERPRISES INC
11812 SAN VICENTE BLVD SUITE 510
LOS ANGELES, CA 90049

Case Number: 08-35653
Docketed Total: $291,630.23

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $291,630.23 | | | | | | | $291,630.23 |

Case Number: 08-35653
Modified Total: $291,630.23

**Claim: 7423**
Date Filed:   01/29/2009
Docketed Total:   $4,655,150.55
Filing Creditor Name and Address:
  ARBORETUM OF SOUTH
  BARRINGTON LLC
  SEYFARTH SHAW LLP
  131 S DEARBORN ST STE 2400
  CHICAGO, IL 60603

Claim Holder Name and Address

ARBORETUM OF SOUTH
BARRINGTON LLC
SEYFARTH SHAW LLP
131 S DEARBORN ST STE 2400
CHICAGO, IL 60603

Case Number: 08-35653
Docketed Total: $4,655,150.55

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $4,655,150.55 | | | | | | | | $4,655,150.55 |

Case Number: 08-35653
Modified Total: $4,655,150.55

**Claim: 3216**
Date Filed:   01/09/2009
Docketed Total:   $11,143.79
Filing Creditor Name and Address:
  ARCHITECTURAL CAST STONE
  INCORPORATED
  2775 NORTON CREEK DR
  WEST CHICAGO, IL 60185-6411

Claim Holder Name and Address

ARCHITECTURAL CAST STONE
INCORPORATED
2775 NORTON CREEK DR
WEST CHICAGO, IL 60185-6411

Case Number: 08-35653
Docketed Total: $11,143.79

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $11,143.79 | | | | | | | | $11,143.79 |

Case Number: 08-35653
Modified Total: $11,143.79

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 3703    Filed 06/22/09    Entered 06/22/09 20:15:14    Desc Main

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

Document    Page 20 of 68

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|

**Claim: 8753**
Date Filed: 01/30/2009
Docketed Total: $1,544,305.00
Filing Creditor Name and Address:
  AT&T CAPITAL SERVICES INC
  ERIC H HORN ESQ
  LOWENSTEIN SANDLER PC
  65 LIVINGSTON AVE
  ROSELAND, NJ 07068

Claim Holder Name and Address
  AT&T CAPITAL SERVICES INC
  ERIC H HORN ESQ
  LOWENSTEIN SANDLER PC
  65 LIVINGSTON AVE
  ROSELAND, NJ 07068

Case Number: 08-35653
Docketed Total: $1,544,305.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $1,544,305.00 | | |

Case Number: 08-35653
Modified Total: $1,544,305.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,544,305.00 |

---

**Claim: 6270**
Date Filed: 01/26/2009
Docketed Total: $2,360.00
Filing Creditor Name and Address:
  AUDIO INNOVATIONS INC
  133 NE 91 ST
  KANSAS CITY, MO 64155

Claim Holder Name and Address
  AUDIO INNOVATIONS INC
  133 NE 91 ST
  KANSAS CITY, MO 64155

Case Number: 08-35653
Docketed Total: $2,360.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $2,360.00 | |

Case Number: 08-35653
Modified Total: $2,360.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,360.00 |

---

**Claim: 4790**
Date Filed: 01/21/2009
Docketed Total: $2,135.00
Filing Creditor Name and Address:
  AUDIO VIDEO EXCELLENCE
  611 W MANLIUS ST
  E SYRACUSE, NY 13057

Claim Holder Name and Address
  AUDIO VIDEO EXCELLENCE
  611 W MANLIUS ST
  E SYRACUSE, NY 13057

Case Number: 08-35653
Docketed Total: $2,135.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $2,135.00 | |

Case Number: 08-35653
Modified Total: $2,135.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,135.00 |

---

**Claim: 4792**
Date Filed: 01/21/2009
Docketed Total: $2,135.00
Filing Creditor Name and Address:
  AUDIO VIDEO EXCELLENCE
  611 W MANLIUS ST
  E SYRACUSE, NY 13057

Claim Holder Name and Address
  AUDIO VIDEO EXCELLENCE
  611 W MANLIUS ST
  E SYRACUSE, NY 13057

Case Number: 08-35653
Docketed Total: $2,135.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $2,135.00 | |

Case Number: 08-35653
Modified Total: $2,135.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,135.00 |

---

\*    "UNL" denotes an unliquidated claim.

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| **Claim: 9047**<br>Date Filed: 01/30/2009<br>Docketed Total: $103,771.00<br>Filing Creditor Name and Address:<br>  BAGBY & RUSSELL ELECTRIC<br>  COMPANY INC<br>  SIROTE & PERMUTT PC<br>  1 ST LOUIS CTR STE 1000<br>  MOBILE, AL 36652 | Claim Holder Name and Address    Case Number:   08-35653<br><br>BAGBY & RUSSELL ELECTRIC<br>COMPANY INC    Docketed Total:   **$103,771.00**<br>SIROTE & PERMUTT PC<br>1 ST LOUIS CTR STE 1000<br>MOBILE, AL 36652 | Case Number:   08-35653<br><br>Modified Total:   **$103,771.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |     | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $103,771.00 | | | | | | | | | $103,771.00 |

| | | |
|---|---|---|
| **Claim: 3661**<br>Date Filed: 01/13/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>  BAR B Q EXPRESS<br>  NO 55 TIFFANY PLAZA<br>  ARDMORE, OK 73401 | Claim Holder Name and Address    Case Number:   08-35653<br><br>BAR B Q EXPRESS    Docketed Total:   **UNL**<br>NO 55 TIFFANY PLAZA<br>ARDMORE, OK 73401 | Case Number:   08-35653<br><br>Modified Total:   **$0.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |     | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $0.00 | | | | | | | | | $0.00 |

| | | |
|---|---|---|
| **Claim: 2088**<br>Date Filed: 01/02/2009<br>Docketed Total: $343.75<br>Filing Creditor Name and Address:<br>  BASSETT & ASSOCIATES, RW<br>  621 E FOSTER AVE<br>  ROSELLE, IL 60172 | Claim Holder Name and Address    Case Number:   08-35653<br><br>BASSETT & ASSOCIATES, RW    Docketed Total:   **$343.75**<br>621 E FOSTER AVE<br>ROSELLE, IL 60172 | Case Number:   08-35653<br><br>Modified Total:   **$343.75** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |     | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $343.75 | | | | | | | | $343.75 |

| | | |
|---|---|---|
| **Claim: 8963**<br>Date Filed: 01/30/2009<br>Docketed Total: $22,222.00<br>Filing Creditor Name and Address:<br>  BEST VENDORS<br>  2400 YORKMONT RD<br>  CHARLOTTE, NC 28217 | Claim Holder Name and Address    Case Number:   08-35653<br><br>BEST VENDORS    Docketed Total:   **$22,222.00**<br>2400 YORKMONT RD<br>CHARLOTTE, NC 28217 | Case Number:   08-35653<br><br>Modified Total:   **$22,222.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |     | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $22,222.00 | | | | | | | | $22,222.00 |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1690**

| CLAIM TO BE MODIFIED | | | | | | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 1690**
Date Filed: 12/19/2008
Docketed Total: $697.50
Filing Creditor Name and Address:
BOWMAN JR, JOHN G
2329 ASHLEY PL DR
ST CHARLES, MO 63303

Claim Holder Name and Address
BOWMAN JR, JOHN G
2329 ASHLEY PL DR
ST CHARLES, MO 63303
Case Number: 08-35653
Docketed Total: $697.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $697.50 | |

Case Number: 08-35653
Modified Total: $697.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $697.50 |

**Claim: 7451**
Date Filed: 01/28/2009
Docketed Total: $199,393.04
Filing Creditor Name and Address:
BR FRIES & ASSOCIATES LLC
355 LEXINGTON AVE STE 1400
NEW YORK, NY 10017

Claim Holder Name and Address
BR FRIES & ASSOCIATES LLC
355 LEXINGTON AVE STE 1400
NEW YORK, NY 10017
Case Number: 08-35653
Docketed Total: $199,393.04

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $199,393.04 | | |

Case Number: 08-35653
Modified Total: $199,393.04

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $199,393.04 |

**Claim: 6900**
Date Filed: 01/28/2009
Docketed Total: $2,232.76
Filing Creditor Name and Address:
BRIAN ROBERT PERLEBERG
15N848 MEADOW CT
HAMPSHIRE, IL 60140

Claim Holder Name and Address
BRIAN ROBERT PERLEBERG
15N848 MEADOW CT
HAMPSHIRE, IL 60140
Case Number: 08-35653
Docketed Total: $2,232.76

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $2,232.76 | |

Case Number: 08-35653
Modified Total: $2,232.76

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,232.76 |

**Claim: 8669**
Date Filed: 01/29/2009
Docketed Total: $88,305.00
Filing Creditor Name and Address:
BRINKMANN CONSTRUCTION
CO, RG
16650 CHESTERFIELD GROVE RD
STE 100
CHESTERFIELD, MO 63005

Claim Holder Name and Address
BRINKMANN CONSTRUCTION CO,
RG
16650 CHESTERFIELD GROVE RD STE
100
CHESTERFIELD, MO 63005
Case Number: 08-35653
Docketed Total: $88,305.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $88,305.00 | | |

Case Number: 08-35653
Modified Total: $88,305.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $88,305.00 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc., et al. Case 08-35653-KRH    Doc 3703    Filed 06/22/09    Entered 06/22/09 20:15:14    Desc Main

Case No. 08-35653 (KRH)                          Document      Page 23 of 68

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 2389**
Date Filed: 01/02/2009
Docketed Total:   $350.00
Filing Creditor Name and Address:
BROCKTON, CITY OF
BROCKTON CITY OF
WEIGHTS & MEASURES DEPT
45 SCHOOL ST CITY HALL
BROCKTON, MA 02301

Claim Holder Name and Address — Case Number: 08-35653
BROCKTON, CITY OF
BROCKTON CITY OF
WEIGHTS & MEASURES DEPT
45 SCHOOL ST CITY HALL
BROCKTON, MA 02301
Docketed Total: **$350.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  | $350.00 |  |

Case Number: 08-35653
Modified Total: **$350.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  | $350.00 |

---

**Claim: 8205**
Date Filed: 01/29/2009
Docketed Total:   $211.98
Filing Creditor Name and Address:
CAN 2 OF COLUMBUS
744 TAYLOR AVE
COLUMBUS, OH 43219

Claim Holder Name and Address — Case Number: 08-35653
CAN 2 OF COLUMBUS
744 TAYLOR AVE
COLUMBUS, OH 43219
Docketed Total: **$211.98**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  | $211.98 |  |

Case Number: 08-35653
Modified Total: **$211.98**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  | $211.98 |

---

**Claim: 10508**
Date Filed: 02/02/2009
Docketed Total:   $0.00
Filing Creditor Name and Address:
CHRISTOPHER, TAMARA
22 FAIRVIEW TERRACE
ANNISTON, AL 36207

Claim Holder Name and Address — Case Number: 08-35653
CHRISTOPHER, TAMARA
22 FAIRVIEW TERRACE
ANNISTON, AL 36207
Docketed Total: **UNL**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  | $0.00 |  |  |

Case Number: 08-35653
Modified Total: **$0.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  | $0.00 |

---

**Claim: 5424**
Date Filed: 01/26/2009
Docketed Total:   $2,715.00
Filing Creditor Name and Address:
CINEMA PROS INSTALLATIONS
10320 HIDDEN OAK DR
SUNLAND, CA 91040

Claim Holder Name and Address — Case Number: 08-35653
CINEMA PROS INSTALLATIONS
10320 HIDDEN OAK DR
SUNLAND, CA 91040
Docketed Total: **$2,715.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  | $2,715.00 |  |

Case Number: 08-35653
Modified Total: **$2,715.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  | $2,715.00 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH  Doc 3703  Filed 06/22/09  Entered 06/22/09 20:15:14  Desc Main
Case No. 08-35653 (KRH)                Document      Page 24 of 68

Debtors' Nineteenth Omnibus Objection To Claims (Reclassification Of Certain
Misclassified Claims To General Unsecured, Non-Priority Claims)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 5076**
Date Filed: 01/21/2009
Docketed Total: $8,287,653.95
Filing Creditor Name and Address:
CISCO LINKSYS LLC
BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

Claim Holder Name and Address — Case Number: 08-35653
CISCO LINKSYS LLC
BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306
Docketed Total: $8,287,653.95

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | $7,453,957.38 | | | | $833,696.57 |

Case Number: 08-35653
Modified Total: $8,287,653.95

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $8,287,653.95 |

---

**Claim: 2007**
Date Filed: 12/29/2008
Docketed Total: $239.50
Filing Creditor Name and Address:
CITY OF FRANKLIN
PO BOX 705
FRANKLIN, TN 37065

Claim Holder Name and Address — Case Number: 08-35653
CITY OF FRANKLIN
PO BOX 705
FRANKLIN, TN 37065
Docketed Total: $239.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $239.50 | | |

Case Number: 08-35653
Modified Total: $239.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $239.50 |

---

**Claim: 5450**
Date Filed: 01/26/2009
Docketed Total: $444.54
Filing Creditor Name and Address:
CITY OF GRANDVILLE
3195 WILSON AVE
GRANDVILLE, MI 49418

Claim Holder Name and Address — Case Number: 08-35653
CITY OF GRANDVILLE
3195 WILSON AVE
GRANDVILLE, MI 49418
Docketed Total: $444.54

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $444.54 | | |

Case Number: 08-35653
Modified Total: $444.54

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $444.54 |

---

**Claim: 5253**
Date Filed: 01/26/2009
Docketed Total: $72.14
Filing Creditor Name and Address:
CITY OF MELBOURNE, FL
900 EAST STRAWBRIDGE AVENUE
MELBOURNE, FL 32901

Claim Holder Name and Address — Case Number: 08-35653
CITY OF MELBOURNE, FL
900 EAST STRAWBRIDGE AVENUE
MELBOURNE, FL 32901
Docketed Total: $72.14

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $72.14 | | |

Case Number: 08-35653
Modified Total: $72.14

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $72.14 |

---

*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 9790**
Date Filed: 01/30/2009
Docketed Total: $21.00
Filing Creditor Name and Address:
CITY OF MUSKEGON
PO BOX 536
MUSKEGON, MI 49443

Claim Holder Name and Address
CITY OF MUSKEGON
PO BOX 536
MUSKEGON, MI 49443

Case Number: 08-35653
Docketed Total: $21.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $21.00 | | |

Case Number: 08-35653
Modified Total: $21.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $21.00 |

**Claim: 11959**
Date Filed: 03/30/2009
Docketed Total: $316.49
Filing Creditor Name and Address:
CITY OF THORNTON UTILITY
BILLING
CITY OF THORNTON
9500 CIVIC CENTER DR
THORNTON, CO 80229-4326

Claim Holder Name and Address
CITY OF THORNTON UTILITY
BILLING
CITY OF THORNTON
9500 CIVIC CENTER DR
THORNTON, CO 80229-4326

