# EXHIBIT 2

# MERCHANT EQUITY NY INC
### NEW YORK

May, 21 2009

Mr. James Avallone
DJM Realty
445 Broadhollow Road
Suite 225
Melville, NY 11747

**RE: 340 W. Army Trail Road – Circuit City Stores**

Dear James,

    I have enclosed a stalking horse offer to purchase the leasehold interest in the Bloomingdale, Minnesota Circuit City store at 340 West Army Trail Road, Bloomingdale, Minnesota, as follows:

| | |
|---|---|
| Purchaser- | Merchant Equity NY, Inc. |
| Seller- | Circuit City Stores |
| Price- | $175,000 |
| Terms- | Cash |
| Settlement- | 30 Days from the confirmation of receipt of the lease and all related documents including tax bills, CAM bills, other municipal assessments inclusive of the Dollar Tree sublease file. |
| Break up Fee- | To the extent the leasehold is sold by Circuit City to a third party a break up fee of $40,000 will be paid to Merchant Equity NY Inc. |
| Contingencies- | Estoppels from Dollar Tree and the Fee Holder must be delivered in customary form and substance prior to closing. |

    We intend to participate in the auction; could you please provide us with call-in numbers

Very Truly Yours,

Merchant Equity NY Inc.

By: _____
John B. Mannix
President

CC: Kelly Lazaroff

200 Park Avenue South, Suite 1618, New York, NY 10003 Tel: 212.750.1385 Fx: 212.750.9514