# EXHIBIT 5

**From:** Lazaroff, Kelly A [Kelly.Lazaroff@skadden.com]
**Sent:** Friday, May 22, 2009 9:57 AM
**To:** John Mannix
**Subject:** RE: 340 W. Army Trail Road - Order
**Attachments:** chi2-754842-1.doc

Order attached.

Estoppels coming soon.

---

**From:** John Mannix [mailto:jmannix@merchantequity.net]
**Sent:** Friday, May 22, 2009 6:57 AM
**To:** Lazaroff, Kelly A (CHI)
**Subject:** Re: 340 W. Army Trail Road

Yes we will remove contingencies as described but will need immediate delivery of some documents to review, a full detailing of which we will deliver later today. Thanks

---

**From:** Lazaroff, Kelly A <Kelly.Lazaroff@skadden.com>
**To:** John Mannix
**Cc:** Alexandria Lucas; Fredericks, Ian S <Ian.Fredericks@skadden.com>
**Sent:** Thu May 21 12:37:41 2009
**Subject:** RE: 340 W. Army Trail Road

John,

While we are pleased to have received Merchant Equity's bid for the Bloomingdale property, there are two (related) problems.

We are up against an outside date of June 8 to assume or reject the leases. Based on the extremely compressed time frame, the Settlement and Contingencies provisions would have to come out.

Please advise if you are willing to proceed with these provisions taken out.

Thanks,
Kelly

**Kelly A. Lazaroff**
Associate, Corporate Restructuring
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive | Chicago | Illinois | 60606-1285
T: 312.407.0617 | F: 312.827.9475
kelly.lazaroff@skadden.com

---

**From:** Alexandria Lucas [mailto:alucas@merchantequity.net]
**Sent:** Thursday, May 21, 2009 11:32 AM
**To:** javallone@djmrealty.com
**Cc:** Lazaroff, Kelly A (CHI); John Mannix
**Subject:** 340 W. Army Trail Road

---
****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly