# EXHIBIT 8

| | |
|---|---|
| **From:** | Lazaroff, Kelly A [Kelly.Lazaroff@skadden.com] |
| **Sent:** | Wednesday, June 10, 2009 11:07 AM |
| **To:** | Alexandria Lucas |
| **Cc:** | John Mannix; Foley, Douglas M. |
| **Subject:** | RE: CC-Bloomingdale final agreement |
| **Attachments:** | ExC.pdf; ExB.doc |

-----Original Message-----
From: Alexandria Lucas [mailto:alucas@merchantequity.net]
Sent: Wednesday, June 10, 2009 10:04 AM
To: Lazaroff, Kelly A (CHI)
Subject: RE: CC-Bloomingdale final agreement

I am in receipt of the attached agreement. Since there has been changes made to the body of the agreement, and you are using a signature page from a previously signed agreement, this is not valid. John Mannix is not available at this time to review the new agreement and sign it.

Can you please provide me with the exhibits B and C from the court order?

---

From: Lazaroff, Kelly A [Kelly.Lazaroff@skadden.com]
Sent: Wednesday, June 10, 2009 10:40 AM
To: John Mannix; Alexandria Lucas
Cc: 'Foley, Douglas M.'
Subject: CC-Bloomingdale final agreement

We are submitting the attached agreement, now consistent with the order terms, by noon (et)is what we are submitting with the order and which is now consistent with the order terms.

Kelly A. Lazaroff
Associate, Corporate Restructuring
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive | Chicago | Illinois | 60606-1285
T: 312.407.0617 | F: 312.827.9475
kelly.lazaroff@skadden.com

------------------------------------------------------------------------------
*****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
*****************************************************
*****************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*****************************************************