Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   Case No. 08-35653 (KRH)
et al.,                        :
                               :
            Debtors.           :   Jointly Administered
- - - - - - - - - - - - - - - x

**DEBTORS' TWENTY-SECOND OMNIBUS
OBJECTION TO CLAIMS (DISALLOWANCE OF
CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR)**

The debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"),[1] hereby file their Twenty-Second Omnibus Objection to Claims (Disallowance of Certain Claims Filed Against the Wrong Debtor) (the "Objection"), and hereby move this Court, pursuant to sections 105 and 502 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for an order, the proposed form of which is attached hereto as Exhibit A, granting the relief sought by this Objection, and in support thereof state as follows:

## JURISDICTION AND VENUE

1.    This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, INC. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

and this Motion in this district is proper under 28 U.S.C.
§§ 1408 and 1409.  The statutory and legal predicates for
the relief requested herein are Bankruptcy Code sections 105
and 502, and Rule 3007 of the Federal Rules of Bankruptcy
Procedure.

**BACKGROUND**

2.    On November 10, 2008 (the "Petition Date"), the
Debtors filed voluntary petitions in this Court for relief
under chapter 11 of the Bankruptcy Code.

3.    The Debtors continue to manage and operate their
businesses as debtors in possession pursuant to Bankruptcy
Code sections 1107 and 1108.

4.    On November 12, 2008, the Office of the United
States Trustee for the Eastern District of Virginia
appointed a statutory committee of unsecured creditors (the
"Creditors' Committee").  To date, no trustee or examiner
has been appointed in these chapter 11 cases.

5.    On November 12, 2008, the Court appointed Kurtzman
Carson Consultants LLC ("KCC") as claims, noticing and
balloting agent for the Debtors in these chapter 11 cases
pursuant to 28 U.S.C. § 156(c).

6.    On December 10, 2009, the Court entered that
certain Order Pursuant to Bankruptcy Code Sections 105 and

502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the "Claims Bar Date Order").

7.   Pursuant to the Claims Bar Date Order, the deadline for filing all "claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the "General Bar Date").  The deadline for governmental units to file claims that arose before November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar Date").  Pursuant to the Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date Order (the "Claims Bar Date Notice").[2]

8.   On December 17 and 19, 2008, KCC served a copy of the Claims Bar Date Notice on all parties who filed notices

_____

[2] On November 12, 2008, this Court entered that certain Order Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims Under Bankruptcy Code Sections 105 and 503(b)(9) and Approving Form, Manner and Sufficiency of Notice of the Bar Date Pursuant to Bankruptcy Rule 9007 (Docket No. 107)(the "503(b)(9) Bar Date Order").  Pursuant to the 503(b)(9) Bar Date Order, this Court approved the form and manner of the 503(b)(9) bar date notice, which was attached as Exhibit A to the 503(b)(9) Bar Date Order (the "503(b)(9) Bar Date Notice").  Pursuant to the 503(b)(9) Bar Date Order and 503(b)(9) Bar Date Notice, the bar date for filing proofs of claim asserting administrative priority claims pursuant to section 503(b)(9) of the Bankruptcy Code was on December 19, 2008 (the "503(b)(9) Bar Date").

of appearance pursuant to Bankruptcy Rule 2002, all of the
Debtors' scheduled creditors in these cases, the Debtors'
equity holders, and certain other parties (Docket No. 1314).
In addition, the Debtors published the Claims Bar Date
Notice in <u>The Wall Street Journal</u> (Docket No. 1395) and <u>The
Richmond Times-Dispatch</u> (Docket No. 1394).

9.   On January 16, 2009, the Court authorized the
Debtors, among other things, to conduct going out of
business sales at the Debtors' remaining 567 stores pursuant
to an agency agreement (the "Agency Agreement") between the
Debtors and a joint venture, as agent (the "Agent").  On
January 17, 2009, the Agent commenced going out of business
sales pursuant to the Agency Agreement at the Debtors'
remaining stores.  As of March 8, 2009, the going out of
business sales at the Debtors' remaining stores had been
completed.

10.   On April 1, 2009, this Court entered an Order
Establishing Omnibus Objection Procedures and Approving the
Form and Manner of Notice of Omnibus Objections (Docket No.
2881)(the "Omnibus Objection Procedures Order").

## OBJECTIONS TO CLAIMS

11.   As more particularly described herein, the Debtors
seek in this Objection the disallowance of certain claims

filed against the wrong Debtor, all as further described herein and pursuant to the form of order attached hereto as Exhibit A.

12.  The claims that are the subject of this Objection may be the subject to additional subsequently filed objections against a different Debtor.

13.  The Debtors reserve the right to further object to any and all claims, whether or not the subject of this Objection, for allowance, voting, and/or distribution purposes, and on any other grounds.  The Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any claim or claimant herein.

14.  Attached as Exhibit B is an alphabetical listing of all claimants included in this Objection, with a cross-reference by claim number, and the exhibit upon which the claimant's claim is located.  The basis for this Objection is that the claims are filed against the wrong Debtor.  This Objection includes thirty-six (36) claims, which are all listed on Exhibit B.  See Rule 3007(e)(1) and (2).

