Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

                - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :    Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :    Case No. 08-35653 (KRH)
et al.,                      :
                             :
            Debtors.         :    Jointly Administered
- - - - - - - - - - - - - - x

**DEBTORS' TWENTY-THIRD OMNIBUS OBJECTION TO CLAIMS
(MODIFACTION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS)**

The debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors"),[1] hereby file

their Twenty-Third Omnibus Objection to Claims (Modification

of Certain Duplicate 503(b)(9) Claims) (the "Objection"),

and hereby move this Court, pursuant to section 502 of title

11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as

amended, the "Bankruptcy Code"), Rule 3007 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and

Local Bankruptcy Rule 3007-1, for an order, the proposed

form of which is attached hereto as Exhibit A, granting the

relief sought by this Objection, and in support thereof

state as follows:

## JURISDICTION AND VENUE

1.    This Court has jurisdiction to consider this

Motion under 28 U.S.C. §§ 157 and 1334.  This is a core

proceeding under 28 U.S.C. § 157(b).  Venue of these cases

and this Motion in this district is proper under 28 U.S.C.

§§ 1408 and 1409.  The statutory and legal predicates for

---

[1]    The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc. (3875),
Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC
(5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia,
Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC
(2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs,
Inc.(6796), Sky Venture Corp. (0311), PRAHS, INC. (n/a), XSStuff, LLC
(9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for
Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard,
Westminster, Colorado 80031.  For all other Debtors, the address is 9950
Mayland Drive, Richmond, Virginia 23233.

the relief requested herein are Bankruptcy Code sections 105, 502, and 503(b)(9) and Rule 3007 of the Federal Rules of Bankruptcy Procedure.

## BACKGROUND

2.    On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

3.    The Debtors continue to manage and operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

4.    On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").  To date, no trustee or examiner has been appointed in these chapter 11 cases.

5.    On November 12, 2008, the Court appointed Kurtzman Carson Consultants LLC ("KCC") as claims, noticing and balloting agent for the Debtors in these chapter 11 cases pursuant to 28 U.S.C. § 156(c).

6.    On November 12, 2008, this Court entered that certain Order Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims Under Bankruptcy Code Sections 105 and 503(b)(9) and Approving Form, Manner

and Sufficiency of Notice of the Bar Date Pursuant to
Bankruptcy Rule 9007 (Docket No. 107)(the "503(b)(9) Bar
Date Order").

7.    Pursuant to the 503(b)(9) Bar Date Order, this
Court approved the form and manner of the 503(b)(9) bar date
notice, which was attached as Exhibit A to the 503(b)(9) Bar
Date Order (the "503(b)(9) Bar Date Notice").  Pursuant to
the 503(b)(9) Bar Date Order and 503(b)(9) Bar Date Notice,
the bar date for filing proofs of claim asserting
administrative priority claims pursuant to section 503(b)(9)
of the Bankruptcy Code was on December 19, 2008 (the
"503(b)(9) Bar Date").

8.    On November 19, 2008, KCC served a copy of the
503(b)(9) Bar Date Notice on all parties who filed notices
of appearance pursuant to Bankruptcy Rule 2002, all of the
Debtors' scheduled creditors in these cases, the Debtors'
equity holders, and certain other parties (Docket No. 358).
In addition, the Debtors published the 503(b)(9) Bar Date
Notice in The New York Times (Docket No. 549), The Wall
Street Journal (Docket No. 548),and The Richmond Times-
Dispatch (Docket No. 547).

9.    On December 10, 2009, the Court entered that
certain Order Pursuant to Bankruptcy Code Sections 105 and

502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I)

Setting General Bar Date and Procedures for Filing Proofs of

Claim; and (II) Approving Form and Manner of Notice Thereof

(Docket No. 890) (the "Claims Bar Date Order").

10.   Pursuant to the Claims Bar Date Order, the

deadline for filing all "claims" (as defined in 11 U.S.C. §

105(5)) arising before November 10, 2008 against the Debtors

by any non-governmental entity was 5:00 p.m. (Pacific) on

January 30, 2009 (the "General Bar Date").  The deadline for

governmental units to file claims that arose before November

10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the

"Governmental Bar Date").  Pursuant to the Claims Bar Date

Order, this Court approved the form and manner of the claims

bar date notice, which was attached as Exhibit A to the

Claims Bar Date Order (the "Claims Bar Date Notice").

11.   On December 17 and 19, 2008, KCC served a copy of

the Claims Bar Date Notice on all parties who filed notices

of appearance pursuant to Bankruptcy Rule 2002, all of the

Debtors' scheduled creditors in these cases, the Debtors'

equity holders, and certain other parties (Docket No. 1314).

In addition, the Debtors published the Claims Bar Date

Notice in The Wall Street Journal (Docket No. 1395) and The

Richmond Times-Dispatch (Docket No. 1394).

