**MAKE CHECKS PAYABLE TO:**
LUBBOCK CENTRAL APPRAISAL DISTRICT
PO BOX 10568 - 1715 26TH STREET
LUBBOCK, TEXAS 79408-3568
(806) 762-5000 EXT: 503
www.lubbockcad.org

## 2008 TAX STATEMENT
PAYABLE UPON RECEIPT

PRINT DATE: 10/16/2008

**QUICKREF:** R124693

OWNER ID: 0036548
OWNER %: 100.00

FIESTA AUTOLAND CNT L 2-A-1

6701 SLIDE RD
LUBBOCK

DBA: CIRCUIT CITY

QUICKREF: R124693    OWNER ID: 0036548
****AUTO**MIXED AADC 793         139 48438
M & M BERMAN ENTERPRISES
% CIRCUIT CITY #4510
ATTN TAX DEPT
PO BOX 42304
RICHMOND VA    23242-2304

TO RECEIVE A RECEIPT CHECK BOX [ ]

**TAX DUE: 43,926.34**

PLEASE RETURN THIS PORTION WITH PAYMENT

RETAIN THIS PORTION FOR YOUR RECORDS

### 2008 TAX STATEMENT VALUATION BREAKDOWN

| LAND-HS | LAND-NHS | AG-MKT | AG-USE | IMPV HS | IMPV-NHS / PERS PROP | APPRAISED |
|---|---|---|---|---|---|---|
|  | 870,714 | 0 | 0 | 0 | 1,185,560 | 2,056,274 |

| JURISDICTION | HOMESTEAD CAP | TOTAL ASSESSED | EXEMPTIONS | TAXABLE VALUE | TAX RATE | TAX AMOUNT BEFORE PENALTY | | TAX AMOUNT |
|---|---|---|---|---|---|---|---|---|
| City Of Lubbock |  | 2,056,274 | 0 | 2,056,274 | 0.4464000 | 9,179.21 |  | 9,179.21 |
| Lubbock County |  | 2,056,274 | 0 | 2,056,274 | 0.3262000 | 6,707.57 |  | 6,707.57 |
| Lubb Cnty Hospital |  | 2,056,274 | 0 | 2,056,274 | 0.1206700 | 2,481.31 |  | 2,481.31 |
| Lubbock ISD |  | 2,056,274 | 0 | 2,056,274 | 1.2350000 | 25,394.98 |  | 25,394.98 |
| Hi Plains Water |  | 2,056,274 | 0 | 2,056,274 | 0.0079400 | 163.27 |  | 163.27 |

**EXEMPTION CODES:**

** CITY TAXES REDUCED BY ADDITIONAL SALES TAX: 2436.89
** COUNTY TAXES REDUCED BY ADDITIONAL SALES TAX: 2698.65

**TOTAL DUE: 43,926.34**

DAVE KIMBROUGH

**QUICKREF:** R124693

OWNER ID: 0036548
OWNER %: 100.00

FIESTA AUTOLAND CNT L 2-A-1

6701 SLIDE RD
LUBBOCK

M & M BERMAN ENTERPRISES
% CIRCUIT CITY #4510
ATTN TAX DEPT
PO BOX 42304
RICHMOND VA    23242-2304

### PAYMENT SCHEDULE

| IF TAXES ARE PAID IN | | LESS (-) DISCOUNT OR PLUS (+) PENALTY/INTEREST | TOTAL TAX DUE |
|---|---|---|---|
| OCT | 2008 | .00 | 43,926.34 |
| NOV | 2008 | .00 | 43,926.34 |
| DEC | 2008 | .00 | 43,926.34 |
| JAN | 2009 | .00 | 43,926.34 |
| FEB | 2009 | 7%   3,074.85 | 47,001.19 |
| MAR | 2009 | 9%   3,953.36 | 47,879.70 |
| APR | 2009 | 11%  4,831.91 | 48,758.25 |
| MAY | 2009 | 13%  5,710.43 | 49,636.77 |
| JUN | 2009 | 15%  6,588.94 | 50,515.28 |
| JUL | 2009 | 18%+20%  18,273.39 | 62,199.73 |

THIS IS YOUR CITY TAX CEILING ON OVER 65 OR DISABLED HOMESTEAD
THIS IS YOUR COUNTY TAX CEILING ON OVER 65 OR DISABLED HOMESTEAD
THIS IS YOUR SCHOOL TAX CEILING ON OVER 65 OR DISABLED HOMESTEAD

FOR TOTAL TAX DUE REFER TO THE PAYMENT SCHEDULE ABOVE

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

YOUR CHECK MAY BE CONVERTED INTO AN ELECTRONIC FUND TRANSFER

IF YOU HAVE QUESTIONS PLEASE CALL (806) 762-5000. TAXES BECOME DELINQUENT ON FEBRUARY 1, 2009.
AFTER JUNE AN ADDITIONAL PENALTY OF 20% WILL BE IMPOSED ON THE AMOUNT OF TAXES, PENALTY AND INTEREST DUE.
AFTER JULY AN ADDITIONAL 1% INTEREST WILL BE APPLIED.

