M & M BERMAN ENTERPRISES    41B    1500001293000004040



RETURN THIS PORTION WITH YOUR PAYMENT

| | MONTH | PENALTY | AMOUNT DUE | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| M & M BERMAN ENTERPRISES<br>% ADAMS & POLUNSKY<br>ONE FORUM, SIXTEENTH FLR<br>8000 I H 10 WEST<br>SAN ANTONIO    TX 78230-3892 | OCT | .00 | 29,973.52 | 29,973.52 |
| | NOV | .00 | 29,973.52 | |
| | DEC | .00 | 29,973.52 | |
| | JAN | | 29,973.52 | |
| | 7% FEB | 2,098.15 | 32,071.67 | NOTE:<br>PENALTY AND INTEREST<br>IF NOT PAID BY:<br>01/31/2009 |
| | 9% MAR | 2,697.63 | 32,671.15 | |
| | 11% APR | 3,297.08 | 33,270.60 | |
| | 13% MAY | 3,896.55 | 33,870.07 | |
| | 15% JUN | 4,496.04 | 34,469.56 | |

▼ DETACH ▼    1500001293000004040    2008    133119

**TO RECEIVE A RECEIPT, ENCLOSE A SELF-ADDRESSED STAMPED ENVELOPE.**

RETURN TOP PORTION OF STATEMENT WITH PAYMENT TO INSURE PROPER CREDIT.

TO MAKE A PAYMENT BY CREDIT CARD OR ELECTRONIC CHECK (AVAILABLE AFTER NOV 1ST) GO TO TAX.SMITH-COUNTY.COM.SELECT PROPERTY TAX ON-LINE. THERE WILL BE A CONVENIENCE FEE OF 2.30% FOR CREDIT CARDS AND $2.00 FOR ACH.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE SMITH COUNTY APPRAISAL DISTRICT OFFICE AT (903)510-8600 REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

PARTIAL PAYMENTS ARE ACCEPTED. THE SMITH COUNTY TAX OFFICE DOES NOT DETERMINE LEGAL OWNERSHIP OF PROPERTY, ESTABLISH APPRAISED VALUE OF PROPERTY, GRANT EXEMPTIONS OR ADOPT TAX RATES.

## TAX STATEMENT

| PLEASE REMIT TO | PERSONAL PROP VALUE | | | RECEIPT NUMBER | |
|---|---|---|---|---|---|
| GARY B. BARBER<br>SMITH COUNTY TAX OFFICE<br>P.O. BOX 2011<br>PHONE: (903) 590-2920 | 0 | | | 2008 | 133119 |
| | MARKET VALUE LAND | MARKET VALUE IMPROVEMENTS | AGRICULTURE VALUE | NON-AGRICULTURE VALUE | TAXABLE VALUE BEFORE EXEMPTIONS |
| | 889,100 | 748,700 | 0 | 889,100 | 1,637,800 |

LIMITED TXBL VALUE---> 1,637,800

PROPERTY ACCOUNT NUMBER 1500001293000004040    PROP TYPE-F10 RATIO OF ASSESSMENT, 100%
PAVILLION ADDN
LT 4D
BL 1293
    MAP NUMBER C143A    AGENT- 41B
LOC-004910 S BROADWAY    ACRES- 1.620  2008 133119

| TAXING ENTITY | HOMESTEAD EXEMPTION | | | OTHER EXEMPTIONS | TAXABLE VALUE | RATE PER $100 | TAX DUE |
|---|---|---|---|---|---|---|---|
| SMITH COUNTY | 0 | 0 | 0 | 0 | 1,637,800 | .288940 | 4,732.26 |
| CITY OF TYLER | 0 | 0 | 0 | 0 | 1,637,800 | .204000 | 3,341.11 |
| TYLER ISD | 0 | 0 | 0 | 0 | 1,637,800 | 1.210000 | 19,817.38 |
| TYLER JUNIOR COLLEGE | 0 | 0 | 0 | 0 | 1,637,800 | .127169 | 2,082.77 |

SMITH COUNTY    SALES TAX REDUCED YOUR LEVY -    **2,216.75

| | MONTH | PENALTY | AMOUNT DUE | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| M & M BERMAN ENTERPRISES<br>% ADAMS & POLUNSKY<br>ONE FORUM, SIXTEENTH FLR<br>8000 I H 10 WEST<br>SAN ANTONIO    TX 78230-3892 | OCT. | .00 | 29,973.52 | 29,973.52 |
| | NOV. | .00 | 29,973.52 | |
| | DEC. | .00 | 29,973.52 | |
| | JAN. | | 29,973.52 | |
| | 7% FEB. | 2,098.15 | 32,071.67 | NOTE:<br>PENALTY AND INTEREST<br>IF NOT PAID BY:<br>01/31/2009 |
| | 9% MAR. | 2,697.63 | 32,671.15 | |
| | 11% APR. | 3,297.08 | 33,270.60 | |
| | 13% MAY | 3,896.55 | 33,870.07 | |
| | 15% JUN | 4,496.04 | 34,469.56 | |

