Mark J. Friedman (VSB No. 16808)
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Telephone:    (410) 580-3000
Facsimile:    (410) 580-3001
mark.friedman@dlapiper.com
Counsel for West Marine Products, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | **Case No. 08-35653 (KRH)** |
| | ) | |
| **Debtors** | ) | **Jointly Administered** |
| | ) | |

**ORDER APPROVING ADMISSION PRO HAC VICE OF SUSAN S. MAHER**

This matter comes before the Court upon the Motion of Mark J. Friedman requesting entry of an order approving the admission *pro hac vice* of Susan S. Maher of the firm of DLA Piper LLP (US), Baltimore, Maryland, to represent the interests of West Marine Products, Inc. in these proceedings. Based upon the representations set forth in the Motion, and finding it otherwise proper,

IT IS HEREBY ORDERED THAT Susan S. Maher be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings.

ENTERED:

Jun 22 2009

/s/ Kevin Huennekens
_____
HON. KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: 6/22/09

EAST\42479484.1

I ASK FOR THIS:

/s/ Mark J. Friedman
Mark J. Friedman (VSB No. 16808)
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Telephone:     (410) 580-3000
Facsimile:     (410) 580-3001
mark.friedman@dlapiper.com

Counsel for West Marine Products, Inc.

## LOCAL RULE CERTIFICATION

      I hereby certify that the foregoing has been endorsed by all necessary parties pursuant to Local Rule 9022-1(C).

                                          /s/ Mark J. Friedman

**PARTIES TO RECEIVE COPIES**

Mark J. Friedman
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600

Susan S. Maher
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600

Dion W. Hayes, Esq.
McGuireWoods LLP
901 E. Cary Street
Richmond, VA  23219

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj           Page 1 of 1                  Date Rcvd: Jun 22, 2009
Case: 08-35653                Form ID: pdforder         Total Noticed: 2

The following entities were noticed by first class mail on Jun 24, 2009.
aty          +Gregg M. Galardi,    Skadden Arps Slate Meagher,    & Flom LLP, One Rodney Sq.,    PO Box 636,
               Wilmington, DE 19899-0636
             +Susan J. Maher,    DLA Piper LLP (US),    The Marbury Building,    6225 Smith Ave.,
               Baltimore, MD 21209-3626
The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 24, 2009**                **Signature:** _Joseph Speetjens_