Darrell W. Clark, Bar No. 43943
STINSON MORRISON HECKER LLP
1150 18th Street, NW, Suite 800
Washington, DC  20036-3816
dclark@stinson.com
Tel. (202) 785-9100
Fax (202) 785-9163 (fax)
*Attorneys for Waste Management, Inc. and*
*Garmin USA, Inc.*

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

|  |  |  |
|---|---|---|
| | ) | |
| In re | ) | Case No. 08-35653 (KRH) |
| | ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019 OF <u>STINSON MORRISON HECKER LLP</u>

Stinson Morrison Hecker LLP, pursuant to Rule 2019 of the Federal Rules of

Bankruptcy Procedure, files this statement ("Statement") in connection with the Firm's

representation of multiple creditors in the above-captioned jointly administered cases of

Circuit City Stores, Inc., *et al.* ("Debtors"), and makes the following disclosure as

counsel for multiple parties:

#### Representation of Waste Management, Inc.

1.      Stinson Morrison Hecker LLP represents Waste Management, Inc. in this

Chapter 11 proceeding.  Waste Management, Inc. provided services to the Debtors.

Waste Management, Inc.'s legal department is located at 1001 Fannin Street, Houston,

Texas.

DB03/048629.0165/9148214.1 DD02

2.      Waste Management, Inc. holds a claim(s) against the Debtors.  At this time, Waste Management, Inc. believes the amount of the claims to be approximately $40,000.  The amount of the claim could decrease depending on a pending objection to claims.  Waste Management, Inc. did not acquire these claims from third parties.

3.      Stinson Morrison Hecker LLP was retained directly by Waste Management, Inc.

### Representation of Garmin USA, Inc.

4.      Stinson Morrison Hecker LLP also represents Garmin USA, Inc. ("Garmin"), in this Chapter 11 proceeding.  Garmin provided products and services to the Debtors.  Garmin is a trade vendor of the Debtors.  Garmin is located at 1200 East 151st Street, Olathe, KS 66062.

5.      Garmin holds a claim against the Debtors in the amount of approximately $16.7 million.  This amount may be subject to change based upon additional information and offsets.  Garmin did not acquire these claims from third parties.

6.      Stinson Morrison Hecker LLP was retained directly by Garmin.

### Claims of Stinson Morrison Hecker LLP

7.      Stinson Morrison Hecker LLP is not owed any money by the Debtors.

### Reservation of Rights

8.      Stinson Morrison Hecker LLP reserves the right to supplement this Statement during this Chapter 11 proceeding.

I, Darrell W. Clark, a partner with the firm of Stinson Morrison Hecker LLP, declare under penalty of perjury that the foregoing is true and correct as of the date hereof, to the best of my knowledge and belief.

2

Dated: June 25, 2009                    Respectfully Submitted,

                                              /s/ Darrell W. Clark
                                              Darrell W. Clark, Esq., Bar No. 43943
                                              Stinson Morrison Hecker LLP
                                              1150 18th Street, NW, Suite 800
                                              Washington, D.C.  20036
                                              dclark@stinson.com
                                              Tel. (202) 785-9100
                                              Fax (202) 785-9163 (fax)
                                              *Counsel for Waste Management, Inc. and*
                                              *Garmin USA, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2009, the foregoing was served by first-class mail, postage prepaid or by electronic transmission via the Court's ECF system upon the following:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2000
Chicago, IL 60606

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Robert B. Van Arsdale
Office of the United States Trustee
Richmond, Virginia Office
701 East Broad Street, Suite 4304
Richmond, VA 23219-1888

/s/ Darrell W. Clark
Darrell W. Clark

DB03/048629.0165/9148214.1 DD02