# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

|  |  |
|---|---|
| In re: | ) |
|  | ) |
| CIRCUIT CITY STORES, INC., ET AL., | ) Case No. 08-35653 |
|  | ) Chapter 11 |
| Debtors. | ) Jointly Administered |
|  | ) |

## NOTICE OF FILING OF AFFIDAVIT IN SUPPORT OF MOTION OF TOWNE SQUARE PLAZA TO ALLOW THE FILING OF (1) AMENDED PROOF OF CLAIM AND (2) LATE PROOF OF CLAIM

PLEASE TAKE NOTICE that Towne Square Plaza, c/o Grubb & Ellis Management Services (the "Movant"), by counsel, has this day filed the attached Affidavit of Gisselle Z. Kelley in support of its Motion to Allow the Filing of (1) Amended Proof of Claim and (2) Late Proof of Claim (the "Motion"), Docket No. 3582. A hearing on the Motion is scheduled for July 6, 2009, at 2:00 p.m., Docket No. 3583.

Robert S. Westermann, VSB No. 43294  
Hirschler Fleischer, P.C.  
2100 East Cary Street  
The Edgeworth Building  
Richmond, Virginia 23223  
Telephone: (804) 771-9500  
Facsimile: (804) 644-0957  
Counsel for Towne Square Plaza  
c/o Grubb & Ellis Management Services  

Peter E. Meltzer, Esq.  
Law Offices of Peter E. Meltzer & Associates, P.C.  
1530 Locust Street, Suite L  
Philadelphia, Pennsylvania 19102  
Telephone: (215) 545-3300  
Counsel for Towne Square Plaza  
c/o Grubb & Ellis Management Services  

1

Date:  June 25, 2009             TOWNE SQUARE PLAZA
                                 C/O GRUBB & ELLIS MANAGEMENT SERVICES


                                 By:   /s/   Robert S. Westermann
                                              Counsel

Robert S. Westermann, VSB No. 43294      Peter E. Meltzer, Esq.
HIRSCHLER FLEISCHER, P.C.                LAW OFFICES OF PETER E. MELTZER
2100 East Cary Street                    & ASSOCIATES, P.C.
The Edgeworth Building                   1530 Locust Street, Suite L
Richmond, Virginia 23223                 Philadelphia, Pennsylvania 19102
Telephone: (804) 771-9500                Telephone: (215) 545-3300
Facsimile: (804) 644-0957                Email:  pmeltzer@meltzerlaw.net
Email:  rwestermann@hf-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2009, a true and complete copy of the foregoing Notice with the Affidavit attached was filed and served electronically using the Bankruptcy Court's ECF System and was sent by first class mail, postage prepaid, to the parties below at the addresses indicated:

Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Counsel for the Debtors

Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
Wilmington, Delaware 19899
Counsel for the Debtors

Robert J. Feinstein, Esq.
Pachulski, Stang, Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Counsel for the Official Committee of Unsecured Creditors

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Counsel for the Official Committee of Unsecured Creditors

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

   /s/ Robert S. Westermann

3