EASTERN DISTRICT of VIRGINIA RICHMOND DIVISION
U.S. BANKRUPTCY COURT
701 EAST BROAD STREET
COURTROOM 5000
RICHMOND, VIRGINIA  23219



CIRCUIT CITY STORES, INC. ET AL.
CASE # 08-35653 (KRH)

ELEVENTH OMNIBUS OBJECTION to CERTAIN
QUALIFIED PENSION PLAN AND 401(K) CLAIMS

ERICA RANDOLPH, AND JEROME RANDOLPH
WORK PERFORMED or TO BE PERFORMED  $80,000.00

INFRINGEMENT of COUPLES RIGHTS to OBTAIN
FINANCIAL FREEDOM BY PRACTICING FAIR Faithful
BUSINESS PROCEDURES, UNDUE STRESS

DARLENE WILLIAMS
JOHN HOLT


MRS. ERICA AND JEROME RANDOLPH
284 PINOAK LANE
FREDERICK, MD  21701
301-698-9266


JEROME B. RANDOLPH
240-446-6378
CLAIM # 2201