IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

RICHMOND DIVISION

FILED

JUN 2 3 2009

CLERK
U.S. BANKRUPTCY COURT

--------------------------------------------------

In re:                                    )
Circuit City Stores Inc.                  )        Chapter 11
                                          )        Case #: 08-35653 (KRH)
                                          )        Declaration in
                                          )        opposition to motion
                                          )        by debtor.
                                          )        Proper and timely service
--------------------------------------------------

      Richard Stevens appearing pro se duly affirms under the penalty of perjury as follows:

      **1**. On June 8, 2009, declarant received the motion by the debtor that seeks to exclude many creditors for being reimbursed by the former corporation Circuit City.  [I am listed at Exhibit "C"]

      2. Declarant fully understands that the amount of $260.09/100 is small, yet the principle of being stuck with this loss when predicated upon outright fraud, deserves the attention of the Bankruptcy officials.  In other words, I respectfully stand by my position and hope to persuade you that my claim is with merit.

      3. In a nutshell: the sale of the DVD was outright fraud.  They literally had a used and defective product and then sealed it in a box, which they then disguised as being brand new.  This is not your typical defective product. I cannot nor could not call Panasonic and claim a defect.  This is one reason the package was returned in 2 hours.

4.  Everything is documented:

(a):  Correspondence to American Express dated 2/28/09

(b):  The defense of Circuit City's representatives

(c):  My refuting their defense as there was no notice of a final sale on front or back which discounts the answer raised by Circuit City;

(d):  Letter of Chris Shkreli dated February 5, 2009

(e):  and my two correspondences to KCC dated March 17, 2009 and May 7, 2009

5.  I respectfully request that the Court deny the objection raised by the debtors in the motion as far as my claim is concerned with. [$260.09]

Respectfully,

Richard Stevens

June 17, 2009

Enclosure: set forth in Paragraph 4 above

TO:  Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636
Attention:  Gregg M. Galardi & Ian S. Fredericks

Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Chicago Ill. 60606
Attention: Chris L. Dickerson

MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond VA. 23219
Attention: Dion W. Hayes & Douglas M. Foley

**Richard Stevens**
**221 West 82nd Street**
**New York NY 10024**
**(714) 330-9960**

February 28, 2009

American Express Customer Service
PO Box 981535
El Paso Texas 79998
Fax: 623-444-3001

Gentlemen:                              Re:  CASE # IK98941
                                        Objection of charge of
                                        $260.09.

NEW EVIDENCE REQUESTED BY MERCHANT
PROVING THEIR FRAUD BEYOND A
SHADOW OF A DOUBT !

I had sent you a prior letter objecting to the above mentioned charge. This
was to the above address.   I attach and incorporate this by reference. Together with this
is the notarized document Chris Shkreli, who witnessed the event. His letter corroborates
my point.   I will now send you this entire package by Fax ! .

In quick summation: The box was fallaciously sealed.  It was fatally
defective.  They placed it inside the box; put scotch tape over the box and then sold it
claiming that it was new!

NEW EVIDENCE SIGNED BY SELLER.  HIS
REQUEST FOR ME TO SUPPLY THE AMERICAN
EXPRESS RECEIPT PROVES MY POINT .

THE MERCHANTS OWN ANSWER IN HIS OWN HANDWRITING
*STATES AS FOLLOWS:*

**"IF CUST. PROVIDES AMEX W/HIS RECEIPT IT WOULD
SHOW ALL SALES FINAL STAMPED ON BOTH FRONT 7 BACK" [enclosed]**

First of all, I did send you a copy of the receipt by mail.

Be that as it may:

**ENCLOSED FIND THE AMERICAN EXPRESS RECEIPT.  Neither
the front or back suggest anything different than the normal Am. Ex. Receipt.**

How dare they claim otherwise? Their fraud is established by their putting
their foot in their own mouths.  It fully supports my point that these people are deceitful
and will do anything to get rid of their products.  Anything !  They don't care because
they will never see you ever again.

**This new evidence "SPEAKS FOR ITSELF" !!**

American Express has far too much pride and respect for it to condone
such behavior.  I respectfully ask you to review this "new evidence" and acknowledge
that my challenge was proper.  Thank you for your time and consideration.

Respectfully,

Richard Stevens

enclosures

1. my former letter to Am. Ex. Dated February 10, 2009
2. correspondence of Mr. Shkreli dated February 5, 2009
3. RECEIPT THAT MERCHANT ASKED ME TO SUPPLY!
4. Answer by merchant – page 2 dated 2/19/09

```
CSISINQ.153          Customer Service & Information System (CSIS)          02-19-09
                              Ticket Display

Locn: 3864  Order#: 00205529          Customer: BLACKMAN      CHRIS

Ln  Ty  Qty  Brand/Model      RT  SLoc  Ord Dt   RLoc  Rel Dt    Price  ESP  RL
01  SL  01   PAN DMREZ48VK     C   3864  01/31/09  3864  01/31/09  239.99  00   00
```

# All Sales Final

```
F5: Prev Lines       F6: More Lines        F9: Payment Data
Enter, Del Tkt: Search Criteria            Exit: Service Menu
```

If cust provides Amex w/
his receipt it would show

All SALES Final stamped on both
Front & BACK.

0.00



Get a Chance to Win One of Five $1000
Gift Cards! Take Circuit City's
Customer First Survey.

Oueri    ✓ su opinion.  Conteste
Aue      encuesta por Internet

WWW. RCUITCITY.COM/SURVEY

Use  # Following customer
ca.  2 to enter on-line:

V38 QL8S SQL9

No purchase necessary.
See Circuit City stores for details.
Void where prohibited.
Find out where you can recycle your old
electronics at www.circuitcity.com/green.
Thanks for making your purchase at
Circuit City!

