08 35653

THE INFORMATION WAS SENT TO THE
PRUDENTIAL OFFICE IN DALLAS TEXAS
SO MY BROKER COULD FIGURE THE
ASSERTED CLAIM AMOUNT. I RECEIVED
IT BACK ON 29, JAN 2009. WE
TOOK IT TO THE POST OFFICE THE SAME
DAY AND WAS TOLD THEY COULD NOT
GUARANTEE NEXT DAY DELIVERY.
HAD WE RECEIVED IT ONE DAY EARLIER
WE COULD HAVE HAD IT TO YOU ON TIME.
THE NEXT BEST THING WAS
PRIORITY MAIL SO THE RECEIPT
SHOWS IT WAS SENT ON JAN 29th.

Erwin Olson
478 Summer Hill DR
Hoschton, GA-30548
(706-654-5624)

I was with my father when
we took it to the post office

Hm 706-654-5624
Cell 678-315 4027

[signature]
478 Summer Hill D
Hoschton GA-3[...]

[Stamp: RICHMOND DIVISION FILED JUN 23 2009 CLERK U.S. BANKRUPTCY COURT]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - x
                        :   Chapter 11
In re:                  :
                        :   Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC.,  :
et al.,                 :
                        :
        Debtors.        :   Jointly Administered
- - - - - - - - - - - - x
```

## NOTICE OF DEBTORS' EIGHTH OMNIBUS OBJECTION TO CERTAIN LATE CLAIMS

Circuit City Stores, Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245

```
FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049
```

Olson, Ervin C
478 Summer Hill Dr
Hoschton, GA 30548-3959

### PROOF OF CLAIM CONFIRMATION

Your proof of claim filed against Circuit City Stores, Inc.,
case no 08-35653 was received on 2/9/2009
and assigned claim number 11389

For more information, please visit www.kcclc.net/www.kcclc.net/circuitcity or call
1-866-381-9100

| TO: | Claim Number | Asserted Claim Amount |
|---|---|---|
| Olson, Ervin C<br>478 Summer Hill Dr<br>Hoschton, GA 30548-3059<br><br>*Phone 706-654-5624* | 11389 | *7,200 Shares of Circuit City Common Stock*<br><br>$1,584.00 |

