IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

Circuit City Stores, Inc

et al.,

Chapter 11

Case No. 08-35653

Jointly Administered

DEBTORS' EIGHTH OMNIBUS OBJECTION TO
CERTAIN LATE CLAIMS



RICHMOND DIVISION

FILED    JUN 2 5 2009    FILED

CLERK
U.S. BANKRUPTCY COURT

Ty Holbrook
5915 Crockett
Lumberton, Texas 77657
Claim # 11057
Claim Amount $ 5000.00

The Omnibus Objection should not be upheld for the claim above due to the lateness of the filing of paperwork. The debtor is responsible for promises made by Circuit City for services rendered and time accrued for paid time off. With the tenure of two years I would have accrued a total of 4 and half weeks of total personal time that could have been taken.

Enclosed is a pay stub showing the amount of pay bi weekly that would have been paid for any paid time off.

Information of Paid Time Off can be found in the Circuit City Policies and Procedures or with the Human Resource Standard Operating Procedures.

Ty Holbrook
5915 Crockett
Lumberton, Texas 77657
409-755-7404
409-926-1809
Tut28kt@Gmail.com

Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &        MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

               - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x
```

**NOTICE OF DEBTORS' EIGHTH OMNIBUS
OBJECTION TO CERTAIN LATE CLAIMS**

**PLEASE TAKE NOTICE THAT** the above-captioned Debtors
(the "Debtors") filed the Debtors' Eighth Omnibus Objection
to Certain Late Claims (the "Omnibus Objection") with the
Bankruptcy Court.  A copy of the Omnibus Objection is
attached to this notice (this "Notice").  By the Omnibus
Objection, the Debtors are seeking to disallow certain
claims on the ground that the claims were filed after the
applicable bar date.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the
Bankruptcy Court entered the Order Establishing Omnibus

Objection Procedures and Approving the Form and Manner of
the Notice of Omnibus Objections (Docket No. 2881) (the
"Order"), by which the Bankruptcy Court approved procedures
for filing omnibus objections to proofs of claim and
requests for allowance and payment of administrative
expenses and/or cure claims (individually, a "Claim" and
collectively, the "Claims") in connection with the above-
captioned chapter 11 cases (the "Omnibus Objection
Procedures").

   Specifically, the Omnibus Objection seeks to disallow
Claims, including your Claim(s), listed below

| TO: | Claim Number | Asserted Claim Amount |
|---|---|---|
| Holbrook, Ty<br>5915 Crockett<br>Lumberton, TX 77657-0000 | 11057 | $5,000.00 |

   **YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF
CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF
THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE
SUBJECT TO THE OMNIBUS OBJECTION.   YOUR RIGHTS MAY BE
AFFECTED BY THE OBJECTION.   THEREFORE, YOU SHOULD READ THIS
NOTICE (INCLUDING THE OMNIBUS OBJECTION AND OTHER
ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY.
IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

   **MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF
THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT
OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A
WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH
THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY
WITHIN THIRTY (30) DAYS OF THE SERVICE OF THE OMNIBUS
OBJECTION, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT
THE OMNIBUS OBJECTION CONCEDED AND ENTER AN ORDER GRANTING
THE RELIEF REQUESTED WITHOUT A HEARING.**