Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street - Room 4000
Richmond, VA 23219



Re: Claim #10848 in the amount of $9,631.25
Marilyn N Campbell
9 Hastings Drive
Victor, ID 83455

The purpose of this letter is to officially **OPPOSE THE RECLASSIFICATION OF MY CLAIM:**

1.
```
          IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                      RICHMOND DIVISION

- - - - - - - - - - - - - x
In re:                    :  Chapter 11
                          :
CIRCUIT CITY STORES, INC.,:  Case No. 08-35653 (KRH)
et al.,                   :
                          :
              Debtors.    :  Jointly Administered
- - - - - - - - - - - - - x
```

**DEBTORS' MOTION FOR AN ORDER APPROVING
(A) PROCEDURES FOR FILING OMNIBUS OBJECTIONS TO CLAIMS AND
(B) THE FORM AND MANNER OF THE NOTICE OF OMNIBUS OBJECTIONS**

2. My explanation was submitted with my original claim. (see attached copy)

3. I filed my claim timely and therefore object to being included in this Omnibus Objection

4. I do not feel I should have to go to the expense of hiring an attorney. I lost $9,631.25 and cannot afford to hire an attorney.

5. ?

6. Marilyn N Campbell, 208 210 1996, fax 208 787 6963. See above for my address.

*Marilyn N Campbell*
6/23/09

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

**Debtor against which claim is asserted :   (Check only one box below:)**

[X] Circuit City Stores, Inc. (Case No. 08-35653)
Circuit City Stores West Coast, Inc. (Case No. 08-35654)
InterTAN, Inc. (Case No. 08-35655)
Ventoux International, Inc. (Case No. 08-35656)
Circuit City Purchasing Company, LLC (Case No. 08-35657)
CC Aviation, LLC (Case No. 08-35658)

CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
Circuit City Stores PR, LLC (Case No. 08-35660)
Circuit City Properties, LLC (Case No. 08-35661)
Orbyx Electronics, LLC (Case No. 08-35662)
Kinzer Technology, LLC (Case No. 08-35663)
Courchevel, LLC (Case No. 08-35664)

Abbott Advertising, Inc. (Case No. 08-35665)
Mayland MN, LLC (Case No. 08-35666)
Patapsco Designs, Inc. (Case No. 08-35667)
Sky Venture Corporation (Case No. 08-35668)
XSStuff, LLC (Case No. 08-35669)
PRAHS, INC. (Case No. 08-35670)

NOTE: *This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Marilyn Campbell

**Name and address where notices should be sent:**
Marilyn Campbell
9 Hastings Dr
Victor ID 83455

Telephone number: 208 201-1996

[ ] Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** 08-35653
(If known)

**Filed on:** 1/27/09

**Name and address where payment should be sent (if different from above):**

Telephone number:

[ ] Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

[ ] Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ _____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

[ ] Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** 100 shares of CC (Common) Stock   9631.25
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 4089

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   [ ] Real Estate   [ ] Motor Vehicle   [ ] Other
Describe:

Value of Property: $_____   Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

[ ] Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

[ ] Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

[ ] Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

[ ] Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

[ ] Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

[ ] Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**Date:** 1-27-09

**Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Marilyn Campbell (Bene) IRA
Richard A. Vossen decd
Marilyn Campbell

**FOR COURT USE ONLY**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.