

*A Note from –*

*Det. Stephanie Krajchir #26481*
*LAPD – Topanga Area*
*Burglary Detectives*
*(818) 756-5845*
*26481@lapd.lacity.org*



June 19, 2009

Virginia Eastern Bankruptcy Court
701 E. Broad Street
Richmond, VA 23219-1888

Dear Sirs:

I am investigating a grand theft incident from Circuit City in March 2009, where a former manager is alleged to have stolen over $25,000 prior to the store closing permanently. I have been attempting to locate someone (or an entity) to represent Circuit City to file this case here in Los Angeles, California. Please call or email me if this is something the courts want to pursue.

Thank you very much.

Detective Krajchir #26481

Reference: DR#0921-07221