Circuit City Stores,
Clerk of the Bankruptcy Court,
Claim number 11351

This is so unfair I'am the one who worked morning, noon and night also on weekends to do my job and make Circuit City the best that they could be and now I'am being cheated out of my pay and getting the short end of the stick.

I worked hard getting up at four-o-clock in the morning and now because of the United States post office did not get my forms to you on time I'am being penalized by two days and not getting the overtime that I put in.

Because of Circuit City I'am out of work after 12 ½ years and forced to fight for the money that I worked hard for.

I do not know if this letter will do anything or if there is a form that I need to fill out but I need your help. Please let me know what else I need to do.

Thank You,
Marsha Blanchette

*Marsha Blanchette*

750 Six Flags Rd
Lot 553
Austell, Ga 30168
770-819-9378
priscillasimons@bellsouth.net
Claim number 11351

*[FILED stamp: RICHMOND DIVISION, JUN 25 2009, U.S. BANKRUPTCY COURT CLERK]*

Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

- and -

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
333 West Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession  

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION  

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | Jointly Administered |

**DEBTORS' MOTION FOR AN ORDER APPROVING  
(A) PROCEDURES FOR FILING OMNIBUS OBJECTIONS TO CLAIMS AND  
(B) THE FORM AND MANNER OF THE NOTICE OF OMNIBUS OBJECTIONS**

The debtors and debtors in possession (collectively, the "Debtors")[1] hereby move the Court, pursuant to this

---

[1] The Debtors are the following entities: The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott



PACK NO: 330
OMNI 8

MARSHA L BLANCHETTE
750 SIX FLAGS RD L553
AUSTELL, GGA 30168

Case No. 08-35653
PRF 15406