RICHMOND DIVISION

FILED JUN 2 5 2009 CLERK U.S. BANKRUPTCY COURT

6-18-09

To Whom It May Concern

Re: Case # 08-35653

Please do not drop my claim against Circuit City.

My $20,000.00 was invested in a bond for the company in good faith. I have suffered losses which I cannot afford at this retirement age —

I cannot afford an attorney to help me with this —

Thank you for your help —

Sincerely,

Alice Norton

Alice Norton
5308 Antelope Ln
Stone Mtn, GA
30087

```
SKADDEN, ARPS, SLATE, MEAGHER      MCGUIREWOODS LLP
& FLOM, LLP                        One James Center
One Rodney Square                  901 E. Cary Street
PO Box 636                         Richmond, VA 23219
Wilmington, DE 19899-0636          Attn: Dion W. Hayes
Attn: Gregg M. Galardi             Attn: Douglas M. Foley
Attn: Ian S. Fredericks

         - and -

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn:  Chris L. Dickerson
```

The status hearing on the Omnibus Objection will be held at **[    ] a.m./p.m. prevailing Eastern Time on [              ], 2009 at:**

United States Bankruptcy Court
701 East Broad Street - Courtroom 5100
Richmond, Virginia 23219

If you file a timely Response, in accordance with the Omnibus Objection Procedures, you do not need to appear at the status hearing on the Omnibus Objection.

### Procedures for Filing a Timely Response and Information Regarding the Hearing on the Omnibus Objection

**Contents.** Each Response must contain the following (at a minimum):

1. a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Omnibus Objection to which the Response is directed;

2. the claimant's name and an explanation for the amount of the claim;

4

Dated: June 3, 2009
      Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

\9287784.1

7

Dated: June 3, 2009
      Richmond, Virginia    SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

\9287784.1

7

Notice, the Debtors will present to the Bankruptcy Court an appropriate order granting the relief requested in the Omnibus Objection <u>without further notice</u> to you.

**Each Objection Is a Contested Matter**. Each Claim subject to an Omnibus Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

### Additional Information

**Requests for Information**. You may also obtain a copy of the Omnibus Objection or related documents on the internet, by accessing the website of the Debtors at www.kccllc.net/circuitcity.

**Reservation of Rights**. Nothing in this Notice or the Omnibus Objection constitutes a waiver of the Debtors' right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you of the Debtors. Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Debtors have the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date. In such event, you will receive a separate notice of any such objections.

6