6/23/09

In re: Circuit City Stores, Inc., et al., Debtors
Chapter 11
Case No. 08-35653 (KRH)
Omnibus objection response



CC.
Clerk of the Bankruptcy Court
US Bankruptcy Court
701 E. Broad St. – Room 4000
Richmond, VA 23219

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, IL 60606
Attn: Chris L. Dickerson

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636
Attn: Gregg M. Galardi
Attn: Ian S. Fredericks

McGuirewoods LLP
One James Center
901 E. Cary St.
Richmond, VA 23219
Attn: Dion W. Hayes
Attn: Douglas M. Foley

Contents:
1.  United States Bankruptcy Court
    Eastern District of Virginia
    Richmond Division

    Debtor – Circuit City Stores, Inc
    Case # 08-35653

    Objection Title – Seventh Omnibus Objection to Certain Late Claims (the "Omnibus Ojection")

2.  Claimant:
    Richard L. Schurz
    Claim # 10307 in the amount of $604.75
    Claim amount based on paid time off funds withheld by Circuit City Stores Inc.

3.      Circuit City Inc. froze these funds without proper and timely notice to all classed employees. Thus employees could not use and receive the monetary value associated with the applicable hourly rate of these funds. Notice that these funds were frozen to all full time / part time / part time grandfathered / hourly employees was not received until after attempted use of the funds was entered into the time keeping system and was rejected by the automatic payroll system. The need for filing of this claim was not known until after this payroll rejection.

6.      Richard L. Schurz
12117 Jamieson PL
Glen Allen, VA 23059
(804) 360-2337

*Richard L. Schurz* (signature)

Richard L. Schurz