

Alex P. Thorson
Pro Se
910 NE Providence Court, C207
Pullman, WA 99163

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CIRCUIT CITY STORES, INC., ) | Case No. 08-35653 (KHR) |
| et al., ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

## CLAIMANTS RESPONSE IN OPPOSITION OF OMNIBUS OBJECTION

The undersigned Claimant in this action, Alex Thorson, hereby files this Response in Opposition of Debtors Omnibus Objection.

### Procedural Requirements of Response

1.  <u>Declaration of Person with Personal Knowledge of Relevant Facts.</u> I Alex P. Thorson, acting Pro Se, declare, under penalty of perjury, I have personal knowledge of the relevant facts as presented herein and that all such facts are complete and accurate.

2.  <u>Claimant's Name and Explanation of Claim.</u> I am the Claimant, and my name is Alex P. Thorson. I was employed by Debtor, Circuit City, as a summer job from approximately June 2008 through approximately August 2008. Upon my termination of employment to return to college (long before the filing of Debtor's Bankruptcy petition), my supervisor at Circuit City informed me that my final paycheck for $317.19 in wages

Claimant's Response in Opposition of Omnibus Objection

would be mailed to my parent's address since I did not yet have a fixed address at college. Debtor Circuit City failed to send my final paycheck or, if sent, it was never delivered to my parent's address. Although I intended to follow-up to find why Debtor had not sent my check, before I could do so Debtor filed for bankruptcy and I was told that no payment would be made other than through the bankruptcy process. Although Debtor Circuit City mailed a Claims Bar Notice to me at my parent's address as listed on Debtor's records, my parents had moved from that location on August 1, 2008. Although the Claims Bar Notice was ultimately forwarded to them, the delays resulting from the forwarding to them, the Holiday season and the necessity to forward it on to me at school meant that I received it with little time to prepare a timely Claim. As a college student with no understanding of the workings of the Bankruptcy system, I sought advice concerning the completion of the Claim form and what I needed to do to file the Claim. That resulted in further delay. I was under the impression that the filing would be timely if I postmarked the January 30, 2009 due date, and I mailed it that date. I now understand that the Claim was required to be received by the due date in order to be timely, that it was in fact received February 3, 2009, and that it has been rejected as untimely.

3.  <u>Reasons that the Bankruptcy Court Should Not Sustain the Omnibus Objection</u>. The Bankruptcy Court should not sustain the Omnibus Objection because (i) I did not reside at the address to which the Claims Notice was sent because I was attending college some 300 miles away; (ii) my parents were no longer living at the address to which the Claim form was sent; (iii) the delays resulting from the mail forwarding reduced the time I had to complete and return my Claim; (iv) once I received the Claim, I completed and filed it within a reasonable time frame, with actual receipt only 2 business days after the deadline; and (iv) I need the money that I earned, and sustaining the

Claimant's Response in Opposition of Omnibus Objection

objection would have the effect of rewarding Debtor Circuit City for wrongfully withholding my wages.

4. <u>Claimant's Name, Address, and Telephone Number</u>. My name, address and telephone number are as follows:

> Alex P. Thorson
> 910 NE Providence Court, C207
> Pullman, WA 99163
> (206) 465-9027

I have no facsimile number, and no attorney or designated representative to whom attorneys for the Debtors should serve a reply to this Response. Please use the above address as the Notice Address and service address for all future communications.

I hereby affirm, under penalty of perjury, that the foregoing information is complete and accurate.

DATED: June 22, 2009.

_____
Alex P. Thorson, Pro Se

Claimant's Response in Opposition of Omnibus Objection