June 23, 2009



Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street — Room 4000
Richmond, VA 23219

Re: Response to Debtors' Eighth Omnibus Objection to Certain Late Claims filed June 3, 2009 ("Objection")
Bankruptcy Court: The United States Bankruptcy Court for the Eastern Division of Virginia, Richmond Division
Debtors: Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)
Claim No. 11705

Dear Sir:

On January 30, 2009, I faxed Claim No. 11075 to Kurtzman Carson Consultants ("Kurtzman") and on the same day mailed the claim by U.S. Express Mail for overnight delivery. The amount of Claim No. 11075 is $40,000, half of which was scheduled to vest on January 1, 2009, and which relates to a retention award granted to certain employees.

I realize that faxing was not the designated means of delivery. I nevertheless respectfully request that the Court not sustain the Objection with respect to Claim No. 11075 for the following reasons: the faxed claim was received by Kurtzman on January 30, 2009 by 5:00 p.m. Pacific Time; it stated the existence, nature, and amount of my claim; and it evidenced my intent to hold Debtor liable for the claim.

In the event the Court denies my request and disallows Claim No. 11075, I request that the Court limit the disallowance to the amount set forth in Debtors' Notice of Objection. The Notice of Objection for Claim No. 11075 states that it seeks to disallow the claim in the asserted amount of $10,950. As noted above, however, the full asserted amount for Claim No. 11075 is $40,000.

Respectfully submitted,

Michael Alexander
3313 Kensington Ave.
Richmond, VA 23221
(804) 513-2447
MichaelAlexander@aol.com

Cc: Debtors' attorneys