EXHIBIT A: PROPOSED FORM OF ORDER ON MOTION

Rodney F. Page (Va. Bar No. 12402)
Bryan Cave LLP
1155 F Street, NW
Washington, D.C. 20004
Telephone: (202) 508-6002
Facsimile: (202) 508-6200
Email: rpage@bryancave.com
*Counsel for Wells Fargo Bank, N.A.*
*And Bank of America, N.A.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | **Case No. 08-35653 (KRH)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | |
| **WELLS FARGO BANK, N.A., SUCCESSOR-BY-MERGER TO WELLS FARGO BANK MINNESOTA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF MERRILL LYNCH MORTGAGE INVESTORS, INC. MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 1998-C1-CTL, AND BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO LASALLE BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF GMAC COMMERCIAL MORTGAGE SECURITIES, INC. MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 1998-C2,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Movant,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** | ) | |
| | ) | |
| **Respondent.** | ) | |

348236.2

1

# ORDER

This matter having come before the Court on the Motion and Supporting Memorandum of Wells Fargo Bank, N.A., successor-by-merger to Wells Fargo Bank Minnesota, N.A., in its capacity as Trustee for the Registered Holders of Merrill Lynch Mortgage Investors, Inc. Mortgage Pass-Through Certificates, Series 1998-C1-CTL ("Wells Fargo"), and Bank of America, N.A., Successor by Merger to LaSalle Bank, N.A., as Trustee for the Registered Holders of GMAC Commercial Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 1998-C2 ("Bank of America") (collectively, the "Trustees"), for the Entry of an Order determining that the automatic stay is inapplicable to the commencement and prosecution of certain mortgage foreclosure actions or, in the alternative, granting relief from the automatic stay pursuant to § 362(d)(2) of Title 11 of the United States Code §§ 101 *et seq*. to name Circuit City Stores, Inc. as a defendant in (i) a mortgage foreclosure action involving property located in Wichita, Kansas that Circuit City Stores, Inc. once leased from Wells Fargo's mortgagor and (ii) a mortgage foreclosure action involving property located in Vestal, New York that Circuit City Stores, Inc. once leased from Bank of America's mortgagor (the "Motion") filed in the bankruptcy cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G); (iii) venue is proper in this Court pursuant to 28 U.S.C. § 1409; (iv) proper and adequate notice of the Motion and the opportunity for a hearing thereon has been given and no other or further notice is necessary; and (v) good and sufficient cause exists for the

348236.2                                    2

granting of the relief requested in the Motion after having given due deliberation upon the Motion and the arguments presented at any hearing had thereupon.        Therefore,

**IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED THAT:**

1. The Motion is granted.

2. Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to it in the Motion.

3. The automatic stay of 11 U.S.C. § 362 is inapplicable to any notification to Tenant of the commencement and completion of any Foreclosure or the exercise of any Foreclosure Remedies.

4. This Court retains jurisdiction to enforce and implement the terms and provisions of this Order and to resolve any and all disputes related thereto.

ENTERED in Richmond, Virginia this ___ day of ____, 2009.

_____
Kevin R. Huennekens
United States Bankruptcy Judge

WE ASK FOR THIS:

/s/  Rodney F. Page
Rodney F. Page (Va. Bar No. 12402)
Bryan Cave LLP
1155 F Street, NW
Washington, D.C. 20004
Telephone: (202) 508-6002
Facsimile: (202) 508-6200
Email: rpage@bryancave.com

*Counsel for Wells Fargo Bank, N.A.*
*and Bank of America, N.A.*

## LOCAL BANKRUPTCY RULE 9022-1 CERTIFICATION

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the forgoing proposed order has been endorsed by or served upon all necessary parties by U.S. Mail, first class, postage prepaid, to all persons on the attached service list.

                                                /s/  Rodney F. Page
                                                Rodney F. Page

**SERVICE LIST**

| | |
|---|---|
| Circuit City Stores, Inc.<br>9950 Mayland Dr.<br>Richmond, Virginia 23233<br>Attn: Reginald D. Hedgebeth<br>*Debtor* | Chris L. Dickerson, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>33 West Wacker Drive<br>Chicago, IL 60606<br>*Counsel for Debtor* |
| Circuit City Stores, Inc.<br>9950 Mayland Dr.<br>Richmond, Virginia 23233<br>Attn: Daniel W. Ramsey<br>*Debtor* | Linda K. Myers, Esq.<br>Kirkland & Ellis LLP<br>200 E. Randolph Drive<br>Chicago, IL 60601<br>*Special Counsel for Debtor* |
| Daniel F. Blanks, Esq.<br>Douglas M. Foley, Esq.<br>McGuire Woods LLP<br>9000 World Trade Center<br>101 W. Main Street<br>Norfolk, VA 23510<br>*Counsel for Debtor* | Robert Van Arsdale, Esq.<br>Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>701 E. Broad Street, Suite 4303<br>Richmond, VA 23219 |
| Dion W. Hayes, Esq.<br>James S. Sheerin, Esq.<br>Sarah Beckett Boehm, Esq.<br>McGuire Woods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219<br>*Counsel for Debtor* | Linda V. Tavenner, Esq.<br>Tavenner & Beran, PLC<br>20 North Eighth Street<br>Second Floor<br>Richmond, VA 23219<br>*Counsel for the Official Committee of Unsecured Creditors* |
| Gregg M. Galardi, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>One Rodney Square<br>P.O.Box 636<br>Wilmington, DE 19899-0636<br>*Counsel for Debtor* | Robert J. Feinsten, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 26th Floor<br>New York, NY 10017<br>*Counsel for the Official Committee of Unsecured Creditors* |