Rodney F. Page (Va. Bar No. 12402)
Bryan Cave LLP
1155 F Street, NW
Washington, D.C. 20004
Telephone: (202) 508-6002
Facsimile: (202) 508-6200
Email: rpage@bryancave.com
*Counsel for Wells Fargo Bank, N.A.*
*And Bank of America, N.A.*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | **Case No. 08-35653 (KRH)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | |
| **WELLS FARGO BANK, N.A.,** | ) | |
| **SUCCESSOR-BY-MERGER TO** | ) | |
| **WELLS FARGO BANK MINNESOTA,** | ) | |
| **N.A., AS TRUSTEE FOR THE** | ) | |
| **REGISTERED HOLDERS OF MERRILL** | ) | |
| **LYNCH MORTGAGE INVESTORS, INC.** | ) | |
| **MORTGAGE PASS-THROUGH** | ) | |
| **CERTIFICATES, SERIES 1998-C1-CTL,** | ) | |
| **AND BANK OF AMERICA, N.A.,** | ) | |
| **SUCCESSOR BY MERGER TO** | ) | |
| **LASALLE BANK, N.A., AS TRUSTEE** | ) | |
| **FOR THE REGISTERED HOLDERS OF** | ) | |
| **GMAC COMMERCIAL MORTGAGE** | ) | |
| **SECURITIES, INC. MORTGAGE** | ) | |
| **PASS-THROUGH CERTIFICATES,** | ) | |
| **SERIES 1998-C2,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** | ) | |
| | ) | |
| **Respondent.** | ) | |

349189.1

## **REQUEST FOR WAIVER TO FILE BY COMPUTER DISKETTE**

Wells Fargo Bank, N.A., successor-by-merger to Wells Fargo Bank Minnesota, N.A., in its capacity as Trustee for the Registered Holders of Merrill Lynch Mortgage Investors, Inc. Mortgage Pass-Through Certificates, Series 1998-C1-CTL ("Wells Fargo") and Bank of America, N.A., Successor by Merger to LaSalle Bank, N.A., as Trustee for the Registered Holders of GMAC Commercial Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 1998-C2 ("Bank of America") (collectively, the "Trustees") hereby request that the Court waive the requirement of submitting the attached filing, more specifically described as a Motion and Supporting Memorandum for the Entry of an Order Determining that the Automatic Stay is Inapplicable to the Commencement and Prosecution of Certain Mortgage Foreclosure Actions or, in the Alternative, for Relief from the Automatic Stay Pursuant to § 362(d)(2) (the "Motion") through use of the Internet component of CM/ECF, as required by the Electronic Case Files Policy.

Undersigned counsel is currently in the process of obtaining the training required to obtain a login to file documents electronically with this Court. Due to counsel's current inability to file electronically and the desire of the Trustees to file this motion without delay, the undersigned respectfully requests that the above-identified document be submitted for filing by computer diskette.

The undersigned acknowledges that should the Court obtain information which indicates that the undersigned did not accurately represent the basis for requesting the waiver, the matter will be referred to the judge presiding over the case for appropriate action, which may include sanctions against the party making the false certification or an order striking the pleading or other paper without further notice.

Dated: June 26, 2009    Respectfully submitted,

**BRYAN CAVE LLP**

By: /s/ Rodney F. Page
Rodney F. Page (Va. Bar No. 12402)
Bryan Cave LLP
1155 F Street, NW
Washington, D.C. 20004
Telephone: (202) 508-6002
Facsimile: (202) 508-6200
Email: rpage@bryancave.com

*Counsel for Wells Fargo Bank, N.A. and Bank of America, N.A.*

349189.1 3