Chuan Fa Liu & Chang Rao
15 Kings Way, #33
Waltham, MA 02451



RICHMOND DIVISION

FILED JUN 2 6 2009 FILED

CLERK
U.S. BANKRUPTCY COURT

June 23, 2009

To the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division the Debtors, Circuit City Stores, INC., et al., Chapter 11, Case No. 08-35653 (KRH), Debtors' ninth omnibus objection to certain (I) late claims and (II) late 503 (B)(9) claims.

The name of claimant: Chuan Fa Liu & Chang Rao, Claim No. 12952, Claim amount is $1000.00 (10,000sh)

The Response to the Omnibus Objection:

The main reason that we couldn't file our claim before the deadline is that Chuan-Fa Liu works overseas - he has stationed in Singapore since July 2003. Besides, the notice was sent during the holiday season when we had to travel. Therefore we didn't know the deadline until it was too late. We hope that the Court will give us the opportunity to claim the loss and not reclassify our claim.

Regards,

*Chang Rao*

Chuan-Fa Liu & Chang Rao

15 Kings Way, #33
Waltham, MA 02451
508-380-7448

Declaration

To the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division the Debtors, Circuit City Stores, INC., et al., Chapter 11, Case No. 08-35653 (KRH), Debtors' ninth omnibus objection to certain (I) late claims and (II) late 503 (B)(9) claims.

The name of claimant: Chuan Fa Liu & Chang Rao, Claim No. 12952, Claim amount is $1000.00 (10,000sh)

I declare that the fact that Chuan-Fa Liu lives overseas is true.

Signature: *Jingys Chen*
Name: JINYING CHEN
Date: 6/23/09