UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.  08-35653-KRH |
| **CIRCUIT CITY STORES, INC., et al** | |
| Debtors. | **Jointly Administered** |
| | **Judge Kevin R. Huennekens** |

## RESPONSE OF RENUKABEN S. NAIK TO DEBTORS' SEVENTH OMNIBUS OBJECTION TO CERTAIN LATE CLAIMS

COMES NOW, RENUKABEN S. NAIK, ("Ms. Naik"), through her undersigned counsel, pursuant to Fed. R. Bankr. P. 3003(c) and Local Bankruptcy Rule 9013-1, and seeks permission to file a Late Proof of Claim, and responds to the Debtor's Seventh Omnibus Objection to Certain Late Claims.  In support thereof, Ms. Naik states as follows:

### Background

1.      These cases were initiated on November 10, 2008 (the "Petition Date") with the filing of voluntary petitions under Chapter 11 of the Bankruptcy Code.

2.      Pursuant to an Order entered November 10, 2008 [Docket No. 077], these cases are being jointly administered pursuant to Bankruptcy Code Section 302 and Bankruptcy Rule 1015(b).

3.      Ms. Naik has a prepetition general unsecured claim against the Debtors in an amount in excess of $1.0 million for personal injuries.  The basis for the claim was set forth in the pleadings filed in Ms. Naik's lawsuit filed against Circuit City Stores, Inc. in October 2008,

Philip C. Baxa, Esquire VSB No. 22977
MercerTrigiani, LLP
16 South Second Street
Richmond, Virginia  23219
Tel: 804-782-8691
Fax: 804-644-0209
phil.baxa@mercertrigiani.com

in the Circuit Court of Cook County, Illinois, County Department, Law Division, Case No. 2008 L011811 ("the Illinois Litigation"). The claim of Ms. Naik was scheduled by the Debtors as contingent, unliquidated and/or disputed in an unknown amount.  See Debtors' Schedules of Assets and Liabilities filed December 19, 2008.

4.      On December 11, 2008, this Court entered its Order Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim, and (II) Approving Form and Manner of Notice Thereof (the "Claims Bar Order") [Docket No. 890].  Pursuant to the Claims Bar Order, on December 12, 2008, Debtors filed their Notice of Deadline for Filing Proofs of Claim (the "Claims Bar Notice") [Docket No. 966] in the form approved by the Court.

5.      On December 29, 2008, Debtors filed their Affidavit of Service [Docket No. 1314] indicating that a copy of the Claims Bar Notice was served on creditors in the case, including Ms. Naik.

6.      Neither Ms. Naik nor her counsel received this Claims Bar Notice prior to the January 30, 2009 claims bar deadline.  See Affidavit of Daniel E. O'Brien, attached hereto as Exhibit A.

7.      On February 9, 2009, counsel for Ms. Naik consulted the Debtor's website and determined the bar date was January 30, 2009.

8.      Prior to February 9, 2009, the Debtors had been aware of Ms. Naik's claim.  Not only did the Debtors list the claim in their Schedules of Assets and Liabilities, they also filed pleadings in the Illinois Litigation informing that court that the Litigation was stayed by the filing of the present bankruptcy cases.  See Exhibit B attached hereto - Motion to Stay filed by Debtor's Counsel in the Illinois Litigation.

9.      Up to and including the date of the Debtors' Motion to Stay in the Illinois Litigation, Ms. Naik pursued her claim, including repeated inquiries related to the existence of liability insurance.

10.     The Debtors were aware of Ms. Naik's counsel's involvement in the claim from no later than the initiation of the Illinois Litigation; however, the Debtors provided no notice to counsel of any proceedings in this bankruptcy case.

11.     From November 2008 through December 2008, Ms. Naik was out of the United States on a family vacation in India.

12.     Ms. Naik speaks no English; even if she had received the Claims Bar Notice on a timely basis, she would have been unaware of its import without the benefit of counsel.

13.     Despite the expiration of the claims bar deadline, Ms. Naik filed a proof of claim in the form required within five business days of the claims bar date.  See Exhibit C hereto, Confirmation of Claim No. 10692, with claim attached.

14.     Ms. Naik desires to participate as a claimant in these bankruptcy cases and requests that the Court permit her to file her Proof of Claim and overrule the Seventh Omnibus Objections to Certain Late Claims as it relates to her Claim No. 10692.

## Argument

### I.      Ms. Naik's Failure to Timely File an Administrative Claim is the Result of Excusable Neglect.

15.     Ms. Naik should be permitted to proceed on her claim at this time because her failure to timely file is due to excusable neglect.  The seminal case in the area of excusable neglect is *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd Partnership*, 507 U.S. 380, 113 S.Ct. 1489, 128 L. Ed. 2d 74 (1993).  In *Pioneer*, the Supreme Court resolved a conflict among the Circuit Courts by adopting the more liberal approach of certain of those Circuits in determining

whether excusable neglect exists.    Finding that Rule 9006(b)(1) of the Federal Rules of

Bankruptcy Procedure was patterned after Fed. R. Civ. P. 6(b), and that Rule 6(b) employs a

somewhat elastic concept that is not limited strictly to omissions caused by circumstances

beyond the party's control, the Court reasoned that a missed bar date was the result of excusable

neglect where the party's counsel failed to note the claims bar date in the initial bankruptcy

notice (of meeting of creditors, etc.).    The Court found that consideration should be given to all

relevant circumstances in evaluating whether the neglect forming the basis for a requested

enlargement of a prescribed filing deadline was excusable.    The factors to be considered include

"the danger of prejudice to the debtor, the length of the delay and its potential impact on judicial

proceedings, the reason for the delay, including whether it was within the reasonable control of

the movant, and whether the movant acted in good faith."    507 U.S. at 394.

    16.    Courts applying *Pioneer* to situations where permission is sought for filing claims

after expiration of a bar date have applied some or all of the *Pioneer* factors, allowing late-filed

claims where application of those factors to the facts of the present case favor such a finding.

*See, e.g., Greyhound Lines, Inc., v. Rogers (In re Eagle Bus Mfg. Inc.)*, 62 F.3d 730 (5th Cir.

1995) (permitting late filing of proofs of claim 6 to 8 months after bar date where claimants had

been negotiating with debtor's agent, and where debtor was unable to show prejudice since plan

had been negotiated and approved after the late claims had been filed); *In re The Babcock and

Wilcox Co.*, No. CIV. A. 00-558, 00-10992, 2001 WL 1204074 (E.D. La. 2001) (refusing to

reconsider earlier allowance of claims filed 10 days late, because the debtors could show no

prejudice in a case in which the plan had not yet been confirmed); *West Delta Oil Co. v. Fenasci

(In re West DeltaOil Co.)*, No. Civ. A. 03-3330, 2004 WL 1770110 (E.D. La. 2004)(affirming

Bankruptcy Court's Order allowing late-filed administrative claim for attorneys' fees where

4

debtor was unable to show prejudice); *In re McKissick*, 298 B.R. 535 (Bankr. W.D. Pa 2003)(allowing claims filed 7 weeks after bar date where claimant showed that its neglect was "excusable" and where debtor was unable to show prejudice in a case where no plan had yet been filed); *In re The Grand Union Co.*, 204 B.R. 864 (Bankr. D. Del. 1997) (allowing claim filed over 9 months after bar date and 9 months after plan had been confirmed on a "fast track" because neglect was excusable and debtor was not prejudiced); *In re Spring Ford Indus.*, Inc., No. 02-15015DWS, 2003 WL 21785960 (Bankr. E.D. Pa. 2003) (allowing late-filed claims by Plaintiffs in class action where debtor failed to schedule the Plaintiffs and/or send them notice, but had scheduled the action); *In re Pappalardo*, 210 B.R. 634 (Bankr. S.D. Fla. 1997)(allowing late-filed claims where claimant satisfied all of the Pioneer criteria and there was no prejudice to the debtor).

17.    In this case, the facts weigh heavily in Ms. Naik's favor with respect to the "reason for delay" factor considered by the Supreme Court in *Pioneer*.  As the Affidavit of Ms. Naik's counsel makes abundantly clear, Ms. Naik was not at the address where notice was sent at the time it was sent.  Moreover, even if she had been at that address, Ms. Naik was unable to understand and appreciate the significance of the Claims Bar Notice that she received. Furthermore, the Debtors failed to provide any notice of any proceedings in the Bankruptcy Court to counsel for Ms. Naik, whom they knew was representing her in the matters that were the subject of her claim.  Under these circumstances, it is difficult to imagine how Ms. Naik's delay in filing a claim was "within [her] reasonable control." *Pioneer*, *supra*, 507 U.S. at 395.

18.    Also weighing heavily in Ms. Naik's favor is her good faith.  As evidenced by the Exhibits attached hereto, there can be no suggestion that Ms. Naik has acted in anything but good faith.

19.    With respect to the remaining two factors suggested by the Court in *Pioneer* --
danger of prejudice to the Debtor, and the length of the delay and potential impact on judicial
proceedings -- the presentation of a general unsecured claim within five business days of the bar
date will neither prejudice the Debtors nor adversely impact the proceedings. See *West DeltaOil,
supra*, (claim filed after five month delay, and after Plan confirmation); *Greyhound Lines v.
Rogers, supra*, (claims filed 6 to 8 months late); *Grand Union, supra*, (claim of Mr. Economaki
filed over six months late). Of particular significance in this case is that, at the time of filing her
claim, the Debtors had not yet proposed a plan, much less solicited one for approval.

