Kurtzman Carson Consultants  
2335 Alaska Avenue  
El Sigundo, California 90245

June 12, 2009

Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
One Rodney Square  
P. O. Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000



-And-

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER& FLOM, LLP  
333 West Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700

-And-

/S/ Douglas M. Foley  
Dion W. Hayes (VSB No.34304)  
Douglas M. Foley (VSB No.34364)  
MCGUIRWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

Subject: Omnibus Objection & Response to late claims

Statement: I Sharon Brown Hope would like to receive what is due to me with out penalty for late claims due to my financial to gain timely legal assistance. Case No. 08-35653

