Dino Bazdar
11470 W. Irving St.
Boise, Idaho 83713
dinobazdar@u.boisestate.edu
(208) 409-2712

**Claim Number: 10699**
**Asserted Claim Amount:  $ 1,239.27**



# Circuit City Stores, Inc.

**United States Bankruptcy Court
For the Eastern District of Virginia
Richmond Division**

**Case No. 08-35653**

The amount of **$ 1,239.27** is owed to Dino Bazdar, for a Car Audio **(2003 Audi A4)** installation which was performed at Circuit City Store in Boise, Idaho on **June 20, 2008**. Circuit City damaged the stock Car Audio system (Bose) by cutting cone on the speakers/subwoofers (audio equipment), and blew the stock systems amplifier, miss wiring, improper installation, and damaged the rear bumper. After contacting many other Car Audio installers, they have concluded that everything needs to be replaced and rewired. Dino Bazdar, contacted managers immediately, and filed a claim with **SRS** (Specialty Risk Services, Claim Number: YLB59066AP) by **Kristin Magann**, Account Representative.

The Bankruptcy Court should not sustain the Omnibus Objection because I, Dino Bazdar, have tried to collect **$ 1,239.27** for over a year and the damage to my vehicle lowers the overall value of my vehicle. The funds received will go towards repairing the vehicle's Car Audio System. I have included pictures and estimates for the **damaged caused by Circuit City Car Audio employees.**

With regards,


Dino Bazdar
June 23, 2006


Subwoofer cone cut by Circuit City Installer


Front Blinker was out of place


Tweeter was out of place and busted



Rear Bumper was damaged



Panels were not put back properly and were

damaged

```
                      WESTSIDE BODYWORKS
                    459 NORTH FIVE MILE ROAD
                         BOISE, ID 83713
               OFFICE: 378-9887     FAX: 378-9892
                     TAX I.D. #82-0498367


                CD LOG NO 23693-1   DATE 07/09/08

SHOP:         WESTSIDE BODY WORKS           INSP DATE:    07/09/08
ADDRESS:      459 NORTH FIVE MILE ROAD      CONTACT:      WAYNE RISNER
CITY STATE:   BOISE, ID                     PHONE 1:      (208)378-9887
ZIP:          83713-                        FAX:          (208)378-9892

OWNER:        BAZAR, DINO                   CELL PHONE:   (208)409-2712
ADDRESS:      11420 W IRVING ST
CITY STATE:   BOISE, ID
ZIP:          83713

POINT OF IMPACT: 12


LIC#:         7547R          STATE: ID      VIN:          WAULC68E13A186117
BODY COLOR:   BLUE                          MILEAGE:
CONDITION:                                  ACCTNG CTL#:

PROD.DATE:    09/02                         PAINT CODE:

*=USER-ENTERED VALUE       E=REPLACE OEM              NG=REPLACE NAGS
EC=REPLACE ECONOMY         UE=REPLACE OE SURPLUS      UC=RECONDITIONED PRT
UM=REMAN/REBUILT PRT       EU=REPLACE SALVAGE         EP=REPLACE PXN
OE=REPLACE PXN OE SRPLS    PC=PXN RECONDITIONED       PM=PXN REMAN/REBUILT
TE=PARTL REPL PRICE        ET=PARTL REPL LABOR        IT=PARTIAL REPAIR
I=REPAIR                   L=REFINISH                 BR=BLEND REFINISH
TT=TWO-TONE                CG=CHIPGUARD               SB=SUBLET
N=ADDITIONAL LABOR         RI=R&I ASSEMBLY            P=CHECK
AA=APPEAR ALLOWANCE        RP=RELATED PRIOR           UP=UNRELATED PRIOR

*******************************************************************************
POSSIBLE ADDITIONAL DAMAGE
PARTS SUBJECT TO INVOICE PRICES
ESTIMATE WRITTEN ON VISIBLE DAMAGE ONLY

2003 AUDI A4   QUATTRO 4DOOR SEDAN    4CYL GASOLINE TURBO 1.8
CODE:   68483A/B OPTNS G/24A

OPTIONS:
  TWO-STAGE - EXTERIOR SURFACES        TWO-STAGE - INTERIOR SURFACES
  4-WHEEL DRIVE

OP  GDE   MC  DESCRIPTION        MFG.PART NO.         PRICE   AJ% B%  HOURS R
--  ---   --  -----------        ------------         -----   --- --  ----- -
RI  0042      HEADLAMP ASSEMBLY  RT R&I ASSEMBLY                        0.5 1
E   0286      LAMP,SIDE MARKER   RT 8E0949127         10.60             0.7 1
E   0823      GRILLE,UPPER COWL  8E1819422A01C        16.13                 1

                                                                  PAGE    1
                                                                  07/09/08
```

```
2003 AUDI A4   QUATTRO 4DOOR SEDAN
CD LOG NO 23693-1

E  0194       PLATE,FRONT SILL    RT  8E085337401C             42.37              0.2 1
E  1198 01    GRILLE,FRT DOOR SPK RT  8E003542425Y              9.00                  1
E  1220       CLIP,QTR TRIM PNL   RT  MULTI-PART                1.84                  1
RI 0562       PNL,QTR TRIM LOWER  RT  R&I ASSEMBLY                                 0.2 1
E  1334       CLIP,SILL PLATE         MULTI-PART                1.64                  1
RI 0377       PLATE,REAR BODY SILL    R&I ASSEMBLY                                 0.2 1
I             DIAGNOSE H LAMP WIRING REPAIR                                      1.0*2*

   10 ITEMS

                    MC   MESSAGE(S)
                    01 CALL DEALER FOR EXACT PART NUMBER / PRICE

FINAL CALCULATIONS & ENTRIES
     GROSS PARTS                                                              81.58
PARTS & MATERIAL TOTAL                                                        81.58
     TAX ON PARTS @                                              6.000%        4.89

     LABOR                   RATE      REPLACE HRS     REPAIR HRS
     1-SHEET METAL           46.00          1.8                               82.80
     2-MECH/ELEC             70.00                         1.0                70.00
     3-FRAME                 48.00
     4-REFINISH              46.00
     5-PAINT MATERIAL        28.00
LABOR TOTAL                                                                  152.80
     SUBLET REPAIRS
     TOWING
     STORAGE

GROSS TOTAL                                                                  239.27

NET TOTAL                                                                    239.27

SHOPLINK U2087 ES CD LOG 23693-1 DATE 07/09/08 02:51:22PM R6.37   CD 06/08
PXN: Y/00/00/00/00/00 CUM 00/00/00/00/00 GEOCODE 83713
HOST LOG
(C) 1998 - 2007 AUDATEX NORTH AMERICA, INC.
```

