To Whom It May Concern,

I oppose the reclassification of my claim due to the fact that I believe my claim was submitted in a timely manner.

Thank You,

*[signature]*

Austin James Harthun (Claim # 10290)

RICHMOND DIVISION
FILED JUN 2 6 2009 FILED
CLERK
U.S. BANKRUPTCY COURT

Austin Hastlun
3032 Taylor Ave.
Morgan Hill, CA 95037

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street, Room 4000
Richmond, Virginia 23219

U.S. INSPECTED

