John G. McJunkin, Esquire (Va. Bar No. 31011)
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 496-7312
Facsimile: (202) 496-7094

Attorneys for SimpleTech by Hitachi Global Storage
Technologies, f/k/a "SimpleTech, a Fabrik Company"

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| In re: | * | Chapter 11 |
|---|---|---|
| | * | |
| CIRCUIT CITY STORES, INC., *et al.*, | * | Case No. 08-35653 (KRH) |
| | * | |
| Debtors. | * | (Jointly Administered) |
| *  *  *  *  *  * | * | *  *  *  * |

MOTION FOR ADMISSION
PRO HAC VICE OF LEI LEI WANG EKVALL

John G. McJunkin ("Movant") hereby moves the Court, pursuant to Local Bankruptcy Rule 2090-1(e), to enter an order authorizing Lei Lei Wang Ekvall ("Ms. Wang Ekvall"), an attorney with the law firm of Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP, to appear pro hac vice in the referenced bankruptcy cases before the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Case") to represent SimpleTech by Hitachi Global Storage Technologies, formerly known as "SimpleTech, a Fabrik Company," and in support of this Motion, the Movant states as follows:

1. Movant is a member in good standing of the Bar of Virginia and an attorney admitted to practice before the United States Court of Appeals for the Fourth Circuit, the United States District Court for the Eastern District of Virginia, the United States District Court for the

1

Western District of Virginia, the United States Bankruptcy Court for the Eastern District of Virginia, and the United States Bankruptcy Court for the Western District of Virginia.

2. Ms. Wang Ekvall is a member in good standing of the State Bar of California and an attorney admitted to practice before the United States Court of Appeals for the Ninth Circuit and the United States District Court for the Central District of California. There are no disciplinary proceedings pending against Ms. Wang Ekvall in any jurisdiction in which she is admitted to practice.

3. Movant requests that this Court authorize Ms. Wang Ekvall to file pleadings in, to appear and be heard at hearings concerning, and to otherwise participate in the Bankruptcy Case (and related proceedings) on behalf of SimpleTech by Hitachi Global Storage Technologies.

4. Movant shall serve as co-counsel with Ms. Wang Ekvall in the Bankruptcy Case (and related proceedings).

5. Notice of this Motion has been given to (a) the Office of the United States Trustee, (b) to counsel for the Debtors, and (c) all persons receiving electronic notice in the Bankruptcy Case as of the service hereof.

WHEREFORE, Movant respectfully requests that this Court enter an Order authorizing Lei Lei Wang Ekvall to appear pro hac vice in the Bankruptcy Case in substantially the same form as Exhibit A attached hereto and grant such other and further relief as is just.

/s/ John G. McJunkin
Movant

2

DC:50630466.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2009, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice of Lei Lei Wang Ekvall was served on the following and all persons receiving electronic notice in these cases, including the following:

>Robert B. Van Arsdale
>Office of the United States Trustee
>701 East Broad St., Suite 4304
>Richmond, Virginia 23219
>*Assistant United States Trustee*
>
>David S. Berman
>Riemer & Braunstein LLP
>Three Center Plaza, 6th Floor
>Boston, Massachusetts 02108
>*Counsel for Bank of America, N.A., as Agent*
>
>Dion W. Hayes
>McGuireWoods LLP
>One James Center
>901 East Cary Street
>Richmond, Virginia 23219
>*Counsel for the Debtors*
>
>Greg M. Galardi
>Ian S. Fredericks
>Skadden, Arps, Slate, Meagher & Flom
>One Rodney Square
>P.O. Box 636
>Wilmington, Delaware 19899
>*Counsel for the Debtors*

>/s/ John G. McJunkin

1