John G. McJunkin, Esquire (Va. Bar No. 31011)  **EXHIBIT A**
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 496-7312
Facsimile: (202) 496-7094

Attorneys for SimpleTech by Hitachi Global Storage
Technologies, f/k/a SimpleTech, a Fabrik Company

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| **In re:** | * | **Chapter 11** |
| **CIRCUIT CITY STORES, INC.,** *et al.,* | * | **Case No. 08-35653 (KRH)** |
| **Debtors.** | * | **(Joint Administration Pending)** |

### ORDER GRANTING MOTION FOR ADMISSION
### PRO HAC VICE OF LEI LEI WANG EKVALL

The matter came before the Court upon the Motion for Admission Pro Hac Vice of Lei Lei Wang Ekvall (the "Motion") filed by John G. McJunkin, seeking admission pro hac vice for Lei Lei Wang Ekvall, of the law firm of Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP, in the above-styled bankruptcy cases (the "Bankruptcy Case") pursuant to local Bankruptcy Rule 2090-1(E). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Lei Lei Wang Ekvall be authorized to practice pro hac vice before the Court in this Bankruptcy Case, it is hereby

ORDERED as follows:

1. The Motion be and hereby is granted.

1

2. Lei Lei Wang Ekvall, of the law firm of Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP, is hereby admitted to appear in this Bankruptcy Case and any related proceedings pro hac vice pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of SimpleTech by Hitachi Global Storage Technologies, formerly known as "SimpleTech, a Fabrik Company."

ENTERED: _____

UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

/s/ John G. McJunkin
John G. McJunkin, Esquire (Va. Bar No. 31011)
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
Phone: 202-496-7312
Facsimile: 202-496-7094

### Rule 9022-1 Certification

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

/s/ John G. McJunkin
Movant