B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

Debtor against which claim is asserted : (Check only one box below)

- ✓ Circuit City Stores, Inc. (Case No. 08-35653)
- ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
- ☐ Abbott Advertising, Inc. (Case No. 08-35665)
- ☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
- ☐ Circuit City Stores PR, LLC (Case No. 08-35660)
- ☐ Mayland MN, LLC (Case No. 08-35666)
- ☐ InterTAN, Inc. (Case No. 08-35655)
- ☐ Circuit City Properties, LLC (Case No. 08-35661)
- ☐ Patapsco Designs, Inc. (Case No. 08-35667)
- ☐ Ventoux International, Inc. (Case No. 08-35656)
- ☐ Orbyx Electronics, LLC (Case No. 08-35662)
- ☐ Sky Venture Corporation (Case No. 08-35668)
- ☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)
- ☐ Kinzer Technology, LLC (Case No. 08-35663)
- ☐ XSStuff, LLC (Case No. 08-35669)
- ☐ CC Aviation, LLC (Case No. 08-35658)
- ☐ Courchevel, LLC (Case No. 08-35664)
- ☐ PRAHS, INC. (Case No. 08-35670)

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**AMERICAN POWER CONVERSION CORP**

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:    NameID: 4941134    PackID: 447477

AMERICAN POWER CONVERSION CORP
5081 COLLECTIONS CTR DR
CHICAGO IL 60693

Telephone number: 800-788-2208

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $730,205.24 USD

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Goods Sold
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 1381

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $ _____    Annual Interest Rate ____ %

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $ _____    Basis for perfection: _____

Amount of Secured Claim: $ _____    Amount Unsecured: $ _____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**Amount entitled to priority:**

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date: 6/19/09

Signature: the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[Signature] Michael J. Veletta    Credit Manager

FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0835653081217220345161619

EXH. B

## Detailed Results

| | Notifications |
|---|---|

Tracking no.: 985805408823

✉ E-mail notifications

### Delivered

Initiated → Picked up → In transit → **Delivered**

**Delivered**
Signed for by: A.WILLIAMS

② Help

#### Shipment Dates

Ship date ⓘ    Jan 29, 2009
Delivery date ⓘ    Feb 2, 2009 9:02 AM

Destination    EL SEGUNDO, CA
               Signature Proof of Delivery ⓘ

#### Shipment Facts

② Help

| Service type | Reference |
|---|---|
| Priority Overnight | CIRCUIT CITY CLAIMS PROCESSING |

#### Shipment Travel History

Select time zone: [Select ▼]    Select time format: **12H** | **24H**

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Feb 2, 2009 9:02 AM | Delivered | EL SEGUNDO, CA | |

Case 08-35653-KRH    Doc 3818-1    Filed 06/26/09    Entered 06/26/09 16:53:00    Desc.
Exhibit(s)    Page 3 of 7

EXH. C

**Gus Epps**

```
Shipment Travel History
    Help
    Select time zone:  |----------------------|
                       | [X] Select           |
                       | [ ] Local Scan Time  |
                       | [ ] Origin           |
                       | [ ] Destination      |
                       | [ ] Others           |
                       |----------------------|
    Others:  |------------------------------------------------------------------|
             | [X] Select                                                       |
             | [ ] (GMT -12:00) International Date Line West                    |
             | [ ] (GMT -11:00) Midway Island, Samoa                            |
             | [ ] (GMT -10:00) Hawaii                                          |
             | [ ] (GMT -09:00) Alaska                                          |
             | [ ] (GMT -08:00) Pacific Time (US & Canada)                      |
             | [ ] (GMT -07:00) Arizona                                         |
             | [ ] (GMT -07:00) Chihuahua, La Paz, Mazatian - New               |
             | [ ] (GMT -07:00) Chihuahua, La Paz, Mazatian - Old               |
             | [ ] (GMT -07:00) Mountain Time (US & Canada)                     |
             | [ ] (GMT -06:00) Central America                                 |
             | [ ] (GMT -06:00) Central Time (US & Canada)                      |
             | [ ] (GMT -06:00) Guadalajara, Mexico City, Monterrey - New       |
             | [ ] (GMT -06:00) Guadalajara, Mexico City, Monterrey - Old       |
             | [ ] (GMT -06:00) Saskatchewan                                    |
             | [ ] (GMT -05:00) Bogota, Lima, Quito, Rio Branco                 |
             | [ ] (GMT -05:00) Eastern Time (US & Canada)                      |
             | [ ] (GMT -05:00) Indiana (East)                                  |
             | [ ] (GMT -04:00) Atlantic Time(Canada)                           |
             | [ ] (GMT -04:00) Carcas, La Paz                                  |
             | [ ] (GMT -04:00) Manaus                                          |
             | [ ] (GMT -04:00) Santiago                                        |
             | [ ] (GMT -03:30) Newfoundland                                    |
             | [ ] (GMT -03:00) Brasilia                                        |
```

