# Exhibit 1



# WEILAND, GOLDEN,
## SMILEY, WANG EKVALL & STROK, LLP
### L A W Y E R S

KYRA E. ANDRASSY
REEM J. BELLO
JEFFREY I. GOLDEN
KRAIG C. KILGER
ROBERT S. MARTICELLO
HUTCHISON B. MELTZER
EVAN D. SMILEY

AUTUMN D. SPAETH
PHILIP E. STROK
LEI LEI WANG EKVALL
MICHAEL J. WEILAND

MARCUS M. KAUFMAN
(1929-2003)
ASSOCIATE JUSTICE, RETIRED
CALIFORNIA SUPREME COURT

November 26, 2008

### VIA FEDERAL EXPRESS

Circuit City Stores, Inc.
Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Skadden, Arps, Slate,
Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois, 60606
Attention: Sarah Baker, Esq.

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, Virginia 23233
Attention: Reginald D. Hedgebeth

McGuireWoods, LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
Attention: Sarah B. Boehm, Esq.

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, Virginia 23233
Attention: Daniel W. Ramsey

Re: Circuit City Stores, Inc.

Dear Sir or Madam:

This letter supplements the prior reclamation demand made by my client, SimpleTech, a Fabrik Company ("SimpleTech"). The prior letter dated November 10, 2008, is enclosed for your convenience.

Without a waiver of any and all rights, claims, or demands that SimpleTech may have, SimpleTech does intend to assert an administrative claim pursuant to 11 U.S.C. § 503(b)(9). The amount of SimpleTech's section 503(b)(9) administrative

Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP

Circuit City Stores, Inc.
November 26, 2008
Page 2

claim is presently estimated to be $224,330.32.  SimpleTech reserves all rights to
amend such claim amount.

WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP

By:  _____
      Lei Lei Wang Ekvall

LLWE:tlj
Enclosures
cc: Mr. Alan Docherty (via E-mail)
    Evan D. Smiley, Esq.
    Kyra E. Andrassy, Esq.

276280

 

949-477-7700
Headquarters:
1830 East Warner Avenue
Santa Ana, California 92705
www.G-Technology.com

November 10, 2008

Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, VA 23233

Copies to:
Skadden, Arps, Slate, Meagher & Flom, LLP        McGuireWoods LLP
333 West Wacker Drive                            One James Center
Chicago, IL 60606                                901 E. Cary Street, Richmond, VA 23219

Via Facsimile (without invoice schedule) and overnight courier

Re: Claim of Reclamation under 11USC Section 546 of the US Bankruptcy Code

Under 11USC Section 546 of the US Bankruptcy Code, SimpleTech, Inc. a Fabrik Company
hereby asserts a Claim of Reclamation in the amount of $1,154,919.12 to reclaim the inventory
shipped to, and received by the Debtor in the 45 days prior to the debtor's petition for bankruptcy
being filed, on the basis that the debtor was insolvent when the goods were shipped on credit
terms.

That inventory is detailed in the attached supporting schedule of invoice shipments and the
attached invoice detail that identifies the quantity and part numbers to be reclaimed hereunder.

Sincerely,

Alan Docherty
Director of Sales Finance

# INVOICE

PAGE: 1

fabrik
SimpleTech | G-Technology, inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5512
(949) 477-7700
Fax (949) 756-8289

| INVOICE NUMBER: 10/04/08 | 15106368 |
|---|---|
| INVOICE DATE: | REGULAR INVOICE |

Tax I.D. : 59-3813940

ORDER NUMBER: 2068758
ORDER DATE:
SALESPERSON: 4474
CUSTOMER NUMBER: 12

**SOLD TO:** LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:** CIRCUIT CITY - 255
7800 TOWNSHIP LINE RD
BETHLEHEM PA 18020

PHONE NO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2153256 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: USD US Dollars | | |
| S500U | 408 | 408 | 0 | 106.40 | 43,411.20 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | | | |
| GTech Item: | | | Shipped: 10/04/08 | | |
| CI: S500U | | | | | |
| Item: S500U | | | | | |
| : NT | | | | | |
| | | | Currency: USD US Dollars | | |
| FS-U25/320H | 184 | 184 | 0 | 136.80 | 25,171.20 |
| SIGNATURE U25.320H MINI BLACK CHERRY | | | | | |
| GTech Item: | | | Shipped: 10/04/08 | | |
| CI: FSU25320H | | | | | |
| Item: FS-U25/320H | | | | | |
| : NT | | | | | |

TRACKING NUMBERS:    974033701910

ORDER MUST ARRIVE ON: 10/07/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

INVOICE TOTAL:

PACKED BY            CHECKED BY

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

fabrik

SimpleTech  |  G-Technology, Inc.

