# INVOICE

3

**fabrik**
SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE:
15107009

| | |
|---|---|
| INVOICE NUMBER: | 10/07/08 |
| INVOICE DATE: | REGULAR INVOICE |

2059708
ORDER NUMBER:
ORDER DATE:
SALESPERSON:   4474
13   CUSTOMER NUMBER:

Tax I.D. : 59-3813940

CIRCUIT CITY  353

LINDA HORST

**SOLD TO** CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

**SHIP TO** 301 S. LEMON AVE.
WALNUT CA 91789

PHONE NO:

FAX: 804-527-4170

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2169865 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|

ORDER MUST ARRIVE ON: 10/14/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*   SimpleTech, Inc.                       *
*   DEPT. 6945                             *
*   LOS ANGELES, CA 90084-6945             *
* * * * * * * * * * * * * * * * * * *
```

| | |
|---|---|
| | 44,592.96 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 44,592.96 |

PACKED BY [    ]   CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**INVOICE**

PAGE: 1

1830 E. Warner Ave.
Santa Ana, CA 92705-5612
(949) 477-7700
Fax (949) 756-8289

fabrik
SimpleTech | G-Technology, Inc.

15107010

| | |
|---|---|
| INVOICE NUMBER: | 10/07/08 |
| INVOICE DATE: | REGULAR INVOICE |
| ORDER NUMBER: | 2059709 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 15 |

Tax I.D. : 59-3813940

LINDA HORST

**SOLD TO:** CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:** CIRCUIT CITY - 557
881 COOPER DRIVE
ARDMORE OK 73401
8047544330

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2159866 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| S500U | 24 | 24 | Currency: USD US Dollars | 106.40 | 2,553.60 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | 0 | | | |
| GTech Item: | | Shipped: 10/07/08 | | | |
| CI: S500U | | | | | |
| Item: S500U | | | | | |
| : NT | | | | | |
| | | | | | |
| FS-U25/320H | 32 | 32 | Currency: USD US Dollars | 136.80 | 4,377.60 |
| SIGNATURE U25.320H MINI BLACK CHERRY | | 0 | | | |
| GTech Item: | | Shipped: 10/07/08 | | | |
| CI: FSU25320H | | | | | |
| Item: FS-U25/320H | | | | | |
| : NT | | | | | |
| | | | | | |
| FS-U25/500E | 16 | 16 | Currency: USD US Dollars | 174.32 | 2,789.12 |
| 500GB SIGNATURE MINI ESPRESSO | | 0 | | | |
| GTech Item: | | Shipped: 10/07/08 | | | |
| CI: FSU25500E | | | | | |
| Item: FS-U25/500E | | | | | |

| | |
|---|---|
| NET INVOICE: | |
| MISCELLANEOUS CHARGE: | |
| FREIGHT: | |
| SALES TAX: | |
| INVOICE TOTAL: | |

PACKED BY [        ]    CHECKED BY [        ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**INVOICE**

PAGE: 2

**fabrik**
SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 786-8289

INVOICE NUMBER: 15107010
INVOICE DATE: 10/07/08
REGULAR INVOICE
ORDER NUMBER: 2059709
ORDER DATE:
SALESPERSON:    4474
CUSTOMER NUMBER:    15

Tax I.D. : 59-3813940

| SOLD TO | SHIP TO |
|---|---|
| LINDA HORST | CIRCUIT CITY - 567 |
| CIRCUIT CITY STORES, INC. | 901 COOPER DRIVE |
| 9950 MAYLAND DRIVE | ARDMORE OK 73401 |
| RICHMOND VA 23233 | 8047544330 |
| | PHONE NO: |
| FAX: 804-527-4170 | |

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2169866 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO.            : NT | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: USD US Dollars | | |
| FS-U25/250G | 88 | 88 | 0 | 98.80 | 8,694.40 |
| 250GB SIGNATURE MINI ICE | | | | | |
| GTech Item: | | | Shipped: 10/07/08 | | |
| CI: FSU25250GM | | | | | |
| Item: FS-U25/250G | | | | | |
| : NT | | | | | |

TRACKING NUMBERS:    1Z82W0380342284812
976523967384

ORDER MUST ARRIVE ON:10/14/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*    SimpleTech, Inc.                      *
*    DEPT. 6945                            *
*    LOS ANGELES, CA 90084-6945            *
* * * * * * * * * * * * * * * *
```

| | |
|---|---|
| | 18,414.72 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 18,414.72 |

