# Exhibit 2



United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

**DEADLINE FOR
FILING 503(b)(9)
CLAIMS**
5:00 P.M. Pacific Time
**December 19, 2008**

## Section 503(b)(9) Claim Request Form

| | |
|---|---|
| Circuit City Stores, Inc., et al., Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 | Circuit City Stores, Inc., et al.<br>Case Nos. 08-35653 through 08-35670<br>Chapter 11 Jointly Administered |

NOTE: Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases (see Docket No. 107), to have claims allowed as administrative expense under 11 U.S.C. § 503(b)(9), this form must be served upon Circuit City Stores, Inc., et al., Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 by December 19, 2008, the Bar Date for Section 503(b)(9) claims in the above-referenced cases. The form may be submitted in person or by regular mail, overnight mail, or hand delivery. Facsimile, email or electronic submissions will not be accepted. Requests shall be deemed filed when actually received by Kurtzman Carson Consultants LLC.

| | | |
|---|---|---|
| **Name and Address of Creditor:** *(The person or other entity to whom the debtor owes money or property)*<br><br>SIMPLETECH, a Fabrik Company<br>1830 East Warner Avenue<br>Santa Ana, CA 92705<br>Attention: Alan Docherty, Dir. of<br>Sales Finance<br><br>Telephone: (949) 477-7729<br>Fax: _____ | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have made any demand(s) to reclaim goods sold to the debtor under 11 U.S.C. § 546(c). (attach copies of any such demand(s)) | **Debtor against which claim is asserted :** (Check one box below:)<br><br>☒ Circuit City Stores, Inc. (Tax I.D. No. 54-0493875)<br>☐ Abbott Advertising, Inc. (Tax I.D. No. 54-1624659)<br>☐ Circuit City Stores West Coast, Inc. (Tax I.D. No. 95-4460785)<br>☐ CC Distribution Company of Virginia, Inc. (Tax I.D. No. 54-1712821)<br>☐ Circuit City Properties, LLC (Tax I.D. No. 54-0793353)<br>☐ Patapsco Designs, Inc. (Tax I.D. No. 52-1086796)<br>☐ Ventoux International, Inc. (Tax I.D. No. 20-1071838)<br>☐ Sky Venture Corporation (Tax I.D. No. 54-1760311) |
| **Name and address where notices should be sent** (if different from above)<br><br>Lei Lei Wang Ekvall<br>WEILAND, GOLDEN<br>SMILEY, WANG EKVALL & STROK, LLP<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA 92626<br>Telephone: _____ (714) 966-1000<br>Fax: _____ | ☐ Check box if you have transferred the rights of your claim to any third party. If so please list name of transferee:<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case. | ☐ Prahs, Inc. (n/a)<br>☐ XS Stuff, LLC (Tax I.D. No. 54-2029263)<br>☐ Kinzer Technology, LLC (Tax I.D. No. 54-2022157)<br>☐ Circuit City Purchasing Company, LLC (Tax I.D. No. 20-0995170)<br>☐ Orbyx Electronics, LLC (Tax I.D. No. 20-1203360)<br>☐ InterTAN, Inc. (Tax I.D. No. 75-2130875)<br>☐ CC Aviation, LLC (Tax I.D. No. 20-5290841)<br>☐ Courchevel, LLC (n/a)<br>☐ Circuit City Stores PR, LLC (Tax I.D. No. 66-0695512)<br>☐ Mayland MN, LLC (Tax I.D. No. 20-0896116) |

| | |
|---|---|
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: _____ | Check here if this claim ☐ replaces***<br>☐ amends    a previously filed claim, dated: _____<br>*** This claim supplements a previous claim dated<br>November 24, 2008 attached hereto as Ex. 1 |

1. BASIS FOR CLAIM: Goods received by the Debtor within 20 days before the date of commencement of the case.  Value of Goods: $224,330.32

2. DATE OF SHIPMENT: See Attachment METHOD OF SHIPMENT: See Attachment    DATE OF RECEIPT: See Attachment

   NAME OF CARRIER: See Attachment    PLACE OF DELIVERY: See Attachment

3. TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM: $224,330.32
   ☐ Check the box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

