# INVOICE

PAGE: 1

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8269

[fabrik]
SimpleTech | C-Technology Inc.

| INVOICE NUMBER: | 15106371 |
| INVOICE DATE: | 10/04/08 |
| | REGULAR INVOICE |
| ORDER NUMBER: | 2056773 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 15 |

Tax I.D. : 59-3813940

**SOLD TO:**
LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:**
CIRCUIT CITY   567
4201 COOPER DRIVE
ARDMORE OK 73401
8047544330

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2153269 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| S500U | 176 | 176 | Currency: USD US Dollars | 106.40 | 18,726.40 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | 0 | | |
| GTech Item: | | | Shipped: 10/04/08 | | |
| CI: S500U | | | | | |
| Item: S500U | | | | | |
| : NT | | | | | |
| | | | | | |
| FS-U25/500E | 32 | 32 | Currency: USD US Dollars | 174.32 | 5,578.24 |
| 500GB SIGNATURE MINI ESPRESSO | | | 0 | | |
| GTech Item: | | | Shipped: 10/04/08 | | |
| CI: FS-U25/500E | | | | | |
| Item: FS-U25/500E | | | | | |
| : NT | | | | | |

TRACKING NUMBERS:   974033702000

ORDER MUST ARRIVE ON:10/07/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

INVOICE TOTAL:

PACKED BY          CHECKED BY

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

## INVOICE

2

fabrik
SimpleTech | G-Technology,Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 766-8289

PAGE:
15106371

| | |
|---|---|
| INVOICE NUMBER: | 10/04/08 |
| INVOICE DATE: | REGULAR INVOICE |

Tax I.D. : 59-3813940

ORDER NUMBER: 2058773
ORDER DATE:
SALESPERSON:    4474
CUSTOMER NUMBER:    15

LINDA HORST

SOLD TO: CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

SHIP TO: CIRCUIT CITY   567
301 COOPER DRIVE
ARDMORE OK 73401
8047544330

PHONE NO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2153259 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|

```
*  *  *  *  *  *  *  *  *  *
*  Please remit payment to our lockbox at:   *
*                                            *
*   SimpleTech, Inc.                         *
*   DEPT. 6945                               *
*   LOS ANGELES, CA 90084-6945               *
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

24,304.64

| | |
|---|---|
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 24,304.64 |

PACKED BY [    ]    CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

PAGE: 1

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-6289

**fabrik**
SimpleTech | G-Technology, Inc.

INVOICE NUMBER: 15106372
INVOICE DATE: 10/04/08
REGULAR INVOICE
ORDER NUMBER: 2058774
ORDER DATE:
SALESPERSON: 4474
CUSTOMER NUMBER: 16

Tax I.D. : 59-3813940

**SOLD TO:** LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:** CIRCUIT CITY   755
200 CIRCUIT CITY RD.
MARION IL 62959

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2163260 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: | USD US Dollars | |
| S500U | 284 | 284 | 0 | 106.40 | 30,217.60 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | | | |
| GTech Item: | | | Shipped: 10/04/08 | | |
| CI: S500U | | | | | |
| Item: S500U | | | | | |
| : NT | | | | | |
| | | | Currency: | USD US Dollars | |
| FS-U25/500E | 96 | 96 | 0 | 174.32 | 16,734.72 |
| 500GB SIGNATURE MINI ESPRESSO | | | | | |
| GTech Item: | | | Shipped: 10/04/08 | | |
| CI: FS-U25/500E | | | | | |
| Item: FS-U25/500E | | | | | |
| : NT | | | | | |

TRACKING NUMBERS:  974033702114

ORDER MUST ARRIVE ON:10/07/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

INVOICE TOTAL:

PACKED BY _____   CHECKED BY _____

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

**fabrik**
SimpleTech | G-Technology,Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5612
(949) 477-7700
Fax (949) 756-8289

PAGE: 2

INVOICE NUMBER: 15106372
INVOICE DATE: 10/04/08
REGULAR INVOICE
ORDER NUMBER: 2058774
ORDER DATE:
SALESPERSON: 4474
CUSTOMER NUMBER: 16

Tax I.D. : 59-3813940

**SOLD TO**
LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO**
CIRCUIT CITY - 755
100 CIRCUIT CITY RD.
MARION IL 62959

PHONE NO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2153260 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| * Please remit payment to our lockbox at: * | | | | | |
| * | | | | | |
| * SimpleTech, Inc. * | | | | | |
| * DEPT. 6945 * | | | | | |
| * LOS ANGELES, CA 90084-6945 * | | | | | |
| * * * * * * * * * * * * * * * * * * * * | | | | | |

| | |
|---|---|
| | 46,952.32 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 46,952.32 |

PACKED BY _____   CHECKED BY _____

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**INVOICE**

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

fabrik
SimpleTech | G-Technology, Inc.

PAGE: 1

| INVOICE NUMBER: | 10/04/08 |
|---|---|
| INVOICE DATE: | REGULAR INVOICE |
| | 15106373 |
| | 2058775 |

Tax I.D. : 59-3813940

ORDER NUMBER:
ORDER DATE:
SALESPERSON:    4474
CUSTOMER NUMBER:    11

LINDA HORST

SOLD TO: CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

SHIP TO: CIRCUIT CITY - 775
925 INDEPENDENCE BLVD.
GROVELAND FL 34736

PHONE NO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2163261 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| S500U | 268 | 268 | Currency: USD US Dollars | 106.40 | 28,515.20 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | 0 | | |
| GTech Item: | | Shipped: 10/04/08 | | | |
| CI: S500U | | | | | |
| Item: S500U | | | | | |
| : NT | | | | | |
| | | | | | |
| FS-U25/500E | 24 | 24 | Currency: USD US Dollars | 174.32 | 4,183.68 |
| 500GB SIGNATURE MINI ESPRESSO | | | 0 | | |
| GTech Item: | | Shipped: 10/04/08 | | | |
| CI: FS-U25/500E | | | | | |
| Item: FS-U25/500E | | | | | |
| : NT | | | | | |

TRACKING NUMBERS:    974033701883

ORDER MUST ARRIVE ON:10/07/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

PACKED BY          CHECKED BY

INVOICE TOTAL:

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

2

**fabrik**
SimpleTech  G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE:

15106373

INVOICE NUMBER: 10/04/08
INVOICE DATE: REGULAR INVOICE

ORDER NUMBER:    2058775
ORDER DATE:
SALESPERSON:    4474
CUSTOMER NUMBER:    11

Tax I.D. : 59-3813940

| SOLD TO | SHIP TO |
|---|---|
| LINDA HORST<br>CIRCUIT CITY STORES, INC.<br>9950 MAYLAND DRIVE<br>RICHMOND VA 23233<br><br>FAX: 804-527-4170 | CIRCUIT CITY - 775<br>925 INDEPENDENCE BLVD.<br>GROVELAND FL 34736<br><br>PHONE NO: |

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2163261 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|

