**INVOICE**

1

fabrik
SimpleTech+i  G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE:
15107532

| INVOICE NUMBER: | 10/09/08 |
|---|---|
| INVOICE DATE: | REGULAR INVOICE |

2059689

ORDER NUMBER:
ORDER DATE:
SALESPERSON:    4474

Tax I.D. : 59-3813940

12    CUSTOMER NUMBER:

CIRCUIT CITY    255

LINDA HORST

SOLD TO: CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

SHIP TO: 1080 TOWNSHIP LINE RD
BETHLEHEM PA 18020

PHONE NO:

FAX: 804-527-4170

| CUSTOMER P.O.<br>2159663 | SHIP VIA<br>OTHER COURIER | F.O.B. | TERMS<br>NET 60 DAYS |
|---|---|---|---|

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: USD US Dollars | | |
| R500U | 184 | 184 | 0 | 121.60 | 22,374.40 |

REDRIVE 500GB.USB.EXTERNAL.HARD DRIVE
GTech Item:                        Shipped: 10/09/08
         CI: R500U
         Item: R500U

         : NT

     TRACKING NUMBERS:    AFC 3-day      100487730

   ORDER MUST ARRIVE ON:10/14/2008
   SHIP VIA COURIER: SEE BILL MAREC
   CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
   ORDER MUST ARRIVE ON

* * * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at:  *
*                                          *
*    SimpleTech, Inc.                       *
*    DEPT. 6945                             *
*    LOS ANGELES, CA 90084-6945             *
* * * * * * * * * * * * * * * * * *

22,374.40

| | |
|---|---|
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 22,374.40 |

PACKED BY          CHECKED BY

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**INVOICE**

PAGE: 1

**fabrik**
SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 768-8289

INVOICE NUMBER: 15107533
INVOICE DATE: 10/09/08
REGULAR INVOICE
ORDER NUMBER: 2059707
ORDER DATE:
SALESPERSON: 4474
CUSTOMER NUMBER: 14

Tax I.D. : 59-3813940

LINDA HORST

| **SOLD TO** | **SHIP TO** |
|---|---|
| CIRCUIT CITY STORES, INC.<br>9950 MAYLAND DRIVE<br>RICHMOND VA 23233<br><br>FAX: 804-527-4170 | CIRCUIT CITY - 344<br>191 LONGFELLOW COURT, STE.A<br>LIVERMORE CA 94550<br><br>**PHONE NO:** |

| **CUSTOMER P.O.** | **SHIP VIA** | **F.O.B.** | **TERMS** |
|---|---|---|---|
| 2159864 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: | USD US Dollars | |
| R500U | 32 | 32 | 0 | 121.60 | 3,891.20 |

REDRIVE 500GB.USB.EXTERNAL.HARD DRIVE
GTech Item:                                    Shipped: 10/09/08
                          CI: R500U
                       Item: R500U

                       : NT

          TRACKING NUMBERS:   903687138204


    ORDER MUST ARRIVE ON:10/14/2008
    SHIP VIA COURIER: SEE BILL MAREC
    CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
    ORDER MUST ARRIVE ON

* * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*    SimpleTech, Inc.                      *
*    DEPT. 6945                            *
*    LOS ANGELES, CA 90084-6945            *
* * * * * * * * * * * * * * * * * * * * * *


| | |
|---|---|
| | 3,891.20 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 3,891.20 |

PACKED BY [    ]    CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

**fabrik**
SimpleTech, ↑ G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE: 1

| | |
|---|---|
| INVOICE NUMBER: | 16107534 |
| INVOICE DATE: | 10/09/08 REGULAR INVOICE |
| ORDER NUMBER: | 2059709 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 15 |

Tax I.D. : 59-3813940

**SOLD TO:** LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:** CIRCUIT CITY - 567
301 COOPER DRIVE
ARDMORE OK 73401
8047544330

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2159866 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: | USD US Dollars | |
| R500U | 12 | 12 | 0 | 121.60 | 1,459.20 |
| REDRIVE 500GB.USB.EXTERNAL.HARD DRIVE | | | | | |
| GTech Item: | | | Shipped: 10/09/08 | | |
| CI: R500U | | | | | |
| Item: R500U | | | | | |
| : NT | | | | | |

