**Hearing Date: July 16, 2009 at 11:00 a.m.**
**Objection Deadline: July 14, 2009, at 4:00 p.m.**

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| et al., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**CORRECTED NOTICE OF MOTION AND NOTICE OF HEARING ON DEBTORS'
MOTION FOR ORDER UNDER BANKRUPTCY CODE SECTIONS 105, 363 AND
503 AND BANKRUPTCY RULES 2002 AND 6004 (A) AUTHORIZING
SELLER TO ENTER INTO AGREEMENT FOR SALE OF CERTAIN REAL
PROPERTY IN VIRGINIA BEACH, VIRGINIA SUBJECT TO HIGHER OR
OTHERWISE BETTER BIDS, (B) APPROVING TERMINATION FEE IN
CONNECTION THEREWITH, (C) APPROVING SALE OF REAL PROPERTY
FREE AND CLEAR OF ALL INTERESTS AND (D) GRANTING RELATED
RELIEF**

**PLEASE TAKE NOTICE** that on June 26, 2009, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the Debtors' Motion for Order Under Bankruptcy Code Sections 105, 363 and 503 and Bankruptcy Rules 2002 and 6004

(A) Authorizing Seller to Enter into Agreement for Sale of
Certain Real Property in Virginia Beach, Virginia Subject to
Higher or Otherwise Better Bids, (B) Approving Termination
Fee in Connection Therewith, (C) Approving Sale of Real
Property Free and Clear of All Interests and (D) Granting
Related Relief (the "Motion").

**Your rights may be affected.  You should read these
papers carefully and discuss them with your attorney, if you
have one in these bankruptcy cases.  (If you do not have an
attorney, you may wish to consult one.)**  Under Local
Bankruptcy Rule 9013-1, unless a written response to the
Motion is filed with the Clerk of the Court and served on
the moving party, the trustee and those parties as required
by the Order Pursuant to Bankruptcy Code Sections 102 and
105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy
Rules 2002-1 and 9013-1 Establishing Certain Notice, Case
Management and Administrative Procedures (entered on
November 13, 2008 at Docket No. 130) (the "Case Management
Order") no later than two (2) business days before the
scheduled hearing date, the Court may deem any opposition
waived, treat the Motion as conceded, and issue an order
granting the requested relief without further notice or
hearing.  If you do not want the Court to approve the
Motion, or if you want the Court to consider your views on
the Motion, then you or you attorney must:

[X]   File with the Court, either electronically or at
      the address shown below, a written response
      pursuant to Local Bankruptcy Rule 9013-1(H).  If
      you mail your response to the Court for filing,
      you must mail it early enough so the Court will
      **receive it on or before July 14, 2009 at 4:00 p.m.**

Clerk of Court
United States Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, Virginia 23219

[X]   Pursuant to the Case Management Order, you must
also serve a copy of any written response and
request for hearing by the foregoing date via
electronic mail on the following:(i) the Core
Group, which includes the Debtors, co-counsel to
the Debtors, the Office of the United States
Trustee, co-counsel for any committee, counsel to
the agents for the Debtors' prepetition lenders,
and counsel to the agents for the Debtors'
postpetition lenders; (ii) the 2002 List; and
(iii) those additional parties as required by the
Case Management Order (all of which are defined in
the Case Management Order), which can be found at
www.kccllc.net/circuitcity.

[X]   Attend a hearing before the Honorable Kevin
Huennekens, United States Bankruptcy Judge, **at
11:00 a.m. (Eastern Time) on July 16, 2009** at the
United States Bankruptcy Court, Room 5000, 701
East Broad Street, Richmond, Virginia 23219.  **If
you or your attorney do not attend the hearing,
the Court may grant the relief requested in the
Motion**.

If you or your attorney do not take these steps, the
Court may decide that you do not oppose the relief sought in
the Motion and may enter an order granting the relief
requested.

Dated: June 26, 2009          SKADDEN, ARPS, SLATE, MEAGHER &
        Richmond, Virginia    FLOM, LLP
                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000

                                      - and -

                              SKADDEN, ARPS, SLATE, MEAGHER &
                              FLOM, LLP
                              Chris L. Dickerson, Esq.
                              333 West Wacker Drive
                              Chicago, Illinois 60606
                              (312) 407-0700

                                      - and -

                              MCGUIREWOODS LLP

                              /s/ Douglas M. Foley            .
                              Dion W. Hayes (VSB No. 34304)
                              Douglas M. Foley (VSB No. 34364)
                              One James Center
                              901 E. Cary Street
                              Richmond, Virginia 23219
                              (804) 775-1000

                              Counsel for Debtors and Debtors
                              in Possession

\9566009.2