# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: | **Chapter 11** |
| | **Case No. 08-35653-KRH** |
| CIRCUIT CITY STORES, INC., *et al.* | |
| | **Jointly Administered** |
| Debtors. | **Judge Kevin R. Huennekens** |

## MICHAEL T. CHALIFOUX'S RESPONSE TO DEBTORS' NINTH OMNIBUS OBJECTION TO CERTAIN (I) LATE CLAIMS AND (II) LATE 503(B)(9) CLAIMS

COMES NOW Michael T. Chalifoux ("Chalifoux"), through his undersigned counsel, pursuant to Fed. R. Bankr. P. 3007, Local Bankruptcy Rule 3007-1(D), and this Court's April 1, 2009 Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections [Docket No. 2881], and responds to the Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Clams [Docket No. 3509] and states as follows:

### Argument

1. For the reasons stated in the Motion of Michael T. Chalifoux to File Late Proof of Claim filed March 20, 2009 ("Chalifoux's Motion") [Docket No. 2676], which is incorporated in its entirety by this reference as if set forth more fully herein, Chalifoux respectfully requests that this Court overrule the Debtors' Ninth Omnibus Objection as it relates to Chalifoux's claim,

---

Richard E. Hagerty
VSB No. 47673
*Attorney for Mike Chalifoux*
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia  22102
703-734-4326
703-448-6520 (fax)

enter its order granting Chalifoux's Motion and allowing his claim in the full amount filed, and awarding Chalifoux such other and further relief as may be proper under the circumstances.

Respectfully submitted this 29th day of June, 2009.

        /s/ Richard E. Hagerty
Richard E. Hagerty
VSB No. 47673
*Attorney for Michael T. Chalifoux*
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA  22102
(703) 734-4326
(703) 448-6520 (facsimile)
richard.hagerty@troutmansanders.com

## CERTIFICATE OF SERVICE

This is to certify that on this 29th day of June, 2009, I have served the foregoing ***Response*** (i) electronically or by first-class mail, postage prepaid on the "2002" and "Core" lists and (ii) through the Court's ECF System.

        /s/ Richard E. Hagerty
Richard E. Hagerty, VSB No. 47673

Tyson01 396808v1 235554.000001