Page 1 of 1

Searching...

Client Login

**KURTZMAN CARSON CONSULTANTS**

**Clients : Active Cases : Circuit City Stores, Inc.**

- > Claims Register
- > Court Documents
- > Equity and Claim Trading Information
- > First Day Motions
- > First Day Orders
- > Notice Lists
- > Schedules and Statements

Bankruptcy Industry Links

General Proof Of Claim Form

503(b)(9) Proof Of Claim Form

Claim/Creditor Search

Submit an Inquiry

### Circuit City Stores, Inc. Search Results
### Creditor Name: Begins With "M&M Berman"

| Date Claim Filed | Claim No. | Schedule | Nature | Name | Amount | C* | U* | D* | Debtor |
|---|---|---|---|---|---|---|---|---|---|
| 1/13/2009 | 5992 | | General Unsecured | M&M Berman Enterprises | $1,919,500.00 | | | | Circuit City Stores, Inc. |
| 1/16/2009 | 5644 | | General Unsecured | M&M Berman Enterprises | $1,919,500.00 | | | | Circuit City Stores, Inc. |

*C=Contingent, U=Unliquidated, D=Disputed

EXHIBIT 1

http://www.kccllc.net/SearchResults.asp?SH=1    6/26/2009