Searching...



**KURTZMAN CARSON CONSULTANTS**

**Clients : Active Cases : Circuit City Stores, Inc.**

Client Login

- > Claims Register
- > Court Documents
- > Equity and Claim Trading Information
- > First Day Motions
- > First Day Orders
- > Notice Lists
- > Schedules and Statements

Bankruptcy Industry Links

General Proof Of Claim Form

503(b)(9) Proof Of Claim Form

Claim/Creditor Search

Submit an Inquiry

**EXHIBIT 2**

### Circuit City Stores, Inc. Search Results
### Creditor Name: Begins With "M & M Berman"

| Date Claim Filed | Claim No. | Schedule | Nature | Name | Amount | C* | U* | D* | Debtor |
|---|---|---|---|---|---|---|---|---|---|
|  |  | F | General Unsecured | M & M BERMAN ENTERPRISES |  | C | U | D | Circuit City Stores, Inc. |
|  |  | F | General Unsecured | M & M BERMAN ENTERPRISES |  | C | U | D | Circuit City Stores, Inc. |
| 1/13/2009 | 5993 |  | General Unsecured | M & M BERMAN ENTERPRISES | $3,097,374.00 |  |  |  | Circuit City Stores, Inc. |

*C=Contingent, U=Unliquidated, D=Disputed