Darrell W. Clark, Bar No. 43943
Tracey M. Ohm, Bar No. 77150
STINSON MORRISON HECKER LLP
1150 18th Street, NW, Suite 800
Washington, DC  20036-3816
dclark@stinson.com
tohm@stinson.com
Tel. (202) 785-9100
Fax (202) 785-9163 (fax)
*Attorneys for Waste Management, Inc.*

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re | Case No. 08-35653 (KRH) |
| | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.*, | |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for Waste Management, Inc. ("Waste Management"), a creditor in interest herein, and pursuant to Rule 2002 of the Bankruptcy Rules and § 1109(b) of the Bankruptcy Code, demands that all notice given or required to be given in this case and all papers served in this case be given to and served upon:

STINSON MORRISON HECKER LLP
1150 18th Street, NW
Suite 800
Washington, DC 20036-3816
Tel: (202) 785-9100
Fax: (202) 785-9163
E-mail: dclark@stinson.com
        tohm@stinson.com
ATTENTION:  Darrell W. Clark, Esq.
            Tracey M. Ohm, Esq.

PLEASE TAKE FURTHER NOTICE that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes, without limitation, orders and notice of any application,

motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, e-mail, telex or otherwise, which affects the Debtors or the property of the Debtors.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) Waste Management's right to have final orders in non-core matters entered only after *de novo* review by a district court judge (ii) Waste Management's right to a jury trial in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto; (iii) Waste Management's right to have the reference withdrawn by the district court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, defenses, setoffs, or recoupments to which Waste Management is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: June 29, 2009                                Respectfully Submitted,

/s/ Darrell W. Clark
Darrell W. Clark, Bar No. 43943
Tracey M. Ohm, Bar No. 77150
Stinson Morrison Hecker LLP
1150 18th Street, NW, Suite 800
Washington, D.C.  20036
dclark@stinson.com
tohm@stinson.com
Tel. (202) 785-9100
Fax (202) 785-9163 (fax)
*Attorneys for Waste Management, Inc*.

2

## CERTIFICATE OF SERVICE

I certify that on this 29th day of June, 2009, a copy of the foregoing *Notice of Appearance and Demand for Service of Papers* was delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system and/or by electronic mail to the following pursuant to the *Order Establishing Certain Notice, Case Management and Administrative Procedures* entered in this case.

    circuitcityservice@mcguirewoods.com
    project.circuitcity@skadden.com


        /s/ Darrell W. Clark
        Darrell W. Clark