### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

In re:  CIRCUIT CITY STORES, INC.       Case No.  08-35653 -KRH
             Debtors.       Chapter 11

## RESPONSE AND REQUEST FOR HEARING OF CORNELLA D. BEVERLY TO THE EIGHTH OMNIBUS OBJECTION OF PROOF OF CLAIM 11073

In response to the Eighth Omnibus Objection to Proof of Claim Being Filed Late Cornella D. Beverly states:

1. Cornella Beverly's claim was mailed on or about January 23, 2009, postage pre-paid to the correct address in California.

2. That the deadline to file a proof of claim was January 29, 2009.

3. That the claim is shown as being received February 2, 2009, the first business day after January 29th.

4. That Beverly believes the claim should have been received on time since it was timely mailed.

5. That Rule 9006(b) of the Federal Rules of Bankruptcy Procedure allows this Court to enlarge the time for filing claims and find the Proof of Claim of Cornella D. Beverly was filed timely.

Robert A. Canfield, Esquire
VSB #16901
Canfield Baer & Heller, LLP
2201 Libbie Avenue, Suite 200
Richmond, VA 23230
☎ 804-673-6600
📠 804-673-6604
bcanfield@canfieldbaer.com

For all the foregoing, the Objection to Proof of Claim should be denied, Proof of Claim 11073 should be allowed, and the Objection to Proof of Claim be docketed and set for hearing on July 6th at 2 pm.

CORNELLA D. BEVERLY


By: /s/ Robert A. Canfield_____
Counsel for Cornella D. Beverly

## **CERTIFICATE**

I hereby certify that a true copy of the foregoing Response and Request for Hearing to Objection of Proof of Claim was served electronically and mailed on this the 29th day of June 2009, to the following:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street, Room 4000
Richmond, VA 23219

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, IL 60606

/s/ Robert A. Canfield
Robert A. Canfield, VSB #16901