# EXHIBIT A

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO | CONTINGENT, UNLIQUIDATED, DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1493163 - 10066084<br>SALON, RICHARD E<br>ADDRESS ON FILE | SALARY EMPLOYEE CLAIMS<br>POTENTIAL CLAIMS ARRISING FROM EMPLOYMENT | Contingent,<br>Unliquidated | $0.00 |
| 1493163 - 10166505<br>SALON, RICHARD E<br>ADDRESS ON FILE | EMPLOYEE BENEFITS<br>LTI: PERFORMANCE CASH AWARDS | Contingent,<br>Unliquidated | Unknown |
| 1493163 - 10167270<br>SALON, RICHARD E<br>ADDRESS ON FILE | EMPLOYEE BENEFITS<br>LTI: UNVESTED RESTRICTED STOCK AWARD | Contingent,<br>Unliquidated | Unknown |
| 1493163 - 10167135<br>SALON, RICHARD E<br>ADDRESS ON FILE | EMPLOYEE BENEFITS<br>LTI: PERFORMANCE CASH AWARDS | Contingent,<br>Unliquidated | Unknown |
| 1461267 - 10169167<br>SALOVAARA, MIKAEL<br>ADDRESS ON FILE | BOD BENEFITS<br>BOARD OF DIRECTOR DEFERRED CASH | Contingent,<br>Unliquidated | Unknown |
| 2693519 - 10209824<br>SALSBURY, DAVID<br>PO BOX 6133<br>JACKSON MI 49204-0000 | POTENTIAL REFUND CLAIM | Disputed | $65.20 |
| 2327036 - 10087573<br>SALT, DAVID<br>497 MOSS WOOD DR<br>LEWISVILLE TX 75077 | POTENTIAL CLAIM<br>CLAIM NUMBER -<br>20060529925-0001 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1466312 - 10022841<br>SALTER, JEFFREY CHANNEN<br>ADDRESS ON FILE | HOURLY EMPLOYEE CLAIMS<br>POTENTIAL CLAIMS ARRISING FROM EMPLOYMENT | Contingent,<br>Unliquidated | Unknown |