# EXHIBIT C

From: **Salovaara/Stewart** <trewstar@gmail.com>
Date: Tue, Feb 3, 2009 at 11:17 AM
To: "Jay_Oakey@circuitcity.com" <Jay_Oakey@circuitcity.com>

Jay:

I sent in two claims: deferred cash and options. I included two separtate SASE for responses. I got one on the options. Can you tell me if I am in the computer data base on the deferred cash?

mikael

----------

From: <Jay_Oakey@circuitcity.com>
Date: Tue, Feb 3, 2009 at 11:26 AM
To: trewstar@gmail.com

I see the one for the options, but not the one for the deferred cash. You are on the company's records for the deferred cash, which is really the best place that you can be in this process. Let's see if it shows up in the next week.

Jay

John M. Oakey, III
Director and Assistant General Counsel -- Securities
Circuit City Stores, Inc.