UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. **08-35653** |
| | ) | |
| Debtors. | ) | Jointly Administered |

### NOTICE OF APPEARANCE OF COUNSEL
### AND REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Slam Brands, Inc. ("Slam Brands"), as a party in interest in the above-captioned case, hereby appears by its counsel, Gregory Kaplan, PLC, pursuant to Section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  Slam Brands, by and through its counsel, hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and the applicable Local Rules, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

> Troy Savenko, Esquire
> Gregory Kaplan, PLC
> 7 East Second Street (23224-4253)
> Post Office Box 2470
> Richmond, VA   23218-2470
> Phone: (804) 423-7921
> Fax: (804) 230-0024
> E-mail: tsavenko@gregkaplaw.com

---

Troy Savenko (Va. Bar No. 44516)
Leslie A. Skiba (Va. Bar No. 48783)
GREGORY KAPLAN, PLC
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, Virginia 23218-2470
Phone:     (804) 423-7921
Facsimile: (804) 230-0024

*Co-Counsel to Slam Brands, Inc.*

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

PLEASE TAKE FURTHER NOTICE that that neither this Notice of Appearance and Request for Notice nor any later appearance, pleading, claim or suit shall waive any right shall be deemed or construed to be a waiver of Slam Brands' right (1) to have final orders in noncore matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) to have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Slam Brands is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Slam Brands expressly reserves.

Dated: June 29, 2009

Respectfully Submitted,

/s/ Troy Savenko
Troy Savenko (Va. Bar No. 44516)
Leslie A. Skiba (Va. Bar No. 48783)
GREGORY KAPLAN, PLC
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, VA   23218-2470
Phone:      (804) 423-7921
Fax:          (804) 230-0024

*Counsel for Slam Brands, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2009, I caused a copy of the foregoing to be served by electronic mail upon all parties that have requested notice of papers with the Court's CM/ECF Noticing System pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

/s/ Troy Savenko