B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |

**Debtor against which claim is asserted :** (Check only **one** box below:)

☑ Circuit City Stores, Inc. (Case No. 08-35653)
☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
☐ InterTAN, Inc. (Case No. 08-35655)
☐ Ventoux International, Inc. (Case No. 08-35656)
☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)
☐ CC Aviation, LLC (Case No. 08-35658)
☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
☐ Circuit City Stores PR, LLC (Case No. 08-35660)
☐ Circuit City Properties, LLC (Case No. 08-35661)
☐ Orbyx Electronics, LLC (Case No. 08-35662)
☐ Kinzer Technology, LLC (Case No. 08-35663)
☐ Courchevel, LLC (Case No. 08-35664)
☐ Abbott Advertising, Inc. (Case No. 08-35665)
☐ Mayland MN, LLC (Case No. 08-35666)
☐ Patapsco Designs, Inc. (Case No. 08-35667)
☐ Sky Venture Corporation (Case No. 08-35668)
☐ XSStuff, LLC (Case No. 08-35669)
☐ PRAHS, INC. (Case No. 08-35670)

NOTE: This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Laura Scannell

**Name and address where notices should be sent:**
Laura Scannell
6055 Knights Ridge Way
Alexandria, VA 22310

Telephone number: 703-924-0586 (H)
703-216-6026 (c)

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
(If known)

**Filed on:** _____

**Name and address where payment should be sent (if different from above):**

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**  $ 2,029.73

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Goods purchased but not received
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 0802

  **3a. Debtor may have scheduled account as:** _____
  (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**

**Value of Property:** $_____  **Annual Interest Rate** ___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any:** $_____   **Basis for perfection:** _____

**Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☑ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$ 2029.73

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**Date:** 3/16/09

**Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Laura L. Scannell* (signature)
Laura L. Scannell

**FOR COURT USE ONLY**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Exhibit(s) Exhibit A - Proof of Claim    Page 2 of 8

Laura Scannell
6055 Knights Ridge Way
Alexandria, VA 22310
T: (703) 924-0586

March 16, 2009

Circuit City Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
T: (888) 830-4650

To Whom It May Concern:

I am making a claim to recover a deposit made to Circuit City Stores, Inc. for the amount of $2029.73, which was paid in full by personal check on January 7, 2009.

On January 3, 2009, I purchased a Samsung model LN 46A650 television and an extended warranty from the Circuit City store located in Springfield, Virginia (store #00802). The store did not have the item in stock. The sales clerk stated that I would be called when the shipment arrived, which would be in one to two weeks. However, I never received the merchandise. On a weekly basis for the next month and a half, I made follow-up calls to the Circuit City Store and was told that trucks containing the store's merchandise arrive on Fridays, they could not tell me where my order was, and I should wait for the next shipment. At no point was I informed that my order might not be filled.

I have enclosed a copy of the sales receipt and a copy of my bank statement with the paid check highlighted. Due to the poor quality of the sales receipt (faded ink), I have transcribed the information on the top portion of the copy. Please let me know if you require the original receipt. Please provide acknowledgement of the claim filing using the enclosed envelope and claim copy.

Thank you for your time and attention to this matter.

Sincerely,

*Laura L. Scannell*

Laura L. Scannell


Enclosure



**SUNTRUST**

**Your monthly Signature Advantage statement for January, 2009**

**Customer**
LAURA L SCANNELL
6055 KNIGHTS RIDGE WAY

**Your checking account**
....4438 

**You are here**
Bulletin Board
Your SunTrust accounts summary
▲ Your *Signature Advantage* cash summary
Your *Signature Advantage* investments
Balancing your *Signature Advantage* account

**Cash dividends on sweep investment**
Dividends earned on your money market mutual fund cash sweep investment during this statement period are paid at the beginning of the next month and will appear on your next account statement.

## Your *Signature Advantage* cash summary (continued)

## Important information about your *Signature Advantage* cash activity

**Details of cash activity in date order** - below lists all cash activity in your *Signature Advantage* account in date order. This includes any investment and checking activity which affects your cash. Check expense codes, if entered, are listed with the check's description. In the first column of this section:
- CHK identifies checking activities
- INV identifies investment activities

## Details of cash activity in date order

| Class | Date | Description | Amounts added ($) | Amounts deducted ($) | Balance ($) |
|---|---|---|---|---|---|
| CHK | Jan 07 | Check Paid 2057 | | (2,029.73) | 93,205.10 |

Case 08-35653-KRH    Doc 3838-1    Filed 06/29/09    Entered 06/29/09 14:39:53    Desc
Exhibit(s)  Exhibit A - Proof of Claim    Page 4 of 8

