Circuit City: Purchase Order

**PURCHASE ORDER**
**CIRCUIT CITY**

SPS commerce

Order #: 2187613
Release #:
PO Type: Stand-alone Order   Original
Contract Number:
Purchasing Contact: 9779 Jeremy Corazzini
Currency:

| | |
|---|---|
| PO Date: 11/07/2008 | Requested Delivery Date: 01/15/2009 |
| Requested Ship Date: | Cancel Date: 12/26/2008 |
| Delivery Window: | Shipping Window: 12/22/2008 - 12/26/2008 |
| Vendor #: 070402 | Department #: |

**Ship To:**      **Bill To/Ordered By:**      **Vendor:**      **Factory:**

Location ID: 0717

| Freight Terms: | Preferred Carrier: |
|---|---|
| Collect   Origin (Shipping Point) | CIRCUITCITY   Containerized Ocean   Servicing Office: YANTIAN |

| Terms Type | Terms Basis: | Terms Disc %: | Disc. Due Date: | Disc. Days: | Net Due Date: | Net Days: | Description: |
|---|---|---|---|---|---|---|---|
| Basic | Invoice Date | | | | | 60 | |

| LINE | SKU | VENDOR PN | UPC/GTIN | DESCRIPTION LINE ITEM COMMENTS | UNIT COST/ RETAIL PRICE | QTY | UOM | ITEM TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1 | VCURVE52 | | | | 101.12 Contract Price per Each | 775.0 | Each | 78,368.00 |
| 1 | # of Line Items | | | | Merchandise Total | 775 | | $78,368.00 |

**ALLOWANCE AND CHARGES INFORMATION:**

| TYPE | SERVICE TYPE | PERCENT | RATE | QTY | UOM | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|

Notes/Comments/Special Instructions :

Internal Vendor Number: 070402

Start: 12/22/2008
End: 12/26/2008

| Total Qty: | Weight: | Volume: | Purchase Order Total | $78,368.00 |
|---|---|---|---|---|

Case 08-35653-KRH    Doc 3839-5    Filed 06/29/09    Entered 06/29/09 14:41:06    Desc
Exhibit(s) Exhibits 4A-4C to Declaration    Page 2 of 3

EXHIBIT 4B

Circuit City: Invoice

Page 1 of 1

## SPS commerce

### INVOICE
### CIRCUIT CITY

Invoice #: 14354
Order #: 2187613
Release #:
Currency:

| Invoice Date: | PO Date: |
|---|---|
| 12/29/2008 | |
| Ship Date: | |
| Vendor #: | Department #: |
| 071197 | |

Ship To:                                Bill To:                                Remit To:

Location ID: 0717

| Freight Terms: | Freight Terms: |
|---|---|
| | N/A |

| Terms Type: | Terms Basis: | Terms Disc %: | Disc. Due Date: | Disc. Days: | Net Due Date: | Net Days: | Disc. Amt: | Description: |
|---|---|---|---|---|---|---|---|---|
| Basic | Invoice Date | | | | | 60 | | |

| LINE | SKU | VENDOR PN | UPC/GTIN | DESCRIPTION | UNIT COST | QTY INVOICED | UOM | GROSS PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | VCURVE52 | | | | 101.12 | 775 | EA | 78,368.00 |
| | | | | | | Merchandise Total | | $78,368.00 |

**ALLOWANCE, CHARGES AND TAX INFORMATION:**

| TYPE | SERVICE TYPE | PERCENT | RATE | QTY | UOM | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|

Notes/Comments/Special Instructions :

| | Invoice Total | $78,368.00 |
|---|---|---|

https://wfds.hosted-commerce.net/wfds/document?docId=69847221                1/21/2009

# Expeditors

## Expeditors Cargo Management Systems
### ORIGINAL
FORWARDER'S CARGO RECEIPT

| SHIPPER (Name and Full Address) | BOOKING NUMBER | FCR NUMBER |
|---|---|---|
| WORLDWIDE TECHNICAL INC 8F-5,NO.35 SHAO-HSING N.ST.TAIPEI,TAIWAN | S1N0630567 | R1N0189241 |
| | CARGO RECEIVING DATE | 12/23/08 |

| CONSIGNEE (Name and Full) | FORWARDING AGENT REFERENCES |
|---|---|
| CIRCUIT CITY 9950 MAYLAND DRIVE RICHMOND,VA 22235 | BEIJING KANG JIE KONG INTERNATIONAL CARGO AGENT CO.,LTD.SHENZHEN BRANCH 29F SHUN HING SQUARE DI WANG CENTRE |
| | POINT AND COUNTRY OF ORIGIN OF GOODS |

| NOTIFY PARTY / INTERMEDIATE CONSIGNEE (Name and Full Address) | ALSO NOTIFY (Name and Full Address) DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION. FOR RELEASE OF CARGO PLEASE CONTACT: |
|---|---|
| CIRCUIT CITY STORES 501 SOUTH CHERYL LANE WALNUT,CA 91789 | |

| INITIAL CARRIAGE | PLACE OF RECEIPT | |
|---|---|---|
| | YANTIAN,CHINA | |
| EXPORT CARRIER (Vessel, voyage) | PORT OF LOADING | |
| ITAL UNICA 0546-060E | YANTIAN,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY | |
| LOS ANGELES, CA | LOS ANGELES, CA | |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS/ CONTAINER NUMBERS | NOS. OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT KGS. | MEASUREMENT CBM |
|---|---|---|---|---|
| | | Details as per attached commercial invoice. Invoice Number: 14354 | 38866.30 KG 38860.15 | 120.260 M3 |
| | 775 CTNS | KORA TV STAND 52IN ITEM NO.VCURVE52 PO NO.:2187613 NO WPM | | |
| EMCU1390359  CY/CY | Size :40 | 388 CTNS Seal:EMCCYH7898 SHIPPER'S LOAD AND COUNT | 19458.20 KG | 60.210 M3 |
| EISU1627274  CY/CY | Size :40 | 387 CTNS Seal:EMCCRY6838 SHIPPER'S LOAD AND COUNT | 19408.10 KG 19408.05 | 60.050 M3 |
| TOTALS: | | 2 Container(s) | | |

**REMARKS:** THE ORIGINAL BILL OF LADING OF THIS SHIPMENT HAS BEEN RELEASED TO THE ABOVE MENTIONED CONSIGNEE AS AGREED AND SPECIFIED ON SHIPPING ORDER

FREIGHT COLLECT

IN ACCORDANCE WITH INSTRUCTION OF THE ABOVE CONSIGNEE WE RECEIVED THE FOLLOWING DOCUMENTS ON  12/25/08

| Documents received | Originals | Copies |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |
| CIRCUIT CITY STORES,INC.SDR WAIVER | 0 | 1 |
| DECLARATION OF ORIGIN | 0 | 1 |
| 7-POINT CONTAINER INSPECTION AFFIDAVIT | 0 | 1 |
| CONTAINER MANIFEST | 0 | 1 |
| BENEFICIARY CERTIFICATE | 0 | 1 |
| GOODS LEAVE FACTORY NOTICE | 0 | 1 |

FOR CHARGES

THIS DOCUMENT IS EXCHANGED FOR THE DOCK'S RECEIPT / MATE'S RECEIPT. IT IS ISSUED AS A RECEIPT OF PAPER AND CARGO ONLY AND WILL NOT BE NEGOTIABLE UNLESS VERIFIED AND ENDORSED BY AN AUTHORIZED SIGNATORY OF EXPEDITORS

For and on behalf of
EXPEDITORS CARGO MANAGEMENT SYSTEMS

BY _Authorized Signature_

DATE  12/30/08