Case 08-35653-KRH  Doc 3839-6  Filed 06/29/09  Entered 06/29/09 14:41:06  Desc
Exhibit(s) Exhibits 5A-5C to Declaration  Page 1 of 4

EXHIBIT 5A

Circuit City: Purchase Order

Page 1 of 1



## PURCHASE ORDER
## CIRCUIT CITY

| | |
|---|---|
| Order #: | 2226766 |
| Release #: | |
| PO Type: | Stand-alone Order  Original |
| Contract Number: | |
| Purchasing Contact: | 9779 Jeremy Corazzini |
| Currency: | |

| PO Date: | Requested Delivery Date: |
|---|---|
| 12/11/2008 | 01/22/2009 |
| Requested Ship Date: | Cancel Date: |
| | 12/26/2008 |
| Delivery Window: | Shipping Window: |
| | 12/22/2008 - 12/26/2008 |
| Vendor #: | Department #: |
| 071197 | |

**Ship To:**    **Bill To/Ordered By:**    **Vendor:**    **Factory:**

**Location ID:** 0717

| Freight Terms: | Preferred Carrier: |
|---|---|
| Collect  Origin (Shipping Point) | CIRCUITCITY  Containerized Ocean  Servicing Office: SURABAYA |

| Terms Type | Terms Basis: | Terms Disc %: | Disc. Due Date: | Disc. Days: | Net Due Date: | Net Days: | Description: |
|---|---|---|---|---|---|---|---|
| Basic | Invoice Date | | | | | 15 | |

| LINE | SKU | VENDOR PN | UPC/GTIN | DESCRIPTION LINE ITEM COMMENTS | UNIT COST/ RETAIL PRICE | QTY | UOM | ITEM TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1 | 222283 | | | Delivery Requested: 01/29/2009<br>Ship Not Before: 12/22/2008<br>Ship No Later: 12/26/2008<br>Start: 12/22/2008<br>End: 12/26/2008 | 49.54<br>Contract Price per Each | 1184.0 | Each | 58,655.36 |
| 1 | # of Line Items | | | | Merchandise Total | 1184 | | $58,655.36 |

**ALLOWANCE AND CHARGES INFORMATION:**

| TYPE | SERVICE TYPE | PERCENT | RATE | QTY | UOM | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|

**Notes/Comments/Special Instructions :**

Internal Vendor Number: 071197

Start: 12/22/2008
End: 12/26/2008

| Total Qty: | Weight: | Volume: | Purchase Order Total | $58,655.36 |
|---|---|---|---|---|

Case 08-35653-KRH    Doc 3839-6    Filed 06/29/09    Entered 06/29/09 14:41:06    Desc
Exhibit(s) Exhibits 5A-5C to Declaration    Page 2 of 4

EXHIBIT 5B

Circuit City: Invoice                                                                  Page 1 of 1

**SPS commerce**

## INVOICE
## CIRCUIT CITY

Invoice #:  14524
Order #:    2226766
Release #:
Currency:

| Invoice Date: | PO Date: |
|---|---|
| 12/29/2008 | |
| **Ship Date:** | |
| | |
| **Vendor #:** | **Department #:** |
| 071197 | |

**Ship To:**                **Bill To:**                **Remit To:**

Location ID: 0717

| Freight Terms: | Freight Terms: |
|---|---|
| | N/A |

| Terms Type: | Terms Basis: | Terms Disc %: | Disc. Due Date: | Disc. Days: | Net Due Date: | Net Days: | Disc. Amt: | Description: |
|---|---|---|---|---|---|---|---|---|
| Basic | Invoice Date | | | | | | | |

| LINE | SKU | VENDOR PN | UPC/GTIN | DESCRIPTION | UNIT COST | QTY INVOICED | UOM | GROSS PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | 222283 | | | | 49.54 | 1184 | EA | 58,655.36 |
| | | | | | | | Merchandise Total | $58,655.36 |

**ALLOWANCE, CHARGES AND TAX INFORMATION:**

| TYPE | SERVICE TYPE | PERCENT | RATE | QTY | UOM | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|

**Notes/Comments/Special Instructions :**

|  | Invoice Total | $58,655.36 |
|---|---|---|

EXHIBIT 5C

# Expeditors

## Expeditors Cargo Management Services
### ORIGINAL
FORWARDER'S CARGO RECEIPT

| SHIPPER (Name and Full Address) | BOOKING NUMBER | FCR NUMBER |
|---|---|---|
| PT.GATRAMAPAN O/B SLAM BRAND,INC<br>JL. RAYA TUNJUNG TIRTO NO.1<br>SINGOSARI, MALANG<br>INDONESIA | S20006413 | R4V02617 |
| | CARGO RECEIVING DATE 20.12.08 | |

