Case 08-35653-KRH   Doc 3839-7   Filed 06/29/09   Entered 06/29/09 14:41:06   Desc
Exhibit(s) Exhibits 6A-6C to Declaration   Page 1 of 3

EXHIBIT 6A

Page 1 of 1

Circuit City: Purchase Order

## PURCHASE ORDER
## CIRCUIT CITY

**SPS commerce**

| | |
|---|---|
| Order #: | 2227394 |
| Release #: | |
| PO Type: | Stand-alone Order   Original |
| Contract Number: | |
| Purchasing Contact: | 9779 Jeremy Corazzini |
| Currency: | |

| PO Date: | Requested Delivery Date: |
|---|---|
| 12/12/2008 | 01/15/2009 |
| Requested Ship Date: | Cancel Date: |
| | 12/26/2008 |
| Delivery Window: | Shipping Window: |
| | 12/22/2008 - 12/26/2008 |
| Vendor #: | Department #: |
| 071197 | |

**Ship To:**   **Bill To/Ordered By:**   **Vendor:**   **Factory:**

Location ID: 0717

| Freight Terms: | Preferred Carrier: |
|---|---|
| Collect   Origin (Shipping Point) | CIRCUITCITY  Containerized Ocean   Servicing Office: YANTIAN |

| Terms Type | Terms Basis: | Terms Disc %: | Disc. Due Date: | Disc. Days: | Net Due Date: | Net Days: | Description: |
|---|---|---|---|---|---|---|---|
| Basic | Invoice Date | | | | | 60 | |

| LINE | SKU | VENDOR PN | UPC/GTIN | DESCRIPTION LINE ITEM COMMENTS | UNIT COST/ RETAIL PRICE | QTY | UOM | ITEM TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1 | VRNDFT40 | | | | 66.19 Contract Price per Each | 1348.0 | Each | 89,224.12 |
| | | | | | Merchandise Total | 1348 | | $89,224.12 |
| 1 | # of Line Items | | | | | | | |

**ALLOWANCE AND CHARGES INFORMATION:**

| TYPE | SERVICE TYPE | PERCENT | RATE | QTY | UOM | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|

**Notes/Comments/Special Instructions :**

Internal Vendor Number: 071197

Start: 12/22/2008
End: 12/26/2008

| Total Qty: | Weight: | Volume: | Purchase Order Total | $89,224.12 |
|---|---|---|---|---|

Case 08-35653-KRH    Doc 3839-7    Filed 06/29/09    Entered 06/29/09 14:41:06    Desc
Exhibit(s) Exhibits 6A-6C to Declaration    Page 2 of 3

EXHIBIT 6B

Circuit City: Invoice

Page 1 of 1



**INVOICE**
**CIRCUIT CITY**

Invoice #: 14546
Order #: 2227394
Release #:
Currency:

| Invoice Date: | PO Date: |
|---|---|
| 12/31/2008 | |
| Ship Date: | |
| Vendor #: | Department #: |
| 071197 | |

Ship To:  Bill To:  Remit To:

Location ID: 0717

| Freight Terms: | Freight Terms: |
|---|---|
| | N/A |

| Terms Type: | Terms Basis: | Terms Disc %: | Disc. Due Date: | Disc. Days: | Net Due Date: | Net Days: | Disc. Amt: | Description: |
|---|---|---|---|---|---|---|---|---|
| Basic | Invoice Date | | | | | 60 | | |

| LINE | SKU | VENDOR PN | UPC/GTIN | DESCRIPTION | UNIT COST | QTY INVOICED | UOM | GROSS PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | VRNDFT40 | | | | 66.19 | 1348 | EA | 89,224.12 |
| | | | | | | | Merchandise Total | $89,224.12 |

**ALLOWANCE, CHARGES AND TAX INFORMATION:**

| TYPE | SERVICE TYPE | PERCENT | RATE | QTY | UOM | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|

Notes/Comments/Special Instructions :

| | Invoice Total | $89,224.12 |
|---|---|---|

https://wfds.hosted-commerce.net/wfds/document?docId=69847143          1/21/2009

Case 08-35653-KRH    Doc 3839-7    Filed 06/29/09    Entered 06/29/09 14:41:06    Desc
Exhibit(s) Exhibits 6A-6C to Declaration    Page 3 of 3

