Case 08-35653-KRH    Doc 3839-8    Filed 06/29/09    Entered 06/29/09 14:05:06    Exhibit(s) Exhibits 7A-7C to Declaration    Page 1 of 3

EXHIBIT 7A
Page 1 of 1

Circuit City: Purchase Order



**PURCHASE ORDER**
**CIRCUIT CITY**

| Order #: | 2227393 |
|---|---|
| Release #: | |
| PO Type: | Stand-alone Order   Original |
| Contract Number: | |
| Purchasing Contact: | 9779 Jeremy Corazzini |
| Currency: | |

| PO Date: | Requested Delivery Date: |
|---|---|
| 12/12/2008 | 02/05/2009 |
| Requested Ship Date: | Cancel Date: |
| | 01/16/2009 |
| Delivery Window: | Shipping Window: |
| | 01/12/2009 - 01/16/2009 |
| Vendor #: | Department #: |
| 071197 | |

**Ship To:**          **Bill To/Ordered By:**          **Vendor:**          **Factory:**

Location ID: 0717

| Freight Terms: | Preferred Carrier: |
|---|---|
| Collect   Origin (Shipping Point) | CIRCUITCITY  Containerized Ocean  Servicing Office: YANTIAN |

| Terms Type | Terms Basis: | Terms Disc %: | Disc. Due Date: | Disc. Days: | Net Due Date: | Net Days: | Description: |
|---|---|---|---|---|---|---|---|
| Basic | Invoice Date | | | | | 60 | |

| LINE | SKU | VENDOR PN | UPC/GTIN | DESCRIPTION LINE ITEM COMMENTS | UNIT COST/ RETAIL PRICE | QTY | UOM | ITEM TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1 | VWCGR45 | | | | 104.18 Contract Price per Each | 408.0 | Each | 42,505.44 |
| 2 | VWHNY41 | | | | 63.41 Contract Price per Each | 1124.0 | Each | 71,272.84 |
| | | | | | Merchandise Total | 1532 | | $113,778.28 |
| 2 | # of Line Items | | | | | | | |

**ALLOWANCE AND CHARGES INFORMATION:**

| TYPE | SERVICE TYPE | PERCENT | RATE | QTY | UOM | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|

Notes/Comments/Special Instructions :

Internal Vendor Number: 071197

Start: 01/12/2009
End: 01/16/2009

| Total Qty: | Weight: | Volume: | Purchase Order Total | $113,778.28 |
|---|---|---|---|---|

Case 08-35653-KRH    Doc 3839-8    Filed 06/29/09    Entered 06/29/09 14:41:06    Desc Exhibit(s) Exhibits 7A-7C to Declaration    Page 2 of 3

EXHIBIT 7B

Circuit City: Invoice                                                                                               Page 1 of 1

## SPS commerce

## INVOICE
## CIRCUIT CITY

Invoice #: 14961
Order #: 2227393
Release #:
Currency:

| Invoice Date: | PO Date: |
|---|---|
| 01/15/2009 | |
| Ship Date: | |
| Vendor #: | Department #: |
| 071197 | |

Ship To:                          Bill To:                          Remit To:

Location ID: 0717

| Freight Terms: | | | | | | | Freight Terms: | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | N/A | |
| Terms Type: | Terms Basis: | Terms Disc %: | Disc. Due Date: | Disc. Days: | Net Due Date: | Net Days: | Disc. Amt: | Description: |
| Basic | Invoice Date | | | | 03/16/2009 | 60 | | |

| LINE | SKU | VENDOR PN | UPC/GTIN | DESCRIPTION | UNIT COST | QTY INVOICED | UOM | GROSS PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | VWCGR45 | | | | 104.18 | 408 | EA | 42,505.44 |
| 2 | VWHNY41 | | | | 63.41 | 1124 | EA | 71,272.84 |
| | | | | | | | Merchandise Total | $113,778.28 |

**ALLOWANCE, CHARGES AND TAX INFORMATION:**

| TYPE | SERVICE TYPE | PERCENT | RATE | QTY | UOM | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|

Notes/Comments/Special Instructions :

| | Invoice Total | $113,778.28 |
|---|---|---|

https://wfds.hosted-commerce.net/wfds/document?docId=70703937                                   1/21/2009

