Case 08-35653-KRH    Doc 3839-9    Filed 06/29/09    Entered 06/29/09 14:41:06    Desc
Exhibit(s) Exhibit 8 to Declaration    Page 1 of 1

**EXHIBIT 8**

**Slam Brands, Inc.**

**Circuit City Account Statement Post-Filing**

**Statement as of 3/31/09**

| Invoice No. | Invoice Date | Terms | Circuit City P.O. No. | Current Balance | RTV No. | Auth No. | Authorized Ded Amount | Net Balance |
|---|---|---|---|---|---|---|---|---|
| 14354 | 12/23/2008 | LC 60 Days | 2187613 | $ 78,368.00 | | | | $ 78,368.00 |
| 14524 | 12/29/2008 | Net 15 | 2226766 | $ 58,655.36 | | | | $ 58,655.36 |
| 14546 | 12/31/2008 | LC 60 Days | 2273394 | $ 89,224.12 | | | | $ 89,224.12 |
| 14961 | 01/15/09 | LC 60 Days | 2227393 | $ 113,778.28 | | | | $ 113,778.28 |

**Total Outstanding Bal:** $ 340,025.76    $ 340,025.76