UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. **08-35653** |
| | ) | |
| Debtors. | ) | Jointly Administered |

### NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that Slam Brands, Inc. ("Slam Brands"), by its counsel, Gregory Kaplan, PLC, has filed with the Court its Motion of Slam Brands, Inc. for Order Directing Debtors to Pay Administrative Expenses Pursuant to 11 U.S.C. §§ 503(b) and 507(a) and Request for Related Relief (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**  If you do not want the court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before **July 17, 2009**, you or your attorney must:

1. File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your request for response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

> William C. Redden
> Clerk of the United States Bankruptcy Court
> 701 East Broad Street, Suite 4000
> Richmond, Virginia 23219

2. Send a copy to all necessary parties and to:

---

| | |
|---|---|
| Troy Savenko (Va. Bar No. 44516) | Mark D. Northrup (Not Admitted in Va.) |
| Leslie A. Skiba (Va. Bar No. 48783) | Brad A. Goergen (Not Admitted in Va.) |
| GREGORY KAPLAN, PLC | GRAHAM & DUNN, PC |
| 7 East Second Street (23224-4253) | Pier 70 ~ 2801 Alaskan Way Suite 300 |
| Post Office Box 2470 | Seattle, Washington 98121-1128 |
| Richmond, Virginia 23218-2470 | Telephone: (206) 624-8300 |
| Phone:    (804) 423-7921 | Facsimile:  (206) 340-9599 |
| Facsimile: (804) 230-0024 | |

*Co-Counsel to Slam Brands, Inc.*

        Troy Savenko (Va. Bar No. 44516)
        GREGORY KAPLAN, PLC
        7 East Second Street (23224-4253)
        Post Office Box 2470
        Richmond, Virginia 23218-2470
        Facsimile:     (804) 230-0024
        E-mail:        tsavenko@gregkaplaw.com

        Mark D. Northrup (Not Admitted in Va.)
        Brad A. Goergen (Not Admitted in Va.)
        GRAHAM & DUNN, PC
        Pier 70 ~ 2801 Alaskan Way Suite 300
        Seattle, Washington 98121-1128
        Facsimile:     (206) 340-9599
        E-mail:        BGoergen@GrahamDunn.com

     3.    Attend the hearing on the Motion before the Honorable Kevin R. Huennekens scheduled to be held on **July 23, 2009 at 11:00 a.m.** at the United States Bankruptcy Court, 701 East Broad Street, Courtroom 5000, Richmond, Virginia 23219,

     If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated: June 29, 2009                                               Respectfully submitted,

/s/ Troy Savenko
Troy Savenko (Va. Bar No. 44516)
Leslie A. Skiba (Va. Bar No. 48783)
GREGORY KAPLAN, PLC
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, VA   23218-2470
Telephone:     (804) 423-7921
Facsimile:      (804) 230-0024

- and -

GRAHAM & DUNN PC
Mark D. Northrup (Not Admitted in Va.)
Brad A. Goergen (Not Admitted in Va.)
Pier 70 ~ 2801 Alaskan Way Suite 300
Seattle, Washington 98121-1128
Telephone:     (206) 624-8300
Facsimile:      (206) 340-9599

*Co-Counsel to Slam Brands, Inc.*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 29, 2009, I caused a copy of the foregoing to be served upon all parties on the Primary Service List as defined by the "Case Management" Order entered by the Court in the above-captioned case on November 13, 2008 via the Court's CM/ECF Noticing System, electronic mail, or U.S. Mail, postage pre-paid.

                                                                                  /s/ Troy Savenko