# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., *et al.* | |
| | **Jointly Administered** |
| Debtors. | **Judge Kevin R. Huennekens** |

## NOTICE OF APPEARANCE PURSUANT TO
## BANKRUPTCY RULE 9010 AND REQUEST FOR NOTICE

Please note that Richard E. Hagerty hereby enters his appearance pursuant to 11 U.S.C. § 1109(b), Federal Rule of Bankruptcy Procedure 9010, and Local Bankruptcy Rule 9010-1 on behalf of Southroads, L.L.C., and requests that notice of all matters and service of all papers, reports, pleadings and other documents therein be duly served on him at the following address:

> Richard E. Hagerty
> Troutman Sanders LLP
> 1660 International Drive, Suite 600
> McLean, VA  22102
> (703) 734-4326
> (703) 448-6520 (facsimile)
> richard.hagerty@troutmansanders.com

---

Richard E. Hagerty
VSB No. 47673
*Attorney for Southroads, L.L.C.*
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia  22102
703-734-4326
703-448-6520 (fax)

- 2 -

/s/ Richard E. Hagerty
Richard E. Hagerty
VSB No. 47673
*Attorney for Southroads, L.L.C.*
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
(703) 734-4326
(703) 448-6520 (facsimile)
richard.hagerty@troutmansanders.com

## CERTIFICATE OF SERVICE

This is to certify that on this 29th day of June, 2009, I have served the foregoing *Response* (i) electronically or by first-class mail, postage prepaid on the "2002" and "Core" lists and (ii) through the Court's ECF System.

/s/ Richard E. Hagerty
Richard E. Hagerty, VSB No. 47673

#396867v1