UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11<br>Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al. | |
| Debtors. | Jointly Administered<br>Judge Kevin R. Huennekens |

**AMENDED VERIFIED STATEMENT OF TROUTMAN
SANDERS LLP PURSUANT TO BANKRUPTCY RULE 2019**

TROUTMAN SANDERS LLP ("Troutman") makes the following amended statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. <u>Names and Addresses of Parties in Interest Represented by Troutman Sanders LLP</u>. Troutman represents the following creditors and parties-in-interest in the above-captioned bankruptcy proceedings (collectively, the "Creditors"):

    A.    TRIANGLE EQUITIES JUNCTION, LLC
             C/O WILLIAM F. GRAY JR.
             TORYS LLP
             237 PARK AVENUE
             NEW YORK, NEW YORK 10017

    B.    COSTMO-EASTGATE, LTD.
             C/O DAVID M. NEUMANN
             BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
             200 PUBLIC SQUARE
             CLEVELAND, OHIO 44114

---

Richard E. Hagerty
VSB No. 47673
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
703-734-4326
703-448-6520 (fax)

C. NORTHCLIFF RESIDUAL PARCEL 4 LLC
C/O DAVID M. NEUMANN
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 PUBLIC SQUARE
CLEVELAND, OHIO 44114

D. MARK A. ARENSMEYER
C/O TROUTMAN SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET, N.E.
ATLANTA, GA 30308-2216

E. DAVID W. CECIL
C/O TROUTMAN SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET, N.E.
ATLANTA, GA 30308-2216

F. RICHARD S. BIRNBAUM
C/O TROUTMAN SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET, N.E.
ATLANTA, GA 30308-2216

G. BENJAMIN CUMMINGS
C/O TROUTMAN SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET, N.E.
ATLANTA, GA 30308-2216

H. WILLIAM C. DENNEY
C/O TROUTMAN SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET, N.E.
ATLANTA, GA 30308-2216

I. PHILIP J. DUNN
C/O TROUTMAN SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET, N.E.
ATLANTA, GA 30308-2216

J.     JOHN A. FITZSIMMONS
C/O TROUTMAN SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET, N.E.
ATLANTA, GA 30308-2216

K.     KENNETH S. GOLDEN
C/O TROUTMAN SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET, N.E.
ATLANTA, GA 30308-2216

L.     JERRY L. LAWSON
C/O TROUTMAN SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET, N.E.
ATLANTA, GA 30308-2216

M.     RICHARD B. LUCAS
C/O TROUTMAN SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET, N.E.
ATLANTA, GA 30308-2216

N.     GARY M. MIERENFELD
C/O TROUTMAN SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET, N.E.
ATLANTA, GA 30308-2216

O.     PETER DOUGLAS
C/O TROUTMAN SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET, N.E.
ATLANTA, GA 30308-2216

P.     MARIO RAMIREZ
C/O TROUTMAN SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET, N.E.
ATLANTA, GA 30308-2216

Q.  JEFFREY W. WELLS
    C/O TROUTMAN SANDERS LLP
    BANK OF AMERICA PLAZA
    600 PEACHTREE STREET, N.E.
    ATLANTA, GA 30308-2216

R.  PLANTATION POINT DEVELOPMENT, LLC
    C/O TROUTMAN SANDERS LLP
    BANK OF AMERICA PLAZA
    600 PEACHTREE STREET, N.E.
    ATLANTA, GA 30308-2216

S.  CARLYLE-CYPRESS TUSCALOOSA, LLC
    C/O TROUTMAN SANDERS LLP
    BANK OF AMERICA PLAZA
    600 PEACHTREE STREET, N.E.
    ATLANTA, GA 30308-2216

T.  WAL-MART STORES, INC.
    C/O TROUTMAN SANDERS LLP
    BANK OF AMERICA PLAZA
    600 PEACHTREE STREET, N.E.
    ATLANTA, GA 30308-2216

U.  BUSINESS OBJECTS AMERICAS
    C/O TROUTMAN SANDERS LLP
    1660 INTERNATIONAL DRIVE, SUITE 600
    MCLEAN, VA 22102

V.  SAP RETAIL, INC.
    C/O TROUTMAN SANDERS LLP
    1660 INTERNATIONAL DRIVE, SUITE 600
    MCLEAN, VA 22102

W.  GEORGIA POWER COMPANY
    C/O TROUTMAN SANDERS LLP
    BANK OF AMERICA PLAZA
    600 PEACHTREE STREET, N.E.
    ATLANTA, GA 30308-2216

X.  MICHAEL T. CHALIFOUX
    C/O TROUTMAN SANDERS LLP
    1660 INTERNATIONAL DRIVE, SUITE 600
    MCLEAN, VA 22102

    Y.      SOUTHROADS, L.L.C.
          C/O TROUTMAN SANDERS LLP
          1660 INTERNATIONAL DRIVE, SUITE 600
          MCLEAN, VA 22102

2. **The Nature of the Claims or Rights of the Parties in Interest.** Each of the Creditors' claims or rights arose by virtue of its contractual, statutory, and/or common law rights with or against one or more of the Debtors, and/or by operation of law. Troutman reserves the right to supplement this statement as and when it is able to specify the amount and type of claims held by the Creditors.

