IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Richmond Division*

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CIRCUIT CITY STORES INC., <u>et</u> <u>al</u>. | ) | CHAPTER 11 |
| | ) | |
| | ) | **Case No. 08-35653-KRH** |
| **Debtors.** | ) | (Joint Administration Pending) |
| | ) | |

## WITHDRAWAL OF ADMINISTRATIVE EXPENSE CLAIMS

The County of Henrico, Virginia requests that the following proof of claims forms be withdrawn as paid:

1. Priority Claim No.11463 for 2009 Business License Tax in the amount of $1,243.60;

2. Priority Claim No. 11464 for 2009 Business License Tax in the amount of $50.37;

3. Priority Claim No. 11466 for 2009 Business License Tax in the amount of $894.13;

4. Priority Claim No. 11468 for 2009 Business License Tax in the amount of $8,979.26;

5. Priority Claim No.11472 for 2009 Business License Tax in the amount of $9,353.77;

---

Rhysa Griffith South, VSB 25944
Office of the County Attorney
P. O. Box 90775
Henrico, Virginia 23273-0775
Phone: (804) 501-5091
*Counsel for Henrico County, Virginia*

6. Priority Claim No.11470 for 2009 Business License Tax in the amount of $8,532.91; and

7. Secured Priority Claim No. 11459 for Ad Valorem Personal Property Tax in the amount of $1,007.69, dated February 17, 2009.

Dated: June 29, 2009

Respectfully Submitted,

**County of Henrico, Virginia**
By:/s/ Rhysa Griffith South
Rhysa Griffith South (VSB #25944)
Assistant Henrico County Attorney
Office of the County Attorney
County of Henrico
P.O. Box 90775
Henrico, Virginia 23273-0775
Telephone: (804) 501-5091
Facsimile: (804) 501-4140
*Counsel for Henrico County*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2009, a true copy of the foregoing Withdrawal of Claims was electronically filed with the Clerk of the Court via the CM/ECF system.

/s/ Rhysa Griffith South
Rhysa Griffith South (VSB #25944)