John G. McJunkin (VSB No. 31011)
J. David Folds (VSB No. 44068)
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 496-7312
Facsimile: (202) 496-7094

Attorneys for SimpleTech by Hitachi Global Storage
Technologies, f/k/a "SimpleTech, a Fabrik Company"

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| **In re:** | * | **Chapter 11** |
| | * | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | * | **Case No. 08-35653 (KRH)** |
| | * | |
| **Debtors.** | * | **(Jointly Administered)** |

### SUPPLEMENT TO SIMPLETECH BY HITACHI GLOBAL STORAGE TECHNOLOGIES' RESPONSE TO DEBTORS' NINTH OMNIBUS OBJECTION TO CERTAIN (I) LATE CLAIMS AND (II) LATE 503(B)(9) CLAIMS (D.I. 3821)

SimpleTech by Hitachi Global Storage Technologies, formerly known as "SimpleTech, a Fabrik Company" ("SimpleTech"), respectfully supplements its previously filed Response to Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (D.I. 3821) with the Declaration of Lei Lei Wang Ekvall in support thereof, attached hereto and incorporated herein as Exhibit "A."

Dated: June 29, 2009

/s/ John G. McJunkin
John G. McJunkin (VSB No. 31011)
J. David Folds (VSB No. 44068)
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC 20006-1108
Telephone: (202) 496-7312
Facsimile: (202) 496-7094

1

AND

Lei Lei Wang Ekvall (Pro hac admission pending)
Weiland, Golden, Smiley, Wang Ekvall
 & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA  92626
Telephone:  (714) 966-1000
Facsimile:  (714) 966-1002

Attorneys for SimpleTech by Hitachi Global Storage Technologies, f/k/a "SimpleTech, a Fabrik Company"

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2009, a true and correct copy of the foregoing Supplement to SimpleTech By Hitachi Global Storage Technologies' Response to Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims was served on all persons receiving electronic notice in these cases.

/s/ John G. McJunkin

EXHIBIT A

John G. McJunkin (VSB No. 31011)
J. David Folds (VSB No. 44068)
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 496-7312
Facsimile: (202) 496-7094

Attorneys for SimpleTech by Hitachi Global Storage
Technologies, f/k/a "SimpleTech, a Fabrik Company"

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| **In re:** | * | **Chapter 11** |
| | * | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | * | **Case No. 08-35653 (KRH)** |
| | * | |
| Debtors. | * | (Jointly Administered) |

## DECLARATION OF LEI LEI WANG EKVALL IN SUPPORT OF SIMPLETECH BY HITACHI GLOBAL STORAGE TECHNOLOGIES' RESPONSE TO DEBTORS' NINTH OMNIBUS OBJECTION TO CERTAIN (I) LATE CLAIMS AND (II) LATE 503(B)(9) CLAIMS (D.I. 3821)

The undersigned, Lei Lei Wang Ekvall, having been duly sworn, states and attests as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth herein.

2. I am a partner at the law firm Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP (the "Firm"). The Firm was retained by SimpleTech by Hitachi Global Storage Technologies, formerly known as "SimpleTech, a Fabrik Company" ("SimpleTech"), to represent it in the above-captioned Chapter 11 proceeding. I have authority to make this affidavit on behalf of SimpleTech.

3. On or about November 26, 2008, SimpleTech submitted a claim to the Debtors, the Debtors' attorneys, and Kurtzman Carson Consultants ("the Claims Agent") in the form of a letter asserting a section 503(b)(9) claim (the "Original Claim"). A genuine and complete copy of the Original Claim is attached to SimpleTech's Response to Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (the "Response") and incorporated therein as Exhibit "1." Proofs of delivery for the Original Claim are attached hereto and incorporated herein as Exhibit "A1."

4. On or about March 3, 2009, SimpleTech submitted an amended claim to the Claims Agent ("the Amended Claim"). A copy of the Amended Claim is attached to the Response and incorporated therein as Exhibit "2."

5. I have read the Response and reviewed the exhibits attached to the Response. The allegations set forth in the Response are true and correct, and all exhibits attached to the Response are true and correct copies of the documents they purport to be.

