Kevin A. Lake, Esquire (VSB# 34286)
VANDEVENTER BLACK LLP
P.O. BOX 1558
Richmond, Virginia 23218-1558
T:       (804) 237-8811
F:       (804) 237-8801

*Local Counsel to Belkin International*

-and-

Steven Richman, Esquire
EPPORT, RICHMAN & ROBBINS, LLP
1875 Century Park East, Suite 800
Los Angeles, California 90067-2512
310-785-0885 phone
310-785-0787 fax

*Lead Attorneys for Belkin International*

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:  CIRCUIT CITY STORES, INC., et al.    Case No. 08-35653-KRH
                                             Jointly Administered
                                             Chapter 11 Proceedings

                  Debtor(s).

**MOTION FOR ADMISSION OF
STEVEN RICHMAN *PRO HAC VICE***

Kevin A. Lake ("Movant"), a member in good standing of the Bar of the State of Virginia, an attorney admitted to practice before the United States District and Bankruptcy Courts of the Eastern District of Virginia, and a partner with the Richmond, Virginia office of the law firm of Vandeventer Black, LLP and local counsel in this case for Belkin International ("Belkin"), hereby moves the Court to enter an Order permitting Steven Richman, with the Los Angeles, California office of the law firm of Epport, Richman & Robbins, LLP (the "Admittee"), to practice *pro hac vice* before the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, to

represent the interests of Belkin, pursuant to Eastern District of Virginia Local Bankruptcy Rule 2090-1(E)(2), in the above-captioned proceeding. In support of this motion, the Movant states as follows:

1.     The Admittee is a member in good standing of the bar of the State of California, admitted to practice before the California Supreme Court and all state and federal courts in the State of California. There are no disciplinary proceedings pending against the Admittee. The Admittee understand that if he is admitted *pro hac vice*, he will be subject to the disciplinary jurisdiction of this Court.

2.     Movant requests that the Court grant this Motion so that the Admittee may file pleadings and appear and be heard at hearings in this chapter 11 case in accordance with the requirements of Eastern District of Virginia Local Bankruptcy Rule 2090-1(E)(2).

3.     Movant and his law firm shall serve as local counsel with the Admittee in these cases.

4.     Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this Motion, Movant requests that the requirements that all motions be accompanied by written memorandum be waived.

5.     Notice of this Motion has been given to the Office of the United States Trustee for the Eastern District of Virginia, to local counsel for the above-captioned debtors, to local counsel for the unsecured creditors committee, and to all parties receiving electronic notice in this case. Due to the administrative nature of the relief requested herein, Movant submits that no other or further notice need be given.

WHEREFORE the Movant respectfully requests that the Court enter an Order (i) permitting the Admittee to appear *pro hac vice* in association with the Movant as counsel for Local Texas Tax Authorities in these cases and (ii) granting such other further relief as is just and proper.

Dated:  June 29, 2009

                Respectfully submitted,

                Vandeventer Black, LLP

                By:  */s/ Kevin A. Lake*

Kevin A. Lake (Virginia Bar Number: 34286)
Vandeventer Black, LLP
707 E. Main Street, Suite 1700
Richmond, VA  23218
Telephone:  (804) 237-8800
Facsimile:  (804) 237-8801

-- and --

Steven Richman, Esquire
EPPORT, RICHMAN & ROBBINS, LLP
1875 Century Park East, Suite 800
Los Angeles, California 90067-2512
310-785-0885 phone
310-785-0787 fax

*Lead Attorneys for Belkin International*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2009, a true and correct coy of the foregoing Motion for Admission Pro Hac Vice was served on all persons receiving electronic notice in these cases, including the following:

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
*Assistant United States Trustee*

| | |
|---|---|
| Daniel F. Blanks, Esq. | Dion W. Hayes, Esq. |
| Douglas M. Foley, Esq. | Joseph S. Sheerin, Esq. |
| McGuire Woods LLP | Sarah Beckett Boehm, Esq. |
| 9000 World Trade Center | McGuire Woods LLP |
| 101 W. Main Street | 901 East Cary Street |
| Norfolk, VA 23510 | Richmond, Virginia 23219 |

/s/ Kevin A. Lake
Kevin A. Lake