Kevin A. Lake, Esquire (VSB# 34286)
VANDEVENTER BLACK LLP
P.O. BOX 1558
Richmond, Virginia 23218-1558
T:    (804) 237-8811
F:    (804) 237-8801

*Local Counsel to Local Texas Tax Authorities*

-and-

Steven Richman, Esquire
EPPORT, RICHMAN & ROBBINS, LLP
1875 Century Park East, Suite 800
Los Angeles, California 90067-2512
310-785-0885 phone
310-785-0787 fax

*Lead Attorneys for Belkin International*

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:  CIRCUIT CITY STORES, INC., et al.        Case No. 08-35653-KRH
                                                 Jointly Administered
                                                 Chapter 11 Proceedings

                    Debtor(s).

## ORDER GRANTING ADMISSION *PRO HAC VICE*

This matter comes before the Court on the Motion for Admission *Pro Hac Vice* (the "Motion"), filed by Kevin A. Lake ("Movant"), a member in good standing of the Bar of the State of Virginia, an attorney admitted to practice before the United States District and Bankruptcy Courts of the Eastern District of Virginia, and a partner with the Richmond, Virginia office of the law firm of Vandeventer Black, LLP and local counsel in this case for Belkin International, requesting the Court to admit *pro hac vice* Steven Richman, with the Los Angeles, California office of the law firm of Epport, Richman & Robbins, LLP (the "Admittee"), to represent the interests of Belkin (as such term is defined in the Motion) in connection with these Chapter 11 cases.

The Court, having jurisdiction to consider the Motion, finding that due and sufficient notice having been given, and sufficient cause appearing, hereby ORDERS that:

1. The Motion is GRANTED.

2. Steven Richman is permitted to appear *pro hac vice* to represent the interests of Belkin in these cases in accordance with Eastern District of Virginia Local Bankruptcy Rule 2090-1(E)(2).

Date:_____                                   _____
                                                        Kevin R. Huennekens, Judge
                                                        United States Bankruptcy Court
                                                          For the Eastern District of Virginia

                                                        Entered on Docket: _____

WE ASK FOR THIS:

 /s/ Kevin A. Lake_____
Kevin A. Lake (Virginia Bar Number: 34286)
Vandeventer Black, LLP
707 E. Main Street, Suite 1700
Richmond, VA  23218
Telephone:  (804) 237-8800
Facsimile:  (804) 237-8801

-- and --

Steven Richman, Esquire
EPPORT, RICHMAN & ROBBINS, LLP
1875 Century Park East, Suite 800
Los Angeles, California 90067-2512
310-785-0885 phone
310-785-0787 fax

*Lead Attorneys for Belkin International*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 29th day of June, 2009 a true and correct coy of the foregoing proposed Order Granting Admission *Pro Hac Vice* was served on all persons receiving electronic notice in these cases, including the following:

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
*Assistant United States Trustee*

| | |
|---|---|
| Dion W. Hayes, Esq. | Daniel F. Blanks, Esq. |
| John H. Maddock, III, Esq. | Douglas M. Foley, Esq. |
| McGuireWoods LLP | McGuire Woods LLP |
| One James Center | 9000 World Trade Center |
| 901 East Cary Street | 101 W. Main Street |
| Richmond, Virginia 23219 | Norfolk, VA 23510 |
| *Counsel for the Debtors* | |

              /s/  Kevin A. Lake
              Kevin A. Lake