# DECLARATION OF JOHNNIE BEACH

I, JOHNNIE BEACH, declare as follows:

1. I am employed by Belkin International, Inc. ("Belkin") as the Credit Manager. I have been employed in this capacity for 20 years. I have personal knowledge of the matters set forth herein and, if called as a witness, I could competently testify thereto.

2. As the Credit Manager, I am responsible for Credit & Collections. As part of my responsibilities, I am to receive all documentation relating to bankruptcies and file Proofs of Claim.

3. I have never received any notices relating to the deadline to file Proofs of Claim in the bankruptcy of Circuit City or any related bankruptcy. As a result, I was not aware of the deadline to file Proofs of Claim. I filed a Proof of Claim on February 25, 2009 via a form I downloaded online. I did so because I had not been receiving anything in the mail. I therefore presumed that a deadline had not yet been set.

4. I prepared only one Proof of Claim. Therefore, there are no duplicates. A true and correct copy of the Proof of Claim is attached hereto as Exhibit "A" and is incorporated herein by reference.

5. Belkin is a worldwide company. It employs over 1,500 persons on a worldwide basis. Unless notices are specifically addressed to an employee or a department, it is very easy for items to become lost in transit (if they are received at all).

6. Circuit City was well aware of its debt to Belkin, as well as the address of my department. Circuit City purchased goods from Belkin for over 8 years on a regular basis. I mailed invoices and statements to Circuit City on a monthly basis from my office throughout the existence of this relationship. Circuit City could therefore have easily addressed its notices to either my attention or the attention of my department.

7. I have collectively attached hereto as Exhibit "B" the supporting invoices relating to the Proof of Claim that I filed. As can be seen from these documents, the Proof of Claim is based upon goods sold and delivered to Circuit City. Each item is specifically

identified. As is equally obvious, Circuit City was well aware of its outstanding indebtedness to Belkin (as well as my address).

8. I hereby attest that I did not receive notice of the deadline to file Proofs of Claim. Prior to my checking online, I was not aware of the deadline. Further, I have never received any notices in the mail about the Circuit City bankruptcy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of June 2009, at Compton, California.

_____
Johnnie Beach