## DECLARATION OF CHRIS FLOWER

I, CHRIS FLOWER, declare as follows:

1. I am the General Counsel for Belkin International, Inc. ("Belkin"). I have personal knowledge of the matters set forth herein and, if called as a witness, I could competently testify thereto.

2. As General Counsel, all notices of a legal nature are forwarded to my attention. This would include all documents involving bankruptcies, including the bankruptcy of Circuit City. Notwithstanding the foregoing, I did not receive any notices relating to the creation of a bar date or deadline for the filing of Proofs of Claim in the bankruptcy of Circuit City. As a result, Belkin was unaware of the deadline.

3. I did not receive any notices or documentation on the bankruptcy of Circuit City until February 11, 2009. That document related to the sale of assets, and did not involve any deadline to file Proofs of Claim. I have never received any such notice.

4. Since I received a notice relating to the sale of assets, I presumed that sometime in the future I would also receive notice of any deadline for the filing of Proofs of Claim. I therefore did not feel that any additional action was necessary.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of June 2009, at Ottsville, Pennsylvania.

_____
Chris Flower