TRAINOR FAIRBROOK
NANCY HOTCHKISS [SBN 107692]
980 Fulton Avenue
Sacramento, California 95825
Telephone: (916) 929-7000
Facsimile: (916) 929-7111
jlp:4558198.719641.1

Attorneys for Creditor
DONAHUE SCHRIBER REALTY GROUP, L.P.,
a Delaware limited partnership

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| IN RE:<br><br>CIRCUIT CITY STORES, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH<br><br>Jointly Administered<br><br>**RESPONSE OF DONAHUE SCHRIBER REALTY GROUP, L.P. TO DEBTORS' TENTH OMNIBUS OBJECTION TO CERTAIN DUPLICATE CLAIMS** |

    This response is filed by Donahue Schriber Realty Group, L.P., a Delaware limited partnership ("DSRG") to the Debtor's Tenth Omnibus Objection to Certain Duplicate Claims (the "Debtors' Objection"). In Debtors' Objection, Debtors' assert that Greenback's Claim Nos. 12822 and 12519 in the amount of $40,726.80 and Claim Nos. 12518 and 12834 in the amount of $618,611.47 are duplicative of Greenback's Claim Nos. 12863 and 12859, respectively.

    In submitting its claims, Donahue Schriber Realty Group submitted two claims prior to the claims bar cut-off. One claim was for post-petition rent in the amount of $40,726.80 and the second claim was for pre-petition arrearages and rejection damages in the amount of $618,611.47.

    Donahue Schriber Realty Group agrees that Claims No. 12822, 12519, 12518, 12834 are duplicate, apparently recorded by KCC more than once in their claim database. The claims sought to be eliminated by Debtors have been recorded in the claims database of Kurtzman

1  Carson Consultants ("KCC") as being filing on April 30, 2009 and May 1, 2009. The surviving
2  claims are identified as being filed on May 6, 2009.
3      Given that the claims bar date was April 30, 2009, DSRG timely filed its claim (see Claim
4  Nos. 12518 and 12519). Because Debtors seek to eliminate DSRG's timely filed claims and have
5  the untimely claims survive, Debtors must be prevented from later claiming that the surviving
6  claims were untimely.
7      Based thereon, DSRG requests that the court grant Debtors' objection to DSRG's Claim
8  Nos. 12518 and 12519 as duplicative claims subject to the restriction that Debtors can not later
9  claims that the surviving claims were untimely.

10  Dated: June 26, 2009                  TRAINOR FAIRBROOK

12                                            By:     /s/ Nancy Hotchkiss
13                                            NANCY HOTCHKISS

TRAINOR FAIRBROOK
Attorneys At Law
980 FULTON AVENUE
SACRAMENTO, CALIFORNIA 95825-4558
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

RESPONSE OF DONAHUE SCHRIBER REALTY GROUP, LP TO DEBTORS' TENTH OMNIBUS    -2-
OBJECTION TO CERTAIN DUPLICATE CLAIMS [Case No. 08-35653-KRH]

| | |
|---|---|
| 1 | **PROOF OF SERVICE BY OVERNIGHT DELIVERY** |

I am a citizen of the United States and employed in Sacramento County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 980 Fulton Avenue, Sacramento, California 95825-4558. On June 29, 2009, I deposited, with Federal Express, a true and correct copy of the within documents:

RESPONSE OF DONAHUE SCHRIBER REALTY GROUP, L.P. TO DEBTORS' TENTH OMNIBUS OBJECTION TO CERTAIN DUPLICATIVE CLAIMS

in a sealed envelope, addressed as follows:

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
post Office Box 636
Wilmington, Delaware 19899-0636

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McQuire Woods LLP
One James Center
901 E. Cary Street
Richmond, California Virginia 23219

Chris L. Dickerson, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wachker Drive, Suite 2000
Chicago, Illinois 60606

Robert B. Van Arsdale
Office of the United States Trustee
Richmond, Virginia office
701 East Broad Street, Suite 4304
Richmond, Virginia 23219-1888

Following ordinary business practices, the envelope was sealed and placed for collection by Federal Express on this date, and would, in the ordinary course of business, be retrieved by Federal Express for overnight delivery on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 29, 2009, at Sacramento, California.

/s/
_____
Sandra Morris