**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **CIRCUIT CITY STORES, INC., et al.,** ) | **Case No. 08-35653** |
| ) | **Jointly Administered** |
| Debtors. ) | |
| _____) | |

**MOTION FOR ADMISSION**
**PRO HAC VICE OF DANIEL E. O'BRIEN**

Philip C. Baxa ("Movant") hereby moves the Court, pursuant to Local Bankruptcy Rule 2090-I(E), to enter an order authorizing Daniel E. O'Brien ("Mr. O'Brien"), an attorney with the law firm of Winters Enright Salzetta & O'Brien, to appear pro hac vice in the above-referenced bankruptcy cases before the United States Bankruptcy Court for the Eastern District of Virginia ("the Bankruptcy Cases") to represent Renukaben S. Naik. In support of this Motion, the Movant states as follows:

1. Movant is a member in good standing of the Bar of the Supreme Court of Virginia and an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia.

2. Mr. O'Brien is a member in good standing of the Bar of the State of Illinois, and is admitted to practice before the courts of the State of Illinois and the United States District Court for the Northern District of Illinois. There are no disciplinary proceedings pending against Mr. O'Brien in any jurisdiction in which he is admitted to practice.

_____
Philip C. Baxa, Esquire
MercerTrigiani LLP
16 South Second Street
Richmond, VA  23219
Tel: 804-782-8691
Fax: 804-644-0209
phil.baxa@mercerrtrigiani.com
    Counsel for Renukaben S. Naik

3. Movant requests that this Court authorize Mr. O'Brien to appear and be heard at hearings concerning, and to otherwise participate in, the Bankruptcy Cases (and related proceedings) on behalf of Renukaben S. Naik.

4. Movant and his law firm shall serve as co-counsel with Mr. O'Brien in the Bankruptcy Cases (and related proceedings).

5. Notice of the Motion has been given to (a) the Office of the United States Trustee, (b) counsel for the Debtors, and (c) all persons receiving electronic notice in the Bankruptcy Cases as of the service hereof.

WHEREFORE, Movant respectfully requests that this Court enter an Order authorizing Daniel E. O'Brien to appear pro hac vice in the Bankruptcy Cases and grant Movant such other and further relief as is just.

/s/ Phillip C. Baxa

Phillip C. Baxa VSB No. 22977
MERCER TRIGIANI LLP
16 South Second Street
Richmond, Virginia 23219
Telephone: (804) 344-150
Fax: (804) 644-0209
phil.baxa@mercertrigiani.com

## CERTIFICATE OF SERVICE

I certify that on June 30, 2009, I will electronically file the foregoing Motion for Admission Pro Hac Vice of Daniel E. O'Brien with the Clerk of the Court using the CM/ECF system, and send a true and correct copy of the foregoing Motion via regular mail, postage prepaid, on June 30, 2009 to:

Greg M. Galardi
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA  23219

Robert Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219

Brad R. Godshell
Pachulski Stang Ziehl & Jones
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA  90067-4100

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, VA  23219

Douglas H. Foley
McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA  23510

Robert J. Feinstein
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY  10017

/s/ Philip C. Baxa