**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 11** |
| **CIRCUIT CITY STORES, INC., et al.,** ) | **Case No. 08-35653** |
| ) | **Jointly Administered** |
| **Debtors.** ) | |
| _____ ) | |

**ORDER GRANTING ADMISSION**
**PRO HAC VICE OF DANIEL E. O'BRIEN**

THIS MATTER is before the Court upon the Motion of Philip C. Baxa for the admission

pro hac vice of Daniel E. O'Brien of the law firm Winters Enright Salzetta & O'Brien in the

above-styled bankruptcy cases ("the Bankruptcy Cases"), pursuant to Local Bankruptcy Rule

2090-1(E).  Upon consideration of the Motion, and it appearing that notice of the Motion has

been provided, and that no other or further notice is necessary or required; and it being

appropriate that Daniel E. O'Brien be authorized to practice pro hac vice before the Court in

these Bankruptcy Cases.

WHEREUPON, the Motion is GRANTED.  And it is ORDERED that Daniel E. O'Brien

is permitted to appear pro hac vice as counsel for Renukaben S. Naik in these Bankruptcy Cases

and any related proceedings.

ENTER    /    /

_____
United States Bankruptcy Judge

I  ASK FOR THIS:

/s/ Philip C. Baxa
Philip C. Baxa, Esquire VSB No. 22977
MercerTrigiani, LLP
16 South Second Street
Richmond, VA 23219
Phone: 804.344.1504
Fax:    804.783-6507
phil.baxa@mercertrigiani.com

    Local Counsel for Renukaben S. Naik

### Rule 9022-1 Certification

    Pursuant to Local Bankruptcy Rule 9022-1, I hereby certify that the foregoing proposed
Order has been endorsed by or served upon all necessary parties.

/s/ Philip C. Baxa