# snagajob com

**THE #1 SOURCE FOR HOURLY EMPLOYMENT**  4880 COX ROAD, SUITE 200, GLEN ALLEN VA 23060

PH 877-461-7624
FX 877-546-0752

June 29, 2009

As outlined in your instructions, Snagajob.com is providing the following Response to the below Omnibus Objection, as we oppose the debtors' objection to certain late claims:

1. Bankruptcy Court: United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division
2. Name of Debtors: Circuit City
3. Case #: 08-35653
4. Claim # - 11034
5. Amount of Claim: $10,500
6. Title of Omnibus Objection: Eighth Omnibus Objection to Certain Late Claims
7. Claimant's Name: Snagajob.com
8. Explanation: Snagajob.com provided job posting services for Circuit City for the time period on or about 10/7/08 – 11/6/08
9. Snagajob.com believes that the proof of claim was provided in accordance with the deadlines and procedures set forth in the "Notice of Deadline for Filing Proofs of Claim".
10. Designated point of contact at Snagajob.com:
    a. Cary Polk
    b. 4880 Cox Road, Suite 200, Glen Allen, VA 23060
    c. 804-822-4612
    d. Fax: 877-546-0752

Sincerely,

Cary L. Polk
Controller

RICHMOND DIVISION
US BANKRUPTCY COURT

JUN 29 2009

RECEIVED

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

**Debtor against which claim is asserted :** (Check only **one** box below:)

☑ Circuit City Stores, Inc. (Case No. 08-35653)
☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
☐ InterTAN, Inc. (Case No. 08-35655)
☐ Ventoux International, Inc. (Case No. 08-35656)
☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)
☐ CC Aviation, LLC (Case No. 08-35658)
☐ CC Distribution Company of Virginia, Inc. (Case No 08-35659)
☐ Circuit City Stores PR, LLC (Case No. 08-35660)
☐ Circuit City Properties, LLC (Case No. 08-35661)
☐ Orbyx Electronics, LLC (Case No. 08-35662)
☐ Kinzer Technology, LLC (Case No. 08-35663)
☐ Courchevel, LLC (Case No. 08-35664)
☐ Abbott Advertising, Inc. (Case No. 08-35665)
☐ Mayland MN, LLC (Case No. 08-35666)
☐ Patapsco Designs, Inc. (Case No. 08-35667)
☐ Sky Venture Corporation (Case No. 08-35668)
☐ XSStuff, LLC (Case No. 08-35669)
☐ PRAHS, INC. (Case No. 08-35670)

NOTE: *This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
SNAGAJOB.COM

**Name and address where notices should be sent:**
SnagAJob.com
4880 Cox Road, Suite 200
Glen Allen, VA 23060

Telephone number: 804-822-4612

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
(*If known*)

Filed on: _____

**Name and address where payment should be sent** (if different from above):
SAME

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 10,500.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** provided job posting services
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

  3a. Debtor may have scheduled account as: _____
     (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:
Value of Property: $ _____   Annual Interest Rate ____ %
Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $ _____    Basis for perfection: _____
Amount of Secured Claim: $ _____    Amount Unsecured: $ _____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

| Date: | Signature: the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Gary L. Polk, Controller [signature] | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# snagajob.com
**THE #1 SOURCE FOR HOURLY EMPLOYMENT**

4880 Cox Road
Suite 200
Glen Allen VA 23060

## Invoice

| | |
|---|---|
| Invoice Date | 10/7/2008 |
| Invoice # | 032315 |
| Terms | Net 30 |
| Due Date | 11/6/2008 |
| PO # | |

**Bill To**

Attn: Laurie Lambert Gaffney
Circuit City Stores, Inc.
9954 Mayland Drive
Richmond VA 23233

| Quantity | Description | Service Date(s) | Term | Rate | Amount |
|---|---|---|---|---|---|
| 350 | Locations @ $30/mo | 10/7/08-11/6/08 | 1 | 30.00 | 10,500.00 |
| 369 | Addt'l Locations @ N/C | 10/7/08-11/6/08 | 1 | 0.00 | 0.00 |
| 1 | eMail Campaign @ N/C | October 2008 | 1 | 0.00 | 0.00 |

During this one month Pilot, all Circuit City Stores will be active on the SnagAJob.com site of which 350 will be have a fee of $30 and the remaining 369 will be free. We will also run one email job alert to all job seekers living within 20 miles of the active stores.

**Total**    $10,500.00

We appreciate your prompt payment!

For questions, please call 1-877-461-7624 and ask for the Billing department.

### ***INVOICE NUMBER MUST ACCOMPANY PAYMENTS***

**To Pay By Credit Card**

Complete information below and fax the form back to us at (804) 236-9937.
Type: ___MasterCard ___VISA ___American Express
Credit Card #:_____
Expiration Date:_____Month _____Year
V Code (on back of card):_____
Name (as it appears on card):_____
Title:_____
Phone:_____
Card Billing Address:_____
City:_____State:____Zip:_____

I authorize SnagAJob, Inc. to charge the above card number for the above amount related to job postings, which are the responsibility of the above company or individual. Furthermore, the cardholder agrees that the credit card dispute agreement he has with the card issuer is not to be used as a method to settle any customer service or job posting issues with SnagAJob, Inc. All charges are to be paid in full, with refunds or discounts to be handled separately.

Cardholder Signature:_____    Date: _____