

Steve Nicholson
713 Cannon Rd
Glen Gardner NJ 08826
908-832-5538

6/15/09

Clerk of the Bankruptcy Court,

    We have filed a claim against Circuit City for their inability to return our laptop computer to us. We are enclosing a copy of the original complaint dated 4/3/09. We were unable to file our complaint in a timely manner due to the fact that we were still determining with Circuit City as to the whereabouts of our computer. When it was finally determined that our computer was not going to be returned to us, we then filed our complaint. We were in constant communication with Circuit City and were passed around from person to person including managers until they closed their doors. They were the ones who told us that we should proceed in the manner that we did but we were unable to file any earlier than we did because Circuit City kept telling us that they would return our computer. Then, we had no recourse except to file a complaint. We feel that due to Circuit City's continued misrepresentation's of the status of our computer should allow our complaint be to be heard in the bankruptcy proceeding. This has created a hardship for our family due to the fact we could not and cannot afford to replace it with our own money.
    The Nicholson's

Steve Nicholson
713 Cannon Rd
Glen Gardner NJ 08826
908-832-5538

4/3/09

Erin,

      I am writing regarding a claim against Circuit City. On 12/4/08 we dropped off a COMPAQ Laptop computer and power cord with Firedog at the Circuit City store in Bridgewater NJ. Enclosed you will find a repair work order. It was determined that the computer would be returned unrepaired. The computer was eventually returned to Circuit City at the Bridgewater Store. After weeks into months of phone calls and stopping by the Bridgewater store they told me that our computer was inadvertently given to another customer who had a similar computer. Circuit employees tried numerous times to contact the other party to return our computer. Apparently they were unsuccessful. On 3/1/09 I stopped by again to inquire as to the whereabouts of our computer. Miraculously our computer turned up. When I got home I checked the serial number on the computer I was given and it was not ours. They knowingly gave us the other customer's computer. This computer (that we are in possession of) does not work. The serial number of our computer is CNF6091D57. The serial number of the computer we were given is CNF6110PDP. Now, we don't have our computer to try and repair if we wanted to and we have some one else's computer that is broken. The Bridgewater Store closed before the problem could be resolved. A circuit City employee directed me to this site so we could try and get restitution. I am not sure of the next step. I am sure that our laptop was repairable if returned to us. . I know that Circuit City has assets left. I feel we should receive replacement value for computer. Certainly we would be willing to return the computer that we have. For now, I consider the computer that we have as evidence. We would have accepted store credit at a Circuit City Store but obviously that is now not possible. Please advise as to a plan to resolve our predicament.


Steve Nicholson