

THOMAS L. SCHULMAN (Bar No. 64574)
Attorney at Law
600 West Santa Ana Boulevard, Suite 955
Santa Ana, California 92701-4509
(714) 542-9902 Telephone
(714) 542-7943 Facsimile
TMSchulman@aol.com

Attorney for Creditor TEC-COM SERVICES, INC.
DBA MICRO TECH

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:                                          ) Chapter 11
                                                )
CIRCUIT CITY STORES, INC.,                      ) Case No. 08-35653 (KRH)
et al.                                          )
                                                ) Jointly Administered
                                                )
              Debtors.                          )
_____)

**CREDITOR TEC-COM SERVICES, INC.'S RESPONSE TO
DEBTORS' NINTH OMNIBUS OBJECTION TO CERTAIN
(I) LATE CLAIMS AND (II) LATE 503(b)(9) CLAIMS**

PLEASE TAKE NOTICE that unsecured general creditor, Tec-Com Services, Inc. dba Micro Tech (claim number 11645) ("Tec-Com"), by and through its attorney, Thomas L. Schulman, responds to the Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 3509) as follows:

## FACTUAL INTRODUCTION

1.  Tec-Com is a California corporation that specializes in the installation of satellite dishes and wall mounted flat screen televisions to various program services providers (Dish Network, etc.) and electronic retail outlets throughout the Southwestern United States. Circuit City Stores, Inc. ("Debtor"), one of the Debtors, was one such retail customer.

2.  When the Debtor initially filed for relief on November 10, 2008, Tec-Com was owed a total of $9,940.00 which consisted of $6,195.00 in payment stopped checks and the balance of

1

1  $3,745.00 on open book account. All of it is prepetition unsecured trade debt.

2      3.    While the Debtor filed on November 10, 2008, a list of Schedule F Creditors was not available on PACER until well after that date. Indeed, Tec-Com was listed, but only to the extent of $2,160.00. Had Tec-Com been correctly listed for the full $9,940.00, then a proof of claim would not have been necessary.

    4.    There is also a question as to whether Tec-Com ever did receive formal notice of the November 10, 2008, filing as well as the December 10, 2008, Bar Date Order. As a result, Tec-Com's proof of claim was not received by Kurtzmann Carson Consultants until February 27, 2009.

    5.    It is Tec-Com's position that the original creditor listing by the Debtor should have, at the very least, listed the two "stopped payment" checks totaling $6,195.00 plus $1,585.00 as additional amounts due on Schedule F. The very issuance of those checks constituted acknowledgment by the Debtor that Tec-Com's claim was not contingent, liquidated, or disputed. A copy of Schedule F and the proof of claim is attached to the declaration of Thomas L. Schulman as Exhibit "A" for reference.

## ARGUMENT

    6.    Rule 9006(b)(1) of the Bankruptcy Rules allows the Court to consider "excusable neglect" in considering the allowance of late filed claims. The standard is an "equitable one, taking account of all the relevant circumstances surrounding the party's omission." Pioneer Investment Services Co. v. Brunswick Associates, Ltd. Partnership, 507 U.S. 380 (1993).

    7.    In this instance, the possible delay in receiving timely notice of the creditors and amounts listed on Schedule F, as well as notice of the claim bar date that resulted in the late filing, should constitute "excusable neglect" on the part of Tec-Com.

    8.    Moreover, the failure of the Debtor to properly list the "stopped" payment checks in the amount of $6,195.00 on the original Schedule F filing should not penalize Tec-Com from participating in any distribution to the unsecured creditors.

///
///
///
///

# CONCLUSION

9. Based on the foregoing, it is respectfully requested that the court deny the Debtors' objection to Tec-Com's amended claim in the amount of $9,940.00.

Dated: June 24, 2009

*[signature]*

THOMAS L. SCHULMAN
Attorney for TEC-COM SERVICES, INC.
DBA MICRO TECH

600 West Santa Ana Boulevard
Suite 955
Santa Ana, California 92701-4509
(714) 542-9902 Telephone
(714) 542-7943 Facsimile
Email: TMSchulman@aol.com

3

CREDITOR TEC-COM'S RESPONSE TO NINTH OBJECTION TO LATE CLAIMS

# DECLARATION OF THOMAS L. SCHULMAN

I, THOMAS L. SCHULMAN, declare:

1. I am an attorney licensed to practice law in California and in the United States Courts, Central District of California, and I am the attorney of record for trade creditor, Tec-Com Services, Inc. dba Micro Tech. I have personal knowledge of the facts stated herein and, if called and sworn as a witness, I could and would competently testify thereto.

