RICHMOND DIVISION
FILED JUN 2 6 2009 FILED
CLERK
U.S. BANKRUPTCY COURT

Re: Circuit City Stores, Inc. et al
Case # 08-35653 (KRH)
Claim # 10780 - $5,000.—

Attention:
   Clerk of the Bankruptcy Court
   United States Bankruptcy Court
   701 E. Broad St - Room 400
   Richmond, Va 23221

Dear Sir or Madam:

  I hereby request a hear[ing]
the captioned matter. Late filing.
Received Feb 2, 2009.

  My husband was in th[e]
hospital and subsequently pa[ssed]
away; I thereby request reli[ef]
the debtor.  Sincerely,
                                    864
                                    804
Bernice W Shipaw
521 Tuckahoe Club Ct Richmo[nd]