**EXHIBIT B**



# THE WOODLANDS
COMMERCIAL OWNERS ASSOCIATION, INC.

**ASSESSMENT STATEMENT**

2201 Lake Woodlands Drive, P.O. Box 7859, The Woodlands TX 77387-7859   p 281.210.3974   f 281.210.3961   www.thewoodlandsassociations.org

**2009 Corrected Annual Assessment Fee Statement**

AMREIT
ATTN MAX SHILSTONE
8 E GREENWAY PLZ STE 1000
HOUSTON, TX 77046-0808

PRINT DATE: Tuesday, January 13, 2009

**Property Owner Name:** AMREIT    **P_ID:** 27041

**Property Address:** 1455 LAKE WOODLANDS DR

**Association Account #:** 080-0999-0599-4200

**Central Appraisal District #:** 97080000190

**Legal Description:**
3.99 Ac Woodlands Town Cntr, Woodlands Mall Res A Parcel 9, Parcel 2Q-3B, Walker County School Survey A599

**PLEASE NOTE THIS IS A CORRECTED 2009 BILL. WE APOLOGIZE FOR ANY INCONVENIENCE CAUSED.**

Assessment Fees are due annually on January 1st and are paid in advance. Unpaid fees bear interest from the delinquent date until paid. Delinquent accounts are charged a 5% annual fee. Additional fees will be charged for costs and expenses of future collection efforts.

Annual Interest Rate is 8%

| | |
|---|---|
| Total 2009 Valuation: | $2,032,380 |
| **2009 Assessment Rate $0.30 / $100 of Total Value** | |
| **2009 Assessment Fees *CORRECTED*:** | $6,097.14 |
| 2009 Originally Billed Fees: | $5,487.43 |
| 2009 Payments Received to Date: | $0.00 |
| **TOTAL AMOUNT DUE:** | **$6,097.14** |

*Delinquent Date (Extended) - April 1, 2009*
*Delinquent Accounts are charged a 5% Annual Fee*

CHECK# _____
DATE PAID _____
AMOUNT PAID _____

---

**PAYMENT COUPON**

Property Owner Name: AMREIT
Account Number #: 080-0999-0599-4200
**Amount due prior to April 1, 2009:** $6,097.14

CHECK# _____
DATE PAID _____
AMOUNT PAID _____

| Please make check or money order payable to WCOA or The Woodlands Commercial Owners Association and mail to PO Box 7859, The Woodlands, TX 77387-7859 | Please check box if requesting a change in mailing address or mortgage company information. Provide the new information on the back of this coupon. ☐ | Receipts will be sent on all accounts "paid in full" / Return coupon with payment |

EXHIBIT "1"