**EXHIBIT C-1**

# NOTICE OF 2008 TAXES DUE FOR MONTGOMERY COUNTY, et.al.

Please make payment to:
COUNTY OF MONTGOMERY
J. R. MOORE, JR.
TAX ASSESSOR - COLLECTOR
P.O. BOX 4798
HOUSTON, TX 77210-4798

DATE OF STATEMENT
9.29.2008

| IF PAYMENT IS MADE IN: | | THEN PAY AMOUNT IS: |
|---|---|---|
| OCTOBER | 2008 00% | 49055.56 |
| NOVEMBER | 2008 00% | 49055.56 |
| DECEMBER | 2008 00% | 49055.56 |
| JANUARY | 2009 00% | 49055.56 |
| FEBRUARY | 2009 07% | 52489.46 |
| MARCH | 2009 09% | 53470.56 |

Acct: 00.9708.00.00190

AMREIT
8 E GREENWAY PLZ
STE 1000
HOUSTON, TX 77046-0808

*Circuit City*

WDLNDS MALL, RES A PARCEL 9, ACRES 3.589

2100500004905556∂

*RE1209 15040*

STATEMENT NUMBER  210050

RETURN THIS TOP PORTION WITH PAYMENT
RETAIN THIS PORTION FOR YOUR RECORDS

| LAND | REDUC | IMPROVEMENTS | PERSONAL | TOTAL VALUE |
|---|---|---|---|---|
| 2032380 | 0 | 0 | 0 | 2032380 |

*Ritchell 1/15/09 Circuit City RE1209 15040*

| YEAR 2008 TAXING UNIT | TOTAL VALUE EXEMPT CODE | EXEMPTIONS OVER 65 | VET | TAXABLE VALUE | TAX RATE | TAX AMOUNT |
|---|---|---|---|---|---|---|
| COUNTY OF MONTGOMERY | 2032380 | 0 | 0 | 2032380 | .4838 | 9832.65 |
| HOSPITAL DISTRICT | 2032380 | 0 | 0 | 2032380 | .0760 | 1544.61 |
| LONE STAR COLLEGE DIST | 2032380 | 0 | 0 | 2032380 | .1101 | 2237.65 |
| CONROE I.S.D. | 2032380 | 0 | 0 | 2032380 | 1.2700 | 25811.23 |
| WOODLANDS RD UTIL DIST1 | 2032380 | 0 | 0 | 2032380 | .4738 | 9629.42 |

TOTAL TAX    49055.56

| IF PAYMENT IS MADE IN: | | THEN PAY AMOUNT IS: |
|---|---|---|
| OCTOBER | 2008 00% | 49055.56 |
| NOVEMBER | 2008 00% | 49055.56 |
| DECEMBER | 2008 00% | 49055.56 |
| JANUARY | 2009 00% | 49055.56 |
| FEBRUARY | 2009 07% | 52489.46 |
| MARCH | 2009 09% | 53470.56 |

00.9708.00.00190
9.29.2008
WDLNDS MALL, RES A PARCEL 9, ACRES 3.589

NOTE: PAYMENTS MADE AFTER JAN 31st SHOULD BE MAILED TO:
J. R. MOORE, JR.
TAX ASSESSOR-COLLECTOR
400 N. SAN JACINTO
CONROE, TX 77301-2823
(936) 539-7897

TO PAY BY CREDIT CARD - CALL 1-800-272-9829 OR VISIT www.officialpayments.com
USE JURISDICTION CODE 5331. THERE WILL BE A NOMINAL FEE CHARGED FOR THIS SERVICE.

USE ENCLOSED ENVELOPE FOR PAYMENTS MADE PRIOR TO FEB. 1, 2009

TAXES ARE DUE UPON RECEIPT AND BECOME DELINQUENT ON FEB. 1st.
ON APRIL 1st, 2009 FOR PERSONAL PROPERTY AND ON JULY 1st, 2009 FOR REAL PROPERTY, AN
ADDITIONAL LEGAL FEE WILL BE ADDED. THAT FEE MAY BE 15% OR 20% DEPENDING ON THE TAXING
UNIT ATTORNEY CONTRACT. PENALTY & INTEREST WILL CONTINUE TO ACCRUE.
100% ASSESSMENT RATIO APPRAISAL ASSESSED VALUES

