UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. **08-35653** |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF MOTION AND HEARING**

      PLEASE TAKE NOTICE that AmREIT, a Texas Real Estate Investment Trust ("AmREIT"), by its counsel, Gregory Kaplan, PLC, has filed with the Court its Motion of AmREIT, a Texas Real Estate Investment Trust for Allowance of Administrative Expenses (the "Motion").

      **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** If you do not want the court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before **July 17, 2009**, you or your attorney must:

      1.    File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your request for response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

                  William C. Redden
                  Clerk of the United States Bankruptcy Court
                  701 East Broad Street, Suite 4000
                  Richmond, Virginia 23219

      2.    Send a copy to all necessary parties and to:

                  Troy Savenko (Va. Bar No. 44516)
                  GREGORY KAPLAN, PLC
                  7 East Second Street (23224-4253)
                  Post Office Box 2470

---

Troy Savenko (Va. Bar No. 44516)
Leslie A. Skiba (Va. Bar No. 48783)
GREGORY KAPLAN, PLC
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, VA  23218-2470
Telephone: (804) 423-7921
Facsimile:  (804) 230-0024

*Counsel to AmREIT, a Texas Real Estate Investment Trust*

            Richmond, Virginia 23218-2470
            Facsimile:    (804) 230-0024
            E-mail:      tsavenko@gregkaplaw.com

3.   Attend the hearing on the Motion before the Honorable Kevin R. Huennekens scheduled to be held on **July 23, 2009 at 11:00 a.m.** at the United States Bankruptcy Court, 701 East Broad Street, Courtroom 5000, Richmond, Virginia 23219,

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated: June 30, 2009                                  Respectfully Submitted,

                                                      /s/ Troy Savenko
                                                      Troy Savenko (Va. Bar No. 44516)
                                                      Leslie A. Skiba (Va. Bar No. 48783)
                                                      GREGORY KAPLAN, PLC
                                                      7 East Second Street (23224-4253)
                                                      Post Office Box 2470
                                                      Richmond, VA   23218-2470
                                                      Telephone:   (804) 423-7921
                                                      Facsimile:     (804) 230-0024

                                                      *Counsel for AmREIT, a Texas Real Estate Investment Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2009, I caused a copy of the foregoing to be served upon all parties on the Primary Service List as defined by the "Case Management" Order entered by the Court in the above-captioned case on November 13, 2008 via the Court's CM/ECF Noticing System, electronic mail, or U.S. Mail, postage pre-paid.

                                                      /s/ Troy Savenko