# Exhibit D

**PARKER CENTRAL PLAZA, LTD.**
**PLANO, TEXAS**
**PROPERTY TAX BILLING**

| | | | |
|---|---|---|---|
| Circuit City Stores, Inc. | | Invoice Date: | 11/06/2008 |
| Store #543 | | Account Number: | 400-Circuit |
| Real Estate Department | | | |
| 9950 Mayland Drive | | | |
| Richmond, VA 23233 | | | |

| | | |
|---|---|---|
| Suite Square Footage | 42,487 | |
| Building Square Footage | 153,044 | 27.761% |

| | |
|---|---|
| 2008 Taxes | $446,837.08 |
| Total Amount Due this Invoice | $124,047.77 |

Make check payable and remit to:         Parker Central Plaza, Ltd.
                                          2001 Preston Road
                                          Plano, TX 75093-2313

Via Certified Mail Receipt # 7007 1490 0000 0997 5833

# PROPERTY TAX STATEMENT

TAX ASSESSOR COLLECTOR

**COLLIN COUNTY**
1800 N. GRAVES ST., SUITE 170
P.O. BOX 8046
MCKINNEY, TEXAS 75070-8046
972-547-5020
METRO 972-424-1460 EXT. 5020

Visit www.co.collin.tx.us/tax_assessor
or call Official Payments at 1-800-487-4567
(Option 1 for English, followed by Option 4)
Monday - Friday 7 a.m.-7:30 p.m. CST
Credit card payments are not accepted in the office.

Frisco office:
6101 Frisco Square Blvd, Ste. 2000
Frisco, TX 75034
Plano office:
920 E. Park Blvd, Ste. 100
Plano, TX 75074

**ACCOUNT NUMBER:** R-3361-00A-001R-1

   

## OWNER NAME AND ADDRESS

PARKER CENTRAL PLAZA LTD
PARKER CENTRAL PLAZA
C/O DALSAN PROPERTIES INC
2001 PRESTON RD
PLANO TX 75093-2313

## PROPERTY DESCRIPTION

PARKER CENTRAL PLAZA, BLK A,
LOT 1R,
13.2 ACRES; REPLAT
13.2000 ACRES

ENTITY CODES: CPL, GCN, JCN, SPL, CAD

SITUS: 3300 CENTRAL EXPY N

| Property Class | Land Value | Agricultural Exclusion | Improvement Value | Personal Property Value | Total Appraised Value (Market) | Homestead CAP Value | Assessed Value | Exempt |
|---|---|---|---|---|---|---|---|---|
| Qualifying | | | | | | | | |
| Non Qualifying | 6,899,904 | | 14,318,509 | | 21,218,413 | | 21,218,413 | |
| Agricultural | | | | | | | | |
| Total | 6,899,904 | | 14,318,509 | | 21,218,413 | | 21,218,413 | |

| TAXING ENTITY | ASSESSED VALUE | EXEMPTION AMOUNT | TAXABLE VALUE | TAX RATE | CEILING YEAR | CEILING AMOUNT | TAXES BY ENTITY |
|---|---|---|---|---|---|---|---|
| COLLIN COUNTY | 21,218,413 | | 21,218,413 | .242500 | | | 51,454.65 |
| PLANO CITY | 21,218,413 | | 21,218,413 | .473500 | | | 100,469.19 |
| JR COLLEGE | 21,218,413 | | 21,218,413 | .086493 | | | 18,352.44 |
| PLANO ISD | 21,218,413 | | 21,218,413 | 1.303400 | | | 276,560.80 |

Only persons already receiving an over 65 or disabled person exemption may pay current taxes on their residence homestead in four installments without penalty or interest. Taxpayer must pay at least 1/4 by Jan. 31st.

See back for more information.

**OVER 65/DISABLED QUARTERED PAYMENT SCHEDULE**

1ST DUE BY JAN 31
2ND DUE BY MARCH 31
3RD DUE BY MAY 31
4TH DUE BY JULY 31

**TOTAL TAXES DUE IF PAID BY JAN. 31, 2009**

446,837.08

---

YOUR CHECK WILL BE CONVERTED INTO AN ELECTRONIC FUND TRANSFER.    DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

TAXES WILL BE DELINQUENT FEB. 1, 2009. UNPAID TAXES WILL INCUR THE FOLLOWING PENALTY & INTEREST, IF PAID IN:

| FEBRUARY +7% | 478,115.68 |
|---|---|
| MARCH +9% | 487,052.42 |

MAKE CHECK PAYABLE TO:
**KENNETH L. MAUN**
TAX ASSESSOR COLLECTOR
COLLIN COUNTY
P.O. BOX 8046
MCKINNEY, TEXAS 75070-8046

IF THERE IS AN ERROR IN OWNERSHIP, EXEMPTIONS OR JURISDICTIONS, YOU MUST CONTACT THE CENTRAL APPRAISAL DISTRICT.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

PLEASE MAKE ADDRESS CORRECTIONS HERE.

**ACCOUNT NUMBER:** R-3361-00A-001R-1

**TOTAL TAXES DUE IF PAID BY JAN. 31, 2009**

446,837.08

PARKER CENTRAL PLAZA LTD
PARKER CENTRAL PLAZA
C/O DALSAN PROPERTIES INC
2001 PRESTON RD
PLANO TX 75093-2313



2008R336100A001R100446837080047811568004870524200000000000C01

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 42 |
| Certified Fee | | 2.70 |
| Return Receipt Fee (Endorsement Required) | | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.32 |

Postmark Here

Sent To: Circuit City Store #543
Street, Apt. No.; or PO Box No.: Real Estate Department
9950 Mayland Drive
City, State, ZIP+4: Richmond, VA 23233

PS Form 3800, August 2006                See Reverse for Instructions

7007 1490 0000 0997 5833

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Circuit City Store #543
   Real Estate Department
   9950 Mayland Drive
   Richmond, VA 23233

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _James_                    ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name): Marica James
C. Date of Delivery: 11-10-08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail       ☐ Express Mail
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7007 1490 0000 0997 5833

PropTaxes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540