# Exhibit E



January 20th, 2009

**SUBJECT:**  Circuit City Stores, Inc. and affiliated debtors
Chapter 11 Bankruptcy – Lead Case Number 08-35653
Notice of partial-payment of post-petition tax

To Whom It May Concern:

Please be advised that on November 10, 2008 (the "Petition Date"), Circuit City Stores, Inc. and 17 affiliated debtors (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Bankruptcy Code in the Bankruptcy Court of the Eastern District of Virginia (the "Bankruptcy Court").

All or part of the real estate tax bill which we have received has been classified as a "pre-petition" obligation. Generally the Debtors are not allowed to make payments based on pre-petition liabilities. However, a payment for the "post-petition" period can be paid by Circuit City Stores, Inc. Enclosed, please find a check for the amount calculated for the "post-petition" period.

You have or will receive an official notice of the Debtor's Chapter 11 filing as well as subsequent notices. These notices will include instructions on how to file a claim for any "pre-petition" amounts owing that have not been paid. Additional information is also available on the Debtor's noticing agent's website at www.kccllc.com.

If you have any questions, please contact us at: 804-486-2265 or by email at: Property_Tax@circuitcity.com.

Respectfully submitted,

Circuit City Stores, Inc.
Tax Department


Enc: Payment Check

| INV DATE | INV NUMBER | AMOUNT | BATCH-VOUCHER | INV DATE | INV NUMBER | AMOUNT | BATCH-VOUCHER |
|---|---|---|---|---|---|---|---|
| 01/06/09 | 18064 | 10,506.78 | 05120285 | | | | |

CHECK NUMBER: 0004599792  VENDOR NUMBER: 0001012641  CHECK TOTALS: ***$10,506.78



CIRCUIT CITY STORES, INC. (SU)
9950 MAYLAND DRIVE
RICHMOND, VA 23233
(804) 418-8148
VENDOR NUMBER: 0001012641

SUNTRUST BANK
ATLANTA, GEORGIA
64-79/511

CHECK NUMBER 0004599792

PAY Ten thousand five hundred six and 78/100 Dollars

TO THE ORDER OF
PARKER CENTRAL PLAZA LTD
2001 PRESTON RD
PLANO, TX 75093-2313

DATE: 02/05/09

PAY EXACTLY *****$10,506.78

VOID IF OVER 90 DAYS
CDA NUMBER  8800606660

VOID IF OVER $200,000.00

⑆004599792⑆ ⑈061100790⑈ 8800606660⑈

RECEIVED
NOV 1 0 2008

**PARKER CENTRAL PLAZA, LTD.**
**PLANO, TEXAS**
**PROPERTY TAX BILLING**

Circuit City Stores, Inc.　　　　　　　　　　　　　　Invoice Date:　　11/06/2008
Store #543　　　　　　　　　　　　　　　　　　　　Account Number:　400-Circuit
Real Estate Department
9950 Mayland Drive
Richmond, VA 23233

| | | |
|---|---|---|
| Suite Square Footage | 42,487 | |
| Building Square Footage | 153,044 | 27.761% |

2008 Taxes　　　　　　　　　　　　　　　　　　　　　　　　$446,837.08

Total Amount Due this Invoice　　　　　　　　　　　　　　　$124,047.77

Make check payable and remit to:　　　Parker Central Plaza, Ltd.
　　　　　　　　　　　　　　　　　　　2001 Preston Road
　　　　　　　　　　　　　　　　　　　Plano, TX 75093-2313

Via Certified Mail Receipt # 7007 1490 0000 0997 5833