**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
CIRCUIT CITY STORES, INC., et al..                      :    Case No. 08-35653-KRH
                                                        :
            Debtors.                                    :    Jointly Administered
                                                        :    Judge Kevin R. Huennekens
------------------------------------------------------- x


**ORDER GRANTING PARKER CENTRAL PLAZA, LTD.'S APPLICATION FOR
PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

CAME ON for consideration Parker Central Plaza, Ltd.'s Application for Payment of Administrative Expense Claim (the "**Application**").[1]  Finding that the relief requested therein was well taken, that the Unpaid Taxes qualified as a proper administrative expense claim, and that as such, they should be paid to Landlord immediately, IT IS HEREBY:

ORDERED, that the relief requested in the Application is GRANTED; and it is further

ORDERED, that Landlord is granted an administrative expense priority claim for the full amount of the Unpaid Taxes; and it is further

ORDERED, that Debtor must pay the same to Landlord within ten (10) calendar days of entry of this order.


SO ORDERED:_____

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] Terms used, but not defined herein shall have the meaning ascribed to them in the Application.

73935.000004 EMF_US 27776121v1