IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------ x
                                               :

In re:                                          :          Chapter 11

CIRCUIT CITY STORES, INC., et al..    :          Case No. 08-35653-KRH

               Debtors.             :          Jointly Administered
                                             :          Judge Kevin R. Huennekens
------------------------------------------------------ x

**ORDER GRANTING GALLERIA PLAZA, LTD.'S APPLICATION FOR
PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

CAME ON for consideration Galleria Plaza, Ltd.'s Application for Payment of Administrative Expense Claim (the "**Application**").[1] Finding that the relief requested therein was well taken, that the Unremitted Taxes, the Unpaid Taxes, and the November Rent were all proper administrative expense claims, and that as such, they should be paid to Galleria immediately, IT IS HEREBY:

ORDERED, that the relief requested in the Application is GRANTED; and it is further

ORDERED, that Galleria is granted an administrative expense priority claim for the full amount of the Unremitted Taxes, the Unpaid Taxes, and the November Rent; and it is further

ORDERED, that Debtor must pay the same to Galleria within ten (10) calendar days of entry of this order.

SO ORDERED:_____

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] Terms used, but not defined herein shall have the meaning ascribed to them in the Application.

73935.000003 EMF_US 27776079v1