# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC. | ) | Case No.: 08-35653-KRH |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## MOTION OF THE COLUMBUS DISPATCH FOR ALLOWANCE OF
## ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §503(b)(1)[1]

The Columbus Dispatch ("Columbus Dispatch"), by and through its counsel, hereby moves for allowance of its administrative expense claim in the amount of $37,074.42 pursuant to § 503(b)(1)(A) of Title 11 of the United States Code (the "Bankruptcy Code") and in support of its Motion respectfully sets forth as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue of is case and this Motion are proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

Carl A. Eason, Esquire
Counsel for Columbus Dispatch
Wolcott Rivers Gates
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, Virginia 23452
(757) 497-6633
VSB# 18636

## BACKGROUND

3. On November 10, 2008 (the "Petition Date"), the above-captioned debtor and debtor-in-possession (collectively, the "Debtor") filed a petition for reorganization under Chapter 11 of the Bankruptcy Code and is continuing the management of its business and properties as debtor-in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

4. After the Petition Date, Columbus Dispatch provided certain advertising services to enable the Debtor to sell its assets, which benefitted the estate and all its creditors, as set forth in the statement (the "Statement") attached hereto as Exhibit "A", with an aggregate value of $37,074.42.

5. These were actual, necessary costs in order to preserve and obtain the maximum value for estate assets, which were sold to third parties.

## RELIEF REQUESTED

6. By this Motion, Columbus Dispatch requests that this Court enter an order allowing Columbus Dispatch an administrative claim pursuant to § 503(b)(1)(A) of the Bankruptcy Code for the full value of the services provided to the Debtor in the ordinary course of its business after the Petition Date in the aggregate amount of $37,074.42.

7. As evidenced by the Statement, Columbus Dispatch provided services to the Debtor, which were actual and necessary services and the Debtor received the benefit of the services after the Petition Date, and the value is not less than $37,074.42. Accordingly, Columbus Dispatch is entitled to an allowed administrative claim in the amount of $37,074.42 pursuant to § 503 (b)(1)(A) of the Bankruptcy Code.

8. Columbus Dispatch hereby expressly reserves its right to assert additional claims against the Debtor of any nature for any other amounts and to amend, modify and/or supplement this Motion. Further Columbus Dispatch reserves its right to seek to compel payment at a later

date.

    WHEREFORE, Columbus Dispatch respectfully requests that the Court enter an order allowing Columbus Dispatch an administrative claim pursuant to § 503(b)(1)(A) of the Bankruptcy Code in the amount of $37,074.42 and granting to Columbus Dispatch such other relief as is just and proper.

Dated: June 30, 2009                                  THE COLUMBUS DISPATCH

                                                    By: _____
                                                       Carl A. Eason (VSB#18636)
                                                       Convergence Center IV
                                                       301 Bendix Road, Suite 500
                                                       Virginia Beach, VA 23452
                                                       Telephone: (757) 497-6633

## CERTIFICATION OF SERVICE

    I hereby certify that on the 30th day of June, 2009, a true copy of the foregoing Motion for Allowance of Administrative Expenses and Notice of Motion was mailed or electronically transmitted to the following:

Daniel F. Blanks, Esquire
9000 World Trade Center,
101 W. Main Street
Norfolk, VA 23510
Counsel for debtor

W. Clarkson McDow, Jr. Esquire
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA, 23219

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

*Creditor Committee*
**Brad R. Godshall, Esquire**
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

*Creditor Committee*
**Jeffrey N. Pomerantz, Esquire**
10100 Santa Monica Blvd., Suite 1100
Los Angeles, VA 90067

*Creditor Committee*
**John D. Fiero, Esquire**
150 California Street, 15th Floor
San Francisco, CA 9411-4500

*Creditor Committee*
**Lynn L. Tavenner, Esquire**
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

*Creditor Committee*
**Robert J. Feinstein, Esquire**
780 Third Avenue, 36th Floor
New York, NY 10017

/s/ Carl A. Eason