JUN-24-2009  07:55    COL DISPATCH BUSINESS OFC              614 461 5058      P.03

      

The Dispatch Printing Company • P.O. Box 182537 • Columbus, Ohio 43218-2537 • Fed ID# 31-4166990

**ADVERTISING INVOICE / STATEMENT**

| ADVERTISER/CLIENT NAME | | STATEMENT ID | PAGE # |
|---|---|---|---|
| CIRCUIT CITY | | 0000005438 | 1 of 2 |
| BILLED ACCOUNT NUMBER | ADVERTISER/CLIENT NUMBER | BILLING DATE | |
| 10103232 | 10103232 | 12/31/2008 | |
| ACCOUNT EXECUTIVE | | BILLING PERIOD | |
| Jennifer St-Clair | | 12/01/2008 - 12/31/2008 | |
| PHONE NUMBER | | CURRENT AMOUNT DUE | |
| (614) 675-4688 | | $81,592.26 | |
| ACCOUNTS RECEIVABLE | | TERMS OF PAYMENT | |
| (614) 461-8880 | | Net + 10 | |
| ADVERTISING BOOKKEEPING | | TOTAL DUE | |
| (614) 461-8840 | | $81,592.26 | |

CIRCUIT CITY
C/O JI Media
Attn Glenn Dennis
1600 Rt 22
Union, NJ 07083

*Thank you for advertising. We appreciate your business.*

| DATE | NEWSPAPER REFERENCE / PUBLICATION | DESCRIPTION-OTHER COMMENTS/CHARGES / SECTION / PAGE / POSITION | SAU SIZE / BILLED UNITS | TIMES RUN / RATE | GROSS AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|

You may notice changes in our statement presentation. If you have any questions, please contact our Billing Department at 614-461-8840. Thank you.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Previous Balance | | | | | | 62,137.10 |
| 12/16 | P10351 | Payment - AmEx | | | | | | -4,008.96 |
| 12/16 | P10356 | Payment - Check #4585261 | | | | | | -66,146.06 |
| 12/04 | I05200745-12042008 | Invoice Columbus Dispatch | Main News - | A6 | MNGeneral | 3 x 12.00 IN 36 | 1 111.36 | 4,008.96  4,008.96 |
| 12/07 | I05203375-12072008 | 87870 Columbus Dispatch | | | | 36 PGS 266,385 | 1 68.62 | 18,332.62  18,332.62 |
| 12/14 | I05206626-12142008 | Preprint Columbus Dispatch | | | | 36 PGS 266,385 | 1 68.62 | 18,332.62  18,332.62 |
| 12/18 | I05209049-12182008 | Invoice Columbus Dispatch Color Charge | Main News - | A8 | MNGeneral | 3 x 12.00 IN 36 | 1 87.00 | 3,132.00  876.96 |

*Continued on Next Page*

**PLEASE DETACH AND RETURN LOWER PORTION WITH YOUR PAYMENT. Please include your Account Number on your CHECK.**
**Make checks payable to: THE DISPATCH PRINTING COMPANY**

| STATEMENT OF ACCOUNT | |
|---|---|
| CURRENT | $81,592.26 |
| 30 DAYS | $0.00 |
| 60 DAYS | $0.00 |
| 90 DAYS | $0.00 |
| 120 DAYS | $0.00 |
| *UNAPPLIED AMOUNTS | $0.00 |
| TOTAL AMOUNT DUE | $81,592.26 |

*UNAPPLIED AMOUNTS ARE INCLUDED IN TOTAL AMOUNT DUE

| ADVERTISER INFORMATION | |
|---|---|
| STATEMENT ID | 0000005438 |
| BILLING PERIOD | 12/01/2008 - 12/31/2008 |
| BILLED ACCOUNT NUMBER | 10103232 |
| ADVERTISER/CLIENT NUMBER | 10103232 |
| ADVERTISER/CLIENT NAME | CIRCUIT CITY |

PLEASE REMIT TO:

THE DISPATCH PRINTING COMPANY
PO BOX 182537
COLUMBUS OH 43218-2537



EXHIBIT A

0000054380000000101032324000000010103232490868787000000000000081592260