**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC. | ) | Case No.: 08-35653-KRH |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF MOTION OF THE COLUMBUS DISPATCH FOR ALLOWANCE OF**
**ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §503(b)(1)**

The Columbus Dispatch has filed papers with the Court for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A).

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, then on or before July 15, 2009, you or your attorney must:

☒    File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

        Clerk of Court
        United States Bankruptcy Court
        701 East Broad Street, Suite 4000
        Richmond VA 23219-3515

You must also mail a copy to:

        Carl A. Eason, Esquire
        Convergence Center IV
        301 Bendix Road, Suite 500
        Virginia Beach, VA 23452

        Daniel F. Blanks, Esquire
9000 World Trade Center,
101 W. Main Street
Norfolk, VA 23510
Counsel for debtor

        W. Clarkson McDow, Jr. Esquire
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

☒     Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:  June 30, 2009                                /s/ Carl A. Eason
                                                                  Carl A. Eason, Esquire
                                                                  Convergence Center IV
                                                                  301 Bendix Road, Suite 500
                                                                  Virginia Beach, VA 23452
                                                                   (757) 497-6633
                                                                  Virginia State Bar No. 18636
                                                                  Counsel for Columbus Dispatch

CERTIFICATION OF SERVICE

I hereby certify that on the 30th day of June, 2009, a true copy of the foregoing Notice of Motion for Allowance of Administrative Expenses and Notice of Motion was mailed or electronically transmitted to the following:

Daniel F. Blanks, Esquire
9000 World Trade Center,
101 W. Main Street
Norfolk, VA 23510
Counsel for debtor

W. Clarkson McDow, Jr. Esquire
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA, 23219

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

*Creditor Committee*
**Brad R. Godshall, Esquire**
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

*Creditor Committee*
**Jeffrey N. Pomerantz, Esquire**
10100 Santa Monica Blvd., Suite 1100
Los Angeles, VA 90067

*Creditor Committee*
**John D. Fiero, Esquire**
150 California Street, 15th Floor
San Francisco, CA 9411-4500

*Creditor Committee*
**Lynn L. Tavenner, Esquire**
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

*Creditor Committee*
**Robert J. Feinstein, Esquire**
780 Third Avenue, 36th Floor
New York, NY 10017

                   /s/ Carl A. Eason