Re: Circuit City Stores, Inc. et al
Case # 08-35653 (KRH)
Claim # 10780 - $5,000.-

Attention:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 E. Broad St - Room 4000
Richmond, Va 23221

Dear Sir or Madam:

I hereby request a hearing in the captioned matter. Late filing - i.e. received Feb 2, 2009.

My husband was in the hospital and subsequently passed away. I thereby request relief by the debtors.

Sincerely,

Bernice W Shipow
521 Tuckahoe Club Ct Richmond, Va 23226

804-288-0777
804-241-7555