IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION


RICHMOND DIVISION
FILED JUN 29 2009 FILED
CLERK
U.S. BANKRUPTCY COURT

In re

CIRCUIT CITY STORES, INC., et al.,

Debtors.

Chapter 11

Case No. 08-35653 (KRH)

(Jointly Administered)

## PRELIMINARY RESPONSE OF 1251 FOURTH STREET INVESTORS LLC AND BEVERLY GEMINI INVESTMENTS, LLC TO DEBTORS' TENTH OMNIBUS OBJECTION TO CERTAIN DUPLICATE CLAIMS

1251 Fourth Street Investors LLC and Beverly Gemini Investments, LLC (collectively, the "Landlord") hereby files its Preliminary Response ("Response") to the Debtors' Tenth Omnibus Objection to Certain Duplicate Claims (the "Claim Objection").

## PRELIMINARY RESPONSE

The Landlord hereby responds to the Debtors' Claim Objection on the following grounds. Briefly stated, the Claim Objection seeks to *disallow* Landlord's Claim Number 12458 filed in the Circuit City Stores West Coast, Inc. case (08-35654) in the amount of $2,468,704.69 and to *allow* Landlord's Claim Number 12461 filed in the Circuit City Stores, Inc. case (08-35653) in the amount of $2,468,704.69, on the grounds that the two claims are duplicative.

The Landlord agrees that said claims are duplicative but the Landlord filed the same claim in each of the two cases for a reason. Specifically, the Landlord filed its claim in the Circuit City Stores West Coast, Inc. case based on the grounds that said debtor entity was the *lessee* under the subject commercial real property lease. Similarly, the Landlord filed its claim in the Circuit City Stores, Inc. case based on the grounds that said debtor entity was the *guarantor* of said lessee's obligations under the subject commercial real property lease.

While the Landlord acknowledges the right to payment on only one of these two claims, the Landlord *does not consent to the withdrawal of either of its two claims* without being provided appropriate evidence and confirmation as to which debtor entity is or shall otherwise be responsible for making distributions to creditors in this jointly administered case.

Accordingly, the Landlord objects to the relief sought by the Debtors' Claim Objection as it will prejudice the Landlord's rights to distribution based upon its lease rights as well as its separate guarantee agreement. Further, the Landlord hereby reserves *all rights to supplement this Response at a later date, to the extent so necessary.*

The Landlord has filed this brief Response in lieu of a formal pleading in accordance with the Debtors' authorization provided to counsel for the Landlord on June 26, 2009, a true and correct copy of which is attached as Exhibit "1" to the Affidavit of Elan S. Levey.

The Landlord further seeks all other appropriate relief.

DATED: June 26, 2009         **LEVINSON, ARSHONSKY & KURTZ, LLP**

　　　　　　　　　　　　　　　　　　　*/s/ Elan S. Levey*
　　　　　　　　　　　　　　　　　　　ELAN S. LEVEY
　　　　　　　　　　　　　　　　　　　(California State Bar No. 174843)
　　　　　　　　　　　　　　　　　　　Levinson Arshonsky & Kurtz, LLP
　　　　　　　　　　　　　　　　　　　15303 Ventura Blvd., Suite 1650
　　　　　　　　　　　　　　　　　　　Sherman Oaks, CA 91403
　　　　　　　　　　　　　　　　　　　Telephone: (818) 382-3434
　　　　　　　　　　　　　　　　　　　Facsimile: (818) 382-3433
　　　　　　　　　　　　　　　　　　　Email: elevey@laklawyers.com

## AFFIDAVIT OF ELAN S. LEVEY IN SUPPORT OF PRELIMINARY RESPONSE OF 1251 FOURTH STREET INVESTORS LLC AND BEVERLY GEMINI INVESTMENTS, LLC TO DEBTORS' TENTH OMNIBUS OBJECTION TO CERTAIN DUPLICATE CLAIMS

I, Elan S. Levey, do hereby declare as follows:

1. I am over the age of 18 years and competent to testify. I have personal knowledge of the facts contained in this Affidavit, and they are true and correct to the best of my knowledge and belief.

2. I am counsel for 1251 Fourth Street Investors LLC and Beverly Gemini Investments, LLC (collectively, the "Landlord"). This Affidavit is in support of the Landlords' Preliminary Response ("Response") to the Debtors' Tenth Omnibus Objection to Certain Duplicate Claims (the "Objection").

