Edward A. Winfree
1467 Bethany Church Rd.
Bumpass, Va. 23024

June 26, 2009



Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Va. 23219

Case number 08-35653    Debtors' Seventeenth Objection to Claims

Claimant's name Edward A. Winfree is claiming $7,514.00 loss in common stock due to Circuit City bankruptcy.

Circuit City Officers at their final Annual Shareholder meeting advised the company was a going concern and that shareholders should expect a return on our investment.

Claim holders's name is at top of this page and my telephone # is (540) 872-0372

*Edward C Winfree*