June 23, 2009

District of Virginia
U.S. Bankruptcy Court
701 East Broad Street
Richmond, VA 23219

Martha Coakley
Office of the Attorney General
1 Ashburton Place
Boston, MA 02108

RICHMOND DIVISION

F I L E D

JUN 2 9 2009

CLERK
U.S. BANKRUPTCY COURT

Subject: CIRCUIT CITY GIFT CARDS

Dear Sir,

I was cleaning up my room and found two CIRCUIT CITY GIFT CARDS. Circuit City told me that the Gift Cards were no longer valid because Circuit City was now in other hands.

My son bought these CIRCUIT CITY GIFT CARDS with cash. My son put up $100 dollars so that when I bought something from Circuit City, Circuit City would access my son's $100 dollars and deduct the price of my purchases. Circuit City agreed to hold the $100 dollars until I purchased something from them. Circuit City is holding my $100 dollars until I purchase something from their store.

Money was put up front for Circuit City to hold for my purchases. Even if the 1st Circuit City went out of business, the 2nd Circuit City should honor the $100 that my son put up for the 1st Circuit City to hold. If the company that bought out the 1st Circuit City had become something OTHER THAN CIRCUIT CITY, then I would not be concerned about the CIRCUIT CITY GIFT CARDS in my possession. BUT, the name did not change, they are still CIRCUIT CITY. I want to use the $100 that my son gave me. Bankruptcy cancels debt. GIFT CARDS are not debt and should be honored. The back of the GIFT CARDS say" No expiration date." CIRCUIT CITY uses the same name when the gift cards were bought, then CIRCUIT CITY should honor the gift cards of CIRCUIT CITY.

It seems to me at this point that CIRCUIT CITY has stolen my $100. And someone to allow this to happen sounds like a conspiracy to commit a crime. Stealing is a crime! I heard that AIG had to PAY OFF THEIR CONTRACTS before being put into their present status. I hope that this is not a double standard.

I look forward in hearing from you.

Sincerely,

*Edwin Targonski*
Edwin Targonski



**Call 1-800-284-4886 to find the store nearest you.**

To check the balance on our Circuit City gift card, call 1-888-695-4880 or visit circuitcity.com
The following terms shall apply to the use of this gift card, unless promoted by applicable law. Redeemable for merchandise only at any Circuit City location or online at circuitcity.com. This gift card is not valid for payment on a Circuit City credit card. If lost or stolen, only the balance remaining on the gift card at the time an original receipt is presented will be reissued. No expiration date. Any gift card balance remaining may be used for future purchase; however a service charge deduction of $2.00 per month from a balance remaining will commence 24 months from the date of gift card purchase. The service charge will not apply where prohibited by law. Virginia law shall apply.



**6009 8416 4470 9777**

VL-603



To check the balance on your Circuit City Gift Card, call 1-888-695-4880

The following terms shall apply to the use of this Gift Card, unless prohibited by applicable law. Redeemable for merchandise only at any Circuit City store location.

This Gift Card is not valid for payment on a Circuit City Credit Card. If lost or stolen, this Gift Card cannot be replaced. No expiration date. Any Gift Card balance remaining may be used for future purchases; however a service charge deduction of $2.00 per month from any balance remaining will commence 24 months from the date of Gift Card purchase. The service charge will not apply where prohibited by law. Virginia law shall apply.

**6007 0256 5735 3611**







# The Re-Launch!

✓ NEW LOWER PRICES   ✓ NEW WIDER SELECTION   ✓ NEW FASTER SHIPPING   ✓ 24 7 CUSTOMER SERVICE

## UNDER NEW MANAGEMENT



On May 19, 2009, Systemax Inc. purchased the Circuit City brand and website. Systemax Inc. has been in business since 1949. Systemax Inc. is a leading multi-channel retailer of computers, electronics, and industrial products in North America and Europe. Systemax Inc. is a publicly traded company on the NYSE under the symbol SYX

## CircuitCity.com

Systemax Inc., a leading multi-channel retailer of computers, electronics, and industrial products, has purchased the Circuit City brand, trademark, website and other assets. And we've recently launched the all-new CircuitCity.com website, which offers you incomparable values on a huge inventory of brand name computer & electronics products -- all at the most affordable prices in the industry

At CircuitCity.Com you'll find the Top Brands, the Top Values, and Top Service – every day!

The new CircuitCity.com features low everyday prices, world-class 24/7 customer service, and a wide selection of products. You'll also enjoy advanced search capabilities and enhanced content, which includes photo galleries and videos of thousands of the most popular consumer electronics and computer products & accessories. In fact, we're among the most content-rich sites on the Web, which means that you'll get all the information you need to make well-informed buying decisions.

Be sure to check your e-mail inbox for exclusive deals, the industry's best values, and special promotions that offer incredible savings. If you choose to opt-out from addition e-mails from us, simply click the unsubscribe link from any e-mail offer you receive from us

Welcome to the all-new CircuitCity.com. It's our pleasure to serve you

Regards.

*Gilbert Fiorentino*

Gilbert Fiorentino - Chief Executive
Systemax Technology Group

