JEAN ABDALLAH

4855 GOUIN BLVD WEST

MONTREAL (QUEBEC)

H4J 1B9, CANADA



TO: THE UNITED STATES BANKRUPTCY COURT

    701 EAST BROAD STREET – ROOM 4000

    RICHMOND, VIRGINIA 23219

DATE: 2009 JUNE 21 TH

CIRCUIT CITY CLAIM

CASE NUMBER: 08-35653, PRF 15406

OMNIBUS OBJECTION: I DO NOT AGREE WITH THIS OBJECTION

CONFIRMATION OF THE AMOUNT OF MY CLAIM IS 96 709.82 $ USD. THIS IS THE AMOUNT THAT I LOST WITH CIRCUIT CITY.

REASONS: I'VE MAILED MY CLAIM ON TIME & I LOST ALL THIS MONEY.

I'VE SENT ALL THE DOCUMENTS THAT I HAD TO.

I CAN BE REACHED AT:  CELL PHONE 514-944-7639

        FAX NUMBER 514-382-3757

        E-MAIL: ABDALLAHJ793@HOTMAIL.COM

MY ATTORNEY IS : DONALD KATTAN

        ADDRESS: 1, WESTMOUNT SQUARE, 20TH FLOOR

        WESTMOUNT (QUEBEC) CANADA

        H3Z 2P9

        OFFICE NUMBER: 514-937-7741

        FAX NUMBER: 514-937-2971

THANKS

JEAN ABDALLAH

COPY

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | Jointly Administered |

## NOTICE OF DEBTORS' SEVENTH OMNIBUS
## OBJECTION TO CERTAIN LATE CLAIMS

**PLEASE TAKE NOTICE THAT** the above-captioned Debtors (the "Debtors") filed the Debtors' Seventh Omnibus Objection to Certain Late Claims (the "Omnibus Objection") with the Bankruptcy Court. A copy of the Omnibus Objection is attached to this notice (this "Notice"). By the Omnibus Objection, the Debtors are seeking to disallow certain claims on the ground that the claims were filed after the applicable bar date.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus