OMNIBUS OBJECTION TO CERTAIN QUALIFIED PENSION PLAN CLAIMS

United States Bankruptcy Court
701 East Broad Street - Courtroom 5000
Richmond, Virginia 23219

RICHMOND DIVISION
FILED JUN 2 9 2009
CLERK
U.S. BANKRUPTCY COURT

In re:                              Chapter 11
CIRCUIT CITY STORES, INC.,          Case No. 08-35653
Et al.,

    Debtors.

Claimant :                          Claim number 6282
Nancy A. Darling
805 E. Toledo Street
Broken Arrow, OK 74012
(918) 615-6633

Nancy A. Darling, a former Circuit City employee, has been receiving retirement benefits for the past seven years in the amount of $ 752.76 per year. Only in the event of her death, would this cease under normal circumstances. The Bankruptcy Court should disallow the Omnibus Objection because Circuit City has an obligation to its former employees to adhere to its promises, not runaway from them. Mismanagement and poor monetary decisions does not give Circuit City the right to "get out of" paying retirees, what is rightfully theirs. The amount claimed is incorrect on the notice of debtors' twelfth omnibus objection to qualified pension plan claims. The amount on the proof of claim form is $752.76, dated 1/20/09.

I, Patricia L. Adams, have personal knowledge of the relevant facts that support this response and am the designated representative for the claimant with authority to reconcile, settle or otherwise resolve the Omnibus Objection for the claimant.

Patricia L. Adams                   Nancy A. Darling
713 E Boston Street
Broken Arrow, OK 74012              *Nancy A. Darling* (signature)
(918)449-8738                       06/20/09
(918)697-4454

*Patricia L Adams* (signature)
6/20/09

| Control # 000281707 0 | PAYER'S Federal identification # 56-1354495 | ☐ Corrected (if checked) ☐ Void (if checked) | **Copy 2** File this copy with your state, city, or local income tax return, when required. | OMB No. 1545-01 2007 Form 1099-R |
|---|---|---|---|---|
| PAYER'S name, street address, city, state, and ZIP code WRS RETIREMENT SERVICES CIRCUIT CITY PENSION PLAN 1525 W. WT HARRIS BLVD-NC1155 CHARLOTTE, NC 28262-1155 | QUESTIONS? CALL 1-877-877-1207 | RECIPIENT'S Identification number ▓▓▓▓▓▓ 1 Gross distribution 752.76 1st year of desig. Roth Contrib. 2a Taxable amount 752.76 | | Distributions From Pensions Annuities, Retirement or Pro Sharing Plans, IRAs, Insurar Contracts, etc. |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code NANCY A DARLING 411 W K PLACE APT #208 JENKS OK 74037-2959 | | 2b Taxable amount not determined ☐ Total distribution ☐ 5 Employee/Roth Designated contrib. or insurance premiums 0.00 8 Other % | Account number (see Instructions) 20080119163600237834 3 Capital gain (included in box 2a) 0.00 6 Net unrealized appreciation in employers's securites 0.00 9a Your percentage of total distribution 0 % | 4 Federal income tax withheld 0.00 7 Distribution code 7 IRA/SEP/ ☐ 9b Total employee contributic |
| 10 State tax withheld 0.00 | 11 State/Payer's state no. OK/561354495 | 12 State distribution | 13 Local tax withheld | 14 Name of locality | 15 Local distribution |

Form 1099-R                                                                                                     Department of the Treasury - Internal Revenue Service