**Name of Bankruptcy Court:**                    Date: 6/25/2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street - Room 4000
Richmond, VA   23219

**Debtors:** Circuit City Stores, Inc., et al.

**Case No.** 08-35653 (KRH)

**Opposing Response to Debtors' Eighth Omnibus Objection to Certain Late Claims**
Omnibus Objection Doc 3507   Filed 6/3/09  Entered 6/3/09 15:52:06

**Claimant Name:**

Connie Y. Boyer
11909 Rutgers Dr
Richmond, VA   23233

**Phone #:** 804-514-5794

**Fax#:** 866-384-8693

**Original Claim#:** 11424

**Priority Claim Amount:** $5107.00

**Explanation for the Amount of the Claim:**

This claim is for accrued Paid Time Off or employee wages that were due me as of Jan 16, 2009, when Circuit City Stores filed for Chapter 7 Liquidation. I had accrued 109.8 hours of Paid Time Off as of Jan 16, 2009. My hourly rate was 46.52. In addition, prior to Circuit City filing Chapter 11 on Nov. 10, 2008, I had accrued 110.03 hours of Paid Time Off. I have attached a copy of my paystub from both pay period ending Jan. 15, 2009 and pay period ending Nov. 6, 2008, which support this claim.

**Opposing Response to Debtors' Eighth Omnibus Objection - Page 2**

**Claimant Name:** Connie Y. Boyer    **Claim#:** 11424

**Reasons why the Bankruptcy Court should not sustain the Eighth Omnibus Objection:**

I have attached copies of Post Office documents showing that I mailed my claim on 1/29/2009 and requested next day delivery. I am very concerned that the Claims Processing Dept in El Segundo, CA was not available to take timely delivery of claims on 1/30/2009. If you notice in the list of claims being disallowed, there is an inordinate number of claims that were received on 2/2/09, that the debtors are objecting to.

In addition, I would like to speak in my defense as to why I waited until 1/29/2009 to mail my claim. I was an employee working in good faith until the very end, when Circuit City filed Chapter 7 Liquidation on Jan 16, 2009. The Nov. 10, 2008 Chapter 11 Filing, did not seem to apply to us. Human Resources never clarified for those who worked until the very end, how the Claims Process for the Nov. 10, 2008 filing applied to us. Human Resources never gave us clarification on how to handle accrued wages or accrued paid time off. I continually tried to contact Human Resources to find out how to request reimbursement for accrued hours and was told on multiple occasions, I could wait until after my last pay check on March 21, 2009, before requesting reimbursement for Paid Time Off hours. However, there was never an official statement sent out either way. Since I never received an official statement, I decided just in case, since there may not be any other process, I better file a claim prior to the 1/30/2009 deadline.

In addition, there were various high level managers from the Human Resources Dept itself, whose claims were left until the very end and supposedly not received until 2/2/2009. They included: Renee West and Dirley Ball.

I feel I acted in good faith. I worked hard thru the Christmas season, to make as much money as possible for the debtors. I feel therefore, based on the above arguments, the court should not sustain the Eighth Omnibus Objection in regards to my claim.

**Contact information for the Claimant:**

Contact information for the claimant is listed above. The claimant should be contacted directly.

Sincerely,

*Connie Y. Boyer*
Connie Y. Boyer

Enc:  Pay Stub for Pay Period ending 11/6/2008
      Pay Stub for Pay Period ending 1/15/2009
      USPS receipts showing claim mailed on 1/29/2009 for next day delivery
      USPS receipt showing El Segundo Claims Processing received claim very early, 7:41AM on 2/2/2009

## Statement of Earnings Details

Print | Close

### Employee Details

| | |
|---|---|
| Employee ID | 10023188 |
| Name | Connie Y Boyer |
| Home Address | 11909 Rutgers Drive<br>Richmond VA 23233 |
| Company | Circuit City Stores, Inc |
| Payroll Address | 7201 Hewitt Associates Drive<br>Charlotte, NC 28262<br>1 (800) 288-6353 |
| Business Unit | USANA |
| Department | 900003 - Enterprise Service Delivery |
| Location | Deep Run - CCS Corporate |

### Payroll Details

| | |
|---|---|
| Pay Group | HME - Home Hourly and Salaried |
| Pay Begin Date | Oct 24, 2008 |
| Pay End Date | Nov 06, 2008 |
| Check # | 5376723 |
| Pay Date | Nov 12, 2008 |

### Tax Details

| | |
|---|---|
| Federal Tax Marital Status | Single |
| Federal Allowances | 0 |
| Federal Addl Withholding | |
| VA Tax Marital Status | Single |
| VA Allowances | 0 |
| VA Addl Withholding | |

### Hours & Earnings

| Description | Current Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Imputed Income Life Insurance | | | 9.33 | 0 | 187.04 |
| Funeral | | | 0.00 | 24 | 1,116.48 |
| Regular Hourly | | | 0.00 | 1031.5 | 47,415.98 |
| Paid Time Off | | | 0.00 | 43.58 | 1,985.94 |
| Prior Year PTO | | | 0.00 | 57.17 | 2,654.75 |
| Year End Bonus | | | 0.00 | 0 | 7,069.92 |
| Average Overtime | | | 0.00 | 3 | 67.98 |
| PTO Hours Adjustment | | | 0.00 | 8.04 | 364.37 |
| PYP Hours Adjustment | | | 0.00 | -8.04 | (364.37) |
| Total Earnings | | | 0.00 | 1159.25 | 60,311.05 |

