RICHMOND DIVISION
FILED JUN 29 2009 FILED
CLERK U.S. BANKRUPTCY COURT

6/22/09

United States Bankruptcy Court

Circuit City Stores, Inc.

Case 08-035653 (KRH)
Chapter 11 (claim number 5411)

Omnibus Objection

Aubina Yates, 24355 Bay Ave.
Moreno Valley Ca 92553
951-208-1643 // 951-243-4645   fax 951-208-1643 bef 9am

It's for my retirement (pension plan) as said on letter enclosed. Final month benefit is 339.06 based on 13 yrs. of vesting, even tho I work for 19 yrs 9 mos. So if it were for only 10 yrs it would come out to $40,897.20

The reason this claim should be good is because I have another claim due to age discrimination, they are both valid. There are TWO valid claims.

If I have a choice to receive my

$339.06 moly, when I retire, I would like that better, or a lump size.

Thank-you

Aubrina Yates
951-243-4645
951-208-1643

August 10, 2006

Aubina Yates
24355 Bay Ave.
Moreno Valley, CA 92553

Dear Ms. Yates

This letter will serve as notification to you of your final accrued benefit under the Retirement Plan of Circuit City Stores, Inc. In November 2004, you received a communication regarding changes to the Retirement Plan of Circuit City Stores, Inc. At that time it was communicated that the Plan would be frozen as of February 28, 2005.

As a participant in the Retirement plan, your benefit was "frozen" as of February 28, 2005, and you can not accrue any additional years of benefit service. However, to the extent that you are not currently vested in your accrued benefit (i.e. you must have at least 5 years of vesting service to receive a future benefit), you may continue to accrue vesting credit in accordance with the Plan provisions.

As of February 28, 2005 your ~~final monthly accrued benefit is $[redacted]~~ based on 13 years of benefit service and 13 years of vesting service. This is an estimated benefit payable to you on your Normal Retirement Date (generally your 65th birthday). A reduced Early Retirement benefit is available with at least 10 years of vesting service at age 55, or with at least 7 years of vesting service at age 62. Due to federal tax regulations even though the Plan is frozen, this benefit must remain in the Plan until a time at which payment can be made under the Plan's distribution rules. For more information refer to your Summary Plan Description or log on to http://www.mycircuitcityhr.com.

We encourage you to share this information with your family. Please keep this letter with your other important papers so that it will be readily available when you need it.

If you have any questions about this statement or any of our benefit plans, please call the Associate Service Center at 1-800-288-6353.

Sincerely,

Retirement Plan Administrative Committee