Response to the Omnibus Objection

1.      United States Bankruptcy Court, Circuit City Stores, Inc., et al., (Debtors), Case Number 08-35653 (KRH) Jointly Administered-Notice of Debtors' Ninth Omnibus Objection to certain (I) Late claims and (II) Late 503 (B) (9) Claims.

2.      Claimant's Name: Deanna Heckman, Claim Number 11631

3.      The initial paperwork was not received until shortly before the original deadline. It was an oversight that it was not filed on time.

4.      No other paperwork attached.

5.      Not applicable.

6.      Deanna Heckman (married now as Harding)
7201 Hughes Road
Sandston, Virginia 23150
(804)795-9222



FILED
RICHMOND DIVISION
JUN 2 9 2009
CLERK
U.S. BANKRUPTCY COURT