FILED

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

2009 JUN 29  AM 10: 53

RICHMOND DIVISION

IN RE  Circuit City Stores            Chapter 11
                                      Case No 08-35653

Debtor                                Jointly Administered

**Response to Omnibus Motion Objecting to Claim**

1. Claimant is holder of claim number 10306
2. On December 11, 2008 this court set a claim date of January 30, 2009 at 5:00pm,
3. The claimant mailed copies of claim on January 15, 2009 1/17/2009 at the Ridge Branch United States Post office Richmond, VA. A copy of the Post Office receipt is included with this response.
4. That registered letter required the authorized claims processing company to acknowledge receipt thereof. They did so on January 27, 2009. See copy of US Post Office return receipt dated January 27, 2009.
5. Nevertheless, the Claims processing company and the debtor's lawyers have stated that the claim was received on February 2, 2009.

**Argument**

6. In spite of the fact that Circuit City was headquartered in Richmond Virginia the Court at the request of the attorneys for the debtor hired a company in El Segundo, Ca. This meant that claimants in the headquarter city and elsewhere were required to find a way to deliver their claim to this company presumably paid by the creditors with claims in California.
7. It is not unreasonable for claimants to use the US Postal service. IT is unreasonable for the claims processing company to misinform the

debtor's lawyers and the court when they knew or should have known that they have the facts wrong.

8. This Court approved a procedure where claims could be objected to by attorney's for the debtor that requires the claimant to deliver to three attorneys in three different cities. Again the claimant is expected to either use the US POSTAL service or other means to notify the court that the claims processing company has mislead the lawyers and the court and notify three lawyers in three cities. Is this a cheap lawyer trick? Are creditors of the company required to pay three lawyers to read each letter?

10. This claim was filed according to the rules on time. Please read the attachments.

Wherefore, the claimant requests that the Court not rule in favor of the Debtors, their attorney's or the claim processing company. Please schedule a hearing so that the Judge can see what a poor job you are doing.

Respectfully Submitted

_____   DATE:
Jakob Joffe               29 JUNE, 2009
Claimant Number 10306
10708 Chipewyan Dr
Richmond, Va 23238

Certificate of Service

I Jakob Joffe hereby certify that an exact copy of this response was (a) hand delivered to the Bankruptcy Court in Richmond Virginia and to the Offices of Dion W Hayes of Maguire Woods LLP One James Center Richmond, Virginia; and by electronic fax to the Offices of Gregg Galardi of Skadden Arpes, Slate Meagher and Flom LLP in Wilmington

Delaware and Chris Dickerson of the same firm in Chicago Ill.

_____
Jakob Joffe

DATE:
29. JUNE, 2009

```
           RIDGE BRANCH
         RICHMOND, Virginia
             232335528
           5176530110 -0098
1/15/2009   (804)740-3884    01:17:22 PM

              Sales Receipt
roduct          Sale  Unit        Final
escription      Qty   Price       Price

L SEGUNDO CA 90245                $0.42
 one-8 First-Class
 etter
 0.30 oz.
Return Rcpt (Green Card)          $2.20
" Registered                     $10.00
 Insured Value :        $0.00
 Article Value :        $0.00
 Label #:       RR220324160US
                                ========
Issue PVI:                       $12.62

otal:                            $12.62

aid by:
ash                              $20.00
hange Due:                       -$7.38

" Save this receipt as evidence of
 nsurance. For information regarding
 omestic insurance, visit our website at
 sps.com/insurance/postoffice.htm

 rder stamps at USPS.com/shop or call
 -800-Stamp24. Go to USPS.com/clicknship
 o print shipping labels with postage.
 or other information call 1-800-ASK-USPS.

ill#: 1000202642715
lerk: 12

   All sales final on stamps and postage
   Refunds for guaranteed services only
        Thank you for your business
***********************************
***********************************
         HELP US SERVE YOU BETTER

    Go to: http://gx.gallup.com/pos

      TELL US ABOUT YOUR RECENT
           POSTAL EXPERIENCE

          YOUR OPINION COUNTS
***********************************
***********************************

              Customer Copy
```

**Receipt for Registered Mail (PS Form 3806)**

Registered No. RR220324160US    Date Stamp 0110  12  01/15/09

- Reg. Fee: $10.0[0]
- Handling Charge: $0.00
- Postage: $0.42
- Return Receipt: $2.20
- Restricted Delivery: $0.00
- Received by: (signature)
- Customer Must Declare Full Value: $0.00
  - ☐ With Postal Insurance
  - ☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

FROM: JAKOB JOFFE / 10708 CHIPENYAH DR. / RICHMOND, VA 23230

TO: CIRCUIT CITY STORES, INC. et al. / CLAIMS PROCESSING DPT. / KURTZMAN CARSON CONS. / 2335 ALASKA AVE. / EL SEGUNDO, CA 90245

PS Form 3806, June 2002    Copy 1 - Customer

For delivery information, visit our website at www.usps.com

**Domestic Return Receipt (PS Form 3811)**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
CIRCUIT CITY STORES INC. et al.
CLAIMS PROCESSING DPT.
KURTZMAN CARSON CONSULTANTS
2335 ALASKA AVE.
EL SEGUNDO, CA 90245

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X WQ  ☒ Agent  ☐ Addressee
- B. Received by (Printed Name): Wilfredo Q
- C. Date of Delivery: JAN 27 2009
- D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type:
- ☐ Certified Mail   ☐ Express Mail
- ☒ Registered       ☐ Return Receipt for Merchandise
- ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1