Michael McCabe
Creditor # 10546
In Propria Persona
P.O. Box B
Villa Grande, CA 95486
Telephone 707-865-2900
Fax 707-865-2901



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| In re: | Chapter 11 |
|---|---|
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| Debtors | Jointly Administered |

## CREDITOR (# 10546) MICHAL MCCABE'S RESPONSE TO SEVENTH OMNIBUS OBJECTION

1. Amount of Claim: Michael McCabe submitted his claim in the amount of $473.25.

2. The Omnibus Objection does not apply to this claim inasmuch as the Court's Bar Date Order pertains to claims "arising before November 10, 2008". Claimant's claim did not arise until after December 20, 2008, the date of sale of merchandise by Debtor to Claimant.

3. Claimant's bill of sale and supporting documentation are attached to his filed claim.

4. Claimant is the person with authority to reconcile, settle or otherwise resolve the Omnibus Objection.

5. Claimant hereby declares under penalty of perjury that the foregoing is true and correct.

Dated and signed at Villa Grande, CA, this 26th day of January, 2009.

_____
Michael McCabe, Claimant

**PROOF OF SERVICE**

I, the undersigned, declare that:

I am a citizen of the United States over the age of eighteen years, employed in Sonoma County, California. My business address is P.O. Box B, Villa Grande, CA 95486.

On June 27th I served a copy of the following documents, described as:

CREDITOR (#10546) MICHAEL MCCABE'S RESPONSE TO
SEVENTH OMNIBUS OBJECTION

on the Court and interested parties in this action by placing true copies thereof enclosed in sealed envelopes marked for delivery addressed as follows:

| | |
|---|---|
| Clerk of the Bankruptcy Court<br>United States Bankruptcy Court<br>701 East Broad Street – Room 4000<br>Richmond, Virginia 23219<br><br>SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM, LLP<br>333 West Wacker Drive<br>Chicago, Illinois 60606<br>Attn: Chris L. Dickerson | SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM, LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636<br>Attn: Gregg M. Galardi<br>Attn: Ian S. Fredericks<br><br>MCGUIREWOODS, LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219<br>Attn: Dion W. Hayes<br>Attn: Douglas M. Foley |

Said envelopes were thereupon deposited for mailing by me, with First Class postage prepaid, at the United States Post Office located at Villa Grande, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 27th, at Villa Grande, California.

Michael McCabe