

To whom it may concern;

I was employed by Circuit City from Oct 1997 thru May of I believe 2004. At the time we were told as employees that after 5yr we were "vested" and that the company would provide a pension plan. When I left the company I asked that I receive my pension for I believed the company would not last. My request was denied. Now that the company is in chapter 11 I again pursued my pension benefit and was rejected.

The company did not give a value as to the amount of the pension so I cannot give an amount to claim for.

All the employees ask are they receiving their pensions that the company was providing for us no more no less

Alexander M. Russell
3198 Vermont Route 100
Waterbury VT 05676
802-485-6496
No claim amount is filed as I do not know how much was put in the pension for me
Claim # 9296

Sincerely
Alex Russell