SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
ATTN: Gregg M. Galardi
ATTN: Ian S. Fredericks

MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
ATTN: Dion W. Hayes
ATTN: Douglas M. Foley

- and -
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
ATTN: Chris L. Dickerson

Counsel to the Debtors and Debtors
in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
- - - - - - - - - - - - - - - X
In re:                         : Chapter 11
CIRCUIT CITY STORES, INC.,     :
et al.,                        : Case No. 08-35653
Debtors.                       :
- - - - - - - - - - - - - - - X

**RESPONSE TO**
**NOTICE OF DEBTORS' SEVENTH OMNIBUS OBJECTION TO CERTAIN**
**LATE CLAIMS**

Claimant:
Turnage, Elton J
PO Box 301
Youngstown, OH 44501-0301

Claim Number: 10718

Claim Amount: $1,574.54

This is sent in response to the objection filed by the Debtors'. I would request the court accept this response and apologize for any failures in form. I am not an attorney, nor am I represented by one.

Under Item 2 of Procedures for Filing a Timely Response … in particular an explanation for the amount of the claims: $1574.54 was the amount spent in purchasing Circuit City stock.

Item 3:
As I understand the objection holds that my claim was filed late. I know I submitted my claim in a timely fashion. Unfortunately I did not send it registered or certified mail and thereby don't have documentation as to exactly when the Debtors received the claim in their hands. Mind you this was not stipulated. A point is made that the claim is timely based upon when it is "actually received". I don't know when my claim was received in the debtors' office; however I know that the postmark on the claim will be inside the deadline. Without direct knowledge I accept the claim may have reached their offices after the deadline, however, this being a court of federal jurisdiction I would think that the postmark will serve as proof of filing time. Other federal entities, namely the IRS, accept the postmark as proof of timely filing.

Item 4: The envelope with the postmark is assumed to be included with the claim.

Item 5:
To be candid I'm not sure I understand. I don't know the name of the postal clerk to whom I handed the letter. I don't offer this to be comical rather factual.


Thank you for your consideration,


Elton J. Turnage