**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., ) | |
| et al., ) | Case No. 08-35653 (KRH) |
| ) | |
| Debtors. ) | Jointly Administered |

## ANSWER TO DEBTORS' NINTH OMNIBUS OBJECTION

1. I, MICHAEL KARPINSKI, ordered merchandise from Circuit City on 5-11-08. I canceled my order on 5-12-08 (cancellation reference # 1514639). Circuit City claims that the merchandise was delivered to me on 5-13-08. I never received the merchandise. I still have been billed on my credit card in the amount of $1415.27 for merchandise I never received. Circuit City agreed to take it off my credit card charge. Then in October, 2008, the charge was put back on my credit card. This is a fraudulent charge.

2. I was never sent an actual notice from Circuit City, their attorneys or the Bankruptcy Court that my dispute had to be handled or filed with the Bankruptcy Court. I was notified on April 3, 2009 that my dispute needed to be handled through the court system that the deadline for filing claims had already passed. I filed immediately with the Bankruptcy Court (signed claim 4-4-09, recorded 4-4-09).

3. Circuit City knew of my ongoing dispute about merchandise that was never delivered, but remained silent as to informing me of the proper procedures to resolve this problem. I am a creditor that they had knowledge of, that they did not give notice to of their claims procedures in Bankruptcy Court. Not only did they commit fraud by charging me for merchandise that I never received, but they committed fraud by not giving me notice of the Bankruptcy filing and the procedures I needed to do to resolve this dispute.

-2-

WHEREFORE, I am asking this Court to dismiss the Motion objecting to my late claim, set a hearing date, and allow my claim to stand and any other equitable relief that the Court deems fit.

Respectfully submitted,

_/s/ Michael Karpinski_
MICHAEL KARPINSKI

MICHAEL KARPINSKI
263 Bodega Drive
Romeoville, IL 60446
(708) 609-5227
(708) 447-3777 (FAX)

# YAHOO! MAIL

(843) 843-2469

**Date:** Mon, 12 May 2008 20:31:44 -0400 (EDT)
**From:** "CircuitCity.com" <customer_care@circuitcity.com>
**To:** "MICHAEL" <currie03@yahoo.com>
**Subject:** Information Update for Order Number 4488-783518

simplicity guaranteed    shop by phone: 1-800-593-4361

TV & Home Entertainment | MP3 & Audio | Computers & Office | Cameras & Camcorders | Car & Mobile | Video Gaming | Home, Toys & Gifts | Movies & Music | Repair & Installation

free shipping on orders $24 & up or choose 24-minute in-store pickup

Dear MICHAEL,

We're writing to let you know that your order for the item(s) listed below has been cancelled at your request.

Product Ordered: 



Product Ordered:

Picture
coming soon

**Your credit card was automatically charged for your order.** Circuit City will issue a refund within 2-3 business days. Please understand that some financial institutions may take 5-7 business days to process the refund to your credit card account.

We apologize for any inconvenience. If you still have questions, please feel free to call our Customer Support Center at 1-800-593-4361.

Circuit City Stores Inc
9950 Mayland Drive
Richmond, VA
23233-1464

*Cancelation Reference #1514639
Given to me over the phone 6-13-08*



Statement Date:
03/24/09 - 04/23/09

**Minimum Payment: $343.00**
**Payment Due Date: 05/13/09**

 Manage your account online:
www.chase.com/circuitcity

Additional contact information
conveniently located on reverse side

## ACCOUNT SUMMARY

Account Number: 1820 0000 2142 1447

| | | | |
|---|---|---|---|
| Previous Balance | $1,415.27 | Total Credit Line | $2,500 |
| Purchases, Cash, Debits | +$35.00 | Available Credit | $1,016 |
| Finance Charges | +$32.88 | | |
| New Balance | $1,483.15 | | |

Your account is closed. Please continue to make monthly payments by the due date until your balance is paid in full.

You haven't made the required payments and your credit card account is 90 days past due. As a result, your credit bureau may be updated with a negative rating. Please send your payment immediately or call us at 1-866-569-6812 (collect 1-302-594-8200) today.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 04/17 | LATE FEE | 35.00 |

## FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .07370% | 26.90% | $1,438.94 | $32.88 | $0.00 | $0.00 | $32.88 |
| Total finance charges | | | | | | | $32.88 |

**Effective Annual Percentage Rate (APR):**   **26.90%**

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

# Fraudulent Charge Affidavit

State of _Illinois_    Date _7-10-08_

County _Will_

*I hereby report fraudulent and unauthorized charge purchases on my Circuit City® account. I state that I have not given anyone authorization to make the charge(s) listed on the back of this form with or without my credit card or to sign my name. I further state that neither I nor any member of my family have charged, received, authorized, or instructed any person to purchase, charge, or receive the merchandise listed on this form.*

*I am willing to prosecute the person(s) responsible for making the unauthorized charges on my account or any person named as a suspect if investigation proves he/she made the unauthorized charge(s). I understand that the following information is needed to verify this complaint and to protect me from any liability concerning the unauthorized charge(s) made on my account.*

Circuit City account name __Michael KARPINSKI__

Account number __1820 0000 2082 3866__

Your full address __263 Bodega Dr   Romeoville   Il   60446__
(street number and name)   (city)   (state)   (zip)

County __Will__    Date of birth __9-04-68__

Home phone number __815 886-8969__    Work phone number __—__

Employer __—__    Social Security Number __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__

Driver's license information __K615-5416-8252__
(State of issuance and number)

** Please include a photocopy of your driver's license for our records. **

Joint cardholder's employer and phone number __—__

Date of your last purchase __5-11-08__    Date of fraud charge __5-11-08__

Date of Police report __—__    Case number __—__

Name and phone number of Police Agency/Officer __—__

Briefly explain how and **when** you discovered that your card had been lost/stolen.
__Card was not lost. Item was charged by phone. Item was then cancelled & to be credited next day. Item cancelled / never received. The card is in my possesion. It has not been activated. Circuit City emailed & phoned me to notify me that they would credit the account.__

5172 (NEW 6/04) CP04-24591

*Please explain how your card was lost/stolen.*

New Account. Card not lost. Item charged before Card was Received. Credit was to be issued 5-13-08. *Email Confirmation*

*Please list any other credit cards that have incurred fraudulent charges.*

None.

*Was any other type of identification lost/stolen, i.e., license, social security card, work i.d.?*

None.

*Do you have any idea who might be responsible for these charges? If yes, please indicate whom, their address, phone number and relationship to you.*

Circuit City was suppose to credit Account. Have an email confirmation of cancelation/Credit. They also promised me to confirm they would credit the account on 5-13-08.

*Please attach a copy of the Circuit City billing statement circling the fraud charges or list the charge(s) below:*

| Date of Charge | Amount | Merchandise |
|---|---|---|
| 5-11-08 | $1,223.73 | TV |
| 6-18-08 | $35.00 | Late charge |
| 6-23-08 | $1.00 | Finance charge |

**THIS FORM MUST BE SIGNED AND NOTARIZED BY AN OUTSIDE SOURCE.**

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ABOVE IS TRUE AND CORRECT.*

Your Signature: Michael Karpinski

Signature of co-applicant:

Witnessed by Notary Public with seal

(County) Will

(Date) 7/16/08

(Notary Public) Jean Henderson

(Signature of authorized user)

(Signature of authorized user)

OFFICIAL SEAL
JEAN HENDERSON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES OCT 24, 2010