United States Bankrupt Court
For the Eastern District of Virginia
Richmond Division



In re:
Circuit City Stores, Inc., et al Debtors
Chapter 11
Case No. 08-35653 (KRH)

## Julia M. Given's (Custodian for Margaret L. Given UTMA) Response to Debtors' Eighth Omnibus Objection to Certain Late Claims

Julia M. Given hereby responds as follows:

The objection should not be sustained because the bankruptcy status for the debtor was changed during the filing period and the documents sent for claim response addressed the former bankruptcy status. Circuit City Stores, Inc. filed for Chapter 11 bankruptcy protection on November 10, 2008. The Chapter 11 bankruptcy claim information came to Julia M. Given, Custodian for Margaret L. Given, with a response due date of January 29, 2009. On January 16, 2009, Circuit City filed for Chapter 7 bankruptcy protection. The claimant believed that the claim response request would be altered and re-issued based on the debtors' bankruptcy status change. The original claim and case referenced a Chapter 11 Bankruptcy Case, not a Chapter 7 Bankruptcy case). Once it was realized that no new claim response documents were forthcoming, the claimant submitted the claim response, received on February 3, 2009.

Please see attachments for evidence of ownership of 316 shares of Circuit City Stores, Inc. stock.
Attachment 1: original purchase of 158 shares on 6/28/93
Attachment 2: stock split of 158 shares to 316 shares on 7/21/99
Attachment 3: current statement showing ownership of 316 shares

Julia M. Given declares that she has personal knowledge of the facts set forth above and attests that they are correct to the best of her knowledge.

_Julia M. Given_    6/25/09

Julia M. Given                                Date


Julia M. Given
432 Ednam Drive
Charlottesville, VA 22903

Telephone: 434-977-1127
Fax: 434-220-1484

Notice Addresses: same as above

## Certificate of Service

On this 26th day of June, 2009, Julia M. Given sent copies of this response by FedEx to the following:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34363)
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Chris L. Dickerson, Esp.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606

_Julia M Given_                    6/25/09

Julia Given                                              Date



**Securities Research INC.**
Melbourne, FL · Stuart, FL · Gainesville, FL · Jacksonville, FL · Tamarac, FL · Winter Park, FL · Vero Beach, FL · Richmond, VA

Attachment 1

Account carried by
**U.S. Clearing CORP**
Member N.Y. Stock Exchange, Inc.
26 BROADWAY, NEW YORK, N.Y. 10004-1798

1-016915

JULIA N GIVEN C/F
MARGARET L GIVEN UNDER THE VA
UNIF TRANSFER TO MINORS ACT
1127 WEST AVE
RICHMOND VA  23220-3719

| TRADE DATE | SETTLE DATE | PROCESS DATE | INTERNAL USE | M | C |
|---|---|---|---|---|---|
| 06/28/93 | 07/01/93 | 07/01/93 |  | 1 | 4 |

| TAX IDENTIFICATION | ACCOUNT NUMBER | T | C | RR |
|---|---|---|---|---|
| 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 | 512-91755 | 1 | 5 | 006 |

| CUSIP NUMBER | SECURITY NUMBER | | | |
|---|---|---|---|---|
| 17273710300 | C421001 | CC | | 6-03 |

0

E ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION          YOU BOUGHT

CIRCUIT CITY STORES INC
AS OF 06/28/93

QUANTITY             158
PRICE              31 1/8

PRINCIPAL        4,917.75
COMMISSION          50.00
NET AMOUNT       4,967.75

FOR THE ACCOUNT OF

RITIES RESEARCH
E. MAIN STREET
:OND, VA   23219

☐ CHECK BOX IF YOU HAVE A CHANGE IN ADDRESS. PLEASE INDICATE CHANGE ON REVERSE SIDE OF REMITTANCE COPY.

CHECKS OR SECURITIES TO ABOVE ADDRESS.
**ASE MAKE CHECKS PAYABLE TO U.S. CLEARING CORP.**

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE
RETURN SECOND COPY WITH PAYMENT OR SECURITIES BY SETTLEMENT DATE ABOVE

```
NATL INVESTOR SERVICES CORP.                    1999 DETAILED INCOME STATEMENT
55 WATER STREET                                 Page    2
NEW YORK, N.Y. 10041
                                                                          Attachment 2
                                                RECIPIENT'S Name, Street Address, City, State, and Zip Code
                                                JULIA M GIVEN CUSTODIAN
                                                MARGARET L GIVEN
                                                UNIF TRANS TO MINORS ACT VA
Telephone Number: (800) 934-4448                4 LEXINGTON RD
                                                RICHMOND VA  23226-1626


Original 12/31/99        ☐ 2nd B Notice
```

| PAYER'S FED ID NUMBER | ACCOUNT NUMBER | ACCOUNT EXECUTIVE | RECIPIENT'S FED ID NUMBER |
|---|---|---|---|
| 13-3842038 | 372-31966 | RH4 | 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 |

| DATE | DESCRIPTION | TRANSACTION | PRICE | QUANTITY | AMOUNT | COMMENT |
|---|---|---|---|---|---|---|
| | **OTHER DISTRIBUTIONS** | | | | | |
| 04/21 | AT&T CORP STK SPLIT ON 20 SHS | STOCK SPLIT | | 10 | | |
| 07/21 | CIRCUIT CITY STORES INC STK SPLIT ON 158 SHS | STOCK SPLIT | | 158 | | |
| 04/08 | LUCENT TECHNOLOGIES INC STK SPLIT ON 12 SHS | STOCK SPLIT | | 12 | | |

**END OF 1999 DETAILED INCOME STATEMENT**

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY

T# 046 LONG CLT# 030 PAGE910.433 BR/ACCT 372-31966 01/21 09:29 G03065881

# AMERITRADE

800-669-3900
AMERITRADE
A DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209

**Statement Reporting Period:**
05/01/09 - 05/31/09

**Statement for Account # 882-747045**

JULIA M GIVEN CUSTODIAN
MARGARET L GIVEN
UNIF TRANS TO MINORS ACT VA
432 EDNAM DR
CHARLOTTESVILLE, VA 22903-4716

**Announcements:**
PLAN YOUR NEXT MARKET MOVE WITH MINYANVILLE'S BUZZ & BANTER, A FREE TOOL OFFERING THIRD-PARTY INSIGHT FROM WALL STREET'S TOP MINDS AND EXPERIENCED MAIN STREET INVESTORS. LAUNCH THROUGH COMMAND CENTER 2.0.

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield |
|---|---|---|---|---|---|---|
| Cash | $ - | $ - | $ - | | $ - | |
| MMDA | 1,281.94 | 1,261.63 | 20.31 | 1.6% | - | - |
| Money Market | - | - | - | | - | |
| Total Balance | - | - | - | | - | |
| Stocks | 6,541.47 | 6,745.79 | (204.32) | (3.0)% | 75.49 | 1.2% |
| Short Stocks | - | - | - | | - | |
| Fixed Income | - | - | - | | - | |
| Options | - | - | - | | - | |
| Short Options | - | - | - | | - | |
| Mutual Funds | 198.39 | 198.39 | - | | - | |
| Other | - | - | - | | - | |
| **Total** | **$8,021.80** | **$8,205.81** | **($184.01)** | **(2.2)%** | **$75.49** | **0.9%** |

**Portfolio Allocation**
- Stocks 81.5%
- MMDA 16.0%
- Other 2.5%

## Income & Expense Summary

| | Current | YTD | | Reportable | Non Reportable | YTD |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| Dividends | | | | $23.84 | $ - | $43.26 |
| Interest | | | | - | - | - |
| Other | | | | - | - | - |
| **Expense** | | | | | | |
| Interest | 23.84 | 43.26 | | - | - | - |
| Fees | (3.58) | (23.58) | | - | (20.00) | (20.00) |
| Other | (20.26) | (29.69) | | - | (3.58) | (3.58) |
| **Net** | **$0.00** | **$0.00** | | **$23.84** | **($3.58)** | **$19.68** |

## Performance Summary

| | Cost Basis As Of - 05/31/09 | YTD |
|---|---|---|
| Unrealized Gains | $ - | $ - |
| Unrealized Losses | - | - |
| Funds Deposited/(Disbursed) | - | - |
| Income/(Expense) | - | 19.68 |
| Securities Received/(Delivered) | - | 0.00 |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| Opening Balance | $0.00 | $ - |
| Securities Purchased | - | (0.01) |
| Securities Sold | - | 10.02 |
| Funds Deposited | - | - |
| Funds Disbursed | - | - |
| Income | 23.84 | 43.26 |
| Expense | (3.58) | (23.58) |
| Other | (20.26) | (29.69) |
| Closing Balance | $0.00 | $0.00 |

Attachment 3, p1

**Statement for Account # 882-747045**
05/01/09 - 05/31/09

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Foreign Dividend Tax Withheld | $ (3.58) | $ (3.58) |
| Qualified Dividends | 23.84 | 43.25 |
| FDA Interest | 0.05 | 0.25 |

*This section displays current and year to date taxation values for this account. The current totals may not equate to the total payments listed on this statement as corrections to tax reporting may also be included. These corrections can include changes made to previous payments and removal of payments reportable in a previous tax year (spillover dividends). The year to date totals will accurately reflect your cumulative amount for the year.

## Account Positions

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| ALCATEL LUCENT SPONSORED ADR | ALU | 19 | $ 2.54 | $48.26 | | $ - | $ - | $ - | | |
| CARMAX INC COM | KMX | 200 | 11.21 | 2,242.00 | | - | - | - | | |
| CIRCUIT CITY STORES INC COM | CCTYQ | 316 | 0.02 | 6.32 | | - | - | - | | |
| CISCO SYSTEMS INC COM | CSCO | 80 | 18.50 | 1,480.00 | | - | - | - | | |
| LSI CORP COM | LSI | 4 | 4.47 | 17.88 | | - | - | - | | |
| NOKIA CORP ADR | NOK | 44 | 15.30 | 673.20 | | - | - | - | 17.29 | 2.6% |
| PFIZER INC COM | PFE | 30 | 15.19 | 455.70 | | - | - | - | 19.20 | 4.2% |
| TIME WARNER CABLE INC COM | TWC | 13 | 30.79 | 400.27 | | - | - | - | | |
| TIME WARNER INC COM | TWX | 52 | 23.42 | 1,217.84 | | - | - | - | 39.00 | 3.2% |
| **Total Stocks** | | | | **$6,541.47** | | **$0.00** | | **$0.00** | **$75.49** | **1.2%** |
| **Other - Cash** | | | | | | | | | | |
| TDAM(2) MM PORT INVESTOR CL | TDAMZ | 198.39 | $ 1.00 | $ 198.39 | | $ - | $ - | $ | | 0.0% |
| **Total Other** | | | | **$198.39** | | **$0.00** | | **$0.00** | **$0.00** | **0.0%** |
| **Total Cash Account** | | | | **$6,739.86** | | **$0.00** | | **$0.00** | **$75.49** | **1.1%** |

Att. 3, p. 2

Statement for Account # 882-747045
05/01/09 - 05/31/09

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | | | $ 0.00 |
| 05/18/09 | 05/18/09 | Cash | Div/Int - Income | NOKIA CORP ADR Payable: 05/18/2009 QUALIFIED DIVIDENDS 23.84 | NOK | | $ 0.00 | $ 23.84 | 23.84 |
| 05/18/09 | 05/18/09 | Cash | Div/Int - Expense | NOKIA CORP ADR CASH DIVIDEND Foreign Tax Adjustment Payable: 05/18/2009 | NOK | | 0.00 | (3.58) | 20.26 |
| 05/19/09 | 05/19/09 | Cash | Journal - Other | PURCHASE TD BANK USA, NA MMDA FDIC INSR | | | 0.00 | (20.26) | 0.00 |
| Closing Balance | | | | | | | | | $ 0.00 |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

### Insured Deposit Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 05/01/09 | $ 1,261.63 | 18 | 0.0500 | $ 0.03 | $ 0.03 | $ - |
| 05/19/09 | 1,281.89 | 13 | 0.0500 | 0.02 | 0.05 | 0.05 |
| Total Interest Income | | | | | | $0.05 |

Att. 3, p. 3