United States Bankrupt Court
For the Eastern District of Virginia
Richmond Division



In re:
Circuit City Stores, Inc., et al Debtors
Chapter 11
Case No. 08-35653 (KRH)

### Julia M. Given's Response to Debtors' Twelfth Omnibus Objection to Certain Qualified Pension Plan Claims and 401(k) Claims.

Julia M. Given hereby responds as follows:

The objection should not be sustained because I have no knowledge of the basis for the Debtors' objection that the claim is a duplicate and I want to preserve my right for my pension.

The amount of the claim is $377.31 per month, from January 15, 2028, until Julia M. Given's death. (see Attachment 1 for details on Vested Benefit from the Retirement Plan of Circuit City Stores, Inc.)

Julia M. Given declares that she has personal knowledge of the facts set forth above and attests that they are correct to the best of her knowledge.


_____          6/25/09
Julia M. Given                                     Date



Julia M. Given
432 Ednam Drive
Charlottesville, VA 22903
Telephone: 434-977-1127
Fax: 434-220-1484

Notice Addresses: same as above

## Certificate of Service

On this 26th day of June, 2009, Julia M. Given sent copies of this response by FedEx to the following:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34363)
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Chris L. Dickerson, Esp.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606

_Julia M Given_                    _6/25/09_

Julia Given                                    Date

*Attachment 1*

# CIRCUIT CITY.

**Circuit City Stores, Inc.**
**9954 Mayland Dr.**
**Richmond, VA 23233-1464**
**(804) 527-4000**

December 14, 1999

Ms. JULIA M. GIVEN
4 Lexington Road
Richmond, VA 23226

Re: Vested Benefit from the Retirement Plan of Circuit City Stores, Inc. (the "Plan")

Dear Ms. GIVEN:

The following information concerns your vested benefit under the Retirement Plan of Circuit City Stores, Inc. We encourage you to review it thoroughly and, if you are married, share it with your spouse.

According to our records, you are 100% vested in your accrued benefit under the Plan. Your monthly accrued benefit payable for your lifetime only and commencing on your Normal Retirement Date will be $377.31.

Your accrued benefit was calculated based on the following information:

|  |  |
|---|---|
| Date of Birth: | January 15, 1963 |
| Date of Hire: | July 8, 1991 |
| Date of Termination | December 17, 1998 |
| Normal Retirement Date: | January 15, 2028 |
| Benefit Service at Termination | 8 years |

*Generally, the earliest a distribution can be made from the Plan is after a participant's years of Benefit Service* and current age meet the requirements for Normal or Early Retirement. Normal Retirement is the later of age 65 or five years of service. A participant is eligible for Early Retirement after completing ten years of Benefit Service and reaching age 55, or seven years of Benefit Service and age 62. Benefits can start on the first of any month after meeting these requirements. If benefit payments commence prior to Normal Retirement, they will be reduced to reflect the longer payout period.

If you are eligible to start receiving Early Retirement benefits and wish to do so, please send a written request to the Retirement Plan Administrative Committee at the address shown above.

If you die before your Retirement benefits begin and are survived by a spouse, your spouse will be eligible to receive a monthly benefit for his or her lifetime.

Please note that if any discrepancies exist between this information and the Plan document, the Plan document will govern in all instances.

Please keep us updated with your current address. If you have any questions, you may write or call Julie Harrison at the above address or at (804)527-4000 extension 8842.

Sincerely,

Retirement Plan Administrative Committee

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