Adam Drake
4349 Wilcot Dr.
Midlothian, VA 23113
804-794-1348



RICHMOND DIVISION

F I L E D

JUN 2 9 2009

F I L E D

CLERK
U.S. BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

Debtors:
CIRCUIT CITY STORES, INC.,
et al.,

Chapter 11
Case No. 08-35653

Response to:  DEBTORS' NINTH OMNIBUS OBJECTION TO CERTAIN (I) LATE
CLAIMS AND (II) LATE 503 (B) (9) CLAIMS

Claimant:  Adam Bradford Drake
Claim No. 12251
Claim Amount $40,000.00

Response:
Adam Drake (the claimant) seeks to oppose the objection to the above claim on the
following basis with complete respect for the need for an orderly and timely bankruptcy
proceeding:

- The claim has been known to the debtors and posted on
  http://www.kccllc.net/circuitcity well before the 1/30/09 deadline.
- This is not a new claim, adjusted amount or re-classification.
- The status of similar claims has not been settled through the bankruptcy process
  to date.
- Therefore, allowing this claim would not cause disruption to the bankruptcy
  process.
- The validity of the claim has not been disputed.  This claim is valid as the terms
  of my employment and terms of the retention bonus were fulfilled.

Declaration
Adam Drake requests the court to deny the Debtors' objection to claim no. 12251.

Adam Drake
4349 Wilcot Dr.
Midlothian, VA 23113
804-794-1348

Signed _____

Adam Drake