RICHMOND DIVISION
FILED
JUN 29 2009
FILED
CLERK
U.S. BANKRUPTCY COURT

June 26, 2009

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
Post Office Box 636
Wilmington, DE 19899-0636
    -and-
Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606
    -and-
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
Mcguirewoods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

RE: Peterson, Donald F. & Rebecca A.
   6510 Charles Court, Legacy Oaks
   Macungie, PA 18062
   Circuit City Stores, Inc.
   Chapter 11 Case # 08-35653 (KRH)
   Claim Number 5590
   Claim Amount $985.00
   Claim Classification as Filed -- Equity
   Claim Classification as Modified -- Interests

June 26, 2009
Page 2

We're both rapidly approaching 70 years of age, living on Social Security, and withdrawals from an IRA. We can't afford an attorney, and even if we could, it would make no sense for a $985.00 claim.

Judging from the volume of paperwork we've received, which neither of us can barely pick up, this is probably a waste of time, stationery, and postage. We obviously don't have the knowledge, or expertise, to mount any legal arguments on behalf of our claim. Simply put, we were 'screwed' by Circuit City, and our complex legal system will probably exclude us from recovering our legitimate loss, and pay high-priced lawyers millions in the process.

Regardless, we're submitting this Response opposing to the relief requested in the Objection, filed on behalf of the Debtors.

*Donald F. & Rebecca A. Peterson*

cc: Judge Kevin Huennekens
    c/o Clerk of the Bankruptcy Court
    United States Bankruptcy Court
    701 East Broad Street-Room 4000
    Richmond, VA 23219