

# MARIN MUNICIPAL WATER DISTRICT
## FACSIMILE

220 Nellen Avenue
Corte Madera, CA 94925
(415) 945-1440
Fax: (415) 945-1474

**DATE:** June 29, 2009

**TO:** The Honorable Kevin R. Huennekens
United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

**FAX NO.** (804) 916-2459

**FROM:** Mary R. Casey, Esq.

**RE:** *In re Circuit City Stores, Inc., et al.*
Chapter 11 Case No. 08-35653 (KRH)

**PAGES:** (including this page) **5**

**MESSAGE:**

Please see attached letter and enclosures.

Thank you.



RECEIVED
Judge's Chambers

JUN 2 9 2009

KEVIN R. HUENNEKENS

*The information contained in this facsimile message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. If YOU are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT (415) 945-1475 AND RETURN THE ORIGINAL OF THIS COMMUNICATION TO US BY MAIL AT THE ABOVE ADDRESS. Thank you.*



**MARIN MUNICIPAL WATER DISTRICT**

220 Nellen Avenue  Corte Madera CA 94925-1169
www.marinwater.org

Telephone: (415) 945-1440
Facsimile: (415) 945-1474

June 29, 2009

*Via Facsimile* – (804) 916-2459 *and*
*First Class Mail*

The Honorable Kevin R. Huennekens
United States Bankruptcy Court
Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA  23219-1888

Re:    *In re Circuit City Stores, Inc., et al.*
       Chapter 11 Case No. 08-35653 (KRH)

Dear Judge Huennekens:

I represent the Marin Municipal Water District located in Corte Madera, California. The District is a local agency created under California Water Code Section 71000, et seq. The District filed Claim Nos. 12207 for $28.02 and 12183 for $1,140.55, which were received by the Court on March 23, 2009. (Enclosed please find copies of the two proof of claim confirmation postcards.) The governmental bar date was May 11, 2009. The District's filing fell well within that time frame. Circuit City's objection to the District's timely filing is in error. We respectfully request that the Court overrule Circuit City's objection to the District's filing.

Thank you for your consideration.

Sincerely,

Mary R. Casey, Esq.
General Counsel

recycled
recyclable

Circuit City Stores, Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

## MARIN MUNICIPAL WATER
## 220 NELLEN AVE
## CORTE MADERA, CA 94925

### PROOF OF CLAIM CONFIRMATION
Your proof of claim filed against Circuit City Stores, Inc.,
case no 08-35653 was received on 3/23/2009
and assigned claim number 12207

For more information, please visit www.kccllc.net/circuitcity or call 1-866-381-9100

Circuit City Stores, Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

## MARIN MUNICIPAL WATER DISTRICT
## P O BOX 994
## CORTE MADERA, CA 94976-0994

### PROOF OF CLAIM CONFIRMATION
Your proof of claim filed against Circuit City Stores, Inc.,
case no 08-35653 was received on 3/23/2009
and assigned claim number 12183

For more information, please visit www.kccllc.net/circuitcity or call 1-866-381-9100

**PROOF OF SERVICE**

1

2    I, ELIZABETH O. PREIM-ROHTLA, declare that:

3        I am employed in the County of Marin, California; I am over the age of eighteen

4    years and not a party to the within cause; and my business address is 220 Nellen Avenue,

5    Corte Madera, California, 94925.

6        1.    I am readily familiar with the practice of the Marin Municipal Water District

7    for the processing of correspondence, said practice being that in the ordinary course of

8    business, correspondence is deposited in the United States Postal Service the same day as

9    it is placed for processing.

10        2.    On June 29, 2009, I served the following document:  Letter to The Honorable

11    Kevin R. Huennekens, United States Bankruptcy Court, Eastern District of Virginia,

12    Richmond Division, *In re Circuit City Stores, Inc., et al.*, Chapter 11 Case No. 08-35653

13    (KRH) on the following interested parties:

14                        (See Attached Service List)

15        3.    That service was performed in the following manner:

16        _X_    **BY FACSIMILE**:  I transmitted said document(s) by a facsimile machine to

17    the parties at the number(s) indicated above on this date.

18        _X_    **BY U.S. POSTAL SERVICE (Mail)**:  I placed each such document is a

19    sealed envelope addressed as noted above, with first-class postage thereon fully prepaid,

20    for collection and mailing at Corte Madera, California, following the above-stated

21    business practice, on this date.

22        I declare under penalty of perjury under the laws of the State of California that the

23    foregoing is true and correct.

24        Executed June 29, 2009, at Corte Madera, California

25

26

27    ELIZABETH O. PREIM-ROHTLA

28

Proof of Service

Via First Class Mail
Clerk of the Court
United States Bankruptcy Court
701 East Broad Street, Room 4000
Richmond, VA  23219-1888

Via Facsimile – (888) 329-3792
and First Class Mail
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

Via Facsimile – (312) 407-8680
and First Class Mail
Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL  60606

Via Facsimile – (804) 698-2078
and First Class Mail
Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuirewoods, LLP
One James Center
901 East Cary Street
Richmond, VA  23219