SZABO ASSOCIATES INC.



June 25, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street, Room 400
Richmond, VA 23219

```
RICHMOND DIVISION
   FILED
   JUN 2 9 2009
   CLERK
   U.S. BANKRUPTCY COURT
```

RE:   Objections to Claims 37, 11218, and 12016
      Circuit City Bankruptcy Case #08-35653

Dear Sir or Madam,

Szabo Associates, Inc. is the agent for WPBF TV, WEND/WRFX-FM, and KPLR TV, unsecured creditors in the Circuit City Bankruptcy Case #08-35653. We have received the objections to the claims filed on behalf of these clients.

For the objection to claim numbers 37 and 267, both for WEND/WRFX-FM, we agree these are duplicates of each other and agree to 37 being removed and 267 remaining. However, there is a typo in the notice for this claim, the call letters should be WEND not WENO.

For claim numbers 11218 (KPLR) and 12016 (WPBF), the objections are based on the claims being untimely filed. According to the service list, notice for KPLR went to 1284 Collection Center Drive in Palm Springs, CA; and notice for WPBF went to P.O. Box 861766 in Orlando, FL. As you will see on the attached invoice pages supplied to the debtor prior to the bankruptcy filing, the correct addresses for the stations are clearly listed. A Palm Springs address is not listed for KPLR at all, and the P.O. Box for WPBF specifies it is a drop box to remit payments and is clearly not the station's main address.

Accordingly, we respectfully request claims 11218 and 12016 be allowed in full as our clients were not given sufficient notice of the bankruptcy or bar date.

Sincerely,

Jennifer Toolan
Szabo Associates, Inc.

JDT/sun
encl.

3355 LENOX ROAD, N.E.   NINTH FLOOR   ATLANTA, GEORGIA 30326-1332
TEL 404-266-2464   FAX 404-266-2165   EMAIL INFO@SZABO.COM   WEBSITE WWW.SZABO.COM

# INVOICE

Page 1 of 1



WPBF
3970 RCA Boulevard
Suite 7007
Palm Beach Gardens, FL 33410
Main: (561)694-2525
Billing:

www.thewpbfchannel.com

Billing Address:

Circuit City Stores Inc C/O
Circuit City Stores Inc
Attention: Accounts Payable
9954 Mayland Drive
Deep Run 3, 6th Floor
Richmond, VA 23233

Send Payment To:
WPBF
PO Box 861766
Orlando, FL 32866

| Invoice # | Invoice Date | Invoice Month | Invoice Period |
|---|---|---|---|
| 430124-1 | 10/19/08 | October 2008 | 09/29/08 - 10/17/08 |

| Station | Account Executive | Sales Office | Sales Region |
|---|---|---|---|
| WPBF | William Wilmot | West Palm Beach | Local |

| Advertiser | Product | Estimate Number |
|---|---|---|
| Circuit City Stores Inc | PRM Promotional | 0619 OCT-C 10/15 - |

| Flight Dates | Order # | Alt. Order # |
|---|---|---|
| 10/15/08 - 10/17/08 | 430124 | |

| Billing Calendar | Billing Type |
|---|---|
| Broadcast | Cash |

| Special Handling |
|---|
| |

| IDB # | Advertiser Code | Product Code |
|---|---|---|
| | | |

| Agency Ref | Advertiser Ref |
|---|---|
| | |

| Line | Start Date | End Date | Description | Start/End Time | MTWTFSS | Length | Spots/Week | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 10/15/08 | 10/17/08 | M-SUN WPBF News 25 @11-11:35PM | --WTF-- | :30 | 1 | $450.00 | NM |

Weeks:  Start Date  End Date  MTWTFSS  Spots/Week  Rate
        10/13/08    10/19/08  --WTF--      1        $450.00
Spots: # Ch  Day  Air Date  Air Time  Description                Start/End Time    Length  Ad-ID                      Rate    Type
       1 WPBF W   10/15/08  11:25 PM  M-SUN WPBF News 25 @ 11PM  11-11:35PM        :30 QCRCB756                       $450.00  NM

| 2 | 10/15/08 | 10/17/08 | Wheel Of Fortune | 7-7:30PM | --WTF-- | :30 | 1 | $600.00 | NM |

Weeks:  Start Date  End Date  MTWTFSS  Spots/Week  Rate
        10/13/08    10/19/08  --WTF--      1        $600.00
Spots: # Ch  Day  Air Date  Air Time  Description        Start/End Time  Length  Ad-ID          Rate    Type
       1 WPBF Th  10/16/08  7:12 PM   Wheel Of Fortune   7-7:30PM        :30 QCRCB756           $600.00  NM

| 3 | 10/15/08 | 10/17/08 | Wknd. Family Planner BB11pm-1135pm | --WTF-- | :05 | 1 | $0.00 | BB |

Weeks:  Start Date  End Date  MTWTFSS  Spots/Week  Rate
        10/13/08    10/19/08  --WTF--      1        $0.00
Spots: # Ch  Day  Air Date  Air Time  Description                      Start/End Time  Length  Ad-ID                    Rate   Type
       1 WPBF Th  10/16/08  11:27 PM  Wknd. Family Planner BB (M-F)    11pm-1135pm     :05 WKEND FAMILY PLANNER         $0.00  BB

| | Total Spots | 3 | Gross Total | $1,050.00 |
| | | | Agency Commission | $157.50 |
| | | | Net Amount Due | $892.50 |

**Payment Terms 30 Days**

We warrant that the actual broadcast information shown on this invoice was taken from the program log.

# THE CW11

**KPLR Inc.**
2250 Ball Drive
St. Louis, MO 63146
Phone: (314) 447-1111

100889
CIRCUIT CITY ADV
ATTN: ADVERTISING ACCOUNTING
9954 MAYLAND DR. DEEP RUN 3
RICHMOND VA 23233

REP..:
SLSP.: ADAMS, ROSIE
ADV..: CIRCUIT CITY
PROD: CIRCUIT/620 PRM CCS

REF#: CCS PRM 0620
DESC:

REMIT TO KPLR INC
BANK OF AMERICA
PO BOX 844836
DALLAS TX 75284-4836
ACCOUNTS PAYABLE

| ORDER TYPE | STANDARD | | KPLR-TV |
|---|---|---|---|
| INVOICE NO. 81010150 | | PAGE 1 | BROADCAST MONTH OCTOBER |
| SCHEDULE DATES 10/22/08-10/24/08 | | | CONTRACT YEAR |
| BILLING INSTRUCTIONS STANDARD BROADCAST CALENDAR | | | |
| DATE 10/26/08 | | | 2322-00195 |

** DUPLICATE INVOICE ** KPLR-TV ** DUPLICATE INVOICE ** ACTUAL BROADCAST ** DUPLICATE INVOICE ** RECONCILIATION **

| SCHEDULE | | | | | | | ACTUAL BROADCAST | | | | RECONCILIATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | PRICE | RT/SS# | PER | DATE | DAY | TIME | LENGTH | M/G FOR | PRODUCT DESCRIPTION | PRICE | REMARKS | DR/CR |
| 630-7P/W-F NEWS | 800.00 | | 2 | 1 10/23 | TH | 06:56P | :30 | | QCRCB756 MIXED SIG | 800.00 | | |
| W-F 7-8PM N NEWS | 390.00 | | 3 | 1 10/24 | FR | 07:22P | :30 | | QCRCB756 MIXED SIG | 390.00 | | |
| W-F 1030-11P NEWS | 500.00 | | 4 | 1 10/23 | TH | 10:45P | :30 | | QCRCB756 MIXED SIG | 500.00 | | |
| W-F 7-8PM N NEWS | | | 5 | 1 10/22 | WE | 07:26P | :05 | | ONE PRICE BB | .00 | | |

TOTAL AIRTIME NET SPOT REVENUE: 1,436.50

| PERIOD COST PER CONFIRMATION | | 4 TOTAL UNITS | | | |
|---|---|---|---|---|---|
| 1,690.00 | | ACTUAL GROSS BILLING 1,690.00 | SUB-TOTALS Debits | TOTAL RECONCILING ITEMS .00 | |
| | | AGENCY COMMISSION 253.50 | Credits | | |
| | | NET DUE 1,436.50 | | | |

AIRTIME INVOICE    TERMS: NET 30 DAYS

Not withstanding to whom bills are rendered, Advertiser, Agency and Service, jointly and severally shall remain obligated to pay to station the amount of any bills rendered by station within the time specified, and until payment in full is received by station. Payment by Advertiser to Agency or to Service, shall not constitute payment to this station.

We warrant that the actual broadcast information shown on this invoice was taken from the program log and will be available, on request, for inspection by Advertiser or Agency for at least 12 months.

HARRIS SOFTWARE SYSTEMS INC KPLRTV04 v2