Clerk of the Bankruptcy Court,

United States Bankruptcy Court

701 East Broad Street room 4000

Richmond, Virginia,



    This letter is "the response" to the omnibus objection. I oppose the reclassification of my claim as the documents were marked late. I had mailed the documents to the address that was provided on the statement. The claim was returned due to the "incorrect address" which was given and the court was notified that same day to be made aware of the situation. The court provided the new address and the claim was delivered overnight in order to reach the correct destination before the deadline. The court was also contacted, and were told that the documents were mailed for same day delivery and to expect the delivery. I am not certain why the papers were not received before the deadline

    Circuit City provided a contract for me to sign to promise my stay with the company through the troubled times. The agreement set forth: was at any point there was a change in leadership or ownership of the company, we would receive $15,000. Circuit City refused to give me a copy of this document. If the company remained in business we would receive $5,000 each year. I signed this agreement and I did not seek other employment because of this agreement. I fulfilled my obligations of the agreement and "Circuit City" should as well. There were other employment opportunities and I declined them. Circuit City misled their managers and was not forth right in the information that was given. Every store director in my district repeatedly asked questions regarding this matter to ensure our agreement was still valid. We asked our Human Resource managers, District managers, Vice presidents, and corporate associates. They continued to assure us everything was fine. They misled us and outright lied to the store directors. We have asked for the documents that were signed. They refused to hand us a copy (before bankruptcy was filed), they refused any direction or information. This is not an honest way for a company to act.

    I met my obligations to the contract; Circuit City did not meet theirs. I do not completely understand these documents that were mailed. In the past I have tried to contact "Circuit City" and the company handling these claims. Both parties denied assistance with reading these documents. I found the documents confusing. I was laid off along with all other circuit city associates, so to pay for attorney is not in my budget. If I need to go to court to defend my case, I will. If there are more documents that are needed, I will get them. Please direct me for what is needed, so I can continue to fight my claim.

Thank You

Michael Boger (973-886-8940)

22 carteret Rd

Hopatcong, NJ 07843

Claim number 1011 $15,000

Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (individually, a "Claim" and collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Omnibus Objection seeks to disallow Claims, including your Claim(s), listed below

| TO: | Claim Number | Asserted Claim Amount |
|---|---|---|
| BOGER, MICHAEL THOMAS<br>22 CARTERET RD<br>HOPATCONG, NJ 07843 | 10111 | $15,000.00 |

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OMNIBUS OBJECTION. YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OMNIBUS OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY WITHIN THIRTY (30) DAYS OF THE SERVICE OF THE OMNIBUS OBJECTION, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OMNIBUS OBJECTION CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**