picture. Your Contract covers one lamp replacement per Contract term, and such lamp replacement coverage may or may not be renewed at Circuit City's discretion. Your Contract also covers one laptop battery replacement in the event the laptop battery fails to retain power in accordance to manufacturer specifications.

• **LAPTOP BATTERY REPLACEMENT AND POWER SURGE BEGIN ON THE DATE OF PURCHASE; ALL OTHER BENEFITS BEGIN AFTER ONE YEAR FROM THE DATE OF PURCHASE OR UPON EXPIRATION OF THE MANUFACTUER'S WARRANTY, WHICH EVER COMES FIRST.**

**B. Circuit City Advantage Protection Plan℠ for Home and Car Electronics:**

• **For service call 1-888-333-2333**

• Your Contract covers damage resulting from power surge, and if the Product requires a lamp to generate a picture. Your Contract covers one lamp replacement per Contract term and such lamp replacement coverage may or may not be renewed at Circuit City's discretion. Your Contract covers one annual cleaning or other preventative maintenance per Product required to maintain normal operation in accordance with the manufacturer's specifications for the following Product: home cassette decks, camcorders and VCR/and combinations. All such preventative maintenance shall be performed on a drop off basis.

• **ALL BENEFITS BEGIN ON THE DATE OF PURCHASE**

**C. Circuit City Advantage Protection Plan℠ Plus ("The Plus Plan"):** Provides added coverage for accidental damage from handling and is available for certain computer and electronics products. **THE ACCIDENTAL DAMAGE BENEFIT IS AVAILABLE ON THE DATE OF PURCHASE.** Labor & replacement parts for screen & lens repair associated with the Product where applicable are provided under The Plus Plan. Limit of up to 2 screen or lens claim events per 12-month period. **The Plus Plan may or may not be renewed** at Circuit City's discretion.

**D. Details of Service:**

The Administrator will advise you whether your product is eligible for in-home, carry-in, or mail-in service, and may request your assistance in diagnosing the Product(s) failure over the phone prior to providing service. If the Product is eligible for carry-in service, you may carry your Product into a Circuit City store location for service. If Your Product is eligible for mail-in service. We will pay standard shipping charges (or expedited shipping charges if You have The Plus Plan). Service is available and provided during regular working hours. Some in-home service events may require the authorized servicer to take the Product(s) to a repair facility rather than perform the service on-site; shipping

costs associated with moving the Product to an in-home the repair facility will be covered under this Contract.

In rare instances, if We cannot locate a service provider We may authorize you to locate a service provider near You and provide us with an estimate for repair prior to commencing with repair. This Contract will reimburse You for any repair expenses paid by You if you have been authorized to locate a service provider.

The Administrator, will not be responsible for delays or failure in performing service caused by acts of nature, acts of any government, or causes beyond its control. The use of NON ORIGINAL MANUFACTURER PARTS is allowed under this Contract.

**THIS CONTRACT IS INCLUSIVE OF THE MANUFACTURER'S WARRANTY; IT DOES NOT REPLACE THE MANUFACTURER'S WARRANTY, BUT PROVIDES CERTAIN ADDITIONAL BENEFITS DURING THE TERM OF THE MANUFACTURER'S WARRANTY.**

**4. Non-Repairable Products and Replacement Products.** If the Administrator decides that the Product is non-repairable, or if repair parts become unavailable, You may receive a new or reconditioned product of like kind and quality. We will attempt to provide a replacement product with equal or similar features and functionality, regardless of brand or current retail purchase price. Changes in technology may result in a replacement product with a lower selling price than the original Product and may limit the Administrator's ability to provide the same or similar model or a unit with the exact same features as your original Product. At the Administrator's sole discretion, You may be required to return Your defective Product to the Administrator with freight prepaid by the Administrator prior to receiving Your replacement product. If You refuse the replacement product, the Administrator may issue a Gift Card to You equal to the current cost for Us to replace Your Product with a product of like kind and quality. If a replacement product is not available the Administrator may issue a Circuit City Gift Card ("Gift Card") up to the original purchase price of the Product. If Your Product is replaced after expiration of the manufacturer's warranty and during the term of this Contract for any reason, via Gift Card or Product replacement, this Contract is deemed fully performed. If Your Product is replaced at any time during the term of this Contract due to accidental damage this Contract is deemed fully performed.

**5. Circuit City Gift Card.** The Gift Card may be used to purchase the replacement of Your choice at any Circuit City store location or at www.circuitcity.com. You are

responsible for any difference between the purchase price of Your selected replacement and the amount paid for the Product. Please refer to the Gift Card for controlling terms of use.

**6. Cancellation by You.** You may cancel the Contract at any time for any reason by sending Your written notice to Service Contract Administration, 9950 Mayland Drive, Richmond, Virginia 23233. If Your written cancellation notice is received within 30 days of the original purchase date (which is also the date of receipt) on Your Sales Receipt, and no claim has been made, You will receive a full refund of the Contract Price. A 10% penalty per month shall be added to a refund that is not paid or credited within 30 days after return of the Contract if Your written cancellation notice is received more than 30 days after the original purchase date on Your Sales Receipt. You will receive a prorated refund of the Contract Price (based on the duration of the Contract), less claims paid and less an administrative fee equal to the lesser of 10% of the Contract Price or $25.00.

**7. Cancellation by Us.** We can cancel the Contract for a breach of contract by You, nonpayment by You, fraud or material misrepresentation by You in obtaining the Contract or in presenting a claim for service. If We cancel the Contract after the first 30 days for any contractual reason, You will receive a refund equal to a prorated amount of the Contract Price (based on the duration of the Contract), less claims paid. Notice of cancellation by Us will be sent to You at least 30 days before cancellation, and will state the effective date and reason for cancellation.

**8. Transfer of Contract.** You may transfer this Contract for the Product to another person by writing to the Administrator at Circuit City Stores, Inc., Service Contract Administration, 9950 Mayland Dr., Richmond VA 23233. The notice must include the name, address and phone number of the person to whom the Contract is being transferred. As long as Your Contract is valid, Your transfer takes affect as soon as the Administrator receives your written notice.

**9. EXCLUSIONS FROM SERVICE. YOUR CONTRACT DOES NOT COVER LOSS OR DAMAGE RESULTING FROM:**

**a. use of the Product in a manner other than normal use and operation in accordance with the manufacturer's specifications, lack of manufacturer specified maintenance, improper equipment modifications, minor pixel illumination issues that do not affect the overall viewing of the panel, improper installation or attachments, improper electrical/power supply, any** repair that is a result of a recall.

**b. theft, exposure to weather, negligence, accident and subsequent damage (unless covered by The Plus Plan), misuse, abuse, vandalism, animal or insect infestation, rust, dust, corrosion, mold, battery leakage, water damage, burned phosphor (including image ghosting) in CRTs, or any external peril.**

**c. product(s) used as a server product or network connected computers.**

**d. loss or damage to recording media, software or data, computer viruses, software defects, software generated problems.**

**e. pre-existing conditions that occur prior to the Contract effective date and known to You.**

**f. consumables such as toner, ribbons, drums, belts, cosmetic items such as finish and cabinetry, consumer replaceable printer heads, TV accessories including all TV stands, and all batteries (except laptop power source batteries).**

**g. unauthorized transportation charges, transportation damage (except damage incurred by authorized shipment of product to and from an authorized service provider).**

**h. unauthorized repairs by third parties.**

**i. product(s) with removed or altered serial numbers.**

**j. products used in a commercial environment.**

**k. repair of product upon the noncompliance of any part of Section 12 by you.**

**l. cleaning or other preventative maintenance unless specifically covered.**

**10. No Lemon Guarantee.**

**A. Home and Car Electronics:** During the term of the Contract, if Your Product is repaired three times and it fails a fourth time, as verified by the Administrator, we will replace it under Our no lemon guarantee and as set forth in Section 4. Lamp replacement, "customer education", "no defect found", cleaning and preventative maintenance, and repairs due to accidental damage do not constitute repair events under this no lemon guarantee.

**B. Computer Products:** If Your Product or any component of Your Product is repaired three times and it fails a fourth time due to the same problem within any twelve (12) month period immediately following the expiration date of the manufacturer's warranty or one year from the Contract purchase date, whichever comes first as verified by the Administrator, We will replace the Product or component under Our No Lemon Guarantee and as set forth in Section 4. Lamp replacement, "customer education," "no defect found," cleaning and preventative maintenance, laptop battery replacement, and repairs due to accidental damage do not constitute a repair events under this no lemon guarantee

## 11. Renewals.

We are not required to issue a renewal contract. If a renewal contract is offered to you, the renewal price will reflect the age of the Product, the current service cost at the time of renewal, and the available coverage benefits for the renewal period. If the Product is a refrigerator or freezer, the Contract covers food loss occurring as a direct result of a mechanical or electrical defect. This food loss coverage is limited to reimbursement of up to $200 per incident for the Product, and must be verified by a qualified service provider. If Your Computer Products Contract is renewed, laptop power source batteries will be excluded from coverage. If the Product requires a lamp to generate a picture, the lamp replacement benefit as described under Section 3 B. may or may not be excluded from coverage at Circuit City's discretion. The Plus Plan as described under Section 3 C. may or may not be excluded from all renewal contracts at Circuit City's discretion. In no event shall We be required to issue a renewal Contract with lamp replacement or Plus Plan coverage.

## 12. Your Duties under the Contract.

For the Contract to remain active, You must maintain the Product in accordance with the manufacturer's service requirements, including cleaning. You must provide proper electrical requirements as specified by the manufacturer. In addition, You promise and assure full cooperation with the Administrator and its authorized designees, including cooperation with troubleshooting and telephone diagnostics, accessible serviceability of the Product, a non-threatening and safe environment for in-home service, and the presence of an adult at the time of scheduled in-home service.

## 13. Limitation of Liability.

**A. To the extent permitted by applicable law, Our total liability under the Contract, or that of Circuit City, if any, for any allegedly defective Product(s) or components shall be limited to repair or replacement of the Product(s) or components and shall not exceed the retail cost of any replacement product as provided in accordance with the Contract. To the extent permitted by applicable law, neither the Obligor, the Administrator, the service provider or its designees, the Insurer, nor Circuit City, shall have any liability for special, indirect, incidental or consequential damages related to any service provided under the Contract, including, but are not limited to, any delay in rendering service, loss of data, or loss of use during the repair period of the product(s) or while otherwise awaiting parts.** You are responsible for backing up all computer software and data files before commencement of any repair. Neither We nor any authorized service provider is responsible for restoring software to Your Product(s)

**B. THE PROVISIONS OF THIS CONTRACT ARE YOUR SOLE AND EXCLUSIVE REMEDY WITH RESPECT TO THE PRODUCTS COVERED BY THIS CONTRACT. ALL IMPLIED WARRANTIES WITH RESPECT TO THE PRODUCT(S) INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE HEREBY EXPRESSLY EXCLUDED.**

**C.    Neither We nor Circuit City assume any responsibility or liability for their agents or assignees other than as specifically described in the Contract.**

**D. The Contract does not create any additional rights against the Obligor, Insurer, Circuit City and/or the Administrator.**

**14. MANDATORY ARBITRATION: PLEASE READ CAREFULLY. EITHER PARTY MAY ELECT TO RESOLVE ANY LEGAL DISPUTE BY BINDING ARBITRATION. IF YOU OR WE ELECT TO ARBITRATE A CLAIM (DEFINED BELOW), NEITHER PARTY WILL HAVE THE RIGHT: (1) FOR A COURT OR A JURY TO DECIDE THE CLAIM; (2) TO ENGAGE IN DISCOVERY TO THE SAME EXTENT A COURT WOULD ALLOW; (3) TO PARTICIPATE IN A CLASS ACTION IN COURT OR IN ARBITRATION, EITHER AS A CLASS REPRESENTATIVE OR A CLASS MEMBER; (4) TO ACT AS A PRIVATE ATTORNEY GENERAL IN COURT OR IN ARBITRATION; OR (5) TO JOIN OR CONSOLIDATE YOUR CLAIM(S) WITH CLAIMS OF ANOTHER PERSON(S).   OTHER RIGHTS, SUCH AS THE RIGHT TO APPEAL, ARE MORE LIMITED IN ARBITRATION THAN IN COURT. ONLY A COURT MAY DETERMINE THE VALIDITY AND EFFECT OF THE LANGUAGE IN THIS SECTION. IF A COURT OR ARBITRATOR HOLDS ANY PART OF THIS SECTION 14 TO BE INVALID, THEN THIS ENTIRE MANDATORY ARBITRATION PROVISION SHALL BE MADE NULL AND VOID.**

Right to Reject Arbitration: You may reject Arbitration. If You do, neither You nor We can require Arbitration of any Claim. Rejection of Arbitration will not affect any other part of Your Contract. To reject Arbitration, You must send us a Rejection Notice that We receive within 60 days after the date You bought Your Contract. Any Rejection Notice must include Your name, address, and Contract number, and must be sent by certified mail to Arbitration Rejection Notice, P.O. Box 100, Rapid City, SD 57709.  If We dispute whether You sent a timely Rejection Notice, You must show a signed delivery receipt. This process is the only way to reject Arbitration. Definitions:   "We," "Us," "Our" for purposes of this Section includes, the Obligor, the Administrator, the Insurer and any third party which the Obligor,

Administrator or Insurer agree to defend and indemnify regarding a Claim, and all of their parents, subsidiaries, affiliates, predecessors, successors, assigns, employees, officers and directors.

"Claim" means any dispute under any law or legal cause of action between You and Us that arises from or relates to Your Contract, the relationships which result from it, this Contract or any prior agreement or service contract, including the enforceability or scope of this Section. It includes disputes that seek relief of any type, including injunctive, declaratory or damages. It includes disputes that arose before this Section's effective date.

"Arbitrator" means the National Arbitration Forum, P.O. Box 50191, Minneapolis, MN 55405, www.arb-forum.com, (800) 474-2371, American Arbitration Association, 335 Madison Avenue, New York, NY 10017, www.adr.org, (800) 778-7879, or JAMS, 45 Broadway, 28th Floor, New York, NY 10006, www.jamsadr.com, (800) 352-5267.

Scope: This Section covers all Claims, except that We will not arbitrate an individual small claims court Claim, unless it is transferred, removed, or appealed to a different court.

Starting Arbitration: To start Arbitration, a party must give written notice of their election to arbitrate. Notice can be given after a lawsuit has been filed (including in papers in the lawsuit). Upon Notice, the Claim shall be resolved by Arbitration under this Section and the rules of the Arbitrator. You can choose the Arbitrator in Your written notice electing to arbitrate, or by giving Us written notice of Your selection within 30 days after Our Arbitration Notice. Arbitrators shall be selected as per the Arbitrator's rules and shall be retired judges or lawyers with at least 10 years experience.

Location and Costs: Any Arbitration hearing will occur in a location reasonably convenient for You. On Your written request, We will pay all filing, administrative, hearing and/or other fees charged by the Arbitrator to You for Claim(s) asserted by You up to $2,500 after You have paid an amount equivalent to the fee, if any, for filing such Claim(s) in state or federal court in the judicial district where You live. (If You have already paid a court filing fee, You will not be required to pay that amount again). If You must pay any fees over $2,500 to the Arbitrator--and cannot get a hardship waiver for such fees--We will consider in good faith Your reasonable written request to pay all or part of such added fees. Each party must pay for its own attorneys, experts and witnesses, regardless of who wins the Arbitration, unless applicable law and/or the Arbitrator's rules provide otherwise. We will under all circumstances pay any fees or expenses We are required to pay by law.

Governing Law: This Section is governed by the Federal Arbitration Act, 9 U.S.C. §§1 et seq. ("FAA"), and not by any state Arbitration law. The Arbitrator shall follow applicable law related to any Claim, statutes of limitation,

8

and claims of privilege. Upon either party's timely request, the Arbitrator shall explain his decision in writing. The Arbitrator will set rules of procedure and evidence consistent with the FAA, this Section and the Arbitrator's rules. Any Arbitrator's rules inconsistent with this Section 14 are null and void.

Getting information: At either of our request, the Arbitrator shall (1) consider a request for additional information from the other party beyond what is allowed by the applicable rules, and (2) issue a written decision supported by findings of fact and conclusions of law.

Effect of Arbitration Award: Any court may enter judgment upon an Arbitrator's award. The Arbitrator's decision will be final and binding except for (1) any appeal right under the FAA, and (2) any party that appeal awards of more than $100,000 to a three-Arbitrator panel appointed by the Arbitrator, which will reconsider any aspect of the appealed award from the beginning, as if it had not been previously arbitrated. The panel's decision will be final and binding, except for any FAA appeal rights. Unless applicable law provides otherwise, the appealing party will pay the appeal costs regardless of its outcome. However, We will consider any reasonable written request for Us to bear the cost.

Continued Effect of Arbitration Section: This Section will survive the termination of our relationship and remain in force no matter what happens to You or Your Contract. If the Mandatory Arbitration Provision (or any part of it) is not valid or cannot be enforced under any applicable law, whether for public policy reasons or otherwise, it shall be made null and void without further action of us, either of us and the rest of Your Contract will remain valid. In case of a conflict or inconsistency between this Section, the Arbitrator's rules, or other Contract Sections, this Section will govern. Only a court may adjudicate the validity of this Section or any part of it.

**15. Governing Law.** Unless otherwise governed by applicable state law, the Contract shall be interpreted and enforced in accordance with the laws of the Commonwealth of Virginia.

**16. Contract Provisions.** If there is a conflict between the Contract and information communicated either orally or in writing by the Obligor, the service provider, the Administrator, the retailer, or the respective employees or agents of any of them, the provisions of the Contract shall control.

**17. Subrogation.** If Your Product is replaced under the terms of the Contract, You agree to subrogate and assign Your rights of recovery to Us and/or the service provider. You will be reimbursed for any reasonable costs and expenses You may incur in connection with the subrogation and assignment of Your rights. You will

9

be made whole before We and/or the service provider retain any amounts that may be recovered.

**18. Special State Disclosures.** The following state disclosures replace any contrary provisions above.

**AL, CT, GA, IL, IN, KY, MO, NC, NH, NV, NY, OH, SC, TX, UT, VT, WI Residents only:** If a claim for service has not been completed or if We fail to perform or make payment due under the terms of the Contract within 60 days after proof of loss or Your request for performance or payment has been filed with Us, the claim or request can be submitted to American Bankers Insurance Company of Florida who insures Our obligations under this Contract, at the following address: 11222 Quail Roost Drive, Miami, FL 33157, or call the toll free number at 1-800-852-2244.

**AR, HI, OR, VT, WY Residents only:** Obligations under the Contract are insured by a policy of insurance issued by American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami, FL 33157.

**GA, LA, UT, WI, WY Residents only: Section 14, "Arbitration" is deleted in its entirety. It is not applicable to You.**

**AZ, FL, GA, NV, VT, WY Residents only:** The Contract shall be interpreted and enforced according to the laws of Your state.

**ID & MA Residents only:** The Plus Plan as described under Section 3.C. is not available to You.

AK Residents only: No claim incurred or paid shall be deducted from Your cancellation refund.

**AR Residents only:** The seller of this Contract is Circuit City Stores, Inc., 9950 Mayland Drive, Richmond, Virginia 23233. There is no deductible required to obtain service under the Contract. In the event any covered service is not paid within 60 days after proof of loss has been filed, including a claim for a refund of the unearned Contract Price or Administrator ceases to do business or goes bankrupt, You may apply directly to American Bankers Insurance Company of Florida.

**AZ Residents only:** No claim incurred or paid shall be deducted from Your cancellation refund. We will not cancel or void the Contract due to preexisting conditions, prior use or unlawful acts relating to the Product or misrepresentation by Us or Our subcontractors. **The following is added to the arbitration provision of Your Contract:** This arbitration provision does not prohibit an Arizona resident from following the process to resolve complaints as outlined by the Arizona Department of Insurance. To learn more about this process, You may contact the Arizona Department of Insurance at 2910 N. 44th St, 2nd Fl, Phoenix, AZ 85018-7256, Attn: Consumer Affairs.

**CA Residents only:** The seller of this Contract is Circuit City Stores, Inc., 9950 Mayland Drive, Richmond, Virginia

10

**23233. The following is added to the arbitration provision of Your Contract:** The arbitration provision does not prohibit a California resident from following the process to resolve complaints as outlined by the California Bureau of Electronic and Appliance Repair (BEAR). To learn more about this process You may contact BEAR at 1-800-952-5210, or You may write to Department of Consumer Affairs, 3485 Orange Grove Avenue, North Highland, California 95660, or You may visit their website at www.bear.ca.gov

**CO Residents only:** The Contract is subject to the Colorado Consumer Protection Act or the Unfair Practices Act, Articles 1 and 2 of Title 6, CRS.

**CT Residents only:** In the event of a dispute with the Administrator, You may contact the State of Connecticut, Insurance Department, P.O. Box 816, Hartford, Connecticut 06142-0816. Attention: Consumer Affairs. The written complaint must describe the dispute, the purchase price of the Product(s) and cost of repair, and include a copy of the Contract. You may cancel this Contract if You return the Product(s), or the Product(s) is sold, lost, stolen, or destroyed.

**FL Residents only:** While arbitration is mandatory, the outcome of any arbitration shall be non-binding on the parties, and either party shall, following arbitration, have the right to reject the arbitration award and bring suit in a court of competent jurisdiction. If Administrator cancels Your Contract, the refund will be equal to 100% of the unearned prorated Contract Price.

**GA Residents only:** You may cancel at any time and receive a refund of the excess of the consideration paid for the Contract above the customary short rate for the expired term of the Contract. The Contract shall be non-cancelable by the Obligor or the Administrator except for fraud, material misrepresentation, or failure to pay the consideration due therefore. Cancellation by the Obligor or Administrator shall be in accordance with Section 33-24-44 of the Code of Georgia. No claim paid or incurred shall be deducted from any refund owed.

**HI Residents only:** If You have a question or complaint, You may contact the Insurance Commissioner 250 South King Street, 5th Floor Honolulu, Hawaii 96813.

**MN Residents only:** Obligations under the Contract are insured by a policy of insurance issued by American Reliable Insurance Company, 11222 Quail Roost Drive, Miami, FL 33157. If any covered service is not paid within 60 days after proof of loss has been filed or the Administrator ceases to do business or goes bankrupt, You may apply directly to American Reliable Insurance Company. The toll-free number for American Reliable Insurance Company is 1-800-852-2244.

**NV Residents only:** If We are unable, due to the remote location of Your Product, to arrange for in-home service, or necessary transportation outside of Your home to a service location, We will authorize You to take Your

Product to the Circuit City store location most convenient to You. No Contract in effect for at least 70 days may be canceled by the provider before the expiration of the agreed term or one year after the effective date of the Contract, whichever occurs first, except for the reasons stated in Section 7 above. No claim incurred or paid shall be deducted from Your cancellation refund

**NH Residents only:** If you do not receive satisfaction under this Contract, You may contact the New Hampshire Insurance Department at 21 South Fruit Street Suite 14 Concord NH 03301, (800) 852-3416.

**NM Residents only:** No Contract that has been in effect for at least 70 days may be canceled by the provider before the expiration of the agreed term or one year after the effective date of the Contract, whichever occurs first, except for the reasons stated in Section 7 above.

**NC Residents only:** The purchase of this Contract is not required to obtain financing. The Administrator may not cancel this Contract except for non payment by You, or for violation of any of the terms and conditions of this Contract

**SC Residents only:** If the provider does not timely resolve such matters within 60 days of proof of loss, they may contact the South Carolina Department of Insurance, P.O. Box 100105, Columbia, SC 29202-3105, or (800) 768-3467 You have a duty to protect against any further damage and are required to comply with the owner's manual.

**TN Residents only:** The expiration date of the Contract will automatically be extended by the duration that the Product is withheld from consumer use while being repaired and 3 working days.

**TX Residents only:** If You have a question or complaint, You may contact the Texas Department of Licensing and Regulations P.O. Box 12157, Austin, Texas 78711, (512) 463-6599 or (800) 803-9202.

**UT Residents only:** The single pay Contract Price is included on Your Sales Receipt You received for the Contract coverage. There is no deductible required to obtain service under the Contract. Coverage afforded under the Contract is not guaranteed by the Property and Casualty Guaranty Association. If in an emergency situation and Administrator cannot be reached, the customer can proceed with repairs. Administrator will reimburse the customer or the repairing facility in accordance with the Contract provisions.

**WA Residents only: The following is added to the arbitration provision of Your Contract:** Nothing in the Section headed "Arbitration" shall invalidate Washington state law(s) which would otherwise be applicable to any arbitration proceeding arising from this Contract. All arbitrations will be held in the county in which You maintain Your permanent residence. Obligations under this Contract are backed by the full faith and credit of the

*Service Contract Provider.*

**WI Residents only:** THIS WARRANTY IS SUBJECT TO LIMITED REGULATION BY THE OFFICE OF THE COMMISSIONER OF INSURANCE. No claim incurred or paid shall be deducted from Your cancellation refund. You will be made whole before the Administrator retains any amounts it may recover from subrogation. Unauthorized repairs by third parties may not be covered.

**19. Privacy:** To learn more about how Federal Warranty Service Corporation, Sureway, Inc. United Service Protection, Inc., American Bankers Insurance Company of Florida and American Reliable Insurance Company, *Assurant Solutions companies, use Your information,* please visit Our website at www.assurantsolutions.com.

CCA 0907v1-907

# EXHIBT B

# REBATE RECEIPT

(310) 655-2200

Ticket Number : 024006421021

... only valid for rebate ...

# EXHIBIT
# C

| FROM | Name | | Date | |
|---|---|---|---|---|
| | Company | | | |
| | Street P.O. Box 19304 (510) 530-6345 | | | |
| | City Oakland | State CA | ZIP Code 94619 | |
| | Ref # | | | |

| | | PIECES |
|---|---|---|
| TO | NEXICORE SERVICES<br>3949 HERITAGE OAK CT<br>SIMI VALLEY, CA | 1 |
| | | ZIP CODE |
| | | 93063 |



**SDS**

Shipment No. A45425476924

## EZ RETURN          Form No. 1302

ROUTING

**DHL EZ Return Shipment No.**
A45425476924

Expires: 6/09
Ref # / Date

June 24, 2008

Circuit City Stores, Inc.
Attention: **Customer Support**
9954 Mayland Dr.
Richmond, VA 23233

**Re: Requested Computer Refund \ Replacement [incident case #11541372]**

Dear Sir or Madam:

The enclosed Toshiba Satellite laptop computer, Model # M45S265 serial # 75095029Q was purchased on September 07, 2005 as a new computer [**Circuit City receipt ticket # 024005421021**]. I am requesting a new computer replacement for my laptop computer. I have made the same request several times before, because the computer is defective. I have requested repair services for my laptop computer more than 15 times and it qualifies for replacement under the No Lemon Guarantee of Circuit City Advantage Protection Plan. Please refer to your records of my complaints (incident claim numbers: G9443001, 9632790, 9828280, 9927248 etc...) regarding my laptop computer malfunction problems.

I returned the computer to the Circuit City Store located at 5795 Christie Ave. Emeryville, CA approximately four weeks after I purchased it, because the F10 and F11 keys would come on automatically without my initiating the action. The employees at the Circuit City Store told me they do not accept returned purchased electronic items after 14 days. I was told to return the computer to Toshiba because there was a one year warranty on it.

I requested a new (another) computer when I sent the computer to Toshiba Customer Services for repair, I was told by Toshiba that they do not replace defected computers. Toshiba stated they did not see any problem with the computer. I received my computer from Toshiba, and I returned it immediately to Toshiba. I spoke with customer service over the pone and was instructed to take the computer to ComputerLand located at 1689 W. Winton Ave. #3, Hayward, CA 94545, an authorize Toshiba repair shop, because the F10 and F11 key continued to malfunction. I took the computer in for service on April 11, 2006 and picked computer up on April 14, 2006. The repair technician told me the computer should be replaced and wrote on the repair order receipt **computer still defective should send to Toshiba.** I spoke to Toshiba services and requested a new computer and they stated once again they do not replace defective computers.

I returned the computer to Circuit City on April 14, 2006 and demanded another computer. Once again Circuit City employees told me they do not accept returned purchased electronic items after 14 days. I was told to return the computer to Toshiba because there was a one year warranty on it. After speaking to a services manager the Circuit City Store at Emeryville, CA took the computer and returned it to me April 24, 2006 with a statement written on the return receipt stating **repairs cancelled**. Please note that documentation pertaining to the described events between Toshiba and I was sent in with a previous repair request and should be available for you to review in your files with previous incidents.

Today I am returning my computer for the following reasons: SYSTEM FAILURES please check all hardware connections inside the computer and make sure all hardware is functioning correctly. The computer has the following problems:

1. The screen malfunctions occasionally during load up. Sometimes the screen loads up and flicks a white background, when this occurs the keyboard will not function, it becomes inoperable. Sometime any physical movement of the screen causes the function of the screen to appear to return to normal and the keyboard will function.

2. The keyboard malfunctions frequently, the F10 and F11 keys turn on automatically when the screen or computer is moved, or when computer is held at a 45 degree angle. When F10 and F11 keys turn on the keyboard types numbers only instead of letters and becomes inoperable.

3. While increasing or decreasing the volume control knob you can hear static coming from the left speaker. When this occurs, the left speaker becomes inoperable. Also, when headphones are connected into the headphone jack, the left headphone speaker doesn't function and you can only hear static.

4. The computer wireless modem has problems being connected to the internet sometimes it disconnects. When the wireless switch is on and the computer attempts to connect to the wireless internet, the icon appears on the screen indicating the wireless signal connection status is excellent, within 3 to 5 minutes later the icon states that the wireless signal connection status is weak.

5. Sometimes when the system loads up an error comes up stating there is a hardware issue prompting the restart of the computer.

The Toshiba Satellite Laptop Computer cost me $1730.00 which includes $199.00 for Circuit City Advantage Protection Plan. The Circuit City Advantage Protection Plan was sold to me as additional insurance. I purchased another Circuit City Advantage Protection Plan for renewal coverage (**contract #85 6512453**), September 8, 2007, which cost me $243.00.

2

I am requesting a new computer with comparable cost and function ability, or a refund in the following amount: $1730.00 + $243.00 total of $1973.00.

If you have questions or concerns feel free to contact me at the listed address or 510-530-6345. Thanks to you for your prompt attention to this matter and your time.

Very truly yours,

Satchi Mims

Enclosure: Nexicore Services Laptop Repair Diagnostic Worksheet

CC:     NEXICORE SERVICES [**Service Order # 1304673**]
         3949 Heritage Oak CT
         Simi Valley, CA 93063

**Laptop Information**

Name: Satchi Mims

Contact Phone#: 510-530-6345

Manufacturer: TOSHIBA

Model: PSM40U-07V001

Serial Number: 75095029Q

Please describe the failure symptom: See back of Laptop repair diagnostic worksheet, for a list of problems.

_____

_____

_____

_____

IN ORDER TO REPAIR YOUR LAPTOP, YOU MUST INCLUDE THE FOLLOWING WITH YOUR SYSTEM:

- Windows password (if applicable) _____

- Bios Password (if applicable) _____

- Restore CD Set

- AC Adapter

Please document the condition of your laptop on the diagram below:

LCD & Keyboard     Top & Side Views

Diagram #1

O = Broken/Cracked   X = Scratch/Gouge   # = Minor Blemishes   * = Other _____

Accessories shipped: _____ CD Restore disks _____ AC Adapter

Notes: _____

_____

The following to be completed by Nexicore Personnel:
_____ CD Restore disks _____ AC Adapter
Confirm Unit Condition

# PROBLEMS or SYSTEM FAILURES

The computer has the following problems:

1. The screen malfunctions occasionally during load up. Sometimes the screen loads up, flickering white background. When this occurs, all of the key board functions freeze. Physical movement of the screen sometimes temporarily causes the screen to return to normal visual operation and the keyboard to function.

2. The keyboard malfunction frequently, the F-10 and F-11 keys turn on automatically when the screen is physically moved or when the computer is moved, or held at a 45 degree angle. When this occurs, the keyboard types numbers instead of letters and becomes inoperable.

3. While increasing or decreasing the volume control knob you can hear static coming from the left speaker. When this occurs, the left speaker becomes inoperable. Additionally, when headphones are connected to in to the headphone jack, the left headphone speaker doesn't function and you can hear static.

4. Another problem with the computer is that the wireless modem has problems staying connected to the internet. When the wireless switch is turned on and the computer attempt to connect to the wireless internet, the icon appears on the screen indicating that the wireless connection is excellent, within 3 to 5 minuets later the icon states that the wireless signal is weak.

5. Sometimes when the system loads up an error comes up stating that there may be a hardware issue and prompting, the restart of the computer. Please physically check all hardware connections inside the computer and make sure all hardware is functioning correctly.

If you have questions or concerns feel free to contact me. Thanks to you for your prompt attention to this matter and your time.



July 1, 2008

Satchi Mims
PO Box 19304
Oakland, CA 94619

Re: Your PC

Dear Satchi Mims:

Thank you for contacting Circuit City Stores, Inc. We value your feedback and appreciate the opportunity to address your concerns. The satisfaction of our customers is vitally important to our success and we make every effort to assist when issues arise.

We are sorry to hear that your PC has required multiple repairs by the manufacturer and by our warranty service. To request an exchange under the No Lemon Guarantee, please call our management line at 1-800-950-9036, and use pound 9.

We value your patronage, and look forward to future opportunities to serve you better. If you have further questions, you may contact the corporate office at 1-800-251-2665. Thank you for bringing this matter to our attention.


Sincerely,


Marty M.
Customer Support Coordinator
Case # 1896800

 Windows Live™

## Unit Shipped for Incident Number11541372
From: **info@assurant.com**
Sent: Fri 7/04/08 4:33 PM
To: SMIMS21@hotmail.com

Below is your status update on your Circuit City Advantage Protection Plan service request:

We have completed the repair of you product and have shipped the unit back to you.

Click the airbill to the right to track the shipping status of your product: 34483081382

Thank you for purchasing the Circuit City Advantage Protection Plan!

For up to the minute status, go to the following URL or click this link:

www.cityassure.com

To shop at Circuit City.com, click the link below:

Circuit City



To unsubscribe, click the following link:

Click here to unsubscribe

This e-mail message and all attachments transmitted with it may contain legally privileged and/or confidential information intended solely for the use of the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, forwarding or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message and all copies and backups thereof.

Thank you.

ITEM: PSM40U-07V001

··· Finished goods ···

DESC: TOSHIBA SATELLITE M45-S265 LAPTOP SYSTEM

3168923

S/N:

DATE: 07/03/2008    NEX    LOC:
                           PLANT: 0010

# LAPTOP REPAIR WORKSHEET

**BCN:** 3168923   **S/O:** 1304673   **W/O:** 7171193

| CD/DVD DRIVE | CPU & MEMORY | PORTS | |
|---|---|---|---|
| ☐ Replaced Combo Drive | ☐ Replaced CPU | ☐ Replaced | ☐ Reflowed Card Reader Port |
| ☐ Replaced DVD-RW | ☐ Reseated CPU | ☐ Replaced | ☐ Reflowed DC Jack |
| ☐ Cleaned Lens | ☐ Replaced Memory | ☐ Replaced | ☐ Reflowed Ethernet Port |
| ☐ Replaced Laser | ☐ Reseated Memory | ☐ Replaced | ☐ Reflowed Firewire Port |
| ☐ Aligned Tray | ☐ Reflowed Memory Socket | ☐ Replaced | ☐ Reflowed Headphone Jack |
| ☐ Reconfigured Settings | ☐ Replaced Memory Socket | ☐ Replaced | ☐ Reflowed Printer Port |
| **HARD DRIVE** | ☐ Cleaned Memory Socket | ☐ Replaced | ☐ Reflowed Microphone Jack |
| ☐ Replaced Hard Drive | **HEATSINK/FAN** | ☐ Replaced | ☐ Reflowed Modem Jack |
| ☒ Restored Operating System | ☐ Replaced CPU/VGA Fan | ☐ Replaced | ☐ Reflowed PS/2 Port |
| ☐ Reformatted to C:\ Prompt | ☐ Cleaned CPU/VGA Fan | ☐ Replaced | ☐ Reflowed PCMCIA Socket |
| ☐ Reset Jumper Settings | ☐ Lubricated CPU/VGA Fan | ☐ Replaced | ☐ Reflowed Serial Port |
| **FLOPPY DRIVE** | ☐ Replaced Thermal Grease | ☐ Replaced | ☐ Reflowed S-Video Port |
| ☐ Replaced Floppy Drive | ☐ Replaced Thermal Pad | ☐ Replaced | ☐ Reflowed USB Port |
| ☐ Cleaned Heads | ☐ Replaced Heatsink | ☐ Replaced | ☐ Reflowed VGA Port |
| ☐ Replaced Floppy Cable | **LCD** | ☐ Replaced | ☐ Reflowed ExpressCard Port |
| **MODEM** | ☐ Replaced LCD | **KEYBOARD** | |
| ☐ Replaced Modem | ☐ Replaced LCD Cable | ☐ Replaced Keyboard | |
| ☐ Reseated Modem | ☐ Reseated LCD Cable | ☐ Replaced Missing Key(s) | |
| ☐ Replaced Audio Cable | ☐ Replaced Inverter | ☐ Aligned Keyboard | |
| ☐ Reflowed Modem Chip | ☐ Reflowed Inverter | ☐ Cleaned Keyboard Connector | |
| **AUDIO** | ☐ Replaced Inverter Fuse | ☐ Reseated Keyboard Cable | |
| ☐ Replaced Audio chip | ☐ Replaced Backlight | ☐ Replaced Keyboard Lock | |
| ☐ Replaced Speakers | ☐ Replaced Dim Switch | **MOUSE/TOUCHPAD** | |
| ☐ Replaced Audio Cable | ☐ Replaced Latch | ☐ Replaced Touchpad | |
| ☐ Reseated Audio Cable | ☐ Replaced Hinges | ☐ Reseated Touchpad Cable | |
| ☐ Installed Driver | ☐ Replaced Hinge Cover | ☐ Replaced Touchpad Cable | |
| ☐ Reconfigured Settings | ☐ Aligned LCD | ☐ Reseated Touchpad Cable Lock | |
| **SYSTEM BOARD** | **WIFI** | **PLASTIC ASSEMBLY** | |
| ☐ Replaced System Board | ☐ Replaced Ethernet Card | ☐ Replaced Palm Rest | |
| ☐ Repaired System Board | ☐ Installed Driver | ☐ Replaced Bottom Base | |
| ☐ Reprogrammed BIOS | ☐ Reconfigured Settings | ☐ Misc. Plastics | |
| ☐ Replaced BIOS Battery | ☐ Replaced WiFi Button | ☐ Replaced Bezel | |
| ☐ Replaced Connector | ☐ Replaced WiFi Antenna | ☐ Replaced Bezel | |
| ☐ Replaced IC | **SOFTWARE** | ☐ Replaced Battery Cover | |
| ☐ Replaced LED | ☐ Removed Virus | ☐ Replaced Memory Cover | |
| **MISCELLANEOUS** | ☐ Removed Spyware | ☐ Replaced WiFi Cover | |
| ☐ Replaced AC Adapter | ☐ Defragged Hard Drive | ☐ Replaced PCMCIA Cover | |
| ☐ Replaced Power Cord | ☐ Repaired Operating System | ☐ Replaced Docking Port Cover | |
| ☐ Replaced Battery | ☐ Installed Driver | ☐ Replaced Power Button Cover | |
| ☐ Bad Battery - Not Covered by Warranty | | ☐ Replaced LCD Front Cover | |
| ☐ Bad Adapter - Not Covered by Warranty | | ☐ Replaced LCD Back Cover | |

| ☐ NO PROBLEM FOUND | ☐ SERVICE DENIED | | |
|---|---|---|---|
| Accessories Received | # of CDs | AC Adapter (Yes) No | |
| | | Battery (Yes) No | |

☐ NOTES:

RESOLDERED DVD DRIVE CONNECTOR

VOWME KNOB CLEANED

TECHNICIAN: ___ Sonno

LaptopRepairWork

Rev. C

# EXHIBIT
# 2

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA | |
|---|---|
| PLAINTIFF *(Name):* Satchidananda Mims aka Satchi Mims | CASE NUMBER |
| DEFENDANT *(Name):* Circuit City Stores, Inc. | RG08399323 |

## CASE QUESTIONNAIRE—FOR LIMITED CIVIL CASES
### (Under $25,000)

REQUESTING PARTY *(Name):* SATCHIDANANDA MIMS AKA SATCHI MIMS

RESPONDING PARTY *(Name):* CIRCUIT CITY STORES, INC.

—INSTRUCTIONS—

A. The purpose of the case questionnaire is to help the parties settle their differences without spending a lot of money. This is accomplished by exchanging information about the case early in the lawsuit. The exchange of case questionnaires may be started only by a plaintiff (or cross-complainant) in a limited civil case. The case questionnaire is optional, and if plaintiff (or cross-complainant) exercises the option, only this form may be used.

B. **Instructions for plaintiffs (and cross-complainants)**

1. Under Code of Civil Procedure section 93, a plaintiff (or cross-complainant) may serve a completed case questionnaire and a blank questionnaire with a complaint (or cross-complaint).

2. This is the only way you can require defendants (or cross-defendants) to serve you with a completed case questionnaire.

C. **Instructions for defendants (and cross-defendants)**

1. If you have been served with a completed case questionnaire by a plaintiff (or cross-complainant), then you must fill in the blank case questionnaire. Your completed case questionnaire must be served on that same plaintiff (or cross-complainant) with your answer to the complaint (or cross-complaint).

2. **THIS IS NOT AN ANSWER OR RESPONSE TO THE COMPLAINT.**

D. **Instructions for all parties**

1. **ALL QUESTIONS REFER TO THE INCIDENT OR AGREEMENT IN THIS LAWSUIT ONLY.**

2. Answer each question. If a question is not applicable, answer "NA."

3. Your answers are not limited to your personal knowledge, but you are required to furnish information available to you or to anyone acting on your behalf, whether you are a plaintiff, defendant, cross-complainant, or cross -defendant.

4. Type or legibly print your answer below each question. If you cannot completely answer a question in the space provided on the case questionnaire, check the "attachment" box and put the number of the question and the complete answer on an attached sheet of paper or form MC-025. You should *not* put part of an answer on the case questionnaire and part on the attachment. You may put more than one answer on each attached page.

5. When you have completed the case questionnaire, sign the verification and serve the original.

6. You may compel compliance with these requirements under Code of Civil Procedure section 93.

7. **DO NOT FILE THIS CASE QUESTIONNAIRE WITH THE COURT.**

Form Adopted for Mandatory Use
Judicial Council of California
DISC-010 [Rev. January 1, 2007]

**CASE QUESTIONNAIRE—FOR LIMITED CIVIL CASES
(Under $25,000)**

Code of Civil Procedure, § 93
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

# DO NOT FILE WITH THE COURT

DISC-010

| PLAINTIFF *(Name):* Satchidananda Mims aka Satchi Mims | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):* Circuit City Stores, Inc. | RG08399323 |

## —QUESTIONS—

1. FOR ALL CASES ·

   a. State your name and street address.
      SATCHIDANANDA MIMS AKA SATCHI MIMS
      Mailing address: P.O. Box 19304, Oakland, CA 94619

   b. State your current business name and street address, the type of business entity, and your title.
      NA

   c. Describe in detail your claims or defenses and the facts on which they are based, giving relevant dates.
      [✔] See attachment for answer number 1c.

   d. State the name, street address, and telephone number of each person who has knowledge of facts relating to this lawsuit, and specify his or her area of knowledge.
      [✔] See attachment for answer number 1d.

   e. Describe each document or photograph that relates to the issues or facts. You are encouraged to attach a copy of each. For each that you have described but not attached, state the name, street address, and telephone number of each person who has it.
      [✔] See attachment for answer number 1e.

| PLAINTIFF *(Name):* Satchidananda Mims aka Satchi Mims | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):* Circuit City Stores, Inc. | RG08399323 |

1. f. Describe each item of physical evidence that relates to the issues and facts; give its location; and state the name, street address, and telephone number of each person who has it.

☑ See attachment for answer number 1f.

Physical Evidence: Computer Toshiba Satellite M45S265

In possession of Satchi Mims, address P.O. Box 19304, Oakland, CA 94619, 510-530-6345

g. State the name and street address of each insurance company and the number of each policy that may cover you in whole or part for the damages claimed.

☐ See attachment for answer number 1g.

POLICY OR CONTRACT # 85 6512453, (Circuit City Advantage Protection Plan)

CIRCUIT CITY

9954 MAYLAND DRIVE

RICHMOND, VIRGINIA 2323

2. FOR PERSONAL INJURY OR PROPERTY DAMAGE CASES

a. Describe each injury or illness that you received and your present complaints about each.

☐ See attachment for answer number 2a.

NA. Plaintiff will supplement response if necessary.

b. State the name, street address, and telephone number of each physician, dentist, or other health care provider who treated or examined you; the type of treatment; the dates of treatment; and the charges by each to date.

☐ See attachment for answer number 2b.

NA. Plaintiff will supplement response if necessary.

c. Itemize the medical expenses you anticipate in the future.

☐ See attachment for answer number 2c.

d. Itemize your loss of income to date, give the name and street address of each source, and show how the loss is computed.

☐ See attachment for answer number 2d.

NA. Plaintiff will supplement response if necessary.

| PLAINTIFF *(Name):* Satchidananda Mims aka Satchi Mims | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):* Circuit City Stores, Inc. | RG08399323 |

2. *e.* *Itemize the loss of income you anticipate in the future, give the name and street address of each source, and show how the loss is computed.*

☐ See attachment for answer number 2e.

NA. Plaintiff will supplement response if necessary.

f. Itemize your property damage, and state the amount or attach an itemized bill or estimate.

☐ See attachment for answer number 2f.

NA. Plaintiff will supplement response if necessary.

g. *Describe each other item of damage or cost that you claim, and state the amount.*

☐ See attachment for answer number 2g.

NA. Plaintiff will supplement response if necessary.

3. FOR CASES BASED ON AGREEMENTS

a. In addition to your answer to 1e, state all the terms and give the date of any part of the agreement that is not in writing.

☐ See attachment for answer number 3a.

Plaintiff is not sure if their are any terms of the agreement that are not in writing at this time. Plaintiff will ascertain the information over the course of discovery. Plaintiff will supplement response to 3a if necessary.

b. Describe each item of damage or cost you claim, state the amount, and show how it is computed.

☑ See attachment for answer number 3b.

VERIFICATION

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: JULY 28, 2008

SATCHIDANANDA MIMS aka Satchi Mims
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| MIMS V. CIRCUIT CITY STORES, INC. | RG08399323 |

**ATTACHMENT** *(Number):* 1c            Page _____ of _____

*(This Attachment may be used with any Judicial Council form.)*     *(Add pages as required)*

On or about September 07, 2005, plaintiff purchased a Toshiba Satellite Computer from defendant and entered into the city Advantage Protection Plans' insurance service agreement, in which defendant Circuit city Stores, Inc. promised to repair any defects to the computer and if any defects can't be repaired the computer would be replace or a refunded. Approximately 45 days after the computer was purchased it began to have defect problems. Plaintiff went to the Circuit City Store located in Emeryville California where the computer was purchased and reported the problems with the computer, *requested a replacement and employees refused to take the computer back or any action and referred* plaintiff to the manufacture Toshiba's warranty. Plaintiff contacted Toshiba and they were unable to successfully repair computer several times. Plaintiff has requested computer repair and replacement from defendant Circuit City Stores, Inc. several times, some on the following dates: April 11, 2006, April 14, 2006, July 23, 2007, August 22, 2007, September 6, 2007, June 24, 2008...etc. Each time defendant has attempted to repair the defects of the computer, defendant has been unsuccessful. The computer is still defective, the F10 and F11 keys come on by themselves when the computer is moved causing the computer to become inoperable. Additionally screen still has problems during computer load up, sometimes screen background appears flickering white causing computer to become inoperable, and the AC Adapter was returned to plaintiff cracked after the June 24, 2008 attempted repair. Plaintiff contacted defendant in writing on or about June 24, 2008 attempted repair. Plaintiff contacted defendant in writing on: or abut June 24, 2008 requesting for the computer to be replaced or refunded under the terms of their agreement. Defendant has since failed and refused to issue a replacement computer or refund.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| MIMS V. CIRCUIT CITY STORES, INC. | RG08399323 |

**ATTACHMENT** *(Number):* 1e _____  Page _____ of _____

*(This Attachment may be used with any Judicial Council form.)*  *(Add pages as required)*

Plaintiff will supplement response to 1e, when more information becomes available.

Please note documents with (*) are attached to the complaint as Exhibits.
Exhibit A: 4, 5, 6
Exhibit B: 1,
Exhibit C: 2, 3, 7, 8

Documents described below are in the possession of individuals listed in attachment 1d. Plaintiff believes other documents pertaining to the lawsuit claims exist and are already in the possession of defendant Circuit City Stores, INC. Those documents will be identified when and if they become available, and the response to question 1e will be supplemented.

| Document description(s) | Date(s) |
|---|---|
| 1. *Circuit City Purchase Receipt #024005421021 | September 07, 2005 |
| 2. *Letter Requesting Refund | June 24, 2008 |
| 3. *Circuit City Letter in Response | July 01, 2008 |
| 4. *City Advantage Protection (policy contract & Toshiba Warranty) | September 07, 2005 |
| 5. *Policy contract Certificate | ---- |
| 6. *Updated or amended Policy contract | December 10, 2008 |
| 7. *Repair request form | June 10, 2008 |
| 8. *Nexicore Systems Repair worksheet | July 02, 2008 |
| 9. Digital Depot Service Repair Request | July 23, 2007 |
| 10. Digital Depot Service Repair Request | August 30, 2007 |
| 11. Digital Depot Service Repair Request | September 17, 2007 |
| 12. Circuit City repair claim G9443001 | April 14, 2006 |
| 13. Circuit City repair clam G9443001 | April 24, 2006 |
| 14. Miscellaneous documents | September 2005 - current |

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| MIMS V. CIRCUIT CITY STORES, INC. | RG08399323 |

**ATTACHMENT** *(Number):* 1d  Page _____ of _____

*(This Attachment may be used with any Judicial Council form.)*  *(Add pages as required)*

Technician: Nebes, Area of knowledge: made repair to the computer
Computerland
1680 W. Winton Ave#3
Hayward, CA 94545
Tel: 510- 780-0900
Fax: 510 780-0999

--------------------------------------------------------------------------------

Technician: Co Soria, Area of knowledge: made repair to the computer
Nexicore Services
3949 Heritage Oak CT
Simi Valley, CA 93063
1-800 730-4337

--------------------------------------------------------------------------------

Technician: ALD, Area of knowledge: made repair to the computer multiple times
Digital Depot Service Center
4800 Alliance Gateway Frw. Suite 130
Fort Worth, TX 76177
1-817-415-9300

--------------------------------------------------------------------------------

Employees' names not known at this time for Emeryville location
 Area of knowledge: plaintiff went to the store requesting computer assistance multiple times
Circuit City Stores, Inc.
5795 Christie Ave.,
Emeryville, CA
(510) 655-2200

--------------------------------------------------------------------------------

M. Marty, Customer Service Coordinator
Allen, Customer Service Representative
Area of knowledge: Plaintiff reported claims incidents to customer service representatives
Circuit City Stores, Inc.
5795 Christie Ave.,
Emeryville, CA
1-800-251-2665

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

**ATTACHMENT**
to Judicial Council Form

www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

| SHORT TITLE: MIMS V. CIRCUIT CITY STORES, INC. | CASE NUMBER: RG08399323 |
|---|---|

**ATTACHMENT** *(Number):* 1f       Page _____ of _____

*(This Attachment may be used with any Judicial Council form.)*     *(Add pages as required)*

1
2
3

4   Plaintiff will supplement response as information becomes available

5   Physical Evidence:

6   ------------------------------------------------------------------------------------------------
7   Physical Evidence: Computer parts used for attempted repair
    Technician: Nebes
8   Computerland 1680 W. Winton Ave#3, Hayward, CA 94545, 510-780-0900, Fax: 510 780-0999

9   ------------------------------------------------------------------------------------------------
    Physical Evidence:  Computer parts used for attempted repair
    Technician: Co Soria
10   Nexicore Services, 3949 Heritage Oak CT, Simi Valley, CA 93063, 1-800 730-4337

11   ------------------------------------------------------------------------------------------------
    Physical Evidence: Computer parts used for attempted repairs
12   Technician:  ALD
    Digital Depot Service Center, 4800 Alliance Gateway Frw. Suite 130, Fort Worth, TX 76177
13   1-817-415-9300

14   ------------------------------------------------------------------------------------------------
    Physical Evidence:  Computer Toshiba Satellite M45S265
15   In possession of Satchi Mims, P.O. Box 19304, Oakland, CA 94619, 510-530-6345

16
17
18
19
20
21
22
23
24
25
26

27   *(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com