CAROLE SHOOK
PRO SE
5 SYCAMORE DR.
FLORENCE KY 41042
Ph. (859) 760-2586



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

IN RE:                                              CHAPTER 11

CIRCUIT CITY STORES, INC.,                          CASE NO. 08-35653 (KRH)
ET AL.,

                                                    JOINTLY ADMINSTERED

---

### NOTICE OF CLAIM 6412

---

Comes now Carole Shook, pro se, and states as follows:

1. The Twelfth Omnibus Objection To Qualified Pension Plan Claims and 401K Claims reflects my claim as $120.00. This is not accurate.

2. My interest in the Pension account maintained by the Pension Benefit Guaranty Corporation ("PBGC") is fully vested pursuant to the Pension and Profit Sharing Plan I entered into while employed at Circuit City in Florence KY, and the East Gate, Ohio location.

3. At age 65 I am entitled to $120.00 per month until my death. That would be $1440.00 per year and over a 20 year period I would receive $28,200.00.

4. I have not yet reached the age of 65 but the amount in the Twelfth Omnibus Objection to Qualified Pension Plan Claims and 401 (k) Claims should be modified to accurately reflect my interest.

5. The Bankruptcy Court should not sustain the Twelfth Omnibus Objection to Qualified Pension Plan Claims and 401(k) Claims because the amount of my claim is inaccurate and should be amended to correctly reflect the vested amount.

6. I have personal knowledge of the facts set out in this Notice that support this response.

BY: *Carole Shook*
CAROLE SHOOK
Pro Se
5 Sycamore Dr.
Florence, KY 41042

Clerk of the Bankiruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, VA 23219

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was sent, this 25th day of June, 2009, via us mail to the following:

Circuit City's Claims Processing
C/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245

Gregg M. Galardi, Esq.
Ian S. Fredricks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Aquare
PO Box 636
Wilmington, Delaware 19899-0636

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
33 West Wacker Drive
Chicago, Illinoise 60606

Dion W. Hayse
Douglas M. Foley
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

_Carole Shook_
CAROLE SHOOK