IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



| | | |
|---|---|---|
| In re: | x | |
| | : | Chapter 11 |
| CIRCUIT CITY STORES, INC, | : | |
| *et al.*, | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | x | Jointly Administered |

## ANNA MACCANELLI RESPONSE TO DEBTORS' TWELFTH OMNIBUS OBJECTION TO CERTAIN QUALIFIED PENSION PLAN CLAIMS AND 401(k) PLAN CLAIMS

1. I, Claimant, Anna Maccanelli, have a vested interest in the Qualfied Pension Plan of the Debtor, Circuit City Stores, Inc., and calculated the amount of my claim to be $116,136 by taking the amount of my monthly regular retirement pension ($322.60) x 12 months x 30 years because the women in my family have been living well into their age 90's.

    A copy of the letter sent to me telling me the amount of monthly benefit I should receive is attached as Exhibit A.

2. The objection does not state the amount of Qualified Plan Assets actually transferred to PSBG.

3. The objection does not state whether or not the Debtors, or any of them, borrowed from the Qualified Plan Trust, and whether or not the Debtors still owe money to the Qualified Plan Trust.

4. The objection does not state whether the Qualified Pension Plan was fully funded at the time of the filing of Bankruptcy Petition, although paragraph B. 18 (page 9) indicates there may be some unfunded liabilities.

5. I have not received any communication from PSBG acknowledging my interest in the Qualified Pension Plan of the Debtor(s).

6. I am the person with relevant knowledge of the facts supporting this Response.

7. I do not have any address to contact PSBG.

8. I do not have any information as to whether the corporate officers and directors may have favored themselves with funding of their pension and/or 401 (k) plans to the detriment of lower level employees such as myself.

WHEREFORE, I request the Bankruptcy Court to order an inquiry into

   A. The amount of unfunded Liaibility of the Debtor(s) into the Qualified Pension Plan.

   B. The amount, if any, that the Debtor may have borrowed from the Qualified Pension Plan and whether any remains un-repaid.

   C. The amount and nature of assets transferred to PSBG for the Qualified Pension Plan.

   D. The ratio of unfunded liability of the Debtor(s) to the pension plans (of any nature) for officers and directors as compared to lower level employees such as myself.

   E. Whether or not any insiders withdrew substantially all of their pension or 401(k) within 1 year of the Debtor seeking bankruptcy.

   F. Delay action on the 12th Omnibus Objection to Certain Qualified Pension lan Claims and 401 (k) Plan Claims until the answers are forthcoming.

Anna Maccanelli, Claimant

**Anna Maccanelli**
**482-1/2 South Main Street**
**Farmington, IL 61531**
Telephone: 309-~~███-████~~ 245-9910
(Have permission to receive fax at: 309-245-4242)

**CONFIDENTIAL**



Circuit City Benefits
P.O. Box 31848
Charlotte, NC 28202-9902
T 800.288.6353

July 6, 2005

Ms. ANNA M. MACCANELLI
16637 Thornton Ave
South Holland, IL 60473

**Re: Vested Benefit from the Retirement Plan of Circuit City Stores, Inc. (the Plan)**

Dear Ms. MACCANELLI:

The following information addresses your vested benefits under the Retirement Plan of Circuit City Stores, Inc. We encourage you to review it thoroughly and, if you are married, share it with your spouse.

According to our records, you are 100% vested in your accrued benefit under the Plan. Your monthly accrued benefit payable for your lifetime only and commencing on your Normal Retirement Date will be $322.60.

Your accrued benefit was calculated based on the following information. If any of this information is not accurate, please contact us immediately as your monthly benefits may change based on the correct information.

| | |
|---|---|
| Date of Birth: | August 16, 1970 |
| Date of Hire: | September 2, 1993 |
| Date of Termination of Employment: | June 4, 2004 |
| Normal Retirement Date: | August 16, 2035 |
| Benefit Service at Termination of Employment: | 11 years |

Generally, the earliest a distribution can be made from the Plan is after a participant reaches Normal or Early Retirement. Early Retirement is at least ten years of Benefit Service at termination of employment and age 55, or at least seven years of Benefit Service at termination of employment and age 62. Benefits can start on the first of any month after meeting these requirements. If benefit payments commence prior to Normal Retirement, they will be reduced to reflect the longer payout period.

If you are eligible for Early Retirement and wish to start your benefits, please send a written request to the Retirement Plan Administrative Committee at the address shown above.

If you die before your Retirement benefits begin and are survived by a spouse, your spouse will be eligible to receive a monthly benefit for his or her lifetime. If you are not married at the time of your death, no benefits would be paid from this Plan.

Benefits are paid only in accordance with Plan provisions, regardless of any written or oral statements you may have received. If any discrepancies exist between this information and the Plan document, the provisions of the Plan document will govern in all instances.

Please keep us informed of your current address. If you have any questions, please contact the Associate Service Center at (800) 288-6353.

Circuit City Stores, Inc.
Retirement Plan Administrative Committee

XXX - XX - 5734

EXHIBIT "A"