To Whom it May Concern:

I was told to write an explanation to the court by Kutzman Associates that I was never informed by mail by Circuit City that they were filing bankruptcy. I just happened by the store and saw signs in the window that they were closing. This is the reason for filing my claim so late. I had no idea that this process was taking place. Thank you for your time.

Major Ann Hudspeth
Major Ann Hudspeth

RICHMOND DIVISION
FILED
JUN 30 2009
FILED
CLERK
U.S. BANKRUPTCY COURT

I Paid For This In
Advance and Never
Received Any Merch
and No Install.

$266.00 PAID
In Full




We're with you

Circuit City Stores, Inc.
Store 271
4811 KIETZKE LANE
RENO, NV 89509-6549
(775) 827-5011                17:17:00  01/15/08

Sold to:                      Orig Date 01/15/08
MARY HUDSPETH

                              Ticket
CUSTOMER COPY                 027105577932

Salesperson                   Register    Cashier
M. KAY                           35       022972

Item Qty Model        Description      Tax    Amount
1 SO   1 SON CDX454RF  CD PLAYER -AUTO   Y    149.99
2 SL   1 INS CHANGERRF ROADSHOP INSTALL  N     75.99
3 SL   1 INS SHOPFEE   SHOP FEE          Y      4.99
4 SL   1 MET 40GM10    ROADSHOP ANTENNA  Y     10.99
5 SL   1 MET 40GM20    ROADSHOP ANTENNA  Y     10.99

               Non-Taxable        $     75.99
               Total Taxable      $    176.96
               Sales Tax          $     13.05
               TOTAL PURCHASE     $    266.00
               CGC                $     50.00
               USA      01565A    $     96.00
               CSH                $    120.00
               BALANCE            $      0.00

For manufacturer contact information, please refer to
your owner's manual or visit circuitcity.com

Item

1 SON CDX454RF, has been ordered for you. Your Sales
  Associate will notify you when your product is received.
** Unscheduled Pickup for your SON CDX454RF
   Please present your receipt when picking up
   your product.

Title
It is expressly agreed that transfer of title of
merchandise to customer and commencement of any
manufacturer warranty period occurs upon actual,
physical transfer of possession of goods to customer.

You may be eligible to earn Circuit City Reward Points!
Apply for a Circuit City Rewards Credit Card today. See
a store associate for details.

Shop with us online at circuitcity.com.

            60272082052Gxxxx          $   0.00

CM WORK NUMBER IS 851-6414 INCASE NO ANSWER AT HOME

CM HOURS:  M-TH 10-9  F/SAT 10-10  SUN 10-8



I realize this
Correspondence needs To
Sent By June 30th. I
just received a call
back from Kurtzman Associates.
Thank you
Mary Anne Hudspeth

```
602720820526xxxx              $   0.00
```

! WORK NUMBER IS 851-6414 INCASE NO ANSWER AT HOME

! HOURS:  M-TH 10-9   F/SAT 10-10   SUN 10-8

FOR IN-HOME INSTALLATION AND REPAIR
SERVICE OR CONSUMER REPLACEABLE
PARTS CALL: (888) 333-2333

## Get a Chance to Win One of Five $1,000 Gift Cards!
## Take Circuit City's "Customer First" Survey

### Queremos saber su opinión
### Conteste nuestra encuesta por Internet

We are anxious to hear about your shopping experience!
Get a chance to win one of five $1,000 Circuit City Gift
Cards by taking a few minutes to answer a short survey at:

## www.circuitcity.com/survey

You will need the following customer code
to enter on-line:

### DSH KSFB 9LNS

No purchase necessary.
See Circuit City stores for details.
Void where prohibited.
Thanks for making your purchase at Circuit City!

Circuit City Stores, Inc.
Store 271
011 KIETZKE LANE
RNO, NV 89509-6549
(775) 827-5011                         17:16:56  01/15/08

CUSTOMER COPY                          Trans #: 027105577932
Merchant#: 090310706      Register#: 35   Cashier: 022972
Use Desc: Consumer Electronics / Home Office

| Type | Cardholder/Account | App-Code | Txn | Amount |
|------|-------------------|----------|-----|--------|
| SA   | HUDSPETH/MARY A   | 01565A   | Sale| $ 96.00 |
|      | ************2580  |          |     |        |

The cardholder agrees to the credit card amount shown
...
the cardholders agreement with the issuer.

Signature:

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

Circuit City Stores, Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245

Mary Anne Hudspeth
PO Box 11684
Reno, NV 89510

## PROOF OF CLAIM CONFIRMATION

Your proof of claim filed against Circuit City Stores West Coast, Inc., case no **08-35654** was received on 4/2/2009 and assigned claim number 11979

For more information please visit www.kccllc.net/circuitcity or call 1-866-381-9100

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Circuit City Claims Processing
C/o Kurtzman Carson Consultants LLC
2335- Alaska Ave.
El Segundo, CA 90245

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  X  RECEIVED   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   APR 02 2009   KURTZMAN CARSON CONSULTANTS   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7008 3230 0001 0780 2522

PS Form 3811, February 2004    Domestic Return Receipt

① 3-31-20

To Whom it May Concern,

I purchased Merchandise and an install on January 15th 2008. They told me at the Time of purchase that my C.D. Player would be on Back Order. It would be in the store in 3 months. Then I continued to get calls that it had not come in. The last call I received was in May 2008 and said it was still on Back Order. I believed what they told me.

② I was driving by the Circuit City store and happened to see the signs on their door. That the store was closing. I had no idea that Circuit City was going out of business. I entered the store and met the most RUDE employees. I asked for a refund and was told no. The employees looked up the transaction and said that indeed there was a credit of $211.60 but they were not allowed to refund me the amount. I was

③ by this point especially by the fact that I waited over a year for special C.D. Player. I order I never could didn't want any charge to the dash. It all. This is my story. I feel that I have Ripped Off by Circuit City for 20 years. Thank You

Mary Anne Hurlbert