John P. Dillman, Esq.
Tara L. Grundemeier, Esq.
LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
P.O. Box 3064
Houston, Texas 77253-3064
(713) 844-3478 – Telephone
(713) 844-3503 – Telecopier



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| CIRCUIT CITY STORES, INC., *et al.*, | § | Case No. 08-35653 (KRH) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |

## RESPONSE OF HARRIS COUNTY TOLL ROAD AUTHORITY TO DEBTORS' NINTH OMNIBUS OBJECTION TO CERTAIN LATE CLAIMS:

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COMES, Harris County Toll Road Authority ("Harris County TRA"), creditor and respondent in the above-numbered and styled bankruptcy case, and files this *Response to Debtors' Ninth Omnibus Objection to Certain Late Claims* (the "Response"), stating as grounds therefore the following:

### RESPONSE

1. Harris County TRA is a unit of local government in Harris County, Texas, which collects tolls from vehicles who travel on the toll road system in Harris County.

2. Harris County TRA timely filed its proof of claim on May 8, 2009 in the above-numbered and styled bankruptcy case for Debtors' unpaid tolls and other toll road violations. The governmental bar date in this case for entities such as Harris County

1



TRA is May 11, 2009. Accordingly, Harris County TRA's proof of claim was timely filed and should be allowed as an unsecured claim in the amount as filed.

**WHEREFORE, PREMISES CONSIDERED,** Harris County TRA respectfully requests that this Court allow its claim as an unsecured claim in the amount of $28,349.70 and that it grant Harris County TRA, such other and further relief, at law or in equity, as is just.

Dated: June 29, 2009

Respectfully submitted,

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**

/s/ _____
**JOHN P. DILLMAN**
Texas State Bar No. 05874400
**TARA L. GRUNDEMEIER**
Texas State Bar No. 24036691
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 *Telephone*
(713) 844-3503 *Telecopier*

*Counsel for Harris County TRA*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing *Response of Harris County TRA to Debtors' Ninth Omnibus Objection to Late Claims* was served upon the following entities by facsimile transmission on June 29, 2009:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(888) 329-3792 - Facsimile

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-8680 - Facsimile

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(757) 640-3957 - Facsimile

/s/ *Tara L. Grundemeier*
**Tara L. Grundemeier**

3

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
ATTORNEYS AT LAW
1301 TRAVIS STREET, SUITE 300 (77002)
P.O. BOX 3064 (77253-3064)
HOUSTON, TEXAS

713/844-3478
FAX 713/844-3503


June 29, 2009

William C. Redden, Clerk
U.S. Bankruptcy Court, Eastern District of Virginia (Richmond)
701 E. Broad Street, Ste 4000
Richmond, VA 23219-1888

In Re: Circuit City Stores, Inc.
Bankruptcy Case No. 08-35653
U.S. Bankruptcy Court, Eastern District of Virginia (Richmond)

Dear Mr. Redden:

Enclosed for filing in the above captioned matter, please find the original and one copy of the following documents:

1. Response of Harris County Toll Road Authority to Debtors' Ninth Omnibus Objection to Certain Late Claims.

    a. Harris County Toll Road Authority

Please file in your usual manner and return the copy of the document itself, file stamped to the undersigned to evidence the filing of same. Your cooperation in this matter is greatly appreciated.

Should you have any questions, comments or concerns, please contact the Chapter 11 Paralegal Michelle Pendley.

By copy of this correspondence, all interested parties are being notified of said filing.

Very truly yours,

ROBIN L. HOFFMAN
*File Clerk*
*Linebarger Goggan Blair & Sampson LLP*

Enclosures: As stated.