IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

-----------------------------------------X

In re:                                    :    Chapter 11
                                          :
CIRCUIT CITY STORES, INC.,                :    Case No. 08-35653 (KRH)
et al.,                                   :
                                          :
                            Debtors.      :    Jointly Administered
-----------------------------------------X

RICHMOND DIVISION
FILED
JUN 3 0 2009
FILED
CLERK
U.S. BANKRUPTCY COURT

DEBTORS' EIGHTH OMNIBUS OBJECTION TO
CERTAIN LATE CLAIMS

CREDITOR'S RESPONSE TO THE OMNIBUS OBJECTION

1. My name is Nick Weeks. I am owed $55.66 for employment as a customer service employee at a Circuit City store in Frisco, TX.

2. I am asking the Court to allow my Claim against said Debtor, Circuit City Stores, Inc., because I was unable to submit my Claim in a timely manner. The court documents arrived at my parents' home in Plano, TX while I was away attending college in Lubbock, TX. By the time I received said documents, the Claims Bar Date was already passed by a few days. I sent said authorized Claim off as soon as I saw the contents of the envelope.

3. I am enclosing a copy of my Proof of Claim Confirmation #10916 which I received upon filing my Claim documentation with the processing company handling these matters, Kurtzman Carson Consultants LLC.

4. I am declaring my mother, Gail Weeks, as a person with knowledge of these said facts. She is the person that received the mailed Claim documentation at her domicile. During a telephone

conversation, she mentioned said documentation to me, and I asked her to immediately forward it to my address in Lubbock, TX.

   5. Since my family is now aware of this litigation, and I will be traveling to their home at various times this summer, between my class breaks, I am asking that all future correspondence and documentation continue to arrive at their address, which is the one on record with the Court. All correspondence should continue to be mailed to Nick Weeks, 4512 Staten Island Court, Plano, TX 75024. I am allowing my mother, Gail Weeks, to answer any telephone calls that might need to be addressed, since I am a college student and not always available. Her telephone number is 214-929-3033.

Dated: June 23, 2009

*Nicholas S. Weeks* (signature)
Nicholas S. Weeks
Claim No. 10916

2

Circuit City Stores, Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245

```
FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049
```

### WEEKS, NICKS
### 4512 STATEN ISLAND COURT
### PLANO, TX 75024-0000

**PROOF OF CLAIM CONFIRMATION**
Your proof of claim filed against **Circuit City Stores, Inc.,**
case no **08-35653** was received on **2/10/2009**
and assigned claim number **10916**

For more information, please visit **www.kccllc.net/www.kccllc.net/circuitcity** or call 1-866-381-9100