## Lyle Epps' Response

RICHMOND DIVISION
FILED JUN 3 0 2009 FILED
CLERK
U.S. BANKRUPTCY COURT

a. The United States Bankruptcy Court
a. **The Debtors:** Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit Cit Stores PR, LLC (5512). For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.
a. **Case Number:** 08-35653-KRH
a. **Title of the Omnibus Objection:** Ninth Omnibus Objection
b. **Claimant's Name:** Lyle Epps
b. **Asserted Claim Amount:** UNL
c. The Debtors' are making attempts to rebut my claim's presumptive validity. The Local Rules do not set forth specific guidelines for filing omnibus objections to proofs of claim. Although the Notice of Omnibus Objection was attached, it has been tailored for multiple claimants. It has been stated that there are <u>thousands of Claims</u> filed in these cases, the claims resolution process should only be carried out individually to assure efficiency and effectiveness since procedures are in place by the Court. The Omnibus Objection Procedures further request authority to object to the Claims on grounds that are not specifically listed in Bankruptcy Rule 3007 (d). The Debtors should be limited to the grounds identified in Bankruptcy Rule 3007 (d). In Conclusion, the Court should rely solely on its equitable powers, which empowers the Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." 11 U.S.C. § 105 (a); <u>Canal Corp. v. Finnman (In re Johnson)</u>, 960 F.2d 396, 404 (4th Cir.1992) (the allowance or disallowance of a claim in bankruptcy is a matter of federal law left to the bankruptcy court's exercise of its equitable powers.").
c. On page 2 of Exhibit A, Proposed Order, <u>"Therefore"</u> has been misspelled making the proposal void.
d. a
f. **Claimant's Name:** Lyle Alonso Epps,
**Claimant's Address:** 12412 East 207th Street, Lakewood, California 90715.
**Claimant's Phone Number:** (404)424-7952
Lyle Alonso Epps is Lyle Alonso Epps' representative.