


```
PICHMOND DIVISION
    F I L E D
    JUN 2 9 2009
U.S. BANKRUPTCY COURT
```

Clerk of the bankruptcy Court
United States Bankruptcy Court 701 East Broad Street - Room 4000
Richmond, Virginia 23219


WXCW TV
SUN BROADCASTING
2824 Palm Beach Blvd
Fort Myers, FL 33916

Claim Number# 10363
$7,658.50


The Bankruptcy Court should not sustain the Omnibus Objection, I filed and mailed this claim in time. I have included the actual proof of claims and invoices for there advertising with our station.

My name is Susan Apostol and I filed the claims and sent them out in a speedy manner. I have copies of all paperwork.



Susan Apostol
2824 Palm Beach Blvd
Fort Myers, FL 33916
239-338-4373 phone
239-479-5509 fax

**Failure to File Your Timely Response.** If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Debtors will present to the Bankruptcy Court an appropriate order granting the relief requested in the Omnibus Objection without further notice to you.

**Each Objection Is a Contested Matter.** Each Claim subject to an Omnibus Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such Claim.

### Additional Information

**Requests for Information.** You may also obtain a copy of the Omnibus Objection or related documents on the internet, by accessing the website of Kurtzman Carson Consultants LLC, the claims, noticing and balloting agent for the Debtors in these bankruptcy cases at www.kccllc.net/circuitcity.

**Reservation of Rights.** Nothing in this Notice or the Omnibus Objection constitutes a waiver of the Debtors' right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you of the Debtors. Unless the Bankruptcy Court allows your Claim(s) or specifically orders otherwise, the Debtors have the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date. In such event, you will receive a separate notice of any such objections.

6

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Debtors' attorneys:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636
Attn: Gregg M. Galardi
Attn: Ian S. Fredericks

MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attn: Dion W. Hayes
Attn: Douglas M. Foley

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, IL 60606
Attn:  Chris L. Dickerson

The status hearing on the Omnibus Objection will be held at **2:00 p.m. prevailing Eastern Time on July 6, 2009 at:**

> United States Bankruptcy Court
> 701 East Broad Street - Courtroom 5000
> Richmond, Virginia 23219

If you file a timely Response, in accordance with the Omnibus Objection Procedures, you do not need to appear at the status hearing on the Omnibus Objection.

### Procedures for Filing a Timely Response and Information Regarding the Hearing on the Omnibus Objection

**Contents.**  Each Response must contain the following (at a minimum):

1. a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Omnibus Objection to which the Response is directed;

4

Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (individually, a "Claim" and collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Omnibus Objection seeks to disallow Claims, including your Claim(s), listed below

| TO: | Claim Number | Asserted Claim Amount |
|---|---|---|
| WXCW TV<br>Sun Broadcasting<br>2824 Palm Beach Blvd<br>Fort Myers, FL 33916 | 10363 | $7,658.50 |

YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OMNIBUS OBJECTION.  <u>YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION</u>.  THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OMNIBUS OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY WITHIN THIRTY (30) DAYS OF THE SERVICE OF THE OMNIBUS OBJECTION, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OMNIBUS OBJECTION CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.

2



B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

Debtor against which claim is asserted : (Check only **one** box below:)

- ☒ Circuit City Stores, Inc. (Case No. 08-35653)
- ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
- ☐ Abbott Advertising, Inc. (Case No. 08-35665)
- ☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
- ☐ Circuit City Stores PR, LLC (Case No. 08-35660)
- ☐ Mayland MN, LLC (Case No. 08-35666)
- ☐ InterTAN, Inc. (Case No. 08-35655)
- ☐ Circuit City Properties, LLC (Case No. 08-35661)
- ☐ Patapsco Designs, Inc. (Case No. 08-35667)
- ☐ Ventoux International, Inc. (Case No. 08-35656)
- ☐ Orbyx Electronics, LLC (Case No. 08-35662)
- ☐ Sky Venture Corporation (Case No. 08-35668)
- ☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)
- ☐ Kinzer Technology, LLC (Case No. 08-35663)
- ☐ XSStuff, LLC (Case No. 08-35669)
- ☐ CC Aviation, LLC (Case No. 08-35658)
- ☐ Courchevel, LLC (Case No. 08-35664)
- ☐ PRAHS, INC. (Case No. 08-35670)

NOTE: *This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
WXCW TV

**Name and address where notices should be sent:**
NameID: 4992788   PackID: 443293

WXCW TV
SUN BROADCASTING
2824 PALM BEACH BLVD
FORT MYERS FL 33916

Telephone number: 239-338-4373

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
*(If known)*

Filed on: _____

**Name and address where payment should be sent (if different from above):**

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 7,658.50

If all or part of your claim is secured, complete item 4 below; however, if your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Goods Sold
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).
- ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 1-26-09

Signature: the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Susan [signature]*   Account Service Manager

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

MasterCode: 10170512

0835653081218074119178465

# Airtime Invoice

**WXCW-TV**
Sun Broadcasting, Inc.
2824 Palm Beach Boulevard
Fort Myers, FL 33916
239-479-5500 phone
239-479-5592 fax

| | |
|---|---|
| Invoice #: 22827 | Page: 1 of 1 |
| Date: 11/30/08 | Month: November |

**Billing Address:**
ADVERTISING MEDIA
9950 MAYLAND DR
RICHMOND, VA 23233

| | |
|---|---|
| Advertiser: CIRCUIT CITY STORES | Contract #: 9678 - PROMOTIONAL |
| Billing Period: 11/05/08-11/07/08 | Contract Dates: 11/05/08-11/07/08 |
| Salesperson/Office: LANGERMAN JOHN / WXCW LOCAL | Brand: CIRCUIT CITY STO / Network: WXCW |
| Rev. Type: CASH AGENCY LOCAL | Estimate #: 622 / Proposal #: |

**Comments:**

## Airtime Revenue

### Scheduled

| Line | Days Ordered | Times Ordered | Rate | Spots |
|---|---|---|---|---|
| 1 | W,Th,F | 07:30 pm - 08:00 pm | $500.00 | 1 |
| 2 | W,Th,F | 11:00 pm - 11:30 pm | $125.00 | 3 |

**Total Scheduled For This Period:** $875.00    4

### Actual Broadcast / Reconciliation

| Air Date | Day | Time | Length | ISCI/Title | Rate | Debit | Credit | Reason |
|---|---|---|---|---|---|---|---|---|
| 11/05/08 | W | 07:26 pm | :30 | QCRCB789 | $500.00 | | | |
| 11/05/08 | W | 11:18 pm | :30 | QCRCB789 | $125.00 | | | |
| 11/06/08 | Th | 11:15 pm | :30 | QCRCB789 | $125.00 | | | |
| 11/07/08 | F | 11:19 pm | :30 | QCRCB789 | $125.00 | | | |

**Billed Spots:** 4

| | | |
|---|---|---|
| Total Gross Billing | $875.00 | Special Handling: |
| Agency Commission | ($131.25) | |
| Net Due | $743.75 | $0.00 |



# Airtime Invoice

**WXCW-TV**
Sun Broadcasting, Inc.
2824 Palm Beach Boulevard
Fort Myers, FL 33916
239-479-5500 phone
239-479-5592 fax

| | |
|---|---|
| Invoice #: | 22369 |
| Page: | 1 of 1 |
| Date: | 10/26/08 |
| Month: | October |

| Billing Address: | Advertiser: | CIRCUIT CITY STORES | | |
|---|---|---|---|---|
| ADVERTISING MEDIA | Billing Period: | 10/15/08-10/17/08 | Contract #: | 9676 - PROMOTIONAL |
| 9950 MAYLAND DR | Salesperson/Office: | LANGERMAN JOHN / WXCW LOCAL | Contract Dates: | 10/15/08-10/17/08 |
| RICHMOND, VA 23233 | Rev. Type: | CASH AGENCY LOCAL | Brand: | CIRCUIT CITY STO |
| | | | Network: | WXCW |
| | | Estimate #: 619 | Proposal #: | |

Comments:

## Airtime Revenue

### Scheduled

| Line | Days Ordered | Times Ordered | Rate | Spots |
|---|---|---|---|---|
| 1 | W,Th,F | 06:00 pm - 06:30 pm | $200.00 | 1 |
| 2 | W,Th,F | 07:00 pm - 08:00 pm | $500.00 | 1 |
| 3 | W,Th,F | 10:00 pm - 10:30 pm | $115.00 | 1 |
| 4 | W,Th,F | 11:00 pm - 11:30 pm | $125.00 | 3 |

**Total Scheduled For This Period:** $1,190.00    6

### Actual Broadcast / Reconciliation

| Air Date | Day | Time | Length | ISCI/Title | Rate | Debit | Credit | Reason |
|---|---|---|---|---|---|---|---|---|
| 10/15/08 | W | 06:04 pm | :30 | QCRCB756 | $200.00 | | | |
| 10/15/08 | W | 07:27 pm | :30 | QCRCB756 | $500.00 | | | |
| 10/15/08 | W | 10:29 pm | :30 | QCRCB756 | $115.00 | | | |
| 10/15/08 | W | 11:18 pm | :30 | QCRCB756 | $125.00 | | | |
| 10/16/08 | Th | 11:26 pm | :30 | QCRCB756 | $125.00 | | | |
| 10/17/08 | F | 11:29 pm | :30 | QCRCB756 | $125.00 | | | |

**Billed Spots:** 6

| Total Gross Billing | $1,190.00 |
|---|---|
| Agency Commission | ($178.50) |
| Special Handling: | $0.00 |
| **Net Due** | **$1,011.50** |

# Airtime Invoice



**WXCW-TV**
Sun Broadcasting, Inc.
2824 Palm Beach Boulevard
Fort Myers, FL 33916
239-479-5500 phone
239-479-5592 fax

| | |
|---|---|
| Page: | 1 of 1 |
| Invoice #: | 22370 |
| Date: | 10/26/08 |
| Month: | October |
| Contract #: | 9680 - PROMOTIONAL |
| Contract Dates: | 10/22/08-10/24/08 |
| Network: | WXCW |
| Proposal #: | |

**Billing Address:**
ADVERTISING MEDIA
9950 MAYLAND DR
RICHMOND, VA 23233

| | |
|---|---|
| Advertiser: | CIRCUIT CITY STORES |
| Billing Period: | 10/22/08-10/24/08 |
| Salesperson/Office: | LANGERMAN JOHN / WXCW LOCAL |
| Rev. Type: | CASH AGENCY LOCAL |
| Brand: | CIRCUIT CITY STO |
| Estimate #: | 620 |

**Comments:**

## Airtime Revenue

| Scheduled | | | | Actual Broadcast | | | | | Reconciliation | |
|---|---|---|---|---|---|---|---|---|---|---|
| The Days Ordered | Times Ordered | Rate | Spots | Air Date | Day | Time | Length | ISCI/Title | Rate | Debit | Credit | Reason |
| W,Th,F | 06:30 pm - 07:00 pm | $250.00 | 1 | 10/24/08 | F | 06:59 pm | :30 | QCRCB756 | $250.00 | | | |
| W,Th,F | 07:00 pm - 08:00 pm | $500.00 | 1 | 10/22/08 | W | 06:58 pm | :30 | QCRCB756 | $500.00 | | | |
| W,Th,F | 10:00 pm - 10:30 pm | $115.00 | 2 | 10/23/08 | Th | 10:22 pm | :30 | QCRCB756 | $115.00 | | | |
| | | | | 10/23/08 | Th | 10:29 pm | :30 | QCRCB756 | $115.00 | | | |
| W,Th,F | 11:00 pm - 11:30 pm | $125.00 | 3 | 10/22/08 | W | 11:29 pm | :30 | QCRCB756 | $125.00 | | | |
| | | | | 10/23/08 | Th | 11:27 pm | :30 | QCRCB756 | $125.00 | | | |
| | | | | 10/24/08 | F | 11:29 pm | :30 | QCRCB756 | $125.00 | | | |

| Total Scheduled For This Period: | $1,355.00 | 7 | Billed Spots: 7 | Total Gross Billing | $1,355.00 | | |
|---|---|---|---|---|---|---|---|
| | | | | Agency Commission | ($203.25) | | |
| | | | | Net Due | $1,151.75 | Special Handling: | $0.00 |

# Airtime Invoice



**WXCW-TV**
Sun Broadcasting, Inc.
2824 Palm Beach Boulevard
Fort Myers, FL 33916
239-479-5500 phone
239-479-5592 fax

| | |
|---|---|
| Invoice #: | 22829 |
| Date: | 11/30/08 |
| Page: | 1 of 1 |
| Month: | November |

| Advertiser: | CIRCUIT CITY STORES | Contract #: | 9685 - PROMOTIONAL | |
|---|---|---|---|---|
| Billing Period: | 10/29/08-10/31/08 | Contract Dates: | 10/29/08-11/01/08 | |
| Salesperson/Office: | LANGERMAN JOHN / WXCW LOCAL | Brand: | CIRCUIT CITY STO | Network: WXCW |
| Rev. Type: | CASH AGENCY LOCAL | Estimate #: 621 | | Proposal #: |

**Billing Address:**
ADVERTISING MEDIA
9950 MAYLAND DR
RICHMOND, VA 23233

**Comments:**

## Airtime Revenue

| Line | | Scheduled | | | | Actual Broadcast | | | | Reconciliation | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Days Ordered | Times Ordered | Rate | Spots | Air Date | Day | Time | Length | ISCI/Title | Rate | Debit | Credit | Reason |
| W,Th,F | 07:00 pm - 08:00 pm | $500.00 | 1 | 10/29/08 | W | 07:12 pm | :30 | QCRCB7888 | $500.00 | | |
| W,Th,F | 10:00 pm - 10:30 pm | $115.00 | 2 | 10/29/08 | W | 10:27 pm | :30 | QCRCB7888 | $115.00 | | |
| | | | | 10/30/08 | Th | 10:27 pm | :30 | QCRCB7888 | $115.00 | | |
| W,Th,F | 11:00 pm - 11:30 pm | $125.00 | 3 | 10/29/08 | W | 11:17 pm | :30 | QCRCB7888 | $125.00 | | |
| | | | | 10/30/08 | Th | 11:16 pm | :30 | QCRCB7888 | $125.00 | | |
| | | | | 10/31/08 | F | 11:18 pm | :30 | QCRCB7888 | $125.00 | | |

| Total Scheduled For This Period: | $1,105.00 | 6 | Billed Spots: | 6 | Total Gross Billing | $1,105.00 | | $0.00 |
|---|---|---|---|---|---|---|---|---|
| | | | | | Agency Commission | ($165.75) | Special Handling: | |
| | | | | | Net Due | $939.25 | | |



# Airtime Invoice

**WXCW-TV**
Sun Broadcasting, Inc.
2824 Palm Beach Boulevard
Fort Myers, FL 33916
239-479-5500 phone
239-479-5592 fax

| | |
|---|---|
| Invoice #: | 23609 |
| Page: | 1 of 1 |
| Date: | 12/28/08 |
| Month: | December |

| Advertiser: | CIRCUIT CITY STORES | Contract #: | 9684 - PROMOTIONAL |
|---|---|---|---|
| Billing Period: | 12/03/08-12/05/08 | Contract Dates: | 12/03/08-12/05/08 |
| Salesperson/Office: | LANGERMAN JOHN / WXCW LOCAL | Brand: | CIRCUIT CITY STO |
| Rev. Type: | CASH AGENCY LOCAL | Estimate #: 626 | Network: WXCW |
| | | | Proposal #: |

**Billing Address:**
ADVERTISING MEDIA
9950 MAYLAND DR
RICHMOND, VA 23233

**Comments:**

## Airtime Revenue

| | Scheduled | | | | Actual Broadcast | | | | | Reconciliation | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Line Days Ordered | Times Ordered | Rate | Spots | Air Date | Day | Time | Length | ISCI/Title | Rate | Debit | Credit | Reason |
| 1 W,Th,F | 06:00 pm - 06:30 pm | $175.00 | 1 | 12/03/08 | W | 06:03 pm | :30 | QCRCB803 | $175.00 | | | |
| 2 W,Th,F | 07:00 pm - 08:00 pm | $450.00 | 1 | 12/03/08 | W | 07:27 pm | :30 | QCRCB803 | $450.00 | | | |
| 3 W,Th,F | 10:00 pm - 10:30 pm | $115.00 | 1 | 12/05/08 | F | 10:23 pm | :30 | QCRCB803 | $115.00 | | | |
| 4 W,Th,F | 11:00 pm - 11:30 pm | $125.00 | 3 | 12/03/08 | W | 11:27 pm | :30 | QCRCB803 | $125.00 | | | |
| | | | | 12/04/08 | Th | 11:18 pm | :30 | QCRCB803 | $125.00 | | | |
| | | | | 12/05/08 | F | 11:17 pm | :30 | QCRCB803 | $125.00 | | | |

| Total Scheduled For This Period: | $1,115.00 | 6 | Billed Spots: 6 | Total Gross Billing | $1,115.00 |
|---|---|---|---|---|---|
| | | | | Agency Commission | ($167.25) |
| | | | | Net Due | $947.75 |

Special Handling:  $0.00

# Airtime Invoice

**WXCW-TV**
Sun Broadcasting, Inc.
2824 Palm Beach Boulevard
Fort Myers, FL 33916
239-479-5500 phone
239-479-5592 fax

| | |
|---|---|
| Invoice #: 23610 | Page: 1 of 1 |
| Date: 12/28/08 | Month: December |

**Billing Address:**
ADVERTISING MEDIA
9950 MAYLAND DR
RICHMOND, VA 23233

| | | |
|---|---|---|
| Advertiser: CIRCUIT CITY STORES | Contract #: 9689 - PROMOTIONAL | |
| Billing Period: 12/17/08-12/19/08 | Contract Dates: 12/17/08-12/19/08 | |
| Salesperson/Office: LANGERMAN JOHN / WXCW LOCAL | Brand: CIRCUIT CITY STO | Network: WXCW |
| Rev. Type: CASH AGENCY LOCAL | Estimate #: 628 | Proposal #: |

**Comments:**

## Airtime Revenue

| Scheduled | | | | Actual Broadcast | | | | | Reconciliation | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Line Days Ordered | Times Ordered | Rate | Spots | Air Date | Day | Time | Length | ISCI/Title | Rate | Debit | Credit | Reason |
| W,Th,F | 07:00 pm - 08:00 pm | $450.00 | 1 | 12/18/08 | Th | 07:57 pm | :30 | QCRCB806 | $450.00 | | | |
| W,Th,F | 10:00 pm - 10:30 pm | $115.00 | 1 | 12/17/08 | W | 10:21 pm | :30 | QCRCB806 | $115.00 | | | |
| W,Th,F | 11:00 pm - 11:30 pm | $125.00 | 3 | 12/17/08 | W | 11:29 pm | :30 | QCRCB806 | $125.00 | | | |
| | | | | 12/18/08 | Th | 11:27 pm | :30 | QCRCB806 | $125.00 | | | |
| | | | | 12/19/08 | F | 11:15 pm | :30 | QCRCB806 | $125.00 | | | |
| **Total Scheduled For This Period:** | | $940.00 | 5 | **Billed Spots: 5** | | | | **Total Gross Billing** | $940.00 | | | |
| | | | | | | | | **Agency Commission** | ($141.00) | | | |
| | | | | | | | | **Net Due** | $799.00 | **Special Handling:** | $0.00 | |



# Airtime Invoice

**WXCW-TV**
Sun Broadcasting, Inc.
2824 Palm Beach Boulevard
Fort Myers, FL 33916
239-479-5500 phone
239-479-5592 fax

| | | |
|---|---|---|
| Invoice #: 23611 | Page: 1 of 1 | |
| Date: 12/28/08 | Month: December | |

| Advertiser: | CIRCUIT CITY STORES | Contract #: 9690 - PROMOTIONAL |
|---|---|---|
| Billing Period: | 12/10/08-12/12/08 | Contract Dates: 12/10/08-12/12/08 |
| Salesperson/Office: | LANGERMAN JOHN / WXCW LOCAL | Brand: CIRCUIT CITY STO / Network: WXCW |
| Rev. Type: | CASH AGENCY LOCAL | Estimate #: 627 / Proposal #: |

**Billing Address:**
ADVERTISING MEDIA
9950 MAYLAND DR
RICHMOND, VA 23233

**Comments:**

## Airtime Revenue

| Scheduled | | | | Actual Broadcast | | | | | Reconciliation | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Line Days Ordered | Times Ordered | Rate | Spots | Air Date | Day | Time | Length | ISCI/Title | Rate | Debit | Credit | Reason |
| W,Th,F | 06:00 pm - 06:30 pm | $175.00 | 1 | 12/10/08 | W | 06:15 pm | :30 | QCRCB805 | $175.00 | | | |
| W,Th,F | 07:00 pm - 08:00 pm | $450.00 | 1 | 12/10/08 | W | 07:15 pm | :30 | QCRCB805 | $450.00 | | | |
| W,Th,F | 10:00 pm - 10:30 pm | $115.00 | 1 | 12/12/08 | F | 10:21 pm | :30 | QCRCB805 | $115.00 | | | |
| W,Th,F | 11:00 pm - 11:30 pm | $125.00 | 3 | 12/10/08 | W | 11:26 pm | :30 | QCRCB805 | $125.00 | | | |
| | | | | 12/11/08 | Th | 11:26 pm | :30 | QCRCB805 | $125.00 | | | |
| | | | | 12/12/08 | F | 11:27 pm | :30 | QCRCB805 | $125.00 | | | |

**Total Scheduled For This Period:** $1,115.00   6    **Billed Spots:** 6    **Total Gross Billing** $1,115.00

**Agency Commission** ($167.25)    **Special Handling:**

**Net Due** $947.75

# Airtime Invoice

**WXCW-TV**
Sun Broadcasting, Inc.
2824 Palm Beach Boulevard
Fort Myers, FL 33916
239-479-5500 phone
239-479-5592 fax

| | |
|---|---|
| Invoice #: 23612 | Page: 1 of 1 |
| Date: 12/28/08 | Month: December |

| Billing Address: | |
|---|---|
| ADVERTISING MEDIA | Advertiser: CIRCUIT CITY STORES |
| 9950 MAYLAND DR | Billing Period: 12/25/08-12/26/08 |
| RICHMOND, VA 23233 | Salesperson/Office: LANGERMAN JOHN / WXCW LOCAL |
| | Rev. Type: CASH AGENCY LOCAL |

| Contract #: 10921 - PROMOTIONAL |
| Contract Dates: 12/25/08-12/26/08 |
| Brand: CIRCUIT CITY STO  Network: WXCW |
| Estimate #: 643   Proposal #: |

**Comments:**

## Airtime Revenue

| Scheduled | | | | | Actual Broadcast | | | | | Reconciliation | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line Days Ordered | Times Ordered | Rate | Spots | Air Date | Day | Time | Length | ISCI/Title | Rate | Debit | Credit | Reason |
| Th,F | 07:00 pm - 08:00 pm | $450.00 | 1 | 12/26/08 | F | 07:13 pm | :30 | QCRCB810 | $450.00 | | | |
| Th,F | 10:00 pm - 10:30 pm | $115.00 | 1 | 12/25/08 | Th | 10:22 pm | :30 | QCRCB810 | $115.00 | | | |
| Th,F | 11:00 pm - 11:30 pm | $125.00 | 2 | 12/25/08 | Th | 11:27 pm | :30 | QCRCB810 | $125.00 | | | |
| | | | | 12/26/08 | F | 11:16 pm | :30 | QCRCB810 | $125.00 | | | |

| Total Scheduled For This Period: | $815.00 | 4 | Billed Spots: 4 | Total Gross Billing | $815.00 | | |
| | | | | Agency Commission | ($122.25) | | |
| | | | | Net Due | $692.75 | Special Handling: | $0.00 |

Circuit City Stores, Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

WXCW TV
Sun Broadcasting
2824 Palm Beach Blvd
Fort Myers, FL 33916

### PROOF OF CLAIM CONFIRMATION

Your proof of claim filed against **Circuit City Stores, Inc.**,
case no **08-35653** was received on 2/10/2009
and assigned claim number **10363**

For more information, please visit www.kccllc.net/circuitcity or call 1-888-830-4650