
6/26/2009


Clerk of the bankruptcy Court
United States Bankruptcy Court 701 East Broad Street - Room 4000
Richmond, Virginia 23219


WINK TV
FORT MYERS BROADCASTING
2824 Palm Beach Blvd
Fort Myers, FL 33916

Claim Number# 10940 ✓
$14,726.25


The Bankruptcy Court should not sustain the Omnibus Objection, I filed and mailed this claim in time. I have included the actual proof of claims and invoices for there advertising with our station.

My name is Susan Apostol and I filed the claims and sent them out in a speedy manner. I have copies of all paperwork.



Susan Apostol
2824 Palm Beach Blvd
Fort Myers, FL 33916
239-338-4373 phone
239-479-5509 fax

**Failure to File Your Timely Response.** If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Debtors will present to the Bankruptcy Court an appropriate order granting the relief requested in the Omnibus Objection without further notice to you.

**Each Objection Is a Contested Matter.** Each Claim subject to an Omnibus Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such Claim.

### Additional Information

**Requests for Information.** You may also obtain a copy of the Omnibus Objection or related documents on the internet, by accessing the website of Kurtzman Carson Consultants LLC, the claims, noticing and balloting agent for the Debtors in these bankruptcy cases at www.kccllc.net/circuitcity.

**Reservation of Rights.** Nothing in this Notice or the Omnibus Objection constitutes a waiver of the Debtors' right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you of the Debtors. Unless the Bankruptcy Court allows your Claim(s) or specifically orders otherwise, the Debtors have the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date. In such event, you will receive a separate notice of any such objections.

6

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Debtors' attorneys:

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, DE 19899-0636<br>Attn: Gregg M. Galardi<br>Attn: Ian S. Fredericks | MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219<br>Attn: Dion W. Hayes<br>Attn: Douglas M. Foley |

- and -

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
333 West Wacker Drive
Chicago, IL 60606
Attn:  Chris L. Dickerson

The status hearing on the Omnibus Objection will be held at **2:00 p.m. prevailing Eastern Time on July 6, 2009 at:**

> United States Bankruptcy Court
> 701 East Broad Street - Courtroom 5000
> Richmond, Virginia 23219

If you file a timely Response, in accordance with the Omnibus Objection Procedures, you do not need to appear at the status hearing on the Omnibus Objection.

### Procedures for Filing a Timely Response and Information Regarding the Hearing on the Omnibus Objection

**Contents**.  Each Response must contain the following (at a minimum):

1. a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Omnibus Objection to which the Response is directed;

4

Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (individually, a "Claim" and collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Omnibus Objection seeks to disallow Claims, including your Claim(s), listed below

| TO: | Claim Number | Asserted Claim Amount |
|---|---|---|
| WINK TV<br>2824 PALM BEACH BLVD<br>FT MEYERS, FL 33916-0000 | 10940 | $14,726.25 |

YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OMNIBUS OBJECTION. <u>YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION</u>. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OMNIBUS OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY WITHIN THIRTY (30) DAYS OF THE SERVICE OF THE OMNIBUS OBJECTION, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OMNIBUS OBJECTION CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.



B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

**Debtor against which claim is asserted :** (Check only **one** box below:)

- ☒ Circuit City Stores, Inc. (Case No. 08-35653)
- ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
- ☐ Abbott Advertising, Inc. (Case No. 08-35665)
- ☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
- ☐ Circuit City Stores PR, LLC (Case No. 08-35660)
- ☐ Mayland MN, LLC (Case No. 08-35666)
- ☐ InterTAN, Inc. (Case No. 08-35655)
- ☐ Circuit City Properties, LLC (Case No. 08-35661)
- ☐ Patapsco Designs, Inc. (Case No. 08-35667)
- ☐ Ventoux International, Inc. (Case No. 08-35656)
- ☐ Orbyx Electronics, LLC (Case No. 08-35662)
- ☐ Sky Venture Corporation (Case No. 08-35668)
- ☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)
- ☐ Kinzer Technology, LLC (Case No. 08-35663)
- ☐ XSStuff, LLC (Case No. 08-35669)
- ☐ CC Aviation, LLC (Case No. 08-35658)
- ☐ Courchevel, LLC (Case No. 08-35664)
- ☐ PRAHS, INC. (Case No. 08-35670)

NOTE: *This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
WINK TV

☐ Check this box to indicate that this claim amends a previously filed claim.

**Name and address where notices should be sent:**   NameID: 4992394    PackID: 442278

WINK TV
2824 PALM BEACH BLVD
FT MEYERS FL 33916

Telephone number: 239-338-4373

**Court Claim Number:** _____
*(If known)*

Filed on: _____

**Name and address where payment should be sent (if different from above):**

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $14,726.25

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Goods Sold
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**

**Value of Property:** $_____   **Annual Interest Rate** ___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**
if any: $_____   **Basis for perfection:** _____

**Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**Date:** 1-26-09

**Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[signature]   Accounts
              Service
              Manager

**FOR COURT USE ONLY**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

MasterCode: 10170694

0835653081218074118178272

# Airtime Invoice

**WINK**
Fort Myers, FL 33916
(239)334-1111 Phone
(239)334-0744 Fax

| | |
|---|---|
| Invoice #: 22118 | Page: 1 of 1 |
| Date: 10/26/08 | Month: October |
| Contract #: 9692 - #0619 - Oct 08 | |
| Contract Dates: 10/15/08-10/17/08 | Network: WINK |
| Brand: CIRCUIT CITY STO | |
| Estimate #: #0619 | Proposal #: |

**Billing Address:**
CIRCUIT CITY STORES

**Advertiser:** CIRCUIT CITY STORES
**Billing Period:** 10/15/08-10/17/08
**Salesperson/Office:** COLLECTIONS / WINK LOCAL
**Rev. Type:** CASH AGENCY LOCAL

**Comments:**

## Airtime Revenue

| | | Scheduled | | | | | Actual Broadcast | | | | | Reconciliation | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line | Days Ordered | Times Ordered | Rate | Spots | Air Date | Day | Time | Length | ISCI/Title | Rate | Debit | Credit | Reason |
| 1 | W,Th,F | 05:00 am - 05:30 am | $125.00 | 1 | 10/16/08 | Th | 05:27 am | :30 | QCRCB756 | $125.00 | WINK NEWS AT 5:00AM | | |
| 2 | W,Th,F | 05:30 am - 06:00 am | $200.00 | 1 | 10/15/08 | W | 05:58 am | :30 | QCRCB756 | $200.00 | | | |
| 3 | W,Th,F | 06:00 am - 07:00 am | $250.00 | 1 | 10/17/08 | F | 06:40 am | :30 | QCRCB756 | $250.00 | CBS EARLY SHOW | | |
| 4 | W,Th,F | 07:00 am - 08:00 am | $125.00 | 1 | 10/17/08 | F | 07:29 am | :30 | QCRCB756 | $125.00 | | | |
| 5 | W,Th,F | 11:00 pm - 11:35 pm | $550.00 | 1 | 10/15/08 | W | 11:31 pm | :30 | QCRCB756 | $550.00 | WINK NEWS @ 11PM - M-F | | |
| 6 | W,Th,F | 11:35 pm - 12:37 am | $200.00 | 3 | 10/15/08 | W | 12:32 am | :30 | QCRCB756 | $200.00 | LATE SHOW WITH DAVID LETTERMAN | | |
| | | | | | 10/16/08 | Th | 12:11 am | :30 | QCRCB756 | $200.00 | | | |
| | | | | | 10/17/08 | F | 12:31 am | :30 | QCRCB756 | $200.00 | | | |

| Total Scheduled For This Period: | $1,850.00 | Billed Spots: 8 | Total Gross Billing | $1,850.00 | |
|---|---|---|---|---|---|
| | | | Agency Commission | ($277.50) | |
| | | | Net Due | $1,572.50 | $0.00 |

**Special Handling:**

We warrant that the "actual broadcast" information shown on this invoice was taken from the program log and will be available, upon request, for inspection by the advertiser or agency for at least twelve (12) months from the date of this invoice.

# WINK

Fort Myers, FL 33916
(239)334-1111 Phone
(239)334-0744 Fax

# Airtime Invoice

| Invoice #: 22119 | Page: 1 of 1 |
|---|---|
| Date: 10/26/08 | Month: October |
| Contract #: 9693 - #0620 - Oct 08 | |
| Contract Dates: 10/22/08-10/24/08 | |
| Brand: CIRCUIT CITY STO | Network: WINK |
| Estimate #: #0620 | Proposal #: |

**Billing Address:** CIRCUIT CITY STORES

**Advertiser:** CIRCUIT CITY STORES
**Billing Period:** 10/22/08-10/24/08
**Salesperson/Office:** COLLECTIONS / WINK LOCAL
**Rev. Type:** CASH AGENCY LOCAL

**Comments:**

## Airtime Revenue

| | Scheduled | | | | Actual Broadcast | | | | | | Reconciliation | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line | Days Ordered | Times Ordered | Rate | Spots | Air Date | Day | Time | Length | ISCI/Title | Rate | Debit | Credit | Reason |
| 1 | W,Th,F | 05:00 am - 05:30 am | $125.00 | 2 | 10/22/08 | W | 05:25 am | :30 | QCRCB756 | $125.00 | WINK NEWS AT 5:00AM | | |
| | | | | | 10/24/08 | F | 05:28 am | :30 | QCRCB756 | $125.00 | | | |
| 2 | W,Th,F | 05:30 am - 06:00 am | $200.00 | 1 | 10/23/08 | Th | 05:40 am | :30 | QCRCB756 | $200.00 | | | |
| 3 | W,Th,F | 06:00 am - 07:00 am | $250.00 | 1 | 10/23/08 | Th | 06:59 am | :30 | QCRCB756 | $250.00 | CBS EARLY SHOW | | |
| 4 | W,Th,F | 07:00 am - 08:00 am | $125.00 | 1 | 10/22/08 | W | 07:59 am | :30 | QCRCB756 | $125.00 | WINK NEWS @11PM - M-F | | |
| 5 | W,Th,F | 11:00 pm - 11:35 pm | $550.00 | 1 | 10/22/08 | W | 11:34 pm | :30 | QCRCB756 | $550.00 | LATE SHOW WITH DAVID LETTERMAN | | |
| 6 | W,Th,F | 11:35 pm - 12:37 am | $200.00 | 3 | 10/22/08 | W | 12:32 am | :30 | QCRCB756 | $200.00 | | | |
| | | | | | 10/23/08 | Th | 12:30 am | :30 | QCRCB756 | $200.00 | | | |
| | | | | | 10/24/08 | F | 12:33 am | :30 | QCRCB756 | $200.00 | | | |

| Total Scheduled For This Period: | $1,975.00 | Billed Spots: | 9 | Total Gross Billing | $1,975.00 | | |
|---|---|---|---|---|---|---|---|
| | | | | Agency Commission | ($296.25) | | $0.00 |
| | | | | Net Due | $1,678.75 | Special Handling: | |

We warrant that the "actual broadcast" information shown on this invoice was taken from the program log and will be available, upon request, for inspection by the advertiser or agency for at least twelve (12) months from the date of this invoice.

# Airtime Invoice

Fort Myers, FL 33916
(239)334-1111 Phone
(239)334-0744 Fax

| Invoice #: 23192 | Page: 1 of 1 |
|---|---|
| Date: 11/30/08 | Month: November |
| Contract #: 9695 - #0622 - Nov 08 | |
| Contract Dates: 11/05/08-11/07/08 | |
| Brand: CIRCUIT CITY STO | Network: WINK |
| Estimate #: #0622 | Proposal #: |

**Billing Address:**
CIRCUIT CITY STORES

**Advertiser:** CIRCUIT CITY STORES
**Billing Period:** 11/05/08-11/07/08
**Salesperson/Office:** COLLECTIONS / WINK LOCAL
**Rev. Type:** CASH AGENCY LOCAL

**Comments:**

## Airtime Revenue

| Line | Days Ordered | Scheduled Times Ordered | Rate | Spots | Air Date | Day | Time | Length | ISCI/Title | Rate | Reconciliation Debit | Credit | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | W,Th,F | 05:00 am - 05:30 am | $125.00 | 2 | 11/05/08 | W | 05:29 am | :30 | QCRCB789 | $125.00 | WINK NEWS A 5:00AM | | |
| | | | | | 11/07/08 | F | 05:13 am | :30 | QCRCB789 | $125.00 | | | |
| 2 | W,Th,F | 05:30 am - 06:00 am | $200.00 | 1 | 11/05/08 | W | 05:59 am | :30 | QCRCB789 | $200.00 | WINK NEWS THIS MORN @ 6:00A | | |
| 3 | W,Th,F | 06:00 am - 07:00 am | $250.00 | 1 | 11/05/08 | W | 06:44 am | :30 | QCRCB789 | $250.00 | | | |
| 4 | W,Th,F | 11:00 pm - 11:35 pm | $450.00 | 1 | 11/07/08 | F | 11:30 pm | :30 | QCRCB789 | $450.00 | WINK NEWS @ 11PM - M-F | | |
| 5 | W,Th,F | 11:35 pm - 12:37 am | $200.00 | 2 | 11/05/08 | W | 12:31 am | :30 | QCRCB789 | $200.00 | LATE SHOW WITH DAVID LETTERMAN | | |
| | | | | | 11/06/08 | Th | 12:12 am | :30 | QCRCB789 | $200.00 | | | |

| Total Scheduled For This Period: | $1,550.00 | Billed Spots: 7 | Total Gross Billing | $1,550.00 | |
| --- | --- | --- | --- | --- | --- |
| | | | Agency Commission | ($232.50) | |
| | | | Net Due | $1,317.50 | Special Handling: $0.00 |

We warrant that the "actual broadcast" information shown on this invoice was taken from the program log and will be available, upon request, for inspection by the advertiser or agency for at least twelve (12) months from the date of this invoice.

# WINK Airtime Invoice

Fort Myers, FL 33916
(239)334-1111 Phone
(239)334-0744 Fax

| | |
|---|---|
| Invoice #: 23193 | Page: 1 of 1 |
| Date: 11/30/08 | Month: November |
| Contract #: 9694 - #0621 - Oct 08 | |
| Contract Dates: 10/29/08-10/31/08 | Network: WINK |
| Brand: CIRCUIT CITY STO | |
| Estimate #: #0621 | Proposal #: |

**Billing Address:** CIRCUIT CITY STORES

**Advertiser:** CIRCUIT CITY STORES
**Billing Period:** 10/29/08-10/31/08
**Salesperson/Office:** COLLECTIONS / WINK LOCAL
**Rev. Type:** CASH AGENCY LOCAL

**Comments:**

## Airtime Revenue

| Line | Days Ordered | Scheduled Times Ordered | Rate | Spots | Air Date | Day | Time | Length | ISCI/Title | Rate | Debit | Credit | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | W,Th,F | 05:00 am - 05:30 am | $125.00 | 2 | 10/29/08 | W | 05:11 am | :30 | QCRCB7888 | $125.00 | WINK NEWS A 5:00AM | | |
| | | | | | 10/30/08 | Th | 05:26 am | :30 | QCRCB7888 | $125.00 | | | |
| 2 | W,Th,F | 05:30 am - 06:00 am | $200.00 | 1 | 10/29/08 | W | 05:40 am | :30 | QCRCB7888 | $200.00 | | | |
| 3 | W,Th,F | 06:00 am - 07:00 am | $250.00 | 1 | 10/30/08 | Th | 06:53 am | :30 | QCRCB7888 | $250.00 | | | |
| 4 | W,Th,F | 11:00 pm - 11:35 pm | $550.00 | 1 | 10/31/08 | F | 11:11 pm | :30 | QCRCB7888 | $550.00 | WINK NEWS @11PM - M-F | | |
| 5 | W,Th,F | 11:35 pm - 12:37 am | $200.00 | 3 | 10/29/08 | W | 12:32 am | :30 | QCRCB7888 | $200.00 | LATE SHOW WITH DAVID LETTERMAN | | |
| | | | | | 10/30/08 | Th | 12:30 am | :30 | QCRCB7888 | $200.00 | | | |
| | | | | | 10/31/08 | F | 11:59 pm | :30 | QCRCB7888 | $200.00 | | | |

| Total Scheduled For This Period: | $1,850.00 | Billed Spots: 8 | Total Gross Billing | $1,850.00 |
|---|---|---|---|---|
| | | | Agency Commission | ($277.50) |
| | | | | $0.00 |
| | | | Net Due | $1,572.50 |

**Special Handling:**

We warrant that the "actual broadcast" information shown on this invoice was taken from the program log and will be available, upon request, for inspection by the advertiser or agency for at least twelve (12) months from the date of this invoice.

# Airtime Invoice

**WINK**
Fort Myers, FL 33916
(239)334-1111 Phone
(239)334-0744 Fax

| Invoice #: | 23910 | Page: | 1 of 1 |
|---|---|---|---|
| Date: | 12/28/08 | Month: | December |

| Contract #: | 9705 - #0628 - Dec 08 | Network: | WINK |
|---|---|---|---|
| Contract Dates: | 12/17/08-12/19/08 | | |
| Brand: | CIRCUIT CITY STO | Proposal #: | |
| Estimate #: | #0628 | | |

**Billing Address:**
CIRCUIT CITY STORES

**Advertiser:** CIRCUIT CITY STORES
**Billing Period:** 12/17/08-12/19/08
**Salesperson/Office:** COLLECTIONS / WINK LOCAL
**Rev. Type:** CASH AGENCY LOCAL

**Comments:**

## Airtime Revenue

| Line | Days Ordered | Scheduled Times Ordered | Rate | Spots | Air Date | Day | Time | Length | ISCI/Title | Rate | Debit | Credit | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | W,Th,F | 05:30 am - 06:00 am | $200.00 | 2 | 12/17/08 | W | 05:55 am | :30 | QCRCB806 | $200.00 | | | |
| | | | | | 12/19/08 | F | 05:54 am | :30 | QCRCB806 | $200.00 | WINK NEWS THIS MORN @ 6:00A | | |
| 2 | W,Th,F | 06:00 am - 07:00 am | $250.00 | 1 | 12/17/08 | W | 06:28 am | :30 | QCRCB806 | $250.00 | CBS EARLY SHOW | | |
| 3 | W,Th,F | 07:00 am - 08:00 am | $125.00 | 1 | 12/17/08 | W | 07:29 am | :30 | QCRCB806 | $125.00 | | | |
| 4 | W,Th,F | 11:00 pm - 11:35 pm | $450.00 | 1 | 12/17/08 | W | 11:34 pm | :30 | QCRCB806 | $450.00 | WINK NEWS @ 11PM - M-F | | |
| 5 | W,Th,F | 11:35 pm - 12:37 am | $200.00 | 3 | 12/17/08 | W | 12:30 am | :30 | QCRCB806 | $200.00 | LATE SHOW WTH DAVID LETTERMAN | | |
| | | | | | 12/18/08 | Th | 12:01 am | :30 | QCRCB806 | $200.00 | | | |
| | | | | | 12/19/08 | F | 11:49 pm | :30 | QCRCB806 | $200.00 | | | |
| 6 | W,Th,F | 05:00 pm - 05:57 pm | $350.00 | 2 | 12/17/08 | W | 05:40 pm | :30 | QCRCB806 | $350.00 | | | |
| | | | | | 12/18/08 | Th | 05:29 pm | :30 | QCRCB806 | $350.00 | | | |

| Total Scheduled For This Period: | $2,525.00 | Billed Spots: | 10 | | | | | | Total Gross Billing | $2,525.00 | | | |
| | | | | | | | | | Agency Commission | ($378.75) | Special Handling: | | |
| | | | | | | | | | Net Due | $2,146.25 | | $0.00 | |

We warrant that the "actual broadcast" information shown on this invoice was taken from the program log and will be available, upon request, for inspection by the advertiser or agency for at least twelve (12) months from the date of this invoice.

# WINK Airtime Invoice

Fort Myers, FL 33916
(239)334-1111 Phone
(239)334-0744 Fax

Page: 1 of 1
Month: December

| | |
|---|---|
| Invoice #: | 23911 |
| Date: | 12/28/08 |
| Contract #: | 10908 - CIRCUIT CITY est 0643 Dec 08 |
| Contract Dates: | 12/25/08-12/26/08 |
| Brand: | CIRCUIT CITY STO |
| Estimate #: | 0643 |
| Network: | WINK |
| Proposal #: | O7684 |

**Billing Address:** CIRCUIT CITY STORES
**Advertiser:** CIRCUIT CITY STORES
**Billing Period:** 12/25/08-12/26/08
**Salesperson/Office:** COLLECTIONS / WINK LOCAL
**Rev. Type:** CASH AGENCY LOCAL

**Comments:**

## Airtime Revenue

| Line | Days Ordered | Scheduled Times Ordered | Rate | Spots | Air Date | Day | Time | Length | ISCI/Title | Rate | Debit | Credit | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Th,F | 05:30 am - 06:00 am | $200.00 | 2 | 12/25/08 | Th | 05:58 am | :30 | | $0.00 | | ($200.00) | PROGRAM CHANG |
| | | | | | 12/26/08 | F | | :30 | QCRCB810 | $200.00 | | | |
| 7 | F | 05:30 am - 06:00 am | $200.00 | M/G | M/G for 10908-1-1040698 12/25/2008 PROGRAM CHANGE/NO RETURN | | | | | | | | |
| | | | | | 12/26/08 | F | 05:45 am | :30 | QCRCB810 | $200.00 | | | |
| 2 | Th,F | 06:00 am - 07:00 am | $250.00 | 2 | 12/25/08 | Th | 06:18 am | :30 | QCRCB810 | $250.00 | | | |
| | | | | | 12/26/08 | F | 06:55 am | :30 | QCRCB810 | $250.00 | | | |
| 3 | Th,F | 07:00 am - 08:00 am | $125.00 | 2 | 12/25/08 | Th | 07:51 am | :30 | QCRCB810 | $125.00 | | | |
| | | | | | 12/26/08 | F | 07:51 am | :30 | QCRCB810 | $125.00 | | | |
| 4 | Th,F | 07:30 pm - 08:00 pm | $350.00 | 1 | 12/26/08 | F | 07:56 pm | :30 | QCRCB810 | $350.00 | INSIDE EDITION 7:30PM | | |
| 5 | Th,F | 11:00 pm - 11:35 pm | $450.00 | 2 | 12/25/08 | Th | 11:24 pm | :30 | QCRCB810 | $450.00 | WINK NEWS @ 11PM - M-F | | |
| | | | | | 12/26/08 | F | 11:22 pm | :30 | QCRCB810 | $450.00 | | | |
| 6 | Th,F | 11:35 pm - 12:37 am | $200.00 | 3 | 12/25/08 | Th | 12:15 am | :30 | QCRCB810 | $200.00 | LATE SHOW W/TH DAVID LETTERMAN | | |
| | | | | | 12/25/08 | Th | 12:33 am | :30 | QCRCB810 | $200.00 | | | |
| | | | | | 12/26/08 | F | 12:32 am | :30 | QCRCB810 | $200.00 | | | |

| Total Scheduled For This Period: | $3,000.00 | Billed Spots: | 12 | | Total Gross Billing | $3,000.00 | $200.00 | ($200.00) | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 12 | | Agency Commission | ($450.00) | | | |
| | | | | | Net Due | $2,550.00 | | | |

**Special Handling:**

We warrant that the "actual broadcast" information shown on this invoice was taken from the program log and will be available, upon request, for inspection by the advertiser or agency for at least twelve (12) months from the date of this invoice.

# Airtime Invoice

**WINK**
Fort Myers, FL 33916
(239)334-1111 Phone
(239)334-0744 Fax

| Invoice #: 23912 | Page: 1 of 1 |
|---|---|
| Date: 12/28/08 | Month: December |

| Contract #: | 9703 - #0626 - Dec 08 |
|---|---|
| Contract Dates: | 12/03/08-12/05/08 |
| Brand: | CIRCUIT CITY ST( Network: WINK |
| Estimate #: | #0626    Proposal #: |

**Billing Address:**
CIRCUIT CITY STORES

| Advertiser: | CIRCUIT CITY STORES |
|---|---|
| Billing Period: | 12/03/08-12/05/08 |
| Salesperson/Office: | COLLECTIONS / WINK LOCAL |
| Rev. Type: | CASH AGENCY LOCAL |

**Comments:**

## Airtime Revenue

| Line | Days Ordered | Scheduled Times Ordered | Rate | Spots | Air Date | Day | Time | Length | ISCI/Title | Rate | Reconciliation Debit | Credit | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | W,Th,F | 05:00 am - 05:30 am | $125.00 | 1 | 12/03/08 | W | 05:14 am | :30 | QCRCB803 | $125.00 | WINK NEWS AT 5:00AM | | |
| 2 | W,Th,F | 05:30 am - 06:00 am | $200.00 | 1 | 12/03/08 | W | 05:43 am | :30 | QCRCB803 | $200.00 | | | |
| 3 | W,Th,F | 06:00 am - 07:00 am | $250.00 | 3 | 12/03/08 | W | 06:12 am | :30 | QCRCB803 | $250.00 | WINK NEWS THIS MORN @ 6:00A | | |
| | | | | | 12/04/08 | Th | 06:29 am | :30 | QCRCB803 | $250.00 | | | |
| | | | | | 12/05/08 | F | 06:27 am | :30 | QCRCB803 | $250.00 | | | |
| 4 | W,Th,F | 07:00 am - 08:00 am | $125.00 | 1 | 12/03/08 | W | 07:51 am | :30 | QCRCB803 | $125.00 | CBS EARLY SHOW | | |
| 5 | W,Th,F | 11:00 pm - 11:35 pm | $450.00 | 1 | 12/04/08 | Th | 11:34 pm | :30 | QCRCB803 | $450.00 | WINK NEWS @ 11PM - M-F | | |
| 6 | W,Th,F | 11:35 pm - 12:37 am | $200.00 | 3 | 12/03/08 | W | 11:47 pm | :30 | QCRCB803 | $200.00 | LATE SHOW WTH DAVID LETTERMAN | | |
| | | | | | 12/04/08 | Th | 12:31 am | :30 | QCRCB803 | $200.00 | | | |
| | | | | | 12/05/08 | F | 11:45 pm | :30 | QCRCB803 | $200.00 | | | |

| Total Scheduled For This Period: | $2,250.00 | 10 | Billed Spots: | 10 | Total Gross Billing | $2,250.00 | |
|---|---|---|---|---|---|---|---|
| | | | | | Agency Commission | ($337.50) | Special Handling: |
| | | | | | Net Due | $1,912.50 | $0.00 |

We warrant that the "actual broadcast" information shown on this invoice was taken from the program log and will be available, upon request, for inspection by the advertiser or agency for at least twelve (12) months from the date of this invoice.

# WINK Airtime Invoice

Fort Myers, FL 33916
(239)334-1111 Phone
(239)334-0744 Fax

| | |
|---|---|
| Invoice #: 23913 | Page: 1 of 1 |
| Date: 12/28/08 | Month: December |
| Contract #: 9704 - #0627 - Dec 08 | |
| Contract Dates: 12/10/08-12/12/08 | |
| Brand: CIRCUIT CITY STO | Network: WINK |
| Estimate #: #0627 | Proposal #: |

**Billing Address:**

**Advertiser:** CIRCUIT CITY STORES
**Billing Period:** 12/10/08-12/12/08
**Salesperson/Office:** COLLECTIONS / WINK LOCAL
**Rev. Type:** CASH AGENCY LOCAL

**Comments:**

## Airtime Revenue

| Line | Days Ordered | Scheduled Times Ordered | Rate | Spots | Air Date | Day | Time | Length | ISCI/Title | Rate | Reconciliation Debit | Credit | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | W,Th,F | 05:30 am - 06:00 am | $200.00 | 2 | 12/10/08 | W | 05:42 am | :30 | QCRCB805 | $200.00 | | | |
| | | | | | 12/12/08 | F | 05:59 am | :30 | QCRCB805 | $200.00 | WINK NEWS THIS MORN @ 6:00A | | |
| 2 | W,Th,F | 06:00 am - 07:00 am | $250.00 | 3 | 12/10/08 | W | 06:14 am | :30 | QCRCB805 | $250.00 | | | |
| | | | | | 12/11/08 | Th | 06:29 am | :30 | QCRCB805 | $250.00 | | | |
| | | | | | 12/12/08 | F | 06:28 am | :30 | QCRCB805 | $250.00 | | | |
| 3 | W,Th,F | 07:00 am - 08:00 am | $125.00 | 1 | 12/10/08 | W | 07:59 am | :30 | QCRCB805 | $125.00 | CBS EARLY SHOW | | |
| 4 | W,Th,F | 11:00 pm - 11:35 pm | $450.00 | 1 | 12/11/08 | Th | 11:30 pm | :30 | QCRCB805 | $450.00 | WINK NEWS @ 11PM - M-F | | |
| 5 | W,Th,F | 11:35 pm - 12:37 am | $200.00 | 3 | 12/10/08 | W | 12:00 am | :30 | QCRCB805 | $200.00 | LATE SHOW WITH DAVID LETTERMAN | | |
| | | | | | 12/11/08 | Th | 12:34 am | :30 | QCRCB805 | $200.00 | | | |
| | | | | | 12/12/08 | F | 12:29 am | :30 | QCRCB805 | $200.00 | | | |

| Total Scheduled For This Period: | $2,325.00 | 10 | Billed Spots: | 10 | Total Gross Billing | $2,325.00 | | $0.00 | |
|---|---|---|---|---|---|---|---|---|---|

Agency Commission ($348.75)
Net Due $1,976.25

**Special Handling:**

We warrant that the "actual broadcast" information shown on this invoice was taken from the program log and will be available, upon request, for inspection by the advertiser or agency for at least twelve (12) months from the date of this invoice.