Rodney F. Page (Va. Bar No. 12402)
Bryan Cave LLP
1155 F Street, NW
Washington, D.C. 20004
Telephone: (202) 508-6002
Facsimile: (202) 508-6200
Email: rpage@bryancave.com
*Counsel for Wells Fargo Bank, N.A.*
*And Bank of America, N.A.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | **Case No. 08-35653 (KRH)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| _____ | ) | |
| | ) | |
| **WELLS FARGO BANK, N.A.,** | ) | |
| **SUCCESSOR-BY-MERGER TO** | ) | |
| **WELLS FARGO BANK MINNESOTA,** | ) | |
| **N.A., AS TRUSTEE FOR THE** | ) | |
| **REGISTERED HOLDERS OF MERRILL** | ) | |
| **LYNCH MORTGAGE INVESTORS, INC.** | ) | |
| **MORTGAGE PASS-THROUGH** | ) | |
| **CERTIFICATES, SERIES 1998-C1-CTL,** | ) | |
| **AND BANK OF AMERICA, N.A.,** | ) | |
| **SUCCESSOR BY MERGER TO** | ) | |
| **LASALLE BANK, N.A., AS TRUSTEE** | ) | |
| **FOR THE REGISTERED HOLDERS OF** | ) | |
| **GMAC COMMERCIAL MORTGAGE** | ) | |
| **SECURITIES, INC. MORTGAGE** | ) | |
| **PASS-THROUGH CERTIFICATES,** | ) | |
| **SERIES 1998-C2,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** | ) | |
| | ) | |
| **Respondent.** | ) | |

349284.1

**AMENDED NOTICE OF HEARING**

On June 26, 2009, Wells Fargo Bank, N.A., successor-by-merger to Wells Fargo Bank Minnesota, N.A., in its capacity as Trustee for the Registered Holders of Merrill Lynch Mortgage Investors, Inc. Mortgage Pass-Through Certificates, Series 1998-C1-CTL ("Wells Fargo") and Bank of America, N.A., Successor by Merger to LaSalle Bank, N.A., as Trustee for the Registered Holders of GMAC Commercial Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 1998-C2 ("Bank of America") (collectively, the "Trustees") filed with the Court a Notice of and Motion and Supporting Memorandum for the Entry of an Order Determining that the Automatic Stay is Inapplicable to the Commencement and Prosecution of Certain Mortgage Foreclosure Actions or, in the Alternative, for Relief from the Automatic Stay Pursuant to § 362(d)(2) (the "Motion").

The Motion incorrectly listed the date for the hearing as July 29, 2009 at 9:30 a.m. In compliance with the Court's omnibus order in the above-captioned matter, notice is hereby given that the hearing on the Motion is scheduled to be held on July 23, 2009 at 11 a.m. in Courtroom 5000, United States Bankruptcy Court, U.S. Courthouse, 701 Broad Street, Richmond, Virginia.

Dated: July 1, 2009                                     Respectfully submitted,

 

**BRYAN CAVE LLP**

By: /s/  Rodney F. Page
Rodney F. Page (Va. Bar No. 12402)
Bryan Cave LLP
1155 F Street, NW
Washington, D.C. 20004
Telephone: (202) 508-6002
Facsimile: (202) 508-6200
Email: rpage@bryancave.com
*Counsel for Wells Fargo Bank, N.A. and Bank of America, N.A.*

## **CERTIFICATE OF SERVICE**

I, Rodney F. Page, certify that I am not less than 18 years of age, and that on the date set forth below, a true and accurate copy of the foregoing Amended Notice of Hearing was personally filed with the Clerk of the Bankruptcy Court for the Easter District of Virginia, Richmond Division was mailed, by U.S. mail, first class, postage prepaid, to all persons on the attached Service List.

Dated: July 1, 2009                                              /s/ Rodney F. Page
                                                                                                      Rodney F. Page (Va. Bar No. 12402)
Bryan Cave LLP
1155 F Street, NW
Washington, D.C. 20004
Telephone: (202) 508-6002
Facsimile: (202) 508-6200
Email: rpage@bryancave.com

*Counsel for Wells Fargo Bank, N.A. and Bank of America, N.A.*

## SERVICE LIST

| | |
|---|---|
| Circuit City Stores, Inc.<br>9950 Mayland Dr.<br>Richmond, Virginia 23233<br>Attn: Reginald D. Hedgebeth<br>*Debtor* | Chris L. Dickerson, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>33 West Wacker Drive<br>Chicago, IL 60606<br>*Counsel for Debtor* |
| Circuit City Stores, Inc.<br>9950 Mayland Dr.<br>Richmond, Virginia 23233<br>Attn: Daniel W. Ramsey<br>*Debtor* | Linda K. Myers, Esq.<br>Kirkland & Ellis LLP<br>200 E. Randolph Drive<br>Chicago, IL 60601<br>*Special Counsel for Debtor* |
| Daniel F. Blanks, Esq.<br>Douglas M. Foley, Esq.<br>McGuire Woods LLP<br>9000 World Trade Center<br>101 W. Main Street<br>Norfolk, VA 23510<br>*Counsel for Debtor* | Robert Van Arsdale, Esq.<br>Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>701 E. Broad Street, Suite 4303<br>Richmond, VA 23219 |
| Dion W. Hayes, Esq.<br>James S. Sheerin, Esq.<br>Sarah Beckett Boehm, Esq.<br>McGuire Woods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219<br>*Counsel for Debtor* | Linda V. Tavenner, Esq.<br>Tavenner & Beran, PLC<br>20 North Eighth Street<br>Second Floor<br>Richmond, VA 23219<br>*Counsel for the Official Committee of Unsecured Creditors* |
| Gregg M. Galardi, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>One Rodney Square<br>P.O.Box 636<br>Wilmington, DE 19899-0636<br>*Counsel for Debtor* | Robert J. Feinsten, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 26th Floor<br>New York, NY 10017<br>*Counsel for the Official Committee of Unsecured Creditors* |