I oppose the disallowance of my claim, Brandon Schaffner 60 Don Rene Rd. Mt. Wolf, Pa 17347-9655

Enclosed is proof of purchase - wish this money returned. A copy of my claim is enclosed. Phone is 717-968-0104 or 717 395 6129.

Claim # ~~XXXX~~ noted for $1 154.98.

Thank you,

Brandon C. Schaffner
60 Don Rene Rd.
Mt. Wolf, Pa. 17347

[FILED JUL 01 2009 - RICHMOND DIVISION - CLERK U.S. BANKRUPTCY COURT]



I oppose the disallowance of my claim.

Brandon Schaffner

phone 717-395-6129 or 717-968-0104

**(DETACH HERE)**     **(DETACH HERE)**

**FOR REMITTANCE ONLY** (IF SUFFICIENT FUNDS ARE NOT ON DEPOSIT)

| NET AMOUNT | ACCOUNT NUMBER | SETTLEMENT DATE |
|---|---|---|
| $1,152.00 | 438-25307-1-7 | 02/17/2004 |

SEC REGULATIONS REQUIRE FUNDS/SECURITIES (IF NOT ON DEPOSIT) BY SETTLEMENT DATE. PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE PAYABLE TO: **TD Waterhouse Investor Services, Inc.**

CRAIG G SCHAFFNER CUSTODIAN
BRANDON C SCHAFFNER UNIF GIFTS
TO MINORS ACT PA
60 DON RENE RD
MT WOLF PA 17347-9655

TD Waterhouse Investor Services, Inc.
PO Box 2630
Jersey City, NJ 07302-2630

**TD WATERHOUSE INVESTOR SERVICES, INC.**
Member NYSE/SIPC
2000 Linglestown Road, Suite 109
Harrisburg, PA 17110-9318
(800) 934-4448

Receipt on both sides of paper

**TRADE CONFIRMATION**

| ACCOUNT NUMBER | 438-25307-1-7 |
| ACCOUNT TYPE | CASH |
| CUSIP NO. | 17273710B000 |
| SECURITY NUMBER | C421001 |
| INTERNAL USE ONLY | D6937 I 00161 |
| M C | 6 1 |
| R.R. | 300 |

| TRADE DATE | 02/11/2004 |
| PROCESS DATE | 02/11/2004 |
| SETTLEMENT DATE | 02/17/2004 |

CRAIG G SCHAFFNER CUSTODIAN
BRANDON C SCHAFFNER UNIF GIFTS
TO MINORS ACT PA
60 DON RENE RD
MT WOLF PA 17347-9655

| YOU BOUGHT | YOU SOLD | SYMBOL | PRICE |
|---|---|---|---|
| 100 | | CC | 11.17000 |

DESCRIPTION

CIRCUIT CITY STORES INC
CIRCUIT CITY GROUP