## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

In re:        Circuit City Stores, Inc.

               Debtor,                                    Case No.: 08-35653-KRH
                                                          Chapter 11

### RESPONSE TO THIRTEENTH OMNIBUS OBJECTION TO CERTAIN AMENDED CLAIMS

NOW COMES The Columbus Dispatch ("Columbus"), by counsel, and for its Response to the Thirteenth Objection to Certain Amended Claims, states as follows:

1. Columbus has no objection to the relief requested by the Debtor, specifically that Columbus' claim filed on January 16, 2009 (Claim #4165) be disallowed and that its amended claim filed on April 24, 2009 (Claim #12386) "survive."

WHEREFORE, Columbus requests the objection as proposed by the debtor be allowed and that it be granted such other and further relief as is consistent with the foregoing.

The Columbus Dispatch

By:    /s/ Carl A. Eason
            Of Counsel

Carl A. Eason, Esquire
Counsel for Columbus
Wolcott Rivers Gates
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, Virginia 23452
(757) 497-6633
VSB# 18636

CERTIFICATION OF SERVICE

       I hereby certify that on the 1st day of July, 2009, a true copy of the foregoing Response was mailed or electronically transmitted to the following:

Daniel F. Blanks, Esquire
9000 World Trade Center,
101 W. Main Street
Norfolk, VA 23510
Counsel for debtor

W. Clarkson McDow, Jr. Esquire
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA, 23219

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

*Creditor Committee*
**Brad R. Godshall, Esquire**
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

*Creditor Committee*
**Jeffrey N. Pomerantz, Esquire**
10100 Santa Monica Blvd., Suite 1100
Los Angeles, VA 90067

*Creditor Committee*
**John D. Fiero, Esquire**
150 California Street, 15th Floor
San Francisco, CA 94111-4500

*Creditor Committee*
**Lynn L. Tavenner, Esquire**
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

*Creditor Committee*
**Robert J. Feinstein, Esquire**
780 Third Avenue, 36th Floor
New York, NY 10017

/s/ Carl A. Eason