UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| In re | Chapter 11 |
|---|---|
| CIRCUIT CITY STORES, INC., *et. al.,,* | Case No. 08-35653-KRH |
| *Debtors.* | Jointly Administered |

MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE
PRIORITY CLAIM BY DALY CITY PARTNERS I, L.P.

COMES NOW, DALY CITY PARTNERS I, L.P. ("Claimant"), by and through its counsel, and hereby moves the Court for entry of an order pursuant to 11 U.S.C. §365(d)(3) and §503(b)(1)(A) allowing and directing payment of Claimant's administrative expense claim. In support of its motion, Claimant respectfully represents:

1. Debtors Circuit City Stores, Inc. ("Circuit City") and Circuit City Stores West Coast, Inc. ("West Coast") each filed a voluntary petition under chapter 11 of the Bankruptcy Code on November 10, 2008. The cases of Circuit City and West Coast have been ordered jointly administered.

2. Pursuant to this Court's Order Pursuant to Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (I) Setting Administrative Bar Date and Procedures for Filing and Objecting to Administrative Expense Requests and (II) Approving Form and Manner of Notice Thereof ("Order"), the deadline to submit requests for administrative claim requests was June 30, 2009.

Valerie P. Morrison, Va. Bar No. 24565
Dylan G. Trache, Va. Bar No. 45939
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
(703) 905-2800

Julie H. Rome-Banks, Esquire
BINDER & MALTER LLP
2775 Park Avenue
Santa Clara, CA 95050
(408) 295-1700

*Counsel to Daly City Partners I, L.P.*

3. Claimant timely submitted its Request for Allowance and Payment of Administrative Priority Claim ("Request") in accordance with the Order. A copy of the Request is attached hereto as Exhibit "A" and is incorporated herein by reference as though fully restated.

Wherefore, for the reasons set forth in the Request, Claimant asks this Court to enter an order allowing and directing payment of Claimant's administrative expense claim pursuant to 11 U.S.C. §503(b)(1)(A) in the amount of $60,538.17 and granting such additional relief as the Court deems just and proper.

Dated: July 2, 2009                                             DALY CITY PARTNERS I, L.P.

                                                                By Counsel


 /s/ Valerie P. Morrison
Valerie P. Morrison, Va. Bar No. 24565
Dylan G. Trache, Va. Bar No. 45939
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, VA  22102
Telephone: 703-905-2826
Facsimile: 703-905-2820
Email: vmorrison@wileyrein.com
            dtrache@wileyrein.com

and

Julie H. Rome-Banks, Esq.
BINDER & MALTER LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: 408-295-1700
Facsimile: 408-295-1531
email: julie@bindermalter.com

Attorneys for Daly City Partners I, L.P.

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July 2009, a copy of the foregoing Motion was sent by electronic mail or by first class mail, postage prepaid, to the Core Group service list and the 2002 List in compliance with the Order establishing Notice, Case Management and Administrative Procedures.

    /s/ Valerie P. Morrison
Valerie P. Morrison

13016320.1