# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | |
| CIRCUIT CITY STORES, INC., *et al.*, ) | Bankruptcy Case |
| ) | No. 08-35653-KRH |
| Debtors. ) | Chapter 11 |
| ) | |

## NOTICE OF MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE PRIORITY CLAIM BY DALY CITY PARTNERS I, L.P. AND NOTICE OF HEARING THEREON

PLEASE TAKE NOTICE that Daly City Partners I, L.P., by its undersigned counsel, has filed a Motion for Allowance and Payment of Administrative Priority Claim ("Motion").

A hearing on the Motion will be held at:

**Place of Hearing:**

United States Bankruptcy Court
701 East Broad Street, Courtroom 5000
Richmond, Virginia 23219

**Date and Time of Hearing:**

July 23, 2009
at 11:00 a.m.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case (If you do not have an attorney, you may wish to consult one). If you do not wish the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, you or your attorney must:

- On or before July 16, 2009 by 5:00 p.m., file with the Court, at the address shown below, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed and served by the**

---

Valerie P. Morrison, Va. Bar No. 24565
Dylan G. Trache, Va. Bar No. 45939
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
(703) 905-2800

Julie H. Rome-Banks, Esquire
BINDER & MALTER LLP
2775 Park Avenue
Santa Clara, CA 95050
(408) 295-1700

*Counsel to Daly City Partners I, L.P.*

**date specified, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the Court for filing, you must mail it early enough so the Court **will receive** it at or before the date specified above.

- Clerk of the Court
  United States Bankruptcy Court
  701 East Broad Street
  Richmond, Virginia 23219

- You must **also** serve a copy of your response to the persons listed below.

  Valerie P. Morrison, Esquire
  Dylan G. Trache, Esquire
  WILEY REIN LLP
  7925 Jones Branch Drive, Suite 6200
  McLean, Virginia 22102

  Julie H. Rome-Banks, Esquire
  BINDER & MALTER LLP
  2775 Park Avenue
  Santa Clara, CA 95050

  United States Trustee, Region 4
  701 East Broad Street, Suite 4304
  Richmond, Virginia 23219

  And to all other parties as identified in the Case Management Order entered on November 13, 2008.

- You (or your attorney if you have one) must also attend the hearing at the place and on the date shown above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated: July 2, 2009

        Respectfully submitted

        DALY CITY PARTNERS I, L.P.

        By Counsel

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia  22102
Telephone: (703) 905-2800
Facsimile: (703) 905-2820


By:     /s/ Valerie P. Morrison
       Valerie P. Morrison, Va. Bar No. 24565
       Dylan G. Trache, Va. Bar No. 45939

Julie H. Rome-Banks, Esquire
BINDER & MALTER LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone:  (408) 295-1700
Facsimile:  (408) 295-1531

*Counsel to Daly City Partners I, L.P.*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of July 2009, a copy of the foregoing Notice was sent by electronic mail or by first class mail, postage prepaid, to the Core Group service list and the 2002 List in compliance with the Order establishing Notice, Case Management and Administrative Procedures.

      /s/ Valerie P. Morrison
      Valerie P. Morrison

13016297.1