# CB RICHARD ELLIS

(214) 891-6860
5910 North Central Expressway, Ste 785
Dallas, TX 75206

**Statement**

Account: cb6335aa - F600 - t0020425

Date: 10/21/08

Payment: $ _____

**Circuit City #3264**
**9950 Maryland Drive**
**Richmond, VA 23233**

*Remittance Address*
TIAA-CREF
South Frisco Village
14487 Collections Center Drive
Chicago, IL 60693-4487

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 0.00 |
| 11/01/08 | Operating Expenses (11/2008) | 2,610.00 | | 2,610.00 |
| 11/01/08 | Rent - Retail (11/2008) | 40,113.85 | | 42,723.85 |

| Current | 30 Days | 60 Days | 90 Days | Amount Due |
|---|---|---|---|---|
| 42,723.85 | 0.00 | 0.00 | 0.00 | 42,723.85 |