Print

# TAX STATEMENT

FRISCO I.S.D  
6948 MAPLE STREET  
PO BOX 547  
FRISCO, TX 75034

DATE: 1/26/2009

|  |  |
|---|---|
| ACCOUNT NO: | 002115320 |
| PROPERTY ID: | 4509-00A-0140-1 |
| LOCATION: | 2930 PRESTON RD |

PROPERTY OWNER :  
TEACHERS INSURANCE & ANNUITY ASSOC  
ATTN RUBY CHAMBLISS  
8500 ANDREW CARNEGIE BLVD  
CHARLOTTE, NC 28262-8500

AMOUNT DUE IF PAID IN:

| | |
|---|---|
| JANUARY: | $0.00 |
| FEBRUARY: | $0.00 |
| MARCH: | $0.00 |
| APRIL: | $0.00 |

Return this portion with payment

-------- cut here --------------------------------------------------------------------------------------

Retain this portion for your records. This copy plus your cancelled check is your receipt.

FRISCO I.S.D  
6948 MAPLE STREET  
PO BOX 547  
FRISCO, TX 75034  
(469)633-6100

PROPERTY DESCRIPTION:  
  GEORGE MIXON, BLOCK A, LOT 14,  
  ACRES 25.0850

| | |
|---|---|
| ACCOUNT NO: | 002115320 |
| PIDN: | 4509-00A-0140-1 |
| ACRES: | |
| LOCATION: | 2930 PRESTON RD |

\*\*\*\*\*\*\*\*\*\* T A X E S   D U E \*\*\*\*\*\*\*\*\*\*

| | | | | AMOUNT DUE IF PAID IN: 2009 | | |
|---|---|---|---|---|---|---|
| YEAR | ENTITY | TAX LEVY | JANUARY | FEBRUARY | MARCH | APRIL |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | TOTALS: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

The information shown may not be the actual information recorded in the tax office, and may not include all amounts due to satisfy the account. Please contact the Tax Office (469-633-6100) or Delinquent Tax Attorney (972-424-8501) for complete payoff information. This information is current as of: 01/23/2009 18:00

Print

Frisco ISD - Tax Office

Bill Bay #: 79-605-006335aa

Page 1 of 1

[Print]

## TAX STATEMENT

FRISCO I.S.D
6948 MAPLE STREET
PO BOX 547
FRISCO, TX 75034

Approved
DEC - 2 2008

DATE: 12/2/2008

ACCOUNT NO: 002115320
PROPERTY ID: 4509-00A-0140-1
LOCATION: 2930 PRESTON RD

PROPERTY OWNER:
TEACHERS INSURANCE & ANNUITY ASSOC
ATTN RUBY CHAMBLISS
8500 ANDREW CARNEGIE BLVD
CHARLOTTE, NC 28262-8500

AMOUNT DUE IF PAID IN:
DECEMBER:   $576,800.73
JANUARY:    $576,800.73
FEBRUARY:   $617,176.78
MARCH:      $628,712.79

Return this portion with payment

--------- cut here ----------------------------------------------------------------

Retain this portion for your records. This copy plus your cancelled check is your receipt.

FRISCO I.S.D
6948 MAPLE STREET
PO BOX 547
FRISCO, TX 75034
(469)633-6100

PROPERTY DESCRIPTION:
GEORGE MIXON, BLOCK A, LOT 14,
ACRES 25.0850

ACCOUNT NO:  002115320
PIDN:        4509-00A-0140-1
ACRES:
LOCATION:    2930 PRESTON RD

\*\*\*\*\*\*\*\*\* TAXES DUE \*\*\*\*\*\*\*\*\*\*

| YEAR | ENTITY | TAX LEVY | DECEMBER | JANUARY | FEBRUARY | MARCH |
|---|---|---|---|---|---|---|
| 2008 | Frisco I.S.D. | 576,800.73 | 576,800.73 | 576,800.73 | 617,176.78 | 628,712.79 |
| | TOTALS: | $576,800.73 | $576,800.73 | $576,800.73 | $617,176.78 | $628,712.79 |

AMOUNT DUE IF PAID IN: 2008

The information shown may not be the actual information recorded in the tax office, and may not include all amounts due to satisfy the account. Please contact the Tax Office (469 633-6100) or Delinquent Tax Attorney (972-424-8501) for complete payoff information. This information is current as of 12/01/2008 18:00

[Print]

http://www.texaspayments.com/043905/delinquent.asp                            12/2/2008

Home | Departments | Tax Assessor and Collector | Tax Statement Lookup

# Tax Statement Lookup

1/26/09

KENNETH L. MAUN
TAX ASSESSOR COLLECTOR
COLLIN COUNTY
1800 N. GRAVES STREET STE 170
P.O. BOX 8046
MCKINNEY TEXAS 75070-8046
972-547-5020
METRO 972-424-1460 EXT. 5020

## 2008 CURRENT TAX STATEMENT

R-4509-00A-0140-1

TEACHERS INSURANCE & ANNUITY ASSOC
SOUTH FRISCO VILLAGE
ATTN RUBY CHAMBLISS
8500 ANDREW CARNEGIE BLVD
CHARLOTTE          NC 28262-8500
Assessment Ratio = 100%

GEORGE MIXON, BLOCK A,
LOT 14,
ACRES 25.0850

JUR# CFR, GCN, JCN, SFR, CAD
2930 PRESTON RD

| PROPERTY CLASS | LAND | AG EXCLUSION | IMPROVE-MENTS | PERSONAL PROPERTY | APPRAISED VALUE |
|---|---|---|---|---|---|
| HOMESITE | | | | | |
| NON-HOMESITE | 8,741,624 | | 33,360,619 | | 42,102,243 |
| AG VALUE | | | | | |
| TOTAL | 8,741,624 | | 33,360,619 | | 42,102,243 |

| TAXING ENTITY | ASSESSED VALUE | EXEMPTION AMOUNT | TAXABLE VALUE | TAX RATE PER $100 | TAX AMOUNT |
|---|---|---|---|---|---|
| COLLIN COUNTY | 42,102,243 | | 42,102,243 | .242500 | 102,097.94 |
| FRISCO CITY | 42,102,243 | | 42,102,243 | .450000 | 189,460.09 |
| COLLIN CO COLLEGE | 42,102,243 | | 42,102,243 | .086493 | 36,415.49 |
| | | | | TOTAL BASE TAX ---> | 327,973.52 |
| | | | | TOTAL TAX PAID ---> | 327,973.52 |
| | | | | BASE TAX DUE -----> | .00 |

EXEMPTIONS GRANTED:
TAXES ARE DUE UPON RECEIPT. TAXES BECOME DELINQUENT ON: FEBRUARY 1, 2009

The County Appraisal District determines what property is to be taxed, its appraised value, whether to grant exemptions, ownership name and address, and what taxing jurisdictions can tax the property. Any questions regarding this information should be directed to the C.C.A.D. at 469-742-9200.

---

Please detach and return this portion with your payment.
R-4509-00A-0140-1

| TOTAL 2008 TAXES DUE IF PAID IN: | | PENALTY & INTEREST | PAY THIS AMOUNT |
|---|---|---|---|
| JANUARY | 2009 | | .00 |
| FEBRUARY | 2009 | 7% | |
| MARCH | 2009 | 9% | |
| APRIL | 2009 | 11% | |
| MAY | 2009 | 13% | |
| JUNE | 2009 | 15% | |

R-4509-00A-0140-1
TEACHERS INSURANCE & ANNUITY ASSOC
SOUTH FRISCO VILLAGE
ATTN RUBY CHAMBLISS
8500 ANDREW CARNEGIE BLVD
CHARLOTTE          NC 28262-8500

MAKE CHECK PAYABLE TO:
KENNETH L. MAUN
TAX ASSESSOR COLLECTOR
COLLIN COUNTY
P.O. BOX 8046
MCKINNEY TEXAS 75070-8046

Billboy #: 79-728-2   335 — South Frisco Village

# 2008
## PROPERTY TAX STATEMENT

Visit www.co.collin.tx.us/tax_assessor
or call Official Payments at 1-800-487-4567
(Option 1 for English, followed by Option 4)
Monday - Friday 7 a.m.-7:30 p.m. CST
Credit card payments are not accepted in the office.

**KENNETH L. MAUN**
**TAX ASSESSOR COLLECTOR**
**COLLIN COUNTY**
1800 N. GRAVES ST., SUITE 170
P.O. BOX 8046
MCKINNEY, TEXAS 75070-8046
972-547-5020
METRO 972-424-1460 EXT. 5020

**ACCOUNT NUMBER**
R-4509-00A-0140-1

Frisco office:
6101 Frisco Square Blvd. Ste. 2000
Frisco, TX 75034
Plano office:
920 E. Park Blvd. Ste. 100
Plano, TX 75074

### OWNER NAME AND ADDRESS
TEACHERS INSURANCE & ANNUITY ASSOC
SOUTH FRISCO VILLAGE
ATTN RUBY CHAMBLISS
8500 ANDREW CARNEGIE BLVD
CHARLOTTE NC 28262-8500

### PROPERTY DESCRIPTION
Approved NOV 1
GEORGE MIXON, BLOCK A,
LOT 14,
ACRES 25.0850
25.0850 ACRES
Meritax

**ENTITY CODES** CFR, GCN, JCN, SFR, CAD
**SITUS:** 2930 PRESTON RD

| Property Class | Land Value | Agricultural Evaluation | Improvement Value | Personal Property Value | Total Appraised Value (Market) | Homestead Cap Value | Assessed Value | Exemptions Granted |
|---|---|---|---|---|---|---|---|---|
| Qualifying | | | | | | | | |
| Non Qualifying | 8,741,624 | | 33,360,619 | | 42,102,243 | | 42,102,243 | |
| Agricultural | | | | | | | | |
| Total | 8,741,624 | | 33,360,619 | | 42,102,243 | | 42,102,243 | |

| TAXING ENTITY | ASSESSED VALUE | EXEMPTION AMOUNT | TAXABLE VALUE | TAX RATE | CEILING YEAR | CEILING AMOUNT | TAXES BY ENTITY |
|---|---|---|---|---|---|---|---|
| COLLIN COUNTY | 42,102,243 | | 42,102,243 | .242500 | | | 102,097.94 |
| FRISCO CITY | 42,102,243 | | 42,102,243 | .450000 | | | 189,460.09 |
| JR COLLEGE | 42,102,243 | | 42,102,243 | .086493 | | | 36,415.49 |

Only persons already receiving an over 65 or disabled person exemption may pay current taxes on their residence homestead in four installments without penalty or interest. Taxpayer must pay at least 1/4 by Jan. 31st.

See back for more information.

**OVER 65/DISABLED QUARTERED PAYMENT SCHEDULE**
1ST DUE BY JAN 31
2ND DUE BY MARCH 31
3RD DUE BY MAY 31
4TH DUE BY JULY 31

**TOTAL TAXES DUE IF PAID BY JAN. 31, 2009**
327,973.52

YOUR CHECK WILL BE CONVERTED INTO AN ELECTRONIC FUND TRANSFER

DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

IF THERE IS AN ERROR IN OWNERSHIP, EXEMPTIONS OR JURISDICTIONS, YOU MUST CONTACT THE CENTRAL APPRAISAL DISTRICT.

**ACCOUNT NUMBER**
R-4509-00A-0140-1

Taxes will be delinquent Feb 1, 2009. Unpaid taxes will incur the following penalty & interest if paid in:

**TOTAL TAXES DUE IF PAID BY JAN. 31, 2009**

| MORTGAGE COMPANY | MORTGAGE NO. | LOAN NO. | | |
|---|---|---|---|---|
| PTC LLC | 0519426 | | | 327,973.52 |
| | | | FEBRUARY +7% | 350,931.67 |
| | | | MARCH +9% | 357,491.13 |

MAKE CHECK PAYABLE TO:
**KENNETH L. MAUN**
TAX ASSESSOR COLLECTOR
COLLIN COUNTY
P.O. BOX 8046
MCKINNEY, TEXAS 75070-8046

TEACHERS INSURANCE & ANNUITY ASSOC
SOUTH FRISCO VILLAGE
ATTN RUBY CHAMBLISS
8500 ANDREW CARNEGIE BLVD
CHARLOTTE NC 28262-8500

PLEASE MAKE ADDRESS CORRECTIONS HERE



2008R450900A014010032797352003509316700357491130000000000C01

# Invoice

14800 Landmark Blvd
Suite 550
Dallas, TX 75254

(214) 615-6062   BILLBOX #: 79-2055-cb6335aa

| Date | Invoice # |
|---|---|
| 10/8/2008 | 12042 |

Federal Tax ID
75-2967028

**Bill To**

TIAA-CREF Retail
Lori Martin
CB Richard Ellis
5910 N. Central Exprwy., Suite 785
Dallas, TX 75206

| Terms | Due Date | Rep |
|---|---|---|
| Due Upon Receipt | 10/8/2008 | JG |

| Description | Amount |
|---|---|
| 2008 Property Tax Service<br>Contingency Fee<br>South Frisco Village | $5,440.08 |

**CONTINGENCY FEE:**
Property Name: South Frisco Village
Address: 2930 Preston Road
Frisco, TX
Calendar Year: 2008
Property Type: Real Estate

|  | PROPOSED VALUE | FINAL VALUE |
|---|---|---|
| Total Market Valuation: | $44,653,894 | $42,102,243 |
| Effective Tax Rate*: | 2.13198% | 2.13198% |
| Property Tax Liability: | $952,013.88 | $897,613.08 |
| Estimated Tax Savings: |  | $54,400.80 |
| Fee Percentage: |  | 10% |
| Percentage Fee: |  | $5,440.08 |
| Total Fee: |  | $5,440.08 |

* represents most current tax rate

| Total | $5,440.08 |
|---|---|

# COLLIN CENTRAL APPRAISAL DISTRICT

## 2008 SETTLEMENT AND WAIVER

07/14/08

| | |
|---|---|
| Date Notice Mailed: 05/02/2008<br>Protested by:<br>PTC, LLC<br><br>Property Owner's Name:    Prop ID: 2115320- ARB - VA<br>TEACHERS INSURANCE & ANNUITY ASSOC OF AMERICA<br>ATTN RUBY CHAMBLISS<br>8500 ANDREW CARNEGIE BLVD<br><br>CHARLOTTE, NC 28262-8500 | ACCOUNT #:    R-4509-00A-0140-1 / 2115320<br>ENTITIES: CAD, CFR, GCN, JCN, SFR<br><br>LEGAL:    GEORGE MIXON, BLOCK A, LOT 14, ACRES 25.0850<br><br>CAUSE #:    2008 - 30280 |

Pursuant to the terms of Section 1.111(e), Property Tax Code, the parties whose signatures appear below affirm that they are either the owner, agent for the owner, employee of the owner, or employee of the Collin Central Appraisal District and have full authority to execute this document. Further, the parties hereby agree to correct the value in the appraisal records and appraisal roll for the tax year 2008 as follows. Pursuant to Section 41.01(b), the parties agree that the Collin Central Appraisal District Appraisal Review Board may not review or reject this agreement or the corrections set forth herein.

### ACTION TAKEN

| NOTICE VALUE | | AGREED CORRECTED VALUE | |
|---|---:|---|---:|
| LAND HS MARKET: | $ 0 | LAND HS MARKET: | $ 0 |
| LAND NON HS MARKET: | $ 8,741,624 | LAND NON HS MARKET: | $ 8,741,624 |
| IMPROVEMENT HS: | $ 0 | IMPROVEMENT HS: | $ 0 |
| IMPROVEMENT NON HS: | $ 35,912,270 | IMPROVEMENT NON HS: | $ 33,360,619 |
| TOTAL MARKET: | $ 44,653,894 | TOTAL MARKET: | $ 42,102,243 |
| LAND AG MARKET: | $ 0 | LAND AG MARKET: | $ 0 |
| LAND AG USE: | $ 0 | LAND AG USE: | $ 0 |
| TOTAL ASSESSED: | $ 44,653,894 | TOTAL ASSESSED: | $ 42,102,243 |

COMMENT: _____

SUCH ACTION RELATES TO A MATTER:

____ which may be protested to the appraisal review board; or

√ on which a protest was filed, but not yet determined; or

____ which may be corrected under Section 25.25; or

____ on which a Motion for Correction under Section 25.25 was filed, but not yet determined.

The parties acknowledge that all complaints, formal protests and motions with respect to the property id and tax year listed above have been settled to their complete satisfaction. The parties hereby waive their right to raise any further complaints, formal protests or motions under Chapters 25, 41 or 42 of the Property Tax Code and waive any right to any further relief in this matter. The parties hereby withdraw any and all protests, motions or complaints, whether heard, unheard or pending, only subject to the value corrections listed above.

Entered on this day    07/14/08

DISTRICT REPRESENTATIVE:
JIM WEBB

AGENT OF RECORD:
519426 PTC, LLC

Print Name

Signature of District Representative

Signature of Owner/Agent

**MERITAX**
Property Tax Consultants

14800 Landmark Blvd
Suite 550
Dallas, TX 75254

(214) 615-6062

# Invoice

| Date | Invoice # |
|---|---|
| 4/16/2008 | 10798 |

Federal Tax ID
75-2967028

**Bill To**

TIAA-CREF Retail
Lori Martin
CB Richard Ellis
5910 N. Central Exprwy., Suite 785
Dallas, TX 75206

| Terms | Due Date | Rep |
|---|---|---|
| Due Upon Receipt | 4/16/2008 | JG |

| Description | Amount |
|---|---|
| 2008 Property Tax Service<br>Flat Fee<br>South Frisco Village | $750.00 |

PROPERTY:       PROPERTY #:
VENDOR #:
| G/L ACCT | AMOUNT | DESCRIPTION |
|---|---|---|
| 7630-000 | 750.00 | Tax Consulting |

INVOICE TOTAL:
APPROVAL: [signature]    DATE: 4/18/08

| | Total | $750.00 |
|---|---|---|