| Prepared For: | TIAA-CREF | | | | | Software: | Kardin Budget System |
| Prepared By: | Kim Brown | | | | | Version: | 28.06 |
| Property ID: | 6335aa | | | | | File: | 6335AAR1.RFC |
| Property RSF: | 227,175 | | | | | Date: | 3/9/2009 |
| Cost Center(s) RSF: | 227,175 | | | | | Page: | 14 of 31 |

## CB Richard Ellis
## SOUTH FRISCO VILLAGE
## 2008 Operating Expense Adjustment Invoice

| Suite | Tenant | | | Comm | Exp | Lease RSF |
|---|---|---|---|---|---|---|
| F600 | Circuit City #3264 | | | 9/20/2001 | 1/31/2017 | 32,746 |

| Charge Code | Expense Pool | Denom. Sq. Ft. | Recov. Expenses | Pro-Rata Share | Tenant's Share | Min. Amt | Admin. Amt | Expenses before Cap | Cap Name | Cap Adjust | Adjusted Tenant Share | Occup. % | Occup. Method | Total Reimb. | Free Reimb. | Amount Billed | Balance Due | Monthly Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| c.insur | INSURANCE - ALL | 227,175 | 26,042 | 14.4144% | 3,754 | 0 | 0 | 3,754 | | 0 | 3,754 | 12.0000 | 12 Months | 3,753.76 | 0.00 | 0.00 | 3,753.76 | 0.00 |
| | Total for c.insur: | | | | 3,754 | | | | | 0 | 3,754 | | | 3,753.76 | | | | |

| Charge Code | Expense Pool | Denom. Sq. Ft. | Recov. Expenses | Pro-Rata Share | Tenant's Share | Min. Amt | Admin. Amt | Expenses before Cap | Cap Name | Cap Adjust | Adjusted Tenant Share | Occup. % | Occup. Method | Total Reimb. | Free Reimb. | Amount Billed | Balance Due | Monthly Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| c.opexp | CAM - Electric Only | 227,175 | 66,508 | 14.4144% | 9,587 | 0 | 0 | 9,587 | | 0 | 9,587 | 12.0000 | 12 Months | 9,586.73 | | | | |
| c.opexp | CAM - Exc Roof, Tr, H | 227,175 | 136,343 | 14.4144% | 19,653 | 0 | 983 | 20,636 | ircuit City | -5,266 | 15,370 | 12.0000 | 12 Months | 15,369.59 | | | | |
| c.opexp | CAM - Water | 227,175 | 39,711 | 14.4144% | 5,724 | 0 | 0 | 5,724 | | 0 | 5,724 | 12.0000 | 12 Months | 5,724.04 | | | | |
| c.opexp | CAM Trash | 227,175 | 23,426 | 14.4144% | 3,377 | 0 | 169 | 3,545 | ircuit City | -905 | 2,641 | 12.0000 | 12 Months | 2,640.71 | | | | |
| | Total for c.opexp: | | | | 38,340 | 0 | 1,151 | 39,492 | | -6,171 | 33,321 | | | 33,321.07 | 0.00 | 31,319.99 | 2,001.08 | 0.00 |

| Charge Code | Expense Pool | Denom. Sq. Ft. | Recov. Expenses | Pro-Rata Share | Tenant's Share | Min. Amt | Admin. Amt | Expenses before Cap | Cap Name | Cap Adjust | Adjusted Tenant Share | Occup. % | Occup. Method | Total Reimb. | Free Reimb. | Amount Billed | Balance Due | Monthly Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| c.retax | TAX | 227,175 | 910,964 | 14.4144% | 131,310 | 0 | 0 | 131,310 | | 0 | 131,310 | 12.0000 | 12 Months | 131,310.03 | | | | |
| | Total for c.retax: | | | | 131,310 | | | 131,310 | | 0 | 131,310 | | | 131,310.03 | 0.00 | 0.00 | 131,310.03 | 0.00 |

| | | | | | | Total for Circuit City #3264: | 137,064.87 | |

| CapName | Cap Amount | Cap PSF |
|---|---|---|
| Circuit City | 18,010 | $0.55 |