**Dennehy & Associates, Inc.**
9535 Forest Lane, Suite 100
Dallas, TX 75243
214-750-7191

**INVOICE NO. s5704**

CBRE
5910 N. CENTRAL EXPWY
SUITE #785
DALLAS, TX 75206

Job Title:
CIRCUIT CITY DEMO
2930 PRESTON RD.
FRISCO, TX 75034

| CBREPREM | | | Net 30 | 6/23/09 | 1 |
|---|---|---|---|---|---|
| | 1 | AS PER ATTACHED SHEETS., 5902-23 | 12818.48 | | 12,818.48 |

*Please reference on your check the invoice number / job number*

**WAIVER OF LIEN**
**STATE OF TEXAS**
**COUNTY OF DALLAS**

I, the undersigned, a general contractor, sub-contractor, materialman, or other persons furnishing services, labor or material in the construction, repair and/or improvements upon real estate owned by:

**Teachers Insurance & Annuity Assoc.**

Located in Dallas County, State of Texas, and described as follows,
to wit:

TENANT/PROSPECT:
**Circuit City Demo**

IN CONSIDERATION of the above referenced sum will hereby, waived, release and quit-claim in favor of the owner of said real estate and the lender of their assigns, all right that I may now have, for services, labor or material furnished to and including the date hereof to a lien upon the land and improvements above described; and I do warrant that I have no and will not assign any claim for payment nor any right to perfect a lien against said property, and that I have the right to execute this waiver and release of lien. THE SUBSCRIBER further warrants that no chattel mortgage, conditional sale contract, retention of titles agreement for mechanics or materialman's lien, has been given or executed by the undersigned, for or in connection with any materials, appliances or machinery placed upon said premises or installed by him, whether permanently affixed or attached to the freehold or not, which has not been released.

_[signature]_
Dennehy & Associates, Inc.

_[signature]_
Notary Public in and for
Dallas County, Texas

GINA D. ADLER
MY COMMISSION EXPIRES
SEPTEMBER 11, 2010

| | |
|---|---|
| | 12,818.48 |
| SubTotal | 1,057.52 |
| Total | $13,876.00 |


**CB RICHARD ELLIS**

| SERVICE DATE | SERVICE DESCRIPTION | AMOUNT |
|---|---|---|
| 6/23/09 | Contractor to demo all racks and display units, unhook power to display units and remove trash left by tenant. | $13,876.00 Including Tax |

EXECUTED BY OWNER:

By: Teachers Insurance and Annuity Association of America for the benefit of its Real Estate Account (OWNER)

Print Name: Lori Martin
CB Richard Ellis, Inc., as agent for Teachers Insurance and Annuity Association of America for the benefit of its Real Estate Account (OWNER).

Signature: 

Title: Associate Director

EXECUTED BY CONTRACTOR:

By: Dennehy & Associates, Inc (CONTRACTOR)

Print Name: Ron Sims

Signature: *[signed]*

Title: Assistant Vice President

Service Contract – CB Richard Ellis, Inc. Revised 10/31/05
Dennehy - Concrete & Paint.doc



# Dennehy & Associates, Inc.
## 9535 Forest Lane
## Suite 100
## Dallas, TX  75243

# WORK AUTHORIZATION #____

JOB:  CIRCUIT CITY- 2930 PRESTON ROAD

DATE:  05 / 07 / 09

CUSTOMER   STEVE NORRIS
           C B RICHARD ELLIS
           5910 N. CENTRAL EXPRESSWAY
           DALLAS, TEXAS 75206

Dennehy & Associates, Inc. is hereby authorized to perform the following Work:

DEMO RACKS & DISPLAY UNITS
UNHOOK POWER TO DISPLAY UNITS
$ 12,590.00

REMOVE TRASH LEFT BY TENANT
$ 1,286.00

(includes sales tax)

☐ Firm Cost        x Not to Exceed        ☐ Time and Materials

Accepted by: _____        Title: _____        Date: _____

If you have any questions, please contact us.

Sincerely,

Ron Sims
Dennehy & Associates, Inc.