| Invoice |
|---|
| 9923 |

**SIGN★A★RAMA**
*WHERE THE WORLD GOES FOR SIGNS*

Sign A Rama - Frisco
2930 Preston Road suite 930
Frisco, TX, 75034- USA
Phone: (972)-335-9977 Fax: (972)-335-0555
www.signarama.com/75034
frisco@signarama.com

Page 1 of 1

| Quote No | 006978 |
|---|---|
| Quote Date | 5/7/2009 |
| SalesRep | 1HS |
| Terms Code | 50% Deposit req |
| PO Date | |
| PO Number | |
| Project Name | |
| Phone | (214) 891-6870 |
| Fax | (214) 891-6867 |

steve.norris@cbre.com

Site No

**SOLD TO:**
TEACHER002
Teachers Insurance Annuity Association of America
for the Benefit of its Separate Business Account
5910 North Central Expressway
Suite 785
Dallas, TX 75206- USA

**SHIP TO:**
Teachers Insurance Annuity Association of America for the Benefit of its Separate Business Account
5910 North Central Expressway
Suite 785
Dallas, TX 75206- USA

| Item ID | Qty | Unit | Unit Price | Extended Price |
|---|---|---|---|---|
| Circuit City front and back take down   Qty:1 | 1 | Each | $1,800.00 | $1,800.00 |

Thank you for allowing Sign-A-Rama of Frisco assist you in your signage needs. Be sure to check out our website at www.signarama.com to see samples of the many types of signage and promotions we can assist you with in the future.

Visit us on the web
www.signarama.com/75034

| Total Due Amount | $1,948.50 |
|---|---|

| Taxable | NonTaxable | SalesTax | Freight | Misc | OrderTotal | Payments | Net Due |
|---|---|---|---|---|---|---|---|
| $1,800.00 | $0.00 | $148.50 | $0.00 | $0.00 | $1,948.50 | $0.00 | $1,948.50 |