**This is NOT a Tax Statement**

**2009 Notice Of Appraised Value**

**Do Not Pay From This Notice**

Collin Central Appraisal District
250 W Eldorado Pkwy
McKinney, TX 75069
Phone: (469) 742-9200   (866) 467-1110

DATE OF NOTICE: May 1, 2009

```
****AUTO**MIXED AADC 793             202755
                                        565
PROPERTY ID: 2115320 - R-4509-00A-0140-1
TEACHERS INSURANCE & ANNUITY ASSOC OF AM
ATTN RUBY CHAMBLISS
8500 ANDREW CARNEGIE BLVD
CHARLOTTE NC   28262-8500
```

Property ID: 2115320
Ownership %: 100.00
Geo ID: R-4509-00A-0140-1
DBA:    SOUTH FRISCO VILLAGE - 72%
Legal:  GEORGE MIXON, BLK A, LOT 14, 25.085 ACRES

Legal Acres:    25.085
Situs:   2930 PRESTON RD  FRISCO, TX 75034
Appraiser: JW
OWNER ID: 685544

**A copy of this notice has been sent to your agent.**

Dear Property Owner,
We have appraised the property listed above for the tax year 2009. As of January 1, our appraisal is outlined below.

| Appraisal Information | Last Year - 2008 | Proposed - 2009 |
|---|---|---|
| Structure & Improvement Market Value | 33,360,619 | 32,573,424 |
| Market Value of Non Ag/Timber Land | 8,741,624 | 8,741,624 |
| Market Value of Ag/Timber Land | 0 | 0 |
| Market Value of Personal Property/Minerals | 0 | 0 |
| Total Market Value | 42,102,243 | 41,315,048 |
| Productivity Value of Ag/Timber Land | 0 | 0 |
| Appraised Value * (Possible Homestead Limitations, see asterisk below) | 42,102,243 | 41,315,048 |

Exemptions

| 2008 Taxable Value | Taxing Unit | 2009 Proposed Appraised Value | 2009 Exemption Amount | 2009 Taxable Value | 2008 Tax Rate | 2009 Estimated Taxes | 2009 Tax Ceiling** |
|---|---|---|---|---|---|---|---|
| 42,102,243 | FRISCO CITY | 41,315,048 | 0 | 41,315,048 | 0.450000 | 185,917.72 | |
| 42,102,243 | COLLIN COUNTY | 41,315,048 | 0 | 41,315,048 | 0.242500 | 100,188.99 | |
| 42,102,243 | COLLIN CO COMMUNITY COLLE | 41,315,048 | 0 | 41,315,048 | 0.086493 | 35,734.63 | |
| 42,102,243 | FRISCO ISD | 41,315,048 | 0 | 41,315,048 | 1.370000 | 566,016.16 | |

The difference between the 2004 appraised value and the proposed 2009 appraised value is 18.69%. This percentage information is required by Tax Code section 25.19(b-1).

**The Texas Legislature does not set the amount of your local taxes. Your property tax burden is decided by your locally elected officials and all inquiries concerning your taxes should be directed to those officials.**

The above tax estimates use last year's tax rates for the taxing units shown. The governing body of each unit (school board, county commissioners, and so forth) decides whether property taxes increase. The appraisal district only determines your property value. The taxing units will set tax rates later this year.

* Your residence homestead is protected from future appraisal value increases in excess of 10% per year from the date of the last appraisal PLUS the value of any new improvements.

** If you are 65 years of age or older and received the $10,000 school tax exemption on your home last year from the school listed above, your school taxes for this year will not be higher than when you first received the exemption on this home. If you are disabled and received the $10,000 school tax exemption on your home last year from the school listed above, your school taxes for this year will not be higher than the 2003 taxes or the first year you received the exemption, whichever is later. If your county, city, or junior college has approved a limitation on your taxes in the preceding year, your county, city, or junior college taxes will not be higher than the first year your county, city, or junior college approved the limitation or the first year you qualified for the limitation. If you improved your property (by adding rooms or buildings), your school, county, city, or junior college ceiling may increase for these improvements. If you are a surviving spouse, age 55 or older, you may be eligible to retain the school, county, city, or junior college tax ceiling.

Contact the appraisal office if you disagree with this year's proposed value for your property or if you have any problem with the property description or address information. If the problem cannot be resolved, you have the right to appeal to the appraisal review board (ARB).

To appeal, you must file a written protest with the ARB before the deadline date:
**Deadline for filing a protest:**  June 1, 2009
**Location of Hearings:**  250 W ELDORADO PKWY, MCKINNEY TX (1.5 MILES EAST OF US-75)
**ARB will begin hearings:**  June 8, 2009

A protest FORM to send to the Appraisal District Office is on the back of this notice, if you intend to appear and present evidence before the ARB. A protest is sufficient if it includes the protesting property owner, account number, property address and reason for protesting. The ARB will notify you of the date, time, and place of your scheduled hearing. Enclosed is information to help you in preparing your protest.

If you have any questions or need more information, please contact the appraisal district office at (469) 742-9200 or at the address shown above.

Sincerely,

Bo Daffin
Chief Appraiser