June 29, 2009

Re: Circuit City Stores, Inc. (Debtors)
Chapter 11 Case No. 08-35653 (KRM)
Pension Plan for:
Marcea Wolfe
49 Rowland Street
Wilkes-Barre, Pa. 18702
570 825-7897
Claim number 3913



Dear Sirs:
Please file this to object to the Objection by the debtors, Circuit City Inc..

I do not and can not afford a lawyer in this matter, but urge you to protect my interests in these procedures, doc. 2881-filed 04/01/09.

Our case should be that we have all fulfilled our obligations to this company and the monies owed to us were supposed to be in safe keepings.

Respectfully,


Marcea Wolfe