RICHMOND DIVISION

FILED JUL 0 1 2009 FILED

CLERK
U.S. BANKRUPTCY COURT

This is a written response to the Omnibus Objection outlined below. This response is in regard to Claim 5505 outlined below.

Bankrupcy Court: **United States Bankruptcy Court for the Eastern District of Virginia Richmond Divisoin**

Name of Debtor: **Circuit City Stores, Inc.**
Case Number: **08-35653**
Title of the Omnibus Objection: **Reclassification of claims files by Equity Holders to Interests**

Claimant's name: **Seth Kranz**
Explanation for the amount of the claim: **Claim 5505 in the amount of $986.24 was filed January 16, 2009 because the claimant, Seth Kranz, contends that the Debtor is obligated to pay the amount listed because the claimant has claim to ownership of and equity in the Debtor. At the time of the filing mentioned previously, documentation was provided showing ownership of stake in the Debtor in the amount indicated previously.**

Concise statement identifying a person with personal knowlede of the relevant facts that support this response: **Seth Kranz, at 5337 FM 2642, Royse City, Texas, 75189 at phone number 214-738-4533.**

The factual and legal bases upon which the claimant intends to reply in suppport if this response: **This is outlined in the previous response to" Explanation for the amount of the claim above.**

**All relevant documentation was provided previous and at the time of the filing of the claim on January 16, 2009.**

Claimant: **Seth Kranz**
Address: **5337 FM 2642, Royse City, TX 75189**
Phone number: **214-738-4533**
Fax number: **972-547-3739**