Market Heights
c/o Direct Property Management
2001 Ross Ave, Suite 4601
Dallas, TX  75201
214-891-3222

Market Heights
c/o Direct Property Management
2001 Ross Ave, Suite 4601
Dallas, TX  75201
214-891-3222

Circuit City Stores, Inc.
Vice President of Real Estate
9950 Maryland Drive
Richmond, VA  23233

| DATE | ACCOUNT NUMBER |
|---|---|
| 12/15/2008 | 00000325  1 |
| INVOICE #: | |

| DATE | ACCOUNT NUMBER |
|---|---|
| 12/15/2008 | 00000325  1 |
| INVOICE #: | |

Circuit City Stores, Inc.

**MAKE CHECKS PAYABLE TO:**

| Date | Code | Description | Charges | Payments | Amount Due | Date | Code | Amount Due |
|---|---|---|---|---|---|---|---|---|
| 11/1/2008 | CAM | Common Area Maintenan( | 3,488.50 | 0.00 | 3,488.50 | 11/1/2008 | CAM | 3,488.50 |
| 11/1/2008 | RNT | Base Rent | 24,419.50 | 0.00 | 24,419.50 | 11/1/2008 | RNT | 24,419.50 |

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
|---|---|---|---|---|---|
| 0.00 | 27,908.00 | 0.00 | 0.00 | 0.00 | 27,908.00 |

BALANCE DUE    27,908.00