TAX APPRAISAL DISTRICT OF BELL COUNTY
PO BOX 390
BELTON, TX 76513-0390
(254) 939-5841
www.bellcad.org

TAX APPRAISAL DISTRICT OF BELL COUNTY

## 2008 TAX STATEMENT

| STATEMENT NUMBER |
|---|
| 404664 |
| PROPERTY ID NUMBER |
| 106797 |

### NAME & ADDRESS
Owner ID: 616482    Pct: 100.000%
MARKET HEIGHTS LTD
301 CONGRESS AVE
AUSTIN, TX 78701-2961

### PROPERTY DESCRIPTION
A-0750    M SMITH,    30.251AC

Acreage: 30.2510    Type: R

### PROPERTY GEOGRAPHICAL ID
0584290000

### PROPERTY SITUS / LOCATION
CEN TEX EXPWY   HH, TX

| LAND MARKET VALUE | IMPROVEMENT MARKET VALUE | AG/TIMBER USE VALUE | AG/TIMBER MARKET | ASSESSED VALUE |
|---|---|---|---|---|
| 658,867 | 0 | 0 | 0 | 658,867 |

100% Assessment Ratio

| TAXING UNIT | ASSESSED | HOMESTEAD EXEMPTION | OV65 OR DP EXEMPTION | OTHER EXEMPTIONS | FREEZE YEAR AND CEILING | TAXABLE VALUE | RATE PER $100 | TAX DUE |
|---|---|---|---|---|---|---|---|---|
| CLEARWATER U.W.C.D. | 658,867 | 0 | 0 | 0 | | 658,867 | 0.004000 | 26.35 |
| KILLEEN ISD | 658,867 | 0 | 0 | 0 | | 658,867 | 1.141190 | 7,518.92 |
| CENTRAL TEXAS COLLEGE | 658,867 | 0 | 0 | 0 | | 658,867 | 0.141000 | 929.00 |
| BELL COUNTY | 658,867 | 0 | 0 | 0 | | 658,867 | 0.377900 | 2,489.86 |
| BELL COUNTY ROAD | 658,867 | 0 | 0 | 0 | | 658,867 | 0.029500 | 194.37 |
| CITY OF HARKER HEIGHTS | 658,867 | 0 | 0 | 0 | | 658,867 | 0.679600 | 4,477.66 |

CITY TAXES REDUCED BY SALES TAX 547.52
COUNTY TAXES REDUCED BY SALES TAX 766.26

**Total Taxes Due by Jan 31, 2009**    **15,636.16**

Payment Schedule — See payment schedule below for tax due.

| TAXING UNIT | OCTOBER | NOVEMBER | DECEMBER | JANUARY |
|---|---|---|---|---|
| CLEARWATER U.W.C.D. | 25.56 | 25.82 | 26.09 | 26.35 |
| KILLEEN ISD | 7,293.35 | 7,368.54 | 7,443.73 | 7,518.92 |
| *CENTRAL TEXAS COLLEGE | 929.00 | 929.00 | 929.00 | 929.00 |
| BELL COUNTY | 2,415.16 | 2,440.06 | 2,464.96 | 2,489.86 |
| BELL COUNTY ROAD | 188.54 | 190.48 | 192.43 | 194.37 |
| CITY OF HARKER HEIGHT | 4,343.33 | 4,388.11 | 4,432.88 | 4,477.66 |
| TOTAL | 15,194.94 | 15,342.01 | 15,489.09 | 15,636.16 |

### Penalty & Interest if paid after Jan 31, 2009

| If Paid in Month | P&I RATE | TAX DUE |
|---|---|---|
| FEBRUARY 2009 | 7% | 16,730.69 |
| MARCH 2009 | 9% | 17,043.42 |
| APRIL 2009 | 11% | 17,356.15 |
| MAY 2009 | 13% | 17,668.86 |
| JUNE 2009 | 15% | 17,981.61 |

*Please note that this taxing unit does not offer early payment discounts.

Property taxes in Texas are assessed as of January 1st each year and cover a period of one year from that date. Tax statutes make no provisions for proration; therefore, a change of address during the year would have no effect on the tax liability established on January 1st of the calendar year. These tax statutes also make no provisions for proration in case the property is disposed of during the calendar year. Also, if you owned personal property described on the tax statement on January 1st, then you are personally liable for the taxes.
IF YOU ARE 65 YEARS OR OLDER OR ARE DISABLED AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

REV. 2.3

*** DETACH HERE AND RETURN WITH PAYMENT ***

Make checks payable to:

TAX APPRAISAL DISTRICT
OF BELL COUNTY
PO BOX 390
BELTON, TX 76513-0390

To Pay by Credit Card
Visit www.bellcad.org
or call 1-800-2PAY-TAX
(Use Jurisdiction Code 6379)
Official Payments, the service provider, charges a nominal fee for this service

*2008-404664*

### Owner Name and Address
MARKET HEIGHTS LTD
301 CONGRESS AVE
AUSTIN, TX 78701-2961

| Statement Number | |
|---|---|
| 2008 | 404664 |
| Prop ID Number | |
| | 106797 |
| Geographical ID | |
| | 0584290000 |

See payment schedule below for tax due.

| If Paid in Month | TAX DUE |
|---|---|
| OCTOBER 2008 | 15,194.94 |
| NOVEMBER 2008 | 15,342.01 |
| DECEMBER 2008 | 15,489.09 |
| JANUARY 2009 | 15,636.16 |
| FEBRUARY 2009 | 16,730.69 |
| MARCH 2009 | 17,043.42 |
| APRIL 2009 | 17,356.15 |
| MAY 2009 | 17,668.86 |
| JUNE 2009 | 17,981.61 |

**In January Pay**
**15,636.16**
Taxes are payable October 1, 2008 and become delinquent on February 1, 2009

******AUTO**3-DIGIT 787
55761
121
156
MARKET HEIGHTS LTD
301 CONGRESS AVE
AUSTIN TX 78701-2961

#157901

```
TAX APPRAISAL DISTRICT OF BELL COUNTY
PO BOX 390
BELTON, TX 76513-0390
(254) 939-5841
www.bellcad.org
```

**TAX APPRAISAL DISTRICT OF BELL COUNTY**
**2008 TAX STATEMENT**

STATEMENT NUMBER: 404666
PROPERTY ID NUMBER: 207986

| NAME & ADDRESS | PROPERTY DESCRIPTION | PROPERTY GEOGRAPHICAL ID |
|---|---|---|
| Owner ID: 616482  Pct: 100.000% | A-0750 M SMITH, 9.275AC | 0584290001 |
| MARKET HEIGHTS LTD | | **PROPERTY SITUS / LOCATION** |
| 301 CONGRESS AVE | | CEN TEX EXPWY  HH, TX |
| AUSTIN, TX 78701-2961 | Acreage: 9.2750  Type: R | |

(handwritten: Lot 1 Pad site)

| LAND MARKET VALUE | IMPROVEMENT MARKET VALUE | AG/TIMBER USE VALUE | AG/TIMBER MARKET | ASSESSED VALUE |
|---|---|---|---|---|
| 202,010 | 0 | 0 | 0 | 202,010 |

100% Assessment Ratio

| TAXING UNIT | ASSESSED | HOMESTEAD EXEMPTION | OV65 OR DP EXEMPTION | OTHER EXEMPTIONS | FREEZE YEAR AND CEILING | TAXABLE VALUE | RATE PER $100 | TAX DUE |
|---|---|---|---|---|---|---|---|---|
| CLEARWATER U.W.C.D. | 202,010 | 0 | 0 | 0 | | 202,010 | 0.004000 | 8.08 |
| KILLEEN ISD | 202,010 | 0 | 0 | 0 | | 202,010 | 1.141190 | 2,305.32 |
| CENTRAL TEXAS COLLEGE | 202,010 | 0 | 0 | 0 | | 202,010 | 0.141000 | 284.83 |
| BELL COUNTY | 202,010 | 0 | 0 | 0 | | 202,010 | 0.377900 | 763.40 |
| BELL COUNTY ROAD | 202,010 | 0 | 0 | 0 | | 202,010 | 0.029500 | 59.59 |
| CITY OF HARKER HEIGHTS | 202,010 | 0 | 0 | 0 | | 202,010 | 0.679600 | 1,372.86 |

CITY TAXES REDUCED BY SALES TAX 167.87
COUNTY TAXES REDUCED BY SALES TAX 234.94

**Total Taxes Due by Jan 31, 2009: 4,794.08**

**Payment Schedule** — See payment schedule below for tax due.

| TAXING UNIT | OCTOBER | NOVEMBER | DECEMBER | JANUARY |
|---|---|---|---|---|
| CLEARWATER U.W.C.D. | 7.84 | 7.92 | 8.00 | 8.08 |
| KILLEEN ISD | 2,236.16 | 2,259.22 | 2,282.27 | 2,305.32 |
| *CENTRAL TEXAS COLLEGE | 284.83 | 284.83 | 284.83 | 284.83 |
| BELL COUNTY | 740.50 | 748.14 | 755.76 | 763.40 |
| BELL COUNTY ROAD | 57.80 | 58.40 | 58.99 | 59.59 |
| CITY OF HARKER HEIGHT | 1,331.68 | 1,345.40 | 1,359.13 | 1,372.86 |
| TOTAL | 4,658.81 | 4,703.91 | 4,748.98 | 4,794.08 |

**Penalty & Interest if paid after Jan 31, 2009**

| If Paid in Month | P&I RATE | TAX DUE |
|---|---|---|
| FEBRUARY 2009 | 7% | 5,129.67 |
| MARCH 2009 | 9% | 5,225.54 |
| APRIL 2009 | 11% | 5,321.44 |
| MAY 2009 | 13% | 5,417.29 |
| JUNE 2009 | 15% | 5,513.20 |

*Please note that this taxing unit does not offer early payment discounts.

Property taxes in Texas are assessed as of January 1st each year and cover a period of one year from that date. Tax statutes make no provisions for proration; therefore, a change of address during the year would have no effect on the tax liability established on January 1st of the calendar year. These tax statutes also make no provisions for proration in case the property is disposed of during the calendar year. Also, if you owned personal property described on the tax statement on January 1st, then you are personally liable for the taxes. IF YOU ARE 65 YEARS OR OLDER OR ARE DISABLED AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

REV. 2.3

* DETACH HERE AND RETURN WITH PAYMENT *

**Make checks payable to:**
TAX APPRAISAL DISTRICT
OF BELL COUNTY
PO BOX 390
BELTON, TX 76513-0390

**To Pay by Credit Card**
Visit www.bellcad.org
or call 1-800-2PAY-TAX
(Use Jurisdiction Code 6379)
Official Payments, the service provider, charges a nominal fee for this service


*2008-404666*

| Owner Name and Address | Statement Number |
|---|---|
| MARKET HEIGHTS LTD  301 CONGRESS AVE  AUSTIN, TX 78701-2961 | 2008   404666 |
| | **Prop ID Number** 207986 |
| | **Geographical ID** 0584290001 |

See payment schedule below for tax due.

| If Paid in Month | TAX DUE |
|---|---|
| OCTOBER 2008 | 4,658.81 |
| NOVEMBER 2008 | 4,703.91 |
| DECEMBER 2008 | 4,748.98 |
| JANUARY 2009 | 4,794.08 |
| FEBRUARY 2009 | 5,129.67 |
| MARCH 2009 | 5,225.54 |
| APRIL 2009 | 5,321.44 |
| MAY 2009 | 5,417.29 |
| JUNE 2009 | 5,513.20 |

**In January Pay**
**4,794.08**

Taxes are payable October 1, 2008 and become delinquent on February 1, 2009

MARKET HEIGHTS LTD
301 CONGRESS AVE
AUSTIN TX  78701

#157905

TAX APPRAISAL DISTRICT OF BELL COUNTY
PO BOX 390
BELTON, TX 76513-0390
(254) 939-5841
www.bellcad.org

**2008 TAX STATEMENT**

STATEMENT NUMBER: 404668
PROPERTY ID NUMBER: 390405

### NAME & ADDRESS
Owner ID: 616482   Pct: 100.000%
MARKET HEIGHTS LTD
301 CONGRESS AVE
AUSTIN, TX 78701-2961

### PROPERTY DESCRIPTION
A-0750   M SMITH,   0.813AC

Acreage: 0.8130   .85   Type: R

### PROPERTY GEOGRAPHICAL ID
0584290600

### PROPERTY SITUS / LOCATION
HH, TX

| LAND MARKET VALUE | IMPROVEMENT MARKET VALUE | AG/TIMBER USE VALUE | AG/TIMBER MARKET | ASSESSED VALUE |
|---|---|---|---|---|
| 17,707 | 0 | 0 | 0 | 17,707 |

100% Assessment Ratio

| TAXING UNIT | ASSESSED | HOMESTEAD EXEMPTION | OV65 OR DP EXEMPTION | OTHER EXEMPTIONS | FREEZE YEAR AND CEILING | TAXABLE VALUE | RATE PER $100 | TAX DUE |
|---|---|---|---|---|---|---|---|---|
| CLEARWATER U.W.C.D. | 17,707 | 0 | 0 | 0 | | 17,707 | 0.004000 | 0.71 |
| KILLEEN ISD | 17,707 | 0 | 0 | 0 | | 17,707 | 1.141190 | 202.07 |
| CENTRAL TEXAS COLLEGE | 17,707 | 0 | 0 | 0 | | 17,707 | 0.141000 | 24.97 |
| BELL COUNTY | 17,707 | 0 | 0 | 0 | | 17,707 | 0.377900 | 66.92 |
| BELL COUNTY ROAD | 17,707 | 0 | 0 | 0 | | 17,707 | 0.029500 | 5.22 |
| CITY OF HARKER HEIGHTS | 17,707 | 0 | 0 | 0 | | 17,707 | 0.679600 | 120.33 |

CITY TAXES REDUCED BY SALES TAX 14.71
COUNTY TAXES REDUCED BY SALES TAX 20.59

**Total Taxes Due by Jan 31, 2009: 420.22**

See payment schedule below for tax due.

**Payment Schedule**

| TAXING UNIT | OCTOBER | NOVEMBER | DECEMBER | JANUARY |
|---|---|---|---|---|
| CLEARWATER U.W.C.D. | 0.69 | 0.70 | 0.70 | 0.71 |
| KILLEEN ISD | 196.01 | 198.03 | 200.05 | 202.07 |
| *CENTRAL TEXAS COLLEGE | 24.97 | 24.97 | 24.97 | 24.97 |
| BELL COUNTY | 64.91 | 65.59 | 66.25 | 66.92 |
| BELL COUNTY ROAD | 5.06 | 5.12 | 5.17 | 5.22 |
| CITY OF HARKER HEIGHT | 116.72 | 117.93 | 119.12 | 120.33 |
| TOTAL | 408.36 | 412.34 | 416.26 | 420.22 |

**Penalty & Interest if paid after Jan 31, 2009**

| If Paid in Month | P&I RATE | TAX DUE |
|---|---|---|
| FEBRUARY 2009 | 7% | 449.64 |
| MARCH 2009 | 9% | 458.01 |
| APRIL 2009 | 11% | 466.47 |
| MAY 2009 | 13% | 474.84 |
| JUNE 2009 | 15% | 483.26 |

*Please note that this taxing unit does not offer early payment discounts.

Property taxes in Texas are assessed as of January 1st each year and cover a period of one year from that date. Tax statutes make no provisions for proration; therefore, a change of address during the year would have no effect on the tax liability established on January 1st of the calendar year. These tax statutes also make no provisions for proration in case the property is disposed of during the calendar year. Also, if you owned personal property described on the tax statement on January 1st, then you are personally liable for the taxes. IF YOU ARE 65 YEARS OR OLDER OR ARE DISABLED AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

REV. 2.3

\* DETACH HERE AND RETURN WITH PAYMENT \*

**Make checks payable to:**

TAX APPRAISAL DISTRICT
OF BELL COUNTY
PO BOX 390
BELTON, TX 76513-0390

To Pay by Credit Card
Visit www.bellcad.org
or call 1-800-2PAY-TAX
(Use Jurisdiction Code 6379)
Official Payments, the service provider, charges a nominal fee for this service

MARKET HEIGHTS LTD
301 CONGRESS AVE
AUSTIN TX 78701


*2008-404668*

| Owner Name and Address | Statement Number |
|---|---|
| MARKET HEIGHTS LTD<br>301 CONGRESS AVE<br>AUSTIN, TX 78701-2961 | 2008   404668 |
| | **Prop ID Number**<br>390405 |
| | **Geographical ID**<br>0584290600 |

See payment schedule below for tax due.

| If Paid in Month | TAX DUE |
|---|---|
| OCTOBER 2008 | 408.36 |
| NOVEMBER 2008 | 412.34 |
| DECEMBER 2008 | 416.26 |
| JANUARY 2009 | 420.22 |
| FEBRUARY 2009 | 449.64 |
| MARCH 2009 | 458.01 |
| APRIL 2009 | 466.47 |
| MAY 2009 | 474.84 |
| JUNE 2009 | 483.26 |

**In January Pay**

**420.22**

Taxes are payable October 1, 2008 and become delinquent on February 1, 2009

#157909

TAX APPRAISAL DISTRICT OF BELL COUNTY
PO BOX 390
BELTON, TX 76513-0390
(254) 939-5841
www.bellcad.org

**TAX APPRAISAL DISTRICT OF BELL COUNTY**
**2008 TAX STATEMENT**

STATEMENT NUMBER: 404669
PROPERTY ID NUMBER: 390409

### NAME & ADDRESS
Owner ID: 616482    Pct: 100.000%
MARKET HEIGHTS LTD
301 CONGRESS AVE
AUSTIN, TX 78701-2961

### PROPERTY DESCRIPTION
A-0750   M SMITH,
0.895AC

Acreage: 0.8950    Type: R

### PROPERTY GEOGRAPHICAL ID
0584290900

### PROPERTY SITUS / LOCATION
HH, TX

| LAND MARKET VALUE | IMPROVEMENT MARKET VALUE | AG/TIMBER USE VALUE | AG/TIMBER MARKET | ASSESSED VALUE |
|---|---|---|---|---|
| 19,493 | 0 | 0 | 0 | 19,493 |

100% Assessment Ratio

| TAXING UNIT | ASSESSED | HOMESTEAD EXEMPTION | OV65 OR DP EXEMPTION | OTHER EXEMPTIONS | FREEZE YEAR AND CEILING | TAXABLE VALUE | RATE PER $100 | TAX DUE |
|---|---|---|---|---|---|---|---|---|
| CLEARWATER U.W.C.D. | 19,493 | 0 | 0 | 0 | | 19,493 | 0.004000 | 0.78 |
| KILLEEN ISD | 19,493 | 0 | 0 | 0 | | 19,493 | 1.141190 | 222.45 |
| CENTRAL TEXAS COLLEGE | 19,493 | 0 | 0 | 0 | | 19,493 | 0.141000 | 27.49 |
| BELL COUNTY | 19,493 | 0 | 0 | 0 | | 19,493 | 0.377900 | 73.66 |
| BELL COUNTY ROAD | 19,493 | 0 | 0 | 0 | | 19,493 | 0.029500 | 5.75 |
| CITY OF HARKER HEIGHTS | 19,493 | 0 | 0 | 0 | | 19,493 | 0.679600 | 132.48 |

CITY TAXES REDUCED BY SALES TAX 16.20
COUNTY TAXES REDUCED BY SALES TAX 22.67

**Total Taxes Due by Jan 31, 2009: 462.61**

See payment schedule below for tax due.

### Payment Schedule

| TAXING UNIT | OCTOBER | NOVEMBER | DECEMBER | JANUARY |
|---|---|---|---|---|
| CLEARWATER U.W.C.D. | 0.76 | 0.76 | 0.77 | 0.78 |
| KILLEEN ISD | 215.78 | 218.00 | 220.23 | 222.45 |
| *CENTRAL TEXAS COLLEGE | 27.49 | 27.49 | 27.49 | 27.49 |
| BELL COUNTY | 71.45 | 72.18 | 72.93 | 73.66 |
| BELL COUNTY ROAD | 5.58 | 5.63 | 5.69 | 5.75 |
| CITY OF HARKER HEIGHT | 128.50 | 129.83 | 131.15 | 132.48 |
| TOTAL | 449.56 | 453.89 | 458.26 | 462.61 |

### Penalty & Interest if paid after Jan 31, 2009

| If Paid in Month | P&I RATE | TAX DUE |
|---|---|---|
| FEBRUARY 2009 | 7% | 495.00 |
| MARCH 2009 | 9% | 504.26 |
| APRIL 2009 | 11% | 513.49 |
| MAY 2009 | 13% | 522.75 |
| JUNE 2009 | 15% | 532.00 |

*Please note that this taxing unit does not offer early payment discounts.

Property taxes in Texas are assessed as of January 1st each year and cover a period of one year from that date. Tax statutes make no provisions for proration; therefore, a change of address during the year would have no effect on the tax liability established on January 1st of the calendar year. These tax statutes also make no provisions for proration in case the property is disposed of during the calendar year. Also, if you owned personal property described on the tax statement on January 1st, then you are personally liable for the taxes. IF YOU ARE 65 YEARS OR OLDER OR ARE DISABLED AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

REV. 2.3

* DETACH HERE AND RETURN WITH PAYMENT *

**Make checks payable to:**
TAX APPRAISAL DISTRICT
OF BELL COUNTY
PO BOX 390
BELTON, TX 76513-0390

**To Pay by Credit Card**
Visit www.bellcad.org
or call 1-800-2PAY-TAX
(Use Jurisdiction Code 6379)
Official Payments, the service provider, charges a nominal fee for this service

*2008-404669*

### Owner Name and Address
MARKET HEIGHTS LTD
301 CONGRESS AVE
AUSTIN, TX 78701-2961

### Statement Number
2008    404669

### Prop ID Number
390409

### Geographical ID
0584290900

See payment schedule below for tax due.

| If Paid in Month | TAX DUE |
|---|---|
| OCTOBER 2008 | 449.56 |
| NOVEMBER 2008 | 453.89 |
| DECEMBER 2008 | 458.26 |
| JANUARY 2009 | 462.61 |
| FEBRUARY 2009 | 495.00 |
| MARCH 2009 | 504.26 |
| APRIL 2009 | 513.49 |
| MAY 2009 | 522.75 |
| JUNE 2009 | 532.00 |

**In January Pay**
**462.61**

Taxes are payable October 1, 2008 and become delinquent on February 1, 2009

*******AUTO**3-DIGIT 787
MARKET HEIGHTS LTD
301 CONGRESS AVE
AUSTIN TX 78701-2961

55756
121
156

#157859

**TAX APPRAISAL DISTRICT OF BELL COUNTY**
PO BOX 390
BELTON, TX 76513-0390
(254) 939-5841
www.bellcad.org

**TAX APPRAISAL DISTRICT OF BELL COUNTY**
**2008 TAX STATEMENT**

STATEMENT NUMBER: 404670
PROPERTY ID NUMBER: 390422

### NAME & ADDRESS
Owner ID: 616482   Pct: 100.000%
MARKET HEIGHTS LTD
301 CONGRESS AVE
AUSTIN, TX 78701-2961

### PROPERTY DESCRIPTION
A-0750    M SMITH,    0.062AC

Acreage: 0.0620    Type: R

### PROPERTY GEOGRAPHICAL ID
0584291000

### PROPERTY SITUS / LOCATION
HH, TX

| LAND MARKET VALUE | IMPROVEMENT MARKET VALUE | AG/TIMBER USE VALUE | AG/TIMBER MARKET | ASSESSED VALUE |
|---|---|---|---|---|
| 1,350 | 0 | 0 | 0 | 1,350 |

100% Assessment Ratio

| TAXING UNIT | ASSESSED | HOMESTEAD EXEMPTION | OV65 OR DP EXEMPTION | OTHER EXEMPTIONS | FREEZE YEAR AND CEILING | TAXABLE VALUE | RATE PER $100 | TAX DUE |
|---|---|---|---|---|---|---|---|---|
| CLEARWATER U.W.C.D. | 1,350 | 0 | 0 | 0 | | 1,350 | 0.004000 | 0.05 |
| KILLEEN ISD | 1,350 | 0 | 0 | 0 | | 1,350 | 1.141190 | 15.41 |
| CENTRAL TEXAS COLLEGE | 1,350 | 0 | 0 | 0 | | 1,350 | 0.141000 | 1.90 |
| BELL COUNTY | 1,350 | 0 | 0 | 0 | | 1,350 | 0.377900 | 5.10 |
| BELL COUNTY ROAD | 1,350 | 0 | 0 | 0 | | 1,350 | 0.029500 | 0.40 |
| CITY OF HARKER HEIGHTS | 1,350 | 0 | 0 | 0 | | 1,350 | 0.679600 | 9.18 |

CITY TAXES REDUCED BY SALES TAX 1.12
COUNTY TAXES REDUCED BY SALES TAX 1.57

**Total Taxes Due by Jan 31, 2009: 32.04**

See payment schedule below for tax due.

### Payment Schedule

| TAXING UNIT | OCTOBER | NOVEMBER | DECEMBER | JANUARY |
|---|---|---|---|---|
| CLEARWATER U.W.C.D. | 0.05 | 0.05 | 0.05 | 0.05 |
| KILLEEN ISD | 14.95 | 15.10 | 15.26 | 15.41 |
| *CENTRAL TEXAS COLLEGE | 1.90 | 1.90 | 1.90 | 1.90 |
| BELL COUNTY | 4.95 | 4.99 | 5.05 | 5.10 |
| BELL COUNTY ROAD | 0.39 | 0.39 | 0.40 | 0.40 |
| CITY OF HARKER HEIGHT | 8.90 | 9.00 | 9.08 | 9.18 |
| TOTAL | 31.14 | 31.43 | 31.74 | 32.04 |

### Penalty & Interest if paid after Jan 31, 2009

| If Paid in Month | P&I RATE | TAX DUE |
|---|---|---|
| FEBRUARY 2009 | 7% | 34.28 |
| MARCH 2009 | 9% | 34.93 |
| APRIL 2009 | 11% | 35.55 |
| MAY 2009 | 13% | 36.20 |
| JUNE 2009 | 15% | 36.85 |

*Please note that this taxing unit does not offer early payment discounts.

Property taxes in Texas are assessed as of January 1st each year and cover a period of one year from that date. Tax statutes make no provisions for proration; therefore, a change of address during the year would have no effect on the tax liability established on January 1st of the calendar year. These tax statutes also make no provisions for proration in case the property is disposed of during the calendar year. Also, if you owned personal property described on the tax statement on January 1st, then you are personally liable for the taxes. IF YOU ARE 65 YEARS OR OLDER OR ARE DISABLED AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

REV. 2.3

* DETACH HERE AND RETURN WITH PAYMENT *

Make checks payable to:

TAX APPRAISAL DISTRICT
OF BELL COUNTY
PO BOX 390
BELTON, TX 76513-0390

To Pay by Credit Card
Visit www.bellcad.org
or call 1-800-2PAY-TAX
(Use Jurisdiction Code 6379)
Official Payments, the service provider, charges a nominal fee for this service


*2008-404670*

| Owner Name and Address | Statement Number |
|---|---|
| MARKET HEIGHTS LTD<br>301 CONGRESS AVE<br>AUSTIN, TX 78701-2961 | 2008   404670 |
| | **Prop ID Number**<br>390422 |
| | **Geographical ID**<br>0584291000 |

See payment schedule below for tax due.

| If Paid in Month | TAX DUE |
|---|---|
| OCTOBER 2008 | 31.14 |
| NOVEMBER 2008 | 31.43 |
| DECEMBER 2008 | 31.74 |
| JANUARY 2009 | 32.04 |
| FEBRUARY 2009 | 34.28 |
| MARCH 2009 | 34.93 |
| APRIL 2009 | 35.55 |
| MAY 2009 | 36.20 |
| JUNE 2009 | 36.85 |

**In January Pay**
**32.04**
Taxes are payable October 1, 2008 and become delinquent on February 1, 2009

MARKET HEIGHTS LTD
301 CONGRESS AVE
AUSTIN TX  78701

#157861

TAX APPRAISAL DISTRICT OF BELL COUNTY
PO BOX 390
BELTON, TX 76513-0390
(254) 939-5841
www.bellcad.org

## 2008 TAX STATEMENT

STATEMENT NUMBER: 404665
PROPERTY ID NUMBER: 196271

### NAME & ADDRESS
Owner ID: 616482   Pct: 100.000%
MARKET HEIGHTS LTD
301 CONGRESS AVE
AUSTIN, TX 78701-2961

### PROPERTY DESCRIPTION
NORRIS CROSSING, BLOCK 001, LOT PT 1 (LESS NE TRI), ACRES 29.197

Acreage: 29.1970   Type: R

### PROPERTY GEOGRAPHICAL ID
0828980000

### PROPERTY SITUS / LOCATION
99999 CEN TEX EXPWY   HH, TX

| LAND MARKET VALUE | IMPROVEMENT MARKET VALUE | AG/TIMBER USE VALUE | AG/TIMBER MARKET | ASSESSED VALUE |
|---|---|---|---|---|
| 635,911 | 0 | 0 | 0 | 635,911 |

100% Assessment Ratio

| TAXING UNIT | ASSESSED | HOMESTEAD EXEMPTION | OV65 OR DP EXEMPTION | OTHER EXEMPTIONS | FREEZE YEAR AND CEILING | TAXABLE VALUE | RATE PER $100 | TAX DUE |
|---|---|---|---|---|---|---|---|---|
| CLEARWATER U.W.C.D. | 635,911 | 0 | 0 | 0 | | 635,911 | 0.004000 | 25.44 |
| KILLEEN ISD | 635,911 | 0 | 0 | 0 | | 635,911 | 1.141190 | 7,256.95 |
| CENTRAL TEXAS COLLEGE | 635,911 | 0 | 0 | 0 | | 635,911 | 0.141000 | 896.63 |
| BELL COUNTY | 635,911 | 0 | 0 | 0 | | 635,911 | 0.377900 | 2,403.11 |
| BELL COUNTY ROAD | 635,911 | 0 | 0 | 0 | | 635,911 | 0.029500 | 187.59 |
| CITY OF HARKER HEIGHTS | 635,911 | 0 | 0 | 0 | | 635,911 | 0.679600 | 4,321.65 |

CITY TAXES REDUCED BY SALES TAX 528.44
COUNTY TAXES REDUCED BY SALES TAX 739.56

**Total Taxes Due by Jan 31, 2009: 15,091.37**

See payment schedule below for tax due.

### Payment Schedule

| TAXING UNIT | OCTOBER | NOVEMBER | DECEMBER | JANUARY |
|---|---|---|---|---|
| CLEARWATER U.W.C.D. | 24.68 | 24.93 | 25.19 | 25.44 |
| KILLEEN ISD | 7,039.24 | 7,111.81 | 7,184.38 | 7,256.95 |
| *CENTRAL TEXAS COLLEGE | 896.63 | 896.63 | 896.63 | 896.63 |
| BELL COUNTY | 2,331.02 | 2,355.04 | 2,379.08 | 2,403.11 |
| BELL COUNTY ROAD | 181.96 | 183.84 | 185.71 | 187.59 |
| CITY OF HARKER HEIGHT | 4,192.00 | 4,235.21 | 4,278.43 | 4,321.65 |
| TOTAL | 14,665.53 | 14,807.46 | 14,949.42 | 15,091.37 |

### Penalty & Interest if paid after Jan 31, 2009

| If Paid in Month | P&I RATE | TAX DUE |
|---|---|---|
| FEBRUARY 2009 | 7% | 16,147.79 |
| MARCH 2009 | 9% | 16,449.60 |
| APRIL 2009 | 11% | 16,751.42 |
| MAY 2009 | 13% | 17,053.26 |
| JUNE 2009 | 15% | 17,355.09 |

*Please note that this taxing unit does not offer early payment discounts.

Property taxes in Texas are assessed as of January 1st each year and cover a period of one year from that date. Tax statutes make no provisions for proration; therefore, a change of address during the year would have no effect on the tax liability established on January 1st of the calendar year. These tax statutes also make no provisions for proration in case the property is disposed of during the calendar year. Also, if you owned personal property described on the tax statement on January 1st, then you are personally liable for the taxes. IF YOU ARE 65 YEARS OR OLDER OR ARE DISABLED AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

REV. 2.3

* DETACH HERE AND RETURN WITH PAYMENT *

Make checks payable to:

TAX APPRAISAL DISTRICT
OF BELL COUNTY
PO BOX 390
BELTON, TX 76513-0390

To Pay by Credit Card
Visit www.bellcad.org
or call 1-800-2PAY-TAX
(Use Jurisdiction Code 6379)
Official Payments, the service provider, charges a nominal fee for this service


*2008-404665*

### Owner Name and Address
MARKET HEIGHTS LTD
301 CONGRESS AVE
AUSTIN, TX 78701-2961

| Statement Number | 2008 404665 |
|---|---|
| Prop ID Number | 196271 |
| Geographical ID | 0828980000 |

MARKET HEIGHTS LTD
301 CONGRESS AVE
AUSTIN TX 78701

See payment schedule below for tax due.

| If Paid in Month | TAX DUE |
|---|---|
| OCTOBER 2008 | 14,665.53 |
| NOVEMBER 2008 | 14,807.46 |
| DECEMBER 2008 | 14,949.42 |
| JANUARY 2009 | 15,091.37 |
| FEBRUARY 2009 | 16,147.79 |
| MARCH 2009 | 16,449.60 |
| APRIL 2009 | 16,751.42 |
| MAY 2009 | 17,053.26 |
| JUNE 2009 | 17,355.09 |

**In January Pay: 15,091.37**

Taxes are payable October 1, 2008 and become delinquent on February 1, 2009

#157903

```
TAX APPRAISAL DISTRICT OF BELL COUNTY                                    STATEMENT NUMBER
PO BOX 390                                                                    404667
BELTON, TX  76513-0390                                                   PROPERTY ID NUMBER
(254) 939-5841         TAX APPRAISAL DISTRICT OF BELL COUNTY                  390403
www.bellcad.org                    2008 TAX STATEMENT
```

| NAME & ADDRESS | PROPERTY DESCRIPTION | PROPERTY GEOGRAPHICAL ID |
|---|---|---|
| Owner ID: 616482       Pct: 100.000%<br>MARKET HEIGHTS LTD<br>301 CONGRESS AVE<br>AUSTIN, TX 78701-2961 | NORRIS CROSSING, BLOCK 001, LOT PT1,<br>(E PT, 350.87' X 136.65' X 60'.X<br>21.0' X 298.27' X 38' X 600.1'),<br>ACRES 2.294                          Remai<br>Acreage: 2.2940                      Type: R | 0828980002 |
|  |  | **PROPERTY SITUS / LOCATION** |
|  |  | HH, TX |

| LAND MARKET VALUE | IMPROVEMENT MARKET VALUE | AG/TIMBER USE VALUE | AG/TIMBER MARKET | ASSESSED VALUE |
|---|---|---|---|---|
| 49,963 | 0 | 0 | 0 | 49,963 |

100% Assessment Ratio

| TAXING UNIT | ASSESSED | HOMESTEAD EXEMPTION | OV65 OR DP EXEMPTION | OTHER EXEMPTIONS | FREEZE YEAR AND CEILING | TAXABLE VALUE | RATE PER $100 | TAX DUE |
|---|---|---|---|---|---|---|---|---|
| CLEARWATER U.W.C.D. | 49,963 | 0 | 0 | 0 |  | 49,963 | 0.004000 | 2.00 |
| KILLEEN ISD | 49,963 | 0 | 0 | 0 |  | 49,963 | 1.141190 | 570.17 |
| CENTRAL TEXAS COLLEGE | 49,963 | 0 | 0 | 0 |  | 49,963 | 0.141000 | 70.45 |
| BELL COUNTY | 49,963 | 0 | 0 | 0 |  | 49,963 | 0.377900 | 188.82 |
| BELL COUNTY ROAD | 49,963 | 0 | 0 | 0 |  | 49,963 | 0.029500 | 14.74 |
| CITY OF HARKER HEIGHTS | 49,963 | 0 | 0 | 0 |  | 49,963 | 0.679600 | 339.54 |

CITY TAXES REDUCED BY SALES TAX 41.52
COUNTY TAXES REDUCED BY SALES TAX 58.11

**Total Taxes Due by Jan 31, 2009    1,185.72**

See payment schedule below for tax due.

**Payment Schedule**

| TAXING UNIT | OCTOBER | NOVEMBER | DECEMBER | JANUARY |
|---|---|---|---|---|
| CLEARWATER U.W.C.D. | 1.94 | 1.96 | 1.98 | 2.00 |
| KILLEEN ISD | 553.06 | 558.77 | 564.47 | 570.17 |
| *CENTRAL TEXAS COLLEGE | 70.45 | 70.45 | 70.45 | 70.45 |
| BELL COUNTY | 183.15 | 185.05 | 186.93 | 188.82 |
| BELL COUNTY ROAD | 14.30 | 14.45 | 14.59 | 14.74 |
| CITY OF HARKER HEIGHT | 329.35 | 332.75 | 336.15 | 339.54 |
| TOTAL | 1,152.25 | 1,163.43 | 1,174.57 | 1,185.72 |

**Penalty & Interest if paid after Jan 31, 2009**

| If Paid in Month | P&I RATE | TAX DUE |
|---|---|---|
| FEBRUARY 2009 | 7% | 1,268.71 |
| MARCH 2009 | 9% | 1,292.41 |
| APRIL 2009 | 11% | 1,316.17 |
| MAY 2009 | 13% | 1,339.89 |
| JUNE 2009 | 15% | 1,363.60 |

*Please note that this taxing unit does not offer early payment discounts.
Property taxes in Texas are assessed as of January 1st each year and cover a period of one year from that date.
Tax statutes make no provisions for proration; therefore, a change of address during the year would have no
effect on the tax liability established on January 1st of the calendar year. These tax statutes also make no
provisions for proration in case the property is disposed of during the calendar year. Also, if you owned
personal property described on the tax statement on January 1st, then you are personally liable for the taxes.
IF YOU ARE 65 YEARS OR OLDER OR ARE DISABLED AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS
DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY
ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.
REV. 2.3

\* DETACH HERE AND RETURN WITH PAYMENT \*

**Make checks payable to:**

TAX APPRAISAL DISTRICT
OF BELL COUNTY
PO BOX 390
BELTON, TX 76513-0390

**To Pay by Credit Card**
Visit www.bellcad.org
or call 1-800-2PAY-TAX
(Use Jurisdiction Code 6379)
Official Payments, the service provider,
charges a nominal fee for this service



*2008-404667*

| Owner Name and Address | Statement Number |
|---|---|
| MARKET HEIGHTS LTD<br>301 CONGRESS AVE<br>AUSTIN, TX 78701-2961 | 2008     404667 |
|  | **Prop ID Number** |
|  | 390403 |
|  | **Geographical ID** |
|  | 0828980002 |

See payment schedule below for tax due.

| If Paid in Month | TAX DUE |
|---|---|
| OCTOBER 2008 | 1,152.25 |
| NOVEMBER 2008 | 1,163.43 |
| DECEMBER 2008 | 1,174.57 |
| JANUARY 2009 | 1,185.72 |
| FEBRUARY 2009 | 1,268.71 |
| MARCH 2009 | 1,292.41 |
| APRIL 2009 | 1,316.17 |
| MAY 2009 | 1,339.89 |
| JUNE 2009 | 1,363.60 |

**In January Pay**

**1,185.72**

Taxes are payable
October 1, 2008 and
become delinquent
on February 1, 2009

MARKET HEIGHTS LTD
301 CONGRESS AVE
AUSTIN TX  78701

#157907