Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession

              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                      RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       : Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   : Case No. 08-35653
et al.,                      :
                             :
            Debtors.         : Jointly Administered
- - - - - - - - - - - - - - x

        **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
             JULY 6, 2009 AT 2:00 P.M. (EASTERN)**

        Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
July 6, 2009 beginning at 2:00 p.m. Eastern.

**I.    RESOLVED/WITHDRAWN MATTERS**

1.    Motion of M & M Berman Enterprises for Allowance and
      Payment of Administrative Expenses (Docket No. 3752)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 3754)

      Objection
      Deadline:        July 2, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           None.

      Status:          This matter has been resolved.

**II.   CONTINUED/ADJOURNED MATTERS**

2.    Motion of Federal Warranty Services Corporation,
      Sureway, Inc., American Bankers Insurance Company of
      Florida, and United Service Protection, Inc. To Compel
      Assumption Or Rejection Of Agreements Between The
      Assurant Companies And Circuit City Stores, Inc., Or In
      The Alternative Motion For Relief From Stay To
      Terminate Agreements, And Memorandum In Support (Docket
      Nos. 1794 and 1813)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket Nos. 1796 and
           1816)

      Objection
      Deadline:        February 11, 2009 at 4:00 p.m., extended
                       for the Debtors until May 6, 2009 at
                       4:00 p.m.

      Objections/
      Responses
      Filed:           Informal response of the Debtors

Status:          This matter has been adjourned to July
                 23, 2009 at 11:00 a.m.

3.    United States' Motion for Court Approval of Recoupment,
      and Memorandum in Support Thereof (Docket No. 3488)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 3489)

      Objection
      Deadline:        June 26, 2009 at 4:00 p.m., extended for
                       the Debtors until July 23, 2009 at 4:00
                       p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda.

      Status:          This matter has been adjourned to August
                       27, 2009 at 11:00 a.m.

4.    Motion of Towne Square Plaza to Allow the Filing of (1)
      Amended Proof of Claim and (2) Late Proof of Claim
      (Docket No. 3582)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 3583)

      Objection
      Deadline:        June 26, 2009 at 4:00 p.m., extended for
                       the Debtors until July 16, 2009 at 4:00
                       p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda.

      Status:          This matter has been adjourned to July
                       23, 2009 at 11:00 a.m.

### III. OMNIBUS CLAIMS OBJECTION MATTERS

5.  Debtors' Seventh Omnibus Objection to Certain Late
    Claims (Docket No. 3506)

    Objection
    Deadline:          June 29, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:             Please see Exhibit A attached hereto,
                       which lists all of the filed responses
                       docketed as of the date of this Agenda.

    Status:            The status hearing is going forward with
                       respect to those claims for which a
                       response was filed.  **However, those
                       parties who filed a response do not need
                       to appear at the hearing.  Such parties'
                       rights will not be affected at this
                       hearing.**  The Debtors will submit a
                       revised form of order granting the
                       relief sought in the objection with
                       respect to those claims for which no
                       response was received.

6.  Debtors' Eighth Omnibus Objection to Certain Late
    Claims (Docket No. 3507)

    Objection
    Deadline:          June 29, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:             Please see Exhibit A attached hereto,
                       which lists all of the filed responses
                       docketed as of the date of this Agenda.

    Status:            The status hearing is going forward with
                       respect to those claims for which a
                       response was filed.  **However, those
                       parties who filed a response do not need
                       to appear at the hearing.  Such parties'
                       rights will not be affected at this
                       hearing.**  The Debtors will submit a

revised form of order granting the relief sought in the objection with respect to those claims for which no response was received.

7.    Debtors' Ninth Omnibus Objection to Certain (i) Late Claims (ii) Late 503(b)(9) Claims (Docket No. 3509)

Related
Documents:

a.    Amended Exhibit C to Debtors' Ninth Omnibus Objection to Certain (i) Late Claims (ii) Late 503(b)(9) Claims (Docket No. 3512)

Objection
Deadline:        June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           Please see Exhibit A attached hereto, which lists all of the filed responses docketed as of the date of this Agenda.

Status:          The status hearing is going forward with respect to those claims for which a response was filed.  **However, those parties who filed a response do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**  The Debtors will submit a revised form of order granting the relief sought in the objection with respect to those claims for which no response was received.

8.    Debtors' Tenth Omnibus Objection to Certain Duplicate Claims (Docket No. 3513)

Objection
Deadline:        June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           Please see Exhibit A attached hereto,

which lists all of the filed responses
docketed as of the date of this Agenda.

Status:            The status hearing is going forward with
respect to those claims for which a
response was filed.  **However, those
parties who filed a response do not need
to appear at the hearing.  Such parties'
rights will not be affected at this
hearing.**  The Debtors will submit a
revised form of order granting the
relief sought in the objection with
respect to those claims for which no
response was received.

**IV.    CONTESTED MATTERS**

9.     Motion Of The Debtors For Order (I) Pursuant To 11
U.S.C. § 105 And Fed. R. Bankr. P. 9020 (A) Finding
Creative Realty Management LLC In Civil Contempt And
(B) Compelling Compliance With Order And Imposing
Sanctions For Violations Thereof, Or (II) Granting The
Debtors Relief Under Fed. R. Bankr. P. 9024 And Fed. R.
Civ. P. 60 From Order Assuming, Assigning, And Selling
Certain Leases To Creative Realty Management LLC
(Docket No. 3664)

Related
Documents:

a.     Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease and Sublease of Non-
Residential Real Property (Docket No. 3575)

b.     Notice of Motion and Hearing (Docket No. 3670)

c.     Order Pursuant To 11 U.S.C. 105, Fed. R. Bankr. P.
7062 and 9014, and Fed. R. Civ. P. 62(B) For A
Stay Effective As Of June 11, 2009 and Pending
Disposition Of Motion Of The Debtors For Order (I)
Pursuant To 11 U.S.C. 105 and Fed. R. Bankr. P.
9020 (A) Finding Creative Reality Management LLC
In Civil Contempt and (B) Compelling Compliance
With Order and Imposing Sanctions For Violations
Thereof, or (II) Granting The Debtors Relief Under

6

Fed. R. Bankr. P. 9024 and Fed. R. Civ. P. 60 From
Order Assuming, Assigning and Selling Certain
Leases To Creative Reality Management, LLC (Docket
No. 3863)

Objection
Deadline:        June 23, 2009 at 2:00 p.m.

Objections/
Responses
Filed:

a.    Objection of Creative Realty Management, LLC to
      Motion Of The Debtors For Order (I) Pursuant To 11
      U.S.C. § 105 And Fed. R. Bankr. P. 9020 (A)
      Finding Creative Realty Management LLC In Civil
      Contempt And (B) Compelling Compliance With Order
      And Imposing Sanctions For Violations Thereof, Or
      (II) Granting The Debtors Relief Under Fed. R.
      Bankr. P. 9024 And Fed. R. Civ. P. 60 From Order
      Assuming, Assigning, And Selling Certain Leases To
      Creative Realty Management, LLC and Motion of the
      Debtors Pursuant to 11 U.S.C. § 105, and Local
      Bankruptcy Rule 9013-1(M) for an Order Setting an
      Expedited Hearing (Docket No. 3705)

b.    Response of Dollar Tree Stores, Inc. to Debtors'
      Motion For Order (I) Pursuant To 11 U.S.C. § 105
      And Fed. R. Bankr. P. 9020 (A) Finding Creative
      Realty Management LLC In Civil Contempt And (B)
      Compelling Compliance With Order And Imposing
      Sanctions For Violations Thereof, Or (II) Granting
      The Debtors Relief Under Fed. R. Bankr. P. 9024
      And Fed. R. Civ. P. 60 From Order Assuming,
      Assigning, And Selling Certain Leases To Creative
      Realty Management LLC (Docket No. 3706)

Status:         This matter is going forward.

Dated: July 2, 2009          SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia       FLOM, LLP
                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000

                                      - and -

                              SKADDEN, ARPS, SLATE, MEAGHER &
                                 FLOM, LLP
                              Chris L. Dickerson, Esq.
                              333 West Wacker Drive
                              Chicago, Illinois 60606
                              (312) 407-0700

                                      - and -

                              MCGUIREWOODS LLP


                              _/s/ Douglas M. Foley _____
                              Dion W. Hayes (VSB No. 34304)
                              Douglas M. Foley (VSB No. 34364)
                              One James Center
                              901 E. Cary Street
                              Richmond, Virginia 23219
                              (804) 775-1000

                              Counsel for Debtors and Debtors
                              in Possession

**EXHIBIT A**

<u>**EXHIBIT A**</u>

<u>**Responses to Debtors' Omnibus Claims Objections**</u>
<u>**Scheduled for Status Hearing on July 6, 2009**</u>

| Omnibus Objection | Respondent | Docket Number | Status |
|---|---|---|---|
| 7 | Kim E's Flowers, Inc. | 3611 | The status hearing is going forward. **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 7 | Marian B. Frauenglass | 3636 | The status hearing is going forward. **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 7 | Sie Ling Chiang | 3639 | The status hearing is going forward. **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 7 | Cheryl Daves | 3661 | The status hearing is going forward. **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 7 | David Cates | 3690 | The status hearing is going forward. **However, you do not need to appear at the** |

| Omnibus Objection | Respondent | Docket Number | Status |
|---|---|---|---|
| | | | hearing.  Your rights will not be affected at this hearing. |
| 7 | Louis C. Jones III | 3791 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 7 | Ty Holbrook | 3792 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 7 | Marilyn N. Campbell | 3794 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 7 | Michael Lay | 3795 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 7 | Richard L. Schurz | 3802 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this** |

| Omnibus Objection | Respondent | Docket Number | Status |
|---|---|---|---|
| | | | hearing. |
| 7 | Barbara Lay | 3803 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 7 | Cheryl Daves | 3811 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 7 | Philip C. Baxa of MercerTrigiani on behalf of Renukaben S. Naik | 3812 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 7 | Dino Bazdar | 3814 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 7 | Austin James Harthun | 3815 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 7 | Mikael Salovaara | 3835 | The status hearing is going |

| Omnibus Objection | Respondent | Docket Number | Status |
|---|---|---|---|
|  |  |  | forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 7 | Edward A. Winfree | 3878 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 7 | Jean Abdallah | 3880 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 7 | Jakob Joffe | 3886 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 7 | Michael McCabe | 3887 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 7 | Elton J. Turnage | 3889 | The status hearing is going forward.  **However, you do not need to appear at the** |

4

| Omnibus Objection | Respondent | Docket Number | Status |
|---|---|---|---|
| | | | hearing.  Your rights will not be affected at this hearing. |
| 7 | Michael Boger | 3905 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 7 | WINK TV - Fort Myers Broadcasting | 3920 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| | | | |
| 8 | Times and News Publishing Company's | 3640 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 8 | Dr. Robert A. Koenig | 3642/3643 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 8 | Ismay Gayle | 3659 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will** |

| Omnibus Objection | Respondent | Docket Number | Status |
|---|---|---|---|
| | | | not be affected at this hearing. |
| 8 | First Baptist Church of Sunrise | 3662 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 8 | PuntoAparte Communications, Inc. | 3785 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 8 | Taylor B. Phillips | 3788 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 8 | Ervin C. Olson | 3789 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 8 | Gloria E. Scarnati | 3790 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |

| Omnibus Objection | Respondent | Docket Number | Status |
|---|---|---|---|
| 8 | Ty Holbrook | 3793 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 8 | Marsha L. Blanchette | 3798 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 8 | Alex P. Thorson | 3804 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 8 | Michael Alexander | 3805 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 8 | Richard Daly | 3806 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 8 | American Power Conversion Corp. | 3818 | The status hearing is going forward.  **However, you do** |

| Omnibus Objection | Respondent | Docket Number | Status |
|---|---|---|---|
| | | | not need to appear at the hearing.  Your rights will not be affected at this hearing. |
| 8 | Vertis, Inc. | 3827 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 8 | Cornella Diane Beverly | 3832 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 8 | Waste Management, Inc | 3834 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 8 | Snagajob.com | 3857 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 8 | Connie Y. Boyer | 3883 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will** |

8

| Omnibus Objection | Respondent | Docket Number | Status |
|---|---|---|---|
| | | | not be affected at this hearing. |
| 8 | Margaret L. Given c/o Julia M. Given, Custodian | 3894 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 8 | Craig Bender | 3897 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 8 | KPLR TV | 3903/3904 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 8 | Dirley L. Ball | 3906 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 8 | Cornella Diane Beverly | 3908 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |

| Omnibus Objection | Respondent | Docket Number | Status |
|---|---|---|---|
| 8 | Nicholas S. Weeks | 3913 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 8 | WXCW TV - Sun Broadcasting | 3919 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 8 | John P. Raleigh | 3921 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 9 | Kenneth Giacone | 3635 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 9 | United States Customs and Border | 3656 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 9 | Jerry L. Knighten | 3658 | The status hearing is going |

| Omnibus Objection | Respondent | Docket Number | Status |
|---|---|---|---|
| | | | forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 9 | Mary H. Stienemann | 3660 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 9 | Kisha T. Buchanan | 3692 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 9 | Patricia A. Bean | 3693 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 9 | C & A Consulting | 3694 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 9 | Sennheiser Electronic Corp. | 3707 | The status hearing is going forward.  **However, you do not need to appear at the** |

| Omnibus Objection | Respondent | Docket Number | Status |
|---|---|---|---|
| | | | hearing.  Your rights will not be affected at this hearing. |
| 9 | Compass Group USA, Inc. | 3712 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 9 | Declaration of Richard Stevens | 3786 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 9 | Lacrosse Technology, Ltd. | 3787 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 9 | Alice Norton | 3801 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 9 | Chang Rao, Chuan Fa Liu | 3809 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this** |

| Omnibus Objection | Respondent | Docket Number | Status |
|---|---|---|---|
| | | | hearing. |
| 9 | Sharon Brown Hope | 3813 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 9 | SimpleTech by Hitachi Global Storage Technologies | 3821/3848 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 9 | Michael T. Chalifoux | 3826 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 9 | Laura L. Scannell | 3838 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 9 | Belkin International | 3851 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 9 | Oklahoma Gas & Electric Company | 3858 | The status hearing is going |

| Omnibus Objection | Respondent | Docket Number | Status |
|---|---|---|---|
| | | | forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 9 | Tec-Com Services, Inc.. | 3865 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 9 | Deanna Heckman (Harding) | 3885 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 9 | Michael Karpinski | 3890 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 9 | Sheryl A. Borger | 3891 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 9 | Adam Drake | 3896 | The status hearing is going forward.  **However, you do not need to appear at the** |

14

| Omnibus Objection | Respondent | Docket Number | Status |
|---|---|---|---|
| | | | hearing.  Your rights will not be affected at this hearing. |
| 9 | Marin Municipal Water District. | 3900 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 9 | John Batioff | 3901/3902 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 9 | WPBF TV | 3903/3904 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 9 | Mary Ann Hudspeth | 3911 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 9 | Harris County Toll Road Authority | 3912 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this** |

| Omnibus Objection | Respondent | Docket Number | Status |
|---|---|---|---|
| | | | hearing. |
| 9 | Lyle Alonso Epps | 3914 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 9 | Mary Riordan | 3918 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| | | | |
| 10 | Martin Garcia | 3667 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 10 | Syed Asrar Naqvi | 3691 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 10 | Catellus Operating Limited Partnership | 3708 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |

| Omnibus Objection | Respondent | Docket Number | Status |
|---|---|---|---|
| 10 | Plaza Las Americas, Inc. | 3777 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 10 | Cormark, Inc. | 3800 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 10 | Spring Hill Development Partners, GP, Dickson Management Associates, LLC and Gallatin Management Associates, LLC | 3828 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 10 | M&M Berman Enterprises | 3829 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 10 | Cottonwood Corners-Phase V, LLC | 3833 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 10 | Southroads, L.L.C. | 3836 | The status hearing is going forward.  **However, you do** |

| Omnibus Objection | Respondent | Docket Number | Status |
|---|---|---|---|
|  |  |  | **not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 10 | TKG Coffee Tree, L.P. | 3841 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 10 | Alliance Entertainment, LLC, now known as Source Interlink Distribution, LLC, and (II) Source Interlink Media | 3844 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 10 | Eagleridge Associates, LLC, Torrance Towne Center Associates, LLC. | 3849 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 10 | Belkin International | 3852 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 10 | 1251 Fourth Street Investors, LLC and Beverly Gemini Investments, LLC | 3876/3877 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will** |

18

| Omnibus Objection | Respondent | Docket Number | Status |
|---|---|---|---|
|  |  |  | **not be affected at this hearing.** |
| 10 | WEND/WRFX-FM | 3903/3904 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |
| 10 | Satchidananda Mims | 3907 | The status hearing is going forward.  **However, you do not need to appear at the hearing.  Your rights will not be affected at this hearing.** |