B" according to a map on file in the office of the Clerk of Court and Recorder for Jefferson Parish, Louisiana, being more particularly described as follows:

Commencing at the Southwest corner of Parcel J-IA, which is the northeast corner of the intersection of Manhattan Boulevard and Westbank Expressway, thence South 29° 23 minutes 49 seconds East a distance of 400.00 feet to a point of beginning. Run thence North 60° 36 minutes 11 seconds East a distance of 173.38 feet to a point; thence South 29° 23 minutes 49 seconds East a distance of 110.00 feet to a point; thence South 60° 36 minutes 11 seconds West a distance of 173.38 feet to a point; thence South 29° 23 minutes 49 seconds East a distance of 110.00 feet to a point; thence South 60° 36 minutes 11 seconds West a distance of 173.38 feet to a point; thence North 29° 23 minutes 49 seconds West a distance of 110.00 feet to a point of beginning; all in accordance with a plat of survey by Ralph P. Fontcuberta, Registered Land Surveyor, dated May 27, 1981 and attached to Jefferson Parish, Ordinance of Resubdivision No. 14825, registered in Jefferson, Louisiana, COB 1009, folio 301, Entry No. 980510.

# EXHIBIT C

## Landlord's Work

C-1

C:\Documents and Settings\kgarner\Local Settings\Temporary Internet Files\OLK114\CC Lease Version 11 response V3.DOC
Dallas 1251043_3 7680.4

EXHIBIT C-1

Possession Date Notice

[Letterhead of Landlord]

_____, 200\_\_

[via overnight courier
service per Article XXII of the Lease]

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, Virginia 23233
Attention: Vice President of Real Estate

Re:    Lease Agreement dated as of _____, 200\_\_ (the "**Lease**"), between TEAM RETAIL WESTBANK, LTD., as landlord ("**Landlord**"), and CIRCUIT CITY STORES, INC., as tenant ("**Tenant**"), with respect to certain retail premises (the "**Premises**") located in the Westbank Village Shopping Center, Harvey, LA.

Gentlemen:

In accordance with the provisions of Section 2.05(a) of the Lease, Landlord hereby informs the Tenant that the Possession Date (including, without limitation, the Delivery of the Premises) shall take place at 8:00 A.M. on _____, 200\_\_. This notice shall constitute the Possession Date Notice referred to in Section 2.05 of the Lease. All capitalized terms as used in this Possession Date Notice shall have the same meaning as set forth in the Lease, unless otherwise defined in this Possession Date Notice.

TEAM RETAIL WESTBANK, LTD., a Texas
limited partnership

By:    GP Team Retail Westbank, LLC, a Texas
limited liability company, its general partner

By:_____
Worth R. Williams, Manager

cc:    Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, Virginia 23233
Attention: General Counsel
[_____, Esq.]

C-1-1

H:\44050062-West Bank, LA\Lease Ver 9.DOC
Dallas 1251043_3 7680.4

# EXHIBIT C-2

## Specifications For Landlord's Work

| Site Design Requirements | Reverse Build to Suit Deals | | |
|---|---|---|---|
| Circuit City Stores, Inc. | Westbank, LA | #4308 | 6/29/2007 |

These Site Design Requirements (SDR's) are attached to and made part of the Lease Agreement. These SDR's are intended to allocate responsibility between Landlord and Circuit City for the work needed to prepare the Premises for Circuit City's occupancy. Terms with capital letters which are defined in the Lease Agreement and used in the SDR's shall have the same meaning.

## 1. Landlord's Work

Landlord shall be responsible for all work as described in Section 1, "Landlord's Work". Landlord's Work shall be preformed in a good and workmanlike manner. Landlord's engineers, surveyors, architects, consultants and contractors shall be bondable, all licensed in the state where the Shopping Center is located, and of good reputation. Landlord's Work shall be performed at Landlord's sole cost and expense, and in accordance with all applicable laws and regulations, these SDR's, the Construction Schedule (Attachment 2), and the Civil Plans (Attachment "7").

In the event that any portion of the Landlord's Work requires minor adjustments in order to satisfy the requirements of these SDR's, Circuit City may direct its contractor to make such minor adjustments, the total cost of which shall be reimbursed by Landlord to Circuit City upon demand in a sum not to exceed Five Thousand and no/100 Dollars ($5,000.00).

**A. Site Delivery Work** - All of the Landlord Work described in one (1) though twelve (12) below is referred to collectively as the "Site Delivery Work". Upon completion of the Site Delivery Work, Landlord shall deliver to Circuit City the "Site Work Certificate" (Attachment "3"), at which time "Delivery of Land" as described in the Lease shall be deemed to have occurred. If any portion of the Site Delivery Work has not been completed to Circuit City's satisfaction, Circuit City shall promptly notify Landlord, and Landlord shall be obligated to correct any incomplete or unacceptable work as a condition precedent to Delivery of the Land.

1. Provide the Geotechnical Reports and Geotechnical Reliance Letter (Attachment "8").
2. Provide the Environmental Reports and Environmental Reliance Letter (Attachment "9").
3. Cause the proposed development of the Shopping Center and its Civil Plans to comply with the Geotechnical Report (titled "Proposed Commercial Building Westbank Village", project no. 9244 dated November 11, 2006 as prepared by Gore Engineering, Inc.) and with the Circuit City Specifications (Attachment "1").
4. Cause the land upon which the Circuit City building will be constructed (which includes the areas occupied by the building, loading dock well, trash compactor, and sidewalks) to be free and clear of all obstructions, foundations, rock, footings, utilities, easements, improvements, and tenancies. Any rock removal performed by the Landlord must be completed as described in the Circuit City Specifications. The Circuit City Specifications shall take precedent over the Geotechnical Report with regards to rock removal.
5. Cause the land on which the Shopping Center is situated, including the Building Pad, to be delivered free of all Hazardous Materials.
6. Cause the land on which the Shopping Center is situated, including the Building Pad, to be graded in accordance with the Geotechnical Report, the Civil Plans, and the Circuit City Specifications.
7. Complete the Building Pad in accordance with the Geotechnical Report, the Civil Plans, and the Circuit City Specifications. If there are discrepancies between the Circuit City Specifications and the Geotechnical Report or Civil Plans, the Circuit City Specifications shall take precedent. The term "Building Pad" shall mean the footprint of the Circuit City Building plus a minimum of fifteen (15) feet beyond such footprint, and the areas occupied by the loading dock well, trash compactor, and sidewalks.
8. Obtain governmental approvals necessary to complete all on-site and off-site work shown on the Civil Plans, including all approvals which must be obtained as a condition to issuance of Circuit City's building permit.

**Site Design Requirements**
Circuit City Stores, Inc.

**Reverse Build to Suit Deals**
Westbank, LA    #4308    6/29/2007

9. Obtain all planning and zoning approvals, if any, from governmental authorities having jurisdiction over the Shopping Center which are necessary to allow the issuance of Circuit City's building permit and the completion of the Circuit City building.
10. Complete: (a) all curb cuts for the Tenant's Preferred Area, (b) 20,000 square feet of staging area outside of but adjacent to the Building Pad, to either be paved or stone to provide for all weather use, and (c) a twenty four (24) foot wide all-weather construction access road connecting the existing adjacent roadway to the Building Pad, to be maintained by the Landlord in good condition throughout the construction of the Common Areas.
11. Provide temporary utilities as described in the Circuit City Specifications to within five (5) feet of the Staging Area, at locations designated by Circuit City, and in accordance with the dates on the Construction Schedule.
12. Satisfy the additional requirements set forth in "Approvals and Payment of Fees" below.

**B. Additional Landlord's Work.** - In addition to the Site Delivery Work, Landlord shall complete the following as part of Landlord's Work:

1. The construction and installation of Circuit City's permanent utilities in accordance with the Circuit City Specifications.
2. The construction and installation of paving, (light duty and heavy duty), sidewalks, curbing, landscaping, and exterior lighting in accordance with the Geotechnical Report, the Civil Plans, and Circuit City Specifications. To the extend that there is a conflict between the Circuit City Specifications and the Geotech Report which regards to the paving design the Geotech Report shall control.
3. The construction and installation of the monument and pylon signs in accordance with the Civil Plans, and Circuit City Specifications.

**C. Approvals and Payment of Fees** - As a condition of completing the Site Delivery Work, Landlord shall be obligated (a) to obtain all governmental and third party approvals, permits, and authorizations which must be obtained for the development of the shopping center site and (b) to pay all fees and assessments, including impact fees and building permit fees (regardless of how such fees may be defined or described) which must be paid as a condition to issuance of a building permit for the construction of the Circuit City building..

**D. Survey** - Landlord shall provide Circuit City with a current ALTA survey, and provide the ALTA survey Certificate (Attachment "6") in accordance with the Construction Schedule.

**E. Civil Plans** - Landlord shall deliver to Circuit City full and complete Civil Plans in accordance with the Construction Schedule. The Civil Plans shall be subject to Circuit City's approval within ten (10) business days Circuit City shall submit comments to Developer or they shall be deemed approved. Circuit City's approval of the Civil Plans shall be for compliance with the Circuit City Specifications only, and for no other purpose. To the extent that there is a conflict between the Civil Plans and the Circuit City Specifications, the Circuit City Specifications shall control.

**F. Sign Plans** - Landlord shall submit to Circuit City all plans and specifications for the pylon and monument signs contained or to be constructed within the Shopping Center, for Circuit City's written approval which shall not be unreasonably withheld. Landlord shall submit to Circuit City any signage plans and a design criterion that may impact Circuit City's building signs, and the monument and pylon signs. Attached as Attachment "5" are the Sign Plans and Specifications plans for Circuit City's building, pylon and monument signage, which Landlord hereby approves.

**G. Landlord Deliverables** - The Landlord shall provide the deliverables as described in the Circuit City Development Process (Attachment "10").

**Site Design Requirements**
Circuit City Stores, Inc.

**Reverse Build to Suit Deals**

Westbank, LA #4308 6/29/2007

## 2. Circuit City's Work

**A. Building Construction** - Following Delivery of the Land, Circuit City shall commence and pursue to completion the construction of the Circuit City building described in the Lease as the "Premises". Except as otherwise expressly provided in the SDR's or the Lease, and subject to the terms of the Lease regarding payment of the Landlord Reimbursement, all costs and expenses incurred by Circuit City in connection with constructing the Premises shall be borne by Circuit City.

**B. Plans and Specifications** - Circuit City shall prepare plans and specifications for the construction of the Premises which shall be submitted to the Landlord for its approval in accordance with these SDR's. Landlord shall respond to Circuit City's request for approval within ten (10) business days, and shall be obligated to approve Tenant's plans and specifications so long as they are consistent with Circuit City's current prototype and the Floor Plans and Elevations (Attachment "4"). In the event that the Landlord does not notify Circuit City that it disapproves the plans and specifications within ten (10) business days, the plans and specifications shall be deemed approved. Circuit City's plans and specifications shall not be changed by Circuit City without the prior written consent of Landlord, provided that any changes made by Circuit City to its prototypical store design shall not be subject to Landlord's prior approval and shall be deemed approved by the Landlord. Following Landlord's approval of the Circuit City's plans and specifications, any changes requested by Landlord shall be subject to Circuit City's approval, which approval may be withheld in Circuit City's sole discretion for any reason or no reason, and if approved by Circuit City, any incremental costs associated with such changes shall be made at Landlord's sole cost and expense.

**C. Permits** - At Circuit City's sole cost and expense, Circuit City shall obtain those certain building permits, licenses, other governmental approvals, and temporary and permanent certificates of occupancy which may be required for the lawful construction of the Premises (excluding Landlord's Work) in accordance with these SDR's. Landlord shall be obligated to assist and cooperate fully with Circuit City in obtaining such permits, licenses, approvals and certificates. Landlord shall be responsible for all other permits necessary for the development of the Shopping Center.

## 3. Attachments

**A. Attachments** - The following are attached to these SDR's and made a part hereof for all purposes.

1. Circuit City Specifications
2. Construction Schedule
3. Site Work Certificate
4. Floor Plan and Elevations
5. Sign Plans and Specifications
6. ALTA Survey Certificate
7. Civil Plans
8. Geotechnical Reliance Letter
9. Environmental Reliance Letter
10. Circuit City Development Process

| Site Design Requirements | | Reverse Build to Suit Deals | |
|---|---|---|---|
| Circuit City Stores, Inc. | Westbank, LA | #4308 | 6/29/2007 |

## Attachment "1" – Circuit City Specifications

1. Grading Specifications
2. Utility Specifications
3. Paving and Lighting Specifications

(to be attached)

Site Design Requirements     Reverse Build to Suit Deals
Circuit City Stores, Inc.    Westbank, LA    #4308    6/29/2007

# GRADING SPECIFICATIONS – REVERSE BUILD TO SUIT DEALS

GRADING SPECIFICATIONS: Grading Requirements:

- The Civil Plans shall show contours in accordance with standard engineering practice and these contours shall be shown with the existing and final elevations.
- The Building will be accessible by grade level parking only. Steps and stairs are not permitted.
- Sidewalk at the Building will slope away from the Building with grade of no less than 1.5% and no more than 3.0%. All Water shall be sheet drained away from the Circuit City doors.
- Asphalt paving areas will be graded to avoid ponding water, with slopes of no less than 1.0% and no more than 4.0%. Entrances and access drives shall have a maximum slope of 6.0%.
- Surface drainage swales will not be allowed without prior approval of Circuit City. Such swales must have a grade of no more than 3.5% and shall be constructed of concrete.
- No retaining walls or embankments causing breaks in grade shall be permitted unless specifically approved by Circuit City, with the exception of a retaining wall behind the Circuit City's building as shown on attached grading plan.

GRADING SPECIFICATIONS: Building Pad

- Landlord shall be responsible for preparing the Building Pad subgrades to within plus or minus one-tenth of a foot as set by Circuit City's architect. Circuit City's subgrades are 8" below finished floor elevation.
- Compaction of the building pad shall be no less than ninety-five percent (95%) of the standard proctor soil test for water content and compaction levels (Standard Proctor) on the Land, so as to enable Circuit City to perform construction work necessary to provide improvements in accordance with the Plans and Specifications with drilled piers footings and without the necessity of pilings or other extraordinary foundation work.
- All compacted areas of the Land shall be verified by an independent professional soils engineering test laboratory and a certificate from such independent laboratory indicating compliance with Landlord's Soils Report shall be furnished to Circuit city upon completion of the Site Delivery Work.
- The Building Pad soil shall have a minimum bearing capacity of 2,500 pounds per square foot, with a maximum differential settlement of ½" and a maximum total settlement of 1". Earth stabilization and/or replacement shall be preformed by the Landlord as necessary to meet this minimum requirement.
- During the preparation of the Building pad, Landlord shall at its expense have an independent professional soils engineering laboratory monitor and certify the preparation of the Building Pad in accordance with Landlord's soils Report. Landlord shall perform one in-place compaction test per 5,000 square feet of pad area per lift.
- All material, including native and fill, within five feet of the any surface of the Building including foundation concrete, shall be non-expansive with a plasticity index of 12 or less. The material shall also have a sufficient cohesion to stand vertical for three feet. No oversize material or lumps greater than 6" in diameter will be allowed and not more than 15% of the material shall be greater than 2 ½" diameter. Landlord must remove any existing rock within five feet of Circuit City's proposed foundation prior to pad delivery, so that construction of the Building can be completed without any rock excavation by Circuit City.
- The Civil Plans shall not be materially changed by Landlord without the prior consent of Circuit City, which consent shall not be unreasonably withheld or delayed.
- All outlots or future building areas shall be rough graded and planted with grass seed.



4308_SDR_BTS_Westbank LA_062907_FINAL-2      5 of 25

Site Design Requirements    Reverse Build to Suit Deals
Circuit City Stores, Inc.    Westbank, LA    #4308    6/29/2007

# UTILITIES SPECIFICATIONS – REVERSE BUILD TO SUIT DEALS

**Temporary Utilities:**

Landlord will provide the following temporary utilities to the Staging Area, in a location selected by Circuit City, no later than the date for completion of such temporary utilities set forth in the Construction Schedule (Attachment "2"):

- A ¾" water line with sufficient pressure that pumping is not necessary. If the 8" sprinkler main is already installed into the building, then the ¾" water line may be tapped onto the end cap.
- 200 amps, 1 phase, 4 wire, 120 volt electric power, with weatherproof and rainproof disconnect switch.
- Telephone service

**Permanent Utilities:**

Landlord will provide the following permanent utilities to within five (5) feet of the Building (unless notes otherwise below), at Circuit City's designated entry points as shown on this drawing. Paving shall not cover the stub points for these utilities. All utilities will be provided no later than the date set forth on the Construction Schedule (Attachment "2"):

- 2" Gas Service and Meter
- 4" Telephone Conduit
- Cable TV
- Secondary electric service to Circuit City's designated point of termination within the Building, adequate for an 800 amp panel, 3-phase, 277/480 volt service.
- Storm Sewer System to locations as shown on the Civil Plans
- 6" Sanitary Sewer line
- 2" Domestic Water line
- 8" fire protection water line with a minimum of 50 pounds per square inch residual pressure at 2000 gallons per minute flow, with sufficient capacity to service Circuit City's sprinkler system without the need for a fire pump, as approved by Circuit City's fire protection consultant. The line should be provided to Circuit City's designated point of termination within the Building. The line shall have a flanged and capped outlet located 12" above the finished floor and 18" from the pipe's centerline to the inside face of the exterior wall. The location shall be coordinated with Circuit City's sprinkler contractor and shall conform to the requirements of all authorities having jurisdiction.



4308_SDR_BTS_Westbank LA_062907_FINAL-2      6 of 25

Site Design Requirements  Reverse Build to Suit Deals
Circuit City Stores, Inc.  Westbank, LA  #4308  6/29/2007

# PAVING AND LIGHTING SPECIFICATIONS – REVERSE BUILD TO SUIT DEALS

**PAVING SPECIFICATIONS:** Parking Area and Roadway Surfacing

- Landlord to repair and maintain the existing in accordance with Landlord's Soils Report. The asphalt will be maintained by Landlord to have a cosmetic and operational condition. The asphalt will have 1" to 4" overlay throughout parking depending condition of existing asphalt.
- All pavement design for new asphalt shall be subject to review and approval by Circuit City, and shall conform to the recommendations of Landlord's Soils Report.
- Heavy duty paving must be used in the main drives and service areas as required by Landlord's Soils Report.

**PAVING SPECIFICATIONS:** Sidewalks and Curbs

- Landlord shall provide and install all curbs and sidewalks including perimeter curbs and sidewalks, except for the sidewalk directly in front of the Building.
- All sidewalks and curbs shall be constructed of concrete and shall have a minimum slope of 1.0% and a maximum slope of 3.0% away from the Building. All sidewalks and curbs shall be a minimum of four (4) inches thick, with a rough non-skid texture, over a suitable granular base. Salt finish is not acceptable.
- Entrance and access roads shall have six (6) inch curbs with twelve (12) inch gutters. However, next to sidewalks and buildings when drainage is not a factor a straight six (6) inch curb without gutters shall be permitted. Parking lot islands and landscape enclosures shall have vertical type curbs. All curbs, and curb and gutters shall be concrete. Extruded asphalt curbing shall not be used.

**SHOPPING CENTER LIGHTING SPECIFICATIONS:** Design Standards

- Landlord shall prepare and submit plans to Circuit City that show the photometrics, location and height of all light poles, type of fixtures, fixture shielding (if any), circuiting, and details of the complete lighting arrangement and equipment.
- Illuminations as measured at the pavement shall be:
  10.0 foot candles minimum maintained within 50 feet of the Building entry
  5.0 foot candles minimum maintained throughout the parking lot and drives
- Landlord shall allow Circuit City to illuminate the entry soffit up to a minimum of 40 foot candles, and to illuminate the entry tower with four (4) 1000 watt metal halide light fixtures mounted on a 25' high metal poles on a 3' high 24" diameter concrete pedestal, located on the center line of Circuit City's entry approximately 100' from the Building.
- Twenty-five percent (25%) of the overall lighting shall be designated as security lighting, and shall remains on from dusk until dawn. The security lighting layout and pattern shall be subject to Circuit City's approval.
- Selection of fixture types for both the parking lot lights and the building facades shall be subject to Circuit City's review and approval prior to design and circuiting.
- Landlord shall install a seven-day time switch to control all parking lot lighting wired to a common house panel. All security lighting shall be placed on photo-cell switching.
- The control of parking area lights shall be accessible to Circuit City's local store management due to late-night and holiday sales.



**Site Design Requirements**
Circuit City Stores, Inc.

**Reverse Build to Suit Deals**
Westbank, LA    #4308    6/29/2007

## Attachment "2" – Construction Schedule

| Landlord's Tasks | Completion Date |
|---|---|
| **I SITE DELIVERY WORK** | |
| Landlord's delivery of the Civil Plans. | 3/30/2007 |
| Landlord's delivery of the Geotechnical Report. | 1/2/2007 |
| Landlord's delivery of the Environmental Report. | 4/13/2007 |
| Landlord's delivery of the Geotechnical Reliance Letter (Attachment "8"). | 4/27/2007 |
| Landlord's delivery of the Environmental Reliance Letter (Attachment "9"). | 4/2/2007 |
| Landlord's completion of the Site Work including delivery of the Site Work Certificate (Attachment "3"); construction of the staging area, all-weather construction access road.. | 8/10/2007 |
| **II ADDITIONAL LANDLORD'S WORK** | |
| Construction and installation of permanent utilities. | 9/21/2007 |
| Construction and installation of: paving, curbing, sidewalks, landscaping, and exterior lighting. | 10/31/2007 |
| Construction and installation of pylon and monument signs identifying the Shopping Center. | 10/31/2007 |

**Site Design Requirements**
Circuit City Stores, Inc.

**Reverse Build to Suit Deals**
Westbank, LA    #4308    6/29/2007

## Attachment "3" – Site Work Certificate

To:    Circuit City Stores, Inc.
       Deep Run I
       9950 Mayland Drive
       Richmond, Virginia 23233
       Attention: Vice President-Construction

Re:    Circuit City Store/[Location]

Ladies and Gentlemen:

The undersigned, as Landlord has completed all Site Work and has caused "Delivery of the Land" to occur on _____, _____, all in accordance with the terms of the Site Design Requirements dated _____, _____. Specifically, the undersigned hereby certifies that:

- Grading of the Land and the Common Areas has occurred in accordance with the Site Design Requirements.
- Landlord has provided an independent soils engineer's written certification that all pad work was completed in accordance with the Soil Report, the Civil Plans, and Circuit City's Plans and Specifications. This report shall include the results of all compaction and other tests performed during the pad preparation phase, and any tests performed prior to the date of such certification. A copy of such certification shall be delivered to Circuit City's Vice President – Construction at Circuit City's address.
- Landlord has provided a surveyor's written certification stating that the Building Pad is at the prescribed elevation within the stated tolerance of plus or minus one-tenth of a foot. This certification shall be based upon an "as-prepared" survey that shall accompany such certification and shall show thereon elevation shots taken on a 50 foot grid minimum, including pad perimeter and building corners. Promptly upon completion of the Site Delivery Work, Landlord shall cause its surveyor to designate the corners of the Building Pad by means of standard surveying markers.
- The finished floor elevation is _____. The pad elevation is _____.
- The Staging Area has been completed.
- An all-weather construction access road to the Land no less than 24' in width has been prepared and is ready for use.

All conditions precedent to issuance of your building permit have been satisfied by Landlord, and we certify that all elements of the Site Delivery Work and Delivery of the Land have been satisfied in accordance with the Site Design Requirements.

LANDLORD: _____,

a _____

By: _____
Name: _____
Title: _____

| Site Design Requirements | Reverse Build to Suit Deals | | |
|---|---|---|---|
| Circuit City Stores, Inc. | Westbank, LA | #4308 | 6/29/2007 |

## Attachment "4" – Floor Plan and Elevations

(to be attached)







| Site Design Requirements | | Reverse Build to Suit Deals | |
|---|---|---|---|
| Circuit City Stores, Inc. | Westbank, LA | #4308 | 6/29/2007 |

## Attachment "5" – Sign Plans and Specifications

(to be attached)



