





**Site Design Requirements**             **Reverse Build to Suit Deals**
Circuit City Stores, Inc.       Westbank, LA         #4308        6/29/2007

## Attachment "6" – ALTA Survey Certificate

Certified to Circuit City Stores, Inc., a Virginia corporation ("Landlord"), _____, a _____ ("Title Company"), and _____ _____, a _____ corporation ("Title Agent"). The undersigned _____ (the "Surveyor") hereby certifies that (a) the Survey Plat dated _____, 20____, prepared by the undersigned, of that certain tract of land consisting of _____ sq. ft., or _____ acres, in the _____, in the City of _____, County of _____, State of _____, and the metes and bounds description set forth thereon are true and correct and prepared from an actual on-the-ground survey of the real property (the "Property") shown thereon and has been made in accordance with "Minimum Standard Detail Requirements for ALTA/ACSM Land Title Surveys", jointly established and adopted by ALTA and ACSM in 2005, and includes items 1 through 14 and 16 through 18 of Table A thereof, and pursuant to the Accuracy Standards (as adopted by ALTA and ACSM and in effect on the date of this certification) of an Urban Survey; (b) such survey was conducted by the Surveyor or under his supervision; (c) all monuments shown thereon actually exist, and the location and type of material thereof are correctly shown; (d) the location of all streets, roads, highways and easements are as shown thereon; (e) except as shown thereon, there are no encroachments onto the Property or protrusions there from, there are no improvements on the Property, there are no visible easements or rights-of-way on the Property, there are no visible discrepancies, conflicts, shortages in area or boundary line conflicts; (f) the distance from the nearest intersection street or road is as shown; (g) all recorded easements have been correctly platted thereon; (h) the boundaries, dimensions and other details shown thereon are true and correct; and (i) the Property is not located in a 100-year flood plain as presently designated by the U.S. Corps of Engineers, or in an identified "flood prone area" as defined by the U.S. Department of Housing and Urban Development, pursuant to the Flood Disaster Protection Act of 1973, as amended, except as shown. [Note: If no portion of the Property is in a flood plain, delete "except as shown" and put a period after "amended".]

EXECUTED this _____ day of _____, 20____

Signature _____

Printed Name: _____

R.P.L.S. No. _____

| Site Design Requirements | Reverse Build to Suit Deals | | |
|---|---|---|---|
| Circuit City Stores, Inc. | Westbank, LA | #4308 | 6/29/2007 |

## Attachment "7" Civil Plans

(Civil Plans shall be subject to Circuit City's approval)



| Site Design Requirements | Reverse Build to Suit Deals | | |
|---|---|---|---|
| Circuit City Stores, Inc. | Westbank, LA | #4308 | 6/29/2007 |

## Attachment "8" Geotechnical Reliance Letter

# GORE ENGINEERING, INC.

### SOIL AND FOUNDATION INVESTIGATIONS

| LAWRENCE W. GILBERT, D. ENGR.<br>REG. C.E. | BORINGS<br>ANALYSES | TESTING<br>REPORTS | 3613 HESSMER AVENUE<br>P. O. BOX 8867<br>METAIRIE, LOUISIANA 70011 |
|---|---|---|---|
| JAMES R. GORE<br>(1952-1991) | | | (504) 888-8690<br>FAX: (504) 888-8827 |

April 25, 2007

Circuit City Stores, Inc.
Deep Run I
9950 Mayland Drive
Richmond, Virginia 23233
Attention: Vice President — Real Estate

Re: Proposed Commercial Building
Westbank Village
Manhattan Blvd. & Westbank Expwy.
Harvey, Louisiana
Project Name: Circuit City Store
[Store Location]
Job Number: 9244

Gentlemen:

This will serve to confirm that Gore Engineering, Inc. ("Consultant") will allow Circuit City Stores, Inc. ("Circuit City") to rely on the Report in connection with the assessment and evaluation of the subject property as fully and completely as if the Report had been prepared for and was addressed to Circuit City. Consultant acknowledges that Consultant shall not look to Circuit City for any compensation of Consultant's primary client Team Retail, LLC, for the costs associated with preparing the report.

This reliance letter is given in consideration of the sum of Ten Dollars ($10.00) and other valuable consideration, receipt of which is hereby acknowledged. Please indicate your acceptance of these terms by signing in the space provided below and returning a copy to me.

Yours very truly,

GORE ENGINEERING, INC.

Lawrence W. Gilbert, President

LWG:jrt

Agreed this _____ day of _____, 200___.

Circuit City Stores, Inc.
By:_____
Its:_____

4308_SDR_BTS_Westbank LA_062907_FINAL-2

23 of 25

| Site Design Requirements | Reverse Build to Suit Deals | | |
|---|---|---|---|
| Circuit City Stores, Inc. | Westbank, LA | #4308 | 6/29/2007 |

## Attachment "9" Environmental Reliance Letter

ENVIRONMENTAL RELIANCE LETTER

March 29, 2007

Circuit City Stores, Inc.
Deep Run I
9950 Mayland Drive
Richmond, Virginia 23233
Attention: Vice President – Real Estate

Re:   Phase I ESA Report, Fazzio Rainbow Lanes, dated 07/02/04
      Phase I ESA Update Report, Fazzio Rainbow Lanes, dated 04/14/06
      (the "Reports")
      Job Number:   1820-LBI, 1985-WWP

Dear Sir:

This will serve to confirm that Materials Management Group, Inc., (MMG) ("Consultant") will allow Circuit City Stores, Inc. ("Circuit City") to rely on the Reports in connection with the assessment and evaluation of the subject property as fully and completely as if the Reports had been prepared for and were addressed to Circuit City. Consultant acknowledges that Consultant shall not look to Circuit City for any liability of Consultant's primary client under the agreement between Consultant and its primary client.

This reliance letter is given in consideration of the sum of Ten Dollars ($10.00) and other valuable consideration, receipt of which is hereby acknowledged. Please indicate your acceptance of these terms by signing in the space provided below and returning a copy to me.

Very truly yours,

Materials Management Group, Inc.

By: Dr. C. Paul Lo
Its: President

Agreed this _____ day of _____, 200___.
Circuit City Stores, Inc.
By:_____
Its:_____

**Site Design Requirements**
Circuit City Stores, Inc.

**Reverse Build to Suit Deals**
Westbank, LA    #4308    6/29/2007

## Attachment "10" – Circuit City Development / Design Process

| CIRCUIT CITY DEVELOPMENT PROCESS | LANDLORD DELIVERABLES |
|---|---|
| SCHEMATIC SITE PLAN | • Information as required to complete Circuit City's Project Information Sheet.<br>• Work with Circuit City's design staff to develop the schematic site plan. |
| DUE DILIGENCE INVESTIGATION | • Meet on site with Circuit City's Development Manager and architect to provide information as required to complete Circuit City's Feasibility Report |
| DESIGN DEVELOPMENT | • ALTA Survey and Surveyor's Certificate<br>• Geotechnical Report and Geotechnical Reliance Letter.<br>• Environmental Report and Environmental Reliance Letter.<br>• Civil Plans<br>• Building Plans and Specifications<br>• All approvals that may be a pre-requisite for Circuit City's permits.<br>• Shopping Center building elevations, material boards and design requirements.<br>• Signage drawings and signage design guidelines.<br>• Schedules and updates for all Landlord Work.<br>• Schedules and updates for all planning and zoning approvals and permits.<br>• Information about governmental conditions or restrictions that impact permits.<br>• Help with coordination between utility companies and Circuit City.<br>• Help in pursuing local incentive programs. |
| SITE DELIVERY WORK | • Site Work Certificate<br>• Circuit City's staging area<br>• All weather construction access road to Circuit City's building pad<br>• Circuit City's temporary utilities |
| REMAINDER OF LANDLORD WORK | • Circuit City's permanent utilities<br>• Paving, curbing and sidewalks<br>• Exterior lighting<br>• Landscaping<br>• Pylon and monument signs |
| BUILDING WORK | • Building Certificate<br>• Weekly progress report<br>• Weekly schedule updates<br>• Inspection reports as reuqired in Circuit City's specifications<br>• Testing lab reports as required in Circuit City's specifications<br>• Copies of all drawing revisions and RFI's |

# EXHIBIT C-3

## Exterior Elevation of the Premises and Sidewalk Plan

C-3-1

H:\44050062-West Bank, LA\Lease Ver 9.DOC
Dallas 1249389_2 7680.4
Dallas 1251043_3 7680.4





# EXHIBIT C-4

## Signage

C-4-1

H:\44050062-West Bank, LA\Lease Ver 9.DOC
Dallas 1249389_2 7680.4
Dallas 1251043_3 7680.4



EXHIBIT D

W-9 Form

## Circuit City Stores, Inc. — Substitute W-9 Form

According to federal tax law, we are required to obtain taxpayer identification numbers for all individuals & businesses to whom reportable payments are made. If you do not provide us with this information, your payments may be subject to federal income tax backup withholding. You may also be subject to a $50 penalty imposed by the Internal Revenue Service under section 6723. Federal law on backup withholding preempts any state or local law remedies such as any right to a mechanic's lien. If you do not furnish a valid TIN or if you are subject to backup withholding, the payor is required to withhold taxes from its payment to you. Backup withholding is not a failure to pay you. It is an advance tax payment. You should report all backup withholding as a credit for taxes paid on your federal income tax return.

Use this form only if you are a U.S. person (including U.S. resident alien).
If you are a foreign person, use the appropriate form W-8.
If you were a nonresident alien and have now become a resident alien, read the note below and attach a statement if necessary.

**Note to U.S. Resident Aliens who formerly were Nonresident Aliens:**
If there is a tax treaty between the U.S. and your country and it contains a "saving clause" to exempt certain types of income from U.S. tax even after you have become a resident Alien, and you want to claim that exemption, fill out all of this form AND attach a page showing:
1. The treaty country
2. The treaty article about the income
3. The article number fro the "saving clause"
4. The type and amount of the income that qualifies for the saving clause
5. ... saving clause applies

**Instructions:**
1. Complete Part 1 by printing your tax information in the boxes that correspond to your tax status.
2. Complete Part 2 if you are exempt from Form 1099 Reporting
3. Complete Part 3 by filling in all lines
4. Fax this form to [ENTER YOUR FAX NUMBER HERE]
   or mail to Circuit City Stores, Inc.
   9954 Mayland Drive, Richmond, VA 23233.
   Attn: [ENTER YOUR NAME HERE]

### Part 1 - Tax Status: (complete only one row of boxes)

**Individuals:** (Fill out this row)
- Individual Name (first name, middle initial, last name)
- Individual's Social Security Number

**Sole Proprietor (or an LLC with one owner):** (Fill out this row)
A sole proprietorship may have a "doing business as" trade name, but the legal name is the name of the business owner.
- Business Owners Name (REQUIRED)
- Business or Trade Name (Required if checks should be issued to this name)
- Business Owner's Social Security Number OR Employer Identification Number

**Partnership (or an LLC with multiple owners):** (Fill out this row)
- Partnership's Name on IRS records (see IRS Mailing Label)
- Business or Trade Name (Required if checks should be issued to this name)
- Partnership's Employer Identification Number

**Corporation or Tax-Exempt Entity:** (Fill out this row)
A Corporation may use an abbreviated name or its initials, but its legal name is the name on the articles of incorporation.
- Name of Corporation or Entity
- Business or Trade Name (Required if payment should be made to this name)
- Employer Identification Number

### Part 2 - Exemption: If exempt from Form 1099 reporting, check your qualifying exemption reason below.

☐ Corporation - Note that there is no corporate exemption for medical & healthcare payments or payments for legal services
☐ Tax Exempt Entity under 501(a) (includes 501(c)(3) or IRA
☐ The United States or any of its agencies or instrumentality's

D-1

Form **W-9**
(Rev. November 2005)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer Identification Number and Certification**

Give form to the requester. Do not send to the IRS.

Name (as shown on your income tax return): Team Retail Westbank, Ltd.

Business name, if different from above:

Check appropriate box: ☐ Individual/Sole proprietor  ☐ Corporation  ☒ Partnership  ☐ Other ▸ ..........  ☐ Exempt from backup withholding

Address (number, street, and apt. or suite no.): 9362 Hollow Way Road

City, state, and ZIP code: Dallas, TX 75220

Requester's name and address (optional): Circuit City

List account number(s) here (optional):

### Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number: _ _ _ – _ _ – _ _ _ _

or

Employer identification number: 20-8008567

### Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

Sign Here — Signature of U.S. person ▸ Worth Williams    Date ▸ May 14, 2007

### Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee.

In 3 above, if applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

For federal tax purposes, you are considered a person if you are:

- An individual who is a citizen or resident of the United States,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States, or
- Any estate (other than a foreign estate) or trust. See Regulations sections 301.7701-6(a) and 7(a) for additional information.

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

- The U.S. owner of a disregarded entity and not the entity,

Cat. No. 10231X    Form **W-9** (Rev. 11-2005)

## EXHIBIT E

### Commencement Date and Expiration Date Agreement

THIS COMMENCEMENT DATE AND EXPIRATION DATE AGREEMENT, made as of the ____ day of _____, 200___, by and between **TEAM RETAIL WESTBANK, LTD.**, a Texas limited partnership ("**Landlord**") and **CIRCUIT CITY STORES, INC.**, a Virginia corporation ("**Tenant**").

### WITNESSETH:

WHEREAS, Landlord is the owner of a certain shopping center known as Westbank Village Shopping Center (the "**Shopping Center**"), situated in Harvey, LA;

WHEREAS, by that certain Lease Agreement dated as of _____ __, 200__ (the "**Lease**"), Landlord leased a portion (the "**Premises**") of the Shopping Center to Tenant;

WHEREAS, Tenant is in possession of the Premises and the Term of the Lease has commenced; and

WHEREAS, under Section 2.10 of the Lease, Landlord and Tenant agreed to enter into an agreement setting forth certain information in respect of the Premises and the Lease.

NOW, THEREFORE, Landlord and Tenant agree as follows:

1. The Commencement Date occurred on _____, 200___.

2. The **Initial Lease Term** shall expire on January 31, 20___, unless Tenant exercises any option to extend the Term of the Lease or unless the Lease terminates earlier as provided in the Lease.

3. The date of commencement of the **first Extension Period** shall be February 1, 20___, if Tenant effectively exercises its option in respect thereof, and if Tenant does so, the Term of the Lease shall expire on January 31, 20___, unless Tenant exercises any option to further extend the Term of the Lease or unless the Lease terminates earlier as provided in the Lease.

4. The date of commencement of the **second Extension Period** shall be February 1, 20___, if Tenant effectively exercises its option in respect thereof, and if Tenant does so, the Term of the Lease shall expire on January 31, 20___, unless Tenant exercises any option to further extend the Term of the Lease or unless the Lease terminates earlier as provided in the Lease.

5. The date of commencement of the **third Extension Period** shall be February 1, 20___, if Tenant effectively exercises its option in respect thereof, and if Tenant does so, the

E-1

Term of the Lease shall expire on January 31, 20___, unless the Lease terminates earlier as provided in the Lease.

6. The date of commencement of the **fourth Extension Period** shall be February 1, 20___, if Tenant effectively exercises its option in respect thereof, and if Tenant does so, the Term of the Lease shall expire on January 31, 20___, unless the Lease terminates earlier as provided in the Lease.

7. The date of commencement of the **fifth Extension Period** shall be February 1, 20___, if Tenant effectively exercises its option in respect thereof, and if Tenant does so, the Term of the Lease shall expire on January 31, 20___, unless the Lease terminates earlier as provided in the Lease.

8. Capitalized terms used, but not defined, herein shall have the meanings ascribed to them in the Lease.

IN WITNESS WHEREOF, the parties hereto have caused this Commencement Date and Expiration Date Agreement to be executed the date and year first above written.

**LANDLORD**:

**TEAM RETAIL WESTBANK, LTD.**, a Texas limited partnership

By: GP Team Retail Westbank, LLC, a Texas limited liability company, its general partner

By:_____
Name: Worth R. Williams
Title: Manager

**TENANT**:

**CIRCUIT CITY STORES, INC.**, a Virginia corporation

By:_____
John B. Mulleady
Vice President, Real Estate and Construction

E-2

# EXHIBIT F

## Prohibited Uses

"Prohibited Uses" shall mean any one or more of the following uses:

(a) a bar, pub, nightclub, music hall or disco in which less than fifty percent (50%) of its space or revenue is devoted to and derived from food service;

(b) a bowling alley;

(c) a billiard or bingo parlor;

(d) a flea market;

(e) a massage parlor;

(f) a funeral home;

(g) a facility for the sale of paraphernalia for use with illicit drugs;

(h) a facility for the sale or display of pornographic material (as determined by community standards for the area in which the Shopping Center is located);

(i) an off-track betting parlor;

(j) a carnival, amusement park or circus;

(k) a gas station, car wash or auto repair or body shop (the parties specifically acknowledging that Tenant's car stereo installation facility is not included in this prohibition (k));

(l) a facility for the sale of new or used motor vehicles, trailers or mobile homes;

(m) a facility for any use which is illegal or dangerous, constitutes a nuisance or is inconsistent with an integrated, community-oriented retail and commercial shopping center;

(n) a skating rink;

(o) an arcade, pinball or computer game room (provided that retail facilities in the Shopping Center may operate no more than four (4) such electronic games incidentally to their primary operations);

(p) service-oriented offices (such as, by way of example, medical or employment offices, travel agencies, real estate agencies or dry cleaning establishments) or other non-retail uses except for offices and storage facilities incidental to a primary retail operation;

(q) a banquet hall, auditorium or other place of public assembly;

F-1

(r)    a training or educational facility (including, without limitation, a beauty school, barber college, reading room, school or other facility catering primarily to students or trainees rather than customers);

(s)    a theater of any kind;

(t)    a facility for the sale or rental of used goods (including thrift shops, secondhand or consignment stores) or any facility selling new or used merchandise as a wholesale operation, a liquidation operation, odd lots, lot sales, factory close-outs or imperfect goods; provided, however, the restriction in this subparagraph (t) of this Exhibit F shall not apply to EZPawn under its current lease with Landlord;

(u)    a gymnasium, sport or health club or spa; or

(v)    hotel or residential facility.

F-2