5:29 PM
06/26/09
Accrual Basis

# Team Retail Westbank, Ltd.
## Account QuickReport
### All Transactions

| Type | Date | Name | Memo | Amount |
|---|---|---|---|---|
| **Operating Income** | | | | |
| **Base Rental Income** | | | | |
| **Circuit City** | | | | |
| Deposit | 3/3/2008 | Circuit City ... | Prorated February '08 Rent | 12,665.08 |
| Deposit | 3/6/2008 | Circuit City ... | March Rent | 45,910.92 |
| Deposit | 3/27/2008 | Circuit City ... | April Rent | 45,910.92 |
| Deposit | 4/29/2008 | Circuit City ... | May Rent | 45,910.92 |
| Deposit | 5/28/2008 | Circuit City ... | June 2008 Rent | 45,910.92 |
| Deposit | 6/27/2008 | Circuit City ... | Circuit City Rent for July | 45,910.92 |
| Deposit | 7/28/2008 | Circuit City ... | Circuit City August 2008 Base Rent | 45,910.92 |
| Deposit | 9/9/2008 | Circuit City ... | Circuit City September Rent | 45,910.92 |
| Deposit | 10/1/2008 | Circuit City ... | Circuit City October Rent | 45,910.92 |
| Deposit | 12/8/2008 | Circuit City ... | Circuit City December Rent | 45,910.92 |
| Deposit | 1/7/2009 | Circuit City ... | Circuit City Base Rent for January | 45,910.92 |
| Deposit | 2/4/2009 | Circuit City ... | Circuit City Rent for February | 45,910.92 |
| Deposit | 3/17/2009 | Circuit City ... | March 1-10 Rent for Circuity City | 16,290.97 |
| **Total Circuit City** | | | | 533,976.17 |
| **Total Base Rental Income** | | | | 533,976.17 |
| **Total Operating Income** | | | | 533,976.17 |
| **TOTAL** | | | | 533,976.17 |

5:38 PM
06/26/09
Accrual Basis

## Team Retail Westbank, Ltd.
## Account QuickReport
### All Transactions

| Type | Date | Name | Memo | Amount |
|---|---|---|---|---|
| **Operating Income** | | | | |
| **CAM Recoveries** | | | | |
| **Circuit City** | | | | |
| Deposit | 3/3/2008 | Circuit City Stores, I... | Prorated Feb CAM | 624.58 |
| Deposit | 3/6/2008 | Circuit City Stores, I... | March CAM | 2,264.10 |
| Deposit | 3/27/2008 | Circuit City Stores, I... | April CAM | 2,264.10 |
| Deposit | 4/29/2008 | Circuit City Stores, I... | May Cam | 2,264.10 |
| Deposit | 5/28/2008 | Circuit City Stores, I... | June CAM - Circuit City | 2,264.10 |
| Deposit | 6/27/2008 | Circuit City Stores, I... | Circuit City CAM for July | 2,264.10 |
| Deposit | 7/28/2008 | Circuit City Stores, I... | Circuit City August 2008 CAM | 2,264.10 |
| Deposit | 9/9/2008 | Circuit City Stores, I... | Circuit City September CAM | 2,264.10 |
| Deposit | 10/1/2008 | Circuit City Stores, I... | Circuit City October CAM | 2,264.10 |
| Deposit | 12/8/2008 | Circuit City Stores, I... | Circuit City December CAM | 2,264.10 |
| Deposit | 1/7/2009 | Circuit City Stores, I... | Circuity City CAM for January | 2,264.10 |
| Deposit | 2/4/2009 | Circuit City Stores, I... | Circuit City CAM for February | 2,264.10 |
| Deposit | 3/17/2009 | Circuit City Stores, I... | March 1-10 CAM for Circuity City | 803.39 |
| **Total Circuit City** | | | | 26,333.07 |
| **Total CAM Recoveries** | | | | 26,333.07 |
| **Total Operating Income** | | | | 26,333.07 |
| **TOTAL** | | | | 26,333.07 |

5:37 PM
06/26/09
Accrual Basis

## Team Retail Westbank, Ltd.
## Account QuickReport
### All Transactions

| Type | Date | Name | Memo | Amount |
|---|---|---|---|---|
| **Operating Income** | | | | |
|   **Insurance Recoveries** | | | | |
|     **Circuit City** | | | | |
|     Deposit | 3/3/2008 | Circuit City Stores, I... | Prorated Feb INS | 867.47 |
|     Deposit | 3/6/2008 | Circuit City Stores, I... | March Insurance | 3,144.58 |
|     Deposit | 3/27/2008 | Circuit City Stores, I... | April Insurance | 3,144.58 |
|     Deposit | 4/29/2008 | Circuit City Stores, I... | May Insurance | 3,144.58 |
|     Deposit | 5/28/2008 | Circuit City Stores, I... | June Inusrance - Circuit City | 3,144.58 |
|     Deposit | 6/27/2008 | Circuit City Stores, I... | Circuit CityInsurance for July | 3,144.58 |
|     Deposit | 7/28/2008 | Circuit City Stores, I... | Circuit City August 2008 Insurance | 3,144.58 |
|     Deposit | 9/9/2008 | Circuit City Stores, I... | Circuit City September Insurance | 3,144.58 |
|     Deposit | 10/1/2008 | Circuit City Stores, I... | Circuit City October Insurance | 3,144.58 |
|     Deposit | 12/8/2008 | Circuit City Stores, I... | Circuit City December INS | 3,144.58 |
|     Deposit | 1/7/2009 | Circuit City Stores, I... | Circuit City Insurance for January | 3,144.58 |
|     Deposit | 2/4/2009 | Circuit City Stores, I... | Circuit City Insurance for February | 3,144.58 |
|     Deposit | 3/17/2009 | Circuit City Stores, I... | March 1-10 Insurance for Circuity City | 1,115.82 |
|   **Total Circuit City** | | | | **36,573.67** |
|   **Total Insurance Recoveries** | | | | **36,573.67** |
| **Total Operating Income** | | | | **36,573.67** |
| **TOTAL** | | | | **36,573.67** |

5:39 PM
06/26/09
Accrual Basis

# Team Retail Westbank, Ltd.
## Account QuickReport
### All Transactions

| Type | Date | Name | Memo | Amount |
|---|---|---|---|---|
| **Operating Income** | | | | |
|   **Tax Recoveries** | | | | |
|     **Circuit City** | | | | |
|     Deposit | 3/2/2009 | Circuit City Stores, I... | Circuit City Partial Payment of ... | 5,180.72 |
|     Deposit | 5/26/2009 | Circuit City Stores, I... | Duplicate Property Tax check | 5,180.72 |
|     **Total Circuit City** | | | | 10,361.44 |
|   **Total Tax Recoveries** | | | | 10,361.44 |
| **Total Operating Income** | | | | 10,361.44 |
| **TOTAL** | | | | 10,361.44 |