## PARISH OF JEFFERSON
## 2008 PROPERTY TAX BILL

## 2008 ORIGINAL TAX NOTICE

| WARD | TAX CLASS | BILL NUMBER |
|---|---|---|
| 30 | – | 25925 |

### IMPORTANT INFORMATION

Please see the reverse side of this bill for additional **IMPORTANT INFORMATION**.

If the "NET ASSESSMENT / TAX" amounts in the boxes to the right are zero (.00), your Homestead Exemption has covered the entire amount of millage-based tax and you are not required to pay anything or return any portion of this statement.

**PAY ONLINE AT www.jpso.com**

| PROPERTY ASSESSED | ASSESSMENT | TAX |
|---|---|---|
| LAND | 243200 | |
| BUILDING(S) | 864600 | |
| PERSONAL PROPERTY | | |
| TOTAL ASSESSMENT / TAX | 1107800 | 117304.49 |
| LESS HOMESTEAD EXEMPTION | | 0.00 |
| NET ASSESSMENT / TAX | 1107800 | 117304.49 |

### MILLAGE-BASED TAX CHARGES

| TAX DISTRICT | TAX RATE | TAX AMOUNT |
|---|---|---|
| CONS SEWERAGE D #1 EAST & | 3.66 | 4054.53 |
| CONS WATER DST #1 | 3.62 | 4010.18 |
| CONS. DRAIN DIST # 2 (SEL | 3.61 | 3999.16 |
| CONS. DRAINAGE DIST. #2 | 4.90 | 5428.17 |
| CONS. GARBAGE DIST. #1 | 2.83 | 3135.09 |
| CONS. REC. & CCPD (WAS 1 | 8.26 | 9150.37 |
| CORONER'S OFFICE | 0.56 | 620.43 |
| COURT & JUDICIAL/COMM. PA | 0.82 | 908.41 |
| FIRE DISTRICT # 6 | 21.06 | 23330.19 |
| FORENSIC MEDICAL FACILITI | 1.00 | 1107.83 |
| JEFF. HEALTH UNIT | 1.65 | 1827.85 |
| JEFF. LIBRARY MAINTENANCE | 6.50 | 7200.65 |
| JUVENILE DETENTION HOME | 2.91 | 3223.66 |
| PARISH CONS. ROAD LIGHT D | 2.89 | 3201.49 |
| PARISH OF JEFFERSON | 1.38 | 1528.72 |
| SCHOOL BOARD | 22.91 | 25379.64 |
| SHERIFF | 8.28 | 9172.54 |
| SPECIAL SERVICES DIST. | 2.07 | 2293.19 |
| TRANSPORT./DISABLED, ETC. | 0.65 | 720.02 |
| TRANSPORTATION SYSTEM | 1.30 | 1440.15 |
| WEST JEFF. LEVEE DISTRICT | 5.03 | 5572.22 |
| **TOTAL MILLAGE RATE/TAXES** | 105.89 | 117304.49 |
| OTHER CHARGES* (See at right) | --- | .00 |
| PREVIOUS BILLS OWED (See back) | --- | .00 |
| LESS PAYMENTS TO DATE | --- | .00 |
| **PAY THIS AMOUNT** | | **117304.49** |

### *OTHER CHARGES

| CHARGE DESCRIPTION | AMOUNT |
|---|---|
| | |

### MUNICIPAL ADDRESS
901 MANHATTAN BLVD

### PROPERTY DESCRIPTION
TRACT A-1
10818043
 TRACT E MAP 6754
HUNT FOODS & WESSON OIL

---

PAYMENT STUB - DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT
REMITTANCE ADVICE  Make check(s) payable to: NEWELL NORMAND, SHERIFF AND EX-OFFICIO TAX COLLECTOR
Please detach this portion of the tax bill and mail it with your payment to: P.O. BOX 30014, TAMPA FL 33630

| BILL NO. | TOTAL ASSESSMENT | YEAR |
|---|---|---|
| 25925 | 1107800 | 2008 |

TEAM RETAIL WESTBANK LTD
9632 HOLLOW WAY
DALLAS TX 75220

150837
423

PROPERTY DESCRIPTION
TRACT A-1
10818043
 TRACT E MAP 6754
HUNT FOODS & WESSON OIL

**PAY THIS AMOUNT: $    117,304.49**
BY DECEMBER 31, 2008

20080000000000000000259250117304492