# United States Bankruptcy Court
## Eastern District of Virginia
Richmond Division

**TO:**  
Steve Nicholson  
713 Cannon Road  
Glen Gardner, NJ 08826

**In re:** Circuit City Stores, Inc.

**Case Number** 08−35653−KRH  
**Chapter** 11

**IN RE:**

*3860* – Letter filed by Steve Nicholson. (French, Suzanne)


**INQUIRY:**

_    Your request for a certified copy of an order has been received. Please submit certification fee in the amount of $ 9, plus 50 ¢ per page to photocopy order, payable to "Clerk, U. S. Bankruptcy Court."

_    The information you seek may involve legal questions upon which the Clerk cannot give advice. [28 U.S.C. 955]

_    Your inquiry has been received. Please submit a search fee in the amount of $26, payable to "Clerk, U.S. Bankruptcy Court" **for each name or item searched**.

_    Your request for photocopies has been received. Photocopies are provided by an on−site or an off−site copy service. Your check payable to the Clerk is returned. Please contact the appropriate vendor directly:  
**Richmond:** Contact the Clerk´s Office directly at 701 East Broad St., Suite 4000, Richmond, VA 23219 or (804) 916−2400

_    Your inquiry as to the status of a case has been received. A copy of your inquiry has been forwarded to the Trustee (or Attorney for the Debtor) with a request that he respond and forward a copy thereof to the Court.

_    The name and address of the Trustee or (Attorney for Debtor) in this case is:  
[Name and Address of Trustee or Attorney for Debtor]

_    This case was closed on _____ . [If appropriate: The file has been transferred to the Archives. If you wish the file retrieved, please submit fee in the amount of $45, payable to "Clerk, U. S. Bankruptcy Court", or you may contact the Clerk's Office for additional options.]

_    The following papers are returned to you:

**X**    It appears you may be trying to file a proof of claim. If that is the case you may obtain a proof of claim form from our website at www.vaeb.uscourts.gov

Date:   June 30, 2009

CLERK, UNITED STATES BANKRUPTCY COURT

By /s/ Suzanne French, Deputy Clerk  
Direct Dial Telephone No. 804−916−2400

[genchksht_Inquiry.jsp ver. 10/2008]

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs            Page 1 of 1            Date Rcvd: Jun 30, 2009
Case: 08-35653                Form ID: iginqury        Total Noticed: 1
```

The following entities were noticed by first class mail on Jul 02, 2009.
cr           +Steve Nicholson,   713 Cannon Road,   Glen Gardner, NJ 08826-3027

The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 02, 2009**                    **Signature:**    _Joseph Speetjens_