**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 08-35653** |
| **CIRCUIT CITY STORES, INC.** | ) | **(Chapter 11)** |
| | ) | |
| **Debtor.** | ) | **Jointly Administered** |

## REQUEST TO BE REMOVED FROM 2002 SERVICE LIST

PLEASE TAKE NOTICE that the undersigned, attorney for St. Cloud Associates ("Creditor"), a creditor and party-in-interest herein pursuant to Bankruptcy Code §1109(b) and Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, hereby requests to be removed from all notice lists of all matters which may come before the Court concerning the above-captioned Debtor. The address for notice was as follows:

> Adam M. Spence, Esq., VSB#38524
> Spence & Buckler, P.C.
> 100 West Pennsylvania Avenue, Suite 301
> Towson, Maryland 21204
> adam@spencefirm.com; adam@spencebucklerlaw.com

This request includes the notices and papers referred to in Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, email, ECF noticing or otherwise, which affects the Debtor or the property of the Debtor.

                                            Respectfully submitted,

DATE: July 3, 2009                    /s/ Adam M. Spence_____
                                            Adam M. Spence, Esq., VSB#38524
                                            Spence & Buckler, P.C.
                                            100 West Pennsylvania Avenue, Suite 301
                                            Towson, Maryland 21204
                                            (410) 823-5003
                                            (fax) (443) 927-8905
                                            *Counsel for St. Cloud Associates*