**MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.**
DUNS: 02-178-9045

Notice: These products/technologies are subject to US regulations and or COCOM strategic restrictions: Diversion contrary thereto is prohibited.

# INVOICE

CUSTOMER ACCOUNT NUMBER: 305777
Page: 1 of 1

INVOICE NO: 92514240
INVOICE DATE: 10/14/2008

Bill To: Circuit City Stores, Inc
DR3, 6th Flr; Attn: Merchandise Pay
9954 Mayland Dr
Richmond, VA   23233
USA

Ship To: Circuit City Stores, Inc 567 564
1901 Cooper Dr
Ardmore, OK   73401
USA

PO NUMBER: 2168955
ORDER NUMBER: 1408909
PAYMENT TERMS: Net 45 Days
TAX AMOUNT:   0.00
DIVISION: FINISHED GOODS
PLANT: 1450

BILL OF LADING NUMBER: 82001053
SHIP VIA: HCLA-HUB GROUP INC
DATE SHIPPED: 10/14/2008
INCOTERMS: Prepaid
SALESPERSON: Ric Halstead
TRACKING/PRO.: EMHU 239529

| QUANTITY Ordered | Shipped | B.O. | MATERIAL NO. | DESCRIPTION | UNIT PRICE | EXT. PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 82 | 82 | 0 | WD-60735 | 60" 1080p DLP HDTV | 1,030.93 | 84536.26 | |
| | | | | Cash Discount | 20.00- | 1,640.00- | |
| | | | | Customer Discount | 30.93- | 2,536.26- | |
| | | | | Volume Rebate | 50.00- | 4,100.00- | |
| | | | | Net | 930.00 | 76,260.00 | 76,260.00 |
| | | | (WD60735) | | | | |

WE APPRECIATE YOUR BUSINESS

| | |
|---|---|
| INVOICE SUBTOTAL | 76,260.00 |
| SHIPPING | 0.00 |
| HANDLING/MISC | 0.00 |
| SALES TAX | 0.00 |
| TOTAL DUE | 76,260.00 |

INVOICE NO: 92514240
INVOICE DATE: 10/14/2008

## INVOICE

PLEASE RETURN THIS PORTION OF THE INVOICE WITH YOUR REMITTANCE TO INSURE PROPER CREDIT.

CUSTOMER ACCOUNT NUMBER: 305777

Send Payment To:
MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.
P.O. BOX 101945
ATLANTA, GA 30392-1945
****Please Note Remittance Address****

Bill To: Circuit City Stores, Inc
9954 Mayland Dr
Richmond, VA 23233
USA

| | |
|---|---|
| INVOICE SUBTOTAL | 76,260.00 |
| SHIPPING | 0.00 |
| HANDLING/MISC | 0.00 |
| SALES TAX | 0.00 |
| TOTAL | 76,260.00 |