10/31/2008 11:12 FAX   714 672 2191                                                                            ☑ 026/043

UP/LA 149739

329272

**STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL - Not Negotiable**

MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.
MITSUBISHI DIGITAL ELECTRONICS
1199 CALLE ELECTRA
21385 MEXICALI

B/L # 82001053     ==> Re-Print

CONSIGN TO:
Circuit City Stores, Inc 567 564
1901 Cooper Dr
Ardmore OK 73401

DATE: 10/14/2008      TIME: 13:02:43

HCLA-HUB GROUP INC    Prepaid    1

| 82 | WD-60735 | 1406909 / 01 20 EA 60" 1080p DLP HDTV |

ITEM/SKU: 1406735    Must Deliver On (EDD): 10/23/2008

PIMS Bert#: 1253386   SEM Emailed w/Bruce

CIRCUIT CITY DC
ARDMORE, OK USA
08 OCT 23

SPECIAL INSTRUCTIONS:
CARRIER: MUST obtain a delivery appointment # for Thursday, the "Must Deliver On" date, and place the appt. # on the BL. OR use the appt # already provided. Carrier MUST deliver per appt! Customer may refuse deliveries more than 30 minutes late!!! Phone 580-226-3280 DC. Shipping labels are required for LTL & parcel. PRO # required prior to PGI!!! Do NOT change carrier or BL!
P/L required

76,240.00    82.00    6,765.00

C.O.D FEE
☐ PREPAID
☐ COLLECT $

TO insure PROMPT PAYMENT ON PREPAID SHIPMENTS PLEASE SHOW OUR B/L NUMBER ON FREIGHT BILL. ATTACH FREIGHT BILL

COPY TO YOUR INVOICE AND MAIL TO:
MITSUBISHI DIGITAL
ELECTRONICS AMERICA, INC.
9351 JERONIMO ROAD, IRVINE, CA. 92618-1904
ATTN: TRAFFIC DEPARTMENT

1

Gerdania Gaither   10-23-08   Rec 82 ct

F-MTA023-1 Rev. C

EMHU239529
925142240