Philip C. Baxa (VSB No. 22977)
MERCERTRIGIANI LLP
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
Phil.baxa@mercertrigiani.com

-and-

KING & SPALDING LLP
James A. Pardo, Jr.
Georgia Bar No. 561206
jpardo@kslaw.com
Thaddeus D. Wilson
Georgia Bar No. 596008
thadwilson@kslaw.com
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Telephone:    (404) 572-4600
Facsimile:    (404) 572-5129

*Counsel for Mitsubishi Digital Electronics America, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

-----------------------------------------------------------X
In re:                                                              :    Chapter 11
                                                                    :
CIRCUIT CITY STORES, INC., et al.,                                  :    Case No. 08-35653
                                                                    :
Debtors.                                                            :    Jointly Administered
                                                                    :
-----------------------------------------------------------X

## DECLARATION OF BRIAN ATTEBERRY, SENIOR MANAGER, CREDIT, A/V DIVISION OF MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.

I, Brian Atteberry, Senior Manager, Credit, A/V Division of Mitsubishi Digital Electronics America, Inc., hereby declare as follows:

1. I have reviewed Mitsubishi Digital Electronics America Inc.'s Supplemental Response to Debtors' Fourth Omnibus Objection and Response to Debtors' Twentieth and Twenty-Third Omnibus Objections (the "Response").

2. I am personally aware of the information set forth in the Response.

3. The Response is true and correct to the best of my information and belief.

Date: July 2, 2009.

*[signature]*

Brian Atteberry, Senior Manager, Credit, A/V Division of
Mitsubishi Digital Electronics America, Inc.