# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

In re:                                          **Case Number**   08–35653–KRH
 Circuit City Stores, Inc.                      **Chapter**   11
                                                **Judge**   Kevin R. Huennekens

                            Debtor(s)

**To:**  Michael Mueller, Esq.

### <u>NOTICE OF DEFICIENT FILING</u>

Upon authority of Local Bankruptcy Rule 5005–1, the documents submitted by you

***3930*** – Application for Administrative Expenses Motion of Teachers Insurance and Annuity Association of America
for Allowance and Immediate Payment of Administrative Rent Claims filed by Michael D. Mueller of Christian &
Barton, L.L.P. on behalf of Teachers Insurance and Annuity Association of America. (Attachments: # (1) Exhibit(s)
A–1# (2) Exhibit(s) A–1a# (3) Exhibit(s) A–1b# (4) Exhibit(s) A1c# (5) Exhibit(s) A–1d# (6) Exhibit(s) A–2# (7)
Exhibit(s) B# (8) Exhibit(s) Ba# (9) Exhibit(s) C# (10) Exhibit(s) D# (11) Exhibit(s) E# (12) Exhibit(s) F# (13)
Exhibit(s) G1# (14) Exhibit(s) G–2# (15) Exhibit(s) H) (Mueller, Michael)

contain certain deficiencies as set forth below. Failure to correct the deficiencies, or to request a hearing, within **ten (10) days from** the date
hereof may result in the pleading or other paper **being stricken from the record or, if a petition or complaint is deficient, the case or
adversary proceeding being dismissed.**

## REPRESENTATION AND APPEARANCES:
_    the ECF registered participant attorney filing the document does not match the attorney's signature on the document.
_    **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted
      to appear under LBR 2090–1. [See LBR 9010–1]
_    **Identification of Attorney:** State Bar number omitted from document/proposed order. {See LBR 5005–1(C)(5) and 9022–1(A)]

## REQUIREMENT OF FORM:
_    **Legibility:** not in compliance with LBR 5005–1(C)(1)
_    **Caption, Official Forms:** [See LBR 5005–1(C)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the
      case to which it pertains. *If applicable.*_   Case name and number do not match on paper submitted.
_    **Signature Required:** not signed by counsel of record, or individual, if *pro se*.
      _    *if corporation,* not signed by counsel. [See LBR 5005–1(C)(4)]
      _    *if amendment to petition, lists or schedules,* not verified by unsworn declaration with original signature of all debtors and, if
            required, the original signature of the attorney. [See FRBP 1008]
      _    *if document submitted in electronically filed case,* signature not indicated with the party's name and/or attorney's name typed
            in full on the signature line, e.g. /s/ Jane Doe. [See CM/ECF Policy Statement 8.B., Form of Signature of Attorney User and
            Non–Attorney User.]
 **XX**  Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the
      original document.
_    Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry  or
      redocket to attach the correct document.
_    Document appears to be filed in the wrong case. Please review this filing and docket to the correct case.

## VOLUNTARY PETITIONS:
_    Not accompanied by a properly completed Voluntary Petition and/or required summary of schedules (2–pages), statements,
      schedules, lists and exhibits in substantial compliance with the Official Forms effective January 1, 2008. A form may be obtained
      from the court's web site at www.vaeb.uscourts.gov.
_    Not accompanied by payment in full of past due amount, if debtor still owes filing fee or portion thereof for a previously filed
      petition. Amount due: $_.
_    More than one entity listed as the debtor *(only husband and wife may file a joint voluntary petition).*
_    Not accompanied by a properly completed and signed Declaration of Divisional Venue. A form may be obtained from the court's
      web site at www.vaeb.uscourts.gov. [See LBR 1014–2]
_    Not verified by signature of attorney for debtor(s).
_    Not verified by unsworn declaration with signature of all debtors.
_    **If corporate debtor:** not accompanied by corporate resolution authorizing filing **and/or** not signed by attorney. [See LBR 1074–1]
_    **If Chapter 11:** not accompanied by List of Twenty Largest Unsecured Claims. [See LBR 1007–1(H)]
_    **If publicly traded chapter 11:** not accompanied by Exhibit A (attached to petition).
_    **If submitted in electronically filed case,** a correct petition not attached at case opening. [See LBR 5005–1(C) and (D)]

Date:  July 6, 2009                              Clerk, United States Bankruptcy Court

                                                 By /s/ Jenni Jafarbay, Deputy Clerk

[ntcdef_filing.jsp 9/2008]

Direct Dial Telephone No. <u>804–916–2411</u>