IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al. | ) | Case No. 08-35653 |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | Judge Kevin R. Huennekens |

## MOTION TO WITHDRAW

John P. Brice and the law firm of Wyatt, Tarrant & Combs, LLP ("Counsel") hereby move to withdraw from this case on behalf of Sir Barton Place, LLC and to be removed from the Court clerk's electronic notification system.

Counsel entered an appearance in this case in order to participate in a contested matter that has now been resolved. Counsel does not wish to be notified of further actions taken in this case unless a party affirmatively seeks to give such notice.

Respectfully submitted,

WYATT, TARRANT & COMBS, LLP

 /s/ Troy N. Nichols
Troy N. Nichols (VA #68491)
John P. Brice (KY #07535)
250 West Main Street, Suite 1600
Lexington, KY  40507-1746
Phone: (859) 233-2012
Fax:    (859) 259-0649
E-mail:  Lexbankruptcy@wyattfirm.com

COUNSEL FOR SIR BARTON PLACE, LLC

**CERTIFICATE OF SERVICE**

   I hereby certify that on <u>July 6</u>, 2009, I electronically filed the foregoing Motion to Withdraw with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties designated to receive electronic notice via the Court's CM/ECF system, and to all parties listed below via facsimile, electronic and/or first-class, postage prepaid U.S. mail in accordance with the Order entered in this case on November 13, 2008, establishing certain notice, case management and administrative procedures.

| | |
|---|---|
| Sir Barton Place, LLC<br>2517 Sir Barton Way<br>Suite 210<br>Lexington, Kentucky  40509 | Kurtzman Carson Consultants LLC<br>Attn:  Evan Gershbein<br>2335 Alaska Avenue<br>El Segundo, California  90245 |
| Greg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware  19899-0636<br>gregg.galardi@skadden.com<br>Ian.Fredericks@skadden.com | Joseph S. Sheerin, Esq.<br>McGuire Woods, LLP<br>One James Center<br>901 East Cary Street<br>Richmond, Virginia  23210<br>jsheerin@mcguirewoods.com |
| Timothy G. Pohl<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>155 N. Wacker Drive, Suite 2700<br>Chicago, Illinois  60606-1720<br>tim.pohl@skadden.com | Chris L. Dickerson, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>155 N. Wacker Drive, Suite 2700<br>Chicago, Illinois  60606-1720 |
| David S. Berman<br>Riemer & Braustein LLP<br>Three Center Plaza, 6th Floor<br>Boston, Massachusetts  02108 | Kirkland & Ellis LLP<br>Attn:  Linda K. Myers, Esq.<br>200 East Randolph Drive<br>Chicago, Illinois  60601<br>lmyers@kirkland.com |

                /s/ Troy N. Nichols
                Troy N. Nichols

30524590.1