IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al. | ) | Case No. 08-35653 |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | Judge Kevin R. Huennekens |

## **ORDER**

The matter came before the Court upon Motion to Withdraw (the "Motion") filed by Troy N. Nichols and John P. Brice of the law firm Wyatt, Tarrant & Combs, LLP in the above referenced bankruptcy cases (and related proceedings) (the "Bankruptcy Cases"). After review of the Motion and statements herein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Troy N. Nichols and John P. Brice be authorized to withdraw as counsel on behalf of Sir Barton Place, LLC in these Bankruptcy Cases (and related proceedings), it is hereby

ORDERED as follows:

1. The Motion be and hereby is granted;

2. Troy N. Nichols and John P. Brice of the law firm Wyatt, Tarrant & Combs, LLP, are hereby withdrawn in these Bankruptcy Cases and any related proceedings pursuant to Local Bankruptcy Rule 2090-1(G) on behalf of Sir Barton Place, LLC.

ENTERED this _____ day of July, 2009.

_____
Judge, United States Bankruptcy Court

WE ASK FOR THIS:

 /s/ Troy N. Nichols
Troy N. Nichols (VA #68491)
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, KY  40507-1746
Telephone:  (859) 233-2012
Facsimile:   (859) 259-0649
E-mail:  Lexbankruptcy@wyattfirm.com


 /s/ John P. Brice
John P. Brice (KY #07535)
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, KY  40507-1746
Telephone:  (859) 233-2012
Facsimile:   (859) 259-0649
E-mail:  Lexbankruptcy@wyattfirm.com

## **CERTIFICATE**

     Pursuant to L.R. 9022-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia, I certify that all necessary parties to this action have endorsed the foregoing order.

                                             /s/ Troy N. Nichols

# **DISTRIBUTION LIST**

All parties designated to receive electronic notice the court's CM/ECF system.

| | |
|---|---|
| Sir Barton Place, LLC<br>2517 Sir Barton Way<br>Suite 210<br>Lexington, Kentucky  40509 | Kurtzman Carson Consultants LLC<br>Attn:  Evan Gershbein<br>2335 Alaska Avenue<br>El Segundo, California  90245 |
| Greg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware  19899-0636<br>gregg.galardi@skadden.com<br>Ian.Fredericks@skadden.com | Joseph S. Sheerin, Esq.<br>McGuire Woods, LLP<br>One James Center<br>901 East Cary Street<br>Richmond, Virginia  23210<br>jsheerin@mcguirewoods.com |
| Timothy G. Pohl<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>155 N. Wacker Drive, Suite 2700<br>Chicago, Illinois  60606-1720<br>tim.pohl@skadden.com | Chris L. Dickerson, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>155 N. Wacker Drive, Suite 2700<br>Chicago, Illinois  60606-1720 |
| David S. Berman<br>Riemer & Braustein LLP<br>Three Center Plaza, 6th Floor<br>Boston, Massachusetts  02108 | Kirkland & Ellis LLP<br>Attn:  Linda K. Myers, Esq.<br>200 East Randolph Drive<br>Chicago, Illinois  60601<br>lmyers@kirkland.com |

30524636.1