# Roderick A. J. Cavanagh
## Attorney At Law
### 148 Main Street
### Wakefield, Rhode Island 02879

TELEPHONE (401) 782-4500
(401) 789-3001

FACSIMILE (401) 783-9728
(401) 782-4568

June 24, 2009

United States Trustee
Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street – Suite 4304
Richmond, VA 23219-1888

Re:  Circuit City Stores, Inc. – Case No. 08-35653

Dear Sir:

    I represent Geraldine B. Spink of 329 Lafayette Road, North Kingstown, Rhode Island 02852-5300. Ms. Spink bought a Sony television from the Circuit City Store #4114 located at 140 Hillside Road, Cranston, Rhode Island on July 29, 2008. The enclosed slip shows that the Sony television was to be delivered; and, in fact, there was a delivery charge associated with that television. Ms. Spink never received the television, which sold for $580.00 together with the sum of $40.60 for the seven (7%) percent Rhode Island sales tax, for a total of $620.60. Ms. Spink charged all of that on her Chase Circuit City credit card and has paid that full sum; however, she never received the television that was to be delivered to her.

    Upon checking with Kurtzman Carson Consultants LLC in El Segundo, California, she found that the last date to file a Proof of Claim was January 30, 2009 for those creditors that had been notified of the bankruptcy. She is not in that class of creditors, as she was never notified. I am enclosing her Proof of Claim showing that she had made the full payment for the purchase of that television on her charge card and did not receive any goods, pursuant to 11 USC Sec. 507 (a)(7). Would you also please let me know the last date to file an objection to the Discharge in this matter as Ms. Spink was not notified nor did she receive the delivery of the goods, yet Circuit City kept the goods and sold them to someone else on January 10, 2009.

    Enclosed is a copy of sales slip 411405121378 that shows the sale of the Sony television and that it had to be ordered and was to be delivered upon receipt by the store. This did not occur. The amount of the television was charged against Ms. Spink's charge

card. Subsequently on her charge card statement for the period 12/14/08 through 1/10/09, Circuit City credited that amount, but then on the same date debited that same amount again. When Ms. Spink went to the store to discuss the fact that she had never received the television, they said that the television had been received, but that they had sold it to someone else. Hence, they have sold the same television twice, being paid in full for it by two different parties. However, the other party has the television and Ms. Spink does not!

May I hear from you with your opinion and thoughts with regard to this letter.

Very truly yours,

RODERICK A. J. CAVANAGH

j
enc.

cert. mail/rrr

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

Debtor against which claim is asserted : (Check only one box below:)

- [x] Circuit City Stores, Inc. (Case No. 08-35653)
- [ ] Circuit City Stores West Coast, Inc. (Case No. 08-35654)
- [ ] InterTAN, Inc. (Case No. 08-35655)
- [ ] Ventoux International, Inc. (Case No. 08-35656)
- [ ] Circuit City Purchasing Company, LLC (Case No. 08-35657)
- [ ] CC Aviation, LLC (Case No. 08-35658)
- [ ] CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
- [ ] Circuit City Stores PR, LLC (Case No. 08-35660)
- [ ] Circuit City Properties, LLC (Case No. 08-35661)
- [ ] Orbyx Electronics, LLC (Case No. 08-35662)
- [ ] Kinzer Technology, LLC (Case No. 08-35663)
- [ ] Courchevel, LLC (Case No. 08-35664)
- [ ] Abbott Advertising, Inc. (Case No. 08-35665)
- [ ] Mayland MN, LLC (Case No. 08-35666)
- [ ] Patapsco Designs, Inc. (Case No. 08-35667)
- [ ] Sky Venture Corporation (Case No. 08-35668)
- [ ] XSStuff, LLC (Case No. 08-35669)
- [ ] PRAHS, INC. (Case No. 08-35670)

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Geraldine B. Spink**

Name and address where notices should be sent:
329 Lafayette Road
North Kingstown, RI 02852-5300
Telephone number: 401 295-0151

- [ ] Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
same as above
Telephone number:

- [ ] Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
- [ ] Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 620.60 ($580.00 & sales tax of $40.60)

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete item 5.

- [ ] Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Purchase of Sony TV Model#KDL26M4000 from Store#4114, 140 Hillside Rd., Cranston,RI -never delivered TV to me
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  [ ] Real Estate  [ ] Motor Vehicle  [ ] Other
Describe:
Value of Property: $ 580.00 plus sales tax of $40.60   Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $ _____   Basis for perfection: _____

Amount of Secured Claim: $ 620.60   Amount Unsecured: $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

- [ ] Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- [ ] Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4).
- [ ] Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).
- [x] Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).
- [ ] Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).
- [ ] Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority:
$ 620.60

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

Date: 6/24/2009
Signature: the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Geraldine B. Spink* (signature)

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



| | | | |
|---|---|---|---|
| Opening/Closing Date: | 12/14/08 - 01/13/09 | | |
| Payment Due Date: | 02/07/09 | | |
| Minimum Payment Due: | $11.00 | | |

**CUSTOMER SERVICE**
In U.S. 1-800-477-6761
Español 1-800-477-6761
TDD 1-800-955-8060
Pay by phone 1-800-477-6761
Outside U.S. call collect 1-770-792-4260

## ACCOUNT SUMMARY

Account Number: 5053 3810 0010 6731

| | | | |
|---|---|---|---|
| Previous Balance | $1,147.38 | Total Credit Line | $6,000 |
| Payment, Credits | -$669.99 | Available Credit | $4,880 |
| Purchases, Cash, Debits | +$641.99 | | |
| New Balance | $1,119.38 | | |

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 15325
Wilmington, DE 19886-5325

**VISIT US AT:**
www.chase.com/circuitcity

## CIRCUIT CITY REWARDS SUMMARY

| | |
|---|---|
| Previous points balance | 6,337 |
| Points earned on Circuit City purchases | 0 |
| New total points balance | 6,337 |

6,337 to expire on statement date in SEPTEMBER 2011

Redeem your rewards points today and use your Rewards Certificates towards your next purchase at Circuit City. For every 500 points you earn, you'll receive a $5 Rewards Certificate. Just visit circuitcityrewards.com anytime to check your point balance and redeem for Rewards Certificates.

## TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Debit |
|---|---|---|---|---|
| 01/01 | 100100102000000139792455 | Payment Thank You Electronic Chk | $28.00 | |
| 01/10 | 65491049010000465106478 | CIRCUIT CITY - 4114    CRANSTON    RI | | 641.99 |
| | | 154 26"-32" LCD TV | | |
| | | 829 SALVAGE HAUL-AWAY CHARGE | | |
| | | 148 IN HOME CC PC INSTAL | | |
| 01/10 | 65491049010000465106387 | CIRCUIT CITY - 4114    CRANSTON    RI | | 641.99 |
| | | 154 26"-32" LCD TV | | |
| | | 829 SALVAGE HAUL-AWAY CHARGE | | |
| | | 148 IN HOME CC PC INSTAL | | |

## QUALIFYING PROMOTIONAL FINANCING



**Circuit City Stores, Inc.**
Store 4114
140 HILLSIDE RD
CRANSTON, RI 02920-4663
(401) 946-5300                    21:05:20   07/29/08

Sold to:                                            07/29/08
GERALDIN B. SPINK
(401) 295-0151
329 LAFAYETTE RD
NORTH KINGSTOWN, RI 02852-5300

**CUSTOMER COPY**                         411405121378

Salesperson                         Register  Cashier
J. RAMIREZ                              04     357419

| Item | Qty | Model | Description | Tax | Amount |
|---|---|---|---|---|---|
| 1 SO | 1 | SON KDL26M4000 | LCD | Y | 630.00 |
| 2 SL | 1 | SAM LN22A450 | 23" LCD | Y | 517.49 |
| 3 SL | 1 | MOC MC500HD1M | VIDEO CABLES | Y | 61.99 |
| 4 SL | 1 | DLV Delivery | Delivery Charge | Y | 69.99 |
| 5 SL | 1 | SAL HAULAWAY | SALVAGE HAUL-AWAY | Y | 0.00 |

              Total Taxable         $ 1,184.47
              Sales Tax             $    82.91
              TOTAL PURCHASE        $ 1,267.38
              CCS-M         057010  $ 1,267.38
              BALANCE               $     0.00

For manufacturer contact information, please refer to
your owner's manual or visit circuitcity.com

Item

1 SON KDL26M4000, has been ordered for you. Your Sales
  Associate will notify you when your product is received.
1 The delivery date for your SON KDL26M4000
  has not been scheduled.

Title
It is expressly agreed that transfer of title of
merchandise to customer and commencement of any
manufacturer warranty period occurs upon actual,
physical transfer of possession of goods to customer.

Thanks for being a Circuit City Credit Card Customer.
Rewards customers can check rewards status at
www.circuitcityrewards.com.  Not yet a Rewards Card
Customer?  See a store associate today to apply.

Delivery Information
Basic delivery includes: unboxing the TV, checking for
power and picture, hooking up to existing video source,
cable or antenna, clearing away cartons and packing
materials, hauling away your old TV, if applicable.

Shop with us online at circuitcity.com.