IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:    Chapter 11
Circuit City Stores, Inc    Case No. 08-35653
et al.,    Jointly Administered

DEBTORS' SEVENTH OMNIBUS OBJECTION TO
CERTAIN LATE CLAIMS



Natalia Hilton
3525 Wheat Dr.
Beaumont, Texas 77706
Claim # 11058
Claim Amount $ 5,000

The Omnibus Objection should not be upheld for the claim above due to the lateness of the filing of paperwork. The debtor is responsible for promises made by Circuit City for Services rendered and promises made for the future.

This is part of a larger group of claims that are already before the court from numerous other persons filling the same claim.

The amount above is figured by the bonuses I did not receive due to the liquidation. If you need a person with knowledge of this, it is Ty Holbrook. His address: 5915 Crockett Lumberton, Texas 77657
    phone number: 409-755-7404
    home number: 409-926-1809
    e-mail: Tut28kt@Gmail.com
Also Linda Jones, 409-893-2147.

Natalia Hilton
3525 Wheat Dr.
Beaumont TX, 77706
409-363-1261
njhilton78@gmail.com