**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

```
................................................... x
                                      :  Chapter 11
In re:                                :
                                      :  Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC.,            :
et al.,                               :
                                      :
                                      :  Jointly Administered
              Debtors.¹               :
                                      :
................................................... x
```

<u>**AFFIDAVIT OF SERVICE**</u>

I, Isidro N. Panizales, being duly sworn according to law, depose and say that I am

employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent

for the Debtors in the above-captioned cases.

On June 3, 2009, copies of the following documents were served via electronic mail upon

the parties set forth on the service lists attached hereto as **<u>Exhibit A</u>**, facsimile upon the parties set

forth on the service lists attached hereto as **<u>Exhibit B</u>**, and first class mail upon the parties set forth

on the service lists attached hereto as **<u>Exhibit C</u>**:

1. Debtors' Seventh Omnibus Objection to Certain Late Claims (Docket No. 3506)

2. Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 3507)

3. Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 3509)

---

1  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

On June 4, 2009, copies of the following documents were served via first class mail upon the parties set forth on the service list attached hereto as **Exhibit D**:

1. Debtors' Seventh Omnibus Objection to Certain Late Claims (Docket No. 3506)

2. Circuit City Stores, Inc. Procedures for Filing Omnibus Objections to Claims (See attached **Exhibit E**)

3. Notice of Debtors' Seventh Omnibus Objection to Certain Late Claims (Personalized with claim and creditor information listed on Exhibit D) (Docket No. 3506)

On June 4, 2009, copies of the following documents were served via first class mail upon the parties set forth on the service list attached hereto as **Exhibit F**:

1. Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 3507)

2. Circuit City Stores, Inc. Procedures for Filing Omnibus Objections to Claims (See attached **Exhibit G**)

3. Notice of Debtors' Eighth Omnibus Objection to Certain Late Claims (Personalized with claim and creditor information listed on Exhibit F) (Docket No. 3507)

On June 4, 2009, copies of the following documents were served via first class mail upon the parties set forth on the service list attached hereto as **Exhibit H**:

1. Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 3509)

2. Circuit City Stores, Inc. Procedures for Filing Omnibus Objections to Claims (See attached **Exhibit I**)

3. Notice of Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Personalized with claim and creditor information listed on Exhibit H) (Docket No. 3509)

4. Amended Exhibit C to Debtors' Ninth Omnibus Objection to Claims (Docket No. 3512)

On June 4, 2009, copies of the following documents were served via electronic mail upon the parties set forth on the service lists attached hereto as **Exhibit J**, facsimile upon the parties set forth on the service lists attached hereto as **Exhibit K**, and first class mail upon the parties set forth on the service lists attached hereto as **Exhibit L**:

1. Amended Exhibit C to Debtors' Ninth Omnibus Objection to Claims
   (Docket No. 3512)

2. Debtors' Tenth Omnibus Objection to Certain Duplicate Claims (Docket No. 3513)

On June 4, 2009, copies of the following documents were served via first class mail upon the parties set forth on the service list attached hereto as **Exhibit M**:

1. Debtors' Tenth Omnibus Objection to Certain Duplicate Claims (Docket No. 3513)

2. Circuit City Stores, Inc. Procedures for Filing Omnibus Objections to Claims
   (See attached **Exhibit N**)

3. Notice of Debtors' Tenth Omnibus Objection to Certain Duplicate Claims
   (Personalized with claim and creditor information listed on Exhibit M)
   (Docket No. 3513)

Dated: June _8_, 2009

Isidro N. Panizales

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this _8th_ day of June, 2009, by Isidro N. Panizales, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

GARY CHRISTENSEN
Commission # 1620624
Notary Public - California
Yolo County
My Comm. Expires Nov 12, 2009

# EXHIBIT A

Circuit City Stores, Inc.
Core List

| NAME | ATTENTION | Email |
|---|---|---|
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | bob.duffy@fticonsulting.com<br>steve.coulombe@fticonsulting.com |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | bruce.matson@leclairryan.com |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | dberman@riemerlaw.com |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | dhayes@mcguirewoods.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | gregg.galardi@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | IAN S. FREDERICKS, ESQ. | Ian.Fredericks@skadden.com |
| PACHULSKI STANG ZIEHL & JONES LLP | JEFFREY N POMERANTZ ESQ | jpomerantz@pszjlaw.com |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | kcordry@naag.org |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | lmyers@kirkland.com |
| TAVENNER & BERAN PLC | LYNN L TAVENNER ESQ<br>PAULA S BERAN ESQ | ltavenner@tb-lawfirm.com<br>pberan@tb-lawfirm.com |
| KUTAK ROCK LLP | PETER J. BARRETT | peter.barrett@kutakrock.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ROBERT J FEINSTEIN ESQ | rfeinstein@pszjlaw.com |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | Robert.B.Van.Arsdale@usdoj.gov |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | TIMOTHY G. POHL, ESQ. | tim.pohl@skadden.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
| --- | --- | --- |
| Quintrall & Associates LLP | Albert F Quintrall Esq | a.quintrall@quintrallaw.com |
| Lazer Aptheker Rosella & Yedid PC | Robin S Abramowitz | abramowitz@larypc.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com rhicks@shutts.com |
| Hangley Aronchick Segal & Pudlin | Ashely M Chan Esq | achan@hangley.com |
| Ciardi Ciardi & Astin PC | Albert A Ciardi III Esq Thomas D Bielli Esq | aciardi@ciardilaw.com tbielli@ciardilaw.com |
| Krokidas & Bluestein LLP | Anthony J Cichello Esq | acichello@kb-law.com |
| Franklin & Prokopik PC | Andrew L Cole | acole@fandpnet.com |
| Andrew S Conway Esq | | Aconway@taubman.com |
| The Meiburger Law Firm PC | Janet M Meiburger Esq | admin@meiburgerlaw.com |
| Christian & Barton LLP | Augustus C Epps Jr Esq Michael D Mueller Esq Jennifer M McLemore Esq Noelle M James Esq | aepps@cblaw.com mmueller@cblaw.com jmclemore@cblaw.com njames@cblaw.com |
| Kaufman & Canoles | Ann K Crenshaw Esq Paul K Campsen Esq | akcrenshaw@kaufcan.com |
| Miami Dade County Paralegal Unity | Alberto Burnstein | alberto@miamidade.gov MDTCBKC@miamidade.gov |
| Foster Pepper PLLC | Christopher M Alston | alstc@foster.com |
| K&L Gates LLP | Amy Pritchard Williams | amy.williams@klgates.com |
| Monarch Alternative Capital LP | Andrew Herenstein | Andrew.Herenstein@monarchlp.com |
| Vonage Holdings Inc | Angelique Electra | angelique.electra@vonage.com |
| DLA Piper LLP | Anne Braucher Esq | anne.braucher@dlapiper.com |
| Greenberg Traurig LLP | Daniel J Ansell Esq Heath B Kushnick Esq | AnsellD@GTLaw.com kushnickh@gtlaw.com |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda Yolanda Humphrey | arlbank@pbfcm.com ebanda@pbfcm.com yhumphrey@pbfcm.com |
| Lindquist Kleissler & Company LLC | Arthur Lindquist Kleissler | arthurlindquistkleissler@msn.com |
| Culbert & Schmitt PLLC | Ann E Schmitt | aschmitt@culbert-schmitt.com |
| Noland Hamerly Etienne & Hoss PC | Anne Secker Esq Lisa K Omori | asecker@nheh.com |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | austin.bankruptcy@publicans.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Hunton & Williams LLP | Benjamin C Ackerly | backerly@hunton.com |
| | JR Smith | jrsmith@hunton.com |
| | Henry Toby P Long III | hlong@hunton.com |
| | Thomas N Jamerson | tjamerson@hunton.com |
| Kern County Treasurer and Tax Collector Office | Angelica Leon | bankruptcy@co.kern.ca.us |
| Morrison Cohen LLP | Michael R Dal Lago Esq | bankruptcy@morrisoncohen.com |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | batteberry@mdea.com |
| Arnold Gallagher Saydack Percell Roberts & Potter PC | Bradley S Copeland | bcopeland@agsprp.com |
| Loudoun County Attorney | John R Roberts | |
| | Belkys Escobar | Belkys.Escobar@loudoun.gov |
| Linowes and Blocher LLP | Bradford F Englander Esq | benglander@linowes-law.com |
| | Brian M Nestor Esq | bnestor@linowes-law.com |
| Clement & Wheatley | Darren W Bentley Esq | bentleyd@clementwheatley.com |
| Greenberg Traurig LLP | Howard J Berman Esq | bermanH@gtlaw.com |
| Mullins Riley & Scarborough LLP | Betsy Johnson Burn | betsy.burn@nelsonmullins.com |
| Smith Gambrell & Russell LLP | Brian P Hall Esq | bhall@sgrlaw.com |
| Brian T Hanlon | | bhanlon@pbcgov.org |
| Hamilton Beach Brands Inc | Bill Ray | bill.ray@hamiltonbeach.com |
| Moldo Davidson Fraioli Seror & Sestanovich LLP | Byron Z Moldo | bmoldo@mdfslaw.com |
| | Kenneth Miller Esq | kmiller@mdfslaw.com |
| Office of Joe G Tedder CFC | Bonnie Holly | bonnieholly@polktaxes.com |
| Borges & Associates LLC | Wanda Borges Esq | borgeslawfirm@aol.com |
| Troutman Sanders LLP | Bradfute W Davenport Jr | bradfute.davenport@troutmansanders.com |
| Katten Muchin Rosenman LLP | c o Brian D Huben | brian.huben@kattenlaw.com |
| | c o Thomas J Leanse | dustin.branch@kattenlaw.com |
| | c o Dustin P Branch | thomas.leanse@kattenlaw.com |
| Arent Fox LLP | Timothy F Brown Esq | brown.timothy@arentfox.com |
| | Mary Joanne Dowd Esq | dowd.mary@arentfox.com |
| | Christopher J Giaimo Esq | giaimo.christopher@arentfox.com |
| LeClairRyan A Professional Corporation | Bruce H Matson | Bruce.Matson@leclairryan.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
| --- | --- | --- |
| Quarles & Brady LLP | Brian Sirower Esq | bsirower@quarles.com |
| | Lori L Winkelman Esq | lwinkelm@quarles.com |
| | Catherine M Guastello Esq | cguastel@quarles.com |
| Vinson & Elkins LLP | William L Wallander | bwallander@velaw.com |
| | Angela B Degeyter | adegeyter@velaw.com |
| Mesch Clark & Rothschild PC | Brenda Moody Whinery Esq | bwhinery@mcrazlaw.com |
| Sheppard Mullin Richter & Hampton LLC | Blanka Wolfe | bwolfe@sheppardmullin.com |
| | Margaret Mann | Mmann@sheppardmullin.com |
| Carter Ledyard & Milburn LLP | Aaron R Cahn | cahn@clm.com |
| Laurin & Associates | Paul J Laurin Esq | |
| | Stephen M Astor Esq | CalendarClerk@laurinlawfirm.com. |
| Miami Dade County Attorneys Office | Erica S Zaron | cao.bkc@miamidade.gov |
| Regency Centers | Catherine L Strauss | catherinestrauss@regencycenters.com |
| Acxiom Corporation | C B Blackard III | cbblac@acxiom.com |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte Esq | cbelmonte@ssbb.com |
| | Pamela A Bosswick Esq | pbosswick@ssbb.com |
| | Abigail Snow Esq | asnow@ssbb.com |
| Winthrop & Weinstine PA | Christopher A Camardello | ccamardello@winthrop.com |
| Buchalter Nemer A Professional Corporation | Craig C Chiang Esq | cchiang@buchalter.com |
| | Shawn M Christianson Esq | schristianson@buchalter.com |
| Nixon Peabody LLP | Dennis J Drebsky | |
| | Christopher M Desiderio | cdesiderio@nixonpeabody.com |
| McCarter & English LLP | Clement J Farley | cfarley@mccarter.com |
| | Angela Sheffler Abreu | aabreu@mccarter.com |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos Esq | cgp@ballardspahr.com |
| | Charles W Chotvacs Esq | chotvacsc@ballardspahr.com |
| Quarles & Brady LLP | Catherine M Guastello Esq | cguastel@quarles.com |
| City of Fort Worth Sr Assistant City Attorney | Christopher B Mosley | Chris.Mosley@fortworthgov.org |
| Attorney General of New Jersey | Anne Milgram | citizens.services@lps.state.nj.us |
| Recovery Management Systems Corp | Ramesh Singh | claims@recoverycorp.com |
| Goulston & Storrs PC | Christine D Lynch Esq | clynch@goulstonstorrs.com |
| | Peter D Bilowz Esq | pbilowz@goulstonstorrs.com |

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Magee Foster Goldstein & Sayers PC | A Carter Magee Jr | cmagee@mfgs.com |
| | W Joel Charboneau | jcharboneau@mfgs.com |
| Squire Sanders & Dempsey LLP | G Christopher Meyer | cmeyer@ssd.com |
| Palmer Law Firm Inc | R Chase Palmer | cpalmerplf@gmail.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Glass & Reynolds | David G Reynolds Esq | dave@glassandreynolds.com |
| City & County of Denver | David V Cooke | david.cooke@denvergov.org |
| Moore & Van Allen PLLC | David B Wheeler Esq | davidwheeler@mvalaw.com |
| Riemer & Braunstein LLP | David S Berman | Dberman@riemerlaw.com |
| Chiariello & Chiariello | Dominic L Chiariello | dc@chiariello.com |
| Jackson & Campbell PC | David H Cox Esq | dcox@jackscamp.com |
| | John J Matteo Esq | jmatteo@jackscamp.com |
| Cole Schotz Meisel Forman & Leonard PA | G David Dean Esq | ddean@coleschotz.com |
| Cook Heyward Lee Hopper & Feehan PC | David D Hopper Esq | ddhopper@chlhf.com |
| Office of the Attorney General | Denise Mondell | Denise.Mondell@po.state.ct.us |
| Weiss Serota Helfman Pastoriza Cole & Boniske PL | Douglas R Gonzales | dgonzales@wsh-law.com |
| The Law Offices of David A Greer PLC | David A Greer Esq | dgreer@davidgreerlaw.com |
| Vinson & Elkins LLP | David E Hawkins | dhawkins@velaw.com |
| Neuberger Quinn Gielen Rubin & Gibber PA | Deborah H Devan Esq | dhd@nqgrg.com |
| Morris Manning & Martin LLP | David W Cranshaw Esq | dhp@mmmlaw.com |
| Duane Morris LLP | Rudolph J Di Massa Jr Esq | DiMassa@duanemorris.com |
| | Matthew E Hoffman Esq | MEHoffman@duanemorris.com |
| | Lauren Lonergan Taylor Esq | LLTaylor@duanemorris.com |
| | Matthew E Hoffman Esq | MEHoffman@duanemorris.com |
| Robinson Diamant & Wolkowitz | Douglas D Kappler Esq | dkappler@rdwlawcorp.com |
| Arnall Golden Gregory LLP | Darryl S Laddin | dladdin@agg.com |
| | Frank N White | frank.white@agg.com |
| Brown Connery LLP | Donald K Ludman | dludman@brownconnery.com |
| Wolff Hill McFarlin & Herron PA | David R McFarlin Esq | dmcfarlin@whmh.com |
| Jeffer Mangels Butler & Marmaro LLP | David M Poitras PC | dpoitras@jmbm.com |
| | Caroline R Djang | crd@jmbm.com |

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| McSweeney Crump Childress & Temple PC | David R Ruby Esq | druby@mcsweeneycrump.com |
| Munsch Hardt Kopf & Harr PC | Davor Rukavina Esq | drukavina@munsch.com |
| Duane Morris LLP | Denyse Sabagh | dsabagh@duanemorris.com |
| McDowell Rice Smith & Buchanan PC | Donald G Scott | dscott@mcdowellrice.com |
| Nixon Peabody LLP | Daniel R Sovocool | dsovocool@nixonpeabody.com |
| | Louis J Cisz III | lcisz@nixonpeabody.com |
| | Gina M Fornario | gfornario@nixonpeabody.com |
| Cantor Arkema PC | David K Spiro Esq | dspiro@cantorarkema.com |
| | Neil E McCullagh Esq | nmccullagh@cantorarkema.com |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | eagle.sara@pbgc.gov |
| | | efile@pbgc.gov |
| Saul Ewing LLP | Edith K Altice Esq | ealtice@saul.com |
| Weltman Weinberg & Reis Co LPA | Scott D Fink | ecfndoh@weltman.com |
| Stein & Lubin LLP | Eugene Chang | echang@steinlubin.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| Hunton & Williams LLP | J Eric Crupi | ecrupi@hunton.com |
| Missouri Department of Revenue | Attn Richard M Maseles | edvaecf@dor.mo.gov |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | efriedman@friedumspring.com |
| Stutman Treister & Glatt PC | Eric D Goldberg | egoldberg@stutman.com |
| Stempel Bennett Claman & Hochberg PC | Edmond P O Brien Esq | eobrien@sbchlaw.com |
| K&L Gates LLP | Eric C Rusnak | eric.rusnak@klgates.com |
| Bewley Lassleben & Miller LLP | Ernie Zachary Park | ernie.park@bewleylaw.com |
| Weycer Kaplan Pulaski & Zuber PC | Edward L Rothberg | erothberg@wkpz.com |
| | Jessica L Hickford | jhickford@wkpz.com |
| Siller Wilk LP | Eric J Snyder | esnyder@sillerwilk.com |
| Panattoni Law Firm | Fredric Albert | falbert@czmlaw.com |
| Quarles & Brady LLP | Faye B Feinstein Esq | fbf@quarles.com |
| | Christopher Combest Esq | ccombest@quarles.com |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | fbr@robinsonbrog.com |
| Bartlett Hackett Feinberg PC | Frank F McGinn | ffm@bostonbusinesslaw.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Bronwen Price | Gail B Price Esq | gail@bronwenprice.com |
| Weil Gotshal & Manges LLP | Gary T Holtzer Esq | gary.holtzer@weil.com |
| | Joseph W Gelb Esq | joseph.gelb@weil.com |
| Envision Peripherals Inc | Gay Richey Sr Credit Manager | gay@epius.com |
| Michael A Cardozo | Gabriela P Cacuci Esq | gcacuci@law.nyc.gov |
| Siegfried Bingham Levy Selzer & Gee | Gary V Fulghum | gfulghum@sblsg.com |
| Hodgson Russ LLP | Garry M Graber Esq | Ggraber@HodgsonRuss.com |
| Tennessee Department of Revenue | TN Attorney Generals Office | Gina.Hantel@ag.tn.gov |
| Roussos Lassiter Glanzer & Marcus PLC | Lawrence H Glanzer Esq | glanzer@rlglegal.com |
| Howard Rice Nemerovski Canady Falk & Rabkin | Gary M Kaplan Esq | gmkaplan@howardrice.com |
| Procopio Cory Hargreaves & Savitch LLP | Gerald P Kennedy | gpk@procopio.com |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | graicht@mwe.com |
| The Arapahoe County Treasurer | George Rosenberg Esq | grosenberg@co.arapahoe.co.us |
| | | jholmgren@co.arapahoe.co.us |
| Schnader Harrison Segal & Lewis LLP | Gordon S Woodward Esq | gwoodward@schnader.com |
| Finn Dixon & Herling LLP | Henry P Baer Jr Esq | hbaer@fdh.com |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | hdawson@kkgpc.com |
| Troutman Sanders LLP | Hollace Topol Cohen | hollace.cohen@troutmansanders.com |
| | Vivieon E Kelley | vivieon.kelley@troutmansanders.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@publicans.com |
| Jaspan Schlesinger LLP | Hale Yazicioglu Esq | hyazicioglu@jaspanllp.com |
| Landsberg Margulies LLP | Ian S Landsberg Esq | ilandsberg@lm-lawyers.com |
| Haynes and Boone LLP | Jason Binford | jason.binford@haynesboone.com |
| Jay T Blount | | jay.blount@dcsg.com |
| Jones Day | Jeffrey B Ellman | jbellman@jonesday.com |
| | Brett J Berlin | bjberlin@jonesday.com |
| Polsinelli Shalton Flanigan Suelthaus PC | James E Bird | jbird@polsinelli.com |
| | Amy E Hatch | ahatch@polsinelli.com |
| Cox Castle & Nicholson LLP | Jess R Bressi Esq | jbressi@coxcastle.com |
| Querrey & Harrow Ltd | John M Brom | jbrom@querrey.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Osler Hoskin & Hardcourt LLP | Jeremy Dacks | jdacks@osler.com |
| | Marc S Wasserman | mwasserman@osler.com |
| Stinson Morrison Hecker LLP | Jaime S Dibble | jdibble@stinson.com |
| | Katherine M Sutcliffe Becker | kbecker@stinson.com |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | jdoran@haslaw.com |
| City of Newport News VA City Attorney | Joseph M Durant | jdurant@nngov.com |
| Missouri Attorney General Office | Chris Koster | |
| | Jeff Klusmeier | Jeff.Klusmeier@ago.mo.us |
| Carmody MacDonald PC | John E Hilton | jeh@carmodymacdonald.com |
| Leitess Leitess Friedberg & Fedder PC | Jeremy S Friedberg Esq | jeremy.friedberg@llff.com |
| | Gordon S Young Esq | gordon.young@llff.com |
| Frank Gecker LLP | Joseph D Frank | |
| | Jeremy C Kleinman | jfrank@fgllp.com |
| Hamburg Karic Edwards & Martin LLP | J Bennett Friedman Esq | jfriedman@hkemlaw.com |
| Akin Gump Strauss Hauer & Feld LLP | Jonathan L Gold | jgold@akingump.com |
| | Mary A House | mhouse@akingump.com |
| | Catherine E Creely | ccreely@akingump.com |
| Wiley Rein LLP | H Jason Gold Esq | jgold@wileyrein.com |
| | Dylan G Trache Esq | dtrache@wileyrein.com |
| | Rebecca L Saitta Esq | rsaitta@wileyrein.com |
| | Valerie P Morrison Esq | vmorrison@wileyrein.com |
| | Dylan G Trache Esq | dtrache@wileyrein.com |
| Taft Stettinius & Hollister LLP | Jeffrey J Graham | jgraham@taftlaw.com |
| Seyfarth Shaw LLP | Jessica Hughes Esq | jhughes@seyfarth.com |
| | Rhett Petcher Esq | rpetcher@seyfarth.com |
| | Alexander Jackins | ajackins@seyfarth.com |
| Ford Parshall & Baker | Jordan M Humphreys | jhumphreys@fpb-law.com |
| Weingarten Realty Investors | Jenny J Hyun Esq | jhyun@weingarten.com |
| Holland & Knight LLP | James H Rollins | jim.rollins@hklaw.com |
| Core Properties Inc | James Donaldson | jim@coreproperties.com |
| Greenberg Glusker Fields Claman & Machtinger LLP | Jeffrey A Krieger Esq | jkrieger@ggfirm.com |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Jeffrey Kurtzman Esq | jkurtzma@klehr.com |
| Carlton Fields PA | John J Lamoureux Esq | jlamoureux@carltonfields.com |
| Ball Janik LLP | Justin D Leonard | jleonard@balljanik.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| White & Case LLP | Peter J Carney<br>William Sloan Coats<br>Julieta L Lerner | jlerner@whitecase.com |
| McKenna Long & Aldridge LLP | John G McJunkin Esq | jmcjunkin@mckennalong.com |
| McKenna Long & Alridge LLP | John G McJunkin Esq<br>J David Folds | jmcjunkin@mckennalong.com<br>dfolds@mckennalong.com |
| Beirne Maynard & Parsons L.L.P. | J Seth Moore<br>Sarah Davis | jmoore@bmpllp.com<br>sdavis@bmpllp.com<br>bankruptcyemail@bmpllp.com |
| McKay Burton & Thurman | Joel T Marker | joel@mbt-law.com |
| Husch Blackwell Sanders LLP | John J Cruciani Esq | john.cruciani@huschblackwell.com |
| John Marshall Collins PC | John Marshall Collins Esq | johnolaw@gmail.com |
| Khang & Khang LLP | Joon M Khang | joon@khanglaw.com |
| Latham & Watkins LLP | Josef S Athanas | josef.athanas@lw.com |
| King & Spalding LLP | James A Pardo Jr<br>Thaddeus D Wilson | jpardo@kslaw.com<br>thadwilson@kslaw.com |
| Saul Ewing LLP | Jeremy W Ryan Esq | jryan@saul.com |
| J Scott Douglass | | jsdlaw@msn.com |
| Womble Carlyle Sandridge & Rice PLLC | Jeffrey L Tarkenton<br>Todd D Ross | jtarkenton@wcsr.com<br>toross@wcsr.com |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | jvlombardi@rossbanks.com |
| Wagner Choi & Verbrugge | James A Wagner Esq | jwagner@wcelaw.com |
| PriceGrabber com Inc | Katerina Canyon | katerina@pricegrabber.com |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq<br>Christina M Thompson Esq | kbifferato@cblh.com<br>cthompson@cblh.com |
| Bernstein Law Firm PC | Stacey Suncine<br>Kirk B Burkley | kburkley@bernsteinlaw.com |
| Kelley Drye & Warren LLP | James S Carr Esq<br>Robert L LeHane Esq | KDWBankruptcyDepartment@kelleydrye.com |
| Blank Rome LLP | Regina Stango Kelbon Esq<br>John Lucian Esq | Kelbon@blankrome.com<br>Lucian@blankrome.com |
| Allen & Overy LLP | Ken Coleman | ken.coleman@allenovery.com |
| Law Office of Kenneth B Roseman & Assoc PC | Kenneth B Roseman | kenroseman@hotmail.com |
| Wolff & Samson PC | Karen L Gilman Esq | kgilman@wolffsamson.com |
| Trout Jones Gledhill Fuhrman PA | Kimbell D Gourley | kgourley@idalaw.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Reed Smith LLP | Kurt F Gwynne Esq | kgwynne@reedsmith.com |
| | Kathleen A Murphy Esq | kmurphy@reedsmith.com |
| Whiteford Taylor Preston LLP | Kevin G Hroblak Esq | khroblak@wtplaw.com |
| Bricker & Eckler LLP | Kenneth C Johnson | kjohnson@bricker.com |
| | Andria M Beckham | abeckham@bricker.com |
| Pentiuk Couvreur & Kobiljak PC | Kurt M Kobiljak | kkobiljak@pck-law.com |
| Cooley Godward Kronish LLP | Gregg S Kleiner | kleinergs@cooley.com |
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | knewman@menterlaw.com |
| McDermott Will & Emery LLP | Karla L Palmer Esq | kpalmer@mwe.com |
| Nicholls & Crampton PA | Kevin L Sink | ksink@nichollscrampton.com |
| Venable LLP | Lawrence A Katz | lakatz@venable.com |
| | Kristen E Burgers | keburgers@venable.com |
| Carroll & Carroll PLLC | Scott P Carroll Esq | lawcarroll@aol.com |
| Linda J Brame | | lbrame@winterslaw.com |
| Schreeder Wheeler & Flint LLP | Lawrence S Burnat Esq | lburnat@swfllp.com |
| | J Carole Thompson Hord Esq | chord@swfllp.com |
| Wise DelCotto PLLC | Laura Day DelCotto Esq | ldelcotto@wisedel.com |
| | Allison Fridy Arbuckle Esq | aarbuckle@wisedel.com |
| Enterprise Asset Management Inc | Lee Sudakoff | Lee.Sudakoff@eassets.com |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Lei Lei Wang Ekvall Esq | lekvall@wgllp.com |
| Wyatt Tarrant & Combs LLP | John P Brice | lexbankruptcy@wyattfirm.com |
| Hewitt & O Neil LLP | Lawrence J Hilton | lhilton@hewittoneil.com |
| Orange Grove Properties | Linda Taylor | linda@tayloruns.com |
| Magruder Cook Carmody & Koutsouftikis | Anne M Magruder Esq | |
| | Leon Koutsouftikis Esq | lkouts@magruderpc.com |
| Sony Electronics Inc | Lloyd B Sarakin | lloyd.sarakin@am.sony.com |
| Duane Morris LLP | Lauren Lonergan Taylor | lltaylor@duanemorris.com |
| | Matthew E Hoffman | mehoffman@duanemorris.com |
| Hatch Allen & Shepherd PA | Leslie D Maxwell Esq | lmaxwell@hatchlaw.com |
| Empire Blue Cross Blue Shield | Louis Benza Esq | louis.benza@empireblue.com |
| Lionel J Postic PC | Lionel J Postic Esq | lpostic@mindspring.com |
| | | aarusso@mindspring.com |
| Gary & Regenhardt PLLC | Linda D Regenhardt | lregenhardt@garyreg.com |
| Levy Stopol & Camelo LLP | Larry Stopol Esq | lstopol@levystopol.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| K&L Gates LLP | Marc Barreca | marc.barreca@klgates.com<br>bankruptcyecf@klgates.com |
| Smith Moore Leatherwood LLP | F Marion Hughes | marion.hughes@smithmoorelaw.com |
| Stromberg & Associates PC | Mark Stromberg | mark@stromberglawfirm.com |
| Taxing Authority Consulting Services PC | Mark K Ames<br>Jeffrey Scharf | mark@taxva.com |
| Righetti Law Firm PC | Matthew Righetti | matt@righettilaw.com<br>erin@righettilaw.com |
| Womble Carlyle Sandridge & Rice PLLC | Michael Busenkell | mbusenkell@wcsr.com |
| Gibbons PC | Mark B Conlan Esq | mconlan@gibbonslaw.com |
| Hirschler Fleischer PC | Michael P Falzone Esq<br>Sheila deLa Cruz Esq<br>Robert S Westermann | mfalzone@hf-law.com<br>sdelacruz@hf-law.com<br>rwestermann@hf-law.com |
| Ravich Meyer Kirkman McGrath Nauman & Tansey PA | Michael F McGrath Esq | mfmcgrath@ravichmeyer.com |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox Esq<br>Frederick J Levy Esq | mfox@olshanlaw.com<br>flevy@olshanlaw.com |
| Hunton & Williams LLP | Michael S Held Esq | mheld@hunton.com |
| Kutak Rock LLP | Michael A Condyles Esq<br>Loc Pfeiffer Esq<br>Peter J Barrett Esq<br>Kimberly A Pierro | michael.condyles@kutakrock.com<br>loc.pfeiffer@kutakrock.com<br>peter.barrett@kutakrock.com<br>kimberly.pierro@kutakrock.com |
| Schulte Roth & Zabel LLP | Michael L Cook<br>David M Hillman<br>Meghan M Breen | michael.cook@srz.com<br>david.hillman@srz.com<br>meghan.breen@srz.com |
| LeClairyan a Professional Corporation | Michael E Hastings Esq | michael.hastings@leclairryan.com |
| Troutman Sanders LLP | Michael E Lacy | michael.lacy@troutmansanders.com |
| Binder & Malter LLP | Michael W Malter Esq<br>Julie H Rome Banks Esq | michael@bindermalter.com<br>julie@bindermalter.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Frost Brown Todd LLC | Michael J O Grady Esq | mjogrady@fbtlaw.com |
| Ervin Cohen & Jessup LLP | Michael S Kogan<br>Kenneth Miller Esq | mkogan@ecjlaw.com<br>Kmiller@ecjlaw.com |
| Travelers | Mike Lynch | mlynch2@travelers.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Barnes & Thornburg LLP | Michael K McCrory Esq | mmccrory@btlaw.com |
| Vorys Sater Seymour and Pease LLP | Malcolm M Mitchell Jr | mmmitchell@vorys.com |
| | Suparna Banerjee | sbanerjee@vorys.com |
| | Kara D Lehman | kdlehman@vorys.com |
| McDonough Holland & Allen PC | Mary E Olden Esq | molden@mhalaw.com |
| | Andre K Campbell Esq | acampbell@mhalaw.com |
| | Sean Thomas Thompson Esq | sthompson@mhalaw.com |
| Connolly Bove Lodge & Hutz LLP | Min Park Esq | mpark@cblh.com |
| McCreary Veselka Bragg & Allen PC | Michael Reed | mreed@mvbalaw.com |
| Polsinelli Shalton Flanigan Suelthaus PC | Michael F Ruggio | mruggio@polsinelli.com |
| O Melveny & Myers LLP | Michael J Sage Esq | msage@omm.com |
| | Karyn B Zeldman Esq | kzeldman@omm.com |
| Michael J Sawyer | Quincy Ctr Plaza | msawyer@stopandshop.com |
| Macdermid Reynolds & Glissman PC | Michael S Stiebel | mstiebel@mrglaw.com |
| Klee Tuchin Bogdanoff & Stern LLP | Michael L Tuchin | mtuchin@ktbslaw.com |
| Gust Rosenfeld PLC | Madeleine C Wanslee | mwanslee@gustlaw.com |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | Mweitzman@beankinney.com |
| Walter Wilhelm Law Group | Michael L Wilhelm Esq | mwilhelm@W2LG.com |
| Saiber LLC | Nancy A Washington Esq | naw@saiber.com |
| Young Goldman & Van Beek PC | Neil P Goldman Esq | ngoldman@ygvb.com |
| | John P Van Beek Esq | |
| Morgan Lewis & Bockius LLP | Neil E Herman Esq | nherman@morganlewis.com |
| | Menachem O Zelmanovitz Esq | mzelmanovitz@morganlewis.com |
| Trainor Fairbrook | Nancy Hotchkiss Esq | nhotchkiss@trainorfairbrook.com |
| Micro Center Sales Corporation | Nancy Klemstine Real Estate Mgr | nklemstine@microcenter.com |
| Neal Gerber Eisenberg LLP | Nicholas M Miller | nmiller@ngelaw.com |
| Miller & Martin PLLC | Nicholas W Whittenburg | nwhittenburg@millermartin.com |
| Spilman Thomas & Battle PLLC | Paul M Black Esq | pblack@spilmanlaw.com |
| Donchess Notinger & Tamposi | Peter N Tamposi | Peter@dntpc.com |
| | | nontrustee@dntpc.com |
| Akin Gump Strauss Hauer & Feld LLP | Peter J Gurfein | pgurfein@akingump.com |
| MercerTrigiani LLP | Philip C Baxa Esq | phil.baxa@mercertrigiani.com |
| Dilworth Paxson LLP | Peter C Hughes Esq | phughes@dilworthlaw.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Receivable Management Services | Phyllis A Hayes | Phyllis.Hayes@rmsna.com |
| Kaufman & Canoles | Paul K Campsen Esq | pkcampsen@kaufcan.com |
| Ballard Spahr Andrews & Ingersoll LLP | David L Pollack Esq | pollack@ballardspahr.com |
| | Jeffrey Meyers Esq | meyers@ballardspahr.com |
| | Jesse N Silverman Esq | silvermanj@ballardspahr.com |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | ppascuzzi@ffwplaw.com |
| Sands Anderson Marks & Miller PC | C Thomas Ebel Esq | ppearl@sandsanderson.com |
| | William A Gray Esq | lhudson@sandsanderson.com |
| | Peter M Pearl Esq | bgray@sandsanderson.com |
| | Lisa Taylor Hudson Esq | tebel@sandsanderson.com |
| Southwinds Ltd | Paul Resnick | pr@southwindsltd.com |
| Herrick Feinstein LLP | Paul Rubin | prubin@herrick.com |
| Caparra Center Associates SE | Penny R Stark Esq | pstarkesq@yahoo.com |
| Robinson & Cole | Peter E Strniste | pstrniste@rc.com |
| | Patrick M Birney | pbirney@rc.com |
| Jorden Burt LLP | Raul A Cuervo | rac@wdc.jordenusa.com |
| Oppenheimer Blend Harrison & Tate Inc | Raymond W Battaglia | Rbattaglia@obht.com |
| Stites & Harbison PLLC | Ron C Bingham II | rbingham@stites.com |
| Mulinix Ogden Hall Andres & Ludlam PLLC | Richard C Ogden Esq | rco@lawokc.com |
| | Martin A Brown Esq | martin.brown@kawokc.com |
| The Cafaro Company | Richard T Davis | rdavis@cafarocompany.com |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | rdremluk@seyfarth.com |
| Gleason Dunn Walsh & O Shea | Ronald G Dunn Esq | rdunn@gdwo.net |
| Thompson McMullan PC | Robert A Dybing | rdybing@t-mlaw.com |
| | Robert R Musick | bmusick@t-mlaw.com |
| State of Michigan Department of Treasury | Michael A Cox | ReardonV@michigan.gov |
| | Victoria A Reardon | |
| Pennsylvania Dept of Revenue | Robert C Edmundson | redmundson@attorneygeneral.gov |
| Friedlander Misler PLLC | Robert E Greenberg Esq | rgreenberg@dclawfirm.com |
| | Thomas F Murphy Esq | |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Troutman Sanders LLP | Richard Hagerty | richard.hagerty@troutmansanders.com |
| Holland & Knight LLP | Richard E Lear | richard.lear@hklaw.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Law Offices of Ronald K Brown Jr | Ronald K Brown Jr | rkbgwhw@aol.com |
| Broad and Cassel | Roy S Kobert Esq | rkobert@broadandcassel.com |
| Romero Law Firm | Martha E Romero | romero@mromerolawfirm.com |
| Posternak Blankstein & Lund LLP | Robert Somma Esq | rsomma@pbl.com |
| | Laura A Otenti Esq | lotenti@pbl.com |
| Schenk Annes Brookman & Tepper Ltd | Robert D Tepper Esq | rtepper@sabt.com |
| | Roy M Terry Jr Esq | rterry@durrettebradshaw.com |
| | John C Smith Esq | jsmith@durrettebradshaw.com |
| Durrette Bradshaw PLC | Elizabeth L Gunn Esq | egunn@durrettebradshaw.com |
| Ronald M Tucker Esq | | rtucker@simon.com |
| Canon USA Inc | Ruth Weinstein | rweinstein@cusa.canon.com |
| Hunton & Williams LLP | Robert S Westermann Esq | rwestermann@hunton.com |
| | Rafael X Zahralddin Aravena | rxza@elliottgreenleaf.com |
| Elliott Greenleaf | Neil R Lapinski | nrl@elliottgreenleaf.com |
| Lim Ruger & Kim LLP | Samuel S Oh Esq | sam.oh@limruger.com |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | sanantonio.bankruptcy@publicans.com |
| Sonnenschein Nath & Rosenthal LLP | Sara L Chenetz Esq | schenetz@sonnenschein.com |
| | Seth A Drucker Esq | sdrucker@honigman.com |
| | Adam K Keith Esq | akeith@honigman.com |
| Honigman Miller Schwartz and Cohn LLP | Joseph R Sgroi Esq | jsgroi@honigman.com |
| Miller Canfield Paddock and Stone PLC | John L Senica | senica@millercanfield.com |
| Pachulski Stang Ziehl & Jones | Stanley E Goldich | sgoldich@pszjlaw.com |
| Law Office of Robert E Luna PC | Andrea Sheehan | sheehan@txschoollaw.com |
| US Securities and Exchange Commission | Susan R Sherrill Beard | sherrill-beards@sec.gov |
| Stevens & Lee PC | Steven J Adams Esq | sja@stevenslee.com |
| Goodwin & Goodwin LLP | Suzanne Jett Trowbridge | sjt@goodwingoodwin.com |
| | Scott R Kipnis Esq | skipnis@hgg.com |
| | Rachel N Greenberger Esq | rgreenberger@hgg.com |
| Hofheimer Gartlir & Gross LLP | Nicholas B Malito Esq | nmalito@hgg.com |
| | Detlef G Lehnardt | |
| Lehnardt & Lehnardt LLC | Stephen K Lehnardt | skleh@lehnardt-law.com |
| | Stephen E Leach Esq | sleach@ltblaw.com |
| Leach Travell Britt PC | D Marc Sarata Esq | msarata@ltblaw.com |
| Jones Day | Sheila L Shadmand Esq | slshadmand@jonesday.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Shulman Rogers Gandal Pordy & Ecker PA | Stephen A Metz Esq | smetz@srgpe.com |
| | Courtney R Sydnor Esq | ggrant@srgpe.com |
| | Gregory D Grant Esq | csydnor@srgpe.com |
| Katsky Korins LLP | Steven H Newman Esq | snewman@katskykorins.com |
| County of Henrico Attorneys Office | Rhysa Griffith South Esq | Sou06@co.henrico.va.us |
| Orrick Herrington & Sutcliffe LLP | Scott A Stengel Esq | sstengel@orrick.com |
| | Jonathan P Guy Esq | jguy@orrick.com |
| Womac & Associates | Brian D Womac | Stacey@brianwomac.com |
| | Stacy Kremling | brianwomac@aol.com |
| Phillips Goldman & Spence PA | Stephen W Spence Esq | sws@pgslaw.com |
| | Scott L Adkins Esq | sla@pgslaw.com |
| Kupelian Ormond & Magy PC | Terrance A Hiller Jr Esq | tah@kompc.com |
| | David M Blau Esq | dmb@kompc.com |
| Oklahoma County Treasurer | Tammy Jones Pro Se | tammik@oklahomacounty.org |
| Greer Herz & Adams LLP | Frederick Black | |
| | Tara B Annweiler | tannweiler@greerherz.com |
| Madison County Alabama Tax Collector | Lynda Hall | taxcol@co.madison.al.us |
| | | swells@co.madison.al.us |
| Farrell Fritz PC | Ted A Berkowitz | tberkowitz@farrellfritz.com |
| Office of Unemployment Compensation Tax Services | Timothy A Bortz | tbortz@state.pa.us |
| Patton Boggs LLP | R Timothy Bryan | tbryan@pattonboggs.com |
| | Alan M Noskow | anoskow@pattonboggs.com |
| Nelson Mullins Riley & Scarborough LLP | Terri L Gardner | terri.gardner@nelsonmullins.com |
| | Anitra Goodman Royster | anitra.royster@nelsonmullins.com |
| Pima County Attorney Civil Division | German Yusufov | terri.roberts@pcao.pima.gov |
| | Terri A Roberts | german.yusufov@pcao.pima.gov |
| DLA Piper LLP | Timothy W Brink Esq | timothy.brink@dlapiper.com |
| | Forrest Lammiman | forrest.lammiman@dlapiper.com |
| | Ann Marie Bredin Esq | ann.bredin@dlapiper.com |
| Thomas G King | | tking@kech.com |
| Bracewell & Giuliani LLP | William A Trey Wood III | Trey.Wood@bgllp.com |
| Reed Smith LLP | Travis A Sabalewski Esq | tsabalewski@reedsmith.com |
| Gregory Kaplan PLC | Troy Savenko Esq | tsavenko@gregkaplaw.com |
| Williams Mullen | William H Schwarzschild III | tschwarz@williamsmullen.com |
| | W Alexander Burnett | aburnett@williamsmullen.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Vorys Sater Seymour and Pease LLP | Tiffany Strelow Cobb Esq | tscobb@vssp.com |
| Lowenstein Sandler PC | Vincent A D Agostino Esq | vdagostino@lowenstein.com |
| IBM Corporation | Vicky Namken | vnamken@us.ibm.com |
| Kepley Broscious & Biggs PLC | William A Broscious Esq | wbroscious@kbbplc.com |
| Buckner Alani & Mirkovich | William D Buckner | wbuckner@bamlaw.net |
| | Catherine J Weinberg | cweinberg@bamlaw.net |
| Blankingship & Keith PC | William H Casterline Jr Esq | wcasterlinejr@bklawva.com |
| | Jeremy B Root Esq | jroot@bklawva.com |
| Powell Goldstein LLP | William C Crenshaw Esq | wcrenshaw@pogolaw.com |
| Four Star International Trade | Wendy M Mead PC | wendymeadpc@verizon.net |
| Seyfarth Shaw LLP | William J Factor Esq | wfactor@seyfarth.com |
| | David C Christian II | dchristian@seyfarth.com |
| Torys LLP | William F Gray Jr Esq | wgray@torys.com |
| | Timothy B Martin Esq | tmartin@torys.com |
| Hemar Rousso & Heald LLP | Wayne R Terry | wterry@hemar-rousso.com |
| Wharton Aldhizer & Weaver PLC | Stephan W Milo Esq | smilo@wawlaw.com |
| Lieber & Lieber LLP | Barbie D Lieber | barbie@lieberlegal.com |

Email List

# EXHIBIT B

Circuit City Stores, Inc.
Core List

| NAME | ATTENTION | FAX |
|------|-----------|-----|
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 202-772-9293 |
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX | VIRGINIA DEPARTMENT OF TAXATION | 804-254-6111 |
| INTERNAL REVENUE SERVICE | ATTN L LORELLO | 804-916-8198 |

1 of 1

Facsimile List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Fax |
|---|---|---|
| Locke Lord Bissell & Liddell LLP | Thomas G Yoxall<br>Thomas A Connop<br>Melissa S Hayward | 214-740-8800 |
| Pasadena Independent School District | Dexter D Joyner | 281-991-6012 |
| Draper & Goldberg PLLC | Adam Hiller | 302-213-0043 |
| Draper & Goldberg PLLC | James E Clarke<br>L Darren Goldberg | 703-995-4542 |
| Poyner Spruill LLP | Shannon E Hoff Esq | 704-342-5264 |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman | 713-223-3717 |
| G&W Service Co LP | Georgette Treece | 713-227-3410 |
| Attorney General of the United States | Robert P McIntosh | 804-819-7417 |
| Attorney General of the US | Richard F Stein<br>Dana J Boente | 804-916-3939 |
| Ornelas Castillo & Ornelas PLLC | Sylvia M Ornelas<br>Mario A Castillo Jr | 956-725-4594 |
| Gay McCall Isaacks Gordon & Roberts PC | David McCall | 972-424-5619 |
| Jackson Kelly PLLC | Mary Elisabeth Naumann | 859-252-0688 |

Facsimile List

# EXHIBIT C

Circuit City Stores, Inc.

Core List

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| CIRCUIT CITY STORES, LLC | REGINALD D. HEDGEBETH | 9950 MAYLAND DRIVE | | RICHMOND | VA | 23233 | USA |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | WASHINGTON | DC | 20020 | USA |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN DIRECTOR | P O BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 | USA |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS ESQ PATRICIA SCHRAGE ESQ | 3 WORLD FINANCIAL CTR STE 400 | | NEW YORK | NY | 10281-1022 | USA |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | 900 E MAIN ST | | RICHMOND | VA | 23219 | USA |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Attorney General of the US | Robert K Coulter | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 |
| UrbanCal Oakland II LLC | c o Urban Retail Properties LLC | 900 N Michigan Ave Ste 900 | | Chicago | IL | 60611 |
| Eaton Corporation | David J Persichetti | Eaton Center | Eaton Ctr 1111 Superior Ave | Cleveland | OH | 44114-2584 |
| Broward County | Jeffrey J Newton | Government Center | 115 S Andrews Ave | Ft Lauderdale | FL | 33301 |
| Griffith McCague & Wallace PC | Judy Gawlowski | 200 Allegheny Center Mall | | Pittsburgh | PA | 15212 |
| Gregory Lee McCall | FCI Forrest City Low | PO Box 9000 | | Forrest City | AR | 72336 |
| Millman 2000 Charitable Trust | David Bennett | 2400 Cherry Creek Dr S | Ste 7002 | Denver | CO | 80209-3261 |
| Parsons Kinghorn Harris | George B Hofmann | 111 E Broadway 11th Fl | | Salt Lake City | UT | 84111 |
| Thomas W Daniels | | 1265 Scottsville Rd | | Rochester | NY | 14624 |

# EXHIBIT D

Circuit City Stores, Inc.
Seventh Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 10513 | UNLIQUIDATED | Rosatto, Marcelo P | | TM Anchorena 1238 3rd Fl | Apt 24 Capital Federal | | Buenos Aires | | 1425 | Argentina |
| 10320 | UNLIQUIDATED | Abdallah, Jean | | 4855 Gouin Blvd West | | | Montreal | QC | H4J 1B9 | Canada |
| 10358 | UNLIQUIDATED | Annette Olsthoorn | | 3 Anderson Dr | | | Grimsby | ON | L3M 4L9 | Canada |
| 10854 | $23,250.00 | WAHLE, ELLIOTT | | RUSTIQUE HOME FURNISHINGS | 114 RAILSIDE RD | | TORONTO | ON | M3A 1A3 | CANADA |
| 10729 | $2,943.45 | WAHLE, ELLIOTT | | 114 RAILSIDE RD | | | TORONTO | ON | M3A 1A3 | CANADA |
| 10362 | UNLIQUIDATED | Dr Alexander Sheruhn & Leonore Scheruhn | | Thomasstr 2 | | | Hof | | 95028 | Germany |
| 10489 | $11,404.50 | Derrick Wan and Sharon A Wan JT Ten | | 44 Forsythe Dr | | | Kingston | | 6 | Jamaica West Indies |
| 10716 | UNLIQUIDATED | Deveraturda, Gary Angoluan | | 1557A 3rd St Fabie Subdivision | | | Paco | Manila | 1007 | Philippines |
| 10593 | $848.70 | Ricardo Rosas | | Calle 13AJ2 No 10 Ext Rexville | | | Bayamon | PR | 00957 | Puerto Rico |
| 10431 | $250.00 | 24 HOUR 7 DAY | | PO BOX 4427 | | | LONG ISLAND CITY | NY | 11104 | USA |
| 10527 | $886.32 | ABRAHAM, INDELIA A | Abraham, Indelia A | | 5718 Simmonds Ave | | Baltimore | MD | 21215 | USA |
| 10527 | $886.32 | ABRAHAM, INDELIA A | | 54 RALDEN CT | | | WINDSOR MILL | MD | 21244 | USA |
| 10752 | $275.00 | ACCENT POWER | | 4026 27 AVE NORTH | | | ST PETERSBURG | FL | 33713-0000 | USA |
| 10467 | $73.48 | AE SUPPLY CO INC | AE Supply Co Inc | | PO Box 11229 | | Richmond | VA | 23230 | USA |
| 10467 | $73.48 | AE SUPPLY CO INC | | 1400 NORTH BOULEVARD | | | RICHMOND | VA | 23230 | USA |
| 10776 | UNLIQUIDATED | AHMED, SAFIUDDIN | | 1667 ROSALIND AVE | | | ELMONT | NY | 11003-0000 | USA |
| 10391 | UNLIQUIDATED | Albert S Haron | | 802 Winding Way | | | Westville | NJ | 08093 | USA |
| 10831 | UNLIQUIDATED | Alfred Ziehl | | 642 Mahantango | | | Chambersburg | PA | 17202 | USA |
| 10330 | $8.64 | Allen, Ronald J | | 2317 South 10 1/2 St | | | Terre Haute | IN | 47802-3127 | USA |
| 10480 | $19,530.52 | Allstate Insurance | Morse bolinger & Assoc | 2300  Contra Costa Blvd Ste 285 | | | Pleasant Hill | CA | 94523 | USA |
| 10502 | $141.13 | ALVAREZ, KRISTINE | | 15222 55TH DR SE | | | EVERETT | WA | 98208 | USA |
| 10556 | $32,760.00 | AMERICAN SYSTEMS CORP | AMERICAN SYSTEMS CORP | Attn Jennifer Hadley | 13990 PARKEAST CIR | | CHANTILLY | VA | 20151 | USA |
| 10556 | $32,760.00 | AMERICAN SYSTEMS | | PO BOX 221201 | | | CHANTILLY | VA | 20153-1201 | USA |
| 10397 | $1,665.88 | Anderson, David | | 1415 26th St W | | | Bradenton | FL | 34205 | USA |
| 10350 | $2,816.71 | Anderson, Jon | | 12350 NW Sunningdale Dr | | | Portland | OR | 97229-4748 | USA |
| 10557 | $230.99 | Angelo, Rochelle L | | Po Box 492 | | | Minersville | PA | 17954 | USA |
| 10574 | UNLIQUIDATED | Ann N Hoang & Dan V | | 9101 Bowling Green Dr | | | Frederick | MD | 21704 | USA |
| 10354 | $600.00 | Anusa Sisopha | | 12449 Bayhill Ct | | | Garden Grove | CA | 92843 | USA |
| 10422 | $36,000.00 | ARIBA, INC | STEVEN DVOA | 210 6TH AVE | | | PITTSBURGH | PA | 15222 | USA |
| 10366 | $303.55 | Arulraj Sugunakumar | | 5420 N Sheridan Rd No 405 | | | Chicago | IL | 60640 | USA |
| 10296 | $239.55 | ASHWAUBENON WATER & SEWER UTILITY | Ashwaubenon Water & Sewer | | 2155 Holmgren Way | | Green Bay | WI | 54304 | USA |
| 10296 | $239.55 | ASHWAUBENON WATER & SEWER UTILITY | | PO BOX 187 | | | GREEN BAY | WI | 54305-0187 | USA |
| 10430 | $185,687.04 | ATLANTA JOURNAL | ATTN DAVID LOFE | DOUGLAS ROSS | 72 MARIETTA STREET | | ATLANTA | GA | 30303 | USA |
| 10429 | $34,514.20 | ATLANTA JOURNAL CONSTITUTION TMC | ATTN DAVID LOFE | DOUGLAS ROSS | 72 MARIETTA STREET | | ATLANTA | GA | 30303 | USA |
| 10518 | $96.00 | Augusta, Stephanie | | 36 Alhambra St | | | Ponte Vedra Beach | FL | 32082 | USA |
| 10374 | UNLIQUIDATED | BACK, JUSTIN | | 4408 BLOOMFIELD RD | | | TAYLORSVILLE | KY | 40071 | USA |
| 10772 | $4,000.00 | Bagwell, Brandon R | | 9 Bonita Dr | | | Hampton | VA | 23664-0000 | USA |
| 10673 | $995.80 | Barin Alexander Hanna | Barin Alexander Hanna | | 736 NW 53 St | | Miami | FL | 33127 | USA |
| 10673 | $995.80 | Barin Alexander Hanna | | 5701 NW 21 Ave | | | Miami | FL | 33142 | USA |
| 10812 | $72.72 | BAUER, DUSTIN | | 15605 LARCH ST NW | | | ANDOVER | MN | 55304-0000 | USA |
| 10809 | $48.26 | BAUER, DUSTIN JOHN | | 15605 LARCH ST NW | | | ANDOVER | MN | 55304-0000 | USA |
| 10699 | $1,239.27 | BAZDAR, DINO | | 11470 W IRVING ST | | | BOISE | ID | 83713 | USA |
| 10455 | UNLIQUIDATED | Beekil, Irving B | | 145 N Milwaukee Apt 425 | | | Vernon Hills | IL | 60061 | USA |
| 10420 | $408.88 | BEIMAN, NATHANIEL | | 1111 ARMY NAVY DR APT 1614 | | | ARLINGTON | VA | 22202 | USA |

Circuit City Stores, Inc.
Seventh Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 10540 | $2,577.03 | BELCARO GROUP INC DBBA SHOP AT HOME | | 7100 E BELLEVIEW AVE 208 | | | GREENWOOD VILLAGE | CO | 80111 | USA |
| 10349 | $15,000.00 | Bender, Ryan | | 2266 Thomsen Wy | | | Lincoln | CA | 95648 | USA |
| 10573 | $156.00 | Benjamin A Wingate | | 1395 E Whitney Rd | | | Fairport | NY | 14450 | USA |
| 10577 | $41.00 | Benjamin D Dorrington | | 200 S Brighton St | | | Bunker Hill | IL | 62014 | USA |
| 10671 | $2,101.00 | Benton L Tibbetts | | 37705 S Skyline Dr | | | Tucson | AZ | 85739 | USA |
| 10698 | UNLIQUIDATED | Bernice F Lewis | | 4301 Grantlake Rd | | | Richmond | VA | 23234 | USA |
| 10576 | UNLIQUIDATED | Betty J Edwards | | 130 Saddle Creek Ct | | | Davidson | NC | 28036 | USA |
| 10483 | $7,948.00 | Betty Woo | | 2345 Hoohai St | | | Pearl City | HI | 96782-1761 | USA |
| 10423 | $1,360.21 | BEVERLY B SENTS | | BEV SENTS | 246 ROBINSON CT | | BINGHAMTON | NY | 13924 | USA |
| 10665 | $764.98 | Bhadrik B Shah & Dipti B | | 37 Pinecrest Rd | | | N Stonington | CT | 06359 | USA |
| 10836 | $15,820.00 | Bhimbhai, Jasvant | | 9601 4th View St | | | Norfolk | VA | 23503 | USA |
| 10794 | $1,362.00 | Bisarya, Pradeep | | 413 Riggsbee Farm Dr | | | Cary | NC | 27519-7378 | USA |
| 10516 | $67.30 | Blais, Paul Linda Blais | | 195 Kearsarge St | | | Manchester | NH | 03102 | USA |
| 10590 | $1,035.70 | BLATCHFORD, TONY J | | 60 LAKE ST | 5 | | NASHUA | NH | 03060 | USA |
| 10811 | $189.91 | BLOOMQUIST, JOHN | | 1162 W WINDHAVEN AVE | | | GILBERT | AZ | 85233-0000 | USA |
| 10830 | UNLIQUIDATED | Bo Hai Hu | | 352 Hwy 11W | | | Daingerfield | TX | 75638-0000 | USA |
| 10638 | $1,307.98 | BOEHM, ANDREW | | 141 CAMBRIDGE AVE | | | HOLLAND | MI | 49423 | USA |
| 10111 | $15,000.00 | BOGER, MICHAEL | | 22 CARTERET RD | | | HOPATCONG | NJ | 07843 | USA |
| 10685 | $150.00 | BOHANNON, REBECCA | | 137 ASBILL AVE | | | HIGH POINT | NC | 27265 | USA |
| 10406 | $191.31 | Boland, Joseph Wesley | | 4212 60th St Ct W | | | Bradenton | FL | 34204 | USA |
| 10686 | $1,100.00 | BOMBARDIER, JEANPAUL | | 102 FERGUSON RD | | | FAIRFAX | VT | 05454 | USA |
| 10481 | $650.00 | BOUCHARD, LAUREN ANN | | 19 LUTY DR | | | SOUTHINGTON | CT | 06489 | USA |
| 10332 | $1,062.44 | BOYNES, TELEASEA L | | 1530 HONOR DR | | | RICHMOND | VA | 23228 | USA |
| 10644 | $250.33 | BRANDY NICOLE CLARK | | 3921 DILL RD | | | RICHMOND | VA | 23222 | USA |
| 10389 | $199.99 | BRANTON, TERRY | | 163 BIG HAMMOCK POINT RD | | | SNEADS FERRY | NC | 28460-0000 | USA |
| 10370 | $96.88 | Brendan Burt | | 16 Vanderbilt Dr | | | Great Neck | NY | 11020 | USA |
| 10299 | $412.50 | BREWER, KATHERINE | | 1637 Casarin Ave | | | Simi Valley | CA | 93065 | USA |
| 10294 | $1,284.13 | Brooks, Martha | Martha H Brooks | 6725 Corntassel Ln | | | Roanoke | VA | 24018 | USA |
| 10519 | $10,000.00 | Brown, Gregory Stephen | | 10373 Power Dr | | | Carmel | IN | 46033 | USA |
| 10788 | $883.70 | Bryant, Paul M | Paul Bryant | 1306 7th Ave Apt E | | | Tuscaloosa | AL | 35401-0000 | USA |
| 10745 | $1,859.20 | BUGLIONE, MICHELLE A | | 9302 S W 157TH LANE | | | DUNNELLON | FL | 34432-0000 | USA |
| 10567 | $7,500.00 | BUTLER, MICHAEL A | | 3716 ARBORGROVE CT | | | RICHMOND | VA | 23223 | USA |
| 10829 | $10,000.00 | C N COPELAND ELECTRIC | | 3804B NORTH BROADWAY | | | KNOXVILLE | TN | 37917 | USA |
| 10864 | $856.00 | CAHILL, JAMES P | | 1456 WINDSOR PARK LN | | | HAVERTOWN | PA | 19083 | USA |
| 10544 | $200.00 | Califano, Paul | | 23 N Wells Ave | | | Glenolden | PA | 19036 | USA |
| 10337 | $17,499.25 | CAMDEN COURIER POST | PHIL MCCARTY | P O BOX 5300 | | | CHERRY HILL | NJ | 08034 | USA |
| 10404 | $300.30 | Campbell, Karen | | 6512 3rd St Ct W | | | Bradenton | FL | 34207 | USA |
| 10848 | $9,631.25 | Campbell, Marilyn | | 9 Hastings Dr | | | Victor | ID | 83455 | USA |
| 10450 | $886.73 | Cantrell, Mary J | | 907 Williams St | | | Maryville | TN | 37803 | USA |
| 10490 | $3,007.96 | Carl R Payne | | 9600 Dunhill Dr | | | Miramar | FL | 33025 | USA |
| 10601 | $146.18 | CAROLINA MARTINEZ | | 90 AMSTERDAM AVE NO 2D | | | NEW YORK | NY | 10023 | USA |
| 10507 | $161.50 | Carolina Waste Services LLC | | 5264 B International Blvd Ste 200 | | | North Charleston | SC | 29418 | USA |
| 10628 | $810.00 | Carroll, Kelly J | | PO Box 596 | | | Beatty | NV | 89003 | USA |
| 10303 | $22,964.56 | Carroll, Suzanne and Daniel | | 5502 Ember Ct | | | Agoura Hills | CA | 91301 | USA |
| 10792 | UNLIQUIDATED | Casey, Martin D | | PO Box 622 | | | Story | WY | 82842-0000 | USA |
| 10852 | $8,917.75 | CENTRAL PARKING | Central Parking System Inc | c o Chris Koto | 2401 21St Ave S | | Nashville | TN | 37212 | USA |
| 10852 | $8,917.75 | CENTRAL PARKING | | PO Box 790402 | ACCT 0700149 1000 | | ST LOUIS | MO | 63179-0402 | USA |
| 10783 | $129.36 | Cesar Flores | | 630 SW 7 Ave | | | Miami | FL | 33130 | USA |
| 10515 | $549.49 | Chantry, Keith C | | 7342 Pine Cone Dr | | | Presque Isle | WI | 54557 | USA |
| 10474 | $605.35 | Cheryl Daves | Cheryl Daves | 8601 E Old Spanish Trl 320 | | | Tucson | AZ | 85710 | USA |
| 10566 | $4,050.00 | CHILELLI, THOMAS M | | 6119 CLUBHURST CT | | | GALLOWAY | OH | 43119 | USA |

First Class Mail

Circuit City Stores, Inc.
Seventh Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 10393 | $52.00 | Chris Moraitis | | 675 S Gulfview Blvd No 705 | | | Clearwater | FL | 33767 | USA |
| 10645 | $564.33 | CHRISTIAN LAPERA | | 472 CONARROE ST | | | PHILADELPHIA | PA | 19128 | USA |
| 10616 | UNLIQUIDATED | Christopher Means | | 460 Wilder St | | | Aurora | IL | 60506 | USA |
| 10394 | $300.00 | Clarence A Cuffee Jr | | 619 Alberthas Dr | | | VA Beach | VA | 23452 | USA |
| 10849 | $332.50 | CLARK, SIMON | | 149 CHESTNUT ST | | | ALIQUIPPA | PA | 15001 | USA |
| 10761 | $57.93 | CLEMONS, JENNIFER | | 1434 ROOSEVELT AVE | | | SPRINGFIELD | MA | 01109-2420 | USA |
| 10759 | $3,016.86 | CLEVELAND DAILY | | PO BOX 3600 | | | CLEVELAND | TN | 37320-3600 | USA |
| 10697 | $250.00 | COKER, EDDIE | | 1007 BEECHDALE AVE | | | BALTIMORE | MD | 21237 | USA |
| 10720 | UNLIQUIDATED | Coley, Dinah S & Robert A Stewart TTEE Mae L Stewart | Dinah S Coley | 6613 River Winds Ln | | | Hixson | TN | 37343-0000 | USA |
| 10459 | $15,000.00 | COLLIER, LAKISHA | Lakisha Collier | | 2719 Isabella St | | Houston | TX | 77004 | USA |
| 10459 | $15,000.00 | COLLIER, LAKISHA | COLLIER LAKISHA | 7036 GOFORTH ST | | | HOUSTON | TX | 77021-4935 | USA |
| 10634 | $153.23 | CONVERY, SEAN JAMES | | 1131 DAVISVILLE RD | | | SOUTHAMPTON | PA | 18966 | USA |
| 10631 | $496.07 | COOPER, BOBBY EUGENE | | 3700 CASTLE PINES LANE | 4035 | | ORLANDO | FL | 32839-3546 | USA |
| 10631 | $496.07 | COOPER, BOBBY EUGENE | Bobby Eugene Cooper | | PO Box 616538 | | Orlando | FL | 32861-6538 | USA |
| 10473 | $511.67 | Craig, Jeremy | | 4823 Hazelnut Dr | | | Knoxville | TN | 37931 | USA |
| 10392 | $109.75 | Cynthia Cox | | 215 Irving | | | Longview | TX | 75605 | USA |
| 10365 | $581.02 | Daily Disposal Services Inc | | PO Box 940 | | | Lakeside | CA | 92040 | USA |
| 10338 | $4,079.94 | DAILY JOURNAL, THE | | PO BOX 5100 | | | CHERRY HILL | NJ | 08034 | USA |
| 10861 | $214.22 | DAUZAT FALGOUST CAVINESS ET AL | | PO BOX 1450 | | | OPELOUSAS | LA | 70571-0000 | USA |
| 10660 | $25.13 | David E Fedor | | 5040 Azalea Dr | | | Pittsburgh | PA | 15236 | USA |
| 10621 | $1,942.50 | David Lee Cates | David Cates | 1075 Chalcedony St No G | | | San Diego | CA | 92109 | USA |
| 10325 | $8.00 | DAVID MICHAELS | MICHAELS DAVID | 9718 CASA DEL SOL DR | | | BAKERSFIELD | CA | 93311-3022 | USA |
| 10613 | UNLIQUIDATED | DAVID W EZELL | | 7055 NEWSTEAD RD | | | HOPKINSVILLE | KY | 42240 | USA |
| 10284 | $40,000.00 | DAVIS, JAMES L | | 6012 CARRINGTON GREEN PL | | | GLEN ALLEN | VA | 23060 | USA |
| 10285 | $73,112.50 | Davis, James L | | 6012 Carrington Green Pl | | | Glen Allen | VA | 23060 | USA |
| 10784 | $2,280.56 | Dawkens, Neville B | | 322 E Division St | | | Arlington | WA | 98223-0000 | USA |
| 10545 | $188.30 | Day III, Reginald E M | | 6205 Monroe Ave | | | Sykesville | MD | 21784 | USA |
| 10564 | UNLIQUIDATED | DE WET, ELIZABETH LYNN | | 1019 WINFIELD CT | | | LANSDALE | PA | 19446-4363 | USA |
| 10386 | $25.00 | Debra L Edwards | | 211 Bent Oak Cir | | | Harvest | AL | 35749 | USA |
| 10463 | $5,113.34 | Deering, Edward F | | 662 S County Rd 1150 Unit 121 | | | Riviera | TX | 78379 | USA |
| 10630 | $0.00 | DELAWARE COUNTY | | 140 SANDUSKY ST | | | DELAWARE | OH | 43015 | USA |
| 10112 | UNLIQUIDATED | Dennis M Tiernan | | 4309 Woodwell St No B | | | Las Vegas | NV | 89147 | USA |
| 10372 | UNLIQUIDATED | Dennis, Larry | | 539 W Presstman St | | | Baltimore | MD | 21217 | USA |
| 10356 | $511.00 | Derin W Colvin | | 6803 E Main St No 1106 | | | Scottsdale | AZ | 85251 | USA |
| 10355 | UNLIQUIDATED | Derrick L Collins Jr | | 9011 Huiskamp Ave | | | St Louis | MO | 63136 | USA |
| 10746 | $50.26 | DICOSOLA, NICHOLAS | | 318 PLYMOUTH LN | | | BLOOMINGDALE | IL | 60108-0000 | USA |
| 10357 | $4,800.00 | Dohrmann, Mike Byron | | 34945 N Karan Swiss Circle | | | Queen Creek | AZ | 85243 | USA |
| 10582 | UNLIQUIDATED | Donald Brennan | | 18 Green Leaf Ter | | | Stafford | VA | 22556 | USA |
| 10375 | $509.99 | DONNA, SCHILLINGER | | 210 PRIVATE RD 3015 | | | CLARKSVILLE | AR | 72830-6774 | USA |
| 10606 | $100.00 | DOROTHY E ELLIOTT | | 491 ANNAQUATUCKET RD | | | N KINGSTOWN | RI | 02852 | USA |
| 10288 | $1,986.50 | DUFOUR, HERROL C | | 4715 N W 49TH DR | | | TAMARAC | FL | 33319 | USA |
| 10705 | $250.00 | Edmund and Mary Jayne | | 11 Pinecrest Dr | | | Toms River | NJ | 08753 | USA |
| 10113 | $3,223.80 | Elaine  A Chambart | | 1000 Ocean Pkwy | | | Brooklyn | NY | 11230 | USA |
| 10618 | $1,045.00 | ELECTRA SOUND | | 10779 BROOKPARK RD | | | PARMA | OH | 44130 | USA |
| 10845 | $630.64 | ERNEST PACKAGING | | 7728 WILBUR WAY | | | SACRAMENTO | CA | 95828 | USA |
| 10551 | $95.98 | Espinoza, Maribel | | PO Box 581 | | | Sunland Park | NM | 88063 | USA |
| 10351 | $1,194.60 | Faulkner, Max | | 10807 Keswick St | Box 304 | | Garrett Park | MD | 20896 | USA |
| 10298 | $639.48 | Fennell Container | | 684 Mauldin Rd | | | Greenville | SC | 29607 | USA |
| 10275 | $396.60 | Ferolito, Annette | | 3251 S Marshall | | | Sedalia | MO | 65301 | USA |
| 10584 | UNLIQUIDATED | FIFE, MARY M | | 838 CHARTLEY DR | | | LILBURN | GA | 30047 | USA |

First Class Mail

Circuit City Stores, Inc.
Seventh Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 10733 | $6,915.60 | Finley, Raymond A | | 2395 Sequoya Trl | | | Mobile | AL | 36695-0000 | USA |
| 10735 | $630.81 | FISHER, REBECCA | | 21916 PEPPERCORN DR | | | SAUGUS | CA | 91350-0000 | USA |
| 10568 | $40,000.00 | FOX, STEPHEN L | | 2819 PATRIOTS LANDING DR | | | QUINTON | VA | 23141 | USA |
| 10569 | $35,000.00 | FOX, STEPHEN L | | 2819 PATRIOTS LANDING DR | | | QUINTON | VA | 23141 | USA |
| 10570 | $35,000.00 | FOX, STEPHEN L | | 2819 PATRIOTS LANDING DR | | | QUINTON | VA | 23141 | USA |
| 10485 | $590.00 | FRANCOIS, RALPH | | 26 39 96ST 34 AVE | 1R | | EAST ELMHURST | NY | 11369 | USA |
| 10640 | $150.00 | FRAUENGLASS, MARIAN B | | 105 BRIAN DR | | | WARNER ROBINS | GA | 31088 | USA |
| 10795 | $76.00 | FREDERICK, HERBERT | | 295 W VERNON DR APT 10 | | | UPLAND | CA | 91786-0000 | USA |
| 10749 | $219.26 | FREE, LEE EDWARD | | 3314 SW 94TH DR | | | GAINESVILLE | FL | 32608-0000 | USA |
| 10620 | $10,080.95 | Furman, Paul | | 3767 Radburn Dr | | | S San Francisco | CA | 94080 | USA |
| 10773 | $46,000.00 | GAYATIN, FRANK | | 40469 SHAW CT | | | FREMONT | CA | 94536-0000 | USA |
| 10607 | $13,249.99 | GEORGE A HARMON JR | | 249 McBANE ST | | | EDEN | NC | 27288 | USA |
| 10670 | $777.40 | Gerald A Wagy | | 27206 275th Ave | | | Ewing | MO | 63440 | USA |
| 10460 | $106.89 | GERALD, DURSO | | 912 MCINTOSH CIRCLE | | | BRANDON | FL | 33510-0000 | USA |
| 10560 | $15,000.00 | GETTS, NICHOLAS | | 770 BRUSHWOOD DR | | | WOLVERINE LAKE | MI | 48390 | USA |
| 10408 | $147.89 | GETZ, STEVE SHAUN | | 214 MALLARD COURT | | | HAVRE DE GRACE | MD | 21078 | USA |
| 10346 | $231.21 | Gilpatrick, Robert J | | 878 Lemon Rd | | | South Daytona | FL | 32119 | USA |
| 10371 | UNLIQUIDATED | Glenn W Franklin | | 675 N 28th Pl W | | | Tulsa | OK | 79127 | USA |
| 10311 | $1,320.00 | Golestaneh, Darius | Golestaneh, Darius | | 53 W 72nd St | | New York | NY | 10023 | USA |
| 10311 | $1,320.00 | Golestaneh, Darius | | PO Box 237163 | | | New York | NY | 10023 | USA |
| 10525 | $135.37 | Gomes, Theo | | 22 Dales Ave 1st Fl | | | Jersey City | NJ | 07306 | USA |
| 10738 | $1,500,000.00 | GOODLOE, PAMELA D | GOODLOE, PAMELA D | | 8153 BIRCH WALK DR | | RIVERDALE | GA | 30274-0000 | USA |
| 10738 | $1,500,000.00 | GOODLOE, PAMELA D | | 610 HANDLEY AVE S W | | | ATLANTA | GA | 30310-0000 | USA |
| 10433 | $440.00 | Gouge, Jeffrey | | 1901 Bella Angeline Ct | | | Jacksonville | FL | 32223 | USA |
| 10558 | $1,612.24 | GREATHOUSE, ALISON | | PO BOX 265 | | | MIDLAND CITY | AL | 36350 | USA |
| 10403 | $136.18 | Griffith, Justin | | 6211 Medici Ct Apt 205 | | | Sarasota | FL | 34243 | USA |
| 10732 | $1,721.52 | Griffiths, Gordon E and Edith | | 1921 Boulder Ridge Dr | | | Conroe | TX | 77304-0000 | USA |
| 10641 | $538.59 | GRIMES, DOUGLAS L | | 47 OAK VALLEY DR | | | SPRING HILL | TN | 37174 | USA |
| 10451 | $180.56 | GRONZALSKI, BERNADET | | 5182 PHILIP AVE | | | MAPLE HTS | OH | 44137-1446 | USA |
| 10843 | $15,000.00 | GUALDONI, CHARLES | | 5918 88TH PLACE | | | LUBBOCK | TX | 79424 | USA |
| 10739 | $9,239.98 | Guillen Sr, Gustavo & Maria Ramos JTWROS | | 791 Crandon Blvd Apt 501 | | | Key Biscayne | FL | 33149-0000 | USA |
| 10703 | $426.98 | Guoliang Liu | | 1631 Madison St | | | Madison | WI | 53711 | USA |
| 10828 | $63.58 | Habib, Mohamed | | 512 Hawkeye Ct | | | Iowa City | IA | 52246-0000 | USA |
| 10642 | $10,582.00 | HANDY, JIM D | | 3933 FOURCEE FARMS LANE | | | COLUMBIA | VA | 23038 | USA |
| 10412 | $8,550.00 | HARBOR INDUSTRIES INC | | 14130 172ND AVE | SOUTH INDUSTRIAL PARK | | GRAND HAVEN | MI | 49417 | USA |
| 10753 | UNLIQUIDATED | HARPER, DAMITA | Harper, Damita | | 3867 Misty Bleau Dr | | Powder Spring | GA | 30127 | USA |
| 10753 | UNLIQUIDATED | HARPER, DAMITA | | 3240 RIDGECREST DR | | | POWDER SPRINGS | GA | 30127-0000 | USA |
| 10310 | $307.09 | Hart, Elizabeth | | 1977 Seabright Ct | | | Royal Oak | MI | 48073-1218 | USA |
| 10290 | $639.12 | HARTHUN, AUSTIN JAMES | | 19032 TAYLOR AVE | | | MORGAN HILL | CA | 95037 | USA |
| 10348 | $4,750.00 | Haviland, Brian | | 3550 85th St No 2J | | | Jackson Hts | NY | 11372 | USA |
| 10730 | $5,500.00 | Hawkins, Richard | | 645 Citizens Rd | | | Crewe | VA | 23930-0000 | USA |
| 10774 | UNLIQUIDATED | HAYTER, KATE M | | 711 ABBEY VILLAGE CIR | | | MIDLOTHIAN | VA | 23114-0000 | USA |
| 10517 | $9,470.45 | Hazarika, Fafi | | 9 Spaulding Dr | | | Merrimack | NH | 03054 | USA |
| 10714 | $618.49 | HAZELTON, TESHANDA J | | 1129 GARRISON PLANTATION | | | MARIETTA | GA | 30008-0000 | USA |
| 10532 | $15,000.00 | HERNANDEZ, TANIA | | 3414 CANDLERIDGE DR | | | SPRING | TX | 77388-5215 | USA |
| 10448 | UNLIQUIDATED | HERRMANN, | | 4930 HARRIS AVE | | | SARASOTA | FL | 34233 | USA |
| 10316 | $6,109.93 | Hien T Hill | | 542 Daybreak Dr | | | St George | UT | 84770-5132 | USA |
| 10411 | $66.26 | HIER, SHANNON | | 4605 HOLDREGE | 3 | | LINCOLN | NE | 68503-0000 | USA |
| 10411 | $66.26 | HIER, SHANNON | HIER SHANNON M | | 5220 LEIGHTON AVE NO 2 | | LINCOLN | NE | 68504 | USA |

First Class Mail

Circuit City Stores, Inc.
Seventh Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 10449 | $30.29 | HILGENBERG, JEFFREY | | 5811 ROSE AVE | 8 | | COUNTRYSIDE | IL | 60525-0000 | USA |
| 10536 | $15,000.00 | HILLMANN, SCOTT A | | 161 W CENTRAL AVE | | | MOORESTOWN | NJ | 80057 | USA |
| 10335 | $267.33 | HOEFT, SARAH MARIE | | 731 TATUM AVE | | | GILROY | CA | 95020 | USA |
| 10775 | $15,000.00 | HOLBROOK, LAURIE | | 2015 W 134TH WAY | | | WESTMINSTER | CO | 80234-0000 | USA |
| 10588 | $15,000.00 | Holbrook, Ty | | 5915 Crockett | | | Lumberton | TX | 77657-0000 | USA |
| 10305 | $546.25 | HOPKINS, TIFFANY | | 7703 OKEITH COURT | UNIT 1710 | | RICHMOND | VA | 23228 | USA |
| 10452 | $1,083.23 | Houlis, Ila | Ila Houlis | 810 Hudson Dr | | | Joliet | IL | 60431 | USA |
| 10798 | UNLIQUIDATED | Howard, Jan McDonald | | 7506 Coddle Harbor Ln | | | Potomac | MD | 20854-0000 | USA |
| 10116 | $40,000.00 | HOYE, MICHAEL B | | 14001 WILEY CIRCLE | | | MIDLOTHIAN | VA | 23114 | USA |
| 10651 | $2,136.00 | HUCKABY, TONY J | | 7105 BAYLESS LANE | | | POWELL | TN | 37849 | USA |
| 10683 | $7,000.00 | HUGUELY VERNON | | 1562 CHASE AVE | APT NO 5 | | CINCINNATI | OH | 45223 | USA |
| 10655 | $30,924.00 | Huyenlinh Nguyen | | 19 E Meadowbrook Cir | | | Sicklerville | NJ | 08081 | USA |
| 10719 | $1,352.20 | IBRAHIM, JAMIL I | | 2627 WEST FARRAGUT APT 2S | | | CHICAGO | IL | 60625-0000 | USA |
| 10614 | UNLIQUIDATED | IVOR W RICH | | 205 W BLUE HERON | | | SALEM | SC | 29676 | USA |
| 10762 | $303.08 | JACKSON WATER COLLECTION, MI | JACKSON, CITY OF MI | GILBERT W CARLSON ASST CITY ATTY | 161 W MICHIGAN AVE | | JACKSON | MI | 49201-0000 | USA |
| 10762 | $303.08 | JACKSON WATER COLLECTION, MI | | 161 WEST MICHIGAN AVE | | | JACKSON | MI | 49201-0000 | USA |
| 10837 | $2.10 | James K Johnson | | 4584 Carmel Cir | | | Pace | FL | 32571 | USA |
| 10646 | $1,313.22 | JAMES WEYRICK | | 3128 BAY ST | | | SARASOTA | FL | 34237 | USA |
| 10533 | $10,000.00 | JAMGOCHIAN, HAROUT | | 38600 LOUISE LANE | | | PALMDALE | CA | 93551 | USA |
| 10725 | UNLIQUIDATED | JARRETT V, SAMUEL | | 3336 CROSS RIDGE RD | | | MONTGOMERY | AL | 36116-0000 | USA |
| 10611 | $9,104.52 | JENKINS GOODMAN NEUMAN & HAMILTON | | 417 MONTGOMERY ST | 10TH FL | | SAN FRANCISCO | CA | 94104 | USA |
| 10501 | $24.45 | JENNIE, WATKINS | | 153205 RT 59 | | | PLAINFIELD | IL | 60544-0000 | USA |
| 10617 | $855.00 | Jimmy C Cox and Justin L | | 434 Lee Rd | | | Magazine | AR | 72943 | USA |
| 10306 | $20,413.00 | Joffe, Jakob | | 10708 Chipewyam Dr | | | Richmond | VA | 23238 | USA |
| 10696 | $98.44 | John McNamee | | 1763 2nd Ave 38K | | | New York | NY | 10128 | USA |
| 10669 | $4,232.28 | John V Carney & Gerda K | | 308 Brierwood | | | Bluefield | VA | 24605 | USA |
| 10486 | $10,000.00 | JOHNDROW, MARY F | | 401 WEST 31ST ST | | | RICHMOND | VA | 23225 | USA |
| 8746 | $585.96 | JOHNSON, AARON JEFFREY | | 2900 W HIGHLAND ST NO 259 | | | CHANDLER | AZ | 85224 | USA |
| 10819 | $492.50 | Johnson, Amanda | | 1353 Meadow Dr | | | Arnold | MO | 63010-0000 | USA |
| 10728 | $7,000.00 | Johnson, Corey A | | 11417 S Gander St | | | Olathe | KS | 66061-0000 | USA |
| 10496 | $15,000.00 | Johnson, Joyce A | | 2657 Wingfield Rd | | | Norfolk | VA | 23518-0000 | USA |
| 10295 | $116.51 | Johnson, Mark L  Patricia A | Patricia Johnson | 4126 Mapleridge Dr | | | Grapevine | TX | 76051 | USA |
| 10657 | UNLIQUIDATED | Jonathan Dan Hoang & Anli Ngoc Hoang | | 9101 Bowling Green Dr | | | Frederick | MD | 21704 | USA |
| 10648 | $15,000.00 | JONES III, LOUIS C | | 17 SPRING HARBOR | | | ALISO VIEJO | CA | 92656 | USA |
| 10802 | $103.95 | Jones, Rickeisha | | 4688 FM 521 | | | Brazona | TX | 77422-0000 | USA |
| 10528 | UNLIQUIDATED | Jones, Teanna L | | 336 Sycamore St | | | Ardmore | OK | 73401 | USA |
| 10599 | $80.00 | JOSEPH AND REBEKAH | | 3106 RAWLE ST | | | PHILA | PA | 19142 | USA |
| 10675 | $408.17 | Joseph Love | | 11100 E Dartmouth Ave Apt 84 | | | Denver | CO | 80014 | USA |
| 10604 | $639.99 | JOSEPH ROBBINS | | PO BOX 10054 | | | ST THOMAS | USVI | 00802 | USA |
| 10565 | $1,208.46 | Josh Feldpausch | | 13800 Park Center Ln Apt 121 | | | Tustin | CA | 92782 | USA |
| 10360 | $650.00 | Juan Javier Rivera Rodriguez | Juan J Rivera Rodriguez | Urb Bayamon Gardens C12 No N41 | | | Bayamon | PR | 00957 | USA |
| 10368 | $10,000.00 | Juanita Jones | Lisa Albano | | 510 Broadhollow Rd Ste 308 | | Melville | NY | 11747 | USA |
| 10368 | $10,000.00 | Juanita Jones | Lisa Albano | 510 Broadhollow Rd Ste 308 | | | Melville | NY | 11747-3606 | USA |
| 10769 | $1,748.85 | Juarez, Hector D | | 2604 Porter Ave | | | El Paso | TX | 79930-2023 | USA |
| 10595 | UNLIQUIDATED | Judith L James | | 2416  Lindbergh Blvd | | | Springfield | IL | 62704-5557 | USA |
| 10309 | $393.48 | KANSAS GAS SERVICE | Kansas Gas Service | | PO Box 3535 | | Topeka | KS | 66601-3535 | USA |
| 10309 | $393.48 | KANSAS GAS SERVICE | | PO BOX 22158 | | | TULSA | OK | 74121-2158 | USA |

First Class Mail

Circuit City Stores, Inc.
Seventh Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 10563 | $586.50 | KANTELES, GREGORY | | PO BOX 842 | | | PELHAM | NH | 03076 | USA |
| 10383 | $792.65 | Kathleen L Naccarato | | 2617 Cayuga Rd | | | Wilmington | DE | 19810 | USA |
| 10677 | $20.00 | Keith E Johnson Denise L Johnson JT TEN | | 7910 W 67th St | | | Merriam | KS | 66202-3709 | USA |
| 10456 | $964.81 | KENS TIRE SERVICE | | 1012A N VASCO RD | | | LIVERMORE | CA | 94550-9268 | USA |
| 10552 | $4,229.26 | Kern, Elena S | | 24102 Spring Mill Ln | | | Spring | TX | 77373 | USA |
| 10662 | $1,500.00 | Kevin Krause | | 478 Mountain Rd | | | Windsor | NY | 13865 | USA |
| 10581 | $343.20 | Khawar Abbas | | 35 San Clemente Dr No 308 | | | Corte Madera | CA | 415-497-3500 | USA |
| 10390 | $64.20 | KIM ES FLOWERS INC | | 350 E BROAD ST | | | GROVELAND | FL | 34736 | USA |
| 10530 | UNLIQUIDATED | KINT, ADELLE | | 345 MORITZ RD | | | ORRTANNA | PA | 17353 | USA |
| 10530 | UNLIQUIDATED | KINT, ADELLE | Adelle, Kint | | 2650 NW 56th St | | Seattle | WA | 98107 | USA |
| 10624 | $3,287.42 | KNIGHT, BRADLEY S | | 420 TYNSDALE DRIVE | | | DOUGLASVILLE | GA | 30134 | USA |
| 10706 | $167.31 | Kristen Raymond | | 52 Harbor Ave | | | Nashua | NH | 03060 | USA |
| 10550 | UNLIQUIDATED | Landy, Eva and Arthur JT | | 1 Nayatt Rd | | | Barrington | RI | 02806 | USA |
| 10742 | $4,052.52 | Lawrence H Fulton | | 1613 Burnwood Rd | | | Baltimore | MD | 21239 | USA |
| 10841 | $500,000.00 | LAY, BARBARA | DAVID R HEIL PA | 2324 LEE RD | | | WINTER PARTK | FL | 32789 | USA |
| 10817 | $100,000.00 | Lay, Michael | David R Heil PA | 2324 Lee Rd | | | Winter Park | FL | 32789-0000 | USA |
| 10445 | $96.70 | LE BLEU CORP | | PO BOX 2093 | | | ADVANCE | NC | 27006 | USA |
| 10401 | $117.44 | Lee, Jean | | 2544 46th Ave W | | | Bradenton | FL | 34207 | USA |
| 10813 | $674.20 | Leets, Rita M | | 716 Ashepoo Ct | | | Evans | GA | 30809-0000 | USA |
| 10424 | $2,342.16 | LEHMANN, GARY | | 604 COLCHESTER DR | | | EL PASO | TX | 79912 | USA |
| 10504 | $899.05 | LEONARD, RASHAD | | 84 TEMPLE ST | | | SPRINGFIELD | MA | 01105 | USA |
| 10591 | $1,292.00 | Leslie D Sturgeon | | 4309 Decoursoy Ave | | | Covington | KY | 41015 | USA |
| 10777 | $299.99 | Light, Kristin L | | 2821 Fackler Ave | | | Elyria | OH | 44035-0000 | USA |
| 10818 | $4,900.00 | Lijassi, Aziz | | 2198 8 Ave Apt 4W | | | New York | NY | 10026-0000 | USA |
| 10572 | UNLIQUIDATED | Linda Avis | | 5900 W Anthony Rd | | | Ocala | FL | 34479 | USA |
| 10407 | $10,955.00 | Lindemand, Robert W | | 20302 Scott Dr | | | Strongsville | OH | 44149 | USA |
| 10834 | $1,908.66 | Littrell, William Douglas IRA | William Douglas Littrell | 13922 Sunnybrook Rd | | | Phoenix | MD | 21131 | USA |
| 10579 | $2,796.61 | Lo Heng Hui | | 1515 E Marbury St | | | W Covina | CA | 91791 | USA |
| 10801 | $421.59 | Lopez, Ariel K | Ariel Lopez | 21 NW 66 Ave | | | Miami | Fl | 33126-0000 | USA |
| 10336 | $45.00 | LOPEZ, MICHELLE | | 1412 HILL DR | | | ANTIOCH | CA | 94509 | USA |
| 10664 | $96.68 | Luis Alberto Sanchez | | 10541 SW 102 Ave | | | Miami | FL | 33176 | USA |
| 10734 | $241.17 | LUKES, STEPHANIE | | 19 DELAWARE AVE | | | CLAYMONT | DE | 19703 | USA |
| 10734 | $241.17 | LUKES, STEPHANIE | Lukes, Stephanie Susan | | 12 Darley Rd | | Claymont | DE | 19703-0000 | USA |
| 10687 | $8,000.00 | LUSTER, DONTA | Luster, Donta | | 1607 Jensen Ct | | Dallas | TX | 75204 | USA |
| 10687 | $8,000.00 | LUSTER, DONTA | | 10840 STONE CANYON RD | 2438 | | DALLAS | TX | 75230 | USA |
| 10826 | $1,000.00 | Luu Vo | | 9422 Reading Ave | | | Westminster | CA | 92683-0000 | USA |
| 10846 | UNLIQUIDATED | MACAULAY, DAVID R | | 106 LISAR LN | | | LONGWOOD | FL | 32750 | USA |
| 10529 | $62.13 | MACK, JENNIFER | | 36463 AMES TER | | | FREMONT | CA | 94536-2635 | USA |
| 10529 | $62.13 | MACK, JENNIFER | Jennifer Mack | | 20367 Silver Sage St | | Bend | OR | 97702 | USA |
| 10398 | $500.00 | MACKEY, SCOTT WILLIAM | | 14602 REDWOOD BEND TRAIL | | | HOUSTON | TX | 77062 | USA |
| 10619 | $7,059.50 | Mark Jones | | Rt 1 Box 2076 | | | Thackerville | OK | 73459 | USA |
| 10781 | $3,114.99 | Markum, Randall | | 2103 Armstrong Valley Rd | | | Murfreesboro | TN | 37128-0000 | USA |
| 10857 | $1,064.70 | Martinez, Francisco | | 1910 N Spurgeon St No 7 | | | Santa Ana | CA | 92706-0000 | USA |
| 10405 | $1,496.89 | MASER, ANTHONY | | 7036 13TH ST E | | | SARASOTA | FL | 34243 | USA |
| 10487 | $1,770.95 | Mathai P Alex | | 233 Hillandale Dr | | | Bloomingdale | IL | 60108 | USA |
| 10488 | $4,317.81 | Mathai P Alex | | 233 Hillandale Dr | | | Bloomingdale | IL | 60108 | USA |
| 10478 | $90.00 | Mathew Reese | Mathew Reese | 1801 Tara Dr | | | Prattville | AL | 36066 | USA |
| 10402 | $546.00 | Matos, Benjamin | | 3715 116th St Ct W | | | Bradenton | FL | 34210 | USA |
| 10475 | UNLIQUIDATED | Matt Gullo | | 71 County Rd 659 | | | Coffee Springs | AL | 36318 | USA |
| 10596 | $1,361.78 | Matthew Valdepena | | 8603 Rosehedge Dr | | | Pico Rivera | CA | 90660 | USA |
| 10286 | $230.74 | MCANDREWS, HEATHER | | 2066 CHINQUAPIN RD | | | CANTON | NC | 28716 | USA |
| 10546 | $473.25 | McCabe, Michael | | PO Box B | | | Villa Grande | CA | 95486 | USA |
| 10314 | UNLIQUIDATED | MCCAIN, BRANDON | | 1110 ROYAL OAKS DR | 70 | | MONROVIA | CA | 91016 | USA |
| 10314 | UNLIQUIDATED | MCCAIN, BRANDON | McCain Brandon | | 1032 N Lilac Ave No 18 | | Rialto | CA | 92376 | USA |

6 of 11

First Class Mail

Circuit City Stores, Inc.
Seventh Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 10710 | $1,847.00 | McCartney Jr, Kevin | | 2443 Oriole Ln | | | Santa Cruz | CA | 95062-0000 | USA |
| 10632 | $75,000.00 | MCCLENDON, SHIRLEY | | 326 E FULKERSON ST | | | DRUMRIGHT | OK | 74030 | USA |
| 10632 | $75,000.00 | MCCLENDON, SHIRLEY | Law Office of Jack D Crews | | 5508 S Lewis Ave | | Tulsa | OK | 74105 | USA |
| 10711 | $1,542.48 | McIntosh, Omar | | 515 E 78 St | | | Brooklyn | NY | 11236-0000 | USA |
| 10387 | UNLIQUIDATED | MCNEAL, THEODORE | | 125 OAKLAND AVE | | | HUNTINGTON | WV | 25705 | USA |
| 10737 | $264.16 | Means, Katrisha A | | 4402 Shreveport Hwy | | | Pineville | LA | 71360-0000 | USA |
| 10466 | UNLIQUIDATED | Medeiros, Zachary | | 1141 Hui St | | | Kailua | HI | 96734 | USA |
| 10787 | $1,342.82 | MELBY, GREGORY L | | 21707 52ND AVE W | | | MOUNTLAKE | WA | 98043-0000 | USA |
| 10318 | $258.06 | Menteer, Matthew Joseph | | 5428 Greenton Wy | | | St Louis | MO | 63128 | USA |
| 10395 | $571.98 | Metro Sanitation LLC | | 22001 Hoover Rd | | | Warren | MI | 48089 | USA |
| 10674 | $818.53 | Michael E Fissinger | | 2101 Govert Dr | | | Schererville | IN | 46375 | USA |
| 10667 | $2,322.89 | Michael J Guidarelli | | 10152 S 83rd St | | | Palos Hills | IL | 60465-1443 | USA |
| 10859 | $841.15 | Mijangos, Giery | | 10452 Highdale St | | | Bellflower | CA | 90706-0000 | USA |
| 10587 | $53.49 | MILLER, PENELOPE | | 6227 CHRISTINA GROVES CIR | | | LAKELAND | FL | 33813-3911 | USA |
| 10758 | $870.00 | Miller, Susan C & Wayne A | | 3 Scarborough Pk | | | Rochester | NY | 14625-0000 | USA |
| 10747 | $101.04 | MINORCZYK, TOMASZ | | 824 WINESAP COURT APT NO 203 | | | PROSPECT HEIGHTS | IL | 60070-0000 | USA |
| 10626 | UNLIQUIDATED | MITCHELL, TASYA C | | 8160 CLOVERTREE CT | | | RICHMOND | VA | 23235 | USA |
| 10666 | $1,369.30 | Mohammed Fuqrul Hassan | | 51 01 39th Ave Apt No E32 | | | Sunnyside | NY | 11104 | USA |
| 10825 | $364.50 | Monty Warden | | 736 NW 92nd St | | | Oklahoma City | OK | 73114 | USA |
| 10863 | $5,775.00 | Moorman Reitzer & Reitzel AMD Restated PSP | James Kizer TTEE | Jeffrey Reitzel TTE | PO Box 53774 | | Fayetteville | NC | 28305-3774 | USA |
| 10494 | $3,055.00 | MORENO, MICHAEL | | 33763 KENNEDY DR | | | STERLING HEIGHTS | MI | 48310-0000 | USA |
| 10782 | $393.00 | Munoz, Edwardo E | | 1450 SW 7th St Apt 112 | | | Miami | FL | 33135-0000 | USA |
| 10840 | $15,000.00 | MUNOZ, GEORGE | | RR 01 BUZON 11904 | | | TOA ALTA | PR | 00953 | USA |
| 10276 | UNLIQUIDATED | Murdock, Mark A | | 25590 Noble Dr | | | Chesterfield | MI | 48051 | USA |
| 10652 | UNLIQUIDATED | MURSHED, BHUIYA | | 1539 N ALEXANDRIA AVE NO 206 | | | LOS ANGELES | CA | 90027 | USA |
| 10612 | $6,280.20 | NAPOLEON SUTTON | | 1306 ALAMANCE CHURCH RD | | | GREENSBORO | NC | 27406 | USA |
| 10409 | $15,740.13 | National Grid | | 300 Erie Blvd W | | | Syracuse | NY | 13202 | USA |
| 10500 | $19,705.58 | NEWS TIMES DANBURY, | | 333 MAIN ST | | | DANBURY | CT | 06810 | USA |
| 10704 | $13,886.08 | Nicholas P Luchitz | | 2920 Carrington St NW | | | North Canton | OH | 44720 | USA |
| 10583 | $19.00 | Nicole Juersivich | | 100 E Henrietta Rd | | | Rochester | NY | 14620 | USA |
| 10594 | $606.24 | Noel Sanchez | | 1260 Gennfield Ct No 2 | | | Los Angeles | CA | 90023 | USA |
| 10521 | $516.85 | Nova, Lucia M | | 189 Boylston St H2 | | | Jamaica Plain | MA | 02130 | USA |
| 10755 | $516.85 | Nova, Lucia M | | 189 Boylston St H2 | | | Jamaica Plain | MA | 02130-0000 | USA |
| 10343 | $143.25 | Novoa, Gisselle | | 8220 NW 10 St Apt 5 | | | Miami | FL | 33126-2708 | USA |
| 10477 | $182.29 | ODONNELL, MICHAE | | 54 THIRD AVE | A10 | | GARWOOD | NJ | 07027-0000 | USA |
| 10345 | $550.10 | OGUNDIYA, AYO | OGUNDIYA AYO | 4537 RACCOON TRL | | | HERMITAGE | TN | 37076-4704 | USA |
| 10344 | $444.80 | Ogundiya, Femi | | 4537 Raccoon Trl | | | Hermitage | TN | 37076 | USA |
| 10352 | UNLIQUIDATED | OSBORNE, COLLEEN M | | 4537 MARGARET ST | | | WHITE BEAR LAKE | MN | 55110 | USA |
| 10824 | $690.40 | OZORIA, BOLIVAR | | 94 38 ALSTYNE | | | ELMHURST | NY | 11373 | USA |
| 10701 | $104.13 | PACHECO, CARLOS | | 212 MITCHEL AVE | | | EAST MEADOW | NY | 11554-0000 | USA |
| 10625 | $2,541.73 | Palomba, Adam | | 36556 Orchad Lake | | | New Baltimore | MI | 48047 | USA |
| 10785 | $559.30 | Palos, John | | 3171 Tamarack Dr | | | Arnold | MO | 63010-0000 | USA |
| 10329 | $1,974.08 | PANIAGUA, GUADALUPE RODRIGUEZ | | 1500 HIGHRIDGE | | | BENBROOK | TX | 76126 | USA |
| 10289 | $8,702.60 | Patel, Ashok & Sangita | | 8954 Emerson St | | | Des Plaines | IL | 60016 | USA |
| 10598 | $300.00 | PATRICIA BLEACH | | 336 PARKER AVE SOUTH | | | MERIDEN | CT | 06450 | USA |
| 10586 | UNLIQUIDATED | Patrick Abbas | | 4629 Manor Lake Dr | | | Mason | OH | 45040 | USA |
| 10497 | $1,551.94 | Paul Lawrence | | 518 Court St | | | Stockton | CA | 95205 | USA |
| 10724 | $560.00 | PEAKE, ANDREY LAMARR | | 5922 SHANA DR | | | COLUMBUS | OH | 43232-0000 | USA |
| 10114 | $15,000.00 | PEREZ, LOVELIA VILLA | | 7533 N SHIRLEY LANE | | | TUCSON | AZ | 85741 | USA |
| 10554 | $7,261.31 | Perrin, Jennifer C | | PO Box 789 | | | Columbia | VA | 23038 | USA |

First Class Mail

Circuit City Stores, Inc.
Seventh Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 10418 | $168.61 | PERSCHON, BRYAN | | 428W CENTER ST | | | MIDVALE | UT | 84047-0000 | USA |
| 10690 | $319.99 | PETERSON, ERIC | | 1167 GLENGROVE AVE | | | CENTRAL POINT | OR | 97502-2958 | USA |
| 10600 | $787.50 | PHILIP ROMAN | | 2906 FALCON CT | | | MAYS LANDING | NJ | 08330 | USA |
| 10682 | $15,768.15 | PHILLIPS, TRACY LYNN | Phillips, Tracy Lynn | Attorney Jeremy C Bradford | Tippens & Zurosky LLP | 2333 Randolph Rd Ste 200 | Charlotte | NC | 28207 | USA |
| 10682 | $15,768.15 | PHILLIPS, TRACY LYNN | | 6621 COMMACK DR | | | CHARLOTTE | NC | 28216 | USA |
| 10376 | $510.00 | PHOENIX POLICE DEPARTMENT | Sandra E Hunter | 200 W WASHINGTON STE NO 130 | | | PHOENIX | AZ | 85003 | USA |
| 10376 | $510.00 | PHOENIX POLICE DEPARTMENT | Phoenix Police Department | Attn Rebecca Buckhannon Code Enforcement Unit | 1717 E Grant St Ste 100 | | Phoenix | AZ | 85034 | USA |
| 10768 | $1,540.63 | Pinder, Latoya A | | 1929 Beechwood Ave | | | Baltimore | MD | 21207-0000 | USA |
| 10492 | $16,088.85 | Ping Nan | | 246 Dahill Rd | | | Brooklyn | NY | 11218 | USA |
| 10471 | $4,700.00 | Pipjunge, Jennifer Brekman | | 2560 Loch Gate LN | | | Powhatan | VA | 23139 | USA |
| 10639 | $387.51 | PITTSBURGH RECYCLING | | 50 VESPUCIS ST | | | PITTSBURGH | PA | 15207 | USA |
| 10339 | UNLIQUIDATED | Poders, Jory | | 1065 Holly Dr | | | Antioch | IL | 60002 | USA |
| 10650 | $10,280.00 | POIRIER, MARGARET A | | 6148 CLEARVIEW AVE | | | BENSALEM | PA | 19020 | USA |
| 10453 | $20,000.00 | Polgar, John Robert | John Robert Polgar | 14137 Kings Farm Ct | | | Midlothian | VA | 23113 | USA |
| 10740 | $640.15 | POULIOT, MATTHEW | Pouliot , Matthew Gary | | 14 WINTHROP CT | | Augusta | ME | 04330-0000 | USA |
| 10740 | $640.15 | POULIOT, MATTHEW | | 53 HIGHLAND AVE | | | AUGUSTA | ME | 04330-0000 | USA |
| 10322 | $15,000.00 | POWELL, BUFF WINGATE | | 5610 ALICANTE DR | | | ARLINGTON | TX | 76017 | USA |
| 10767 | $114.43 | Privette, Christine | | 4716 Sayer Ave Apt A | | | Baltimore | MD | 21229-0000 | USA |
| 10426 | $318.79 | PROCH, CHRIS | | 13358 PACKARD DR | | | WOODRIDGE | VA | 22193 | USA |
| 10312 | $155.90 | PRUETT, ROBERT | | 2185 CLUBVIEW DRIVE | | | ROCKWALL | TX | 75087 | USA |
| 10505 | $375.00 | QSIS CORP | | 9800 D TOPANGA CANYON BLVD | STE 345 | | CHATSWORTH | CA | 91311 | USA |
| 10388 | $2,625.93 | QUINTANILLA, JENNIFER A | | 1020 N OXFORD AVE | | | LOS ANGELES | CA | 90029 | USA |
| 10807 | $2,000.00 | Rader, Len Z | | 468 N Eastern Ave | | | Idaho Falls | ID | 83402 | USA |
| 10855 | $1,507.93 | RAHMAN, MOHAMMAD DAIDUR | | 51 01 39TH AVE APT NO E32 | | | SUNNYSIDE | NY | 11104 | USA |
| 10378 | UNLIQUIDATED | Ralph Staley | | 1234 Sonesta Ln | | | San Antonio | TX | 78260 | USA |
| 10526 | UNLIQUIDATED | Ramsdell, Linda | | 436 Wiggins Run Rd | | | Great Cacapon | WV | 25422 | USA |
| 10589 | $15,083.69 | RAO, CHITTARANJAN KESEVA | | 315 E SAN FERNANDO NO 21 | APT 21 | | SAN JOSE | CA | 95112 | USA |
| 10443 | $50,000.00 | RAUN, JOE | | 10714 PHILCREST RD | | | PHILADELPHIA | PA | 19154 | USA |
| 10107 | $20,000.00 | RAYNOR, ENAS SHAQDIEH | | 397 NW 159TH AVE | | | PEMBROKE PINES | FL | 33028 | USA |
| 10108 | $40,000.00 | RAYNOR, ENAS SHAQDIEH | | 397 NW 159TH AVE | | | PEMBROKE PINES | FL | 33028 | USA |
| 10109 | $17,538.46 | RAYNOR, ENAS SHAQDIEH | | 397 NW 159TH AVE | | | PEMBROKE PINES | FL | 33028 | USA |
| 10110 | $40,000.00 | RAYNOR, ENAS SHAQDIEH | | 397 NW 159TH AVE | | | PEMBROKE PINES | FL | 33028 | USA |
| 10602 | $1,155.20 | REDDY PARVASA | | 3810 REGENT RD | | | DURHAM | NC | 27707 | USA |
| 10509 | UNLIQUIDATED | REDMAN, WALTER | | 14232 CASTLEROCK DRIVE | | | ORLANDO | FL | 32828 | USA |
| 10291 | $72.75 | Reed, Chris | | 1633 SW 28th Ave | | | Ft Lauderdale | FL | 33312 | USA |
| 10347 | $744.08 | Reed, Kathleen S | | 8319 Chelmford Rd | | | Richmond | VA | 23235 | USA |
| 10649 | $878.09 | REGAN, CHRISTOPHER GEORGE | | 5822 NW WALNUT COURT | | | PARKVILLE | MO | 64152 | USA |
| 10472 | $2,452.38 | Reid, John M | | PO Box 2370 | | | Bushnell | FL | 33513 | USA |
| 10693 | $839.76 | Rene Rodriguez | | 1323 S Marianna Ave | | | Los Angeles | CA | 90040 | USA |
| 10692 | $1,000,000.00 | Renukaben S Naik | c o Daniel E OBrien | Winters Enright Salzetta & OBrien LLC | 111 W Washington St Ste 1200 | | Chicago | IL | 60602 | USA |
| 10715 | $397.37 | Retuta, Denise | | 1826 12th Ave | | | Delano | CA | 93215-0000 | USA |
| 10543 | $731.51 | Ricardo, Gala | | 408 Aero Ave | | | Schertz | TX | 78154 | USA |
| 10327 | $300.00 | RICH, RYAN THOMAS | | 650 212TH ST | | | DYER | IN | 46311 | USA |
| 10659 | $1,999.06 | Richard Frazee | | PO Box 2051 | | | Rolla | MO | 65402 | USA |
| 10308 | $2,821.76 | Richardson, James Thomas | | 6 Chatauchee Xing | | | Savannah | GA | 31411 | USA |
| 10549 | $850.00 | RICHTER, DIANE | | 126 ARDIS DR | | | HAUGHTON | LA | 71037 | USA |
| 10464 | $4,027.45 | Rickey K Challman | Rickey K Challman | 10765 Martinwood Way | | | Cupertino | CA | 95014 | USA |
| 10744 | $15,691.67 | RIPPON, VIVIAN E | | 618 W ROUTE 66 | APT NO 2 | | GLENDORA | CA | 91740-0000 | USA |
| 10331 | $6,500.00 | RITCHIE, AARON | | 14455 12TH AVE NORTH | | | PLYMOUTH | MN | 55447 | USA |

Circuit City Stores, Inc.
Seventh Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 10820 | UNLIQUIDATED | Ritenour, Lee A | | 385 Little Pond Dr | | | Bolivar | PA | 15923-0000 | USA |
| 10676 | $182.76 | RIVAS SUSANA | | 3581 W LYNDALE | 1 | | CHICAGO | IL | 60647-0000 | USA |
| 10605 | UNLIQUIDATED | ROBERT PORTER | | 16 BEALL AVE | | | ROCKVILLE | MD | 20850 | USA |
| 10578 | $2,000.00 | Robert Thompson | | 6437 N Bosworth Ave No 3 | | | Chicago | IL | 60626 | USA |
| 10835 | $5,500.00 | Robert W Lindemann | | 20302 Scott Dr | | | Strongsville | OH | 44149 | USA |
| 10643 | $351.99 | ROBERT WALLACE JOHNSON SR & PATRICIA | ROBERT & PATRICIA JOHNSON | 229 LAKE VILLAGE DR | | | McKINNEY | TX | 75071 | USA |
| 10413 | $296.25 | RODRIGUEZ, CHRISTOPHER | | 12500 SW 6TH ST | APT 107N | | PEMBROKE PINES | FL | 33027-1755 | USA |
| 10413 | $296.25 | RODRIGUEZ, CHRISTOPHER | CHRISTOPHER RODRIGUEZ | | 12500 SW 6 ST APT N 107 | | PEMBROKE PINES | FL | 33027-1755 | USA |
| 10672 | $25.38 | RODRIGUEZ, ROSA | | 14591 WEST D ST | | | KERMAN | CA | 93630 | USA |
| 10743 | $1,690.96 | ROQUE, ROMEO I | | 3844 SHERMAN OAK AVE | | | VIRGINIA BEACH | VA | 23456-0000 | USA |
| 10373 | UNLIQUIDATED | Rosalie Stemer | | 71 Canfield Dr | | | Stamford | CT | 06902 | USA |
| 10663 | UNLIQUIDATED | Rosamond Joines | | 1748 US Hwy 221 S | | | Sparta | NC | 28675-8647 | USA |
| 10627 | UNLIQUIDATED | Ross, William B Joyce A | William B Ross | 3103 Pine Hills Dr SW | | | Massillon | OH | 44646 | USA |
| 10821 | $10,950.00 | Rotnofsky, Heather A | | 3407 Bartley Pond Pl | | | Henrico | VA | 23233-0000 | USA |
| 10317 | $520.00 | Roy, Kendrick Burton | | 1415 Anderson Ave | | | Maryville | TN | 37803 | USA |
| 10328 | $7,000.00 | Ruan, Luke R | | 1504 Steinway Ct | | | Plano | TX | 75023 | USA |
| 10575 | UNLIQUIDATED | Salovaara Mikael | | 170 Dryden Rd | | | Bernardsville | NJ | 07924 | USA |
| 10353 | $2,995.20 | Samsonite Corporation | James Rego | 575 West St Ste 110 | | | Mansfield | MA | 02048 | USA |
| 10461 | $806.00 | SAMSONITE CORPORATION | JAMES REGO | 575 WEST STREET SUITE 110 | | | MANSFIELD | MA | 02048 | USA |
| 10353 | $2,995.20 | Samsonite Corporation | Samsonite Corp | | Dept CH 19296 | | Palatine | IL | 60055-9296 | USA |
| 10461 | $806.00 | SAMSONITE | Samsonite Corp | | Dept CH 19296 | | Palatine | IL | 60055-9296 | USA |
| 10384 | UNLIQUIDATED | Sarbit S Deol | | 6609 W Celeste Ave | | | Fresno | CA | 93723 | USA |
| 10559 | $162.50 | SAUNDERS, FRANK A | | 4902 S W 166TH AVE | | | MIRAMAR | FL | 33027 | USA |
| 10484 | $502.99 | SCHAD, DEANNA K | | 3053 SHATTUCK ARMS BLVD | APT 10 | | SAGINAW | MI | 48603 | USA |
| 10484 | $502.99 | SCHAD, DEANNA K | Deanna K Schad | 3016 Gladwin St | | | Saginaw | MI | 48604 | USA |
| 10287 | $220.00 | Schenck, Marianne T & | | 512 Meadow Ridge Ct | | | Pacific | MO | 63069 | USA |
| 10313 | $25.99 | SCHRAM, MARK | | 745 WESTBROOKE PKWY | | | WAUKESHA | WI | 53186-5447 | USA |
| 10520 | UNLIQUIDATED | Schroeder, Geraldine R | | 215 Vassar Ave | | | Elyria | OH | 44035-7107 | USA |
| 10307 | $604.75 | Schurz, Richard L | | 12117 Jamieson Pl | | | Glen Allen | VA | 23059 | USA |
| 10381 | $40,000.00 | Scott E Pathe | | 1425 Legend LN | | | Brentwood | CA | 94513 | USA |
| 10382 | $27,692.40 | Scott E Pathe | | 1425 Legend LN | | | Brentwood | CA | 94513 | USA |
| 10379 | $40.00 | Scott Kelly | | 28672 S Bolanos | | | Mission Viejo | CA | 92092 | USA |
| 10491 | UNLIQUIDATED | Scott Philip Simanski | | 1705 17th Ct | | | Jupiter | FL | 33477 | USA |
| 10661 | $330.00 | Sean W Kim | | 1637 W Grandview Blvd | | | Erie | PA | 16509-1158 | USA |
| 10661 | $330.00 | Sean W Kim | Sean W Kim | | 3008 Lancelot Cross | | Ellicott City | MD | 21042 | USA |
| 10678 | $128.54 | SEARS, NICOLE | | 4532 HAVRE WAY | | | PENSACOLA | FL | 32505-0000 | USA |
| 10679 | $128.54 | SEARS, NICOLE ELAINE | | 479 MIRAMAR ST | | | HOLT | FL | 32564-8505 | USA |
| 10793 | $38.77 | SEELEY, BRIAN | | 117 N EIM ST APT 5 | | | GREENVILLE | NC | 27858-0000 | USA |
| 10629 | $4,033.69 | SESSIONS, ROBERT R | | 103 KENNETH DR | | | APTOS | CA | 95003 | USA |
| 10434 | $219.52 | SFPUC WATER | | 1155 MARKET ST 1ST FL | | | SAN FRANCISCO | CA | 94103 | USA |
| 10771 | $23.20 | Shaw, Lekendrick | | 324 Duncan Ave Apt 107 1 | | | Jersey City | NJ | 07306-0000 | USA |
| 10522 | $6,073.41 | Shihadeh, Mohamed M | | 17363 Palmer | | | Melvindale | MI | 48122 | USA |
| 10727 | $40,000.00 | SHULL, MARCUS | | 4601 COBBLESTONE LANDING TERRACE | | | GLEN ALLEN | VA | 23059-0000 | USA |
| 10615 | UNLIQUIDATED | Sie Ling Chiang | | 13503 Point Pleasant Dr | | | Chantilly | VA | 20151 | USA |
| 10722 | $1,046.00 | Sights & Sounds Company of Wakulla Inc | Frances C Lowe PA | | 3042 Crawfordville Hwy | | Crawfordville | FL | 32327-0000 | USA |
| 10722 | $1,046.00 | Sights & Sounds Company of Wakulla Inc | | 635 Wakulla Arran Rd | | | Crawfordville | FL | 32327-0000 | USA |
| 10637 | $464.99 | SIMECEK, PAT PATRICIA L | | 2638 APPLE CIDER RD | | | TEMPLE | TX | 76501-3600 | USA |
| 10838 | UNLIQUIDATED | SIMMONS, SARA | DEBORAH K WALKER INVESTIGATOR EEOC NASHVILLE AREA | 50 VANTAGE WAY SUITE 202 | | | NASHVILLE | TN | 37228 | USA |
| 10292 | $5,000.00 | SIMONEAU, KRISTIN E | | 6 ELIZABETH DR | | | MERRIMACK | NH | 03054 | USA |

First Class Mail

Circuit City Stores, Inc.
Seventh Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 10457 | $15,000.00 | SIMPSON, GORDON P | | 76 E RODIGHIERO AVE | | | TERRE HAUTE | IN | 47805 | USA |
| 10447 | $39.57 | SINGER, RONIT | | 2800 ISLAND BLVD | | | AVENTURA | FL | 33160-0000 | USA |
| 10712 | $600.00 | SISOPHA, ANUSA | | 12449 BAYHILL CT | | | GARDEN GROVE | CA | 92843-0000 | USA |
| 10713 | $81.67 | SKOLD, JANET | | 6410 ROBERTSON AVE | | | NEWARK | CA | 94560-4340 | USA |
| 10780 | $5,000.00 | Slipow, Jonah M & Bernie W Slipow JTWROS | Jonah M & Bernie Slipow | 521 Tuckahoe Club Ct | | | Richmond | VA | 23229-0000 | USA |
| 10361 | UNLIQUIDATED | Smith, Christopher Patrick | | 9407 Amber Ridge Court | | | Louisville | KY | 40272 | USA |
| 10803 | $465.30 | Smith, Duane E | | 26622 Dorothea | | | Mission Viejo | CA | 92691-0000 | USA |
| 10796 | $33,935.00 | Smith, Marty W & Mary Lou | Marty & Mary Lou Smith | PO Box 24235 | | | Eugene | OR | 97402-0436 | USA |
| 10319 | $781.25 | Sohn MD, Roger | | 2080 Century Park East Ste 305 | | | Los Angeles | CA | 90067 | USA |
| 10603 | UNLIQUIDATED | SOMA N GUPTA | | 5 KRISTY DR | | | BEACON | NY | 12508 | USA |
| 10417 | $400.00 | SORENSON, JENNIFER | | 18602 SHANGRILA DR | | | CANYON COUNTY | CA | 91351 | USA |
| 10396 | $4,575.00 | SPRINGER, BRENDA K | | 822 S 39TH ST | | | LOUISVILLE | KY | 40211-2820 | USA |
| 10707 | $3,486.68 | Srinivas Nanduru | | 22136 High View Trail Pl | | | Ashburn | VA | 20148 | USA |
| 10808 | $1,500.00 | Srivastava, Shakun | | 5711 Bolero Point Ct | | | Houston | TX | 77041-0000 | USA |
| 10562 | UNLIQUIDATED | St Marys Endowment Trust | Attn Reverend John M Kumse | 15519 Holmes Ave | | | Columbus | OH | 44110-2443 | USA |
| 10510 | $399.48 | STAMPER, TRACEY R | | 6530 GILLS GATE DR | | | CHESTERFIELD | VA | 23832 | USA |
| 10585 | $978.50 | Sterne Agee & Leach Inc Charles Thomas Gentry R O IRA | Sterne Agee & Leach Inc Charles Thomas Gentry R O IRA | Stern Agee & Leach Inc CF | Charles Thomas Gentry R O IRA | 2818 Herring Blvd | Durham | NC | 27704-3134 | USA |
| 10585 | $978.50 | Sterne Agee & Leach Inc Charles Thomas Gentry R O | Sterne Agee & Leach Inc | 813 Shades Creek Pkwy | Ste 1008 | | Birmingham | AL | 35209 | USA |
| 10597 | UNLIQUIDATED | STEVEN POLTE | | 2734 WARMSPRING AVE | | | HUNTINGTON | PA | 16652 | USA |
| 10364 | $3,834.50 | STEVENS SERVICES | Elliot C Stevens | 4427 Dave MacDonald Dr | | | HEPHZIBAH | GA | 30815 | USA |
| 10748 | $181.59 | STREET, DANIEL EVAN | | 2528 W HUNT ST | | | DECATUR | IL | 62526 | USA |
| 10503 | $641.99 | STRICKLAND, CHARLES | | 654 AIRPORT RD | | | CANON | GA | 30520 | USA |
| 10823 | $254.66 | SUPPLICE, VALLERY | | P O BOX 1384 | | | GRAYSON | GA | 30017-1384 | USA |
| 10723 | $1,542.17 | Surio, Rasilio Obana | | 5231 Tuscany Dr | | | Fairfield | CA | 94534-0000 | USA |
| 10427 | $396.27 | SWEETMAN, JOSH RYAN | | 22 ROXBURY COURT | 1 | | KEENE | NH | 03431 | USA |
| 10844 | UNLIQUIDATED | SWOPE, DAVID | | 351 MAXWELL DR | | | PITTSBURGH | PA | 15236 | USA |
| 10380 | $44,335.00 | Syamak Moeini | | 114 Sheakley Ave S No 7 | | | New Hampton | IA | 50659 | USA |
| 10512 | $7,968.98 | Syed A Bokhari and Rana | | 12604 Timonium Terrace | | | North Potomac | MD | 20878 | USA |
| 10827 | UNLIQUIDATED | Syed M Naqvi | | 1277 Glenmeade Dr | | | Maryland Height | MO | 63043-0000 | USA |
| 10506 | $251.80 | SZATANEK, JAMES | | 56 DAWN ST | | | FAIRFIELD | CT | 06824-0000 | USA |
| 10506 | $251.80 | SZATANEK, JAMES | SZATANEK, JAMES PATRICK | | 2984 US Rt 11 Apt S73 | | Lafayette | NY | 13084 | USA |
| 10495 | $9,820.00 | TALENT AIR | | 10880 WALKER ST | | | CYPRESS | CA | 90630 | USA |
| 10816 | UNLIQUIDATED | Tants, Dan | | 1710 E 106th Ave | | | Crown Point | IN | 46307-0000 | USA |
| 10815 | UNLIQUIDATED | Tants, Dino | | 1710 E 106th Ave | | | Crown Point | IN | 46307-0000 | USA |
| 10592 | UNLIQUIDATED | Tashanna Taylor | | 2236 Greene St | | | Hollywood | FL | 33020 | USA |
| 10444 | $1,043.77 | Tegegn, Elizabeth A | | 969 Albemarle St | | | St Paul | MN | 55117 | USA |
| 10658 | UNLIQUIDATED | Terrie L Blackburn | | 929 Bremer Rd | | | Dover | PA | 17315 | USA |
| 10804 | $958.48 | THOMPSON, RICHARD | THOMPSON, RICHARD | | 2913 LITCHFIELD DR | | STOCKTON | CA | 95209-0000 | USA |
| 10804 | $958.48 | THOMPSON, RICHARD | | 373 VALLEY AV | | | LODI | CA | 95240-0000 | USA |
| 10736 | $1,876.00 | TIFFANY MAINTENANCE | | PO BOX 25596 | | | NEWARK | NJ | 07101-0000 | USA |
| 10726 | $1,229.32 | TO, BRYAN D | | 12 LOMA VISTA PL | | | SAN RAFAEL | CA | 94901-0000 | USA |
| 10523 | $22.00 | Tokuhara, Glen S & Monique D Tokuhara | | 3496 Sitio Borde | | | Carlsbad | CA | 92009 | USA |
| 10791 | $794.60 | Tranberg, Larry L | | 2400 S Ocean Dr No V221 | | | Fort Pierce | FL | 34949-0000 | USA |
| 10741 | $107.84 | Trego, Valeria | | 612 59th Ave Ter W | | | Bradenton | Fl | 34207-0000 | USA |
| 10272 | $4,544.86 | TRIBUNE REVIEW | TRIB TOTAL MEDIA | 622 CABIN HILL DRIVE | | | GREENSBURG | PA | 15601 | USA |
| 10668 | $4,429.00 | Tsan Kuo Chang | | 3267 N Innsbruck Dr | | | New Brighton | MN | 55112 | USA |
| 10718 | $1,574.54 | Turnage, Elton J | | PO Box 301 | | | Youngstown | OH | 44501-0000 | USA |
| 10541 | $15,000.00 | TYRRELL, RICHARD J | | 3 GLEN AVE | | | LYNN | MA | 01905 | USA |
| 10695 | $98.88 | UINI, RAY AUSTIN | | 575 E SAN PEDRO AVE | 42 | | MORGAN HILL | CA | 95037 | USA |

First Class Mail

Circuit City Stores, Inc.
Seventh Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 10482 | $10,844.17 | USA MOBILITY | USA Mobility Wireless Inc | 6910 Richmond Hwy 5th Fl | | | Alexandria | VA | 22306 | USA |
| 10482 | $10,844.17 | USA MOBILITY | USA Mobility | Susan J Bell AR Manager | 890 E Heinbrug | | Pensacola | FL | 32502 | USA |
| 10482 | $10,844.17 | USA MOBILITY | | PO BOX 660770 | | | DALLAS | TX | 72566-0770 | USA |
| 10680 | $33,379.29 | VACO LLC | Vaco Richmond LLC | 5410 MARYLAND WY STE 460 | | | BRENTWOOD | TN | 37027 | USA |
| 10681 | $4,209.32 | VACO LLC | VACO RICHMOND LLC | 5410 MARYLAND WY STE 460 | | | BRENTWOOD | TN | 37027 | USA |
| 10765 | $417.49 | VALLE, DENNIS WILLIAM | | 13059 ELM TREE DR NO 404 | | | HERNDON | VA | 20171-0000 | USA |
| 10399 | $51.06 | Vallone, Michael | | 3911 24th Ave W | | | Bradenton | FL | 34205 | USA |
| 10537 | $247.50 | VAUTAR, BRYCE | | 313 SOUTH ARCH ST | | | MECHANICSBURG | PA | 17055 | USA |
| 10425 | $113.85 | VELASQUEZ, SEAN | | 7440 CARMEL ST | | | GILROY | CA | 95020 | USA |
| 10377 | $1,286.46 | Vernon McClelland | | 26857 Carmen Pl | | | Lutz | FL | 33559 | USA |
| 10465 | $300.00 | Veronika Muela | Veronika Muela | 300 Legacy Dr Apt 422 | | | Plano | TX | 75023 | USA |
| 10441 | $40.21 | Vigneaux, Maryanne | | 2 Lexington Ct | | | Coram | NY | 11727 | USA |
| 10498 | $10,619.98 | Vinh K Nguyen and Tram B | | 1835 S Red Oaks | | | Wichita | KS | 67207 | USA |
| 10400 | $24.15 | Vorse, Kindle L | | 532 45th St Ct W | | | Palmetto | FL | 34221 | USA |
| 10858 | $16,905.41 | W W Grainger Inc | | 7300 N Melvina Ave M240 | | | Niles | IL | 60714-3998 | USA |
| 10839 | $275.30 | WALKER, YANUS | | 930 MICHAEL DR | | | COLLEGE PARK | GA | 30349 | USA |
| 10342 | $7,605.95 | Walsh, Frank X | | 2943 W Leland Ave | | | Chicago | IL | 60625 | USA |
| 10439 | $87.39 | WARFIELD, JARRETT | | 2750 HOLLY HALL | 1801 | | HOUSTON | TX | 77054-0000 | USA |
| 10524 | $5,986.50 | Webber Jr, Ronald C | | 4698 Skyline Dr | | | Floyds Knobs | IN | 47119 | USA |
| 10442 | $22,000.00 | Weems, Foley | Foley Weems | | 9950 Mayland Dr | | Richmond | VA | 23233 | USA |
| 10442 | $22,000.00 | Weems, Foley | | PO Box 2414 | | | Cordova | AK | 99574 | USA |
| 10283 | UNLIQUIDATED | West Renee M | | 11406 Woodland Pond Pkwy | | | Chesterfield | VA | 23838 | USA |
| 10282 | UNLIQUIDATED | WEST, RENEE M | | 11406 WOODLAND POND PKWY | | | CHESTERFIELD | VA | 23838 | USA |
| 10440 | $81.00 | Wilkison, Andrew M & | Andrew M Wilkison | 40 Pine Vista Dr | | | Pinehurst | NC | 28374 | USA |
| 10553 | UNLIQUIDATED | William Mattson | | 711 Abbey Village Cir | | | Midlothian | VA | 23114 | USA |
| 10633 | $15,000.00 | WILLIAMS, JASON D | | 105 BRIAN CIRCLE | | | SALTILLO | MS | 38866 | USA |
| 10438 | $10,476.39 | Williams, Joseph Estate of Joseph Williams II | Joseph C WIlliams | 3648 Oak Chase Dr | | | High Point | NC | 27265 | USA |
| 10694 | $4,500.00 | WILLIAMS, NICOLE | | 5913 ROBINDALE RD | | | CATONSVILLE | MD | 21228 | USA |
| 10800 | $500.00 | Williams, Peter | | 1600 Kettle Creek Ter | | | Chesapeake | VA | 23322-0000 | USA |
| 10653 | $44.00 | Wing K Tam | | 5 Patton Dr | | | Ardmore | PA | 19003 | USA |
| 10654 | $44.00 | Wing Kui Tam | | 5 Patton Dr | | | Ardmore | PA | 19003 | USA |
| 10548 | $300.00 | WINN, JOSHUA | | 16059 MAKAYLA | | | HOUSTON | TX | 77049 | USA |
| 10754 | $2,310.74 | Wisley, David E | | 7205 Blairview | | | Dallas | TX | 75230 | USA |
| 10760 | $51.60 | WITT, KEVIN | | 1102 CHAMPLAIN DRIVE | | | VOORHEES | NJ | 08043-0000 | USA |
| 10547 | $1,200.00 | Wojciechowski, M | Margaret L Mueler | | 12 SHETLAND RD | | EAST BRUNSWICK | NJ | 08816 | USA |
| 10547 | $1,200.00 | Wojciechowski, M | | 12 Shetland RD | | | East Brunswick | NJ | 08816 | USA |
| 10363 | $7,658.50 | WXCW TV | | Sun Broadcasting | 2824 Palm Beach Blvd | | Fort Myers | FL | 33916 | USA |
| 10326 | $760.00 | Yao, Jenn Yeu | | 10 Woodcrest Dr | | | Woodcliff Lake | NJ | 07677 | USA |
| 10684 | $3,387.18 | YINGLING, CHEYNE | | RD3 BOX 509 | | | TYRONE | PA | 16686 | USA |
| 10539 | $20,000.00 | YORK, JESSELY | | 14303 SHALE PLACE | | | CHESTER | VA | 23836 | USA |
| 10469 | $1,906.00 | Young, Gwendolyn F & Charles G Young | | 279 E Queens Dr | | | Williamsburg | VA | 23185 | USA |
| 10608 | $100,000.00 | ZIEMBA, JAMES A | | 214 E LARK AVE | | | CORTLAND | IL | 60112 | USA |
| 10656 | $40.50 | Zuoxin Wang | | 336 Rheem Blvd No 8 | | | Moraga | CA | 94556 | USA |

First Class Mail

# EXHIBIT E

Gregg M. Galardi, Esq.            Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.           Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &   MCGUIREWOODS LLP
FLOM, LLP                         One James Center
One Rodney Square                 901 E. Cary Street
PO Box 636                        Richmond, Virginia 23219
Wilmington, Delaware 19899-0636   (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

            IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                    RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
            Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - x

            **DEBTORS' MOTION FOR AN ORDER APPROVING
(A) PROCEDURES FOR FILING OMNIBUS OBJECTIONS TO CLAIMS AND
(B) THE FORM AND MANNER OF THE NOTICE OF OMNIBUS OBJECTIONS**

        The debtors and debtors in possession (collectively,

the "Debtors")[1] hereby move the Court, pursuant to this

---

[1]  The Debtors are the following entities: The Debtors and the last four
     digits of their respective taxpayer identification numbers are as
     follows: Circuit City Stores, Inc. (3875), Circuit City Stores West
     Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc.
     (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC
     (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City
     Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott

motion (the "Motion"), for the entry of an order, substantially in the form of <u>Exhibit A</u>, approving (a) procedures for filing omnibus objections to claims asserted in the above-captioned chapter 11 cases and (b) the form and manner of the notice of omnibus objections.  In support of this Motion, the Debtors respectfully state as follows:

**<u>JURISDICTION</u>**

1.   The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.   Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.   The statutory predicates for the relief requested herein are sections 105 and 502 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rules 2002(a), 3007, 7004, 9006, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule 3007-1 of the Local Rules of the United States Bankruptcy

---

Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

Court for the Eastern District of Virginia (the "Local
Rules").

## BACKGROUND

4.    On November 10, 2008 (the "Petition Date"), the
Debtors filed voluntary petitions in this Court for relief
under chapter 11 of the Bankruptcy Code.

5.    On January 12, 2009, the Court entered an order
authorizing the Debtors to conduct auctions for a sale or
sales of the Debtors' businesses as a going concern or for
liquidation (D.I. 1460).

6.    At the conclusion of the auction, the Debtors'
determined that the highest and otherwise best bid was that
of Great American Group WF, LLC, Hudson Capital Partners,
LLC, SB Capital Group, LLC, and Tiger Capital Group, LLC
(collectively, the "Agent").  On January 16, 2009, the Court
approved the Agent's bid and authorized the Debtors to
conduct going out of business sales at the Debtors'
remaining stores (D.I. 1634).  The Agent commenced going out
of business sales at the Debtors' remaining stores on
January 17, 2009.

## PRELIMINARY STATEMENT

7.    To date, there have been approximately 11,500
proofs of claim filed with the Debtors' claims agent,

3

Kurtzman Carson Consultants LLC ("KCC").  In light of the
number of proofs of claim and requests for allowance and
payment of administrative expenses and/or cure claims
(collectively, the "Claims") that have been asserted against
the Debtors' estates and the substantial number of
objections they expect to file in response thereto, the
Debtors are seeking authorization to file omnibus objections
to the Claims in accordance with the objection procedures
described herein (the "Omnibus Objection Procedures").
Recognizing that Bankruptcy Rule 3007 seeks to provide
creditors with transparency and clarity with respect to
omnibus claims objections, the Debtors have tailored the
Omnibus Objection Procedures to adequately protect
creditors' due process rights and achieve administrative and
judicial efficiency.  The Omnibus Objection Procedures will
help streamline the Claims objection process, which will
inure to the benefit of the Debtors, creditors, the Court
and all parties in interest.

    8.    The Omnibus Objection Procedures provide adequate
notice to and protect the due process rights of the Debtors'
creditors.  A customized notice of objection will be served
on each creditor whose Claim is objected to by an omnibus
objection, which will inform the creditor of the objection,

4

the grounds for the objection and the relief sought therein.
Requiring the Debtors to file individual objections to every
Claim (or requiring that omnibus objections be filed without
the benefit of the Omnibus Objection Procedures) would be
overly burdensome, costly, time consuming, and unnecessary.

9.    Accordingly, the Debtors respectfully submit that
their proposed Omnibus Objection Procedures are consistent
with Bankruptcy Rule 3007(c) and the underlying policies of
the Bankruptcy Code and due process.

**RELIEF REQUESTED**

10.  The Debtors seek approval of (a) the Omnibus
Objection Procedures attached hereto as <u>Exhibit B</u> and
incorporated by reference herein and (b) the proposed form
and manner of notice of omnibus objections, substantially in
the form attached hereto as <u>Exhibit C</u> and incorporated by
reference herein (each, a "Notice of Omnibus Objection").

### SUMMARY OF THE OMNIBUS OBJECTION PROCEDURES
### AND NOTICE OF OMNIBUS OBJECTION[2]

**A.    The Omnibus Objection Procedures**

11.    The Omnibus Objection Procedures provide for the efficient and economic resolution of omnibus objections (each, an "Omnibus Objection") to the Claims by: (a) providing a guide to the claims objection process that clearly describes the form and manner of Omnibus Objections and the process by which claimants must file and serve responses thereto (each, a "Response"); and (b) ensuring that all parties in interest have sufficient access to the information they require to navigate the claims objection process effectively and otherwise preserve and protect the rights they are afforded under the Bankruptcy Code.

12.    Specifically, the Omnibus Objection Procedures describe, in clear and simple terms, the key aspects of the claims resolution process, including, without limitation: (a) the form of Omnibus Objections and supporting documentation, if necessary; (b) the exhibit attached to each Omnibus Objection (which will contain those Claims for

---

[2]    This description of the Omnibus Objection Procedures and the Notice of Omnibus Objection is intended as a summary and is being provided for the convenience of the Court and parties in interest.  To the extent that this summary and the text of the Omnibus Objection Procedures and the Notice of Omnibus Objection are inconsistent, the terms of the Omnibus Objection Procedures and the Notice of Omnibus Objection, respectively, shall control.

which there is a common basis) and the information contained

thereon (_e.g._, claimants' names, claim numbers, the grounds

for the Omnibus Objection and cross-references to the

location in the Omnibus Objection discussing the respective

grounds); (c) the form of the Notice of Omnibus Objection

(discussed in greater detail below); (d) the information

claimants need to file a Response to the Omnibus Objection,

the timeframe for doing so and the implications of failing

to timely file a Response; and (e) information relating to

the status hearings on Omnibus Objections.

**B.    The Notice of Omnibus Objection**

13.  As set forth in the Omnibus Objection Procedures,

each claimant whose Claim is the subject of an Omnibus

Objection will be provided with a customized Notice of

Omnibus Objection.  The Notice of Omnibus Objection will,

among other things: (a) describe the basic nature of the

Omnibus Objection; (b) inform claimants that their rights

may be affected by the Omnibus Objection and encourage them

to read the Omnibus Objection carefully; (c) identify the

deadline for filing and serving a Response and describe the

procedures to inform claimants that their Response must be

timely received by the appropriate parties and the

implications of failing to do so; (d) identify the date on

which a hearing may be held to address Omnibus Objections
and related Responses; and (e) describe how a copy of a
Claim, the Omnibus Objection and other pleadings filed in
the chapter 11 cases may be obtained.  Although the Notice
of Omnibus Objection generally will be in the form attached
hereto, it may be tailored specifically to address issues
specific to particular claimants and/or certain types of
Omnibus Objections, where necessary or appropriate.
Accordingly, the Debtors submit that the Omnibus Objection
Procedures and related Notice of Omnibus Objection
adequately protect claimants' due process rights and, thus,
address the concerns that precipitated Bankruptcy Rule 3007,
as amended.

**BASIS FOR RELIEF**

    **A.**    **Ample Authority Exists for Approval of the Omnibus
Objection Procedures**

    14.  A debtor may rebut a proof of claim by filing an
objection in accordance with Bankruptcy Rule 3007.  See
California State Board of Equalization v. Official Unsecured
Creditor's Comm. (In re Fidelity Holding Co., Ltd.), 837
F.2d 696, 698 (5th Cir. 1988).  If the debtor rebuts a
claim's presumptive validity, the burden then shifts back to
the creditor who has the ultimate burden of persuasion with

respect to the validity of the claim.  See, e.g., In re
Anderson, 349 B.R. 448 (E.D. Va. 2006); Carter Enterprises,
Inc. v. Ashland Specialty Co., Inc., 257 B.R. 797 (S.D. W.
Va. 2001).  Bankruptcy Rule 3007(c) provides that a debtor
can file objections to claims in accordance with Bankruptcy
Rule 3007(d) or as "ordered by the court."  Additionally,
the Court may rely on its general equitable powers to grant
the relief requested in this Motion pursuant to section
105(a) of the Bankruptcy Code, which empowers the Court to
"issue any order, process, or judgment that is necessary or
appropriate to carry out the provisions of [the Bankruptcy
Code]."  11 U.S.C. § 105(a); Canal Corp. v. Finnman (In re
Johnson), 960 F.2d 396, 404 (4th Cir.1992) ("the allowance
or disallowance of a claim in bankruptcy is a matter of
federal law left to the bankruptcy court's exercise of its
equitable powers.").

> **B.    Approval of the Omnibus Objection Procedures
> Benefits Parties in Interest**

15.  The Local Rules do not set forth specific
guidelines for filing omnibus objections to proofs of claim.
Thus, the Debtors submit that it is appropriate for the
Court to approve the Omnibus Objection Procedures in light
of the number of Omnibus Objections the Debtors may file.

In addition to facilitating an efficient administration of the claims reconciliation process, the Omnibus Objection Procedures protect and preserve the value of the Debtors for the benefit of all creditors by reducing the costs and expenses that would otherwise be incurred if individual objections were filed for each Claim (or if omnibus objections were limited without the approval of the Omnibus Objection Procedures).  At the same time, the Omnibus Objection Procedures also afford substantial protection with respect to creditors' due process rights, providing all claimants with sufficient notice and an opportunity to be heard.

> **C.    The Omnibus Objection Procedures Are Consistent With Bankruptcy Rule 3007(c)**

16.   Prior to the amendment to Bankruptcy Rule 3007, neither the Bankruptcy Code nor the Bankruptcy Rules addressed the exercise of omnibus objections to claims. Notwithstanding the facial limitations on the use of omnibus objections effected by the amendments to Bankruptcy Rule 3007, debtors are nonetheless still allowed to file omnibus objections to proofs of claim.  The drafters of the amendments specifically provided a mechanism by which debtors may request entry of an order approving tailored

claims objection procedures in Bankruptcy Rule 3007(c),
which provides, "unless otherwise ordered by the court or
permitted by subdivision [Bankruptcy Rule 3007(d) (the
omnibus claim objection provision)], objections to more than
one claim shall not be joined in a single objection."  Fed.
R. Bankr. P. 3007(c); see also 9 COLLIER ON BANKRUPTCY ¶
3007.03-05 (15 ed. rev. 2009).  Thus, while the requirements
of Bankruptcy Rule 3007(c) are mandatory if the omnibus
objection is being filed under Bankruptcy Rule 3007(d), they
are not explicitly required under Bankruptcy Rule 3007(c) if
the Bankruptcy Court "order[s] otherwise."

17.  The Omnibus Objection Procedures further request
authority to object to the Claims on grounds that are not
specifically listed in Bankruptcy Rule 3007(d).  Given the
ample due process protections and other safeguards proposed
in the Omnibus Objection Procedures, the Debtors should not
be limited to the grounds identified in Bankruptcy Rule
3007(d).

18.  The Omnibus Objection Procedures maintain the
requisite due process protections and embody the spirit of
the amendments.  Indeed, although an Omnibus Objection will
address multiple Claims, the Notice of Omnibus Objection is
individualized for each claimant affected by such Omnibus

11

Objection, clearly informing them of the Omnibus Objection and, more importantly, how to preserve their rights with respect thereto.  Thus, from the creditors' standpoint, they can easily determine if the Debtors are objecting to their Claims and on what grounds.

      **D.**    **The Omnibus Objection Procedures Provide for Adequate Notice and Service**

     19.  While Bankruptcy Rule 3007 describes the form of omnibus objections to proofs of claim, it does not address issues relating to notice and service.  As set forth in the Omnibus Objection Procedures, the Debtors propose to serve the Notice of Omnibus Objection (as well as the Omnibus Objection itself) on the party who signed the Claim form and any counsel of record who filed an appearance on behalf of such party in connection with these chapter 11 cases. Accordingly, the Debtors submit that the Omnibus Objection Procedures provide for adequate notice and appropriate service of process in accordance with the Bankruptcy Rules.

**<u>CONCLUSION</u>**

     20.  In light of the thousands of Claims filed in these cases, the claims resolution process can only be carried out in an efficient, cost effective manner if procedures are in place.  The proposed Omnibus Objection Procedures ensure the

efficient and fair resolution of the Claims.  Importantly,
the Omnibus Objection Procedures are not intended to alter
the substantive rights of creditors and, instead, provide
parties in interest with transparency and predictability
with respect to the resolution of the Claims.  No Claim
subject to the Omnibus Objection Procedures will be
disallowed, altered, reclassified or otherwise affected
without a further order of this Court.  Accordingly, the
Debtors believe the Omnibus Objection Procedures are fair
and equitable and request that the Court approve the Omnibus
Objection Procedures and Notice of Omnibus Objection.

## NOTICE

21.  Notice of this Motion has been provided to those
parties entitled to notice under this Court's Order Pursuant
to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules
2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1
Establishing Certain Notice, Case Management, and
Administrative Procedures (Docket No. 130).  The Debtors
submit that, under the circumstances, no other or further
notice need be given.

## NO PRIOR REQUEST

22.  No prior motion for the relief requested herein
has been made to this or any other court.

WHEREFORE, for the reasons set forth herein, the
Debtors respectfully request that the Court enter an order,
substantially in the form attached hereto as Exhibit A, (a)
approving the Omnibus Objection Procedures and the Notice of
Omnibus Objection and (b) granting such other and further
relief as is just and proper.

Dated: March 10, 2009
       Richmond, Virginia    SKADDEN, ARPS, SLATE, MEAGHER &
                             FLOM, LLP
                             Gregg M. Galardi, Esq.
                             Ian S. Fredericks, Esq.
                             P.O. Box 636
                             Wilmington, Delaware 19899-0636
                             (302) 651-3000

                                  - and -

                             SKADDEN, ARPS, SLATE, MEAGHER &
                             FLOM, LLP
                             Chris L. Dickerson, Esq.
                             333 West Wacker Drive
                             Chicago, Illinois 60606
                             (312) 407-0700

                                  - and -

                             MCGUIREWOODS LLP

                             /s/ Douglas M. Foley
                             Dion W. Hayes (VSB No. 34304)
                             Douglas M. Foley (VSB No. 34364)
                             One James Center
                             901 E. Cary Street
                             Richmond, Virginia 23219
                             (804) 775-1000

                             Counsel for Debtors and Debtors
                             in Possession

**EXHIBIT A**
**PROPOSED ORDER**

Gregg M. Galardi, Esq.            Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.           Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &   MCGUIREWOODS LLP
FLOM, LLP                         One James Center
One Rodney Square                 901 E. Cary Street
PO Box 636                        Richmond, Virginia 23219
Wilmington, Delaware 19899-0636   (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession


                 IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE EASTERN DISTRICT OF VIRGINIA
                           RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :    Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :    Case No. 08-35653 (KRH)
et al.,                      :
                             :
              Debtors.       :    Jointly Administered
- - - - - - - - - - - - - - x


        ORDER ESTABLISHING OMNIBUS OBJECTION PROCEDURES
    AND APPROVING THE FORM AND MANNER OF NOTICE OF OMNIBUS
                           OBJECTIONS

     Upon the motion (the "Motion")[1] of the above-captioned

debtors (collectively, the "Debtors") for the entry of an

order (the "Order") approving (a) procedures for filing

omnibus objections to Claims asserted in the above-captioned

_____

[1]    Capitalized terms used but not otherwise defined herein shall have
the meanings set forth in the Motion.

cases (the "Omnibus Objection Procedures") and (b) the form

and manner of the notice of objections (the "Notice of

Omnibus Objection"); and it appearing that the relief

requested in the Motion is in the best interests of the

Debtors' estates, their creditors and other parties in

interest; the Court having jurisdiction to consider the

Motion and the relief requested therein pursuant to 28

U.S.C. §§ 157 and 1334; consideration of the Motion and the

relief requested therein being a core proceeding pursuant to

28 U.S.C. § 157(b); venue being proper before the Court

pursuant to 28 U.S.C. §§ 1408 and 1409; proper notice of the

Motion having been provided to all necessary and appropriate

parties, including pursuant to the Court's Order Pursuant to

Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002

and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1

Establishing Certain Notice, Case Management, and

Administrative Procedures entered by the Court on November

13, 2008, and no further notice being necessary; and after

due deliberation and sufficient cause appearing therefor, it

is hereby **ORDERED, ADJUDGED and DECREED** that

> 1.    The Motion is granted in its entirety.

> 2.    The Debtors are authorized to file Omnibus

Objections to the Claims pursuant to the Omnibus Objection

Procedures, substantially in the form annexed hereto as

Exhibit 1, which are hereby approved in their entirety.

3.    The Notice of Omnibus Objection, substantially in

the form annexed hereto as Exhibit 2, but which may be

modified from time to time, as necessary and appropriate, to

address issues specific to particular claimants and/or

certain types of Omnibus Objections, is hereby approved as

the form by which the Debtors shall provide notice to

claimants whose Claims are the subject of the applicable

Omnibus Objection.

4.    The Debtors' claims and noticing agent, Kurtzman

Carson Consultants LLC agent is authorized to take all

actions necessary to effectuate the relief granted pursuant

to this Order in accordance with the Motion.

5.    The terms and conditions of this Order shall be

immediately effective and enforceable upon its entry.

6.    The Court retains jurisdiction with respect to all

matters arising from or related to the implementation of

this Order.

DATED:    _____        _____

                                 UNITED STATES BANKRUPTCY COURT
                                 JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

 /S/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                 /s/ Douglas M. Foley
                     Douglas M. Foley

**EXHIBIT B**
**OMNIBUS OBJECTION PROCEDURES**

Gregg M. Galardi, Esq.            Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.           Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &   MCGUIREWOODS LLP
FLOM, LLP                         One James Center
One Rodney Square                 901 E. Cary Street
PO Box 636                        Richmond, Virginia 23219
Wilmington, Delaware 19899-0636   (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

          IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA
                     RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
             Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x


        **PROCEDURES FOR FILING OMNIBUS OBJECTIONS TO CLAIMS**

        Pursuant to the Order Establishing Omnibus Objection
Procedures and Approving the Form and Manner of the Notice
of Omnibus Objections [Docket No. ____] (the "Order")[1] entered
by the Bankruptcy Court on [____], 2009, the Bankruptcy
Court approved these procedures for filing omnibus
objections to proofs of claims and requests for allowance
and payment of administrative expenses and/or cure claims
(collectively, the "Claims") in connection with the above-

_____
[1] Capitalized terms used but not otherwise defined herein shall have the
meanings set forth in the Order.

captioned chapter 11 cases (the "Omnibus Objection
Procedures").

**Omnibus Objection Procedures**

1.    **Form of Omnibus Objection**.  Omnibus Objections
will be numbered consecutively, regardless of basis.

2.    **Number of Proofs of Claim per Omnibus Objection**.
The Debtors may object to no more than 500 Claims per
Omnibus Objection.

3.    **Grounds for Omnibus Objection**.  The Debtors may
object to the Claims on any grounds.

4.    **Supporting Documentation**. To the extent
appropriate, Omnibus Objections may be accompanied by an
affidavit or declaration that states that the affiant or the
declarant has reviewed the Claims included therein and
applicable supporting information and documentation provided
therewith, made reasonable efforts to research the Claim on
the Debtors' books and records and believes such
documentation does not provide prima facie evidence of the
validity and amount of such Claims.

5.    **Claims Exhibits**.  An exhibit listing the Claims
that are subject to the Omnibus Objection will be attached
to each Omnibus Objection. Each exhibit will only contain
those Claims to which there is a common basis for the
Omnibus Objection.  Claims for which there is more than one
basis for an Omnibus Objection will be referenced on each
applicable exhibit. Each exhibit will include, among other
things, the following information: (a) an alphabetized list
of the claimants whose Claims are the subject of the Omnibus
Objection; (b) the claim numbers of the Claims that are the
subject of the Omnibus Objection; (c) the grounds for the
objections that are the subject of the Omnibus Objection;
and (d) a reference to the exhibit of the Omnibus Objection
in which the ground(s) for the objection is discussed.
Where applicable, additional information may be included in
the exhibits, including: for Claims that the Debtors seek to
reclassify, the proposed classification of such claims; for
Omnibus Objections in which the Debtors seek to reduce the
amount of Claims, the proposed reduced claim amount; and for
Claims that the Debtors propose to be surviving claims where
related claims will be disallowed the surviving claim.

6.   **Omnibus Objection Notice**.  Each Omnibus Objection
will be accompanied by a notice of such Omnibus Objection
(each, a "Notice") in substantially the form attached to the
Order as <u>Exhibit 2</u>.  The Notice will, among other things:
(a) describe the basic nature of the Omnibus Objection; (b)
inform claimants that their rights may be affected by the
Omnibus Objection and encourage them to read the Omnibus
Objection carefully; (c) identify a response date and
describe the procedures for filing a written response (each,
a "Response") to the Omnibus Objection; (d) identify a
hearing date, if applicable, and related procedures; and (e)
describe how Claims, the Omnibus Objection and other
pleadings in the chapter 11 cases may be obtained. Although
the Notice generally will be in the form attached hereto, it
may be tailored specifically to address particular claimants
or types of Omnibus Objections.

7.   **Status Hearings**.  Status hearings for all Claims
for which timely responses are filed will be held on
scheduled omnibus hearing dates.  Unless otherwise notified,
no claimants will need to appear at the status hearings on
the Omnibus Objections.  If an evidentiary hearing is
necessary, claimants will be provided a separate notice of
hearing.

8.   **Order if No Response**.  The Debtors may submit an
order to the Bankruptcy Court sustaining each Omnibus
Objection to Claims for which the Debtors did not receive a
timely Response without further notice to such claimants.
The Debtors may submit an order for Claims in an Omnibus
Objection to which no response is filed, even if there are
Responses to certain Claims objected to in such Omnibus
Objection.

9.   **Each Objection Is a Contested Matter**.  Each Claim
subject to an Omnibus Objection and the Response thereto
shall constitute a separate contested matter as contemplated
by Bankruptcy Rule 9014, and any order entered by the
Bankruptcy Court will be deemed a separate order with
respect to such claim.

## Requirements For All Responses To Objections

Parties who disagree with the request sought in an
Omnibus Objection are required to file a Response in
accordance with the procedures set forth herein.  If a

claimant whose Claim is subject to an Omnibus Objection does
not file and serve a Response in compliance with the
procedures below, the Bankruptcy Court may sustain the
Omnibus Objection with respect to such Claims without
further notice to the claimant.

    1.   **Contents**.  Each Response must contain the
following (at a minimum):

        a.   a caption setting forth the name of the
Bankruptcy Court, the name of the Debtors,
the case number and the title of the Omnibus
Objection to which the Response is directed;

        b.   the claimant's name and an explanation for
the amount of the claim;

        c.   a concise statement setting forth the reasons
why the Bankruptcy Court should not sustain
the Omnibus Objection, including, without
limitation, the specific factual and legal
bases upon which the claimant will rely in
opposing the Omnibus Objection;

        d.   a copy of any other documentation or other
evidence of the claim, to the extent not
already included with the Claim, upon which
the claimant will rely in opposing the
Omnibus Objection at the hearing;

        e.   a declaration of a person with personal
knowledge of the relevant facts that support
the Response; and

        f.   the claimant's name, address, telephone
number and facsimile number and/or the name,
address, telephone number and facsimile
number of the claimant's attorney and/or
designated representative to whom the
attorneys for the Debtors should serve a
reply to the Response, if any (collectively,
the "Notice Addresses").  If a Response
contains Notice Addresses that are different
from the name and/or address listed on the
Claim, the Notice Addresses will control and
will become the service address for future

service of papers with respect to all of the
claimant's Claims listed in the Omnibus
Objection (including all Claims to be
disallowed and the surviving Claims) and only
for those Claims in the Omnibus Objection.

2.    **Additional Information**.   To facilitate a
resolution of the Omnibus Objection, the Response should
also include the name, address, telephone number, facsimile
number, and electronic mail address of the party with
authority to reconcile, settle or otherwise resolve the
Omnibus Objection on the claimant's behalf (the "Additional
Addresses").   Unless the Additional Addresses are the same
as the Notice Addresses, the Additional Addresses will not
become the service address for future service of papers.

3.    **Failure to Timely File a Response**.   If the
claimant fails to file and serve a Response on or before the
Response Deadline in compliance with the procedures set
forth herein, the Debtors will present to the Bankruptcy
Court an appropriate order granting the relief requested in
the Omnibus Objection without further notice to the
claimant.

4.    **Service of the Response**.   A written Response to an
Omnibus Objection, consistent with the requirements
described herein and in the Notice, will be deemed timely
filed only if the Response is actually received on or before
the deadline to respond by the Bankruptcy Court.   A written
Response to an Omnibus Objection, consistent with the
requirements described herein and in the Notice, will be
deemed timely served only if a copy of the Response is
actually received on or before the deadline to respond
(which deadline will be clearly set forth in the Notice) by
the following parties:

5

```
SKADDEN, ARPS, SLATE, MEAGHER   MCGUIREWOODS LLP
& FLOM, LLP                     One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, VA 23219
Wilmington, DE 19899-0636       Attn: Dion W. Hayes
Attn: Gregg M. Galardi          Attn: Douglas M. Foley
Attn: Ian S. Fredericks

            - and -

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn:  Chris L. Dickerson
```

    5.   **<u>Reservation of Rights</u>**.  Nothing in the Notice or the Omnibus Objection will constitute a waiver of the right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against the claimant of the Debtors. Unless the Bankruptcy Court allows a Claim or specifically orders otherwise, the Debtors have the right to object on any grounds to the Claims (or to any other Claims or causes of action filed by a claimant or that have been scheduled by the Debtors) at a later date.  In such event, the respective claimant will receive a separate notice of any such objections.

**EXHIBIT C**
**FORM OF NOTICE**

Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                       One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, Virginia 23219
Wilmington, Delaware 19899-0636 (804) 775-1000
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
            Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - x
```

**NOTICE OF THE DEBTORS'
[    ] OMNIBUS OBJECTION TO CLAIMS**

**PLEASE TAKE NOTICE THAT** the above-captioned Debtors
(the "Debtors") filed the Debtors' [_____] Omnibus Objection
to Claim (the "Omnibus Objection") with the Bankruptcy
Court.  A copy of the Omnibus Objection is attached to this
notice (this "Notice") as <u>Exhibit 1</u>.  By the Omnibus
Objection, the Debtors are seeking to disallow Claims (as
defined herein) on the ground that the Claims are:
[_____]

**PLEASE TAKE FURTHER NOTICE THAT** on [_____], 2009, the
Bankruptcy Court entered the Order Establishing Omnibus

Objection Procedures and Approving the Form and Manner of
the Notice of Omnibus Objections (Docket No. ___) (the
"Order"), by which the Bankruptcy Court approved procedures
for filing omnibus objections to proofs of claim and
requests for allowance and payment of administrative
expenses and/or cure claims (collectively, the "Claims") in
connection with the above-captioned chapter 11 cases (the
"Omnibus Objection Procedures").

Specifically, the Omnibus Objection seeks to disallow
claims, including your claim(s), listed below in the "Claim
to Be Disallowed" row but does not seek to alter your claim
listed below in the "Surviving Claim" row.

| TO: | | Claim Number | Claim Amount | Reference Objection |
|---|---|---|---|---|
| [Claimant Name] [Claimant Address] | Claim to Be Disallowed | | | |
| | Surviving Claim | | | |

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF
CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF
THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE
SUBJECT TO THE OBJECTION.  YOUR RIGHTS MAY BE AFFECTED BY
THE OBJECTION.  THEREFORE, YOU SHOULD READ THIS NOTICE
(INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY
AND DISCUSS THEM WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN
ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF
THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT
OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A
WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH
THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY
WITHIN 30 DAYS OF THE SERVICE OF THIS OBJECTION, THE COURT
MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION CONCEDED
AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A
HEARING.**

**Critical Information for Claimants
Choosing to File a Response to the Omnibus Objection**

2

Who Needs to File a Response:  If you oppose the
disallowance of your claim(s) listed above and if you are
unable to resolve the Omnibus Objection with the Debtors
before the deadline to object, then you must file and serve
a written response (the "Response") to the Omnibus Objection
in accordance with this Notice.

If you do not oppose the disallowance of your claim(s)
listed above, then you do not need to file a written
Response to the Omnibus Objection and you do not need to
appear at the hearing.

Response Deadline: The Response Deadline is **4:00 p.m.
(Eastern Time) on [    ], 2009 (the "Response Deadline")**.

THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE
IF YOUR RESPONSE IS FILED, SERVED AND RECEIVED BY THE
RESPONSE DEADLINE.

Your Response will be deemed timely filed only if the
Response is **actually received** on or before the Response
Deadline by the Bankruptcy Court at the following address:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

Your Response will be deemed timely served only if a
copy of the Response is actually received on or before the
Response Deadline by the Debtors' attorneys:

```
SKADDEN, ARPS, SLATE, MEAGHER  MCGUIREWOODS LLP
& FLOM, LLP                    One James Center
One Rodney Square              901 E. Cary Street
PO Box 636                     Richmond, VA 23219
Wilmington, DE 19899-0636      Attn: Dion W. Hayes
Attn: Gregg M. Galardi         Attn: Douglas M. Foley
Attn: Ian S. Fredericks


            - and –

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn:  Chris L. Dickerson
```

     The status hearing on the Omnibus Objection will be held at **[   ] a.m./p.m. prevailing Eastern Time on [            ], 2009 at:**

United States Bankruptcy Court
701 East Broad Street – Courtroom 5100
Richmond, Virginia 23219

     If you file a timely Response, in accordance with the Omnibus Objection Procedures, you do not need to appear at the status hearing on the Omnibus Objection.

<u>**Procedures for Filing a Timely Response
and Information Regarding the Hearing on the Omnibus
Objection**</u>

     <u>**Contents**</u>.  Each Response must contain the following (at a minimum):

1.    a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Omnibus Objection to which the Response is directed;

2.    the claimant's name and an explanation for the amount of the claim;

3.    a concise statement setting forth the reasons why
      the Bankruptcy Court should not sustain the
      Omnibus Objection, including, without limitation,
      the specific factual and legal bases upon which
      the claimant will rely in opposing the Omnibus
      Objection;

4.    a copy of any other documentation or other
      evidence of the claim, to the extent not already
      included with the Claim, upon which the claimant
      will rely in opposing the Omnibus Objection at the
      hearing;

5.    a declaration of a person with personal knowledge
      of the relevant facts that support the Response;
      and

6.    your name, address, telephone number and facsimile
      number and/or the name, address, telephone number
      and facsimile number of your attorney and/or
      designated representative to whom the attorneys
      for the Debtors should serve a reply to the
      Response, if any (collectively, the "Notice
      Addresses").  If a Response contains Notice
      Addresses that are different from the name and/or
      address listed on the Claim, the Notice Addresses
      will control and will become the service address
      for future service of papers with respect to all
      of your Claims listed in the Omnibus Objection
      (including all Claims to be disallowed and the
      surviving claims) and only for those Claims in the
      Omnibus Objection.

      **Additional Information**.  To facilitate a resolution of
the Omnibus Objection, your Response should also include the
name, address, telephone number and facsimile number of the
party with authority to reconcile, settle or otherwise
resolve the Omnibus Objection on the claimant's behalf (the
"Additional Addresses").  Unless the Additional Addresses
are the same as the Notice Addresses, the Additional
Addresses will not become the service address for future
service of papers.

      **Failure to File Your Timely Response**.  If you fail to
file and serve your Response on or before the Response
Deadline in compliance with the procedures set forth in this

Notice, the Debtors will present to the Bankruptcy Court an appropriate order granting the relief requested in the Omnibus Objection <u>without further notice</u> to you.

**Each Objection Is a Contested Matter**. Each Claim subject to an Omnibus Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

<u>Additional Information</u>

**Requests for Information**.  You may also obtain a copy of the Omnibus Objection or related documents on the internet, by accessing the website of the Debtors at www.kccllc.net/circuitcity.

**Reservation of Rights**.  Nothing in this Notice or the Omnibus Objection constitutes a waiver of the Debtors' right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you of the Debtors.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Debtors have the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date.  In such event, you will receive a separate notice of any such objections.

Dated: March __, 2009
      Richmond, Virginia     SKADDEN, ARPS, SLATE, MEAGHER &
                                   FLOM, LLP
                                   Gregg M. Galardi, Esq.
                                   Ian S. Fredericks, Esq.
                                   P.O. Box 636
                                   Wilmington, Delaware 19899-0636
                                   (302) 651-3000

                             - and -

                                 SKADDEN, ARPS, SLATE, MEAGHER &
                                 FLOM, LLP
                                 Chris L. Dickerson, Esq.
                                 333 West Wacker Drive
                                 Chicago, Illinois 60606
                                 (312) 407-0700

                             - and -

                                 MCGUIREWOODS LLP

                               _____
                                 Dion W. Hayes (VSB No. 34304)
                                 Douglas M. Foley (VSB No. 34364)
                                 One James Center
                                 901 E. Cary Street
                                 Richmond, Virginia 23219
                                 (804) 775-1000

                                 Counsel for Debtors and Debtors
                                 in Possession

\7896527.1

# EXHIBIT F

Circuit City Stores, Inc.

Eighth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 11210 | $350.00 | IBRAHIM, BASEM N | | 226 90TH AVE SE NO | | | CALGARY | AB | T2J 6P6 | CANADA |
| 11434 | $717.25 | Interactive Toy Concepts Inc | | 1192 Martin Grove Rd | | | Toronto | ON | M9W 5M9 | Canada |
| 11437 | $556.50 | Interactive Toy Concepts Inc | | 1192 Martin Grove Rd | | | Toronto | ON | M9W 5M9 | Canada |
| 11260 | $1,636.67 | Kenneth B Dungey | | 1 Le Champ de la Cour | | | St Denis L | 50450 | FR |
| 10933 | $3,939.65 | ABC Disposal Service Inc | | 1245 Shawmut Ave | | | New Bedford | MA | 02745-0000 | USA |
| 10866 | UNLIQUIDATED | ABOUREMELEH, HASHEM | | 15029 ENDICOTT ST | | | SAN LEANDRO | CA | 94579-0000 | USA |
| 10944 | $599.98 | ACEVEDO, MICHAEL MARCELINO | | 1220 APPIAN WAY | | | MORGAN HILL | CA | 95037-0000 | USA |
| 11326 | $200.00 | Adam W Lucas | | 249 Old County Rd | | | Franconia | NH | 03580 | USA |
| 11078 | $100.00 | Adams, Carol F | | 11703 Clara Way | | | Fairfax Station | VA | 22039 | USA |
| 11336 | $38,920.00 | AG & G Realty LLC | Matt Giarrusso | 21 Mill St | | | Johnston | RI | 02919 | USA |
| 10975 | UNLIQUIDATED | Agne, Delores J | | 3539 George Rd | | | Wisconsin Rapids | WI | 54495 | USA |
| 10966 | $15,000.00 | AGUILAR, ANGEL | | 8823 BARTON AVE | | | FRESNO | CA | 93720 | USA |
| 11388 | $195.42 | AHMED, SAFIUDDIN | | 1667 ROSALIND AVE | | | ELMONT | NY | 11003-0000 | USA |
| 11182 | $236.93 | ALBEMARLE COUNTY SERVICE AUTHORITY | | 168 SPOTNAP RD | | | CHARLOTTESVILLE | VA | 22911-8690 | USA |
| 11075 | $10,950.00 | ALEXANDER, MICHAEL | | 3313 KENSINGTON | | | RICHMOND | VA | 23221 | USA |
| 11086 | $40,000.00 | ALEXANDER, MICHAEL | | 3313 KENSINGTON | | | RICHMOND | VA | 23221 | USA |
| 11101 | $412.75 | ALEXANDER, MICHAEL | | 3313 KENSINGTON | | | RICHMOND | VA | 23221 | USA |
| 10900 | $566.00 | Alva, David James | | 22 Wolf Trapp | | | Pittsford | NY | 14534-0000 | USA |
| 11276 | $27.30 | Alvis Sherrod Ashford | | 2039 Bethany Trace Ln | | | Winston Salem | NC | 27127 | USA |
| 11228 | $1,096.48 | Amedeo Zarrelli | | 65 Fox St | | | Gloversville | NY | 12078 | USA |
| 11087 | $730,205.24 | AMERICAN POWER CONVERSION CORP | | 5081 COLLECTIONS CTR DR | | | CHICAGO | IL | 60693 | USA |
| 11194 | UNLIQUIDATED | Amit Parikh | Amit N Parikh | 1159 Colt Ln | | | S Lyon | MI | 48178 | USA |
| 11195 | UNLIQUIDATED | Amit Parikh | | 1159 Colt Ln | | | S Lyon | MI | 48178 | USA |
| 10913 | $117.11 | ANDERSON, GARRETT | | 7555 SOUTH UTICA DR NO 221 | | | LITTLETON | CO | 00008-0128 | USA |
| 10913 | $117.11 | ANDERSON, GARRETT | Garrett Anderson | 10200 Park Meadows Dr No 2933 | | | Lonetree | CO | 80124-0000 | USA |
| 11205 | $215.00 | ANDY DOMINGUEZ | DOMINGUEZ ANDY | 2119 BORDEAUX AVE | | | STOCKTON | CA | 95210-3225 | USA |
| 11396 | $7,000.00 | ANGEL, MIKE | | 8450 E YARROW | | | ROSEMEAD | CA | 91770 | USA |
| 11169 | $741.67 | Angela Johnson | | 110 Lipscomb St | | | Richmond | VA | 23224 | USA |
| 11395 | $1,162.86 | Angeles, Julio Cesar | | 16032 Blackwood St | | | La Puente | CA | 91744 | USA |
| 11235 | UNLIQUIDATED | Anh N Hoang Rollover IRA TD Ameritra Inc Custodian | | 9101 Bowling Green Dr | | | Frederick | MD | 21704 | USA |
| 11422 | $600.00 | Anika Augustin | | 472 E Evanston Cir | | | Ft Lauderdale | FL | 33312 | USA |
| 11233 | $609.92 | Anna Fraustro | Anna Fraustro | 1200 Shakleford Circle | | | Cedar Hill | TX | 75104 | USA |
| 11187 | $44.00 | Anna Kwok Shukhan | | 5 Patton Dr | | | Ardmore | PA | 19003 | USA |
| 11189 | $44.00 | Anna S Kwok | | 5 Patton Dr | | | Ardmore | PA | 19003 | USA |
| 11335 | $15,000.00 | ANOURACK, THANOUSINH | | 3935 NORTHERN OAK DR | | | CERES | CA | 95307 | USA |
| 11435 | $566.00 | Anthony D Sever | | 3 Croft Hill Rd | | | Poughkeepsie | NY | 12603 | USA |
| 11286 | $2,591.48 | Anthony Welton Miller Jr | | 27616 Sutherland | | | Southfield | MI | 48076 | USA |
| 11249 | UNLIQUIDATED | Antonio Marini | | 14352 Janine Dr | | | Whittier | CA | 90605-1539 | USA |
| 11401 | $369.39 | ANTWI III, MICHAEL K | | 216 MAPLE AVE | | | NORTH PLAINFIELD | NJ | 07060 | USA |
| 11338 | $189.00 | ARBOR SPRINGS WATER CO INC | | 950 ORCHARD | | | FERNDALE | MI | 48220 | USA |
| 11231 | $23.00 | ARIZONA CART RETRIEVAL | | 120 E PIERCE ST | | | PHOENIX | AZ | 85004 | USA |
| 11273 | $173,531.86 | Arizona Department of Revenue | Angela Encinas | Bankruptcy Litigation Section | 1600 W Monroe St | | Phoenix | AZ | 85007 | USA |

Circuit City Stores, Inc.

Eighth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 11067 | $1,317.84 | ARNI, WILLIAM E | | 4576 S SAVILLE CT | | | INDEPENDENCE | MO | 64055 | USA |
| 10972 | $4,956.89 | Arnulfo Arredondo | | 2012 Loop 20 | | | Laredo | TX | 78043 | USA |
| 10881 | $1,852.55 | Arrington, Toccoro | | 3017 Barton Ave | | | Richmond | VA | 23222-0000 | USA |
| 11413 | $14,375.64 | AUDIO TECHNICA | | 1221 COMMERCE | | | STOW | OH | 44224 | USA |
| 11055 | UNLIQUIDATED | Austin, Charles L | | 3136 SW 6th St | | | Des Moines | IA | 50315-0000 | USA |
| 11203 | $580.00 | AYON, JOSE | | 434 MARK AVE | | | WATSONVILLE | CA | 95076 | USA |
| 10931 | $612.81 | Ayoubi, Uzair Ahmed | | 9716 White Barn Way | | | Riverview | FL | 33569-0000 | USA |
| 11015 | $3,159.81 | Bailey, Bruce R & Selma Robbin Bailey JT | | 2220 Compton | | | Plano | TX | 75025-2466 | USA |
| 11512 | $126.03 | BAIRD, CINDY | | 824 ALDERBROOK CT | | | CROWN POINT | IN | 46307-2684 | USA |
| 11102 | UNLIQUIDATED | BALL, DIRLEY L | | 14029 ROCKBASKET PLACE | | | CHESTER | VA | 23836 | USA |
| 11103 | $29,050.00 | BALL, DIRLEY L | | 14029 ROCKBASKET PLACE | | | CHESTER | VA | 23836 | USA |
| 11104 | $34,675.00 | BALL, DIRLEY L | | 14029 ROCKBASKET PLACE | | | CHESTER | VA | 23836 | USA |
| 11105 | UNLIQUIDATED | BALL, DIRLEY L | | 14029 ROCKBASKET PLACE | | | CHESTER | VA | 23836 | USA |
| 11106 | UNLIQUIDATED | BALL, DIRLEY L | | 14029 ROCKBASKET PLACE | | | CHESTER | VA | 23836 | USA |
| 11415 | $133.45 | Baptiste, Jovany | | 16 Yuill Cir | | | Boston | MA | 02136-0000 | USA |
| 11170 | UNLIQUIDATED | Barbara Wilson & Sandra Woo | | 1389 Via Acta | | | Santa Maria | CA | 93455 | USA |
| 11007 | $2,335.00 | Barletta, Michael | | 307 Devon Dr | | | Johnstown | PA | 15904-0000 | USA |
| 10907 | $2,026.44 | BARROSO, GEORGE | | 13 LORRI RD | | | DERRY | NH | 03038-0000 | USA |
| 10907 | $2,026.44 | BARROSO, GEORGE | Barroso, George | | 28 Middlesex Pk | | Lowell | MA | 01851-0000 | USA |
| 11031 | $12,024.49 | BARROSO, GEORGE M | | 13 LORRI RD | | | DERRY | NH | 03038-0000 | USA |
| 11031 | $12,024.49 | BARROSO, GEORGE M | Barroso, George M | | 28 Middlesex Park | | Lowell | MA | 01857-0000 | USA |
| 11494 | $150.00 | BARRY W JONES | | 2217 ADMIRAL CIR | | | VA BEACH | VA | 23451 | USA |
| 11124 | $536.09 | Bazilet, Sandra | | 555 W Middlefield Rd Apt N 108 | | | Mountain View | CA | 94043-0000 | USA |
| 11429 | $15,000.00 | BENDER, CRAIG P | | 457 EAST WATER ST | | | HUGHESVILLE | PA | 17737 | USA |
| 10883 | $15,000.00 | BENEVIDES, KERRIE A | | 285 EAST MAIN ST NO | | | NORTON | MA | 02766-0000 | USA |
| 11073 | $1,372.00 | BEVERLY, CORNELLA D | | 4912 LOVELLS RD | | | RICHMOND | VA | 23224 | USA |
| 11004 | $2,595.85 | Black, Henry Clay And Moira Black | | 3412 McKinley St NW | | | Washington | DC | 20015-2512 | USA |
| 11079 | $4,160.70 | Blais, Paul | | 195 Kearsarge St | | | Manchester | NH | 03102-0000 | USA |
| 11139 | $21.15 | Bonitto, Rebecca | | 2410 NW 47th Ave | | | Lauderhill | FL | 33313-0000 | USA |
| 11290 | $2,578.31 | BOULWARE, ROSA | | 522 CENTRAL AVE | | | LANCASTER | SC | 29720 | USA |
| 11424 | $5,107.00 | BOYER, CONNIE Y | | 11909 RUTGERS DR | | | RICHMOND | VA | 23233 | USA |
| 10994 | $2,200.00 | Braymiller, Ken | | 8 Heritage Wood Ct | | | Rochester | NY | 14615-0000 | USA |
| 11311 | $1,600.58 | BRECHLER, BERT C | | 628 AVE I | | | BOULDER CITY | NV | 89005 | USA |
| 11438 | $46.99 | Brian D Lee Bowens | | 42 Cinnamon Ridge Cir | | | Middleboro | MA | 02346 | USA |
| 10926 | $301.98 | Brito, Alexander | | 8415 SW 107 Ave Apt | | | Miami | FL | 33173-0000 | USA |
| 11217 | $500,000.00 | Brown, Brian | c o Charles D Whelan III | 114 Bayard St | | | New Brunswick | NJ | 08901 | USA |
| 10969 | $1,530.67 | Brown, Charles V | | 12392 Eastline Rd | | | Trenton | TX | 75490 | USA |
| 10890 | $2,232.00 | BROWN, JULIE A | | 126 LA FAYETTE DR | | | RIVERDALE | GA | 30296-0000 | USA |
| 11482 | $9,225.00 | Brownsberger, Dorothy J | c o Walter L Brownsberger | 15015 Melrose | | | Overland Park | KS | 66221 | USA |
| 11121 | $747.30 | Burciu, Viorel | | 2213 Millcreek Dr | | | Modesto | CA | 95351-0000 | USA |
| 10988 | UNLIQUIDATED | Burowski, Raymond C | | 4203 Chatham Cir | | | Aston | PA | 19014-0000 | USA |
| 10912 | $1,512.00 | BUTT, MUHAMMAD MUTEHIR | | 1415 STANBRIDGE PL | | | VIENNA | VA | 22182-000 | USA |
| 10951 | $91.88 | Cappelen, Ryan | | 1209 N Victoria Pk Rd Apt North | | | Ft Lauderdale | FL | 33304-0000 | USA |

First Class Mail

Circuit City Stores, Inc.

Eighth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 11185 | $50.00 | Carl O Dawson | | 904 B Yellowwood Ct | | | Albuquerque | NM | 87116 | USA |
| 11208 | $49.09 | CARLBERG, SOREN | | 10525 235TH PL SW | | | EDMONDS | WA | 98020 | USA |
| 10896 | $401.63 | Carnavale, Dylan | | 21 Girton Pl | | | Rochester | NY | 14607-0000 | USA |
| 10941 | $26.80 | CARNESECCHI, JOE | | 546 S CEDAR ST | | | PALATINE | IL | 60067-0000 | USA |
| 11096 | $56.25 | CARNESECCHI, JOE | | 546 S CEDAR ST | | | PALATINE | IL | 60067 | USA |
| 11236 | $1,354.23 | CAROLINA, RODRIGUEZ | | 1851 TRIESTE WAY | | | SAN JOSE | CA | 95122-0000 | USA |
| 11447 | $38,437.06 | CENVEO | Kathleen Cald Credit Manager | PO BOX 536900 | | | ATLANTA | GA | 30353-6900 | USA |
| 11331 | UNLIQUIDATED | Channah, Khurshid | | 20 E 9th St Apt 14 O | | | New York | NY | 10003 | USA |
| 11266 | $25,841.56 | Charlie Kalu | | 11228 Lake Overlook Pl | | | Bowie | MD | 20721 | USA |
| 10964 | $13,540.00 | CHICAGOLAND WIRING INC | PUGA JOHN | CHICAGOLAND WIRING | 309 PLUM ST | | AURORA | IL | 60605 | USA |
| 11023 | $552.96 | Chinnici Jr, James A | | 2251 Pimmit Dr No | | | Falls Church | VA | 22043-0000 | USA |
| 11347 | $504.00 | CHRISTENSON, MATT | | 7235 BONNIE DR | | | LAKEWOOD | IL | 60014 | USA |
| 10977 | $48.75 | Christopher A Lugo | | 1210 Mormon Dr | | | Las Cruces | NM | 88011 | USA |
| 11507 | $149.99 | CHRISTY GILCHRIST | | PO BOX 572 | | | NORTH SPRINGFIELD | VT | 05150 | USA |
| 10962 | $3,500.00 | Chung, Thomas P | | 258 Whittier St | | | Daly City | CA | 94014 | USA |
| 11301 | $127.63 | CHURCH, RYAN JAMES | | 4000 RIGBY RD | | | CRYSTAL LAKE | IL | 60012 | USA |
| 11377 | $400.00 | Clarence A Cuffee Jr | | 619 Alberthas Dr | | | VA Beach | VA | 23452 | USA |
| 11056 | $695.00 | Coast Dumpster Service | | 103 Victoria Ln | | | Aptos | CA | 95003-0000 | USA |
| 11393 | $745.97 | Cobbs, Annie J | | 3024 Montrose Ave | | | Richmond | VA | 23222 | USA |
| 11499 | $8,213.66 | COLLEGE STATION UTILITIES TX | | P O BOX 10230 | | | COLLEGE STATION | TX | 77842-0230 | USA |
| 10882 | $269.27 | COLOCHO, CARLOS ALFREDO | | 255 GARDEN ST | | | EAST PALO ALTO | CA | 94303-0000 | USA |
| 10882 | $269.27 | COLOCHO, CARLOS ALFREDO | Colocho, Carlos Alfred | | 947 Junipero Ave | | Redwood City | CA | 94061-0000 | USA |
| 11350 | $2,185.75 | COLUMBIA DAILY HERALD | | CRAIG DUNCAN | 1115 S MAIN ST | | COLUMBIA | TN | 38402 | USA |
| 11443 | $280,246.39 | CON EDISON SOLUTIONS | | 701 Westchester Ave Ste 300E | | | White Plains | NY | 10604 | USA |
| 11443 | $280,246.39 | CON EDISON SOLUTIONS | Con Edison Solutions | | PO BOX 223246 | | Pittsburgh | PA | 15251-2246 | USA |
| 11462 | $550.00 | CONTRERAS, MARISOL | | 4505 MILLBROOK WAY | | | BAKERSFIELD | CA | 93313 | USA |
| 10920 | $842.42 | COOPER, ROBIN T | | 3529 ISABELLA DR | | | MODESTO | CA | 95355-0000 | USA |
| 11516 | $169.33 | COWAN, GREGORY | | 1820 FLORENCE VISTA BLVD | | | ORLANDO | FL | 32818-8961 | USA |
| 11503 | $246.54 | CULLIGAN | | 819 KIMBALL AVE | | | GRAND JUNCTION | CO | 81501 | USA |
| 11314 | $15,000.00 | CUSTODIO, MARK | | 15 POPLAR ST | | | PORT JEFFERSON STATION | NY | 11776 | USA |
| 11502 | $140.45 | DAMOAH, ERNEST OFORI | | 2682 SOUTH ROSYLN 202 | | | DENVER | CO | 80231 | USA |
| 10939 | UNLIQUIDATED | Dan Dec, Estate of Rose & Sam Dan Dec | Norman Molberger | Admin of the Estate of Rose Dan | 163 W 17th St No 2C | | New York | NY | 10011-0000 | USA |
| 10971 | $1,581.80 | Das, Saumya | | 42112 Tanzanite Ter | | | Stone Ridge | VA | 20105 | USA |
| 11224 | $378.89 | DATUS, ELDYNN | | 4653 POSEIDON | | | LAKE WORTH | FL | 33463-0000 | USA |
| 11224 | $378.89 | DATUS, ELDYNN | Ross, Eldynn | | 3779 Sandpiper Dr | Apt 7 | Boynton Beach | FL | 33436 | USA |
| 10871 | UNLIQUIDATED | David F Sinton | | 6629 Canal Rd | | | Melbourne | FL | 32904-0000 | USA |
| 11372 | $1,417.49 | Dean Fedewa & Yi Zhu | | 52 John Olds Dr No | | | Manchester | CT | 06042 | USA |
| 11114 | $572.40 | DeGroat, Adam | | 1145 NE 17th Ter | | | Fort Lauderdale | FL | 33304-0000 | USA |
| 11358 | UNLIQUIDATED | Dereck Carrington | | 5051 Bathurst Rd | | | Richmond | VA | 23234 | USA |
| 11467 | $294.49 | DES MARAIS, MARIA | | PO BOX 75486 | | | COLORADO SPRINGS | CO | 80970 | USA |
| 11469 | $94.99 | DES MARAIS, MARIA | | PO BOX 75486 | | | COLORADO SPRINGS | CO | 80970 | USA |

First Class Mail

Circuit City Stores, Inc.
Eighth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 11478 | $213.74 | DES MARAIS, MARIA | | PO BOX 75486 | | | COLORADO SPRINGS | CO | 80970 | USA |
| 11191 | $2,800.00 | DESANTIS, FABIANNA | | 2580 CHESTNUT | | | POMONA | CA | 91766 | USA |
| 11191 | $2,800.00 | DESANTIS, FABIANNA | Fabianna DeSantis Hernandez | | 5452 Golondrina Dr | | San Bernardino | CA | 92404 | USA |
| 11330 | $2,422.09 | Devon Brown | | 5771 Vancourt | | | Detroit | MI | 48210 | USA |
| 11511 | $136.07 | DILIWIN DINOY | | 1212 VINE ST | | | WATERVLIET | NY | 12189 | USA |
| 11369 | $20.00 | DiPietro, Alfonso G | | 340 Penny Rd | | | Beulaville | NC | 28518 | USA |
| 11316 | $100,000.00 | Disney, Rachel | | 5803 Landon Creek Ln | | | Katy | TX | 77449 | USA |
| 11201 | $1,979.00 | DOMINGUEZ, ANDY | | 2119 BORDEAUX AVE | | | STOCKTON | CA | 95210 | USA |
| 11275 | $111.08 | Dominic Lewis | | 42 Running Brooke Dr | | | Windsor Mills | MD | 21244 | USA |
| 10906 | $2,098.78 | Dominion East Ohio Gas | Attn Revenue Recovery 18th Fl | PO Box 26666 | | | Richmond | VA | 23261-0000 | USA |
| 10905 | $330.58 | Dominion Hope | Attn Revenue Recovery 18th Fl | PO Box 26666 | | | Richmond | VA | 23261-0000 | USA |
| 10904 | $951.27 | Dominion Peoples | Attn Revenue Recovery 18th Fl | PO Box 26666 | | | Richmond | VA | 23261-0000 | USA |
| 11430 | $5,799.00 | Donnie G Ingram | | 4249 Stanley Dr | | | Powder Sprgs | GA | 30127 | USA |
| 11020 | $2,500.00 | DOWDY, WELLFORD P | | 4200 HAUPTS LANE | | | RICHMOND | VA | 23231-0000 | USA |
| 11070 | $31,000.00 | DOWNEY, FELICIA H | | 2612 N SKIPWITH RD | | | RICHMOND | VA | 23294 | USA |
| 11433 | $2,418.64 | Downtown Disposal Service Inc | | 12815 S Homan Ave | | | Blue Island | IL | 60406 | USA |
| 11431 | $24,604.30 | DTE Energy Detroit Edison & MichCon | DTE Energy | 3200 Hobson St Lower Level | | | Detroit | MI | 48201-2927 | USA |
| 11173 | UNLIQUIDATED | Duane Frederick Roettjer or Regina A Roettjer | | 1159 Durango Pt | | | Hugo | MN | 55038 | USA |
| 10955 | $50,000.00 | DUFFY, CHARLES | | 8236 NW 100TH | | | OKLAHOMA CITY | OK | 73162-0000 | USA |
| 10955 | $50,000.00 | DUFFY, CHARLES | Duffy, charles | c o R Robyn Assat | 4312 Classon Blvd | | Oklahoma City | OK | 73118-0000 | USA |
| 11192 | $10,000.00 | DUPRAS LOISELLE, JOSEPH ROBERT | | 54 RIVER RD | | | TYNGSBORO | MA | 01879 | USA |
| 11008 | $1,527.85 | Edward M Kaply Irene Kaply | | 6420 Mariana Dr | | | Parma Heights | OH | 44130-0000 | USA |
| 11016 | $1,563.46 | Ekeanyanwu, John | | 623 S Mississippi St | | | Little Rock | AR | 72205-0000 | USA |
| 11498 | $2,505.79 | ELISA B JACKSON | | 2405 SPENCERS WAY | | | STONE MTN | GA | 30087 | USA |
| 11258 | $3,465.83 | Elizabeth & Matthew De Laney | | 7 Wedgewood Lane | | | Morristown | NJ | 07960 | USA |
| 11297 | $7,028.00 | ELKHART TRUTH, THE | | TRUTH PUBLISHING COMPANY INC | P O BOX 487 | | ELKHART | IN | 46515 | USA |
| 10873 | $309.99 | ELSTER, STEVE | | 620 TEAK COURT | | | WALNUT CREEK | CA | 94598-0000 | USA |
| 11199 | $1,652.00 | Emmanuel Tan | | 7499 Morning Crest Pl | | | Rch Cucamonga | CA | 91739 | USA |
| 11320 | $1,305.69 | ENGLE, PRESTON D | | 5576 WOODLAND | | | DOUGLASVILLE | GA | 30135 | USA |
| 11123 | $195.12 | Esfandiari, Mehdi | | 5811 Belt Line Rd No | | | Dallas | TX | 75254-0000 | USA |
| 10992 | $1,560.00 | Esteves, Diogo | | 1757 Fawn Creek Cove | | | Orlando | FL | 32824-0000 | USA |
| 11113 | $1,049.40 | Eubanks, Felicia | Felicia A Eubanks | 7568 NW 31st Pl | | | Hollywood | FL | 33024-0000 | USA |
| 11366 | $2,267.95 | Fallon, James | | 203 Irish Hill Rd | | | E Berne | NY | 12059 | USA |
| 11518 | $3,665.77 | FASTSIGNS | | 8707 W BROAD ST | | | RICHMOND | VA | 23294 | USA |
| 11383 | $119.92 | Feltz, Rebecca | | 10 Toni Trails | | | Fenton | MO | 63026 | USA |
| 11006 | $9,231.84 | Feng, Jialin & Yin Zhang | Jialin Feng | 2627 Oakton Glen Dr | | | Vienna | VA | 22187-0000 | USA |
| 11198 | UNLIQUIDATED | Fernandez Elanie | | 2908 Hollister Ave | | | Los Angeles | CA | 90032 | USA |
| 10990 | $192.44 | Ferro, Daniel Antonio | | 14760 SW 156 St | | | Miami | FL | 33187-0000 | USA |
| 11197 | $11,399.48 | FIRST BAPTIST CHURCH OF SUNRISE | | 6401 SUNSET STRIP | | | SUNRISE | FL | 33313 | USA |
| 11243 | $300.87 | FLAH, RICHARD | | 18577 SE HERITAGE OAKS LN | | | JUPITER | FL | 33469-1436 | USA |
| 11005 | $1,604.86 | FLEISCHMAN, DANIEL B | | 4609 31ST AVE | | | NEW BRIGHTON | PA | 15066 | USA |

First Class Mail

Circuit City Stores, Inc.
Eighth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 11226 | $3,065.27 | FM THOMAS AIR CONDITIONING | | 231 GEMINI AVE | | | BREA | CA | 92821 | USA |
| 11019 | $15,000.00 | FOLEY, F MICHELLE | | 1435 NATURAL | | | HARRISONBURG | VA | 22801 | USA |
| 11019 | $15,000.00 | FOLEY, F MICHELLE | Foy, Michelle | | 84 Dodson Rd | | Bassett | VA | 24055-0000 | USA |
| 10879 | $400.00 | Fontenot, Kyle | | 6355 Capitol St | | | Groves | TX | 77619-0000 | USA |
| 11307 | $1,973.99 | Forgey, Richard | | 8195 Smith Mill Ln | | | Bridgewater | VA | 22812-2913 | USA |
| 11120 | $847.87 | Fouts, Nathan D | | 2278 D Hodge Rd | | | Cottonwood | AL | 36320-0000 | USA |
| 11432 | $1,073,069.75 | Fox Broadcasting Company & Fox Cable Network Services LLC and its affiliates | Paul J Laurin Esq | Laurin & Assocs | 280 S Beverly Dr Ste 304 | | Beverly Hills | CA | 90212 | USA |
| 11300 | UNLIQUIDATED | FOX, TED | | 5963 WATCHER ST | | | BELL GARDENS | CA | 90201 | USA |
| 11300 | UNLIQUIDATED | FOX, TED | Fox, Ted | | PO Box 3011 | | Bell Gardens | CA | 90202 | USA |
| 11471 | $12.99 | FRANCKE, GENE R | | 2524 FALKIRK DR | | | RICHMOND | VA | 23236 | USA |
| 11009 | $681.59 | Franco, Christopher Manuel | | 5647 Repetto Ave | | | Los Angeles | CA | 90022-0000 | USA |
| 11229 | $250.00 | Frederick R Larson | | 43940 Riverpoint Dr | | | Lansdowne | VA | 20176-8200 | USA |
| 11145 | $398.93 | Frisone, Matt | | 8704 53rd Pl W | | | Mukilteo | WA | 98275-0000 | USA |
| 10929 | $2,032.95 | Fuller, Mary D | | 6 Higby Rd | | | Johnson City | NY | 13790-0000 | USA |
| 11151 | $1,253.92 | Gail M Moore | Gail M Moore | 3807 Larchmont Ln | | | Richmond | VA | 23224 | USA |
| 11014 | $5,750.00 | GAITHER, MAKESI | | c o 839 S LA BREA | | | INGLEWOOD | CA | 90301-0000 | USA |
| 11065 | $2,320.00 | GARIB, VIJAY | | 317 SKY VALLEY ST | | | CLERMONT | FL | 34711 | USA |
| 11365 | $2,107.00 | Gary Mendoza | | 448 Alturas Ave | | | Stockton | CA | 95207-2704 | USA |
| 11312 | $4,021.51 | Gayle, Ismay I Tucker | Ismay Gayle | 1242 Summerstone | | | Austell | GA | 30168 | USA |
| 11288 | UNLIQUIDATED | Gerald P Sterner | | 1812 Hatfield Rd | PO Box 10 | | Huntingtown | MD | 20639 | USA |
| 11490 | $669.52 | GETTYSBURG TIMES | | 1570 FAIRFIELD RD | PO BOX 3669 | | GETTYSBURG | PA | 17325 | USA |
| 11394 | $5,601.00 | Ghiza, Ion | | 8120 Moro St | | | Philadelphia | PA | 19136 | USA |
| 11341 | $38,920.00 | Giarrusso, Leonardo & Rosa Giarrusso | | 21 Mill St | | | Johnston | RI | 02919 | USA |
| 11109 | $521.40 | GIERMAN, GRANT C | | 1722 GREYSTONE TRACE SE | | | CONYERS | GA | 30013-0000 | USA |
| 11211 | $168.61 | GIESING, AARON | | 28019 GLASSER AVE | | | CANYON COUNTRY | CA | 91351-0000 | USA |
| 11489 | $900.00 | GIRAUDY LOPEZ, INGRID M | | CALLE ERNESTO VIGOREAUX 404 | APT 3 | | SAN JUAN | PR | 00915 | USA |
| 11250 | UNLIQUIDATED | Gladys S Cartwright | | 6952 Bone Creek Dr | | | Fayetteville | NC | 28314 | USA |
| 11030 | $864.13 | GLASS, JOHN HAROLD | | 5702 GARDNER CT | | | TAMPA | FL | 33634 | USA |
| 11322 | $982.98 | Glen D Webster | | PO Box 7751 | | | Phoenix | AZ | 85011 | USA |
| 11038 | $7,550.00 | Glickman, Bernice | | 617 Hamilton Ave | | | Bethlehem | PA | 18017-0000 | USA |
| 10947 | $2,362.14 | GONZALEZ, ROGER | | 825 E ALGROVE ST | | | COVINA | CA | 91723 | USA |
| 10898 | $1,076.98 | Goz, Ibrahim | | 11 Reddick Ln | | | Rocheter | NY | 14624-0000 | USA |
| 10897 | $317.44 | Goz, Kadir | | 11 Reddick Ln | | | Rochester | NY | 14624-0000 | USA |
| 11292 | $6,149.95 | GRAVITT, CHRISTOPHER S | | 10109 FALCONBRIDGE DR | | | RICHMOND | VA | 23238 | USA |
| 11064 | $2,080.00 | GRAVITT, SHANNON A | | 10109 | | | RICHMOND | VA | 23238 | USA |
| 11206 | $2,699.98 | GUARTOFIERRO, JOHN | | 9255 SHORE RD AP | | | BROOKLYN | NY | 11209 | USA |
| 10965 | $63.58 | Habib, Mohamed | | 512 Hawkeye Ct | | | Iowa City | IA | 52246-0000 | USA |
| 10876 | $1,000,000.00 | HAGGERTY, BETTY | | 637 78TH ST | | | BROOKLYN | NY | 11209-0000 | USA |
| 11305 | $332.20 | Haley, Rachel | | 6203 Jan Ct | | | Cedar Hill | MO | 63016 | USA |
| 10960 | $147.40 | Hansen, Julie | | 1473 N 150 E | | | Centerville | UT | 84014 | USA |
| 11164 | UNLIQUIDATED | Harris Denise Lee | | 300 Cedar Ln | | | Annapolis | MD | 21403 | USA |
| 11062 | UNLIQUIDATED | Harvey, Veronda L | | 2926 Muncie Rd | | | Richmond | VA | 23223-0000 | USA |
| 11346 | $1,446.09 | HASTINGS, ADAM | | 2227 AUTUMN OAKS | | | POWHATAN | VA | 23139 | USA |
| 11053 | $990.00 | HAWLEY SWEEPING COMPANY INC | | 30 GERMANTOWN RD | | | DANBURY | CT | 06810-0000 | USA |
| 10875 | $730.74 | Heeter, Mariah T | | 6 Elizabeth Dr | | | Merrimack | NH | 03054-0000 | USA |
| 10878 | $804.46 | HEGAMYER, FAITH A | | 1200 VIRGINIA AVE | | | GLEN ALLEN | VA | 23060-0000 | USA |
| 11323 | $1,610.42 | Helen Pocsidio | | 21306 Richland Ave | | | Oakland Gardens | NY | 11364 | USA |

Circuit City Stores, Inc.
Eighth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 11135 | UNLIQUIDATED | Hendley, M Jo | c o Frances L Langstaff POA | 4 Bobby Parker Pl | | | Durham | NC | 27703-0000 | USA |
| 10930 | $184,201.20 | HERITAGE TRAVELWARE LTD | | 430 KIMBERLY DR | | | CAROL STREAM | IL | 60188 | USA |
| 11138 | $596.92 | Hernandez, Rolando | | 380 68th St | | | South Haven | MI | 49090-0000 | USA |
| 11522 | $6,950.00 | HERON, SHAVANNA | | 949 EAST 106 ST | | | BROOKLYN | NY | 11236 | USA |
| 11052 | $1,997.19 | Herrera, Juan | | 2104 E Nord St | | | Compton | CA | 90222-0000 | USA |
| 11390 | $7.60 | Hesano, Sammy & Iman Hesano | | 8673 N Lilly Rd | | | Canton | MI | 48187 | USA |
| 10928 | $10,950.00 | Hess, Douglas S | | 2409 Incline Ct | | | Goochland | VA | 23063-0000 | USA |
| 11487 | $5,288.40 | Highsmith, Diana N | | 8319 Chelmford Rd | | | Richmond | VA | 23235 | USA |
| 11035 | $10,000.00 | Hilton, Natalia | | 3525 Wheat Dr | | | Beaumont | TX | 77706-0000 | USA |
| 11036 | $33,470.76 | Hilton, Natalia | | 3525 Wheat Dr | | | Beaumont | TX | 77706-0000 | USA |
| 11058 | $5,000.00 | Hilton, Natalia | | 3525 Wheat Dr | | | Beaumont | TX | 77706-0000 | USA |
| 11057 | $5,000.00 | Holbrook, Ty | | 5915 Crockett | | | Lumberton | TX | 77657-0000 | USA |
| 11074 | $11,754.33 | Holbrook, Ty | | 5915 Crockett | | | Lumberton | TX | 77657-0000 | USA |
| 10868 | $1,000,000.00 | HOLLOMAN, LATIA | JAY P HOLLAND AT JOSEPH GREENWALD & LAAKE P A | 6404 IVY LANE SUITE 400 | | | GREENBELT | MD | 20770-0000 | USA |
| 11505 | $80.00 | HOLLY AMALFITANO | | 50 COLONIAL AVE | | | CRANSTON | RI | 02910 | USA |
| 11072 | $200.00 | HORN, ANTHONY GLYNN | | 3800 ALBERTA DR | | | FREDERICKSBURG | VA | 22408 | USA |
| 11060 | $5,000.00 | Howe, David & Charlene | | 8050 Resurrection Dr | | | Anchorage | AK | 99504-0000 | USA |
| 11045 | $250.00 | HUSE, GREEN | | 1600 FAIRVIEW ST | | | BERKELEY | CA | 94703-0000 | USA |
| 11280 | $34,632.48 | JACK K RICHARDSON | | 310 WINTERHAM DR | | | ABINGDON | VA | 24211 | USA |
| 11150 | $3,618.03 | Jackson & Cynthia Holland | Jackson & Cynthia Holland | PO Box 307 | | | Galvin | WA | 98544 | USA |
| 10950 | $520.70 | Jackson, Daniel W & Melinda F | | 11308 Falls of Nense Rd | | | Raleigh | NC | 27614-0000 | USA |
| 11291 | $288.00 | JACQUET, RAPHAEL | | 210 W LEMON AVE | 12 | | MONROVIA | CA | 91016 | USA |
| 10946 | $1,250.00 | JAMGOCHIAN, HAROUT | | 38600 LOUISE LANE | | | PALMDALE | CA | 93551-0000 | USA |
| 10963 | $15,000.00 | JAMGOCHIAN, HAROUT | | 38600 LOUISE LANE | | | PALMDALE | CA | 93551-0000 | USA |
| 10887 | $1,520.00 | Jankowski, Raymond M | | 31 Lee | | | Irvine | CA | 92620-0000 | USA |
| 11492 | UNLIQUIDATED | JARRETT, LASHWAN DUPREE | | 14 WEBSTER PL | | | EASTORANGE | NJ | 07018 | USA |
| 11492 | UNLIQUIDATED | JARRETT, LASHWAN DUPREE | LASHAWN D JARRETT | 724 W PHIFER ST | | | MONROE | NC | 28110 | USA |
| 11405 | $222.75 | JARVIS, JAMES ADAM | | RT 2 BOX 185 D | | | ONA | WV | 25545 | USA |
| 11013 | $4,604.16 | JAYASINGHE, LALITH S | | 4111 LIONS GATE | | | DOUGLASVILLE | GA | 30135 | USA |
| 10979 | $439.99 | Jeffrey Marmol | | 124 Sterling Ave 2nd Fl | | | Jersey City | NJ | 07305 | USA |
| 11446 | $2,422.98 | Jenna L Fuhrman Roth IRA | Patrick Darby | Bradley Avant Boult Cummings LLP | 1819 Fifth Ave North | | Birmingham | AL | 35203 | USA |
| 11446 | $2,422.98 | Jenna L Fuhrman Roth IRA | Jenna L Fuhrman Roth IRA | c o David Fuhrman | 1230 Crown Pointe Blvd | | Tuscaloosa | AL | 35406 | USA |
| 11398 | $28,498.15 | Jenna L Fuhrman UTMA AL | Patrick Darby | Bradley Avant Boult Cummings LLP | 1819 Fifth Ave North | | Birmingham | AL | 35203 | USA |
| 11398 | $28,498.15 | Jenna L Fuhrman UTMA AL | Jenna L Fuhrman UTMA AL | c o David Fuhrman | 1230 Crown Pointe Blvd | | Tuscaloosa | AL | 35406 | USA |
| 11279 | $144.68 | JENNIFER M ROLAND | | 3910 BRAZILNUT AVE | | | SARASOTA | FL | 34234 | USA |
| 11178 | $1,200.00 | Jerry W Kestner | | 2241 Mt Vernon St | | | Waynesboro | VA | 22480 | USA |
| 11510 | $70.31 | JESKE, KALA EVE | | 5185 BRITTEN RD | | | BRYAN | TX | 77807 | USA |
| 11171 | $319.11 | Jessica Swearingen | | 141 N Lake St | | | Lake Mary | FL | 32746 | USA |
| 11348 | $550.00 | JOE COLON STUDIO | | CALLE LABRA 150 A | | | SAN JUAN | PR | 00907 | USA |
| 11420 | $277.50 | John Kevin McCall | | 306 Tallasa Dr | | | Warner Robins | GA | 31088 | USA |
| 11439 | $552.00 | John Matysiak | | 2860 Berwick Ct | | | Brookfield | WI | 53045 | USA |

First Class Mail

Circuit City Stores, Inc.
Eighth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 11403 | $28,595.90 | John Michael Fuhrman UTMA AL | Patrick Darby | Bradley Avant Boult Cummings LLP | 1819 Fifth Ave North | | Birmingham | AL | 35203 | USA |
| 11403 | $28,595.90 | John Michael Fuhrman UTMA AL | John Michael Fuhrman UTMA AL | c o David Fuhrman | 1230 Crown Pointe Blvd | | Tuscaloosa | AL | 35203 | USA |
| 11179 | $949.99 | John Omann | | 1205 7th Ave N | | | Sartell | MN | 56377 | USA |
| 11411 | $1,388.34 | JOHN TURNER CONSULTING INC | | 19 DOVER ST | | | DOVER | NH | 03820 | USA |
| 11130 | $16,644.00 | Johnson, Joyce A | | 2657 Wingfield Rd | | | Norfolk | VA | 23518-0000 | USA |
| 11340 | $471.24 | Johnston, Christopher | | 1205 Privet Dr Unit 1 | | | Salt Lake City | UT | 84121 | USA |
| 11048 | $2,083.00 | Joines, Charles R | | PO Box 306 | | | Sparta | NC | 28675-0000 | USA |
| 11196 | $500.00 | Jonathon Adams | | 1305 Harrison Glen Ln | | | Knoxville | TN | 37922 | USA |
| 11381 | $2,864.00 | Jones, Linda | | 2035 Live Oak St | | | Beaumont | TX | 77703 | USA |
| 11382 | $2,053.72 | Jones, Linda | | 2035 Live Oak St | | | Beaumont | TX | 77703 | USA |
| 11414 | $17,750.00 | JONES, M JASON | | 5540 BARNSLEY | | | GLEN ALLEN | VA | 23059 | USA |
| 11416 | $6,776.00 | JONES, MICHELLE D | | 5540 BARNSLEY | | | GLEN ALLEN | VA | 23059 | USA |
| 10888 | $231.41 | JONES, PHOEBE | | 7301 WILDERNESS PARK DR | 201 | | WESTLAND | MI | 48185-0000 | USA |
| 10888 | $231.41 | JONES, PHOEBE | Jones, Phoebe | | 215 E Grand Blvd Apt No 5 | | Detroit | MI | 48207-0000 | USA |
| 10973 | $5,919.99 | Josefa Pena | | 2012 Loop 20 | | | Laredo | TX | 78043 | USA |
| 11497 | $1,300.00 | JOSEPH & LORI BUSS | | 7188 PERIWINKLE DR | | | MACUNGIE | PA | 18062 | USA |
| 11256 | $1,449.81 | Joseph Mejia | | 4650 NW 79th Ave Apt | | | Doral | FL | 33166 | USA |
| 11315 | $1,401.65 | JOSEPH, ROBERTO ANDRE | | 1268 MILLCREST WALK | | | CONYERS | GA | 30012 | USA |
| 11315 | $1,401.65 | JOSEPH, ROBERTO ANDRE | Roberto Andre Joseph | | 4924 River Overlook Way | | Lithonia | GA | 30038 | USA |
| 11181 | UNLIQUIDATED | Julia M Given Custodian for Margaret L Given UTMA | Julia M Given | 432 Ednam Dr | | | Charlottesville | VA | 22903 | USA |
| 11506 | $39.99 | JULIE M SLAVENS | | 1035 LONGWELL PL | | | INDIANAPOLIS | IN | 46240 | USA |
| 11234 | $430.00 | Junius Podrug | | 14 Barristers Walk | | | Dennis | MA | 02638 | USA |
| 11112 | $919.77 | Kalinovski, Michael John | Mike Kalinovski | 557 E Lafayette St | | | Norristown | PA | 19401-0000 | USA |
| 11209 | $2,000.00 | KALLERUP, KIMBERLY | | 1419 CLARENDON DR | | | WAYZATA | MN | 55391 | USA |
| 11054 | $271.84 | Kang, Young Huan | | 2 Enterprise No 8201 | | | Aliso Viejo | CA | 92656-0000 | USA |
| 11480 | UNLIQUIDATED | KANZEL, NEERU | | 11844 YOAKUM DR | | | FRISCO | TX | 75035 | USA |
| 11177 | UNLIQUIDATED | Karen Dillard | | 9210 51st Ave | | | College Park | MD | 20740 | USA |
| 11018 | $3,000.00 | KASSI, HORST | | 3825 SCHOOLHOUSE RD UNIT3 | | | FORT MYERS | FL | 33916 | USA |
| 11248 | $1,925.98 | Kevin Everette | | 6604 Bowman Hill Rd | | | Gwynn Oak | MD | 21207 | USA |
| 11248 | $1,925.98 | Kevin Everette | Kevin Everette | | 1929 Beechwood Ave | | Baltimore | MD | 21207 | USA |
| 11257 | $172.93 | Kevin Mark | | 12426 Locustgrove Rd | | | Richmond | VA | 23238 | USA |
| 10925 | $37.32 | KO, CHANSUNG | | 2070 WATERFORD DR | | | LANCASTER | PA | 17601-5458 | USA |
| 11436 | $425.00 | KOIN TV INC | | 222 SW COLUMBIA ST | | | PORTLAND | OR | 97201 | USA |
| 11029 | UNLIQUIDATED | Koll, Paul M | | PO Box 18796 | | | Atlanta | GA | 31126-0000 | USA |
| 11218 | $7,029.50 | KPLR Television | c o Szabo Associates Inc | 3355 Lenox Rd NE 9th Fl | | | Atlanta | GA | 30326-0000 | USA |
| 11283 | $99,895.00 | Kraig Keller | | 638 Polo Woods Dr | | | Cincinnati | OH | 45244 | USA |
| 11259 | $1,513.58 | KRAKOWSKI, WALTER J | | 6027 ALLYN RD | | | HIRAM | OH | 44234 | USA |
| 11136 | $15,000.00 | KRIEGER, BRIAN G | | 400 FULTON ST APT | | | FARMINGDALE | NY | 11735-0000 | USA |
| 10935 | $10,759.28 | KSAZ TV WHOLLY OWNED & OPERATED BY FOX TV STATIONS INC | | 511 W ADAMS ST | | | PHOENIX | AZ | 85003-0000 | USA |
| 10935 | $10,759.28 | KSAZ TV WHOLLY OWNED & OPERATED BY FOX TV STATIONS INC | KSAZ TV | | 5709 COLLECTION CENTER DR | | CHICAGO | IL | 60693-0000 | USA |
| 11097 | $986.25 | Kunath, Beverly T | | 4475 Hwy 59 | | | Keysville | VA | 23947 | USA |

First Class Mail

Circuit City Stores, Inc.
Eighth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 11069 | $7,496.04 | KUTP TV Wholly Owned and Operated by Fox TV Stations Inc | KUTP TV | 511 W Adams St | | | Phoenix | AZ | 85003 | USA |
| 11069 | $7,496.04 | KUTP TV Wholly Owned and Operated by Fox TV Stations Inc | KUTP TV | | 4466 COLLECTION CTR DR | | CHICAGO | IL | 60693 | USA |
| 11370 | $2,600.00 | Kyle Fontenot | | 6355 Capitol St | | | Groves | TX | 77619 | USA |
| 11355 | $256.62 | Kyle Kelley | | 1503 218th St SW | | | Lynnwood | WA | 98036 | USA |
| 11274 | $157.95 | Kyle Lenhoff | | 3910 E Cantrell St | | | Decatur | IL | 62521 | USA |
| 11484 | $250.00 | LAIRD, JAN E | | 543 WILLIS RD | | | FOUNTAIN INN | SC | 29644 | USA |
| 11337 | $793.25 | LAMBERT, JUSTIN | | 28 JUNE ST | | | NASHUA | NH | 03060 | USA |
| 11407 | $2,422.98 | Landon E Fuhrman Roth IRA | Patrick Darby | Bradley Avant Boult Cummings LLP | 1819 Fifth Ave North | | Birmingham | AL | 35203 | USA |
| 11407 | $2,422.98 | Landon E Fuhrman Roth IRA | Landon E Fuhrman Roth IRA | c o David Fuhrman | 1230 Crown Pointe Blvd | | Tuscaloosa | AL | 35406 | USA |
| 11406 | $28,954.70 | Landon E Fuhrman UTMA AL | Patrick Darby | Bradley Avant Boult Cummings LLP | 1819 Fifth Ave North | | Birmingham | AL | 35203 | USA |
| 11406 | $28,954.70 | Landon E Fuhrman UTMA AL | Landon E Fuhrman UTMA AL | c o Robert D Fuhrman | 1230 Crown Pointe Blvd | | Tuscaloosa | AL | 35406 | USA |
| 10915 | $10,950.00 | LASHER, LAURA L | | 431 MICHAUX VIEW TERRACE | | | MIDLOTHIAN | VA | 23113-0000 | USA |
| 11188 | $435.82 | LAUGHLIN, DANIEL | | 3012 Candice Ct | | | Simi Valley | CA | 93063-0000 | USA |
| 11188 | $435.82 | LAUGHLIN, DANIEL | Daniel Laughlin | | 15070 Galehouse Rd | | Doylestown | OH | 44230 | USA |
| 11426 | $509.75 | Lawrence Street Industry | | 4700 Lawrence St | | | Hyattsville | MD | 20781 | USA |
| 11047 | $1,200.98 | Lazarus, Howard | | 7508 Pine Knoll Cir | | | Prospect | KY | 40059-9208 | USA |
| 11325 | $10,019.98 | Lee, Chu N | | 14030 Lemoli Ave No | | | Hawthorne | CA | 90250 | USA |
| 11152 | $54.99 | LEE, MICHAEL | LEE MICHAEL | 25 GUERRERO | NO 301 | | SAN FRANCISCO | CA | 94103 | USA |
| 11324 | $2,421.76 | Leonard Ferrera | | 30 Intervale Ave | | | Peabody | MA | 01960 | USA |
| 11378 | UNLIQUIDATED | Leshko, Thomas J | | 309 Woltham Ct | | | Joppa | MD | 21085 | USA |
| 10970 | $5,222.50 | LIGHTFOOT, FRANKLIN & WHITE | | 400 N 20TH ST | | | BIRMINGHAM | AL | 35203 | USA |
| 11115 | $10,680.00 | Ling, Lillian | | 91 Cambrook Row | | | Williamsville | NY | 14221-0000 | USA |
| 11245 | $4,083.00 | Lisa Taylor | | 106 W Dutton Ct | | | Cary | NC | 27513 | USA |
| 11410 | $15,000.00 | LONGORIA, JEROME SALVADOR | | 1521 WEST EVANS AVE | | | VISALIA | CA | 93277 | USA |
| 11310 | $80.01 | LOPEZ, LORENZO | | 2929 ALTURA ST | | | LOS ANGELES | CA | 90031-2306 | USA |
| 11278 | $4,350.00 | Louise B Wilson | | PO Box 252 | | | Graham | NC | 27253 | USA |
| 11156 | $27,535.11 | Louisville Gas and Electric Company | | 820 West Broadway | | | Louisville | KY | 40202 | USA |
| 11077 | $3,336.99 | Lovejoy, Janice Carter | | 2446 Early Settlers Rd | | | Richmond | VA | 23235 | USA |
| 11514 | $1,527.00 | Ly, Camnang & Thuylan | Camnang Ly | 4 Dickens Ln | | | Mt Laurel | NJ | 08054 | USA |
| 10961 | $2,908.50 | Lyon, Fred & Naomi | | 63580 E Squash Blossom Ln | | | Tucson | AZ | 85739 | USA |
| 10961 | $2,908.50 | Lyon, Fred & Naomi | Lyon, Fred & Naomi | | 9650 Waterstone Pl Apt 211B | | Minnetonka | MN | 55305 | USA |
| 11251 | $3,412.00 | Marco Sciacca | | 86 Rossiter Ave | | | Paterson | NJ | 07502 | USA |
| 11284 | $1,710.00 | Marie A Oliver | | 445 E Rock Rd | | | Allentown | PA | 18103 | USA |
| 11351 | $1,984.11 | Marsha L Blanchette | | 750 Six Flags Rd L553 | | | Austell | GGA | 30168 | USA |
| 11141 | $2,145.29 | Martin, Velgie | | 6879 Town Harbour Blvd Apt 1222 | | | Boca Raton | FL | 33433-0000 | USA |
| 11509 | UNLIQUIDATED | MARY JEANNE REID MARTZ | | 5627 LEE HIGHWAY | | | ARLINGTON | VA | 22207-1423 | USA |
| 10877 | $1,888.95 | MASON, LUCHANNE | | 6527 2ND AVE | | | LOS ANGELES | CA | 90043 | USA |
| 11409 | $936.30 | Matthew J De Laney | | 7 Wedgewood Lane | | | Morristown | NJ | 07960 | USA |
| 11119 | $1,193.05 | Mauldin, Raymond Edison | Raymond E Mauldin | 500 Snows Mill Ave Apt No 117 | | | Tuscaloosa | AL | 35406-0000 | USA |

First Class Mail

Circuit City Stores, Inc.

Eighth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 11110 | $318.12 | McClelland, Richard Tyler | | 900 Hargrove Rd Apt | | | Tuscaloosa | AL | 35401-0000 | USA |
| 11386 | $1,153.19 | McGirt, R Gordon | | 114 King George Loop | | | Cary | NC | 27511 | USA |
| 10901 | $94.23 | MENDOZA, CATHERINE ANTOINETTE | | 2915 PHEASANT RUN | | | HUMBLE | TX | 77396-0000 | USA |
| 10953 | UNLIQUIDATED | Mertz, Cheryl C | | 1210 Hoge St | | | Pearisburg | VA | 24134-24134 | USA |
| 11302 | $2,484.35 | MEYER, BRET D | | 6358 WHIRLAWAY DR | | | MT ZION | IL | 62549 | USA |
| 11168 | $4,246.00 | MICHAEL A DUVALL | | 6208 W CLINTON | | | CLEVELAND | OH | 44102 | USA |
| 11039 | $816.96 | Michaelis, Brie Victoria | | 404 A2 Harlon Dr | | | Cary | NC | 27511-0000 | USA |
| 11040 | $742.35 | Michaelis, Geoffry | | 404 Harlon Dr Apt A2 | | | Cary | NC | 27511-0000 | USA |
| 11174 | $851.90 | Michelle Monken | | 1314 203rd Pl SW | | | Lynnwood | WA | 98036 | USA |
| 11237 | $1,300.00 | Mohammad Sultan & Rukiya B Sultan JTWROS | Mohammad & Rukiya Sultan | PO Box 478 | | | Ore City | TX | 75683-0478 | USA |
| 11281 | $40,000.00 | MOLAISON, JACQUES | | 5621 CARY ST RD | NO 302 | | RICHMOND | VA | 23226 | USA |
| 11092 | $2,816.94 | Montgomery, JoAnn B | | 836 Lord Leighton Dr | | | Virginia Beach | VA | 23454 | USA |
| 11225 | UNLIQUIDATED | Mr William Basten | Mr William Basten | 11133 Bridge House Rd | | | Windermere | FL | 34786 | USA |
| 11143 | $1,750.00 | Mukai, Alan | | 94 1038 Alelo St | | | Waipahu | HI | 96797-0000 | USA |
| 11128 | $6,149.97 | Mukku, Veerabhadra R | Veerabhadra Rao Mukku | 1526 Braden Cr | | | Franklin | TN | 37064-0000 | USA |
| 11125 | $1,339.48 | Mukku, Veerabhadra Rao | | 1526 Braden Cr | | | Franklin | TN | 37067-0000 | USA |
| 10943 | $6,355.90 | Mulder, James A | | 405 Casa View Dr | | | San Jose | CA | 95129-0000 | USA |
| 10952 | $27,000.00 | Murphy Inc | | 614 Baltimore Ave | | | Fernwood | PA | 19050-0000 | USA |
| 10952 | $27,000.00 | Murphy Inc | Murphy, Megan K | | 2000 Market St 13th Fl | | Philadelphia | PA | 19103-0000 | USA |
| 11126 | $8,250.00 | Murray, Jeremy W | | 4942 Valley Crest Dr Apt 203 | | | Midlothian | VA | 23112-0000 | USA |
| 11134 | $118,750.00 | Mustafa, Ghulam | | 50 25 60th St | | | Woodside | NY | 11377-0000 | USA |
| 11380 | UNLIQUIDATED | Nairne, Deryck Keith | | 9341 Weather Vane Pl | | | Montgomery Vlg | MD | 20886 | USA |
| 10914 | $200.00 | NEIDIG, LANE ALEXANDER | | 2919 CONNE MARA DR | | | DAVIDSONVILLE | MD | 21035-0000 | USA |
| 11313 | $936.00 | Nichols, Suzanne P | | PO Box 528 | | | Orange | VA | 22960 | USA |
| 11100 | $557.82 | NIEBERGALL, ANGELA K | | 3405 BLUE SULPHUR GARDENS | | | ONA | WV | 25545 | USA |
| 11227 | $380.00 | Nilo Glean Angue | | 3805 Tundra Swan St | | | Las Vegas | NV | 89122 | USA |
| 11308 | $289.99 | NILON, SHANE | | 1006 MARK DR | | | WILKES BARRE | PA | 18706 | USA |
| 11379 | $56.36 | NORTH ATTLEBOROUGH PUBLIC WORKS | | 49 WHITING STREET | | | NORTH ATTLEBOROUGH | MA | 02760 | USA |
| 11116 | $101.66 | North Bergen Municipal Utilities Authority | | 6200 Tonnelle Ave | | | N Bergen | NJ | 07047-0000 | USA |
| 11277 | $200.00 | NUEVA, EDUARDO | | 5931 LUBEC ST | | | BELL GARDENS | CA | 90201 | USA |
| 11172 | $5,045.00 | O Hybenia Sholin | | 324 Village Creek Rd | | | Aptos | CA | 95003 | USA |
| 11304 | $5,640.63 | Ogundiya, Deji | | 4537 Raccoon Tr | | | Hermitage | TN | 37076-4704 | USA |
| 11303 | $550.00 | OGUNDIYA, TAYO | | 4537 RACCOON TRL | | | HERMITAGE | TN | 37076-4704 | USA |
| 10923 | $40.41 | OKAFOR, NDUBUISI | | 3023 SPICE BUSH RD | | | LAUREL | MD | 20724-0000 | USA |
| 11299 | $9,587.51 | OLAJOS, IMRE | | 1651 W BYRON AVE | | | ADDISON | IL | 60101 | USA |
| 11131 | UNLIQUIDATED | Ollie Land Stukes | Ollie Land Stuke Rev Trust | DTD 02202003 UAD 022003 | Ollie L Stukes TTEE | 526 Lyndale Dr | Hartsville | SC | 29550-2708 | USA |
| 11389 | $1,584.00 | Olson, Ervin C | | 478 Summer Hill Dr | | | Hoschton | GA | 30548-3059 | USA |
| 11081 | UNLIQUIDATED | Osier, Michael | | 617 Legends Club Dr | | | Mount Pleasant | SC | 29466 | USA |
| 10996 | $2,200.00 | Pachauri, Pavan R | | 16 Killdeer Ln | | | Fairport | NY | 14450-0000 | USA |
| 11142 | $1,000.00 | Pasumarthi, Naga P | | 1166 Olde Cameron Ln | | | Franklin | TN | 37067-0000 | USA |
| 11230 | $0.00 | Patrick Kouame | Patrick Kouame | 97 20 57th Ave Apt No | | | Elmhurst | NY | 11368 | USA |
| 11255 | $40,000.00 | Patrick S O Reilly | | 9067 Little Joselyn Dr | | | Mechanicsville | VA | 23116 | USA |
| 11496 | $1,447.39 | PATTI A CLIFTON | | 5 SETINEL CT | | | GREER | SC | 29650 | USA |

First Class Mail

Circuit City Stores, Inc.
Eighth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 11496 | $1,447.39 | PATTI A CLIFTON | RAYMOND JAMES FINANCIAL SERVICES FBO PATTI A CLIFTON | 880 CARILLON PKWY | | | ST PETERSBURG | FL | 33716 | USA |
| 11357 | $221.07 | PATTON, RACHEL VIRGINIA | | 1708 WILLOWBROOK DR | | | MERCED | CA | 95348-1313 | USA |
| 11357 | $221.07 | PATTON, RACHEL VIRGINIA | Patton, Rachel Virginia | | 369 Collins Apt 2 | | Merced | CA | 95348 | USA |
| 11166 | $67.50 | PAUL J TEXEIRA | | 567 OLD BEDFORD | | | WESTPORT | MA | 02790 | USA |
| 10910 | $901.53 | PENALO, JOHANNA F | | 2259 CRESTON AVE | 3C | | BRONX | NY | 10453-0000 | USA |
| 10911 | $15,000.00 | PERERA, AIMEE | | 1341 SW HUTCHINS | | | PORT ST LUCIE | FL | 34983-0000 | USA |
| 11399 | $78.00 | Petit, Etienne R & Cheryl Lynn Petit | | 8204 W McCormick Rd | | | Amarillo | TX | 79119 | USA |
| 11098 | $38,080.00 | PHILLIPS, TAYLOR B | | 211 MAYMONT WAY | | | MANAKIN SABOT | VA | 23103 | USA |
| 11361 | $138.89 | Pinfield, Catharine A | | 4432 176th St SW No 3 | | | Lynnwood | WA | 98037 | USA |
| 11485 | $15,000.00 | PIPER, JEFFREY S | | 2132 GALLOWAY CT | | | CINCINNATI | OH | 45240 | USA |
| 11362 | $4.26 | PORTMANN, JANICE | | 4573 CAMERON CIR | | | DEXTER | MI | 48130 9407 | USA |
| 11364 | $5.97 | PORTMANN, JANICE | | 4573 CAMERON CIR | | | DEXTER | MI | 48130 9407 | USA |
| 11488 | $560.00 | PRZYSTAS, MATTHEW STEVEN | | 125 WARD ST | | | CHICOPEE | MA | 01020 | USA |
| 11523 | $2,368.50 | PSI | | 805 POPLAR ST | | | PITTSBURGH | PA | 15220 | USA |
| 11523 | $2,368.50 | PSI | Professional Service Industries Inc | | PO Box 71168 | | Chicago | IL | 60694-1168 | USA |
| 11417 | $162,566.36 | PUNTOAPARTE COMMUNICATIONS INC | | PO BOX 9066636 | | | SAN JUAN | PR | 00906-6636 | USA |
| 11282 | $210.00 | Pushpak S Laddha | | 8659 Deicrls Dr | | | Montgomery Vlg | MD | 20886 | USA |
| 11402 | $28,825.90 | R Fuhrman Jr UTMA AL | Patrick Darby | Bradley Avant Boult Cummings LLP | 1819 Fifth Ave North | | Birmingham | AL | 35203 | USA |
| 11402 | $28,825.90 | R Fuhrman Jr UTMA AL | R Fuhrman Jr UTMA AL | c o David Fuhrman | 1230 Crown Point Blvd | | Tuscaloosa | AL | 35406 | USA |
| 11391 | $138,527.92 | RALEIGH, JOHN P | | 3621 MEADOW POND COURT | | | GLEN ALLEN | VA | 23060 | USA |
| 11491 | $4,100.00 | Reaves, Randal M | | 9500 Pine Shadow Dr | | | Richmond | VA | 23238 | USA |
| 11400 | $199,044.00 | Regions Bank Trustee for Rebecca H Fuhrman | Patrick Darby | Bradley Avant Boult Cummings LLP | 1819 Fifth Ave North | | Birmingham | AL | 35203 | USA |
| 11400 | $199,044.00 | Regions Bank Trustee for Rebecca H Fuhrman | Regions Bank Trustee for Rebecca H Fuhrman | c o David Fuhrman | 1230 Crown Pointe Blvd | | Tuscaloosa | AL | 35406 | USA |
| 10989 | UNLIQUIDATED | Reichel, Susan | | 1550 Springtown Blvd | | | Livermore | CA | 94551-0000 | USA |
| 11328 | $785.34 | Rentokil Pest Control | | 718 S Northlake Blvd Ste 1016 | | | Altamonte Sprgs | FL | 32701 | USA |
| 11285 | $1,067.53 | Reuben Bjorkman | | 8057 McFadden Ave | | | Salem | MI | 48175 | USA |
| 11475 | $82.67 | RICE, HEATHER DANIELLE | | 6456 PARK WOOD COURT | | | LOVELAND | OH | 45140 | USA |
| 11376 | $5,007.50 | Richard Daly | | 8621 Basswood Rd No | | | Eden Prarie | MN | 55344 | USA |
| 11167 | $2,144.94 | RICHARD G AND ROBERTA L WIENER | | 2006 N PARHAM RD | | | RICHMOND | VA | 23229 | USA |
| 11190 | UNLIQUIDATED | Richard Lesperance | | 362 South Ave | | | Glencoe | IL | 60022 | USA |
| 10976 | UNLIQUIDATED | Richard M Jenneman | | 13622 County Hwy H | | | Stanley | WI | 54768 | USA |
| 11287 | $33.00 | Richard M Schmitt | | 2710 Pohens Ave NW | | | Grand Rapids | MI | 49544 | USA |
| 11010 | $55.10 | Ridout, Sarah C | | 430 Clearbrook Dr | | | Wilmington | NC | 28409-0000 | USA |
| 11037 | $131.92 | Rimolo, Vicky E | | 16120 Owen St | | | Fontana | CA | 92335-0000 | USA |
| 11493 | UNLIQUIDATED | RISMAN, MIKHAIL | | 5565 PRESTON OAKS NO 154 | | | DALLAS | TX | 75240 | USA |

First Class Mail

Circuit City Stores, Inc.
Eighth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 11241 | $195.10 | ROADWAY EXPRESS | C O RMS BANKRUPTCY RECOVERY SERVICES | PO BOX 5126 | | | TIMONIUM | MD | 21094 | USA |
| 11500 | $100.00 | ROBERT A KOENIG | | PO BOX 10834 | | | BEDFORD | NH | 03110 | USA |
| 11397 | $2,422.98 | Robert D Fuhrman Jr Roth IRA | Patrick Darby | Bradley Avant Boult Cummings LLP | 1819 Fifth Ave North | | Birmingham | AL | 35203 | USA |
| 11397 | $2,422.98 | Robert D Fuhrman Jr Roth IRA | Robert D Fuhrman Jr Roth IRA | c o David Fuhrman | 1230 Crown Pointe Blvd | | Tuscaloosa | AL | 35406 | USA |
| 11404 | $31,610.40 | Robert D Fuhrman Sr IRA | Patrick Darby | Bradley Avant Boult Cummings LLP | 1819 Fifth Ave North | | Birmingham | AL | 35203 | USA |
| 11404 | $31,610.40 | Robert D Fuhrman Sr IRA | Robert D Fuhrman Sr IRA | c o David Fuhrman | 1230 Crown Pointe Blvd | | Tuscaloosa | AL | 35406 | USA |
| 11262 | $4,782.33 | Robert H Myers | | 437 Orinda Ave | | | Petaluma | CA | 94954 | USA |
| 11501 | $550.00 | ROBERT KOENIG | | PO BOX 10834 | | | BEDFORD | NH | 03110 | USA |
| 10959 | $418.92 | ROBINS, QUENTON | | 3420 EL MORRO DR | | | BATON ROUGE | LA | 70814-0000 | USA |
| 11050 | $1,080.00 | Rodriguez, Arturo Gonzalez | | 4006 Donegal Ct | | | Tucker | GA | 30084-0000 | USA |
| 11373 | $189.10 | Rodriguez, Nemesto | | 5501 Cypress Dr | | | | | | USA |
| 11095 | $144.68 | Roiland, Jennifer | | 3910 Brazilnut Ave | | | Sarasota | FL | 34234 | USA |
| 11132 | UNLIQUIDATED | Roman Jr, Americo | | 46 S Lewis Ave | | | Waukegan | IL | 60085-0000 | USA |
| 11111 | $215.76 | Romero, David | | 9678 Fontainebleau | | | Miami | FL | 33172-0000 | USA |
| 11293 | $3,576.26 | Ross, Ann M | | 14280 E Reno | | | Choctaw | OK | 73020 | USA |
| 11295 | $8,142.32 | Ross, Steve E | | 5817 S Shields Blvd | | | Oklahoma City | OK | 73129 | USA |
| 11486 | $999.86 | Rudat, Jamie A | | 36 Ridgewood Ln Apt | | | Gardner | MA | 01440 | USA |
| 11094 | $5,712.91 | Russo, Joanne M | | 8558 Rosano Cir | | | Myrtle Beach | SC | 29579 | USA |
| 11349 | $5,000.00 | SANCHEZ, ANGELA | | 9841 WOODSTOCK | | | PORT RICHEY | FL | 34668 | USA |
| 11349 | $5,000.00 | SANCHEZ, ANGELA | Wayne K Ekren Esq Trust Acct | | 9330 Regency Pk Blvd | | Port Richey | FL | 34668 | USA |
| 11356 | $4,957.45 | Sandeep Singla | | 11225 19th Ave SE | | | Everett | WA | 98208 | USA |
| 11232 | $150.00 | Sandra J Minnaar | | 959 E Carver Rd | | | Tempe | AZ | 85284 | USA |
| 11374 | $5,999.89 | Sandra Jacobo & Pablin Jacobo Community Property | | 4053 Oakwood Ave Apt No 6 | | | Los Angeles | CA | 90004 | USA |
| 11354 | $1,382.69 | Sarbium Tamba | | 3440 Quail Hollow Trl | | | Snellville | GA | 30039 | USA |
| 11481 | $1,439.09 | SCARNATI, MISS GLORIA E | | 3567 MOUNTAIN VIEW DR NO 119 | | | PITTSBURGH | PA | 15122-2447 | USA |
| 11180 | $300.00 | SCHAERLI, MARCUS ANTHONY | | 1230 FULLER RD | | | GURNEE | IL | 60031 | USA |
| 11133 | $900.00 | Schenkel, Keith | | 182 E Canyon Creek Dr | | | Gilbert | AZ | 85295-0000 | USA |
| 10945 | $344.00 | Schrum, Mary | | 217 Spotswood Dr | | | Petersburg | VA | 23805-0000 | USA |
| 11387 | $387.90 | Scott, Walter & Jacquelyn Scott | | 958 CR 2340 | | | Grapeland | TX | 75844 | USA |
| 10932 | $126.70 | SEWARD, GREGORY ROBERT | | 4990 DERBY LANE | | | BETHLEHEM | PA | 18020-0000 | USA |
| 10870 | $5,032.95 | Shan, Liang | | 14340 Village View Ln | | | Chino Hills | CA | 91709-0000 | USA |
| 11367 | $1,678.60 | Shawn M Burch | | 35570 N Wilson Rd | | | Ingleside | IL | 60041 | USA |
| 11479 | $1,211.21 | SHEWCHUK, KENNY A | | 3705 BAYOU PLACE | | | HOLT | MI | 48842 | USA |
| 10924 | UNLIQUIDATED | SHULL, MARCUS | | 4601 COBBLESTONE LANDING TERRACE | | | GLEN ALLEN | VA | 23059-0000 | USA |
| 10998 | UNLIQUIDATED | SHULL, MARCUS | | 4601 COBBLESTONE LANDING TERRACE | | | GLEN ALLEN | VA | 23059-0000 | USA |
| 11440 | $40,000.00 | SHULL, MARCUS | | 4601 COBBLESTONE LANDING TERRACE | | | GLEN ALLEN | VA | 23059-0000 | USA |
| 11068 | $41,443.66 | Sick Inc | | 6900 W 110th St | | | Bloomington | MN | 55438 | USA |
| 11046 | $975.00 | Simon, Ron | Jack Kramer Attorney | 410 Ware Blvd 8th Fl | | | Tampa | FL | 33619-0000 | USA |
| 11160 | $310.72 | SIMPSON, GORDON P | | 76 E RODIGHIERO | | | TERRE HAUTE | IN | 47805 | USA |

First Class Mail

Circuit City Stores, Inc.
Eighth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 11042 | $121.74 | Skipper, Ben | | 1061 McCord Rd | | | Dothan | AL | 36301-0000 | USA |
| 11093 | $52.00 | Smith, David P | | PO Box 81 | | | Olney | IL | 62450 | USA |
| 11017 | $100.00 | Smith, Jeffrey K | | 25 Valley Forge Dr | | | Swedesboro | NJ | 08085-0000 | USA |
| 10865 | $1,620.00 | SMITH, MICHAEL | | 3500 WOODCHASE | 1606 | | HOUSTON | TX | 77042-0000 | USA |
| 10865 | $1,620.00 | SMITH, MICHAEL | Smith, Michael | 14800 Memorial Dr Apt 28 | | | Houston | TX | 77079-0000 | USA |
| 11146 | $2,500.00 | SMITH, RODNEY DELL | | 3001 DOVE COUNTRY | 1905 | | STAFFORD | TX | 77477-0000 | USA |
| 11034 | $10,500.00 | Snagajob com | | 4880 Cox Rd Ste 200 | | | Glen Allen | VA | 23060-0000 | USA |
| 11091 | $31,855.00 | Solomon, Gary | | 1 Janson Ct | | | Westport | CT | 06880 | USA |
| 11022 | $343.90 | Sotolongo, Jonny | | 291 NW Blvd | | | Miami | FL | 33126-0000 | USA |
| 11252 | $292.80 | SOUTHERN ILLINOISAN NEWSPAPER | | PO BOX 2108 | 710 N ILLINOISAN AVE | | CARBONDALE | IL | 62902-2108 | USA |
| 11419 | $89.38 | SOUTHERN ILLINOISAN NEWSPAPER | | 710 N ILLINOIS AVE | | | CARBONDALE | IL | 62901 | USA |
| 11080 | $150.00 | Spaar, William M | | PO Box 231994 | | | Anchorage | AK | 99523-0000 | USA |
| 11289 | $32,818.26 | SPOKESMAN REVIEW | | BOX 1906 | | | SPOKANE | WA | 99210-1906 | USA |
| 11352 | $17,443.82 | STANDARD EXAMINER | | PO BOX 12790 | | | OGDEN | UT | 84412-2790 | USA |
| 11253 | $3,910.30 | STEPHEN P SKAGGS | SKAGGS STEPHEN P | 4341 BAY BEACH LN APT 341 | | | FORT MYERS BEACH | FL | 33931-5987 | USA |
| 10869 | UNLIQUIDATED | STEPHENS, SHERRY | | 135 LENOX LANE | | | NEESES | SC | 29107 | USA |
| 11049 | UNLIQUIDATED | Stoller Sr, Michael R | | 20315 Wayne Rd | | | Livonia | MI | 48152 | USA |
| 10997 | $1,005.21 | Stone, Benjamin P | | 11224 Chapel Rd | | | Fairfax Station | VA | 22034-0000 | USA |
| 11149 | $254.66 | SUPPLICE, VALLERY | | P O BOX 1384 | | | GRAYSON | GA | 30017-1384 | USA |
| 11090 | $187.05 | Supry, Joshua | | 278 S Ogden St | | | Buffalo | NY | 14206 | USA |
| 11099 | $227.50 | Sutherland, David R | | 10707 East D Ave | | | Richland | MI | 49083-9395 | USA |
| 11012 | $779.39 | Sweedee | | PO Box 9077 | | | Houma | LA | 70361 | USA |
| 11483 | $707.40 | SWEENEY & SHEEHAN | | 1515 MARKET ST STE | | | PHILADELPHIA | PA | 19102-1983 | USA |
| 11306 | UNLIQUIDATED | Swiss, John Marc | | 4975 Clarendon Ter | | | Frederick | MD | 21703 | USA |
| 10886 | $40,000.00 | SZELLAN, RICHARD | | 13106 HAMPTON CHASE WAY | | | CHESTERFIELD | VA | 23832-0000 | USA |
| 11137 | UNLIQUIDATED | SZELLAN, RICHARD | | 13106 HAMPTON CHASE WAY | | | CHESTERFIELD | VA | 23832-0000 | USA |
| 11309 | $40,000.00 | TAITANO, JENNIFER E | | 1309 LINDSEY DR | | | KELLER | TX | 76248 | USA |
| 10957 | UNLIQUIDATED | TANTS, DINO | | 1710 EAST 106TH AVE | | | CROWN POINT | IN | 46307-0000 | USA |
| 10956 | UNLIQUIDATED | TANTS, DINO D | | 1710 EAST 106TH AVE | | | CROWN POINT | IN | 46307 | USA |
| 10995 | $2,200.00 | Tasinas, John | | 68 Westover Dr | | | Webster | NY | 14580-0000 | USA |
| 11083 | $96,324.95 | The Parkes Companies Inc | c o Joshua W Wolfshohl | Porter & Hedges LLP | 1000 Main St 36th Fl | | Houston | TX | 77002-0000 | USA |
| 11524 | $199.99 | THOMAS, CHARLES | | 4025 HOLLOW RD | | | MALVERN | PA | 19355 | USA |
| 11011 | $317.19 | THORSON, ALEX | | 8829 JUANITA DR NE | | | KIRKLAND | WA | 98034 | USA |
| 11359 | $2,125.75 | Tonya L Kimbrough | | 1521 Ednam Forest Dr | | | Richmond | VA | 23238 | USA |
| 11360 | $286.16 | Tonya L Kimbrough | | 1521 Ednam Forest Dr | | | Richmond | VA | 23238 | USA |
| 10934 | $83.29 | TORIELLO, ANDREW | | 10800 N RIDGEWIND | | | TUCSON | AZ | 85737-0000 | USA |
| 11265 | $1,555.07 | Tracey Palmer | | 2561 Wellesley | | | High Ridge | MO | 63049 | USA |
| 11154 | $426.30 | Tri Vien Nguyen | | 2230 West Adams St | | | Santa Ana | CA | 92704 | USA |
| 11140 | $15,000.00 | Triana, Rodolfo | | 21021 J Old Hwy 99 | | | Centralia | WA | 98531-0000 | USA |
| 10938 | $90.00 | Triplett, Latrice D | | 944 Amaral Circle | | | St Louis | MO | 63137-0000 | USA |
| 11063 | $131.01 | TUCKER, JOILOR | | 8368 SOUTH ANTHONY AVE | 2 | | CHICAGO | IL | 60617-0000 | USA |
| 10978 | $4,650.00 | Tucker, Luke | | 2913 Sunset Pt | | | Carrollton | TX | 75007 | USA |
| 11368 | $10,000.00 | Ty Holbrook | | 5915 Crockett | | | Lumberton | TX | 77657 | USA |
| 10922 | $24.19 | Tysz, Joseph | | Box 4504 | | | Steubenville | OH | 43952-0000 | USA |
| 11504 | $69.07 | Utility Billing Services AR | | P O  Box 8100 | | | Little Rock | AR | 72203-8100 | USA |
| 11343 | $21.39 | Valuska, Sharen A | | 642 Sunshine Pk Rd | | | Steubenville | OH | 43953 | USA |
| 10884 | UNLIQUIDATED | VANDERGRIFT, SCOTT H | | 8031 HAMPTON CREST CIR | | | CHESTERFIELD | VA | 23832-0000 | USA |

Circuit City Stores, Inc.
Eighth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 10885 | UNLIQUIDATED | VANDERGRIFT, SCOTT H | | 8031 HAMPTON CREST CIR | | | CHESTERFIELD | VA | 23832-0000 | USA |
| 11423 | $918.51 | VARNEY, JOSHUA | | 7831 JACKSON | | | MUNSTER | IN | 46321-0000 | USA |
| 10954 | $120.00 | Vasquez, David | | 2644 S Sheridan Ct | | | Lakewood | CO | 80227-0000 | USA |
| 11371 | $135,600.00 | VASSILAKOS, NICHOLAS | | 196 BAY 11TH ST | | | BROOKLYN | NY | 11228 | USA |
| 10880 | $6,500.00 | Vaughn, Kenneth | | 2445 Whisper Winds | | | Beaumont | TX | 77713-0000 | USA |
| 11107 | $877.50 | Vaughn, Kenneth | | 2445 Whisper Winds | | | Beaumont | TX | 77713-0000 | USA |
| 11519 | $25,000.00 | VCU TICKET OFFICE | | PO BOX 842003 | | | RICHMOND | VA | 23284-2003 | USA |
| 11519 | $25,000.00 | VCU TICKET OFFICE | Scott Secules Sr Associate Athletic Dir | Department of Intercollegiate Athletics | 1200 Broad St | PO Box 843013 | Richmond | VA | 23284-3013 | USA |
| 11089 | $320.34 | Veolia Environmental Services | Attn Becky | 8136 Baumgart Rd | | | Evansville | IN | 47725 | USA |
| 11441 | $65.00 | Veolia Environmental Services | Attn Pat Hughes | PO Box 456 | | | Muskego | WI | 53150 | USA |
| 11353 | UNLIQUIDATED | VERMA, GYAN | | 2105 ALICE ST NO A | | | SANTA CRUZ | CA | 95062 | USA |
| 10903 | $47,363.50 | Vertis Inc | Husch Blackwell Sanders LLP | John J Cruciani Esq | 4801 Main St Ste 1000 | | Kansas City | MO | 64112-0000 | USA |
| 11408 | $3,611.50 | Victor Audi | | 17350 Northwoods Pl | | | Hamilton | VA | 20158-9480 | USA |
| 11176 | $937.50 | Vinay A Shah | | 212 24th Ct SW | | | Winter Haven | FL | 33880 | USA |
| 10899 | $1,600.00 | Vogel, Bradley | | 17 Rode Dr | | | Rochester | NY | 14622-0000 | USA |
| 11222 | $7,861.20 | WACO TRIBUNE HERALD | | P O BOX 2588 | | | WACO | TX | 767022588 | USA |
| 10927 | $27,545.97 | Waste Management | c o Jacquolyn E Mills | 1001 Fannin Ste 4000 | | | Houston | TX | 77002-0000 | USA |
| 11268 | $27,545.97 | Waste Management | c o Jacquolyn E Mills | 1001 Fannin Ste 4000 | | | Houston | TX | 77002-0000 | USA |
| 10916 | $55.66 | WEEKS, NICKS | | 4512 STATEN ISLAND COURT | | | PLANO | TX | 75024-0000 | USA |
| 11071 | $3,505.00 | Weikel, Richard D | | 2097 Applegrove St | | | N Canton | OH | 44720-0000 | USA |
| 10999 | $4,720.00 | West, Harold Wade | | 18 Indian Hills | | | Vicksburg | MS | 39180-0000 | USA |
| 11317 | $500.00 | WEST, MATTHEW | | PO BOX 1148 | | | CONCORD | MA | 01742 | USA |
| 10980 | UNLIQUIDATED | WEST, RENEE M | | 11406 WOODLAND POND PKWY | | | CHESTERFIELD | VA | 23838 | USA |
| 10981 | UNLIQUIDATED | WEST, RENEE M | | 11406 WOODLAND POND PKWY | | | CHESTERFIELD | VA | 23838 | USA |
| 10982 | $80,000.00 | WEST, RENEE M | | 11406 WOODLAND POND PKWY | | | CHESTERFIELD | VA | 23838 | USA |
| 10983 | UNLIQUIDATED | WEST, RENEE M | | 11406 WOODLAND POND PKWY | | | CHESTERFIELD | VA | 23838 | USA |
| 11477 | $217.44 | WESTMORELAND, DAN MARCUS | | 1146 WATER FALL DR | | | JACKSONVILLE | FL | 32225 | USA |
| 11477 | $217.44 | WESTMORELAND, DAN MARCUS | DAN WESTMORELAND | 980 WALTHER BLVD APT 127 | | | LAWRENCEVILLE | GA | 30043 | USA |
| 11193 | $182.90 | William R Versteeg | | 827 E Quentin Ln | | | Queen Creek | AZ | 85240 | USA |
| 11061 | $103.36 | WILLIAMS, PURNELL E | | 2613 WHIPPLETREE | | | HARVEY | LA | 70058 | USA |
| 10967 | $657.94 | WILSON, FREDRICK | | 2111 EAST CROBSY | | | CARROLLTON | TX | 75006 | USA |
| 10940 | $14,726.25 | WINK TV | | 2824 PALM BEACH | | | FT MEYERS | FL | 33916-0000 | USA |
| 11122 | $1,942.00 | Xiang, Yuan | | 820 San Ramon Ave | | | Sunnyvale | CA | 94085-0000 | USA |
| 10949 | $4,327.45 | Yoneyama, Tadayuki | | 2941 Polo Club Rd | | | Nashville | TN | 37221-0000 | USA |
| 11175 | $115.54 | Yueyan Hu | | 7795 McCallum Blvd No | | | Dallas | TX | 75252 | USA |
| 10936 | $400.00 | Zapata, Francisco E | | 1810 W Arroyo Vista Dr | | | Tucson | AZ | 85746-0000 | USA |

First Class Mail

# EXHIBIT G

Gregg M. Galardi, Esq.            Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.           Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &   MCGUIREWOODS LLP
FLOM, LLP                         One James Center
One Rodney Square                 901 E. Cary Street
PO Box 636                        Richmond, Virginia 23219
Wilmington, Delaware 19899-0636   (804) 775-1000
(302) 651-3000

          - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

            IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                       RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - x

          **DEBTORS' MOTION FOR AN ORDER APPROVING
    (A) PROCEDURES FOR FILING OMNIBUS OBJECTIONS TO CLAIMS AND
    (B) THE FORM AND MANNER OF THE NOTICE OF OMNIBUS OBJECTIONS**

     The debtors and debtors in possession (collectively,

the "Debtors")[1] hereby move the Court, pursuant to this

---

[1]   The Debtors are the following entities: The Debtors and the last four
      digits of their respective taxpayer identification numbers are as
      follows: Circuit City Stores, Inc. (3875), Circuit City Stores West
      Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc.
      (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC
      (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City
      Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott

motion (the "Motion"), for the entry of an order,
substantially in the form of Exhibit A, approving (a)
procedures for filing omnibus objections to claims asserted
in the above-captioned chapter 11 cases and (b) the form and
manner of the notice of omnibus objections.  In support of
this Motion, the Debtors respectfully state as follows:

### JURISDICTION

1.   The Court has jurisdiction over this matter
pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a
core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.   Venue is proper pursuant to 28 U.S.C. §§ 1408 and
1409.

3.   The statutory predicates for the relief requested
herein are sections 105 and 502 of the Bankruptcy Code, 11
U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rules 2002(a),
3007, 7004, 9006, and 9014 of the Federal Rules of
Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule
3007-1 of the Local Rules of the United States Bankruptcy

---

Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky
Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland
MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360),
and Circuit City Stores PR, LLC (5512).  The address for Circuit City
Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster,
Colorado 80031.  For all other Debtors, the address is 9950 Mayland
Drive, Richmond, Virginia 23233.

Court for the Eastern District of Virginia (the "Local
Rules").

## BACKGROUND

4.     On November 10, 2008 (the "Petition Date"), the
Debtors filed voluntary petitions in this Court for relief
under chapter 11 of the Bankruptcy Code.

5.     On January 12, 2009, the Court entered an order
authorizing the Debtors to conduct auctions for a sale or
sales of the Debtors' businesses as a going concern or for
liquidation (D.I. 1460).

6.     At the conclusion of the auction, the Debtors'
determined that the highest and otherwise best bid was that
of Great American Group WF, LLC, Hudson Capital Partners,
LLC, SB Capital Group, LLC, and Tiger Capital Group, LLC
(collectively, the "Agent").  On January 16, 2009, the Court
approved the Agent's bid and authorized the Debtors to
conduct going out of business sales at the Debtors'
remaining stores (D.I. 1634).  The Agent commenced going out
of business sales at the Debtors' remaining stores on
January 17, 2009.

## PRELIMINARY STATEMENT

7.     To date, there have been approximately 11,500
proofs of claim filed with the Debtors' claims agent,

3

Kurtzman Carson Consultants LLC ("KCC").  In light of the
number of proofs of claim and requests for allowance and
payment of administrative expenses and/or cure claims
(collectively, the "Claims") that have been asserted against
the Debtors' estates and the substantial number of
objections they expect to file in response thereto, the
Debtors are seeking authorization to file omnibus objections
to the Claims in accordance with the objection procedures
described herein (the "Omnibus Objection Procedures").
Recognizing that Bankruptcy Rule 3007 seeks to provide
creditors with transparency and clarity with respect to
omnibus claims objections, the Debtors have tailored the
Omnibus Objection Procedures to adequately protect
creditors' due process rights and achieve administrative and
judicial efficiency.  The Omnibus Objection Procedures will
help streamline the Claims objection process, which will
inure to the benefit of the Debtors, creditors, the Court
and all parties in interest.

8.    The Omnibus Objection Procedures provide adequate
notice to and protect the due process rights of the Debtors'
creditors.  A customized notice of objection will be served
on each creditor whose Claim is objected to by an omnibus
objection, which will inform the creditor of the objection,

4

the grounds for the objection and the relief sought therein. Requiring the Debtors to file individual objections to every Claim (or requiring that omnibus objections be filed without the benefit of the Omnibus Objection Procedures) would be overly burdensome, costly, time consuming, and unnecessary.

9.    Accordingly, the Debtors respectfully submit that their proposed Omnibus Objection Procedures are consistent with Bankruptcy Rule 3007(c) and the underlying policies of the Bankruptcy Code and due process.

## RELIEF REQUESTED

10.    The Debtors seek approval of (a) the Omnibus Objection Procedures attached hereto as Exhibit B and incorporated by reference herein and (b) the proposed form and manner of notice of omnibus objections, substantially in the form attached hereto as Exhibit C and incorporated by reference herein (each, a "Notice of Omnibus Objection").

## SUMMARY OF THE OMNIBUS OBJECTION PROCEDURES
## AND NOTICE OF OMNIBUS OBJECTION[2]

### A.    The Omnibus Objection Procedures

11.   The Omnibus Objection Procedures provide for the
efficient and economic resolution of omnibus objections
(each, an "Omnibus Objection") to the Claims by: (a)
providing a guide to the claims objection process that
clearly describes the form and manner of Omnibus Objections
and the process by which claimants must file and serve
responses thereto (each, a "Response"); and (b) ensuring
that all parties in interest have sufficient access to the
information they require to navigate the claims objection
process effectively and otherwise preserve and protect the
rights they are afforded under the Bankruptcy Code.

12.   Specifically, the Omnibus Objection Procedures
describe, in clear and simple terms, the key aspects of the
claims resolution process, including, without limitation:
(a) the form of Omnibus Objections and supporting
documentation, if necessary; (b) the exhibit attached to
each Omnibus Objection (which will contain those Claims for

---

[2]   This description of the Omnibus Objection Procedures and the Notice of
Omnibus Objection is intended as a summary and is being provided for the
convenience of the Court and parties in interest.  To the extent that
this summary and the text of the Omnibus Objection Procedures and the
Notice of Omnibus Objection are inconsistent, the terms of the Omnibus
Objection Procedures and the Notice of Omnibus Objection, respectively,
shall control.

which there is a common basis) and the information contained

thereon (_e.g._, claimants' names, claim numbers, the grounds

for the Omnibus Objection and cross-references to the

location in the Omnibus Objection discussing the respective

grounds); (c) the form of the Notice of Omnibus Objection

(discussed in greater detail below); (d) the information

claimants need to file a Response to the Omnibus Objection,

the timeframe for doing so and the implications of failing

to timely file a Response; and (e) information relating to

the status hearings on Omnibus Objections.

**B.    The Notice of Omnibus Objection**

     13.  As set forth in the Omnibus Objection Procedures,

each claimant whose Claim is the subject of an Omnibus

Objection will be provided with a customized Notice of

Omnibus Objection.  The Notice of Omnibus Objection will,

among other things: (a) describe the basic nature of the

Omnibus Objection; (b) inform claimants that their rights

may be affected by the Omnibus Objection and encourage them

to read the Omnibus Objection carefully; (c) identify the

deadline for filing and serving a Response and describe the

procedures to inform claimants that their Response must be

timely received by the appropriate parties and the

implications of failing to do so; (d) identify the date on

which a hearing may be held to address Omnibus Objections
and related Responses; and (e) describe how a copy of a
Claim, the Omnibus Objection and other pleadings filed in
the chapter 11 cases may be obtained.  Although the Notice
of Omnibus Objection generally will be in the form attached
hereto, it may be tailored specifically to address issues
specific to particular claimants and/or certain types of
Omnibus Objections, where necessary or appropriate.
Accordingly, the Debtors submit that the Omnibus Objection
Procedures and related Notice of Omnibus Objection
adequately protect claimants' due process rights and, thus,
address the concerns that precipitated Bankruptcy Rule 3007,
as amended.

**BASIS FOR RELIEF**

**A.    Ample Authority Exists for Approval of the Omnibus
       Objection Procedures**

14.   A debtor may rebut a proof of claim by filing an
objection in accordance with Bankruptcy Rule 3007.  See
California State Board of Equalization v. Official Unsecured
Creditor's Comm. (In re Fidelity Holding Co., Ltd.), 837
F.2d 696, 698 (5th Cir. 1988).  If the debtor rebuts a
claim's presumptive validity, the burden then shifts back to
the creditor who has the ultimate burden of persuasion with

respect to the validity of the claim.  See, e.g., In re
Anderson, 349 B.R. 448 (E.D. Va. 2006); Carter Enterprises,
Inc. v. Ashland Specialty Co., Inc., 257 B.R. 797 (S.D. W.
Va. 2001).  Bankruptcy Rule 3007(c) provides that a debtor
can file objections to claims in accordance with Bankruptcy
Rule 3007(d) or as "ordered by the court."  Additionally,
the Court may rely on its general equitable powers to grant
the relief requested in this Motion pursuant to section
105(a) of the Bankruptcy Code, which empowers the Court to
"issue any order, process, or judgment that is necessary or
appropriate to carry out the provisions of [the Bankruptcy
Code]."  11 U.S.C. § 105(a); Canal Corp. v. Finnman (In re
Johnson), 960 F.2d 396, 404 (4th Cir.1992) ("the allowance
or disallowance of a claim in bankruptcy is a matter of
federal law left to the bankruptcy court's exercise of its
equitable powers.").

> **B.    Approval of the Omnibus Objection Procedures
> Benefits Parties in Interest**

15.  The Local Rules do not set forth specific
guidelines for filing omnibus objections to proofs of claim.
Thus, the Debtors submit that it is appropriate for the
Court to approve the Omnibus Objection Procedures in light
of the number of Omnibus Objections the Debtors may file.

In addition to facilitating an efficient administration of
the claims reconciliation process, the Omnibus Objection
Procedures protect and preserve the value of the Debtors for
the benefit of all creditors by reducing the costs and
expenses that would otherwise be incurred if individual
objections were filed for each Claim (or if omnibus
objections were limited without the approval of the Omnibus
Objection Procedures).  At the same time, the Omnibus
Objection Procedures also afford substantial protection with
respect to creditors' due process rights, providing all
claimants with sufficient notice and an opportunity to be
heard.

    **C.    The Omnibus Objection Procedures Are Consistent
           With Bankruptcy Rule 3007(c)**

    16.  Prior to the amendment to Bankruptcy Rule 3007,
neither the Bankruptcy Code nor the Bankruptcy Rules
addressed the exercise of omnibus objections to claims.
Notwithstanding the facial limitations on the use of omnibus
objections effected by the amendments to Bankruptcy Rule
3007, debtors are nonetheless still allowed to file omnibus
objections to proofs of claim.  The drafters of the
amendments specifically provided a mechanism by which
debtors may request entry of an order approving tailored

10

claims objection procedures in Bankruptcy Rule 3007(c),
which provides, "unless otherwise ordered by the court or
permitted by subdivision [Bankruptcy Rule 3007(d) (the
omnibus claim objection provision)], objections to more than
one claim shall not be joined in a single objection."  Fed.
R. Bankr. P. 3007(c); see also 9 COLLIER ON BANKRUPTCY ¶
3007.03-05 (15 ed. rev. 2009).  Thus, while the requirements
of Bankruptcy Rule 3007(c) are mandatory if the omnibus
objection is being filed under Bankruptcy Rule 3007(d), they
are not explicitly required under Bankruptcy Rule 3007(c) if
the Bankruptcy Court "order[s] otherwise."

    17.   The Omnibus Objection Procedures further request
authority to object to the Claims on grounds that are not
specifically listed in Bankruptcy Rule 3007(d).  Given the
ample due process protections and other safeguards proposed
in the Omnibus Objection Procedures, the Debtors should not
be limited to the grounds identified in Bankruptcy Rule
3007(d).

    18.   The Omnibus Objection Procedures maintain the
requisite due process protections and embody the spirit of
the amendments.  Indeed, although an Omnibus Objection will
address multiple Claims, the Notice of Omnibus Objection is
individualized for each claimant affected by such Omnibus

Objection, clearly informing them of the Omnibus Objection
and, more importantly, how to preserve their rights with
respect thereto.  Thus, from the creditors' standpoint, they
can easily determine if the Debtors are objecting to their
Claims and on what grounds.

> **D.     The Omnibus Objection Procedures Provide for
> Adequate Notice and Service**

19.   While Bankruptcy Rule 3007 describes the form of
omnibus objections to proofs of claim, it does not address
issues relating to notice and service.  As set forth in the
Omnibus Objection Procedures, the Debtors propose to serve
the Notice of Omnibus Objection (as well as the Omnibus
Objection itself) on the party who signed the Claim form and
any counsel of record who filed an appearance on behalf of
such party in connection with these chapter 11 cases.
Accordingly, the Debtors submit that the Omnibus Objection
Procedures provide for adequate notice and appropriate
service of process in accordance with the Bankruptcy Rules.

<u>**CONCLUSION**</u>

20.   In light of the thousands of Claims filed in these
cases, the claims resolution process can only be carried out
in an efficient, cost effective manner if procedures are in
place.  The proposed Omnibus Objection Procedures ensure the

12

efficient and fair resolution of the Claims.  Importantly,
the Omnibus Objection Procedures are not intended to alter
the substantive rights of creditors and, instead, provide
parties in interest with transparency and predictability
with respect to the resolution of the Claims.  No Claim
subject to the Omnibus Objection Procedures will be
disallowed, altered, reclassified or otherwise affected
without a further order of this Court.  Accordingly, the
Debtors believe the Omnibus Objection Procedures are fair
and equitable and request that the Court approve the Omnibus
Objection Procedures and Notice of Omnibus Objection.

## NOTICE

21.  Notice of this Motion has been provided to those
parties entitled to notice under this Court's Order Pursuant
to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules
2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1
Establishing Certain Notice, Case Management, and
Administrative Procedures (Docket No. 130).  The Debtors
submit that, under the circumstances, no other or further
notice need be given.

## NO PRIOR REQUEST

22.  No prior motion for the relief requested herein
has been made to this or any other court.

13

WHEREFORE, for the reasons set forth herein, the
Debtors respectfully request that the Court enter an order,
substantially in the form attached hereto as Exhibit A, (a)
approving the Omnibus Objection Procedures and the Notice of
Omnibus Objection and (b) granting such other and further
relief as is just and proper.

Dated: March 10, 2009
       Richmond, Virginia      SKADDEN, ARPS, SLATE, MEAGHER &
                               FLOM, LLP
                               Gregg M. Galardi, Esq.
                               Ian S. Fredericks, Esq.
                               P.O. Box 636
                               Wilmington, Delaware 19899-0636
                               (302) 651-3000

                                    - and -

                               SKADDEN, ARPS, SLATE, MEAGHER &
                               FLOM, LLP
                               Chris L. Dickerson, Esq.
                               333 West Wacker Drive
                               Chicago, Illinois 60606
                               (312) 407-0700

                                    - and -

                               MCGUIREWOODS LLP

                                /s/ Douglas M. Foley
                               Dion W. Hayes (VSB No. 34304)
                               Douglas M. Foley (VSB No. 34364)
                               One James Center
                               901 E. Cary Street
                               Richmond, Virginia 23219
                               (804) 775-1000

                               Counsel for Debtors and Debtors
                               in Possession

14

**EXHIBIT A**
**PROPOSED ORDER**

Gregg M. Galardi, Esq.     Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.    Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP             One James Center
One Rodney Square        901 E. Cary Street
PO Box 636             Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

      - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:          :  Chapter 11
             :
CIRCUIT CITY STORES, INC.,  :  Case No. 08-35653 (KRH)
et al.,          :
             :
        Debtors.  :  Jointly Administered
- - - - - - - - - - - - - - x

**ORDER ESTABLISHING OMNIBUS OBJECTION PROCEDURES
AND APPROVING THE FORM AND MANNER OF NOTICE OF OMNIBUS
OBJECTIONS**

Upon the motion (the "Motion")[1] of the above-captioned

debtors (collectively, the "Debtors") for the entry of an

order (the "Order") approving (a) procedures for filing

omnibus objections to Claims asserted in the above-captioned

---

[1]   Capitalized terms used but not otherwise defined herein shall have
the meanings set forth in the Motion.

cases (the "Omnibus Objection Procedures") and (b) the form
and manner of the notice of objections (the "Notice of
Omnibus Objection"); and it appearing that the relief
requested in the Motion is in the best interests of the
Debtors' estates, their creditors and other parties in
interest; the Court having jurisdiction to consider the
Motion and the relief requested therein pursuant to 28
U.S.C. §§ 157 and 1334; consideration of the Motion and the
relief requested therein being a core proceeding pursuant to
28 U.S.C. § 157(b); venue being proper before the Court
pursuant to 28 U.S.C. §§ 1408 and 1409; proper notice of the
Motion having been provided to all necessary and appropriate
parties, including pursuant to the Court's Order Pursuant to
Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002
and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1
Establishing Certain Notice, Case Management, and
Administrative Procedures entered by the Court on November
13, 2008, and no further notice being necessary; and after
due deliberation and sufficient cause appearing therefor, it
is hereby **ORDERED, ADJUDGED and DECREED** that

    1.    The Motion is granted in its entirety.

    2.    The Debtors are authorized to file Omnibus
Objections to the Claims pursuant to the Omnibus Objection

2

Procedures, substantially in the form annexed hereto as
Exhibit 1, which are hereby approved in their entirety.

3.    The Notice of Omnibus Objection, substantially in
the form annexed hereto as Exhibit 2, but which may be
modified from time to time, as necessary and appropriate, to
address issues specific to particular claimants and/or
certain types of Omnibus Objections, is hereby approved as
the form by which the Debtors shall provide notice to
claimants whose Claims are the subject of the applicable
Omnibus Objection.

4.    The Debtors' claims and noticing agent, Kurtzman
Carson Consultants LLC agent is authorized to take all
actions necessary to effectuate the relief granted pursuant
to this Order in accordance with the Motion.

5.    The terms and conditions of this Order shall be
immediately effective and enforceable upon its entry.

6.    The Court retains jurisdiction with respect to all
matters arising from or related to the implementation of
this Order.

DATED:    _____

                            _____
                            UNITED STATES BANKRUPTCY COURT
                            JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

 /S/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

        Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                                /s/ Douglas M. Foley
                                    Douglas M. Foley

4

**EXHIBIT B**
**OMNIBUS OBJECTION PROCEDURES**

Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

          IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
                    RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x


     **PROCEDURES FOR FILING OMNIBUS OBJECTIONS TO CLAIMS**

     Pursuant to the Order Establishing Omnibus Objection
Procedures and Approving the Form and Manner of the Notice
of Omnibus Objections [Docket No. ___] (the "Order")[1] entered
by the Bankruptcy Court on [____], 2009, the Bankruptcy
Court approved these procedures for filing omnibus
objections to proofs of claims and requests for allowance
and payment of administrative expenses and/or cure claims
(collectively, the "Claims") in connection with the above-

_____
[1] Capitalized terms used but not otherwise defined herein shall have the
meanings set forth in the Order.

captioned chapter 11 cases (the "Omnibus Objection
Procedures").

**Omnibus Objection Procedures**

    1.   **Form of Omnibus Objection**.  Omnibus Objections
will be numbered consecutively, regardless of basis.

    2.   **Number of Proofs of Claim per Omnibus Objection**.
The Debtors may object to no more than 500 Claims per
Omnibus Objection.

    3.   **Grounds for Omnibus Objection**.  The Debtors may
object to the Claims on any grounds.

    4.   **Supporting Documentation**. To the extent
appropriate, Omnibus Objections may be accompanied by an
affidavit or declaration that states that the affiant or the
declarant has reviewed the Claims included therein and
applicable supporting information and documentation provided
therewith, made reasonable efforts to research the Claim on
the Debtors' books and records and believes such
documentation does not provide _prima facie_ evidence of the
validity and amount of such Claims.

    5.   **Claims Exhibits**.  An exhibit listing the Claims
that are subject to the Omnibus Objection will be attached
to each Omnibus Objection. Each exhibit will only contain
those Claims to which there is a common basis for the
Omnibus Objection.  Claims for which there is more than one
basis for an Omnibus Objection will be referenced on each
applicable exhibit. Each exhibit will include, among other
things, the following information: (a) an alphabetized list
of the claimants whose Claims are the subject of the Omnibus
Objection; (b) the claim numbers of the Claims that are the
subject of the Omnibus Objection; (c) the grounds for the
objections that are the subject of the Omnibus Objection;
and (d) a reference to the exhibit of the Omnibus Objection
in which the ground(s) for the objection is discussed.
Where applicable, additional information may be included in
the exhibits, including: for Claims that the Debtors seek to
reclassify, the proposed classification of such claims; for
Omnibus Objections in which the Debtors seek to reduce the
amount of Claims, the proposed reduced claim amount; and for
Claims that the Debtors propose to be surviving claims where
related claims will be disallowed the surviving claim.

6.    **Omnibus Objection Notice**.  Each Omnibus Objection
will be accompanied by a notice of such Omnibus Objection
(each, a "Notice") in substantially the form attached to the
Order as <u>Exhibit 2</u>.  The Notice will, among other things:
(a) describe the basic nature of the Omnibus Objection; (b)
inform claimants that their rights may be affected by the
Omnibus Objection and encourage them to read the Omnibus
Objection carefully; (c) identify a response date and
describe the procedures for filing a written response (each,
a "Response") to the Omnibus Objection; (d) identify a
hearing date, if applicable, and related procedures; and (e)
describe how Claims, the Omnibus Objection and other
pleadings in the chapter 11 cases may be obtained. Although
the Notice generally will be in the form attached hereto, it
may be tailored specifically to address particular claimants
or types of Omnibus Objections.

7.    **Status Hearings**.  Status hearings for all Claims
for which timely responses are filed will be held on
scheduled omnibus hearing dates.  Unless otherwise notified,
no claimants will need to appear at the status hearings on
the Omnibus Objections.  If an evidentiary hearing is
necessary, claimants will be provided a separate notice of
hearing.

8.    **Order if No Response**.  The Debtors may submit an
order to the Bankruptcy Court sustaining each Omnibus
Objection to Claims for which the Debtors did not receive a
timely Response without further notice to such claimants.
The Debtors may submit an order for Claims in an Omnibus
Objection to which no response is filed, even if there are
Responses to certain Claims objected to in such Omnibus
Objection.

9.    **Each Objection Is a Contested Matter**.  Each Claim
subject to an Omnibus Objection and the Response thereto
shall constitute a separate contested matter as contemplated
by Bankruptcy Rule 9014, and any order entered by the
Bankruptcy Court will be deemed a separate order with
respect to such claim.

<u>**Requirements For All Responses To Objections**</u>

Parties who disagree with the request sought in an
Omnibus Objection are required to file a Response in
accordance with the procedures set forth herein.  If a

claimant whose Claim is subject to an Omnibus Objection does not file and serve a Response in compliance with the procedures below, the Bankruptcy Court may sustain the Omnibus Objection with respect to such Claims without further notice to the claimant.

    1.  **Contents**.  Each Response must contain the following (at a minimum):

        a.  a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Omnibus Objection to which the Response is directed;

        b.  the claimant's name and an explanation for the amount of the claim;

        c.  a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection, including, without limitation, the specific factual and legal bases upon which the claimant will rely in opposing the Omnibus Objection;

        d.  a copy of any other documentation or other evidence of the claim, to the extent not already included with the Claim, upon which the claimant will rely in opposing the Omnibus Objection at the hearing;

        e.  a declaration of a person with personal knowledge of the relevant facts that support the Response; and

        f.  the claimant's name, address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Addresses").  If a Response contains Notice Addresses that are different from the name and/or address listed on the Claim, the Notice Addresses will control and will become the service address for future

4

service of papers with respect to all of the claimant's Claims listed in the Omnibus Objection (including all Claims to be disallowed and the surviving Claims) and only for those Claims in the Omnibus Objection.

2.    **Additional Information**.  To facilitate a resolution of the Omnibus Objection, the Response should also include the name, address, telephone number, facsimile number, and electronic mail address of the party with authority to reconcile, settle or otherwise resolve the Omnibus Objection on the claimant's behalf (the "Additional Addresses").  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will not become the service address for future service of papers.

3.    **Failure to Timely File a Response**.  If the claimant fails to file and serve a Response on or before the Response Deadline in compliance with the procedures set forth herein, the Debtors will present to the Bankruptcy Court an appropriate order granting the relief requested in the Omnibus Objection without further notice to the claimant.

4.    **Service of the Response**.  A written Response to an Omnibus Objection, consistent with the requirements described herein and in the Notice, will be deemed timely filed only if the Response is actually received on or before the deadline to respond by the Bankruptcy Court.  A written Response to an Omnibus Objection, consistent with the requirements described herein and in the Notice, will be deemed timely served only if a copy of the Response is actually received on or before the deadline to respond (which deadline will be clearly set forth in the Notice) by the following parties:

```
SKADDEN, ARPS, SLATE, MEAGHER   MCGUIREWOODS LLP
& FLOM, LLP                     One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, VA 23219
Wilmington, DE 19899-0636       Attn: Dion W. Hayes
Attn: Gregg M. Galardi          Attn: Douglas M. Foley
Attn: Ian S. Fredericks

          - and -

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn:  Chris L. Dickerson
```

        5.   **<u>Reservation of Rights</u>**.  Nothing in the Notice or
the Omnibus Objection will constitute a waiver of the right
to assert any claims, counterclaims, rights of offset or
recoupment, preference actions, fraudulent-transfer actions
or any other claims against the claimant of the Debtors.
Unless the Bankruptcy Court allows a Claim or specifically
orders otherwise, the Debtors have the right to object on
any grounds to the Claims (or to any other Claims or causes
of action filed by a claimant or that have been scheduled by
the Debtors) at a later date.  In such event, the respective
claimant will receive a separate notice of any such
objections.

**EXHIBIT C**
**FORM OF NOTICE**

```
Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                       One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, Virginia 23219
Wilmington, Delaware 19899-0636 (804) 775-1000
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
            Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - x
```

**NOTICE OF THE DEBTORS'
[    ] OMNIBUS OBJECTION TO CLAIMS**

**PLEASE TAKE NOTICE THAT** the above-captioned Debtors (the "Debtors") filed the Debtors' [_____] Omnibus Objection to Claim (the "Omnibus Objection") with the Bankruptcy Court.  A copy of the Omnibus Objection is attached to this notice (this "Notice") as <u>Exhibit 1</u>.  By the Omnibus Objection, the Debtors are seeking to disallow Claims (as defined herein) on the ground that the Claims are: [_____]

**PLEASE TAKE FURTHER NOTICE THAT** on [_____], 2009, the Bankruptcy Court entered the Order Establishing Omnibus

Objection Procedures and Approving the Form and Manner of
the Notice of Omnibus Objections (Docket No. ___) (the
"Order"), by which the Bankruptcy Court approved procedures
for filing omnibus objections to proofs of claim and
requests for allowance and payment of administrative
expenses and/or cure claims (collectively, the "Claims") in
connection with the above-captioned chapter 11 cases (the
"Omnibus Objection Procedures").

    Specifically, the Omnibus Objection seeks to disallow
claims, including your claim(s), listed below in the "Claim
to Be Disallowed" row but does not seek to alter your claim
listed below in the "Surviving Claim" row.

| TO: | | Claim Number | Claim Amount | Reference Objection |
|---|---|---|---|---|
| [Claimant Name] [Claimant Address] | Claim to Be Disallowed | | | |
| | Surviving Claim | | | |

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF
CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF
THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE
SUBJECT TO THE OBJECTION.  <u>YOUR RIGHTS MAY BE AFFECTED BY
THE OBJECTION</u>.  THEREFORE, YOU SHOULD READ THIS NOTICE
(INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY
AND DISCUSS THEM WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN
ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF
THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT
OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A
WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH
THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY
WITHIN 30 DAYS OF THE SERVICE OF THIS OBJECTION, THE COURT
MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION CONCEDED
AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A
HEARING.**

<u>**Critical Information for Claimants
Choosing to File a Response to the Omnibus Objection**</u>

    <u>Who Needs to File a Response</u>:  If you oppose the disallowance of your claim(s) listed above and if you are unable to resolve the Omnibus Objection with the Debtors before the deadline to object, then you must file and serve a written response (the "Response") to the Omnibus Objection in accordance with this Notice.

    If you do not oppose the disallowance of your claim(s) listed above, then you do not need to file a written Response to the Omnibus Objection and you do not need to appear at the hearing.

    Response Deadline: The Response Deadline is <u>**4:00 p.m. (Eastern Time) on [    ], 2009 (the "Response Deadline")**</u>.

    THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED <u>AND</u> RECEIVED BY THE RESPONSE DEADLINE.

    Your Response will be deemed timely filed only if the Response is **<u>actually</u> <u>received</u>** on or before the Response Deadline by the Bankruptcy Court at the following address:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

    Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Debtors' attorneys:

SKADDEN, ARPS, SLATE, MEAGHER    MCGUIREWOODS LLP
& FLOM, LLP                       One James Center
One Rodney Square                 901 E. Cary Street
PO Box 636                        Richmond, VA 23219
Wilmington, DE 19899-0636         Attn: Dion W. Hayes
Attn: Gregg M. Galardi            Attn: Douglas M. Foley
Attn: Ian S. Fredericks


            – and –

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn:  Chris L. Dickerson



       The status hearing on the Omnibus Objection will be
held at **[    ] a.m./p.m. prevailing Eastern Time on
[            ], 2009 at:**

United States Bankruptcy Court
701 East Broad Street – Courtroom 5100
Richmond, Virginia 23219

       If you file a timely Response, in accordance with the
Omnibus Objection Procedures, you do not need to appear at
the status hearing on the Omnibus Objection.

### **Procedures for Filing a Timely Response**
### **and Information Regarding the Hearing on the Omnibus**
### **Objection**

       **Contents**.  Each Response must contain the following (at
a minimum):

   1.   a caption setting forth the name of the Bankruptcy
        Court, the name of the Debtors, the case number
        and the title of the Omnibus Objection to which
        the Response is directed;

   2.   the claimant's name and an explanation for the
        amount of the claim;

3.     a concise statement setting forth the reasons why
       the Bankruptcy Court should not sustain the
       Omnibus Objection, including, without limitation,
       the specific factual and legal bases upon which
       the claimant will rely in opposing the Omnibus
       Objection;

4.     a copy of any other documentation or other
       evidence of the claim, to the extent not already
       included with the Claim, upon which the claimant
       will rely in opposing the Omnibus Objection at the
       hearing;

5.     a declaration of a person with personal knowledge
       of the relevant facts that support the Response;
       and

6.     your name, address, telephone number and facsimile
       number and/or the name, address, telephone number
       and facsimile number of your attorney and/or
       designated representative to whom the attorneys
       for the Debtors should serve a reply to the
       Response, if any (collectively, the "Notice
       Addresses").  If a Response contains Notice
       Addresses that are different from the name and/or
       address listed on the Claim, the Notice Addresses
       will control and will become the service address
       for future service of papers with respect to all
       of your Claims listed in the Omnibus Objection
       (including all Claims to be disallowed and the
       surviving claims) and only for those Claims in the
       Omnibus Objection.

       **Additional Information**.  To facilitate a resolution of
the Omnibus Objection, your Response should also include the
name, address, telephone number and facsimile number of the
party with authority to reconcile, settle or otherwise
resolve the Omnibus Objection on the claimant's behalf (the
"Additional Addresses").  Unless the Additional Addresses
are the same as the Notice Addresses, the Additional
Addresses will not become the service address for future
service of papers.

       **Failure to File Your Timely Response**.  If you fail to
file and serve your Response on or before the Response
Deadline in compliance with the procedures set forth in this

Notice, the Debtors will present to the Bankruptcy Court an appropriate order granting the relief requested in the Omnibus Objection <u>without further notice</u> to you.

**Each Objection Is a Contested Matter**. Each Claim subject to an Omnibus Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

<u>Additional Information</u>

**Requests for Information**.  You may also obtain a copy of the Omnibus Objection or related documents on the internet, by accessing the website of the Debtors at www.kccllc.net/circuitcity.

**Reservation of Rights**.  Nothing in this Notice or the Omnibus Objection constitutes a waiver of the Debtors' right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you of the Debtors.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Debtors have the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date.  In such event, you will receive a separate notice of any such objections.

Dated: March __, 2009
     Richmond, Virginia    SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM, LLP
    Gregg M. Galardi, Esq.
    Ian S. Fredericks, Esq.
    P.O. Box 636
    Wilmington, Delaware 19899-0636
    (302) 651-3000

              - and -

    SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM, LLP
    Chris L. Dickerson, Esq.
    333 West Wacker Drive
    Chicago, Illinois 60606
    (312) 407-0700

              - and -

    MCGUIREWOODS LLP

    _____
    Dion W. Hayes (VSB No. 34304)
    Douglas M. Foley (VSB No. 34364)
    One James Center
    901 E. Cary Street
    Richmond, Virginia 23219
    (804) 775-1000

    Counsel for Debtors and Debtors
    in Possession

\7896527.1

# EXHIBIT H

Circuit City Stores, Inc.
Ninth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 12403 | $268,486.66 | ARTITALIA GROUP INC | | 11755 RODOLPHE FORGET | | | MONTREAL | QC | H1E 7J8 | CANADA |
| 11651 | $1,565.01 | Joinal Abdin | | 133 Vauxhall Dr | | | Scarborough | ON | M1P 1R5 | Canada |
| 11559 | $1,629.99 | Lotzcar, Eliahu | | A A No 93953 | | | Bogota | | | Colombia |
| 12414 | $250.00 | Keen Whye Lee | | 1 Ridgewood Close Apt No 15 03 | | | | | 276692 | Republic of Singapore |
| 11907 | $33.00 | Boukema, Roland and Buter, Corry | | Rietbergstraat 177 | | | Zutphen | | 7201 gg | The Netherlands |
| 11604 | $7,978.69 | A PLUS DELIVERY & MOVING | | PO BOX 7317 | | | GULFPORT | MS | 39506 | USA |
| 12433 | $126.99 | Abhijit Ajmera | | 13326 NE 69th Way | | | Redmond | WA | 98052 | USA |
| 11984 | $69.99 | Adams, Stephan | | 223 Point Wylie Ln | | | Fort Mill | SC | 29708 | USA |
| 11527 | $98,308.00 | Adcox, Ronnie F | | 7711 Spring Creek | | | Baytown | TX | 77523 | USA |
| 11530 | $30,039.00 | Adcox, Ronnie F & Susan K Adcox | Ronnie & Susan Adcox | 7711 Spring Creek | | | Baytown | TX | 77523 | USA |
| 11529 | $31,350.00 | Adcox, Susan K | | 7711 Spring Creek | | | Baytown | TX | 77523 | USA |
| 1866 | $298.30 | ADDRESSOGRAPH BARTIZAN | | 450 WEAVER ST | | | ROCKY MOUNT | VA | 24151 | USA |
| 11925 | $45.26 | AGUILAR, JOHNNY | | 920 MCKENZIE RD | | | MESQUITE | TX | 75181-2614 | USA |
| 12299 | $1,050.00 | AI Recovery As Agents for New Hampshire Indemnity ASO Mohammad Khan | c o Thomas George Associates | PO Box 30 | | | E Northport | NY | 11731 | USA |
| 12276 | $8,000.00 | ALBERTSON, DIANE | | 20 CITRUS DR | | | PALM HARBOR | FL | 34684 | USA |
| 11915 | $181.45 | ALBUERA, TRACY | | 2512 QUINT ST | 103 | | SAN FRANCISCO | CA | 94124-0000 | USA |
| 11997 | $271.43 | Allen, Sherry | | 2 Beavertail Ct | | | Florissant | MO | 63033 | USA |
| 11844 | $22,463.26 | American Management Corporation | Attn Heather McMorrough | PO Box 2020 | | | Conway | AR | 72033 | USA |
| 11992 | $876.16 | Amit Patel | | 2056 Mission St | | | San Francisco | CA | 94110 | USA |
| 12021 | $121.25 | Angela M Hopkins | | 1419 Maplewood Dr | | | Durham | NC | 27704 | USA |
| 11738 | $7,000.00 | Angela Watson | | PO Box 36189 | | | Houston | TX | 77236 | USA |
| 12935 | UNLIQUIDATED | Angers, Monique M | | 180 Valley View Dr | | | Meriden | CT | 06450 | USA |
| 11824 | $1,309.00 | Anil Kothari of Shawn Kothari | Anil Kothari | 622 Killarney Dr | | | Dyer | IN | 46311-1298 | USA |
| 11822 | $1,308.00 | Anil Kothari of Sorabh Kothari | Anil Kothari | 622 Killarney Dr | | | Dyer | IN | 46311-1298 | USA |
| 1883 | UNLIQUIDATED | Ann Taylor Inc | c o Chris Shultz | 476 Wheelers Farms Rd | | | Milford | CT | 06461 | USA |
| 1883 | UNLIQUIDATED | Ann Taylor Inc | ANN TAYLOR INC | ATTN CHRIS SHULTZ | 476 WHEELERS FARM RD | | MILFORD | CT | 06461 | USA |
| 12260 | UNLIQUIDATED | Antowi, Christine | | 147 Mott St | | | Oceanside | NY | 11572 | USA |
| 11936 | $64.95 | Appalis D Murray | | 1117 Essex Dr | | | Cedar Hill | TX | 75104 | USA |
| 11594 | $17,272.80 | Arabia, Carole Ex Est Thomas J Arabia | | 30 Vautrin Ave | | | Holtsville | NY | 11742 | USA |
| 12249 | UNLIQUIDATED | Arroyo, Walter | | 1350 Quinnipiac Ave | | | New Haven | CT | 06513 | USA |
| 11726 | $179.98 | Arthur, Erich A | | 2020 Normandstone Dr | | | Midlothian | VA | 23113 | USA |
| 11809 | $80.00 | Atkins, Shirley | | 155 La Solis Dr | | | Rochester | NY | 14626 | USA |
| 11754 | $266.86 | Audrey H Smith | | 2693 Goose Creek Rd | | | Marion | NC | 28752 | USA |
| 12039 | $11,496.73 | AVISTA UTILITIES | | P O BOX 3727 | | | SPOKANE | WA | 99220-3727 | USA |
| 12585 | $157.35 | Bagner Donis | | 2253 E Sandalwood Pl | | | Anaheim | CA | 92806 | USA |
| 12585 | $157.35 | Bagner Donis | Bagner Donis | | PO Box 4337 | | Anaheim | CA | 92803 | USA |
| 11574 | $252.00 | Balasubramanian, Ram | | 125 Oakmont Dr | | | Thorndale | PA | 19372 | USA |
| 12081 | $1,047.82 | BAPTISTE, WINSTON J | | 2709 DOREEN LANE | | | MARRERO | LA | 70072 | USA |
| 12134 | $275,000.00 | Batioff John | Law Offices of Gilbert D Sigala | 1818 W Beverly Blvd Ste 206 | | | Montebello | CA | 90640 | USA |
| 11528 | $121,283.00 | Baytown Equity Traders | | 7711 Spring Creek | | | Baytown | TX | 77523 | USA |
| 11677 | $105.00 | Bean, Patricia A | | 11734 Chisholm Trl | | | Victorville | CA | 92392-9277 | USA |
| 11608 | $2,305,884.73 | Belkin Intl Inc | | 501 W Walnut St | | | Compton | CA | 90220 | USA |
| 11689 | $43.58 | Bell, Jentonda | | 337 Holiness Ch Rd | | | Tateville | KY | 42558 | USA |
| 11689 | $43.58 | Bell, Jentonda | Jentonda Bell | | PO Box 802 | | Burnside | KY | 42519 | USA |
| 12250 | $3,862.50 | Bertram, Lincoln | | 1000 Newlins Rd E | | | Easton | PA | 18040 | USA |

First Class Mail

Circuit City Stores, Inc.
Ninth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 11971 | $3,701.33 | Bir Singh | | 3308 Pemberton Creek Ct | | | Richmond | VA | 23233 | USA |
| 11998 | $1,535.66 | BohnenKamp, Joshua Louis | Josh BohnenKamp | 1750 Hyde St | | | San Francisco | CA | 94109 | USA |
| 11633 | UNLIQUIDATED | Borger, Sheryl A | | 31654 Lynne Dr | | | Rockwood | MI | 48173 | USA |
| 12977 | $629.99 | Boucher, Brian | Brian R Boucher | 6 Cobblestone Ct | | | Glen Mills | PA | 19342 | USA |
| 11887 | $23.00 | Boyce Eric Thompson Jr | | 7601 Beckwood Dr | | | Fort Worth | TX | 76112 | USA |
| 12375 | $422.50 | BREA FINANCE DEPT | | 1 CIVIC CENTER CIR | ACCOUNTS REC | | BREA | CA | 92821-5732 | USA |
| 11781 | $313.54 | Bresliska, Aneta | | 320 E 42nd St Apt 907 | | | NY | NY | 10017 | USA |
| 12882 | UNLIQUIDATED | Brian J McQueeny | | 432 Golf Blvd | | | Daytona Beach | FL | 32118-3649 | USA |
| 12221 | $14.34 | BRIAN, OLSON | | 421 WEST SAN ANTONIO | | | SAN MARCOS | TX | 78666-0000 | USA |
| 11580 | $59.59 | BROWN HOPE, SHARON | | 2961 SANDY LN SE | | | SMYRNA | GA | 30082 | USA |
| 11580 | $59.59 | BROWN HOPE, SHARON | Sharon Brown Hope | | 4219 Grand St Apt No J | | Columbia | SC | 29203 | USA |
| 11732 | $191.80 | BROWN, GERMECHIA NAKAY | | 1304 HANGER ST | | | LITTLEROCK | AR | 72202 | USA |
| 11732 | $191.80 | BROWN, GERMECHIA NAKAY | BROWN, GERMECHIA NAKAY | | 1300 HANGER ST | | LITTLE ROCK | AR | 72202 | USA |
| 12325 | $10,897.16 | BURBANK WATER & POWER | | P O BOX 631 | | | BURBANK | CA | 91503-0631 | USA |
| 12976 | UNLIQUIDATED | Burlew, Jon Paul | | 5701 S Cedarwood Rd | | | Greenwood Village | CO | 80121 | USA |
| 12042 | $931.25 | C & A Consulting | Marine Consulting Services Inc dba C & A Consulting | 5125 Belle Dr | | | Metairie | LA | 70006 | USA |
| 12252 | $332.49 | Cadle Jr, Henry W | | 2040 Boccioni Ln | | | Cloves | CA | 93611 | USA |
| 11794 | $1,049.96 | Caroline R Siegmann | | 203 Marine Dr Ste B | | | Astoria | OR | 97103 | USA |
| 11856 | $1,049.96 | Carolyn R Siegmann | | 203 Marine Dr Ste B | | | Astoria | OR | 97103 | USA |
| 11746 | $40.99 | CELIS, FARRAHD | | 31 07 84TH ST | | | JACKSON HEIGHTS | NY | 11370-0000 | USA |
| 11878 | $2,823,915.00 | CHALIFOUX MICHAEL T | C O LAUREL CHALIFOUX | 10801 WHITAKER WOODS RD | | | RICHMOND | VA | 23233 | USA |
| 11880 | $462.00 | CHAMPION, GERALD L | | 1236 STALVEY AVE | | | MYRTLE BEACH | SC | 29577 | USA |
| 11638 | $18,230.00 | Chan, Ka Man | | 3363 Fernside Blvd | | | Alameda | CA | 94501 | USA |
| 11671 | $84.95 | Christine Johnson | | 1824 SW 16th St | | | Lincoln | NE | 68522 | USA |
| 12059 | $119.14 | Christine Moya | | 112 Third Ave | | | Daly City | CA | 94014 | USA |
| 12952 | $1,000.00 | Chuan Fa Liu & Chang Rao | | 15 Kings Way No 33 | | | Waltham | MA | 02451 | USA |
| 11644 | UNLIQUIDATED | Clancy, John A | | 431 Union St | | | S Weymouth | MA | 02190 | USA |
| 11911 | $724.92 | Clemente Bates | | 1712 Nappa Valley Ct SE | | | Smyrna | GA | 30080 | USA |
| 11570 | $20,553.45 | Coca Cola Bottling Co Consolidated | Attn Mike McCraw | 4115 Coca Cola Plz | | | Charlotte | NC | 28211 | USA |
| 12310 | $5,640.30 | Coca Cola Bottling Co of Northern New England | | One Executive Park Dr | | | Bedford | NH | 03110-6913 | USA |
| 11688 | $5,681.12 | COLLEGE STATION UTILITIES TX | | PO BOX 10230 | | | COLLEGE STATION | TX | 77842-0230 | USA |
| 12876 | $215,502.68 | Compass Group The Americas Division | Attn Lynne Foresman | 2400 Yorkmont Rd | | | Charlotte | NC | 28217 | USA |
| 12877 | $120,000.71 | Compass Group USA Inc | Attn Lynne Foresman | 2400 Yorkmount Rd | | | Charlotte | NC | 28217 | USA |
| 12286 | $503.80 | COMPOS, STEPHEN HENRY | | 2411 SOUTH ALICE ST | | | ALLENTOWN | PA | 18103 | USA |
| 11851 | $74.50 | CONCENTRA MEDICAL CENTERS | | PO BOX 4300 | | | RANCHO CUCAMONGA | CA | 91729-4300 | USA |
| 12098 | $3,481.33 | Consolidated Waste Industries | | 1701 Olive St | | | Capitol Heights | MD | 20743 | USA |
| 11626 | $1,353.00 | Corporation Service Company | | 2711 Centerville Rd | | | Wilmington | DE | 19808 | USA |
| 11815 | $2,400.00 | Craig, Dotti | | 14980 Lake Olive Dr | | | Ft Myers | FL | 33919 | USA |
| 11748 | $1,300.00 | Cynthia Langhamn Aver | | 84 Eagle Creek Dr | | | Wetumpka | AL | 36092 | USA |
| 11605 | UNLIQUIDATED | DALEY COLLEGE, RICHARD J | | 7500 S PULASKI RD RM L111 | | | CHICAGO | IL | 60652 | USA |
| 11841 | $40.00 | Daniel James Spieker | | 1020 5th St | | | Catasuqua | PA | 18032 | USA |

First Class Mail

Circuit City Stores, Inc.
Ninth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 11727 | $135.87 | Davis, Brittnie | | 908 Thomas Ct | | | Montgomery | AL | 36108 | USA |
| 12941 | $1,403.38 | DE JESUS, ANDREW NED | | 977 BAYPOINT WAY | | | RODEO | CA | 94572 | USA |
| 12941 | $1,403.38 | DE JESUS, ANDREW NED | Andrew N De Jesus | | 142 Garretson Ave | | Rodeo | CA | 94572 | USA |
| 12108 | UNLIQUIDATED | DE WOOD, RICHARD | | 668 MAGNOLIA DRIVE | | | SAN MATEO | CA | 94402 | USA |
| 11631 | UNLIQUIDATED | DEANNA L HECKMAN & | HECKMAN DEANNA L | GALEN HECKMAN JT TEN | 7201 HUGHES RD | | SANDSTON | VA | 23150 | USA |
| 12987 | $16,599.98 | Debra Curry | | 10254 S Elizabeth | | | Chicago | IL | 60643 | USA |
| 12989 | $16,599.98 | Debra Curry | | 10254 S Elizabeth | | | Chicago | IL | 60643 | USA |
| 11817 | $1,312.50 | DeWinter, Dean | | 1720 S Norwood Ave | | | Green Bay | WI | 54304 | USA |
| 12174 | $10.00 | Diane Webb | | 115 Gilfield Dr | | | Forest | VA | 24551 | USA |
| 11586 | $930.93 | Dowty, Rosa | | PO Box 464 | | | Blair | OK | 73526 | USA |
| 12251 | $40,000.00 | DRAKE, ADAM B | | 4349 WILCOT DR | | | MIDLOTHIAN | VA | 23113 | USA |
| 11680 | $2,500.00 | EBOW, NAKIA C | | 2277 N FOREST AVE | | | RIALTO | CA | 92377 | USA |
| 11922 | $7,347.84 | Edward C Jones | | 3837 W Alex Bell Rd | | | W Carrollton | OH | 45449 | USA |
| 11922 | $7,347.84 | Edward C Jones | Edward C Jones | | PO Box 3212 | | Dayton | OH | 45401 | USA |
| 11758 | $1,110.81 | Edward M Cornish Jr | | 221 Tate Ave | | | Englewood | OH | 45322 | USA |
| 12139 | UNLIQUIDATED | EDWARDS, TERRY E | | PO BOX 45285 | | | BATON ROUGE | LA | 70895 | USA |
| 12921 | $200,000.00 | EEOC  JAMAL BOOKER AND CHRISTOPHER SNOW | MARISOL RAMOS ESQUIRE  EEOC | 801 MARKET ST  SUITE 1300 | | | PHILADELPHIA | PA | 19107 | USA |
| 12804 | $1,060.12 | Elias Vargas | | 270 San Jose Ave Apt No 8 | | | San Francisco | CA | 94110 | USA |
| 12126 | $823.13 | Elizabeth Ann Peters | | 02002 County Line Rd | | | Auburndale | WI | 54412 | USA |
| 11989 | UNLIQUIDATED | Employment Development Department | Sacramento Adjudication Center | PO Box 937 | | | Elk Grove | CA | 95759-0937 | USA |
| 11989 | UNLIQUIDATED | Employment Development Department | Ashot Khachaturyan | | | | | | | USA |
| 12072 | UNLIQUIDATED | Employment Development Department | Re Tasha N Thompson | Sacramento Adjudication Center | PO Box 937 | | Elk Grove | CA | 95759-0937 | USA |
| 12380 | UNLIQUIDATED | Employment Development Department | Re Tasha N Thompson | Sacramento Adjudication Center | PO Box 937 | | Elk Grove | CA | 95759-0937 | USA |
| 12381 | UNLIQUIDATED | Employment Devlopment Department | Terrell L Smith | Sacramento Adjudication Center | PO Box 937 | | Elk Grove | CA | 95759-0637 | USA |
| 12951 | UNLIQUIDATED | Epps, Lyle Alonso | | 12412 E 207th St | | | Lakewood | CA | 90715 | USA |
| 11545 | $979.47 | Eugenia Perez Ortega | | 703 Euclid Ave | | | Lancaster | PA | 17603 | USA |
| 11715 | UNLIQUIDATED | Fenner, Gerald Patrick | | 5033 Eltha Dr Apt G | | | Winston Salem | NC | 27105 | USA |
| 11728 | $119.21 | Ferguson, Kerri Ann | | 6800 Cypress Rd No 212 | | | Plantation | FL | 33317 | USA |
| 11812 | $402.16 | FERIA, DAVID | | 1448 BLUE RD | | | CORAL GABLES | FL | 33146-1619 | USA |
| 12214 | $75,000.00 | Ferreira, Eleanor J | Howard H Swartz Esq | 3 Summer St | | | Chelmsford | MA | 01824 | USA |
| 11879 | $292.94 | Fletcher D Watson III | | 713 Sudden Valley | | | Bellingham | WA | 98229 | USA |
| 11675 | $3,846.80 | Fogle, Roberta A | | 1440 Coral Ridge Dr No 450 | | | Coral Spring | FL | 33071 | USA |
| 12566 | $1,454.16 | Francis & Virginia L Olsowy Trust | Francis Olsowy | 1825 S McMillon Rd | | | Bad Axe | MI | 48413 | USA |
| 11796 | $150.00 | Fred J Owen | | 6797 Willowwood Dr Apt 6044 | | | Boca Raton | FL | 33434 | USA |
| 11734 | $8,000.00 | FULLEN, CHRISTOPHER | | 539 CARVER BLVD | | | TOLEDO | OH | 43607 | USA |
| 11987 | UNLIQUIDATED | FURNARI, ANGELO | | 2801 CHANCELLORSVILLE DR | APT 802 | | TALLAHASSEE | FL | 32312 | USA |
| 12008 | $416.24 | G&K SERVICES | | 1229 CALIFORNIA AVE | | | PITTSBURG | CA | 94565-4112 | USA |
| 11531 | UNLIQUIDATED | Gaines, Tammy | | 35 County Rd 1025 | | | Clanton | AL | 35046 | USA |
| 12047 | $31.99 | GAMEZ, JORGE | | 861 GLENWAY DR | | | ATLANTA | GA | 30344-0000 | USA |
| 11991 | $190.08 | GENIVIEVE ANTON | ANTON GENIVIEVE | PO BOX 417 | | | GREENWOOD | MS | 38935-0417 | USA |
| 12025 | UNLIQUIDATED | Gerber E Ramirez | | 1984 Sanford Ave | | | San Pablo | CA | 94806 | USA |
| 11616 | $220.00 | Giacone, Kenneth | | 502 Palm Court | | | Crystal Lake | IL | 60014 | USA |
| 11858 | UNLIQUIDATED | GILCHRIST, ADAM | | 1016 TRAIL STREAM WAY | | | KNIGHTDALE | NC | 27545 | USA |
| 11884 | $250.00 | Glory Animashawn | | 4250 Clubhouse Cir Apt 3226 | | | Irving | TX | 75038 | USA |
| 11642 | UNLIQUIDATED | GODSEY, LARAINE D | | 4611 ANNETTE DR | | | CONCORD | NC | 28027 | USA |
| 11910 | $900.99 | Gomez, Adriana Jorge Gomez | Jorge Gomez Adriana Gomez | 582 NW 97 Ave | | | Plantation | FL | 33324 | USA |
| 11910 | $900.99 | Gomez, Adriana Jorge Gomez | Jorge E Gomez | | 582 NW 97 Ave | | Plantation | FL | 33324 | USA |
| 11678 | $1,857.00 | Gorezynski, Ronald J | | 23 Fairview Ave | | | Warwick | NY | 10992 | USA |

First Class Mail

Circuit City Stores, Inc.
Ninth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 12785 | UNLIQUIDATED | Grady F Brown | | 80 Fir Dr | | | Ocala | FL | 34472 | USA |
| 11569 | $4,140.65 | Gursky, John L | | 64 B Moore Rd | | | Haines City | FL | 33844-7309 | USA |
| 11912 | $20.00 | Hanson Elena | | 40 15th Ave N Apt 57 | | | White Park | MN | 56387 | USA |
| 11902 | UNLIQUIDATED | HARMON, TOMMY | | C/O LOVELLE ZOTH | PO BOX 898 | | BUFFALO GAP | NY | 79508 | USA |
| 11902 | UNLIQUIDATED | HARMON, TOMMY | Harmon, Tommy | | 334 County Rd 692 | | Buffalo Gap | TX | 79508 | USA |
| 13004 | $28,349.70 | HARRIS COUNTY TRA | LINEBARGER GOGGAN BLAIR & SAMPSON LLP | PO BOX 3064 | | | HOUSTON | TX | 77253-3064 | USA |
| 13004 | $28,349.70 | HARRIS COUNTY TRA | Linebarger Goggan Blair & Sampson LLP | | Post Office Box 3064 | | Houston | TX | 77253-3064 | USA |
| 12213 | $60.00 | Hegarty, Rosanne | | 2 Erin Ln | | | Norfolk | MA | 02056 | USA |
| 11628 | $2,000.00 | HEIL, ANDREW N | | 6960 PARKWAY DR | | | DOUGLASVILLE | GA | 30135 | USA |
| 11628 | $2,000.00 | HEIL, ANDREW N | Andrew Nathan Heil | | 6960 Parkway Dr | | Douglasville | GA | 30135 | USA |
| 12206 | $25,000.00 | Henderson, Evelyn | Harris Beach PLLC | c o Kevin Tompsett Esq | 99 Garnsey Rd | | Pittsford | NY | 14534 | USA |
| 12007 | $609.98 | Henry & Rhonda Galvin | | 792 Trout Run Dr | | | Malvern | PA | 19355 | USA |
| 11568 | $480.00 | HERNANDEZ, NORELY | | 6300 MILGEN RD NO 1145 | | | COLUMBUS | GA | 31907 | USA |
| 12280 | $42.60 | HERNANDEZ, PRISCILLA MARIE | | 2184 ALWORTH TERR | | | WELLINGTON | FL | 33414 | USA |
| 11863 | $28.09 | Hernando County Utilities Department | c o Kent L Weissinger | 20 N Main St Ste 462 | | | Brooksville | FL | 34601 | USA |
| 11877 | UNLIQUIDATED | Hill, Kim D | | PO Box 470173 | | | Brooklyn | NY | 11247 | USA |
| 12181 | UNLIQUIDATED | Hill, Kim D | | PO Box 470173 | | | Brooklyn | NY | 11247 | USA |
| 11886 | $170.00 | Hoanh Tran | | 16326 E Lake Dr | | | Aurora | CO | 80016 | USA |
| 11648 | $1,932.00 | HOFFMEISTER JR, ALBERT | | 1249 SW CURRIE STRET | | | PORT SAINT LUCIE | FL | 34983 | USA |
| 11648 | $1,932.00 | HOFFMEISTER JR, ALBERT | Hoffmeister Jr Albert | | PO Box 9003 | | Port St Lucie | FL | 34952 | USA |
| 12376 | $800.00 | Holly R Nicholson | | 713 Cannon Rd | | | Glen Gardner | NJ | 08826 | USA |
| 12075 | $6,750.00 | Horizon Connections Inc | Robert Dodd & Associates LLC | 303 S Mattis Ste 201 | | | Champaign | IL | 61821 | USA |
| 12210 | $941.05 | Hughes, Zachary D | | 15508 Anderson Dr | | | Biloxi | MS | 39532 | USA |
| 11601 | $4,343.40 | Independent Newspapers Inc | | 110 Galaxy Dr | PO Box 7013 | | Dover | DE | 19901 | USA |
| 11787 | $642.55 | Jackson, Robert M | | 5274 Ridge Rd | | | Joelton | TN | 37080 | USA |
| 11871 | $298.49 | Jacquelyn & Michael LaMorte | | 1151Galloping Hill Rd | | | Elizabeth | NJ | 07208 | USA |
| 11973 | $6,112.90 | James B Rosseau Sr | | 10 N Sycamore Ave | | | Aldan | PA | 19018 | USA |
| 11560 | $755.62 | James E Wolf Wolf Homes LLC | | 26 E Maple | | | Ft Mitchell | KY | 41011 | USA |
| 12127 | UNLIQUIDATED | James G Reynolds and Cleata Reynolds JTTEN | | 219 Windmill Dr | | | Lebanon | TN | 37087-3131 | USA |
| 12083 | $149.53 | James P Agee | | 51 6th Ave | | | St Albans | WV | 25177 | USA |
| 12112 | UNLIQUIDATED | Janine F Price | | 7013 Woodchuck Hill Rd | | | Fayetteville | NY | 13066 | USA |
| 11830 | $1,762.96 | Jason Jow | | 2103 Manor Green Dr | | | Houston | TX | 77077 | USA |
| 11813 | $598.63 | Jason Simonds | | 2759 W 25th St | | | Greeley | CO | 80634 | USA |
| 12798 | $20,366.03 | JEA | Attn CC 3 | 21 W CHURCH ST | | | JACKSONVILLE | FL | 32202-3139 | USA |
| 11771 | $35.00 | Jeremy L Sowell | | 56 W 1970 N | | | Tooele | UT | 84074 | USA |
| 11602 | $150,000.00 | Jernigan, Elzie F | Mark W Collmer | Collmer Law Group | 1221 Lamar No 1302 | | Houston | TX | 77010 | USA |
| 12995 | $50.00 | Jerry Krause | | 5128 Klamath Ct SE | | | Salem | OR | 97306 | USA |
| 11875 | UNLIQUIDATED | Jesse Mohr | | 976 Masson Ave No 2 | | | San Bruno | CA | 94066 | USA |
| 11625 | $9,234.84 | Jialin Feng & Yin Zhang | Yin Zhang | 2627 Oakton Glen Dr | | | Vienna | VA | 22181-5344 | USA |
| 11932 | $280.00 | John Fitzpatrick | | 2 Norfolk Ln | | | Bethpage | NY | 11714 | USA |
| 11888 | $2,440.07 | John H Howard | | 12409 Graham Meadows Dr | | | Richmond | VA | 23233 | USA |
| 11876 | $4,498.76 | John H Watson | | 304 Stone St | | | Carterville | IL | 62918 | USA |
| 12988 | $10.00 | John W Reale | | 12 Wedgewood Dr | | | Londonderry | NH | 03053-2905 | USA |
| 12118 | $15,000.00 | JOHNSON, CRAIG L | | 6374 ROWANBERRY DR | | | ELKRIDGE | MD | 21075 | USA |
| 12905 | $165.38 | Joseph D Felix | | 606 Lexington St | | | Waltham | MA | 02452-3029 | USA |
| 11808 | $150.00 | Julia Bauer | | 7173 Stanford Oak Dr | | | Sacramento | CA | 95842-2241 | USA |
| 11837 | $122.00 | Karen Buckrham | | 3261 Telford Ter SW | | | Atlanta | GA | 30331 | USA |
| 12281 | $1,415.27 | Karpinski, Michael | | 263 Bodega Dr | | | Romeoville | IL | 60446 | USA |
| 11806 | $37.89 | Kathlen Wierschke | | 1572 Silver Ter | | | Ann Arbor | MI | 48103 | USA |

First Class Mail

Circuit City Stores, Inc.
Ninth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 12107 | $109.53 | KIDD, LAVERE J | | 740 SUFFOLK | | | WESTCHESTER | IL | 60154 | USA |
| 12184 | $50.00 | King, Michael | | 59 Purchade St | | | Middleboro | MA | 02346 | USA |
| 12290 | $174.95 | Kirby, Tammy | | 421 W Byrd St | | | Timmonsville | SC | 29161 | USA |
| 11672 | $139.75 | Kisha T Buchanan | | 523 Joe B Jackson Pkwy | | | Murfreesboro | TN | 37127 | USA |
| 12211 | $121.90 | Knighten, Jerry L | | 226 Barrington Dr Apt 226 | | | Bossier City | LA | 71112 | USA |
| 11567 | UNLIQUIDATED | Kolba, Robert E IRA | | 161 Twelve Oaks Ln | | | Ponte Vedra | FL | 32082 | USA |
| 12979 | $15.00 | Kopac, Michael A | | 20255 Kentucky Oaks Ct | | | Ashburn | VA | 20147 | USA |
| 12224 | $25,200.00 | Kubinski, Richard | | 16330 Siesta Ln | | | Brookfield | WI | 53005 | USA |
| 11704 | $84.00 | Kwong, David | | 1 Andalusia Ct | | | Hampton | VA | 23666 | USA |
| 1886 | $79,274.00 | LA CROSSE TECHNOLOGY, LTD | MANDA SHAH | 2809 LOSEY BLVD SOUTH | | | LA CROSSE | WI | 54601 | USA |
| 11584 | $288.86 | Lalli, Louis J | | 22 Wilson Dr | | | Sicklerville | NJ | 08081 | USA |
| 12068 | $40.00 | Lance S Gossen | | 14709 Banbridge Trl | | | Austin | TX | 78717 | USA |
| 12131 | $45.51 | Lannie Joe Lorence | Lannie Lorence | 219 E 23rd St No 3 | | | New York | NY | 10010 | USA |
| 12117 | $200.00 | Larry K Heitman | | 300 Lila Ln | | | Athens | TX | 75751 | USA |
| 11619 | $192.00 | Larry Paulus Custom Cleaning Co | | 8241 Wayne Trace | | | Fort Wayne | IN | 46816-2909 | USA |
| 12110 | $180.00 | Lauren A Quinn | | 75 Buena Vista Ave E No 505 | | | San Francisco | CA | 94117 | USA |
| 12138 | $757.10 | LAW OFFICES OF JOHN A GALLAGHER | | 171 WEST LANCASTER AVE STE 100 | | | PAOLI | PA | 19301 | USA |
| 12903 | $150.00 | Leon G Shirley | | 569 Cranes Nest Rd | | | Owego | NY | 13827 | USA |
| 12779 | $197.03 | LEOPOLD, MARIO | | 45 TWIN PINE DRIVE | 12G | | BROOKLYN | NY | 00001-1239 | USA |
| 12491 | UNLIQUIDATED | Lincoln County Child Support Enforcement | Vicky E Bowman | 1136 E Main St | PO Box 130 | | Lincolnton | NC | 28093 | USA |
| 11606 | $4,300.00 | Lloyd, Paul | | 4502 Parkdale Dr | | | Midland | TX | 79703-6943 | USA |
| 11613 | $5,400.00 | Lloyd, Paul | | 4502 Parkdale Dr | | | Midland | TX | 79703-6943 | USA |
| 12980 | $23,243.25 | Local 10 WPLG TV | Attn Carol DeMeo | 3401 W Hallandale Beach Blvd | | | Pembroke Park | FL | 33023 | USA |
| 12006 | $99.99 | Lori A Ashness | | 111 Tomahawk Trl | | | Cranston | RI | 02921 | USA |
| 13015 | $456.80 | Lumapas, Maria Quincy Carolyn R | Quincy Lumapas | 772 El Rancho Dr | | | Livermore | CA | 94551 | USA |
| 11670 | $2,877.34 | Lyn K Moore | | 3234 N 49th St | | | Milwaukee | WI | 53216 | USA |
| 12182 | $150,000.00 | MACIEL, MARAGARET | | 3104 SHARA ST | | | PORTAGE | IN | 46368 | USA |
| 12182 | $150,000.00 | MACIEL, MARAGARET | Sarkisian & Fleming | | 6165 Central Ave | | Portage | IN | 46368 | USA |
| 11905 | $500.00 | MACKEY, SCOTT WILLIAM | | 14602 REDWOOD BEND TRAIL | | | HOUSTON | TX | 77062 | USA |
| 11563 | UNLIQUIDATED | MARCUM, JAMES A | | 55 WENTWORTH COVE RD | | | LACONIA | NH | 03246 | USA |
| 11576 | UNLIQUIDATED | MARCUM, JAMES A | | 55 WENTWORTH COVE RD | | | LACONIS | NH | 03246 | USA |
| 11577 | UNLIQUIDATED | MARCUM, JAMES A | | 55 WENTWORTH COVE RD | | | LACONIA | NH | 03246 | USA |
| 11588 | UNLIQUIDATED | MARCUM, JAMES A | | 55 WENTWORTH COVE RD | | | LACONIA | NH | 03246 | USA |
| 11589 | UNLIQUIDATED | MARCUM, JAMES A | | 55 WENTWORTH COVE RD | | | LACONIA | NH | 03246 | USA |
| 11590 | UNLIQUIDATED | MARCUM, JAMES A | | 55 WENTWORTH COVE RD | | | LACONIA | NH | 03246 | USA |
| 11941 | $509.33 | Maria Quiroga | | 121 09 Linden Blvd | | | South Ozone Park | NY | 11420 | USA |
| 12207 | $28.02 | MARIN MUNICIPAL WATER | | 220 NELLEN AVE | | | CORTE MADERA | CA | 94925 | USA |
| 12183 | $1,140.55 | MARIN MUNICIPAL WATER DISTRICT | | P O BOX 994 | | | CORTE MADERA | CA | 94976-0994 | USA |
| 11891 | $564.89 | Martha Young | | 3 Norman Dr | | | Neptune | NJ | 07753 | USA |
| 12097 | $313.83 | Martin Newman and Annette Newman Jt Ten | | 6970 Hatchery Rd | | | Waterford | MI | 48327 | USA |
| 11546 | $1,628.00 | Martin, Diane P | | 130 Shepley Ct | | | Winston Salem | NC | 27104 | USA |
| 11543 | $586.95 | MARTINEZ, KEVIN PAUL | | 3425 60TH ST | N/A | | LUBBOCK | TX | 79413 | USA |
| 11979 | $266.00 | Mary Anne Hudspeth | | PO Box 11684 | | | Reno | NV | 89510 | USA |
| 12868 | $100.00 | Mary H Stienemann | | 1037 Maiden Choice Ln No B | | | Baltimore | MD | 21229-5339 | USA |
| 11656 | $40.00 | Mary Riordan | | 3216 Blackhawk Meadow Dr | | | Danville | CA | 94506 | USA |
| 12220 | $178.46 | MATHEUS, NAPOLEON | | 2173 CALIFORNIA ST | NO 302 | | SAN FRANCISCO | CA | 94115-0000 | USA |

Circuit City Stores, Inc.
Ninth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 12326 | $13,810.81 | MATS INC | | 37 SHUMAN AVE | PO BOX 839 | | STOUGHTON | MA | 02072 | USA |
| 11972 | $200.00 | Mattin Noblia | | 701 Union St | | | San Francisco | CA | 94133 | USA |
| 12020 | $140.81 | MCCOLLETT, MONICA | | 1505 EVANS ST | | | ARKADELPHIA | AR | 71923-4516 | USA |
| 11712 | $152.97 | MCDONALD, LARRY | | PO BOX 2171 | | | RIDGELAND | MS | 39158 | USA |
| 11629 | UNLIQUIDATED | Michael D Robinson | | 12 Applewood Cir | | | Cabot | AR | 72023 | USA |
| 12151 | $2,500.00 | Michael J Cloukey | | 22 Maple St | | | Turners Falls | MA | 01376 | USA |
| 11901 | UNLIQUIDATED | Michael R Falvo IRA | | 1565 Foothills Village Dr | | | Henderson | NV | 89012 | USA |
| 11637 | $18,860.85 | Michigan Dept of Treasury | Unclaimed Property Division | PO Box 30756 | | | Lansing | MI | 48909 | USA |
| 12287 | $1,683.84 | Micko, Daniel | | 770 Pine St | | | San Francisco | CA | 94108 | USA |
| 11926 | $10,345.25 | MICROSTRATEGY | | 1861 INTERNATIONAL DRIVE | | | MCLEAN | VA | 22102 | USA |
| 11926 | $10,345.25 | MICROSTRATEGY | MICROSTRATEGY | PO BOX 409671 | | | ATLANTA | GA | 30384-9671 | USA |
| 1848 | $47,960.00 | MIDWAY | | BANK OF AMERICA LOCKBOX SVC | 15218 COLLECTIONS CENTER DR | | CHICAGO | IL | 60693 | USA |
| 1848 | $47,960.00 | MIDWAY | Midway Home Entertainment | Attn Eric Muellner | 2704 W Roscoe St | | Chicago | IL | 60618 | USA |
| 11679 | $25.92 | MITCHELL, CHRYSTAL | | 2470 CHARLEMAGNE AVE | | | LONG BEACH | CA | 90815-0000 | USA |
| 11679 | $25.92 | MITCHELL, CHRYSTAL | Chrystal Edwards | | PO Box 972 | | Los Alamitos | CA | 90720 | USA |
| 11730 | $98.41 | Montgomery Water Works | | P O  Box 1631 | | | Montgomery | AL | 36102-1631 | USA |
| 11731 | $39.73 | MONTGOMERY WATER WORKS | | P O BOX 1631 | | | MONTGOMERY | AL | 36102-1631 | USA |
| 11779 | $28.76 | MONTSOMERY WATER WORKS | | PO BOX 1631 | | | MONTGOMERY | AL | 361021631 | USA |
| 11661 | $150.00 | Montoya, Ericka  Martha Valdez | | 2008 Seaman Rd | | | Tampa | FL | 33612 | USA |
| 12320 | UNLIQUIDATED | Moran James P | | 54 Twin Oaks | | | New Milford | CT | 06776-1047 | USA |
| 12226 | $755.68 | Moran, Mr Sean and Carolyn | | 230 W La Flor Ln | | | Mountain House | CA | 95391 | USA |
| 12219 | $50.00 | Morrow, Timothy C | | 1704 Loty Ave | | | Pittsburgh | PA | 15212 | USA |
| 11906 | UNLIQUIDATED | MORTON, CHRISTOPHER MICHAEL | | 3776 TEAYS VALLEY RD LOT 87 | | | HURRICANE | WV | 25526 | USA |
| 11566 | $40.00 | Moten, Henry | | 4031 Figtree Dr | | | Jones | AL | 36749 | USA |
| 11668 | $800.00 | Mukhram Seepersad | | 8305 NW 61st No 308 | | | Tamarac | FL | 33321 | USA |
| 12209 | $340.00 | Murphy, Walter | | 1 Hubbard Pl | | | Wethersfield | CT | 06109-2334 | USA |
| 11968 | $50,000.00 | NASH, ARVECA | | 525 N COUNCIL RD APT G | | | OKLAHOMA CITY | OK | 73127 | USA |
| 11890 | UNLIQUIDATED | NC Child Support Centralized Collections | | PO Box 900012 | | | Raleigh | NC | 27675-9012 | USA |
| 11917 | UNLIQUIDATED | NC Child Support Centralized Collections | | PO Box 900012 | | | Raleigh | NC | 27675-9012 | USA |
| 12109 | $50.00 | Neil Sanders | | 27 David Dr | | | Saugus | MA | 01906 | USA |
| 12925 | $269.00 | NEW HAMPSHIRE DEPT OF SAFETY | | PO BOX 3838 | | | CONCORD | NH | 03302-3838 | USA |
| 12925 | $269.00 | NEW HAMPSHIRE DEPT OF SAFETY | NH Dept of Justice | Attn Jason Reimers Assistant Attorney General | 33 Capitol St | | Concord | NH | 03301 | USA |
| 11666 | $337.33 | NIEPOTH, ALEX CURTIS | | 6054 N PONDEROSA WAY | | | PARKER | CO | 80134 | USA |
| 11593 | $94.60 | NOBLE, TREVOR J | | 8239 E TIMBERLAND AVE | | | ORANGE | CA | 92869 | USA |
| 11596 | $2,500.00 | Nora Sr, Reginald C | | 4717 Noah Cir | | | Acworth | GA | 30101-9322 | USA |
| 11600 | $20,000.00 | Norton, Alice H | | 5308 Antelope Ln | | | Stone Mountain | GA | 30087 | USA |
| 12080 | $556.12 | OCONNOR, KEVIN JOSEPH | | 310 AUDLEY CT | | | COPIAGUE | NY | 11726 | USA |
| 11674 | $9,862.44 | OG&E Electric Services | Attn Abbey Campbell MC M223 | PO Box 321 | | | Oklahoma City | OK | 73101-0321 | USA |
| 12942 | $9,744.56 | OKLAHOMA STATE TREASURER | SCOTT MEACHAM STATE TREASURER | 4545 LINCOLN BLVD STE 106 | UNCLAIMED PROPERTY | | OKLAHOMA CITY | OK | 73105-3413 | USA |
| 11872 | $103,000.00 | OLDMAN, MICHELE | | PO BOX 826 | | | MOSS BEACH | CA | 94038 | USA |
| 11873 | UNLIQUIDATED | OLDMAN, MICHELE | | PO BOX 826 | | | MOSS BEACH | CA | 94038 | USA |
| 12934 | $4,897.96 | ORANGE & ROCKLAND | | 390 WEST ROUTE 59 | | | SPRING VALLEY | NY | 10977-5300 | USA |

First Class Mail

Circuit City Stores, Inc.
Ninth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 11762 | $600.00 | PAGAN HERNANDEZ, HUMBERTO J | | PO BOX 10952 | | | SAN JUAN | PR | 00922 | USA |
| 11763 | $600.00 | PAGAN HERNANDEZ, HUMBERTO J | | PO BOX 10952 | | | SAN JUAN | PR | 00922 | USA |
| 12307 | $430.02 | Parada, Celia | | 10213 Wood Dr | | | Rowlett | TX | 75089 | USA |
| 12308 | $430.02 | Parada, Celia | | 10213 Wood Dr | | | Rowlett | TX | 75089 | USA |
| 11913 | $1,767.65 | Paramdeep Tank | | 9985 Caminito Chirimolla | | | San Diego | CA | 92131 | USA |
| 11722 | $581.90 | Pasam, Venkatesh | | 5319 N MacArthur Blvd No 2059 | | | Irving | TX | 75038 | USA |
| 12296 | $1,251.09 | PATEL, NITIN G | | 1657 MARKET ST | | | SAN FRANCISCO | CA | 94103 | USA |
| 12943 | $50.00 | Patnaude, Nadine | | 1109 Pontiac Ave | | | Cranston | RI | 02920 | USA |
| 12022 | $180.00 | Paul S Wilson | | 4 Kemp Dr | | | Macedon | NY | 14502 | USA |
| 12073 | $810.38 | PC Mall Inc | Jeffrey M Galen | Gallen & Davis LLP | 16255 Ventura Blvd Ste 900 | | Encino | CA | 91436 | USA |
| 11553 | $493.80 | PEAK TECHNOLOGIES INC | | PO BOX 8500 S 4955 | | | PHILADELPHIA | PA | 19178-4955 | USA |
| 11553 | $493.80 | PEAK TECHNOLOGIES INC | Peak Technologies Inc | | 10330 Old Columbia Rd | | Columbia | MD | 21046 | USA |
| 11714 | $529.99 | Pearson, David E | | 28 Greenbrier Rd | | | Portsmouth | VA | 23707 | USA |
| 11810 | $422.83 | PEREZ, BRIAN | | 243 ARMOUR AVE | | | SOUTH SAN FRANCISCO | CA | 94080-0000 | USA |
| 12262 | $4,532.00 | Pfeifer, Virgil & Wanda | Virgil Pfeifer | 4101 Kingston Dr | | | Corpus Christi | TX | 78411 | USA |
| 11617 | $4,631.00 | Pickens, Cordelia | | 118 O St NW | | | Ardmore | OK | 73401 | USA |
| 12177 | $2,789.45 | PICKETT, AARON | | 1165 CATALINA ST | | | LAGUNA BEACH | CA | 92651-0000 | USA |
| 12113 | $997.83 | PICKETT, AARONM | | 1165 CATALINA ST | | | LAGUNA BEACH | CA | 92651-0000 | USA |
| 12284 | $66,006.18 | PIONEER PRESS | DAWN LINDGREN | 345 CEDAR STREET | | | ST PAUL | MN | 55101-1057 | USA |
| 12312 | $50.00 | Pivero, Carla | | 7 Sparhawk Dr | | | Lynnfield | MA | 01940 | USA |
| 11663 | $1,477.00 | Plescia, George | | 940 Redding Way D | | | Upland | CA | 91786 | USA |
| 11916 | UNLIQUIDATED | POLANCO, GLADYS | | 132 35 SANFORD AVE APT 6P | | | FLUSHING | NY | 11355 | USA |
| 11549 | UNLIQUIDATED | POPE JR, THOMAS W | POPE THOMAS W | 4617 EMMETT RD | | | GLEN ALLEN | VA | 23060-3537 | USA |
| 11550 | UNLIQUIDATED | POPE, THOMAS W | POPE THOMAS W | 4617 EMMETT RD | | | GLEN ALLEN | VA | 23060-3537 | USA |
| 11686 | UNLIQUIDATED | Porter, Courtney | | 6430 S Stony Island Ave No 1910 | | | Chicago | IL | 60637 | USA |
| 11994 | $329.52 | Prashant Patel | | 2042 Mission St | | | San Francisco | CA | 94110 | USA |
| 11676 | $80.00 | Property Damage Appraisers No Atlanta | Linda Picone | 3709 Sexton Woods Dr | | | Atlanta | GA | 30341 | USA |
| 11676 | $80.00 | Property Damage Appraisers No Atlanta | PDA Inc | | PO Box 47190 | | Ft Worth | TX | 76147-1412 | USA |
| 12175 | $600.00 | PULVER, CHRIS PHILIP | | 1623 CARRIAGE CIRCLE | | | VISTA | CA | 92083 | USA |
| 12175 | $600.00 | PULVER, CHRIS PHILIP | Christopher Pulver | | 1623 Carriage Circle | | Vista | CA | 92081 | USA |
| 11544 | $190.89 | PURYEAR, JAMES EDWARD | | 10848 GREEN MEADOW PL | | | INDIANAPOLIS | IN | 46229 | USA |
| 11544 | $190.89 | PURYEAR, JAMES EDWARD | James Edward Puryear | | 4246 Rue Biscay Apt 3A | | Indianapolis | IN | 46226 | USA |
| 11827 | $40.00 | Qianjin Kong | | 206 Bella Vista Rd | | | Devon | PA | 19333 | USA |
| 11554 | $28,965.00 | QUALXSERV LLC | | 836 NORTH ST | | | TEWKSBURY | MA | 01876 | USA |
| 11610 | $50.00 | Quinn, Lauren Amber | | 75 Buena Vista Ave E No 505 | | | San Francisco | CA | 94117 | USA |
| 11735 | $200.00 | Ralston, David | | 2964 E Fallentine Rd | | | Sandy | UT | 84093 | USA |
| 11843 | $920.11 | Randall K Glover | Ytterberg Deery LLP | 3555 Timmons Lane Ste 1000 | | | Houston | TX | 77027 | USA |
| 11843 | $920.11 | Randall K Glover | Randall K Glover | | 6111 S Braeswood Blvd | | Houston | TX | 77096 | USA |
| 1884 | $6,391.98 | RAYMOND HANDLING CORP | | 41400 BOYCE RD | | | FREMONT | CA | 94538-3152 | USA |
| 11823 | $1,050.00 | REMPART, RALPH | | 70 TWIN AVE | | | SPRING VALLEY | NY | 10977 | USA |
| 11919 | $839.76 | Rene Rodriguez | | 1323 S Marianna Ave | | | Los Angeles | CA | 90040 | USA |
| 11741 | $50.00 | Renee Tyson | | 7428 Vista Way No 102 | | | Bradenton | Fl | 34202 | USA |
| 11988 | $260.09 | Richard Stevens | | 221 W 82nd St | Apartment No 4F | | New York | NY | 10024 | USA |
| 12295 | $188.66 | Richter, Lisa | | 408 N Cresthill Ave | | | McHenry | IL | 60051 | USA |

First Class Mail

Circuit City Stores, Inc.
Ninth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 11864 | $149.99 | Rick Couture | | 35436 Wellston Ave | | | Sterling Heights | MI | 48312 | USA |
| 11578 | UNLIQUIDATED | RIDIROS JR , SHAFT PONO | | 455 CANAL ST | NO 25 | | SAN RAFAEL | CA | 94901 | USA |
| 11914 | $409.98 | Rivera, Filomena | | 429 Buckland Ln | | | Valparaiso | IN | 46383 | USA |
| 12278 | $295.25 | Rivers, Brandon Earl | | 15302 Gundry Ave Apt No 116 | | | Paramount | CA | 90723 | USA |
| 12279 | $295.25 | RIVERS, BRANDON EARL | | 15302 GUNDRY AVE APT NO 116 | | | PARAMOUNT | CA | 90723 | USA |
| 11770 | $279.00 | Robbie G Carter | | 1712 Chimney Swift Ln | | | West Columbia | SC | 29169-5418 | USA |
| 11652 | $9,260.00 | Robert B Fung & Nancy Fung | | 821 Hawthorne Way | | | Millbrae | CA | 94030 | USA |
| 12147 | $642.55 | Robert M Jackson | | 5274 Ridge Rd | | | Joelton | TN | 37080 | USA |
| 11634 | $423.99 | Roberts, Dennis A | | 814 Stonebridge Dr | | | Lancaster | PA | 17601 | USA |
| 11542 | $477.17 | Rodriguez, Anthony Alan | | 263 16th Ave SW | | | New Brighton | MN | 55112 | USA |
| 11612 | $143.14 | ROSE, SARAH NICOLE | | 8546 MEADOWLARK COURT | | | ZEELAND | MI | 49464 | USA |
| 11783 | $670.89 | ROZENBLAD, IVAN DURANT | | 375 SOMERSET RD | | | PIEDMONT | CA | 94611 | USA |
| 11723 | $6,489.74 | Ryan Inc | Bell Nunnally & Martin LLP | 3232 McKinney Ave Ste 1400 | | | Dallas | TX | 75204 | USA |
| 11649 | $319.96 | Ryan, June | | 632 Cardinal Ln | | | Prattville | AL | 36067 | USA |
| 11709 | $260.00 | Salinas, Roger & Kristen | | 5215 Hickory Pl | | | Cheyenne | WY | 82009 | USA |
| 12317 | $50.00 | Sanders, Eric | | 47 Riverview Ave | | | Ardsley | NY | 10502 | USA |
| 11632 | $494.98 | Sartin, Mitchell A | | 7051 NE 6th Ave | | | Portland | OR | 97211 | USA |
| 11719 | $2,029.73 | Scannell, Laura | | 6055 Knights Ridge Way | | | Alexandria | VA | 22310 | USA |
| 11918 | $50.00 | Schomp, Robert L | | 339 Treasure Boat Way | | | Sarasota | FL | 34242 | USA |
| 12784 | $2,875.33 | Scott Warren | | 10816 1/2 Blix St | | | N Hollywood | CA | 91602 | USA |
| 11996 | $108.97 | Sean Davis | | 6747 Sandpiper Ct | | | Frederick | MD | 21703 | USA |
| 11687 | $4,601.00 | SEKHRI, SUNEEL | | 1904 CONNOLLY DR | | | TROY | MI | 48098 | USA |
| 11571 | $714,200.08 | SENNHEISER ELECTRONIC CORP | | PO BOX 30962 | | | HARTFORD | CT | 06150-0962 | USA |
| 11665 | UNLIQUIDATED | Sharon Shand Mega Promotnals Inc | | 5108 Elaine Dr | | | Charleston | WV | 25306 | USA |
| 11943 | $50,000.00 | SHREWSBURY, JAMES | | 1250 NORTH AIR DEPOT APT 242 | | | MIDWEST CITY | OK | 73110 | USA |
| 11643 | UNLIQUIDATED | SIMMONS, DONALD | | 505 SHERILYN DR | | | HIGHLAND SPRINGS | VA | 23075 | USA |
| 11643 | UNLIQUIDATED | SIMMONS, DONALD | Janet M Simmons | | 8675 E Timber Ridge Rd | | Mt Crawford | VA | 22842 | USA |
| 11495 | $224,330.32 | SIMPLETECH A FABRIK COMPANY | ALAN DOCHERTY DIRECTOR OF SALES FINANCE | 1830 E WARNER AVE | | | SANTA ANA | CA | 92705 | USA |
| 11495 | $224,330.32 | SIMPLETECH A FABRIK COMPANY | LEI LEI WANG EKVALL | WEILAND GOLDEN | SMILEY WANG EKVALL & STROK LLP | 650 TOWN CENTER DR STE 950 | COSTA MESA | CA | 92626 | USA |
| 12950 | $114.43 | SIP, MARCIN | | 3738 N OSCEOLA AVE | | | CHICAGO | IL | 60634-0000 | USA |
| 11695 | $324.36 | Sirico, Russell | | 529 Jersey Ave | | | Greenwood Lk | NY | 10925 | USA |
| 11623 | $473.53 | Smith, Joyce L | | 6818 Orchid Ln | | | Fredericksburg | VA | 22407 | USA |
| 11622 | $113.79 | Soloman, Judith | | 80 Central Park W Apt 8G | | | New York | NY | 10023 | USA |
| 12064 | $92,096.06 | State of Wisconsin Office of State Treasurer | William H Ramsey Assistant Attorney General | Department of Justice | PO Box 7857 | | Madison | WI | 53707-7857 | USA |
| 12129 | $165.00 | Stephen J Murphy | | 18796 Caminito Cantilena Unit 132 | | | San Diego | CA | 92128 | USA |
| 11533 | $102.51 | STONE, JONATHAN | | 11715 COLLGE PARK TRAIL | APT J | | ORLANDO | FL | 32826-0000 | USA |
| 11533 | $102.51 | STONE, JONATHAN | Jonathan Stone | | 3408 State Rd 13 | | St Johns | FL | 32259 | USA |
| 11831 | $84.33 | Sunil Chittadi | | 318 Honnes Rd | | | Fishkill | NY | 12524 | USA |
| 11641 | $1,460.28 | Sussman, Graham | | 47 Boswell Rd | | | Putnam Valley | NY | 10579 | USA |
| 11867 | $779.99 | Tanel Parind | | 448 Maxey Dr | | | Virginia Beach | VA | 23454 | USA |
| 11575 | $610.54 | Taylor, Samantha | | 4801 Pleasant Valley Rd | | | York | PA | 17406 | USA |
| 11645 | $9,940.00 | Tec Com Services Inc dba Micro Tech | c o Thomas L Schulman Attorney at Law | 600 W Santa Ana Blvd Ste 955 | | | Santa Ana | CA | 92701-4509 | USA |
| 11645 | $9,940.00 | Tec Com Services Inc dba Micro Tech | Tec Com Services Inc dba Micro Tech | | 1215 Pomona Rd Ste A | | Corona | CA | 92882 | USA |

First Class Mail

Circuit City Stores, Inc.
Ninth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 11653 | $10,320.00 | Terence W or Nancy F Chan | | 821 Hawthorne Way | | | Millbrae | CA | 94030 | USA |
| 11835 | UNLIQUIDATED | TERRY, VERNICAL | | 15503 SW 297TH TER | | | LEISURE CITY | FL | 33033 | USA |
| 12902 | $192,052.65 | The Washington Post | Attn Credit A Perry | 1150 15th St NW | | | Washington | DC | 20071 | USA |
| 12907 | $192,052.65 | The Washington Post | Attn Credit A Perry | 1150 15th St NW | | | Washington | DC | 20071 | USA |
| 11717 | $149.99 | Thompson, Teresa S | | 3316 Southview Ave | | | Montgomery | AL | 36111 | USA |
| 12055 | $803.98 | THORPE, JAMYRA N | | 2121 SADDLEBROOK LANE | | | PETERSBURG | VA | 23805 | USA |
| 12055 | $803.98 | THORPE, JAMYRA N | Jamyra Natrese Thorpe | | 3326 J Cir Brook Dr | | Roanoke | VA | 24018 | USA |
| 11833 | $472.00 | Thuylan Ly | | 4 Dickens Ln | | | Mt Laurel | NJ | 08054 | USA |
| 11898 | $399.82 | TIME WARNER CABLE BUSINESS SERVICE | | PO BOX 650734 | | | DALLAS | TX | 75265-0734 | USA |
| 12297 | $399.82 | TIME WARNER CABLE BUSINESS SERVICE | | PO BOX 650734 | | | DALLAS | TX | 75265-0734 | USA |
| 11541 | UNLIQUIDATED | TISDALE, FELICIA A | | 1025 HALLIE DR | | | FLORENCE | SC | 29505 | USA |
| 11865 | $1,851.00 | TOLL ROADS VIOLATION DEPT, THE | | PO BOX 50310 | | | IRVINE | CA | 92619-0310 | USA |
| 12991 | $6,344.93 | TOWN OF APEX, NC | | P O BOX 250 | | | APEX | NC | 27502 | USA |
| 12124 | $75.00 | Tracy McCormick | | PO Box 532 | | | Many | LA | 71449 | USA |
| 12024 | $9,250.73 | TRIBUNE REVIEW PUBLISHING | TRIBUNE REVIEW PUBLISHING TRIB TOTAL MEDIA | 622 CABIN HILL DR | | | GREENSBURG | PA | 15601 | USA |
| 12234 | $163.85 | Truitt, James Brandon | | 5481 Pine St | | | Millbrook | AL | 36054 | USA |
| 12406 | $3,286.65 | Ty D Paul | | 721 W A Allen | | | Wylie | TX | 75098 | USA |
| 12990 | $76,471.05 | Uniwest Management Services Inc Owner or Agent for Battlefield FE Limited Partner t a Fort Evans Plaza II Leesburg VA | c o David L Pollack Esq | Ballard Spahr Andrews & Ingersoll LLP | 1735 Market St 51st Fl | | Philadelphia | PA | 19103 | USA |
| 12857 | $67.15 | US CUSTOMS & BORDER PROTECTION | | 6650 TELECOM DR STE 100 | | | INDIANAPOLIS | IN | 46278 | USA |
| 12854 | $27.97 | VALADEZ, CLAUDIA | | 1333 HAWES ST | | | SAN FRANCISCO | CA | 94124 | USA |
| 12368 | $116.09 | VASQUEZ, PILAR | | 748 N FONTANA CT | | | VISALIA | CA | 93291-4165 | USA |
| 12091 | $42.02 | VERBICK, BRETT | | 1482 S 86TH ST | | | WEST ALLIS | WI | 53214-0000 | USA |
| 11733 | $349.99 | Villeroz, Tracy | | 7681 El Monte Dr | | | Buena Park | CA | 90620 | USA |
| 12046 | $1.90 | Vincent Ross MacKenzie | | PO Box 68 | | | Lancaster | NH | 03584 | USA |
| 11924 | $68.60 | VOGEL, SHARI | | 2239 LENITA LN | | | SANTA ANA | CA | 92705-0000 | USA |
| 11924 | $68.60 | VOGEL, SHARI | Shari Vogel | | 3100 Finnian Way No 467 | | Dublin | CA | 94568 | USA |
| 12457 | $612.44 | Wadson Almonor | | 2227 2nd Ave E | | | Bradenton | FL | 34208 | USA |
| 12457 | $612.44 | Wadson Almonor | Wadson Almonor | | PO Box 162 | | Bradenton | FL | 34206 | USA |
| 11611 | $1,850.00 | WALKER, JAMAAL | | 10819 MEADOWBIRCH LN | | | COLLIERVILLE | TN | 38017 | USA |
| 12293 | $150.00 | Wang, Ju Fang | | 1025 Walnut St Rm 420 | | | Philadelphia | PA | 19107-5001 | USA |
| 11701 | UNLIQUIDATED | WARDLOW, DONNA F | | 4605 SIAM CT | | | BAKERSFIELD | CA | 93307 | USA |
| 11710 | $1,586.98 | Warren, Scott | | 10816 1/2 Blix St | | | N Hollywood | CA | 91602 | USA |
| 12227 | $5,352.29 | WASHINGTON GAS ENERGY SERVICES INC | | 13865 SUNRISE VALLEY DR | STE 200 | | HERNDON | VA | 20171 | USA |
| 12881 | $1,289.54 | WASHINGTON SUBURBAN SANITARY COMMISSION | | 14501 SWEITZER LANE | | | LAUREL | MD | 20707-5902 | USA |
| 12045 | UNLIQUIDATED | WASHINGTON, GWENDOLYN | | 7146 EDGEWOOD RD | | | MECHANICSVILLE | VA | 23111 | USA |
| 11664 | $17,488.75 | WDIV TV | | 550 W LAYFAYETTE BLVD | | | DETROIT | MI | 48226 | USA |
| 11664 | $17,488.75 | WDIV TV | WDIV TV | | 75 REMITTANCE DR STE 3110 | | CHICAGO | IL | 60675-3110 | USA |
| 12128 | UNLIQUIDATED | Weldon Sons | | 5100 Dewalt St | | | Bakersfield | CA | 93308 | USA |
| 11736 | $40.00 | Wheeless, Sara C | | 3505 Corin Ct | | | Raleigh | NC | 27612-4100 | USA |
| 11547 | $4,768.50 | WHTM | | PO BOX 5860 | | | HARRISBURG | PA | 17110-5860 | USA |
| 12982 | $206.86 | WILLIAMS, DAVID CLINTON | | 22 MANSION BLVD | | | ALTOONA | PA | 16602 | USA |
| 11724 | $30.00 | Williamson, Ray | | 1710 Maple Leaf Dr | | | Windermere | FL | 34786 | USA |

First Class Mail

Circuit City Stores, Inc.
Ninth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 11986 | $7,500.00 | Wilson, Lenorah | | 2833 Victoria St | | | Philadelphia | PA | 19107 | USA |
| 11986 | $7,500.00 | Wilson, Lenorah | Michael John Goodnow Esq | | 1101 Market St Ste 2500 | | Philadelphia | PA | 19107 | USA |
| 12016 | $2,210.00 | WPBF Television No 6663 | c o Szabo Associates Inc | 3355 Lenox Rd NE 9th Fl | | | Atlanta | GA | 30326 | USA |
| 11742 | $50.00 | Xiwen Zhang | | 2200 Waterview Pkwy Apt 30208 | | | Richardson | TX | 75080 | USA |
| 12148 | UNLIQUIDATED | YEAGER, AMANDA MARIE | | 2142 DISSTON ST | | | PHILADELPHIA | PA | 19149 | USA |
| 12285 | $1,194.85 | Yu, Danilo | | 750 Filbert St | | | San Francisco | CA | 94133 | USA |
| 11706 | $256.43 | Zacherl, Bonnie M | | 309 Memory Ln | | | Panama City Beach | FL | 32413 | USA |
| 11513 | $1,042.08 | Zuniga, Arcadio | | 8601 Broadway St No 2032 | | | Houston | TX | 77061 | USA |

First Class Mail

# EXHIBIT I

Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                       One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession


            IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                    RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
            Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - x


            **DEBTORS' MOTION FOR AN ORDER APPROVING
(A) PROCEDURES FOR FILING OMNIBUS OBJECTIONS TO CLAIMS AND
(B) THE FORM AND MANNER OF THE NOTICE OF OMNIBUS OBJECTIONS**

        The debtors and debtors in possession (collectively,

the "Debtors")[1] hereby move the Court, pursuant to this

---

[1]  The Debtors are the following entities: The Debtors and the last four
     digits of their respective taxpayer identification numbers are as
     follows: Circuit City Stores, Inc. (3875), Circuit City Stores West
     Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc.
     (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC
     (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City
     Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott

motion (the "Motion"), for the entry of an order,
substantially in the form of Exhibit A, approving (a)
procedures for filing omnibus objections to claims asserted
in the above-captioned chapter 11 cases and (b) the form and
manner of the notice of omnibus objections.  In support of
this Motion, the Debtors respectfully state as follows:

**JURISDICTION**

1.    The Court has jurisdiction over this matter
pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a
core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and
1409.

3.    The statutory predicates for the relief requested
herein are sections 105 and 502 of the Bankruptcy Code, 11
U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rules 2002(a),
3007, 7004, 9006, and 9014 of the Federal Rules of
Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule
3007-1 of the Local Rules of the United States Bankruptcy

---

Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky
Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland
MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360),
and Circuit City Stores PR, LLC (5512).  The address for Circuit City
Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster,
Colorado 80031.  For all other Debtors, the address is 9950 Mayland
Drive, Richmond, Virginia 23233.

Court for the Eastern District of Virginia (the "Local
Rules").

## BACKGROUND

4.    On November 10, 2008 (the "Petition Date"), the
Debtors filed voluntary petitions in this Court for relief
under chapter 11 of the Bankruptcy Code.

5.    On January 12, 2009, the Court entered an order
authorizing the Debtors to conduct auctions for a sale or
sales of the Debtors' businesses as a going concern or for
liquidation (D.I. 1460).

6.    At the conclusion of the auction, the Debtors'
determined that the highest and otherwise best bid was that
of Great American Group WF, LLC, Hudson Capital Partners,
LLC, SB Capital Group, LLC, and Tiger Capital Group, LLC
(collectively, the "Agent").  On January 16, 2009, the Court
approved the Agent's bid and authorized the Debtors to
conduct going out of business sales at the Debtors'
remaining stores (D.I. 1634).  The Agent commenced going out
of business sales at the Debtors' remaining stores on
January 17, 2009.

## PRELIMINARY STATEMENT

7.    To date, there have been approximately 11,500
proofs of claim filed with the Debtors' claims agent,

3

Kurtzman Carson Consultants LLC ("KCC").  In light of the
number of proofs of claim and requests for allowance and
payment of administrative expenses and/or cure claims
(collectively, the "Claims") that have been asserted against
the Debtors' estates and the substantial number of
objections they expect to file in response thereto, the
Debtors are seeking authorization to file omnibus objections
to the Claims in accordance with the objection procedures
described herein (the "Omnibus Objection Procedures").
Recognizing that Bankruptcy Rule 3007 seeks to provide
creditors with transparency and clarity with respect to
omnibus claims objections, the Debtors have tailored the
Omnibus Objection Procedures to adequately protect
creditors' due process rights and achieve administrative and
judicial efficiency.  The Omnibus Objection Procedures will
help streamline the Claims objection process, which will
inure to the benefit of the Debtors, creditors, the Court
and all parties in interest.

8.    The Omnibus Objection Procedures provide adequate
notice to and protect the due process rights of the Debtors'
creditors.  A customized notice of objection will be served
on each creditor whose Claim is objected to by an omnibus
objection, which will inform the creditor of the objection,

4

the grounds for the objection and the relief sought therein. Requiring the Debtors to file individual objections to every Claim (or requiring that omnibus objections be filed without the benefit of the Omnibus Objection Procedures) would be overly burdensome, costly, time consuming, and unnecessary.

9.    Accordingly, the Debtors respectfully submit that their proposed Omnibus Objection Procedures are consistent with Bankruptcy Rule 3007(c) and the underlying policies of the Bankruptcy Code and due process.

## RELIEF REQUESTED

10.  The Debtors seek approval of (a) the Omnibus Objection Procedures attached hereto as Exhibit B and incorporated by reference herein and (b) the proposed form and manner of notice of omnibus objections, substantially in the form attached hereto as Exhibit C and incorporated by reference herein (each, a "Notice of Omnibus Objection").

## SUMMARY OF THE OMNIBUS OBJECTION PROCEDURES
## AND NOTICE OF OMNIBUS OBJECTION[2]

### A.    The Omnibus Objection Procedures

11.    The Omnibus Objection Procedures provide for the efficient and economic resolution of omnibus objections (each, an "Omnibus Objection") to the Claims by: (a) providing a guide to the claims objection process that clearly describes the form and manner of Omnibus Objections and the process by which claimants must file and serve responses thereto (each, a "Response"); and (b) ensuring that all parties in interest have sufficient access to the information they require to navigate the claims objection process effectively and otherwise preserve and protect the rights they are afforded under the Bankruptcy Code.

12.    Specifically, the Omnibus Objection Procedures describe, in clear and simple terms, the key aspects of the claims resolution process, including, without limitation: (a) the form of Omnibus Objections and supporting documentation, if necessary; (b) the exhibit attached to each Omnibus Objection (which will contain those Claims for

---

[2]  This description of the Omnibus Objection Procedures and the Notice of Omnibus Objection is intended as a summary and is being provided for the convenience of the Court and parties in interest.  To the extent that this summary and the text of the Omnibus Objection Procedures and the Notice of Omnibus Objection are inconsistent, the terms of the Omnibus Objection Procedures and the Notice of Omnibus Objection, respectively, shall control.

which there is a common basis) and the information contained

thereon (*e.g.*, claimants' names, claim numbers, the grounds

for the Omnibus Objection and cross-references to the

location in the Omnibus Objection discussing the respective

grounds); (c) the form of the Notice of Omnibus Objection

(discussed in greater detail below); (d) the information

claimants need to file a Response to the Omnibus Objection,

the timeframe for doing so and the implications of failing

to timely file a Response; and (e) information relating to

the status hearings on Omnibus Objections.

**B.    The Notice of Omnibus Objection**

13.  As set forth in the Omnibus Objection Procedures,

each claimant whose Claim is the subject of an Omnibus

Objection will be provided with a customized Notice of

Omnibus Objection.  The Notice of Omnibus Objection will,

among other things: (a) describe the basic nature of the

Omnibus Objection; (b) inform claimants that their rights

may be affected by the Omnibus Objection and encourage them

to read the Omnibus Objection carefully; (c) identify the

deadline for filing and serving a Response and describe the

procedures to inform claimants that their Response must be

timely received by the appropriate parties and the

implications of failing to do so; (d) identify the date on

7

which a hearing may be held to address Omnibus Objections
and related Responses; and (e) describe how a copy of a
Claim, the Omnibus Objection and other pleadings filed in
the chapter 11 cases may be obtained.  Although the Notice
of Omnibus Objection generally will be in the form attached
hereto, it may be tailored specifically to address issues
specific to particular claimants and/or certain types of
Omnibus Objections, where necessary or appropriate.
Accordingly, the Debtors submit that the Omnibus Objection
Procedures and related Notice of Omnibus Objection
adequately protect claimants' due process rights and, thus,
address the concerns that precipitated Bankruptcy Rule 3007,
as amended.

## BASIS FOR RELIEF

### A.    Ample Authority Exists for Approval of the Omnibus Objection Procedures

14.    A debtor may rebut a proof of claim by filing an
objection in accordance with Bankruptcy Rule 3007.  <u>See
California State Board of Equalization v. Official Unsecured
Creditor's Comm. (In re Fidelity Holding Co., Ltd.)</u>, 837
F.2d 696, 698 (5th Cir. 1988).  If the debtor rebuts a
claim's presumptive validity, the burden then shifts back to
the creditor who has the ultimate burden of persuasion with

respect to the validity of the claim.  See, e.g., In re
Anderson, 349 B.R. 448 (E.D. Va. 2006); Carter Enterprises,
Inc. v. Ashland Specialty Co., Inc., 257 B.R. 797 (S.D. W.
Va. 2001).  Bankruptcy Rule 3007(c) provides that a debtor
can file objections to claims in accordance with Bankruptcy
Rule 3007(d) or as "ordered by the court."  Additionally,
the Court may rely on its general equitable powers to grant
the relief requested in this Motion pursuant to section
105(a) of the Bankruptcy Code, which empowers the Court to
"issue any order, process, or judgment that is necessary or
appropriate to carry out the provisions of [the Bankruptcy
Code]."  11 U.S.C. § 105(a); Canal Corp. v. Finnman (In re
Johnson), 960 F.2d 396, 404 (4th Cir.1992) ("the allowance
or disallowance of a claim in bankruptcy is a matter of
federal law left to the bankruptcy court's exercise of its
equitable powers.").

### B.    Approval of the Omnibus Objection Procedures Benefits Parties in Interest

15.  The Local Rules do not set forth specific
guidelines for filing omnibus objections to proofs of claim.
Thus, the Debtors submit that it is appropriate for the
Court to approve the Omnibus Objection Procedures in light
of the number of Omnibus Objections the Debtors may file.

In addition to facilitating an efficient administration of
the claims reconciliation process, the Omnibus Objection
Procedures protect and preserve the value of the Debtors for
the benefit of all creditors by reducing the costs and
expenses that would otherwise be incurred if individual
objections were filed for each Claim (or if omnibus
objections were limited without the approval of the Omnibus
Objection Procedures).  At the same time, the Omnibus
Objection Procedures also afford substantial protection with
respect to creditors' due process rights, providing all
claimants with sufficient notice and an opportunity to be
heard.

> **C.   The Omnibus Objection Procedures Are Consistent
> With Bankruptcy Rule 3007(c)**

16.  Prior to the amendment to Bankruptcy Rule 3007,
neither the Bankruptcy Code nor the Bankruptcy Rules
addressed the exercise of omnibus objections to claims.
Notwithstanding the facial limitations on the use of omnibus
objections effected by the amendments to Bankruptcy Rule
3007, debtors are nonetheless still allowed to file omnibus
objections to proofs of claim.  The drafters of the
amendments specifically provided a mechanism by which
debtors may request entry of an order approving tailored

claims objection procedures in Bankruptcy Rule 3007(c),
which provides, "unless otherwise ordered by the court or
permitted by subdivision [Bankruptcy Rule 3007(d) (the
omnibus claim objection provision)], objections to more than
one claim shall not be joined in a single objection."  Fed.
R. Bankr. P. 3007(c); see also 9 COLLIER ON BANKRUPTCY ¶
3007.03-05 (15 ed. rev. 2009).  Thus, while the requirements
of Bankruptcy Rule 3007(c) are mandatory if the omnibus
objection is being filed under Bankruptcy Rule 3007(d), they
are not explicitly required under Bankruptcy Rule 3007(c) if
the Bankruptcy Court "order[s] otherwise."

      17.   The Omnibus Objection Procedures further request
authority to object to the Claims on grounds that are not
specifically listed in Bankruptcy Rule 3007(d).  Given the
ample due process protections and other safeguards proposed
in the Omnibus Objection Procedures, the Debtors should not
be limited to the grounds identified in Bankruptcy Rule
3007(d).

      18.   The Omnibus Objection Procedures maintain the
requisite due process protections and embody the spirit of
the amendments.  Indeed, although an Omnibus Objection will
address multiple Claims, the Notice of Omnibus Objection is
individualized for each claimant affected by such Omnibus

Objection, clearly informing them of the Omnibus Objection and, more importantly, how to preserve their rights with respect thereto.  Thus, from the creditors' standpoint, they can easily determine if the Debtors are objecting to their Claims and on what grounds.

**D.    The Omnibus Objection Procedures Provide for Adequate Notice and Service**

19.    While Bankruptcy Rule 3007 describes the form of omnibus objections to proofs of claim, it does not address issues relating to notice and service.  As set forth in the Omnibus Objection Procedures, the Debtors propose to serve the Notice of Omnibus Objection (as well as the Omnibus Objection itself) on the party who signed the Claim form and any counsel of record who filed an appearance on behalf of such party in connection with these chapter 11 cases. Accordingly, the Debtors submit that the Omnibus Objection Procedures provide for adequate notice and appropriate service of process in accordance with the Bankruptcy Rules.

<u>**CONCLUSION**</u>

20.    In light of the thousands of Claims filed in these cases, the claims resolution process can only be carried out in an efficient, cost effective manner if procedures are in place.  The proposed Omnibus Objection Procedures ensure the

efficient and fair resolution of the Claims.  Importantly,
the Omnibus Objection Procedures are not intended to alter
the substantive rights of creditors and, instead, provide
parties in interest with transparency and predictability
with respect to the resolution of the Claims.  No Claim
subject to the Omnibus Objection Procedures will be
disallowed, altered, reclassified or otherwise affected
without a further order of this Court.  Accordingly, the
Debtors believe the Omnibus Objection Procedures are fair
and equitable and request that the Court approve the Omnibus
Objection Procedures and Notice of Omnibus Objection.

## NOTICE

21.  Notice of this Motion has been provided to those
parties entitled to notice under this Court's Order Pursuant
to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules
2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1
Establishing Certain Notice, Case Management, and
Administrative Procedures (Docket No. 130).  The Debtors
submit that, under the circumstances, no other or further
notice need be given.

## NO PRIOR REQUEST

22.  No prior motion for the relief requested herein
has been made to this or any other court.

WHEREFORE, for the reasons set forth herein, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as Exhibit A, (a) approving the Omnibus Objection Procedures and the Notice of Omnibus Objection and (b) granting such other and further relief as is just and proper.

Dated: March 10, 2009
      Richmond, Virginia     SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
                          Gregg M. Galardi, Esq.
                          Ian S. Fredericks, Esq.
                          P.O. Box 636
                          Wilmington, Delaware 19899-0636
                          (302) 651-3000

                                  - and –

                          SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
                          Chris L. Dickerson, Esq.
                          333 West Wacker Drive
                          Chicago, Illinois 60606
                          (312) 407-0700

                                  - and –

                          MCGUIREWOODS LLP

                          /s/ Douglas M. Foley
                          Dion W. Hayes (VSB No. 34304)
                          Douglas M. Foley (VSB No. 34364)
                          One James Center
                          901 E. Cary Street
                          Richmond, Virginia 23219
                          (804) 775-1000

                          Counsel for Debtors and Debtors in Possession

**EXHIBIT A**
**PROPOSED ORDER**

Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                       One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, Virginia 23219
Wilmington, Delaware 19899-0636 (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
                          RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
              Debtors.       :   Jointly Administered
- - - - - - - - - - - - - - x


           **ORDER ESTABLISHING OMNIBUS OBJECTION PROCEDURES
        AND APPROVING THE FORM AND MANNER OF NOTICE OF OMNIBUS
                              OBJECTIONS**

      Upon the motion (the "Motion")[1] of the above-captioned

debtors (collectively, the "Debtors") for the entry of an

order (the "Order") approving (a) procedures for filing

omnibus objections to Claims asserted in the above-captioned

---

[1]    Capitalized terms used but not otherwise defined herein shall have
the meanings set forth in the Motion.

cases (the "Omnibus Objection Procedures") and (b) the form

and manner of the notice of objections (the "Notice of

Omnibus Objection"); and it appearing that the relief

requested in the Motion is in the best interests of the

Debtors' estates, their creditors and other parties in

interest; the Court having jurisdiction to consider the

Motion and the relief requested therein pursuant to 28

U.S.C. §§ 157 and 1334; consideration of the Motion and the

relief requested therein being a core proceeding pursuant to

28 U.S.C. § 157(b); venue being proper before the Court

pursuant to 28 U.S.C. §§ 1408 and 1409; proper notice of the

Motion having been provided to all necessary and appropriate

parties, including pursuant to the Court's Order Pursuant to

Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002

and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1

Establishing Certain Notice, Case Management, and

Administrative Procedures entered by the Court on November

13, 2008, and no further notice being necessary; and after

due deliberation and sufficient cause appearing therefor, it

is hereby **ORDERED, ADJUDGED and DECREED** that

    1.    The Motion is granted in its entirety.

    2.    The Debtors are authorized to file Omnibus

Objections to the Claims pursuant to the Omnibus Objection

Procedures, substantially in the form annexed hereto as

Exhibit 1, which are hereby approved in their entirety.

3.    The Notice of Omnibus Objection, substantially in

the form annexed hereto as Exhibit 2, but which may be

modified from time to time, as necessary and appropriate, to

address issues specific to particular claimants and/or

certain types of Omnibus Objections, is hereby approved as

the form by which the Debtors shall provide notice to

claimants whose Claims are the subject of the applicable

Omnibus Objection.

4.    The Debtors' claims and noticing agent, Kurtzman

Carson Consultants LLC agent is authorized to take all

actions necessary to effectuate the relief granted pursuant

to this Order in accordance with the Motion.

5.    The terms and conditions of this Order shall be

immediately effective and enforceable upon its entry.

6.    The Court retains jurisdiction with respect to all

matters arising from or related to the implementation of

this Order.

DATED: _____        _____
                             UNITED STATES BANKRUPTCY COURT
                             JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

 /S/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                 /s/ Douglas M. Foley
                     Douglas M. Foley

**EXHIBIT B**
**OMNIBUS OBJECTION PROCEDURES**

Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                        One James Center
One Rodney Square                901 E. Cary Street
PO Box 636                       Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

            IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                     RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :  Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :  Case No. 08-35653 (KRH)
et al.,                      :
                             :
            Debtors.         :  Jointly Administered
- - - - - - - - - - - - - - x


        **PROCEDURES FOR FILING OMNIBUS OBJECTIONS TO CLAIMS**


        Pursuant to the Order Establishing Omnibus Objection
Procedures and Approving the Form and Manner of the Notice
of Omnibus Objections [Docket No. ___] (the "Order")[1] entered
by the Bankruptcy Court on [____], 2009, the Bankruptcy
Court approved these procedures for filing omnibus
objections to proofs of claims and requests for allowance
and payment of administrative expenses and/or cure claims
(collectively, the "Claims") in connection with the above-

---
[1] Capitalized terms used but not otherwise defined herein shall have the
meanings set forth in the Order.

captioned chapter 11 cases (the "Omnibus Objection
Procedures").

**Omnibus Objection Procedures**

1.    **Form of Omnibus Objection**.  Omnibus Objections
will be numbered consecutively, regardless of basis.

2.    **Number of Proofs of Claim per Omnibus Objection**.
The Debtors may object to no more than 500 Claims per
Omnibus Objection.

3.    **Grounds for Omnibus Objection**.  The Debtors may
object to the Claims on any grounds.

4.    **Supporting Documentation**. To the extent
appropriate, Omnibus Objections may be accompanied by an
affidavit or declaration that states that the affiant or the
declarant has reviewed the Claims included therein and
applicable supporting information and documentation provided
therewith, made reasonable efforts to research the Claim on
the Debtors' books and records and believes such
documentation does not provide prima facie evidence of the
validity and amount of such Claims.

5.    **Claims Exhibits**.  An exhibit listing the Claims
that are subject to the Omnibus Objection will be attached
to each Omnibus Objection. Each exhibit will only contain
those Claims to which there is a common basis for the
Omnibus Objection.  Claims for which there is more than one
basis for an Omnibus Objection will be referenced on each
applicable exhibit. Each exhibit will include, among other
things, the following information: (a) an alphabetized list
of the claimants whose Claims are the subject of the Omnibus
Objection; (b) the claim numbers of the Claims that are the
subject of the Omnibus Objection; (c) the grounds for the
objections that are the subject of the Omnibus Objection;
and (d) a reference to the exhibit of the Omnibus Objection
in which the ground(s) for the objection is discussed.
Where applicable, additional information may be included in
the exhibits, including: for Claims that the Debtors seek to
reclassify, the proposed classification of such claims; for
Omnibus Objections in which the Debtors seek to reduce the
amount of Claims, the proposed reduced claim amount; and for
Claims that the Debtors propose to be surviving claims where
related claims will be disallowed the surviving claim.

6.    **Omnibus Objection Notice**.  Each Omnibus Objection
will be accompanied by a notice of such Omnibus Objection
(each, a "Notice") in substantially the form attached to the
Order as <u>Exhibit 2</u>.  The Notice will, among other things:
(a) describe the basic nature of the Omnibus Objection; (b)
inform claimants that their rights may be affected by the
Omnibus Objection and encourage them to read the Omnibus
Objection carefully; (c) identify a response date and
describe the procedures for filing a written response (each,
a "Response") to the Omnibus Objection; (d) identify a
hearing date, if applicable, and related procedures; and (e)
describe how Claims, the Omnibus Objection and other
pleadings in the chapter 11 cases may be obtained. Although
the Notice generally will be in the form attached hereto, it
may be tailored specifically to address particular claimants
or types of Omnibus Objections.

7.    **Status Hearings**.  Status hearings for all Claims
for which timely responses are filed will be held on
scheduled omnibus hearing dates.  Unless otherwise notified,
no claimants will need to appear at the status hearings on
the Omnibus Objections.  If an evidentiary hearing is
necessary, claimants will be provided a separate notice of
hearing.

8.    **Order if No Response**.  The Debtors may submit an
order to the Bankruptcy Court sustaining each Omnibus
Objection to Claims for which the Debtors did not receive a
timely Response without further notice to such claimants.
The Debtors may submit an order for Claims in an Omnibus
Objection to which no response is filed, even if there are
Responses to certain Claims objected to in such Omnibus
Objection.

9.    **Each Objection Is a Contested Matter**.  Each Claim
subject to an Omnibus Objection and the Response thereto
shall constitute a separate contested matter as contemplated
by Bankruptcy Rule 9014, and any order entered by the
Bankruptcy Court will be deemed a separate order with
respect to such claim.

<u>**Requirements For All Responses To Objections**</u>

Parties who disagree with the request sought in an
Omnibus Objection are required to file a Response in
accordance with the procedures set forth herein.  If a

3

claimant whose Claim is subject to an Omnibus Objection does not file and serve a Response in compliance with the procedures below, the Bankruptcy Court may sustain the Omnibus Objection with respect to such Claims without further notice to the claimant.

    1.  **Contents**.  Each Response must contain the following (at a minimum):

        a.   a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Omnibus Objection to which the Response is directed;

        b.   the claimant's name and an explanation for the amount of the claim;

        c.   a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection, including, without limitation, the specific factual and legal bases upon which the claimant will rely in opposing the Omnibus Objection;

        d.   a copy of any other documentation or other evidence of the claim, to the extent not already included with the Claim, upon which the claimant will rely in opposing the Omnibus Objection at the hearing;

        e.   a declaration of a person with personal knowledge of the relevant facts that support the Response; and

        f.   the claimant's name, address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Addresses").  If a Response contains Notice Addresses that are different from the name and/or address listed on the Claim, the Notice Addresses will control and will become the service address for future

4

> service of papers with respect to all of the
> claimant's Claims listed in the Omnibus
> Objection (including all Claims to be
> disallowed and the surviving Claims) and only
> for those Claims in the Omnibus Objection.

2.  **Additional Information**.  To facilitate a
resolution of the Omnibus Objection, the Response should
also include the name, address, telephone number, facsimile
number, and electronic mail address of the party with
authority to reconcile, settle or otherwise resolve the
Omnibus Objection on the claimant's behalf (the "Additional
Addresses").  Unless the Additional Addresses are the same
as the Notice Addresses, the Additional Addresses will not
become the service address for future service of papers.

3.  **Failure to Timely File a Response**.  If the
claimant fails to file and serve a Response on or before the
Response Deadline in compliance with the procedures set
forth herein, the Debtors will present to the Bankruptcy
Court an appropriate order granting the relief requested in
the Omnibus Objection without further notice to the
claimant.

4.  **Service of the Response**.  A written Response to an
Omnibus Objection, consistent with the requirements
described herein and in the Notice, will be deemed timely
filed only if the Response is actually received on or before
the deadline to respond by the Bankruptcy Court.  A written
Response to an Omnibus Objection, consistent with the
requirements described herein and in the Notice, will be
deemed timely served only if a copy of the Response is
actually received on or before the deadline to respond
(which deadline will be clearly set forth in the Notice) by
the following parties:

```
SKADDEN, ARPS, SLATE, MEAGHER   MCGUIREWOODS LLP
& FLOM, LLP                     One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, VA 23219
Wilmington, DE 19899-0636       Attn: Dion W. Hayes
Attn: Gregg M. Galardi          Attn: Douglas M. Foley
Attn: Ian S. Fredericks

           - and –

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn:  Chris L. Dickerson
```

5.    **<u>Reservation of Rights</u>**.  Nothing in the Notice or the Omnibus Objection will constitute a waiver of the right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against the claimant of the Debtors. Unless the Bankruptcy Court allows a Claim or specifically orders otherwise, the Debtors have the right to object on any grounds to the Claims (or to any other Claims or causes of action filed by a claimant or that have been scheduled by the Debtors) at a later date.  In such event, the respective claimant will receive a separate notice of any such objections.

**EXHIBIT C**
**FORM OF NOTICE**

Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :    Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :    Jointly Administered
- - - - - - - - - - - - - - x

**NOTICE OF THE DEBTORS'
[    ] OMNIBUS OBJECTION TO CLAIMS**

**PLEASE TAKE NOTICE THAT** the above-captioned Debtors
(the "Debtors") filed the Debtors' [_____] Omnibus Objection
to Claim (the "Omnibus Objection") with the Bankruptcy
Court.  A copy of the Omnibus Objection is attached to this
notice (this "Notice") as Exhibit 1.  By the Omnibus
Objection, the Debtors are seeking to disallow Claims (as
defined herein) on the ground that the Claims are:
[_____]

**PLEASE TAKE FURTHER NOTICE THAT** on [_____], 2009, the
Bankruptcy Court entered the Order Establishing Omnibus

Objection Procedures and Approving the Form and Manner of
the Notice of Omnibus Objections (Docket No. ___) (the
"Order"), by which the Bankruptcy Court approved procedures
for filing omnibus objections to proofs of claim and
requests for allowance and payment of administrative
expenses and/or cure claims (collectively, the "Claims") in
connection with the above-captioned chapter 11 cases (the
"Omnibus Objection Procedures").

Specifically, the Omnibus Objection seeks to disallow
claims, including your claim(s), listed below in the "Claim
to Be Disallowed" row but does not seek to alter your claim
listed below in the "Surviving Claim" row.

| TO: | | Claim Number | Claim Amount | Reference Objection |
|---|---|---|---|---|
| [Claimant Name] [Claimant Address] | Claim to Be Disallowed | | | |
| | Surviving Claim | | | |

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF
CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF
THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE
SUBJECT TO THE OBJECTION.  <u>YOUR RIGHTS MAY BE AFFECTED BY
THE OBJECTION</u>.  THEREFORE, YOU SHOULD READ THIS NOTICE
(INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY
AND DISCUSS THEM WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN
ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF
THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT
OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A
WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH
THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY
WITHIN 30 DAYS OF THE SERVICE OF THIS OBJECTION, THE COURT
MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION CONCEDED
AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A
HEARING.**

**<u>Critical Information for Claimants
Choosing to File a Response to the Omnibus Objection</u>**

<u>Who Needs to File a Response</u>:  If you oppose the disallowance of your claim(s) listed above and if you are unable to resolve the Omnibus Objection with the Debtors before the deadline to object, then you must file and serve a written response (the "Response") to the Omnibus Objection in accordance with this Notice.

If you do not oppose the disallowance of your claim(s) listed above, then you do not need to file a written Response to the Omnibus Objection and you do not need to appear at the hearing.

Response Deadline: The Response Deadline is **<u>4:00 p.m. (Eastern Time) on [    ], 2009 (the "Response Deadline")</u>**.

THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED <u>AND</u> RECEIVED BY THE RESPONSE DEADLINE.

Your Response will be deemed timely filed only if the Response is **<u>actually</u> <u>received</u>** on or before the Response Deadline by the Bankruptcy Court at the following address:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Debtors' attorneys:

```
SKADDEN, ARPS, SLATE, MEAGHER   MCGUIREWOODS LLP
& FLOM, LLP                     One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, VA 23219
Wilmington, DE 19899-0636       Attn: Dion W. Hayes
Attn: Gregg M. Galardi          Attn: Douglas M. Foley
Attn: Ian S. Fredericks
```

                    - and –

```
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn:  Chris L. Dickerson
```

     The status hearing on the Omnibus Objection will be held at **[    ] a.m./p.m. prevailing Eastern Time on [            ], 2009 at:**

United States Bankruptcy Court
701 East Broad Street – Courtroom 5100
Richmond, Virginia 23219

     If you file a timely Response, in accordance with the Omnibus Objection Procedures, you do not need to appear at the status hearing on the Omnibus Objection.

### **Procedures for Filing a Timely Response and Information Regarding the Hearing on the Omnibus Objection**

     **Contents**.  Each Response must contain the following (at a minimum):

1.   a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Omnibus Objection to which the Response is directed;

2.   the claimant's name and an explanation for the amount of the claim;

3.     a concise statement setting forth the reasons why
       the Bankruptcy Court should not sustain the
       Omnibus Objection, including, without limitation,
       the specific factual and legal bases upon which
       the claimant will rely in opposing the Omnibus
       Objection;

4.     a copy of any other documentation or other
       evidence of the claim, to the extent not already
       included with the Claim, upon which the claimant
       will rely in opposing the Omnibus Objection at the
       hearing;

5.     a declaration of a person with personal knowledge
       of the relevant facts that support the Response;
       and

6.     your name, address, telephone number and facsimile
       number and/or the name, address, telephone number
       and facsimile number of your attorney and/or
       designated representative to whom the attorneys
       for the Debtors should serve a reply to the
       Response, if any (collectively, the "Notice
       Addresses").  If a Response contains Notice
       Addresses that are different from the name and/or
       address listed on the Claim, the Notice Addresses
       will control and will become the service address
       for future service of papers with respect to all
       of your Claims listed in the Omnibus Objection
       (including all Claims to be disallowed and the
       surviving claims) and only for those Claims in the
       Omnibus Objection.

     **Additional Information**.  To facilitate a resolution of
the Omnibus Objection, your Response should also include the
name, address, telephone number and facsimile number of the
party with authority to reconcile, settle or otherwise
resolve the Omnibus Objection on the claimant's behalf (the
"Additional Addresses").  Unless the Additional Addresses
are the same as the Notice Addresses, the Additional
Addresses will <u>not</u> become the service address for future
service of papers.

     **Failure to File Your Timely Response**.  If you fail to
file and serve your Response on or before the Response
Deadline in compliance with the procedures set forth in this

Notice, the Debtors will present to the Bankruptcy Court an
appropriate order granting the relief requested in the
Omnibus Objection without further notice to you.

   **Each Objection Is a Contested Matter**. Each Claim
subject to an Omnibus Objection and the Response thereto
shall constitute a separate contested matter as contemplated
by Bankruptcy Rule 9014, and any order entered by the
Bankruptcy Court will be deemed a separate order with
respect to such claim.

### Additional Information

   **Requests for Information**.  You may also obtain a copy
of the Omnibus Objection or related documents on the
internet, by accessing the website of the Debtors at
www.kccllc.net/circuitcity.

   **Reservation of Rights**.  Nothing in this Notice or the
Omnibus Objection constitutes a waiver of the Debtors' right
to assert any claims, counterclaims, rights of offset or
recoupment, preference actions, fraudulent-transfer actions
or any other claims against you of the Debtors.  Unless the
Bankruptcy Court allows your Claims or specifically orders
otherwise, the Debtors have the right to object on any
grounds to the Claims (or to any other Claims or causes of
action you may have filed or that have been scheduled by the
Debtors) at a later date.  In such event, you will receive a
separate notice of any such objections.

Dated: March __, 2009
     Richmond, Virginia    SKADDEN, ARPS, SLATE, MEAGHER &
                                   FLOM, LLP
                                   Gregg M. Galardi, Esq.
                                   Ian S. Fredericks, Esq.
                                   P.O. Box 636
                                   Wilmington, Delaware 19899-0636
                                   (302) 651-3000

                                       - and -

                                   SKADDEN, ARPS, SLATE, MEAGHER &
                                   FLOM, LLP
                                   Chris L. Dickerson, Esq.
                                   333 West Wacker Drive
                                   Chicago, Illinois 60606
                                   (312) 407-0700

                                       - and -

                                   MCGUIREWOODS LLP

                                   _____
                                   Dion W. Hayes (VSB No. 34304)
                                   Douglas M. Foley (VSB No. 34364)
                                   One James Center
                                   901 E. Cary Street
                                   Richmond, Virginia 23219
                                   (804) 775-1000

                                   Counsel for Debtors and Debtors
                                   in Possession

\7896527.1

# EXHIBIT J

Circuit City Stores, Inc.
Core List

| NAME | ATTENTION | Email |
|------|-----------|-------|
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | bob.duffy@fticonsulting.com<br>steve.coulombe@fticonsulting.com |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | bruce.matson@leclairryan.com |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | dberman@riemerlaw.com |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | dhayes@mcguirewoods.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | gregg.galardi@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | IAN S. FREDERICKS, ESQ. | Ian.Fredericks@skadden.com |
| PACHULSKI STANG ZIEHL & JONES LLP | JEFFREY N POMERANTZ ESQ | jpomerantz@pszjlaw.com |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | kcordry@naag.org |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | lmyers@kirkland.com |
| TAVENNER & BERAN PLC | LYNN L TAVENNER ESQ<br>PAULA S BERAN ESQ | ltavenner@tb-lawfirm.com<br>pberan@tb-lawfirm.com |
| KUTAK ROCK LLP | PETER J. BARRETT | peter.barrett@kutakrock.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ROBERT J FEINSTEIN ESQ | rfeinstein@pszjlaw.com |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | Robert.B.Van.Arsdale@usdoj.gov |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | TIMOTHY G. POHL, ESQ. | tim.pohl@skadden.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Quintrall & Associates LLP | Albert F Quintrall Esq | a.quintrall@quintrallaw.com |
| Lazer Aptheker Rosella & Yedid PC | Robin S Abramowitz | abramowitz@laryc.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com<br>rhicks@shutts.com |
| Hangley Aronchick Segal & Pudlin | Ashely M Chan Esq | achan@hangley.com |
| Ciardi Ciardi & Astin PC | Albert A Ciardi III Esq<br>Thomas D Bielli Esq | aciardi@ciardilaw.com<br>tbielli@ciardilaw.com |
| Krokidas & Bluestein LLP | Anthony J Cichello Esq | acichello@kb-law.com |
| Franklin & Prokopik PC | Andrew L Cole | acole@fandpnet.com |
| Andrew S Conway Esq | | Aconway@taubman.com |
| The Meiburger Law Firm PC | Janet M Meiburger Esq | admin@meiburgerlaw.com |
| Christian & Barton LLP | Augustus C Epps Jr Esq<br>Michael D Mueller Esq<br>Jennifer M McLemore Esq<br>Noelle M James Esq | aepps@cblaw.com<br>mmueller@cblaw.com<br>jmclemore@cblaw.com<br>njames@cblaw.com |
| Kaufman & Canoles | Ann K Crenshaw Esq<br>Paul K Campsen Esq | akcrenshaw@kaufcan.com |
| Miami Dade County Paralegal Unity | Alberto Burnstein | alberto@miamidade.gov<br>MDTCBKC@miamidade.gov |
| Foster Pepper PLLC | Christopher M Alston | alstc@foster.com |
| K&L Gates LLP | Amy Pritchard Williams | amy.williams@klgates.com |
| Monarch Alternative Capital LP | Andrew Herenstein | Andrew.Herenstein@monarchlp.com |
| Vonage Holdings Inc | Angelique Electra | angelique.electra@vonage.com |
| DLA Piper LLP | Anne Braucher Esq | anne.braucher@dlapiper.com |
| Greenberg Traurig LLP | Daniel J Ansell Esq<br>Heath B Kushnick Esq | AnsellD@GTLaw.com<br>kushnickh@gtlaw.com |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda<br>Yolanda Humphrey | arlbank@pbfcm.com<br>ebanda@pbfcm.com<br>yhumphrey@pbfcm.com |
| Lindquist Kleissler & Company LLC | Arthur Lindquist Kleissler | arthurlindquistkleissler@msn.com |
| Culbert & Schmitt PLLC | Ann E Schmitt | aschmitt@culbert-schmitt.com |
| Noland Hamerly Etienne & Hoss PC | Anne Secker Esq<br>Lisa K Omori | asecker@nheh.com |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | austin.bankruptcy@publicans.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Hunton & Williams LLP | Benjamin C Ackerly | backerly@hunton.com |
| | JR Smith | jrsmith@hunton.com |
| | Henry Toby P Long III | hlong@hunton.com |
| | Thomas N Jamerson | tjamerson@hunton.com |
| Kern County Treasurer and Tax Collector Office | Angelica Leon | bankruptcy@co.kern.ca.us |
| Morrison Cohen LLP | Michael R Dal Lago Esq | bankruptcy@morrisoncohen.com |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | batteberry@mdea.com |
| Arnold Gallagher Saydack Percell Roberts & Potter PC | Bradley S Copeland | bcopeland@agsprp.com |
| Loudoun County Attorney | John R Roberts | |
| | Belkys Escobar | Belkys.Escobar@loudoun.gov |
| Linowes and Blocher LLP | Bradford F Englander Esq | benglander@linowes-law.com |
| | Brian M Nestor Esq | bnestor@linowes-law.com |
| Clement & Wheatley | Darren W Bentley Esq | bentleyd@clementwheatley.com |
| Greenberg Traurig LLP | Howard J Berman Esq | bermanH@gtlaw.com |
| Mullins Riley & Scarborough LLP | Betsy Johnson Burn | betsy.burn@nelsonmullins.com |
| Smith Gambrell & Russell LLP | Brian P Hall Esq | bhall@sgrlaw.com |
| Brian T Hanlon | | bhanlon@pbcgov.org |
| Hamilton Beach Brands Inc | Bill Ray | bill.ray@hamiltonbeach.com |
| Moldo Davidson Fraioli Seror & Sestanovich LLP | Byron Z Moldo | bmoldo@mdfslaw.com |
| | Kenneth Miller Esq | kmiller@mdfslaw.com |
| Office of Joe G Tedder CFC | Bonnie Holly | bonnieholly@polktaxes.com |
| Borges & Associates LLC | Wanda Borges Esq | borgeslawfirm@aol.com |
| Troutman Sanders LLP | Bradfute W Davenport Jr | bradfute.davenport@troutmansanders.com |
| Katten Muchin Rosenman LLP | c o Brian D Huben | brian.huben@kattenlaw.com |
| | c o Thomas J Leanse | dustin.branch@kattenlaw.com |
| | c o Dustin P Branch | thomas.leanse@kattenlaw.com |
| Arent Fox LLP | Timothy F Brown Esq | brown.timothy@arentfox.com |
| | Mary Joanne Dowd Esq | dowd.mary@arentfox.com |
| | Christopher J Giaimo Esq | giaimo.christopher@arentfox.com |
| LeClairRyan A Professional Corporation | Bruce H Matson | Bruce.Matson@leclairryan.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Quarles & Brady LLP | Brian Sirower Esq | bsirower@quarles.com |
| | Lori L Winkelman Esq | lwinkelm@quarles.com |
| | Catherine M Guastello Esq | cguastel@quarles.com |
| Vinson & Elkins LLP | William L Wallander | bwallander@velaw.com |
| | Angela B Degeyter | adegeyter@velaw.com |
| Mesch Clark & Rothschild PC | Brenda Moody Whinery Esq | bwhinery@mcrazlaw.com |
| Sheppard Mullin Richter & Hampton LLC | Blanka Wolfe | bwolfe@sheppardmullin.com |
| | Margaret Mann | Mmann@sheppardmullin.com |
| Carter Ledyard & Milburn LLP | Aaron R Cahn | cahn@clm.com |
| Laurin & Associates | Paul J Laurin Esq | |
| | Stephen M Astor Esq | CalendarClerk@laurinlawfirm.com. |
| Miami Dade County Attorneys Office | Erica S Zaron | cao.bkc@miamidade.gov |
| Regency Centers | Catherine L Strauss | catherinestrauss@regencycenters.com |
| Acxiom Corporation | C B Blackard III | cbblac@acxiom.com |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte Esq | cbelmonte@ssbb.com |
| | Pamela A Bosswick Esq | pbosswick@ssbb.com |
| | Abigail Snow Esq | asnow@ssbb.com |
| Winthrop & Weinstine PA | Christopher A Camardello | ccamardello@winthrop.com |
| Buchalter Nemer A Professional Corporation | Craig C Chiang Esq | cchiang@buchalter.com |
| | Shawn M Christianson Esq | schristianson@buchalter.com |
| Nixon Peabody LLP | Dennis J Drebsky | |
| | Christopher M Desiderio | cdesiderio@nixonpeabody.com |
| McCarter & English LLP | Clement J Farley | cfarley@mccarter.com |
| | Angela Sheffler Abreu | aabreu@mccarter.com |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos Esq | cgp@ballardspahr.com |
| | Charles W Chotvacs Esq | chotvacsc@ballardspahr.com |
| Quarles & Brady LLP | Catherine M Guastello Esq | cguastel@quarles.com |
| City of Fort Worth Sr Assistant City Attorney | Christopher B Mosley | Chris.Mosley@fortworthgov.com |
| Attorney General of New Jersey | Anne Milgram | citizens.services@lps.state.nj.us |
| Recovery Management Systems Corp | Ramesh Singh | claims@recoverycorp.com |
| Goulston & Storrs PC | Christine D Lynch Esq | clynch@goulstonstorrs.com |
| | Peter D Bilowz Esq | pbilowz@goulstonstorrs.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Magee Foster Goldstein & Sayers PC | A Carter Magee Jr | cmagee@mfgs.com |
| | W Joel Charboneau | jcharboneau@mfgs.com |
| Squire Sanders & Dempsey LLP | G Christopher Meyer | cmeyer@ssd.com |
| Palmer Law Firm Inc | R Chase Palmer | cpalmerplf@gmail.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Glass & Reynolds | David G Reynolds Esq | dave@glassandreynolds.com |
| City & County of Denver | David V Cooke | david.cooke@denvergov.org |
| Moore & Van Allen PLLC | David B Wheeler Esq | davidwheeler@mvalaw.com |
| Riemer & Braunstein LLP | David S Berman | Dberman@riemerlaw.com |
| Chiariello & Chiariello | Dominic L Chiariello | dc@chiariello.com |
| Jackson & Campbell PC | David H Cox Esq | dcox@jackscamp.com |
| | John J Matteo Esq | jmatteo@jackscamp.com |
| Cole Schotz Meisel Forman & Leonard PA | G David Dean Esq | ddean@coleschotz.com |
| Cook Heyward Lee Hopper & Feehan PC | David D Hopper Esq | ddhopper@chlhf.com |
| Office of the Attorney General | Denise Mondell | Denise.Mondell@po.state.ct.us |
| Weiss Serota Helfman Pastoriza Cole & Boniske PL | Douglas R Gonzales | dgonzales@wsh-law.com |
| The Law Offices of David A Greer PLC | David A Greer Esq | dgreer@davidgreerlaw.com |
| Vinson & Elkins LLP | David E Hawkins | dhawkins@velaw.com |
| Neuberger Quinn Gielen Rubin & Gibber PA | Deborah H Devan Esq | dhd@nqgrg.com |
| Morris Manning & Martin LLP | David W Cranshaw Esq | dhp@mmmlaw.com |
| Duane Morris LLP | Rudolph J Di Massa Jr Esq | DiMassa@duanemorris.com |
| | Matthew E Hoffman Esq | MEHoffman@duanemorris.com |
| | Lauren Lonergan Taylor Esq | LLTaylor@duanemorris.com |
| | Matthew E Hoffman Esq | MEHoffman@duanemorris.com |
| Robinson Diamant & Wolkowitz | Douglas D Kappler Esq | dkappler@rdwlawcorp.com |
| Arnall Golden Gregory LLP | Darryl S Laddin | dladdin@agg.com |
| | Frank N White | frank.white@agg.com |
| Brown Connery LLP | Donald K Ludman | dludman@brownconnery.com |
| Wolff Hill McFarlin & Herron PA | David R McFarlin Esq | dmcfarlin@whmh.com |
| Jeffer Mangels Butler & Marmaro LLP | David M Poitras PC | dpoitras@jmbm.com |
| | Caroline R Djang | crd@jmbm.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| McSweeney Crump Childress & Temple PC | David R Ruby Esq | druby@mcsweeneycrump.com |
| Munsch Hardt Kopf & Harr PC | Davor Rukavina Esq | drukavina@munsch.com |
| Duane Morris LLP | Denyse Sabagh | dsabagh@duanemorris.com |
| McDowell Rice Smith & Buchanan PC | Donald G Scott | dscott@mcdowellrice.com |
| Nixon Peabody LLP | Daniel R Sovocool | dsovocool@nixonpeabody.com |
| | Louis J Cisz III | lcisz@nixonpeabody.com |
| | Gina M Fornario | gfornario@nixonpeabody.com |
| Cantor Arkema PC | David K Spiro Esq | dspiro@cantorarkema.com |
| | Neil E McCullagh Esq | nmccullagh@cantorarkema.com |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | eagle.sara@pbgc.gov |
| | | efile@pbgc.gov |
| Saul Ewing LLP | Edith K Altice Esq | ealtice@saul.com |
| Weltman Weinberg & Reis Co LPA | Scott D Fink | ecfndoh@weltman.com |
| Stein & Lubin LLP | Eugene Chang | echang@steinlubin.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| Hunton & Williams LLP | J Eric Crupi | ecrupi@hunton.com |
| Missouri Department of Revenue | Attn Richard M Maseles | edvaecf@dor.mo.gov |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | efriedman@friedumspring.com |
| Stutman Treister & Glatt PC | Eric D Goldberg | egoldberg@stutman.com |
| Stempel Bennett Claman & Hochberg PC | Edmond P O Brien Esq | eobrien@sbchlaw.com |
| K&L Gates LLP | Eric C Rusnak | eric.rusnak@klgates.com |
| Bewley Lassleben & Miller LLP | Ernie Zachary Park | ernie.park@bewleylaw.com |
| Weycer Kaplan Pulaski & Zuber PC | Edward L Rothberg | erothberg@wkpz.com |
| | Jessica L Hickford | jhickford@wkpz.com |
| Siller Wilk LP | Eric J Snyder | esnyder@sillerwilk.com |
| Panattoni Law Firm | Fredric Albert | falbert@czmlaw.com |
| Quarles & Brady LLP | Faye B Feinstein Esq | fbf@quarles.com |
| | Christopher Combest Esq | ccombest@quarles.com |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | fbr@robinsonbrog.com |
| Bartlett Hackett Feinberg PC | Frank F McGinn | ffm@bostonbusinesslaw.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Bronwen Price | Gail B Price Esq | gail@bronwenprice.com |
| Weil Gotshal & Manges LLP | Gary T Holtzer Esq | gary.holtzer@weil.com |
| | Joseph W Gelb Esq | joseph.gelb@weil.com |
| Envision Peripherals Inc | Gay Richey Sr Credit Manager | gay@epius.com |
| Michael A Cardozo | Gabriela P Cacuci Esq | gcacuci@law.nyc.gov |
| Siegfried Bingham Levy Selzer & Gee | Gary V Fulghum | gfulghum@sblsg.com |
| Hodgson Russ LLP | Garry M Graber Esq | Ggraber@HodgsonRuss.com |
| Tennessee Department of Revenue | TN Attorney Generals Office | Gina.Hantel@ag.tn.gov |
| Roussos Lassiter Glanzer & Marcus PLC | Lawrence H Glanzer Esq | glanzer@rlglegal.com |
| Howard Rice Nemerovski Canady Falk & Rabkin | Gary M Kaplan Esq | gmkaplan@howardrice.com |
| Procopio Cory Hargreaves & Savitch LLP | Gerald P Kennedy | gpk@procopio.com |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | graicht@mwe.com |
| The Arapahoe County Treasurer | George Rosenberg Esq | grosenberg@co.arapahoe.co.us jholmgren@co.arapahoe.co.us |
| Schnader Harrison Segal & Lewis LLP | Gordon S Woodward Esq | gwoodward@schnader.com |
| Finn Dixon & Herling LLP | Henry P Baer Jr Esq | hbaer@fdh.com |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | hdawson@kkgpc.com |
| Troutman Sanders LLP | Hollace Topol Cohen | hollace.cohen@troutmansanders.com |
| | Vivieon E Kelley | vivieon.kelley@troutmansanders.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@publicans.com |
| Jaspan Schlesinger LLP | Hale Yazicioglu Esq | hyazicioglu@jaspanllp.com |
| Landsberg Margulies LLP | Ian S Landsberg Esq | ilandsberg@lm-lawyers.com |
| Haynes and Boone LLP | Jason Binford | jason.binford@haynesboone.com |
| Jay T Blount | | jay.blount@dcsg.com |
| Jones Day | Jeffrey B Ellman | jbellman@jonesday.com |
| | Brett J Berlin | bjberlin@jonesday.com |
| Polsinelli Shalton Flanigan Suelthaus PC | James E Bird | jbird@polsinelli.com |
| | Amy E Hatch | ahatch@polsinelli.com |
| Cox Castle & Nicholson LLP | Jess R Bressi Esq | jbressi@coxcastle.com |
| Querrey & Harrow Ltd | John M Brom | jbrom@querrey.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Osler Hoskin & Hardcourt LLP | Jeremy Dacks | jdacks@osler.com |
| | Marc S Wasserman | mwasserman@osler.com |
| Stinson Morrison Hecker LLP | Jaime S Dibble | jdibble@stinson.com |
| | Katherine M Sutcliffe Becker | kbecker@stinson.com |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | jdoran@haslaw.com |
| City of Newport News VA City Attorney | Joseph M Durant | jdurant@nngov.com |
| Missouri Attorney General Office | Chris Koster | |
| | Jeff Klusmeier | Jeff.Klusmeier@ago.mo.us |
| Carmody MacDonald PC | John E Hilton | jeh@carmodymacdonald.com |
| Leitess Leitess Friedberg & Fedder PC | Jeremy S Friedberg Esq | jeremy.friedberg@llff.com |
| | Gordon S Young Esq | gordon.young@llff.com |
| Frank Gecker LLP | Joseph D Frank | |
| | Jeremy C Kleinman | jfrank@fgllp.com |
| Hamburg Karic Edwards & Martin LLP | J Bennett Friedman Esq | jfriedman@hkemlaw.com |
| Akin Gump Strauss Hauer & Feld LLP | Jonathan L Gold | jgold@akingump.com |
| | Mary A House | mhouse@akingump.com |
| | Catherine E Creely | ccreely@akingump.com |
| Wiley Rein LLP | H Jason Gold Esq | jgold@wileyrein.com |
| | Dylan G Trache Esq | dtrache@wileyrein.com |
| | Rebecca L Saitta Esq | rsaitta@wileyrein.com |
| | Valerie P Morrison Esq | vmorrison@wileyrein.com |
| | Dylan G Trache Esq | dtrache@wileyrein.com |
| Taft Stettinius & Hollister LLP | Jeffrey J Graham | jgraham@taftlaw.com |
| Seyfarth Shaw LLP | Jessica Hughes Esq | jhughes@seyfarth.com |
| | Rhett Petcher Esq | rpetcher@seyfarth.com |
| | Alexander Jackins | ajackins@seyfarth.com |
| Ford Parshall & Baker | Jordan M Humphreys | jhumphreys@fpb-law.com |
| Weingarten Realty Investors | Jenny J Hyun Esq | jhyun@weingarten.com |
| Holland & Knight LLP | James H Rollins | jim.rollins@hklaw.com |
| Core Properties Inc | James Donaldson | jim@coreproperties.com |
| Greenberg Glusker Fields Claman & Machtinger LLP | Jeffrey A Krieger Esq | jkrieger@ggfirm.com |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Jeffrey Kurtzman Esq | jkurtzma@klehr.com |
| Carlton Fields PA | John J Lamoureux Esq | jlamoureux@carltonfields.com |
| Ball Janik LLP | Justin D Leonard | jleonard@balljanik.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| White & Case LLP | Peter J Carney<br>William Sloan Coats<br>Julieta L Lerner | jlerner@whitecase.com |
| McKenna Long & Aldridge LLP | John G McJunkin Esq | jmcjunkin@mckennalong.com |
| McKenna Long & Alridge LLP | John G McJunkin Esq<br>J David Folds | jmcjunkin@mckennalong.com<br>dfolds@mckennalong.com |
| Beirne Maynard & Parsons L.L.P. | J Seth Moore<br>Sarah Davis | jmoore@bmpllp.com<br>sdavis@bmpllp.com<br>bankruptcyemail@bmpllp.com |
| McKay Burton & Thurman | Joel T Marker | joel@mbt-law.com |
| Husch Blackwell Sanders LLP | John J Cruciani Esq | john.cruciani@huschblackwell.com |
| John Marshall Collins PC | John Marshall Collins Esq | johnolaw@gmail.com |
| Khang & Khang LLP | Joon M Khang | joon@khanglaw.com |
| Latham &  Watkins LLP | Josef S Athanas | josef.athanas@lw.com |
| King & Spalding LLP | James A Pardo Jr<br>Thaddeus D Wilson | jpardo@kslaw.com<br>thadwilson@kslaw.com |
| Saul Ewing LLP | Jeremy W Ryan Esq | jryan@saul.com |
| J Scott Douglass | | jsdlaw@msn.com |
| Womble Carlyle Sandridge & Rice PLLC | Jeffrey L Tarkenton<br>Todd D Ross | jtarkenton@wcsr.com<br>toross@wcsr.com |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | jvlombardi@rossbanks.com |
| Wagner Choi & Verbrugge | James A Wagner Esq | jwagner@wcelaw.com |
| PriceGrabber com Inc | Katerina Canyon | katerina@pricegrabber.com |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq<br>Christina M Thompson Esq | kbifferato@cblh.com<br>cthompson@cblh.com |
| Bernstein Law Firm PC | Stacey Suncine<br>Kirk B Burkley | kburkley@bernsteinlaw.com |
| Kelley Drye & Warren LLP | James S Carr Esq<br>Robert L LeHane Esq | KDWBankruptcyDepartment@kelleydrye.com |
| Blank Rome LLP | Regina Stango Kelbon Esq<br>John Lucian Esq | Kelbon@blankrome.com<br>Lucian@blankrome.com |
| Allen & Overy LLP | Ken Coleman | ken.coleman@allenovery.com |
| Law Office of Kenneth B Roseman & Assoc PC | Kenneth B Roseman | kenroseman@hotmail.com |
| Wolff & Samson PC | Karen L Gilman Esq | kgilman@wolffsamson.com |
| Trout Jones Gledhill Fuhrman PA | Kimbell D Gourley | kgourley@idalaw.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Reed Smith LLP | Kurt F Gwynne Esq | kgwynne@reedsmith.com |
| | Kathleen A Murphy Esq | kmurphy@reedsmith.com |
| Whiteford Taylor Preston LLP | Kevin G Hroblak Esq | khroblak@wtplaw.com |
| Bricker & Eckler LLP | Kenneth C Johnson | kjohnson@bricker.com |
| | Andria M Beckham | abeckham@bricker.com |
| Pentiuk Couvreur & Kobiljak PC | Kurt M Kobiljak | kkobiljak@pck-law.com |
| Cooley Godward Kronish LLP | Gregg S Kleiner | kleinergs@cooley.com |
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | knewman@menterlaw.com |
| McDermott Will & Emery LLP | Karla L Palmer Esq | kpalmer@mwe.com |
| Nicholls & Crampton PA | Kevin L Sink | ksink@nichollscrampton.com |
| Venable LLP | Lawrence A Katz | lakatz@venable.com |
| | Kristen E Burgers | keburgers@venable.com |
| Carroll & Carroll PLLC | Scott P Carroll Esq | lawcarroll@aol.com |
| Linda J Brame | | lbrame@winterslaw.com |
| Schreeder Wheeler & Flint LLP | Lawrence S Burnat Esq | lburnat@swfllp.com |
| | J Carole Thompson Hord Esq | chord@swfllp.com |
| Wise DelCotto PLLC | Laura Day DelCotto Esq | ldelcotto@wisedel.com |
| | Allison Fridy Arbuckle Esq | aarbuckle@wisedel.com |
| Enterprise Asset Management Inc | Lee Sudakoff | Lee.Sudakoff@eassets.com |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Lei Lei Wang Ekvall Esq | lekvall@wgllp.com |
| Wyatt Tarrant & Combs LLP | John P Brice | lexbankruptcy@wyattfirm.com |
| Hewitt & O Neil LLP | Lawrence J Hilton | lhilton@hewittoneil.com |
| Orange Grove Properties | Linda Taylor | linda@tayloruns.com |
| Magruder Cook Carmody & Koutsouftikis | Anne M Magruder Esq | |
| | Leon Koutsouftikis Esq | lkouts@magruderpc.com |
| Sony Electronics Inc | Lloyd B Sarakin | lloyd.sarakin@am.sony.com |
| Duane Morris LLP | Lauren Lonergan Taylor | lltaylor@duanemorris.com |
| | Matthew E Hoffman | mehoffman@duanemorris.com |
| Hatch Allen & Shepherd PA | Leslie D Maxwell Esq | lmaxwell@hatchlaw.com |
| Empire Blue Cross Blue Shield | Louis Benza Esq | louis.benza@empireblue.com |
| Lionel J Postic PC | Lionel J Postic Esq | lpostic@mindspring.com |
| | | aarusso@mindspring.com |
| Gary & Regenhardt PLLC | Linda D Regenhardt | lregenhardt@garyreg.com |
| Levy Stopol & Camelo LLP | Larry Stopol Esq | lstopol@levystopol.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| K&L Gates LLP | Marc Barreca | marc.barreca@klgates.com bankruptcyecf@klgates.com |
| Smith Moore Leatherwood LLP | F Marion Hughes | marion.hughes@smithmoorelaw.com |
| Stromberg & Associates PC | Mark Stromberg | mark@stromberglawfirm.com |
| Taxing Authority Consulting Services PC | Mark K Ames Jeffrey Scharf | mark@taxva.com |
| Righetti Law Firm PC | Matthew Righetti | matt@righettilaw.com erin@righettilaw.com |
| Womble Carlyle Sandridge & Rice PLLC | Michael Busenkell | mbusenkell@wcsr.com |
| Gibbons PC | Mark B Conlan Esq | mconlan@gibbonslaw.com |
| Hirschler Fleischer PC | Michael P Falzone Esq Sheila deLa Cruz Esq Robert S Westermann | mfalzone@hf-law.com sdelacruz@hf-law.com rwestermann@hf-law.com |
| Ravich Meyer Kirkman McGrath Nauman & Tansey PA | Michael F McGrath Esq | mfmcgrath@ravichmeyer.com |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox Esq Frederick J Levy Esq | mfox@olshanlaw.com flevy@olshanlaw.com |
| Hunton & Williams LLP | Michael S Held Esq | mheld@hunton.com |
| Kutak Rock LLP | Michael A Condyles Esq Loc Pfeiffer Esq Peter J Barrett Esq Kimberly A Pierro | michael.condyles@kutakrock.com loc.pfeiffer@kutakrock.com peter.barrett@kutakrock.com kimberly.pierro@kutakrock.com |
| Schulte Roth & Zabel LLP | Michael L Cook David M Hillman Meghan M Breen | michael.cook@srz.com david.hillman@srz.com meghan.breen@srz.com |
| LeClairyan a Professional Corporation | Michael E Hastings Esq | michael.hastings@leclairryan.com |
| Troutman Sanders LLP | Michael E Lacy | michael.lacy@troutmansanders.com |
| Binder & Malter LLP | Michael W Malter Esq Julie H Rome Banks Esq | michael@bindermalter.com julie@bindermalter.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Frost Brown Todd LLC | Michael J O Grady Esq | mjogrady@fbtlaw.com |
| Ervin Cohen & Jessup LLP | Michael S Kogan Kenneth Miller Esq | mkogan@ecjlaw.com Kmiller@ecjlaw.com |
| Travelers | Mike Lynch | mlynch2@travelers.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Barnes & Thornburg LLP | Michael K McCrory Esq | mmccrory@btlaw.com |
| Vorys Sater Seymour and Pease LLP | Malcolm M Mitchell Jr<br>Suparna Banerjee<br>Kara D Lehman | mmmitchell@vorys.com<br>sbanerjee@vorys.com<br>kdlehman@vorys.com |
| McDonough Holland & Allen PC | Mary E Olden Esq<br>Andre K Campbell Esq<br>Sean Thomas Thompson Esq | molden@mhalaw.com<br>acampbell@mhalaw.com<br>sthompson@mhalaw.com |
| Connolly Bove Lodge & Hutz LLP | Min Park Esq | mpark@cblh.com |
| McCreary Veselka Bragg & Allen PC | Michael Reed | mreed@mvbalaw.com |
| Polsinelli Shalton Flanigan Suelthaus PC | Michael F Ruggio | mruggio@polsinelli.com |
| O Melveny & Myers LLP | Michael J Sage Esq<br>Karyn B Zeldman Esq | msage@omm.com<br>kzeldman@omm.com |
| Michael J Sawyer | Quincy Ctr Plaza | msawyer@stopandshop.com |
| Macdermid Reynolds & Glissman PC | Michael S Stiebel | mstiebel@mrglaw.com |
| Klee Tuchin Bogdanoff & Stern LLP | Michael L Tuchin | mtuchin@ktbslaw.com |
| Gust Rosenfeld PLC | Madeleine C Wanslee | mwanslee@gustlaw.com |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | Mweitzman@beankinney.com |
| Walter Wilhelm Law Group | Michael L Wilhelm Esq | mwilhelm@W2LG.com |
| Saiber LLC | Nancy A Washington Esq | naw@saiber.com |
| Young Goldman & Van Beek PC | Neil P Goldman Esq<br>John P Van Beek Esq | ngoldman@ygvb.com |
| Morgan Lewis & Bockius LLP | Neil E Herman Esq<br>Menachem O Zelmanovitz Esq | nherman@morganlewis.com<br>mzelmanovitz@morganlewis.com |
| Trainor Fairbrook | Nancy Hotchkiss Esq | nhotchkiss@trainorfairbrook.com |
| Micro Center Sales Corporation | Nancy Klemstine Real Estate Mgr | nklemstine@microcenter.com |
| Neal Gerber Eisenberg LLP | Nicholas M Miller | nmiller@ngelaw.com |
| Miller & Martin PLLC | Nicholas W Whittenburg | nwhittenburg@millermartin.com |
| Spilman Thomas & Battle PLLC | Paul M Black Esq | pblack@spilmanlaw.com |
| Donchess Notinger & Tamposi | Peter N Tamposi | Peter@dntpc.com<br>nontrustee@dntpc.com |
| Akin Gump Strauss Hauer & Feld LLP | Peter J Gurfein | pgurfein@akingump.com |
| MercerTrigiani LLP | Philip C Baxa Esq | phil.baxa@mercertrigiani.com |
| Dilworth Paxson LLP | Peter C Hughes Esq | phughes@dilworthlaw.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Receivable Management Services | Phyllis A Hayes | Phyllis.Hayes@rmsna.com |
| Kaufman & Canoles | Paul K Campsen Esq | pkcampsen@kaufcan.com |
| Ballard Spahr Andrews & Ingersoll LLP | David L Pollack Esq | pollack@ballardspahr.com |
| | Jeffrey Meyers Esq | meyers@ballardspahr.com |
| | Jesse N Silverman Esq | silvermanj@ballardspahr.com |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | ppascuzzi@ffwplaw.com |
| Sands Anderson Marks & Miller PC | C Thomas Ebel Esq | ppearl@sandsanderson.com |
| | William A Gray Esq | lhudson@sandsanderson.com |
| | Peter M Pearl Esq | bgray@sandsanderson.com |
| | Lisa Taylor Hudson Esq | tebel@sandsanderson.com |
| Southwinds Ltd | Paul Resnick | pr@southwindsltd.com |
| Herrick Feinstein LLP | Paul Rubin | prubin@herrick.com |
| Caparra Center Associates SE | Penny R Stark Esq | pstarkesq@yahoo.com |
| Robinson & Cole | Peter E Strniste | pstrniste@rc.com |
| | Patrick M Birney | pbirney@rc.com |
| Jorden Burt LLP | Raul A Cuervo | rac@wdc.jordenusa.com |
| Oppenheimer Blend Harrison & Tate Inc | Raymond W Battaglia | Rbattaglia@obht.com |
| Stites & Harbison PLLC | Ron C Bingham II | rbingham@stites.com |
| Mulinix Ogden Hall Andres & Ludlam PLLC | Richard C Ogden Esq | rco@lawokc.com |
| | Martin A Brown Esq | martin.brown@kawokc.com |
| The Cafaro Company | Richard T Davis | rdavis@cafarocompany.com |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | rdremluk@seyfarth.com |
| Gleason Dunn Walsh & O Shea | Ronald G Dunn Esq | rdunn@gdwo.net |
| Thompson McMullan PC | Robert A Dybing | rdybing@t-mlaw.com |
| | Robert R Musick | bmusick@t-mlaw.com |
| State of Michigan Department of Treasury | Michael A Cox | |
| | Victoria A Reardon | ReardonV@michigan.gov |
| Pennsylvania Dept of Revenue | Robert C Edmundson | redmundson@attorneygeneral.gov |
| Friedlander Misler PLLC | Robert E Greenberg Esq | |
| | Thomas F Murphy Esq | rgreenberg@dclawfirm.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Troutman Sanders LLP | Richard Hagerty | richard.hagerty@troutmansanders.com |
| Holland & Knight LLP | Richard E Lear | richard.lear@hklaw.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Law Offices of Ronald K Brown Jr | Ronald K Brown Jr | rkbgwhw@aol.com |
| Broad and Cassel | Roy S Kobert Esq | rkobert@broadandcassel.com |
| Romero Law Firm | Martha E Romero | romero@mromerolawfirm.com |
| Posternak Blankstein & Lund LLP | Robert Somma Esq | rsomma@pbl.com |
| | Laura A Otenti Esq | lotenti@pbl.com |
| Schenk Annes Brookman & Tepper Ltd | Robert D Tepper Esq | rtepper@sabt.com |
| Durrette Bradshaw PLC | Roy M Terry Jr Esq | rterry@durrettebradshaw.com |
| | John C Smith Esq | jsmith@durrettebradshaw.com |
| | Elizabeth L Gunn Esq | egunn@durrettebradshaw.com |
| Ronald M Tucker Esq | | rtucker@simon.com |
| Canon USA Inc | Ruth Weinstein | rweinstein@cusa.canon.com |
| Hunton & Williams LLP | Robert S Westermann Esq | rwestermann@hunton.com |
| Elliott Greenleaf | Rafael X Zahralddin Aravena | rxza@elliottgreenleaf.com |
| | Neil R Lapinski | nrl@elliottgreenleaf.com |
| Lim Ruger & Kim LLP | Samuel S Oh Esq | sam.oh@limruger.com |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | sanantonio.bankruptcy@publicans.com |
| Sonnenschein Nath & Rosenthal LLP | Sara L Chenetz Esq | schenetz@sonnenschein.com |
| Honigman Miller Schwartz and Cohn LLP | Seth A Drucker Esq | sdrucker@honigman.com |
| | Adam K Keith Esq | akeith@honigman.com |
| | Joseph R Sgroi Esq | jsgroi@honigman.com |
| Miller Canfield Paddock and Stone PLC | John L Senica | senica@millercanfield.com |
| Pachulski Stang Ziehl & Jones | Stanley E Goldich | sgoldich@pszjlaw.com |
| Law Office of Robert E Luna PC | Andrea Sheehan | sheehan@txschoollaw.com |
| US Securities and Exchange Commission | Susan R Sherrill Beard | sherrill-beards@sec.gov |
| Stevens & Lee PC | Steven J Adams Esq | sja@stevenslee.com |
| Goodwin & Goodwin LLP | Suzanne Jett Trowbridge | sjt@goodwingoodwin.com |
| Hofheimer Gartlir & Gross LLP | Scott R Kipnis Esq | skipnis@hgg.com |
| | Rachel N Greenberger Esq | rgreenberger@hgg.com |
| | Nicholas B Malito Esq | nmalito@hgg.com |
| Lehnardt & Lehnardt LLC | Detlef G Lehnardt | |
| | Stephen K Lehnardt | skleh@lehnardt-law.com |
| Leach Travell Britt PC | Stephen E Leach Esq | sleach@ltblaw.com |
| | D Marc Sarata Esq | msarata@ltblaw.com |
| Jones Day | Sheila L Shadmand Esq | slshadmand@jonesday.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Shulman Rogers Gandal Pordy & Ecker PA | Stephen A Metz Esq | smetz@srgpe.com |
| | Courtney R Sydnor Esq | ggrant@srgpe.com |
| | Gregory D Grant Esq | csydnor@srgpe.com |
| Katsky Korins LLP | Steven H Newman Esq | snewman@katskykorins.com |
| County of Henrico Attorneys Office | Rhysa Griffith South Esq | Sou06@co.henrico.va.us |
| Orrick Herrington & Sutcliffe LLP | Scott A Stengel Esq | sstengel@orrick.com |
| | Jonathan P Guy Esq | jguy@orrick.com |
| Womac & Associates | Brian D Womac | Stacey@brianwomac.com |
| | Stacy Kremling | brianwomac@aol.com |
| Phillips Goldman & Spence PA | Stephen W Spence Esq | sws@pgslaw.com |
| | Scott L Adkins Esq | sla@pgslaw.com |
| Kupelian Ormond & Magy PC | Terrance A Hiller Jr Esq | tah@kompc.com |
| | David M Blau Esq | dmb@kompc.com |
| Oklahoma County Treasurer | Tammy Jones Pro Se | tammik@oklahomacounty.org |
| Greer Herz & Adams LLP | Frederick Black | |
| | Tara B Annweiler | tannweiler@greerherz.com |
| Madison County Alabama Tax Collector | Lynda Hall | taxcol@co.madison.al.us |
| | | swells@co.madison.al.us |
| Farrell Fritz PC | Ted A Berkowitz | tberkowitz@farrellfritz.com |
| Office of Unemployment Compensation Tax Services | Timothy A Bortz | tbortz@state.pa.us |
| Patton Boggs LLP | R Timothy Bryan | tbryan@pattonboggs.com |
| | Alan M Noskow | anoskow@pattonboggs.com |
| Nelson Mullins Riley & Scarborough LLP | Terri L Gardner | terri.gardner@nelsonmullins.com |
| | Anitra Goodman Royster | anitra.royster@nelsonmullins.com |
| Pima County Attorney Civil Division | German Yusufov | terri.roberts@pcao.pima.gov |
| | Terri A Roberts | german.yusufov@pcao.pima.gov |
| DLA Piper LLP | Timothy W Brink Esq | timothy.brink@dlapiper.com |
| | Forrest Lammiman | forrest.lammiman@dlapiper.com |
| | Ann Marie Bredin Esq | ann.bredin@dlapiper.com |
| Thomas G King | | tking@kech.com |
| Bracewell & Giuliani LLP | William A Trey Wood III | Trey.Wood@bgllp.com |
| Reed Smith LLP | Travis A Sabalewski Esq | tsabalewski@reedsmith.com |
| Gregory Kaplan PLC | Troy Savenko Esq | tsavenko@gregkaplaw.com |
| Williams Mullen | William H Schwarzschild III | tschwarz@williamsmullen.com |
| | W Alexander Burnett | aburnett@williamsmullen.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Vorys Sater Seymour and Pease LLP | Tiffany Strelow Cobb Esq | tscobb@vssp.com |
| Lowenstein Sandler PC | Vincent A D Agostino Esq | vdagostino@lowenstein.com |
| IBM Corporation | Vicky Namken | vnamken@us.ibm.com |
| Kepley Broscious & Biggs PLC | William A Broscious Esq | wbroscious@kbbplc.com |
| Buckner Alani & Mirkovich | William D Buckner | wbuckner@bamlaw.net |
| | Catherine J Weinberg | cweinberg@bamlaw.net |
| Blankingship & Keith PC | William H Casterline Jr Esq | wcasterlinejr@bklawva.com |
| | Jeremy B Root Esq | jroot@bklawva.com |
| Powell Goldstein LLP | William C Crenshaw Esq | wcrenshaw@pogolaw.com |
| Four Star International Trade | Wendy M Mead PC | wendymeadpc@verizon.net |
| Seyfarth Shaw LLP | William J Factor Esq | wfactor@seyfarth.com |
| | David C Christian II | dchristian@seyfarth.com |
| Torys LLP | William F Gray Jr Esq | wgray@torys.com |
| | Timothy B Martin Esq | tmartin@torys.com |
| Hemar Rousso & Heald LLP | Wayne R Terry | wterry@hemar-rousso.com |
| Wharton Aldhizer & Weaver PLC | Stephan W Milo Esq | smilo@wawlaw.com |
| Lieber & Lieber LLP | Barbie D Lieber | barbie@lieberlegal.com |

Email List

# EXHIBIT K

Circuit City Stores, Inc.
Core List

| NAME | ATTENTION | FAX |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 202-772-9293 |
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX | VIRGINIA DEPARTMENT OF TAXATION | 804-254-6111 |
| INTERNAL REVENUE SERVICE | ATTN L LORELLO | 804-916-8198 |

1 of 1

Facsimile List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Fax |
|---|---|---|
| Locke Lord Bissell & Liddell LLP | Thomas G Yoxall<br>Thomas A Connop<br>Melissa S Hayward | 214-740-8800 |
| Pasadena Independent School District | Dexter D Joyner | 281-991-6012 |
| Draper & Goldberg PLLC | Adam Hiller | 302-213-0043 |
| Draper & Goldberg PLLC | James E Clarke<br>L Darren Goldberg | 703-995-4542 |
| Poyner Spruill LLP | Shannon E Hoff Esq | 704-342-5264 |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman | 713-223-3717 |
| G&W Service Co LP | Georgette Treece | 713-227-3410 |
| Attorney General of the United States | Robert P McIntosh | 804-819-7417 |
| Attorney General of the US | Richard F Stein<br>Dana J Boente | 804-916-3939 |
| Ornelas Castillo & Ornelas PLLC | Sylvia M Ornelas<br>Mario A Castillo Jr | 956-725-4594 |
| Gay McCall Isaacks Gordon & Roberts PC | David McCall | 972-424-5619 |
| Jackson Kelly PLLC | Mary Elisabeth Naumann | 859-252-0688 |

Facsimile List

# EXHIBIT L

Circuit City Stores, Inc.

Core List

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| CIRCUIT CITY STORES, LLC | REGINALD D. HEDGEBETH | 9950 MAYLAND DRIVE | | RICHMOND | VA | 23233 | USA |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | WASHINGTON | DC | 20020 | USA |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN DIRECTOR | P O BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 | USA |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS ESQ PATRICIA SCHRAGE ESQ | 3 WORLD FINANCIAL CTR STE 400 | | NEW YORK | NY | 10281-1022 | USA |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | 900 E MAIN ST | | RICHMOND | VA | 23219 | USA |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Attorney General of the US | Robert K Coulter | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 |
| UrbanCal Oakland II LLC | c o Urban Retail Properties LLC | 900 N Michigan Ave Ste 900 | | Chicago | IL | 60611 |
| Eaton Corporation | David J Persichetti | Eaton Center | Eaton Ctr 1111 Superior Ave | Cleveland | OH | 44114-2584 |
| Broward County | Jeffrey J Newton | Government Center | 115 S Andrews Ave | Ft Lauderdale | FL | 33301 |
| Griffith McCague & Wallace PC | Judy Gawlowski | 200 Allegheny Center Mall | | Pittsburgh | PA | 15212 |
| Gregory Lee McCall | FCI Forrest City Low | PO Box 9000 | | Forrest City | AR | 72336 |
| Millman 2000 Charitable Trust | David Bennett | 2400 Cherry Creek Dr S | Ste 7002 | Denver | CO | 80209-3261 |
| Parsons Kinghorn Harris | George B Hofmann | 111 E Broadway 11th Fl | | Salt Lake City | UT | 84111 |
| Thomas W Daniels | | 1265 Scottsville Rd | | Rochester | NY | 14624 |

# EXHIBIT M

Circuit City Stores, Inc.
Tenth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Surviving Claim Number | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12403 | $268,486.66 | 1789 | ARTITALIA GROUP INC | | 11755 RODOLPHE FORGET | | | MONTREAL | QC | H1E 7J8 | CANADA |
| 2873 | $132,495.24 | 2626 | MINWA ELECTRONICS CO LTD | | 22F FAR EAST FINANCE CENTRE | 16 HARCOURT ROAD | | ADMIRALTY | | | HKG |
| 2873 | $132,495.24 | 2626 | MINWA ELECTRONICS CO LTD | MINWA ELECTRONICS CO LTD | 22F FAR EAST FINANCE CENTRE | 16 HARCOURT RD | | ADMIRALTY | | | HKG |
| 117 | $131,664.64 | 417 | MINWA ELECTRONICS CO LTD | | 22F FAR EAST FINANCE CENTRE | 16 HARCOURT ROAD | | ADMIRALTY | | | HONG KONG |
| 406 | $131,664.64 | 417 | MINWA ELECTRONICS CO LTD | | 22F FAR EAST FINANCE CENTRE | 16 HARCOURT ROAD | | ADMIRALTY | | | HONG KONG |
| 407 | $131,664.64 | 417 | MINWA ELECTRONICS CO LTD | | 22F FAR EAST FINANCE CENTRE | 16 HARCOURT ROAD | | ADMIRALTY | | | HONG KONG |
| 410 | $131,664.64 | 417 | MINWA ELECTRONICS CO LTD | | 22F FAR EAST FINANCE CENTRE | 16 HARCOURT ROAD | | ADMIRALTY | | | HONG KONG |
| 411 | $131,664.64 | 417 | MINWA ELECTRONICS CO LTD | | 22F FAR EAST FINANCE CENTRE | 16 HARCOURT ROAD | | ADMIRALTY | | | HONG KONG |
| 414 | $131,664.64 | 417 | MINWA ELECTRONICS CO LTD | | 22F FAR EAST FINANCE CENTRE | 16 HARCOURT ROAD | | ADMIRALTY | | | HONG KONG |
| 416 | $131,664.64 | 417 | MINWA ELECTRONICS CO LTD | | 22F FAR EAST FINANCE CENTRE | 16 HARCOURT ROAD | | ADMIRALTY | | | HONG KONG |
| 555 | $66,016.96 | 24 | PAQ Manufacturing Limited | | Rm 1202 Hung Tai Industrial Bldg No 31 39 | Hung to Road Kwun Tong | | Konloon | | | Hong Kong |
| 206 | $17,982.72 | 3665 | Dataplus Supplies Inc | Mr Dick Hsiao | 9F 279 Hsin Yi Rd Sec 4 | | | Taipei | Taiwan | | ROC |
| 3189 | $35,741.80 | 3152 | Jebsee Electronics Co Ltd | Attn Windy Wang | No 24 3 Sinle Road | | | Tainan 702 | | | Taiwan |
| 12458 | $2,468,704.69 | 12461 | 1251 Fourth Street Investors LLC and Beverly Gemini Investments LLC | Elan S Levey Esq CA SBN 174843 | Levinson Arshonsky & Kurtz LLP | 15303 Ventura Blvd Ste 1650 | | Sherman Oaks | CA | 91403 | USA |
| 6594 | $43,336.56 | 9793 | 13630 Victory Boulevard LLC | Attn Gail B Price Esq | Bronwen Price Attorneys at Law | 2600 Mission St Ste 206 | | San Marino | CA | 91108 | USA |
| 9880 | $43,336.56 | 9793 | 13630 Victory Boulevard LLC | Attn Gail B Price Esq | Bronwen Price Attorneys at Law | 2600 Mission St Ste 206 | | San Marino | CA | 91108 | USA |
| 12319 | $783,783.48 | 12378 | 13630 Victory Boulevard LLC | Attn Gail B Price Esq | Bronwen Price | 2600 Mission St Ste 206 | | San Marino | CA | 91108 | USA |
| 7429 | $0.00 | 12791 | 1965 RETAIL LLC | ATTN CHIEF FINANCIAL OFFICER | C/O MILLENNIUM PARTNERS | 1995 BROADWAY 3RD FLOOR | | NEW YORK | NY | 10023 | USA |
| 11537 | $0.00 | 12791 | 1965 RETAIL LLC | | C/O MILLENNIUM PARTNERS | 1995 BROADWAY 3RD FLOOR | ATTN CHIEF FINANCIAL OFFICER | NEW YORK | NY | 10023 | USA |
| 11537 | $0.00 | 12791 | 1965 RETAIL LLC | PAUL HASTINGS JANOFSKY & WALKER LLP | HARVEY A STRICKON | PARK AVENUE TOWER | 75 E 55TH ST 1ST FL | NEW YORK | NY | 10022 | USA |
| 5101 | $0.00 | 5100 | 502 12 86th Street LLC | Attn Steven H Newman Esq | Katsky Korins LLP | 605 Third Ave | | New York | NY | 10158 | USA |
| 12243 | $1,774,349.33 | 12340 | 502 12 86th Street LLC | Attn Steven H Newman Esq | Katsky Korins LLP | 605 Third Ave 16th Fl | | New York | NY | 10158 | USA |
| 12246 | $1,774,349.33 | 12340 | 502 12 86th Street LLC | Attn Steven H Newman Esq | Katsky Korins LLP | 605 Third Ave 16th Fl | | New York | NY | 10158 | USA |
| 12335 | $1,774,349.33 | 12340 | 502 12 86th Street LLC | Attn Steve H Newman Esq | Katsky Korins LLP | 605 3rd Ave 16th Fl | | New York | NY | 10158 | USA |
| 9882 | $944.70 | 7921 | Accurate Recycling Corp | | 508 E Baltimore Ave | | | Lansdowne | PA | 19050 | USA |
| 1599 | $4,632.18 | 1800 | Ada County Treasurer | | PO Box 2868 | | | Boise | ID | 83701 | USA |
| 1551 | $11,644.00 | 1609 | AGV Construction Inc | Armando Guerrero | 132 Carrington Dr | | | Rockwall | TX | 75032 | USA |
| 8315 | $1,028,153.34 | 8960 | Alliance Entertainment LLC | c o Source Interlink Companies Inc | Attn Douglas J Bates Gen Counsel | 27500 Riverview Ctr Blvd | | Bonita Springs | FL | 34134 | USA |
| 8387 | $10,996,107.00 | 9640 | Alliance Entertainment LLC | c o Source Interlink Companies Inc | Attn Douglas J Bates Gen Counsel | 27500 Riverview Ctr Blvd | | Bonita Springs | FL | 34134 | USA |
| 9033 | $10,996,107.00 | 9640 | Alliance Entertainment LLC | c o Source Interlink Companies Inc | Attn Douglas J Bates Gen Counsel | 27500 Riverview Ctr Blvd | | Bonita Springs | FL | 34134 | USA |
| 12060 | $69,486.91 | 12122 | ALMADEN PLAZA SHOPPING CTR INC | | 5353 ALMADEN EXPY | 49 ALMADEN PLAZA SHOPPING CTR | | SAN JOSE | CA | 95118 | USA |
| 12060 | $69,486.91 | 12122 | ALMADEN PLAZA SHOPPING CTR INC | Anderson & Blake | Attn Kevin Anderson Esq | Ten Almaden Blvd 10th Fl | | San Jose | CA | 95113-2233 | USA |
| 12060 | $69,486.91 | 12122 | ALMADEN PLAZA SHOPPING CTR INC | Brothers International Corporation | ttn C K Kwan President | 180 Montgomery St Ste 828 | | San Francisco | CA | 94104 | USA |
| 1754 | $2,135.00 | 4790 | AUDIO VIDEO EXCELLENCE | | 611 W MANLIUS ST | | | E SYRACUSE | NY | 13057 | USA |
| 12679 | $1,697,655.85 | 12866 | AVR CPC ASSOCIATES LLC | C O AVR REALTY CO | 1 EXECUTIVE BLVD | | | YONKERS | NY | 10701 | USA |
| 12679 | $1,697,655.85 | 12866 | AVR CPC Associates LLC | c o Hale Yazicioglu Esq | Jaspan Schlesinger LLP | 300 Garden City Plz | | Garden City | NY | 11530 | USA |
| 2292 | $25,235.00 | 2710 | B2B Solutions Business to Business Solutions LLC | B2B Solutions | 3420 Pump Rd No 406 | | | Richmond | VA | 23233-1111 | USA |
| 518 | $1,680.61 | 560 | Bay State Gas | | PO Box 2025 | | | Springfield | MA | 01102-2025 | USA |
| 13006 | $700,782.94 | 13013 | BECKER TRUST LLC | BECKER ENTERPRISES | 50 S JONES BLVD STE 100 | | | LAS VEGAS | NV | 89107 | USA |
| 11609 | $2,305,884.73 | 11608 | Belkin Intl Inc | | 501 W Walnut St | | | Compton | CA | 90220 | USA |
| 5348 | $0.00 | 5351 | BLACK, RICHARD | | 209 PARKERS GLEN RD | | | SHOHOLA | PA | 18458 | USA |
| 418 | $7,315.15 | 2767 | Books A Million Dot Com | Pete Bessiere | 402 Industrial Ln | | | Birmingham | AL | 35211 | USA |
| 1554 | $53.94 | 1658 | Boston Gas Company dba KeySpan Energy Delivery New England | Elisa M Pugliese Esq | 175 E Old Country Rd | | | Hicksville | NY | 11801 | USA |

Circuit City Stores, Inc.
Tenth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Surviving Claim Number | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1555 | $250.32 | 1663 | Boston Gas Company dba KeySpan Energy Delivery New England | Elisa M Pugliese Esq | 175 E Old Country Rd | | | Hicksville | NY | 11801 | USA |
| 1557 | $358.93 | 1662 | Boston Gas Company dba KeySpan Energy Delivery New England | Elisa M Pugliese Esq | 175 E Old Country Rd | | | Hicksville | NY | 11801 | USA |
| 1558 | $428.63 | 1664 | Boston Gas Company dba KeySpan Energy Delivery New England | Elisa M Pugliese Esq | 175 E Old Country Rd | | | Hicksville | NY | 11801 | USA |
| 1559 | $304.50 | 1661 | Boston Gas Company dba KeySpan Energy Delivery New England | Elisa M Pugliese Esq | 175 E Old Country Rd | | | Hicksville | NY | 11801 | USA |
| 1560 | $169.53 | 1657 | Boston Gas Company dba KeySpan Energy Delivery New England | Elisa M Pugliese Esq | 175 E Old Country Rd | | | Hicksville | NY | 11801 | USA |
| 1561 | $205.24 | 1660 | Boston Gas Company dba KeySpan Energy Delivery New England | Elisa M Pugliese Esq | 175 E Old Country Rd | | | Hicksville | NY | 11801 | USA |
| 1562 | $194.01 | 1659 | Boston Gas Company dba KeySpan Energy Delivery New England | Elisa M Pugliese Esq | 175 E Old Country Rd | | | Hicksville | NY | 11801 | USA |
| 4621 | $18,911.23 | 4166 | BRADENTON HERALD, THE | | 102 MANATEE AVE W | PO BOX 921 | | BRADENTON | FL | 34206-0921 | USA |
| 4631 | $18,911.23 | 4166 | BRADENTON HERALD, THE | | PO BOX 921 | 102 MANATEE AVE W | | BRADENTON | FL | 34206-0921 | USA |
| 10179 | $50,000.00 | 10190 | BROWN, MARLO | | 1508 N GARFIELD APT 202 | | | MARION | IL | 62959 | USA |
| 5256 | $0.00 | 5264 | BRYAN JAMES P | | 300 LUMAN RD | NO 161 | | PHOENIX | OR | 97535 | USA |
| 10805 | $653,194.62 | 10534 | Buckhead Triangle LP | William J Dawkins Esq | 1100 Spring St NW Ste 550 | | | Atlanta | GA | 30309-2848 | USA |
| 3530 | $50,000.00 | 3529 | CAMPBELL, NOELLE | | 6409 MORGAN DR | | | LATTA | SC | 29565 | USA |
| 3530 | $50,000.00 | 3529 | CAMPBELL, NOELLE | Karen McDonough | EEOC | Philadelphia District Office | 801 Market St 13th Fl | Philadelphia | PA | 19103 | USA |
| 13012 | $801,987.79 | 13014 | Caparra Center Associates LLC | Penny R Stark | For Claimant | 17 Bon Pinck Way | | E Hampton | NY | 11937 | USA |
| 13012 | $801,987.79 | 13014 | Caparra Center Associates LLC | Caparra Center Associates LLC | | PO Box 9506 | | San Juan | PR | 00908 | USA |
| 8590 | $246,887.57 | 7889 | Caribbean Display & Construction Inc | c o Richard I Hutson Esq | Fullerton & Knowles PC | 12644 Chapel Rd Ste 206 | | Clifton | VA | 20124 | USA |
| 7933 | $1,903,434.65 | 7957 | Catellus Operating Limited Partnership a Delaware Limited Partnership | Edward J Tredinnick Esq | Greene Radovsky Maloney Share & Hennick LLP | Four Embarcadero Center 40th Fl | | San Francisco | CA | 94111 | USA |
| 7933 | $1,903,434.65 | 7957 | Catellus Operating Limited Partnership a Delaware Limited Partnership | Catellus Operating Limited Partnership | Attn Greg Moore | 66 Franklin St Ste 200 | | Oakland | CA | 94607 | USA |
| 11801 | $434.17 | 12273 | CBL & Associates Management Inc | c o Scott M Shaw | Husch Blackwell Sanders LLP | 2030 Hamilton Pl Blvd Ste 150 | | Chattanooga | TN | 37421 | USA |
| 11802 | $434.17 | 12273 | CBL & Associates Management Inc | c o Scott M Shaw | Husch Blackwell Sanders LLP | 2030 Hamilton Pl Blvd Ste 150 | | Chattanooga | TN | 37421 | USA |
| 12199 | $434.17 | 12273 | CBL & Associates Management Inc | c o Scott M Shaw | Husch Blackwell Sanders LLP | 2030 Hamilton Pl Blvd Ste 150 | | Chattanooga | TN | 37421 | USA |
| 7616 | $3,709.62 | 12275 | CBL & Terrace Limited Partnership | c o Scott M Shaw | Husch Blackwell Sanders LLP | 2030 Hamilton Pl Blvd Ste 150 | | Chattanooga | TN | 37421 | USA |
| 9616 | $3,709.62 | 12275 | CBL Terrace Limited Partnership | c o Scott M Shaw | Husch Blackwell Sanders LLP | 2030 Hamilton Pl Blvd Ste 150 | | Chattanooga | TN | 37421 | USA |
| 11803 | $3,709.62 | 12275 | CBL Terrace Limited Partnership | c o Scott M Shaw | Husch Blackwell Sanders LLP | 2030 Hamilton Pl Blvd Ste 150 | | Chattanooga | TN | 37421 | USA |
| 11839 | $3,709.62 | 12275 | CBL Terrace Limited Partnership | c o Scott M Shaw | Husch Blackwell Sanders LLP | 2030 Hamilton Pl Blvd Ste 150 | | Chattanooga | TN | 37421 | USA |
| 12198 | $3,709.62 | 12275 | CBL Terrace Limited Partnership | c o Scott M Shaw | Husch Blackwell Sanders LLP | 2030 Hamilton Pl Blvd Ste 150 | | Chattanooga | TN | 37421 | USA |
| 1791 | $22,644.35 | 1689 | Central Maine Power Co | Attn Bankruptcy Dept | 83 Edison Dr | | | Augusta | ME | 04336 | USA |
| 12539 | $506,795.54 | 12637 | Centro Properties Group ta Heritage Square Naperville IL | c o David L Pollack Esq | Ballard Spahr Andrews & Ingersoll LLP | 1735 Market St 51st Fl | | Philadelphia | PA | 19103 | USA |
| 12636 | $506,795.54 | 12637 | Centro Properties Group ta Heritage Square Naperville IL | c o David L Pollack | Ballard Spahr Andrews & Ingersoll LLP | 1735 Market St 51st Fl | | Philadelphia | PA | 19103 | USA |
| 8351 | $1,814,817.75 | 8585 | CENTURY PLAZA DEVELOPMENT CORPORATION | DOUGLAS W  MESSNER | 3890 RAILROAD AVE | C O SIERRA PACIFIC PROPERTIES  INC | | PITTSBURG | CA | 94565-0000 | USA |
| 8351 | $1,814,817.75 | 8585 | CENTURY PLAZA DEVELOPMENT CORPORATION | Century Plaza Development Corporation | John C Willsie Corporate Counsel | The Seeno Companies | 4021 Port Chicago Hwy | Concord | CA | 94520-0000 | USA |
| 12912 | $416,325.34 | 12986 | Circuit Sports LP | Edward L Rothberg | Weycer Kaplan Pulaski & Zuber PC | 11 Greenway Plaza Ste 1400 | | Houston | TX | 77046-0000 | USA |
| 436 | $8,594.85 | 516 | City of Frisco | Elizabeth Weller | Linebarger Goggan Blair & Sampson LLP | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | USA |
| 11805 | $450.46 | 12105 | City of Virginia Beach | City of Virginia Beach Treasurer | Bankruptcy Records | 2401 Courthouse Dr | | Virginia Beach | VA | 23456 | USA |
| 12150 | $450.46 | 12105 | City of Virginia Beach | City of Virginia Beach Treasurer | Bankruptcy Records | 2401 Courthouse Dr | | Virginia Beach | VA | 23456 | USA |

2 of 9

First Class Mail

Circuit City Stores, Inc.
Tenth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Surviving Claim Number | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4562 | $505,023.30 | 2624 | Cleveland Construction Inc | c o Spotts Fain PC | PO Box 1555 | | | Richmond | VA | 23218-1555 | USA |
| 1608 | $92,333.33 | 1749 | Cohen, Savitri | Gleason Dunn Walsh & Oshea | 40 Beaver St | | | Albany | NY | 12207 | USA |
| 2675 | $414,129.44 | 738 | Cokem International Ltd | Attn Dave Stark | 865 Xenium Ln N | | | Plymouth | MN | 55441 | USA |
| 2675 | $414,129.44 | 738 | Cokem International Ltd | Cokem International Ltd | | PO Box 532922 | | Atlanta | GA | 30353-2922 | USA |
| 2750 | $300,000.00 | 2733 | Coleman, Dorothy | Michael S Williams Esq | Gold Albanese & Barletti | 58 Maple Ave | | Red Bank | NJ | 07701 | USA |
| 2963 | $300,000.00 | 2733 | Coleman, Dorothy | Michael S Williams Esq | Gold Albanese & Barletti | 58 Maple Ave | | Red Bank | NJ | 07701 | USA |
| 3106 | $300,000.00 | 2733 | Coleman, Dorothy | Michael S Williams Esq | Gold Albanese & Barletti | 58 Maple Ave | | Red Bank | NJ | 07701 | USA |
| 5990 | $300,000.00 | 2733 | Coleman, Dorothy | Michael S Williams Esq | Gold Albanese & Barletti | 58 Maple Ave | | Red Bank | NJ | 07701 | USA |
| 199 | $448,209.57 | 1703 | COLORADO DEPARTMENT OF REVENUE | ATTN BANKRUPTCY UNIT | 1375 SHERMAN ST RM 504 | | | DENVER | CO | 80261 | USA |
| 1494 | $448,209.57 | 1703 | Colorado Department of Revenue | ATTN BANKRUPTCY UNIT | 1375 SHERMAN ST RM 504 | | | Denver | CO | 80261 | USA |
| 1494 | $448,209.57 | 1703 | Colorado Department of Revenue | McGuireWoods LLP | | 9000 World Trade Ctr 1 | | Norfolk | VA | 23510 | USA |
| 12876 | $215,502.68 | 10159 | Compass Group The Americas Division | Attn Lynne Foresman | 2400 Yorkmont Rd | | | Charlotte | NC | 28217 | USA |
| 7026 | $890,713.06 | 7278 | Cormark Inc | Neil E McCullagh Esq | Cantor Arkema PC | PO Box 561 | | Richmond | VA | 23218-0561 | USA |
| 7026 | $890,713.06 | 7278 | Cormark Inc | CORMARK INC | | 1701 S WINTHROP DR | | DES PLAINES | IL | 60018 | USA |
| 12337 | $892,465.98 | 12549 | Cottonwood Corners Phase V LLC | c o Sheila deLa Cruz Esq | Hirschler Fleisher PC | PO Box 500 | | Richmond | VA | 23218-0500 | USA |
| 7811 | $47,618.08 | 7662 | Crossways Financial Associates LLC | Paul K Campsen Esq | Kaufman & Canoles | 150 W Main St Ste 2100 | | Norfolk | VA | 23510 | USA |
| 12342 | $606,286.78 | 12348 | Daly City Partners I LP | Julie H Rome Banks | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | USA |
| 12342 | $606,286.78 | 12348 | Daly City Partners I LP | SPI Holdings LLC | 650 California St Ste 1288 | | | San Francisco | CA | 94108 | USA |
| 8892 | $41,374.47 | 9736 | DDR Arrowhead Crossing LLC | Attn James S Carr Esq Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | | New York | NY | 10178 | USA |
| 8892 | $41,374.47 | 9736 | DDR Arrowhead Crossing LLC | Developers Diversified Realty Corporation | Attn Eric C Cotton | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | USA |
| 9029 | $23,676.41 | 9838 | DDR Highland Grove LLC | Attn James S Carr Esq Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | | New York | NY | 10178 | USA |
| 9029 | $23,676.41 | 9838 | DDR Highland Grove LLC | Developers Diversified Realty Corporation | Attn Eric C Cotton | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | USA |
| 8901 | $84,460.48 | 9581 | DDR Southeast Culver City DST | Attn James S Carr Esq Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | | New York | NY | 10178 | USA |
| 8901 | $84,460.48 | 9581 | DDR Southeast Culver City DST | Developers Diversified Realty Corporation | Attn Eric C Cotton | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | USA |
| 8876 | $658,315.05 | 9586 | DDR Southeast Snell Ville LLC | Attn James S Carr Esq Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | | New York | NY | 10178 | USA |
| 8876 | $658,315.05 | 9586 | DDR Southeast Snell Ville LLC | Developers Diversified Realty Corporation | Attn Eric C Cotton | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | USA |
| 8756 | $985,371.62 | 9591 | DDR Southeast Vero Beach LLC | Attn James S Carr Esq Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | | New York | NY | 10178 | USA |
| 8756 | $985,371.62 | 9591 | DDR Southeast Vero Beach LLC | Developers Diversified Realty Corporation | Attn Eric C Cotton | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | USA |
| 8906 | $110,882.74 | 9589 | DDR Southeast Vero Beach LLC | Kelley Drye & Warren LLP | Attn James S Carr Esq Robert L LeHane Esq | 101 Park Ave | | New York | NY | 10178 | USA |
| 8906 | $110,882.74 | 9589 | DDR Southeast Vero Beach LLC | Developers Diversified Realty Corporation | Attn Eric C Cotton | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | USA |
| 8757 | $181,246.39 | 9733 | DDRM Hilltop Plaza LP | Attn James S Carr Esq Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | | New York | NY | 10178 | USA |
| 8757 | $181,246.39 | 9733 | DDRM Hilltop Plaza LP | Developers Diversified Realty Corporation | Attn Eric C Cotton | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | USA |
| 8772 | $673,627.93 | 9650 | DDRTC CC Plaza LLC | Kelley Drye & Warren LLP | Attn James S Carr Esq Robert L LeHane Esq | 101 Park Ave | | New York | NY | 10178 | USA |
| 8772 | $673,627.93 | 9650 | DDRTC CC Plaza LLC | Developers Diversified Realty Corporation | Attn Eric C Cotton | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | USA |
| 8888 | $17,059.48 | 9836 | DDRTC McFarland Plaza LLC | Attn James S Carr Esq Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | | New York | NY | 10178 | USA |
| 8888 | $17,059.48 | 9836 | DDRTC McFarland Plaza LLC | Developers Diversified Realty Corporation | Attn Eric C Cotton | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | USA |
| 9001 | $67,871.56 | 9583 | DDRTC Southlake Pavilion LLC | Kelley Drye & Warren LLP | Attn James S Carr Esq Robert L LeHane Esq | 101 Park Ave | | New York | NY | 10178 | USA |
| 9001 | $67,871.56 | 9583 | DDRTC Southlake Pavilion LLC | Developers Diversified Realty Corporation | Attn Eric C Cotton | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | USA |
| 12579 | $801,161.28 | 12777 | DECATUR PLAZA I, LLC | BRAD BARKAU | PO BOX 244 C/O BRAD BARKAU | 239 E ST LOUIS STREET | | NASHVILLE | IL | 62263 | USA |
| 180 | $180,513.98 | 173 | Detroit Media Partnership | | 615 West Lafayette Blvd | | | Detroit | MI | 48226 | USA |
| 8870 | $3,476.22 | 9840 | Developers Diversified Realty Corporation | Attn James S Carr Esq & Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | | New York | NY | 10178 | USA |
| 8870 | $3,476.22 | 9840 | Developers Diversified Realty Corporation | Developers Diversified Realty Corporation | Attn Eric C Cotton | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | USA |

3 of 9

First Class Mail

Circuit City Stores, Inc.
Tenth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Surviving Claim Number | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8874 | $9,479.02 | 9839 | Developers Diversified Realty Corporation | Attn James S Carr Esq & Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | | New York | NY | 10178 | USA |
| 8874 | $9,479.02 | 9839 | Developers Diversified Realty Corporation | Developers Diversified Realty Corporation | Attn Eric C Cotton | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | USA |
| 8885 | $50,282.44 | 9837 | Developers Diversified Realty Corporation | Attn James S Carr Esq & Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | | New York | NY | 10178 | USA |
| 8885 | $50,282.44 | 9837 | Developers Diversified Realty Corporation | Developers Diversified Realty Corporation | Attn Eric C Cotton | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | USA |
| 8912 | $339,397.57 | 9843 | Developers Diversified Realty Corporation | Attn James S Carr Esq & Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | | New York | NY | 10178 | USA |
| 8912 | $339,397.57 | 9843 | Developers Diversified Realty Corporation | Developers Diversified Realty Corporation | Attn Eric C Cotton | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | USA |
| 8066 | $129,545.11 | 9465 | Ditan Distribution LLC | Michael S Kogan | Ervin Cohen & Jessup LLP | 9401 Wilshire Blvd 9th Fl | | Beverly Hills | CA | 90212 | USA |
| 12518 | $618,611.47 | 12859 | Donahue Schriber Realty Group LP | c o Trainor Fairbrook | Attn Nancy Hotchkiss | 80 Fulton Ave | | Sacramento | CA | 95825 | USA |
| 12519 | $40,726.80 | 12859 | Donahue Schriber Realty Group LP | Attn Nancy Hotchkiss | 80 Fulton Ave | | | Sacramento | CA | 95825 | USA |
| 12822 | $40,726.80 | 12859 | Donahue Schriber Realty Group LP | Attn Nancy Hotchkiss | c o Trainor Fairbrook | 80 Fulton Ave | | Sacramento | CA | 95825 | USA |
| 12834 | $618,611.47 | 12859 | Donahue Schriber Realty Group LP | c o Trainor Fairbrook | Attn Nancy Hotchkiss | 980 Fulton Ave | | Sacramento | CA | 95825 | USA |
| 7732 | $890,379.81 | 12258 | Drexel Delaware Ltd Partnership | c o Ralph E Dill | 37 W Broad St Ste 950 | | | Columbus | OH | 43215 | USA |
| 12768 | $31,573.67 | 12734 | Eagleridge Associates | c o Ian S Landsberg | Landsberg Margulies LLP | 16030 Ventura Blvd Ste 470 | | Encino | CA | 91436 | USA |
| 12769 | $283,434.19 | 12825 | Eagleridge Associates | c o Ian S Landsberg | Landsberg Margulies LLP | 16030 Ventura Blvd Ste 470 | | Encino | CA | 91436 | USA |
| 3646 | $86.66 | 3907 | EMERSON, ANTHEA | | 2271 WEATHERFORD DR | | | DELTONA | FL | 32738 | USA |
| 1563 | $624.31 | 1654 | EnergyNorth Natural Gas Inc dba KeySpan Energy Delivery New England | Elisa M Pugliese Esq | 175 E Old Country Rd | | | Hicksville | NY | 11801 | USA |
| 1565 | $506.12 | 1656 | EnergyNorth Natural Gas Inc dba KeySpan Energy Delivery New England | Elisa M Pugliese Esq | 175 E Old Country Rd | | | Hicksville | NY | 11801 | USA |
| 1566 | $1,141.53 | 1655 | EnergyNorth Natural Gas Inc dba KeySpan Energy Delivery New England | Elisa M Pugliese Esq | 175 E Old Country Rd | | | Hicksville | NY | 11801 | USA |
| 1567 | $461.62 | 1652 | EnergyNorth Natural Gas Inc dba KeySpan Energy Delivery New England | Elisa M Pugliese Esq | 175 E Old Country Rd | | | Hicksville | NY | 11801 | USA |
| 2058 | $25,779.92 | 1927 | FLEISHMAN HILLARD INC | | 200 N BROADWAY | | | ST LOUIS | MO | 63102 | USA |
| 11700 | $301,568.55 | 11786 | FONEGEAR | | 2139 AUSTIN AVE | | | ROCHESTER HILLS | MI | 48309 | USA |
| 314 | $41,746.19 | 11614 | Forest City Commercial Management Inc | Agent for Stapleton North Town LLC | 50 Public Sq Ste 1360 | | | Cleveland | OH | 44113 | USA |
| 11597 | $41,746.19 | 11614 | Forest City Commercial Management Inc | Agent for Stapleton North Town LLC | 50 Public Sq Ste 1360 | | | Cleveland | OH | 44113 | USA |
| 5431 | $5,830,726.29 | 4953 | Fujifilm USA Inc | | 200 Summit Lake Dr | | | Valhalla | NY | 10595 | USA |
| 11556 | $15,325.38 | 11769 | G & W Service Co LP | Georgette Treece Treasurer | 2503 Capitol Ave | | | Houston | TX | 77003-3203 | USA |
| 3797 | $134,305.00 | 3795 | GARCIA MARTIN | | PO BOX 563 | | | BELLEFLOWER | CA | 90707 | USA |
| 3797 | $134,305.00 | 3795 | GARCIA, MARTIN | Ferrell A Weber Esq | | 2203 East Lincoln Ave | | Anaheim | CA | 992806 | USA |
| 3796 | $134,305.00 | 3795 | GARCIA, MARTIN | | PO BOX 563 | | | BELLEFLOWER | CA | 90707 | USA |
| 3796 | $134,305.00 | 3795 | GARCIA, MARTIN | Ferrell A Weber Esq | | 2203 East Lincoln Ave | | Anaheim | CA | 992806 | USA |
| 2373 | $1,087.58 | 2372 | GMS INC | | PO BOX 8518 | | | BROWNSVILLE | TX | 78521-8518 | USA |
| 12806 | $82,134.22 | 12764 | GREECE RIDGE LLC | c o THOMAS W DANIELS ESQ | WILMORITE MANAGEMENT GROUP LLC | 1265 SCOTTSVILLE RD | | ROCHESTER | NY | 14624 | USA |
| 12813 | $476,551.00 | 12622 | GREECE RIDGE LLC | THOMAS W DANIELS ESQ | 1265 SCOTTSVILLE RD | | | ROCHESTER | NY | 14624 | USA |
| 12681 | $737,801.12 | 12522 | Greenback Associates | Attn Nancy Hotchkiss | Trainor Fairbrook | 980 Fulton Ave | | Sacramento | CA | 95825 | USA |
| 12788 | $737,801.12 | 12522 | Greenback Associates | Attn Nancy Hotchkiss | Trainor Fairbrook | 980 Fulton Ave | | Sacramento | CA | 95825 | USA |
| 12833 | $737,801.12 | 12522 | Greenback Associates | Attn Nancy Hotchkiss | Trainor Fairbrook | 980 Fulton Ave | | Sacramento | CA | 95825 | USA |
| 12837 | $60,831.93 | 12523 | Greenback Associates | Attn Nancy Hotchkiss | c o Trainor Fairbrook | 80 Fulton Ave | | Sacramento | CA | 95825 | USA |
| 12841 | $60,831.93 | 12523 | Greenback Associates | Attn Nancy Hotchkiss | c o Trainor Fairbrook | 80 Fulton Ave | | Sacramento | CA | 95825 | USA |
| 12858 | $60,831.93 | 12523 | Greenback Associates | Attn Nancy Hotchkiss | c o Trainor Fairbrook | 80 Fulton Ave | | Sacramento | CA | 95825 | USA |
| 12871 | $60,831.93 | 12523 | Greenback Associates | Attn Nancy Hotchkiss | Trainor Fairbrook | 80 Fulton Ave | | Sacramento | CA | 95825 | USA |
| 12884 | $737,801.12 | 12522 | Greenback Associates | c o Trainor Fairbrook | Attn Nancy Hotchkiss | 80 Fulton Ave | | Sacramento | CA | 95825 | USA |
| 2662 | $167.29 | 2703 | Greene County   Department of Public Wor | | 667 Dayton Xenia RD | | | Xenia | OH | 45385-2665 | USA |
| 2661 | $167.29 | 2703 | GREENE COUNTY DEPARTMENT OF PUBLIC WOR | | 667 DAYTON XENIA RD | | | XENIA | OH | 45385-2665 | USA |
| 2699 | $167.29 | 2703 | GREENE COUNTY DEPARTMENT OF PUBLIC WOR | | 667 DAYTON  XENIA RD | | | XENIA | OH | 45385-2665 | USA |
| 730 | $16,861.51 | 426 | Gulf Power Company | One Energy Place | Bin 712 D Gaines | | | Pensacola | FL | 32520 | USA |
| 1747 | $6,012.63 | 1793 | Harford County Maryland | Department of Law | 220 S Main St 3rd Fl | | | Bel Air | MD | 21014 | USA |
| 4925 | $500,000.00 | 4923 | HARRIS, WALTER | | 21 LOGGER CT | | | DURHAM | NC | 27713 | USA |
| 4925 | $500,000.00 | 4923 | HARRIS, WALTER | James E Rogers Attorney | | PO Box 25198 | | Durham | NC | 27701 | USA |
| 12361 | $1,593,115.34 | 12360 | HAYWARD 880 LLC | | 1809 7TH AVE STE 1002 | | | SEATTLE | WA | 98101 | USA |

4 of 9

First Class Mail

Circuit City Stores, Inc.
Tenth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Surviving Claim Number | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12395 | $13,053.59 | 13007 | Henrico County Virginia | Rhysa Griffith South Assistant County Attorney | PO Box 90775 | | | Henrico | VA | 23273-0775 | USA |
| 1506 | $17,427.73 | 1638 | Hidalgo County | John T Banks | Perdue Brandon Fielder Collins & Mott LLP | 3301 Northland Dr Ste 505 | | Austin | TX | 78731 | USA |
| 1506 | $17,427.73 | 1638 | Hidalgo County | Hidalgo County | Hidalgo County Tax Office | PO Box 178 | | Edinburg | TX | 78540 | USA |
| 12366 | $683,730.94 | 12363 | HIP Stephanie LLC | c o Christine Coers Mitchell | Coers Mitchell Law LLC | 1631 NE Broadway No 539 | | Portland | OR | 97232 | USA |
| 12366 | $683,730.94 | 12363 | HIP Stephanie LLC | HIP Stephanie LLC | Attn Legal Dept Diana Hodge | c o Harsch Investment Properties | 1121 SW Salmon St 5th Fl | Portland | OR | 97205 | USA |
| 10321 | $5,732.26 | 10862 | Holiday Union Associates LP | c o Benderson Development Company Inc | Attn Ken Labenski | 570 Delaware Ave | | Buffalo | NY | 14202 | USA |
| 10321 | $5,732.26 | 10862 | Holiday Union Associates LP | DDR Southeast Cortez LLC | Attn James S Carr Esq & Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | USA |
| 8943 | $1,046,126.63 | 9725 | Inland Western Avondale McDowell LLC | c o Bert Bittouma Esq | Inland Real Estate Group | 2901 Butterfield Rd 3rd Fl | | Oak Brook | IL | 60523-0000 | USA |
| 8943 | $1,046,126.63 | 9725 | Inland Western Avondale McDowell LLC | Karen C Bifferato Esq | Connolly Bove Lodge & Hutz LLP | 1007 N Orange St | PO Box 2207 | Wilmington | DE | 19899-0000 | USA |
| 11032 | $1,046,126.63 | 9725 | Inland Western Avondale McDowell LLC | c o Bert Bittouma Esq | Inland Real Estate Group | 2901 Butterfield Rd 3rd Fl | | Oak Brook | IL | 60523-0000 | USA |
| 11032 | $1,046,126.63 | 9725 | Inland Western Avondale McDowell LLC | Karen C Bifferato Esq | Connolly Bove Lodge & Hutz LLP | 1007 N Orange St | PO Box 2207 | Wilmington | DE | 19899-0000 | USA |
| 8695 | $105,825.09 | 9371 | J&L Electrical Services Inc | c o Catherine Harrison King | Miller & Martin PLLC | 1170 Peachtree St NE Ste 1170 | | Atlanta | GA | 30309-7706 | USA |
| 8695 | $105,825.09 | 9371 | J&L Electrical Services Inc | J&L Electrical Services Inc | c o John Gudger | 141 Railroad St Ste  108 | | Canton | GA | 30115 | USA |
| 6049 | $23,940,292.00 | 6045 | Jack Hernandez and All Those Similarly Situated | c o Righetti Law Firm PC Matthew Righetti | 456 Montgomery St Ste 1400 | | | San Francisco | CA | 94104 | USA |
| 12610 | $266,633.75 | 12867 | Jantzen Dynamic Corporation | Attn Brett Berlin Esq | Jones Day | 1420 Peachtree St NE Ste 800 | | Atlanta | GA | 30309 | USA |
| 12610 | $266,633.75 | 12867 | Jantzen Dynamic Corporation | Jantzen Dynamic Corporation | Attn Mark Drogalis Esq | 900 Bank of America Plz | 1901 Main St | Columbia | SC | 29201 | USA |
| 8894 | $21,457.21 | 9835 | JDN Realty Corporation | Attn James S Carr Esq Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | | New York | NY | 10178 | USA |
| 8894 | $21,457.21 | 9835 | JDN Realty Corporation | Developers Diversified Realty Corporation | Attn Eric C Cotton | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | USA |
| 11562 | $207,691.69 | 11659 | Jefferson Mall Company II LLC | c o Scott M Shaw | Husch Blackwell Sanders LLP | 2030 Hamilton Pl Blvd Ste 150 | | Chattanooga | TN | 37421 | USA |
| 11836 | $247,750.39 | 12204 | Jefferson Mall Company II LLC | c o Scott M Shaw | Husch Blackwell Sanders LLP | 2030 Hamilton Pl Blvd Ste 150 | | Chattanooga | TN | 37421 | USA |
| 12197 | $247,750.39 | 12204 | Jefferson Mall Company II LLC | c o Scott M Shaw Esq | Husch Blackwell Sanders LLP | 2030 Hamilton Pl Blvd Ste 150 | | Chattanooga | TN | 37421 | USA |
| 12755 | $0.00 | 12758 | Jefferson Pilot Life Insurance Company | c o Mary Jo Potter | PO Box 21008 | | | Greensboro | NC | 27420 | USA |
| 6047 | $21,728,213.00 | 6040 | Jonathan Card and All Those Similarly Situated | c o Righetti Law Firm PC Matthew Righetti | 456 Montgomery St Ste 1400 | | | San Francisco | CA | 94104 | USA |
| 4162 | $206,352.78 | 3982 | JWC Loftus LLC | Philip C Baxa Esq | Mercer Trigiani LLP | 16 S Second St | | Richmond | VA | 23235 | USA |
| 9157 | $53,124.55 | 9159 | KNOXVILLE LEVCAL LLC | ATTN BRONWEN HARBOUR CHIEF COMPLIANCE OFFICE | C O LEVCOR INC | 9660 KATY FWY | | HOUSTON | TX | 77055 | USA |
| 1588 | $1,409.52 | 1650 | KNXV TV | | 515 N 44th St | | | Phoenix | AZ | 85008 | USA |
| 5099 | $89,617.28 | 6575 | La Habra Imperial LLC | Ronald K Brown Jr | Law Offices of Ronald K Brown Jr APC | 901 Dove St Ste 120 | | Newport Beach | CA | 92660 | USA |
| 11931 | $684,462.68 | 11799 | Little Britain Holdings LLC | Robert E Greenberg Esq | Freidlader Misler PLLC | 1101 17th St NW Ste 700 | | Washington | DC | 20036 | USA |
| 12641 | $1,520,576.58 | 12885 | Loop West LLC | c o Anthony J Cichello | Krokidas & Bluestein LLP | 600 Atlantic Ave 19th Fl | | Boston | MA | 02110 | USA |
| 172 | $45,818.62 | 735 | Louisville Jefferson County Metro Government | Jefferson County Attorneys Office | Fiscal Court Bldg | 531 Court Pl Ste 900 | | Louisville | KY | 40202 | USA |
| 227 | $5,200.00 | 559 | Louisville Jefferson County Metro Government | Pam Steiger | False Alarm Reduction Unit | Louisville Metro Police Dept | 768 Barret Ave Rm 410 | Louisville | KY | 40204 | USA |
| 5992 | $1,919,500.00 | 5644 | M&M Berman Enterprises | Wayne R Terry | Hemar Rousso & Heald LLP | 15910 Ventura Blvd 12th Fl | | Encino | CA | 90210 | USA |
| 5428 | $0.00 | 5427 | MAGERSUPP, DAVID LEE | | 1410 MAGNOLIA PARK CIRCLE | | | CUMMING | GA | 30040 | USA |
| 11857 | $854,020.25 | 12202 | Mall Del Norte LLC | c o Scott M Shaw | Husch Blackwell Sanders LLP | 2030 Hamilton Pl Blvd Ste 150 | | Chattanooga | TN | 37421 | USA |
| 11859 | $854,020.25 | 12202 | Mall Del Norte LLC | c o Scott M Shaw | Husch Blackwell Sanders LLP | 2030 Hamilton Pl Blvd Ste 150 | | Chattanooga | TN | 37421 | USA |
| 12195 | $854,020.25 | 12202 | Mall Del Norte LLC | c o Scott M Shaw | Husch Blackwell Sanders LLP | 2030 Hamilton Pl Blvd Ste 150 | | Chattanooga | TN | 37421 | USA |
| 11681 | $2,195,023.09 | 11868 | Mall of Louisiana Land LP | c o Stephen Warsh | General Growth Properties Inc | 110 N Wacker Dr BSC 1 26 | | Chicago | IL | 60606 | USA |
| 11682 | $2,195,023.09 | 11868 | Mall of Louisiana Land LP | c o Stephen Warsh | General Growth Properties Inc | 110 N Wacker Dr BSC 1 26 | | Chicago | IL | 60606 | USA |
| 12805 | $1,819,845.00 | 13003 | Marco Portland General Partnership | Peter Jazayeri | Ervin Cohen & Jessup LLP | 9401 Wilshire Blvd | | Beverly Hills | CA | 90212 | USA |

First Class Mail

Circuit City Stores, Inc.
Tenth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Surviving Claim Number | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4406 | $192,000.00 | 3147 | Mata, Homero | c o David G Reynolds Esq | PO Box 1700 | | | Corrales | NM | 87048 | USA |
| 5547 | $1,279.72 | 5544 | MCWATERS, RANDY | | 16348 ANNA LOOP | | | CHEYENNE | WY | 82009 | USA |
| 1760 | $15,142.23 | 5022 | Metrocenter LLC | c o Mark Cunningham | 223 E Strawberry Dr | | | Mill Valley | CA | 94941 | USA |
| 744 | $1,772.22 | 1421 | Metropolitan Government Trustee | Metropolitan Department of Law | PO Box 196300 | | | Nashville | TN | 37219-6300 | USA |
| 169 | $5,954.70 | 576 | Mike Olson Tax Collector | | PO Box 276 | | | Dade City | FL | 33526-0276 | USA |
| 5708 | $9,500.00 | 5469 | MIMS, SATCHI | | PO BOX 19304 | | | OAKLAND | CA | 94619 | USA |
| 5856 | $30,167.34 | 5850 | NAQVI, SYED | | 3720 WESTWOOD BL NO 7 | | | LOS ANGELES | CA | 90034 | USA |
| 1505 | $11,097.77 | 1535 | Nevada Department of Taxation | Attn Bankruptcy Section | 555 E Washington Ave No 1300 | | | Las Vegas | NV | 89101 | USA |
| 12302 | $893,583.87 | 12230 | Newport News Shopping Center LLC | Paul K Campsen Esq | Kaufman & Canoles PC | 150 W Main St Ste 2100 | | Norfolk | VA | 23510 | USA |
| 76 | $2,997.04 | 517 | Northern Utilities | Attn Bankruptcy Dept | PO Box 2025 | | | Springfield | MA | 01102-2025 | USA |
| 12565 | $0.00 | 12957 | OFFICE OF THE COMMISSIONER OF FINANCIAL INSTITUTIONS | SECRETARY OF TREASURY PR | PO BOX 11855 | | | SAN JUAN | PR | 00910-3855 | USA |
| 12268 | $2,435,353.28 | 12847 | PACE BRENTWOOD PARTNERS LLC | ATTN STEVEN F HEITZ VP DEVELOPMENT | 1401 S BRENTWOOD BLVD STE 100 | | | ST LOUIS | MO | 63144 | USA |
| 12268 | $2,435,353.28 | 12847 | PACE BRENTWOOD PARTNERS LLC | Greensfelder Hemker & Gale PC | Attn Cherie Macdonald | 12 Wolf Creek Dr Ste 100 | | Belleville | IL | 62226 | USA |
| 12269 | $27,749.52 | 12845 | PACE BRENTWOOD PARTNERS LLC | ATTN STEVEN F HEITZ VP DEVELOPMENT | 1401 S BRENTWOOD BLVD STE 100 | | | ST LOUIS | MO | 63144 | USA |
| 12269 | $27,749.52 | 12845 | PACE BRENTWOOD PARTNERS LLC | Greensfelder Hemker & Gale PC | Attn Cherie Macdonald | 12 Wolf Creek Dr Ste 100 | | Belleville | IL | 62226 | USA |
| 12323 | $2,435,353.28 | 12847 | PACE BRENTWOOD PARTNERS LLC | ATTN STEVEN F HEITZ | 1401 S BRENTWOOD BLVD STE 100 | | | ST LOUIS | MO | 63144 | USA |
| 12324 | $27,749.52 | 12845 | PACE BRENTWOOD PARTNERS LLC | ATTN STEVEN F HEITZ | 1401 S BRENTWOOD BLVD STE 100 | | | ST LOUIS | MO | 63144 | USA |
| 4490 | $531,261.09 | 8425 | Pacific Castle Groves LLC | Ronald K Brown Jr | Law Offices of Ronald K Brown Jr APC | 901 Dove St Ste 120 | | Newport Beach | CA | 92660 | USA |
| 12563 | $1,328,375.17 | 12962 | PACIFIC YOUNGMAN WOODLAND HILL | Dennis M Berryman | PO BOX 3060 | 1 CORPORATE PLAZA | | NEWPORT BEACH | CA | 92658-9023 | USA |
| 12613 | $93,080.04 | 12959 | Pacific Youngman Woodland Hills a California General Partnership | Dennis M Berryman | Pacific Youngman Woodland Hill | PO Box 3060 | 1 Corporate Plz | Newport Beach | CA | 92658-9023 | USA |
| 1671 | $44,464.06 | 1755 | Palm Beach Newspapers Inc | | 2751 S Dixie Hwy | | | West Palm Beach | FL | 33405 | USA |
| 8794 | $505,200.85 | 7999 | Pan Am Equities Inc | The Law Offices of David A Greer PLC | 500 E Main St Ste 1225 | | | Norfolk | VA | 23510 | USA |
| 8794 | $505,200.85 | 7999 | Pan Am Equities Inc | PAN AM EQUITIES INC | DAVID IWANIER | 18 E 50TH ST 10TH FL | | NEW YORK | NY | 10022 | USA |
| 8038 | $115,810.67 | 8663 | Panasonic Corporation of North America | | 919 Third Ave | | | New York | NY | 10022 | USA |
| 8038 | $115,810.67 | 8663 | Panasonic Corporation of North America | Schulte Roth & Zabel LLP | Attn David Hillman Esq | 919 Third Ave | | New York | NY | 10022 | USA |
| 8038 | $115,810.67 | 8663 | Panasonic Corporation of North America | Panasonic Corporation of North America | Attn Sandra S Karriem Sr Corp Atty | 1 Panasonic Way 3B 6 | | Secaucus | NJ | 07094 | USA |
| 11852 | $873,587.63 | 12201 | Parkdale Mall Associates LP | c o Scott M Shaw Esq | Husch Blackwell Sanders LLP | 2030 Hamilton Pl Blvd Ste 150 | | Chattanooga | TN | 37421 | USA |
| 11855 | $873,587.63 | 12201 | Parkdale Mall Associates LP | c o Scott M Shaw Esq | Husch Blackwell Sanders LLP | 2030 Hamilton Pl Blvd Ste 150 | | Chattanooga | TN | 37421 | USA |
| 12194 | $873,587.63 | 12201 | Parkdale Mall Associates LP | c o Scott M Shaw Esq | Husch Blackwell Sanders LLP | 2030 Hamilton Pl Blvd Ste 150 | | Chattanooga | TN | 37421 | USA |
| 5438 | $0.00 | 5443 | PEARSON, JONATHAN | | 11475 ABBOTS CROSS LANE | | | GLEN ALLEN | VA | 23059 | USA |
| 12965 | $0.00 | 13016 | Pennsylvania State Treasury | Unclaimed Property Division | PO Box 1837 | | | Harrisburg | PA | 17105-2740 | USA |
| 12965 | $0.00 | 13016 | Pennsylvania State Treasury | Pennsylvania State Treasury | | 101 N Independence Mall E | Lock Box No 053473 | Philadelphia | PA | 19106 | USA |
| 12966 | $0.00 | 13016 | Pennsylvania State Treasury | Unclaimed Property Division | PO Box 1837 | | | Harrisburg | PA | 17105-2740 | USA |
| 12966 | $0.00 | 13016 | Pennsylvania State Treasury | Pennsylvania State Treasury | | 101 N Independence Mall E | Lock Box No 053473 | Philadelphia | PA | 19106 | USA |
| 12967 | $0.00 | 13016 | Pennsylvania State Treasury | Unclaimed Property Division | PO Box 1837 | | | Harrisburg | PA | 17105-2740 | USA |
| 12967 | $0.00 | 13016 | Pennsylvania State Treasury | Pennsylvania State Treasury | | 101 N Independence Mall E | Lock Box No 053473 | Philadelphia | PA | 19106 | USA |
| 12968 | $0.00 | 13016 | Pennsylvania State Treasury | Unclaimed Property Division | PO Box 1837 | | | Harrisburg | PA | 17105-2740 | USA |
| 12968 | $0.00 | 13016 | Pennsylvania State Treasury | Pennsylvania State Treasury | | 101 N Independence Mall E | Lock Box No 053473 | Philadelphia | PA | 19106 | USA |
| 8860 | $150,933.94 | 9829 | Philips International Holding Corp As Agent for SP Massapequa LLC | Attn James S Carr Esq Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | | New York | NY | 10178 | USA |
| 8860 | $150,933.94 | 9829 | Philips International Holding Corp As Agent for SP Massapequa LLC | Philip J Eisenberg | General Counsel | Philips International | 295 Madison Ave | New York | NY | 10017 | USA |
| 190 | $6,583.32 | 1540 | Pima County Arizona | c o Pima County Attorneys Office | 32 N Stone Ave Ste 2100 | | | Tucson | AZ | 85701 | USA |
| 12428 | $2,493,671.54 | 12430 | Plaza Las Americas Inc | Attn Richard F Lear | c o Holland & Knight LLP | 2099 Pennsylvania Ave NW Ste 100 | | Washington | DC | 20006 | USA |
| 1570 | $256,961.30 | 9900 | Puente Hills Mall LLC | Sharisse Cumberbatch Esq | Glimcher Properties Limited Partnership | 180 E Broad St 21st Fl | | Columbus | OH | 43215 | USA |
| 3331 | $0.00 | 3990 | Rabideau, Doris A | | 118 S Washington St No 209 | | | Green Bay | WI | 54301 | USA |
| 6549 | $43,133.73 | 6551 | REMINGTON HYBRID SEED CO | | PO BOX 974 | | | ANKENY | IA | 50021 | USA |
| 6549 | $43,133.73 | 6551 | REMINGTON HYBRID SEED CO | Donald W Shelmon Att | | 119 S Cullen St | | Rensselaer | IN | 47978 | USA |
| 6543 | $43,133.73 | 6551 | REMINGTON SEEDS | | 1010 S E 54TH STREET | | | ANKENY | IA | 50021 | USA |
| 6543 | $43,133.73 | 6551 | REMINGTON SEEDS | Donald W Shelmon | | 119 S Cullen St | | Rensselaer | IN | 47978 | USA |

First Class Mail

Circuit City Stores, Inc.
Tenth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Surviving Claim Number | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6547 | $43,133.73 | 6551 | REMINGTON SEEDS | | 1010 SE 54TH ST | | | ANKENY | IA | 50021 | USA |
| 6547 | $43,133.73 | 6551 | REMINGTON SEEDS | Donald Shelmon Att | | 119 S Cullen St | | Rensselaer | IN | 47978 | USA |
| 6548 | $43,133.73 | 6551 | REMINGTON SEEDS | | 1010 S E 54TH ST | | | ANKENY | IN | 50021 | USA |
| 6548 | $43,133.73 | 6551 | REMINGTON SEEDS | Donald W Shelmon Att | | 119 S Cullen St | | Rensselaer | IN | 47978 | USA |
| 6550 | $43,133.73 | 6551 | REMINGTON SEEDS LLC | ATTN STEVE HAGEMAN | 4746 WEST US HIGHWAY 24 | PO BOX 9 | | REMINGTON | IN | 47978 | USA |
| 6550 | $43,133.73 | 6551 | REMINGTON SEEDS LLC | Donald W Shelmon Att | | 119 S Cullen St | | Rensselaer | IN | 47978 | USA |
| 6544 | $43,133.73 | 6551 | REMINGTON SEEDS, LLC | STEVE HAGEMAN | 4746 WEST US HIGHWAY 24 | PO BOX 9 | | REMINGTON | IN | 47977 | USA |
| 6544 | $43,133.73 | 6551 | REMINGTON SEEDS, LLC | Donald Shelmon | | 119 S Cullen St | | Rensselaer | IN | 47978 | USA |
| 6545 | $43,133.73 | 6551 | REMINGTON SEEDS, LLC | ATTN STEVE HAGEMAN | 4746 WEST US HIGHWAY 24 | PO BOX 9 | | REMINGTON | IN | 47977 | USA |
| 6545 | $43,133.73 | 6551 | REMINGTON SEEDS, LLC | Donald Shelmon | | 119 S Cullen St | | Rensselaer | IN | 47978 | USA |
| 6546 | $43,133.73 | 6551 | REMINGTON SEEDS, LLC | ATTN STEVE HAGEMAN | 4746 WEST US HIGHWAY 24 | PO BOX 9 | | REMINGTON | IN | 47977 | USA |
| 6546 | $43,133.73 | 6551 | REMINGTON SEEDS, LLC | Donald Shelmon | | 119 S Cullen St | | Rensselaer | IN | 47978 | USA |
| 5939 | $0.00 | 5940 | REYES, FERNANDO | | 7321 MAPLEWOOD CT | | | CORONA | CA | 92880 | USA |
| 7127 | $0.00 | 12449 | Ritz Motel Company | Seth A Drucker Honigman Miller Schwartz and Cohn LLP | 2290 First National Bldg Ste 2290 | | | Detroit | MI | 48226 | USA |
| 7127 | $0.00 | 12449 | Ritz Motel Company | Frederick S Goldberg | ATMF Realty & Equity Corp | 6735 Telegraph Rd Ste 110 | | Bloomfield Hills | MI | 48301 | USA |
| 6052 | $7,070,131.60 | 6039 | Robert Gentry and All Those Similarly Situated | c o Righetti Law Firm PC Matthew Righetti | 456 Montgomery St Ste 1400 | | | San Francisco | CA | 94104 | USA |
| 6133 | $715.00 | 6043 | ROlloffs Hawaii Inc | | PO Box 30046 | | | Honolulu | HI | 96820 | USA |
| 1709 | $104,832.00 | 8767 | Rosenthal & Rosenthal Inc | Donald S Leonard | 1370 Broadway | | | New York | NY | 10018 | USA |
| 1711 | $104,832.00 | 8767 | Rosenthal & Rosenthal Inc | Donald S Leonard | 1370 Broadway | | | New York | NY | 10018 | USA |
| 1712 | $104,832.00 | 8767 | Rosenthal & Rosenthal Inc | Donald S Leonard | 1370 Broadway | | | New York | NY | 10018 | USA |
| 3848 | $13,906.00 | 3806 | RUSSELLVILLE STEEL CO INC | | PO BOX 1538 | | | RUSSELLVILLE | AR | 72811 | USA |
| 3848 | $13,906.00 | 3806 | RUSSELLVILLE STEEL CO INC | Russelville Steel Co Inc | Attn Trish Henry | PO Box 1538 | | Russelville | AR | 72811 | USA |
| 12740 | $969,312.29 | 12739 | S W Albuquerque LP | Attn Jenny J Hyun Esq | c o Weingarten Realty Investors | 2600 Citadel Plz Dr Ste 125 | | Houston | TX | 77008 | USA |
| 2144 | $122,577,855.01 | 2425 | Samsung Electronics America Inc | Philip J Landau Esq | Akerman Senterfitt | 350 E Las Olas Blvd Ste 1600 | | Ft Lauderdale | FL | 33301 | USA |
| 1365 | $62,637.13 | 3541 | Schiffman Circuit Props | Matthew W Grimshaw | Rutan & Tucker LLP | 611 Anton Blvd Ste 1400 | | Costa Mesa | CA | 92626 | USA |
| 1365 | $62,637.13 | 3541 | Schiffman Circuit Props | | SCHIFFMAN CIRCUIT PROPERTIES | 9229 SUNSET BLVD | SUITE 602 | LOS ANGELES | CA | 90069-3406 | USA |
| 1367 | $121,277.16 | 2623 | Schiffman Circuit Props | Matthew W Grimshaw | Rutan & Tucker LLP | 611 Anton Blvd Ste 1400 | | Costa Mesa | CA | 92626 | USA |
| 1367 | $121,277.16 | 2623 | Schiffman Circuit Props | TIS EQUITIES IX LLC | C O SCHIFFMAN MANAGEMENT CO | 9229 SUNSET BLVD STE 602 | | LOS ANGELES | CA | 90069-3406 | USA |
| 1634 | $897,560.55 | 224 | SDI Technologies | | 1299 Main St | | | Rahway | NJ | 07065 | USA |
| 12476 | $687,537.06 | 12848 | Seekonk Equities LLC | Scott Klatsky | Director of Leasin Time Equities Inc as agent for Seekonk Equities LLC | 55 5th Ave | | New York | NY | 10003 | USA |
| 12476 | $687,537.06 | 12848 | Seekonk Equities LLC | Robert N Michaelson | Attorney in Fact K&L Gates LLP | 599 Lexington Ave | | New York | NY | 10022 | USA |
| 10434 | $219.52 | 11759 | SFPUC WATER DEPARTMENT, CA | | 1155 MARKET ST 1ST FL | | | SAN FRANCISCO | CA | 94103 | USA |
| 9636 | $991,736.40 | 9635 | Sierra Lakes Marketplace LLC | | 1156 N Mountain Ave | | | Upland | CA | 91786 | USA |
| 11627 | $991,736.40 | 9635 | Sierra Lakes Marketplace LLC | | 1156 N Mountain Ave | | | Upland | CA | 91786 | USA |
| 2136 | $390.74 | 2134 | SNO WHITE DUST CONTROL SERVICE | | PO BOX 221630 | | | HOLLYWOOD | FL | 33022-1630 | USA |
| 746 | $7,215.55 | 2529 | SNOHOMISH COUNTY PUD NO 1 | | PO BOX 1107 | | | EVERETT | WA | 98206 | USA |
| 192 | $77,042.34 | 519 | Solano County Tax Collector | | 675 Texas St Ste 1900 | | | Fairfield | CA | 94533 | USA |
| 8308 | $875,724.31 | 9637 | Source Interlink Media LLC | c o Source Interlink Companies Inc | 27500 Riverview Center Blvd | | | Bonita Springs | FL | 34134 | USA |
| 11800 | $974,294.77 | 12193 | Southaven Towne Cener II LLC | c o Scott M Shaw Esq | Husch Blackwell Sanders LLP | 2030 Hamilton Place Blvd Ste 150 | | Chattanooga | TN | 37421 | USA |
| 11848 | $974,294.77 | 12193 | SOUTHAVEN TOWNE CENTER II LLC | C O SCOTT M SHAW ESQ | HUSCH BLACKWELL SANDERS LLP | 2030 HAMILTON PL BLVD STE 150 | | CHATTANOOGA | TN | 37421 | USA |
| 2625 | $321,389.91 | 5600 | Southern California Edison | | 300 N Lone Hill Ave | | | San Dimas | CA | 91773 | USA |
| 12056 | $51,026.96 | 12392 | Southland Acquisitions LLC Lease No 3634 | Thomas G King DS Holmgren | Kreis Enderle Hudgins & Borsos PC | PO Box 4010 | | Kalamazoo | MI | 49003-4010 | USA |
| 12056 | $51,026.96 | 12392 | Southland Acquisitions LLC Lease No 3634 | Southland Aquisitions LLC Landlord Lease No 3634 | | PO Box 2470 | | Portage | MI | 49081 | USA |
| 12303 | $51,026.96 | 12392 | Southland Acquisitions LLC Lease No 3634 | Thomas G King DS Holmgren | Kreis Enderle Hudgins & Borsos PC | PO Box 4010 | | Kalamazoo | MI | 49003-4010 | USA |
| 12303 | $51,026.96 | 12392 | Southland Acquisitions LLC Lease No 3634 | Southland Acquisitions LLC Lease No 3634 | | c o PO Box 2470 | | Portage | MI | 49081 | USA |
| 8591 | $30,568.25 | 11618 | SOUTHROADS LLC | DEBBIE PATE | C O MD MANAGEMENT INCORPORATED | 5201 JOHNSON DRIVE | SUITE 430 | MISSION | KS | 66205 | USA |
| 8591 | $30,568.25 | 11618 | SOUTHROADS LLC | SOUTHROADS LLC | C O MD MANAGEMENT INC | 5201 JOHNSON DR STE 450 | | MISSION | KS | 66205 | USA |

First Class Mail

Circuit City Stores, Inc.
Tenth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Surviving Claim Number | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8591 | $30,568.25 | 11618 | SOUTHROADS LLC | SOUTHROADS LLC | AMY E HATCH | POLSINELLI SHALTON FLANIGAN SUELTHAUS PC | 700 W 47TH ST STE 1000 | KANSAS CITY | MO | 64112 | USA |
| 10264 | $30,568.25 | 11618 | SOUTHROADS LLC | DEBBIE PATE | C O MD MANAGEMENT INCORPORATED | 5201 JOHNSON DRIVE | SUITE 430 | MISSION | KS | 66205 | USA |
| 10264 | $30,568.25 | 11618 | SOUTHROADS LLC | Polsinelli Shalton Flanigan Suelthaus PC | Amy E Hatch | 700 W 47th St Ste 1000 | | Kansas City | MO | 64112 | USA |
| 3853 | $348,060.75 | 4566 | Spring Hill Development Partners GP Dickson Management Associates LLC Gallatin Management Associates LLC | Attn Sheila deLa Cruz Esq | c o Hirschler Fleischer PC | PO Box 500 | | Richmond | VA | 23218-0500 | USA |
| 5127 | $348,060.75 | 4566 | Spring Hill Development Partners GP Dickson Management Associates LLC Gallatin Management Associates LLC | Attn Sheila deLa Cruz Esq | c o Hirschler Fleischer PC | PO Box 500 | | Richmond | VA | 23218-0500 | USA |
| 12852 | $1,695,260.65 | 12864 | T&T ENTERPRISES LP | ATTN ANTHONY SAMMUT | 60 D CORRAL DETIERRA RD | | | SALINAS | CA | 93908 | USA |
| 12853 | $1,695,260.65 | 12864 | T&T ENTERPRISES LP | ATTN ANTHONY SAMMUT | 60 D CORRAL DETIERRA RD | | | SALINAS | CA | 93908 | USA |
| 12872 | $1,695,260.65 | 12864 | T&T Enterprises LP | Attn Anthony Sammut | 60 D Corral Detierra Rd | | | Salinas | CA | 93908 | USA |
| 12872 | $1,695,260.65 | 12864 | T&T Enterprises LP | T&T Enterprises LP | Attn Lisa Omori Noland Hamerly Etienne Hoss | 333 Salinas St | PO Box 2510 | Salinas | CA | 93902-2510 | USA |
| 6065 | $1,404,161.03 | 8251 | Taubman Auburn Hills Associates Limited Partnership | Andrew S Conway | 200 East Long Lake Rd Ste 300 | | | Bloomfield Hills | MI | 48304 | USA |
| 11725 | $9,438.68 | 11897 | The City of Denton Texas | Attn Toni Reedy | City Hall | 215 E McKinney St | | Denton | TX | 76201 | USA |
| 8153 | $85,102.68 | 11001 | The City Portfolio LLC | Byron Z Moldo SBN 109652 | Moldo Davidson Fraioli Seror & Sestanovich LLP | 2029 Century Park E 21st Fl | | Los Angeles | CA | 90067 | USA |
| 7833 | $377,400.36 | 11000 | The City Portfolio LLC et al | Byron Z Moldo SBN 109652 | Moldo Davidson Fraioli Seror & Sestanovich LLP | 2029 Century Park E 21st Fl | | Los Angeles | CA | 90067-0000 | USA |
| 8599 | $104,053.15 | 11002 | The City Portfolio LLC et al | Byron Z Moldo SBN 109652 | Moldo Davidson Fraioli Seror & Sestanovich LLP | 2029 Century Park E 21st Fl | | Los Angeles | CA | 90067-0000 | USA |
| 11832 | $1,815.46 | 11814 | The Landing at Arbor Place II LLC | c o Scott M Shaw | Husch Blackwell Sanders LLP | 2030 Hamilton Pl Blvd Ste 150 | | Chattanooga | TN | 37421 | USA |
| 12196 | $1,815.46 | 12203 | The Landing at Arbor Place II LLC | c o Scott M Shaw | Husch Blackwell Sanders LLP | 2030 Hamilton Pl Blvd Ste 150 | | Chattanooga | TN | 37421 | USA |
| 10790 | $96,324.95 | 5710 | The Parkes Companies Inc | c o Joshua W Wolfshohl | Porter & Hedges LLP | 1000 Main St 36th Fl | | Houston | TX | 77002-0000 | USA |
| 11793 | $933,044.32 | 12192 | The Village at Rivergate Limited Partnership | c o Scott M Shaw | Husch Blackwell Sanders LLP | 2030 Hamilton Pl Blvd Ste 150 | | Chattanooga | TN | 37421 | USA |
| 11798 | $933,044.32 | 12192 | The Village at Rivergate Limited Partnership | c o Scott M Shaw Esq | Husch Blackwell Sanders LLP | 2030 Hamilton Pl Blvd Ste 150 | | Chattanooga | TN | 37421 | USA |
| 12191 | $933,044.32 | 12192 | The Village at Rivergate Limited Partnership | c o Scott M Shaw Esq | Husch Blackwell Sanders LLP | 2030 Hamilton Pl Blvd Ste 150 | | Chattanooga | TN | 37421 | USA |
| 12902 | $192,052.65 | 12907 | The Washington Post | Attn Credit A Perry | 1150 15th St NW | | | Washington | DC | 20071 | USA |
| 3979 | $2,010.00 | 3841 | TIFFANY MAINTENANCE SERVICE | | PO BOX 25596 | | | NEWARK | NJ | 07101 | USA |
| 11898 | $399.82 | 12297 | TIME WARNER CABLE BUSINESS SERVICE | | PO BOX 650734 | | | DALLAS | TX | 75265-0734 | USA |
| 4524 | $250,000.00 | 4272 | Tinsley, Clementine | | 444 Midwood St | | | Brooklyn | NY | 11225 | USA |
| 4524 | $250,000.00 | 4272 | Tinsley, Clementine | Clementine Tinsley | c o Kornblau & Kornblau PC | 16 Court St Ste 1210 | | Brooklyn | NY | 11241 | USA |
| 4524 | $250,000.00 | 4272 | Tinsley, Clementine | Eric M Kornblau Esq | Kornblau & Kornblau PC | 16 Court St Ste 1210 | | Brooklyn | NY | 11241 | USA |
| 7454 | $0.00 | 7456 | TJ Maxx of CA LLC | Attn Steve Hoort | Ropes & Gray LLP | One International Pl | | Boston | MA | 02110 | USA |
| 7454 | $0.00 | 7456 | TJ Maxx of CA LLC | TJ Maxx of CA LLC | Attn Susan L Beaumont | c o The TJX Companies Inc | 770 Cochituate Rd | Framingham | MA | 01701 | USA |
| 8317 | $67,466.66 | 9236 | TKG Coffee Tree LP | c o Leon Tuan and Eugene Chang | Stein & Lubin LLP | 600 Montgomery St 14th Fl | | San Francisco | CA | 94111 | USA |
| 12505 | $0.00 | 12578 | TKG Coffee Tree LP | c o Eugene Chang | Stein & Lubin LLP | 600 Montgomery St 14th Fl | | San Francisco | CA | 94111 | USA |
| 13000 | $0.00 | 13010 | TKG Coffee Tree LP | c o Eugene Chang | Stein & Lubin LLP | 600 Montgomery St 14th Fl | | San Francisco | CA | 94111 | USA |
| 12732 | $842,711.00 | 12733 | Torrance Towne Center Associates LLC | c o Ian S Landsberg | Landsberg Margulies LLP | 16030 Ventura Blvd Ste 470 | | Encino | CA | 91436 | USA |
| 12913 | $84,726.00 | 12914 | TORRANCE TOWNE CENTER ASSOCIATES LLC | IAN S LANDSBERG ESQ | LANDSBERG MARGULIES LLP | 16030 VENTURA BLVD STE 470 | | ENCINCO | CA | 91436 | USA |
| 12913 | $84,726.00 | 12914 | TORRANCE TOWNE CENTER ASSOCIATES LLC | TORRANCE TOWNE CENTER ASSOC | JOHN MASTANDREA | 2601 AIRPORT DR STE 300 | | TORRANCE | CA | 90505 | USA |
| 325 | $3,310.00 | 1598 | TV Jerry Inc | Jerry Williams | 4802 Monument Ave | | | Richmond | VA | 23203-3616 | USA |
| 7670 | $118,663.44 | 6957 | UNIVERSAL REMOTE CONTROL | RATTET PASTERNAK & GORDON OLIVER LLP | 500 MAMARONECK AVE | | | HARRISON | NY | 10528 | USA |
| 7138 | $65,068.08 | 6957 | Universal Remote Control Inc | Rattet Pasternak & Gordon Oliver LLP | 550 Mamaroneck Ave Ste 510 | | | Harrison | NY | 10528 | USA |
| 7671 | $65,068.08 | 6957 | Universal Remote Control Inc Reclamation Creditor | Rattet Pasternak & Gordon Oliver LLP | 550 Mamaroneck Ave Ste 510 | | | Harrison | NY | 10528 | USA |
| 8457 | $351,573.08 | 7418 | US Signs Inc | Fullerton & Knowles Inc | c o Richard I Hutson | 12644 Chapel Rd Ste 206 | | Clifton | VA | 20124 | USA |

First Class Mail

Circuit City Stores, Inc.
Tenth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Surviving Claim Number | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 277 | $1,808,715.34 | 298 | Virginia Department of Taxation | Taxing Authority Consulting Services PC | Bankruptcy Counsel | PO Box 2156 | | Richmond | VA | 23218-2156 | USA |
| 4262 | $1,176,397.26 | 1700 | VISIONTEK PRODUCTS LLC | TINA ANDREWS | 1610 COLONIAL PARKWAY | | | IVERNESS | IL | 60067 | USA |
| 12632 | $1,620,858.57 | 12635 | Weingarten Nostat Inc | Attn Jenny J Hyun Esq | c o Weingarten Realty Investors | 2600 Citadel Plz Dr Ste 125 | | Houston | TX | 77008 | USA |
| 37 | $4,760.40 | 267 | WENO FM Radio WRFX FM Radio | c o Szabo Associates Inc | 3355 Lenox Rd NE 9th Fl | | | Atlanta | GA | 30326 | USA |
| 8903 | $14,969.99 | 9594 | Woodmont Sherman LP | Attn James S Carr Esq Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | | New York | NY | 10178 | USA |
| 8903 | $14,969.99 | 9594 | Woodmont Sherman LP | Woodmont Sherman LP | Attn Carol Ware Bracken Pres Investment Svcs | c o The Woodmont Company | 2100 W 7th St | Fort Worth | TX | 76107 | USA |
| 2286 | $178,242.00 | 575 | ZT GROUP INTERNATIONAL | | 350 MEADOWLANDS PARKWAY | | | SECAUCUS | NJ | 07094 | USA |

First Class Mail

# EXHIBIT N

Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

             - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
              Debtors.       :   Jointly Administered
- - - - - - - - - - - - - - x
```

**DEBTORS' MOTION FOR AN ORDER APPROVING
(A) PROCEDURES FOR FILING OMNIBUS OBJECTIONS TO CLAIMS AND
(B) THE FORM AND MANNER OF THE NOTICE OF OMNIBUS OBJECTIONS**

The debtors and debtors in possession (collectively,

the "Debtors")[1] hereby move the Court, pursuant to this

---

[1]   The Debtors are the following entities: The Debtors and the last four
      digits of their respective taxpayer identification numbers are as
      follows: Circuit City Stores, Inc. (3875), Circuit City Stores West
      Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc.
      (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC
      (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City
      Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott

motion (the "Motion"), for the entry of an order,

substantially in the form of Exhibit A, approving (a)

procedures for filing omnibus objections to claims asserted

in the above-captioned chapter 11 cases and (b) the form and

manner of the notice of omnibus objections.  In support of

this Motion, the Debtors respectfully state as follows:

### JURISDICTION

1.    The Court has jurisdiction over this matter

pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a

core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and

1409.

3.    The statutory predicates for the relief requested

herein are sections 105 and 502 of the Bankruptcy Code, 11

U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rules 2002(a),

3007, 7004, 9006, and 9014 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule

3007-1 of the Local Rules of the United States Bankruptcy

---

Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky
Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland
MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360),
and Circuit City Stores PR, LLC (5512).  The address for Circuit City
Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster,
Colorado 80031.  For all other Debtors, the address is 9950 Mayland
Drive, Richmond, Virginia 23233.

Court for the Eastern District of Virginia (the "Local
Rules").

## BACKGROUND

4.    On November 10, 2008 (the "Petition Date"), the
Debtors filed voluntary petitions in this Court for relief
under chapter 11 of the Bankruptcy Code.

5.    On January 12, 2009, the Court entered an order
authorizing the Debtors to conduct auctions for a sale or
sales of the Debtors' businesses as a going concern or for
liquidation (D.I. 1460).

6.    At the conclusion of the auction, the Debtors'
determined that the highest and otherwise best bid was that
of Great American Group WF, LLC, Hudson Capital Partners,
LLC, SB Capital Group, LLC, and Tiger Capital Group, LLC
(collectively, the "Agent").    On January 16, 2009, the Court
approved the Agent's bid and authorized the Debtors to
conduct going out of business sales at the Debtors'
remaining stores (D.I. 1634).    The Agent commenced going out
of business sales at the Debtors' remaining stores on
January 17, 2009.

## PRELIMINARY STATEMENT

7.    To date, there have been approximately 11,500
proofs of claim filed with the Debtors' claims agent,

Kurtzman Carson Consultants LLC ("KCC").  In light of the
number of proofs of claim and requests for allowance and
payment of administrative expenses and/or cure claims
(collectively, the "Claims") that have been asserted against
the Debtors' estates and the substantial number of
objections they expect to file in response thereto, the
Debtors are seeking authorization to file omnibus objections
to the Claims in accordance with the objection procedures
described herein (the "Omnibus Objection Procedures").
Recognizing that Bankruptcy Rule 3007 seeks to provide
creditors with transparency and clarity with respect to
omnibus claims objections, the Debtors have tailored the
Omnibus Objection Procedures to adequately protect
creditors' due process rights and achieve administrative and
judicial efficiency.  The Omnibus Objection Procedures will
help streamline the Claims objection process, which will
inure to the benefit of the Debtors, creditors, the Court
and all parties in interest.

8.    The Omnibus Objection Procedures provide adequate
notice to and protect the due process rights of the Debtors'
creditors.  A customized notice of objection will be served
on each creditor whose Claim is objected to by an omnibus
objection, which will inform the creditor of the objection,

the grounds for the objection and the relief sought therein.
Requiring the Debtors to file individual objections to every
Claim (or requiring that omnibus objections be filed without
the benefit of the Omnibus Objection Procedures) would be
overly burdensome, costly, time consuming, and unnecessary.

9.    Accordingly, the Debtors respectfully submit that
their proposed Omnibus Objection Procedures are consistent
with Bankruptcy Rule 3007(c) and the underlying policies of
the Bankruptcy Code and due process.

### RELIEF REQUESTED

10.   The Debtors seek approval of (a) the Omnibus
Objection Procedures attached hereto as Exhibit B and
incorporated by reference herein and (b) the proposed form
and manner of notice of omnibus objections, substantially in
the form attached hereto as Exhibit C and incorporated by
reference herein (each, a "Notice of Omnibus Objection").

**SUMMARY OF THE OMNIBUS OBJECTION PROCEDURES
AND NOTICE OF OMNIBUS OBJECTION[2]**

**A.    The Omnibus Objection Procedures**

11.  The Omnibus Objection Procedures provide for the
efficient and economic resolution of omnibus objections
(each, an "Omnibus Objection") to the Claims by: (a)
providing a guide to the claims objection process that
clearly describes the form and manner of Omnibus Objections
and the process by which claimants must file and serve
responses thereto (each, a "Response"); and (b) ensuring
that all parties in interest have sufficient access to the
information they require to navigate the claims objection
process effectively and otherwise preserve and protect the
rights they are afforded under the Bankruptcy Code.

12.  Specifically, the Omnibus Objection Procedures
describe, in clear and simple terms, the key aspects of the
claims resolution process, including, without limitation:
(a) the form of Omnibus Objections and supporting
documentation, if necessary; (b) the exhibit attached to
each Omnibus Objection (which will contain those Claims for

---

[2]  This description of the Omnibus Objection Procedures and the Notice of
Omnibus Objection is intended as a summary and is being provided for the
convenience of the Court and parties in interest.  To the extent that
this summary and the text of the Omnibus Objection Procedures and the
Notice of Omnibus Objection are inconsistent, the terms of the Omnibus
Objection Procedures and the Notice of Omnibus Objection, respectively,
shall control.

which there is a common basis) and the information contained

thereon (_e.g._, claimants' names, claim numbers, the grounds

for the Omnibus Objection and cross-references to the

location in the Omnibus Objection discussing the respective

grounds); (c) the form of the Notice of Omnibus Objection

(discussed in greater detail below); (d) the information

claimants need to file a Response to the Omnibus Objection,

the timeframe for doing so and the implications of failing

to timely file a Response; and (e) information relating to

the status hearings on Omnibus Objections.

**B.     The Notice of Omnibus Objection**

13.  As set forth in the Omnibus Objection Procedures,

each claimant whose Claim is the subject of an Omnibus

Objection will be provided with a customized Notice of

Omnibus Objection.  The Notice of Omnibus Objection will,

among other things: (a) describe the basic nature of the

Omnibus Objection; (b) inform claimants that their rights

may be affected by the Omnibus Objection and encourage them

to read the Omnibus Objection carefully; (c) identify the

deadline for filing and serving a Response and describe the

procedures to inform claimants that their Response must be

timely received by the appropriate parties and the

implications of failing to do so; (d) identify the date on

which a hearing may be held to address Omnibus Objections
and related Responses; and (e) describe how a copy of a
Claim, the Omnibus Objection and other pleadings filed in
the chapter 11 cases may be obtained.  Although the Notice
of Omnibus Objection generally will be in the form attached
hereto, it may be tailored specifically to address issues
specific to particular claimants and/or certain types of
Omnibus Objections, where necessary or appropriate.
Accordingly, the Debtors submit that the Omnibus Objection
Procedures and related Notice of Omnibus Objection
adequately protect claimants' due process rights and, thus,
address the concerns that precipitated Bankruptcy Rule 3007,
as amended.

**BASIS FOR RELIEF**

   **A.    Ample Authority Exists for Approval of the Omnibus
          Objection Procedures**

     14.    A debtor may rebut a proof of claim by filing an
objection in accordance with Bankruptcy Rule 3007.  See
California State Board of Equalization v. Official Unsecured
Creditor's Comm. (In re Fidelity Holding Co., Ltd.), 837
F.2d 696, 698 (5th Cir. 1988).  If the debtor rebuts a
claim's presumptive validity, the burden then shifts back to
the creditor who has the ultimate burden of persuasion with

respect to the validity of the claim.  See, e.g., In re
Anderson, 349 B.R. 448 (E.D. Va. 2006); Carter Enterprises,
Inc. v. Ashland Specialty Co., Inc., 257 B.R. 797 (S.D. W.
Va. 2001).  Bankruptcy Rule 3007(c) provides that a debtor
can file objections to claims in accordance with Bankruptcy
Rule 3007(d) or as "ordered by the court."  Additionally,
the Court may rely on its general equitable powers to grant
the relief requested in this Motion pursuant to section
105(a) of the Bankruptcy Code, which empowers the Court to
"issue any order, process, or judgment that is necessary or
appropriate to carry out the provisions of [the Bankruptcy
Code]."  11 U.S.C. § 105(a); Canal Corp. v. Finnman (In re
Johnson), 960 F.2d 396, 404 (4th Cir.1992) ("the allowance
or disallowance of a claim in bankruptcy is a matter of
federal law left to the bankruptcy court's exercise of its
equitable powers.").

### B.   Approval of the Omnibus Objection Procedures Benefits Parties in Interest

15.  The Local Rules do not set forth specific
guidelines for filing omnibus objections to proofs of claim.
Thus, the Debtors submit that it is appropriate for the
Court to approve the Omnibus Objection Procedures in light
of the number of Omnibus Objections the Debtors may file.

In addition to facilitating an efficient administration of the claims reconciliation process, the Omnibus Objection Procedures protect and preserve the value of the Debtors for the benefit of all creditors by reducing the costs and expenses that would otherwise be incurred if individual objections were filed for each Claim (or if omnibus objections were limited without the approval of the Omnibus Objection Procedures).  At the same time, the Omnibus Objection Procedures also afford substantial protection with respect to creditors' due process rights, providing all claimants with sufficient notice and an opportunity to be heard.

   **C.    The Omnibus Objection Procedures Are Consistent
           With Bankruptcy Rule 3007(c)**

   16.  Prior to the amendment to Bankruptcy Rule 3007, neither the Bankruptcy Code nor the Bankruptcy Rules addressed the exercise of omnibus objections to claims. Notwithstanding the facial limitations on the use of omnibus objections effected by the amendments to Bankruptcy Rule 3007, debtors are nonetheless still allowed to file omnibus objections to proofs of claim.  The drafters of the amendments specifically provided a mechanism by which debtors may request entry of an order approving tailored

claims objection procedures in Bankruptcy Rule 3007(c),
which provides, "unless otherwise ordered by the court or
permitted by subdivision [Bankruptcy Rule 3007(d) (the
omnibus claim objection provision)], objections to more than
one claim shall not be joined in a single objection."  Fed.
R. Bankr. P. 3007(c); see also 9 COLLIER ON BANKRUPTCY ¶
3007.03-05 (15 ed. rev. 2009).  Thus, while the requirements
of Bankruptcy Rule 3007(c) are mandatory if the omnibus
objection is being filed under Bankruptcy Rule 3007(d), they
are not explicitly required under Bankruptcy Rule 3007(c) if
the Bankruptcy Court "order[s] otherwise."

     17.  The Omnibus Objection Procedures further request
authority to object to the Claims on grounds that are not
specifically listed in Bankruptcy Rule 3007(d).  Given the
ample due process protections and other safeguards proposed
in the Omnibus Objection Procedures, the Debtors should not
be limited to the grounds identified in Bankruptcy Rule
3007(d).

     18.  The Omnibus Objection Procedures maintain the
requisite due process protections and embody the spirit of
the amendments.  Indeed, although an Omnibus Objection will
address multiple Claims, the Notice of Omnibus Objection is
individualized for each claimant affected by such Omnibus

Objection, clearly informing them of the Omnibus Objection and, more importantly, how to preserve their rights with respect thereto. Thus, from the creditors' standpoint, they can easily determine if the Debtors are objecting to their Claims and on what grounds.

      **D.**    **The Omnibus Objection Procedures Provide for Adequate Notice and Service**

    19.  While Bankruptcy Rule 3007 describes the form of omnibus objections to proofs of claim, it does not address issues relating to notice and service. As set forth in the Omnibus Objection Procedures, the Debtors propose to serve the Notice of Omnibus Objection (as well as the Omnibus Objection itself) on the party who signed the Claim form and any counsel of record who filed an appearance on behalf of such party in connection with these chapter 11 cases. Accordingly, the Debtors submit that the Omnibus Objection Procedures provide for adequate notice and appropriate service of process in accordance with the Bankruptcy Rules.

**CONCLUSION**

    20.  In light of the thousands of Claims filed in these cases, the claims resolution process can only be carried out in an efficient, cost effective manner if procedures are in place. The proposed Omnibus Objection Procedures ensure the

efficient and fair resolution of the Claims.  Importantly,
the Omnibus Objection Procedures are not intended to alter
the substantive rights of creditors and, instead, provide
parties in interest with transparency and predictability
with respect to the resolution of the Claims.  No Claim
subject to the Omnibus Objection Procedures will be
disallowed, altered, reclassified or otherwise affected
without a further order of this Court.  Accordingly, the
Debtors believe the Omnibus Objection Procedures are fair
and equitable and request that the Court approve the Omnibus
Objection Procedures and Notice of Omnibus Objection.

### NOTICE

21.  Notice of this Motion has been provided to those
parties entitled to notice under this Court's Order Pursuant
to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules
2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1
Establishing Certain Notice, Case Management, and
Administrative Procedures (Docket No. 130).  The Debtors
submit that, under the circumstances, no other or further
notice need be given.

### NO PRIOR REQUEST

22.  No prior motion for the relief requested herein
has been made to this or any other court.

13

WHEREFORE, for the reasons set forth herein, the
Debtors respectfully request that the Court enter an order,
substantially in the form attached hereto as Exhibit A, (a)
approving the Omnibus Objection Procedures and the Notice of
Omnibus Objection and (b) granting such other and further
relief as is just and proper.

Dated: March 10, 2009
       Richmond, Virginia    SKADDEN, ARPS, SLATE, MEAGHER &
                             FLOM, LLP
                             Gregg M. Galardi, Esq.
                             Ian S. Fredericks, Esq.
                             P.O. Box 636
                             Wilmington, Delaware 19899-0636
                             (302) 651-3000

                                    - and –

                             SKADDEN, ARPS, SLATE, MEAGHER &
                             FLOM, LLP
                             Chris L. Dickerson, Esq.
                             333 West Wacker Drive
                             Chicago, Illinois 60606
                             (312) 407-0700

                                    - and –

                             MCGUIREWOODS LLP

                              /s/ Douglas M. Foley
                             Dion W. Hayes (VSB No. 34304)
                             Douglas M. Foley (VSB No. 34364)
                             One James Center
                             901 E. Cary Street
                             Richmond, Virginia 23219
                             (804) 775-1000

                             Counsel for Debtors and Debtors
                             in Possession

**EXHIBIT A**
**PROPOSED ORDER**

Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                        One James Center
One Rodney Square                901 E. Cary Street
PO Box 636                       Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

              IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
                        RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
            Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - x


      **ORDER ESTABLISHING OMNIBUS OBJECTION PROCEDURES
   AND APPROVING THE FORM AND MANNER OF NOTICE OF OMNIBUS
                         OBJECTIONS**

      Upon the motion (the "Motion")[1] of the above-captioned

debtors (collectively, the "Debtors") for the entry of an

order (the "Order") approving (a) procedures for filing

omnibus objections to Claims asserted in the above-captioned

---

[1]      Capitalized terms used but not otherwise defined herein shall have
the meanings set forth in the Motion.

cases (the "Omnibus Objection Procedures") and (b) the form and manner of the notice of objections (the "Notice of Omnibus Objection"); and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; proper notice of the Motion having been provided to all necessary and appropriate parties, including pursuant to the Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures entered by the Court on November 13, 2008, and no further notice being necessary; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED, ADJUDGED and DECREED** that

1.    The Motion is granted in its entirety.

2.    The Debtors are authorized to file Omnibus Objections to the Claims pursuant to the Omnibus Objection

2

Procedures, substantially in the form annexed hereto as

Exhibit 1, which are hereby approved in their entirety.

3.    The Notice of Omnibus Objection, substantially in

the form annexed hereto as Exhibit 2, but which may be

modified from time to time, as necessary and appropriate, to

address issues specific to particular claimants and/or

certain types of Omnibus Objections, is hereby approved as

the form by which the Debtors shall provide notice to

claimants whose Claims are the subject of the applicable

Omnibus Objection.

4.    The Debtors' claims and noticing agent, Kurtzman

Carson Consultants LLC agent is authorized to take all

actions necessary to effectuate the relief granted pursuant

to this Order in accordance with the Motion.

5.    The terms and conditions of this Order shall be

immediately effective and enforceable upon its entry.

6.    The Court retains jurisdiction with respect to all

matters arising from or related to the implementation of

this Order.

DATED:    _____

                                    _____
                                    UNITED STATES BANKRUPTCY COURT
                                    JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

 /S/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

     Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                                 /s/ Douglas M. Foley
                                       Douglas M. Foley

4

**EXHIBIT B**
**OMNIBUS OBJECTION PROCEDURES**

```
Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                        One James Center
One Rodney Square                901 E. Cary Street
PO Box 636                       Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
               Debtors.       :   Jointly Administered
- - - - - - - - - - - - - - x
```

**PROCEDURES FOR FILING OMNIBUS OBJECTIONS TO CLAIMS**

Pursuant to the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections [Docket No. ____] (the "Order")[1] entered by the Bankruptcy Court on [_____], 2009, the Bankruptcy Court approved these procedures for filing omnibus objections to proofs of claims and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Order.

captioned chapter 11 cases (the "Omnibus Objection Procedures").

**Omnibus Objection Procedures**

1.    **Form of Omnibus Objection**.  Omnibus Objections will be numbered consecutively, regardless of basis.

2.    **Number of Proofs of Claim per Omnibus Objection**. The Debtors may object to no more than 500 Claims per Omnibus Objection.

3.    **Grounds for Omnibus Objection**.  The Debtors may object to the Claims on any grounds.

4.    **Supporting Documentation**. To the extent appropriate, Omnibus Objections may be accompanied by an affidavit or declaration that states that the affiant or the declarant has reviewed the Claims included therein and applicable supporting information and documentation provided therewith, made reasonable efforts to research the Claim on the Debtors' books and records and believes such documentation does not provide _prima facie_ evidence of the validity and amount of such Claims.

5.    **Claims Exhibits**.  An exhibit listing the Claims that are subject to the Omnibus Objection will be attached to each Omnibus Objection. Each exhibit will only contain those Claims to which there is a common basis for the Omnibus Objection.  Claims for which there is more than one basis for an Omnibus Objection will be referenced on each applicable exhibit. Each exhibit will include, among other things, the following information: (a) an alphabetized list of the claimants whose Claims are the subject of the Omnibus Objection; (b) the claim numbers of the Claims that are the subject of the Omnibus Objection; (c) the grounds for the objections that are the subject of the Omnibus Objection; and (d) a reference to the exhibit of the Omnibus Objection in which the ground(s) for the objection is discussed. Where applicable, additional information may be included in the exhibits, including: for Claims that the Debtors seek to reclassify, the proposed classification of such claims; for Omnibus Objections in which the Debtors seek to reduce the amount of Claims, the proposed reduced claim amount; and for Claims that the Debtors propose to be surviving claims where related claims will be disallowed the surviving claim.

6.    **Omnibus Objection Notice**.  Each Omnibus Objection will be accompanied by a notice of such Omnibus Objection (each, a "Notice") in substantially the form attached to the Order as Exhibit 2.  The Notice will, among other things: (a) describe the basic nature of the Omnibus Objection; (b) inform claimants that their rights may be affected by the Omnibus Objection and encourage them to read the Omnibus Objection carefully; (c) identify a response date and describe the procedures for filing a written response (each, a "Response") to the Omnibus Objection; (d) identify a hearing date, if applicable, and related procedures; and (e) describe how Claims, the Omnibus Objection and other pleadings in the chapter 11 cases may be obtained. Although the Notice generally will be in the form attached hereto, it may be tailored specifically to address particular claimants or types of Omnibus Objections.

7.    **Status Hearings**.  Status hearings for all Claims for which timely responses are filed will be held on scheduled omnibus hearing dates.  Unless otherwise notified, no claimants will need to appear at the status hearings on the Omnibus Objections.  If an evidentiary hearing is necessary, claimants will be provided a separate notice of hearing.

8.    **Order if No Response**.  The Debtors may submit an order to the Bankruptcy Court sustaining each Omnibus Objection to Claims for which the Debtors did not receive a timely Response without further notice to such claimants. The Debtors may submit an order for Claims in an Omnibus Objection to which no response is filed, even if there are Responses to certain Claims objected to in such Omnibus Objection.

9.    **Each Objection Is a Contested Matter**.  Each Claim subject to an Omnibus Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

## Requirements For All Responses To Objections

Parties who disagree with the request sought in an Omnibus Objection are required to file a Response in accordance with the procedures set forth herein.  If a

claimant whose Claim is subject to an Omnibus Objection does
not file and serve a Response in compliance with the
procedures below, the Bankruptcy Court may sustain the
Omnibus Objection with respect to such Claims without
further notice to the claimant.

    1.  **Contents**.  Each Response must contain the
following (at a minimum):

        a.  a caption setting forth the name of the
Bankruptcy Court, the name of the Debtors,
the case number and the title of the Omnibus
Objection to which the Response is directed;

        b.  the claimant's name and an explanation for
the amount of the claim;

        c.  a concise statement setting forth the reasons
why the Bankruptcy Court should not sustain
the Omnibus Objection, including, without
limitation, the specific factual and legal
bases upon which the claimant will rely in
opposing the Omnibus Objection;

        d.  a copy of any other documentation or other
evidence of the claim, to the extent not
already included with the Claim, upon which
the claimant will rely in opposing the
Omnibus Objection at the hearing;

        e.  a declaration of a person with personal
knowledge of the relevant facts that support
the Response; and

        f.  the claimant's name, address, telephone
number and facsimile number and/or the name,
address, telephone number and facsimile
number of the claimant's attorney and/or
designated representative to whom the
attorneys for the Debtors should serve a
reply to the Response, if any (collectively,
the "Notice Addresses").  If a Response
contains Notice Addresses that are different
from the name and/or address listed on the
Claim, the Notice Addresses will control and
will become the service address for future

service of papers with respect to all of the
claimant's Claims listed in the Omnibus
Objection (including all Claims to be
disallowed and the surviving Claims) and only
for those Claims in the Omnibus Objection.

2.    **Additional Information**.    To facilitate a
resolution of the Omnibus Objection, the Response should
also include the name, address, telephone number, facsimile
number, and electronic mail address of the party with
authority to reconcile, settle or otherwise resolve the
Omnibus Objection on the claimant's behalf (the "Additional
Addresses").    Unless the Additional Addresses are the same
as the Notice Addresses, the Additional Addresses will not
become the service address for future service of papers.

3.    **Failure to Timely File a Response**.    If the
claimant fails to file and serve a Response on or before the
Response Deadline in compliance with the procedures set
forth herein, the Debtors will present to the Bankruptcy
Court an appropriate order granting the relief requested in
the Omnibus Objection without further notice to the
claimant.

4.    **Service of the Response**.    A written Response to an
Omnibus Objection, consistent with the requirements
described herein and in the Notice, will be deemed timely
filed only if the Response is actually received on or before
the deadline to respond by the Bankruptcy Court.    A written
Response to an Omnibus Objection, consistent with the
requirements described herein and in the Notice, will be
deemed timely served only if a copy of the Response is
actually received on or before the deadline to respond
(which deadline will be clearly set forth in the Notice) by
the following parties:

```
SKADDEN, ARPS, SLATE, MEAGHER  MCGUIREWOODS LLP
& FLOM, LLP                    One James Center
One Rodney Square              901 E. Cary Street
PO Box 636                     Richmond, VA 23219
Wilmington, DE 19899-0636      Attn: Dion W. Hayes
Attn: Gregg M. Galardi         Attn: Douglas M. Foley
Attn: Ian S. Fredericks

          - and -

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn:  Chris L. Dickerson
```

    5.  **Reservation of Rights**.  Nothing in the Notice or the Omnibus Objection will constitute a waiver of the right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against the claimant of the Debtors. Unless the Bankruptcy Court allows a Claim or specifically orders otherwise, the Debtors have the right to object on any grounds to the Claims (or to any other Claims or causes of action filed by a claimant or that have been scheduled by the Debtors) at a later date.  In such event, the respective claimant will receive a separate notice of any such objections.

**EXHIBIT C**
**FORM OF NOTICE**

Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

              IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
                         RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - x


                    NOTICE OF THE DEBTORS'
              [    ] OMNIBUS OBJECTION TO CLAIMS

      PLEASE TAKE NOTICE THAT the above-captioned Debtors
(the "Debtors") filed the Debtors' [_____] Omnibus Objection
to Claim (the "Omnibus Objection") with the Bankruptcy
Court.  A copy of the Omnibus Objection is attached to this
notice (this "Notice") as Exhibit 1.  By the Omnibus
Objection, the Debtors are seeking to disallow Claims (as
defined herein) on the ground that the Claims are:
[_____]

      PLEASE TAKE FURTHER NOTICE THAT on [_____], 2009, the
Bankruptcy Court entered the Order Establishing Omnibus

Objection Procedures and Approving the Form and Manner of
the Notice of Omnibus Objections (Docket No. ___) (the
"Order"), by which the Bankruptcy Court approved procedures
for filing omnibus objections to proofs of claim and
requests for allowance and payment of administrative
expenses and/or cure claims (collectively, the "Claims") in
connection with the above-captioned chapter 11 cases (the
"Omnibus Objection Procedures").

    Specifically, the Omnibus Objection seeks to disallow
claims, including your claim(s), listed below in the "Claim
to Be Disallowed" row but does not seek to alter your claim
listed below in the "Surviving Claim" row.

| TO: | Claim Number | Claim Amount | Reference Objection |
|---|---|---|---|
| [Claimant Name] [Claimant Address] | Claim to Be Disallowed | | |
| | Surviving Claim | | |

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF
CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF
THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE
SUBJECT TO THE OBJECTION.  YOUR RIGHTS MAY BE AFFECTED BY
THE OBJECTION.  THEREFORE, YOU SHOULD READ THIS NOTICE
(INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY
AND DISCUSS THEM WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN
ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF
THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT
OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A
WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH
THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY
WITHIN 30 DAYS OF THE SERVICE OF THIS OBJECTION, THE COURT
MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION CONCEDED
AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A
HEARING.**

**Critical Information for Claimants
Choosing to File a Response to the Omnibus Objection**

Who Needs to File a Response: If you oppose the disallowance of your claim(s) listed above and if you are unable to resolve the Omnibus Objection with the Debtors before the deadline to object, then you must file and serve a written response (the "Response") to the Omnibus Objection in accordance with this Notice.

If you do not oppose the disallowance of your claim(s) listed above, then you do not need to file a written Response to the Omnibus Objection and you do not need to appear at the hearing.

Response Deadline: The Response Deadline is **4:00 p.m. (Eastern Time) on [    ], 2009 (the "Response Deadline")**.

THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED <u>AND</u> RECEIVED BY THE RESPONSE DEADLINE.

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Debtors' attorneys:

```
SKADDEN, ARPS, SLATE, MEAGHER   MCGUIREWOODS LLP
& FLOM, LLP                     One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, VA 23219
Wilmington, DE 19899-0636       Attn: Dion W. Hayes
Attn: Gregg M. Galardi          Attn: Douglas M. Foley
Attn: Ian S. Fredericks

          - and -

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn:  Chris L. Dickerson
```

The status hearing on the Omnibus Objection will be held at **[    ] a.m./p.m. prevailing Eastern Time on [            ], 2009 at:**

United States Bankruptcy Court
701 East Broad Street – Courtroom 5100
Richmond, Virginia 23219

If you file a timely Response, in accordance with the Omnibus Objection Procedures, you do not need to appear at the status hearing on the Omnibus Objection.

<u>**Procedures for Filing a Timely Response and Information Regarding the Hearing on the Omnibus Objection**</u>

**<u>Contents</u>**.  Each Response must contain the following (at a minimum):

1.    a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Omnibus Objection to which the Response is directed;

2.    the claimant's name and an explanation for the amount of the claim;

4

3.      a concise statement setting forth the reasons why
        the Bankruptcy Court should not sustain the
        Omnibus Objection, including, without limitation,
        the specific factual and legal bases upon which
        the claimant will rely in opposing the Omnibus
        Objection;

4.      a copy of any other documentation or other
        evidence of the claim, to the extent not already
        included with the Claim, upon which the claimant
        will rely in opposing the Omnibus Objection at the
        hearing;

5.      a declaration of a person with personal knowledge
        of the relevant facts that support the Response;
        and

6.      your name, address, telephone number and facsimile
        number and/or the name, address, telephone number
        and facsimile number of your attorney and/or
        designated representative to whom the attorneys
        for the Debtors should serve a reply to the
        Response, if any (collectively, the "Notice
        Addresses").  If a Response contains Notice
        Addresses that are different from the name and/or
        address listed on the Claim, the Notice Addresses
        will control and will become the service address
        for future service of papers with respect to all
        of your Claims listed in the Omnibus Objection
        (including all Claims to be disallowed and the
        surviving claims) and only for those Claims in the
        Omnibus Objection.

        **Additional Information**.  To facilitate a resolution of
the Omnibus Objection, your Response should also include the
name, address, telephone number and facsimile number of the
party with authority to reconcile, settle or otherwise
resolve the Omnibus Objection on the claimant's behalf (the
"Additional Addresses").  Unless the Additional Addresses
are the same as the Notice Addresses, the Additional
Addresses will <u>not</u> become the service address for future
service of papers.

        **Failure to File Your Timely Response**.  If you fail to
file and serve your Response on or before the Response
Deadline in compliance with the procedures set forth in this

Notice, the Debtors will present to the Bankruptcy Court an appropriate order granting the relief requested in the Omnibus Objection <u>without further notice</u> to you.

**Each Objection Is a Contested Matter**. Each Claim subject to an Omnibus Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

### Additional Information

**Requests for Information**.  You may also obtain a copy of the Omnibus Objection or related documents on the internet, by accessing the website of the Debtors at www.kccllc.net/circuitcity.

**Reservation of Rights**.  Nothing in this Notice or the Omnibus Objection constitutes a waiver of the Debtors' right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you of the Debtors.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Debtors have the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date.  In such event, you will receive a separate notice of any such objections.

Dated: March __, 2009
      Richmond, Virginia    SKADDEN, ARPS, SLATE, MEAGHER &
                              FLOM, LLP
                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000

                                      - and -

                              SKADDEN, ARPS, SLATE, MEAGHER &
                              FLOM, LLP
                              Chris L. Dickerson, Esq.
                              333 West Wacker Drive
                              Chicago, Illinois 60606
                              (312) 407-0700

                                      - and -

                              MCGUIREWOODS LLP

                              _____
                              Dion W. Hayes (VSB No. 34304)
                              Douglas M. Foley (VSB No. 34364)
                              One James Center
                              901 E. Cary Street
                              Richmond, Virginia 23219
                              (804) 775-1000

                              Counsel for Debtors and Debtors
                              in Possession

\7896527.1