Case Number: 08-35653
Docketed Total: $316.49

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $316.49 | | |

Case Number: 08-35653
Modified Total: $316.49

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $316.49 |

**Claim: 251**
Date Filed: 12/03/2008
Docketed Total: $1,210.00
Filing Creditor Name and Address:
CLASSIC 1 INSTALLATIONS
1110 MACEDONIA RD
ARDMORE, AL 35739

Claim Holder Name and Address
CLASSIC 1 INSTALLATIONS
1110 MACEDONIA RD
ARDMORE, AL 35739

Case Number: 08-35653
Docketed Total: $1,210.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $1,210.00 | |

Case Number: 08-35653
Modified Total: $1,210.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,210.00 |

**Claim: 1771**
Date Filed: 12/18/2008
Docketed Total: $1,787.96
Filing Creditor Name and Address:
CLEAVERS CORNERS INC
3117 HARROW RD
SPRING HILL, FL 34606

Claim Holder Name and Address
CLEAVERS CORNERS INC
3117 HARROW RD
SPRING HILL, FL 34606

Case Number: 08-35653
Docketed Total: $1,787.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $1,787.96 | |

Case Number: 08-35653
Modified Total: $1,787.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,787.96 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH   Doc 3703   Filed 06/22/09   Entered 06/22/09 20:15:14   Desc Main
Case No. 08-35653 (KRH)                                    Document      Page 26 of 68

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 3854**
Date Filed: 01/15/2009
Docketed Total: $1,787.96
Filing Creditor Name and Address:
CLEAVERS CORNERS INC
3117 HARROW RD
SPRING HILL, FL 34606

Claim Holder Name and Address
CLEAVERS CORNERS INC
3117 HARROW RD
SPRING HILL, FL 34606

Case Number: 08-35653
Docketed Total: $1,787.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,787.96 |

Case Number: 08-35653
Modified Total: $1,787.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,787.96 |

**Claim: 7119**
Date Filed: 01/28/2009
Docketed Total: $73,589.00
Filing Creditor Name and Address:
COLONIAL HEIGHTS HOLDING, LLC
C/O CRONACHER DEVELOPMENT
1076 GOODLETTE RD NORTH
ATTN JOHN CHANDLER
NAPLES, FL 34102

Claim Holder Name and Address
COLONIAL HEIGHTS HOLDING, LLC
C/O CRONACHER DEVELOPMENT
1076 GOODLETTE RD NORTH
ATTN JOHN CHANDLER
NAPLES, FL 34102

Case Number: 08-35653
Docketed Total: $73,589.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $73,589.00 |

Case Number: 08-35653
Modified Total: $73,589.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $73,589.00 |

**Claim: 1714**
Date Filed: 12/18/2008
Docketed Total: $7,300.00
Filing Creditor Name and Address:
COMMUNICATIONS WIRING INC
14390 ADAMSVILLE RD
GREENWOOD, DE 19950

Claim Holder Name and Address
COMMUNICATIONS WIRING INC
14390 ADAMSVILLE RD
GREENWOOD, DE 19950

Case Number: 08-35653
Docketed Total: $7,300.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $7,300.00 |

Case Number: 08-35653
Modified Total: $7,300.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $7,300.00 |

**Claim: 7758**
Date Filed: 01/29/2009
Docketed Total: $3,000.00
Filing Creditor Name and Address:
CORMIER, JOSEPH BOWMAN
804 E ALEXANDER ST
LAFAYETTE, LA 70501

Claim Holder Name and Address
CORMIER, JOSEPH BOWMAN
804 E ALEXANDER ST
LAFAYETTE, LA 70501

Case Number: 08-35653
Docketed Total: $3,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,000.00 |

Case Number: 08-35653
Modified Total: $3,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,000.00 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH   Doc 3703   Filed 06/22/09   Entered 06/22/09 20:15:14   Desc Main
Document   Page 27 of 68

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 1507**
Date Filed: 12/08/2008
Docketed Total: $5,810.00
Filing Creditor Name and Address:
CRAWFORD COMMUNICATIONS INC
925 WOODSIDE DR
DELAND, FL 32720

Claim Holder Name and Address
CRAWFORD COMMUNICATIONS INC
925 WOODSIDE DR
DELAND, FL 32720

Case Number: 08-35653
Docketed Total: $5,810.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $5,810.00 | | | | | | | $5,810.00 |

Case Number: 08-35653
Modified Total: $5,810.00

---

**Claim: 312**
Date Filed: 11/20/2008
Docketed Total: $3,590.00
Filing Creditor Name and Address:
CUSTOM MEDIA DESIGNS
15 HOUSTON AVE
MIDDLETOWN, NY 10940

Claim Holder Name and Address
CUSTOM MEDIA DESIGNS
15 HOUSTON AVE
MIDDLETOWN, NY 10940

Case Number: 08-35653
Docketed Total: $3,590.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $3,590.00 | | | | | | | $3,590.00 |

Case Number: 08-35653
Modified Total: $3,590.00

---

**Claim: 2938**
Date Filed: 01/06/2009
Docketed Total: $4,765.00
Filing Creditor Name and Address:
CUSTOM MEDIA DESIGNS
15 HOUSTON AVE
MIDDLETOWN, NY 10940

Claim Holder Name and Address
CUSTOM MEDIA DESIGNS
15 HOUSTON AVE
MIDDLETOWN, NY 10940

Case Number: 08-35653
Docketed Total: $4,765.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $4,765.00 | | | | | | | $4,765.00 |

Case Number: 08-35653
Modified Total: $4,765.00

---

**Claim: 6220**
Date Filed: 01/27/2009
Docketed Total: $7,531.30
Filing Creditor Name and Address:
CUSTOM PLUMBING OF LEE COUNTY INC
JOHN MYERS
PO BOX 50357
FORT MYERS, FL 33905

Claim Holder Name and Address
CUSTOM PLUMBING OF LEE COUNTY INC
JOHN MYERS
PO BOX 50357
FORT MYERS, FL 33905

Case Number: 08-35653
Docketed Total: $7,531.30

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $7,531.30 | | | | | | | | $7,531.30 |

Case Number: 08-35653
Modified Total: $7,531.30

---

\*     "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 5829**
Date Filed: 01/13/2009
Docketed Total: $14,955.00
Filing Creditor Name and Address:
DANS ROOFING INC
19011 MERMACK AVE
LAKE ELSINORE, CA 92532

Claim Holder Name and Address
DANS ROOFING INC
19011 MERMACK AVE
LAKE ELSINORE, CA 92532

Case Number: 08-35653
Docketed Total: $14,955.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $14,955.00 | | |

Case Number: 08-35653
Modified Total: $14,955.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $14,955.00 |

---

**Claim: 3423**
Date Filed: 01/13/2009
Docketed Total: $2,264.57
Filing Creditor Name and Address:
DAVIS, CLEAVON
3718 BAYCRES
CHESAPEAKE, VA 23321

Claim Holder Name and Address
DAVIS, CLEAVON
3718 BAYCRES
CHESAPEAKE, VA 23321

Case Number: 08-35653
Docketed Total: $2,264.57

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $2,264.57 | | |

Case Number: 08-35653
Modified Total: $2,264.57

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,264.57 |

---

**Claim: 4033**
Date Filed: 01/19/2009
Docketed Total: $500.00
Filing Creditor Name and Address:
DAVIS, DANECE D
7106 NORTH 50TH ST
TAMPA, FL 33617

Claim Holder Name and Address
DAVIS, DANECE D
7106 NORTH 50TH ST
TAMPA, FL 33617

Case Number: 08-35653
Docketed Total: $500.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $500.00 | | |

Case Number: 08-35653
Modified Total: $500.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $500.00 |

---

**Claim: 1538**
Date Filed: 12/10/2008
Docketed Total: $4,983.90
Filing Creditor Name and Address:
DENNIS CORRY PORTER & SMITH LLP
3535 PIEDMONT RD STE 900 BLDG 14
ATLANTA, GA 30305

Claim Holder Name and Address
DENNIS CORRY PORTER & SMITH LLP
3535 PIEDMONT RD STE 900 BLDG 14
ATLANTA, GA 30305

Case Number: 08-35653
Docketed Total: $4,983.90

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $4,983.90 | |

Case Number: 08-35653
Modified Total: $4,983.90

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,983.90 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH   Doc 3703   Filed 06/22/09   Entered 06/22/09 20:15:14   Desc Main

Case No. 08-35653 (KRH)

Document   Page 29 of 68

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1451**
Date Filed: 12/19/2008
Docketed Total: $589,396.62
Filing Creditor Name and Address:
DENON ELECTRONICS
100 COPORATE DRIVE
MAHWAH, NJ 07430

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| DENON ELECTRONICS 100 COPORATE DRIVE MAHWAH, NJ 07430 | Docketed Total: | $589,396.62 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | $589,396.62 | | | | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | $589,396.62 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $589,396.62 |

**Claim: 1677**
Date Filed: 12/16/2008
Docketed Total: $21,770.00
Filing Creditor Name and Address:
DIAMOND AUDIO VISUAL LLC
7704 PECAN LEAF RD
SEVERN, MD 21144

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| DIAMOND AUDIO VISUAL LLC 7704 PECAN LEAF RD SEVERN, MD 21144 | Docketed Total: | $21,770.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $21,770.00 | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | $21,770.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $21,770.00 |

**Claim: 8264**
Date Filed: 01/30/2009
Docketed Total: $4,430.00
Filing Creditor Name and Address:
DISH IT UP INC
3361 FAULKNER BLVD
BRUNSWICK, OH 44212

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| DISH IT UP INC 3361 FAULKNER BLVD BRUNSWICK, OH 44212 | Docketed Total: | $4,430.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $4,430.00 | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | $4,430.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,430.00 |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)    Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9788**
Date Filed: 01/30/2009
Docketed Total:    $5,149,648.48
Filing Creditor Name and Address:
DL PETERSON TRUST AS
ASSIGNEE OF PHH VEHICLE
MANAGEMENT SERVICES LLC
FKA PHH VEHICLE
MANAGEMENT SERVICES
CORPORATION
PHH VEHICLE MANAGEMENT
SERVICES LLC
940 RIDGEBROOK RD
SPARKS, MD 21152

Claim Holder Name and Address    Case Number:    08-35653

DL PETERSON TRUST AS ASSIGNEE    Docketed Total:    **$5,149,648.48**
OF PHH VEHICLE MANAGEMENT
SERVICES LLC FKA PHH VEHICLE
MANAGEMENT SERVICES
CORPORATION
PHH VEHICLE MANAGEMENT
SERVICES LLC
940 RIDGEBROOK RD
SPARKS, MD 21152

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $5,089,302.89 | | $60,345.59 |

Case Number:    08-35653

Modified Total:    **$5,149,648.48**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $5,149,648.48 |

---

**Claim: 3006**
Date Filed: 01/08/2009
Docketed Total:    $613.36
Filing Creditor Name and Address:
EDWARDS, DONNA
9234 CHERRY LANE
LAUREL, MD 20708

Claim Holder Name and Address    Case Number:    08-35653

EDWARDS, DONNA    Docketed Total:    **$613.36**
9234 CHERRY LANE
LAUREL, MD 20708

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $613.36 | |

Case Number:    08-35653

Modified Total:    **$613.36**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $613.36 |

---

**Claim: 1611**
Date Filed: 12/12/2008
Docketed Total:    $248,709.47
Filing Creditor Name and Address:
ENGINEERED STRUCTURES INC
TROUT JONES GLEDHILL
FUHRMAN PA
PO BOX 1097
BOISE, ID 83701

Claim Holder Name and Address    Case Number:    08-35653

ENGINEERED STRUCTURES INC    Docketed Total:    **$248,709.47**
TROUT JONES GLEDHILL FUHRMAN
PA
PO BOX 1097
BOISE, ID 83701

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $248,709.47 | | |

Case Number:    08-35653

Modified Total:    **$248,709.47**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $248,709.47 |

---

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 3703    Filed 06/22/09    Entered 06/22/09 20:15:14    Desc Main

Case No. 08-35653 (KRH)

Document    Page 31 of 68

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1612**
Date Filed:    12/12/2008
Docketed Total:    $120,172.26
Filing Creditor Name and Address:
    ENGINEERED STRUCTURES INC
    TROUT JONES GLEDHILL
    FUHRMAN PA
    PO BOX 1097
    BOISE, ID 83701

Claim Holder Name and Address

ENGINEERED STRUCTURES INC
TROUT JONES GLEDHILL FUHRMAN
PA
PO BOX 1097
BOISE, ID 83701

| Case Number: | 08-35653 |
| Docketed Total: | $120,172.26 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $120,172.26 |

| Case Number: | 08-35653 |
| Modified Total: | $120,172.26 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $120,172.26 |

**Claim: 1613**
Date Filed:    12/12/2008
Docketed Total:    $753,349.93
Filing Creditor Name and Address:
    ENGINEERED STRUCTURES INC
    TROUT JONES GLEDHILL
    FUHRMAN PA
    PO BOX 1097
    BOISE, ID 83701

Claim Holder Name and Address

ENGINEERED STRUCTURES INC
TROUT JONES GLEDHILL FUHRMAN
PA
PO BOX 1097
BOISE, ID 83701

| Case Number: | 08-35653 |
| Docketed Total: | $753,349.93 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $753,349.93 |

| Case Number: | 08-35653 |
| Modified Total: | $753,349.93 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $753,349.93 |

**Claim: 1625**
Date Filed:    12/12/2008
Docketed Total:    $828,093.12
Filing Creditor Name and Address:
    ENGINEERED STRUCTURES INC
    TROUT JONES GLEDHILL
    FUHRMAN PA
    PO BOX 1097
    BOISE, ID 83701

Claim Holder Name and Address

ENGINEERED STRUCTURES INC
TROUT JONES GLEDHILL FUHRMAN
PA
PO BOX 1097
BOISE, ID 83701

| Case Number: | 08-35653 |
| Docketed Total: | $828,093.12 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $828,093.12 |

| Case Number: | 08-35653 |
| Modified Total: | $828,093.12 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $828,093.12 |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 4092**
Date Filed: 01/20/2009
Docketed Total: $4,990.00
Filing Creditor Name and Address:
ERIE COUNTY BUREAU OF WEIGHTS
2380 CLINTON ST
CHEEKTOWAGA, NY 14227

Claim Holder Name and Address — Case Number: 08-35653
ERIE COUNTY BUREAU OF WEIGHTS
2380 CLINTON ST
CHEEKTOWAGA, NY 14227
Docketed Total: $4,990.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $4,990.00 | |

Case Number: 08-35653
Modified Total: $4,990.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,990.00 |

**Claim: 8047**
Date Filed: 01/29/2009
Docketed Total: $45,375.00
Filing Creditor Name and Address:
ESTATE OF JOSEPH Y EINBINDER
AKA EINBINDER PROPERTIES
LLC
ESTATE OF JOSEPH Y EINBINDER
3602 GARDENVIEW RD
BALTIMORE, MD 21208

Claim Holder Name and Address — Case Number: 08-35653
ESTATE OF JOSEPH Y EINBINDER
AKA EINBINDER PROPERTIES LLC
ESTATE OF JOSEPH Y EINBINDER
3602 GARDENVIEW RD
BALTIMORE, MD 21208
Docketed Total: $45,375.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $45,375.00 | | |

Case Number: 08-35653
Modified Total: $45,375.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $45,375.00 |

**Claim: 11974**
Date Filed: 03/30/2009
Docketed Total: $15,404.00
Filing Creditor Name and Address:
FABCO METAL PRODUCTS LP
1490 FRANCES DR
DAYTONA BEACH, FL 32124

Claim Holder Name and Address — Case Number: 08-35657
FABCO METAL PRODUCTS LP
1490 FRANCES DR
DAYTONA BEACH, FL 32124
Docketed Total: $15,404.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $15,404.00 | | |

Case Number: 08-35657
Modified Total: $15,404.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $15,404.00 |

**Claim: 8290**
Date Filed: 01/29/2009
Docketed Total: $1,624,315.88
Filing Creditor Name and Address:
FIRE MATERIALS GROUP LLC
HIGGS FLETCHER & MACK LLP
401 WEST A ST STE 2600
SAN DIEGO, CA 92078

Claim Holder Name and Address — Case Number: 08-35653
FIRE MATERIALS GROUP LLC
HIGGS FLETCHER & MACK LLP
401 WEST A ST STE 2600
SAN DIEGO, CA 92078
Docketed Total: $1,624,315.88

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $1,624,315.88 | | |

Case Number: 08-35653
Modified Total: $1,624,315.88

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,624,315.88 |

\*    "UNL" denotes an unliquidated claim.

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| Claim: 344 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
|---|---|---|---|---|
| Date Filed: 11/25/2008 | FUTURE AUDIO VIDEO | | | |
| Docketed Total: $1,625.00 | 18330 GREENLEAF DR | Docketed Total: $1,625.00 | | Modified Total: $1,625.00 |
| Filing Creditor Name and Address: | SOUTH BEND, IN 46637 | | | |
| FUTURE AUDIO VIDEO | | | | |
| 18330 GREENLEAF DR | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured |
| SOUTH BEND, IN 46637 | | $1,625.00 | | $1,625.00 |

| Claim: 2907 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
|---|---|---|---|---|
| Date Filed: 01/07/2009 | G & W SERVICE CO LP | | | |
| Docketed Total: $31,084.26 | 2503 CAPITOL AVE | Docketed Total: $31,084.26 | | Modified Total: $31,084.26 |
| Filing Creditor Name and Address: | HOUSTON, TX 77003-3203 | | | |
| G & W SERVICE CO LP | | | | |
| 2503 CAPITOL AVE | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured |
| HOUSTON, TX 77003-3203 | | $31,084.26 | | $31,084.26 |

| Claim: 2071 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
|---|---|---|---|---|
| Date Filed: 12/30/2008 | G&R FALCON COMMUNICATIONS INC | | | |
| Docketed Total: $4,983.00 | 9400 LAGUNA NIGUEL DR NO 103 | Docketed Total: $4,983.00 | | Modified Total: $4,983.00 |
| Filing Creditor Name and Address: | LAS VEGAS, NV 89134 | | | |
| G&R FALCON COMMUNICATIONS INC | | | | |
| 9400 LAGUNA NIGUEL DR NO 103 | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured |
| LAS VEGAS, NV 89134 | | $4,983.00 | | $4,983.00 |

| Claim: 4867 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
|---|---|---|---|---|
| Date Filed: 01/26/2009 | GELCO CORPORATION DOING BUSINESS AS GE FLEET SERVICES | | | |
| Docketed Total: $15,729,938.78 | THREE CAPITAL DR | Docketed Total: $15,729,938.78 | | Modified Total: $15,729,938.78 |
| Filing Creditor Name and Address: | EDEN PRAIRIE, MN 55344 | | | |
| GELCO CORPORATION DOING BUSINESS AS GE FLEET SERVICES | | | | |
| THREE CAPITAL DR | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured |
| EDEN PRAIRIE, MN 55344 | | $15,729,938.78 | | $15,729,938.78 |

*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 7935**
Date Filed: 01/29/2009
Docketed Total: $28,344,193.54
Filing Creditor Name and Address:
GENERAL ELECTRIC
PO BOX 640138
GE APPLIANCES RETAIL
PITTSBURGH, PA 15264-0138

Claim Holder Name and Address          Case Number:          08-35653
GENERAL ELECTRIC          Docketed Total:          **$28,344,193.54**
PO BOX 640138
GE APPLIANCES RETAIL
PITTSBURGH, PA 15264-0138

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $28,344,193.54 | | |

Case Number:          08-35653
Modified Total:          **$28,344,193.54**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $28,344,193.54 |

---

**Claim: 7597**
Date Filed: 01/29/2009
Docketed Total: $369,280.64
Filing Creditor Name and Address:
GENERAL INSTRUMENT
CORPORATION DBA THE HOME
AND NETWORKS MOBILITY
BUSINESS OF MOTOROLA INC
101 TOURNAMENT DR
HORSHAM, PA 19044

Claim Holder Name and Address          Case Number:          08-35653
GENERAL INSTRUMENT          Docketed Total:          **$369,280.64**
CORPORATION DBA THE HOME
AND NETWORKS MOBILITY
BUSINESS OF MOTOROLA INC
101 TOURNAMENT DR
HORSHAM, PA 19044

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $85,321.74 | $50,000.00 | | $233,958.90 |

Case Number:          08-35653
Modified Total:          **$369,280.64**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $85,321.74 | | | $283,958.90 |

---

**Claim: 5254**
Date Filed: 01/23/2009
Docketed Total: $40,472.30
Filing Creditor Name and Address:
GENERAL MASONRY &
CONCRETE INC
2445 E GUASTI RD 1ST FL
ONTARIO, CA 91761

Claim Holder Name and Address          Case Number:          08-35653
GENERAL MASONRY & CONCRETE          Docketed Total:          **$40,472.30**
INC
2445 E GUASTI RD 1ST FL
ONTARIO, CA 91761

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $40,472.30 | | |

Case Number:          08-35653
Modified Total:          **$40,472.30**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $40,472.30 |

---

\*    "UNL" denotes an unliquidated claim.

Debtors' Nineteenth Omnibus Objection To Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 6511**
Date Filed: 01/23/2009
Docketed Total: $37,647.77
Filing Creditor Name and Address:
GENERAL MASONRY & CONCRETE INC
2445 E GUASTI RD 1ST FL
ONTARIO, CA 91761

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| GENERAL MASONRY & CONCRETE INC | Docketed Total: | $37,647.77 |
| 2445 E GUASTI RD 1ST FL | | |
| ONTARIO, CA 91761 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $37,647.77 | | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | $37,647.77 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $37,647.77 |

**Claim: 4560**
Date Filed: 01/16/2009
Docketed Total: $1,060.00
Filing Creditor Name and Address:
GERSHFELD, SEMYON
2111 HILLTOP COURT
FULLERTON, CA 92831

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| GERSHFELD, SEMYON | Docketed Total: | $1,060.00 |
| 2111 HILLTOP COURT | | |
| FULLERTON, CA 92831 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $1,060.00 | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | $1,060.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,060.00 |

**Claim: 3995**
Date Filed: 01/16/2009
Docketed Total: $250,000.00
Filing Creditor Name and Address:
GIBSON, THOMAS
66 ATHENS ST
SAN FRANCISCO, CA 94112

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| GIBSON, THOMAS | Docketed Total: | $250,000.00 |
| 66 ATHENS ST | | |
| SAN FRANCISCO, CA 94112 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $250,000.00 | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | $250,000.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $250,000.00 |

**Claim: 3317**
Date Filed: 01/12/2009
Docketed Total: $538.20
Filing Creditor Name and Address:
GRANTHAM, JENNIFER
616 S MAIN ST
SUITE 206
TULSA, OK 74119

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| GRANTHAM, JENNIFER | Docketed Total: | $538.20 |
| 616 S MAIN ST | | |
| SUITE 206 | | |
| TULSA, OK 74119 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $538.20 | | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | $538.20 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $538.20 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 3703    Filed 06/22/09    Entered 06/22/09 20:15:14    Desc Main
Case No. 08-35653 (KRH)                        Document      Page 36 of 68

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims To General Unsecured, Non-Priority Claims)

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 4062**
Date Filed: 01/20/2009
Docketed Total: $897.72
Filing Creditor Name and Address:
GREENTEAM OF SAN JOSE
133 OAKLAND RD
SAN JOSE, CA 95112

Claim Holder Name and Address
GREENTEAM OF SAN JOSE
133 OAKLAND RD
SAN JOSE, CA 95112

Case Number: 08-35653
Docketed Total: $897.72

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $897.72 | |

Case Number: 08-35653
Modified Total: $897.72

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $897.72 |

**Claim: 6916**
Date Filed: 01/28/2009
Docketed Total: $1,000.00
Filing Creditor Name and Address:
GREER, ELAINE
119 SOUTH 22ND ST
SAGINAW, MI 48601

Claim Holder Name and Address
GREER, ELAINE
119 SOUTH 22ND ST
SAGINAW, MI 48601

Case Number: 08-35653
Docketed Total: $1,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $1,000.00 | |

Case Number: 08-35653
Modified Total: $1,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,000.00 |

**Claim: 3844**
Date Filed: 01/15/2009
Docketed Total: $577.00
Filing Creditor Name and Address:
HADDAD, RALPH
22763 E DAVIES DR
AURORA, CO 80016

Claim Holder Name and Address
HADDAD, RALPH
22763 E DAVIES DR
AURORA, CO 80016

Case Number: 08-35654
Docketed Total: $577.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $577.00 | |

Case Number: 08-35654
Modified Total: $577.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $577.00 |

**Claim: 4602**
Date Filed: 01/16/2009
Docketed Total: $20,000.00
Filing Creditor Name and Address:
HALIMAS SEN AND KILAB EL
2951 VERANDA LN
CORONA, CA 92882

Claim Holder Name and Address
HALIMAS SEN AND KILAB EL
2951 VERANDA LN
CORONA, CA 92882

Case Number: 08-35653
Docketed Total: $20,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $15,000.00 | | $5,000.00 |

Case Number: 08-35653
Modified Total: $20,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $20,000.00 |

\*     "UNL" denotes an unliquidated claim.

### EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 4722**
Date Filed:   01/23/2009
Docketed Total:   $1,000.00
Filing Creditor Name and Address:
  HAMPTON, HERMAN DESEAN
  4902 HARVEST FIELDS CIR
  MEMPHIS, TN 38125-4725

Claim Holder Name and Address
  HAMPTON, HERMAN DESEAN
  4902 HARVEST FIELDS CIR
  MEMPHIS, TN 38125-4725

Case Number:   08-35653
Docketed Total:   **$1,000.00**

Case Number:   08-35653
Modified Total:   **$1,000.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $1,000.00 | | | | | | | $1,000.00 |

**Claim: 2290**
Date Filed:   01/02/2009
Docketed Total:   $532.40
Filing Creditor Name and Address:
  HENRICO COUNTY VIRGINIA
  PO BOX 90775
  HENRICO, VA 23273-0775

Claim Holder Name and Address
  HENRICO COUNTY VIRGINIA
  PO BOX 90775
  HENRICO, VA 23273-0775

Case Number:   08-35653
Docketed Total:   **$532.40**

Case Number:   08-35653
Modified Total:   **$532.40**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $532.40 | | | | | | | | $532.40 |

**Claim: 12394**
Date Filed:   04/30/2009
Docketed Total:   $10,888.32
Filing Creditor Name and Address:
  HENRICO COUNTY VIRGINIA
  PO BOX 90775
  HENRICO, VA 23273-0775

Claim Holder Name and Address
  HENRICO COUNTY VIRGINIA
  PO BOX 90775
  HENRICO, VA 23273-0775

Case Number:   08-35653
Docketed Total:   **$10,888.32**

Case Number:   08-35653
Modified Total:   **$10,888.32**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $10,888.32 | | | | | | | | $10,888.32 |

**Claim: 13007**
Date Filed:   04/30/2009
Docketed Total:   $13,053.59
Filing Creditor Name and Address:
  HENRICO COUNTY VIRGINIA
  ACCOUNT NO 00646911016
  ASSISTANT COUNTY ATTORNEY
  PO BOX 90775
  HENRICO, VA 23273-0775

Claim Holder Name and Address
  HENRICO COUNTY VIRGINIA
  ACCOUNT NO 00646911016
  ASSISTANT COUNTY ATTORNEY
  PO BOX 90775
  HENRICO, VA 23273-0775

Case Number:   08-35653
Docketed Total:   **$13,053.59**

Case Number:   08-35653
Modified Total:   **$13,053.59**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $13,053.59 | | | | | | | | $13,053.59 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH  Doc 3703  Filed 06/22/09  Entered 06/22/09 20:15:14  Desc Main
Case No. 08-35653 (KRH)  Document  Page 38 of 68

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims To General Unsecured, Non-Priority Claims)

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 13002**

Date Filed: 04/30/2009

Docketed Total: $10,888.32

Filing Creditor Name and Address:
HENRICO COUNTY VIRGINIA
ACCT NO 0078201 1019
ASSISTANT COUNTY ATTORNEY
PO BOX 90775
HENRICO VIRGINIA, 23273-0775

Claim Holder Name and Address

Case Number: 08-35653

HENRICO COUNTY VIRGINIA ACCT
NO 0078201 1019
ASSISTANT COUNTY ATTORNEY
PO BOX 90775
HENRICO VIRGINIA, 23273-0775

Docketed Total: $10,888.32

Case Number: 08-35653

Modified Total: $10,888.32

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $10,888.32 | | | | | | $10,888.32 |

**Claim: 1701**

Date Filed: 12/19/2008

Docketed Total: $255.00

Filing Creditor Name and Address:
HEWITT, THOMAS F
7001 KATIE CORRAL DR
BENBROOK, TX 76126

Claim Holder Name and Address

Case Number: 08-35653

HEWITT, THOMAS F
7001 KATIE CORRAL DR
BENBROOK, TX 76126

Docketed Total: $255.00

Case Number: 08-35653

Modified Total: $255.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $255.00 | | | | | | | $255.00 |

**Claim: 5168**

Date Filed: 01/23/2009

Docketed Total: $1,293,435.13

Filing Creditor Name and Address:
HEWLETT PACKARD FINANCIAL
SERVICES COMPANY
420 MOUNTAIN AVE
PO BOX 6
MURRAY HILL, NJ 07974-0006

Claim Holder Name and Address

Case Number: 08-35653

HEWLETT PACKARD FINANCIAL
SERVICES COMPANY
420 MOUNTAIN AVE
PO BOX 6
MURRAY HILL, NJ 07974-0006

Docketed Total: $1,293,435.13

Case Number: 08-35653

Modified Total: $1,293,435.13

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $1,293,435.13 | | | | | | | | $1,293,435.13 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 3703    Filed 06/22/09    Entered 06/22/09 20:15:14    Desc Main
Case No. 08-35653 (KRH)                    Document    Page 39 of 68

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims To General Unsecured, Non-Priority Claims)

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10263**
Date Filed: 01/30/2009
Docketed Total: $0.00
Filing Creditor Name and Address:
HILGENBERG, JOHN & EVELYN
GILMAN & PASTOR LLP
225 FRANKLIN ST
16TH FLOOR
BOSTON, MA 02110

Claim Holder Name and Address
HILGENBERG, JOHN & EVELYN
GILMAN & PASTOR LLP
225 FRANKLIN ST
16TH FLOOR
BOSTON, MA 02110

Case Number: 08-35653
Docketed Total: UNL

Case Number: 08-35653
Modified Total: $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

---

**Claim: 4015**
Date Filed: 01/19/2009
Docketed Total: $51,187.09
Filing Creditor Name and Address:
HILLSON ELECTRIC INC
2800 COMMERCE TOWER
911 MAIN ST
KANSAS CITY, MO 64105

Claim Holder Name and Address
HILLSON ELECTRIC INC
2800 COMMERCE TOWER
911 MAIN ST
KANSAS CITY, MO 64105

Case Number: 08-35653
Docketed Total: $51,187.09

Case Number: 08-35653
Modified Total: $51,187.09

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $51,187.09 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $51,187.09 |

---

**Claim: 5739**
Date Filed: 01/26/2009
Docketed Total: $4,914.15
Filing Creditor Name and Address:
HOLLAND BOARD OF PUBLIC
WORKS
625 HASTINGS AVE
HOLLAND, MI 49423

Claim Holder Name and Address
HOLLAND BOARD OF PUBLIC
WORKS
625 HASTINGS AVE
HOLLAND, MI 49423

Case Number: 08-35653
Docketed Total: $4,914.15

Case Number: 08-35653
Modified Total: $4,914.15

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $4,914.15 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,914.15 |

---

**Claim: 3652**
Date Filed: 01/13/2009
Docketed Total: $10,000.00
Filing Creditor Name and Address:
HOLLINGSWORTH, ALTOR
6409 53RD CT WEST
TACOMA, WA 98467

Claim Holder Name and Address
HOLLINGSWORTH, ALTOR
6409 53RD CT WEST
TACOMA, WA 98467

Case Number: 08-35653
Docketed Total: $10,000.00

Case Number: 08-35653
Modified Total: $10,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $10,000.00 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $10,000.00 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 3703    Filed 06/22/09    Entered 06/22/09 20:15:14    Desc Main

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

Document    Page 40 of 68

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1944**
Date Filed: 12/23/2008
Docketed Total: $2,290.00
Filing Creditor Name and Address:
  HOME SWEET HOME THEATRE
  CIRCUIT CITY STORES INC
  9950 MAYLAND DR
  RICHMOND, VA 23233

Claim Holder Name and Address — Case Number: 08-35653
HOME SWEET HOME THEATRE CIRCUIT CITY STORES INC
9950 MAYLAND DR
RICHMOND, VA 23233
Docketed Total: $2,290.00

Case Number: 08-35653
Modified Total: $2,290.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $2,290.00 | | | | | | | $2,290.00 |

**Claim: 3186**
Date Filed: 01/12/2009
Docketed Total: $14,739.00
Filing Creditor Name and Address:
  HOWELLS HEATING & AC
  PO BOX 2048
  ASHLAND, VA 23005

Claim Holder Name and Address — Case Number: 08-35653
HOWELLS HEATING & AC
PO BOX 2048
ASHLAND, VA 23005
Docketed Total: $14,739.00

Case Number: 08-35653
Modified Total: $14,739.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $14,739.00 | | | | | | | | $14,739.00 |

**Claim: 6222**
Date Filed: 01/27/2009
Docketed Total: $2,750,000.00
Filing Creditor Name and Address:
  HUNTER BRAVELL
  PO BOX 8632
  REDLANDS, CA 92375

Claim Holder Name and Address — Case Number: 08-35653
HUNTER, BRAVELL
PO BOX 8632
REDLANDS, CA 92375
Docketed Total: $2,750,000.00

Case Number: 08-35653
Modified Total: $2,750,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $2,750,000.00 | | | | | | | $2,750,000.00 |

**Claim: 9627**
Date Filed: 01/30/2009
Docketed Total: $180,169.31
Filing Creditor Name and Address:
  IMATION ENTERPRISES CORP ON
  BEHALF OF ITSELF AND ITS
  AFFILIATES
  DORSEY & WHITNEY LLP
  50 S 6TH ST STE 1500
  MINNEAPOLIS, MN 55402-1498

Claim Holder Name and Address — Case Number: 08-35653
IMATION ENTERPRISES CORP ON BEHALF OF ITSELF AND ITS AFFILIATES
DORSEY & WHITNEY LLP
50 S 6TH ST STE 1500
MINNEAPOLIS, MN 55402-1498
Docketed Total: $180,169.31

Case Number: 08-35653
Modified Total: $180,169.31

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $180,169.31 | | | | | | | | $180,169.31 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 3703    Filed 06/22/09    Entered 06/22/09 20:15:14    Desc Main
Case No. 08-35653 (KRH)                           Document       Page 41 of 68

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims To General Unsecured, Non-Priority Claims)

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 6970**
Date Filed: 01/28/2009
Docketed Total: $2,351.66
Filing Creditor Name and Address:
INDUSTRIAL SERVICES CO
PO BOX 225
SANTA CLARA, CA 95052

Claim Holder Name and Address
INDUSTRIAL SERVICES CO
PO BOX 225
SANTA CLARA, CA 95052

Case Number: 08-35654
Docketed Total: $2,351.66

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,351.66 |

Case Number: 08-35654
Modified Total: $2,351.66

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,351.66 |

---

**Claim: 363**
Date Filed: 11/24/2008
Docketed Total: $1,100.00
Filing Creditor Name and Address:
INFINITY SOLUTIONS
110 TAPPIN RD
MOOERS, NY 12958

Claim Holder Name and Address
INFINITY SOLUTIONS
110 TAPPIN RD
MOOERS, NY 12958

Case Number: 08-35653
Docketed Total: $1,100.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $1,100.00 | |

Case Number: 08-35653
Modified Total: $1,100.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,100.00 |

---

**Claim: 4171**
Date Filed: 01/20/2009
Docketed Total: $1,100.00
Filing Creditor Name and Address:
INFINITY SOLUTIONS
110 TAPPIN RD
MOOERS, NY 12958

Claim Holder Name and Address
INFINITY SOLUTIONS
110 TAPPIN RD
MOOERS, NY 12958

Case Number: 08-35653
Docketed Total: $1,100.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $1,100.00 | |

Case Number: 08-35653
Modified Total: $1,100.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,100.00 |

---

**Claim: 10024**
Date Filed: 01/30/2009
Docketed Total: $529,004.09
Filing Creditor Name and Address:
INLAND SOUTHEAST DARIEN
LLC
INLAND REAL ESTATE GROUP
2901 BUTTERFIELD RD 3RD FL
OAK BROOK, IL 60523

Claim Holder Name and Address
INLAND SOUTHEAST DARIEN LLC
INLAND REAL ESTATE GROUP
2901 BUTTERFIELD RD 3RD FL
OAK BROOK, IL 60523

Case Number: 08-35653
Docketed Total: $529,004.09

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $529,004.09 | | |

Case Number: 08-35653
Modified Total: $529,004.09

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $529,004.09 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 3703    Filed 06/22/09    Entered 06/22/09 20:15:14    Desc Main

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

Document    Page 42 of 68

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 9722**
Date Filed: 01/30/2009
Docketed Total: $452,584.49
Filing Creditor Name and Address:
INLAND WESTERN OSWEGO
GERRY CENTENNIAL LLC
INLAND REAL ESTATE GROUP
2901 BUTTERFIELD RD 3RD FL
OAK BROOK, IL 60523

Claim Holder Name and Address
INLAND WESTERN OSWEGO GERRY
CENTENNIAL LLC
INLAND REAL ESTATE GROUP
2901 BUTTERFIELD RD 3RD FL
OAK BROOK, IL 60523

Case Number: 08-35653
Docketed Total: $452,584.49

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $452,584.49 | | |

Case Number: 08-35653
Modified Total: $452,584.49

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $452,584.49 |

---

**Claim: 1572**
Date Filed: 12/11/2008
Docketed Total: $10,655.00
Filing Creditor Name and Address:
INNOVATIVE COMMUNICATION
OF FARMINGTON LLC
17738 FLINT AVE
FARMINGTON, MN 55024

Claim Holder Name and Address
INNOVATIVE COMMUNICATION OF
FARMINGTON LLC
17738 FLINT AVE
FARMINGTON, MN 55024

Case Number: 08-35653
Docketed Total: $10,655.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $10,655.00 | |

Case Number: 08-35653
Modified Total: $10,655.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $10,655.00 |

---

**Claim: 10806**
Date Filed: 02/06/2009
Docketed Total: $387.75
Filing Creditor Name and Address:
INTERACTIVE TOY CONCEPTS
INC
1192 MARTIN GROVE RD
TORONTO, ON M9W 5M9
CANADA

Claim Holder Name and Address
INTERACTIVE TOY CONCEPTS INC
1192 MARTIN GROVE RD
TORONTO, ON M9W 5M9
CANADA

Case Number: 08-35653
Docketed Total: $387.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $387.75 | |

Case Number: 08-35653
Modified Total: $387.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $387.75 |

---

**Claim: 10917**
Date Filed: 02/10/2009
Docketed Total: $363.00
Filing Creditor Name and Address:
INTERACTIVE TOY CONCEPTS
INC
1192 MARTIN GROVE RD
TORONTO, ON M9W 5M9
CANADA

Claim Holder Name and Address
INTERACTIVE TOY CONCEPTS INC
1192 MARTIN GROVE RD
TORONTO, ON M9W 5M9
CANADA

Case Number: 08-35653
Docketed Total: $363.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $363.00 | |

Case Number: 08-35653
Modified Total: $363.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $363.00 |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11082**
Date Filed: 02/06/2009
Docketed Total: $754.75
Filing Creditor Name and Address:
INTERACTIVE TOY CONCEPTS INC
1192 MARTIN GROVE RD
TORONTO, ON M9W 5M9
CANADA

Claim Holder Name and Address
INTERACTIVE TOY CONCEPTS INC
1192 MARTIN GROVE RD
TORONTO, ON M9W 5M9
CANADA

Case Number: 08-35653
Docketed Total: $754.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $754.75 | |

Case Number: 08-35653
Modified Total: $754.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $754.75 |

**Claim: 11318**
Date Filed: 02/06/2009
Docketed Total: $380.50
Filing Creditor Name and Address:
INTERACTIVE TOY CONCEPTS INC
1192 MARTIN GROVE RD
TORONTO, ON M9W 5M9
CANADA

Claim Holder Name and Address
INTERACTIVE TOY CONCEPTS INC
1192 MARTIN GROVE RD
TORONTO, ON M9W 5M9
CANADA

Case Number: 08-35653
Docketed Total: $380.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $380.50 | |

Case Number: 08-35653
Modified Total: $380.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $380.50 |

**Claim: 1537**
Date Filed: 12/10/2008
Docketed Total: $89,964.00
Filing Creditor Name and Address:
INTERACTIVE TOY CONCEPTS INC
1192 MARTINGROVE RD
TORONTO, ON M9W 5M9
CANADA

Claim Holder Name and Address
INTERACTIVE TOY CONCEPTS INC
1192 MARTINGROVE RD
TORONTO, ON M9W 5M9
CANADA

Case Number: 08-35653
Docketed Total: $89,964.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $89,964.00 | |

Case Number: 08-35653
Modified Total: $89,964.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $89,964.00 |

**Claim: 10721**
Date Filed: 02/06/2009
Docketed Total: $457.75
Filing Creditor Name and Address:
INTERACTIVE TOY CONCEPTS INC
1192 MARTINGROVE RD
TORONTO, ON M9W 5M9
CANADA

Claim Holder Name and Address
INTERACTIVE TOY CONCEPTS INC
1192 MARTINGROVE RD
TORONTO, ON M9W 5M9
CANADA

Case Number: 08-35653
Docketed Total: $457.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $457.75 | |

Case Number: 08-35653
Modified Total: $457.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $457.75 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 3703    Filed 06/22/09    Entered 06/22/09 20:15:14    Desc Main

Case No. 08-35653 (KRH)                               Document      Page 44 of 68

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 5690**
Date Filed:  01/27/2009
Docketed Total:  $213,664.30
Filing Creditor Name and Address:
  INTERNATIONAL
  CONTRACTORS INC
  977 S ROUTE 83
  ELMHURST, IL 60126

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|

INTERNATIONAL CONTRACTORS INC
977 S ROUTE 83
ELMHURST, IL 60126

Docketed Total:  **$213,664.30**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $213,664.30 | | |

Case Number: 08-35653
Modified Total: **$213,664.30**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $213,664.30 |

---

**Claim: 6045**
Date Filed:  01/13/2009
Docketed Total:  $23,940,292.00
Filing Creditor Name and Address:
  JACK HERNANDEZ AND ALL
  THOSE SIMILARLY SITUATED
  456 MONTGOMERY ST STE 1400
  SAN FRANCISCO, CA 94104

Claim Holder Name and Address | Case Number: 08-35654

JACK HERNANDEZ AND ALL THOSE SIMILARLY SITUATED
456 MONTGOMERY ST STE 1400
SAN FRANCISCO, CA 94104

Docketed Total: **$23,940,292.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $23,940,292.00 | |

Case Number: 08-35654
Modified Total: **$23,940,292.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $23,940,292.00 |

---

**Claim: 282**
Date Filed:  11/17/2008
Docketed Total:  $88,640.20
Filing Creditor Name and Address:
  JACK NADEL INC
  9950 JEFFERSON BLVD
  CULVER CITY, CA 90232

Claim Holder Name and Address | Case Number: 08-35653

JACK NADEL INC
9950 JEFFERSON BLVD
CULVER CITY, CA 90232

Docketed Total: **$88,640.20**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $88,640.20 | |

Case Number: 08-35653
Modified Total: **$88,640.20**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $88,640.20 |

---

**Claim: 4294**
Date Filed:  01/21/2009
Docketed Total:  $373.13
Filing Creditor Name and Address:
  JACKSONVILLE, CITY OF
  PO BOX 128
  JACKSONVILLE, NC 28541-0128

Claim Holder Name and Address | Case Number: 08-35653

JACKSONVILLE, CITY OF
PO BOX 128
JACKSONVILLE, NC 28541-0128

Docketed Total: **$373.13**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $373.13 | | |

Case Number: 08-35653
Modified Total: **$373.13**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $373.13 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 3703    Filed 06/22/09    Entered 06/22/09 20:15:14    Desc Main
Document    Page 45 of 68

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 2458**
Date Filed:  01/05/2009
Docketed Total:     $0.00
Filing Creditor Name and Address:
  JAMES, SALLY
  309 PINEVIEW AVE
  BAXLEY, GA 31513

Claim Holder Name and Address

JAMES, SALLY
309 PINEVIEW AVE
BAXLEY, GA 31513

Case Number:          08-35653
Docketed Total:          **UNL**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $0.00 | | |

Case Number:          08-35653
Modified Total:          **$0.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

---

**Claim: 135**
Date Filed:  11/18/2008
Docketed Total:     $4,475.00
Filing Creditor Name and Address:
  JAMIE E CORREA DBA JEC HOME
  INTERIORS
  13 WILSHIRE LN
  PELHAM, NH 03076

Claim Holder Name and Address

JAMIE E CORREA DBA JEC HOME
INTERIORS
13 WILSHIRE LN
PELHAM, NH 03076

Case Number:          08-35653
Docketed Total:          **$4,475.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $4,475.00 | |

Case Number:          08-35653
Modified Total:          **$4,475.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,475.00 |

---

**Claim: 4016**
Date Filed:  01/19/2009
Docketed Total:     $49,315.86
Filing Creditor Name and Address:
  JOHN ROHRER CONTRACTING
  CO
  2800 COMMERCE TOWER
  911 MAIN ST
  KANSAS CITY, MO 64105

Claim Holder Name and Address

JOHN ROHRER CONTRACTING CO
2800 COMMERCE TOWER
911 MAIN ST
KANSAS CITY, MO 64105

Case Number:          08-35653
Docketed Total:          **$49,315.86**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $49,315.86 | | |

Case Number:          08-35653
Modified Total:          **$49,315.86**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $49,315.86 |

---

**Claim: 6856**
Date Filed:  01/28/2009
Docketed Total:     $25.75
Filing Creditor Name and Address:
  JORGE A RODRIGUEZ
  11101 SW 122ND CT
  MIAMI, FL 33186-3723

Claim Holder Name and Address

JORGE A RODRIGUEZ
11101 SW 122ND CT
MIAMI, FL 33186-3723

Case Number:          08-35653
Docketed Total:          **$25.75**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $25.75 | |

Case Number:          08-35653
Modified Total:          **$25.75**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $25.75 |

---

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH   Doc 3703   Filed 06/22/09   Entered 06/22/09 20:15:14   Desc Main
Case No. 08-35653 (KRH)                                              Document      Page 46 of 68

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims To General Unsecured, Non-Priority Claims)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | | CLAIM AS MODIFIED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 5166**
Date Filed:   01/23/2009
Docketed Total:   $60,344.68
Filing Creditor Name and Address:
   KINCHELOE, DONNA M
   1229 BRIGHTON AVE NO 137
   MODESTO, CA 95355

Claim Holder Name and Address — Case Number: 08-35653
   KINCHELOE, DONNA M — Docketed Total: **$60,344.68**
   1229 BRIGHTON AVE NO 137
   MODESTO, CA 95355

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $60,344.68 | | | | | | | | $60,344.68 |

Case Number: 08-35653
Modified Total: **$60,344.68**

---

**Claim: 283**
Date Filed:   11/17/2008
Docketed Total:   $22,611.07
Filing Creditor Name and Address:
   KYOZOU INC
   LARRY VELMAN
   510 4580 DUFFERIN ST
   TORONTO, ON M3H5Y2
   CANADA

Claim Holder Name and Address — Case Number: 08-35653
   KYOZOU INC — Docketed Total: **$22,611.07**
   LARRY VELMAN
   510 4580 DUFFERIN ST
   TORONTO, ON M3H5Y2
   CANADA

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $22,611.07 | | | | | | | | $22,611.07 |

Case Number: 08-35653
Modified Total: **$22,611.07**

---

**Claim: 544**
Date Filed:   11/26/2008
Docketed Total:   $2,060.00
Filing Creditor Name and Address:
   L&L COMMUNICATIONS
   5550 BAYNTON ST
   PHILADELPHIA, PA 19144

Claim Holder Name and Address — Case Number: 08-35653
   L&L COMMUNICATIONS — Docketed Total: **$2,060.00**
   5550 BAYNTON ST
   PHILADELPHIA, PA 19144

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $2,060.00 | | | | | | | | $2,060.00 |

Case Number: 08-35653
Modified Total: **$2,060.00**

---

**Claim: 4018**
Date Filed:   01/19/2009
Docketed Total:   $43,623.16
Filing Creditor Name and Address:
   LANG CONSTRUCTION INC
   2800 COMMERCE TOWER
   911 MAIN ST
   KANSAS CITY, MO 64105

Claim Holder Name and Address — Case Number: 08-35653
   LANG CONSTRUCTION INC — Docketed Total: **$43,623.16**
   2800 COMMERCE TOWER
   911 MAIN ST
   KANSAS CITY, MO 64105

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $43,623.16 | | | | | | | | | $43,623.16 |

Case Number: 08-35653
Modified Total: **$43,623.16**

---

*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 3703    Filed 06/22/09    Entered 06/22/09 20:15:14    Desc Main

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection To Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

Document    Page 47 of 68

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 5163**
Date Filed: 01/23/2009
Docketed Total: $47,700.00
Filing Creditor Name and Address:
LAUREL PLUMBING INC
STEVENS & LEE PC
1818 MARKET ST 29TH FL
PHILADELPHIA, PA 19103

Claim Holder Name and Address
LAUREL PLUMBING INC
STEVENS & LEE PC
1818 MARKET ST 29TH FL
PHILADELPHIA, PA 19103

Case Number: 08-35653
Docketed Total: $47,700.00

Case Number: 08-35653
Modified Total: $47,700.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $47,700.00 | | | | | | | | $47,700.00 |

**Claim: 2449**
Date Filed: 01/05/2009
Docketed Total: $30,000.00
Filing Creditor Name and Address:
LAZARRE, SAINCIA
P O BOX 364
MAUGANSVILLE, MD 21767

Claim Holder Name and Address
LAZARRE, SAINCIA
P O BOX 364
MAUGANSVILLE, MD 21767

Case Number: 08-35653
Docketed Total: $30,000.00

Case Number: 08-35653
Modified Total: $30,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $30,000.00 | | | | | | | $30,000.00 |

**Claim: 559**
Date Filed: 11/28/2008
Docketed Total: $5,200.00
Filing Creditor Name and Address:
LOUISVILLE JEFFERSON COUNTY
METRO GOVERNMENT
FALSE ALARM REDUCTION UNIT
LOUISVILLE METRO POLICE DEPT
768 BARRET AVE RM 410
LOUISVILLE, KY 40204

Claim Holder Name and Address
LOUISVILLE JEFFERSON COUNTY
METRO GOVERNMENT
FALSE ALARM REDUCTION UNIT
LOUISVILLE METRO POLICE DEPT
768 BARRET AVE RM 410
LOUISVILLE, KY 40204

Case Number: 08-35653
Docketed Total: $5,200.00

Case Number: 08-35653
Modified Total: $5,200.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $5,200.00 | | | | | | | $5,200.00 |

**Claim: 7792**
Date Filed: 01/29/2009
Docketed Total: $392,000.00
Filing Creditor Name and Address:
LUMISOURCE INC
QUERREY & HARROW LTD
175 W JACKSON BLVD NO 1600
CHICAGO, IL 60604

Claim Holder Name and Address
LUMISOURCE INC
QUERREY & HARROW LTD
175 W JACKSON BLVD NO 1600
CHICAGO, IL 60604

Case Number: 08-35653
Docketed Total: $392,000.00

Case Number: 08-35653
Modified Total: $392,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $235,200.00 | $156,800.00 | | | | | | | $392,000.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH   Doc 3703   Filed 06/22/09   Entered 06/22/09 20:15:14   Desc Main
Case No. 08-35653 (KRH)                                    Document      Page 48 of 68

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims To General Unsecured, Non-Priority Claims)

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 2146**
Date Filed: 12/30/2008
Docketed Total: $38.84
Filing Creditor Name and Address:
LUTZ, NADYA
4646 13TH ST N
ARLINGTON, VA 22207-2102

| | Claim Holder Name and Address | | | Case Number: | | 08-35653 | | Case Number: | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LUTZ, NADYA 4646 13TH ST N ARLINGTON, VA 22207-2102 | | | Docketed Total: | | **$38.84** | | Modified Total: | | | | **$38.84** |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| | | | | $38.84 | | | | | | | | $38.84 |

**Claim: 7261**
Date Filed: 01/26/2009
Docketed Total: $119,131.00
Filing Creditor Name and Address:
LUZER ELECTRIC INC
3371 NW 154TH TERR
MIAMI, FL 33054

| | Claim Holder Name and Address | | | Case Number: | | 08-35653 | | Case Number: | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LUZER ELECTRIC INC 3371 NW 154TH TERR MIAMI, FL 33054 | | | Docketed Total: | | **$119,131.00** | | Modified Total: | | | | **$119,131.00** |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| | | | | $119,131.00 | | | | | | | | $119,131.00 |

**Claim: 7446**
Date Filed: 01/27/2009
Docketed Total: $71,307.05
Filing Creditor Name and Address:
MADISON WALDORF LLC
2300 WILSON BLVD 7TH FL
ARLINGTON, VA 22201

| | Claim Holder Name and Address | | | Case Number: | | 08-35653 | | Case Number: | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MADISON WALDORF LLC 2300 WILSON BLVD 7TH FL ARLINGTON, VA 22201 | | | Docketed Total: | | **$71,307.05** | | Modified Total: | | | | **$71,307.05** |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| | | | | $71,307.05 | | | | | | | | $71,307.05 |

**Claim: 6260**
Date Filed: 01/27/2009
Docketed Total: $5,373.91
Filing Creditor Name and Address:
MARTINEZ, JASON WARWICK
621 WEST 7TH ST
PUEBLO, CO 81003

| | Claim Holder Name and Address | | | Case Number: | | 08-35653 | | Case Number: | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MARTINEZ, JASON WARWICK 621 WEST 7TH ST PUEBLO, CO 81003 | | | Docketed Total: | | **$5,373.91** | | Modified Total: | | | | **$5,373.91** |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| | | | | | $5,291.97 | $81.94 | | | | | | $5,373.91 |

\*    "UNL" denotes an unliquidated claim.

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2731**
Date Filed: 01/06/2009
Docketed Total: $149.00
Filing Creditor Name and Address:
MAY, HERBERT
20 BROOKHAVEN DR
GLASTONBURY, NY 06033

Claim Holder Name and Address — Case Number: 08-35653
MAY, HERBERT — Docketed Total: $149.00
20 BROOKHAVEN DR
GLASTONBURY, NY 06033

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $149.00 | | |

Case Number: 08-35653
Modified Total: $149.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $149.00 |

---

**Claim: 5544**
Date Filed: 01/16/2009
Docketed Total: $1,279.72
Filing Creditor Name and Address:
MCWATERS, RANDY
16348 ANNA LOOP
CHEYENNE, WY 82009

Claim Holder Name and Address — Case Number: 08-35653
MCWATERS, RANDY — Docketed Total: $1,279.72
16348 ANNA LOOP
CHEYENNE, WY 82009

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $1,279.72 | | |

Case Number: 08-35653
Modified Total: $1,279.72

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,279.72 |

---

**Claim: 10020**
Date Filed: 01/30/2009
Docketed Total: $71,264.80
Filing Creditor Name and Address:
MEMORIAL SQUARE 1031 LLC
INLAND REAL ESTATE GROUP
2901 BUTTERFIELD RD 3RD FL
OAK BROOK, IL 60523

Claim Holder Name and Address — Case Number: 08-35653
MEMORIAL SQUARE 1031 LLC — Docketed Total: $71,264.80
INLAND REAL ESTATE GROUP
2901 BUTTERFIELD RD 3RD FL
OAK BROOK, IL 60523

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $71,264.80 | | |

Case Number: 08-35653
Modified Total: $71,264.80

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $71,264.80 |

---

**Claim: 11585**
Date Filed: 03/12/2009
Docketed Total: $23,965.59
Filing Creditor Name and Address:
MERCURY INSURANCE
COMPANY
PO BOX 10730
SANTA ANA, CA 92711

Claim Holder Name and Address — Case Number: 08-35654
MERCURY INSURANCE COMPANY — Docketed Total: $23,965.59
PO BOX 10730
SANTA ANA, CA 92711

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $23,965.59 | | |

Case Number: 08-35654
Modified Total: $23,965.59

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $23,965.59 |

---

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 3703    Filed 06/22/09    Entered 06/22/09 20:15:14    Desc Main
Case No. 08-35653 (KRH)                                                   Document        Page 50 of 68

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 20**
Date Filed: 11/17/2008
Docketed Total: $930.00
Filing Creditor Name and Address:
MICHAEL CAPUTO ALL
AMERICAN INSTALLS
422 MADISON AVE
PENNDEL, PA 19047

Claim Holder Name and Address
UNITED STATES DEBT RECOVERY LLC
940 SOUTHWOOD BL SUITE 101
INCLINE VILLAGE, NV 89451

Case Number: 08-35653
Docketed Total: $930.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $930.00 | |

Case Number: 08-35653
Modified Total: $930.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $930.00 |

---

**Claim: 9448**
Date Filed: 01/30/2009
Docketed Total: $26,045.83
Filing Creditor Name and Address:
MILLMAN 2000 CHARITABLE TRUST
2400 CHERRY CREEK DR SOUTH
SUITE 702
LUBA RODMAN  SECRETARY
DENVER, CO 80209-3261

Claim Holder Name and Address
MILLMAN 2000 CHARITABLE TRUST
2400 CHERRY CREEK DR SOUTH
SUITE 702
LUBA RODMAN  SECRETARY
DENVER, CO 80209-3261

Case Number: 08-35653
Docketed Total: $26,045.83

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $26,045.83 | | |

Case Number: 08-35653
Modified Total: $26,045.83

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $26,045.83 |

---

**Claim: 8234**
Date Filed: 01/29/2009
Docketed Total: $1,174.93
Filing Creditor Name and Address:
MORGAN, DENNIS
P O DRAWER M
MARSHALL, TX 75670

Claim Holder Name and Address
MORGAN, DENNIS
P O DRAWER M
MARSHALL, TX 75670

Case Number: 08-35653
Docketed Total: $1,174.93

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $1,174.93 | |

Case Number: 08-35653
Modified Total: $1,174.93

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,174.93 |

---

**Claim: 10162**
Date Filed: 01/30/2009
Docketed Total: $35,130.00
Filing Creditor Name and Address:
MORRISON, LYNN
27 GALT ST
HAMILTON, ON L9C 6G6
CANADA

Claim Holder Name and Address
MORRISON, LYNN
27 GALT ST
HAMILTON, ON L9C 6G6
CANADA

Case Number: 08-35653
Docketed Total: $35,130.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $35,130.00 | | |

Case Number: 08-35653
Modified Total: $35,130.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $35,130.00 |

---

*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims To General Unsecured, Non-Priority Claims)

## EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

### Claim: 7552

| | | |
|---|---|---|
| Date Filed:  01/29/2009 | Claim Holder Name and Address | |
| Docketed Total:  $1,516,837.80 | Case Number: 08-35653 | Case Number: 08-35653 |
| Filing Creditor Name and Address: | MOTOROLA INC | |
| MOTOROLA INC | 101 TOURNAMENT DR | |
| 101 TOURNAMENT DR | HORSHAM, PA 19044 | |
| HORSHAM, PA 19044 | Docketed Total: $1,516,837.80 | Modified Total: $1,516,837.80 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $495,963.00 | $50,000.00 | | $970,874.80 | | | $495,963.00 | | | $1,020,874.80 |

### Claim: 9792

| | | |
|---|---|---|
| Date Filed:  01/30/2009 | Claim Holder Name and Address | |
| Docketed Total:  $9.91 | Case Number: 08-35653 | Case Number: 08-35653 |
| Filing Creditor Name and Address: | MUSKEGON, CITY OF | |
| MUSKEGON, CITY OF | PO BOX 536 | |
| PO BOX 536 | MUSKEGON, MI 49443 | |
| MUSKEGON, MI 49443 | Docketed Total: $9.91 | Modified Total: $9.91 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $9.91 | | | | | | | | $9.91 |

### Claim: 11756

| | | |
|---|---|---|
| Date Filed:  03/04/2009 | Claim Holder Name and Address | |
| Docketed Total:  $218,000.00 | Case Number: 08-35653 | Case Number: 08-35653 |
| Filing Creditor Name and Address: | NATIONWIDE LIFE INSURANCE | |
| NATIONWIDE LIFE INSURANCE | COMPANY OF AMERICA | |
| COMPANY OF AMERICA | C O CRISTIAN I DONOSO | |
| C O CRISTIAN I DONOSO | 1 NATIONWIDE PLZ | |
| 1 NATIONWIDE PLZ | 01 05 801 | |
| 01 05 801 | COLUMBUS, OH 43215 | |
| COLUMBUS, OH 43215 | Docketed Total: $218,000.00 | Modified Total: $218,000.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $218,000.00 | | | | | | | | $218,000.00 |

### Claim: 5963

| | | |
|---|---|---|
| Date Filed:  01/27/2009 | Claim Holder Name and Address | |
| Docketed Total:  $25,000.00 | Case Number: 08-35653 | Case Number: 08-35653 |
| Filing Creditor Name and Address: | NETHERY, NANCY | |
| NETHERY, NANCY | 1006 N ARMENIA AVE | |
| 1006 N ARMENIA AVE | TAMPA, FL 33607 | |
| TAMPA, FL 33607 | Docketed Total: $25,000.00 | Modified Total: $25,000.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $25,000.00 | | | | | | | $25,000.00 |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 3282**
Date Filed: 01/09/2009
Docketed Total: $3,245.00
Filing Creditor Name and Address:
NEVAEH ELECTRONICS
1182 OLD BOONES CRK RD
JONESBOROUGH, TN 37659

Claim Holder Name and Address
NEVAEH ELECTRONICS
1182 OLD BOONES CRK RD
JONESBOROUGH, TN 37659

Case Number: 08-35653
Docketed Total: $3,245.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,245.00 |

Case Number: 08-35653
Modified Total: $3,245.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,245.00 |

**Claim: 23**
Date Filed: 11/14/2008
Docketed Total: $3,530.00
Filing Creditor Name and Address:
NEVAEH ELECTRONICS LLC
1182 OLD BOONES CRK RD
JONESBORO, TN 37659

Claim Holder Name and Address
NEVAEH ELECTRONICS LLC
1182 OLD BOONES CRK RD
JONESBORO, TN 37659

Case Number: 08-35653
Docketed Total: $3,530.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,530.00 |

Case Number: 08-35653
Modified Total: $3,530.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,530.00 |

**Claim: 7225**
Date Filed: 01/28/2009
Docketed Total: $553,083.00
Filing Creditor Name and Address:
NORTH AMERICAN ROOFING
SERVICES INC
JOHNSTON BARTON PROCTOR &
ROSE LLP
569 BROOKWOOD VILLAGE STE
901
BIRMINGHAM, AL 35209

Claim Holder Name and Address
NORTH AMERICAN ROOFING
SERVICES INC
JOHNSTON BARTON PROCTOR &
ROSE LLP
569 BROOKWOOD VILLAGE STE 901
BIRMINGHAM, AL 35209

Case Number: 08-35653
Docketed Total: $553,083.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $553,083.00 | | |

Case Number: 08-35653
Modified Total: $553,083.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $553,083.00 |

**Claim: 2595**
Date Filed: 01/05/2009
Docketed Total: $120.55
Filing Creditor Name and Address:
ORTIZ, JOSH
1401 BERKSHIRE RD
BAKERSFIELD, CA 93307-0000

Claim Holder Name and Address
ORTIZ, JOSH
1401 BERKSHIRE RD
BAKERSFIELD, CA 93307-0000

Case Number: 08-35653
Docketed Total: $120.55

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $120.55 | |

Case Number: 08-35653
Modified Total: $120.55

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $120.55 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 3703    Filed 06/22/09    Entered 06/22/09 20:15:14    Desc Main
Case No. 08-35653 (KRH)                                                Document       Page 53 of 68    Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
                                                                                                                                              Misclassified Claims To General Unsecured, Non-Priority Claims)

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9681**
Date Filed:   01/30/2009
Docketed Total:   $16,497,463.67
Filing Creditor Name and Address:
   PARAMOUNT HOME
   ENTERTAINMENT
   5555 MELROSE AVE
   HOLLYWOOD, CA 90038-3197

Claim Holder Name and Address    Case Number:    08-35653
PARAMOUNT HOME ENTERTAINMENT
5555 MELROSE AVE
HOLLYWOOD, CA 90038-3197
Docketed Total:   **$16,497,463.67**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | $14,801,853.41 | | | | $1,695,610.26 |

Case Number:    08-35653
Modified Total:   **$16,497,463.67**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $16,497,463.67 |

---

**Claim: 6026**
Date Filed:   01/27/2009
Docketed Total:   $109,182.46
Filing Creditor Name and Address:
   PATRIOT ENTERPRISES OF NY
   LLC
   C O BOND SCHOENECK & KING
   PLLC
   1 LINCOLN CENTER
   SYRACUSE, NY 13202

Claim Holder Name and Address    Case Number:    08-35653
PATRIOT ENTERPRISES OF NY LLC
C O BOND SCHOENECK & KING
PLLC
1 LINCOLN CENTER
SYRACUSE, NY 13202
Docketed Total:   **$109,182.46**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $109,182.46 | | |

Case Number:    08-35653
Modified Total:   **$109,182.46**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $109,182.46 |

---

**Claim: 1493**
Date Filed:   11/29/2008
Docketed Total:   $383,040.17
Filing Creditor Name and Address:
   PHOTOCO INC
   30305 SOLON RD
   SOLON, OH 44139

Claim Holder Name and Address    Case Number:    08-35653
PHOTOCO INC
30305 SOLON RD
SOLON, OH 44139
Docketed Total:   **$383,040.17**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | $383,040.17 | | | | |

Case Number:    08-35653
Modified Total:   **$383,040.17**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $383,040.17 |

---

**Claim: 4508**
Date Filed:   01/20/2009
Docketed Total:   $50,000.00
Filing Creditor Name and Address:
   PIERSON, JOYCE
   2503 TRACY DR
   GULFPORT, MS 39503

Claim Holder Name and Address    Case Number:    08-35653
PIERSON, JOYCE
2503 TRACY DR
GULFPORT, MS 39503
Docketed Total:   **$50,000.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $50,000.00 | |

Case Number:    08-35653
Modified Total:   **$50,000.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $50,000.00 |

---

*     "UNL" denotes an unliquidated claim.

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims To General Unsecured, Non-Priority Claims)

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 5096**

| | | | |
|---|---|---|---|
| Date Filed:   01/21/2009 | Claim Holder Name and Address | Case Number:   08-35653 | Case Number:   08-35653 |
| Docketed Total:   $376,818.62 | PLANTRONICS INC | Docketed Total:   $376,818.62 | Modified Total:   $376,818.62 |
| Filing Creditor Name and Address: | BIALSON BERGEN & SCHWAB | | |
| PLANTRONICS INC | 2600 EL CAMINO REAL STE 300 | | |
| BIALSON BERGEN & SCHWAB | PALO ALTO, CA 94306 | | |
| 2600 EL CAMINO REAL STE 300 | | | |
| PALO ALTO, CA 94306 | | | |

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $20,062.40 | | | | $296,365.00 | $60,391.22 | | | | | $296,365.00 | $80,453.62 |

**Claim: 7105**

| | | | |
|---|---|---|---|
| Date Filed:   01/28/2009 | Claim Holder Name and Address | Case Number:   08-35654 | Case Number:   08-35654 |
| Docketed Total:   $15,000.00 | PORTILLO, CARLOS | Docketed Total:   $15,000.00 | Modified Total:   $15,000.00 |
| Filing Creditor Name and Address: | PO BOX 412403 | | |
| PORTILLO, CARLOS | LOS ANGELES, CA 90041 | | |
| PO BOX 412403 | | | |
| LOS ANGELES, CA 90041 | | | |

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $15,000.00 | | | | | | | $15,000.00 |

**Claim: 7106**

| | | | |
|---|---|---|---|
| Date Filed:   01/28/2009 | Claim Holder Name and Address | Case Number:   08-35654 | Case Number:   08-35654 |
| Docketed Total:   $1,558.80 | PORTILLO, CARLOS E | Docketed Total:   $1,558.80 | Modified Total:   $1,558.80 |
| Filing Creditor Name and Address: | PO BOX 412403 | | |
| PORTILLO, CARLOS E | LOS ANGELES, CA 90042 | | |
| PO BOX 412403 | | | |
| LOS ANGELES, CA 90042 | | | |

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $1,558.80 | | | | | | | $1,558.80 |

**Claim: 397**

| | | | |
|---|---|---|---|
| Date Filed:   12/02/2008 | Claim Holder Name and Address | Case Number:   08-35653 | Case Number:   08-35653 |
| Docketed Total:   $2,510.00 | PRO AUDIO VIDEO | Docketed Total:   $2,510.00 | Modified Total:   $2,510.00 |
| Filing Creditor Name and Address: | 3616 ENSLOW AVE | | |
| PRO AUDIO VIDEO | RICHMOND, VA 23222 | | |
| 3616 ENSLOW AVE | | | |
| RICHMOND, VA 23222 | | | |

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $2,510.00 | | | | | | | $2,510.00 |

\*    "UNL" denotes an unliquidated claim.

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 5866**
Date Filed: 01/16/2009
Docketed Total: $2,304.00
Filing Creditor Name and Address:
PRO FORMANCE BLDG MNT INC
11509 DORSETT RD
MARYLAND HEIGHTS, MO 63043

Claim Holder Name and Address — Case Number: 08-35653
PRO FORMANCE BLDG MNT INC
11509 DORSETT RD
MARYLAND HEIGHTS, MO 63043
Docketed Total: $2,304.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $2,304.00 | |

Case Number: 08-35653
Modified Total: $2,304.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,304.00 |

---

**Claim: 5872**
Date Filed: 01/16/2009
Docketed Total: $2,304.00
Filing Creditor Name and Address:
PRO FORMANCE BLDG MNT INC
11509 DORSETT RD
MARYLAND HEIGHTS, MO 63043

Claim Holder Name and Address — Case Number: 08-35653
PRO FORMANCE BLDG MNT INC
11509 DORSETT RD
MARYLAND HEIGHTS, MO 63043
Docketed Total: $2,304.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $2,304.00 | |

Case Number: 08-35653
Modified Total: $2,304.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,304.00 |

---

**Claim: 5164**
Date Filed: 01/21/2009
Docketed Total: $43,955.58
Filing Creditor Name and Address:
PUBLIC SERVICE OF NEW
HAMPSHIRE
PO BOX 330
MANCHESTER, NH 03105

Claim Holder Name and Address — Case Number: 08-35653
PUBLIC SERVICE OF NEW
HAMPSHIRE
PO BOX 330
MANCHESTER, NH 03105
Docketed Total: $43,955.58

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $43,955.58 | |

Case Number: 08-35653
Modified Total: $43,955.58

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $43,955.58 |

---

**Claim: 8778**
Date Filed: 01/30/2009
Docketed Total: $1,828.12
Filing Creditor Name and Address:
R GARZA OD PA RAYMUND
GARZA
777 N TEXAS BLVD
ALICE, TX 78332

Claim Holder Name and Address — Case Number: 08-35653
R GARZA OD PA RAYMUND GARZA
777 N TEXAS BLVD
ALICE, TX 78332
Docketed Total: $1,828.12

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $1,828.12 | |

Case Number: 08-35653
Modified Total: $1,828.12

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,828.12 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 3703    Filed 06/22/09    Entered 06/22/09 20:15:14    Desc Main

Case No. 08-35653 (KRH)                                                    Document        Page 56 of 68

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims To General Unsecured, Non-Priority Claims)

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| **Claim:** 6235<br>Date Filed: 01/26/2009<br>Docketed Total: $12,000.00<br>Filing Creditor Name and Address:<br> RABENS, EDWIN THEODORE<br> 1808 PURDUE DR<br> FAYETTEVILLE, NC 28304 | Claim Holder Name and Address<br><br>RABENS, EDWIN THEODORE<br>1808 PURDUE DR<br>FAYETTEVILLE, NC 28304 | Case Number: 08-35653<br><br>Docketed Total: $12,000.00 | Case Number: 08-35653<br><br>Modified Total: $12,000.00 |

503(b)(9) | Reclamation | Admin | Secured | Priority $12,000.00 | Unsecured

503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured $12,000.00

---

**Claim:** 3851
Date Filed: 01/15/2009
Docketed Total: $53,694.20
Filing Creditor Name and Address:
 RIVERSIDE CLAIMS LLC AS
 ASSIGNEE FOR IMPRESSIONS
 MARKETING GROUP
 PO BOX 626
 PLANETARIUM STATION
 NEW YORK, NY 10023

Claim Holder Name and Address

RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR IMPRESSIONS
MARKETING GROUP
PO BOX 626
PLANETARIUM STATION
NEW YORK, NY 10023

Case Number: 08-35653

Docketed Total: $53,694.20

Case Number: 08-35653

Modified Total: $53,694.20

503(b)(9) $7,762.82 | Reclamation | Admin | Secured | Priority | Unsecured $45,931.38

503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured $53,694.20

---

**Claim:** 4159
Date Filed: 01/16/2009
Docketed Total: $11.00
Filing Creditor Name and Address:
 ROBERT D TURMELL
 1071 W 15TH ST UNIT 304
 CHICAGO, IL 60608

Claim Holder Name and Address

TURMELL, ROBERT D
1071 W 15TH ST UNIT 304
CHICAGO, IL 60608

Case Number: 08-35653

Docketed Total: $11.00

Case Number: 08-35653

Modified Total: $11.00

503(b)(9) | Reclamation | Admin | Secured | Priority $11.00 | Unsecured

503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured $11.00

---

**Claim:** 6039
Date Filed: 01/13/2009
Docketed Total: $7,070,131.60
Filing Creditor Name and Address:
 ROBERT GENTRY AND ALL
 THOSE SIMILARLY SITUATED
 456 MONTGOMERY ST STE 1400
 SAN FRANCISCO, CA 94104

Claim Holder Name and Address

ROBERT GENTRY AND ALL THOSE
SIMILARLY SITUATED
456 MONTGOMERY ST STE 1400
SAN FRANCISCO, CA 94104

Case Number: 08-35653

Docketed Total: $7,070,131.60

Case Number: 08-35653

Modified Total: $7,070,131.60

503(b)(9) | Reclamation | Admin | Secured | Priority $7,070,131.60 | Unsecured

503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured $7,070,131.60

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 3703    Filed 06/22/09    Entered 06/22/09 20:15:14    Desc Main
Case No. 08-35653 (KRH)                    Document    Page 57 of 68

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims To General Unsecured, Non-Priority Claims)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1745**
Date Filed: 12/17/2008
Docketed Total: $3,545.09
Filing Creditor Name and Address:
RUSH ELECTRONICS
4402 EMERALD ST
BOISE, ID 83706

Claim Holder Name and Address:
RUSH ELECTRONICS
4402 W EMERALD ST
BOISE, ID 83706

Case Number: 08-35653
Docketed Total: $3,545.09

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,545.09 |

Case Number: 08-35653
Modified Total: $3,545.09

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,545.09 |

**Claim: 2723**
Date Filed: 01/07/2009
Docketed Total: $4,779.96
Filing Creditor Name and Address:
RUSH ELECTRONICS
4402 W EMERALD ST
BOISE, ID 83706

Claim Holder Name and Address:
RUSH ELECTRONICS
4402 W EMERALD ST
BOISE, ID 83706

Case Number: 08-35653
Docketed Total: $4,779.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,779.96 |

Case Number: 08-35653
Modified Total: $4,779.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,779.96 |

**Claim: 6671**
Date Filed: 01/28/2009
Docketed Total: $1,505.21
Filing Creditor Name and Address:
SANTA MONICA, CITY OF
PO BOX 2200
SANTA MONICA, CA 90407-2200

Claim Holder Name and Address:
SANTA MONICA, CITY OF
PO BOX 2200
SANTA MONICA, CA 90407-2200

Case Number: 08-35653
Docketed Total: $1,505.21

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $1,505.21 | |

Case Number: 08-35653
Modified Total: $1,505.21

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,505.21 |

**Claim: 3464**
Date Filed: 01/13/2009
Docketed Total: $191.26
Filing Creditor Name and Address:
SANTANA, MILNA I
1201 CARSON AVE
KISSIMMEE, FL 34744

Claim Holder Name and Address:
SANTANA, MILNA I
1201 CARSON AVE
KISSIMMEE, FL 34744

Case Number: 08-35653
Docketed Total: $191.26

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $191.26 | |

Case Number: 08-35653
Modified Total: $191.26

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $191.26 |

*    "UNL" denotes an unliquidated claim.

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2618**
Date Filed: 01/09/2009
Docketed Total: $94.99
Filing Creditor Name and Address:
SCHATTE, MARGARET
260 HOBBS LN
CLINTON CORS, NY 12514-2441

Claim Holder Name and Address
SCHATTE, MARGARET
260 HOBBS LN
CLINTON CORS, NY 12514-2441
Case Number: 08-35653
Docketed Total: $94.99

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $94.99 |

Case Number: 08-35653
Modified Total: $94.99

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $94.99 |

**Claim: 8244**
Date Filed: 01/29/2009
Docketed Total: $160,000.00
Filing Creditor Name and Address:
SCOTT, PATRICIA
8224 PILGRIM TERRACE
RICHMOND, VA 232271666

Claim Holder Name and Address
SCOTT, PATRICIA
8224 PILGRIM TERRACE
RICHMOND, VA 232271666
Case Number: 08-35653
Docketed Total: $160,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $36,000.00 | $124,000.00 |

Case Number: 08-35653
Modified Total: $160,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $160,000.00 |

**Claim: 9495**
Date Filed: 01/30/2009
Docketed Total: $1,765,132.75
Filing Creditor Name and Address:
SEAGATE TECHNOLOGY LLC
BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

Claim Holder Name and Address
SEAGATE TECHNOLOGY LLC
BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306
Case Number: 08-35653
Docketed Total: $1,765,132.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $769,502.70 | $130,920.00 | | $864,710.05 |

Case Number: 08-35653
Modified Total: $1,765,132.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $769,502.70 | | | $995,630.05 |

**Claim: 3959**
Date Filed: 01/15/2009
Docketed Total: $250.00
Filing Creditor Name and Address:
SEEKONK, TOWN OF
SEEKONK TOWN OF
PO BOX 504
MEDFORD, MA

Claim Holder Name and Address
SEEKONK, TOWN OF
SEEKONK TOWN OF
PO BOX 504
MEDFORD, MA
Case Number: 08-35653
Docketed Total: $250.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $250.00 | | |

Case Number: 08-35653
Modified Total: $250.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $250.00 |

\*    "UNL" denotes an unliquidated claim.

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims To General Unsecured, Non-Priority Claims)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11759**
Date Filed: 02/24/2009
Docketed Total:    $219.52
Filing Creditor Name and Address:
   SFPUC WATER DEPARTMENT CA
   1155 MARKET ST 1ST FL
   SAN FRANCISCO, CA 94103

Claim Holder Name and Address
   SFPUC WATER DEPARTMENT CA
   1155 MARKET ST 1ST FL
   SAN FRANCISCO, CA 94103

Case Number:                08-35653
Docketed Total:            **$219.52**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $219.52 | | |

Case Number:                08-35653
Modified Total:            **$219.52**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $219.52 |

---

**Claim: 4161**
Date Filed: 01/20/2009
Docketed Total:    $2,974.00
Filing Creditor Name and Address:
   SIERRA SOUND & SECURITY
   4995 HALLGARTEN DR
   SPARKS, NV 89436

Claim Holder Name and Address
   SIERRA SOUND & SECURITY
   4995 HALLGARTEN DR
   SPARKS, NV 89436

Case Number:                08-35653
Docketed Total:            **$2,974.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $2,974.00 | |

Case Number:                08-35653
Modified Total:            **$2,974.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,974.00 |

---

**Claim: 6033**
Date Filed: 01/27/2009
Docketed Total:    $979,747.16
Filing Creditor Name and Address:
   SLAM BRANDS INC
   2260 152ND AVE NE
   REDMOND, WA 98052

Claim Holder Name and Address
   SLAM BRANDS INC
   2260 152ND AVE NE
   REDMOND, WA 98052

Case Number:                08-35653
Docketed Total:            **$979,747.16**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $539,270.86 | $440,476.30 |

Case Number:                08-35653
Modified Total:            **$979,747.16**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $979,747.16 |

---

**Claim: 3429**
Date Filed: 01/13/2009
Docketed Total:    $750.00
Filing Creditor Name and Address:
   SLICER & ASSOCIATES LLC
   PO BOX 1647
   WEST CHATHAM, NJ 02669-1647

Claim Holder Name and Address
   SLICER & ASSOCIATES LLC
   PO BOX 1647
   WEST CHATHAM, NJ 02669-1647

Case Number:                08-35653
Docketed Total:            **$750.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $750.00 | |

Case Number:                08-35653
Modified Total:            **$750.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $750.00 |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 9813**
Date Filed: 01/29/2009
Docketed Total: $428.18
Filing Creditor Name and Address:
SMITH, SAMONNE
6919 GATEWAY BLVD
DISTRICT HEIGHTS, MD 20747-0000

Claim Holder Name and Address
SMITH, SAMONNE
6919 GATEWAY BLVD
DISTRICT HEIGHTS, MD 20747-0000
Case Number: 08-35653
Docketed Total: $428.18

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $428.18 |

Case Number: 08-35653
Modified Total: $428.18

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $428.18 |

---

**Claim: 1450**
Date Filed: 12/19/2008
Docketed Total: $2,166.39
Filing Creditor Name and Address:
SNELL ACOUSTICS INC
100 CORPORATE DRIVE
MAHWAH, NJ 07430

Claim Holder Name and Address
SNELL ACOUSTICS INC
100 CORPORATE DRIVE
MAHWAH, NJ 07430
Case Number: 08-35653
Docketed Total: $2,166.39

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | $2,166.39 | | | | |

Case Number: 08-35653
Modified Total: $2,166.39

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,166.39 |

---

**Claim: 3005**
Date Filed: 01/05/2009
Docketed Total: $400.00
Filing Creditor Name and Address:
SOUTH BRUNSWICK TOWNSHIP
PO BOX 190
VIOLATIONS BUREAU
MONMOUTH JUNCTION, NJ 08852

Claim Holder Name and Address
SOUTH BRUNSWICK TOWNSHIP
PO BOX 190
VIOLATIONS BUREAU
MONMOUTH JUNCTION, NJ 08852
Case Number: 08-35653
Docketed Total: $400.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $400.00 | |

Case Number: 08-35653
Modified Total: $400.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $400.00 |

---

**Claim: 5559**
Date Filed: 01/23/2009
Docketed Total: $975,624.35
Filing Creditor Name and Address:
SOUTHWINDS LTD
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 AVENUE OF THE STARS STE 2100
LOS ANGELES, CA 90067

Claim Holder Name and Address
SOUTHWINDS LTD
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 AVENUE OF THE STARS STE 2100
LOS ANGELES, CA 90067
Case Number: 08-35653
Docketed Total: $975,624.35

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $975,624.35 | | |

Case Number: 08-35653
Modified Total: $975,624.35

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $975,624.35 |

---

*    "UNL" denotes an unliquidated claim.

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8828**
Date Filed: 01/30/2009
Docketed Total:   $3,189.74
Filing Creditor Name and Address:
  STEELE, PHILLIP LEE
  1208 DAWKINS ST
  B
  DURHAM, NC 27707

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| STEELE, PHILLIP LEE 1208 DAWKINS ST B DURHAM, NC 27707 | Docketed Total: | **$3,189.74** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $3,189.74 | | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | **$3,189.74** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,189.74 |

---

**Claim: 1632**
Date Filed: 11/28/2008
Docketed Total:   $11,614.50
Filing Creditor Name and Address:
  STRUCTURED WIRING
  SOLUTIONS INC
  1503 5 VILLAGE DR
  WILMINGTON, NC 28401

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| STRUCTURED WIRING SOLUTIONS INC 1503 5 VILLAGE DR WILMINGTON, NC 28401 | Docketed Total: | **$11,614.50** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $11,614.50 | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | **$11,614.50** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $11,614.50 |

---

**Claim: 9273**
Date Filed: 01/30/2009
Docketed Total:   $20,000.00
Filing Creditor Name and Address:
  SUNTECH SERVICES OF FLORIDA
  1024 ROYAL BIRKDALE DR
  TARPON SPRINGS, FL 34688

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| SUNTECH SERVICES OF FLORIDA 1024 ROYAL BIRKDALE DR TARPON SPRINGS, FL 34688 | Docketed Total: | **$20,000.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $20,000.00 | | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | **$20,000.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $20,000.00 |

---

**Claim: 5227**
Date Filed: 01/26/2009
Docketed Total:   $5,000.00
Filing Creditor Name and Address:
  SWATZEL, DANNY
  700 LINDELL BLVD
  NO 7 218A
  DEL RAY BEACH, FL 33444

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| SWATZEL, DANNY 700 LINDELL BLVD NO 7 218A DEL RAY BEACH, FL 33444 | Docketed Total: | **$5,000.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $900.00 | | $4,100.00 |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | **$5,000.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $5,000.00 |

---

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 3703    Filed 06/22/09    Entered 06/22/09 20:15:14    Desc Main
Case No. 08-35653 (KRH)                        Document        Page 62 of 68    Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
                                                                                Misclassified Claims To General Unsecured, Non-Priority Claims)

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 304**
Date Filed:   11/20/2008
Docketed Total:    $20,070.00
Filing Creditor Name and Address:
 TECH CONNECTORS LLC
 470 MISSION ST STE 2
 CAROL STREAM, IL. 60188

Claim Holder Name and Address
 TECH CONNECTORS LLC
 470 MISSION ST STE 2
 CAROL STREAM, IL 60188

Case Number:   08-35653
Docketed Total:   $20,070.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $20,070.00 |

Case Number:   08-35653
Modified Total:   $20,070.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $20,070.00 |

---

**Claim: 1746**
Date Filed:   12/16/2008
Docketed Total:    $19,118.50
Filing Creditor Name and Address:
 TECHEAD
 111 N 17TH ST
 RICHMOND, VA 23219

Claim Holder Name and Address
 TECHEAD
 111 N 17TH ST
 RICHMOND, VA 23219

Case Number:   08-35653
Docketed Total:   $19,118.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $19,118.50 | |

Case Number:   08-35653
Modified Total:   $19,118.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $19,118.50 |

---

**Claim: 4712**
Date Filed:   01/23/2009
Docketed Total:    $19,118.50
Filing Creditor Name and Address:
 TECHEAD
 111 N 17TH ST
 RICHMOND, VA 23219

Claim Holder Name and Address
 TECHEAD
 111 N 17TH ST
 RICHMOND, VA 23219

Case Number:   08-35653
Docketed Total:   $19,118.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $19,118.50 | |

Case Number:   08-35653
Modified Total:   $19,118.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $19,118.50 |

---

**Claim: 3624**
Date Filed:   01/15/2009
Docketed Total:    $79,156.55
Filing Creditor Name and Address:
 THE IRVINE COMPANY FASHION
 ISLAND SHOPPING CENTER
 BEWLEY LASSLEBEN & MILLER
 13215 E PENN ST STE 510
 WHITTIER, CA 90602

Claim Holder Name and Address
 THE IRVINE COMPANY FASHION
 ISLAND SHOPPING CENTER
 BEWLEY LASSLEBEN & MILLER
 13215 E PENN ST STE 510
 WHITTIER, CA 90602

Case Number:   08-35653
Docketed Total:   $79,156.55

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $79,156.55 | |

Case Number:   08-35653
Modified Total:   $79,156.55

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $79,156.55 |

*      "UNL" denotes an unliquidated claim.

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims To General Unsecured, Non-Priority Claims)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 3919<br>Date Filed: 01/15/2009<br>Docketed Total: $90,560.09<br>Filing Creditor Name and Address:<br>THE IRVINE COMPANY THE<br>MARKET PLACE<br>C O ERNIE ZACHARY PARK<br>BEWLEY LASSLEBEN & MILLER<br>13215 E PENN ST STE 510<br>WHITTIER, CA 90602 | Claim Holder Name and Address<br><br>THE IRVINE COMPANY THE<br>MARKET PLACE<br>C O ERNIE ZACHARY PARK<br>BEWLEY LASSLEBEN & MILLER<br>13215 E PENN ST STE 510<br>WHITTIER, CA 90602 | Case Number: 08-35654<br><br>Docketed Total: $90,560.09 | | Case Number: 08-35654<br><br>Modified Total: $90,560.09 |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority $90,560.09  Unsecured | | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured $90,560.09 |
| Claim: 11814<br>Date Filed: 03/20/2009<br>Docketed Total: $1,815.46<br>Filing Creditor Name and Address:<br>THE LANDING AT ARBOR PLACE<br>II LLC<br>HUSCH BLACKWELL SANDERS<br>LLP<br>2030 HAMILTON PL BLVD STE 150<br>CHATTANOOGA, TN 37421 | Claim Holder Name and Address<br><br>THE LANDING AT ARBOR PLACE II<br>LLC<br>HUSCH BLACKWELL SANDERS LLP<br>2030 HAMILTON PL BLVD STE 150<br>CHATTANOOGA, TN 37421 | Case Number: 08-35653<br><br>Docketed Total: $1,815.46 | | Case Number: 08-35653<br><br>Modified Total: $1,815.46 |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority $1,815.46  Unsecured | | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured $1,815.46 |
| Claim: 5079<br>Date Filed: 01/21/2009<br>Docketed Total: $35,107.00<br>Filing Creditor Name and Address:<br>THE PARKES COMPANIES INC<br>SMITH CASHION & ORR PLC<br>231 THIRD AVE N<br>NASHVILLE, TN 37201 | Claim Holder Name and Address<br><br>THE PARKES COMPANIES INC<br>SMITH CASHION & ORR PLC<br>231 THIRD AVE N<br>NASHVILLE, TN 37201 | Case Number: 08-35653<br><br>Docketed Total: $35,107.00 | | Case Number: 08-35653<br><br>Modified Total: $35,107.00 |
| | 503(b)(9)  Reclamation  Admin  Secured $35,107.00  Priority  Unsecured | | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured $35,107.00 |

*     "UNL" denotes an unliquidated claim.

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 5327**
Date Filed:  01/23/2009
Docketed Total:  $1,923.27
Filing Creditor Name and Address:
  THOMPSON BUILDING
  MATERIALS FONTANA
  PO BOX 950
  FONTANA, CA 92334

Claim Holder Name and Address | Case Number:    08-35653
THOMPSON BUILDING MATERIALS FONTANA
PO BOX 950
FONTANA, CA 92334
Docketed Total:    $1,923.27

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $1,923.27 | | |

Case Number:    08-35653
Modified Total:    $1,923.27

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,923.27 |

---

**Claim: 5363**
Date Filed:  01/23/2009
Docketed Total:  $9,420.53
Filing Creditor Name and Address:
  THOMPSON BUILDING
  MATERIALS FONTANA
  PO BOX 950
  FONTANA, CA 92334

Claim Holder Name and Address | Case Number:    08-35653
THOMPSON BUILDING MATERIALS FONTANA
PO BOX 950
FONTANA, CA 92334
Docketed Total:    $9,420.53

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $9,420.53 | | |

Case Number:    08-35653
Modified Total:    $9,420.53

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $9,420.53 |

---

**Claim: 1459**
Date Filed:  12/16/2008
Docketed Total:  $14,958.40
Filing Creditor Name and Address:
  TMLP
  PO BOX 870
  TAUNTON, MA 02780-0870

Claim Holder Name and Address | Case Number:    08-35653
TMLP
PO BOX 870
TAUNTON, MA 02780-0870
Docketed Total:    $14,958.40

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $14,958.40 | | |

Case Number:    08-35653
Modified Total:    $14,958.40

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $14,958.40 |

---

**Claim: 9648**
Date Filed:  01/30/2009
Docketed Total:  $6,393,681.50
Filing Creditor Name and Address:
  TOSHIBA AMERICA CONSUMER
  PRODUCTS LLC
  1 CORPORATE CTR
  10451 MILL RUN CIR STE 1000
  OWINGS MILLS, MD 21117

Claim Holder Name and Address | Case Number:    08-35653
TOSHIBA AMERICA CONSUMER PRODUCTS LLC
1 CORPORATE CTR
10451 MILL RUN CIR STE 1000
OWINGS MILLS, MD 21117
Docketed Total:    $6,393,681.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $6,393,681.50 | | | |

Case Number:    08-35653
Modified Total:    $6,393,681.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $6,393,681.50 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc., et al. Case 08-35653-KRH    Doc 3703    Filed 06/22/09    Entered 06/22/09 20:15:14    Desc Main

Case No. 08-35653 (KRH)

Document    Page 65 of 68

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 9391**
Date Filed: 01/30/2009
Docketed Total: $14,400,858.33
Filing Creditor Name and Address:
  TOSHIBA AMERICA
  INFORMATION SYSTEMS INC
  1 CORPORATE CTR
  10451 MILL RUN CIR STE 1000
  OWINGS MILLS, MD 21117

Claim Holder Name and Address
TOSHIBA AMERICA INFORMATION SYSTEMS INC
1 CORPORATE CTR
10451 MILL RUN CIR STE 1000
OWINGS MILLS, MD 21117

Case Number: 08-35653
Docketed Total: $14,400,858.33

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $14,400,858.33 | | | |

Case Number: 08-35653
Modified Total: $14,400,858.33

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $14,400,858.33 |

---

**Claim: 5470**
Date Filed: 01/26/2009
Docketed Total: $1,200.00
Filing Creditor Name and Address:
  TOWN OF NATICK
  MASSACHUSETTS
  13 E CENTRAL ST
  NATICK, MA 01760

Claim Holder Name and Address
TOWN OF NATICK
MASSACHUSETTS
13 E CENTRAL ST
NATICK, MA 01760

Case Number: 08-35653
Docketed Total: $1,200.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $1,200.00 | | |

Case Number: 08-35653
Modified Total: $1,200.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,200.00 |

---

**Claim: 8373**
Date Filed: 01/29/2009
Docketed Total: $619,202.40
Filing Creditor Name and Address:
  TRANE US INC
  MARK O ANDERSON
  1700 IDS CTR
  MINNEAPOLIS, MN 55402

Claim Holder Name and Address
TRANE US INC
MARK O ANDERSON
1700 IDS CTR
MINNEAPOLIS, MN 55402

Case Number: 08-35653
Docketed Total: $619,202.40

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $619,202.40 | | |

Case Number: 08-35653
Modified Total: $619,202.40

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $619,202.40 |

---

**Claim: 9205**
Date Filed: 01/30/2009
Docketed Total: $37,119.74
Filing Creditor Name and Address:
  TRANE US INC
  MARK O ANDERSON
  1700 IDS CTR
  MINNEAPOLIS, MN 55402

Claim Holder Name and Address
TRANE US INC
MARK O ANDERSON
1700 IDS CTR
MINNEAPOLIS, MN 55402

Case Number: 08-35654
Docketed Total: $37,119.74

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $37,119.74 | | |

Case Number: 08-35654
Modified Total: $37,119.74

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $37,119.74 |

---

*    "UNL" denotes an unliquidated claim.

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| Claim: 9206<br>Date Filed:  01/30/2009<br>Docketed Total:  $105,247.60<br>Filing Creditor Name and Address:<br>  TRANE US INC<br>  MARK O ANDERSON<br>  1700 IDS CTR<br>  MINNEAPOLIS, MN 55402 | Claim Holder Name and Address  Case Number: 08-35653<br>TRANE US INC  Docketed Total: **$105,247.60**<br>MARK O ANDERSON<br>1700 IDS CTR<br>MINNEAPOLIS, MN 55402<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                      $105,247.60                    | Case Number: 08-35653<br>Modified Total: **$105,247.60**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                          $105,247.60 |
| Claim: 9207<br>Date Filed:  01/30/2009<br>Docketed Total:  $294,806.74<br>Filing Creditor Name and Address:<br>  TRANE US INC<br>  MARK O ANDERSON<br>  1700 IDS CTR<br>  MINNEAPOLIS, MN 55402 | Claim Holder Name and Address  Case Number: 08-35657<br>TRANE US INC  Docketed Total: **$294,806.74**<br>MARK O ANDERSON<br>1700 IDS CTR<br>MINNEAPOLIS, MN 55402<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                      $294,806.74                    | Case Number: 08-35657<br>Modified Total: **$294,806.74**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                          $294,806.74 |
| Claim: 9171<br>Date Filed:  01/30/2009<br>Docketed Total:  $20,000.00<br>Filing Creditor Name and Address:<br>  TRAVIS, RAYANNA<br>  4575 FULCHER RD<br>  HEPHZIBAH, GA 30815 | Claim Holder Name and Address  Case Number: 08-35653<br>TRAVIS, RAYANNA  Docketed Total: **$20,000.00**<br>4575 FULCHER RD<br>HEPHZIBAH, GA 30815<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                      $20,000.00                    | Case Number: 08-35653<br>Modified Total: **$20,000.00**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                          $20,000.00 |
| Claim: 7434<br>Date Filed:  01/27/2009<br>Docketed Total:  $22,440.00<br>Filing Creditor Name and Address:<br>  TYSONS 3 LLC C O ZIEGLER<br>  COMPANIES LLC<br>  2300 WILSON BLVD 7TH FL<br>  ARLINGTON, VA 22201 | Claim Holder Name and Address  Case Number: 08-35653<br>TYSONS 3 LLC C O ZIEGLER  Docketed Total: **$22,440.00**<br>COMPANIES LLC<br>2300 WILSON BLVD 7TH FL<br>ARLINGTON, VA 22201<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                      $22,440.00                    | Case Number: 08-35653<br>Modified Total: **$22,440.00**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                          $22,440.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 3739**
Date Filed: 01/14/2009
Docketed Total: $120,225.00
Filing Creditor Name and Address:
UNION COUNTY
CONSTRUCTION GROUP INC
STEVENS & LEE PC
1818 MARKET ST 29TH FL
PHILADELPHIA, PA 19103

Claim Holder Name and Address — Case Number: 08-35653
UNION COUNTY CONSTRUCTION GROUP INC
STEVENS & LEE PC
1818 MARKET ST 29TH FL
PHILADELPHIA, PA 19103
Docketed Total: $120,225.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $120,225.00 | | |

Case Number: 08-35653
Modified Total: $120,225.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $120,225.00 |

---

**Claim: 3952**
Date Filed: 01/12/2009
Docketed Total: $241.00
Filing Creditor Name and Address:
VALLEY FAMILY PHYSICIAN CARE
1868 SPARKMAN DR
HUNTSVILLE, AL 35816

Claim Holder Name and Address — Case Number: 08-35653
VALLEY FAMILY PHYSICIAN CARE
1868 SPARKMAN DR
HUNTSVILLE, AL 35816
Docketed Total: $241.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $241.00 | |

Case Number: 08-35653
Modified Total: $241.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $241.00 |

---

**Claim: 10435**
Date Filed: 02/17/2009
Docketed Total: $338,000.00
Filing Creditor Name and Address:
VELEZ, JOSE
100 ALABAMA ST  SW  SUITE 4R30
ATLANTA, GA 30303

Claim Holder Name and Address — Case Number: 08-35653
VELEZ, JOSE
100 ALABAMA ST  SW  SUITE 4R30
ATLANTA, GA 30303
Docketed Total: $338,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $10,000.00 | $328,000.00 |

Case Number: 08-35653
Modified Total: $338,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $338,000.00 |

---

**Claim: 5300**
Date Filed: 01/26/2009
Docketed Total: $27,498.74
Filing Creditor Name and Address:
WALTER E HARTMAN & SALLY J
HARTMAN AS TRUSTEES OF THE
HARTMAN 1995 OHIO PROPERTY
PO BOX 3416
VENTURA, CA 93006

Claim Holder Name and Address — Case Number: 08-35653
WALTER E HARTMAN & SALLY J
HARTMAN AS TRUSTEES OF THE
HARTMAN 1995 OHIO PROPERTY
PO BOX 3416
VENTURA, CA 93006
Docketed Total: $27,498.74

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $27,498.74 | | |

Case Number: 08-35653
Modified Total: $27,498.74

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $27,498.74 |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim:** 3476<br>Date Filed: 01/13/2009<br>Docketed Total: $91.70<br>Filing Creditor Name and Address:<br>WILSON, LONNIE<br>2531 EL CAPITAN DR<br>TURLOCK, CA 95380-0000 | Claim Holder Name and Address<br><br>WILSON, LONNIE<br>2531 EL CAPITAN DR<br>TURLOCK, CA 95380-0000 | | Case Number:<br><br>Docketed Total: | | 08-35653<br><br>**$91.70** | | | | Case Number:<br><br>Modified Total: | | 08-35653<br><br>**$91.70** | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | |
| | | | | $91.70 | | | | | | | | $91.70 | |
| **Claim:** 5898<br>Date Filed: 01/26/2009<br>Docketed Total: $561.62<br>Filing Creditor Name and Address:<br>WYOMING, STATE OF<br>2515 WARREN AVE STE 502<br>CHEYENNE, WY 82002 | Claim Holder Name and Address<br><br>WYOMING, STATE OF<br>2515 WARREN AVE STE 502<br>CHEYENNE, WY 82002 | | Case Number:<br><br>Docketed Total: | | 08-35654<br><br>**$561.62** | | | | Case Number:<br><br>Modified Total: | | 08-35654<br><br>**$561.62** | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | |
| | | | | $561.62 | | | | | | | | $561.62 | |
| **Claim:** 2591<br>Date Filed: 01/05/2009<br>Docketed Total: $599.99<br>Filing Creditor Name and Address:<br>YOUNG, JACKSON H<br>1958 FARLEY DR<br>WILMINGTON, NC 28405 | Claim Holder Name and Address<br><br>YOUNG, JACKSON H<br>1958 FARLEY DR<br>WILMINGTON, NC 28405 | | Case Number:<br><br>Docketed Total: | | 08-35653<br><br>**$599.99** | | | | Case Number:<br><br>Modified Total: | | 08-35653<br><br>**$599.99** | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | |
| | | | | $599.99 | | | | | | | | $599.99 | |
| | | | | | | | **Total Claims To Be Modified: 196**<br><br>**Total Amount As Docketed:**    $153,847,470.60<br><br>**Total Amount As Modified:**    $153,847,470.60 | | | | | | |

\*    "UNL" denotes an unliquidated claim.