### WRONG DEBTOR CLAIMS

15.  Exhibit C contains a listing of claims that were filed by alleged creditors who filed two (2) or more proofs of claim against different Debtors, in essentially the same

amount, asserting essentially the same liability, based upon the same underlying basis and claim, and asserting the same classification (collectively, the "Claims").

16.    The Debtors have reviewed the Claims, the accompanying information, and the Debtors' books and records and reconciled any possible alleged debt obligations solely as to the only potential Debtor entity.[3]  The Debtors are continuing to review their books and records to reconcile the potential liabilities alleged in the Claims.  By this Objection, the Debtors have solely identified any potential liability as to the only potential Debtor entity. Notwithstanding anything provided herein, the Debtors do not consent to any liability with respect to any of the Claims contained in this Objection.

17.    The Debtors object to the Claims because, among other reasons, the amounts and basis of the Claims are against the wrong Debtor(s).  Also, the Claims set forth in another proof of claim filed by the same Claimant against a different Debtor.  The Debtor entity against which the Claims listed under "Claim to be Disallowed" listed on Exhibit C has no possible liability on account of such

---

[3]    The Debtors continue to review the Claims regarding the alleged amounts and bases for the claims, and reserve the right to object to the Claims on any other additional grounds.

claim.  Accordingly, the Claims listed on Exhibit C listed under "Claim to Be Disallowed" should be disallowed for all purposes in these bankruptcy cases.  The claims listed under "Surviving Claim" on Exhibit C (the "Surviving Claims") and shall remain in effect are not affected by this Objection; provided, however, that such Surviving Claim may be the subject of a separate objection.

18.  It is essential for the Debtors to establish the proper liabilities asserted against them.  In order to achieve the imperative of finality in the claims process, the Debtors request that this Court disallow, in their entirety and for all purposes in these bankruptcy cases, the Claims in this Objection.

19.  The Debtors reserve the right to object to all of the claims set forth in this Objection on any other grounds at any time.

**RESERVATION OF RIGHTS**

20.  As noted above, the Debtors reserve their rights to file objections to the Claims at a later time on any grounds that bankruptcy or non-bankruptcy law permits.  The Debtors likewise reserve the right to modify, supplement and/or amend this Objection as it pertains to any claim or claimant herein.

## NOTICE AND PROCEDURE

21.   Notice of this Objection has been provided to all
Claimants with claims that are the subject to this Objection
as identified on Exhibit C in accordance with the Omnibus
Objection Procedures Order, and to parties-in-interest in
accordance with the Court's Order Pursuant to Bankruptcy
Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007,
and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing
Certain Notice, Case Management and Administrative
Procedures (Docket No. 130) (the "Case Management Order").
The Debtors submit that the following methods of service
upon the Claimants should be deemed by the Court to
constitute due and sufficient service of this Objection: (a)
service in accordance with Federal Rule of Bankruptcy
Procedure 7004 and the applicable provisions of Federal Rule
of Civil Procedure 4; (b) to the extent counsel for a
Claimant is not known to the Debtors, by first class mail,
postage prepaid, on the signatory of the Claimant's proof of
claim form or other representative identified in the proof
of claim form or any attachment thereto; or (c) by first
class mail, postage prepaid, on any counsel that has
appeared on the Claimant's behalf in the Debtors' bankruptcy
cases.   The Debtors are serving the Claimant with this

Objection and the Exhibit(s) on which the Claimant's claim is listed.  This service is consistent with the Omnibus Objection Procedures Order.

22.   To the extent any Claimant timely files and properly serves a response to this Objection by **4:00 p.m. (Eastern) on July 16, 2009** as required by the Case Management Order, Omnibus Objection Procedures Order, and under applicable law, and the parties are unable to otherwise resolve the Objection, the Debtors request that the Court conduct a status conference with respect to any such responding claimant at **11:00 a.m. on July 23, 2009** and thereafter schedule the matter for a future hearing as to the merits of such claim.[4]  However, to the extent any Claimant fails to timely file and properly serve a response to this Objection as required by the Case Management Order and applicable law, the Debtors request that the Court enter an order, substantially in the form attached hereto as Exhibit A, disallowing and/or modifying such Claimant's claim(s) for all purposes in these bankruptcy cases.

### COMPLIANCE WITH BANKRUPTCY RULE 3007 AND THE OMNIBUS OBJECTION PROCEDURES ORDER

23.   This Objection complies with Bankruptcy Rule

---

[4]   In accordance with the Omnibus Objection Procedures Order, claimants who respond to the Objection do not need to appear at the status conference.

3007(e).  Additionally, the Debtors submit that this

Objection is filed in accordance with the Omnibus Objection

Procedures Order.

### WAIVER OF MEMORANDUM OF LAW

24.   Pursuant to Local Bankruptcy Rule 9013-1(G), and

because there are no novel issues of law presented in the

Objection, the Debtors request that the requirement that all

motions be accompanied by a written memorandum of law be

waived.

### NO PRIOR RELIEF

25.   No previous request for the relief sought herein

has been made to this Court or any other court.

WHEREFORE, the Debtors request the Court to enter an Order sustaining this Objection and granting such other and further relief as the Court deems appropriate.

Dated: Richmond, Virginia
      June 23, 2009

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

– and –

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

– and –

MCGUIREWOODS LLP

_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors
in Possession

**EXHIBIT A**

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x
```

**ORDER SUSTAINING DEBTORS' TWENTY-SECOND OMNIBUS
OBJECTION TO CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR**

THIS MATTER having come before the Court on the
Debtors' Twenty-Second Omnibus Objection to Certain
Duplicative Claims (the "Objection"), which requested, among
other things, that the claims specifically identified on
Exhibit C attached to the Objection be modified and/or

disallowed for all purposes in these bankruptcy cases as set

forth on Exhibit C for those reasons set forth in the

Objection; and it appearing that due and proper notice and

service of the Objection as set forth therein was good and

sufficient and that no other further notice or service of

the Objection need be given; and it further appearing that

no response was timely filed or properly served by the

Claimants[5] being affected by this Order; and it appearing

that the relief requested on the Objection is in the best

interest of the Debtors, their estates and creditors and

other parties-in-interest; and after due deliberation

thereon good and sufficient cause exists for the granting of

the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.   The Objection is GRANTED.

    2.   The Claims identified on Exhibit A as attached

hereto and incorporated herein, are forever disallowed

and/or modified for all purposes in these bankruptcy cases.

Dated: Richmond, Virginia
       July ____, 2009

---

[5] Capitalized terms used but not defined herein shall have the meanings
assigned to them in the Objection.

_____

HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

       - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

       - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

     Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                    _/s/ Douglas M. Foley_____
                    Douglas M. Foley

\9513726.3

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Second Omnibus Objection to Claims
(Disallowance Of Certain Claims Filed Against The Wrong Debtor)

Exhibit B - Claimants and Related Claims Subject To Twenty-Second Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| 1251 FOURTH STREET INVESTORS LLC AND BEVERLY GEMINI INVESTMENTS LLC | 9271 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| A 1 A LECTRICIAN INC | 9015 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| ALLIANCE ENTERTAINMENT LLC | 1202 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| ALLIANCE ENTERTAINMENT LLC | 928 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| ALLIANCE ENTERTAINMENT LLC | 9833 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| BEAR VALLEY ROAD PARTNERS LLC | 12651 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| CORMARK INC | 7304 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| CRONE & ASSOCIATES INC, JAMES AS AGENT FOR PLAZA LAS PALMAS LLC | 5787 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| DALY CITY PARTNERS I LP | 6750 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| DE RITO PAVILIONS 140 LLC | 4863 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| DETROIT MEDIA PARTNERSHIP | 173 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| EVERGREEN MCDOWELL & PEBBLE CREEK LLC | 11444 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| HAMILTON CHASE SANTA MARIA LLC | 9483 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| HAYWARD 880 LLC | 7168 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| JNWK | 2034 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| LAGUNA GATEWAY PHASE 2 LP | 12918 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| LOOMIS | 5595 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| LOOMIS | 1403 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| MANTECA STADIUM PARK LP | 12659 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| MITAC DIGITAL CORP | 6238 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| OTR CLAIREMONT SQUARE | 12650 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| POINT WEST PLAZA II INVESTORS | 6588 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| SULEKHA ANAND | 7974 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| SULEKHA ANAND | 7972 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| SULEKHA ANAND | 7971 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| SULEKHA ANAND | 7955 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| SULEKHA ANAND | 7968 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| SULEKHA ANAND | 7970 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| SULEKHA ANAND ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED | 9694 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| SULEKHA ANAND ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED | 9700 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| SULEKHA ANAND ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED | 9304 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| SULEKHA ANAND ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED | 9691 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| SULEKHA ANAND ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED | 9419 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| SULEKHA ANAND ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED | 9422 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| TORRANCE TOWNE CENTER ASSOCIATES LLC | 9462 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |
| WRI LAKESIDE MARKETPLACE LLC | 9376 | EXHIBIT C - (DISALLOWANCE OF CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR) |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance Of Certain Claims Filed Against The Wrong Debtor)

### EXHIBIT C

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 9271 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Claim: 9270 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/30/2009 | | Date Filed: 01/30/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| 1251 FOURTH STREET INVESTORS LLC AND | Priority: | 1251 FOURTH STREET INVESTORS LLC AND | Priority: |
| BEVERLY GEMINI INVESTMENTS LLC | Administrative: | BEVERLY GEMINI INVESTMENTS LLC | Administrative: |
| LORI E EROPKIN ESQ SBN 253048 | Unsecured: $2,234,942.29 | LORI E EROPKIN ESQ SBN 253048 | Unsecured: $2,234,942.29 |
| LEVINSON ARSHONSKY & KURTZ LLP | | LEVINSON ARSHONSKY & KURTZ LLP | |
| 15303 VENTURA BLVD STE 1650 | Total: $2,234,942.29 | 15303 VENTURA BLVD STE 1650 | Total: $2,234,942.29 |
| SHERMAN OAKS, CA 91403 | | SHERMAN OAKS, CA 91403 | |
| Claim: 9015 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Claim: 9017 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/30/2009 | | Date Filed: 01/30/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| A 1 A LECTRICIAN INC | Priority: | A 1 A LECTRICIAN INC | Priority: |
| DONALD F KING ESQ | Administrative: | DONALD F KING ESQ | Administrative: |
| ODIN FELDMAN & PITTLEMAN PC | Unsecured: $251,463.00 | ODIN FELDMAN & PITTLEMAN PC | Unsecured: $251,463.00 |
| 9302 LEE HWY NO 1100 | | 9302 LEE HWY NO 1100 | |
| FAIRFAX, VA 22031 | Total: $251,463.00 | FAIRFAX, VA 22031 | Total: $251,463.00 |
| Claim: 9833 | Debtor: CIRCUIT CITY STORES PR, LLC (08-35660) | Claim: 8960 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/30/2009 | Secured: $1,028,153.34 | Date Filed: 01/30/2009 | Secured: $1,028,153.34 |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| ALLIANCE ENTERTAINMENT LLC | Administrative: | ALLIANCE ENTERTAINMENT LLC | Administrative: |
| C O SOURCE INTERLINK COMPANIES INC | Unsecured: | C O SOURCE INTERLINK COMPANIES INC | Unsecured: UNL |
| ATTN DOUGLAS J BATES GEN COUNSEL | | ATTN DOUGLAS J BATES GEN COUNSEL | |
| 27500 RIVERVIEW CTR BLVD | | 27500 RIVERVIEW CTR BLVD | |
| BONITA SPRINGS, FL 34134 | Total: $1,028,153.34 | BONITA SPRINGS, FL 34134 | Total: $1,028,153.34 |
| Claim: 1202 | Debtor: CIRCUIT CITY STORES PR, LLC (08-35660) | Claim: 1442 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/17/2008 | Secured: | Date Filed: 12/17/2008 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| ALLIANCE ENTERTAINMENT LLC | Administrative: $4,010,658.44 | ALLIANCE ENTERTAINMENT LLC | Administrative: $4,010,658.44 |
| C O SOURCE INTERLINK COMPANIES INC | Unsecured: | C O SOURCE INTERLINK COMPANIES INC | Unsecured: UNL |
| ATTN DOUGLAS J BATES GEN COUNSEL | | ATTN DOUGLAS J BATES GEN COUNSEL | |
| 27500 RIVERVIEW CTR BLVD | | 27500 RIVERVIEW CTR BLVD | |
| BONITA SPRINGS, FL 34134 | Total: $4,010,658.44 | BONITA SPRINGS, FL 34134 | Total: $4,010,658.44 |
| Claim: 928 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Claim: 1442 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/17/2008 | | Date Filed: 12/17/2008 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| ALLIANCE ENTERTAINMENT LLC | Priority: | ALLIANCE ENTERTAINMENT LLC | Priority: |
| C O SOURCE INTERLINK COMPANIES INC | Administrative: $4,010,658.44 | C O SOURCE INTERLINK COMPANIES INC | Administrative: $4,010,658.44 |
| ATTN DOUGLAS J BATES GEN COUNSEL | Unsecured: | ATTN DOUGLAS J BATES GEN COUNSEL | Unsecured: UNL |
| 27500 RIVERVIEW CTR BLVD | | 27500 RIVERVIEW CTR BLVD | |
| BONITA SPRINGS, FL 34134 | Total: $4,010,658.44 | BONITA SPRINGS, FL 34134 | Total: $4,010,658.44 |

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance Of Certain Claims Filed Against The Wrong Debtor)

EXHIBIT C

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 7971<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br><br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471 | Debtor: ABBOTT ADVERTISING AGENCY, INC. (08-35665)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 | Claim: 7973<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br><br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 |
| Claim: 7972<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br><br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471 | Debtor: ORBYX ELECTRONICS, LLC (08-35662)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 | Claim: 7973<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br><br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 |
| Claim: 7974<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br><br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471 | Debtor: INTERTAN, INC. (08-35655)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 | Claim: 7973<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br><br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 |
| Claim: 7955<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br><br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 | Claim: 7973<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br><br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 |
| Claim: 7968<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br><br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471 | Debtor: CC DISTRIBUTION COMPANY OF VIRGINIA, INC. (08-35659)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 | Claim: 7973<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br><br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 |

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance Of Certain Claims Filed Against The Wrong Debtor)

### EXHIBIT C

| CLAIM TO BE DISALLOWED * | | | SURVIVING CLAIM * | | |
|---|---|---|---|---|---|
| Claim: 7970 | Debtor: | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) | Claim: 7973 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/29/2009 | | | Date Filed: 01/29/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| ANAND, SULEKHA | Administrative: | | ANAND, SULEKHA | Administrative: | |
| C O CHRISTOPHER A BANDAS | | | C O CHRISTOPHER A BANDAS | | |
| BANDAS LAW FIRM | Unsecured: | $20,000,000.00 | BANDAS LAW FIRM | Unsecured: | $20,000,000.00 |
| 500 N SHORELINE BLVD STE 1020 | | | 500 N SHORELINE BLVD STE 1020 | | |
| CORPUS CHRISTI, TX 78471 | Total: | $20,000,000.00 | CORPUS CHRISTI, TX 78471 | Total: | $20,000,000.00 |
| Claim: 12651 | Debtor: | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Claim: 12653 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 04/30/2009 | | | Date Filed: 04/30/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| BEAR VALLEY ROAD PARTNERS LLC | Administrative: | $36,335.39 | BEAR VALLEY ROAD PARTNERS LLC | Administrative: | $1,004,946.84 |
| ATTN BRAD BECKER | | | ATTN BRAD BECKER | | |
| C O BECKER DEVELOPMENT INVESTMENTS | Unsecured: | $968,611.45 | C O BECKER DEVELOPMENT INVESTMENTS | Unsecured: | |
| 12730 HIGH BLUFF DR | | | 12730 HIGH BLUFF DR | | |
| SAN DIEGO, CA 92130 | Total: | $1,004,946.84 | SAN DIEGO, CA 92130 | Total: | $1,004,946.84 |
| Claim: 7304 | Debtor: | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) | Claim: 7025 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/28/2009 | | | Date Filed: 01/28/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| CORMARK INC | Administrative: | | CORMARK INC | Administrative: | |
| NEIL E MCCULLAGH ESQ | | | NEIL E MCCULLAGH ESQ | | |
| CANTOR ARKEMA PC | Unsecured: | $13,185.58 | CANTOR ARKEMA PC | Unsecured: | $13,185.58 |
| PO BOX 561 | | | PO BOX 561 | | |
| RICHMOND, VA 23218-0561 | Total: | $13,185.58 | RICHMOND, VA 23218-0561 | Total: | $13,185.58 |
| Claim: 5787 | Debtor: | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Claim: 5773 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/26/2009 | | | Date Filed: 01/26/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| CRONE & ASSOCIATES INC, JAMES AS | Administrative: | $626,250.00 | CRONE & ASSOCIATES INC, JAMES AS AGENT | Administrative: | $626,250.00 |
| AGENT FOR PLAZA LAS PALMAS LLC | | | FOR PLAZA LAS PALMAS LLC | | |
| CRONE & ASSOCIATES INC JAMES | Unsecured: | | CRONE & ASSOCIATES INC JAMES | Unsecured: | |
| 101 N BROADWAY | | | 101 N BROADWAY | | |
| ESCONDIDO, CA 92025 | Total: | $626,250.00 | ESCONDIDO, CA 92025 | Total: | $626,250.00 |
| Claim: 6750 | Debtor: | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Claim: 6578 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/28/2009 | | | Date Filed: 01/28/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| DALY CITY PARTNERS I LP | Administrative: | | DALY CITY PARTNERS I LP | Administrative: | |
| JULIE H ROME BANKS | | | JULIE H ROME BANKS | | |
| BINDER & MALTER LLP | Unsecured: | $122,184.46 | BINDER & MALTER LLP | Unsecured: | $122,184.46 |
| 2775 PARK AVE | | | 2775 PARK AVE | | |
| SANTA CLARA, CA 95050 | Total: | $122,184.46 | SANTA CLARA, CA 95050 | Total: | $122,184.46 |

Case 08-35653-KRH    Doc 3710    Filed 06/23/09    Entered 06/23/09 18:12:26    Desc Main
Document    Page 21 of 25

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance Of Certain
Claims Filed Against The Wrong Debtor)

EXHIBIT C

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 4863 — Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Date Filed: 01/21/2009<br>Creditor's Name and Address:<br>DE RITO PAVILIONS 140 LLC<br>ADAM B NACH ESQ<br>LANE & NACH PC<br>2025 N 3RD ST STE 157<br>PHOENIX, AZ 85004<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $594,334.52<br>Total: $594,334.52 | Claim: 4911 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/21/2009<br>Creditor's Name and Address:<br>DE RITO PAVILIONS 140 LLC<br>ADAM B NACH ESQ<br>LANE & NACH PC<br>2025 N 3RD ST STE 157<br>PHOENIX, AZ 85004<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $594,334.52<br>Total: $594,334.52 |
| Claim: 173 — Debtor: CIRCUIT CITY STORES PR, LLC (08-35660)<br>Date Filed: 12/01/2008<br>Creditor's Name and Address:<br>DETROIT MEDIA PARTNERSHIP<br>615 WEST LAFAYETTE BLVD<br>DETROIT, MI 48226<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $180,513.98<br>Total: $180,513.98 | Claim: 899 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/03/2008<br>Creditor's Name and Address:<br>DETROIT MEDIA PARTNERSHIP<br>615 WEST LAFAYETTE BLVD<br>DETROIT, MI 48226<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $180,513.98<br>Total: $180,513.98 |
| Claim: 11444 — Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Date Filed: 02/02/2009<br>Creditor's Name and Address:<br>EVERGREEN MCDOWELL & PEBBLE CREEK LLC<br>C O WILLIAM NOVOTNY<br>MARISCAL WEEKS MCINTYRE & FRIEDLANDER PA<br>2901 N CENTRAL AVE STE 200<br>PHOENIX, AZ 85012<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $706,847.80<br>Total: $706,847.80 | Claim: 11269 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 02/02/2009<br>Creditor's Name and Address:<br>EVERGREEN MCDOWELL & PEBBLE CREEK LLC<br>C O WILLIAM NOVOTNY<br>MARISCAL WEEKS MCINTYRE & FRIEDLANDER PA<br>2901 N CENTRAL AVE STE 200<br>PHOENIX, AZ 85012<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $706,847.80<br>Total: $706,847.80 |
| Claim: 9483 — Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>HAMILTON CHASE SANTA MARIA LLC<br>ATTN MARK SHINDERMAN AND SETH GOLDMAN<br>MUNGER TOLLES & OLSON LLP<br>355 S GRAND AVE 35TH FL<br>LOS ANGELES, CA 90071<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,056,912.41<br>Total: $2,056,912.41 | Claim: 9478 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>HAMILTON CHASE SANTA MARIA LLC<br>ATTN MARK SHINDERMAN AND SETH GOLDMAN<br>MUNGER TOLLES & OLSON LLP<br>355 S GRAND AVE 35TH FL<br>LOS ANGELES, CA 90071<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,056,912.41<br>Total: $2,056,912.41 |

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance Of Certain Claims Filed Against The Wrong Debtor)

EXHIBIT C

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 7168<br>Date Filed: 01/28/2009<br>Creditor's Name and Address:<br><br>HAYWARD 880 LLC<br>1809 7TH AVE STE 1002<br>SEATTLE, WA 98101 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $74,907.39<br><br>Total: $74,907.39 | Claim: 7171<br>Date Filed: 01/28/2009<br>Creditor's Name and Address:<br><br>HAYWARD 880 LLC<br>1809 7TH AVE STE 1002<br>SEATTLE, WA 98101 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $74,907.39<br><br>Total: $74,907.39 |
| Claim: 2034<br>Date Filed: 12/30/2008<br>Creditor's Name and Address:<br><br>JNWK<br>1329 W FM 917<br>JOSHUA, TX 76058 | Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000.00<br><br>Total: $20,000.00 | Claim: 2211<br>Date Filed: 12/31/2008<br>Creditor's Name and Address:<br><br>JNWK<br>1329 W FM 917<br>JOSHUA, TX 76058 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000.00<br><br>Total: $20,000.00 |
| Claim: 12918<br>Date Filed: 04/30/2009<br>Creditor's Name and Address:<br><br>LAGUNA GATEWAY PHASE 2 LP<br>ATTN JOHN L PAPPAS<br>C O PAPPAS INVESTMENTS<br>2020 L ST 5TH FL<br>SACRAMENTO, CA 95814 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $58,908.69<br>Unsecured: $1,142,447.41<br><br>Total: $1,201,356.10 | Claim: 12917<br>Date Filed: 04/30/2009<br>Creditor's Name and Address:<br><br>LAGUNA GATEWAY PHASE 2 LP<br>ATTN JOHN L PAPPAS<br>C O PAPPAS INVESTMENTS<br>2020 L ST 5TH FL<br>SACRAMENTO, CA 95814 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,201,356.10<br><br>Total: $1,201,356.10 |
| Claim: 1403<br>Date Filed: 12/09/2008<br>Creditor's Name and Address:<br><br>LOOMIS<br>2500 CITYWEST BLVD STE NO 900<br>HOUSTON, TX 77042 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $327.79<br><br>Total: $327.79 | Claim: 1653<br>Date Filed: 12/09/2008<br>Creditor's Name and Address:<br><br>LOOMIS<br>2500 CITYWEST BLVD STE NO 900<br>HOUSTON, TX 77042 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $327.79<br><br>Total: $327.79 |
| Claim: 5595<br>Date Filed: 01/12/2009<br>Creditor's Name and Address:<br><br>LOOMIS<br>2500 CITYWEST BLVD STE NO 900<br>HOUSTON, TX 77042 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $327.79<br><br>Total: $327.79 | Claim: 1653<br>Date Filed: 12/09/2008<br>Creditor's Name and Address:<br><br>LOOMIS<br>2500 CITYWEST BLVD STE NO 900<br>HOUSTON, TX 77042 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $327.79<br><br>Total: $327.79 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance Of Certain Claims Filed Against The Wrong Debtor)

EXHIBIT C

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Claim: | 12659 | Debtor: | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Claim: | 12662 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: | 04/30/2009 | | | Date Filed: | 04/30/2009 | |
| Creditor's Name and Address: | | Secured: | | Creditor's Name and Address: | | Secured: |
| | | Priority: | | | | Priority: |
| MANTECA STADIUM PARK LP | | Administrative: | $52,683.77 | MANTECA STADIUM PARK LP | | Administrative: |
| ATTN DONALD GLATTHORN | | Unsecured: | $687,120.27 | ATTN DONALD GLATTHORN | | Unsecured: $739,804.04 |
| C O KITCHELL DEVELOPMENT COMPANY | | | | C O KITCHELL DEVELOPMENT COMPANY | | |
| 703 PALOMAR AIRPORT RD NO 320 | | | | 703 PALOMAR AIRPORT RD NO 320 | | |
| CARLSBAD, CA 92011 | | Total: | $739,804.04 | CARLSBAD, CA 92011 | | Total: $739,804.04 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Claim: | 6238 | Debtor: | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) | Claim: | 6228 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: | 01/26/2009 | Secured: | $2,328,695.86 | Date Filed: | 01/26/2009 | Secured: $2,328,695.86 |
| Creditor's Name and Address: | | Priority: | | Creditor's Name and Address: | | Priority: |
| MITAC DIGITAL CORP | | Administrative: | | MITAC DIGITAL CORP | | Administrative: |
| BRANDY GREEN | | Unsecured: | | BRANDY GREEN | | Unsecured: |
| 471 EL CAMINO REAL | | | | 471 EL CAMINO REAL | | |
| SANTA CLARA, CA 95050 | | Total: | $2,328,695.86 | SANTA CLARA, CA 95050 | | Total: $2,328,695.86 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Claim: | 12650 | Debtor: | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Claim: | 12649 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: | 04/30/2009 | Secured: | | Date Filed: | 04/30/2009 | Secured: |
| Creditor's Name and Address: | | Priority: | | Creditor's Name and Address: | | Priority: |
| OTR CLAIREMONT SQUARE | | Administrative: | $40,641.08 | OTR CLAIREMONT SQUARE | | Administrative: $627,309.41 |
| ATTN JULIA A VISKANTA | | Unsecured: | $586,668.33 | ATTN JULIA A VISKANTA | | Unsecured: |
| C O STATE TEACHERS RETIREMENT SYSTEM OF OHIO | | | | C O STATE TEACHERS RETIREMENT SYSTEM OF OHIO | | |
| 44 MONTGOMERY ST STE 2388 | | Total: | $627,309.41 | 44 MONTGOMERY ST STE 2388 | | Total: $627,309.41 |
| SAN FRANCISCO, CA 94104-4704 | | | | SAN FRANCISCO, CA 94104-4704 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Claim: | 6588 | Debtor: | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Claim: | 6266 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: | 01/27/2009 | Secured: | | Date Filed: | 01/27/2009 | Secured: |
| Creditor's Name and Address: | | Priority: | | Creditor's Name and Address: | | Priority: |
| POINT WEST PLAZA II INVESTORS | | Administrative: | | POINT WEST PLAZA II INVESTORS | | Administrative: |
| ATTN LORENE SUBLETT | | Unsecured: | $126,932.68 | ATTN LORENE SUBLETT | | Unsecured: $126,932.68 |
| C O BUCKEYE PACIFIC INVESTORS | | | | C O BUCKEYE PACIFIC INVESTORS | | |
| 201 HOFFMAN AVE | | | | 201 HOFFMAN AVE | | |
| MONTEREY, CA 93940 | | Total: | $126,932.68 | MONTEREY, CA 93940 | | Total: $126,932.68 |

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance Of Certain Claims Filed Against The Wrong Debtor)

EXHIBIT C

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

**Claim to be disallowed:**
Claim: 9422
Date Filed: 01/30/2009
Creditor's Name and Address:

SULEKHA ANAND ON BEHALF OF HERSELF
AND ALL OTHERS SIMILARLY SITUATED
C O CHRISTOPHER A BANDAS
SULEKHA ANAND
BANDAS LAW FIRM
500 N SHORELINE BLVD STE 1020
CORPUS CHRISTI, TX 78471

Debtor: ABBOTT ADVERTISING AGENCY, INC. (08-35665)
Secured:
Priority:
Administrative:
Unsecured: $20,000,000.00
Total: $20,000,000.00

**Surviving claim:**
Claim: 7973
Date Filed: 01/29/2009
Creditor's Name and Address:

ANAND, SULEKHA
C O CHRISTOPHER A BANDAS
BANDAS LAW FIRM
500 N SHORELINE BLVD STE 1020
CORPUS CHRISTI, TX 78471

Debtor: CIRCUIT CITY STORES, INC. (08-35653)
Secured:
Priority:
Administrative:
Unsecured: $20,000,000.00
Total: $20,000,000.00

---

**Claim to be disallowed:**
Claim: 9700
Date Filed: 01/30/2009
Creditor's Name and Address:

SULEKHA ANAND ON BEHALF OF HERSELF
AND ALL OTHERS SIMILARLY SITUATED
C O CHRISTOPHER A BANDAS
SULEKHA ANAND
BANDAS LAW FIRM
500 N SHORELINE BLVD STE 1020
CORPUS CHRISTI, TX 78471

Debtor: CC DISTRIBUTION COMPANY OF VIRGINIA, INC. (08-35659)
Secured:
Priority:
Administrative:
Unsecured: $20,000,000.00
Total: $20,000,000.00

**Surviving claim:**
Claim: 7973
Date Filed: 01/29/2009
Creditor's Name and Address:

ANAND, SULEKHA
C O CHRISTOPHER A BANDAS
BANDAS LAW FIRM
500 N SHORELINE BLVD STE 1020
CORPUS CHRISTI, TX 78471

Debtor: CIRCUIT CITY STORES, INC. (08-35653)
Secured:
Priority:
Administrative:
Unsecured: $20,000,000.00
Total: $20,000,000.00

---

**Claim to be disallowed:**
Claim: 9419
Date Filed: 01/30/2009
Creditor's Name and Address:

SULEKHA ANAND ON BEHALF OF HERSELF
AND ALL OTHERS SIMILARLY SITUATED
C O CHRISTOPHER A BANDAS
SULEKHA ANAND
BANDAS LAW FIRM
500 N SHORELINE BLVD STE 1020
CORPUS CHRISTI, TX 78471

Debtor: ORBYX ELECTRONICS, LLC (08-35662)
Secured:
Priority:
Administrative:
Unsecured: $20,000,000.00
Total: $20,000,000.00

**Surviving claim:**
Claim: 7973
Date Filed: 01/29/2009
Creditor's Name and Address:

ANAND, SULEKHA
C O CHRISTOPHER A BANDAS
BANDAS LAW FIRM
500 N SHORELINE BLVD STE 1020
CORPUS CHRISTI, TX 78471

Debtor: CIRCUIT CITY STORES, INC. (08-35653)
Secured:
Priority:
Administrative:
Unsecured: $20,000,000.00
Total: $20,000,000.00

---

**Claim to be disallowed:**
Claim: 9694
Date Filed: 01/30/2009
Creditor's Name and Address:

SULEKHA ANAND ON BEHALF OF HERSELF
AND ALL OTHERS SIMILARLY SITUATED
SULEKHA ANAND
C O CHRISTOPHER A BANDAS
500 N SHORELINE BLVD STE 1020
CORPUS CHRISTI, TX 78471

Debtor: INTERTAN, INC. (08-35655)
Secured:
Priority:
Administrative:
Unsecured: $20,000,000.00
Total: $20,000,000.00

**Surviving claim:**
Claim: 7973
Date Filed: 01/29/2009
Creditor's Name and Address:

ANAND, SULEKHA
C O CHRISTOPHER A BANDAS
BANDAS LAW FIRM
500 N SHORELINE BLVD STE 1020
CORPUS CHRISTI, TX 78471

Debtor: CIRCUIT CITY STORES, INC. (08-35653)
Secured:
Priority:
Administrative:
Unsecured: $20,000,000.00
Total: $20,000,000.00

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance Of Certain
Claims Filed Against The Wrong Debtor)

EXHIBIT C

| CLAIM TO BE DISALLOWED * | | | SURVIVING CLAIM * | | |
|---|---|---|---|---|---|
| Claim: 9691 | Debtor: | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Claim: 7973 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/30/2009 | | | Date Filed: 01/29/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| SULEKHA ANAND ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED | Administrative: | | ANAND, SULEKHA C O CHRISTOPHER A BANDAS | Administrative: | |
| SULEKHA ANAND C O CHRISTOPHER A BANDAS | Unsecured: | $20,000,000.00 | BANDAS LAW FIRM 500 N SHORELINE BLVD STE 1020 | Unsecured: | $20,000,000.00 |
| 500 N SHORELINE BLVD STE 1020 CORPUS CHRISTI, TX 78471 | Total: | $20,000,000.00 | CORPUS CHRISTI, TX 78471 | Total: | $20,000,000.00 |
| Claim: 9304 | Debtor: | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) | Claim: 7973 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/30/2009 | | | Date Filed: 01/29/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| SULEKHA ANAND ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED | Administrative: | | ANAND, SULEKHA C O CHRISTOPHER A BANDAS | Administrative: | |
| SULEKHA ANAND C O CHRISTOPHER A BANDAS | Unsecured: | $20,000,000.00 | BANDAS LAW FIRM 500 N SHORELINE BLVD STE 1020 | Unsecured: | $20,000,000.00 |
| 500 N SHORELINE BLVD STE 1020 CORPUS CHRISTI, TX 78471 | Total: | $20,000,000.00 | CORPUS CHRISTI, TX 78471 | Total: | $20,000,000.00 |
| Claim: 9462 | Debtor: | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Claim: 9646 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/30/2009 | | | Date Filed: 01/30/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| TORRANCE TOWNE CENTER ASSOCIATES LLC | Administrative: | $37,400.24 | TORRANCE TOWNE CENTER ASSOCIATES LLC | Administrative: | $37,400.24 |
| C O IAN S LANDSBERG LANDSBERG MARGULIES LLP | Unsecured: | $43,746.09 | C O IAN S LANDSBERG LANDSBERG MARGULIES LLP | Unsecured: | $43,746.09 |
| 16030 VENTURA BLVD STE 470 ENCINO, CA 91436 | Total: | $81,146.33 | 16030 VENTURA BLVD STE 470 ENCINO, CA 91436 | Total: | $81,146.33 |
| Claim: 9376 | Debtor: | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Claim: 9372 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/30/2009 | | | Date Filed: 01/30/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| WRI LAKESIDE MARKETPLACE LLC ATTN JENNY J HYUN ESQ | Administrative: | | WRI LAKESIDE MARKETPLACE LLC ATTN JENNY J HYUN ESQ | Administrative: | |
| C O WEINGARTEN REALTY INVESTORS 2600 CITADEL PLAZA DR STE 125 | Unsecured: | $1,431,093.39 | C O WEINGARTEN REALTY INVESTORS 2600 CITADEL PLAZA DR STE 125 | Unsecured: | $1,431,093.39 |
| HOUSTON, TX 77008 | Total: | $1,431,093.39 | HOUSTON, TX 77008 | Total: | $1,431,093.39 |

Total Claims To Be Disallowed: 36

Total Asserted Amount To Be Disallowed: $263,472,951.88