12.   On January 16, 2009, the Court authorized the
Debtors, among other things, to conduct going out of
business sales at the Debtors' remaining 567 stores pursuant
to an agency agreement (the "Agency Agreement") between the
Debtors and a joint venture, as agent (the "Agent").   On
January 17, 2009, the Agent commenced going out of business
sales pursuant to the Agency Agreement at the Debtors'
remaining stores.  As of March 8, 2009, the going out of
business sales at the Debtors' remaining stores had been
completed.

13.   On April 1, 2009, this Court entered an Order
Establishing Omnibus Objection Procedures and Approving the
Form and Manner of Notice of Omnibus Objections (Docket No.
2881) (the "Omnibus Objection Procedures Order").

## OBJECTION TO CLAIMS

14.   As more particularly described herein, and as
further illustrated on Exhibit C attached hereto, the
Debtors seek in this Objection the disallowance of certain
duplicative claims, all as further described herein and
pursuant to the form of order attached hereto as Exhibit A.

15.   The claims that are the subject of this Objection
may be the subject to additional subsequently filed
objections.

16.   The Debtors reserve the right to further object to any and all claims, whether or not the subject of this Objection, for allowance, voting, and/or distribution purposes, and on any other grounds.  The Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any claim or claimant herein.

17.   Attached as Exhibit B is an alphabetical listing of all claimants included in this Objection, with a cross-reference by claim number, and the exhibit upon which the claimant's claim is located.  See Bankruptcy Rule 3007(e)(1) and (2).  In addition, this Objection is filed in accordance with this Court's Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

## DUPLICATIVE CLAIMS

18.   Exhibit C contains a listing of claims that were filed by certain claimants (collectively, the "Claimants") who filed two (2) or more proofs of claim, or portions thereof, against the same Debtor asserting the same liability with the same classification (collectively, the "Duplicate Claims").  The Claimants  timely filed proofs of claim asserting administrative priority pursuant to section

503(b)(9) of the Bankruptcy Code (collectively, the
"503(b)(9) Claims") by the 503(b)(9) Bar Date.  Thereafter,
the Claimants filed additional proofs of claim asserting
additional claims against the Debtors (_e.g._, general
unsecured claims), which also reasserted such Claimants'
503(b)(9) claims.  To the extent that the 503(b)(9) Claims
are again asserted in the Duplicate Claims, the portion(s)
of the Duplicate Claims representing duplicate liability
should be disallowed.

19.  The Debtors object to the Duplicate Claims
because, among other reasons, the amounts and basis of a
portion of the Duplicate Claims also are set forth in a
corresponding 503(b)(9) Claim filed by the same Claimant.
Such repetitive claims should be disallowed.  The Duplicate
Claims listed on Exhibit C should be modified for all
purposes in these bankruptcy cases with the "Modified
Surviving Amount" on Exhibit C (collectively, the "Modified
Surviving Claims").  The classification of the Modified
Surviving Claims shall remain as the classification as
filed.

20.  The Debtors reserve the right to object to all of
the claims set forth in this Objection on any other grounds
at any time.

## RESERVATION OF RIGHTS

21.   As noted above, the Debtors reserve their rights to file objections to the Duplicate Claims at a later time on any grounds that bankruptcy or non-bankruptcy law permits.  The Debtors likewise reserve the right to modify, supplement and/or amend this Objection as it pertains to any claim or claimant herein.

## NOTICE AND PROCEDURE

22.   Notice of this Objection has been provided to all claimants with claims that are the subject to this Objection as identified on Exhibit C (the "Claimants"), respectively, and to parties-in-interest in accordance with the Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures (Docket No. 130) (the "Case Management Order").  The Debtors submit that the following methods of service upon the Claimants should be deemed by the Court to constitute due and sufficient service of this Objection: (a) service in accordance with Federal Rule of Bankruptcy Procedure 7004 and the applicable provisions of Federal Rule of Civil Procedure 4; (b) to the extent counsel for a Claimant is not known to the Debtors,

by first class mail, postage prepaid, on the signatory of
the Claimant's proof of claim form or other representative
identified in the proof of claim form or any attachment
thereto; or (c) by first class mail, postage prepaid, on any
counsel that has appeared on the Claimant's behalf in the
Debtors' bankruptcy cases.  The Debtors are serving the
Claimant with this Objection and the exhibit on which the
Claimant's claim is listed.

23.  To the extent any Claimant timely files and
properly serves a response to this Objection by **4:00 p.m.
(Eastern) on July 16, 2009** as required by the Case
Management Order and under applicable law, and the parties
are unable to otherwise resolve the Objection, the Debtors
request that the Court conduct a status conference with
respect to any such responding claimant at **11:00 a.m. on
July 23, 2009** and thereafter schedule the matter for a
future hearing as to the merits of such claim.[2]  However, to
the extent any Claimant fails to timely file and properly
serve a response to this Objection as required by the Case
Management Order and applicable law, the Debtors request
that the Court enter an order, substantially in the form

---

[2]  In accordance with the Omnibus Objection Procedures Order, claimants
who respond to the Objection do not need to appear at the status
conference.

10

attached hereto as <u>Exhibit A</u>, reclassifying the

Misclassified Claims into general unsecured, non-priority

claims as set forth in <u>Exhibit C</u> attached hereto.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND THE OMNIBUS OBJECTION PROCEDURES ORDER

24.   This Objection complies with Bankruptcy Rule

3007(e).  Additionally, the Debtors submit that this

Objection is filed in accordance with the Omnibus Objection

Procedures Order.

## <u>WAIVER OF MEMORANDUM OF LAW</u>

25.   Pursuant to Local Bankruptcy Rule 9013-1(G), and

because there are no novel issues of law presented in the

Objection, the Debtors request that the requirement that all

motions be accompanied by a written memorandum of law be

waived.

## <u>NO PRIOR RELIEF</u>

26.   No previous request for the relief sought herein

has been made to this Court or any other court.

WHEREFORE, the Debtors request the Court to enter an Order sustaining this Objection and granting such other and further relief as the Court deems appropriate.

Dated: Richmond, Virginia
   June 23, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

MCGUIREWOODS LLP

_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

## EXHIBIT A

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - -x
In re:                     :  Chapter 11
                           :
CIRCUIT CITY STORES, INC., :  Case No. 08-35653 (KRH)
et al.,                    :
                           :
            Debtors.       :  Jointly Administered
- - - - - - - - - - - - - -x
```

**ORDER SUSTAINING DEBTORS' TWENTY-THIRD OMNIBUS OBJECTION TO
CLAIMS (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS)**

THIS MATTER having come before the Court on the

Debtors' Twenty-Third Omnibus Objection to Claims

(Modification of Certain Duplicate 503(b)(9) Claims) (the

"Objection"), which requested, among other things, that the

claims specifically identified on Exhibit C attached to the

Objection be modified and/or disallowed for all purposes in these bankruptcy cases as set forth on Exhibit C for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants[3] being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is GRANTED.

2.    The Claims identified on Exhibit A as attached hereto and incorporated herein, are forever disallowed and/or modified for all purposes in these bankruptcy cases.

Dated: Richmond, Virginia
       July ____, 2009

---

[3] Capitalized terms used but not defined herein shall have the meanings assigned to them in the Objection.

_____

HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

        Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                        _/s/ Douglas M. Foley_____
                        Douglas M. Foley

\9515308.1

4

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

Exhibit B - Claimants and Related Claims Subject To Twenty-Third Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| AIPTEK INC | 4150 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| AMERIWOOD INDUSTRIES | 2765 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| ANTONIO PRECISE PRODUCTS MANUFACTORY LTD | 26 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| ATLANTIC INC | 2951 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| BISSELL HOMECARE INC | 9010 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| CENTON ELECTRONICS INC | 12146 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| CYBER POWER SYSTEMS INC | 10053 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| CYBERPOWER SYSTEMS USA INC | 9984 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| D LINK SYSTEMS INC | 7969 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| DIGITAL INNOVATIONS LLC | 7223 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| DOREL JUVENILE GROUP INC | 7995 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| EBC MARKETING INC | 281 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| FUJI | 4953 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| GENERAL INSTRUMENT CORPORATION DBA THE HOME AND NETWORKS MOBILITY BUSINESS | 7597 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| HEADLTON OIL CO INC | 2385 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| MADCOW INTERNATIONAL GROUP LTD | 8743 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| MIDLAND RADIO CORPORATION | 7167 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| MITSUBISHI DIGITAL ELECTRONICS AMERICA INC | 12300 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| MONSTER LLC | 7807 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| MOTOROLA INC | 7552 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| NAMSUNG AMERICA INC | 4014 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| NAVARRE DISTRIBUTION SERVICES INC | 6573 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| NIKON INC | 6079 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| NYKO TECHNOLOGIES INC | 1785 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| OLYMPUS IMAGING AMERICA AKA TO DEBTOR AS OLYMPUS CORPORATION | 9006 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| PINNACLE SYSTEMS INC | 9267 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| PIONEER ELECTRONICS USA INC | 9528 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| RANDOM HOUSE PUBLISHING INC | 8157 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| SAMSUNG ELECTRONICS AMERICA INC | 2425 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| SDI TECHNOLOGIES | 224 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| SIMA PRODUCTS CORPORATION | 5692 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| SOURCE INTERLINK MEDIA LLC | 9637 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| SOUTHPEAKE INTERACTIVE LLC | 1 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| TIVO INC | 7801 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| VONAGE MARKETING LLC | 8012 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |
| VTECH COMMUNICATIONS INC | 4110 | EXHIBIT C - (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS) |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 11/11/2008 | SOUTHPEAKE INTERACTIVE LLC | SOUTHPEAK INTERACTIVE ATTN KAREN JOSEPHSEN 2900 POLO PKWY MIDLOTHIAN, VA 23113 | SOUTHPEAK INTERACTIVE ATTN KAREN JOSEPHSEN 2900 POLO PKWY MIDLOTHIAN, VA 23113 | CIRCUIT CITY STORES, INC. | Unsecured | $ 215,984.16 | $ 31,226.40 |
| 1221 | 12/18/2008 | SOUTHPEAK INTERACTIVE | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 184,757.76 | $ 184,757.76 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

Exhibit C

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 26 | 11/17/2008 | ANTONIO PRECISE PRODUCTS MANUFACTORY LTD | ANTONIO PRECISE PRODUCTS HONG KONG SCIENCE PARK SHATIN 3/F PHOTONICS NO 2 SCIENCE PK HONG KONG | ANTONIO PRECISE PRODUCTS HONG KONG SCIENCE PARK SHATIN 3/F PHOTONICS NO 2 SCIENCE PK HONG KONG | CIRCUIT CITY STORES, INC. | Unsecured | $ 206,095.56 | $ 51,454.34 |
| 1471 | 12/16/2008 | ANTONIO PRECISE PRODUCTS | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 154,641.22 | $ 154,641.22 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

Exhibit C

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 224 | 11/28/2008 | SDI TECHNOLOGIES | SDI TECHNOLOGIES INC<br>1299 MAIN ST<br>RAHWAY, NJ 07065 | SDI TECHNOLOGIES INC<br>1299 MAIN ST<br>RAHWAY, NJ 07065 | CIRCUIT CITY STORES, INC. | Unsecured | $   848,576.55 | $   848,576.55 |
| 224 | 11/28/2008 | SDI TECHNOLOGIES | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $    48,984.00 | $            - |
| 651 | 12/2/2008 | SDI TECHNOLOGIES INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $    48,984.00 | $     48,984.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

Exhibit C

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 281 | 11/17/2008 | EBC MARKETING INC | EB CARLSON MARKETING 45 STERLING ST WEST BOYLSTON, MA 01583 | EB CARLSON MARKETING 45 STERLING ST WEST BOYLSTON, MA 01583 | CIRCUIT CITY STORES, INC. | Unsecured | $ 349,628.25 | $ 307,981.75 |
| 452 | 12/1/2008 | EB CARLSON MARKETING | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 43,047.90 | $ 43,047.90 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 1785 | 12/19/2008 | NYKO TECHNOLOGIES INC | NYKO TECHNOLOGIES PO BOX 822424 PHILADELPHIA, PA 19182-2424 | NYKO TECHNOLOGIES PO BOX 822424 PHILADELPHIA, PA 19182-2424 | CIRCUIT CITY STORES, INC. | Unsecured | $ 295,785.60 | $ 258,332.20 |
| 1307 | 12/18/2008 | NYKO TECHNOLOGIES | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 42,409.80 | $ 42,409.80 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 2385 | 1/2/2009 | HEALDTON OIL CO INC | HEALDTON OIL CO INC PO BOX 208 HEALDTON, OK 73438 | HEALDTON OIL CO INC PO BOX 208 HEALDTON, OK 73438 | CIRCUIT CITY STORES, INC. | Unsecured | $ 1,305.65 | $ - |
| 439 | 12/1/2008 | HEALDTON OIL CO INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 1,305.65 | $ 1,305.65 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 2425 | 1/2/2009 | SAMSUNG ELECTRONICS AMERICA INC | SAMSUNG ELECTRONICS AMERICA ATTN JOSEPH MCNAMARA 105 CHALLENGER ROAD RIDGEFIELD PARK, NJ 07660 | SAMSUNG ELECTRONICS AMERICA ATTN JOSEPH MCNAMARA 105 CHALLENGER ROAD RIDGEFIELD PARK, NJ 07660 | CIRCUIT CITY STORES, INC. | Unsecured | $ 122,577,855.01 | $ 103,501,602.98 |
| 1425 | 12/18/2008 | SAMSUNG ELECTRONICS AMERICA | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 19,262,466.96 | $ 19,262,466.96 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 2765 | 1/6/2009 | AMERIWOOD INDUSTRIES | AMERIWOOD INDUSTRIES ATTN JULEE HARLAN 410 EAST FIRST ST SOUTH WRIGHT CITY, MO 63390 | AMERIWOOD INDUSTRIES ATTN JULEE HARLAN 410 EAST FIRST ST SOUTH WRIGHT CITY, MO 63390 | CIRCUIT CITY STORES, INC. | Unsecured | $ 295,763.08 | $ 196,599.24 |
| 32 | 11/28/2008 | AMERIWOOD INDUSTRIES | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 99,534.28 | $ 99,534.28 |

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653 (KRH)**

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 2951 | 1/8/2009 | ATLANTIC INC | ATLANTIC INC ATTN CHARLES CROSS 10018 SANTA FE SPRINGS SANTA FE SPRINGS, CA 90670 | UNITED STATES DEBT RECOVERY LLC 940 SOUTHWOOD BL SUITE 101, INCLINE VILLAGE, NV 89451 | CIRCUIT CITY STORES, INC. | Unsecured | $ 70,490.05 | $ 58,285.04 |
| 720 | 12/9/2008 | ATLANTIC INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 70,490.05 | $ 70,490.05 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 4014 | 1/19/2009 | NAMSUNG AMERICA INC | NAMSUNG AMERICA INC<br>PO BOX 501206<br>ST LOUIS, MO 63150-1206 | NAMSUNG AMERICA INC<br>PO BOX 501206<br>ST LOUIS, MO 63150-1206 | CIRCUIT CITY STORES, INC. | Unsecured | $    596,192.33 | $    430,463.07 |
| 980 | 12/16/2008 | NAMSUNG AMERICA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $    327,848.20 | $    327,848.20 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 4110 | 1/16/2009 | VTECH COMMUNICATIONS INC | VTECH COMMUNICATIONS INC PO BOX 1450 NW 7858 MINNEAPOLIS, MN 55485-7858 | VTECH COMMUNICATIONS INC PO BOX 1450 NW 7858 MINNEAPOLIS, MN 55485-7858 | CIRCUIT CITY STORES, INC. | Unsecured | $ 975,901.29 | $ 975,901.29 |
| 4110 | 1/16/2009 | VTECH COMMUNICATIONS INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Administrative | $ 1,031,993.96 | $ - |
| 1243 | 12/18/2008 | VTECH COMMUNICATIONS INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 1,031,993.96 | $ 1,031,993.96 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 4150 | 1/20/2009 | AIPTEK INC | AIPTEK INC 51 DISCOVERY STE 100 IRVINE, CA 92618 | AIPTEK INC 51 DISCOVERY STE 100 IRVINE, CA 92618 | CIRCUIT CITY STORES, INC. | Unsecured | $   760,200.00 | $   407,830.00 |
| 140 | 11/21/2008 | AIPTEK INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $   352,370.00 | $   352,370.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 5692 | 1/16/2009 | SIMA PRODUCTS CORPORATION | SIMA PRODUCTS CORP 140 PENNSYLVANIA AVE BLDG 5 OAKMONT, PA 15139 | SIMA PRODUCTS CORP 140 PENNSYLVANIA AVE BLDG 5 OAKMONT, PA 15139 | CIRCUIT CITY STORES, INC. | Unsecured | $ 74,900.36 | $ 74,900.36 |
| 5692 | 1/16/2009 | SIMA PRODUCTS CORPORATION | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Administrative | $ 24,663.36 | $ - |
| 1282 | 12/18/2008 | SIMA PRODUCTS CORP | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 24,663.36 | $ 24,663.36 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 6079 | 1/26/2009 | NIKON INC | NIKON INC 1300 WALT WHITMAN RD MELVILLE, NY 11747 | NIKON INC 1300 WALT WHITMAN RD MELVILLE, NY 11747 | CIRCUIT CITY STORES, INC. | Unsecured | $ 15,554,073.52 | $ 15,537,109.72 |
| 933 | 12/8/2008 | NIKON INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 16,963.80 | $ 16,963.80 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

Exhibit C

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 6573 | 1/28/2009 | NAVARRE DISTRIBUTION SERVICES INC | NAVARRE DISTRIBUTION SERVICES INC A SUBSIDIARY OF NAVARRE CORPORATION 7400 49TH AVE N NEW HOPE, MN 55428 | NAVARRE DISTRIBUTION SERVICES INC A SUBSIDIARY OF NAVARRE CORPORATION 7400 49TH AVE N NEW HOPE, MN 55428 | CIRCUIT CITY STORES, INC. | Unsecured | $    1,491,727.28 | $    1,491,727.28 |
| 6573 | 1/28/2009 | NAVARRE DISTRIBUTION SERVICES INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Administrative | $    541,432.33 | $    - |
| 1242 | 12/18/2008 | INC A SUBSIDIARY OF NAVARRE CORPORATION | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $    541,432.33 | $    541,432.33 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 7167 | 1/28/2009 | MIDLAND RADIO CORPORATION | MIDLAND RADIO CORPORATION 5900 PARRETTA DR KANAS CITY, MO 64120 | MIDLAND RADIO CORPORATION 5900 PARRETTA DR KANAS CITY, MO 64120 | CIRCUIT CITY STORES, INC. | Unsecured | $    56,862.85 | $    47,616.05 |
| 1010 | 12/19/2008 | MIDLAND RADIO CORPORATION | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $    9,246.80 | $    9,246.80 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

Exhibit C

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 7223 | 1/28/2009 | DIGITAL INNOVATIONS LLC | DIGITAL INNOVATIONS LLC 3436 N KENNICOTT STE 200 ARLINGTON HEIGHTS, IL 60004 | DIGITAL INNOVATIONS LLC 3436 N KENNICOTT STE 200 ARLINGTON HEIGHTS, IL 60004 | CIRCUIT CITY STORES, INC. | Unsecured | $ 135,503.78 | $ 135,503.78 |
| 7223 | 1/28/2009 | DIGITAL INNOVATIONS LLC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Priority | $ 27,740.00 | $ - |
| 1373 | 12/17/2008 | DIGITAL INNOVATIONS LLC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 27,740.00 | $ 27,740.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 7552 | 1/29/2009 | MOTOROLA INC | MOTOROLA INC 101 TOURNAMENT DR HORSHAM, PA 19044 | MOTOROLA INC 101 TOURNAMENT DR HORSHAM, PA 19044 | CIRCUIT CITY STORES, INC. | Secured | $ 50,000.00 | $ 50,000.00 |
| 7552 | 1/29/2009 | MOTOROLA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Administrative | $ 495,963.00 | $ - |
| 7552 | 1/29/2009 | MOTOROLA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $ 970,874.80 | $ 970,874.80 |
| 1320 | 12/19/2008 | MOTOROLA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 495,963.74 | $ 495,963.74 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 7597 | 1/29/2009 | GENERAL INSTRUMENT CORPORATION DBA THE HOME AND NETWORKS MOBILITY BUSINESS OF MOTOROLA INC | GENERAL INSTRUMENT CORPORATION DBA THE HOME AND NETWORKS MOBILITY BUSINESS OF MOTOROLA INC 101 TOURNAMENT DR HORSHAM, PA 19044 | GENERAL INSTRUMENT CORPORATION DBA THE HOME AND NETWORKS MOBILITY BUSINESS OF MOTOROLA INC 101 TOURNAMENT DR HORSHAM, PA 19044 | CIRCUIT CITY STORES, INC. | Secured | $ 50,000.00 | $ 50,000.00 |
| 7597 | 1/29/2009 | GENERAL INSTRUMENT CORPORATION DBA THE HOME AND NETWORKS MOBILITY BUSINESS OF MOTOROLA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Administrative | $ 85,321.74 | $ - |
| 7597 | 1/29/2009 | GENERAL INSTRUMENT CORPORATION DBA THE HOME AND NETWORKS MOBILITY BUSINESS OF MOTOROLA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $ 233,958.90 | $ 233,958.90 |
| 1321 | 12/19/2008 | GENERAL INSTRUMENT CORPORATION DBA THE HOME & NETWORKS MOBILITY BUSINESS OF MOTOROLA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 85,321.74 | $ 85,321.74 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 7801 | 1/29/2009 | TIVO INC | TIVO INC<br>ATTN DOUG BIETER<br>2160 GOLD ST<br>ALVISO, CA 95002 | TIVO INC<br>ATTN DOUG BIETER<br>2160 GOLD ST<br>ALVISO, CA 95002 | CIRCUIT CITY STORES, INC. | Unsecured | $ 349,181.32 | $ 313,781.32 |
| 1222 | 12/18/2008 | TIVO INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 35,400.00 | $ 35,400.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 7807 | 1/29/2009 | MONSTER LLC | MONSTER LLC 7251 W LAKE MEAD BLVD STE 342 LAS VEGAS, NV 89128 | MONSTER LLC 7251 W LAKE MEAD BLVD STE 342 LAS VEGAS, NV 89128 | CIRCUIT CITY STORES, INC. | Unsecured | $ 2,118,299.31 | $ 1,977,691.83 |
| 1349 | 12/19/2008 | MONSTER LLC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 159,122.52 | $ 159,122.52 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 7969 | 1/29/2009 | D LINK SYSTEMS INC | D LINK SYSTEMS INC ATTN NANCY LEMM 17595 MT HERRMANN ST FOUNTAIN VALLEY, CA 92708 | D LINK SYSTEMS INC ATTN NANCY LEMM 17595 MT HERRMANN ST FOUNTAIN VALLEY, CA 92708 | CIRCUIT CITY STORES, INC. | Unsecured | $ 2,430,013.81 | $ 2,430,013.81 |
| 7969 | 1/29/2009 | D LINK SYSTEMS INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Administrative | $ 1,041,711.25 | $ - |
| 913 | 12/19/2008 | D LINK SYSTEMS INC | SEE ABOVE | CREDIT SUISSE INTERNATIONAL 11 MADISON AVE 5TH FL, NEW YORK, NY 10010 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 1,041,711.25 | $ 1,041,711.25 |

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 7995 | 1/29/2009 | DOREL JUVENILE GROUP INC | DOREL JUVENILE GROUP INC<br>C O DORIS LUCAS<br>2525 STATE ST<br>COLUMBUS, IN 47201-7494 | DOREL JUVENILE GROUP INC<br>C O DORIS LUCAS<br>2525 STATE ST<br>COLUMBUS, IN 47201-7494 | CIRCUIT CITY STORES, INC. | Unsecured | $     13,037.01 | $     13,037.01 |
| 7995 | 1/29/2009 | DOREL JUVENILE GROUP INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Administrative | $     1,196.05 | $          - |
| 1301 | 12/18/2008 | DOREL JUVENILE GROUP INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $     1,196.05 | $     1,196.05 |

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653 (KRH)**

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 8012 | 1/29/2009 | VONAGE MARKETING LLC | VONAGE MARKETING INC ATTN ANGELIQUE ELECTRA ESQ 23 MAIN ST HOLMDEL, NJ 07733 | VONAGE MARKETING INC ATTN ANGELIQUE ELECTRA ESQ 23 MAIN ST HOLMDEL, NJ 07733 | CIRCUIT CITY STORES, INC. | Secured | $ 555,979.26 | $ 486,956.68 |
| 1056 | 12/19/2008 | VONAGE MARKETING INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 69,022.58 | $ 69,022.58 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 8157 | 1/29/2009 | RANDOM HOUSE PUBLISHING INC | RANDOM HOUSE PUBLISHING INC 400 HAHN RD WESTMINSTER, MD 21157 | RANDOM HOUSE PUBLISHING INC 400 HAHN RD WESTMINSTER, MD 21157 | CIRCUIT CITY STORES, INC. | Unsecured | $ 231,541.88 | $ 231,541.88 |
| 8157 | 1/29/2009 | RANDOM HOUSE PUBLISHING INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Administrative | $ 23,988.00 | $ - |
| 1394 | 12/17/2008 | RANDOM HOUSE PUBLISHING INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 23,988.00 | $ 23,988.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 8743 | 1/30/2009 | MADCOW INTERNATIONAL GROUP LTD | MADCOW INTERNATIONAL GROUP LTD UNIT 1005 10/F FUTURA PLAZA 111 113 HOW MING ST KWUN TONG KOWLOON HONG KONG | MADCOW INTERNATIONAL GROUP LTD UNIT 1005 10/F FUTURA PLAZA 111 113 HOW MING ST KWUN TONG KOWLOON HONG KONG | CIRCUIT CITY STORES, INC. | Unsecured | $ 970,642.00 | $ 862,830.24 |
| 1297 | 12/18/2008 | MADCOW INTERNATIONAL GROUP LTD | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 452,794.40 | $ 452,794.40 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 9006 | 1/30/2009 | OLYMPUS IMAGING AMERICA AKA TO DEBTOR AS OLYMPUS CORPORATION | OLYMPUS CORPORATION ATTN ERIC VAUTRIN 3500 CORPORATE PARKWAY CENTER VALLEY, PA 18034 | OLYMPUS CORPORATION ATTN ERIC VAUTRIN 3500 CORPORATE PARKWAY CENTER VALLEY, PA 18034 | CIRCUIT CITY STORES, INC. | Unsecured | $ 17,367,527.47 | $ 12,789,923.61 |
| 1201 | 12/17/2008 | OLYMPUS CORPORATION | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 5,891,051.28 | $ 5,891,051.28 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 9010 | 1/30/2009 | BISSELL HOMECARE INC | BISSELL HOMECARE INC 2345 WALKER RD GRAND RAPIDS, MI 49544 | BISSELL HOMECARE INC 2345 WALKER RD GRAND RAPIDS, MI 49544 | CIRCUIT CITY STORES, INC. | Unsecured | $ 23,377.36 | $ 23,377.36 |
| 9010 | 1/30/2009 | BISSELL HOMECARE INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Administrative | $ 48,916.54 | $ - |
| 1293 | 12/18/2008 | BISSELL HOMECARE INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 48,916.54 | $ 48,916.54 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 9267 | 1/30/2009 | PINNACLE SYSTEMS INC | PINNACLE SYSTEMS, INC ATTN GEMMA SUIZO 280 N BERNARDO AVENUE MOUNTAIN VIEW, CA 94043 | PINNACLE SYSTEMS, INC ATTN GEMMA SUIZO 280 N BERNARDO AVENUE MOUNTAIN VIEW, CA 94043 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 204,812.96 | $ 39,079.17 |
| 9267 | 1/30/2009 | PINNACLE SYSTEMS INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Secured | $ 95,354.34 | $ 95,354.34 |
| 9267 | 1/30/2009 | PINNACLE SYSTEMS INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $ 885,785.01 | $ 885,785.01 |
| 1376 | 12/19/2008 | PINNACLE SYSTEMS, INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 204,812.96 | $ 204,812.96 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

Exhibit C

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 9528 | 1/30/2009 | PIONEER ELECTRONICS USA INC | PIONEER ELECTRONICS USA INC ATTN GARY M HICKMAN 2265 E 220TH ST LONG BEACH, CA 90810 | PIONEER ELECTRONICS USA INC ATTN GARY M HICKMAN 2265 E 220TH ST LONG BEACH, CA 90810 | CIRCUIT CITY STORES, INC. | Administrative | $ 2,983,237.66 | $ - |
| 9528 | 1/30/2009 | PIONEER ELECTRONICS USA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Secured | $ 236,510.40 | $ 236,510.40 |
| 9528 | 1/30/2009 | PIONEER ELECTRONICS USA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $ 449,340.92 | $ 449,340.92 |
| 3 | 11/12/2008 | PIONEER ELECTRONICS USA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 2,983,237.66 | $ 2,983,237.66 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)                                                            Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 9984 | 1/30/2009 | CYBERPOWER SYSTEMS USA INC | CYBERPOWER SYSTEMS USA INC 4241 12TH AVE E STE 400 SHAKOPEE, MN 55379 | CYBERPOWER SYSTEMS USA INC 4241 12TH AVE E STE 400 SHAKOPEE, MN 55379 | CIRCUIT CITY STORES, INC. | Administrative | $ 49,360.45 | $ 4,923.10 |
| 9984 | 1/30/2009 | CYBERPOWER SYSTEMS USA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $ 114,938.02 | $ 114,938.02 |
| 1250 | 12/18/2008 | CYBERPOWER SYSTEMS USA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 49,360.45 | $ 49,360.45 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 10053 | 1/30/2009 | CYBER POWER SYSTEMS INC | CYBER POWER SYSTEMS INC 6F NO 32 SEC 1 CHENGGONG RD NANGANG DISTRICT TAIPEI,  TWN | CYBER POWER SYSTEMS INC 6F NO 32 SEC 1 CHENGGONG RD NANGANG DISTRICT TAIPEI,  TWN | CIRCUIT CITY STORES, INC. | Unsecured | $   122,698.05 | $   122,698.05 |
| 10053 | 1/30/2009 | CYBER POWER SYSTEMS INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Priority | $   36,882.50 | $   - |
| 1037 | 12/19/2008 | CYBER POWER SYSTEMS INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $   36,882.50 | $   36,882.50 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 12146 | 3/9/2009 | CENTON ELECTRONICS INC | CENTON ELECTRONICS INC ATTN JANET MISCIONE 15 ARGONAUT ALISO VIEJO, CA 92656-1423 | CENTON ELECTRONICS INC ATTN JANET MISCIONE 15 ARGONAUT ALISO VIEJO, CA 92656-1423 | CIRCUIT CITY STORES, INC. | Unsecured | $ 332,203.93 | $ 278,147.00 |
| 775 | 12/10/2008 | CENTON ELECTRONICS INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 54,056.93 | $ 54,056.93 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 12300 | 4/17/2009 | MITSUBISHI DIGITAL ELECTRONICS AMERICA INC | MITSUBISHI DIGITAL ELECTRONICS AMERICA INC ATTN BRIAN ATTEBERRY CREDIT MGR 9351 JERONIMA RD IRVINE, CA 92618-1904 | MITSUBISHI DIGITAL ELECTRONICS AMERICA INC ATTN BRIAN ATTEBERRY CREDIT MGR 9351 JERONIMA RD IRVINE, CA 92618-1904 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $  4,965,976.18 | $                    - |
| 12300 | 4/17/2009 | MITSUBISHI DIGITAL ELECTRONICS AMERICA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Secured | $  3,110,267.24 | $        3,110,267.24 |
| 12300 | 4/17/2009 | MITSUBISHI DIGITAL ELECTRONICS AMERICA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $  7,181,834.23 | $        7,181,834.23 |
| 132 | 11/18/2008 | MITSUBISHI DIGITAL ELECTRONICS AMERICA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $  4,965,976.18 | $        4,965,976.18 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

Exhibit C

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 4953 | 1/21/2009 | FUJI | FUJIFILM USA INC ATTN DENNIS FENNELL DIRECTOR OF CREDIT 200 SUMMIT LAKE DR VALHALLA, NY 10595 | FUJIFILM USA INC ATTN DENNIS FENNELL DIRECTOR OF CREDIT 200 SUMMIT LAKE DR VALHALLA, NY 10595 | CIRCUIT CITY STORES, INC. | Unsecured | $ 7,181,834.23 | $ 6,219,083.83 |
| 877 | 12/8/2008 | FUJIFILM USA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 962,750.40 | $ 962,750.40 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit C**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 9637 | 1/30/2009 | SOURCE INTERLINK MEDIA LLC | SOURCE INTERLINK MEDIA LLC C O SOURCE INTERLINK COMPANIES INC 27500 RIVERVIEW CENTER BLVD BONITA SPRINGS, FL 34134 | SOURCE INTERLINK MEDIA LLC C O SOURCE INTERLINK COMPANIES INC 27500 RIVERVIEW CENTER BLVD BONITA SPRINGS, FL 34134 | CIRCUIT CITY STORES, INC. | Unsecured | $ 875,724.31 | $ 521,031.31 |
| 1345 | 12/17/2008 | SOURCE INTERLINK MEDIA LLC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 360,345.31 | $ 360,345.31 |