#128419

**EXHIBIT C**

## Five Year Value History and Comparison - Required by Senate Bill 18

STMT #: 000058313
PRINT DATE: 10/13/2008
QUICKREF: R124693
OWNER ID: 0036548

Property Legal Description:
FIESTA AUTOLAND CNT L 2-A-1

| APPRAISED | TAXABLE | RATE | TAX | * %CHANGE | ** % CHANGE CURRENT TO FIRST AVAILABLE |||
|---|---|---|---|---|---|---|---|
| | | | | | TYPE | YEARS COMPARED | CHANGE |

**City Of Lubbock**

| Year | Appraised | Taxable | Rate | Tax | %Change |
|---|---|---|---|---|---|
| 2008 | 2,056,274 | 2,056,274 | 0.4464000 | 9,179.21 | -2.09 |
| 2007 | 2,060,241 | 2,060,241 | 0.4550500 | 9,375.12 | 1.28 |
| 2006 | 2,003,594 | 2,003,594 | 0.4619900 | 9,256.40 | 3.98 |
| 2005 | 1,990,684 | 1,990,684 | 0.4472000 | 8,902.34 | 1.37 |
| 2004 | 1,910,334 | 1,910,334 | 0.4597000 | 8,781.80 | -15.76 |
| 2003 | 1,910,343 | 1,910,343 | 0.5457000 | 10,424.74 | N/A |

Appraised: 2003 to 2008 7.64
Taxable:   2003 to 2008 7.64
Tax Rate:  2003 to 2008 -18.20
Taxes:     2003 to 2008 -11.95

**Lubbock County**

| Year | Appraised | Taxable | Rate | Tax | %Change |
|---|---|---|---|---|---|
| 2008 | 2,056,274 | 2,056,274 | 0.3262000 | 6,707.57 | 6.34 |
| 2007 | 2,060,241 | 2,060,241 | 0.3061480 | 6,307.39 | 10.16 |
| 2006 | 2,003,594 | 2,003,594 | 0.2857630 | 5,725.53 | 9.94 |
| 2005 | 1,990,684 | 1,990,684 | 0.2616230 | 5,208.09 | 6.55 |
| 2004 | 1,910,334 | 1,910,334 | 0.2558700 | 4,887.97 | -1.41 |
| 2003 | 1,910,343 | 1,910,343 | 0.2595400 | 4,958.10 | N/A |

Appraised: 2003 to 2008 7.64
Taxable:   2003 to 2008 7.64
Tax Rate:  2003 to 2008 25.68
Taxes:     2003 to 2008 35.29

**Lubb Cnty Hospital**

| Year | Appraised | Taxable | Rate | Tax | %Change |
|---|---|---|---|---|---|
| 2008 | 2,056,274 | 2,056,274 | 0.1206700 | 2,481.31 | 3.28 |
| 2007 | 2,060,241 | 2,060,241 | 0.1166100 | 2,402.45 | 5.00 |
| 2006 | 2,003,594 | 2,003,594 | 0.1142000 | 2,288.10 | 4.17 |
| 2005 | 1,990,684 | 1,990,684 | 0.1103400 | 2,196.52 | 7.04 |
| 2004 | 1,910,334 | 1,910,334 | 0.1074200 | 2,052.08 | -1.41 |
| 2003 | 1,910,343 | 1,910,343 | 0.1089600 | 2,081.51 | N/A |

Appraised: 2003 to 2008 7.64
Taxable:   2003 to 2008 7.64
Tax Rate:  2003 to 2008 10.75
Taxes:     2003 to 2008 19.21

**Lubbock ISD**

| Year | Appraised | Taxable | Rate | Tax | %Change |
|---|---|---|---|---|---|
| 2008 | 2,056,274 | 2,056,274 | 1.2350000 | 25,394.98 | -0.19 |
| 2007 | 2,060,241 | 2,060,241 | 1.2350000 | 25,443.98 | -18.86 |
| 2006 | 2,003,594 | 2,003,594 | 1.5650000 | 31,356.25 | -5.05 |
| 2005 | 1,990,684 | 1,990,684 | 1.6589000 | 33,023.46 | 7.67 |
| 2004 | 1,910,334 | 1,910,334 | 1.6056000 | 30,672.32 | 0.00 |
| 2003 | 1,910,343 | 1,910,343 | 1.6056000 | 30,672.47 | N/A |

Appraised: 2003 to 2008 7.64
Taxable:   2003 to 2008 7.64
Tax Rate:  2003 to 2008 -23.08
Taxes:     2003 to 2008 -17.21
2008 rate is: M&O 1.0400000 + I&S 0.1950000 = 1.2350000
2007 rate is: M&O 1.0400000 + I&S 0.1950000 = 1.2350000

**Hi Plains Water**

| Year | Appraised | Taxable | Rate | Tax | %Change |
|---|---|---|---|---|---|
| 2008 | 2,056,274 | 2,056,274 | 0.0079400 | 163.27 | -0.19 |
| 2007 | 2,060,241 | 2,060,241 | 0.0079400 | 163.58 | -1.64 |
| 2006 | 2,003,594 | 2,003,594 | 0.0083000 | 166.30 | 0.65 |
| 2005 | 1,990,684 | 1,990,684 | 0.0083000 | 165.23 | 4.21 |
| 2004 | 1,910,334 | 1,910,334 | 0.0083000 | 158.56 | 0.00 |
| 2003 | 1,910,343 | 1,910,343 | 0.0083000 | 158.56 | N/A |

Appraised: 2003 to 2008 7.64
Taxable:   2003 to 2008 7.64
Tax Rate:  2003 to 2008 -4.34
Taxes:     2003 to 2008 2.97

* % Change is difference, expressed as a percentage, of tax imposed for the preceding tax year.

** % Change Current to First Available is difference, expressed as a percentage, for given type compared to oldest tax year where that type is available.

N/A: Information not available for printing.

#128420