703 N. Maple Dr
Beverly Hills, CA 90210



EXHIBIT D

```
ACCT# 150000129300004040         M & M BERMAN ENTERPRISES        STMT# 2008 133119
       A COMPARISON OF TAXES FOR THE CURRENT TAX YEAR VERSUS THE PRECEDING 5 YEARS
```

| YEAR/ENTITIES | APPRAISED VALUE | TAXABLE VALUE | TAX RATE | ENTITY TAX | % CHANGE FROM PRECEDING YEAR |
|---|---|---|---|---|---|
| **2008** | | | | | |
| SMITH COUNTY | 1,637,800 | 1,637,800 | .0028894 | 4,732.26 | N/A |
| CITY OF TYLER | 1,637,800 | 1,637,800 | .0020400 | 3,341.11 | N/A |
| TYLER ISD | 1,637,800 | 1,637,800 | .0121000 | 19,817.38 | N/A |
| TYLER JUNIOR COLLEGE | 1,637,800 | 1,637,800 | .0012716 | 2,082.77 | N/A |
| **2007** | | | | | |
| SMITH COUNTY | 1,637,800 | 1,637,800 | .0028894 | 4,732.26 | 7.82 |
| CITY OF TYLER | 1,637,800 | 1,637,800 | .0019900 | 3,259.22 | -10.92 |
| TYLER ISD | 1,637,800 | 1,637,800 | .0121500 | 19,899.27 | -18.25 |
| TYLER JUNIOR COLLEGE | 1,637,800 | 1,637,800 | .0012716 | 2,082.77 | .09 |
| **2006** | | | | | |
| SMITH COUNTY | 1,635,900 | 1,635,900 | .0026827 | 4,388.71 | 8.55 |
| CITY OF TYLER | 1,635,900 | 1,635,900 | .0022365 | 3,658.80 | -3.39 |
| TYLER ISD | 1,635,900 | 1,635,900 | .0148800 | 24,342.19 | -.52 |
| TYLER JUNIOR COLLEGE | 1,635,900 | 1,635,900 | .0012720 | 2,080.86 | 2.99 |
| **2005** | | | | | |
| SMITH COUNTY | 1,588,770 | 1,588,770 | .0025447 | 4,042.94 | 2.99 |
| CITY OF TYLER | 1,588,770 | 1,588,770 | .0023837 | 3,787.23 | -1.33 |
| TYLER ISD | 1,588,770 | 1,588,770 | .0154020 | 24,470.24 | 8.21 |
| TYLER JUNIOR COLLEGE | 1,588,770 | 1,588,770 | .0012716 | 2,020.42 | 2.99 |
| **2004** | | | | | |
| SMITH COUNTY | 1,542,500 | 1,542,500 | .0025447 | 3,925.20 | 5.00 |
| CITY OF TYLER | 1,542,500 | 1,542,500 | .0024885 | 3,838.59 | 5.00 |
| TYLER ISD | 1,542,500 | 1,542,500 | .0146600 | 22,613.05 | 4.71 |
| TYLER JUNIOR COLLEGE | 1,542,500 | 1,542,500 | .0012716 | 1,961.58 | 9.18 |
| **2003** | | | | | |
| SMITH COUNTY | 1,469,030 | 1,469,030 | .0025447 | 3,738.24 | |
| CITY OF TYLER | 1,469,030 | 1,469,030 | .0024885 | 3,655.75 | |
| TYLER ISD | 1,469,030 | 1,469,030 | .0147000 | 21,594.74 | |
| TYLER JUNIOR COLLEGE | 1,469,030 | 1,469,030 | .0012230 | 1,796.62 | |

```
      A COMPARISON OF SCHOOL MAINTENANCE AND OPERATIONS RATES FOR PRECEDING 5 YEARS
TYLER ISD
```

| YEAR | M&O RATE | M&O TAX | PCT CHG | I&S RATE | I&S TAX | PCT CHG |
|---|---|---|---|---|---|---|
| 2008 | .0102470 | 16,782.53 | -.48 | .0018530 | 3,034.85 | |
| 2007 | .0102970 | 16,864.42 | -20.88 | .0018530 | 3,034.85 | .27 |
| 2006 | .0130300 | 21,315.77 | -5.81 | .0018500 | 3,026.42 | 64.63 |
| 2005 | .0142450 | 22,632.03 | 2.99 | .0011570 | 1,838.21 | 187.15 |
| 2004 | .0142450 | 21,972.91 | 4.37 | .0004150 | 640.14 | 17.77 |
| 2003 | .0143300 | 21,051.19 | | .0003700 | 543.55 | |

```
ESTIMATE OF SCHOOL DISTRICT MAINTENANCE AND OPERATIONS PROPERTY TAX SAVINGS ATTRIBUTABLE TO HOUSE BILL NO. 1, ACTS OF
THE 79TH LEGISLATURE, 3RD CALLED SESSION, 2006, AND APPROPRIATIONS OF STATE FUNDS BY THE 80TH LEGISLATURE.
2005 M&O RATE X 2007 TXBLE VALUE =   22,632.02  2007 M&O RATE X 2007 TXBLE VALUE =   16,864.42  SAVINGS =    5,767.60
```