Customer Copy

## Return Guarantee

## Garantía de Devolución



**Just what I needed.**

Circuit City Store, Inc.
Store 03864
1965 BROADWAY 66TH STREET
NEW YORK, NY 10023
(212) 580-0605
Elec Appl Serv # 1284376
Elec Home # 1284368

01/31/2009                    11:17:47 AM EST
Trans : 7457                   Store : 03864
Reg. 044                       Till:044
Cashier: 10420/92              Sales: 0792
Customer: 383625733

SALE

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
03864044745720090131

DVD RECORDER W/VCR                    239.99 T
PANDMRE248VK          1 @ 239.99 C

Sub-Total                             239.99
Tax                                    20.10

Total                                 260.09

AmEx ($)                              260.09
Account    1020
Auth 640019 (A)

## Return Guarantee

[faded text, partially illegible]

If you are not completely satisfied with a product, Circuit City will exchange or refund your purchase within 30 days of the sale date, except as noted below. Camcorders, desktop PCs, notebook PCs, digital cameras, scanners, projectors, PDAs, radar, video iPods, music and movies must be returned within 14 days. Opened music, movies and computer software (including PC, video, and game software) may be exchanged for the same title only.

...must be returned within 14 days of the return date. Returns on check purchases last than 14 days from our ... Save circuitcity.com for our return guarantee for online purchases... Circuit City Gift Cards only. No fees will be imposed or charged on any Circuit City Gift Card regardless of any such statement on the Gift Card or when the Gift Card was...

## Garantía de Devolución

[faded Spanish text, partially illegible]

30 días de la fecha de compra, si satisfecho no está con algún producto, Circuit City...

February 5, 2009

American Express Customer Service
PO Box 981535
El Paso Texas 79998


Gentlemen:

I have been an electrician and ~~HANDYMAN~~ to the building that Richard Stevens lives at, 221 West 82nd street.

I was asked to install a Panasonic VHS/DVD player on Saturday January 31, 2009. I attempted to properly have this work in harmony with the Plasma T.V. and the Time Warner cable box for over 1 hour to no avail.

The best that I could do is have the DVD play back a segment of a program. The problem was that it was not the one that I attempted to record. Instead, the recorder saved a completely different channel than the one that was being played. Further, when the T.V. was on, the DVD player stated that the T.V. was off. And, the remote control was out of order.

I read the brochure and followed its instructions verbatim. After attempting quite a few plausible alternatives, I came to the conclusion that the DVD was defective.

I cannot recall having any such a problem with any other product that I had installed in the past. It is my hope that this will assist your reviewing this matter. If you have any questions concerning this matter you are welcomed to contact me at the address set forth below.

Respectfully,

Chris Shkreli

212-673-6364

**Richard Stevens
221 West 82nd Street
New York NY 10024
(714) 330-9960**

March 17, 2009

Circuit City Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
Tel: (888) 830-4650

Dear Kurtzman Carson Consultants          Re: Claim $260.09

I fully understand principles of liquidation, so I would not be writing this to you if it were not for the fact that fraud vitiates the term "final sale."

The Panasonic DVD/VHS devise in question was "sold" in a box that was sealed and marked as brand new. Opening up the box proved that this was in and of itself false. It was not brand new. Rather, the people at Circuit City surreptitiously placed it inside the box. It was old and defective.

I had the superintendent's assistant attempt to install it to no avail. He spent one hour on it. His statement is enclosed. In a nutshell: if he could not get it going, nobody could. It was a defective product.

I returned it in less than 2 hours. The manager at Circuit city, Mr. Ray Pena, took the product and was willing to give me his social security #, but I did not think that this was necessary.

I am asking you to kindly do what is fair, which from my perspective is to reimburse me for the $260.09. This can easily be done by issuing credit to my American Express card. I fully realize that there are many other creditors. Nevertheless, it is my hope that you can properly handle the case in an equitable manner.

Thank you for your time and consideration.

Respectfully,

Richard Stevens

Enclosures:

**Richard Stevens**
**221 West 82nd Street**
**New York NY 10024**
**(714) 330-9960**

May 7, 2009

Circuit City Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
Tel: (888) 830-4650

Dear Kurtzman Carson Consultants        Re: **Case #: 08-35653**
                                        $260.09

I just received your "confirmation."

PLEASE TAKE NOTICE--- THAT MY ADDRESS IS:

221 WEST 82ND STREET
APARTMENT # 4F.
NEW YORK NY 10024

YOU SENT THE CONFIRMATION TO 227.  THAT IS WHY IT TOOK
6 WEEKS TO GET TO ME.

IT IS MY SINCERE HOPE THAT THIS CAN BE RESOLVED IN MY
FAVOR.

That you again for your consideration.

Richard Stevens

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
                Debtors.     :   Jointly Administered
- - - - - - - - - - - - - - x

**NOTICE OF DEBTORS' NINTH OMNIBUS OBJECTION TO
CERTAIN (I) LATE CLAIMS AND (II) LATE 503(B)(9) CLAIMS**

**PLEASE TAKE NOTICE THAT** the above-captioned Debtors
(the "Debtors") filed the Debtors' Ninth Omnibus Objection
to Certain (i) Late Claims and (ii) Late 503(b)(9) Claims
(the "Omnibus Objection") with the Bankruptcy Court. A copy
of the Omnibus Objection is attached to this notice (this
"Notice"). By the Omnibus Objection, the Debtors are
seeking to disallow certain  claims on the ground that the
claims were filed after the applicable bar date.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the
Bankruptcy Court entered the Order Establishing Omnibus