20.    Moreover, a delay of days is not so egregious under the facts and circumstances
of this case as to tip the balance of equities against allowing Ms. Naik to file a late claim.
Indeed, it is apparent that Ms. Naik has acted reasonably promptly once it was learned that the
claims bar date had passed.

21.    Pursuant to Local Bankruptcy Rule 9013-1(G)(1), Ms. Naik hereby elects to
combine her memorandum of points and authorities with her Motion.

### Conclusion

As the Supreme Court stated in *Pioneer*, Congress plainly intended that Courts be
empowered under Bankruptcy Rule 9006(b)(1)(2) to accept late filings "caused by inadvertence,
mistake, or carelessness, as well as by intervening circumstances beyond the party's control."
*Pioneer, supra*, 507 U.S. at 388. The resulting neglect to timely file this claim should be found
to be excusable, under the standards established by the Supreme Court in *Pioneer*, particularly in
light of the minimal if not non-existent prejudice to the Debtors in allowing the late claim.

Submitted: June 26, 2009                **RENUKABEN S. NAIK**

6

/s/ Philip C. Baxa
Philip C. Baxa, Esquire, VSB No. 22977
MercerTrigiani, LLP
16 South Second Street
Richmond, Virginia  23219
Tel: 804-782-8691
Fax: 804-644-0209

Daniel E. O'Brien, Esquire
111 West Washington Street, Suite 1200
Chicago, Illinois 60602
Tel: (312) 236-6324
Fax: (312) 236-6426

Counsel for Renukaben S. Naik

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 26, 2009, I will electronically file the foregoing Response of Renukaben S. Naik to Debtors' Seventh Omnibus Objection to Certain late Claims with the Clerk of court using the CM/ECF system, and send a true and correct copy of the foregoing Response via regular mail, postage prepaid, on June 26, 2009, to:

Greg M. Galardi
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA  23219

Robert Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219

Brad R. Godshell
Pachulski Stang Ziehl & Jones
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA  90067-4100

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, VA  23219

Douglas H. Foley
McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA  23510

Robert J. Feinstein
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY  10017

/s/ Philip C. Baxa

R0008730

# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | **Case No.:      08-35653** |
| et al., | ) | |
| | ) | |
| Debtors | ) | **Jointly Administered** |

## AFFIDAVIT

Your Affiant, DANIEL E. O'BRIEN, attorney for the Creditor, RENUKABEN NAIK, states as follows:

1.      That he is the attorney of record for RENUKABEN NAIK.

2.      That Circuit City was provided notice of my representation on December 17, 2007.

3.      That from December 17, 2007 until Circuit City, Inc's, filing of Chapter 11 Bankruptcy, I have remained in contact with Circuit City's representatives.

4.      That the Complaint at Law attached to this Proof of Claim was filed in October 24, 2008 and served upon Circuit City on November 7, 2008.

5.      That counsel for Circuit City in the bankruptcy action was and is aware of my representation of RENAKUBEN NAIK.

6.      That at no time since Circuit City filed for bankruptcy have I been served notice of any of the applicable dates relating to the bankruptcy.

FURTHER AFFIANT SAYETH NOT.

Daniel E. O'Brien

Subscribed and sworn before me this 9th day of January 2009

OFFICIAL SEAL
MELISSA L SANCHEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/02/12

NOTARY PUBLIC

WINTERS ENRIGHT SALZETTA & O'BRIEN, L.L.C.
111 West Washington Street
Suite 1200
Chicago, IL 60602
(312) 236-6324
(312) 236-6426 Fax

OFFICIAL SEAL
MELISSA L SANCHEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/02/12

# Exhibit B

K:\69075\not.ofstay\MRP\ah

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| RENUKABEN NAIK | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2008 L 011881 |
| | ) | |
| CIRCUIT CITY STORES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

DOC OF
CLERK OF CIRCUIT COURT
LAW DIVISION
2008 NOV 26 PM 2:30
FILED-11

## SUGGESTION OF BANKRUPTCY
## AND NOTICE OF OPERATION OF AUTOMATIC STAY

PLEASE BE ADVISED that on November 10, 2008, Circuit City Stores, Inc., and certain of its direct and indirect subsidiaries (collectively the "Debtors"),[1] filed voluntary petitions for reorganization relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.*, as amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Bankruptcy Court"). The Debtors' bankruptcy cases are being jointly administered under In re Circuit City Stores, Inc., Case No. 08-35653 (E.D. Va.). As a result of the filing, any further action against the Debtors is stayed under Bankruptcy Code section 362.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

PLEASE BE FURTHER ADVISED that any action taken against the

Debtors or their property without <u>first</u> obtaining relief from the automatic stay from the

Bankruptcy Court may be subject to findings of contempt and the assessment by the

Bankruptcy Court of penalties, fines, and/or sanction, as may be appropriate.


Dated:  November _____, 2008



Respectfully submitted,


By: _____
Monique Pride-Brooks



KOPKA, PINKUS, DOLIN & EADS, P.C.
200 North LaSalle Street
Suite 2850
Chicago, IL 60601
Ph 312 782 9920
Fx 312 782 9965
*Attorneys for the Debtors*


2

## CERTIFICATE OF SERVICE

I, MONIQUE PRIDE-BROOKS, an attorney, certify that I have served the following parties with SUGGESTION OF VOLUNTARY BANKRUPTCY AND NOTICE OF OPERATION OF AUTOMATIC STAY via United States mail at 200 North LaSalle Street, Chicago, Illinois, at 5:00 p.m., with postage prepaid to following parties:

Winters Enright Salzett & O'Brien, LLC
111 West Washington Street
Suite 1200
Chicago, IL 60602

Dated: November ____26th____ 2008

_Monique Pride-Brooks_
Monique Pride-Brooks

KOPKA, PINKUS, DOLIN & EADS, P.C.
200 NORTH LASALLE STREET
SUITE 2850
CHICAGO, IL 60601-1090
312 782 9920
Firm No. 36502

K:\69075\nof.01\MRP\ah

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

RENUKABEN NAIK            )
                          )
    Plaintiff,             )
                          )
    v.                     )        No. 2008 L 011881
                          )
CIRCUIT CITY STORES, INC. )
                          )
    Defendant.             )

*FILED-11*
*2008 NOV 26  PM 2:30*
*DOROTHY BROWN*
*CLERK OF CIRCUIT COURT*
*LAW DIVISION*

### NOTICE OF FILING

To:    Winters, Enright, Salzett & O'Brien, LLC
       111 West Washington Street
       Suite 1200
       Chicago, IL 60602

    PLEASE BE ADVISED that on November 26, 2008, we filed with the clerk of
the court of Cook County, Illinois, County Department, Law Division, a **Suggestion of
Bankruptcy and Notice of Operation of Automatic Stay,** copies of which are attached
hereto and hereby served upon you.

### CERTIFICATE OF SERVICE

    I, the undersigned, under penalty of perjury, certify that I served the
above-captioned party at their respective address, on November 26, 2008, at or before
5:00 p.m. by placing same in the United States mail at 200 North LaSalle Street, Chicago,
Illinois.

Subscribed and sworn to before me this ⅔ day of November 2008.

                                Notary Public

KOPKA, PINKUS, DOLIN & EADS, P.C.
200 North LaSalle Street
Suite 2850
Chicago, Illinois 60601-1090
312-782-9920
Firm No. 36502

OFFICIAL SEAL
MICHELLE OSBORN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 01/12/02

# Exhibit C

**Circuit City Stores, Claims Processing**
**c/o Kurtzman Carson Consultants LLC**
**2335 Alaska Ave**
**El Segundo, CA  90245**

```
FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049
```

**Renukaben S Naik**
**c o Daniel E OBrien**
**Winters Enright Salzetta & OBrien LLC**
**111 W Washington St Ste 1200**
**Chicago, IL 60602**

**PROOF OF CLAIM CONFIRMATION**
Your proof of claim filed against **Circuit City Stores, Inc.,**
case no **08-35653** was received on 2/10/2009
and assigned claim number **10692**

For more information, please visit **www.kccllc.net/www.kccllc.net/circuitcity** or call
**1-866-381-9100**

LAW OFFICES

# Winters Enright Salzetta & O'Brien, L.L.C.

111 West Washington Street
Suite 1200
Chicago, Illinois 60602

(312) 236-6324
(312) 236-6426 (Fax)
www.wesolaw.com

February 9, 2009

John F. Winters, Jr.
Karen A. Enright
Paul L. Salzetta
Daniel E. O'Brien

Bart J. Galvin

Ruth M. Degnan
*of Counsel*

Kurtzman Carson Consultants, LLC
Claims Processing Department
Circuit City Stores, Inc., et al
2335 Alaska Avenue
El Segundo, CA 90245

Re:    Circuit City Stores, Inc., et al
       Case No.:          08-35653
       Creditor:          Renukaben Naik
       Our File No.:      844

To Whom It May Concern:

Please find enclosed two original Proofs of Claim regarding the above-captioned matter. I have also enclosed a self-addressed envelope for the return of the acknowledgment of the filing of our claim.

If you have any questions or comments, please do not hesitate to call.

Sincerely,

WINTERS ENRIGHT SALZETTA & O'BRIEN, L.L.C.

Daniel E. O'Brien

DEO:klw
Enclosures

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

Debtor against which claim is asserted : (Check only **one** box below):

X Circuit City Stores, Inc. (Case No. 08-35653)    ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)    ☐ Abbott Advertising, Inc. (Case No. 08-35665)
☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)    ☐ Circuit City Stores PR, LLC (Case No. 08-35660)    ☐ Mayland MN, LLC (Case No. 08-35666)
☐ InterTAN, Inc. (Case No. 08-35655)    ☐ Circuit City Properties, LLC (Case No. 08-35661)    ☐ Patapsco Designs, Inc. (Case No. 08-35667)
☐ Ventoux International, Inc. (Case No. 08-35656)    ☐ Orbyx Electronics, LLC (Case No. 08-35662)    ☐ Sky Venture Corporation (Case No. 08-35668)
☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)    ☐ Kinzer Technology, LLC (Case No. 08-35663)    ☐ XSStuff, LLC (Case No. 08-35669)
☐ CC Aviation, LLC (Case No. 08-35658)    ☐ Courchevel, LLC (Case No. 08-35664)    ☐ PRAHS, INC. (Case No. 08-35670)

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>Renukaben S. Naik    Claim YLB/45114/L | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>Winters, Enright, Salzetta & O'Brien, L.L.C.<br>c/o Daniel E. O'Brien<br>111 West Washington Street, Suite 1200<br>Chicago, IL 60602     Telephone number: (312) 236-6324 | Court Claim Number: YLB/45114/L<br>*(If known)*<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br>Same<br><br>* Telephone number. | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**    $1,000,000.00<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** Personal Injury<br>(See instruction #2 on reverse side.)    See attached Complaint at Law | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4) |
| **3. Last four digits of any number by which creditor identifies debtor:** _____<br><br>3a. Debtor may have scheduled account as: _____<br>(See instruction #3a on reverse side.) | ☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5) |
| **4. Secured Claim (See instruction #4 on reverse side.)**<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other<br>Describe:<br><br>Value of Property $_____ Annual Interest Rate _____%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br>if any: $_____ Basis for perfection: _____<br><br>Amount of Secured Claim: $_____ Amount Unsecured: $_____ | ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).<br><br>☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).<br><br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).<br><br>Amount entitled to priority:<br>$_____<br><br>*Amounts are subject to adjustment on 4 1 10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | |
| **7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | |
| Date:<br>5.9.09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*[signature]*<br><br>Daniel E. O'Brien, one of the attorneys for Plaintiff | FOR COURT USE ONLY |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

RENUKABEN NAIK,  )
    Plaintiff,  )
      )
v.  )    No.:
      )
CIRCUIT CITY STORES, INC.,  )    <u>JURY DEMAND</u>
    Defendant.  )

<u>COMPLAINT AT LAW</u>

COUNT I

    NOW COMES the Plaintiff, RENUKABEN NAIK, by and through her attorneys, WINTERS ENRIGHT SALZETTA & O'BRIEN, L.L.C., complaining of the Defendant, CIRCUIT CITY STORES, INC., and states as follows:

    1.    On or about November 23, 2007, the Defendant, CIRCUIT CITY STORES, INC. (hereinafter "CIRCUIT CITY") was a corporation existing under the laws of the State of Illinois and doing business in the City of Chicago, County of Cook, State of Illinois.

    2.    On or about November 23, 2007, the Defendant CIRCUIT CITY, by and through its agents and/or employees owned, operated, controlled and maintained Circuit City Store #3113 at the Ford City Shopping Center located at 7414 South Cicero Avenue in the City of Chicago, County of Cook, State of Illinois.

    3.    On and prior to November 23, 2007, the Defendant, CIRCUIT CITY, advertised to the general public, including the Plaintiff, RENUKABEN NAIK, that the Defendant CIRCUIT CITY, was having a sale on merchandise at the aforementioned location.

    4.    On and prior to November 23, 2007, the Defendant, CIRCUIT CITY, advertised that the first fifteen customers to enter the aforementioned Circuit City Store #3113 at the Ford

City Shopping Center would be able to purchase a laptop computer at a price greatly reduced from the regular retail price.

5.    On and prior to November 23, 2007, the Defendant, CIRCUIT CITY, invited the general public, including the Plaintiff, RENUKABEN NAIK, to enter the aforementioned store and purchase goods.

6.    That Circuit City advertised to the public that the first fifteen customers in line would receive a computer at a substantially reduced price.

7.    That Circuit City established a designated line for those responding to the ad.

8.    On or about November 22, 2007 in the evening, the Plaintiff responded to the ad and was second in the designated line where she awaited the store opening in the early morning of November 23, 2007.

9.    On and prior to November 23, 2007, the Defendant, CIRCUIT CITY, knew or should have known that Circuit City Store #3113 at the Ford City Shopping Center located at 7414 South Cicero Avenue in the City of Chicago, County of Cook, State of Illinois would experience a greater than usual amount of customers entering said store on November 23, 2007.

10.    On or about November 23, 2007, a crowd of people gathered outside the aforementioned Circuit City Store #3113 at the Ford City Shopping Center and waited for the store to open, separate from the line designated for those responding to the above-mentioned ad.

11.    On or about November 23, 2007, the Plaintiff, RENUKABEN NAIK, arrived at the aforementioned Circuit City Store #3113 at the Ford City Shopping Center and waited in line for the store to open in accordance with the advertisement.

12.    On or about November 22, 2007, at the time of the Plaintiff's arrival outside Circuit City Store #3113, at the Ford City Shopping Center, only one person was in front of Plaintiff in the line to enter said store.

13.    On or about November 23, 2007, Circuit City provided a designated area for the first fifteen shoppers to wait in line.

14.    On or about November 23, 2007, Circuit City knew or should have known that a crowd would be outside its store prior to opening.

15.    At all times mentioned herein, the Defendant, CIRCUIT CITY, did not provide and/or erect any signs, ropes, tape, barricades and/or barriers of any kind to create an orderly line for customers waiting outside to enter Circuit City Store #3113 at the Ford City Shopping Center.

16.    At all times mentioned herein, the Defendant, CIRCUIT CITY, did not provide and/or erect any signs, ropes, tape, barricades or barriers of any kind to control the crowd located outside of Circuit City Store #3113 at the Ford City Shopping Center.

17.    All times mentioned herein, the Defendant, CIRCUIT CITY, did not provide crowd control of any kind outside of Circuit City Store #3113 at the Ford City Shopping Center.

18.    On or about November 23, 2007, a disorganized crowd gathered outside the entrance doors of Circuit City Store #3113 at the Ford City Shopping Center waiting to enter said store, near or adjacent to the fifteen individuals waiting in line.

19.    On or about November 23, 2007, the Plaintiff, RENUKABEN NAIK, was a patron of Circuit City Store #3113 at the Ford City Shopping Center located at 7414 South Cicero Avenue in the City of Chicago, County of Cook, State of Illinois.

20.    On or about November 23, 2007, the Defendant, CIRCUIT CITY, by and through its agents and/or employees opened the entrance doors of Circuit City Store #3113 at the Ford City Shopping Center and the disorganized crowd began to force its way through the opening doors.

21.    On or about November 23, 2007, the Plaintiff, RENUKABEN NAIK, while lawfully on the premises of Circuit City Store #3113 at the Ford City Shopping Center and while in the exercise of reasonable care for her own safety and well-being, was forced into one of the aforementioned doors by the aforementioned crowd, causing her to be injured.

22.    On November 23, 2007 and at all times relevant, the Defendant, CIRCUIT CITY, by and through its agents and/or employees, had a duty to exercise reasonable care to properly maintain the premises of Circuit City Store #3113 for the safety of customers including the Plaintiff, RENUKABEN NAIK.

23.    On and before November 23, 2007 and at all times relevant, the Defendant, CIRCUIT CITY, by and through its agents and/or employees had a duty to provide security in the parking and entrance areas Circuit City Store #3113.

24.    At the aforementioned time and place and prior thereto, the Defendant, CIRCUIT CITY, knew or in the exercise of reasonable care should have known that the condition of the aforementioned area located outside of the entrance to Circuit City Store #3113 involved an unreasonable risk of harm to customers including the Plaintiff, RENUKABEN NAIK.

25.    On November 23, 2007 and at all times relevant, the Defendant, CIRCUIT CITY STORES, INC., by and through its agents and/or employees, breached its duty and was negligent in one or more of the following respects:

        a.    negligently and carelessly failed to provide parking lot security personnel at the aforementioned location;

b.    negligently and carelessly encouraged its customers to form a crowd in front of the aforementioned location;

c.    negligently and carelessly failed to provide and/or erect appropriate crowd control apparatus, including, but not limited to, signs, barricades, barriers, ropes and/or tape;

d.    negligently and carelessly failed to control a crowd of its own customers;

e.    negligently and carelessly failed to implement a means to prevent its customers from stampeding into the aforementioned store despite knowledge that said customers would do so;

f.    negligently and carelessly unlocked and/or opened the doors to the aforementioned store despite knowledge that unlocking and/or opening said doors would create a dangerous condition;

g.    was otherwise negligent in the maintenance, inspection and supervision.

26.    As a direct and proximate result of one or more of the following negligent acts and/or omissions of the Defendant, CIRCUIT CITY STORES, INC., through its agents and/or employees, the Plaintiff, RENUKABEN NAIK, was injured, has endured and will continue to endure significant pain and suffering, has been injured in her capacity to earn a living, has incurred significant sums for medical care and treatment, and has been otherwise injured.

WHEREFORE, the Plaintiff, RENUKABEN NAIK, demands judgment against Defendant, CIRCUIT CITY STORES, INC., in such sum of money as shall reasonably and fairly compensate her for the injuries she sustained, and such sum of money is in excess of the jurisdictional amount.

Respectfully submitted,

WINTERS ENRIGHT SALZETTA & O'BRIEN, L.L.C.

By: _____
Daniel E. O'Brien, one of the attorneys for the Plaintiff


**WINTERS ENRIGHT SALZETTA & O'BRIEN, L.L.C.**
111 West Washington Street
Suite 1200
Chicago, Illinois  60602
(312) 236-6324
(312) 236-6426 Fax
Firm I.D. 37483

File 844

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

RENUKABEN NAIK,               )
    Plaintiff,            )
                            )
v.                            )     No.:
                            )
CIRCUIT CITY STORES, INC.,    )     JURY DEMAND
    Defendant.            )

## SUPREME COURT RULE 222(b) AFFIDAVIT

The undersigned, Daniel E. O'Brien, does hereby state under oath and under penalty of perjury:

1.    My name is Daniel E. O'Brien.

2.    I represent the Plaintiff in the above-captioned case.

3.    The Plaintiff is seeking damages in excess of $50,000.00.

4.    FURTHER AFFIANT SAYETH NOT.

_____
Daniel E. O'Brien

Subscribed to and sworn before me this 24th day of October _____,

2008.

OFFICIAL SEAL
MELISSA L SANCHEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/02/12

_____
NOTARY PUBLIC

Winters Enright Salzetta & O'Brien, L.L.C.
111 West Washington Street, Suite 1200
Chicago, Illinois 60602
(312) 236-6324
(312) 236-6426 Fax
Firm ID No.:    37483

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

RENUKABEN NAIK,                )
    Plaintiff,                )
                    )
v.                )    No.:
                    )
CIRCUIT CITY STORES, INC.,                )
    Defendant                )

2008L011881
CALENDAR/ROOM X
TIME 00:00
Premises Liability

### JURY DEMAND

The undersigned hereby demands a trial by a jury of 12 on behalf of the Plaintiff.

Respectfully submitted,

**WINTERS ENRIGHT SALZETTA & O'BRIEN, L.L.C.**

By: _____
    Daniel E. O'Brien, one of the attorneys for the Plaintiff

**Winters Enright Salzetta & O'Brien, L.L.C.**
111 West Washington Street
Suite 1200
Chicago, Illinois 60602
(312) 236-6324
(312) 236-6426 Fax
Firm No. 37483

# Approximate Medical Summary

Case: Naik v. Circuit City Stores, Inc.
File: 844
Court:

Date of Accident: 11/23/07
Date Compiled:
UPDATED:    9/17/2008

Daniel E. O'Brien
Winters Enright Salzetta & O'Brien, L.L.C.
111 W. Washington St., Suite 1200
Chicago, Illinois 60602
312-236-6324
312-236-6426 (Fax)

Total: 27,851.00

| Medical Provider | Service Date | Description of Treatment | Cost of Treatment |
|---|---|---|---|
| Christ Medical Center | 11/23/2007-2/19/2008 | | |
| | 11/23/2007-11/24/2007 | R&B Private | 1,200.00 |
| | | Surgery/Operating Room | 5,168.00 |
| | | Emergency Room | 1,935.00 |
| | | Recovery Room | 1,173.00 |
| | | Laboratory | 471.00 |
| | | EKG | 210.00 |
| | | Self Administrable Drugs | 17.00 |
| | | Cardiology | 1,095.00 |
| | | Radiology | 1,475.00 |
| | | Anesthesiology | 1,429.00 |
| | | Pharmacy | 1,335.00 |
| | | IV Therapy | 78.00 |
| | | Cast Room | 245.00 |
| | | Med-Sterile Supply | 293.00 |
| | | Implants | 1,416.00 |
| | | Physical Therapy | 200.00 |
| | 11/29/2007 | Radiology | 375.00 |
| | | Cast Room | 360.00 |
| | 12/13/2007 | Radiology | 180.00 |
| | | Cast Room | 455.00 |
| | 1/22/2008 | Radiology | 135.00 |
| | | Cast Room | 170.00 |
| | 2/8/2008 | Evaluation | 290.00 |
| | 2/12/2008 | OT Man Therapy | 200.00 |
| | | OT Exercise | 194.00 |
| | 2/15/2008 | OT Exercise | 194.00 |
| | | Man Therapy | 85.00 |
| | 2/19/2008 | OT Man Therapy | 200.00 |
| | | OT Exercise | 194.00 |
| | | Radiology | 145.00 |
| | 2/21/2008 | OT Man Therapy | 100.00 |
| | | OT Therapy Act | 92.00 |
| | | OT Exercise | 194.00 |
| | 2/26/2008 | OT Man Therapy | 100.00 |
| | | OT Therapy Act | 92.00 |
| | | OT Exercise | 194.00 |
| | | | |
| | | Subtotal | 21,689.00 |
| | | | |
| Parkview Orthopaedic Group | 11/23/2007 | Initial Consultation | 299.00 |
| | | Opn Treatment rdl & ulnr Fx fix I | 3,610.00 |

| | | | |
|---|---|---|---|
| | 4/4/2008 | Office/outpatient visit | 126.00 |
| | 4/4/2008 | X-ray exam of forearm | 181.00 |
| | 4/30/2008 | Office/outpatient visit | 126.00 |
| | 4/30/2008 | X-ray exam of forearm | 181.00 |
| | 5/7/2008 | Office/outpatient visit | 183.00 |
| | 5/7/2008 | X-ray exam of shoulder | 180.00 |
| | 9/8/2008 | Office/outpatient visit | 126.00 |
| | 12/3/2008 | Office/outpatient visit | 126.00 |
| | 12/3/2008 | X-ray exam of shoulder | 180.00 |
| | 12/3/2008 | X-ray exam of forearm | 141.00 |
| | | | |
| | | Subtotal | 1,550.00 |

| | | | |
|---|---|---|---|
| Midwest Anesthesiologists | 11/23/2007 | Management of Anesthesia | 1,150.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Subtotal | 1,150.00 |

CHRIST MEDICAL CENTER
P. O. BOX 70508
CHICAGO IL     60673-0508
(708) 684-5079
FEI # 36-2169147

Advocate Health Care

| TYPE OF BILL | DATE OF BILL |
|---|---|
| FINAL INPT | 01/30/08 |

PAGE 01

0339

| PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|---|---|
| LT MED NAIK, RENUKABEN | ▓▓▓ | F | 53Y | 11/23/07 | 11/24/07 | 1 | ▓▓▓ |

| GUARANTOR NAME AND ADDRESS | INS. PLAN | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|
| RENUKABEN NAIK 8514 S MASSASOIT AVE BURBANK, IL    60459 | LIA | LIABILITY CARRIER | | |

ATTENDING PHYSICIAN
DALAWARI, SATIN

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.**    AMOUNT OF PAYMENT  $

| SERVICE DATE | QTY | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS. CO. NO. 1 | EST. COVERAGE INS. CO. NO. 2/CPT | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|
| DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS | | | | | | | |
| 1/23 | 01 | RM 6 EW PRIV | 01641059 | 1,200.00 | 1,200.00 | | |
| 1/23 | 01 | CBC | 08200164 | 110.00 | 110.00 | | |
| 1/23 | 01 | PROTHROMBIN TI | 08200370 | 61.00 | 61.00 | | |
| 1/23 | 01 | PTT | 08200438 | 100.00 | 100.00 | | |
| 1/23 | 01 | COMP MET PANEL | 08215584 | 200.00 | 200.00 | | |
| 1/23 | 01 | ED SVC LVL V | 13210158 | 1,800.00 | 1,800.00 | | |
| 1/23 | 01 | IV PUSH MED | 13231626 | 135.00 | 135.00 | | |
| 1/23 | 01 | IV HYD EA ADD | 13990270 | 78.00 | 78.00 | | |
| 1/23 | 01 | SUGAR TONG SP | 48200737 | 245.00 | 245.00 | | |
| 1/23 | 01 | ECG 12 LEAD | 84500156 | 210.00 | 210.00 | | |
| 1/23 | 01 | XR CHEST | 84600436 | 160.00 | 160.00 | | |
| 1/23 | 01 | ELBOW | 84601228 | 140.00 | 140.00 | | |
| 1/23 | 01 | FLUOROSCOPY FI | 84601632 | 425.00 | 425.00 | | |
| 1/23 | 03 | FOREARM | 84601764 | 540.00 | 540.00 | | |
| 1/23 | 01 | XR WRIST RT MI | 84604222 | 210.00 | 210.00 | | |
| 1/23 | 01 | METOPROLOL TAR | 88039771 | 5.00 | 5.00 | | |
| 1/23 | 01 | MORPHINE 4MG | 88041207 | 54.00 | 54.00 | | |
| 1/23 | 01 | MORPHINE 30MG/ | 88041488 | 103.00 | 103.00 | | |
| 1/23 | 01 | FENTANYL 100MC | 88069893 | 51.00 | 51.00 | | |
| 1/23 | 02 | HYDROMORPHONE | 88069919 | 22.00 | 22.00 | | |
| 1/23 | 01 | BACITRACIN 500 | 88077961 | 87.00 | 87.00 | | |
| 1/23 | 01 | SODIUM CHLORID | 88083993 | 53.00 | 53.00 | | |
| 1/23 | 04 | CEFAZOLIN 1GM/ | 88085642 | 248.00 | 248.00 | | |
| 1/23 | 01 | LACTATED RINGE | 88087739 | 53.00 | 53.00 | | |
| 1/23 | 03 | SODIUM CHLORID | 88089651 | 159.00 | 159.00 | | |
| 1/23 | 01 | ONDANSETRON OD | 88098371 | 6.00 | 6.00 | | |
| 1/23 | 04 | PLATE/SCREW | 95041000 | 152.00 | 152.00 | | |
| 1/23 | 02 | PLATE/SCREW | 95041075 | 1,264.00 | 1,264.00 | | |
| 1/23 | 01 | BLADE SHVR | 95086021 | 188.00 | 188.00 | | |
| 1/23 | 06 | SUT SKN GLUE | 95087003 | 90.00 | 90.00 | | |
| 1/23 | 01 | STPLR/RELOAD | 95123006 | 15.00 | 15.00 | | |
| 1/23 | 01 | OR C 1ST 15M | 95309522 | 2,128.00 | 2,128.00 | | |

PATIENT NUMBER     PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE.    ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS BILL WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE.

00-0443 2/04

CHRIST MEDICAL CENTER     ◨◧ *Advocate Health Care*
P. O. BOX 70508
CHICAGO IL      60673-0508
(708) 684-5079
FEI # 36-2169147

| TYPE OF BILL | DATE OF BILL |
|---|---|
| FINAL CNPT | 01/30/08 |

PAGE NO. 02

PAGE NO. 0339

| | PATIENT NAME | | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| I MED | NAIK, RENUKABEN | O | ▓▓▓▓ | F | 53Y | 11/23/07 | 11/24/07 | 1 | ▓▓▓▓ |

| GUARANTOR NAME AND ADDRESS | INS. PLAN | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|
| RENUKABEN NAIK 8514 S MASSASOIT AVE BURBANK, IL     60459 | LIA | LIABILITY CARRIER | | |

ATTENDING PHYSICIAN
DALAWARI, SATIN

⚠  PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.  ⚠   AMOUNT OF PAYMENT  $

| SERVICE DATE | QTY | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS. CO. NO. 1 | EST. COVERAGE INS. CO. NO. 2/OPT | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|
| DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS | | | | | | | |
| 1/23 | 80 | OR C EA AD M | 95309548 | 3,040.00 | 3,040.00 | | |
| 1/23 | 01 | PHASE I 1HR | 95310207 | 827.00 | 827.00 | | |
| 1/23 | 01 | PHASE I ADDL | 95310215 | 346.00 | 346.00 | | |
| 1/23 | 01 | ANES G 1ST 15M | 95340048 | 949.00 | 949.00 | | |
| 1/23 | 80 | ANES G ADD MIN | 95340055 | 480.00 | 480.00 | | |
| 1/24 | 01 | EVAL | 10202281 | 200.00 | 200.00 | | |
| 1/24 | 01 | ECHO 2D | 84500198 | 580.00 | 580.00 | | |
| 1/24 | 01 | DOPP COLOR FL | 84501428 | 260.00 | 260.00 | | |
| 1/24 | 01 | DOPPLER ECHO | 84501444 | 255.00 | 255.00 | | |
| 1/24 | 01 | KETOROLAC 30MG | 88033568 | 54.00 | 54.00 | | |
| 1/24 | 01 | PROCHLORPERAZI | 88051032 | 57.00 | 57.00 | | |
| 1/24 | 01 | FENTANYL 100MC | 88069893 | 51.00 | 51.00 | | |
| 1/24 | 01 | PROPOFOL 10MG/ | 88076583 | 63.00 | 63.00 | | |
| 1/24 | 01 | LIDOCAINE 2% I | 88076674 | 7.00 | 7.00 | | |
| 1/24 | 01 | BACITRACIN 500 | 88077961 | 87.00 | 87.00 | | |
| 1/24 | 01 | SODIUM CHLORID | 88083993 | 53.00 | 53.00 | | |
| 1/24 | 01 | SODIUM CHLORID | 88089651 | 53.00 | 53.00 | | |
| 1/24 | 02 | NORCO 5-3 | 88110416 | 12.00 | 12.00 | | |
| 1/24 | 04 | ONDANSETRON 1M | 88124557 | 56.00 | 56.00 | | |
| 1/24 | 05 | MIDAZOLAM1MG | 88135280 | 18.00 | 18.00 | | |
| | | TOTAL CHARGES | | 17,740.00 | | | |
| 2/28 | 01 | BAD DEBT TRANS | 00281998 | 17,740.00 | | | 17,740.00 |
| 2/28 | 01 | TRF A/R TO B/D | 00282004 | 17,740.00+ | | | 17,740.00- |

| T O T A L S | | | | 17,740.00 | 17,740.00 | | |

| PATIENT NUMBER | | | | | |
|---|---|---|---|---|---|
| 3B336553 | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS BILL WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | PAY THIS AMOUNT | 0.00 |

00-0443  2/04

CHRIST MEDICAL CENTER    *Advocate*Health Care
P. O. BOX 70508
CHICAGO, IL        60673-0508
(708) 684-5079
FEI # 36-2169147

| TYPE OF BILL | DATE OF BILL | | | | | | | | PAGE NO. 03 |
|---|---|---|---|---|---|---|---|---|---|
| FINAL | 01/30/08 | | | | | | | | |
| NPT | | | | | | | | | HOSP ID 0339 |

| T  MED | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|---|---|---|
| NAIK, RENUKABEN | | ▓▓▓▓ | F | 53Y | 11/23/07 | 11/24/07 | 1 | ▓▓▓▓ |

| GUARANTOR NAME AND ADDRESS | INS. PLAN | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|
| RENUKABEN NAIK<br>8514 S MASSASOIT AVE<br>BURBANK, IL<br>. 60459 | LIA | LIABILITY CARRIER | | |
| | | ATTENDING PHYSICIAN<br>DALAWARI, SATIN | | |

## PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.    ⚠ AMOUNT OF PAYMENT  $

| SERVICE DATE | QTY | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS. CO. NO.1 | EST. COVERAGE INS. CO. 2/CPT | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|
| | | SUMMARY OF CHARGES | | | | | |
| | | R&B PRIVATE     101,200.00 | | 1,200.00 | 1,200.00 | | |
| | | SURGERY/OPERATING ROOM | | 5,168.00 | 5,168.00 | | |
| | | EMERGENCY ROOM | | 1,935.00 | 1,935.00 | | |
| | | RECOVERY ROOM | | 1,173.00 | 1,173.00 | | |
| | | LABORATORY | | 471.00 | 471.00 | | |
| | | EKG | | 210.00 | 210.00 | | |
| | | SELF ADMINISTRABLE DRUGS | | 17.00 | 17.00 | | |
| | | CARDIOLOGY | | 1,095.00 | 1,095.00 | | |
| | | RADIOLOGY | | 1,475.00 | 1,475.00 | | |
| | | ANESTHESIOLOGY | | 1,429.00 | 1,429.00 | | |
| | | PHARMACY | | 1,335.00 | 1,335.00 | | |
| | | IV THERAPY | | 78.00 | 78.00 | | |
| | | CAST ROOM | | 245.00 | 245.00 | | |
| | | MED-STERILE SUPPLY | | 293.00 | 293.00 | | |
| | | IMPLANTS | | 1,416.00 | 1,416.00 | | |
| | | PHYSICAL THERAPY | | 200.00 | 200.00 | | |

THIS STATEMENT REFLECTS HOSPITAL CHARGES AND MAY INCLUDE SOME
PHYSICIAN PROFESSIONAL FEES.  YOU MAY ALSO RECEIVE BILLS FROM
PHYSICIANS FOR OTHER PROFESSIONAL SERVICES RENDERED, SUCH AS
RADIOLOGISTS, PATHOLOGISTS, ANESTHESIOLOGISTS, AND EMERGENCY
ROOM PHYSICIANS.
  COINSURANCE
  DEDUCTIBLE
  PATIENT PAYMENTS

| T O T A L S | | | | 17,740.00 | 17,740.00 | | |
|---|---|---|---|---|---|---|---|

PATIENT NUMBER
08336553

PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRES AND CORRESPONDENCE.

ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS BILL WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE.

PAY THIS AMOUNT        0.00

00-6443  2/01

| TYPE OF BILL | DATE OF BILL | | CHRIST MEDICAL CENTER<br>P. O. BOX 70508<br>CHICAGO IL      60673-0508<br>(708) 684-5079<br>FEI # 36-2169147 | | AdvocateHealthCare | PAGE NO.<br>01 |
|---|---|---|---|---|---|---|
| FINAL<br>OUTPT | 01/30/08 | | | | | HOSP. NO.<br>0339 |

| LT CRO | PATIENT NAME | O | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| NAIK, RENUKABEN | | | ▓▓▓▓▓ | F | 53Y | 11/29/07 | | | ▓▓▓▓▓▓ |

| GUARANTOR NAME AND ADDRESS | INS. PLAN | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|
| RENUKABEN NAIK<br>8514 S MASSASOIT AVE<br>BURBANK, IL<br>        60459 | LIA | LIABILITY CARRIER | | |
| | | ATTENDING PHYSICIAN<br>LUKE, KEVIN W. | | |

| ⚠ | PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. | ⚠ | AMOUNT OF PAYMENT | $ |
|---|---|---|---|---|

| SERVICE DATE | QTY | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS. CO. NO. 1 | EST. COVERAGE INS. CO. NO. 2/CPT | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|
| | | DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS | | | | CPT4 | |
| 1/29 | 01 | CAST, LONG ARM APPLICAT | | 360.00 | 360.00 | 29065 | |
| | | 48200372 | 700 | | | | |
| 1/29 | 01 | FOREARM | | 180.00 | 180.00 | 73090RT | |
| | | 84601764 | 320 | | | | |
| 1/29 | 01 | WRIST | | 195.00 | 195.00 | 73100RT | |
| | | 84604214 | 320 | | | | |
| | | TOTAL CHARGES | | 735.00 | | | |
| 2/28 | 01 | BAD DEBT TRANS 0028199B | | 736.00 | | | 735.00 |
| 2/28 | 01 | TRF A/R TO B/D 0028200⁴ | | 735.00+ | | | 735.00 |

| OTALS | | | | 735.00 | 735.00 | | |
|---|---|---|---|---|---|---|---|
| PATIENT NUMBER<br>538367137 | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRES AND CORRESPONDENCE.<br>00-6443 2/04 | | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS BILL WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | | PAY THIS AMOUNT | | 0.00 |

| TYPE OF BILL | DATE OF BILL | | CHRIST MEDICAL CENTER | | AdvocateHealthCare | PAGE NO. |
|---|---|---|---|---|---|---|
| FINAL OUTPT | 01/30/08 | | P. O. BOX 70508 CHICAGO IL    60673-0508 (708) 684-5079 FEI # 36-2169147 | | | 02 |
| | | | | | | INSP NO. 0339 |

| LI  CRO  PATIENT NAME  O NAIK; RENUKABEN | | PATIENT NUMBER ▓▓▓▓ | SEX F | AGE 53Y | ADMISSION DATE 11/29/07 | DISCHARGE DATE | DAYS | MEDICAL RECORD NUMBER ▓▓▓▓ |
|---|---|---|---|---|---|---|---|---|

| GUARANTOR NAME AND ADDRESS | INS. PLAN | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|
| RENUKABEN NAIK 8514 S MASSASOIT AVE BURBANK, IL        60459 | LIA | LIABILITY CARRIER | | |
| | | ATTENDING PHYSICIAN LUKE, KEVIN W. | | |

| ⚠ | PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. | ⚠ | AMOUNT OF PAYMENT | $ |
|---|---|---|---|---|

| SERVICE DATE | QTY | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS. CO. NO. 1 | EST. COVERAGE INS. CO. NO. 2/CPT | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|
| | | SUMMARY OF CHARGES | | | | | |
| | | RADIOLOGY | | 375.00 | 375.00 | | |
| | | CAST ROOM | | 360.00 | 360.00 | | |

THIS STATEMENT REFLECTS HOSPITAL CHARGES AND MAY INCLUDE SOME
PHYSICIAN PROFESSIONAL FEES.  YOU MAY ALSO RECEIVE BILLS FROM
PHYSICIANS FOR OTHER PROFESSIONAL SERVICES RENDERED, SUCH AS
RADIOLOGISTS, PATHOLOGISTS, ANESTHESIOLOGISTS, AND EMERGENCY
ROOM PHYSICIANS.
    COINSURANCE
    DEDUCTIBLE
    PATIENT PAYMENTS

| T O T A L S | | | | 735.00 | 735.00 | | |
|---|---|---|---|---|---|---|---|

| PATIENT NUMBER 38367137 | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS BILL WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | PAY THIS AMOUNT | 0.00 |
|---|---|---|---|---|

00-8443  2/04

| TYPE OF BILL | DATE OF BILL |
|---|---|
| FINAL OUTPT | 01/30/08 |

CHRIST MEDICAL CENTER        Advocate Health Care
P. O. BOX 70508
CHICAGO, IL        60673-0508
(708) 684-5079
FEI # 36-2169147

PAGE NO. 01

0339

| T  CRO      O | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|---|---|---|
| NAIK, RENUKABEN | | | F | 53Y | 12/13/07 | | | |

| GUARANTOR NAME AND ADDRESS | INS. PLAN | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|
| RENUKABEN NAIK 8514 S MASSASOIT AVE BURBANK, IL       60459 | LIA | LIABILITY CARRIER | | 337026196 |

ATTENDING PHYSICIAN
LUKE, KEVIN W.

| PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. | AMOUNT OF PAYMENT | $ |
|---|---|---|

| SERVICE DATE | QTY | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS. CO. NO. 1 | EST. COVERAGE INS. CO. NO. 2 CPT | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|
| | | DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS | | | | CPT4 | |
| 2/13 | 01 | CAST REMOVL OR BIVALVIN 48200042 | 700 | 135.00 | 135.00 | 29705 | |
| 2/13 | 01 | CAST, SHORT ARM APPLICA 48200141 | 700 | 320.00 | 320.00 | 29075 | |
| 2/13 | 01 | FOREARM 84601764 | 320 | 180.00 | 180.00 | 73090RT | |
| | | TOTAL CHARGES | | 635.00 | | | |
| 1/22 | 01 | BAD DEBT TRANS 00281998 | | 635.00 | | | 635.00 |
| 1/22 | 01 | TRF A/R TO B/D 00282004 | | 635.00 | | | 635.00 |
| | | T O T A L S | | 635.00 | 635.00 | | |

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS BILL WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | PAY THIS AMOUNT | 0.00 |
|---|---|---|---|---|
| 3B492307 | | | | |

00-8443 2/04

CHRIST MEDICAL CENTER
P. O. BOX 70508
CHICAGO IL   60673-0508
(708) 684-5079
FEI # 36-2169147

*Advocate Health Care*

| PAGE NO. | 02 |

| PAGE NO. | 0339 |

| TYPE OF BILL | DATE OF BILL |
|---|---|
| FINAL OUTPT | 01/30/08 |

| PATIENT NAME | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|---|
| NAIK, RENUKABEN | F | 53Y | 12/13/07 | | | |

| GUARANTOR NAME AND ADDRESS | INS. PLAN | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|
| RENUKABEN NAIK 8514 S MASSASOIT AVE BURBANK, IL   60459 | LIA | LIABILITY CARRIER | | 337026196 |

| ATTENDING PHYSICIAN |
|---|
| LUKE, KEVIN W. |

| PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. | AMOUNT OF PAYMENT | $ |
|---|---|---|

| SERVICE DATE | QTY | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS. CO. NO. 1 | EST. CO. COVERAGE INS. CO. NO. 2/OPT | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|
| | | SUMMARY OF CHARGES | | | | | |
| | | RADIOLOGY | | 180.00 | 180.00 | | |
| | | CAST ROOM | | 455.00 | 455.00 | | |

THIS STATEMENT REFLECTS HOSPITAL CHARGES AND MAY INCLUDE SOME
PHYSICIAN PROFESSIONAL FEES.  YOU MAY ALSO RECEIVE BILLS FROM
PHYSICIANS FOR OTHER PROFESSIONAL SERVICES RENDERED, SUCH AS
RADIOLOGISTS, PATHOLOGISTS, ANESTHESIOLOGISTS, AND EMERGENCY
ROOM PHYSICIANS.
   COINSURANCE
   DEDUCTIBLE
   PATIENT PAYMENTS

| O T A L S | | | 635.00 | 635.00 | | |
|---|---|---|---|---|---|---|

| PATIENT NUMBER | | | |
|---|---|---|---|
| 38492307 | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS BILL WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | PAY THIS AMOUNT   0.00 |

00-8443 2/04

| TYPE OF BILL | DATE OF BILL | | CHRIST MEDICAL CENTER<br>P. O. BOX 70508<br>CHICAGO IL     60673-0508<br>(708) 684-5079<br>FEI # 36-2169147 | AdvocateHealthCare | PAGE NO.<br>01 |
|---|---|---|---|---|---|
| FINAL<br>OUTPT | 01/30/08 | | | | HOSP. NO.<br>0339 |

| LT CBO | PATIENT NAME | O | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| NAIK, RENUKABEN | | | | F | 53Y | 01/22/08 | | | |

| GUARANTOR NAME AND ADDRESS | INS.<br>PLAN | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|
| RENUKABEN NAIK<br>8514 S MASSASOIT AVE<br>BURBANK, IL<br>60459 | LIA | LIABILITY CARRIER | | |
| | | ATTENDING PHYSICIAN<br>LUKE, KEVIN W. | | |

| ⚠ | PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. | ⚠ | AMOUNT OF<br>PAYMENT | $ |
|---|---|---|---|---|

| SERVICE<br>DATE | QTY | DESCRIPTION OF<br>HOSPITAL SERVICES | SERVICE<br>CODE | TOTAL<br>CHARGES | EST. COVERAGE<br>INS. CO. NO. 1 | EST. COVERAGE<br>INS. CO. NO. 2 CPT | PATIENT<br>AMOUNT |
|---|---|---|---|---|---|---|---|
| | | DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS | | | | CPT4 | |
| 1/22 | 01 | CAST REMOVL OR BIVALVIN | | 170.00 | 170.00 | 29705 | |
| | | 48200042 | 700 | | | | |
| 1/22 | 01 | FOREARM | | 135.00 | 135.00 | 73090RT | |
| | | 84601764 | 320 | | | | |
| | | TOTAL CHARGES | | 305.00 | | | |

| T O T A L S | | | | 305.00 | 305.00 | | |
|---|---|---|---|---|---|---|---|

| PATIENT NUMBER<br>38B05268 | PLEASE REFER TO PATIENT<br>NUMBER ON ALL INQUIRES<br>AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY<br>FOR ANY CHARGES NOT POSTED WHEN THIS BILL<br>WAS PREPARED, OR IF INSURANCE CARRIERS DO<br>NOT PAY ANY PART OF THE AMOUNTS SHOWN<br>UNDER ESTIMATED INSURANCE COVERAGE. | PAY THIS AMOUNT | 0.00 |
|---|---|---|---|---|

00-6443  2/04

CHRIST MEDICAL CENTER
P. O. BOX 7050B
CHICAGO, IL    60673-0508
(708) 684-5079
FEI # 36-2169147

*Advocate Health Care*

| | | |
|---|---|---|
| PAGE NO. | | 02 |
| PAGE NO. | | 0339 |

| TYPE OF BILL | DATE OF BILL |
|---|---|
| FINAL | 01/30/08 |
| OUTPT | |

| PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|---|---|
| NAIK, RENUKABEN | | F | 53Y | 01/22/08 | | | |

| GUARANTOR NAME AND ADDRESS | INS. PLAN | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|
| RENUKABEN NAIK<br>8514 S MASSASOIT AVE<br>BURBANK, IL<br>60459 | LIA | LIABILITY CARRIER | | |

ATTENDING PHYSICIAN
LUKE, KEVIN W.

⚠ PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. ⚠ | AMOUNT OF PAYMENT | $

| SERVICE DATE | QTY | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS. CO. NO. 1 | EST. COVERAGE INS. CO. NO. 2/CPT | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|
| | | SUMMARY OF CHARGES | | | | | |
| | | RADIOLOGY | | 135.00 | 135.00 | | |
| | | CAST ROOM | | 170.00 | 170.00 | | |

THIS STATEMENT REFLECTS HOSPITAL CHARGES AND MAY INCLUDE SOME
PHYSICIAN PROFESSIONAL FEES.  YOU MAY ALSO RECEIVE BILLS FROM
PHYSICIANS FOR OTHER PROFESSIONAL SERVICES RENDERED, SUCH AS
RADIOLOGISTS, PATHOLOGISTS, ANESTHESIOLOGISTS, AND EMERGENCY
ROOM PHYSICIANS.
  COINSURANCE
  DEDUCTIBLE
  PATIENT PAYMENTS

| TOTALS | | | | 305.00 | 305.00 | | |
|---|---|---|---|---|---|---|---|

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS BILL WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | PAY THIS AMOUNT | 0.00 |
|---|---|---|---|---|
| 30005268 | | | | |

00-6143  2/04

CHRIST MEDICAL CENTER
P. O. BOX 70030
CHICAGO IL   60673-0300
(708) 684-5070
FEI # 36-2169140

Advocate Health Care

| TYPE OF BILL | DATE OF BILL | PAGE NO. |
|---|---|---|
| FINAL OUTPT | 02/27/08 | 01 |

HOSP NO. 0339

| PT | PATIENT NAME | N | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| | NAIK, RENUKABEN | | | F | 53Y | 02/08/08 | | | |

| GUARANTOR NAME AND ADDRESS | INS. PLAN | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|
| RENUKABEN NAIK<br>5137 W 79TH ST/APT 2W<br>BURBANK, IL<br>60459 | LIA | LIABILITY CARRIER | | |

ATTENDING PHYSICIAN
LUKE, KEVIN W.

## PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

AMOUNT OF PAYMENT  $

| SERVICE DATE | QTY | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS. CO. NO. 1 | EST. COVERAGE INS. CO. NO. 2/CPT | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|
| DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS | | | | | | CPT4 | |
| 2/08 | 01 | EVAL | | 290.00 | 290.00 | 97003GO | |
| | | 11212768 | 434 | | | | |
| 2/12 | 02 | OT MAN THER | | 200.00 | 200.00 | 97140GO | |
| | | 11210259 | 430 | | | | |
| 2/12 | 02 | OT EXERCISE | | 194.00 | 194.00 | 97110GO | |
| | | 11211539 | 430 | | | | |
| 2/15 | 02 | OT EXERCISE | | 194.00 | 194.00 | 97110GO | |
| | | 11211539 | 430 | | | | |
| 2/15 | 01 | MAN THER | | 85.00 | 85.00 | 97140GP | |
| | | 11500451 | 420 | | | | |
| 2/19 | 02 | OT MAN THER | | 200.00 | 200.00 | 97140GO | |
| | | 11210259 | 30 | | | | |
| 2/19 | 02 | OT EXERCISE | | 194.00 | 194.00 | 97110GO | |
| | | 11211539 | 430 | | | | |
| 2/21 | 01 | OT MAN THER | | 100.00 | 100.00 | 97140GO | |
| | | 11210259 | 430 | | | | |
| 2/21 | 01 | OT THER ACT | | 92.00 | 92.00 | 97530GO | |
| | | 11210275 | 430 | | | | |
| 2/21 | 02 | OT EXERCISE | | 194.00 | 194.00 | 97110GO | |
| | | 11211539 | 430 | | | | |
| 2/26 | 01 | OT MAN THER | | 100.00 | 100.00 | 97140GO | |
| | | 11210259 | 430 | | | | |
| 2/26 | 01 | OT THER ACT | | 92.00 | 92.00 | 97530GO | |
| | | 11210275 | 430 | | | | |
| 2/26 | 02 | OT EXERCISE | | 194.00 | 194.00 | 97110GO | |
| | | 11211539 | 430 | | | | |
| | | TOTAL CHARGES | | 2,129.00 | | | |

| TOTALS | | | 2,129.00 | 2,129.00 | | |

PATIENT NUMBER
PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRES AND CORRESPONDENCE.

ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS BILL WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE.

PAY THIS AMOUNT   0.00

00-6443  2/04

CHRIST MEDICAL CENTER
P. O. BOX 70598
CHICAGO IL    60673-0598
(708) 684-5079
FEI # 36-2169147

**Advocate**HealthCare

PAGE NO.
02

HOSP. NO.
0339

| TYPE OF BILL | DATE OF BILL |
|---|---|
| FINAL OUTPT | 02/27/08 |

| LI P-T | PATIENT NAME | N | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| NAIK, RENUKABEN | | | | F | 53Y | 02/08/08 | | | |

| GUARANTOR NAME AND ADDRESS | INS. PLAN | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|
| RENUKABEN NAIK<br>5137 W 79TH ST/APT 2W<br>BURBANK, IL<br>60459 | LIA | LIABILITY CARRIER | | |

ATTENDING PHYSICIAN
LUKE, KEVIN W.

⚠ **PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.** ⚠ AMOUNT OF PAYMENT $

| SERVICE DATE | QTY | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS. CO. NO. 1 | EST. COVERAGE INS. CO. NO. 2/CPT | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|
| | | SUMMARY OF CHARGES | | | | | |
| | | OCCUPATIONAL/REHAB SRVICES | | 2,044.00 | 2,044.00 | | |
| | | PHYSICAL THERAPY | | 85.00 | 85.00 | | |

THIS STATEMENT REFLECTS HOSPITAL CHARGES AND MAY INCLUDE SOME
PHYSICIAN PROFESSIONAL FEES.  YOU MAY ALSO RECEIVE BILLS FROM
PHYSICIANS FOR OTHER PROFESSIONAL SERVICES RENDERED, SUCH AS
RADIOLOGISTS, PATHOLOGISTS, ANESTHESIOLOGISTS, AND EMERGENCY
ROOM PHYSICIANS.
  COINSURANCE
  DEDUCTIBLE
  PATIENT PAYMENTS

| TOTALS | | | | 2,129.00 | 2,129.00 | | |
|---|---|---|---|---|---|---|---|

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS BILL WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | PAY THIS AMOUNT | 0.00 |
|---|---|---|---|---|
| 038964795 | | | | |

00-8443  2/04

CHRIST MEDICAL CENTER
P. O. BOX 70808
CHICAGO IL      60673-0808
(708) 684-5079
FEI # 36-2159147

AdvocateHealthCare

PAGE NO.
01

HOSP. NO.
0399

| TYPE OF BILL | DATE OF BILL |
|---|---|
| FINAL OUTPT | 02/27/08 |

| LI CRO | PATIENT NAME | N | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| NAIK, RENUKABEN | | | | F | 53Y | 02/19/08 | | | |

| GUARANTOR NAME AND ADDRESS | INS. PLAN | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|
| RENUKABEN NAIK 5137 W 79TH ST/APT 2W BURBANK, IL 60459 | LIA | LIABILITY CARRIER | | |

ATTENDING PHYSICIAN
LUKE, KEVIN W.

⚠ **PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.** ⚠

| AMOUNT OF PAYMENT | $ |
|---|---|

| SERVICE DATE | QTY | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS. CO. NO. 1 | EST. COVERAGE INS. CO. NO. 2/CPT | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|
| DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS | | | | | | CPT4 | |
| 02/19 | 01 | WRIST | | 145.00 | 145.00 | 73100RT | |
| | | 04604214 | 320 | | | | |
| | | TOTAL CHARGES | | 145.00 | | | |

| TOTALS | | | | 145.00 | 145.00 | | |

| PATIENT NUMBER 539045626 | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS BILL WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | PAY THIS AMOUNT | 0.00 |

00-6443  2/04

CHRIST MEDICAL CENTER
P. O. BOX 70508
CHICAGO IL    60673-0508
(708) 684-5079
FEI # 36-2169147

**Advocate** HealthCare

PAGE NO.
02

HOSP. NO.
0339

| TYPE OF BILL | DATE OF BILL |
|---|---|
| FINAL OUTPT | 02/27/09 |

| LI   CRO   PATIENT NAME      N | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|---|---|
| NAIK, RENUKABEN | | F | 53Y | 02/19/08 | | | |

| GUARANTOR NAME AND ADDRESS | INS. PLAN | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|
| RENUKABEN NAIK 5137 W 79TH ST/APT 2W BURBANK, IL 60459 | LTA | LIABILITY CARRIER | | |

ATTENDING PHYSICIAN
LUKE, KEVIN W.

| ⚠ | PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. | ⚠ | AMOUNT OF PAYMENT | $ |
|---|---|---|---|---|

| SERVICE DATE | QTY | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS. CO. NO. 1 | EST. COVERAGE INS. CO. NO. 2/CPT | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|
| | | SUMMARY OF CHARGES RADIOLOGY | | 145.00 | 145.00 | | |

THIS STATEMENT REFLECTS HOSPITAL CHARGES AND MAY INCLUDE SOME
PHYSICIAN PROFESSIONAL FEES.  YOU MAY ALSO RECEIVE BILLS FROM
PHYSICIANS FOR OTHER PROFESSIONAL SERVICES RENDERED, SUCH AS
RADIOLOGISTS, PATHOLOGISTS, ANESTHESIOLOGISTS, AND EMERGENCY
ROOM PHYSICIANS.
   COINSURANCE
   DEDUCTIBLE
   PATIENT PAYMENTS

| TOTALS | | | | 145.00 | 145.00 | | |

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS BILL WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | PAY THIS AMOUNT | 0.00 |
|---|---|---|---|---|

00-6443 2/04

02/06/2009   16:51   7089232529          PARKVIEW ORTHO                    PAGE  02/03

MAKE CHECKS PAYABLE TO:

**Parkview Orthopaedic Group, S.C.**
7600 West College Drive

Palos Heights, IL 60463

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| C2/06/09 | CONTINUED |  |

SHOW AMOUNT
PAID HERE   $

STATEMENT

ADDRESSEE:                                    REMIT TO:

**Naik, Renukaben**                          **Parkview Orthopaedic Group, S.C.**
8515 S Massasoit                             7600 West College Drive
Burbank, IL 60459                            Palos Heights, IL 60463
USA

☐ Please check box if above address is incorrect or insurance information has changed, and    PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT
indicate change(s) on reverse side.                                                          708-361-0600.

| DATE | DESCRIPTION OF SERVICE | AMOUNT | INSUR BALANCE | PATIENT BALANCE | BALANCE |
|---|---|---|---|---|---|
| 11/23/07 | **ENCOUNTER 228327 FOR RENUKABEN WITH LUKE MD KEVIN W** | | | | |
| 11/23/07 | 99253 - Initial inpatient consult, mod | $299.00 | $299.00 | | |
| | ENCOUNTER TOTAL | $299.00 | $299.00 | $0.00 | $299.00 |
| 11/23/07 | **ENCOUNTER 228329 FOR RENUKABEN WITH LUKE MD KEVIN W** | | | | |
| 11/23/07 | 25575 - Opn trtmnt rdl&ulnr Fx fix rad&ulna | $3,610.00 | $3,610.00 | | |
| | ENCOUNTER TOTAL | $3,610.00 | $3,610.00 | $0.00 | $3,610.00 |
| 04/04/08 | **ENCOUNTER 265766 FOR RENUKABEN WITH LUKE MD KEVIN W** | | | | |
| 04/04/08 | 99213 - Office/outpatient visit,est, mod | $126.00 | $126.00 | | |
| 04/04/08 | 73090 - X-ray exam of forearm, 2views | $181.00 | $181.00 | | |
| | ENCOUNTER TOTAL | $307.00 | $307.00 | $0.00 | $307.00 |
| 04/30/08 | **ENCOUNTER 273745 FOR RENUKABEN WITH LUKE MD KEVIN W** | | | | |
| 04/30/08 | 99213 - Office/outpatient visit,est, mod | $126.00 | $126.00 | | |
| 04/30/08 | 73090 - X-ray exam of forearm, 2views | $181.00 | $181.00 | | |
| | ENCOUNTER TOTAL | $307.00 | $307.00 | $0.00 | $307.00 |
| 05/07/08 | **ENCOUNTER 275697 FOR RENUKABEN WITH LUKE MD KEVIN W** | | | | |
| 05/07/08 | 99214 - Office/outpatient visit,est, mod | $183.00 | $183.00 | | |
| 05/07/08 | 73030 - X-ray exam of shoulder, complete | $180.00 | $180.00 | | |
| | ENCOUNTER TOTAL | $363.00 | $363.00 | $0.00 | $363.00 |
| 09/08/08 | **ENCOUNTER 313582 FOR RENUKABEN WITH LUKE MD KEVIN W** | | | | |
| 09/08/08 | 99213 - Office/outpatient visit,est, mod | $126.00 | $126.00 | | |
| | ENCOUNTER TOTAL | $126.00 | $126.00 | $0.00 | $126.00 |
| 12/03/08 | **ENCOUNTER 340834 FOR RENUKABEN WITH LUKE MD KEVIN W** | | | | |
| 12/03/08 | 99213 - Office/outpatient visit,est, mod | $126.00 | $126.00 | | |
| 12/03/08 | 73030 - X-ray exam of shoulder, complete | $180.00 | $180.00 | | |

| ACCOUNT NBR | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| 46703 | $5,459.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,459.00 |

MESSAGE:
PMI STATEMENTS CALL 708-361-0600 2:00-4:

PLEASE PAY
THIS AMOUNT »»» CONTINUED

** PAYMENT DUE UPON RECEIPT * THANK YOU **
STATEMENT                                                                     PAGE: 1

02/06/2009   15:51   7089232529          PARKVIEW ORTHO                    PAGE  03/03

MAKE CHECKS PAYABLE TO:

**Parkview Orthopaedic Group, S.C.**
7600 West College Drive

Palos Heights, IL 60463

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 02/06/09 | $0.00 | ▬▬▬▬ |
| | SHOW AMOUNT PAID HERE  $ | |

STATEMENT

ADDRESSEE:

Naik, Renukaben
8515 S Massasoit
Burbank, IL 60469
USA

REMIT TO:

**Parkview Orthopaedic Group, S.C.**
7600 West College Drive
Palos Heights, IL 60463

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT
708-361-0600.

| DATE | DESCRIPTION OF SERVICE | AMOUNT | INSUR BALANCE | PATIENT BALANCE | BALANCE |
|---|---|---|---|---|---|
| 12/03/08 | 73090 - X-ray exam of forearm, 2views | $141.00 | $141.00 | | |
| | ENCOUNTER TOTAL | $447.00 | $447.00 | $0.00 | $447.00 |

| ACCOUNT NBR | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| 45703 | $5,459.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,459.00 |

MESSAGE:
PMI STATEMENTS CALL 708-361-0600 2:00-4:

| PLEASE PAY THIS AMOUNT »»» | $0.00 |
|---|---|

** PAYMENT DUE UPON RECEIPT * THANK YOU **
STATEMENT                                              PAGE: 2

FROM :                              FAX NO. :                    Jun. 18 2008 11:30AM  P2

# STATEMENT

NAME OF GUARANTOR              PAGE    1

RENUKABEN S NAIK

**BILL DATE**      **PATIENT ACCOUNT NUMBER**

05/23/08

PROVIDER FEDERAL ID NUMBER

363875523

RENUKABEN S NAIK
8515 S MASSASOIT AVE
BURBANK IL 60459

PAYMENTS RECEIVED AFTER BILL DATE
WILL APPEAR ON YOUR NEXT STATEMENT.
IF THERE ARE ANY QUESTIONS REGARDING THIS
ACCOUNT CALL:

(847) 836-7015

**PLEASE MAKE CHECKS PAYABLE TO:**

MIDWEST ANESTHESIOLOGISTS
LTD
185 PENNY AVE
EAST DUNDEE IL 60118-1454

**SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT. RETAIN THIS SECTION FOR YOUR RECORDS.

MIDWEST ANESTHESIOLOGISTS                              (847) 836-7015

| DATE | PATIENT | DESCRIPTION | SERVICES PROVIDED BY | AMOUNT |
|---|---|---|---|---|
| 11/23/07 | RENUKABEN | MANAGEMENT OF ANESTHESIA 1 su c1 2 | AHMED ZAKI MD | 1150.00 |

IMPORTANT MESSAGE REGARDING YOUR ACCOUNT

**CURRENT BALANCE**

1150.00

YOUR CANCELLED CHECK IS YOUR RECEIPT