------------------------------------------------------------------------

THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF CRASH PARTS SUPPLIED BY A
SOURCE OTHER THAN THE MANUFACTURER OF YOUR MOTOR VEHICLE. WARRANTIES
APPLICABLE TO THESE REPLACEMENT PARTS ARE PROVIDED BY THE MANUFACTURER OR
DISTRIBUTOR OF THESE PARTS RATHER THAN THE MANUFACTURER OF YOUR VEHICLE.

                                                                    PAGE   2
                                                                    07/09/08

CIVIL RIGHTS.COM      SMALL CLAIMS

Singer Firm **345**-1000

ELLSWORTH FIRM **336**-1843

367-1749 CRIMINAL CHARGES

334-4500 CONSUMER LAW
General Law

Bankruptcy →

BANKRUPTCY

*[signature]*

# ULTIMATE
# TINT & WHEEL

6200 Fairview Ave • Boise, ID 83704
Ph: (208) 658-8468 • Fax: (208) 658-1346
**GLASS TINTING • CUSTOM WHEELS**

3409

☐ Cash
☐ Check _____                                    DATE 9-3-08

NAME _Dino Bajunk_

ADDRESS _11470 N Irving ST_

PHONE _(208) 469-2712_ REFERRAL _____

YEAR/MAKE/MODEL _2003 Audi A4_

VIN# _____ TIME IN _____ TIME OUT _____

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| | Replace fact. amp<br>wired wrong<br>(1) new T-channel<br>(2) new amps<br>with mounts<br>(3) rewire correctly<br>w/ 3 Hi Lo adaptors | |

**WINDOWS TINTED:**

| FRONT | | MATERIAL | |
| REAR | | SALES TAX | |
| BACK | | SUB TOTAL | |
| | | LABOR | |
| OTHER | | TOTAL DUE | 100 |

**PLEASE READ:**
I understand that front driver and front passenger windows are illegal to tint. Also rear windows are illegal to tint without two side mirrors. Because of the intense cleaning process of windows and for proper application of film, rear window defroster lines are not guaranteed to work. Window tinting is warranted by the manufacturer as stated on the card attached. You must keep your receipt and a validated warranty registration card for warranty service. All films are scratch resistant, but any nicks or gouges are beyond our control. Windows will look blistery or foggy for at least 1-2 weeks, some windows will require more time to dry due to sunlight. To clean windows you can use Windex and mild soap glass cleaner and paper towels after five days. Any warranty or repair must be done in shop. No cash refund. Exchange only.
For all window tinting, stereos, audio/video, and wheels that are installed - ALL SALES ARE FINAL.
See over for other conditions.

**NO REFUNDS ON CUSTOM ORDERS • WE ARE NOT RESPONSIBLE FOR ITEMS LEFT HERE AFTER 3 DAYS**

_____        09/03/08
**Customer Signature**                **Date**

# ULTIMATE
# TINT & WHEEL

6200 Fairview Ave • Boise, ID 83704
Ph: (208) 658-8468 • Fax: (208) 658-1346
**GLASS TINTING • CUSTOM WHEELS**

4195

☐ Cash
☐ Check _____ Est. only    DATE 7-10-08

NAME Dino Banda(?)
ADDRESS 11470 W Irving St
PHONE 409 5712    REFERRAL _____
YEAR/MAKE/MODEL 2003 Audi A4
VIN# _____ TIME IN _____ TIME OUT _____

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| 2 | 12" Kicker Solobaric L7 in a box | |
| 1 | Hi-low converter 2ch | |
| 1 | 4ch amp Kenwic(?) | |

WINDOWS TINTED:
FRONT
REAR                          MATERIAL
BACK                          SALES TAX
OTHER                         SUB TOTAL
                              LABOR
                              TOTAL DUE  1000 00

**PLEASE READ:**
I understand that front driver and front passenger windows are illegal to tint. Also rear windows are illegal to tint without two side mirrors. Because of the intense cleaning process of windows and for proper application of film, rear window defroster lines are not guaranteed to work. Window tinting is warranted by the manufacturer as stated on the card attached. You must keep your receipt and a validated warranty registration card for warranty service. All films are scratch resistant, but any nicks or gouges are beyond our control. Windows will look blistery or foggy for at least 1-2 weeks, some windows will require more time to dry due to sunlight. To clean windows you can use Windex and mild soap glass cleaner and paper towels after five days. Any warranty or repair must be done in shop. No cash refund. Exchange only.
For all window tinting, stereos, audio/video, and wheels that are installed - ALL SALES ARE FINAL
See over for other conditions.

**NO REFUNDS ON CUSTOM ORDERS • WE ARE NOT RESPONSIBLE FOR ITEMS LEFT HERE AFTER 3 DAYS**

_____ Customer Signature     07/10/08 Date