Case 08-35653-KRH    Doc 3818-1    Filed 06/26/09    Entered 06/26/09 16:53:00    Desc
                        Exhibit(s)    Page 4 of 7

```
| [ ] (GMT -03:00) Buenos Aires, Georgetown                                |
| [ ] (GMT -03:00) Greenland                                               |
| [ ] (GMT -03:00) Montevideo                                              |
| [ ] (GMT -02:00) Mid-Atlantic                                            |
| [ ] (GMT -01:00) Azores                                                  |
| [ ] (GMT -01:00) Cape Verde Is.                                          |
| [ ] (GMT) Casablanca, Monrovia, Reykjavik                                |
| [ ] (GMT) Greenwich Mean Time: Dublin, Edinburgh, Lisbon, London         |
| [ ] (GMT +01:00) Amsterdam, Berlin, Bern, Rome, Stockholm, Vienna        |
| [ ] (GMT +01:00) Belgrade, Bratislava, Budapest, Ljubljana, Prague       |
| [ ] (GMT +01:00) Brussels, Copenhagen, Madrid, Paris                     |
| [ ] (GMT +01:00) Sarajevo, Skopje, Warsaw, Zagreb                        |
| [ ] (GMT +01:00) West Central Asia                                       |
| [ ] (GMT +02:00) Amman                                                   |
| [ ] (GMT +02:00) Athens, Bucharest, Istanbul                             |
| [ ] (GMT +02:00) Beirut                                                  |
| [ ] (GMT +02:00) Cairo                                                   |
| [ ] (GMT +02:00) Harare, Pretoria                                        |
| [ ] (GMT +02:00) Helsinki, Kyiv, Riga, Sofia, Tallinn, Vilnuis           |
| [ ] (GMT +02:00) Jerusalem                                               |
| [ ] (GMT +02:00) Minsk                                                   |
| [ ] (GMT +02:00) Windhoek                                                |
| [ ] (GMT +03:00) Baghdad                                                 |
| [ ] (GMT +03:00) Kuwait, Riyadh                                          |
| [ ] (GMT +03:00) Moscow, St. Petersburg, Volgograd                       |
| [ ] (GMT +03:00) Nairobi                                                 |
| [ ] (GMT +03:00) Tbilisi                                                 |
| [ ] (GMT +03:30) Tehran                                                  |
| [ ] (GMT +04:00) Abu Dhabi, Muscat                                       |
| [ ] (GMT +04:00) Baku                                                    |
| [ ] (GMT +04:00) Caucasus Standard Time                                  |
| [ ] (GMT +04:00) Yerevan                                                 |
| [ ] (GMT +04:30) Kabul                                                   |
| [ ] (GMT +05:00) Ekaterinburg                                            |
| [ ] (GMT +05:00) Islamabad, Karachi, Tashkent                            |
| [ ] (GMT +05:30) Chennai, Kolkata, Mumbai, New Delhi                     |
| [ ] (GMT +05:30) Sri Jayawardenepura                                     |
| [ ] (GMT +05:45) Kathmandu                                               |
| [ ] (GMT +06:00) Astana, Dhaka                                           |
| [ ] (GMT +06:30) Yangon (Rangoon)                                        |
| [ ] (GMT +07:00) Bangkok, Hanoi, Jakarta                                 |
| [ ] (GMT +07:00) Krasnoyarsk                                             |
| [ ] (GMT +08:00) Beijing, Chongqing, Hong Kong, Urumqi                   |
| [ ] (GMT +08:00) Irkutsk, Ulaan Bataar                                   |
| [ ] (GMT +08:00) Kuala Lumpur, Singapore                                 |
| [ ] (GMT +08:00) Perth                                                   |
| [ ] (GMT +08:00) Taipei                                                  |
| [ ] (GMT +09:00) Osaka, Sapporo, Tokyo                                   |
| [ ] (GMT +09:00) Seoul                                                   |
| [ ] (GMT +09:00) Yakutsk                                                 |
| [ ] (GMT +09:30) Adelaide                                                |
| [ ] (GMT +09:30) Darwin                                                  |
| [ ] (GMT +10:00) Brisbane                                                |
| [ ] (GMT +10:00) Canberra, Melbourne, Sydney                             |
| [ ] (GMT +10:00) Guam, Port Moresby                                      |
| [ ] (GMT +10:00) Hobart                                                  |
| [ ] (GMT +10:00) Vladivostok                                             |
| [ ] (GMT +11:00) Magadan, Solomon Is., New Caledonia                     |
| [ ] (GMT +12:00) Auckland, Wellington                                    |
| [ ] (GMT +12:00) Fiji, Kamchatka, Marshall Is.                           |
| [ ] (GMT +13:00) Nuku'alofa                                              |
|--------------------------------------------------------------------------|
Select time format: 12H  |  24H
```

All shipment travel activity is displayed in local time for the location

2

To display the shipment travel activity in local time of the scan,
please select "Local Scan Time" time zone option.

No entries found

Date/Time
Activity
Location
Details
Feb 2, 2009 09:02
Delivered
EL SEGUNDO, CA
Feb 2, 2009 08:21
On FedEx vehicle for delivery
HAWTHORNE, CA
Feb 2, 2009 06:36
At local FedEx facility
HAWTHORNE, CA
Jan 31, 2009 04:33
At dest sort facility
LOS ANGELES, CA
Jan 31, 2009 03:06
Departed FedEx location
MEMPHIS, TN
Jan 30, 2009 07:01
In transit
MEMPHIS, TN
Jan 30, 2009 06:44
In transit
MEMPHIS, TN
Jan 29, 2009 20:07
Left FedEx origin facility
WARWICK, RI
Jan 29, 2009 17:27
Picked up
WARWICK, RI
Jan 29, 2009 13:06
Shipment information sent to FedEx

JUN-23-2009 11:26 From:FEDEX CUST RELATIONS 9013328293    To:401 788 2796    P.1/1

3875 Airways Boulevard
Memphis, TN 38116-1834
Telephone 800.463.3339
Fax 901.332.8200

**FedEx.**

VIA FACSIMILE

June 23, 2009

Trisha DeStefano
American Power Conversions
132 Fairgrounds Rd.
West Kingston, RI 02892
Fax # 401-788-2796

RE: Package Tracking Number 985805408823

Dear Ms. DeStefano:

I am writing in regard to the problem encountered with a January 29, 2009 shipment to Circuit City Claims Processing, in El Segundo, CA.

Our records indicate this shipment was sent via FedEx Priority Overnight Service, for delivery by 10:30 a.m. on January 30. However, due to severe winter weather conditions at our Memphis, TN sorting facility, final delivery did not occur until 9:02 a.m. on February 2.

I sincerely apologize for the difficulties and inconvenience this has caused. I am sure you will understand that severe weather conditions are beyond the control of FedEx, as well as all carriers. If you would like to inquire further regarding this shipment, please contact our customer service at 1-800-Go-FedEx (463-3339), in reference to control number 0619926304.

I hope this letter serves to establish your on-time delivery efforts, and that we will have an opportunity in the future to serve you under more favorable conditions.

Sincerely,

Clay Smith
Customer Relations Department

cs/392456

EXH - E

# Tennessee Weather Forum

Weather Forecasting => Current Weather => Topic started by: servocrow on January 30, 2009, 05:22:09 AM

---

Title: **Freezing Fog Advisory Memphis January 30**
Post by: **servocrow** on **January 30, 2009, 05:22:09 AM**

Quote

```
URGENT - WEATHER MESSAGE
NATIONAL WEATHER SERVICE MEMPHIS TN
352 AM CST FRI JAN 30 2009

...FREEZING FOG ADVISORY IN EFFECT FOR MEMPHIS AND SURROUNDING
AREAS THROUGH 7 AM CST...

.LOCALLY DENSE FOG WILL COMBINE WITH TEMPERATURES NEAR OR
SLIGHTLY BELOW FREEZING TO CREATE PATCHY SLICK SPOTS ON ROADS AND
ESPECIALLY BRIDGES. VISIBILITIES WILL DROP TO BELOW A QUARTER
MILE IN PLACES.

ARZ036-MSZ001-002-008-TNZ049-088-089-301300-
/O.EXT.KMEG.ZF.Y.0001.000000T0000Z-090130T1300Z/
CRITTENDEN-DESOTO-MARSHALL-TATE-TIPTON-SHELBY-FAYETTE-
INCLUDING THE CITIES OF...WEST MEMPHIS...SOUTHAVEN...
OLIVE BRANCH...COVINGTON...BARTLETT...GERMANTOWN...COLLIERVILLE...
MEMPHIS...MILLINGTON...SOMERVILLE
352 AM CST FRI JAN 30 2009

...FREEZING FOG ADVISORY NOW IN EFFECT UNTIL 7 AM CST THIS
MORNING...

THE FREEZING FOG ADVISORY IS NOW IN EFFECT UNTIL 7 AM CST THIS
MORNING.

LOCALLY DENSE FOG WILL COMBINE WITH TEMPERATURES NEAR OR SLIGHTLY
BELOW FREEZING TO CREATE PATCHY SLICK SPOTS ON ROADS AND
ESPECIALLY BRIDGES. VISIBILITIES WILL DROP TO BELOW A QUARTER
MILE IN PLACES.

A FREEZING FOG ADVISORY MEANS VISIBILITIES WILL FREQUENTLY BE
REDUCED TO LESS THAN ONE QUARTER MILE. IF DRIVING...SLOW DOWN...
USE YOUR HEADLIGHTS...AND LEAVE PLENTY OF DISTANCE AHEAD OF YOU.
ALSO...BE ALERT FOR FROST ON BRIDGE DECKS CAUSING SLIPPERY ROADS.
```

Powered by SMF 1.1.8 | SMF © 2006-2008, Simple Machines LLC