PAGE:                    2

15106368

INVOICE NUMBER: 10/04/08

INVOICE DATE: REGULAR INVOICE

ORDER NUMBER:     2058758

ORDER DATE:

SALESPERSON:     4474

CUSTOMER NUMBER:     12

Tax I.D. : 59-3813940

LINDA HORST

**SOLD TO** CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO** CIRCUIT CITY   255
1600 TOWNSHIP LINE RD
BETHLEHEM PA 18020

**PHONE NO:**

| **CUSTOMER P.O.** | **SHIP VIA** | **F.O.B.** | **TERMS** |
|---|---|---|---|
| 2153255 | OTHER COURIER | | NET 60 DAYS |

| **ITEM NO.** | **ORDERED** | **SHIPPED** | **BACK ORDERED** | **PRICE** | **AMOUNT** |
|---|---|---|---|---|---|

```
*   *   *   *   *   *   *   *   *   *
*  Please remit payment to our lockbox at:   *
*                                            *
*   SimpleTech, Inc.                         *
*   DEPT. 6945                               *
*   LOS ANGELES, CA 90084-6945               *
*   *   *   *   *   *   *   *   *   *   *   *   *   *
```

| | |
|---|---|
| NET INVOICE: | 68,582.40 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | 0.00 |
| INVOICE TOTAL: | 68,582.40 |

PACKED BY [    ]      CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

1

PAGE:

fabrik
SimpleTech I G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

| INVOICE NUMBER: | 15105369 |
| INVOICE DATE: | 10/04/08  REGULAR INVOICE |
| ORDER NUMBER: | 2058771 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 14 |

Tax I.D. : 59-3813940

**SOLD TO:**
LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:**
CIRCUIT CITY - 344
603 LONGFELLOW COURT, STE.A
LIVERMORE CA 94550

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2153257 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: | USD US Dollars | |
| S500U | 104 | 104 | 0 | 106.40 | 11,065.60 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | | | |
| GTech Item: | | Shipped: 10/04/08 | | | |
| CI: S500U | | | | | |
| Item: S500U | | | | | |
| : NT | | | | | |
| | | | Currency: | USD US Dollars | |
| FS-U25/500E | 40 | 40 | 0 | 174.32 | 6,972.80 |
| 500GB SIGNATURE MINI ESPRESSO | | | | | |
| GTech Item: | | Shipped: 10/04/08 | | | |
| CI: FS-U25/500E | | | | | |
| Item: FS-U25/500E | | | | | |
| : NT | | | | | |

TRACKING NUMBERS:  974033702044

ORDER MUST ARRIVE ON:10/07/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

| NET INVOICE: | |
| MISCELLANEOUS CHARGE: | |
| FREIGHT: | |
| SALES TAX: | |
| INVOICE TOTAL: | |

PACKED BY [    ]    CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**fabrik**
SimpleTech | G-Technology,Inc.

1630 E. Warner Ave,
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

# INVOICE

PAGE:    2

| | |
|---|---|
| INVOICE NUMBER: | 15106369 |
| INVOICE DATE: | 10/04/08 REGULAR INVOICE |
| ORDER NUMBER: | 2058771 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 14 |

Tax I.D. : 59-3813940

**SOLD TO**
LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO**
CIRCUIT CITY - 344
760 LONGFELLOW COURT, STE.A
LIVERMORE CA 94550

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2163297 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|

```
* * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                          *
*    SimpleTech, Inc.                       *
*    DEPT. 6945                             *
*    LOS ANGELES, CA 90084-6945            *
* * * * * * * * * * * * * * * * * * * * * *
```

| | |
|---|---|
| | 18,038.40 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 18,038.40 |

PACKED BY [ ]    CHECKED BY [ ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

1

**fabrik**
SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE:
15106370

INVOICE NUMBER: 10/04/08
INVOICE DATE: REGULAR INVOICE
2058772

ORDER NUMBER:
ORDER DATE:
SALESPERSON:     4474
CUSTOMER NUMBER:     13

Tax I.D. : 69-3813940

LINDA HORST

**SOLD TO:** CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:** CIRCUIT CITY - 353
850 S. LEMON AVE.
WALNUT CA 91789

PHONE NO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2153258 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| S500U | 136 | 136 | 0 | 106.40 | 14,470.40 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | | | |
| GTech Item: | | | | | |
| CI: S500U | | Shipped: 10/04/08 | | | |
| Item: S500U | | | | | |
| : NT | | | | | |
| | | | Currency: USD US Dollars | | |
| FS-U25/320H | 32 | 32 | 0 | 136.80 | 4,377.60 |
| SIGNATURE U25.320H MINI BLACK CHERRY | | | | | |
| GTech Item: | | | | | |
| CI: FSU25320H | | Shipped: 10/04/08 | | | |
| Item: FS-U25/320H | | | | | |
| : NT | | | | | |
| | | | Currency: USD US Dollars | | |
| FS-U25/500E | 32 | 32 | 0 | 174.32 | 5,578.24 |
| 500GB SIGNATURE MINI ESPRESSO | | | | | |
| GTech Item: | | | | | |
| CI: FS-U25/500E | | Shipped: 10/04/08 | | | |
| Item: FS-U25/500E | | | | | |

Currency: USD US Dollars (under first item row)

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

PACKED BY [    ]    CHECKED BY [    ]

INVOICE TOTAL:

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**INVOICE**

PAGE: 2

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

fabrik
SimpleTech I G-Technology, Inc.

INVOICE NUMBER: 15106370
INVOICE DATE: 10/04/08    REGULAR INVOICE
ORDER NUMBER: 2058772
ORDER DATE:
SALESPERSON:    4474
CUSTOMER NUMBER: 13

Tax I.D. : 59-3813940

LINDA HORST

**SOLD TO:** CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:** CIRCUIT CITY - 353
500 S. LEMON AVE.
WALNUT CA 91789

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2163298 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. | : NT | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| TRACKING NUMBERS: | 974033701747 974033701986 | | | | | |

ORDER MUST ARRIVE ON: 10/07/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*    SimpleTech, Inc.                      *
*    DEPT. 6945                            *
*    LOS ANGELES, CA 90084-6945            *
* * * * * * * * * * * * * * * * *
```

| | |
|---|---|
| | 24,426.24 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 24,426.24 |

PACKED BY [    ]    CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

1

**fabrik**
SimpleTech  I  G-Technology,Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE:

INVOICE NUMBER: 15106371
INVOICE DATE: 10/04/08
REGULAR INVOICE

ORDER NUMBER: 2058773
ORDER DATE:
SALESPERSON: 4474
CUSTOMER NUMBER: 15

Tax I.D. : 59-3813940

LINDA HORST

| SOLD TO: | CIRCUIT CITY STORES, INC. | SHIP TO: | CIRCUIT CITY  567 |
|---|---|---|---|
| | 9950 MAYLAND DRIVE | | 901 COOPER DRIVE |
| | RICHMOND VA 23233 | | ARDMORE OK 73401 |
| | | | 8047544330 |

PHONE NO:

FAX: 804-527-4170

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2163269 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: USD US Dollars | | |
| S500U | 176 | 176 | 0 | 106.40 | 18,726.40 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | | | |
| GTech Item: | | | Shipped: 10/04/08 | | |
| CI: S500U | | | | | |
| Item: S500U | | | | | |
| : NT | | | | | |
| | | | Currency: USD US Dollars | | |
| FS-U25/500E | 32 | 32 | 0 | 174.32 | 5,578.24 |
| 500GB SIGNATURE MINI ESPRESSO | | | | | |
| GTech Item: | | | Shipped: 10/04/08 | | |
| CI: FS-U25/500E | | | | | |
| Item: FS-U25/500E | | | | | |
| : NT | | | | | |

TRACKING NUMBERS:   974033702000

ORDER MUST ARRIVE ON:10/07/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

PACKED BY              CHECKED BY

INVOICE TOTAL:

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

PAGE: 2

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 768-8289

fabrik
SimpleTech  | G-Technology, Inc.

| | |
|---|---|
| INVOICE NUMBER: | 15106371 |
| INVOICE DATE: | 10/04/08 |
| | REGULAR INVOICE |
| ORDER NUMBER: | 2058773 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 15 |

Tax I.D. : 59-3813940

LINDA HORST

SOLD TO:
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

SHIP TO:
CIRCUIT CITY    567
101 COOPER DRIVE
ARDMORE OK 73401
8047544330

PHONE NO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2153259 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|

```
* * * * * * * * *
* Please remit payment to our lockbox at:  *
*                                          *
*   SimpleTech, Inc.                        *
*   DEPT. 6945                              *
*   LOS ANGELES, CA 90084-6945             *
* * * * * * * * * * * * * * * * * * * * *
```

| | |
|---|---|
| | 24,304.64 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 24,304.64 |

PACKED BY          CHECKED BY

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

fabrik
SimpleTech I G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5612
(949) 477-7700
Fax (949) 756-8289

PAGE: 1

INVOICE NUMBER: 15106372
INVOICE DATE: 10/04/08    REGULAR INVOICE
ORDER NUMBER: 2058774
ORDER DATE:
SALESPERSON: 4474
CUSTOMER NUMBER: 16

Tax I.D. : 59-3813940

**SOLD TO:**
LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:**
CIRCUIT CITY - 765
1000 CIRCUIT CITY RD.
MARION IL 62959

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2163260 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: USD US Dollars | | |
| S500U | 284 | 284 | 0 | 106.40 | 30,217.60 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | | | |
| GTech Item: | | Shipped: 10/04/08 | | | |
|     CI: S500U | | | | | |
|     Item: S500U | | | | | |
|      : NT | | | | | |
| | | | Currency: USD US Dollars | | |
| FS-U25/500E | 96 | 96 | 0 | 174.32 | 16,734.72 |
| 500GB SIGNATURE MINI ESPRESSO | | | | | |
| GTech Item: | | Shipped: 10/04/08 | | | |
|     CI: FS-U25/500E | | | | | |
|     Item: FS-U25/500E | | | | | |
|      : NT | | | | | |

TRACKING NUMBERS:    974033702114

ORDER MUST ARRIVE ON:10/07/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

INVOICE TOTAL:

PACKED BY     CHECKED BY

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

PAGE: 2

**fabrik**
SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5512
(949) 477-7700
Fax (949) 756-8289

INVOICE NUMBER: 16106372
INVOICE DATE: 10/04/08 **REGULAR INVOICE**
ORDER NUMBER: 2058774
ORDER DATE:
SALESPERSON: 4474
CUSTOMER NUMBER: 16

Tax I.O. : 59-3813940

| SOLD TO: | SHIP TO: |
|---|---|
| LINDA HORST | CIRCUIT CITY - 755 |
| CIRCUIT CITY STORES, INC. | 100 CIRCUIT CITY RD. |
| 9950 MAYLAND DRIVE | MARION IL 62959 |
| RICHMOND VA 23233 | |
| FAX: 804-527-4170 | PHONE NO: |

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2153260 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. * * * * * * * | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| * Please remit payment to our lockbox at: * | | | | | |
| * * | | | | | |
| * SimpleTech, Inc. * | | | | | |
| * DEPT. 6945 * | | | | | |
| * LOS ANGELES, CA 90084-6945 * | | | | | |
| * * * * * * * * * * * * * * * * * * * * * * * | | | | | |

| | |
|---|---|
| NET INVOICE: | 46,952.32 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | 0.00 |
| INVOICE TOTAL: | 46,952.32 |

PACKED BY [    ]    CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**INVOICE**

PAGE: 1

**fabrik**
SimpleTech | G·Technology,Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

15106373

INVOICE NUMBER: 10/04/08
INVOICE DATE: REGULAR INVOICE
2058775

Tax I.D. : 59-3813940

ORDER NUMBER:
ORDER DATE:
SALESPERSON: 4474
CUSTOMER NUMBER: 11

LINDA HORST

| SOLD TO: | CIRCUIT CITY STORES, INC.<br>9950 MAYLAND DRIVE<br>RICHMOND VA 23233 | SHIP TO: | CIRCUIT CITY - 775<br>925 INDEPENDENCE BLVD.<br>GROVELAND FL 34736 |
|---|---|---|---|

FAX: 804-527-4170

PHONE NO:

| CUSTOMER P.O.<br>2165261 | SHIP VIA<br>OTHER COURIER | F.O.B. | TERMS<br>NET 60 DAYS |
|---|---|---|---|

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| S500U<br>500GB SIMPLEDRIVE II USB EXTERNAL HD<br>GTech Item:<br>     CI: S500U<br>     Item: S500U<br>          : NT | 268 | 268<br>Shipped: 10/04/08 | Currency: USD US Dollars<br>0 | 106.40 | 28,515.20 |
| FS-U25/500E<br>500GB SIGNATURE MINI ESPRESSO<br>GTech Item:<br>     CI: FS-U25/500E<br>     Item: FS-U25/500E<br>          : NT | 24 | 24<br>Shipped: 10/04/08 | Currency: USD US Dollars<br>0 | 174.32 | 4,183.68 |

TRACKING NUMBERS:    974033701883

ORDER MUST ARRIVE ON: 10/07/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

PACKED BY              CHECKED BY

INVOICE TOTAL:

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**INVOICE**

2

fabrik
SimpleTech  I  G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5912
(949) 477-7700
Fax (949) 756-8289

PAGE:
15106373

| | |
|---|---|
| INVOICE NUMBER: | 10/04/08 |
| INVOICE DATE: | REGULAR INVOICE |
| | 2058775 |
| ORDER NUMBER: | |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 11 |

Tax I.D. : 59-3813940

LINDA HORST

**SOLD TO**  CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO**  CIRCUIT CITY - 775
1925 INDEPENDENCE BLVD.
GROVELAND FL 34736

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2103261 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|

```
* * * * * * * * *   * * * * *
* Please remit payment to our lockbox at:  *
*                                          *
*  SimpleTech, Inc.                        *
*  DEPT. 6945                              *
*  LOS ANGELES, CA 90084-6945  * * * * * * *
* * * * * * * * * * * * * * * * * * *
```

| | |
|---|---|
| NET INVOICE: | 32,698.88 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | 0.00 |
| INVOICE TOTAL: | 32,698.88 |

PACKED BY [      ]   CHECKED BY [      ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

PAGE:    1

**fabrik**
SimpleTech  |  G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

| | |
|---|---|
| INVOICE NUMBER: | 15107005 |
| INVOICE DATE: | 10/07/08 REGULAR INVOICE |
| ORDER NUMBER: | 2059689 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 12 |

Tax I.D. : 59-3813940

**SOLD TO:**
LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:**
CIRCUIT CITY - 255
1000 TOWNSHIP LINE RD
BETHLEHEM PA 18020

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2159663 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| S500U | 172 | 172 | 0 | 106.40 | 18,300.80 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | | | |

Currency: USD US Dollars
GTech Item:                     Shipped: 10/07/08
            CI: S500U
        Item: S500U

            : NT

| | | | | | |
|---|---|---|---|---|---|
| FS-U25/320H | 200 | 200 | 0 | 136.80 | 27,360.00 |
| SIGNATURE U25.320H MINI BLACK CHERRY | | | | | |

Currency: USD US Dollars
GTech Item:                     Shipped: 10/07/08
            CI: FSU25320H
        Item: FS-U25/320H

            : NT

| | | | | | |
|---|---|---|---|---|---|
| FS-U25/250G | 264 | 264 | 0 | 98.80 | 26,083.20 |
| 250GB SIGNATURE MINI ICE | | | | | |

Currency: USD US Dollars
GTech Item:                     Shipped: 10/07/08
            CI: FSU25250GM
        Item: FS-U25/250G

| | |
|---|---|
| NET INVOICE: | |
| MISCELLANEOUS CHARGE: | |
| FREIGHT: | |
| SALES TAX: | |
| INVOICE TOTAL: | |

PACKED BY          CHECKED BY

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

2

**PAGE:**

1830 E. Warner Ave,
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

fabrik
SimpleTech   G-Technology, Inc.

| | |
|---|---|
| INVOICE NUMBER: | 15107006 |
| INVOICE DATE: | 10/07/08 |
| | REGULAR INVOICE |
| ORDER NUMBER: | 2069689 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 12 |

Tax I.D. : 59-3813940

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| LINDA HORST | | CIRCUIT CITY - 355 | |
| CIRCUIT CITY STORES, INC. | | 4690 TOWNSHIP LINE RD | |
| 9950 MAYLAND DRIVE | | BETHLEHEM PA 18020 | |
| RICHMOND VA 23233 | | | |
| | | PHONE NO: | |
| FAX: 804-527-4170 | | | |

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2169863 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. | : NT | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|

TRACKING NUMBERS:   FedEx National SLC-286976
976523967400

ORDER MUST ARRIVE ON:10/14/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*   SimpleTech, Inc.                       *
*   DEPT. 6945                             *
*   LOS ANGELES, CA 90084-6945            *
* * * * * * * * * * * * * * * * *
```

| | |
|---|---|
| | 71,744.00 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 71,744.00 |

PACKED BY [    ]   CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

1

**fabrik**
SimpleTech  |  G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8269

PAGE:

15107008

INVOICE NUMBER: 10/07/08
INVOICE DATE: REGULAR INVOICE

2059707

ORDER NUMBER:
ORDER DATE:
SALESPERSON:    4474

Tax I.D. : 59-3813940

14    CUSTOMER NUMBER:

LINDA HORST

CIRCUIT CITY - 344

**SOLD TO:** CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

**SHIP TO:** 102 LONGFELLOW COURT, STE.A
LIVERMORE CA 94550

FAX: 804-527-4170

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2159864 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| FS-U25/320H | 32 | 32 | Currency: USD US Dollars | | |
| SIGNATURE U25.320H MINI BLACK CHERRY | | | 0 | 136.80 | 4,377.60 |
| GTech Item: | | | Shipped: 10/07/08 | | |
| CI: FSU25320H | | | | | |
| Item: FS-U25/320H | | | | | |
| : NT | | | | | |
| | | | | | |
| FS-U25/500E | 8 | 8 | Currency: USD US Dollars | | |
| 500GB SIGNATURE MINI ESPRESSO | | | 0 | 174.32 | 1,394.56 |
| GTech Item: | | | Shipped: 10/07/08 | | |
| CI: FSU25500E | | | | | |
| Item: FS-U25/500E | | | | | |
| : NT | | | | | |
| | | | | | |
| FS-U25/160BB | 80 | 80 | Currency: USD US Dollars | | |
| SIGNATURE U25.160BB MINI BLUEBERRY | | | 0 | 65.55 | 5,244.00 |
| GTech Item: | | | Shipped: 10/07/08 | | |
| CI: FSU25160BB | | | | | |
| Item: FS-U25/160BB | | | | | |

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

PACKED BY ☐    CHECKED BY ☐

INVOICE TOTAL:

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

fabrik
SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE: 2

INVOICE NUMBER: 15107008
INVOICE DATE: 10/07/08    REGULAR INVOICE

ORDER NUMBER: 2059707
ORDER DATE:
SALESPERSON:    4474
CUSTOMER NUMBER:    14

Tax I.D. : 59-3813940

LINDA HORST

| SOLD TO: | SHIP TO: |
|---|---|
| CIRCUIT CITY STORES, INC.<br>9950 MAYLAND DRIVE<br>RICHMOND VA 23233<br><br>FAX: 804-527-4170 | CIRCUIT CITY - 344<br>400 LONGFELLOW COURT, STE.A<br>LIVERMORE CA 94550<br><br>PHONE NO: |

| CUSTOMER P.O.<br>2159804 | SHIP VIA<br>UPS Ground Comm | F.O.B. | TERMS<br>NET 60 DAYS |
|---|---|---|---|

| ITEM NO.    : NT | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: USD US Dollars | | |
| FS-U25/250G | 80 | 80 | 0 | 98.80 | 7,904.00 |
| 250GB SIGNATURE MINI ICE | | | | | |
| GTech Item: | | Shipped: 10/07/08 | | | |
| CI: FSU25250GM | | | | | |
| Item: FS-U25/250G | | | | | |
| : NT | | | | | |

TRACKING NUMBERS:   976523967373

ORDER MUST ARRIVE ON:10/14/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at:  *
*                                          *
*    SimpleTech, Inc.                       *
*    DEPT. 6945                             *
*    LOS ANGELES, CA 90084-6945             *
* * * * * * * * * * * * * * * * * *
```

| | |
|---|---|
| | 18,920.16 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 18,920.16 |

PACKED BY          CHECKED BY

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

PAGE: 1

fabrik
SimpleTech | G Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

INVOICE NUMBER: 15107009
INVOICE DATE: 10/07/08
REGULAR INVOICE
ORDER NUMBER: 2059708
ORDER DATE:
SALESPERSON: 4474
CUSTOMER NUMBER: 13

Tax I.D. : 59-3813940

LINDA HORST

SOLD TO: CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

CIRCUIT CITY - 353

SHIP TO: 560 S. LEMON AVE.
WALNUT CA 91789

PHONE NO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2059865 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| S500U | 16 | 16 | 0 | 106.40 | 1,702.40 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | | | |
| GTech Item: | | Shipped: 10/07/08 | | | |
| CI: S500U | | | | | |
| Item: S500U | | | | | |
| : NT | | | | | |
| | | Currency: USD US Dollars | | | |
| FS-U25/320H | 136 | 136 | 0 | 136.80 | 18,604.80 |
| SIGNATURE U25.320H MINI BLACK CHERRY | | | | | |
| GTech Item: | | Shipped: 10/07/08 | | | |
| CI: FSU25320H | | | | | |
| Item: FS-U25/320H | | | | | |
| : NT | | | | | |
| | | Currency: USD US Dollars | | | |
| FS-U25/500E | 8 | 8 | 0 | 174.32 | 1,394.56 |
| 500GB SIGNATURE MINI ESPRESSO | | | | | |
| GTech Item: | | Shipped: 10/07/08 | | | |
| CI: FSU25500E | | | | | |
| Item: FS-U25/500E | | | | | |

Currency: USD US Dollars

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

INVOICE TOTAL:

PACKED BY        CHECKED BY

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

**fabrik**
SimpleTech   G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE: 2

15107009
INVOICE NUMBER:10/07/08
INVOICE DATE:REGULAR INVOICE
2059708
ORDER NUMBER:
ORDER DATE:
SALESPERSON:    4474
CUSTOMER NUMBER:    13

Tax I.D. : 59-3813940

| SOLD TO | SHIP TO |
|---|---|
| LINDA HORST | CIRCUIT CITY   353 |
| CIRCUIT CITY STORES, INC. | 550 S. LEMON AVE. |
| 9950 MAYLAND DRIVE | WALNUT CA 91789 |
| RICHMOND VA 23233 | |
| FAX: 804-527-4170 | PHONE NO: |

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2159869 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| FS-U25/160BB | 96 | 96 | Currency: USD US Dollars | 65.55 | 6,292.80 |
| SIGNATURE U25.160BB MINI BLUEBERRY | | | 0 | | |
| GTech Item: | | | Shipped: 10/07/08 | | |
| CI: FSU25160BB | | | | | |
| Item: FS-U25/160BB | | | | | |
| : NT | | | | | |
| FS-U25/250G | 168 | 168 | Currency: USD US Dollars | 98.80 | 16,598.40 |
| 250GB SIGNATURE MINI ICE | | | 0 | | |
| GTech Item: | | | Shipped: 10/07/08 | | |
| CI: FSU25250GM | | | | | |
| Item: FS-U25/250G | | | | | |
| : NT | | | | | |

TRACKING NUMBERS:    1Z82W0380340904879
976523967410

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

PACKED BY [      ]    CHECKED BY [      ]

INVOICE TOTAL:

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."