PACKED BY          CHECKED BY

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

1

**fabrik**
SimpleTech | G-Technology,Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5512
(949) 477-7700
Fax (949) 766-8289

PAGE:

15107011

INVOICE NUMBER: 10/07/08
INVOICE DATE: REGULAR INVOICE

ORDER NUMBER: 2059710
ORDER DATE:
SALESPERSON:  4474
CUSTOMER NUMBER: 16

Tax I.D. : 59-3813940

LINDA HORST

**SOLD TO** CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO** CIRCUIT CITY - 765
3000 CIRCUIT CITY RD.
MARION IL 62959

PHONE NO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2169867 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| S500U | 56 | 56 | Currency: USD US Dollars | 106.40 | 5,958.40 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | 0 | | |
| GTech Item: | | Shipped: 10/07/08 | | | |
| CI: S500U | | | | | |
| Item: S500U | | | | | |
| : NT | | | | | |
| FS-U25/320H | 128 | 128 | Currency: USD US Dollars | 136.80 | 17,510.40 |
| SIGNATURE U25.320H MINI BLACK CHERRY | | | 0 | | |
| GTech Item: | | Shipped: 10/07/08 | | | |
| CI: FSU25320H | | | | | |
| Item: FS-U25/320H | | | | | |
| : NT | | | | | |
| FS-U25/500E | 16 | 16 | Currency: USD US Dollars | 174.32 | 2,789.12 |
| 500GB SIGNATURE MINI ESPRESSO | | | 0 | | |
| GTech Item: | | Shipped: 10/07/08 | | | |
| CI: FSU25500E | | | | | |
| Item: FS-U25/500E | | | | | |

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

INVOICE TOTAL:

PACKED BY [    ]     CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

2

**fabrik**
SimpleTech I G-Technology,Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE:

15107011

INVOICE NUMBER: 10/07/08
INVOICE DATE: REGULAR INVOICE

ORDER NUMBER: 2059710
ORDER DATE:
SALESPERSON:   4474
CUSTOMER NUMBER:

Tax I.D. : 59-3813940

16

| SOLD TO: | SHIP TO: |
|---|---|
| LINDA HORST<br>CIRCUIT CITY STORES, INC.<br>9950 MAYLAND DRIVE<br>RICHMOND VA 23233 | CIRCUIT CITY   755<br>3300 CIRCUIT CITY RD.<br>MARION IL 62959<br><br>PHONE NO: |

FAX: 804-527-4170

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2169867 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | : NT | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | Currency: | USD US Dollars | |
| FS-U25/250G | | 88 | 88 | 0 | 98.80 | 8,694.40 |
| 250GB SIGNATURE MINI ICE | | | | | | |
| GTech Item: | | | | Shipped: 10/07/08 | | |
| | CI: FSU25250GM | | | | | |
| | Item: FS-U25/250G | | | | | |

: NT

TRACKING NUMBERS:   976523967421
1Z82W0380342776675

ORDER MUST ARRIVE ON:10/14/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*    SimpleTech, Inc.                      *
*    DEPT. 6945                            *
*    LOS ANGELES, CA 90084-6945            *
* * * * * * * * * * * * * * *
```

|  | 34,952.32 |
|---|---|
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | . |
| INVOICE TOTAL: | 34,952.32 |

PACKED BY [    ]   CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**fabrik**
SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

# INVOICE

PAGE: 1

15107012

| | |
|---|---|
| INVOICE NUMBER: | 10/07/08 |
| INVOICE DATE: | REGULAR INVOICE |
| | 2069711 |
| ORDER NUMBER: | |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 11 |

Tax I.D. : 59-3813940

LINDA HORST

**SOLD TO:** CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:** CIRCUIT CITY - 775
925 INDEPENDENCE BLVD.
GROVELAND FL 34736

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2159868 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| S500U | 136 | 136 | Currency: USD US Dollars 0 | 106.40 | 14,470.40 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | | | |
| GTech Item: | | Shipped: 10/07/08 | | | |
| CI: S500U | | | | | |
| Item: S500U | | | | | |
| : NT | | | | | |
| FS-U25/320H | 88 | 88 | Currency: USD US Dollars 0 | 136.80 | 12,038.40 |
| SIGNATURE U25.320H MINI BLACK CHERRY | | | | | |
| GTech Item: | | Shipped: 10/07/08 | | | |
| CI: FSU25320H | | | | | |
| Item: FS-U25/320H | | | | | |
| : NT | | | | | |
| FS-U25/500E | 32 | 32 | Currency: USD US Dollars 0 | 174.32 | 5,578.24 |
| 500GB SIGNATURE MINI ESPRESSO | | | | | |
| GTech Item: | | Shipped: 10/07/08 | | | |
| CI: FSU25500E | | | | | |
| Item: FS-U25/500E | | | | | |

| | |
|---|---|
| NET INVOICE: | |
| MISCELLANEOUS CHARGE: | |
| FREIGHT: | |
| SALES TAX: | |
| INVOICE TOTAL: | |

PACKED BY [     ]    CHECKED BY [     ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**INVOICE**

2

fabrik
SimpleTech ) G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE:

INVOICE NUMBER: 15107012
INVOICE DATE: 10/07/08  REGULAR INVOICE

ORDER NUMBER: 2059711
ORDER DATE:
SALESPERSON:    4474
CUSTOMER NUMBER: 11

Tax I.D. : 59-3813940

LINDA HORST

| SOLD TO | CIRCUIT CITY STORES, INC.<br>9950 MAYLAND DRIVE<br>RICHMOND VA 23233 | SHIP TO | CIRCUIT CITY   775<br>925 INDEPENDENCE BLVD.<br>GROVELAND FL 34736 |
|---|---|---|---|

PHONE NO:

FAX: 804-527-4170

| CUSTOMER P.O.<br>2159868 | SHIP VIA<br>UPS Ground Comm | F.O.B. | TERMS<br>NET 60 DAYS |
|---|---|---|---|

| ITEM NO.                ∴ NT | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: USD US Dollars | | |
| FS-U25/250G | 224 | 224 | 0 | 98.80 | 22,131.20 |
| 250GB SIGNATURE MINI ICE | | | | | |
| GTech Item: | | | Shipped: 10/07/08 | | |
|    CI: FSU25250GM | | | | | |
|    Item: FS-U25/250G | | | | | |
|       : NT | | | | | |

TRACKING NUMBERS:    976523967432
                     FedEx National SLC-286977

ORDER MUST ARRIVE ON:10/14/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

* * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*    SimpleTech, Inc.                      *
*    DEPT. 6945                            *
*    LOS ANGELES, CA 90084-6945            *
* * * * * * * * * * * * * * * * *

|  | |
|---|---|
| | 54,218.24 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 54,218.24 |

PACKED BY [    ]    CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

**fabrik**
SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE: 1

15107307

| INVOICE NUMBER: | 10/08/08 |
| INVOICE DATE: | REGULAR INVOICE |

ORDER NUMBER: 2059689
ORDER DATE:
SALESPERSON: 4474
CUSTOMER NUMBER: 12

Tax I.D. : 59-3813940

**SOLD TO:** LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:** CIRCUIT CITY - 255
700 TOWNSHIP LINE RD
BETHLEHEM PA 18020

PHONE NO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2169863 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: | USD US Dollars | |
| FS-U25/160BB | 384 | 384 | 0 | 65.55 | 26,171.20 |

SIGNATURE U25.160BB MINI BLUEBERRY
GTech Item:                                          Shipped: 10/08/08
          CI: FSU2516088
        Item: FS-U25/160BB

          · : NT

      TRACKING NUMBERS:   976523968586

    ORDER MUST ARRIVE ON:10/14/2008
    SHIP VIA COURIER: SEE BILL MAREC
    CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
    ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                          *
*    SimpleTech, Inc.                       *
*    DEPT. 6945                             *
*    LOS ANGELES, CA 90084-6945             *
* * * * * * * * * * * * * * * * * * *
```

| | |
|---|---|
| | 25,171.20 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 25,171.20 |

PACKED BY [ ]    CHECKED BY [ ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

**fabrik**
SimpleTech / G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 758-8289

PAGE: 1

| | |
|---|---|
| INVOICE NUMBER: | 15107308 |
| INVOICE DATE: | 10/08/08 |
| | REGULAR INVOICE |
| ORDER NUMBER: | 2059709 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 15 |

Tax I.D. : 59-3813940

**SOLD TO:**
LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:**
CIRCUIT CITY - 567
101 COOPER DRIVE
ARDMORE OK 73401
8047544330

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2159660 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: USD US Dollars | | |
| S1000U | 212 | 212 | 0 | 197.60 | 41,891.20 |
| 1TB SIMPLEDRIVE II USB EXTERNAL HD | | | | | |
| GTech Item: | | Shipped: 10/08/08 | | | |
| CI: S1000U | | | | | |
| Item: S1000U | | | | | |
| : NT | | | | | |

TRACKING NUMBERS:   FedEx National SLC-286978

ORDER MUST ARRIVE ON:10/14/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at:  *
*                                          *
*    SimpleTech, Inc.                       *
*    DEPT. 6945                             *
*    LOS ANGELES, CA 90084-6945             *
* * * * * * * * * * * * * * * * *
```

| | |
|---|---|
| | 41,891.20 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 41,891.20 |

PACKED BY [    ]   CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

```
                                                                    1
fabrik                1830 E. Warner Ave.              PAGE:
SimpleTech  G-Technology, Inc.   Santa Ana, CA 92705-5812
                      (949) 477-7700                  15107309
                      Fax (949) 756-8289    INVOICE NUMBER: 10/08/08
                                            INVOICE DATE: REGULAR INVOICE
                                            ORDER NUMBER:  2059710
Tax I.D. : 59-3813940                       ORDER DATE:
                                            SALESPERSON:    4474
                                       16   CUSTOMER NUMBER:
```

| SOLD TO | LINDA HORST<br>CIRCUIT CITY STORES, INC.<br>9950 MAYLAND DRIVE<br>RICHMOND VA 23233<br><br>FAX: 804-527-4170 | SHIP TO | CIRCUIT CITY - 755<br>60 CIRCUIT CITY RD.<br>MARION IL 62959<br><br>PHONE NO: |

| CUSTOMER P.O.<br>2159887 | SHIP VIA<br>UPS Ground Comm | F.O.B. | TERMS<br>NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|----------|---------|---------|--------------|-------|--------|
| | | | Currency: | USD US Dollars | |
| S1000U | 8 | 8 | 0 | 197.50 | 1,580.80 |
| 1TB SIMPLEDRIVE II USB EXTERNAL HD | | | | | |
| GTech Item: | | Shipped: 10/08/08 | | | |
|       CI: S1000U | | | | | |
|     Item: S1000U | | | | | |
|       : NT | | | | | |

```
        TRACKING NUMBERS:   903687138134

    ORDER MUST ARRIVE ON: 10/14/2008
    SHIP VIA COURIER: SEE BILL MAREC
    CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
    ORDER MUST ARRIVE ON

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
*  Please remit payment to our lockbox at:  *
*                                           *
*     SimpleTech, Inc.                       *
*     DEPT. 6945                             *
*     LOS ANGELES, CA 90084-6945             *
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

|  | |
|---|---|
| | 1,580.80 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 1,580.80 |

PACKED BY [ ]    CHECKED BY [ ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**INVOICE**

PAGE: 1

**fabrik**
SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5512
(949) 477-7700
Fax (949) 756-8289

15107415
INVOICE NUMBER: 10/09/08
INVOICE DATE: REGULAR INVOICE
2059709
ORDER NUMBER:
ORDER DATE:

Tax I.D. : 59-3813940

SALESPERSON: 4474
CUSTOMER NUMBER: 15

LINDA HORST

**SOLD TO:** CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:** CIRCUIT CITY 567
901 COOPER DRIVE
ARDMORE OK 73401
8047544330

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2159866 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: | USD US Dollars | |
| FS-U25/160BB | 176 | 176 | 0 | 65.55 | 11,536.80 |
| SIGNATURE U25.160BB MINI BLUEBERRY | | | | | |
| GTech Item: | | Shipped: 10/09/08 | | | |
| CI: FSU2616OBB | | | | | |
| Item: FS-U25/160BB | | | | | |
| : NT | | | | | |

TRACKING NUMBERS:   976523968597
903687138362

ORDER MUST ARRIVE ON:10/14/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

* * * * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
* *
* SimpleTech, Inc. *
* DEPT. 6945 *
* LOS ANGELES, CA 90084-6945 *
* * * * * * * * * * * * * * * * * * *

|  |  |
|---|---|
| | 11,536.80 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 11,536.80 |

PACKED BY [    ]   CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

1

**fabrik**
SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE:
15107416
INVOICE NUMBER: 10/09/08
INVOICE DATE: REGULAR INVOICE
2059710
ORDER NUMBER:
ORDER DATE:
SALESPERSON:    4474
CUSTOMER NUMBER:

Tax I.D. : 59-3813940

16

**SOLD TO** LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO** CIRCUIT CITY ~ 755
900 CIRCUIT CITY RD.
MARION IL 62959

PHONE NO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2159867 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: | USD US Dollars | |
| FS-U25/160BB | 160 | 160 | 0 | 65.55 | 10,488.00 |

SIGNATURE U25.160BB MINI BLUEBERRY
GTech Item:                              Shipped: 10/09/08
              CI: FSU25160BB
           Item: FS-U25/160BB

                  : NT

     TRACKING NUMBERS:   976523968601

   ORDER MUST ARRIVE ON:10/14/2008
   SHIP VIA COURIER: SEE BILL MAREC
   CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
   ORDER MUST ARRIVE ON

* * * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                          *
*    SimpleTech, Inc.                       *
*    DEPT. 6945                             *
*    LOS ANGELES, CA 90084-6945             *
* * * * * * * * * * * * * * * * * *

|  |  |
|---|---|
| | 10,488.00 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 10,488.00 |

PACKED BY [    ]    CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."



**INVOICE**

PAGE: 1

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

fabrik
SimpleTech | G-Technology, Inc.

INVOICE NUMBER: 15107417
INVOICE DATE: 10/09/08
REGULAR INVOICE
ORDER NUMBER: 2059711
ORDER DATE:
SALESPERSON: 4474
CUSTOMER NUMBER: 11

Tax I.D. : 59-3813940

SOLD TO: LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

SHIP TO: CIRCUIT CITY - 775
925 INDEPENDENCE BLVD.
GROVELAND FL 34736

PHONE NO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2159668 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: | USD US Dollars | |
| FS-U25/160BB | 168 | 168 | 0 | 65.55 | 11,012.40 |
| SIGNATURE U25.160BB MINI BLUEBERRY | | | | | |
| GTech Item: | | | Shipped: 10/09/08 | | |
| CI: FSU2516OBB | | | | | |
| Item: FS-U25/160BB | | | | | |
| : NT | | | | | |

TRACKING NUMBERS:   976523968612
                    903687138281

ORDER MUST ARRIVE ON:10/14/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                          *
*    SimpleTech, Inc.                       *
*    DEPT. 6945                             *
*    LOS ANGELES, CA 90084-6945             *
* * * * * * * * * * * * * * * * * * * *
```

| | |
|---|---|
| NET INVOICE: | 11,012.40 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | 0.00 |
| INVOICE TOTAL: | 11,012.40 |

PACKED BY [    ]    CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

PAGE:                    1

**fabrik**
SimpleTech ↑ G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5612
(949) 477-7700
Fax (949) 755-8289

15107532

| INVOICE NUMBER: | 10/09/08 |
| INVOICE DATE: | REGULAR INVOICE |

ORDER NUMBER:              2059689
ORDER DATE:
Tax I.D. : 59-3813940                        SALESPERSON:      4474
                                              CUSTOMER NUMBER:
                                        12

LINDA HORST

| **SOLD TO:** CIRCUIT CITY STORES, INC. | **SHIP TO:** CIRCUIT CITY   255 |
| 9950 MAYLAND DRIVE | 3800 TOWNSHIP LINE RD |
| RICHMOND VA 23233 | BETHLEHEM PA 18020 |
| | |
| | **PHONE NO:** |
| FAX: 804-527-4170 | |

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2159663 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: | USD US Dollars | |
| R500U | 184 | 184 | 0 | 121.60 | 22,374.40 |
| REDRIVE 500GB.USB.EXTERNAL.HARD DRIVE | | | | | |
| GTech Item: | | | Shipped: 10/09/08 | | |
| CI: R500U | | | | | |
| Item: R500U | | | | | |
| : NT | | | | | |

TRACKING NUMBERS:   AFC 3-day      100487730

ORDER MUST ARRIVE ON:10/14/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at:  *
*                                           *
*   SimpleTech, Inc.                        *
*   DEPT. 6945                              *
*   LOS ANGELES, CA 90084-6945             *
* * * * * * * * * * * * * * * * * * *
```

| | |
|---|---|
| | 22,374.40 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 22,374.40 |

PACKED BY [    ]   CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

1

**fabrik**
SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE:

15107533

INVOICE NUMBER: 10/09/08
INVOICE DATE: REGULAR INVOICE
2059707

ORDER NUMBER:
ORDER DATE:
SALESPERSON:   4474

Tax I.D. : 59-3813940

CUSTOMER NUMBER:   14

LINDA HORST

| SOLD TO: | SHIP TO: |
|---|---|
| CIRCUIT CITY STORES, INC.<br>9950 MAYLAND DRIVE<br>RICHMOND VA 23233<br><br>FAX: 804-527-4170 | CIRCUIT CITY - 344<br>763 LONGFELLOW COURT, STE.A<br>LIVERMORE CA 94550<br><br>PHONE NO: |

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2159564 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: | USD US Dollars | |
| R500U | 32 | 32 | 0 | 121.60 | 3,891.20 |

REDRIVE 500GB.USB.EXTERNAL.HARD DRIVE
GTech Item:

Shipped: 10/09/08

CI: R500U
Item: R500U

: NT

TRACKING NUMBERS:   903687138204

ORDER MUST ARRIVE ON:10/14/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*    SimpleTech, Inc.                      *
*    DEPT. 6945                            *
*    LOS ANGELES, CA 90084-6945            *
* * * * * * * * * * * * * * * * * * *
```

|  | |
|---|---|
| | 3,891.20 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 3,891.20 |

PACKED BY [ ]   CHECKED BY [ ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**INVOICE**

PAGE: 1

fabrik
SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

INVOICE NUMBER: 15107534
INVOICE DATE: 10/09/08
REGULAR INVOICE
2059709
ORDER NUMBER:
ORDER DATE:
SALESPERSON:    4474
CUSTOMER NUMBER:    15

Tax I.D. : 59-3813940

**SOLD TO**
LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO**
CIRCUIT CITY - 567
301 COOPER DRIVE
ARDMORE OK 73401
8047544330

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2159866 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: USD US Dollars | | |
| R500U | 12 | 12 | 0 | 121.60 | 1,459.20 |
| REDRIVE 500GB.USB.EXTERNAL.HARD DRIVE | | | | | |
| GTech Item: | | | Shipped: 10/09/08 | | |
| CI: R500U | | | | | |
| Item: R500U | | | | | |
| : NT | | | | | |

TRACKING NUMBERS:    976523968597
903687138362

ORDER MUST ARRIVE ON:10/14/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

* * * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
* *
* SimpleTech, Inc. *
* DEPT. 6945 *
* LOS ANGELES, CA 90084-6945 *
* * * * * * * * * * * * * * * * * *

| | |
|---|---|
| | 1,459.20 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 1,459.20 |

PACKED BY [    ]    CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

**PAGE:** 1

1630 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8269

fabrik
SimpleTech & G-Technology, Inc.

| | |
|---|---|
| INVOICE NUMBER: | 15107535 |
| INVOICE DATE: | 10/09/08 |
| | REGULAR INVOICE |
| ORDER NUMBER: | 2059711 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 11 |

Tax I.D. : 59-3813940

**SOLD TO:**
LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:**
CIRCUIT CITY   775
925 INDEPENDENCE BLVD.
GROVELAND FL 34736

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2159868 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: | USD US Dollars | |
| R500U | 32 | 32 | 0 | 121.60 | 3,891.20 |
| REDRIVE 500GB.USB.EXTERNAL.HARD DRIVE | | | | | |
| GTech Item: | | | Shipped: 10/09/08 | | |
| CI: R500U | | | | | |
| Item: R500U | | | | | |
| : NT | | | | | |

TRACKING NUMBERS:   976523968612
                    903687138281

ORDER MUST ARRIVE ON:10/14/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*   SimpleTech, Inc.                       *
*   DEPT. 6945                             *
*   LOS ANGELES, CA 90084-6945             *
* * * * * * * * * * * * * * * * * *
```

| | |
|---|---|
| | 3,891.20 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 3,891.20 |

PACKED BY [    ]   CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

**fabrik**
SimpleTech | G-Technology,Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE: 1

15107924

INVOICE NUMBER: 10/13/08
INVOICE DATE: REGULAR INVOICE

2060308

ORDER NUMBER:
ORDER DATE:
SALESPERSON:  4474
CUSTOMER NUMBER: 12

Tax I.D. : 59-3813940

**SOLD TO:** LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:** CIRCUIT CITY - 255
1000 TOWNSHIP LINE RD
BETHLEHEM PA 18020

PHONE NO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2166664 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| S500U | 40 | 40 | 0 | Currency: USD US Dollars 106.40 | 4,256.00 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD GTech Item: | | Shipped: 10/13/08 | | | |
| CI: S500U | | | | | |
| Item: S500U | | | | | |
| : NT | | | | | |
| FS-U25/320H | 152 | 152 | 0 | Currency: USD US Dollars 136.80 | 20,793.60 |
| SIGNATURE U25.320H MINI BLACK CHERRY GTech Item: | | Shipped: 10/13/08 | | | |
| CI: FSU25320H | | | | | |
| Item: FS-U25/320H | | | | | |
| : NT | | | | | |
| FS-U25/500E | 440 | 440 | 0 | Currency: USD US Dollars 174.32 | 76,700.80 |
| 500GB SIGNATURE MINI ESPRESSO GTech Item: | | Shipped: 10/13/08 | | | |
| CI: FSU25500E | | | | | |
| Item: FS-U25/500E | | | | | |

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

INVOICE TOTAL:

PACKED BY [    ]   CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

2

**fabrik**
SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5512
(949) 477-7700
Fax (949) 756-8289

PAGE:

15107924

INVOICE NUMBER: 10/13/08
INVOICE DATE: REGULAR INVOICE
2060308

ORDER NUMBER:
ORDER DATE:
SALESPERSON:    4474
12    CUSTOMER NUMBER:

Tax I.D. : 59-3813940

LINDA HORST

**SOLD TO:** CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

CIRCUIT CITY - 255

**SHIP TO:** 800 TOWNSHIP LINE RD
BETHLEHEM PA 18020

**PHONE NO:**

FAX: 804-527-4170

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2168864 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | : NT | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|

TRACKING NUMBERS:    408406650005736
976523970288

ORDER MUST ARRIVE ON: 10/21/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*    SimpleTech, Inc.                      *
*    DEPT. 6945                            *
*    LOS ANGELES, CA 90084-6945            *
* * * * * * * * * * * * * * * * * * *
```

101,750.40
NET INVOICE:    0.00
MISCELLANEOUS CHARGE:    0.00
FREIGHT:    0.00
SALES TAX:

PACKED BY            CHECKED BY

INVOICE TOTAL:    101,750.40

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

fabrik
SimpleTech : G-Technology,Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

1.

PAGE:

15107925

| INVOICE NUMBER: | 10/13/08 |
| INVOICE DATE: | REGULAR INVOICE |
| ORDER NUMBER: | 2060309 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 14 |

Tax I.D. : 59-3813940

**SOLD TO:**
LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:**
CIRCUIT CITY   344
360 LONGFELLOW COURT, STE.A
LIVERMORE CA 94550

PHONE NO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2166655 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| S500U | 68 | 68 | Currency: USD US Dollars<br>0 | 106.40 | 7,235.20 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | | | |
| GTech Item: | | Shipped: 10/13/08 | | | |
| CI: S500U | | | | | |
| Item: S500U | | | | | |
| : NT | | | | | |
| | | | | | |
| FS-U25/500E | 152 | 152 | Currency: USD US Dollars<br>0 | 174.32 | 26,496.64 |
| 500GB SIGNATURE MINI ESPRESSO | | | | | |
| GTech Item: | | Shipped: 10/13/08 | | | |
| CI: FSU25500E | | | | | |
| Item: FS-U25/500E | | | | | |
| : NT | | | | | |

TRACKING NUMBERS:    FX NAT SLC-286980
976523970314

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

PACKED BY [       ]    CHECKED BY [       ]

INVOICE TOTAL:

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**fabrik**
SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 769-8289

# INVOICE

PAGE: 2

15107925

| INVOICE NUMBER: | 10/13/08 |
| INVOICE DATE: | REGULAR INVOICE |

ORDER NUMBER: 2060309
ORDER DATE:
SALESPERSON: 4474
CUSTOMER NUMBER: 14

Tax I.D. : 59-3813940

| SOLD TO | LINDA HORST |
| | CIRCUIT CITY STORES, INC. |
| | 9950 MAYLAND DRIVE |
| | RICHMOND VA 23233 |

FAX: 804-527-4170

| SHIP TO | CIRCUIT CITY 344 |
| | 760 LONGFELLOW COURT, STE.A |
| | LIVERMORE CA 94550 |

PHONE NO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2165655 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| ORDER MUST ARRIVE ON: 10/21/2008 | | | | | |

SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * * * * *
*  Please remit payment to our lockbox at:  *
*                                            *
*   SimpleTech, Inc.                         *
*   DEPT. 6945                               *
*   LOS ANGELES, CA 90084-6945               *
* * * * * * * * * * * * * * * * * * *
```

| | |
|---|---|
| | 33,731.84 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 33,731.84 |

PACKED BY [    ]   CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

**fabrik**
SimpleTech  &  G-Technology,Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE: 1

15107926

| INVOICE NUMBER: | 10/13/08 |
| INVOICE DATE: | REGULAR INVOICE |

ORDER NUMBER:    2060310
ORDER DATE:
SALESPERSON:    4474
CUSTOMER NUMBER:    13

Tax I.D. : 59-3813940

LINDA HORST
SOLD TO: CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

SHIP TO: CIRCUIT CITY - 353
303 S. LEMON AVE.
WALNUT CA 91789

PHONE NO:

| CUSTOMER RO. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2166896 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| S500U | 12 | 12 | Currency: USD US Dollars | | |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | 0 | 106.40 | 1,276.80 |
| GTech Item: | | | Shipped: 10/13/08 | | |
| CI: S500U | | | | | |
| Item: S500U | | | | | |
| : NT | | | | | |
| FS-U25/500E | 168 | 168 | Currency: USD US Dollars | | |
| 500GB SIGNATURE MINI ESPRESSO | | | 0 | 174.32 | 29,285.76 |
| GTech Item: | | | Shipped: 10/13/08 | | |
| CI: FSU25500E | | | | | |
| Item: FS-U25/500E | | | | | |
| : NT | | | | | |

TRACKING NUMBERS:    408406650005705
976523970325

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

INVOICE TOTAL:

PACKED BY [      ]    CHECKED BY [      ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."