4. BRIEF DESCRIPTION OF CLAIM: _____
   Describe goods sold: Electronic Goods                                     *Attach support for your claim.*

| | |
|---|---|
| 5. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.<br><br>6. SUPPORTING DOCUMENTS: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, or contracts.  DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.  Attachments must be printed on 8-1/2" by 11" paper.<br><br>7. DATE-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this claim request form.<br><br>8. ORDINARY COURSE CERTIFICATION: By signing this claim request form, you are certifying that the goods for which payment is sought hereby, were sold to the debtor in the ordinary course of the debtor's business as required by 11 U.S.C. § 503(b)(9). | **FOR COURT USE ONLY**<br><br>**RECEIVED**<br><br>**MAR 03 2009**<br><br>KURTZMAN CARSON CONSULTANTS |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| | |
|---|---|
| Date<br>3/2/09 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) WEILAND, GOLDEN, SMILEY, WANG EKVALL, & STROK, LLP<br><br>*[signature]*<br>Lei Lei Wang Ekvall<br>Attorneys for Simpletech, a Fabrik Company |

| Date of Shipment | Amount | Method of Shipment | Date of Receipt (Estimated) | Name of Carrier | Place of Delivery |
|---|---|---|---|---|---|
| 10/18/2008 | 17,873.36 | Ground | 10/21/2008-10/23/2008 | UPS | Circuit City S. Lemon Avenue Walnut, CA 91789 |
| 10/18/2008 | 20,791.36 | Ground | 10/21/2008-10/23/2008 | UPS | Circuit City 1901 Cooper Drive Ardmore, OK 73401 |
| 10/20/2008 | 35,746.48 | Ground | 10/21/2008-10/26/2008 | UPS | Circuit City Township Line Road Bethlehem, PA 18020 |
| 10/20/2008 | 21,703.52 | Ground | 10/21/2008-10/26/2008 | UPS | Circuit City Longfellow Court, Suite A Livermore, CA 94550 |
| 10/20/2008 | 47,236.80 | Ground | 10/21/2008-10/26/2008 | UPS | Circuit City 1100 Circuit City Road Marion, IL 62959 |
| 10/20/2008 | 47,784.08 | Ground | 10/21/2008-10/26/2008 | UPS | Circuit City Independence Boulevard Groveland, FL 34736 |
| 10/20/2008 | 22,980.96 | Ground | 10/21/2008-10/26/2008 | Courier | Circuit City Township Line Road Bethlehem, PA 18020 |
| 10/20/2008 | 10,213.76 | Ground | 10/25/2008-10/28/2008 | FedEx | Circuit City 1901 Cooper Drive Ardmore, OK 73401 |

285937.1

**INVOICE**

**fabrik**
SimpleTech | G-Technology,Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5612
(949) 477-7700
Fax (949) 756-8288

PAGE: 1

INVOICE NUMBER: 15108949
INVOICE DATE: 10/18/08
REGULAR INVOICE
ORDER NUMBER: 2060310
ORDER DATE:
SALESPERSON: 4474
CUSTOMER NUMBER: 13

Tax I.D. : 59-3813940

LINDA HORST

| SOLD TO | SHIP TO |
|---|---|
| CIRCUIT CITY STORES, INC. | CIRCUIT CITY 353 |
| 9950 MAYLAND DRIVE | 750 S. LEMON AVE. |
| RICHMOND VA 23233 | WALNUT CA 91789 |
| | |
| | PHONE NO: |
| FAX: 804-527-4170 | |

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2166866 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: USD US Dollars | | |
| FS-U25/320H | 48 | 48 | 0 | 113.99 | 5,471.52 |
| SIGNATURE U25.320H MINI BLACK CHERRY | | | | | |
| GTech Item: | | | Shipped: 10/18/08 | | |
| CI: FSU25320H | | | | | |
| Item: FS-U25/320H | | | | | |
| : NT | | | | | |
| | | | Currency: USD US Dollars | | |
| FS-U25/250G | 136 | 136 | 0 | 91.19 | 12,401.84 |
| 250GB SIGNATURE MINI ICE | | | | | |
| GTech Item: | | | Shipped: 10/18/08 | | |
| CI: FSU25250GM | | | | | |
| Item: FS-U25/250G | | | | | |
| : NT | | | | | |

ORDER MUST ARRIVE ON:10/21/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

PACKED BY        CHECKED BY

INVOICE TOTAL:

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**INVOICE**

PAGE: 2

fabrik
SimpleTech | G-TecTnology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

| | |
|---|---|
| INVOICE NUMBER: | 15108949 |
| INVOICE DATE: | 10/18/08 REGULAR INVOICE |
| ORDER NUMBER: | 2060310 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 13 |

Tax I.D.  : 59-3813940

**SOLD TO**
LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO**
CIRCUIT CITY   353
500 S. LEMON AVE.
WALNUT CA 91789

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2166896 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|

```
* * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                          *
*   SimpleTech, Inc.                       *
*   DEPT. 6945                             *
*   LOS ANGELES, CA 90084-6945             *
* * * * * * * * * * * * * * * * * * * * * *
```

| | |
|---|---|
| NET INVOICE: | 17,873.36 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | 0.00 |
| INVOICE TOTAL: | 17,873.36 |

PACKED BY [ ]    CHECKED BY [ ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**INVOICE**

PAGE: 1

fabrik
-SimpleTech : G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

INVOICE NUMBER: 10/18/08
INVOICE DATE: REGULAR INVOICE
15108955
2060606

ORDER NUMBER:
ORDER DATE:
SALESPERSON:   4474
CUSTOMER NUMBER:

Tax I.D. : 59-3813940

16

| SOLD TO | SHIP TO |
|---|---|
| LINDA HORST | CIRCUIT CITY 567 |
| CIRCUIT CITY STORES, INC. | 501 COOPER DRIVE |
| 9950 MAYLAND DRIVE | ARDMORE OK 73401 |
| RICHMOND VA 23233 | 8047544330 |
|  | PHONE NO: |
| FAX: 804-527-4170 | |

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2166857 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: USD US Dollars | | |
| S500U | 48 | 48 | 0 | 98.79 | 4,741.92 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | | | |
| GTech Item: | | | Shipped: 10/18/08 | | |
| CI: S500U | | | | | |
| Item: S500U | | | | | |
| : NT | | | | | |
| | | | Currency: USD US Dollars | | |
| FS-U25/250G | 176 | 176 | 0 | 91.19 | 16,049.44 |
| 250GB SIGNATURE MINI ICE | | | | | |
| GTech Item: | | | Shipped: 10/18/08 | | |
| CI: FSU25250GM | | | | | |
| Item: FS-U25/250G | | | | | |
| : NT | | | | | |

ORDER MUST ARRIVE ON: 10/21/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

PACKED BY            CHECKED BY

INVOICE TOTAL:

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**INVOICE**

PAGE: 2

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

fabrik
SimpleTech | G-Technology Inc.

| | |
|---|---|
| INVOICE NUMBER: | 15108955 |
| INVOICE DATE: | 10/18/08 |
| | REGULAR INVOICE |
| ORDER NUMBER: | 2060606 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 15 |

Tax I.D. : 59-3813940

LINDA HORST

SOLD TO: CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-627-4170

SHIP TO: CIRCUIT CITY - 567
601 COOPER DRIVE
ARDMORE OK 73401
8047544330

PHONE NO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2186857 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|

```
* Please remit payment to our lockbox at: *
*                                          *
*    SimpleTech, Inc.                       *
*    DEPT. 6945                             *
*    LOS ANGELES, CA 90084-6945             *
* * * * * * * * * * * * * * * * * * * * * * *
```

| | |
|---|---|
| | 20,791.36 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 20,791.36 |

PACKED BY [          ]   CHECKED BY [          ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**fabrik**
-SimpleTech  /  G-Technology, Inc.

1630 E. Warner Ave.
Santa Ana, CA 92705-5912
(949) 477-7700
Fax (949) 756-8289

# INVOICE

PAGE: 1

INVOICE NUMBER: 10/20/08
INVOICE DATE: REGULAR INVOICE

15109181
20060308

ORDER NUMBER:
ORDER DATE:
SALESPERSON:    4474
CUSTOMER NUMBER:    12

Tax I.D. : 59-3813940

SOLD TO:
LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

SHIP TO:
CIRCUIT CITY - 255
4680 TOWNSHIP LINE RD
BETHLEHEM PA 18020

PHONE NO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2166854 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: USD US Dollars | | |
| FS-U25/250G | 392 | 392 | 0 | 91.19 | 35,746.48 |
| 250GB SIGNATURE MINI ICE | | | | | |
| GTech Item: | | Shipped: 10/20/08 | | | |

          CI: FSU25250GM
          Item: FS-U25/250G

               : NT

     ORDER MUST ARRIVE ON:10/21/2008
     SHIP VIA COURIER: SEE BILL MAREC
     CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
     ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*   SimpleTech, Inc.                       *
*   DEPT. 6945                             *
*   LOS ANGELES, CA 90084-6945             *
* * * * * * * * * * * * * * * * * *
```

NET INVOICE: 35,746.48
MISCELLANEOUS CHARGE: 0.00
FREIGHT: 0.00
SALES TAX: 0.00

INVOICE TOTAL: 35,746.48

PACKED BY [       ]    CHECKED BY [       ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**INVOICE**

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8288

fabrik
SimpleTech | G-Technology, Inc.

PAGE:    1

| | |
|---|---|
| INVOICE NUMBER: | 15109182 |
| INVOICE DATE: | 10/20/08 REGULAR INVOICE |
| ORDER NUMBER: | 2060309 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 14 |

Tax I.D. : 59-3813940

**SOLD TO:**
LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:**
CIRCUIT CITY    344
760 LONGFELLOW COURT, STE.A
LIVERMORE CA 94550

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2166699 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: | USD US Dollars | |
| FS-U25/320H | 120 | 120 | 0 | 113.99 | 13,678.80 |
| SIGNATURE U25.320H MINI BLACK CHERRY | | | | | |
| GTech Item: | | Shipped: 10/20/08 | | | |
| CI: FSU25320H | | | | | |
| Item: FS-U25/320H | | | | | |
| : NT | | | | | |
| | | | Currency: | USD US Dollars | |
| FS-U25/250G | 88 | 88 | 0 | 91.19 | 8,024.72 |
| 250GB SIGNATURE MINI ICE | | | | | |
| GTech Item: | | Shipped: 10/20/08 | | | |
| CI: FSU25250GM | | | | | |
| Item: FS-U25/250G | | | | | |
| : NT | | | | | |

ORDER MUST ARRIVE ON:10/21/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

| | |
|---|---|
| NET INVOICE: | |
| MISCELLANEOUS CHARGE: | |
| FREIGHT: | |
| SALES TAX: | |
| INVOICE TOTAL: | |

PACKED BY            CHECKED BY

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

2

fabrik
SimpleTech | G-Technology, inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5612
(949) 477-7700
Fax (949) 756-8289

PAGE: 15109182

INVOICE NUMBER: 10/20/08
INVOICE DATE: REGULAR INVOICE
2060309

ORDER NUMBER:
ORDER DATE:
SALESPERSON:    4474
CUSTOMER NUMBER: 14

Tax I.D. : 59-3813940

LINDA HORST

**SOLD TO** CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO** CIRCUIT CITY - 344
400 LONGFELLOW COURT, STE.A
LIVERMORE CA 94550

PHONE NO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2160855 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. * * * * * * * | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| * Please remit payment to our lockbox at: * | | | | | |
| * | | | | | |
| * SimpleTech, Inc. * | | | | | |
| * DEPT. 6945 * | | | | | |
| * LOS ANGELES, CA 90084-6945 * | | | | | |
| * * * * * * * * * * * * * * * * * * * * * | | | | | |

21,703.52

NET INVOICE: 0.00
MISCELLANEOUS CHARGE: 0.00
FREIGHT: 0.00
SALES TAX:

INVOICE TOTAL: 21,703.52

PACKED BY          CHECKED BY

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

PAGE:   1

1830 E. Warner Ave,
Santa Ana, CA 92705-5512
(949) 477-7700
Fax (949) 756-8289

fabrik
SimpleTech   G-Technology, Inc.

15109183

INVOICE NUMBER: 10/20/08
INVOICE DATE: REGULAR INVOICE
2060311

ORDER NUMBER:
ORDER DATE:
SALESPERSON:   4474
CUSTOMER NUMBER:   16

Tax I.D. : 59-3813940

LINDA HORST

**SOLD TO:** CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:** CIRCUIT CITY - 755
1900 CIRCUIT CITY RD.
MARION IL 62959

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2060858 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: USD US Dollars | | |
| FS-U25/320H | 152 | 152 | 0 | 113.99 | 17,326.48 |
| SIGNATURE U25.320H MINI BLACK CHERRY | | | | | |
| GTech Item: | | | Shipped: 10/20/08 | | |
| CI: FSU25320H | | | | | |
| Item: FS-U25/320H | | | | | |
| : NT | | | | | |
| | | | Currency: USD US Dollars | | |
| FS-U25/250G | 328 | 328 | 0 | 91.19 | 29,910.32 |
| 250GB SIGNATURE MINI ICE | | | | | |
| GTech Item: | | | Shipped: 10/20/08 | | |
| CI: FSU25250GM | | | | | |
| Item: FS-U25/250G | | | | | |
| : NT | | | | | |

ORDER MUST ARRIVE ON: 10/21/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

INVOICE TOTAL:

PACKED BY            CHECKED BY

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

2

fabrik

SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 766-8289

PAGE:

INVOICE NUMBER: 15109183
INVOICE DATE: 10/20/08    REGULAR INVOICE
ORDER NUMBER: 2060311
ORDER DATE:
SALESPERSON:    4474
CUSTOMER NUMBER:    16

Tax I.D. : 59-3813940

| SOLD TO | SHIP TO |
|---|---|
| LINDA HORST<br>CIRCUIT CITY STORES, INC.<br>9950 MAYLAND DRIVE<br>RICHMOND VA 23233<br><br>FAX: 804-527-4170 | CIRCUIT CITY   755<br>1300 CIRCUIT CITY RD.<br>MARION IL 62959<br><br>PHONE NO: |

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2166898 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. * * * * * * * * | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| * Please remit payment to our lockbox at: * | | | | | |
| * | | | | | |
| * SimpleTech, Inc. * | | | | | |
| * DEPT. 6945 * | | | | | |
| * LOS ANGELES, CA 90084-6945 * | | | | | |
| * * * * * * * * * * * * * * * * * * * * | | | | | |

|  | |
|---|---|
| | 47,236.80 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 47,236.80 |

PACKED BY [        ]    CHECKED BY [        ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**INVOICE**

PAGE: 1

fabrik
SimpleTech I G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5612
(949) 477-7700
Fax (949) 756-8288

INVOICE NUMBER: 15109184
INVOICE DATE: 10/20/08 REGULAR INVOICE
ORDER NUMBER: 2060312
ORDER DATE:
SALESPERSON: 4474
CUSTOMER NUMBER: 11

Tax I.D. : 59-3813940

**SOLD TO:** LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:** CIRCUIT CITY   775
925 INDEPENDENCE BLVD.
GROVELAND FL 34736

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2165659 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: USD US Dollars | | |
| FS-U25/320H | 208 | 208 | 0 | 113.99 | 23,709.92 |
| SIGNATURE U25.320H MINI BLACK CHERRY | | | | | |
| GTech Item: | | Shipped: 10/20/08 | | | |
| CI: FSU25320H | | | | | |
| Item: FS-U25/320H | | | | | |
| : NT | | | | | |
| | | | Currency: USD US Dollars | | |
| FS-U25/250G | 264 | 264 | 0 | 91.19 | 24,074.16 |
| 250GB SIGNATURE MINI ICE | | | | | |
| GTech Item: | | Shipped: 10/20/08 | | | |
| CI: FSU25250GM | | | | | |
| Item: FS-U25/250G | | | | | |
| : NT | | | | | |

ORDER MUST ARRIVE ON:10/21/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

INVOICE TOTAL:

PACKED BY          CHECKED BY

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

PAGE: 2

**fabrik**
SimpleTech : G-Technology,Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 758-8289

Tax I.D. : 59-3813940

INVOICE NUMBER: 15109184
INVOICE DATE: 10/20/08
REGULAR INVOICE
ORDER NUMBER: 2060312
ORDER DATE:
SALESPERSON: 4474
CUSTOMER NUMBER: 11

| SOLD TO | SHIP TO |
|---|---|
| LINDA HORST<br>CIRCUIT CITY STORES, INC.<br>9950 MAYLAND DRIVE<br>RICHMOND VA 23233<br><br>FAX: 804-527-4170 | CIRCUIT CITY - 775<br>925 INDEPENDENCE BLVD.<br>GROVELAND FL 34736<br><br>PHONE NO: |

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2166859 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|

```
* * * * * * * * * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at:  *
*                                          *
*    SimpleTech, Inc.                       *
*    DEPT. 6945                             *
*    LOS ANGELES, CA 90084-6945             *
* * * * * * * * * * * * * * * * * * * * * * * *
```

| | |
|---|---|
| | 47,784.08 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 47,784.08 |

BACKED BY [    ]    CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

1

**fabrik**
SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

**INVOICE**

PAGE:

15109197

INVOICE NUMBER: 10/20/08
INVOICE DATE: REGULAR INVOICE
                                    2061131

ORDER NUMBER:
ORDER DATE:
SALESPERSON:        4474
CUSTOMER NUMBER:

Tax I.D. : 59-3813940

12

LINDA HORST                                              CIRCUIT CITY — 265

**SOLD TO:** CIRCUIT CITY STORES, INC.          **SHIP TO:** 600 TOWNSHIP LINE RD
9950 MAYLAND DRIVE                                    BETHLEHEM PA 18020
RICHMOND VA 23233

**PHONE NO:**

FAX: 804-527-4170

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2170303 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: USD US Dollars | | |
| FS-U25/500E | 144 | 144 | 0 | 159.59 | 22,980.96 |
| 500GB SIGNATURE MINI ESPRESSO | | | | | |
| GTech Item: | | Shipped: 10/20/08 | | | |
| CI: FSU25500E | | | | | |
| Item: FS-U25/500E | | | | | |
| : NT | | | | | |

TRACKING NUMBERS:   976523974191

ORDER MUST ARRIVE ON:10/28/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*   SimpleTech, Inc.                       *
*   DEPT. 6945                             *
*   LOS ANGELES, CA 90084-6945             *
* * * * * * * * * * * * * * * * *
```

|  | |
|---|---|
| | 22,980.96 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 22,980.96 |

PACKED BY [   ]   CHECKED BY [   ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

PAGE: 1

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

SimpleTech I G-Technology, Inc.

| INVOICE NUMBER: | 15109226 |
| INVOICE DATE: | 10/20/08  REGULAR INVOICE |
| ORDER NUMBER: | 2061739 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 15 |

Tax I.D. : 59-3813940

**SOLD TO:**
LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-627-4170

**SHIP TO:**
CIRCUIT CITY - 567
501 COOPER DRIVE
ARDMORE OK 73401
8047544330

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2170306 | FedEx Ground | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: | USD US Dollars | |
| FS-U25/500E | 64 | 64 | 0 | 159.59 | 10,213.76 |
| 500GB SIGNATURE MINI ESPRESSO | | | | | |
| GTech Item: | | | Shipped: 10/20/08 | | |
| CI: FSU25500E | | | | | |
| Item: FS-U25/500E | | | | | |

: NT

TRACKING NUMBERS:   976523974206

ORDER MUST ARRIVE ON:10/28/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*    SimpleTech, Inc.                      *
*    DEPT. 6945                            *
*    LOS ANGELES, CA 90084-6945            *
* * * * * * * * * * * * * * * * * * *
```

| | |
|---|---|
| | 10,213.76 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 10,213.76 |

PACKED BY [    ]    CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."



# WEILAND, GOLDEN,
## SMILEY, WANG EKVALL & STROK, LLP
### L A W Y E R S

KYRA E. ANDRASSY
REEM J. BELLO
JEFFREY I. GOLDEN
KRAIG C. KILGER
ROBERT S. MARTICELLO
HUTCHISON B. MELTZER
EVAN D. SMILEY

November 26, 2008

AUTUMN D. SPAETH
PHILIP E. STROK
LEI LEI WANG EKVALL
MICHAEL J. WEILAND

MARCUS M. KAUFMAN
(1929-2003)
ASSOCIATE JUSTICE, RETIRED
CALIFORNIA SUPREME COURT

## VIA FEDERAL EXPRESS

Circuit City Stores, Inc.
Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Skadden, Arps, Slate,
Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois, 60606
Attention: Sarah Baker, Esq.

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, Virginia 23233
Attention: Reginald D. Hedgebeth

McGuireWoods, LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
Attention: Sarah B. Boehm, Esq.

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, Virginia 23233
Attention: Daniel W. Ramsey

Re: Circuit City Stores, Inc.

Dear Sir or Madam:

This letter supplements the prior reclamation demand made by my client, SimpleTech, a Fabrik Company ("SimpleTech"). The prior letter dated November 10, 2008, is enclosed for your convenience.

Without a waiver of any and all rights, claims, or demands that SimpleTech may have, SimpleTech does intend to assert an administrative claim pursuant to 11 U.S.C. § 503(b)(9). The amount of SimpleTech's section 503(b)(9) administrative

Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP

Circuit City Stores, Inc.
November 26, 2008
Page 2

claim is presently estimated to be $224,330.32.  SimpleTech reserves all rights to
amend such claim amount.

                    WEILAND, GOLDEN,
                    SMILEY, WANG EKVALL & STROK, LLP

        By:    _____
                    Lei Lei Wang Ekvall

LLWE:tlj
Enclosures
cc: Mr. Alan Docherty (via E-mail)
     Evan D. Smiley, Esq.
     Kyra E. Andrassy, Esq.

276280





949-477-7700
Headquarters:
1830 East Warner Avenue
Santa Ana, California 92705
www.G-Technology.com.

November 10, 2008

Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, VA 23233

Copies to:
Skadden, Arps, Slate, Meagher & Flom, LLP      McGuireWoods LLP
333 West Wacker Drive                          One James Center
Chicago, IL 60606                              901 E. Cary Street, Richmond, VA 23219

Via Facsimile (without invoice schedule) and overnight courier

Re: Claim of Reclamation under 11USC Section 546 of the US Bankruptcy Code

Under 11USC Section 546 of the US Bankruptcy Code, SimpleTech, Inc. a Fabrik Company
hereby asserts a Claim of Reclamation in the amount of $1,154,919.12 to reclaim the inventory
shipped to, and received by the Debtor in the 45 days prior to the debtor's petition for bankruptcy
being filed, on the basis that the debtor was insolvent when the goods were shipped on credit
terms.

That inventory is detailed in the attached supporting schedule of invoice shipments and the
attached invoice detail that identifies the quantity and part numbers to be reclaimed hereunder.

Sincerely,

Alan Docherty
Director of Sales Finance

# INVOICE

**PAGE:** 1

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

**fabrik**
SimpleTech : G-Technology, Inc.

15106368
INVOICE NUMBER: 10/04/08
INVOICE DATE: REGULAR INVOICE

ORDER NUMBER: 2068758
ORDER DATE:
SALESPERSON: 4474
CUSTOMER NUMBER: 12

Tax I.D. : 59-3813940

**SOLD TO:**
LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:**
CIRCUIT CITY - 255
7600 TOWNSHIP LINE RD
BETHLEHEM PA 18020

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2153256 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: USD US Dollars | | |
| S500U | 408 | 408 | 0 | 106.40 | 43,411.20 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | | | |
| GTech Item: | | Shipped: 10/04/08 | | | |
|       CI: S500U | | | | | |
|       Item: S500U | | | | | |
|         : NT | | | | | |
| | | | Currency: USD US Dollars | | |
| FS-U25/320H | 184 | 184 | 0 | 136.80 | 25,171.20 |
| SIGNATURE U25.320H MINI BLACK CHERRY | | | | | |
| GTech Item: | | Shipped: 10/04/08 | | | |
|       CI: FSU25320H | | | | | |
|       Item: FS-U25/320H | | | | | |
|         : NT | | | | | |

TRACKING NUMBERS:  974033701910

ORDER MUST ARRIVE ON: 10/07/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

PACKED BY [        ]   CHECKED BY [        ]

INVOICE TOTAL:

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**INVOICE**

PAGE: 2

**fabrik**
SimpleTech | G-Technology,Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5512
(949) 477-7700
Fax (949) 756-8289

| | |
|---|---|
| INVOICE NUMBER: | 15106368 |
| INVOICE DATE: | 10/04/08 REGULAR INVOICE |
| ORDER NUMBER: | 2058758 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 12 |

Tax I.D. : 59-3813940

**SOLD TO:**
LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:**
CIRCUIT CITY - 255
1600 TOWNSHIP LINE RD
BETHLEHEM PA 18020

PHONE NO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2153256 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|

```
* * * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*    SimpleTech, Inc.                      *
*    DEPT. 6945                            *
*    LOS ANGELES, CA 90084-6945            *
* * * * * * * * * * * * * * * * * * * * * *
```

| | |
|---|---|
| | 68,582.40 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 68,582.40 |

PACKED BY [    ]   CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

**fabrik**
SimpleTech | GTechnology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE: 1

| | |
|---|---|
| INVOICE NUMBER: | 15106369 |
| INVOICE DATE: | 10/04/08 |
| | REGULAR INVOICE |
| ORDER NUMBER: | 2058771 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 14 |

Tax I.D. : 59-3813940

| SOLD TO: | SHIP TO: |
|---|---|
| LINDA HORST | CIRCUIT CITY - 344 |
| CIRCUIT CITY STORES, INC. | 700 LONGFELLOW COURT, STE.A |
| 9950 MAYLAND DRIVE | LIVERMORE CA 94550 |
| RICHMOND VA 23233 | |
| | PHONE NO: |
| FAX: 804-527-4170 | |

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2153257 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: | USD US Dollars | |
| S500U | 104 | 104 | 0 | 106.40 | 11,065.60 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | | | |
| GTech Item: | | Shipped: 10/04/08 | | | |
| CI: S500U | | | | | |
| Item: S500U | | | | | |
| : NT | | | | | |
| | | | Currency: | USD US Dollars | |
| FS-U25/500E | 40 | 40 | 0 | 174.32 | 6,972.80 |
| 500GB SIGNATURE MINI ESPRESSO | | | | | |
| GTech Item: | | Shipped: 10/04/08 | | | |
| CI: FS-U25/500E | | | | | |
| Item: FS-U25/500E | | | | | |
| : NT | | | | | |

TRACKING NUMBERS:   974033702044

ORDER MUST ARRIVE ON:10/07/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

| | |
|---|---|
| NET INVOICE: | |
| MISCELLANEOUS CHARGE: | |
| FREIGHT: | |
| SALES TAX: | |
| INVOICE TOTAL: | |

PACKED BY [    ]    CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

2

**fabrik**
SimpleTech  i  G-Technology,Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE:

15106369

| INVOICE NUMBER: | 10/04/08 |
| INVOICE DATE: | REGULAR INVOICE |

ORDER NUMBER:        2058771
ORDER DATE:
SALESPERSON:      4474

Tax I.D. : 59-3813940

14    CUSTOMER NUMBER:

LINDA HORST

**SOLD TO**  CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO**  CIRCUIT CITY - 344
760 LONGFELLOW COURT, STE.A
LIVERMORE CA 94550

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2163257 | OTHER COURIER |  | NET 60 DAYS |

| ITEM NO. * * * * * * * | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|

```
* Please remit payment to our lockbox at: *
*                                          *
*   SimpleTech, Inc.                       *
*   DEPT. 6945                             *
*   LOS ANGELES, CA 90084-6945             *
* * * * * * * * * * * * * * * * * * * * * *
```

18,038.40

|  |  |
|---|---|
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: |  |
| INVOICE TOTAL: | 18,038.40 |

PACKED BY [    ]    CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

**fabrik**
SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-6269

PAGE:                1
15105370

| | |
|---|---|
| INVOICE NUMBER: | 10/04/08 |
| INVOICE DATE: | REGULAR INVOICE |

ORDER NUMBER:        2058772
ORDER DATE:
SALESPERSON:    4474
CUSTOMER NUMBER:   13

Tax I.D. : 59-3813940

**SOLD TO**
LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO**
CIRCUIT CITY - 363
380 S. LEMON AVE.
WALNUT CA 91789

PHONE NO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2153268 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: | USD US Dollars | |
| S500U | 136 | 136 | 0 | 106.40 | 14,470.40 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | | | |
| GTech Item: | | | Shipped: 10/04/08 | | |
| CI: S500U | | | | | |
| Item: S500U | | | | | |
| : NT | | | | | |
| | | | Currency: | USD US Dollars | |
| FS-U25/320H | 32 | 32 | 0 | 136.80 | 4,377.60 |
| SIGNATURE U25.320H MINI BLACK CHERRY | | | | | |
| GTech Item: | | | Shipped: 10/04/08 | | |
| CI: FSU25320H | | | | | |
| Item: FS-U25/320H | | | | | |
| : NT | | | | | |
| | | | Currency: | USD US Dollars | |
| FS-U25/500E | 32 | 32 | 0 | 174.32 | 5,578.24 |
| 500GB SIGNATURE MINI ESPRESSO | | | | | |
| GTech Item: | | | Shipped: 10/04/08 | | |
| CI: FS-U25/500E | | | | | |
| Item: FS-U25/500E | | | | | |

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

INVOICE TOTAL:

PACKED BY [    ]   CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

2

**fabrik**
SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 766-8289

PAGE:
15106370
INVOICE NUMBER: 10/04/08
INVOICE DATE: REGULAR INVOICE
2058772
ORDER NUMBER:
ORDER DATE:
SALESPERSON:    4474
13    CUSTOMER NUMBER:

Tax I.D. : 59-3813940

**SOLD TO:** LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:** CIRCUIT CITY - 363
508 S. LEMON AVE.
WALNUT CA 91789

PHONE NO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2163268 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. | : NT | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|

TRACKING NUMBERS:    974033701747
974033701986

ORDER MUST ARRIVE ON:10/07/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*    SimpleTech, Inc.                      *
*    DEPT. 6945                            *
*    LOS ANGELES, CA 90084-6945            *
* * * * * * * * * * * * * * * * * * *
```

24,426.24
NET INVOICE:        0.00
MISCELLANEOUS CHARGE:    0.00
FREIGHT:        0.00
SALES TAX:

PACKED BY          CHECKED BY

INVOICE TOTAL:    24,426.24

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."