```
*  *  *  *  *  *  *  *  *  *
* Please remit payment to our lockbox at:  *
*                                           *
*   SimpleTech, Inc.                         *
*   DEPT. 6945                               *
*   LOS ANGELES, CA 90084-6945               *
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

|  |  |
|---|---|
|  | 32,698.88 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 32,698.88 |

PACKED BY [   ]    CHECKED BY [   ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**INVOICE**

1630 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8269

**fabrik**
SimpleTech | G-Technology, Inc.

PAGE: 1

INVOICE NUMBER: 15107006
INVOICE DATE: 10/07/08   REGULAR INVOICE
ORDER NUMBER: 2069689
ORDER DATE:
SALESPERSON: 4474
CUSTOMER NUMBER: 12

Tax I.D. : 59-3813940

| SOLD TO | SHIP TO |
|---|---|
| LINDA HORST<br>CIRCUIT CITY STORES, INC.<br>9950 MAYLAND DRIVE<br>RICHMOND VA 23233<br><br>FAX: 804-527-4170 | CIRCUIT CITY - 255<br>7000 TOWNSHIP LINE RD<br>BETHLEHEM PA 18020<br><br>PHONE NO: |

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2159863 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| S500U | 172 | 172 | Currency: USD US Dollars<br>0 | 106.40 | 18,300.80 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | | | |
| GTech Item: | | | Shipped: 10/07/08 | | |
| CI: S500U | | | | | |
| Item: S500U | | | | | |
| : NT | | | | | |
| | | | | | |
| FS-U25/320H | 200 | 200 | Currency: USD US Dollars<br>0 | 136.80 | 27,360.00 |
| SIGNATURE U25.320H MINI BLACK CHERRY | | | | | |
| GTech Item: | | | Shipped: 10/07/08 | | |
| CI: FSU25320H | | | | | |
| Item: FS-U25/320H | | | | | |
| : NT | | | | | |
| | | | | | |
| FS-U25/250G | 264 | 264 | Currency: USD US Dollars<br>0 | 98.80 | 26,083.20 |
| 250GB SIGNATURE MINI ICE | | | | | |
| GTech Item: | | | Shipped: 10/07/08 | | |
| CI: FSU25250GM | | | | | |
| Item: FS-U25/250G | | | | | |

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

PACKED BY _____   CHECKED BY _____

INVOICE TOTAL:

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

2

fabrik
SimpleTech & G-Technology,Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE:

15107005

INVOICE NUMBER:10/07/08
INVOICE DATE:REGULAR INVOICE
ORDER NUMBER:          2069689
ORDER DATE:
SALESPERSON:      4474
CUSTOMER NUMBER:

Tax I.D. : 59-3813940

12

LINDA HORST

| SOLD TO | CIRCUIT CITY STORES, INC.<br>9950 MAYLAND DRIVE<br>RICHMOND VA 23233 | SHIP TO | CIRCUIT CITY - 255<br>4680 TOWNSHIP LINE RD<br>BETHLEHEM PA 18020 |
|---------|------|------|------|
| | FAX: 804-627-4170 | PHONE NO: | |

| CUSTOMER P.O.<br>2169663 | SHIP VIA<br>OTHER COURIER | F.O.B. | TERMS<br>NET 60 DAYS |
|---|---|---|---|

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|

TRACKING NUMBERS:   FedEx National SLC-286976
                    976523967400

ORDER MUST ARRIVE ON:10/14/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                        *
*   SimpleTech, Inc.                      *
*   DEPT. 6945                            *
*   LOS ANGELES, CA 90084-6945            *
* * * * * * * * * * * * * * * * * *
```

|  | |
|---|---|
| | 71,744.00 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 71,744.00 |

PACKED BY [       ]    CHECKED BY [       ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

PAGE:                                    1

fabrik
SimpleTech  |  G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

INVOICE NUMBER: 15107008
INVOICE DATE: 10/07/08
REGULAR INVOICE
2059707

ORDER NUMBER:
ORDER DATE:
SALESPERSON:        4474
CUSTOMER NUMBER:    14

Tax I.D. : 59-3813940

LINDA HORST

| SOLD TO: | CIRCUIT CITY STORES, INC.<br>9950 MAYLAND DRIVE<br>RICHMOND VA 23233<br><br>FAX: 804-527-4170 | SHIP TO: | CIRCUIT CITY - 344<br>400 LONGFELLOW COURT, STE.A<br>LIVERMORE CA 94550<br><br>PHONE NO: |

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2059804 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| FS-U25/320H<br>SIGNATURE U25.320H MINI BLACK CHERRY<br>GTech Item:<br>    CI: FSU25320H<br>    Item: FS-U25/320H<br>        : NT | 32 | 32<br>Shipped: 10/07/08 | Currency: USD US Dollars<br>0 | 136.80 | 4,377.60 |
| FS-U25/500E<br>500GB SIGNATURE MINI ESPRESSO<br>GTech Item:<br>    CI: FSU25500E<br>    Item: FS-U25/500E<br>        : NT | 8 | 8<br>Shipped: 10/07/08 | Currency: USD US Dollars<br>0 | 174.32 | 1,394.56 |
| FS-U25/160BB<br>SIGNATURE U25.160BB MINI BLUEBERRY<br>GTech Item:<br>    CI: FSU25160BB<br>    Item: FS-U25/160BB | 80 | 80<br>Shipped: 10/07/08 | Currency: USD US Dollars<br>0 | 65.55 | 5,244.00 |

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

INVOICE TOTAL:

PACKED BY            CHECKED BY

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

1830 E. Warner Ave.
Santa Ana, CA 92705-5612
(949) 477-7700
Fax (949) 756-8289

fabrik
SimpleTech | G-Technology, Inc.

PAGE: 2

INVOICE NUMBER: 15107008
INVOICE DATE: 10/07/08
REGULAR INVOICE
ORDER NUMBER: 2059707
ORDER DATE:
SALESPERSON: 4474
CUSTOMER NUMBER: 14

Tax I.D. : 59-3813940

LINDA HORST

| SOLD TO: | SHIP TO: |
|---|---|
| CIRCUIT CITY STORES, INC.<br>9950 MAYLAND DRIVE<br>RICHMOND VA 23233<br><br>FAX: 804-527-4170 | CIRCUIT CITY - 344<br>460 LONGFELLOW COURT, STE.A<br>LIVERMORE CA 94550<br><br>PHONE NO: |

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2199884 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | NT | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| FS-U25/250G | | 80 | 80 | | 98.80 | 7,904.00 |
| 250GB SIGNATURE MINI ICE | | | | 0 | | |
| GTech Item: | | | | | | |

Currency: USD US Dollars

CI: FSU25250GM
Item: FS-U25/250G

Shipped: 10/07/08

: NT

TRACKING NUMBERS:  976523967373

ORDER MUST ARRIVE ON: 10/14/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                          *
*    SimpleTech, Inc.                      *
*    DEPT. 6945                            *
*    LOS ANGELES, CA 90084-6945            *
* * * * * * * * * * * * * * * * * * *
```

|  | 18,920.16 |
|---|---|
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 18,920.16 |

PACKED BY [ ]   CHECKED BY [ ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**INVOICE**

1830 E. Warner Ave.
Santa Ana, CA 92705-6912
(949) 477-7700
Fax (949) 756-8289

**fabrik**
SimpleTech  |  G-Technology, Inc.

PAGE:                    1

INVOICE NUMBER: 15107009
INVOICE DATE: 10/07/08  REGULAR INVOICE

ORDER NUMBER: 2069708
ORDER DATE:
SALESPERSON:    4474
CUSTOMER NUMBER:    13

Tax I.D. : 59-3813940

LINDA HORST

**SOLD TO:** CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:** CIRCUIT CITY - 363
500 S. LEMON AVE.
WALNUT CA 91789

PHONE NO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2169865 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: USD US Dollars | | |
| S500U | 16 | 16 | 0 | 106.40 | 1,702.40 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | | | |
| GTech Item: | | Shipped: 10/07/08 | | | |
| CI: S500U | | | | | |
| Item: S500U | | | | | |
| : NT | | | | | |
| | | | Currency: USD US Dollars | | |
| FS-U25/320H | 136 | 136 | 0 | 136.80 | 18,604.80 |
| SIGNATURE U25.320H MINI BLACK CHERRY | | | | | |
| GTech Item: | | Shipped: 10/07/08 | | | |
| CI: FSU25320H | | | | | |
| Item: FS-U25/320H | | | | | |
| : NT | | | | | |
| | | | Currency: USD US Dollars | | |
| FS-U25/500E | 8 | 8 | 0 | 174.32 | 1,394.56 |
| 500GB SIGNATURE MINI ESPRESSO | | | | | |
| GTech Item: | | Shipped: 10/07/08 | | | |
| CI: FSU25500E | | | | | |
| Item: FS-U25/500E | | | | | |

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

PACKED BY [     ]    CHECKED BY [     ]

INVOICE TOTAL:

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

**PAGE:** 2

1830 E. Warner Ave.
Santa Ana, CA 92705-5512
(949) 477-7700
Fax (949) 756-8289

fabrik
SimpleTech  | GTechnology,Inc.

15107009

INVOICE NUMBER:10/07/08
INVOICE DATE:REGULAR INVOICE
2059708

ORDER NUMBER:
ORDER DATE:
SALESPERSON: 4474
CUSTOMER NUMBER: 13

Tax I.D. : 59-3813940

CIRCUIT CITY  353

| SOLD TO: | LINDA HORST | SHIP TO: | |
|---|---|---|---|
| | CIRCUIT CITY STORES, INC. | | 300 S. LEMON AVE. |
| | 9950 MAYLAND DRIVE | | WALNUT CA 91789 |
| | RICHMOND VA 23233 | | |
| | | | PHONE NO: |
| | FAX: 804-527-4170 | | |

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2159865 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. : NT | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| FS-U25/160BB | 96 | 96 | Currency: USD US Dollars 0 | 65.55 | 6,292.80 |
| SIGNATURE U25.160BB MINI BLUEBERRY | | | | | |
| GTech Item: | | Shipped: 10/07/08 | | | |
| CI: FSU25160BB | | | | | |
| Item: FS-U25/160BB | | | | | |
| : NT | | | | | |
| | | | | | |
| FS-U25/250G | 168 | 168 | Currency: USD US Dollars 0 | 98.80 | 16,598.40 |
| 250GB SIGNATURE MINI ICE | | | | | |
| GTech Item: | | Shipped: 10/07/08 | | | |
| CI: FSU25250GM | | | | | |
| Item: FS-U25/250G | | | | | |
| : NT | | | | | |

TRACKING NUMBERS:  1Z82W0380340904879
976523967410

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

PACKED BY [     ]   CHECKED BY [     ]

INVOICE TOTAL:

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**INVOICE**

1830 E. Warner Ave.
Santa Ana, CA 92705-5612
(949) 477-7700
Fax (949) 756-8269

fabrik
SimpleTech | G-Technology, Inc.

PAGE: 3

Tax I.D. : 59-3813940

INVOICE NUMBER: 15107009
INVOICE DATE: 10/07/08   REGULAR INVOICE
ORDER NUMBER: 2059708
ORDER DATE:
SALESPERSON:   4474
CUSTOMER NUMBER: 13

| SOLD TO | LINDA HORST<br>CIRCUIT CITY STORES, INC.<br>9950 MAYLAND DRIVE<br>RICHMOND VA 23233<br><br>FAX: 804-527-4170 | SHIP TO | CIRCUIT CITY - 353<br>780 S. LEMON AVE.<br>WALNUT CA 91789<br><br>PHONE NO: |
|---|---|---|---|

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2159866 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| ORDER MUST ARRIVE ON: 10/14/2008 | | | | | |

SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
*  *  *  *  *  *  *  *  *  *  *  *  *  *
*  Please remit payment to our lockbox at:  *
*                                            *
*    SimpleTech, Inc.                        *
*    DEPT. 5945                              *
*    LOS ANGELES, CA 90084-6945              *
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

| | |
|---|---|
| NET INVOICE: | 44,592.96 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | 0.00 |
| INVOICE TOTAL: | 44,592.96 |

PACKED BY [     ]   CHECKED BY [     ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

1

fabrik
SimpleTech | GTechnology, inc.

1830 E. Warner Ave,
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 766-8289

PAGE:

15107010
INVOICE NUMBER: 10/07/08
INVOICE DATE: REGULAR INVOICE
2069709
ORDER NUMBER:
ORDER DATE:
SALESPERSON:    4474
CUSTOMER NUMBER:

Tax I.D. : 59-3813940

15

| SOLD TO | SHIP TO |
|---|---|
| LINDA HORST<br>CIRCUIT CITY STORES, INC.<br>9950 MAYLAND DRIVE<br>RICHMOND VA 23233<br><br>FAX: 804-527-4170 | CIRCUIT CITY - 567<br>301 COOPER DRIVE<br>ARDMORE OK 73401<br>8047544330<br><br>PHONE NO: |

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2169866 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: USD US Dollars | | |
| S500U | 24 | 24 | 0 | 106.40 | 2,553.60 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | | | |
| GTech Item: | | Shipped: 10/07/08 | | | |
| CI: S500U | | | | | |
| Item: S500U | | | | | |
| : NT | | | | | |
| | | | Currency: USD US Dollars | | |
| FS-U25/320H | 32 | 32 | 0 | 136.80 | 4,377.60 |
| SIGNATURE U25.320H MINI BLACK CHERRY | | | | | |
| GTech Item: | | Shipped: 10/07/08 | | | |
| CI: FSU25320H | | | | | |
| Item: FS-U25/320H | | | | | |
| : NT | | | | | |
| | | | Currency: USD US Dollars | | |
| FS-U25/500E | 16 | 16 | 0 | 174.32 | 2,789.12 |
| 500GB SIGNATURE MINI ESPRESSO | | | | | |
| GTech Item: | | Shipped: 10/07/08 | | | |
| CI: FSU25500E | | | | | |
| Item: FS-U25/500E | | | | | |

NET INVOICE: _____
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX: _____

PACKED BY [        ]    CHECKED BY [        ]

INVOICE TOTAL: _____

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

PAGE: 2

**fabrik**
SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 766-9289

INVOICE NUMBER: 15107010
INVOICE DATE: 10/07/08
REGULAR INVOICE
ORDER NUMBER: 2059709
ORDER DATE:
SALESPERSON: 4474
CUSTOMER NUMBER: 15

Tax I.D. : 59-3813940

| SOLD TO | SHIP TO |
|---|---|
| LINDA HORST<br>CIRCUIT CITY STORES, INC.<br>9950 MAYLAND DRIVE<br>RICHMOND VA 23233<br><br>FAX: 804-527-4170 | CIRCUIT CITY - 567<br>201 COOPER DRIVE<br>ARDMORE OK 73401<br>8047544330<br><br>**PHONE NO:** |

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2159866 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO.            : NT | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: USD US Dollars | | |
| FS-U25/250G | 88 | 88 | 0 | 98.80 | 8,694.40 |
| 250GB SIGNATURE MINI ICE | | | | | |
| GTech Item: | | Shipped: 10/07/08 | | | |
| CI: FSU25250GM | | | | | |
| Item: FS-U25/250G | | | | | |
| : NT | | | | | |

TRACKING NUMBERS:   1Z82W0380342284812
                    976523967384

ORDER MUST ARRIVE ON:10/14/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                          *
*   SimpleTech, Inc.                       *
*   DEPT. 6945                             *
*   LOS ANGELES, CA 90084-6945             *
* * * * * * * * * * * * * * * * * *
```

| | 18,414.72 |
|---|---|
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 18,414.72 |

PACKED BY [          ]   CHECKED BY [          ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

fabrik
SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE: 1

INVOICE NUMBER: 15107011
INVOICE DATE: 10/07/08    REGULAR INVOICE
ORDER NUMBER: 2069710
ORDER DATE:
SALESPERSON:    4474
CUSTOMER NUMBER: 16

Tax I.D. : 59-3813940

**SOLD TO:**
LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:**
CIRCUIT CITY - 755
2900 CIRCUIT CITY RD.
MARION IL 62959

PHONE NO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2159867 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| S500U | 56 | 56 | Currency: USD US Dollars 0 | 106.40 | 5,958.40 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | | | |
| GTech Item: | | Shipped: 10/07/08 | | | |
| CI: S500U | | | | | |
| Item: S500U | | | | | |
| : NT | | | | | |
| FS-U25/320H | 128 | 128 | Currency: USD US Dollars 0 | 136.80 | 17,510.40 |
| SIGNATURE U25.320H MINI BLACK CHERRY | | | | | |
| GTech Item: | | Shipped: 10/07/08 | | | |
| CI: FSU25320H | | | | | |
| Item: FS-U25/320H | | | | | |
| : NT | | | | | |
| FS-U25/500E | 16 | 16 | Currency: USD US Dollars 0 | 174.32 | 2,789.12 |
| 500GB SIGNATURE MINI ESPRESSO | | | | | |
| GTech Item: | | Shipped: 10/07/08 | | | |
| CI: FSU25500E | | | | | |
| Item: FS-U25/500E | | | | | |

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

INVOICE TOTAL:

PACKED BY [    ]    CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

2

PAGE:
15107011

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

**fabrik**
SimpleTech | G-Technology, Inc.

INVOICE NUMBER: 10/07/08
INVOICE DATE: REGULAR INVOICE
2059710
ORDER NUMBER:
ORDER DATE:
SALESPERSON:    4474
CUSTOMER NUMBER:

Tax I.D. : 59-3813940

16

| SOLD TO | LINDA HORST CIRCUIT CITY STORES, INC. 9950 MAYLAND DRIVE RICHMOND VA 23233 | SHIP TO | CIRCUIT CITY   755 100 CIRCUIT CITY RD. MARION IL 62959 |
|---|---|---|---|

FAX: 804-527-4170

PHONE NO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2169867 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | : NT | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | Currency: USD US Dollars | | |
| FS-U25/250G | | 88 | 88 | 0 | 98.80 | 8,694.40 |
| 250GB SIGNATURE MINI ICE | | | | | | |
| GTech Item: | | | Shipped: 10/07/08 | | | |
| CI: FSU252500M | | | | | | |
| Item: FS-U25/250G | | | | | | |
| : NT | | | | | | |

TRACKING NUMBERS:   976523967421
                    1Z82W0380342776675

ORDER MUST ARRIVE ON:10/14/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*    SimpleTech, Inc.                      *
*    DEPT. 6945                            *
*    LOS ANGELES, CA 90084-6945            *
* * * * * * * * * * * * * * * * *
```

|  |  |
|---|---|
| | 34,952.32 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 34,952.32 |

PACKED BY [    ]   CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

1

**fabrik**
SimpleTech. | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE:

| | |
|---|---|
| INVOICE NUMBER: | 15107012 |
| INVOICE DATE: | 10/07/08   REGULAR INVOICE |
| ORDER NUMBER: | 2059711 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 11 |

Tax I.D. : 59-3813940

LINDA HORST

**SOLD TO:** CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:** CIRCUIT CITY - 775
825 INDEPENDENCE BLVD.
GROVELAND FL 34736

PHONE NO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2169868 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| S500U | 136 | 136 | Currency: USD US Dollars | | |
| | | | 0 | 106.40 | 14,470.40 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | | | |
| GTech Item: | | | Shipped: 10/07/08 | | |
| CI: S500U | | | | | |
| Item: S500U | | | | | |
| : NT | | | | | |
| FS-U25/320H | 88 | 88 | Currency: USD US Dollars | | |
| | | | 0 | 136.80 | 12,038.40 |
| SIGNATURE U25.320H MINI BLACK CHERRY | | | | | |
| GTech Item: | | | Shipped: 10/07/08 | | |
| CI: FSU25320H | | | | | |
| Item: FS-U25/320H | | | | | |
| : NT | | | | | |
| FS-U25/500E | 32 | 32 | Currency: USD US Dollars | | |
| | | | 0 | 174.32 | 5,578.24 |
| 500GB SIGNATURE MINI ESPRESSO | | | | | |
| GTech Item: | | | Shipped: 10/07/08 | | |
| CI: FSU25500E | | | | | |
| Item: FS-U25/500E | | | | | |

| | |
|---|---|
| NET INVOICE: | |
| MISCELLANEOUS CHARGE: | |
| FREIGHT: | |
| SALES TAX: | |
| INVOICE TOTAL: | |

PACKED BY

CHECKED BY

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

PAGE: 2

**fabrik**
SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8288

15107012
INVOICE NUMBER: 10/07/08
INVOICE DATE: REGULAR INVOICE
2059711
ORDER NUMBER:
ORDER DATE:
SALESPERSON:    4474
CUSTOMER NUMBER:

Tax I.D. : 59-3813940

LINDA HORST
11    CIRCUIT CITY    776

**SOLD TO** CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO** 925 INDEPENDENCE BLVD.
GROVELAND FL 34736

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2159868 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | : NT | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| FS-U25/250G | | 224 | 224 | 0 | 98.80 | 22,131.20 |
| 250GB SIGNATURE MINI ICE | | | | | | |
| GTech Item: | | | | | | |

Currency: USD US Dollars

CI: FSU25250GM
Item: FS-U25/250G

Shipped: 10/07/08

: NT

TRACKING NUMBERS:    976523967432
FedEx National SLC-286977

ORDER MUST ARRIVE ON:10/14/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*    SimpleTech, Inc.                      *
*    DEPT. 6945                            *
*    LOS ANGELES, CA 90084-6945            *
* * * * * * * * * * * * * * * * * * *
```

54,218.24
NET INVOICE:    0.00
MISCELLANEOUS CHARGE:    0.00
FREIGHT:    0.00
SALES TAX:

INVOICE TOTAL:    54,218.24

PACKED BY          CHECKED BY

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

**fabrik**
SimpleTech | G-Technology,Inc.

PAGE: 1

15107307

INVOICE NUMBER: 10/08/08
INVOICE DATE: REGULAR INVOICE
2069689

Tax I.D. : 59-3813940

ORDER NUMBER:
ORDER DATE:
SALESPERSON:      4474
CUSTOMER NUMBER: 12

LINDA HORST

**SOLD TO** CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-627-4170

CIRCUIT CITY - 255
**SHIP TO** 700 TOWNSHIP LINE RD
BETHLEHEM PA 18020

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2169863 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: USD US Dollars | | |
| FS-U25/160BB | 384 | 384 | 0 | 65.55 | 25,171.20 |
| SIGNATURE U25.160BB MINI BLUEBERRY | | | | | |
| GTech Item: | | Shipped: 10/08/08 | | | |

CI: FSU25160BB
Item: FS-U25/160BB

: NT

TRACKING NUMBERS:   976523968586

ORDER MUST ARRIVE ON: 10/14/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*    SimpleTech, Inc.                      *
*    DEPT. 6945                            *
*    LOS ANGELES, CA 90084-6945            *
* * * * * * * * * * * * * * * * * *
```

| | |
|---|---|
| | 25,171.20 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 25,171.20 |

PACKED BY [    ]   CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

**fabrik**
SimpleTech | G-Technology Inc.

1830 E. Warner Ave,
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE: 1

15107308

INVOICE NUMBER: 10/08/08
INVOICE DATE: REGULAR INVOICE
2069709

ORDER NUMBER:
ORDER DATE:
SALESPERSON: 4474
CUSTOMER NUMBER: 16

Tax I.D. : 59-3813940

LINDA HORST

| **SOLD TO:** CIRCUIT CITY STORES, INC. | **SHIP TO:** CIRCUIT CITY - 567 |
|---|---|
| 9950 MAYLAND DRIVE | 301 COOPER DRIVE |
| RICHMOND VA 23233 | ARDMORE OK 73401 |
| | 8047544330 |
| FAX: 804-527-4170 | **PHONE NO:** |

| **CUSTOMER P.O.** | **SHIP VIA** | **F.O.B.** | **TERMS** |
|---|---|---|---|
| 2159866 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: USD US Dollars | | |
| S1000U | 212 | 212 | 0 | 197.60 | 41,891.20 |
| 1TB SIMPLEDRIVE II USB EXTERNAL HD | | | | | |
| GTech Item: | | Shipped: 10/08/08 | | | |
| CI: S1000U | | | | | |
| Item: S1000U | | | | | |
| : NT | | | | | |

TRACKING NUMBERS:  FedEx National SLC-286978

ORDER MUST ARRIVE ON:10/14/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*    SimpleTech, Inc.                     *
*    DEPT. 6945                           *
*    LOS ANGELES, CA 90084-6945           *
* * * * * * * * * * * * * * * * * * * *
```

|  | |
|---|---|
| NET INVOICE: | ~~41,891.20~~  0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 41,891.20 |

PACKED BY [    ]    CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**INVOICE**

PAGE:                1

**fabrik**
SimpleTech. | G Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5612
(949) 477-7700
Fax (949) 756-8289

15107309

INVOICE NUMBER: 10/08/08
INVOICE DATE: REGULAR INVOICE
2059710
ORDER NUMBER:
ORDER DATE:
SALESPERSON:      4474
CUSTOMER NUMBER:

Tax I.D. : 59-3813940

16

LINDA HORST                                            CIRCUIT CITY - 755
SOLD TO: CIRCUIT CITY STORES, INC.          SHIP TO: 100 CIRCUIT CITY RD.
9950 MAYLAND DRIVE                      MARION IL 62959
RICHMOND VA 23233

PHONE NO:

FAX: 804-527-4170

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2159667 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: | USD US Dollars | |
| S1000U | 8 | 8 | 0 | 197.60 | 1,580.80 |

1TB SIMPLEDRIVE II USB EXTERNAL HD
GTech Item:                              Shipped: 10/08/08
                    CI: S1000U
                    Item: S1000U

                    : NT

          TRACKING NUMBERS:    903687138134

      ORDER MUST ARRIVE ON: 10/14/2008
      SHIP VIA COURIER: SEE BILL MAREC
      CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
      ORDER MUST ARRIVE ON

* * * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                        *
*    SimpleTech, Inc.                     *
*    DEPT. 6945                           *
*    LOS ANGELES, CA 90084-6945           *
* * * * * * * * * * * * * * * * * *

                                                      1,580.80
                                  NET INVOICE:          0.00
                        MISCELLANEOUS CHARGE:           0.00
                                    FREIGHT:            0.00
                                  SALES TAX:
PACKED BY [    ]   CHECKED BY [    ]
                                  INVOICE TOTAL:     1,580.80

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**INVOICE**

PAGE: 1

**fabrik**
SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 766-8289

15107415

| INVOICE NUMBER: | 10/09/08 |
| INVOICE DATE: | REGULAR INVOICE |
| | 2059709 |
| ORDER NUMBER: | |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 16 |

Tax I.D. : 59-3813940

**SOLD TO**
LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO**
CIRCUIT CITY - 567
2001 COOPER DRIVE
ARDMORE OK 73401
8047544330

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
| 2169866 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | | | Currency: USD US Dollars | | |
| FS-U25/160BB | 176 | 176 | 0 | 65.55 | 11,536.80 |
| SIGNATURE U25.160BB MINI BLUEBERRY | | | | | |
| GTech Item: | | | Shipped: 10/09/08 | | |
| CI: FSU2516OBB | | | | | |
| Item: FS-U25/160BB | | | | | |

: NT

TRACKING NUMBERS:    976523968597
                     903687138362

ORDER MUST ARRIVE ON:10/14/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*    SimpleTech, Inc.                      *
*    DEPT. 6945                            *
*    LOS ANGELES, CA 90084-6945            *
* * * * * * * * * * * * * * * * * * *
```

| | 11,536.80 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 11,536.80 |

PACKED BY ☐    CHECKED BY ☐

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

PAGE: 1

15107416

fabrik
SimpleTech  & G-Technology,Inc.

1830 E. Warner Ave,
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

| INVOICE NUMBER: | 10/09/08 |
| INVOICE DATE: | REGULAR INVOICE |
| ORDER NUMBER: | 2059710 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 16 |

Tax I.D. : 59-3813940

LINDA HORST

**SOLD TO:** CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:** CIRCUIT CITY - 755
200 CIRCUIT CITY RD.
MARION IL 62959

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2159867 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: USD US Dollars | | |
| FS-U25/160BB | 160 | 160 | 0 | 65.55 | 10,488.00 |
| SIGNATURE U25.160BB MINI BLUEBERRY | | | | | |
| GTech Item: | | Shipped: 10/09/08 | | | |

CI: FSU25160BB
Item: FS-U25/160BB

: NT

TRACKING NUMBERS:    976523968601

ORDER MUST ARRIVE ON:10/14/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*    SimpleTech, Inc.                      *
*    DEPT. 6945                            *
*    LOS ANGELES, CA 90084-6945           *
* * * * * * * * * * * * * * * *
```

| | 10,488.00 |
|---|---|
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 10,488.00 |

PACKED BY [    ]    CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

1830 E. Warner Ave,
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

fabrik
SimpleTech 5 G-Technology, Inc.

PAGE: 1

15107417

INVOICE NUMBER: 10/09/08
INVOICE DATE: REGULAR INVOICE
2059711

ORDER NUMBER:
ORDER DATE:
SALESPERSON:    4474
CUSTOMER NUMBER: 11

Tax I.D. : 59-3813940

CIRCUIT CITY - 776

**SOLD TO:** LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:** 925 INDEPENDENCE BLVD.
GROVELAND FL 34736

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2159808 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: | USD US Dollars | |
| FS-U25/160BB | 168 | 168 | 0 | 65.55 | 11,012.40 |

SIGNATURE U25.160BB MINI BLUEBERRY
GTech Item:                           Shipped: 10/09/08
            CI: FSU25160BB
         Item: FS-U25/160BB

              : NT

     TRACKING NUMBERS:   976523968612
                        903687138281

    ORDER MUST ARRIVE ON:10/14/2008
    SHIP VIA COURIER: SEE BILL MAREC
    CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
    ORDER MUST ARRIVE ON

* * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*    SimpleTech, Inc.                      *
*    DEPT. 6945                            *
*    LOS ANGELES, CA 90084-6945           *
* * * * * * * * * * * * * * * * *

|  |  |
|---|---|
| | 11,012.40 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 11,012.40 |

PACKED BY          CHECKED BY

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."