TRACKING NUMBERS:    976523968597
903687138362

ORDER MUST ARRIVE ON:10/14/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*    SimpleTech, Inc.                      *
*    DEPT. 6945                            *
*    LOS ANGELES, CA 90084-6945            *
* * * * * * * * * * * * * * * * *
```

| | |
|---|---|
| | 1,459.20 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 1,459.20 |

PACKED BY [ ]    CHECKED BY [ ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

1830 E. Warner Ave,
Santa Ana, CA 92705-5612
(949) 477-7700
Fax (949) 756-8289

fabrik
SimpleTech | G-Technology, Inc.

PAGE: 1

15107535

INVOICE NUMBER: 10/09/08
INVOICE DATE: REGULAR INVOICE

ORDER NUMBER: 2059711
ORDER DATE:
SALESPERSON: 4474
CUSTOMER NUMBER: 11

Tax I.D. : 59-3813940

LINDA HORST

**SOLD TO:** CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:** CIRCUIT CITY  775
925 INDEPENDENCE BLVD.
GROVELAND FL 34736

PHONE NO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2159868 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: | USD US Dollars | |
| R500U | 32 | 32 | 0 | 121.60 | 3,891.20 |

REDRIVE 500GB.USB.EXTERNAL.HARD DRIVE
GTech Item:                          Shipped: 10/09/08
              CI: R500U
            Item: R500U

                : NT

      TRACKING NUMBERS:    976523968612
                          903587138281

    ORDER MUST ARRIVE ON: 10/14/2008
    SHIP VIA COURIER: SEE BILL MAREC
    CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
    ORDER MUST ARRIVE ON

* * * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                          *
*    SimpleTech, Inc.                       *
*    DEPT. 6945                             *
*    LOS ANGELES, CA 90084-6945             *
* * * * * * * * * * * * * * * * * *

|  |  |
|---|---|
| | 3,891.20 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 3,891.20 |

PACKED BY          CHECKED BY

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOKE

**fabrik**
SimpleTech. | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 755-8289

PAGE: 1

| INVOICE NUMBER: | 15107924 |
| INVOICE DATE: | REGULAR INVOICE |
| | 10/13/08 |
| ORDER NUMBER: | 2060308 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 12 |

Tax I.D. : 59-3813940

LINDA HORST

**SOLD TO** CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO** CIRCUIT CITY - 255
700 TOWNSHIP LINE RD
BETHLEHEM PA 18020

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2166664 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: USD US Dollars | | |
| S500U | 40 | 40 | 0 | 106.40 | 4,256.00 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | | | |
| GTech Item: | | Shipped: 10/13/08 | | | |
| CI: S500U | | | | | |
| Item: S500U | | | | | |
| : NT | | | | | |
| | | | Currency: USD US Dollars | | |
| FS-U25/320H | 152 | 152 | 0 | 136.80 | 20,793.60 |
| SIGNATURE U25.320H MINI BLACK CHERRY | | | | | |
| GTech Item: | | Shipped: 10/13/08 | | | |
| CI: FSU25320H | | | | | |
| Item: FS-U25/320H | | | | | |
| : NT | | | | | |
| | | | Currency: USD US Dollars | | |
| FS-U25/500E | 440 | 440 | 0 | 174.32 | 76,700.80 |
| 500GB SIGNATURE MINI ESPRESSO | | | | | |
| GTech Item: | | Shipped: 10/13/08 | | | |
| CI: FSU25500E | | | | | |
| Item: FS-U25/500E | | | | | |

| | |
|---|---|
| NET INVOICE: | |
| MISCELLANEOUS CHARGE: | |
| FREIGHT: | |
| SALES TAX: | |
| INVOICE TOTAL: | |

PACKED BY

CHECKED BY

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

2

**fabrik**
SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE: 15107924

INVOICE NUMBER: 10/13/08
INVOICE DATE: REGULAR INVOICE

ORDER NUMBER: 2060308
ORDER DATE:
SALESPERSON:    4474
CUSTOMER NUMBER:

Tax I.D. : 59-3813940

LINDA HORST                                    12        CIRCUIT CITY - 255

| SOLD TO | SHIP TO |
|---------|---------|
| CIRCUIT CITY STORES, INC.<br>9950 MAYLAND DRIVE<br>RICHMOND VA 23233<br><br>FAX: 804-527-4170 | 1000 TOWNSHIP LINE RD<br>BETHLEHEM PA 18020<br><br>PHONE NO: |

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---------------|----------|--------|-------|
| 2166834 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO.        : NT | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|----------------------|---------|---------|--------------|-------|--------|

TRACKING NUMBERS:  40B406650005736
976523970288

ORDER MUST ARRIVE ON: 10/21/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

* * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*    SimpleTech, Inc.                      *
*    DEPT. 6945                            *
*    LOS ANGELES, CA 90084-6945            *
* * * * * * * * * * * * * * * *

| | |
|---|---|
| | 101,750.40 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 101,750.40 |

PACKED BY [    ]    CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

**fabrik**
SimpleTech. | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-6812
(949) 477-7700
Fax (949) 756-8289

PAGE: 1

| INVOICE NUMBER: | 15107925 |
| INVOICE DATE: | 10/13/08 |
| | REGULAR INVOICE |
| ORDER NUMBER: | 2060309 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 14 |

Tax I.D. : 59-3813940

LINDA HORST

**SOLD TO:** CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:** CIRCUIT CITY — 344
380 LONGFELLOW COURT, STE.A
LIVERMORE CA 94550

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2166665 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: | USD US Dollars | |
| S500U | 68 | 68 | 0 | 106.40 | 7,235.20 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | | | |
| GTech Item: | | Shipped: 10/13/08 | | | |
| CI: S500U | | | | | |
| Item: S500U | | | | | |
| : NT | | | | | |
| | | | Currency: | USD US Dollars | |
| FS-U25/500E | 152 | 152 | 0 | 174.32 | 26,496.64 |
| 500GB SIGNATURE MINI ESPRESSO | | | | | |
| GTech Item: | | Shipped: 10/13/08 | | | |
| CI: FSU25500E | | | | | |
| Item: FS-U25/500E | | | | | |
| : NT | | | | | |

TRACKING NUMBERS:    FX NAT SLC-286980
976523970314

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

PACKED BY

CHECKED BY

INVOICE TOTAL:

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

**fabrik**
SimpleTech. | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(948) 477-7700
Fax (948) 755-8288

PAGE: 2

INVOICE NUMBER: 15107925
INVOICE DATE: 10/13/08
ORDER NUMBER: REGULAR INVOICE
ORDER DATE: 2060309
SALESPERSON:
CUSTOMER NUMBER: 4474

14

Tax I.D. : 59-3813940

LINDA HORST

| SOLD TO | SHIP TO |
|---|---|
| CIRCUIT CITY STORES, INC.<br>9950 MAYLAND DRIVE<br>RICHMOND VA 23233 | CIRCUIT CITY - 344<br>100 LONGFELLOW COURT, STE.A<br>LIVERMORE CA 94550<br><br>**PHONE NO:** |
| FAX: 804-527-4170 | |

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2160655 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| ORDER MUST ARRIVE ON: 10/21/2008 | | | | | |
| SHIP VIA COURIER: SEE BILL MAREC | | | | | |
| CHG CUSTOMERS SHIP ACCT SEE BILL MAREC | | | | | |
| ORDER MUST ARRIVE ON | | | | | |

```
* * * * * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                          *
*    SimpleTech, Inc.                       *
*    DEPT. 6945                             *
*    LOS ANGELES, CA 90084-6945             *
* * * * * * * * * * * * * * * * * * * *
```

| | |
|---|---|
| | 33,731.84 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| **INVOICE TOTAL:** | **33,731.84** |

PACKED BY [          ]    CHECKED BY [          ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

1.

**fabrik**
SimpleTech I G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE:
15107926

INVOICE NUMBER: 10/13/08
INVOICE DATE: REGULAR INVOICE

ORDER NUMBER: 2060310
ORDER DATE:
SALESPERSON:   4474
CUSTOMER NUMBER: 13

Tax I.D. : 59-3813940

**SOLD TO:** LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:** CIRCUIT CITY - 353
503 S. LEMON AVE.
WALNUT CA 91789

PHONE NO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2168866 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: | USD US Dollars | |
| S500U | 12 | 12 | 0 | 106.40 | 1,276.80 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | | | |
| GTech Item: | | Shipped: 10/13/08 | | | |
| CI: S500U | | | | | |
| Item: S500U | | | | | |
| : NT | | | | | |
| | | | Currency: | USD US Dollars | |
| FS-U25/500E | .168 | 168 | 0 | 174.32 | 29,285.76 |
| 500GB SIGNATURE MINI ESPRESSO | | | | | |
| GTech Item: | | Shipped: 10/13/08 | | | |
| CI: FSU26500E | | | | | |
| Item: FS-U25/500E | | | | | |
| : NT | | | | | |

TRACKING NUMBERS:   408406650005705
976523970325

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

INVOICE TOTAL:

PACKED BY          CHECKED BY

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**INVOICE**                                                                    2

labrik
SimpleTech _I G-Technology,Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE:

INVOICE NUMBER: 10/13/08
INVOICE DATE: REGULAR INVOICE
15107926
2060310
ORDER NUMBER:
ORDER DATE:
SALESPERSON:    4474
CUSTOMER NUMBER:    13

Tax I.D. : 69-3813940

LINDA HORST
**SOLD TO** CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

CIRCUIT CITY - 353
**SHIP TO** S. LEMON AVE.
WALNUT CA 91789

**PHONE NO:**

| **CUSTOMER P.O.** | **SHIP VIA** | **F.O.B.** | **TERMS** |
|---|---|---|---|
| 2060310 | UPS Ground Comm | | NET 60 DAYS |

| **ITEM NO.** | **ORDERED** | **SHIPPED** | **BACK ORDERED** | **PRICE** | **AMOUNT** |
|---|---|---|---|---|---|

ORDER MUST ARRIVE ON: 10/21/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*    SimpleTech, Inc.                      *
*    DEPT. 6945                            *
*    LOS ANGELES, CA 90084-6945            *
* * * * * * * * * * * * * * * * * *
```

|  |  |
|---|---|
| | 30,562.56 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 30,562.56 |

PACKED BY              CHECKED BY

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

PAGE: 1

fabrik
SimpleTech | G-Technology,Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

INVOICE NUMBER: 15107927
INVOICE DATE: 10/13/08    REGULAR INVOICE
ORDER NUMBER: 2060311
ORDER DATE:
SALESPERSON: 4474
CUSTOMER NUMBER: 16

Tax I.D. : 59-3813940

LINDA HORST

| | |
|---|---|
| **SOLD TO:** CIRCUIT CITY STORES, INC.<br>9950 MAYLAND DRIVE<br>RICHMOND VA 23233<br><br>FAX: 804-527-4170 | **SHIP TO:** CIRCUIT CITY - 755<br>3200 CIRCUIT CITY RD.<br>MARION IL 62959<br><br>**PHONE NO:** |

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2100853 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: | USD US Dollars | |
| S500U | 84 | 84 | 0 | 106.40 | 8,937.60 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | | | |
| GTech Item: | | Shipped: 10/13/08 | | | |
| CI: S500U | | | | | |
| Item: S500U | | | | | |
| : NT | | | | | |
| | | | Currency: | USD US Dollars | |
| FS-U25/500E | 304 | 304 | 0 | 174.32 | 52,993.28 |
| 500GB SIGNATURE MINI ESPRESSO | | | | | |
| GTech Item: | | Shipped: 10/13/08 | | | |
| CI: FSU25500E | | | | | |
| Item: FS-U25/500E | | | | | |
| : NT | | | | | |

TRACKING NUMBERS:    FX NAT SLC-286979
976523970299

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

PACKED BY            CHECKED BY

INVOICE TOTAL:

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

**fabrik**

SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE: 2

| | |
|---|---|
| INVOICE NUMBER: | 15107927 |
| INVOICE DATE: | 10/13/08  REGULAR INVOICE |
| ORDER NUMBER: | 2060311 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 16 |

Tax I.D. : 59-3813940

LINDA HORST

**SOLD TO:** CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:** CIRCUIT CITY   755
100 CIRCUIT CITY RD.
MARION IL 62959

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2166658 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| ORDER MUST ARRIVE ON: 10/21/2008 | | | | | |
| SHIP VIA COURIER: SEE BILL MAREC | | | | | |
| CHG CUSTOMERS SHIP ACCT SEE BILL MAREC | | | | | |
| ORDER MUST ARRIVE ON | | | | | |

```
* * * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                          *
*    SimpleTech, Inc.                       *
*    DEPT. 6945                             *
*    LOS ANGELES, CA 90084-6945             *
* * * * * * * * * * * * * * * * * *
```

| | |
|---|---|
| | 61,930.88 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 61,930.88 |

PACKED BY _____   CHECKED BY _____

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

PAGE: 1

**fabrik**
SimpleTech. + GTechnology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

| | |
|---|---|
| INVOICE NUMBER: | 15107928 |
| INVOICE DATE: | 10/13/08 |
| | REGULAR INVOICE |
| ORDER NUMBER: | 2060312 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 11 |

Tax I.D. : 59-3813940

**SOLD TO:**
LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:**
CIRCUIT CITY   775
925 INDEPENDENCE BLVD.
GROVELAND FL 34736

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2166869 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: | USD US Dollars | |
| S500U | 28 | 28 | 0 | 106.40 | 2,979.20 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | | | |
| GTech Item: | | Shipped: 10/13/08 | | | |
| CI: S500U | | | | | |
| Item: S500U | | | | | |
| : NT | | | | | |
| | | | Currency: | USD US Dollars | |
| FS-U25/500E | 320 | 320 | 0 | 174.32 | 56,782.40 |
| 500GB SIGNATURE MINI ESPRESSO | | | | | |
| GTech Item: | | Shipped: 10/13/08 | | | |
| CI: FSU25500E | | | | | |
| Item: FS-U25/500E | | | | | |
| : NT | | | | | |

TRACKING NUMBERS:   408406650005835
976523970303

| | |
|---|---|
| NET INVOICE: | |
| MISCELLANEOUS CHARGE: | |
| FREIGHT: | |
| SALES TAX: | |
| INVOICE TOTAL: | |

PACKED BY [    ]   CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**INVOICE**

2

**fabrik**
SimpleTech | G-Technology,Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE:
15107928

| | |
|---|---|
| INVOICE NUMBER: | 10/13/08 |
| INVOICE DATE: | REGULAR INVOICE |
| | 2060312 |
| ORDER NUMBER: | |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 11 |

Tax I.D. : 59-3813940

LINDA HORST

SOLD TO:  CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

SHIP TO:  CIRCUIT CITY   775
925 INDEPENDENCE BLVD.
GROVELAND FL 34736

PHONE NO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2166855 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| ORDER MUST ARRIVE ON: | 10/21/2008 | | | | |

SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at:  *
*                                          *
*   SimpleTech, Inc.                       *
*   DEPT. 6945                             *
*   LOS ANGELES, CA 90084-6945             *
* * * * * * * * * * * * * * * *
```

| | |
|---|---|
| | 58,761.60 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 58,761.60 |

PACKED BY            CHECKED BY

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**INVOICE**

**fabrik**
SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE: 1

| | |
|---|---|
| INVOICE NUMBER: | 15108689 |
| INVOICE DATE: | 10/16/08 |
| | REGULAR INVOICE |
| ORDER NUMBER: | 2060606 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 15 |

Tax I.D. : 59-3813940

**SOLD TO:**
LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:**
CIRCUIT CITY - 567
1031 COOPER DRIVE
ARDMORE OK 73401
8047544330

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2106697 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: | USD US Dollars | |
| FS-U25/320H | 160 | 160 | 0 | 113.99 | 18,238.40 |
| SIGNATURE U25.320H MINI BLACK CHERRY | | | | | |
| GTech Item: | | Shipped: 10/16/08 | | | |
| CI: FSU25320H | | | | | |
| Item: FS-U25/320H | | | | | |
| : NT | | | | | |
| | | | Currency: | USD US Dollars | |
| FS-U25/500E | 216 | 216 | 0 | 159.59 | 34,471.44 |
| 500GB SIGNATURE MINI ESPRESSO | | | | | |
| GTech Item: | | Shipped: 10/16/08 | | | |
| CI: FSU25500E | | | | | |
| Item: FS-U25/500E | | | | | |
| : NT | | | | | |

TRACKING NUMBERS:   976523971825

ORDER MUST ARRIVE ON:10/21/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

| | |
|---|---|
| NET INVOICE: | |
| MISCELLANEOUS CHARGE: | |
| FREIGHT: | |
| SALES TAX: | |
| INVOICE TOTAL: | |

PACKED BY [   ]   CHECKED BY [   ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

PAGE: 2

fabrik
SimpleTech. | G-Technology, Inc.

1630 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8269

INVOICE NUMBER: 15108689
INVOICE DATE: 10/16/08
REGULAR INVOICE

ORDER NUMBER: 2060606
ORDER DATE:
SALESPERSON: 4474
CUSTOMER NUMBER: 16

Tax I.D. : 59-3813940

**SOLD TO:** LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:** CIRCUIT CITY - 567
201 COOPER DRIVE
ARDMORE OK 73401
8047544330

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2165857 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|

```
* * * * * * * * * * * * * * * * * *
*  Please remit payment to our lockbox at:  *
*                                           *
*    SimpleTech, Inc.                        *
*    DEPT. 6945                              *
*    LOS ANGELES, CA 90084-6945             *
* * * * * * * * * * * * * * * * * * * * * * *
```

|  |  |
|---|---|
| | 52,709.84 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 52,709.84 |

PACKED BY          CHECKED BY

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

PAGE: 1

1830 E. Warner Ave,
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

**fabrik**
SimpleTech | G-Technology, Inc.

| | |
|---|---|
| INVOICE NUMBER: | 15108949 |
| INVOICE DATE: | 10/18/08 **REGULAR INVOICE** |
| ORDER NUMBER: | 2060310 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 13 |

Tax I.D. : 59-3813940

**SOLD TO:**
LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-627-4170

**SHIP TO:**
CIRCUIT CITY - 353
520 S. LEMON AVE.
WALNUT CA 91789

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2168866 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: USD US Dollars | | |
| FS-U25/320H | 48 | 48 | 0 | 113.99 | 5,471.52 |
| SIGNATURE U25.320H MINI BLACK CHERRY | | | | | |
| GTech Item: | | Shipped: 10/18/08 | | | |
| CI: FSU25320H | | | | | |
| Item: FS-U25/320H | | | | | |
| : NT | | | | | |
| | | | Currency: USD US Dollars | | |
| FS-U25/250G | 136 | 136 | 0 | 91.19 | 12,401.84 |
| 250GB SIGNATURE MINI ICE | | | | | |
| GTech Item: | | Shipped: 10/18/08 | | | |
| CI: FSU25250GM | | | | | |
| Item: FS-U25/250G | | | | | |
| : NT | | | | | |

ORDER MUST ARRIVE ON:10/21/2008
SHIP VIA COURIER: SEE BILL MAREC
CHg CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

| | |
|---|---|
| NET INVOICE: | |
| MISCELLANEOUS CHARGE: | |
| FREIGHT: | |
| SALES TAX: | |
| INVOICE TOTAL: | |

PACKED BY [  ]    CHECKED BY [  ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**INVOICE**

PAGE: 2

**fabrik**
SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

| | |
|---|---|
| INVOICE NUMBER: | 15108949 |
| INVOICE DATE: | 10/18/08 REGULAR INVOICE |
| ORDER NUMBER: | 2050310 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 13 |

Tax I.D. : 59-3813940

**SOLD TO:**
LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:**
CIRCUIT CITY - 353
780 S. LEMON AVE.
WALNUT CA 91789

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2166B56 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|

```
* * * * * * * * * * * * * * *     *
* Please remit payment to our lockbox at:  *
*                                  *
*     SimpleTech, Inc.             *
*     DEPT. 6945                   *
*     LOS ANGELES, CA 90084-6945   *
* * * * * * * * * * * * * * * * * * *
```

| | |
|---|---|
| | 17,873.36 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 17,873.36 |

PACKED BY [    ]    CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

PAGE: 1

fabrik
SimpleTech. | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

INVOICE NUMBER: 10/18/08    15108955
INVOICE DATE: REGULAR INVOICE
ORDER NUMBER: 2060606
ORDER DATE:
SALESPERSON:    4474
CUSTOMER NUMBER:    15

Tax I.D. : 59-3813940

LINDA HORST

| SOLD TO | CIRCUIT CITY STORES, INC. | SHIP TO | CIRCUIT CITY    567 |
| | 9950 MAYLAND DRIVE | | 301 COOPER DRIVE |
| | RICHMOND VA 23233 | | ARDMORE OK 73401 |
| | | | 8047544330 |
| | | | PHONE NO: |
| FAX: 804-527-4170 | | | |

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2166887 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: | USD US Dollars | |
| S500U | 48 | 48 | 0 | 98.79 | 4,741.92 |
| 500GB SIMPLEDRIVE II USB EXTERNAL HD | | | | | |
| GTech Item: | | Shipped: 10/18/08 | | | |
| CI: S500U | | | | | |
| Item: S500U | | | | | |
| : NT | | | | | |
| | | | Currency: | USD US Dollars | |
| FS-U25/250G | 176 | 176 | 0 | 91.19 | 16,049.44 |
| 250GB SIGNATURE MINI ICE | | | | | |
| GTech Item: | | Shipped: 10/18/08 | | | |
| CI: FSU25250GM | | | | | |
| Item: FS-U25/250G | | | | | |
| : NT | | | | | |

ORDER MUST ARRIVE ON: 10/21/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

INVOICE TOTAL:

PACKED BY            CHECKED BY

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**INVOICE**

PAGE: 2

fabrik
SimpleTech | G-Technology, Inc.
1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 755-8289

| | |
|---|---|
| INVOICE NUMBER: | 15108955 |
| INVOICE DATE: | 10/18/08   REGULAR INVOICE |
| ORDER NUMBER: | 2060606 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 15 |

Tax I.D. : 59-3813940

**SOLD TO:**
LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:**
CIRCUIT CITY - 567
1301 COOPER DRIVE
ARDMORE OK 73401
8047544330

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2160657 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|

```
* * * * * * * * * *   * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*    SimpleTech, Inc.                      *
*    DEPT. 6945                            *
*    LOS ANGELES, CA 90084-6945            *
* * * * * * * * * * * * * * * * * * * * * *
```

| | |
|---|---|
| | 20,791.36 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 20,791.36 |

PACKED BY [    ]    CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**fabrik**
SimpleTech I G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

# INVOICE

PAGE: 1

15109181

| INVOICE NUMBER: | 10/20/08 |
| INVOICE DATE: | REGULAR INVOICE |

2050308

ORDER NUMBER:
ORDER DATE:
SALESPERSON:    4474
CUSTOMER NUMBER:    12

Tax I.D. : 59-3813940

LINDA HORST

SOLD TO: CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

SHIP TO: CIRCUIT CITY - 255
1000 TOWNSHIP LINE RD
BETHLEHEM PA 18020

PHONE NO:

FAX: 804-527-4170

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2166854 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: USD US Dollars | | |
| FS-U25/250G | 392 | 392 | 0 | 91.19 | 35,746.48 |
| 250GB SIGNATURE MINI ICE | | | | | |
| GTech Item: | | Shipped: 10/20/08 | | | |
| CI: FSU25250GM | | | | | |
| Item: FS-U25/250G | | | | | |
| : NT | | | | | |

ORDER MUST ARRIVE ON:10/21/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
* * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*    SimpleTech, Inc.                      *
*    DEPT. 6945                            *
*    LOS ANGELES, CA 90084-6945            *
* * * * * * * * * * * * * * * * *
```

| | |
|---|---|
| | 35,746.48 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 35,746.48 |

PACKED BY [    ]    CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

**fabrik**

SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE: 1

INVOICE NUMBER: 15109182
INVOICE DATE: 10/20/08    REGULAR INVOICE

ORDER NUMBER: 2060309
ORDER DATE:
SALESPERSON: 4474
CUSTOMER NUMBER: 14

Tax I.D. : 59-3813940

| SOLD TO | SHIP TO |
|---|---|
| LINDA HORST | CIRCUIT CITY - 344 |
| CIRCUIT CITY STORES, INC. | 460 LONGFELLOW COURT, STE.A |
| 9950 MAYLAND DRIVE | LIVERMORE CA 94550 |
| RICHMOND VA 23233 | |
| | PHONE NO: |
| FAX: 804-527-4170 | |

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2166556 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: | USD US Dollars | |
| FS-U25/320H | 120 | 120 | 0 | 113.99 | 13,678.80 |
| SIGNATURE U25.320H MINI BLACK CHERRY | | | | | |
| GTech Item: | | Shipped: 10/20/08 | | | |
| CI: FSU25320H | | | | | |
| Item: FS-U25/320H | | | | | |
| : NT | | | | | |
| | | | Currency: | USD US Dollars | |
| FS-U25/250G | 88 | 88 | 0 | 91.19 | 8,024.72 |
| 250GB SIGNATURE MINI ICE | | | | | |
| GTech Item: | | Shipped: 10/20/08 | | | |
| CI: FSU25250GM | | | | | |
| Item: FS-U25/250G | | | | | |
| : NT | | | | | |

ORDER MUST ARRIVE ON: 10/21/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

INVOICE TOTAL:

PACKED BY [    ]    CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

2

**fabrik**
SimpleTech | G-Technology,Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8269

PAGE:
15109182

INVOICE NUMBER: 10/20/08
INVOICE DATE: REGULAR INVOICE
ORDER NUMBER: 2060309
ORDER DATE:
SALESPERSON:    4474
CUSTOMER NUMBER:

Tax I.D. : 59-3813940

14

LINDA HORST

**SOLD TO:** CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

CIRCUIT CITY - 344

**SHIP TO:** 100 LONGFELLOW COURT, STE.A
LIVERMORE CA 94550

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2166836 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|

```
* * * * * * * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*    SimpleTech, Inc.                      *
*    DEPT. 6945                            *
*    LOS ANGELES, CA 90084-6945            *
* * * * * * * * * * * * * * * * * * * * *
```

NET INVOICE:    21,703.52
MISCELLANEOUS CHARGE:    0.00
FREIGHT:    0.00
SALES TAX:    0.00

PACKED BY          CHECKED BY

INVOICE TOTAL:    21,703.52

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**INVOICE**

**fabrik**
SimpleTech | G-Technology,Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5512
(949) 477-7700
Fax (949) 756-8289

PAGE: 1

INVOICE NUMBER: 15109183
INVOICE DATE: 10/20/08
REGULAR INVOICE
ORDER NUMBER: 2050311
ORDER DATE:
SALESPERSON: 4474
CUSTOMER NUMBER: 16

Tax I.D. : 59-3813940

LINDA HORST
SOLD TO: CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

SHIP TO: CIRCUIT CITY - 755
4390 CIRCUIT CITY RD.
MARION IL 62959

PHONE NO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2166058 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: USD US Dollars | | |
| FS-U25/320H | 152 | 152 | 0 | 113.99 | 17,326.48 |
| SIGNATURE U25.320H MINI BLACK CHERRY | | | | | |
| GTech Item: | | Shipped: 10/20/08 | | | |
| CI: FSU25320H | | | | | |
| Item: FS-U25/320H | | | | | |
| : NT | | | | | |
| | | | Currency: USD US Dollars | | |
| FS-U25/250G | 328 | 328 | 0 | 91.19 | 29,910.32 |
| 250GB SIGNATURE MINI ICE | | | | | |
| GTech Item: | | Shipped: 10/20/08 | | | |
| CI: FSU25250GM | | | | | |
| Item: FS-U25/250G | | | | | |
| : NT | | | | | |

ORDER MUST ARRIVE ON:10/21/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

PACKED BY          CHECKED BY

INVOICE TOTAL:

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

**fabrik**
SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 758-8289

PAGE: 2

| INVOICE NUMBER: | 15109183 |
| INVOICE DATE: | REGULAR INVOICE |
| | 10/20/08 |
| ORDER NUMBER: | 2060311 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 16 |

Tax I.D. : 59-3813940

**SOLD TO:**
LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:**
CIRCUIT CITY - 755
100 CIRCUIT CITY RD.
MARION IL 62959

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2166666 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|

```
* * * * * * * * * * *
* Please remit payment to our lockbox at:  *
*                                          *
*     SimpleTech, Inc.                      *
*     DEPT. 6945                            *
*     LOS ANGELES, CA 90084-6945            *
* * * * * * * * * * * * * * * * * * * * * *
```

|  |  |
|---|---|
| | 47,236.80 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 47,236.80 |

PACKED BY [     ]     CHECKED BY [     ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

**fabrik**
SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

PAGE: 1

INVOICE NUMBER: 10/20/08
15109184
INVOICE DATE: REGULAR INVOICE
2060312
ORDER NUMBER:
ORDER DATE:
SALESPERSON:    4474
CUSTOMER NUMBER:

Tax I.D. : 59-3813940

11    CIRCUIT CITY   775

LINDA HORST
**SOLD TO:** CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

**SHIP TO:** 925 INDEPENDENCE BLVD.
GROVELAND FL 34736

**PHONE NO:**

FAX: 804-627-4170

| **CUSTOMER P.O.** | **SHIP VIA** | **F.O.B.** | **TERMS** |
|---|---|---|---|
| 2106859 | UPS Ground Comm | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: USD US Dollars | | |
| FS-U25/320H | 208 | 208 | 0 | 113.99 | 23,709.92 |
| SIGNATURE U25.320H MINI BLACK CHERRY | | | | | |
| GTech Item: | | | Shipped: 10/20/08 | | |
| CI: FSU25320H | | | | | |
| Item: FS-U25/320H | | | | | |
| : NT | | | | | |
| | | | Currency: USD US Dollars | | |
| FS-U25/250G | 264 | 264 | 0 | 91.19 | 24,074.16 |
| 250GB SIGNATURE MINI ICE | | | | | |
| GTech Item: | | | Shipped: 10/20/08 | | |
| CI: FSU25250GM | | | | | |
| Item: FS-U25/250G | | | | | |
| : NT | | | | | |

ORDER MUST ARRIVE ON: 10/21/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

NET INVOICE:
MISCELLANEOUS CHARGE:
FREIGHT:
SALES TAX:

PACKED BY [    ]    CHECKED BY [    ]

INVOICE TOTAL:

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

2

PAGE:

1830 E. Warner Ave.
Santa Ana, CA 92705-5912
(949) 477-7700
Fax (949) 756-8289

SimpleTech | G-Technology, Inc.

INVOICE NUMBER: 15109184
INVOICE DATE: REGULAR INVOICE
10/20/08
ORDER NUMBER: 2060312
ORDER DATE:
SALESPERSON:    4474
CUSTOMER NUMBER:    11

Tax I.D. : 59-3813940

| SOLD TO | SHIP TO |
|---|---|
| LINDA HORST<br>CIRCUIT CITY STORES, INC.<br>9950 MAYLAND DRIVE<br>RICHMOND VA 23233<br><br>FAX: 804-527-4170 | CIRCUIT CITY - 776<br>925 INDEPENDENCE BLVD.<br>GROVELAND FL 34736<br><br>PHONE NO: |

| CUSTOMER P.O.<br>2168859 | SHIP VIA<br>UPS Ground Comm | F.O.B. | TERMS<br>NET 60 DAYS |
|---|---|---|---|

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| * * * * * * * * * * * * * * * | | | | | |
| * Please remit payment to our lockbox at: * | | | | | |
| * | | | | | |
| * SimpleTech, Inc. * | | | | | |
| * DEPT. 6945 * | | | | | |
| * LOS ANGELES, CA 90084-6945 * | | | | | |
| * * * * * * * * * * * * * * * * * * * * | | | | | |

|  |  |
|---|---|
| | 47,784.08 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 47,784.08 |

PACKED BY [    ]    CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

# INVOICE

PAGE: 1

**fabrik**
SimpleTech | G-Technology, Inc.

1830 E. Warner Ave.
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8289

| | |
|---|---|
| INVOICE NUMBER: | 15109197 |
| INVOICE DATE: | 10/20/08 |
| | REGULAR INVOICE |
| ORDER NUMBER: | 2061131 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 12 |

Tax I.D. : 59-3813940

**SOLD TO:**
LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO:**
CIRCUIT CITY - 255
1000 TOWNSHIP LINE RD
BETHLEHEM PA 18020

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2170903 | OTHER COURIER | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: | USD US Dollars | |
| FS-U25/500E | 144 | 144 | 0 | 159.59 | 22,980.96 |

500GB SIGNATURE MINI ESPRESSO
GTech Item:                          Shipped: 10/20/08
          CI: FSU25500E
          Item: FS-U25/500E

          : NT

     TRACKING NUMBERS:   976523974191

   ORDER MUST ARRIVE ON:10/28/2008
   SHIP VIA COURIER: SEE BILL MAREC
   CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
   ORDER MUST ARRIVE ON

* * * * * * * * * * * *
* Please remit payment to our lockbox at: *
*                                         *
*    SimpleTech, Inc.                     *
*    DEPT. 6945                           *
*    LOS ANGELES, CA 90084-6945           *
* * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| | 22,980.96 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 22,980.96 |

PACKED BY [    ]    CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**INVOICE**

PAGE: 1

fabrik
SimpleTech | G-Technology Inc.

1830 E. Warner Ave,
Santa Ana, CA 92705-5812
(949) 477-7700
Fax (949) 756-8269

| | |
|---|---|
| INVOICE NUMBER: | 15109226 |
| INVOICE DATE: | 10/20/08 REGULAR INVOICE |
| ORDER NUMBER: | 2061739 |
| ORDER DATE: | |
| SALESPERSON: | 4474 |
| CUSTOMER NUMBER: | 15 |

Tax I.D. : 59-3813940

**SOLD TO** LINDA HORST
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

FAX: 804-527-4170

**SHIP TO** CIRCUIT CITY   667
201 COOPER DRIVE
ARDMORE OK 73401
8047544330

**PHONE NO:**

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2170306 | FedEx Ground | | NET 60 DAYS |

| ITEM NO. | ORDERED | SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | Currency: USD US Dollars | | |
| FS-U25/500E | 64 | 64 | 0 | 159.59 | 10,213.76 |
| 500GB SIGNATURE MINI ESPRESSO | | | | | |
| GTech Item: | | | Shipped: 10/20/08 | | |
| CI: FSU2550OE | | | | | |
| Item: FS-U25/500E | | | | | |
| : NT | | | | | |
| TRACKING NUMBERS:  976523974206 | | | | | |

ORDER MUST ARRIVE ON:10/28/2008
SHIP VIA COURIER: SEE BILL MAREC
CHG CUSTOMERS SHIP ACCT SEE BILL MAREC
ORDER MUST ARRIVE ON

```
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
*  Please remit payment to our lockbox at:  *
*                                           *
*     SimpleTech, Inc.                      *
*     DEPT. 6945                            *
*     LOS ANGELES, CA 90084-6945            *
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

| | |
|---|---|
| | 10,213.76 |
| NET INVOICE: | 0.00 |
| MISCELLANEOUS CHARGE: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | |
| INVOICE TOTAL: | 10,213.76 |

PACKED BY [    ]   CHECKED BY [    ]

"THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS STATED ON THE BACK UNLESS AGREED TO BY THE PARTIES IN WRITING."

**SimpleTech, Inc. a Fabrik Company**
**Supporting Schedule for Trailing 45 days of Sales to Circuity City Stores Inc.**

| CUST # | Type | INV # | Order # | Invoice Date | Delivery Date | Amount | Notes |
|--------|------|-------|---------|--------------|---------------|--------|-------|
| 4474 | Invoice | 15106368 | 2058758 | 10/4/2008 | 10/7/2008 | $ 68,582.40 | Invoice 15106368 |
| 4474 | Invoice | 15106369 | 2058771 | 10/4/2008 | 10/7/2008 | $ 18,038.40 | Invoice 15106369 |
| 4474 | Invoice | 15106370 | 2058772 | 10/4/2008 | 10/7/2008 | $ 24,426.24 | Invoice 15106370 |
| 4474 | Invoice | 15106371 | 2058773 | 10/4/2008 | 10/7/2008 | $ 24,304.64 | Invoice 15106371 |
| 4474 | Invoice | 15106372 | 2058774 | 10/4/2008 | 10/7/2008 | $ 46,952.32 | Invoice 15106372 |
| 4474 | Invoice | 15106373 | 2058775 | 10/4/2008 | 10/7/2008 | $ 32,698.88 | Invoice 15106373 |
| 4474 | Invoice | 15107006 | 2059689 | 10/7/2008 | 10/10/2008 | $ 71,744.00 | Invoice 15107006 |
| 4474 | Invoice | 15107008 | 2059707 | 10/7/2008 | 10/10/2008 | $ 18,920.16 | Invoice 15107008 |
| 4474 | Invoice | 15107009 | 2059708 | 10/7/2008 | 10/10/2008 | $ 44,592.96 | Invoice 15107009 |
| 4474 | Invoice | 15107010 | 2059709 | 10/7/2008 | 10/10/2008 | $ 18,414.72 | Invoice 15107010 |
| 4474 | Invoice | 15107011 | 2059710 | 10/7/2008 | 10/10/2008 | $ 34,952.32 | Invoice 15107011 |
| 4474 | Invoice | 15107012 | 2059711 | 10/7/2008 | 10/10/2008 | $ 54,218.24 | Invoice 15107012 |
| 4474 | Invoice | 15107307 | 2059689 | 10/8/2008 | 10/10/2008 | $ 25,171.20 | Invoice 15107307 |
| 4474 | Invoice | 15107308 | 2059709 | 10/8/2008 | 10/10/2008 | $ 41,891.20 | Invoice 15107308 |
| 4474 | Invoice | 15107309 | 2059710 | 10/8/2008 | 10/11/2008 | $ 1,580.80 | Invoice 15107309 |
| 4474 | Invoice | 15107415 | 2059709 | 10/9/2008 | 10/11/2008 | $ 11,536.80 | Invoice 15107415 |
| 4474 | Invoice | 15107416 | 2059710 | 10/9/2008 | 10/13/2008 | $ 10,488.00 | Invoice 15107416 |
| 4474 | Invoice | 15107417 | 2059711 | 10/9/2008 | 10/13/2008 | $ 11,012.40 | Invoice 15107417 |
| 4474 | Invoice | 15107532 | 2059689 | 10/9/2008 | 10/13/2008 | $ 22,374.40 | Invoice 15107532 |
| 4474 | Invoice | 15107533 | 2059707 | 10/9/2008 | 10/13/2008 | $ 3,891.20 | Invoice 15107533 |
| 4474 | Invoice | 15107534 | 2059709 | 10/9/2008 | 10/13/2008 | $ 1,459.20 | Invoice 15107534 |
| 4474 | Invoice | 15107535 | 2059711 | 10/9/2008 | 10/13/2008 | $ 3,891.20 | Invoice 15107535 |
| 4474 | Invoice | 15107924 | 2060308 | 10/13/2008 | 10/16/2008 | $ 101,750.40 | Invoice 15107924 |
| 4474 | Invoice | 15107925 | 2060309 | 10/13/2008 | 10/16/2008 | $ 33,731.84 | Invoice 15107925 |
| 4474 | Invoice | 15107926 | 2060310 | 10/13/2008 | 10/16/2008 | $ 30,562.56 | Invoice 15107926 |
| 4474 | Invoice | 15107927 | 2060311 | 10/13/2008 | 10/16/2008 | $ 61,930.88 | Invoice 15107927 |
| 4474 | Invoice | 15107928 | 2060312 | 10/13/2008 | 10/16/2008 | $ 58,761.60 | Invoice 15107928 |
| 4474 | Invoice | 15108689 | 2060606 | 10/16/2008 | 10/19/2008 | $ 52,709.84 | Invoice 15108689 |
| 4474 | Invoice | 15108949 | 2060310 | 10/18/2008 | 10/21/2008 | $ 17,873.36 | Invoice 15108949 |
| 4474 | Invoice | 15108955 | 2060606 | 10/18/2008 | 10/21/2008 | $ 20,791.36 | Invoice 15108955 |
| 4474 | Invoice | 15109181 | 2060308 | 10/20/2008 | 10/24/2008 | $ 35,746.48 | Invoice 15109181 |
| 4474 | Invoice | 15109182 | 2060309 | 10/20/2008 | 10/24/2008 | $ 21,703.52 | Invoice 15109182 |
| 4474 | Invoice | 15109183 | 2060311 | 10/20/2008 | 10/24/2008 | $ 47,236.80 | Invoice 15109183 |
| 4474 | Invoice | 15109184 | 2060312 | 10/20/2008 | 10/24/2008 | $ 47,784.08 | Invoice 15109184 |
| 4474 | Invoice | 15109197 | 2061131 | 10/20/2008 | 10/24/2008 | $ 22,980.96 | Invoice 15109197 |
| 4474 | Invoice | 15109226 | 2061739 | 10/20/2008 | 10/24/2008 | $ 10,213.76 | Invoice 15109226 |
| | | | | | | **$ 1,154,919.12** | |

**SimpleTech, Inc. a Fabrik Company**
**Supporting Schedule for Trailing 45 days of Sales to Circuity City Stores Inc.**

| CUST # | Type | INV # | Order # | Invoice Date | Delivery Date | Amount | Notes |
|---|---|---|---|---|---|---|---|
| 4474 | Invoice | 15106368 | 2058758 | 10/4/2008 | 10/7/2008 | $ 68,582.40 | Invoice 15106368 |
| 4474 | Invoice | 15106369 | 2058771 | 10/4/2008 | 10/7/2008 | $ 18,038.40 | Invoice 15106369 |
| 4474 | Invoice | 15106370 | 2058772 | 10/4/2008 | 10/7/2008 | $ 24,426.24 | Invoice 15106370 |
| 4474 | Invoice | 15106371 | 2058773 | 10/4/2008 | 10/7/2008 | $ 24,304.64 | Invoice 15106371 |
| 4474 | Invoice | 15106372 | 2058774 | 10/4/2008 | 10/7/2008 | $ 46,952.32 | Invoice 15106372 |
| 4474 | Invoice | 15106373 | 2058775 | 10/4/2008 | 10/7/2008 | $ 32,698.88 | Invoice 15106373 |
| 4474 | Invoice | 15107006 | 2059689 | 10/7/2008 | 10/10/2008 | $ 71,744.00 | Invoice 15107006 |
| 4474 | Invoice | 15107008 | 2059707 | 10/7/2008 | 10/10/2008 | $ 18,920.16 | Invoice 15107008 |
| 4474 | Invoice | 15107009 | 2059708 | 10/7/2008 | 10/10/2008 | $ 44,592.96 | Invoice 15107009 |
| 4474 | Invoice | 15107010 | 2059709 | 10/7/2008 | 10/10/2008 | $ 18,414.72 | Invoice 15107010 |
| 4474 | Invoice | 15107011 | 2059710 | 10/7/2008 | 10/10/2008 | $ 34,952.32 | Invoice 15107011 |
| 4474 | Invoice | 15107012 | 2059711 | 10/7/2008 | 10/10/2008 | $ 54,218.24 | Invoice 15107012 |
| 4474 | Invoice | 15107307 | 2059689 | 10/8/2008 | 10/10/2008 | $ 25,171.20 | Invoice 15107307 |
| 4474 | Invoice | 15107308 | 2059707 | 10/8/2008 | 10/10/2008 | $ 41,891.20 | Invoice 15107308 |
| 4474 | Invoice | 15107309 | 2059710 | 10/8/2008 | 10/11/2008 | $ 1,580.80 | Invoice 15107309 |
| 4474 | Invoice | 15107415 | 2059709 | 10/9/2008 | 10/11/2008 | $ 11,536.80 | Invoice 15107415 |
| 4474 | Invoice | 15107416 | 2059710 | 10/9/2008 | 10/13/2008 | $ 10,488.00 | Invoice 15107416 |
| 4474 | Invoice | 15107417 | 2059711 | 10/9/2008 | 10/13/2008 | $ 11,012.40 | Invoice 15107417 |
| 4474 | Invoice | 15107532 | 2059689 | 10/9/2008 | 10/13/2008 | $ 22,374.40 | Invoice 15107532 |
| 4474 | Invoice | 15107533 | 2059707 | 10/9/2008 | 10/13/2008 | $ 3,891.20 | Invoice 15107533 |
| 4474 | Invoice | 15107534 | 2059709 | 10/9/2008 | 10/13/2008 | $ 1,459.20 | Invoice 15107534 |
| 4474 | Invoice | 15107535 | 2059711 | 10/9/2008 | 10/13/2008 | $ 3,891.20 | Invoice 15107535 |
| 4474 | Invoice | 15107924 | 2060308 | 10/13/2008 | 10/16/2008 | $ 101,750.40 | Invoice 15107924 |
| 4474 | Invoice | 15107925 | 2060309 | 10/13/2008 | 10/16/2008 | $ 33,731.84 | Invoice 15107925 |
| 4474 | Invoice | 15107926 | 2060310 | 10/13/2008 | 10/16/2008 | $ 30,562.56 | Invoice 15107926 |
| 4474 | Invoice | 15107927 | 2060311 | 10/13/2008 | 10/16/2008 | $ 61,930.88 | Invoice 15107927 |
| 4474 | Invoice | 15107928 | 2060312 | 10/13/2008 | 10/16/2008 | $ 58,761.60 | Invoice 15107928 |
| 4474 | Invoice | 15108689 | 2060606 | 10/16/2008 | 10/19/2008 | $ 52,709.84 | Invoice 15108689 |
| 4474 | Invoice | 15108949 | 2060310 | 10/18/2008 | 10/21/2008 | $ 17,873.36 | Invoice 15108949 |
| 4474 | Invoice | 15108955 | 2060606 | 10/18/2008 | 10/21/2008 | $ 20,791.36 | Invoice 15108955 |
| 4474 | Invoice | 15109181 | 2060308 | 10/20/2008 | 10/24/2008 | $ 35,746.48 | Invoice 15109181 |
| 4474 | Invoice | 15109182 | 2060309 | 10/20/2008 | 10/24/2008 | $ 21,703.52 | Invoice 15109182 |
| 4474 | Invoice | 15109183 | 2060311 | 10/20/2008 | 10/24/2008 | $ 47,236.80 | Invoice 15109183 |
| 4474 | Invoice | 15109184 | 2060312 | 10/20/2008 | 10/24/2008 | $ 47,784.08 | Invoice 15109184 |
| 4474 | Invoice | 15109197 | 2061131 | 10/20/2008 | 10/24/2008 | $ 22,980.96 | Invoice 15109197 |
| 4474 | Invoice | 15109226 | 2061739 | 10/20/2008 | 10/24/2008 | $ 10,213.76 | Invoice 15109226 |
| | | | | | | $ 1,154,919.12 | |