6 of 17

**Your monthly Signature Advantage statement for January, 2009**

**Customer**
LAURA L SCANNELL
6055 KNIGHTS RIDGE WAY

Your checking account
1438

**You are here**
Bulletin Board
Your SunTrust accounts summary
Your *Signature Advantage* cash summary
Your *Signature Advantage* investments
Balancing your *Signature Advantage* account



## Your *Signature Advantage* check images

Laura Jeanroe

Circuit City Store Inc.
Store 00802
6640 Loisdale Rd
Springfield, VA 22150
(703) 922 0565

Transaction Date: 01/03/2009  4:55:54
Trans 7082    Store 00802
Reg 072
Cashier 10045300    Sales 5300

Bar Code: 0080 2072 7082 2009 0103





```
46" 1080P LCD TV               1,649.99 T
   SAMLN46A650       1 @ 1,649.99 W
Deposit applied: 1,732.49
   Status: New
Warranty Protection Plan         289.99
   Protection Plan 36 months
Balance Due                        0.00

Sub-Total                      1,939.98
Tax                               89.75

Total                          2,029.73

   Deposited Check (S)         2,029.73
   Auth: 150670 (A)

Total Tender                   2,029.73

Change Due                         0.00

Minimum Deposit Amount           297.24

Deposit Paid                   2,029.73

Balance Due                        0.00

SAM LN46A650 has been ordered for you.
  Your Sales Associate will notify you
   when the product is received.
```



Just what I needed

Circuit City Stores, Inc
Store 00802
6640 LOISDALE RD
SPRINGFIELD VA 22150
(703) 922 0565

01/03/2009



```
46" 1080P LCD TV                        1,649.99 T
   SAMLN46A650      1 @ 1,649.99 W
Deposit applied: 1,732.49
   Status: New
Warranty Protection Plan                  289.99
   Protection Plan 36 months
Balance Due                                 0.00


Sub-Total                               1,939.98
  Tax                                      89.75

Total                                   2,029.73

   Deposited Check (S)                  2,029.73
   Auth: 150670 (A)

Total Tender                            2,029.73

Change Due                                  0.00

Minimum Deposit Amount                    297.24

Deposit Paid                            2,029.73

Balance Due                                 0.00
```

SAM LN46A650 has been ordered for you.
Your Sales Associate will notify you
when the product is received.



Just what I needed

Circuit City Stores, Inc.
Store 00802
6640 LOISDALE RD
SPRINGFIELD, VA 22150
(703) 922-0565

01/03/2009



```
46" 1080P LCD TV              1,649.99 T
   SAMLN46A650    1 @ 1,649.99 W
Deposit applied: 1,732.49
   Status: New
Warranty Protection Plan       289.99
   Protection Plan 36 months
Balance Due                      0.00

Sub Total                    1,939.98
```

*Sales Receipt(s) Exhibit*

The Circuit City Advantage Protection
Plan for the SAM LN46A650
starts on the day you receive your
product and expires in 36 months.
Benefits for all plans except for
Monitors, Printers, Scanners, and PDAs
begin on the day you receive your
product. For Monitors, Printers,
Scanners, and PDAs: Power surge coverage
begins on the day you receive your
product, all other benefits begin at the
end of the manufacturer's warranty or
1 year (whichever is less). The Plan is
fulfilled when products are replaced for
any reason after the expiration of the
manufacturer's warranty. This plan term
is inclusive of the manufacturer's
warranty and the store return policy.
See your local store for complete
details. PLEASE NOTE: YOUR CONTRACT
PROVIDES MANDATORY ARBITRATION FOR ALL
FUTURE DISPUTES, EXCEPT SMALL CLAIMS.
ARBITRATION LIMITS SOME OF YOUR RIGHTS
- FOR A LIMITED TIME, YOU MAY REJECT
ARBITRATION. Refer to your Comprehensive
Service Guide and Terms and Conditions
for complete details including service
solutions and support contact numbers.

**This sales receipt and the
accompanying Terms and Conditions
constitute your Circuit City Advantage
Protection Plan.

** Thank you for your purchase.

### Get a Chance to Win One of Five $1000 Gift Cards!  Take Circuit City's Customer First Survey.

### Queremos saber su opinion.  Conteste nuestra encuesta por Internet

### WWW.CIRCUITCITY.COM/SURVEY

Use the following customer
code to enter on-line:

### SZW 62P3 KGKK

No purchase necessary.
See Circuit City stores for details.
Void where prohibited.
Find out where you can recycle your old
electronics at www.circuitcity.com/green.
Thanks for making your purchase at
Circuit City!

Customer Copy