| CONSIGNEE (Name and Full Address) | FORWARDING AGENT REFERENCES |
|---|---|
| CIRCUIT CITY<br>9950 MAYLAND DRIVE<br>RICHMOND VA 22235 | EXPEDITORS INTERNATIONAL - SUB<br>JL. RAYA JUANDA NO. 3 |
| | POINT AND COUNTRY OF ORIGIN OF GOODS |

| NOTIFY PARTY / INTERMEDIATE CONSIGNEE (Name and Full Address) | ALSO NOTIFY (Name and Full Address) DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/PIER TERMINAL/ONWARD ROUTING<br>FROM POINT OF DESTINATION. FOR RELEASE OF CARGO<br>PLEASE CONTACT. |
|---|---|
| CIRCUIT CITY STORES<br>501 SOUTH CHERYL LANE<br>WALNUT, CA 91789 | CIRCUIT CITY STORES INC<br>DISTRIBUTION CENTRE #717<br>501 SO. CHERYL LANE<br>WALNUT, CA 91789 UNITED STATES<br>ATTN : JUAN LOPEZ RECEIVING MANAGER |

| INITIAL CARRIAGE | PLACE OF RECEIPT |
|---|---|
| EVER PRIMA / 00065 | SURABAYA, INDONESIA |
| EXPORT CARRIER (Vessel, voyage) | PORT OF LOADING |
| EVER EAGLE / 00037 | SURABAYA, INDONESIA |
| PORT OF DISCHARGE | PLACE OF DELIVERY |
| LOS ANGELES, CA | SAN PEDRO, CA |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS/<br>CONTAINER NUMBERS | NOS. OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT KGS | MEASUREMENT CBM |
|---|---|---|---|---|
| | 1184 CTNS | 2 X 40'HC S.T.C.:<br><br>TV RACKS<br>1,184 CARTONS = 1,184 UNITS OF :<br>KARI 47 BLACK MODEL# / SKU # 222283<br>PO#2226766<br>WE CERTIFY AND CONFIRM THAT THE ABOVE<br>GOODS AS PER SLAM BRANDS PURCHASE<br>ORDER NUMBER 1701 ,<br>CIRCUIT CITY PO # 2226766<br>AND PER P.T GATRA MAPAN PROFORMA<br>INVOICE NUMBER 55064/PI/GM/08<br>THIS SHIPMENT CONTAINS NO<br>SEE ATTACHED | 36348.80 KG | 125.386 M3 |

REMARKS: THE ORIGINAL BILL OF LADING OF THIS SHIPMENT HAS BEEN RELEASED TO THE ABOVE MENTIONED CONSIGNEE AS AGREED AND SPECIFIED ON SHIPPING ORDER

FREIGHT COLLECT

IN ACCORDANCE WITH INSTRUCTION OF THE ABOVE CONSIGNEE WE RECEIVED THE FOLLOWING DOCUMENTS ON

FOR CHARGES

THIS DOCUMENT IS EXCHANGED FOR THE DOCK'S RECEIPT / MATE'S RECEIPT. IT IS ISSUED AS A RECEIPT OF PAPER AND CARGO ONLY AND WILL NOT BE NEGOTIABLE UNLESS VERIFIED AND ENDORSED BY AN AUTHORIZED SIGNATORY OF EXPEDITORS.

For
PT. EXPEDITORS INDONESIA
BY
DATE 23.12.08

# Expeditors® — Expeditors Cargo Management Services
## ORIGINAL
### FORWARDER'S CARGO RECEIPT

| SHIPPER (Name and Full Address) | BOOKING NUMBER | FCR NUMBER |
|---|---|---|
| PT.GATRAMAPAN O/B SLAM BRAND, INC | S20006413 | R4V02617 |
| | PARTICULARS FURNISHED BY SHIPPER — 1 OF 1 ORIGINAL | PAGE 2 |

| MARKS AND NUMBERS/ CONTAINER NUMBERS | NOS. OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT KGS | MEASUREMENT CBM |
|---|---|---|---|---|
| | | SOLID WOOD PACKING MATERIALS
HTS CODE - 9403.60.8080
CTPAT SEALS :
EISU 9063885 / EMCDRR 6518 / KSL 199371
EISU 9996284 / EMCDRR 6508 / KSL 199370
N.W.: 30,192.00 KGS
SHIPPED ON BOARD : 22.12.08 | | |
| EISU9063885 CY/CY | Size | :40H   592 CTNS Seal:EMCDRR6518199371
SHIPPER'S LOAD AND COUNT | 18174.40 KG | 62.693 M3 |
| EISU9996284 CY/CY | Size | :40H   592 CTNS Seal:EMCDRR6508199370
SHIPPER'S LOAD AND COUNT | 18174.40 KG | 62.693 M3 |
| TOTALS: | | 2 Container(s) | | |

*[Stamp: PT. EXPEDITORS INDONESIA]*