Fax    8 Jan 2009 10:34    P002/002

**EXHIBIT 6C**

# Expeditors® Expeditors Cargo Management Systems
## ORIGINAL
**FORWARDER'S CARGO RECEIPT**

**SHIPPER (Name and Full Address)**
MODERN HOME FURNITURE CO.,LTD.
YI-SHA MANAGEMENT REGION,
SHA-TIAN TOWN,
DONG GUAN CITY GUANG DONG
PROVINCE, CHINA

**BOOKING NUMBER:** S1N0629389
**FCR NUMBER:** R1N0188648
**CARGO RECEIVING DATE:** 12/23/08

**CONSIGNEE (Name and Full Address)**
CIRCUIT CITY STORES, INC.
ATTN: JOSH PETRIE, LOGISTICS DEPT.
9950 MAYLAND DRIVE DR 1,
4TH FLOOR RICHMOND, VA23233
UNITED STATES

**FORWARDING AGENT REFERENCES**
BEIJING KANG JIE KONG INTERNATIONAL
CARGO AGENT CO., LTD. SHENZHEN BRANCH
29F SHUN HING SQUARE DI WANG CENTRE

**NOTIFY PARTY / INTERMEDIATE CONSIGNEE (Name and Full Address)**
CIRCUIT CITY STORES, INC.
501 SOUTH CHERYL LANE
WALNUT, CA 91789

**ALSO NOTIFY (Name and Full Address) DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER-TERMINAL/ON/YARD ROUTING FROM POINT OF DESTINATION, FOR RELEASE OF CARGO PLEASE CONTACT:**

**INITIAL CARRIAGE**
**PLACE OF RECEIPT:** YANTIAN, CHINA
**EXPORT CARRIER (Vessel, Voyage):** GENOA BRIDGE 45E
**PORT OF LOADING:** YANTIAN, CHINA
**PORT OF DISCHARGE:** LONG BEACH, CA
**PLACE OF DELIVERY:** LONG BEACH, CA

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS AND NUMBERS/CONTAINER NUMBERS | NOS. OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT KGS. | MEASUREMENT CBM |
|---|---|---|---|---|
|  |  | Details as per attached commercial invoice. Invoice Number: 14546 1348 CTNS PO NO.2227394 LIN TV STAND 40IN NO WPM | 34913.20 KG | 128.110 M3 |
| KLFU1811004 CY/CY |  | Size :40H    674 CTNS Seal:BAM44862 SHIPPER'S LOAD AND COUNT | 17456.60 KG | 64.055 M3 |
| KKFU7056524 CY/CY |  | Size :40H    674 CTNS Seal:BAM44863 SHIPPER'S LOAD AND COUNT | 17456.60 KG | 64.055 M3 |
| TOTALS: |  | 2 Container(s) |  |  |

**REMARKS:** THE ORIGINAL BILL OF LADING OF THIS SHIPMENT HAS BEEN RELEASED TO THE ABOVE MENTIONED CONSIGNEE AS AGREED AND SPECIFIED ON SHIPPING ORDER

**FREIGHT COLLECT**

**IN ACCORDANCE WITH INSTRUCTION OF THE ABOVE CONSIGNEE WE RECEIVED THE FOLLOWING DOCUMENTS ON 01/02/09**

| Documents received | Originals | Copies |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |
| CIRCUIT CITY STORES, INC. SDR WAIVER | 0 | 1 |
| CERTIFICATE OF ORIGIN | 0 | 1 |
| 7-POINT CONTAINER INSPECTION AFFIDAVIT | 0 | 1 |
| CONTAINER MANIFEST | 0 | 1 |
| GOODS LEAVE FACTORY NOTICE | 0 | 1 |
| BENEFICIARY STATEMENT | 0 | 1 |

**FOR CHARGES**

THIS DOCUMENT IS EXCHANGED FOR THE DOCK'S RECEIPT/MATE'S RECEIPT. IT IS ISSUED AS A RECEIPT OF PAPER AND CARGO ONLY AND WILL NOT BE NEGOTIABLE UNLESS VERIFIED AND ENDORSED BY AN AUTHORIZED SIGNATORY OF EXPEDITORS.

For and on behalf of
EXPEDITORS CARGO MANAGEMENT SYSTEMS

BY _____
DATE 01/05/09