EXHIBIT 7C

# Expeditors

## Expeditors Cargo Management Systems
### ORIGINAL

FORWARDER'S CARGO RECEIPT

**SHIPPER (Name and Full Address):**
GRACE CHANCE ENTERPRISE CO LTD.
DASONGYUAN IND.AREA,JIANG XIA
VILLAGE, GUANGMINGTOWN,SHENZHEN
CITY,GUANGDONG PROVINCE,
CHINA

**BOOKING NUMBER:** S1N0625101
**FCR NUMBER:** R1N0192601
**CARGO RECEIVING DATE:** 01/14/09

**CONSIGNEE (Name and Full):**
CIRCUIT CITY
9950 MAYLAND DRIVE
RICHMOND VA 22235
ATTN.CAROL LACKS

**FORWARDING AGENT REFERENCES:**
BEIJING KANG JIE KONG INTERNATIONAL
CARGO AGENT CO.,LTD.SHENZHEN BRANCH
29F SHUN HING SQUARE DI WANG CENTRE

**NOTIFY PARTY / INTERMEDIATE CONSIGNEE:**
CIRCUIT CITY STORES
501 SOUTH CHERY 1 LANE
WALNUT,CA 91789

**INITIAL CARRIAGE:**
**PLACE OF RECEIPT:** YANTIAN,CHINA
**EXPORT CARRIER (Vessel/Voyage):** ITAL LAGUNA 0549-016E
**PORT OF LOADING:** YANTIAN,CHINA
**PORT OF DISCHARGE:** LOS ANGELES, CA
**PLACE OF DELIVERY:** LOS ANGELES, CA

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS/CONTAINER NUMBERS | NOS OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT KGS | MEASUREMENT CBM |
|---|---|---|---|---|
| | | Details as per attached commercial invoice. Invoice Number: 14961 | 50475.60 KG | 193.170 M3 |
| | | 1532 CTNS MOYER TV 41IN CLASSIC CHERRY | | |
| | | PO NO.2227393 | | |
| | | ITEM NO.VWCGR45/VWHNY41 | | |
| | | NO WPM | | |
| GLDU7440430 CY/CY | Size :40H | 408 CTNS Seal:EMCCXC3738 | 18441.60 KG | 65.850 M3 |
| | | SHIPPER'S LOAD AND COUNT | | |
| EISU9093766 CY/CY | Size :40H | 562 CTNS Seal:EMCCXC2618 | 16017.00 KG | 63.660 M3 |
| | | SHIPPER'S LOAD AND COUNT | | |
| FSCU9325156 CY/CY | Size :40H | 562 CTNS Seal:EMCCSM4718 | 16017.00 KG | 63.660 M3 |
| | | SHIPPER'S LOAD AND COUNT | | |
| TOTALS: | | 3 Container(s) | | |

**REMARKS:** THE ORIGINAL BILL OF LADING OF THIS SHIPMENT HAS BEEN RELEASED TO THE ABOVE MENTIONED CONSIGNEE AS AGREED AND SPECIFIED ON SHIPPING ORDER.

**FREIGHT COLLECT**

IN ACCORDANCE WITH INSTRUCTION OF THE ABOVE CONSIGNEE WE RECEIVED THE FOLLOWING DOCUMENTS ON 01/19/09

| Documents received | Originals | Copies |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |
| CIRCUIT CITY STORES,INC.SDR WAIVER | 0 | 1 |
| CERTIFICATE OF ORIGIN | 0 | 1 |
| 7-POINT CONTAINER INSPECTION AFFIDAVIT | 0 | 1 |
| GOODS LEAVE FACTORY NOTICE | 0 | 1 |
| CONTAINER MANIFEST | 0 | 1 |

FOR CHARGES

THIS DOCUMENT IS EXCHANGED FOR THE DOCKS RECEIPT / MATES RECEIPT. IT IS ISSUED AS A RECEIPT OF PAPER AND CARGO ONLY AND WILL NOT BE NEGOTIABLE UNLESS VERIFIED AND ENDORSED BY AN AUTHORIZED SIGNATORY OF EXPEDITORS

For and on behalf of
EXPEDITORS CARGO MANAGEMENT SYSTEMS

By Authorised Signature
DATE 01/19/09