    A.    Triangle Equities Junction LLC is a landlord of certain nonresidential real property located in Brooklyn, New York and is the holder of pre- and post-petition claims for rent and other obligations amounting to at least $663,361.04 as of December 10, 2008.

    B.    Costmo-Eastgate, Ltd. is a landlord of certain nonresidential real property located in Mayfield Heights, Ohio and is the holder of pre- and post-petition claims for rent that are presently undetermined but exceed $21,632.00.

    C.    Northcliff Residual Parcel 4 LLC is a landlord of certain nonresidential real property located in Brooklyn, Ohio and is the holder of pre- and post-petition claims for rent that are presently undetermined but exceed $19,677.00.

    D.    Mark A. Arensmeyer is a former employee of the debtors whose contingent claims arise from employment related obligations owed to him by the debtors.

    E.    David W. Cecil is a former employee of the debtors whose contingent claims arise from employment related obligations owed to him by the debtors.

    F.    Richard S. Birnbaum is a former employee of the debtors whose contingent claims arise from employment related obligations owed to him by the debtors.

    G.    Benjamin Cummings is a former employee of the debtors whose contingent claims arise from employment related obligations owed to him by the debtors.

H. William C. Denney is a former employee of the debtors whose contingent claims arise from employment related obligations owed to him by the debtors.

I. Philip J. Dunn is a former employee of the debtors whose contingent claims arise from employment related obligations owed to him by the debtors.

J. John A. Fitzsimmons is a former employee of the debtors whose contingent claims arise from employment related obligations owed to him by the debtors.

K. Kenneth S. Golden is a former employee of the debtors whose contingent claims arise from employment related obligations owed to him by the debtors.

L. Jerry L. Lawson is a former employee of the debtors whose contingent claims arise from employment related obligations owed to him by the debtors.

M. Richard B. Lucas is a former employee of the debtors whose contingent claims arise from employment related obligations owed to him by the debtors.

N. Gary M. Mierenfeld is a former employee of the debtors whose contingent claims arise from employment related obligations owed to him by the debtors.

O. Peter Douglas is a former employee of the debtors whose contingent claims arise from employment related obligations owed to him by the debtors.

P. Mario Ramirez is a former employee of the debtors whose contingent claims arise from employment related obligations owed to him by the debtors.

Q. Jeffrey W. Wells is a former employee of the debtors whose contingent claims arise from employment related obligations owed to him by the debtors.

R. Plantation Point Development, LLC is a landlord of certain nonresidential real property and is the holder of pre- and post-petition claims for rent and other obligations.

S. Carlyle-Cypress Tuscaloosa, LLC is a landlord of certain nonresidential real property and is the holder of pre- and post-petition claims for rent and other obligations.

T. Wal-Mart Stores, Inc. is a landlord of certain nonresidential real property and is the holder of pre- and post-petition claims for rent and other obligations.

U. Business Objects Americas is the successor licensor under a certain

License Agreement dated July 30, 2001, between Circuit City Stores, Inc. ("Circuit City") and Firstlogic, Inc., pursuant to which Circuit City was granted a non-exclusive license which included the right to use certain software.

V. SAP Retail, Inc. is the licensor under a certain License Agreement dated August 20, 2008, between Circuit City and SAP Retail, Inc., pursuant to which Circuit City was granted a non-exclusive license which included the right to use certain software.

W. Georgia Power Company provided electrical services to various locations owned or operated by Circuit City. Georgia Power is the holder of pre- and post-petition claims for electricity provided to Circuit City.

X. Michael T. Chalifoux is a former employee of the debtors whose contingent claims arise from employment related obligations owed to him by the debtors.

Y. Southroads, L.L.C. is a former landlord of the Debtors that has a rejection claim arising out of the Debtors' rejection of the lease with Southroads.

3. <u>Claims or Interests Owned by Troutman Sanders LLP</u>. Upon information and belief formed after due inquiry, Troutman does not own any claim whatsoever against the above Debtors, nor does it hold any equity security interest in the above-captioned Debtors.

Respectfully submitted this 29th day of June, 2009.

                                                TROUTMAN SANDERS LLP

                                                /s/ Richard E. Hagerty
                                                Richard E. Hagerty
                                                VSB No. 47673
                                                Troutman Sanders LLP
                                                1660 International Drive, Suite 600
                                                McLean, VA 22102
                                                (703) 734-4326
                                                (703) 448-6520 (facsimile)
                                                richard.hagerty@troutmansanders.com

## VERIFICATION PURSUANT TO 28 U.S.C. § 1746

I declare under penalty of perjury that the facts set forth in the annexed Bankruptcy Rule 2019 Statement regarding Troutman Sanders LLP are true and correct.

Executed on: June 29, 2009.

/s/ RICHARD E. HAGERTY

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of June, 2009, the foregoing *Amended Verified Statement of Troutman Sanders LLP Pursuant to Bankruptcy Rule 2019* was served (i) electronically on the "2002" and "Core" lists and (ii) through the Court's ECF System.

/s/ RICHARD E. HAGERTY

Tyson01 396864v1 TBA.TBA