I SOLEMNLY DECLARE AND AFFIRM UNDER PENALTY OF PERJURY THAT THE MATTERS SET FORTH HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

_____
Lei Lei Wang Ekvall
Weiland, Golden, Smiley, Wang Ekvall
& Strok, LLP

Attorney for SimpleTech by Hitachi Global Storage Technologies, f/k/a "SimpleTech, a Fabrik Company"

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of Orange

On June 29, 2009 before me, Kelly Michelle Rivera, Notary Public,
personally appeared Lei Lei Wang Ekvall,

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: Kelly Michelle Rivera
Signature of Notary Public

**KELLY MICHELLE RIVERA**
Commission # 1718407
Notary Public - California
Orange County
My Comm. Expires Jan 24, 2011

Place Notary Seal Above

---— **OPTIONAL** ---—

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association• 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402• www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

# Exhibit A1

Case 08-35653-KRH    Doc 3848    Filed 06/29/09    Entered 06/29/09 16:51:44    Desc Main
Document    Page 7 of 17

**FedEx**

Español | Customer Support | FedEx Locations  Search    [Go]

| Package/Envelope | Freight | Expedited | Office/Print Services ✱ |

Ship ▸         Track ▸         Manage ▸         Business Solutions ▸

## Detailed Results

Printable Version    Help

Enter tracking number    [Track]

| Detailed Results | Notifications |

Tracking no.: 865940442520                                              ✉ E-mail notifications

### Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: M.MACDONALD

**Shipment Dates**

Ship date ⓘ   Nov 26, 2008
Delivery date ⓘ   Nov 28, 2008 8:52 AM

**Destination**

CHICAGO, IL
Signature Proof of Delivery ⓘ

[Back to summary]

### Shipment Facts                                                                 Help

| Service type | Priority Overnight | Reference | AWG01 0004 |

### Shipment Travel History                                                        Help

Select time zone:  Select                              Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Nov 28, 2008 8:52 AM | Delivered | CHICAGO, IL | |

Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Security & Privacy | Site Map |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995- 2009 FedEx

**FedEx Express US Airbill**

FedEx Tracking Number: 8659 4044 2520

Form ID No.: OL-5

Date: 11/26/08
Sender's FedEx Account Number: 1895-1673-8
Sender's Name: Lei Lei Wang Ekvall
Phone: 714-966-1000
Company: WEILAND, GOLDEN, SMILEY, WANG EKV
Address: 650 TOWN CENTER DR STE 950
City: COSTA MESA  State: CA  ZIP: 92626-7021

Internal Billing Reference: AWG01-0004 (fabrik)

Recipient's Name: Sarah Baker
Company: Skadden, Arps, Slate, Meagher & Flom LLP
Address: 333 West Wacker Drive
City: Chicago  State: IL  ZIP: 60606

0383787077

**4a Express Package Service:** FedEx Priority Overnight ✓

**5 Packaging:** FedEx Pak ✓

**6 Special Handling:** No dangerous goods

**7 Payment:** Sender ✓

**8 Residential Delivery Signature Options:** No Signature Required ✓

519

**FedEx**

Español | Customer Support | FedEx Locations | Search | Go

Package/Envelope | Freight | Expedited | Office/Print Services

Ship ▸    Track ▸    Manage ▸    Business Solutions ▸

## Detailed Results

Printable Version    Help

Enter tracking number [ Track ]

| Detailed Results | Notifications |

Tracking no.: 865940442510    E-mail notifications

### Delivered

Initiated — Picked up — In transit — Delivered

**Delivered**
Signed for by: B.NEAL

**Shipment Dates**
Ship date: Nov 26, 2008
Delivery date: Dec 1, 2008 8:27 AM

**Destination**
RICHMOND, VA
Signature Proof of Delivery

Back to summary

### Shipment Facts    Help

| Service type | Priority Overnight | Reference | AWG 01 00021 |

### Shipment Travel History    Help

Select time zone: Select                    Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Dec 1, 2008 8:27 AM | Delivered | RICHMOND, VA | |

Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Security & Privacy | Site Map |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995-2009 FedEx

http://www.fedex.com/Tracking/Detail?sum=y&ascend_header=1&clienttype=dotcom&sn...    6/23/2009

**FedEx Express US Airbill**

FedEx Tracking Number: 6659 4044 2510
Form ID No.: 0115

Date: 11/26/08
Sender's FedEx Account Number: 1895-1673-8
Sender's Name: Lee Tei Wang Ekvall
Phone: (714) 966-1000
Company: WEILAND, GOLDEN, SMILEY, WANG EKV
Address: 650 TOWN CENTER DR STE 950
City: COSTA MESA    State: CA    ZIP: 92626-7021
Internal Billing Reference: AWG01.0004 (Fabrik)

Recipient's Name: Sarah B. Boehm
Company: McGuire Woods LLP
Address: 901 E. Cary St.
City: Richmond    State: VA    ZIP: 23219

0383787077

**4a Express Package Service** — Packages up to 150 lbs.
[X] FedEx Priority Overnight

**5 Packaging**
[X] FedEx Pak*

**6 Special Handling**
No — dangerous goods: No

**7 Payment** Bill to:
[X] Sender

519

Store your addresses at fedex.com
Simplify your shipping. Manage your account. Access all the tools you need.

**FedEx**

Español | Customer Support | FedEx Locations  Search  [ Go ]

| Package/Envelope | Freight | Expedited | Office/Print Services |

Ship ▸     Track ▸     Manage ▸     Business Solutions ▸

## Detailed Results

Printable Version    Help

Enter tracking number    [ Track ]

| Detailed Results | Notifications |

Tracking no.: 865940442440

✉ E-mail notifications

# Delivered

Initiated   Picked up   In transit   Delivered

**Delivered**
Signed for by: M.MEMBRINO

**Shipment Dates**

Ship date ⊙  Nov 26, 2008
Delivery date ⊙  Nov 28, 2008 9:36 AM

**Destination**

EL SEGUNDO, CA
Signature Proof of Delivery ⊙

[ Back to summary ]

### Shipment Facts     Help

| Service type | Priority Overnight | Reference | AWG01 0004 |

### Shipment Travel History     Help

Select time zone: Select    Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Nov 28, 2008 9:36 AM | Delivered | EL SEGUNDO, CA | |

Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Security & Privacy | Site Map |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995- 2009 FedEx

**FedEx Express US Airbill**

FedEx Tracking Number: 6659 4044 2440
Form ID No.: D-15

Date: 11/26/08
Sender's FedEx Account Number: 1895-1673-8
Sender's Name: Lei Lei Wang Ekvall
Phone: 714-966-1000
Company: WEILAND, GOLDEN, SMILEY, WANG EKV
Address: 650 TOWN CENTER DR STE 950
City: COSTA MESA    State: CA    ZIP: 92626-7021
Your Internal Billing Reference: RWG01-0004 (Fabrik)

Recipient's Name: Circuit City Stores, Inc.
Company: c/o Kurtzman Carson Consultants
Recipient's Address: 2335 Alaska Ave
City: El Segundo    State: CA    ZIP: 90245

0383787077

**4a Express Package Service** — Packages up to 150 lbs.
[X] FedEx Priority Overnight
[ ] FedEx Standard Overnight
[ ] FedEx First Overnight
[ ] FedEx 2Day
[ ] FedEx Express Saver

**4b Express Freight Service** — Packages over 150 lbs.
[ ] FedEx 1Day Freight
[ ] FedEx 2Day Freight
[ ] FedEx 3Day Freight

**5 Packaging**
[ ] FedEx Envelope
[X] FedEx Pak
[ ] FedEx Box
[ ] FedEx Tube
[ ] Other

**6 Special Handling**
[ ] SATURDAY Delivery
[ ] HOLD Weekday at FedEx Location
[ ] HOLD Saturday at FedEx Location
Does this shipment contain dangerous goods?
[X] No
[ ] Yes As per attached Shipper's Declaration
[ ] Yes Shipper's Declaration not required
[ ] Dry Ice
[ ] Cargo Aircraft Only

**7 Payment Bill to:**
[X] Sender
[ ] Recipient
[ ] Third Party
[ ] Credit Card
[ ] Cash/Check

Total Packages: ___    Total Weight: ___    Total Declared Value: $ .00

**8 Residential Delivery Signature Options**
[X] No Signature Required
[ ] Direct Signature
[ ] Indirect Signature

519

Ship and track packages at fedex.com



**FedEx Express** US Airbill

FedEx Tracking Number: 8659 4044 2428
Form ID No.: 0145
Sender's Copy

Date: 11/26/08
Sender's FedEx Account Number: 1895-1673-8

Sender's Name: Lei Lei Wang Ekvall
Phone: (714) 966-7000
Company: WEILAND, GOLDEN, SMILEY, WANG EKV
Address: 650 TOWN CENTER DR STE 950
City: COSTA MESA    State: CA    ZIP: 92626-7021

Your Internal Billing Reference: AWG01-004

Recipient's Name: Daniel Ramsey
Company: Circuit City Stores Inc.
Recipient's Address: 9950 Mayland Dr.
City: Richmond    State: VA    ZIP: 23233

0383787077

**4a Express Package Service** — Packages up to 150 lbs.
☒ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx First Overnight
☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service** — Packages over 150 lbs.
☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**
☐ FedEx Envelope*
☒ FedEx Pak*
☐ FedEx Box
☐ FedEx Tube
☐ Other

**6 Special Handling**
☐ SATURDAY Delivery
☐ HOLD Weekday at FedEx Location
☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
☒ No    ☐ Yes As per attached Shipper's Declaration    ☐ Yes Shipper's Declaration not required    ☐ Dry Ice    ☐ Cargo Aircraft Only

**7 Payment** Bill to:
☒ Sender    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check

Total Packages ___ Total Weight ___ Total Declared Value $ .00

**8 Residential Delivery Signature Options**
☒ No Signature Required
☐ Direct Signature
☐ Indirect Signature

519

# FedEx

Español | Customer Support | FedEx Locations | Search   [Go]

| Package/Envelope | Freight | Expedited | Office/Print Services ✱ |

Ship ▸    Track ▸    Manage ▸    Business Solutions ▸

## Detailed Results

Printable Version    Help

Enter tracking number [Track]

| Detailed Results | Notifications |

Tracking no.: 865940442439    ✉ E-mail notifications

### Delivered

Initiated    Picked up    In transit    Delivered

Delivered
Signed for by: P.KELLEY

**Shipment Dates**

Ship date ⓘ  Nov 26, 2008
Delivery date ⓘ  Nov 28, 2008 10:27 AM

**Destination**

HENRICO, VA
Signature Proof of Delivery ⓘ

[Back to summary]

### Shipment Facts    Help

| Service type | Priority Overnight | Reference | AWG01 004 |

### Shipment Travel History    Help

Select time zone: Select        Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Nov 28, 2008 10:27 AM | Delivered | HENRICO, VA | |

Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Security & Privacy | Site Map |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995- 2009 FedEx

# FedEx US Airbill

FedEx Tracking Number: 6459 4044 2439

Date: 11/26/08

Sender's FedEx Account Number: 1895-1673-8

Sender's Name: Lei Lei Wang Ekvall

Company: WEILAND, GOLDEN, SMILEY, WANG EKV

Address: 650 TOWN CENTER DR STE 950

City: COSTA MESA   State: CA   ZIP: 92626-7021

Internal Billing Reference: AWG01.004 (Fabrik)

Recipient's Name: Reginald Hedgebeth

Company: Circuit City Stores, Inc.

Address: 9950 Mayland Drive

City: Richmond   State: VA   ZIP: 23233

0383787077

**4a Express Package Service** — FedEx Priority Overnight [X]

**5 Packaging** — FedEx Pak [X]

**6 Special Handling** — No dangerous goods [X]

**7 Payment** — Sender [X]

**8 Residential Delivery Signature Options** — No Signature Required [X]

519