2. Tec-Com is a California corporation that specializes in the installation of satellite dishes and wall mounted flat screen televisions to various program services providers (Dish Network, etc.) and electronic retail outlets throughout the Southwestern United States. The Debtor was one such retail customer.

3. When the Debtor initially filed for relief on November 10, 2008, Tec-Com was owed a total of $9,940.00, which consisted of $6,195.00 in payment stopped checks and the balance of $3,745.00 on open book account. All of it is prepetition unsecured trade debt.

4. While the Debtor filed on November 10, 2008, a list of Schedule F Creditors was not available on PACER until well after that date. As a result it was impossible to determine if Tec-Com had been properly listed, including the correct amount owed.

5. Indeed, Tec-Com was listed as a creditor on Schedule F, but only to the extent of $2,160.00. Had Tec-Com been correctly listed for the full $9,940.00 properly due, then a proof of claim would not have been necessary.

6. As a result, the correct amount of the proof of claim could not immediately be determined and the addition to the claim was received after the bar date on February 27, 2009.

7. Attached hereto as Exhibit "A" is a copy of the Debtors' Schedule F as well as a copy of the filed proof of claim.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed this 24th day of June, 2009, at Santa Ana, California.

THOMAS L. SCHULMAN

4

CREDITOR TEC-COM'S RESPONSE TO NINTH OBJECTION TO LATE CLAIMS

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

Debtor against which claim is asserted : (Check only one box below:)

☒ Circuit City Stores, Inc. (Case No. 08-35653)    ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)    ☐ Abbott Advertising, Inc. (Case No. 08-35665)
☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)    ☐ Circuit City Stores PR, LLC (Case No. 08-35660)    ☐ Mayland MN, LLC (Case No. 08-35666)
☐ InterTAN, Inc. (Case No. 08-35655)    ☐ Circuit City Properties, LLC (Case No. 08-35661)    ☐ Patapsco Designs, Inc. (Case No. 08-35667)
☐ Ventoux International, Inc. (Case No. 08-35656)    ☐ Orbyx Electronics, LLC (Case No. 08-35662)    ☐ Sky Venture Corporation (Case No. 08-35668)
☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)    ☐ Kinzer Technology, LLC (Case No. 08-35663)    ☐ XSStuff, LLC (Case No. 08-35669)
☐ CC Aviation, LLC (Case No. 08-35658)    ☐ Courchevel, LLC (Case No. 08-35664)    ☐ PRAHS, INC. (Case No. 08-35670)

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
TEC-COM SERVICES, INC. DBA MICRO TECH

☐ Check this box to indicate that this claim amends a previously filed claim.

**Name and address where notices should be sent:**
TEC-COM SERVICES, INC. DBA MICRO TECH
C/O THOMAS L. SCHULMAN, ATTORNEY AT LAW
600 W. SANTA ANA BLVD., STE. 955
SANTA ANA, CA 92701-4509
Telephone number: 714-542-9902

Court Claim Number: _____
(If known)

Filed on: _____

**Name and address where payment should be sent** (if different from above):
TEC-COM SERVICES, INC. DBA MICRO TECH
1215 POMONA RD STE A
CORONA, CA 92882
Telephone number: 951-734-5541

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 9,940.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** SERVICES PERFORMED
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 6317
   3a. Debtor may have scheduled account as: MICRO TECH
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:
Value of Property: $_____    Annual Interest Rate ___%
Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____    Basis for perfection: _____
Amount of Secured Claim: $_____    Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**Date:** 2/26/09

**Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

THOMAS L. SCHULMAN, ATTORNEY FOR TEC-COM SERVICES, INC.

FOR COURT USE ONLY
RECEIVED
FEB 27 2009
KURTZMAN CARSON CONSULTANTS

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



**EXHIBIT A**

| Job Num | Order Date | Order Type | Job Type | Status | Paperwork | Completed On | Customer Last Nam | Customer First Nam | Customer Address | Customer City | Customer State | Customer Zip | Client Bill Total | Total Amount Coll | Balance Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3309063672313 | 7/22/2008 | Circuit City | 193 -FDH - CONNECT3 | Completed | x | 7/23/2008 | CHRISTESON | DON | 2108 VISTA DORADO | NEWPORT BEACH | CA | 92660 | 65 | 0 | 65 |
| 3364020999022 | 7/22/2008 | Circuit City | 193 -FDH - CONNECT3 | Completed | x | 7/23/2008 | BIEBELBERG | WARREN | 1192 n dresden st | anaheim | CA | 92801 | 65 | 0 | 65 |
| 3586060673145 | 11/2/2008 | Circuit City | 193 -FDH - CONNECT3 | Completed | x | 11/3/2008 | HUTCHCRAFT | NANCY | 32006 Lorrila Drive | Trabuco Canyon | CA | 92679 | 65 | 0 | 65 |
| 4500381202744 | 11/7/2008 | Circuit City | Home Theater Basic | Completed | x | 11/8/2008 | MACAULEY | MIKE | 1016 HOLDEN AVE | BIG BEAR CITY | CA | 92314 | 115 | 50 | 65 |
| 3394003913111 | 6/19/2008 | Circuit City | Home Theater Premium Package | Completed | x | 6/20/2008 | BUTLER | NORM | 33159 JANDA COURT | TEMECULA | CA | 92592 | 385 | 315 | 70 |
| 4140651024466 | 6/16/2008 | Circuit City | Flat Panel Re-install Difference T | Completed | x | 6/17/2008 | FRASER | JOHN | 26392 PEBBLE CRK | LAKE FOREST | CA | 92630 | 230 | 150 | 80 |
| 3309013664509 | 7/10/2008 | Circuit City | Remote Control Prog. | Completed | x | 7/11/2008 | STRAUSS | KANARD | 708 JASMINE AVE | CORONA DEL MAR | CA | 92625 | 130 | 50 | 80 |
| 3311031679722 | 7/22/2008 | Circuit City | Home Theater Basic | Completed | x | 7/23/2008 | LO | THANG | 6532 ALAMEDA AVE | RANCHO CUCAMONGA | CA | 91737 | 80 | 0 | 80 |
| 4478008843767 | 8/19/2008 | Circuit City | Home Theater Basic | Completed | x | 8/19/2008 | GORDON | LINDA | 21372 BROOKHUST UNIT 414 | HUNTINGTON BEACH | CA | 92646 | 80 | 0 | 80 |
| 4228000111822 | 10/28/2008 | Circuit City | Home Theater Basic | Completed | x | 10/30/2008 | JOHNSON | GLYNN | 9725 SHADOW MOUNTAIN DR | MORENO VALLEY | CA | 92557 | 80 | 0 | 80 |
| 4260396007822 | 10/31/2008 | Circuit City | Home Theater Basic | Completed | x | 11/2/2008 | NEAL | DEBORAH | 4919 gardena st | riverside | CA | 92504 | 80 | 0 | 80 |
| 4313000422644 | 11/1/2008 | Circuit City | Home Theater Basic | Completed | x | 11/2/2008 | EDWARDS | RANDALL | 959 W ETIWANDA AVE | RIALTO | CA | 92376 | 80 | 0 | 80 |
| 4170433301333 | 11/2/2008 | Circuit City | Home Theater Basic | Completed | x | 11/3/2008 | CHOKSHI | BEEJAL | 2419 N INDIAN HILL BLVD | CLAREMONT | CA | 91711 | 80 | 0 | 80 |
| 4090568159888 | 11/3/2008 | Circuit City | Home Theater Basic | Completed | x | 11/4/2008 | COLUNGA | FRANCISCO | 955 MOUNTAIN VIEW | SAN BERNARDINO | CA | 92408 | 80 | 0 | 80 |
| 4131300437277 | 11/5/2008 | Circuit City | Home Theater Basic | Completed | x | 11/5/2008 | katayama | glen | 2366 coventry circle | fullerton | CA | 92833 | 80 | 0 | 80 |
| 3749007082722 | 10/3/2008 | Circuit City | one hour labor | Completed | x | 10/4/2008 | CRAM | ROGER | 17509 CEDARWOOD DR | RIVERSIDE | CA | 92503 | 80 | 0 | 80 |
| 3312028629166 | 6/8/2008 | Circuit City | Home Theater Basic | Completed | x | 6/9/2008 | montes | margaret | 15442 country club drive | chino hills | CA | 91709 | 170 | 80 | 90 |
| 4243000431711 | 10/31/2008 | Circuit City | 193-FDH-REISSANED3TV | Completed | x | 11/2/2008 | PICKARD | SANDRA | 22 ESTERNAY DR | FOOTHILL RANCH | CA | 92610 | 100 | 0 | 100 |
| 4035040116128 | 11/2/2008 | Circuit City | 193-FDH-REISSANED3TV | Completed | x | 11/3/2008 | PATEL | JAY | 544 CARDINAL ST | LA MIRADA | CA | 90638 | 100 | 0 | 100 |
| 4500380597000 | 10/24/2008 | Circuit City | Spider Calibration | Completed | x | 11/4/2008 | MONDRAGON | VICKI | 15240 OCASO AVE ee202 | LA MIRADA | CA | 90638 | 100 | 0 | 100 |
| 4500381249333 | 11/1/2008 | Circuit City | Valuewall 32 | Completed | x | 11/5/2008 | LOZANO | STEVE | 12978 clallam rd | apple valley | CA | 92308 | 120 | 0 | 120 |
| 4140656583000 | 10/28/2008 | Circuit City | Home Theater Premium Package | Completed | x | 11/2/2008 | BULES | DORIS | 3530 WHISPERING PINES RD | WRIGHTWOOD | CA | 92397 | 125 | 0 | 125 |
| 4313000225166 | 9/10/2008 | Circuit City | Valuewall 36 | Completed | x | 9/11/2008 | HEAPS | BRENDA | 20 ARDENNES DR | LADERA RANCH | CA | 92694 | 130 | 0 | 130 |
| 4070394599999 | 6/5/2008 | Circuit City | Valuewall 36 | Completed | x | 6/6/2008 | HERMANN | ERIC | 133 e everett pl. | orange | CA | 92867 | 185 | 50 | 135 |
| 4260394481111 | 7/18/2008 | Circuit City | Valuewall 36 | Completed | x | 7/19/2008 | CAUDEL | DAVID | 8694 GREENPOINT AVE | RIVERSIDE | CA | 92503 | 185 | 45 | 140 |
| 3313030807511 | 10/28/2008 | Circuit City | 193-FDH-FPSTANDCOMBO | Completed | x | 10/29/2008 | PARK | SUNG | 10 AZALEA | IRVINE | CA | 92620 | 185 | 40 | 145 |
| 4500381306999 | 11/3/2008 | Circuit City | Home Theater Deluxe | Completed | x | 11/4/2008 | MATHEWS | ROGER | 6588 OAK HILL RD | OAK HILLS | CA | 92344 | 145 | 0 | 145 |
| 4230001919688 | 7/29/2008 | Circuit City | Baswall 30up | Completed | x | 7/30/2008 | DAVIS | DEVON | 15164 BEARTREE ST | FONTANA | CA | 92336 | 145 | 0 | 145 |
| 4070395393888 | 10/11/2008 | Circuit City | 193 -FDH - CONNECT3 | Completed | x | 10/12/2008 | ROMERO | BEVERLY | 18901 PARKVIEW TER | SANTA ANA | CA | 92705 | 200 | 45 | 155 |
| 3313030380848 | 6/24/2008 | Circuit City | Valuewall 36 | Completed | x | 6/25/2008 | HERRION | SANDRA | 2076 S WEST ST | ANAHEIM | CA | 92802 | 155 | 0 | 155 |
| 4500381251999 | 11/2/2008 | Circuit City | Valuewall 36 | Completed | x | 11/3/2008 | BECHTHOLD | LINDA | 1275 Evergreen Rd | Wrightwood | CA | 92397 | 185 | 0 | 185 |
| 3311031647311 | 7/11/2008 | Circuit City | Flat Panel De-install | Completed | x | 7/12/2008 | john | robin | 9047 cielito street | rancho cucamonga | CA | 91701 | 185 | 0 | 185 |
| 4439032250944 | 7/5/2008 | Circuit City | 196-FDH-custom4hour | Completed | x | 7/6/2008 | SMITH | ROBERT | 25780 VIA JACARA CT | MORENO VALLEY | CA | 92551 | 195 | 0 | 195 |
| 4500381190222 | 10/31/2008 | Circuit City | Valuewall 36 | Completed | x | 11/2/2008 | DAY | SAUNDRA | 18047 ohma rd | apple valley | CA | 92307 | 220 | 0 | 220 |
| 4170430518333 | 8/12/2008 | Circuit City | Valuewall 36 | Completed | x | 8/12/2008 | CRUZ | ARNOLD | 725 lavender pl | la verne | CA | 91750 | 275 | 0 | 275 |

**EXHIBIT A**

| Job Num | Order Date | Order Type | Job Type | Status | Paperwork | Completed On | Customer Last Nam | Customer First Nam | Customer Address | Customer City | Customer State | Customer Zip | Client Bill Total | Total Amount Colle | Balance Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40905672661 | 10/19/2008 | Circuit City | Spider Calibration | Completed | x | 10/21/2008 | Anthony | Dwayne | 28390 Saffron Ave | Highland | CA | 92346 | 60 | 50 | 10 |
| 33642991998 | 7/11/2008 | Circuit City | Valuewall 36 | Completed | x | 7/12/2008 | LOSCO | PAMELA | 721 ARCHWOOD AVE | BREA | CA | 92821 | 335 | 305 | 30 |
| 33640303734D | 8/3/2008 | Circuit City | 193-FDH-STANDNHOME | Completed | x | 8/4/2008 | MAZTEGUI | CELIA | 606 VALDEZ CIR | PLACENTIA | CA | 92870 | 155 | 125 | 30 |
| 41604588193sv | 7/10/2008 | Circuit City | 998-HTI-SERVICECALL | Completed | x | 7/11/2008 | stolpp | quinn | 383 south violet lane | orange | CA | 92869 | 45 | 0 | 45 |
| 33640299199& | 8/1/2008 | Circuit City | 998-HTI-SERVICECALL | Completed | x | 8/2/2008 | LOSCO | PAMELA | 721 ARCHWOOD AVE | BREA | CA | 92821 | 45 | 0 | 45 |
| 35860060483SV | 9/1/2008 | Circuit City | 998-HTI-SERVICECALL | Completed | x | 9/2/2008 | WILSON | CHRISTIN | 8 CALLE ALIMAR | RCHO STA MARG | CA | 92688 | 45 | 0 | 45 |
| 04203664931SV | 9/5/2008 | Circuit City | 998-HTI-SERVICECALL | Completed | x | 9/6/2008 | ORTEGA | LETICIA | 5922 LINDEN AVE | LONG BEACH | CA | 90805 | 45 | 0 | 45 |
| 33103778429sv | 9/7/2008 | Circuit City | 998-HTI-SERVICECALL | Completed | x | 9/8/2008 | JONES | ROBERT | 4 FIELD | IRVINE | CA | 92620 | 45 | 0 | 45 |
| 33102894313sv | 9/11/2008 | Circuit City | 998-HTI-SERVICECALL | Completed | x | 9/13/2008 | TENNEY | REGINALD | 15014 VIA PERSORO | CHINO HILLS | CA | 91709 | 45 | 0 | 45 |
| 41604638566SV | 8/19/2008 | Circuit City | 998-HTI-SERVICECALL | Completed | x | 9/20/2008 | PELLE | TOM | 8872 ALBATROSS DR | HUNTINGTON BEACH | CA | 92646 | 45 | 0 | 45 |
| 04260391360DI | 9/30/2008 | Circuit City | Flat Panel De-install | Completed | x | 9/30/2008 | MUNOZ | ROBERT | 19068 weathervaine pl | RIVERSIDE | CA | 92508 | 45 | 0 | 45 |
| 04050418491TSV | 8/12/2008 | Circuit City | 998-HTI-SERVICECALL | Completed | x | 10/29/2008 | SODAL | VICKI | 1919 W CORONET AVE Space 1 ANAHEIM | ANAHEIM | CA | 92801 | 45 | 0 | 45 |
| 37490003487SSV3 | 10/28/2008 | Circuit City | 998-HTI-SERVICECALL | Completed | x | 10/30/2008 | ORLANDO | PEGGY | 7254 ROCKRIDGE RD | FOOTHILL RANCH | CA | 92610 | 45 | 0 | 45 |
| 42430043171DI | 10/30/2008 | Circuit City | Flat Panel De-install | Completed | x | 10/31/2008 | PICKARD | SANDRA | 22 ESTERNAY DR | FOOTHILL RANCH | CA | 92610 | 45 | 0 | 45 |
| 33090366720sv | 10/30/2008 | Circuit City | 998-HTI-SERVICECALL | Completed | x | 10/31/2008 | Montapert | Anthony | 41 Royal St. George Road | Newport Beach | CA | 92660 | 45 | 0 | 45 |
| 04160437465V2 | 10/30/2008 | Circuit City | 998-HTI-SERVICECALL | Completed | x | 10/31/2008 | THIEL | RICHARD | 20822 HUNTER LN | HUNTINGTON BEACH | CA | 92646 | 45 | 0 | 45 |
| 33130377842RR | 10/30/2008 | Circuit City | 998-HTI-SERVICECALL | Completed | x | 11/2/2008 | Jones | Robert | 4 Field | Irvine | CA | 92620 | 45 | 0 | 45 |
| 04090551092TDI | 11/2/2008 | Circuit City | Flat Panel De-install | Completed | x | 11/3/2008 | DIN | ALEXANDI | 26457 ALDERTREE CT | MORENO VALLEY | CA | 92555 | 45 | 0 | 45 |
| 04050401161Z2DI | 11/2/2008 | Circuit City | Flat Panel De-install | Completed | x | 11/3/2008 | MONDRAGON | VICKI | 15240 OCASO AVE ec202 | LA MIRADA | CA | 90638 | 45 | 0 | 45 |
| 04090565325&sv | 11/4/2008 | Circuit City | 998-HTI-SERVICECALL | Completed | x | 11/5/2008 | TADESSE | BARBARA | 1725 N ARROWHEAD AVE | SAN BERNARDINO | CA | 92405 | 45 | 0 | 45 |
| 33090371691Osv | 11/5/2008 | Circuit City | 998-HTI-SERVICECALL | Completed | x | 11/5/2008 | beigel | jerry | 29000 park newport apt 230 | newport beach | CA | 92660 | 45 | 0 | 45 |
| 33090368609&sv | 11/5/2008 | Circuit City | 998-HTI-SERVICECALL | Completed | x | 11/5/2008 | rosing | janet | 25 shade tree | irvine | CA | 92603 | 45 | 0 | 45 |
| 33090366928SV | 7/31/2008 | Circuit City | 998-HTI-SERVICECALL | Completed | x | 8/1/2008 | Johnson | Andrew | 5 Chatelaine | Newport Coast | CA | 92657 | 45 | 0 | 45 |
| 33103793493sv | 11/6/2008 | Circuit City | 998-HTI-SERVICECALL | Completed | x | 11/10/2008 | saltzman | sandra | 304 e almond 12 | orange | CA | 92620 | 45 | 0 | 45 |
| 33110318267 | 8/15/2008 | Circuit City | Site Survey | Completed | x | 8/16/2008 | MICHAELS | TIM | 14695 Winnipeg Circle | fontana | CA | 92336 | 45 | 0 | 45 |
| 42603960500 | 9/7/2008 | Circuit City | Remote Control Prog. | Completed | x | 9/8/2008 | SCHIFFER | BOB | 10406 INDIANA AVE apt 6 | RIVERSIDE | CA | 92503 | 50 | 0 | 50 |
| 40905668254 | 10/5/2008 | Circuit City | Remote Control Prog. | Completed | x | 10/6/2008 | MORALES | THOMAS | 1672 ECHO DR | San Bernardino | CA | 92404 | 50 | 0 | 50 |
| 40504251213 | 11/5/2008 | Circuit City | Site Survey | Completed | x | 11/7/2008 | Schmidt | Peggy | 2741 W. Tola Ave | Anaheim | CA | 92804 | 50 | 0 | 50 |
| 44880087429O | 10/28/2008 | Circuit City | Remote Control Prog. | Completed | x | 10/29/2008 | ERICKSON | DAVE | 24008 HIGHCREST DR | DIAMOND BAR | CA | 91765 | 50 | 0 | 50 |
| 33110318896Z | 8/31/2008 | Circuit City | Video Calibration | Completed | x | 9/3/2008 | CINDRICH | LISA | 7252 ARLINGTON ST. | FONTANA | CA | 92336 | 50 | 0 | 50 |
| 42300222683 | 10/22/2008 | Circuit City | Spider Calibration | Completed | x | 10/3/2008 | Lagrimas | Jose | 5771 Seminole Way | Fontana | CA | 92336 | 60 | 0 | 60 |
| 35860067194I | 10/30/2008 | Circuit City | Spider Calibration | Completed | x | 11/2/2008 | OLNEY | DAVIS | 31912 OLD HICKORY RD | TRABUCO CANYON | CA | 92679 | 60 | 0 | 60 |
| 41704432821 | 10/31/2008 | Circuit City | Spider Calibration | Completed | x | 11/2/2008 | FUKUCHI | RAY | 3122 LANSBURY AVE | CLAREMONT | CA | 91711 | 60 | 0 | 60 |
| 42300023556& | 11/1/2008 | Circuit City | Spider Calibration | Completed | x | 11/2/2008 | BECHUM | ZACH | 14696 ALBERTA LN | FONTANA | CA | 92336 | 60 | 0 | 60 |
| 33110314327& | 6/4/2008 | Circuit City | Home Theater Deluxe | Completed | x | 6/5/2008 | REYNOLDS | DAN | 874 W HIGHPOINT DR | CLAREMONT | CA | 91711 | 145 | 80 | 65 |

**EXHIBIT A**

| Job Num | Order Date | Order Type | Job Type | Status | Paperwork | Completed On | Customer Last Name | Customer First Name | Customer Address | Customer City | Customer State | Customer Zip | Client Bill Total | Total Amount Collected | Balance Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04050424801 2 part | 11/3/2008 | Circuit City1 | HTI Premium Flat Panel / Plasma | Completed | x | 11/6/2008 | VELAZQUEZ | ROBERTA | 10771 CEDAR ST | STANTON | CA | 90680 | 375 | 0 | 375 |

Total 6165

**EXHIBIT A**

BANK OF AMERICA, N.A.
WEST RETURN ITEMS
P.O. BOX 2518
HOUSTON, TX  77252-2518

Page 01 of 01                    H
Bank    : 00319
Center  :
Divider : 4,420
Code    : 5 M

Deposit Account:   24-280-9935
Charge Account :   24-280-9935
Store/Reference: 00000000000000

TEC-COM SERVICES, INC
DBA MICRO-TECH, GENERAL ACCT
1215 POMONA RD STE A
CORONA   CA   92882
US

Date of Notice: 11-17-2008

Dear Valued Customer:

The item(s) below, which were deposited to your account, have been returned unpaid. Therefore, we have charged them to your account. Please adjust your records by subtracting the total shown below.

If you have any questions or need additional information, please contact one of our Customer Service Representatives at 1-800-622-8731. Thank you for choosing Bank of America.

Number of Returned Items:            1
Amount of Returned Item(s):    2,420.00
Return Items Fee:                  5.00
Total:                         2,425.00

| SEQUENCE/ | ABA NUMBER/ | MAKER NAME/ | RETURN REASON/ | AMOUNT |
| DEP DATE | DEP AMOUNT | CHECK DATE | Additional Data | |
| 8115638744 | 2560-7270 | | Stop Payment | 2,420.00 |
| 11/13/2008 | 7,325.00 | | | |

*111012822*
11/17/2008
000005360720476

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-C
STOP PAYMENT

*13000001*
*4420*
*1*
*01083*

EXHIBIT A

CIRCUIT CITY®
CIRCUIT CITY STORES, INC. (EN)
9950 MAYLAND DRIVE
RICHMOND, VA 23233
(804) 418-8148
VENDOR NUMBER: 0001226317

WACHOVIA BANK
901 EAST CARY STREET
RICHMOND, VA 23209

68-7270/2560

CHECK NUMBER
000042842

PAY  Two thousand four hundred twenty and 00/100 Dollars

PAY EXACTLY
******$2,420.00

TO THE ORDER OF
MICRO TECH
1215 POMONA RD STE A
CORONA, CA 92882

DATE: 11/06/08

VOID IF OVER 90 DAYS
VOID IF OVER $200,000.00

⑈000428423⑈ ⑆256072701⑆ 2079900058044⑈    ⑈000024200⑈

BANK OF AMERICA, N.A.
WEST RETURN ITEMS
P.O. BOX 2518
HOUSTON, TX  77252-2518

P    01 of 01                               H
Bank   : 00319
Center :
Divider: 14,130
Code   : 5 M

Deposit Account:    24-280-9935
Charge Account :    24-280-9935
Store/Reference:00000000000000

TEC-COM SERVICES, INC
DBA MICRO-TECH, GENERAL ACCT
1215 POMONA RD STE A
CORONA   CA        92882
US

Date of Notice: 11-17-2008

Dear Valued Customer:

The item(s) below, which were deposited to your account, have been returned unpaid. Therefore, we have charged them to your account. Please adjust your records by subtracting the total shown below.

If you have any questions or need additional information, please contact one of our Customer Service Representatives at 1-800-622-8731. Thank you for choosing Bank of America.

Number of Returned Items:              1
Amount of Returned Item(s):     3,775.00
Return Items Fee:                   5.00
Total:                          3,780.00

| SEQUENCE/ | ABA NUMBER/ | MAKER NAME/ | RETURN REASON/ | AMOUNT |
| --- | --- | --- | --- | --- |
| DEP DATE | DEP AMOUNT | CHECK DATE | Additional Data | |
| 8115638737 | 2560-7270 | | Stop Payment | 3,775.00 |
| 11/13/2008 | 7,325.00 | | | |

*111012822*
11/17/2008
000005360720477

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-C
STOP PAYMENT

*18240001*
*14130*
*1*
*02310*

EXHIBIT A

CIRCUIT CITY®
CIRCUIT CITY STORES, INC. (EN)
9950 MAYLAND DRIVE
RICHMOND, VA 23233
(804) 418-8148
VENDOR NUMBER: 0001226317

WACHOVIA BANK
901 EAST CARY STREET
RICHMOND, VA 23219
68-7270/2560

CHECK NUMBER
0000428287

PAY  Three thousand ~~seven hundred~~ seventy five and 00/100 Dollars

SP

TO THE ORDER OF
MICRO TECH
1215 POMONA RD STE A
CORONA, CA 92882

DATE: 11/04/08

PAY EXACTLY
******$3,775.00

VOID IF OVER 90 DAYS



VOID IF OVER $200,000.00

⑈0000428287⑈ ⑆256072701⑆ 20799000560⑈⑈ ⑈0000377500⑈

⑈0000428287⑈ ⑆256072701⑆ 20799000560⑈⑈ ⑈0000377500⑈

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss:
COUNTY OF ORANGE       )

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 600 West Santa Ana Boulevard, Suite 955, Santa Ana, California 92701-4509.

On February 27, 2009, I served the document described as

PROOF OF CLAIM

on Debtor's Claims Agent in this action, or on the parties in propria persona, addressed as follows:

CIRCUIT CITY STORES, INC., ET AL.
CLAIMS PROCESSING DEPT.
KURTZMAN CARSON CONSULTANTS LLC
2335 ALASKA AVENUE
EL SEGUNDO, CA 90245

BY MAIL, by placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service on that same day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 27, 2009, at Santa Ana, California.

/s/ COPY
_____
Melissa D. Synco

EXHIBIT
1    A

In Re: CIRCUIT CITY STORES, INC. Debtor, Case No.08-35653     Entity # 1

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO | CONTINGENT, UNLIQUIDATED, DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 2690481 - 10206242<br>MICRO MEDICS<br>6625 WEST JARVIS<br>NILES IL | POTENTIAL REFUND CLAIM | Disputed | $2,065.00 |
| 1189592 - 10169764<br>MICRO PRODUCT DISTRIBUTORS<br>PO BOX 024826<br>CO NORTHERN TRUST BANK<br>MIAMI FL 33102-4826 | EXPENSE PAYABLE | | $94,590.27 |
| 1125999 - 10170472<br>MICRO TECH<br>1215 POMONA RD STE A<br>CORONA CA 92882 | EXPENSE PAYABLE | | $2,160.00 |
| 2334180 - 10094717<br>MICRO-SS, HAMBURG<br>1020 MCKINLEY MALL<br>BLASDELL NY 14219 | POTENTIAL CLAIM<br>CLAIM NUMBER -<br>20050204205-0002 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2334309 - 10094846<br>MICRO-SS, UTICA<br>1 SANGERTOWN SQUARE MALL<br>NEW HARTFORD NY 13413 | POTENTIAL CLAIM<br>CLAIM NUMBER -<br>20031209408-0001 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1034819 - 10173932<br>MICROSOFT CORP<br>LOCKBOX 847543<br>1401 ELM ST 5TH FL<br>DALLAS TX 75202 | MERCHANDISE PAYABLE | Disputed,<br>Unliquidated | $4,622,037.75 |
| 1036136 - 10173990<br>MICROSOFT CORP CONSIGNMENT<br>LOCKBOX 847543<br>1401 ELM STREET 5TH FLOOR<br>DALLAS TX 75202 | MERCHANDISE PAYABLE | Disputed,<br>Unliquidated | $130,497.28 |
| 1034308 - 10173869<br>MICROSOFT XBOX<br>Attn PAM POWELL<br>6100 NEIL ROAD<br>RENO NV 89511 | MERCHANDISE PAYABLE | Disputed,<br>Unliquidated | $6.75 |

**EXHIBIT A**

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA  )
                     ) ss:
COUNTY OF ORANGE     )

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 600 West Santa Ana Boulevard, Suite 955, Santa Ana, California 92701-4509.

On June 25, 2009, I served the document described as

**CREDITOR TEC-COM SERVICES, INC.'S RESPONSE TO DEBTORS' NINTH OMNIBUS OBJECTION TO CERTAIN (I) LATE CLAIMS AND (II) LATE 503(b)(9) CLAIMS**

on the following:

*Via Federal Express*
*Airbill No. 7977 1092 4130*

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
ONE RODNEY SQUARE
WILMINGTON DE 19801
ATTN: GREGG M GALARDI
ATTN: IAN S FREDERICKS

*Via Federal Express*
*Airbill No. 7967 2387 2647*

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
333 WEST WACKER DRIVE
CHICAGO IL 60606
ATTN: CHRIS L DICKERSON

*Via Federal Express*
*Airbill No. 7967 2387 6116*

MCGUIRE WOODS LLP
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND VA 23219
ATTN: DION W HAYES
ATTN: DOUGLAS M FOLEY

**BY OVERNIGHT DELIVERY**, I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 25, 2009, at Santa Ana, California.

Melissa D. Synco