EXHIBIT

WOODLANDS METRO CENTER MUD
JEANNIE MANNING, RTA
P.O. BOX 7829
THE WOODLANDS, TX 77387-7829

(281)367-1271

**ADDRESS CORRECTION REQUESTED**

ACCOUNT: R238040

PROPERTY OWNER

AMREIT
8 E GREENWAY PLZ
STE 1000
HOUSTON, TX 77046-8080

*Circuit City R07209 15040*
*B. [signature] 1/17/09*

**2008 TAX STATEMENT**

10/20/2008

RETAIN THIS PORTION FOR YOUR RECORDS

CAD ACCOUNT NUMBER: 97080000190

PROPERTY DESCRIPTION
0000000
WDLNDS MALL, RES A PARCEL 9, A
CRES 3.589

ACRES: 3.5890

RECEIVED JAN 1 6 2009

Pay by Credit Card at http://www.wjpa.org

| LAND VALUE | IMPROVEMENT VALUE | MINERAL VALUE | PERSONAL PROPERTY | TOTAL APPRAISED/ASSESSED |
|---|---|---|---|---|
| 2,032,380 | | | | 2,032,380 |

| HOMESTEAD | OVER65/DISABLED | DISABLED VET | CAP ADJ/AG DEFERRED | EXEMPT/NOMINAL | TAXABLE VALUE |
|---|---|---|---|---|---|
| | | | | | 2,032,380 |

This is an original tax bill. If your taxes are escrowed please forward to your mortgage company.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

| TAX YEAR | ENTITY | MARKET VALUE | TAXABLE VALUE | TAX RATE | LEVY AMOUNT | PREV. YEAR |
|---|---|---|---|---|---|---|
| 2008 | WM11 | 2,032,380 | 2,032,380 | 0.190000 | 3,861.52 | 9.520%- |
| 2007 | WM11 | 2,032,380 | 2,032,380 | 0.210000 | 4,268.00 | 8.700%- |
| 2006 | WM11 | 2,032,380 | 2,032,380 | 0.230000 | 4,674.47 | 14.810%- |
| 2005 | WM11 | 2,032,380 | 2,032,380 | 0.270000 | 5,487.43 | 10.000%- |
| 2004 | WM11 | 2,032,380 | 2,032,380 | 0.300000 | 6,097.14 | 0.000% |
| 2003 | WM11 | 2,032,380 | 2,032,380 | 0.300000 | 6,097.14 | 6.250%- |
| 5 Year Comparison | | 0.000% | 0.000% | 36.670%- | 36.670%- | |

TAX ASSESSMENT RATIO         100%
TAX RATE PER $100            0.190000
TAX DUE                      3,861.52

TOTAL DUE              $     3,861.52

AMOUNT DUE IF PAID IN
FEBRUARY   ( 7%)   $    4,131.83
MARCH      ( 9%)   $    4,209.06
APRIL      (11%)   $    4,286.29
MAY        (13%)   $    4,363.52
JUNE       (15%)   $    4,440.75

**TAXES ARE DUE UPON RECEIPT AND BECOME DELINQUENT FEBRUARY 1, 2009**

MAKE CHECKS PAYABLE TO:
WOODLANDS METRO CENTER MUD
P.O. BOX 7829
THE WOODLANDS, TX 77387-7829

(281)367-1271

PROPERTY DESCRIPTION
0000000
WDLNDS MALL, RES A PARCEL 9, A
CRES 3.589

ACRES: 3.5900

AMREIT
8 E GREENWAY PLZ
STE 1000
HOUSTON, TX 77046-8080

97080000190000009    200801110000386152

RETURN THIS PORTION WITH PAYMENT

**2008 TAX STATEMENT**

CAD NUMBER: 97080000190
ACCT NO   : R238040
MTG CODE  :            -

TOTAL DUE      $    3,861.52

DELINQUENCY DATE:    02/01/2009
AMOUNT DUE IF PAID IN:
FEBRUARY   ( 7%)   $    4,131.83
MARCH      ( 9%)   $    4,209.06
APRIL      (11%)   $    4,286.29
MAY        (13%)   $    4,363.52
JUNE       (15%)   $    4,440.75

EXHIBIT C-3

WOODLANDS METRO CENTER MUD
JEANNIE MANNING, RTA
P.O. BOX 7829
THE WOODLANDS, TX 77387-7829

2008 TAX STATEMENT

10/20/2008

(281)367-1271

RETAIN THIS PORTION FOR YOUR RECORDS

ADDRESS CORRECTION REQUESTED

ACCOUNT: R258855

CAD ACCOUNT NUMBER: 97080000195

PROPERTY OWNER

RET209 15040

CIRCUIT CITY STORES INC
ATTN:TAX DEPT #3253RE
PO BOX 42304
RICHMOND, VA  23242-3040

PROPERTY DESCRIPTION
0001455 LAKE WOODLANDS
WDLNDS MALL, RES A PARCEL 9 IM
P ONLY

Pay by Credit Card at http://www.wjpa.org

| LAND VALUE | IMPROVEMENT VALUE | MINERAL VALUE | PERSONAL PROPERTY | TOTAL APPRAISED/ASSESSED |
|---|---|---|---|---|
| | 1,227,970 | | | 1,227,970 |

| HOMESTEAD | OVER65/DISABLED | DISABLED VET | CAP ADJ/AG DEFERRED | EXEMPT/NOMINAL | TAXABLE VALUE |
|---|---|---|---|---|---|
| | | | | | 1,227,970 |

This is an original tax bill. If your taxes are escrowed please forward to your mortgage company.

TAX ASSESSMENT RATIO                 100%
TAX RATE PER $100               0.190000
TAX DUE                         2,333.14

TOTAL DUE          $            2,333.14

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED
AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR
RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL
DISTRICT REGARDING ANY ENTITLEMENT YOU MY HAVE TO A
POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

AMOUNT DUE IF PAID IN
FEBRUARY   ( 7%)   $   2,496.46
MARCH      ( 9%)   $   2,543.12
APRIL      (11%)   $   2,589.78
MAY        (13%)   $   2,636.45
JUNE       (15%)   $   2,683.11

| TAX YEAR | ENTITY | MARKET VALUE | TAXABLE VALUE | TAX RATE | LEVY AMOUNT | PREV. YEAR |
|---|---|---|---|---|---|---|
| 2008 | WM11 | 1,227,970 | 1,227,970 | 0.190000 | 2,333.14 | 2.200%- |
| 2007 | WM11 | 1,135,960 | 1,135,960 | 0.210000 | 2,385.52 | 8.700%- |
| 2006 | WM11 | 1,135,960 | 1,135,960 | 0.230000 | 2,612.71 | 14.810%- |
| 2005 | WM11 | 1,135,960 | 1,135,960 | 0.270000 | 3,067.09 | 10.000%- |
| 2004 | WM11 | 1,135,960 | 1,135,960 | 0.300000 | 3,407.88 | 14.280%- |
| 2003 | WM11 | 1,325,270 | 1,325,270 | 0.300000 | 3,975.81 | 6.250%- |
| 5 Year Comparison | | 7.340%- | 7.340%- | 36.670%- | 41.320%- | |

JAN 1 6 2009

TAXES ARE DUE UPON RECEIPT AND BECOME DELINQUENT FEBRUARY 1, 2009

MAKE CHECKS PAYABLE TO:
WOODLANDS METRO CENTER MUD
P.O. BOX 7829
THE WOODLANDS, TX 77387-7829

(281)367-1271

RETURN THIS PORTION WITH PAYMENT

2008 TAX STATEMENT

CAD NUMBER:    97080000195
ACCT NO    :   R258855
MTG CODE   :   -

PROPERTY DESCRIPTION
0001455 LAKE WOODLANDS
WDLNDS MALL, RES A PARCEL 9 IM
P ONLY

TOTAL DUE      $      2,333.14

CIRCUIT CITY STORES INC
ATTN:TAX DEPT #3253RE
PO BOX 42304
RICHMOND, VA  23242-3040

DELINQUENCY DATE:     02/01/2009
AMOUNT DUE IF PAID IN:
FEBRUARY   ( 7%)   $   2,496.46
MARCH      ( 9%)   $   2,543.12
APRIL      (11%)   $   2,589.78
MAY        (13%)   $   2,636.45
JUNE       (15%)   $   2,683.11

9708000019500004        200801110000233314

# NOTICE OF 2008 TAXES DUE FOR MONTGOMERY COUNTY, et.al.

Please make payment to:
COUNTY OF MONTGOMERY
J. R. MOORE, JR.
TAX ASSESSOR - COLLECTOR
P.O. BOX 4798
HOUSTON, TX 77210-4798

DATE OF STATEMENT
9.29.2008

| IF PAYMENT IS MADE IN: | | THEN PAY AMOUNT IS: |
|---|---|---|
| OCTOBER | 2008 00% | 29639.52 |
| NOVEMBER | 2008 00% | 29639.52 |
| DECEMBER | 2008 00% | 29639.52 |
| JANUARY | 2009 00% | 29639.52 |
| FEBRUARY | 2009 07% | 31714.29 |
| MARCH | 2009 09% | 32307.07 |

Acct: 00.9708.00.00195

RE1209
Dr. 15040
cr. cash

CIRCUIT CITY STORES INC
ATTN:TAX DEPT #3253RE
PO BOX 42304
RICHMOND VA 23242-2304

WDLNDS MALL, RES A PARCEL
9 IMP ONLY

21005500029639526

STATEMENT NUMBER 210055
AGENT # 1604

RETURN THIS TOP PORTION WITH PAYMENT
RETAIN THIS PORTION FOR YOUR RECORDS

| LAND | REDUC | IMPROVEMENTS | PERSONAL | TOTAL VALUE |
|---|---|---|---|---|
| 0 | 0 | 1227970 | 0 | 1227970 |

| YEAR 2008 TAXING UNIT / EXEMPT CODE | TOTAL VALUE | EXEMPTIONS OVER 65 | VET | TAXABLE VALUE | TAX RATE | TAX AMOUNT |
|---|---|---|---|---|---|---|
| COUNTY OF MONTGOMERY | 1227970 | 0 | 0 | 1227970 | .4838 | 5940.92 |
| HOSPITAL DISTRICT | 1227970 | 0 | 0 | 1227970 | .0760 | 933.26 |
| LONE STAR COLLEGE DIST | 1227970 | 0 | 0 | 1227970 | .1101 | 1352.00 |
| CONROE I.S.D. | 1227970 | 0 | 0 | 1227970 | 1.2700 | 15595.22 |
| WOODLANDS RD UTIL DIST1 | 1227970 | 0 | 0 | 1227970 | .4738 | 5818.12 |

TOTAL TAX 29639.52

| IF PAYMENT IS MADE IN: | | THEN PAY AMOUNT IS: |
|---|---|---|
| OCTOBER | 2008 00% | 29639.52 |
| NOVEMBER | 2008 00% | 29639.52 |
| DECEMBER | 2008 00% | 29639.52 |
| JANUARY | 2009 00% | 29639.52 |
| FEBRUARY | 2009 07% | 31714.29 |
| MARCH | 2009 09% | 32307.07 |

00.9708.00.00195
9.29.2008
WDLNDS MALL, RES A PARCEL
9 IMP ONLY

NOTE: PAYMENTS MADE AFTER JAN 31st SHOULD BE MAILED TO:
J. R. MOORE, JR.
TAX ASSESSOR-COLLECTOR
400 N. SAN JACINTO
CONROE, TX 77301-2823
(936) 539-7897

TO PAY BY CREDIT CARD - CALL 1-800-272-9829 OR VISIT www.officialpayments.com
USE JURISDICTION CODE 5331. THERE WILL BE A NOMINAL FEE CHARGED FOR THIS SERVICE.

USE ENCLOSED ENVELOPE FOR PAYMENTS MADE PRIOR TO FEB. 1, 2009

TAXES ARE DUE UPON RECEIPT AND BECOME DELINQUENT ON FEB. 1st.
ON APRIL 1st, 2009 FOR PERSONAL PROPERTY AND ON JULY 1st, 2009 FOR REAL PROPERTY, AN
ADDITIONAL LEGAL FEE WILL BE ADDED. THAT FEE MAY BE 15% OR 20% DEPENDING ON THE TAXING
UNIT ATTORNEY CONTRACT. PENALTY & INTEREST WILL CONTINUE TO ACCRUE.
100% ASSESSMENT RATIO APPRAISAL ASSESSED VALUES