3. Attached hereto as Exhibit "1" is a true and correct copy of email correspondence from Kelly Lazaroff, counsel for the Debtors, that I received instructing and authorizing the Landlord to file the Preliminary Response in the form as set forth directly above.

4. On behalf of the Landlord, I hereby reserve all rights to supplement this Response at a later date, to the extent so necessary.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of June 2009 at Sherman Oaks, California.

/s/ *Elan S. Levey*
ELAN S. LEVEY

**Elan Levey**

**From:** Lazaroff, Kelly A [Kelly.Lazaroff@skadden.com]
**Sent:** Friday, June 26, 2009 10:24 AM
**To:** Elan Levey
**Subject:** RE: Circuit City

One thing I neglected to mention - you may receive a Notice of Deficient filing from the Clerk. They do that pretty automatically and we haven't figured out a way to stop it yet but you need not worry or do anything about it. The Debtors have agreed to this procedure and will in no way make an issue of any "filing deficiencies."

**From:** Lazaroff, Kelly A (CHI)
**Sent:** Friday, June 26, 2009 12:21 PM
**To:** 'Elan Levey'
**Subject:** RE: Circuit City

Elan,

As we discussed, you may file a short preliminary "letter" response to the Debtors' 10th omnibus objection to duplicative claims. Please include the following:

-Titledas a "preliminary response"
-Creditor's Name
-Creditor's contact information (including phone number, address, and email)
-Claim Number
-Objection being responded to
-Noting that creditor objects to relief requested
-Reserving right to supplement response at a later date

The creditor need not make any legal argument, etc., in the preliminary response, as any such substantive response will be reserved for a later date by agreement of the Debtors. We hope to resolve these responses consensually prior to the next hearing date and I will let you know if there is anything more you need to do on your end.

Please let me know if you have any other further concerns.

Kelly

**Kelly A. Lazaroff**
Associate, Corporate Restructuring
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive | Chicago | Illinois | 60606-1720
T: 312.407.0617 | F: 312.827.9475
kelly.lazaroff@skadden.com

**From:** Elan Levey [mailto:ELevey@laklawyers.com]
**Sent:** Friday, June 26, 2009 12:10 PM
**To:** Lazaroff, Kelly A (CHI)
**Subject:** Circuit City

Thanks for your help.

6/26/2009

*Elan S. Levey*

**LA&K**
Levinson Arshonsky & Kurtz, LLP
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA 91403
Telephone: (818) 382-3434
Facsimile: (818) 382-3433
elevey@laklawyers.com

 Please consider the environment before printing my email

CONFIDENTIALITY NOTICE: The information contained in this e-mail transmission is intended only for use of the individual or entity named above. This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient of this e-mail transmission, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission or by telephone at (818) 382-3434, and destroy the original e-mail transmission and its attachments without reading or saving it in any manner. Thank you.
IRS CIRCULAR 230 DISCLOSURE: In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in, omitted from, or implied by this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

---
****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
****************************************************
****************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
****************************************************
================================================================

6/26/2009

## CERTIFICATE OF SERVICE

I, Linda Greenstein, do herby certify that a true and correct copy of the document: ***PRELIMINARY RESPONSE OF 1251 FOURTH STREET INVESTORS LLC AND BEVERLY GEMINI INVESTMENTS, LLC TO DEBTORS' TENTH OMNIBUS OBJECTION TO CERTAIN DUPLICATE CLAIMS*** was served upon the parties listed below via pre-paid overnight mail.

Judge's Copy
Honorable Kevin R. Huennekens
United States Bankruptcy Court
Eastern District – Richmond Division
701 East Broad Street,
Richmond, VA, 23219-1888

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
*Assistant United States Trustee*

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
*Counsel for the Debtors*

Via Express Mail Only
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden Arps, Slate, Meagher
    & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
*Counsel for the Debtors*

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher
    & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606
*Counsel for the Debtors*

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA 23219
*Counsel for the Creditors' Committee*

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, NY 10017
*Counsel for the Creditors' Committee*

Dated: June 26, 2009                    /s/ *Linda Greenstein*
                                        Linda Greenstein

857-063/62927

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>(Jointly Administered) |

## PRELIMINARY RESPONSE OF 1251 FOURTH STREET INVESTORS LLC AND BEVERLY GEMINI INVESTMENTS, LLC TO DEBTORS' TENTH OMNIBUS OBJECTION TO CERTAIN DUPLICATE CLAIMS

1251 Fourth Street Investors LLC and Beverly Gemini Investments, LLC (collectively, the "Landlord") hereby files its Preliminary Response ("Response") to the Debtors' Tenth Omnibus Objection to Certain Duplicate Claims (the "Claim Objection").

## PRELIMINARY RESPONSE

The Landlord hereby responds to the Debtors' Claim Objection on the following grounds. Briefly stated, the Claim Objection seeks to *disallow* Landlord's Claim Number 12458 filed in the Circuit City Stores West Coast, Inc. case (08-35654) in the amount of $2,468,704.69 and to *allow* Landlord's Claim Number 12461 filed in the Circuit City Stores, Inc. case (08-35653) in the amount of $2,468,704.69, on the grounds that the two claims are duplicative.

The Landlord agrees that said claims are duplicative but the Landlord filed the same claim in each of the two cases for a reason. Specifically, the Landlord filed its claim in the Circuit City Stores West Coast, Inc. case based on the grounds that said debtor entity was the *lessee* under the subject commercial real property lease. Similarly, the Landlord filed its claim in the Circuit City Stores, Inc. case based on the grounds that said debtor entity was the *guarantor* of said lessee's obligations under the subject commercial real property lease.

While the Landlord acknowledges the right to payment on only one of these two claims, the Landlord does not consent to the withdrawal of either of its two claims without being provided appropriate evidence and confirmation as to which debtor entity is or shall otherwise be responsible for making distributions to creditors in this jointly administered case.

857-063/62927                    1

    Accordingly, the Landlord objects to the relief sought by the Debtors' Claim Objection as it will prejudice the Landlord's rights to distribution based upon its lease rights as well as its separate guarantee agreement. Further, the Landlord hereby reserves all rights to supplement this Response at a later date, to the extent so necessary.

    The Landlord has filed this brief Response in lieu of a formal pleading in accordance with the Debtors' authorization provided to counsel for the Landlord on June 26, 2009, a true and correct copy of which is attached as Exhibit "1" to the Affidavit of Elan S. Levey.

    The Landlord further seeks all other appropriate relief.

DATED: June 26, 2009    **LEVINSON, ARSHONSKY & KURTZ, LLP**

             _/s/ Elan S. Levey_
             ELAN S. LEVEY
             (California State Bar No. 174843)
             Levinson Arshonsky & Kurtz, LLP
             15303 Ventura Blvd., Suite 1650
             Sherman Oaks, CA 91403
             Telephone: (818) 382-3434
             Facsimile: (818) 382-3433
             Email: elevey@laklawyers.com

# AFFIDAVIT OF ELAN S. LEVEY IN SUPPORT OF PRELIMINARY RESPONSE OF 1251 FOURTH STREET INVESTORS LLC AND BEVERLY GEMINI INVESTMENTS, LLC TO DEBTORS' TENTH OMNIBUS OBJECTION TO CERTAIN DUPLICATE CLAIMS

I, Elan S. Levey, do hereby declare as follows:

1. I am over the age of 18 years and competent to testify. I have personal knowledge of the facts contained in this Affidavit, and they are true and correct to the best of my knowledge and belief.

2. I am counsel for 1251 Fourth Street Investors LLC and Beverly Gemini Investments, LLC (collectively, the "Landlord"). This Affidavit is in support of the Landlords' Preliminary Response ("Response") to the Debtors' Tenth Omnibus Objection to Certain Duplicate Claims (the "Objection").

3. Attached hereto as Exhibit "1" is a true and correct copy of email correspondence from Kelly Lazaroff, counsel for the Debtors, that I received instructing and authorizing the Landlord to file the Preliminary Response in the form as set forth directly above.

4. On behalf of the Landlord, I hereby reserve all rights to supplement this Response at a later date, to the extent so necessary.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of June 2009 at Sherman Oaks, California.

/s/ *Elan S. Levey*
ELAN S. LEVEY

857-063/62927

3

**Elan Levey**

**From:** Lazaroff, Kelly A [Kelly.Lazaroff@skadden.com]
**Sent:** Friday, June 26, 2009 10:24 AM
**To:** Elan Levey
**Subject:** RE: Circuit City

One thing I neglected to mention - you may receive a Notice of Deficient filing from the Clerk. They do that pretty automatically and we haven't figured out a way to stop it yet but you need not worry or do anything about it. The Debtors have agreed to this procedure and will in no way make an issue of any "filing deficiencies."

**From:** Lazaroff, Kelly A (CHI)
**Sent:** Friday, June 26, 2009 12:21 PM
**To:** 'Elan Levey'
**Subject:** RE: Circuit City

Elan,

As we discussed, you may file a short preliminary "letter" response to the Debtors' 10th omnibus objection to duplicative claims. Please include the following:

-Titledas a "preliminary response"
-Creditor's Name
-Creditor's contact information (including phone number, address, and email)
-Claim Number
-Objection being responded to
-Noting that creditor objects to relief requested
-Reserving right to supplement response at a later date

The creditor need not make any legal argument, etc., in the preliminary response, as any such substantive response will be reserved for a later date by agreement of the Debtors. We hope to resolve these responses consensually prior to the next hearing date and I will let you know if there is anything more you need to do on your end.

Please let me know if you have any other further concerns.

Kelly

**Kelly A. Lazaroff**
Associate, Corporate Restructuring
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive | Chicago | Illinois | 60606-1720
T: 312.407.0617 | F: 312.827.9475
kelly.lazaroff@skadden.com

**From:** Elan Levey [mailto:ELevey@laklawyers.com]
**Sent:** Friday, June 26, 2009 12:10 PM
**To:** Lazaroff, Kelly A (CHI)
**Subject:** Circuit City

Thanks for your help.

6/26/2009

*Elan S. Levey*

**LA&K**
Levinson Arshonsky & Kurtz, LLP
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA 91403
Telephone: (818) 382-3434
Facsimile: (818) 382-3433
elevey@laklawyers.com

 Please consider the environment before printing my email

CONFIDENTIALITY NOTICE: The information contained in this e-mail transmission is intended only for use of the individual or entity named above. This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient of this e-mail transmission, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission or by telephone at (818) 382-3434, and destroy the original e-mail transmission and its attachments without reading or saving it in any manner. Thank you.

IRS CIRCULAR 230 DISCLOSURE: In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in, omitted from, or implied by this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

---------------------------------------------------------------------------
*************************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
*************************************************************
*************************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*************************************************************
===========================================================

6/26/2009

## CERTIFICATE OF SERVICE

I, Linda Greenstein, do herby certify that a true and correct copy of the document: ***PRELIMINARY RESPONSE OF 1251 FOURTH STREET INVESTORS LLC AND BEVERLY GEMINI INVESTMENTS, LLC TO DEBTORS' TENTH OMNIBUS OBJECTION TO CERTAIN DUPLICATE CLAIMS*** was served upon the parties listed below via pre-paid overnight mail.

<u>Judge's Copy</u>
Honorable Kevin R. Huennekens
United States Bankruptcy Court
Eastern District – Richmond Division
701 East Broad Street,
Richmond, VA, 23219-1888

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
   *Assistant United States Trustee*

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
   *Counsel for the Debtors*

<u>Via Express Mail Only</u>
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden Arps, Slate, Meagher
   & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
   *Counsel for the Debtors*

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher
   & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606
   *Counsel for the Debtors*

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA 23219
   *Counsel for the Creditors' Committee*

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, NY 10017
   *Counsel for the Creditors' Committee*


Dated: June 26, 2009            /s/ *Linda Greenstein*
                                Linda Greenstein



# LA&K

LEVINSON ARSHONSKY & KURTZ, LLP
15303 VENTURA BOULEVARD, SUITE 1650
SHERMAN OAKS, CA 91403
TELEPHONE (818) 382-3434
FACSIMILE (818) 382-3433
www.laklawyers.com

elevey@laklawyers.com

OUR FILE NUMBER
857-063

June 26, 2009

**VIA OVERNIGHT MAIL**

Honorable Kevin R. Huennekens
United States Bankruptcy Court
Eastern District – Richmond Division
701 East Broad Street,
Richmond, VA, 23219-1888

      Attention:  Clerk of the Court
      Re:  *In re Circuit City Stores, Inc., et al.*
            United States Bankruptcy Court - Case No. 08-35653 (KRH)
            Eastern District of Virginia – Richmond Division

Dear Clerk of the Court:

    Please find enclosed the following document: **PRELIMINARY RESPONSE OF 1251 FOURTH STREET INVESTORS LLC AND BEVERLY GEMINI INVESTMENTS, LLC TO DEBTORS' TENTH OMNIBUS OBJECTION TO CERTAIN DUPLICATE CLAIMS** for filing and entry on the docket of the above referenced matter.

                              Very truly yours,

                              Elan S. Levey

                              ELAN S. LEVEY
                              Levinson Arshonsky & Kurtz, LLP

ESL/lm-g
Enclosure

857-063/62937