### Before Tax Deductions

| Description | Current | YTD |
|---|---|---|
| 401k Catch Up Contributions | 0.00 | 4,452.56 |
| Employee Dental | 0.00 | 147.11 |
| Employee Medical | 0.00 | 1,057.79 |
| 401K | 0.00 | 13,244.46 |
| Total | 0.00 | 18,901.92 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 11,007.07 |
| Fed MED/EE | 0.00 | 859.62 |
| Fed OASDI/EE | 0.00 | 3,675.60 |
| VA Withholdng | 0.00 | 4,622.33 |
| Total Taxes | 0.00 | 20,164.62 |

### After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Accidental Death/Dismemberment | 0.00 | 71.64 |
| Long Term Disability | 0.00 | 584.39 |
| Total | 0.00 | 656.03 |

### Imputed Income

| | |
|---|---|
| Current | 0.00 |
| YTD | 0.00 |

### PTO Plans

| Description | Balance |
|---|---|
| Current Year (CY) PTO | |
| + Earned: | 111.07 |
| - Taken: | 9.08 |
| Ending Balance | 110.03 |
| Prior Year (PY) PTO | |
| + Earned: | 0.00 |
| - Taken: | 57.17 |
| Ending Balance | 0.00 |

| | Total Gross | Federal Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 0.00 | 9.33 | 0.00 | 0.00 | 0.00 |
| YTD | 60,311.05 | 41,596.17 | 20,164.62 | 19,557.95 | 20,588.48 |

Statement of Earnings Details | Page 1 of 1

 **Statement of Earnings Details**

Print | Close

### Employee Details

| | |
|---|---|
| Employee ID | 10023188 |
| Name | Connie Y Boyer |
| Home Address | 11909 Rutgers Drive<br>Richmond, VA 23233 |
| Company | Circuit City Stores, Inc |
| Payroll Address | 7201 Hewitt Associates Drive<br>Charlotte, NC 28262<br>1 (800) 288-6353 |
| Business Unit | USANA |
| Department | 900003 - Enterprise Service Delivery |
| Location | Deep Run - CCS Corporate |

### Payroll Details

| | |
|---|---|
| Pay Group | HME - Home Hourly and Salaried |
| Pay Begin Date | Jan 02, 2009 |
| Pay End Date | Jan 15, 2009 |
| Advice # | 3245600 |
| Pay Date | Jan 21, 2009 |

### Tax Details

| | |
|---|---|
| Federal Tax Marital Status | Single |
| Federal Allowances | 0 |
| Federal Addl Withholding | |
| VA Tax Marital Status | Single |
| VA Allowances | 0 |
| VA Addl Withholding | |

### Hours & Earnings

| Description | Current Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Imputed Income Life Insurance | | | 9.33 | 0 | 18.66 |
| Regular Hourly | 46.52 | 58.25 | 2,709.79 | 82.25 | 3,826.27 |
| Paid Time Off | 46.52 | 1.75 | 81.41 | 37.25 | 1,732.87 |
| Total Earnings | | 60.00 | 2,791.20 | 119.5 | 5,559.14 |

### Before Tax Deductions

| Description | Current | YTD |
|---|---|---|
| 401k Catch Up Contributions | 220.00 | 220.00 |
| Employee Dental | 6.78 | 13.56 |
| Employee Medical | 48.92 | 97.84 |
| 401K | 641.98 | 1,223.25 |
| Total | 917.68 | 1,554.65 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 304.37 | 673.10 |
| Fed MED/EE | 39.80 | 79.26 |
| Fed OASDI/EE | 170.18 | 338.92 |
| VA Withholding | 91.73 | 198.26 |
| Total Taxes | 606.08 | 1,289.54 |

### After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Accidental Death/Dismemberment | 3.05 | 6.10 |
| Long Term Disability | 26.83 | 53.66 |
| Total | 29.88 | 59.76 |

### Imputed Income

| | |
|---|---|
| Current | 0.00 |
| YTD | 0.00 |

### PTO Plans

| Description | Balance |
|---|---|
| Current Year (CY) PTO | |
| + Earned: | 155.84 |
| - Taken: | 54.08 |
| Ending Balance | 109.80 |
| Prior Year (PY) PTO | |
| + Earned: | 0.00 |
| - Taken: | 0.00 |
| Ending Balance | 0.00 |

| | Total Gross | Federal Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,791.20 | 1,882.85 | 606.08 | 947.56 | 1,237.56 |
| YTD | 5,559.14 | 4,023.15 | 1,289.54 | 1,814.41 | 2,655.19 |







Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **EH04 4860 459U S**
Status: **Delivered**

Your item was delivered at 7:41 am on February 02, 2009 in EL SEGUNDO, CA 90245. The item was signed for by W QUNTANILLA.

Additional information for this item is stored in files offline.

( Restore Offline Details > )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

Go >

## Notification Options

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.    Go >

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA