**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| ·····················································  | x | |
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., | : | |
| et al., | : | |
| | : | |
| | : | Jointly Administered |
| Debtors.[1] | : | |
| | : | |
| ····················································· | x | |

**AFFIDAVIT OF SERVICE**

I, Isidro N. Panizales, being duly sworn according to law, depose and say that I am

employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent

for the Debtors in the above-captioned cases.

On June 5, 2009, copies of the following documents were served via electronic mail upon

the parties set forth on the service lists attached hereto as **Exhibit A**, facsimile upon the parties set

forth on the service lists attached hereto as **Exhibit B**, and first class mail upon the parties set forth

on the service lists attached hereto as **Exhibit C**:

1. Debtors' Eleventh Omnibus Objection to Certain Qualified Pension Plan Claims and
   401(k) Plan Claims (Docket No. 3525)

2. Debtors' Twelfth Omnibus Objection to Certain Qualified Pension Plan Claims and
   401(k) Plan Claims (Docket No. 3526)

3. Debtors' Thirteenth Omnibus Objection to Certain Amended Claims
   (Docket No. 3527)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

4. Amended Notice of Debtors' Thirteenth Omnibus Objection to Certain Amended Claims (Docket No. 3528)

On June 5, 2009, copies of the following documents were served via first class mail upon the parties set forth on the service list attached hereto as **Exhibit D**:

1. Debtors' Eleventh Omnibus Objection to Certain Qualified Pension Plan Claims and 401(k) Plan Claims (Docket No. 3525)

2. Circuit City Stores, Inc. Procedures for Filing Omnibus Objections to Claims (See attached **Exhibit E**)

3. Notice of Debtors' Eleventh Omnibus Objection to Certain Qualified Pension Plan Claims and 401(k) Plan Claims (Personalized with claim and creditor information listed on Exhibit D) (Docket No. 3525)

On June 5, 2009, copies of the following documents were served via first class mail upon the parties set forth on the service list attached hereto as **Exhibit F**:

1. Debtors' Twelfth Omnibus Objection to Certain Qualified Pension Plan Claims and 401(k) Plan Claims (Docket No. 3526)

2. Circuit City Stores, Inc. Procedures for Filing Omnibus Objections to Claims (See attached **Exhibit G**)

3. Notice of Debtors' Twelfth Omnibus Objection to Certain Qualified Pension Plan Claims and 401(k) Plan Claims (Personalized with claim and creditor information listed on Exhibit F) (Docket No. 3526)

On June 5, 2009, copies of the following documents were served via first class mail upon the parties set forth on the service list attached hereto as **Exhibit H**:

1. Debtors' Thirteenth Omnibus Objection to Certain Amended Claims (Docket No. 3527)

2. Circuit City Stores, Inc. Procedures for Filing Omnibus Objections to Claims (See attached **Exhibit I**)

3. Amended Notice of Debtors' Thirteenth Omnibus Objection to Certain Amended Claims (Personalized with claim and creditor information listed on Exhibit H) (Docket No. 3528)

Dated: June 8, 2009

Isidro N. Panizales

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 8th day of June, 2009, by
Isidro N. Panizales, proved to me on the basis of satisfactory evidence to be the person who
appeared before me.

Signature:

GARY CHRISTENSEN
Commission # 1620624
Notary Public - California
Yolo County
My Comm. Expires Nov 12, 2009

# EXHIBIT A

Circuit City Stores, Inc.
Core List

| NAME | ATTENTION | Email |
|---|---|---|
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | bob.duffy@fticonsulting.com<br>steve.coulombe@fticonsulting.com |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | bruce.matson@leclairryan.com |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | dberman@riemerlaw.com |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | dhayes@mcguirewoods.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | gregg.galardi@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | IAN S. FREDERICKS, ESQ. | Ian.Fredericks@skadden.com |
| PACHULSKI STANG ZIEHL & JONES LLP | JEFFREY N POMERANTZ ESQ | jpomerantz@pszjlaw.com |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | kcordry@naag.org |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | lmyers@kirkland.com |
| TAVENNER & BERAN PLC | LYNN L TAVENNER ESQ<br>PAULA S BERAN ESQ | ltavenner@tb-lawfirm.com<br>pberan@tb-lawfirm.com |
| KUTAK ROCK LLP | PETER J. BARRETT | peter.barrett@kutakrock.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ROBERT J FEINSTEIN ESQ | rfeinstein@pszjlaw.com |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | Robert.B.Van.Arsdale@usdoj.gov |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | TIMOTHY G. POHL, ESQ. | tim.pohl@skadden.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Quintrall & Associates LLP | Albert F Quintrall Esq | a.quintrall@quintrallaw.com |
| Lazer Aptheker Rosella & Yedid PC | Robin S Abramowitz | abramowitz@larypc.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com rhicks@shutts.com |
| Hangley Aronchick Segal & Pudlin | Ashely M Chan Esq | achan@hangley.com |
| Ciardi Ciardi & Astin PC | Albert A Ciardi III Esq Thomas D Bielli Esq | aciardi@ciardilaw.com tbielli@ciardilaw.com |
| Krokidas & Bluestein LLP | Anthony J Cichello Esq | acichello@kb-law.com |
| Franklin & Prokopik PC | Andrew L Cole | acole@fandpnet.com |
| Andrew S Conway Esq | | Aconway@taubman.com |
| The Meiburger Law Firm PC | Janet M Meiburger Esq | admin@meiburgerlaw.com |
| Christian & Barton LLP | Augustus C Epps Jr Esq Michael D Mueller Esq Jennifer M McLemore Esq Noelle M James Esq | aepps@cblaw.com mmueller@cblaw.com jmclemore@cblaw.com njames@cblaw.com |
| Kaufman & Canoles | Ann K Crenshaw Esq Paul K Campsen Esq | akcrenshaw@kaufcan.com |
| Miami Dade County Paralegal Unity | Alberto Burnstein | alberto@miamidade.gov MDTCBKC@miamidade.gov |
| Foster Pepper PLLC | Christopher M Alston | alstc@foster.com |
| K&L Gates LLP | Amy Pritchard Williams | amy.williams@klgates.com |
| Monarch Alternative Capital LP | Andrew Herenstein | Andrew.Herenstein@monarchlp.com |
| Vonage Holdings Inc | Angelique Electra | angelique.electra@vonage.com |
| DLA Piper LLP | Anne Braucher Esq | anne.braucher@dlapiper.com |
| Greenberg Traurig LLP | Daniel J Ansell Esq Heath B Kushnick Esq | AnsellD@GTLaw.com kushnickh@gtlaw.com |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda Yolanda Humphrey | arlbank@pbfcm.com ebanda@pbfcm.com yhumphrey@pbfcm.com |
| Lindquist Kleissler & Company LLC | Arthur Lindquist Kleissler | arthurlindquistkleissler@msn.com |
| Culbert & Schmitt PLLC | Ann E Schmitt | aschmitt@culbert-schmitt.com |
| Noland Hamerly Etienne & Hoss PC | Anne Secker Esq Lisa K Omori | asecker@nheh.com |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | austin.bankruptcy@publicans.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Hunton & Williams LLP | Benjamin C Ackerly | backerly@hunton.com |
| | JR Smith | jrsmith@hunton.com |
| | Henry Toby P Long III | hlong@hunton.com |
| | Thomas N Jamerson | tjamerson@hunton.com |
| Kern County Treasurer and Tax Collector Office | Angelica Leon | bankruptcy@co.kern.ca.us |
| Morrison Cohen LLP | Michael R Dal Lago Esq | bankruptcy@morrisoncohen.com |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | batteberry@mdea.com |
| Arnold Gallagher Saydack Percell Roberts & Potter PC | Bradley S Copeland | bcopeland@agsprp.com |
| Loudoun County Attorney | John R Roberts | |
| | Belkys Escobar | Belkys.Escobar@loudoun.gov |
| Linowes and Blocher LLP | Bradford F Englander Esq | benglander@linowes-law.com |
| | Brian M Nestor Esq | bnestor@linowes-law.com |
| Clement & Wheatley | Darren W Bentley Esq | bentleyd@clementwheatley.com |
| Greenberg Traurig LLP | Howard J Berman Esq | bermanH@gtlaw.com |
| Mullins Riley & Scarborough LLP | Betsy Johnson Burn | betsy.burn@nelsonmullins.com |
| Smith Gambrell & Russell LLP | Brian P Hall Esq | bhall@sgrlaw.com |
| Brian T Hanlon | | bhanlon@pbcgov.org |
| Hamilton Beach Brands Inc | Bill Ray | bill.ray@hamiltonbeach.com |
| Moldo Davidson Fraioli Seror & Sestanovich LLP | Byron Z Moldo | bmoldo@mdfslaw.com |
| | Kenneth Miller Esq | kmiller@mdfslaw.com |
| Office of Joe G Tedder CFC | Bonnie Holly | bonnieholly@polktaxes.com |
| Borges & Associates LLC | Wanda Borges Esq | borgeslawfirm@aol.com |
| Troutman Sanders LLP | Bradfute W Davenport Jr | bradfute.davenport@troutmansanders.com |
| Katten Muchin Rosenman LLP | c o Brian D Huben | brian.huben@kattenlaw.com |
| | c o Thomas J Leanse | dustin.branch@kattenlaw.com |
| | c o Dustin P Branch | thomas.leanse@kattenlaw.com |
| Arent Fox LLP | Timothy F Brown Esq | brown.timothy@arentfox.com |
| | Mary Joanne Dowd Esq | dowd.mary@arentfox.com |
| | Christopher J Giaimo Esq | giaimo.christopher@arentfox.com |
| LeClairRyan A Professional Corporation | Bruce H Matson | Bruce.Matson@leclairryan.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Quarles & Brady LLP | Brian Sirower Esq | bsirower@quarles.com |
| | Lori L Winkelman Esq | lwinkelm@quarles.com |
| | Catherine M Guastello Esq | cguastel@quarles.com |
| Vinson & Elkins LLP | William L Wallander | bwallander@velaw.com |
| | Angela B Degeyter | adegeyter@velaw.com |
| Mesch Clark & Rothschild PC | Brenda Moody Whinery Esq | bwhinery@mcrazlaw.com |
| Sheppard Mullin Richter & Hampton LLC | Blanka Wolfe | bwolfe@sheppardmullin.com |
| | Margaret Mann | Mmann@sheppardmullin.com |
| Carter Ledyard & Milburn LLP | Aaron R Cahn | cahn@clm.com |
| Laurin & Associates | Paul J Laurin Esq | |
| | Stephen M Astor Esq | CalendarClerk@laurinlawfirm.com. |
| Miami Dade County Attorneys Office | Erica S Zaron | cao.bkc@miamidade.gov |
| Regency Centers | Catherine L Strauss | catherinestrauss@regencycenters.com |
| Acxiom Corporation | C B Blackard III | cbblac@acxiom.com |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte Esq | cbelmonte@ssbb.com |
| | Pamela A Bosswick Esq | pbosswick@ssbb.com |
| | Abigail Snow Esq | asnow@ssbb.com |
| Winthrop & Weinstine PA | Christopher A Camardello | ccamardello@winthrop.com |
| Buchalter Nemer A Professional Corporation | Craig C Chiang Esq | cchiang@buchalter.com |
| | Shawn M Christianson Esq | schristianson@buchalter.com |
| Nixon Peabody LLP | Dennis J Drebsky | |
| | Christopher M Desiderio | cdesiderio@nixonpeabody.com |
| McCarter & English LLP | Clement J Farley | cfarley@mccarter.com |
| | Angela Sheffler Abreu | aabreu@mccarter.com |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos Esq | cgp@ballardspahr.com |
| | Charles W Chotvacs Esq | chotvacsc@ballardspahr.com |
| Quarles & Brady LLP | Catherine M Guastello Esq | cguastel@quarles.com |
| City of Fort Worth Sr Assistant City Attorney | Christopher B Mosley | Chris.Mosley@fortworthgov.org |
| Attorney General of New Jersey | Anne Milgram | citizens.services@lps.state.nj.us |
| Recovery Management Systems Corp | Ramesh Singh | claims@recoverycorp.com |
| Goulston & Storrs PC | Christine D Lynch Esq | clynch@goulstonstorrs.com |
| | Peter D Bilowz Esq | pbilowz@goulstonstorrs.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Magee Foster Goldstein & Sayers PC | A Carter Magee Jr<br>W Joel Charboneau | cmagee@mfgs.com<br>jcharboneau@mfgs.com |
| Squire Sanders & Dempsey LLP | G Christopher Meyer | cmeyer@ssd.com |
| Palmer Law Firm Inc | R Chase Palmer | cpalmerplf@gmail.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Glass & Reynolds | David G Reynolds Esq | dave@glassandreynolds.com |
| City & County of Denver | David V Cooke | david.cooke@denvergov.org |
| Moore & Van Allen PLLC | David B Wheeler Esq | davidwheeler@mvalaw.com |
| Riemer & Braunstein LLP | David S Berman | Dberman@riemerlaw.com |
| Chiariello & Chiariello | Dominic L Chiariello | dc@chiariello.com |
| Jackson & Campbell PC | David H Cox Esq<br>John J Matteo Esq | dcox@jackscamp.com<br>jmatteo@jackscamp.com |
| Cole Schotz Meisel Forman & Leonard PA | G David Dean Esq | ddean@coleschotz.com |
| Cook Heyward Lee Hopper & Feehan PC | David D Hopper Esq | ddhopper@chlhf.com |
| Office of the Attorney General | Denise Mondell | Denise.Mondell@po.state.ct.us |
| Weiss Serota Helfman Pastoriza Cole & Boniske PL | Douglas R Gonzales | dgonzales@wsh-law.com |
| The Law Offices of David A Greer PLC | David A Greer Esq | dgreer@davidgreerlaw.com |
| Vinson & Elkins LLP | David E Hawkins | dhawkins@velaw.com |
| Neuberger Quinn Gielen Rubin & Gibber PA | Deborah H Devan Esq | dhd@nqgrg.com |
| Morris Manning & Martin LLP | David W Cranshaw Esq | dhp@mmmlaw.com |
| Duane Morris LLP | Rudolph J Di Massa Jr Esq<br>Matthew E Hoffman Esq<br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq | DiMassa@duanemorris.com<br>MEHoffman@duanemorris.com<br>LLTaylor@duanemorris.com<br>MEHoffman@duanemorris.com |
| Robinson Diamant & Wolkowitz | Douglas D Kappler Esq | dkappler@rdwlawcorp.com |
| Arnall Golden Gregory LLP | Darryl S Laddin<br>Frank N White | dladdin@agg.com<br>frank.white@agg.com |
| Brown Connery LLP | Donald K Ludman | dludman@brownconnery.com |
| Wolff Hill McFarlin & Herron PA | David R McFarlin Esq | dmcfarlin@whmh.com |
| Jeffer Mangels Butler & Marmaro LLP | David M Poitras PC<br>Caroline R Djang | dpoitras@jmbm.com<br>crd@jmbm.com |

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| McSweeney Crump Childress & Temple PC | David R Ruby Esq | druby@mcsweeneycrump.com |
| Munsch Hardt Kopf & Harr PC | Davor Rukavina Esq | drukavina@munsch.com |
| Duane Morris LLP | Denyse Sabagh | dsabagh@duanemorris.com |
| McDowell Rice Smith & Buchanan PC | Donald G Scott | dscott@mcdowellrice.com |
| Nixon Peabody LLP | Daniel R Sovocool | dsovocool@nixonpeabody.com |
| | Louis J Cisz III | lcisz@nixonpeabody.com |
| | Gina M Fornario | gfornario@nixonpeabody.com |
| Cantor Arkema PC | David K Spiro Esq | dspiro@cantorarkema.com |
| | Neil E McCullagh Esq | nmccullagh@cantorarkema.com |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | eagle.sara@pbgc.gov |
| | | efile@pbgc.gov |
| Saul Ewing LLP | Edith K Altice Esq | ealtice@saul.com |
| Weltman Weinberg & Reis Co LPA | Scott D Fink | ecfndoh@weltman.com |
| Stein & Lubin LLP | Eugene Chang | echang@steinlubin.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| Hunton & Williams LLP | J Eric Crupi | ecrupi@hunton.com |
| Missouri Department of Revenue | Attn Richard M Maseles | edvaecf@dor.mo.gov |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | efriedman@friedumspring.com |
| Stutman Treister & Glatt PC | Eric D Goldberg | egoldberg@stutman.com |
| Stempel Bennett Claman & Hochberg PC | Edmond P O Brien Esq | eobrien@sbchlaw.com |
| K&L Gates LLP | Eric C Rusnak | eric.rusnak@klgates.com |
| Bewley Lassleben & Miller LLP | Ernie Zachary Park | ernie.park@bewleylaw.com |
| Weycer Kaplan Pulaski & Zuber PC | Edward L Rothberg | erothberg@wkpz.com |
| | Jessica L Hickford | jhickford@wkpz.com |
| Siller Wilk LP | Eric J Snyder | esnyder@sillerwilk.com |
| Panattoni Law Firm | Fredric Albert | falbert@czmlaw.com |
| Quarles & Brady LLP | Faye B Feinstein Esq | fbf@quarles.com |
| | Christopher Combest Esq | ccombest@quarles.com |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | fbr@robinsonbrog.com |
| Bartlett Hackett Feinberg PC | Frank F McGinn | ffm@bostonbusinesslaw.com |

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Bronwen Price | Gail B Price Esq | gail@bronwenprice.com |
| Weil Gotshal & Manges LLP | Gary T Holtzer Esq | gary.holtzer@weil.com |
| | Joseph W Gelb Esq | joseph.gelb@weil.com |
| Envision Peripherals Inc | Gay Richey | |
| | Sr Credit Manager | gay@epius.com |
| Michael A Cardozo | Gabriela P Cacuci Esq | gcacuci@law.nyc.gov |
| Siegfried Bingham Levy Selzer & Gee | Gary V Fulghum | gfulghum@sblsg.com |
| Hodgson Russ LLP | Garry M Graber Esq | Ggraber@HodgsonRuss.com |
| Tennessee Department of Revenue | TN Attorney Generals Office | Gina.Hantel@ag.tn.gov |
| Roussos Lassiter Glanzer & Marcus PLC | Lawrence H Glanzer Esq | glanzer@rlglegal.com |
| Howard Rice Nemerovski Canady Falk & Rabkin | Gary M Kaplan Esq | gmkaplan@howardrice.com |
| Procopio Cory Hargreaves & Savitch LLP | Gerald P Kennedy | gpk@procopio.com |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | graicht@mwe.com |
| The Arapahoe County Treasurer | George Rosenberg Esq | grosenberg@co.arapahoe.co.us |
| | | jholmgren@co.arapahoe.co.us |
| Schnader Harrison Segal & Lewis LLP | Gordon S Woodward Esq | gwoodward@schnader.com |
| Finn Dixon & Herling LLP | Henry P Baer Jr Esq | hbaer@fdh.com |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | hdawson@kkgpc.com |
| Troutman Sanders LLP | Hollace Topol Cohen | hollace.cohen@troutmansanders.com |
| | Vivieon E Kelley | vivieon.kelley@troutmansanders.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@publicans.com |
| Jaspan Schlesinger LLP | Hale Yazicioglu Esq | hyazicioglu@jaspanllp.com |
| Landsberg Margulies LLP | Ian S Landsberg Esq | ilandsberg@lm-lawyers.com |
| Haynes and Boone LLP | Jason Binford | jason.binford@haynesboone.com |
| Jay T Blount | | jay.blount@dcsg.com |
| Jones Day | Jeffrey B Ellman | jbellman@jonesday.com |
| | Brett J Berlin | bjberlin@jonesday.com |
| Polsinelli Shalton Flanigan Suelthaus PC | James E Bird | jbird@polsinelli.com |
| | Amy E Hatch | ahatch@polsinelli.com |
| Cox Castle & Nicholson LLP | Jess R Bressi Esq | jbressi@coxcastle.com |
| Querrey & Harrow Ltd | John M Brom | jbrom@querrey.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Osler Hoskin & Hardcourt LLP | Jeremy Dacks | jdacks@osler.com |
| | Marc S Wasserman | mwasserman@osler.com |
| Stinson Morrison Hecker LLP | Jaime S Dibble | jdibble@stinson.com |
| | Katherine M Sutcliffe Becker | kbecker@stinson.com |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | jdoran@haslaw.com |
| City of Newport News VA City Attorney | Joseph M Durant | jdurant@nngov.com |
| Missouri Attorney General Office | Chris Koster | |
| | Jeff Klusmeier | Jeff.Klusmeier@ago.mo.us |
| Carmody MacDonald PC | John E Hilton | jeh@carmodymacdonald.com |
| Leitess Leitess Friedberg & Fedder PC | Jeremy S Friedberg Esq | jeremy.friedberg@llff.com |
| | Gordon S Young Esq | gordon.young@llff.com |
| Frank Gecker LLP | Joseph D Frank | |
| | Jeremy C Kleinman | jfrank@fgllp.com |
| Hamburg Karic Edwards & Martin LLP | J Bennett Friedman Esq | jfriedman@hkemlaw.com |
| Akin Gump Strauss Hauer & Feld LLP | Jonathan L Gold | jgold@akingump.com |
| | Mary A House | mhouse@akingump.com |
| | Catherine E Creely | ccreely@akingump.com |
| Wiley Rein LLP | H Jason Gold Esq | jgold@wileyrein.com |
| | Dylan G Trache Esq | dtrache@wileyrein.com |
| | Rebecca L Saitta Esq | rsaitta@wileyrein.com |
| | Valerie P Morrison Esq | vmorrison@wileyrein.com |
| | Dylan G Trache Esq | dtrache@wileyrein.com |
| Taft Stettinius & Hollister LLP | Jeffrey J Graham | jgraham@taftlaw.com |
| Seyfarth Shaw LLP | Jessica Hughes Esq | jhughes@seyfarth.com |
| | Rhett Petcher Esq | rpetcher@seyfarth.com |
| | Alexander Jackins | ajackins@seyfarth.com |
| Ford Parshall & Baker | Jordan M Humphreys | jhumphreys@fpb-law.com |
| Weingarten Realty Investors | Jenny J Hyun Esq | jhyun@weingarten.com |
| Holland & Knight LLP | James H Rollins | jim.rollins@hklaw.com |
| Core Properties Inc | James Donaldson | jim@coreproperties.com |
| Greenberg Glusker Fields Claman & Machtinger LLP | Jeffrey A Krieger Esq | jkrieger@ggfirm.com |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Jeffrey Kurtzman Esq | jkurtzma@klehr.com |
| Carlton Fields PA | John J Lamoureux Esq | jlamoureux@carltonfields.com |
| Ball Janik LLP | Justin D Leonard | jleonard@balljanik.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| White & Case LLP | Peter J Carney<br>William Sloan Coats<br>Julieta L Lerner | jlerner@whitecase.com |
| McKenna Long & Aldridge LLP | John G McJunkin Esq | jmcjunkin@mckennalong.com |
| McKenna Long & Alridge LLP | John G McJunkin Esq<br>J David Folds | jmcjunkin@mckennalong.com<br>dfolds@mckennalong.com |
| Beirne Maynard & Parsons L.L.P. | J Seth Moore<br>Sarah Davis | jmoore@bmpllp.com<br>sdavis@bmpllp.com<br>bankruptcyemail@bmpllp.com |
| McKay Burton & Thurman | Joel T Marker | joel@mbt-law.com |
| Husch Blackwell Sanders LLP | John J Cruciani Esq | john.cruciani@huschblackwell.com |
| John Marshall Collins PC | John Marshall Collins Esq | johnolaw@gmail.com |
| Khang & Khang LLP | Joon M Khang | joon@khanglaw.com |
| Latham &  Watkins LLP | Josef S Athanas | josef.athanas@lw.com |
| King & Spalding LLP | James A Pardo Jr<br>Thaddeus D Wilson | jpardo@kslaw.com<br>thadwilson@kslaw.com |
| Saul Ewing LLP | Jeremy W Ryan Esq | jryan@saul.com |
| J Scott Douglass | | jsdlaw@msn.com |
| Womble Carlyle Sandridge & Rice PLLC | Jeffrey L Tarkenton<br>Todd D Ross | jtarkenton@wcsr.com<br>toross@wcsr.com |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | jvlombardi@rossbanks.com |
| Wagner Choi & Verbrugge | James A Wagner Esq | jwagner@wcelaw.com |
| PriceGrabber com Inc | Katerina Canyon | katerina@pricegrabber.com |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq<br>Christina M Thompson Esq | kbifferato@cblh.com<br>cthompson@cblh.com |
| Bernstein Law Firm PC | Stacey Suncine<br>Kirk B Burkley | kburkley@bernsteinlaw.com |
| Kelley Drye & Warren LLP | James S Carr Esq<br>Robert L LeHane Esq | KDWBankruptcyDepartment@kelleydrye.com |
| Blank Rome LLP | Regina Stango Kelbon Esq<br>John Lucian Esq | Kelbon@blankrome.com<br>Lucian@blankrome.com |
| Allen & Overy LLP | Ken Coleman | ken.coleman@allenovery.com |
| Law Office of Kenneth B Roseman & Assoc PC | Kenneth B Roseman | kenroseman@hotmail.com |
| Wolff & Samson PC | Karen L Gilman Esq | kgilman@wolffsamson.com |
| Trout Jones Gledhill Fuhrman PA | Kimbell D Gourley | kgourley@idalaw.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Reed Smith LLP | Kurt F Gwynne Esq | kgwynne@reedsmith.com |
| | Kathleen A Murphy Esq | kmurphy@reedsmith.com |
| Whiteford Taylor Preston LLP | Kevin G Hroblak Esq | khroblak@wtplaw.com |
| Bricker & Eckler LLP | Kenneth C Johnson | kjohnson@bricker.com |
| | Andria M Beckham | abeckham@bricker.com |
| Pentiuk Couvreur & Kobiljak PC | Kurt M Kobiljak | kkobiljak@pck-law.com |
| Cooley Godward Kronish LLP | Gregg S Kleiner | kleinergs@cooley.com |
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | knewman@menterlaw.com |
| McDermott Will & Emery LLP | Karla L Palmer Esq | kpalmer@mwe.com |
| Nicholls & Crampton PA | Kevin L Sink | ksink@nichollscrampton.com |
| Venable LLP | Lawrence A Katz | lakatz@venable.com |
| | Kristen E Burgers | keburgers@venable.com |
| Carroll & Carroll PLLC | Scott P Carroll Esq | lawcarroll@aol.com |
| Linda J Brame | | lbrame@winterslaw.com |
| Schreeder Wheeler & Flint LLP | Lawrence S Burnat Esq | lburnat@swfllp.com |
| | J Carole Thompson Hord Esq | chord@swfllp.com |
| Wise DelCotto PLLC | Laura Day DelCotto Esq | ldelcotto@wisedel.com |
| | Allison Fridy Arbuckle Esq | aarbuckle@wisedel.com |
| Enterprise Asset Management Inc | Lee Sudakoff | Lee.Sudakoff@eassets.com |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Lei Lei Wang Ekvall Esq | lekvall@wgllp.com |
| Wyatt Tarrant & Combs LLP | John P Brice | lexbankruptcy@wyattfirm.com |
| Hewitt & O Neil LLP | Lawrence J Hilton | lhilton@hewittoneil.com |
| Orange Grove Properties | Linda Taylor | linda@tayloruns.com |
| Magruder Cook Carmody & Koutsouftikis | Anne M Magruder Esq | |
| | Leon Koutsouftikis Esq | lkouts@magruderpc.com |
| Sony Electronics Inc | Lloyd B Sarakin | lloyd.sarakin@am.sony.com |
| Duane Morris LLP | Lauren Lonergan Taylor | lltaylor@duanemorris.com |
| | Matthew E Hoffman | mehoffman@duanemorris.com |
| Hatch Allen & Shepherd PA | Leslie D Maxwell Esq | lmaxwell@hatchlaw.com |
| Empire Blue Cross Blue Shield | Louis Benza Esq | louis.benza@empireblue.com |
| Lionel J Postic PC | Lionel J Postic Esq | lpostic@mindspring.com |
| | | aarusso@mindspring.com |
| Gary & Regenhardt PLLC | Linda D Regenhardt | lregenhardt@garyreg.com |
| Levy Stopol & Camelo LLP | Larry Stopol Esq | lstopol@levystopol.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| K&L Gates LLP | Marc Barreca | marc.barreca@klgates.com<br>bankruptcyecf@klgates.com |
| Smith Moore Leatherwood LLP | F Marion Hughes | marion.hughes@smithmoorelaw.com |
| Stromberg & Associates PC | Mark Stromberg | mark@stromberglawfirm.com |
| Taxing Authority Consulting Services PC | Mark K Ames<br>Jeffrey Scharf | mark@taxva.com |
| Righetti Law Firm PC | Matthew Righetti | matt@righettilaw.com<br>erin@righettilaw.com |
| Womble Carlyle Sandridge & Rice PLLC | Michael Busenkell | mbusenkell@wcsr.com |
| Gibbons PC | Mark B Conlan Esq | mconlan@gibbonslaw.com |
| Hirschler Fleischer PC | Michael P Falzone Esq<br>Sheila deLa Cruz Esq<br>Robert S Westermann | mfalzone@hf-law.com<br>sdelacruz@hf-law.com<br>rwestermann@hf-law.com |
| Ravich Meyer Kirkman McGrath Nauman & Tansey PA | Michael F McGrath Esq | mfmcgrath@ravichmeyer.com |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox Esq<br>Frederick J Levy Esq | mfox@olshanlaw.com<br>flevy@olshanlaw.com |
| Hunton & Williams LLP | Michael S Held Esq | mheld@hunton.com |
| Kutak Rock LLP | Michael A Condyles Esq<br>Loc Pfeiffer Esq<br>Peter J Barrett Esq<br>Kimberly A Pierro | michael.condyles@kutakrock.com<br>loc.pfeiffer@kutakrock.com<br>peter.barrett@kutakrock.com<br>kimberly.pierro@kutakrock.com |
| Schulte Roth & Zabel LLP | Michael L Cook<br>David M Hillman<br>Meghan M Breen | michael.cook@srz.com<br>david.hillman@srz.com<br>meghan.breen@srz.com |
| LeClairyan a Professional Corporation | Michael E Hastings Esq | michael.hastings@leclairryan.com |
| Troutman Sanders LLP | Michael E Lacy | michael.lacy@troutmansanders.com |
| Binder & Malter LLP | Michael W Malter Esq<br>Julie H Rome Banks Esq | michael@bindermalter.com<br>julie@bindermalter.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Frost Brown Todd LLC | Michael J O Grady Esq | mjogrady@fbtlaw.com |
| Ervin Cohen & Jessup LLP | Michael S Kogan<br>Kenneth Miller Esq | mkogan@ecjlaw.com<br>Kmiller@ecjlaw.com |
| Travelers | Mike Lynch | mlynch2@travelers.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Barnes & Thornburg LLP | Michael K McCrory Esq | mmccrory@btlaw.com |
| | Malcolm M Mitchell Jr | mmmitchell@vorys.com |
| | Suparna Banerjee | sbanerjee@vorys.com |
| Vorys Sater Seymour and Pease LLP | Kara D Lehman | kdlehman@vorys.com |
| | Mary E Olden Esq | molden@mhalaw.com |
| | Andre K Campbell Esq | acampbell@mhalaw.com |
| McDonough Holland & Allen PC | Sean Thomas Thompson Esq | sthompson@mhalaw.com |
| Connolly Bove Lodge & Hutz LLP | Min Park Esq | mpark@cblh.com |
| McCreary Veselka Bragg & Allen PC | Michael Reed | mreed@mvbalaw.com |
| Polsinelli Shalton Flanigan Suelthaus PC | Michael F Ruggio | mruggio@polsinelli.com |
| | Michael J Sage Esq | msage@omm.com |
| O Melveny & Myers LLP | Karyn B Zeldman Esq | kzeldman@omm.com |
| Michael J Sawyer | Quincy Ctr Plaza | msawyer@stopandshop.com |
| Macdermid Reynolds & Glissman PC | Michael S Stiebel | mstiebel@mrglaw.com |
| Klee Tuchin Bogdanoff & Stern LLP | Michael L Tuchin | mtuchin@ktbslaw.com |
| Gust Rosenfeld PLC | Madeleine C Wanslee | mwanslee@gustlaw.com |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | Mweitzman@beankinney.com |
| Walter Wilhelm Law Group | Michael L Wilhelm Esq | mwilhelm@W2LG.com |
| Saiber LLC | Nancy A Washington Esq | naw@saiber.com |
| | Neil P Goldman Esq | |
| Young Goldman & Van Beek PC | John P Van Beek Esq | ngoldman@ygvb.com |
| | Neil E Herman Esq | nherman@morganlewis.com |
| Morgan Lewis & Bockius LLP | Menachem O Zelmanovitz Esq | mzelmanovitz@morganlewis.com |
| Trainor Fairbrook | Nancy Hotchkiss Esq | nhotchkiss@trainorfairbrook.com |
| | Nancy Klemstine Real Estate Mgr | |
| Micro Center Sales Corporation | | nklemstine@microcenter.com |
| Neal Gerber Eisenberg LLP | Nicholas M Miller | nmiller@ngelaw.com |
| Miller & Martin PLLC | Nicholas W Whittenburg | nwhittenburg@millermartin.com |
| Spilman Thomas & Battle PLLC | Paul M Black Esq | pblack@spilmanlaw.com |
| | | Peter@dntpc.com |
| Donchess Notinger & Tamposi | Peter N Tamposi | nontrustee@dntpc.com |
| Akin Gump Strauss Hauer & Feld LLP | Peter J Gurfein | pgurfein@akingump.com |
| MercerTrigiani LLP | Philip C Baxa Esq | phil.baxa@mercertrigiani.com |
| Dilworth Paxson LLP | Peter C Hughes Esq | phughes@dilworthlaw.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Receivable Management Services | Phyllis A Hayes | Phyllis.Hayes@rmsna.com |
| Kaufman & Canoles | Paul K Campsen Esq | pkcampsen@kaufcan.com |
| | David L Pollack Esq | pollack@ballardspahr.com |
| | Jeffrey Meyers Esq | meyers@ballardspahr.com |
| Ballard Spahr Andrews & Ingersoll LLP | Jesse N Silverman Esq | silvermanj@ballardspahr.com |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | ppascuzzi@ffwplaw.com |
| | C Thomas Ebel Esq | ppearl@sandsanderson.com |
| | William A Gray Esq | lhudson@sandsanderson.com |
| | Peter M Pearl Esq | bgray@sandsanderson.com |
| Sands Anderson Marks & Miller PC | Lisa Taylor Hudson Esq | tebel@sandsanderson.com |
| Southwinds Ltd | Paul Resnick | pr@southwindsltd.com |
| Herrick Feinstein LLP | Paul Rubin | prubin@herrick.com |
| Caparra Center Associates SE | Penny R Stark Esq | pstarkesq@yahoo.com |
| | Peter E Strniste | pstrniste@rc.com |
| Robinson & Cole | Patrick M Birney | pbirney@rc.com |
| Jorden Burt LLP | Raul A Cuervo | rac@wdc.jordenusa.com |
| Oppenheimer Blend Harrison & Tate Inc | Raymond W Battaglia | Rbattaglia@obht.com |
| Stites & Harbison PLLC | Ron C Bingham II | rbingham@stites.com |
| Mulinix Ogden Hall Andres & Ludlam PLLC | Richard C Ogden Esq | rco@lawokc.com |
| | Martin A Brown Esq | martin.brown@kawokc.com |
| The Cafaro Company | Richard T Davis | rdavis@cafarocompany.com |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | rdremluk@seyfarth.com |
| Gleason Dunn Walsh & O Shea | Ronald G Dunn Esq | rdunn@gdwo.net |
| | Robert A Dybing | rdybing@t-mlaw.com |
| Thompson McMullan PC | Robert R Musick | bmusick@t-mlaw.com |
| | Michael A Cox | |
| State of Michigan Department of Treasury | Victoria A Reardon | ReardonV@michigan.gov |
| Pennsylvania Dept of Revenue | Robert C Edmundson | redmundson@attorneygeneral.gov |
| | Robert E Greenberg Esq | |
| Friedlander Misler PLLC | Thomas F Murphy Esq | rgreenberg@dclawfirm.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Troutman Sanders LLP | Richard Hagerty | richard.hagerty@troutmansanders.com |
| Holland & Knight LLP | Richard E Lear | richard.lear@hklaw.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Law Offices of Ronald K Brown Jr | Ronald K Brown Jr | rkbgwhw@aol.com |
| Broad and Cassel | Roy S Kobert Esq | rkobert@broadandcassel.com |
| Romero Law Firm | Martha E Romero | romero@mromerolawfirm.com |
| Posternak Blankstein & Lund LLP | Robert Somma Esq | rsomma@pbl.com |
| | Laura A Otenti Esq | lotenti@pbl.com |
| Schenk Annes Brookman & Tepper Ltd | Robert D Tepper Esq | rtepper@sabt.com |
| | Roy M Terry Jr Esq | rterry@durrettebradshaw.com |
| | John C Smith Esq | jsmith@durrettebradshaw.com |
| Durrette Bradshaw PLC | Elizabeth L Gunn Esq | egunn@durrettebradshaw.com |
| Ronald M Tucker Esq | | rtucker@simon.com |
| Canon USA Inc | Ruth Weinstein | rweinstein@cusa.canon.com |
| Hunton & Williams LLP | Robert S Westermann Esq | rwestermann@hunton.com |
| | Rafael X Zahralddin Aravena | rxza@elliottgreenleaf.com |
| Elliott Greenleaf | Neil R Lapinski | nrl@elliottgreenleaf.com |
| Lim Ruger & Kim LLP | Samuel S Oh Esq | sam.oh@limruger.com |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | sanantonio.bankruptcy@publicans.com |
| Sonnenschein Nath & Rosenthal LLP | Sara L Chenetz Esq | schenetz@sonnenschein.com |
| | Seth A Drucker Esq | sdrucker@honigman.com |
| | Adam K Keith Esq | akeith@honigman.com |
| Honigman Miller Schwartz and Cohn LLP | Joseph R Sgroi Esq | jsgroi@honigman.com |
| Miller Canfield Paddock and Stone PLC | John L Senica | senica@millercanfield.com |
| Pachulski Stang Ziehl & Jones | Stanley E Goldich | sgoldich@pszjlaw.com |
| Law Office of Robert E Luna PC | Andrea Sheehan | sheehan@txschoollaw.com |
| US Securities and Exchange Commission | Susan R Sherrill Beard | sherrill-beards@sec.gov |
| Stevens & Lee PC | Steven J Adams Esq | sja@stevenslee.com |
| Goodwin & Goodwin LLP | Suzanne Jett Trowbridge | sjt@goodwingoodwin.com |
| | Scott R Kipnis Esq | skipnis@hgg.com |
| | Rachel N Greenberger Esq | rgreenberger@hgg.com |
| Hofheimer Gartlir & Gross LLP | Nicholas B Malito Esq | nmalito@hgg.com |
| | Detlef G Lehnardt | |
| Lehnardt & Lehnhardt LLC | Stephen K Lehnardt | skleh@lehnardt-law.com |
| | Stephen E Leach Esq | sleach@ltblaw.com |
| Leach Travell Britt PC | D Marc Sarata Esq | msarata@ltblaw.com |
| Jones Day | Sheila L Shadmand Esq | slshadmand@jonesday.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Shulman Rogers Gandal Pordy & Ecker PA | Stephen A Metz Esq | smetz@srgpe.com |
| | Courtney R Sydnor Esq | ggrant@srgpe.com |
| | Gregory D Grant Esq | csydnor@srgpe.com |
| Katsky Korins LLP | Steven H Newman Esq | snewman@katskykorins.com |
| County of Henrico Attorneys Office | Rhysa Griffith South Esq | Sou06@co.henrico.va.us |
| Orrick Herrington & Sutcliffe LLP | Scott A Stengel Esq | sstengel@orrick.com |
| | Jonathan P Guy Esq | jguy@orrick.com |
| Womac & Associates | Brian D Womac | Stacey@brianwomac.com |
| | Stacy Kremling | brianwomac@aol.com |
| Phillips Goldman & Spence PA | Stephen W Spence Esq | sws@pgslaw.com |
| | Scott L Adkins Esq | sla@pgslaw.com |
| Kupelian Ormond & Magy PC | Terrance A Hiller Jr Esq | tah@kompc.com |
| | David M Blau Esq | dmb@kompc.com |
| Oklahoma County Treasurer | Tammy Jones Pro Se | tammik@oklahomacounty.org |
| Greer Herz & Adams LLP | Frederick Black | |
| | Tara B Annweiler | tannweiler@greerherz.com |
| Madison County Alabama Tax Collector | Lynda Hall | taxcol@co.madison.al.us |
| | | swells@co.madison.al.us |
| Farrell Fritz PC | Ted A Berkowitz | tberkowitz@farrellfritz.com |
| Office of Unemployment Compensation Tax Services | Timothy A Bortz | tbortz@state.pa.us |
| Patton Boggs LLP | R Timothy Bryan | tbryan@pattonboggs.com |
| | Alan M Noskow | anoskow@pattonboggs.com |
| Nelson Mullins Riley & Scarborough LLP | Terri L Gardner | terri.gardner@nelsonmullins.com |
| | Anitra Goodman Royster | anitra.royster@nelsonmullins.com |
| Pima County Attorney Civil Division | German Yusufov | terri.roberts@pcao.pima.gov |
| | Terri A Roberts | german.yusufov@pcao.pima.gov |
| DLA Piper LLP | Timothy W Brink Esq | timothy.brink@dlapiper.com |
| | Forrest Lammiman | forrest.lammiman@dlapiper.com |
| | Ann Marie Bredin Esq | ann.bredin@dlapiper.com |
| Thomas G King | | tking@kech.com |
| Bracewell & Giuliani LLP | William A Trey Wood III | Trey.Wood@bgllp.com |
| Reed Smith LLP | Travis A Sabalewski Esq | tsabalewski@reedsmith.com |
| Gregory Kaplan PLC | Troy Savenko Esq | tsavenko@gregkaplaw.com |
| Williams Mullen | William H Schwarzschild III | tschwarz@williamsmullen.com |
| | W Alexander Burnett | aburnett@williamsmullen.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Vorys Sater Seymour and Pease LLP | Tiffany Strelow Cobb Esq | tscobb@vssp.com |
| Lowenstein Sandler PC | Vincent A D Agostino Esq | vdagostino@lowenstein.com |
| IBM Corporation | Vicky Namken | vnamken@us.ibm.com |
| Kepley Broscious & Biggs PLC | William A Broscious Esq | wbroscious@kbbplc.com |
| Buckner Alani & Mirkovich | William D Buckner | wbuckner@bamlaw.net |
| | Catherine J Weinberg | cweinberg@bamlaw.net |
| Blankingship & Keith PC | William H Casterline Jr Esq | wcasterlinejr@bklawva.com |
| | Jeremy B Root Esq | jroot@bklawva.com |
| Powell Goldstein LLP | William C Crenshaw Esq | wcrenshaw@pogolaw.com |
| Four Star International Trade | Wendy M Mead PC | wendymeadpc@verizon.net |
| Seyfarth Shaw LLP | William J Factor Esq | wfactor@seyfarth.com |
| | David C Christian II | dchristian@seyfarth.com |
| Torys LLP | William F Gray Jr Esq | wgray@torys.com |
| | Timothy B Martin Esq | tmartin@torys.com |
| Hemar Rousso & Heald LLP | Wayne R Terry | wterry@hemar-rousso.com |
| Wharton Aldhizer & Weaver PLC | Stephan W Milo Esq | smilo@wawlaw.com |
| Lieber & Lieber LLP | Barbie D Lieber | barbie@lieberlegal.com |

Email List

# EXHIBIT B

Circuit City Stores, Inc.
Core List

| NAME | ATTENTION | FAX |
|------|-----------|-----|
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 202-772-9293 |
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX | VIRGINIA DEPARTMENT OF TAXATION | 804-254-6111 |
| INTERNAL REVENUE SERVICE | ATTN L LORELLO | 804-916-8198 |

1 of 1

Facsimile List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Fax |
|---|---|---|
| Locke Lord Bissell & Liddell LLP | Thomas G Yoxall<br>Thomas A Connop<br>Melissa S Hayward | 214-740-8800 |
| Pasadena Independent School District | Dexter D Joyner | 281-991-6012 |
| Draper & Goldberg PLLC | Adam Hiller | 302-213-0043 |
| Draper & Goldberg PLLC | James E Clarke<br>L Darren Goldberg | 703-995-4542 |
| Poyner Spruill LLP | Shannon E Hoff Esq | 704-342-5264 |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman | 713-223-3717 |
| G&W Service Co LP | Georgette Treece | 713-227-3410 |
| Attorney General of the United States | Robert P McIntosh | 804-819-7417 |
| Attorney General of the US | Richard F Stein<br>Dana J Boente | 804-916-3939 |
| Ornelas Castillo & Ornelas PLLC | Sylvia M Ornelas<br>Mario A Castillo Jr | 956-725-4594 |
| Gay McCall Isaacks Gordon & Roberts PC | David McCall | 972-424-5619 |
| Jackson Kelly PLLC | Mary Elisabeth Naumann | 859-252-0688 |

Facsimile List

# EXHIBIT C

Circuit City Stores, Inc.

Core List

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| CIRCUIT CITY STORES, LLC | REGINALD D. HEDGEBETH | 9950 MAYLAND DRIVE | | RICHMOND | VA | 23233 | USA |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | WASHINGTON | DC | 20020 | USA |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN DIRECTOR | P O BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 | USA |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS ESQ PATRICIA SCHRAGE ESQ | 3 WORLD FINANCIAL CTR STE 400 | | NEW YORK | NY | 10281-1022 | USA |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | 900 E MAIN ST | | RICHMOND | VA | 23219 | USA |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Attorney General of the US | Robert K Coulter | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 |
| UrbanCal Oakland II LLC | c o Urban Retail Properties LLC | 900 N Michigan Ave Ste 900 | | Chicago | IL | 60611 |
| Eaton Corporation | David J Persichetti | Eaton Center | Eaton Ctr 1111 Superior Ave | Cleveland | OH | 44114-2584 |
| Broward County | Jeffrey J Newton | Government Center | 115 S Andrews Ave | Ft Lauderdale | FL | 33301 |
| Griffith McCague & Wallace PC | Judy Gawlowski | 200 Allegheny Center Mall | | Pittsburgh | PA | 15212 |
| Gregory Lee McCall | FCI Forrest City Low | PO Box 9000 | | Forrest City | AR | 72336 |
| Millman 2000 Charitable Trust | David Bennett | 2400 Cherry Creek Dr S | Ste 7002 | Denver | CO | 80209-3261 |
| Parsons Kinghorn Harris | George B Hofmann | 111 E Broadway 11th Fl | | Salt Lake City | UT | 84111 |
| Thomas W Daniels | | 1265 Scottsville Rd | | Rochester | NY | 14624 |

# EXHIBIT D

Circuit City Stores, Inc.
Eleventh Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| 4937 | $531.57 | AAGAARD, WALTER | | 8924 WELLER LANE | | KELLER | TX | 76248 | USA |
| 5035 | $242.18 | ABBATE, KENNETH P | | 86 COTSWOLD CIRCLE | | OCEAN | NJ | 07712-2648 | USA |
| 5379 | $21,747.40 | Abrantes, John David | John Abrantes | 11651 Declaration Dr | | Rancho Cucamonga | CA | 91730 | USA |
| 2854 | $0.00 | ACEVES, JAVIER | | 2770 BUDUA AVE | | LOS ANGELES | CA | 90032 | USA |
| 5964 | $0.00 | ADAMS, STEPHEN H | | 12266 CASERO CT | | SAN DIEGO | CA | 92128 | USA |
| 4743 | $1.00 | ADAMS, THOMAS | | 105 W BARSTOW NO D | | CLOVIS | CA | 93612 | USA |
| 2567 | $60,145.32 | ALBAUGH, THOMAS | | 7216 BRILEY DR | | N RICHLAND HILLS | TX | 76180 | USA |
| 4123 | $0.00 | ALBERTSON BARBARA I | | 1515 PATRIOT CIR | | GLEN ALLEN | VA | 23060-4573 | USA |
| 5010 | $280.00 | ALEXA, DENNIS P | | 62 RT6N | | MAHOPAC | NY | 10541 | USA |
| 5492 | $0.00 | ALMAGUER, LOURDES | | 1190 LORYN AVE | | HALF MOON BAY | CA | 94019 | USA |
| 4948 | $0.00 | ALMERO ALFREDO | | 3050 MAGNOLIA AVE | | LONG BEACH | CA | 90806 | USA |
| 4039 | $0.00 | ALVAREZ, EMMANUEL | | 264 SUDAN LOOP | | PACHECO | CA | 94553 | USA |
| 3917 | $0.00 | ALVAREZ, EMMANUEL B | | 264 SUDAN LOOP | | PACHECO | CA | 94553 | USA |
| 5107 | $84,000.00 | AMENTAS, STACIA | | 5375 OAKCLIFF SW | | CANTON | OH | 44706 | USA |
| 5891 | $988.66 | ANTOS CATHY J | | 8508 CLAYPOOL RD | | RICHMOND | VA | 23236 | USA |
| 3798 | $0.00 | ARAUJO, GUSTAVO A | | UNIT B | 19419 RUBY COURT | CERRITOS | CA | 90703 | USA |
| 2037 | $0.00 | AUBRY, ALLEN | | 108 N GREENFIELD RD | APT 1192 | MESA | AZ | 85205 | USA |
| 4725 | $0.00 | AULTMAN, DAVID | | 4391 WILDWOOD DRIVE | | DISPUTANTA | VA | 23842 | USA |
| 2175 | $0.00 | BACHAND, DONALD N | | LOT NO 105 | 215 N POWER RD | MESA | AZ | 85205 | USA |
| 2619 | $0.00 | Baldwin, Roy | | 121 St Louis Dr | | Elkton | MD | 21921 | USA |
| 2620 | $0.00 | Baldwin, Roy | | 121 St Louis Dr | | Elkton | MD | 21921 | USA |
| 2881 | $127.02 | BALES, CHARLES L | | 7406 MAURER LANE | | LOUISVILLE | KY | 40258 | USA |
| 9299 | $250.18 | BALL, ANDREW BRIAN | | 463 BURNT BARK RD | | BRICK | NJ | 08723 | USA |
| 4889 | $0.00 | BALLARD, CARROLL | | 65 JOHNNY GOLD LN | | ROCHESTER | NY | 14626 | USA |
| 3143 | $0.00 | BALLARD, JANE C | | 2406 BOYLE AVE | | RICHMOND | VA | 23230 | USA |
| 5038 | $50,000.00 | BARLOW, JENNIFER | | 3946 SAN LUIS DR | | SARASOTA | FL | 34235-3545 | USA |
| 5868 | $0.00 | BEGLEY, PATRICIA S | | 2422 GREY FORGE PLACE | | RICHMOND | VA | 23233 | USA |
| 2313 | $0.00 | BEINOR, EDWARD | | 1924 WOOD BROOK ST | | TARPON SPRINGS | FL | 34689 | USA |
| 5784 | $354.45 | BELEN, MICHAEL | | 4419 SHADY TERRACE LANE NO 102 | | TAMPA | FL | 33613 | USA |
| 4592 | $111,666.00 | BERNARD, LEIGH | | 5823 BRADINGTON DRIVE | | GLEN ALLEN | VA | 23059 | USA |
| 5522 | $59,699.18 | BILENKIN BORIS Y | | 1121 UNIVERSITY BLVD WEST | NO 1418 | SILVER SPRINGS | MD | 20902 | USA |
| 5348 | $0.00 | BLACK, RICHARD | | 209 PARKERS GLEN RD | | SHOHOLA | PA | 18458 | USA |
| 5351 | $0.00 | BLACK, RICHARD | | 209 PARKERS GLEN RD | | SHOHOLA | PA | 18458 | USA |
| 4655 | $0.00 | BLANSET, WILLIAM S | | 104 OAKWOOD CIRCLE | | DICKSON | TN | 37055-3546 | USA |
| 4152 | $0.00 | BLOMSTER, RICHARD E | | 118 CARTER PL | | WINCHESTER | VA | 22602 | USA |
| 6985 | $390.97 | BOLINE, BRENT YOUNGDAHL | | 7543 EILEEN ST | | EDEN PRAIRIE | MN | 55346 | USA |
| 3038 | $116,000.00 | BOLT, KENT | | 1847 LAKE GLEN DRIVE | | FUQUAY VARINA | NC | 27526 | USA |
| 3416 | $600.00 | BOOKER, DENNIS | | 1809 CRESTHILL AVE | | CINCINNATI | OH | 45237 | USA |
| 4914 | $0.00 | BORDEN NEARY, MARY | | 123 PAIGE PARK LN | | GOODLETTSVLLE | TN | 370723181 | USA |
| 5607 | $87,756.00 | BORENSTEIN, HOWARD | | 5826 BURNET AVE | | VAN NUYS | CA | 91411 | USA |
| 4204 | $0.00 | BOSWELL, CHARLES | | 6072 WINVIEW DRIVE | | FOREST PARK | GA | 30297 | USA |
| 5043 | $6,695.48 | BOWER JR, ROY A | | 8212 ROYAL OAK CT | | MONTGOMERY | AL | 36117 | USA |
| 2038 | $0.00 | BOYD, JERRY | | 216 LAKEVIEW DR | | LANDRUM | SC | 29356 | USA |
| 3392 | $110.55 | BRACKER, LORRAINE | | 10960 N 67TH AVE UNIT 45 | | GLENDALE | AZ | 85304 | USA |
| 3704 | $3,005.70 | BREGANTE, BENJAMIN | | 1785 DAY VALEY RD | | APTOS | CA | 95003 | USA |
| 4289 | $0.00 | BRENNAN, TIM | | 441 WOODLAND TERRACE | | BROOKLYN | MI | 49230 | USA |
| 4702 | $135,000.00 | BROOKS, JODY | | 5862 HARDWICK ST | | LAKEWOOD | CA | 90713 | USA |
| 4088 | $0.00 | BROWN, BOBBY | | 5705 BRIGSTOCK COURT | APTNO 301 | FREDRICKSBURG | VA | 22407 | USA |

First Class Mail

Circuit City Stores, Inc.
Eleventh Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| 10937 | $1,906.26 | BROWN, ERIC JOHN | | 6920 MORGAN PL DR | | CLEMMONS | NC | 27012-0000 | USA |
| 5256 | $0.00 | BRYAN JAMES P | | 300 LUMAN RD | NO 161 | PHOENIX | OR | 97535 | USA |
| 5265 | $0.00 | BRYAN, DALE H | | 300 LUMAN RD | NO 161 | PHOENIX | OR | 97535 | USA |
| 5264 | $0.00 | BRYAN, JAMES | | 300 LUMAN RD NO 161 | | PHOENIX | OR | 97535 | USA |
| 5705 | $193.90 | BURCHINAL, JAMES MICHAEL | | 3305 BLACKHAWK TRL | | ST CHARLES | IL | 60174 | USA |
| 3519 | $90,000.00 | BURGER, DENNIS | | 611 44TH ST W | | BRADENTON | FL | 34209 | USA |
| 3578 | $1,502.42 | BURKE, RICHARD | | 5900 NEW HARVARD PLACE | | GLEN ALLEN | VA | 23059 | USA |
| 4951 | $82,629.60 | CAPUTO, STEPHEN S | | 3708 LAKEVIEW PARKWAY | | LOCUST GROVE | VA | 22508 | USA |
| 3105 | $0.00 | CARDAMONE, JEANNETTE M | | 6002 NORTHFALL CREEK PKY | | MECHANICSVILLE | VA | 23111 | USA |
| 5853 | $45,000.00 | CARLISLE, MICHAEL | | 3665 E 54 ST | | CLEVELAND | OH | 44105 | USA |
| 3045 | $0.00 | CARLSON, DONALD | | 558 E MAGILL AVE | | FRESNO | CA | 93710 | USA |
| 2894 | $48,111.00 | CARROCCIO,  NICKOLAS A | | 7362 OAKWOOD RD | | PARMA | OH | 44130 | USA |
| 3583 | $83,100.00 | CASCO, CARLOS | | 1546 T ST | | SPRINGFIELD | OR | 97477 | USA |
| 5860 | $0.00 | CASSELL JR, SINKLER | | 6361 FALLS CIRCLE DRIVE NORTH NO 401 | | LAUDERHILL | FL | 33319 | USA |
| 4563 | $0.00 | CHAPMAN, BARBARA | | 10505 GRAVEL NECK DRIVE | | CHESTER | VA | 23831 | USA |
| 4724 | $99.04 | CHILDRESS, MERRELL B | | 7416 STONEMAN RD | | RICHMOND | VA | 23228 | USA |
| 2089 | $35,138.40 | CHIN, WELLMAN | | 1599 W SWAIN RD | | STOCKTON | CA | 95207 | USA |
| 3370 | $72.11 | CHIPRUT, JOSE | | 21300 SAN SIMEON WAY | APT M 4 | MIAMI | FL | 33179 | USA |
| 3228 | $0.00 | CHO, NO KI | | 9121 BICKLEY CIRCLE | | GARDEN GROVE | CA | 92641 | USA |
| 5315 | $0.00 | CHRISTENSEN, DON | | 1111 ORCHARD AVE | | SNOHOMISH | WA | 98290 | USA |
| 4691 | $0.00 | CLARK, SHEILA L | | 4612 VALLEY OVERLOOK DR APT 105 | | MIDLOTHIAN | VA | 23112 | USA |
| 3389 | $0.00 | CLEVELAND, GEORGE S | | 8 BRUNO DR | | MILFORD | MA | 01757-2104 | USA |
| 3872 | $0.00 | COLEMAN, ROBERT | | 304 W TERRELL ST | | GREENSBORO | NC | 27406 | USA |
| 3872 | $0.00 | COLEMAN, ROBERT | Robert L Coleman Sr | | 810 Sunset St | Reidsville | NC | 27320 | USA |
| 4927 | $0.00 | COLLINS, SEAN | | 3473 N NANDINA LN | | TUCSON | AZ | 85712 | USA |
| 5142 | $12,074.35 | COLMAN, ALWYN J | | 550 ROBIN RD | | SEMINOLE | OK | 74868 | USA |
| 5072 | $450.34 | CONNER, DEBORAH N | | 20212 PONY FARM RD | | MAIDENS | VA | 23102 | USA |
| 5073 | $489.05 | CONNER, MICHAEL | | 20212 PONY FARM RD | | MAIDENS | VA | 23102 | USA |
| 5875 | $55,228.80 | CORDERO, JUAN | | 7612 CUNNINGHAM ST | | HIGHLAND | CA | 92346 | USA |
| 4181 | $0.00 | COUNTS, RONALD L | | 64 CEDARBROOK | | PACIFIC | MO | 63069 | USA |
| 4226 | $0.00 | CRISWELL, DAVID | | 240 WILDWOOD DR APT 1 | | YOUNGSTOWN | OH | 44512 | USA |
| 5934 | $4,257.60 | DAHLER, MICHAEL | | 8 COURTNEY LANE | | SOUTH HAMPTON | MA | 01073 | USA |
| 2630 | $0.00 | Daniel, David | | 1850 Raymond Dr | | St Cloud | FL | 34769 | USA |
| 2837 | $818.19 | DIAS, FIONA P | | 318 OVERLOOK LANE | | WEST CONSHOHOCKEN | PA | 19428 | USA |
| 2578 | $15,000.00 | DIONNE, KENNETH R | | 77 GOULD RD | | WEARE | NH | 03281 | USA |
| 3865 | $0.00 | DODD, JUDITH | | 3621 KELLETT AVE | | CLAREMONT | CA | 91711 | USA |
| 4068 | $0.00 | DORMAN, LONNIE | | 1030 11TH ST BHR | | OKEECHOBEE | FL | 34974 | USA |
| 2853 | $255.57 | DOTY, LESLIE | | 9030 HOPKINS BRANCH WAY | | MECHANICSVILLE | VA | 23116 | USA |
| 2547 | $0.00 | DUCHELLE, STEPHEN | | 15202 MCCOMB MANOR CT | | CHARLOTTE | NC | 28277 | USA |
| 4134 | $30,632.40 | DUGAS, CAMILLE V | | 1412 N ATLANTA ST | | METAIRIE | LA | 70003 | USA |
| 2118 | $0.00 | DUNN, AMANDA | | 821 LINDA LN | | MERCED | CA | 95340 | USA |
| 4984 | $186.43 | DUNN, PEGGY G | | 2900 STONE MEADOW CT | | RICHMOND | VA | 23328 | USA |

First Class Mail

Circuit City Stores, Inc.
Eleventh Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| 2997 | $224.53 | EDWARDS, KENNETH | | 4004 MCTYRES COVE TERRACE | | MIDLOTHIAN | VA | 23112 | USA |
| 5319 | $0.00 | ELIAS, ROBERT A | | 1456 E PHILADELPHIA ST | NO 231 | ONTARIO | CA | 91761 | USA |
| 10421 | $57.80 | ELLIS, DON | | 13 REMP RD | | MOHNTON | PA | 19540-0000 | USA |
| 4606 | $0.00 | EMBRY, JAMES A | | 11426 GETCHELL DRIVE | | THEODORE | AL | 36582 | USA |
| 4024 | $0.00 | ENGERON, CLAIRE E | | 22324 GOLDEN SPRINGS DR | | DIAMOND BAR | CA | 91765 | USA |
| 4058 | $0.00 | FADEN, MITCH | | 14521 WOODLAND NEST CR | | FORT MYERS | FL | 33912 | USA |
| 5380 | $0.00 | Fallin, Karen L | | 9012 Patterson Ave Apt 46 | | Richmond | VA | 23229 | USA |
| 3162 | $0.00 | FARNHAM, CHARLES | | 4152 SABAL LAKES RD | | DELRAY BEACH | FL | 33445 | USA |
| 3323 | $0.00 | FARR, COLEEN | | 9121 SUGARSTONE CIRCLE | | HIGHLANDS RANCH | CO | 80126 | USA |
| 5374 | $108.46 | FAULKNER, TODD J | | 217 TERRA ALTA DR | | AYLETT | VA | 23009 | USA |
| 2380 | $59,425.20 | FERGUSON, JOHNNY | | 5078 SILVER HILL COURT NO 201 | | DISTRICT HEIGHT | MD | 20747 | USA |
| 5878 | $0.00 | FERMIN, JONATTAN F | | 97 GRASSY PLAIN ST NO 16 | | BETHEL | CT | 06801 | USA |
| 5267 | $20,000.00 | FERNER, KEVIN | | 7 S CEDARBLUFF CT | | GREER | SC | 29650 | USA |
| 4575 | $0.00 | FETTERHOFF JACQUELINE | | 10508 OLD COURTNEY RD | | GLEN ALLEN | VA | 23060 | USA |
| 2457 | $0.00 | FIELDS, MICHAEL S | | 948BURGESS CR | | BUFFALO GROVE | IL | 60089 | USA |
| 3868 | $480.00 | Finbow, Paul D | | 34 06 Norwood Dr | | Fair Lawn | NJ | 07410 | USA |
| 5376 | $22,500.00 | FOSTER, CLIFFORD | | 33 E COLLINGSWOOD AVE | | OAKLYN | NJ | 08107 | USA |
| 3102 | $3,697.44 | FOX, JULIE | | 4826 DANDELION LOOP | | TRACY | CA | 95377 | USA |
| 5173 | $0.00 | FREEMAN, GEORGE | | 7622 KILKEE LANE | | SHERRILLS FORD | NC | 28673 | USA |
| 4745 | $0.00 | FUSCO, ROBERT | | 31 CEDAR POND DR | APT 8 | WARWICK | RI | 02886 | USA |
| 2879 | $0.00 | GAUMER, ARTHUR | | 2000 E RAMAR RD | SPACE 234 | BULLHEAD | AZ | 86442 | USA |
| 3171 | $0.00 | Gavelek, Dennis T | | 11361 Liberty St | | Futon | MD | 20759 | USA |
| 4010 | $0.00 | GEISLER, DONNA | | 400 W ELWOOD DRIVE | | BOISE | ID | 83706 | USA |
| 5124 | $0.00 | Getgen, George | | 2431 Harewood Dr | | Livermore | CA | 94551 | USA |
| 5354 | $5,000.00 | GOLDEN, WILLIAM | | 1936 GLEN HILL DR | | CARROLLTON | TX | 75007 | USA |
| 3750 | $1,896.00 | GORDON, DONALD S | | 310 RIDGECREST RD | | TALLAHASSEE | FL | 32305 | USA |
| 3445 | $42.22 | GOWER JR ALBERT | | 1813 INSPIRATION LANE | | HUNTSVILLE | AL | 35801 | USA |
| 3855 | $0.00 | GRANGER, LLOYD | | 8382 NORTHPORT DRIVE | | HUNTINGTON BEAC | CA | 92646 | USA |
| 5788 | $1,000.00 | GREAM, JARROD LYNN | | 229 WEST FARTHING ST | | MAYFIELD | KY | 42066 | USA |
| 5346 | $0.00 | GREEN, DIANE | | 6516 NORBERT COURT | | LOUISVILLE | KY | 40258 | USA |
| 4320 | $0.00 | GREENFIELD, CARROLL | | NO 275 | 24143 DEL MONTE DRIVE | VALENCIA | CA | 91355 | USA |
| 5899 | $0.00 | GRUBBS JR, DOUGLAS | DOUGLAS E GRUBBS JR | 1516 FERGUSON AVE | | NASHVILLE | TN | 37212 | USA |
| 5921 | $241.35 | GULER, BRUCE | | 13112 PARKWOOD DRIVE | | BURNSVILLE | MN | 55337 | USA |
| 2946 | $42,537.60 | HAGGARD, DONALD | | 519 FIFTH AVE | | DAYTON | KY | 41074 | USA |
| 2022 | $0.00 | HALL, DENARD | | 1202 HOLLINS RD | | RICHMOND | VA | 23229 | USA |
| 5611 | $0.00 | HARRIS, BRADLEY | | 3524 WEST SHORE RD NO 611 | | WARWICK | RI | 02886 | USA |
| 3586 | $107.81 | HAUG, LINDA J | | 13166 LOS ALISOS | | LAMIRADA | CA | 90638 | USA |
| 3846 | $30,686,622.00 | HAVARD, DIANE | | 129 ROBBINS BLVD | | DAPHNE | AL | 36526 | USA |
| 4727 | $130,000.00 | HENDZEL, JOHN M | | 1414 LANFAIR ST | | REDLANDS | CA | 92374 | USA |
| 3419 | $217.94 | HESS, LUCY H | | 16981 JENNIFER DR | | COLD SPRING | MN | 56320 | USA |
| 3654 | $0.00 | HESS, LUCY H | | 16981 JENNIFER DRIVE | | COLD SPRING | MN | 56320 | USA |
| 2694 | $0.00 | HICKS, BRUCE | | PO BOX 148 | | PELZER | SC | 29668-0148 | USA |

First Class Mail

Circuit City Stores, Inc.
Eleventh Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| 2694 | $0.00 | HICKS, BRUCE | Bruce Hicks | | PO Box 148 | Pelzer | SC | 29669 | USA |
| 2696 | $38.22 | HILL, MARQUESA | | 131 CLARK ST | | HILLSIDE | NJ | 07205-0000 | USA |
| 3166 | $0.00 | HOLMAN, MARGARET | | 24 RODMAN DRIVE | | BRYSON CITY | NC | 28713 | USA |
| 2475 | $0.00 | HORTON, CAROLYN B | | 1725 ROSE MILL CIRCLE | | MEDLOTHIAN | VA | 23112 | USA |
| 3622 | $0.00 | HOWARD, JAMES | | 16654 MALORY CT | | DUMFRIES | VA | 22026 | USA |
| 3808 | $0.00 | HYMAN, JANIS | | 2434 NORTH MICHAEL ST | | VISALIA | CA | 93291 | USA |
| 2864 | $0.00 | IBANEZ, DAVID | | 1325 N BRIARGATE LANE | | COVINA | CA | 91722 | USA |
| 4087 | $0.00 | JACOBS, GWENDOLYN | | 10610 N DOVER POINTE RD | | RICHMOND | VA | 23238 | USA |
| 8078 | $10,541.00 | Jeffrey, Maynard | | 2325 Wooded Oak Pl | | Midlothian | VA | 23113 | USA |
| 2726 | $26,610.00 | JENSEN, DANIEL S | | 2699 KERRISDALE RIDGE DRIVE | | MEDFORD | OR | 97504 | USA |
| 5606 | $7,000.00 | JOHNSON, DARRELL | | 265 WEST WILSON | | PONTIAC | MI | 48341 | USA |
| 5606 | $7,000.00 | JOHNSON, DARRELL | Darrell Johnson | | 2345 S Tilden | Pontiac | MI | 48341 | USA |
| 5834 | $0.00 | JOHNSON, DENISE H | | 6300 ADKINS RD | | PROVIDENCE FORGE | VA | 23140-2821 | USA |
| 5500 | $0.00 | JOHNSON, JUDITH | | 106 RIVER RUN | | DRIPPING SPRING | TX | 78620 | USA |
| 4596 | $55,000.00 | JONES, DARRELL | | 627 NORTH MOORE RD | | CHATTANOOGA | TN | 37411 | USA |
| 4056 | $661.00 | JONES, LINDA J | | 2035 LIVE OAK | | BEAUMONT | TX | 77703 | USA |
| 3465 | $72,000.00 | JORDAN, VIVIAN | | 2526 PENNACOOK RD NO 3 | | LOUISVILLE | KY | 40214 | USA |
| 5900 | $0.00 | JUNGHANS, MICHAEL | | 26 CARRIAGE HILL DRIVE | | POQUOSON | VA | 23662 | USA |
| 2376 | $0.00 | KAPLAN, DAVID | | 2059 E LAKEVIEW DRIVE | | SEBASTIAN | FL | 32958 | USA |
| 3020 | $22,025.00 | KAPLAN, RICHARD | | 2235 38TH AVE NORTH | | SAINT PETERSBURG | FL | 33713 | USA |
| 5258 | $149.31 | KARPEL, GERALD | | 2068 GLEN GARY DR | | REDDING | CA | 96001 | USA |
| 4713 | $0.00 | KING, BRENDA G | | 5433 SIR BARTON DR | | LOUISVILLE | KY | 40272-3507 | USA |
| 2470 | $0.00 | KOESEL, ROBERT F | | 11261 SCENIC VIEW LANE | | ORLANDO | FL | 32821 | USA |
| 4938 | $0.00 | KOHR, JAY | | 1167 TROTWOOD BLVD | | WINTER SPRINGS | FL | 32708 | USA |
| 4752 | $0.00 | LACOURSIERE, BRIAN L | | 4347 KINGS CHURCH RD | | TAYLORSVILLE | KY | 40071 | USA |
| 2435 | $0.00 | LAGANELLI, JOSEPH | | 14 LEELA LANE | | ROCHDALE | MA | 01542 | USA |
| 1956 | $104.53 | LARRY, KINSLEY | | 27445 COYOTE CIRCLE | | QUAIL VALLEY | CA | 92587 | USA |
| 2549 | $0.00 | LEFFLER, GEORGE G | | 20 HOLIDAY DRIVE | | WOODSTOCK | NY | 12498 | USA |
| 4163 | $293.26 | LENEUS, WILNA | | PO BOX 1204 | | SPRING VALLEY | NY | 10977 | USA |
| 5422 | $175,000.00 | LEVAN, GEORGE T | | 5425 AEGEAN WAY | | LAS VEGAS | NV | 89149 | USA |
| 3287 | $53,654.40 | LEWIS, FRANK | | 1571 MISTY WOOD DRIVE | | ROSEVILLE | CA | 95747-7911 | USA |
| 4180 | $0.00 | LEWIS, LIVINGSTON | | 1519 BAYSDALE LN | | RICHMOND | VA | 23229 | USA |
| 2312 | $0.00 | LI, WILLIAM | | 3958 PARKVIEW COURT | | WINSTON SALEM | NC | 27127 | USA |
| 3713 | $53,469.60 | LINNING, PATRICK | | 6642 MAN O WAR TRAIL | | TALLAHASSEE | FL | 32309 | USA |
| 2082 | $0.00 | LOHAUS, CAROL | | 4270 JARVIS RD | | HILLSBORO | MO | 63050 | USA |
| 1974 | $152.37 | LOPEZ, JOSE | | 1339 KINGSLEY AVE | APT C 11 | STOCKTON | CA | 95203 | USA |
| 5187 | $0.00 | LUCCKETTI, RONALD R | | 26 MARIE LANE | | MIDDLETON | NY | 10941 | USA |
| 4146 | $0.00 | LUCEY, GEORGE | | P O BOX 87 | | STRAFFORD | NH | 03884 | USA |
| 5075 | $0.00 | LUCIANI, ANTHONY | | 341 TIMBER JUMP LANE | | MEDIA | PA | 19063 | USA |
| 4236 | $0.00 | MACSORLEY, RAY H | | P O BOX 1337 | | EASTON | MD | 21601 | USA |
| 4122 | $79,534.00 | MADISON, STEVE | | 12000 PADDOCK PLACE | | FREDRICKSBURG | VA | 22407 | USA |
| 3140 | $0.00 | MAESTAS, JOHN | | 10128 GARD AVE | | SANTA FE SPRINGS | CA | 90670 | USA |
| 3885 | $0.00 | MALARKEY, SHEILA | | 5505 E EVERGREEN BLVD APT 217 | | VANCOUVER | WA | 98661 | USA |
| 4108 | $112,773.60 | MARIAN D RIPPEON | RIPPEON MARIAN D | 21017 BOONSBORO MOUNTAIN RD | | BOONSBORO | MD | 21713-2209 | USA |
| 5551 | $118,118.88 | MARQUEZ SR, MANUEL V | | 7671 DRUMMOND AVE | | HIGHLAND | CA | 92346 | USA |
| 9994 | $0.00 | MARSHALL, KELLY | | 30 PARKERS POINT BLVD | | FORKED RIVER | NJ | 08731 | USA |

First Class Mail

Circuit City Stores, Inc.
Eleventh Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| 2683 | $0.00 | MARTIN, DAVID | | 128 DIANE AVE | | RIVER RIDGE | LA | 70123 | USA |
| 2683 | $0.00 | MARTIN, DAVID | David E Martin | | 128 Diane Ave | River Ridge | LA | 70123 | USA |
| 4967 | $353.59 | MARTIN, FRANCES H | | 10468 OLD TELEGRAPH RD | | ASHLAND | VA | 23005 | USA |
| 3709 | $0.00 | MATTES, SUSAN | | 3441 WATER OAK DRIVE | | HOLLYWOOD | FL | 33021 | USA |
| 2491 | $0.00 | MAYNOR, DORIS V | | 305 WASHINGTON | | GARLAND | TX | 75040 | USA |
| 5718 | $0.00 | MCGOWAN PETER J | | 3755 E MEADOWVIEW DRIVE | | GILBERT | AZ | 85298 | USA |
| 2601 | $0.00 | MCTIGHE, JOANN | | 123 HELAINE RD | | MANCHESTER | CT | 06042 | USA |
| 4107 | $500,000.00 | Mehdi, Zadeh | | 767 Santa Paula St | | Corona | CA | 91720 | USA |
| 4107 | $500,000.00 | Mehdi, Zadeh | Zadeh Mehdi | | 746 Santa Paula St | Corona | CA | 92882 | USA |
| 3692 | $0.00 | MELLISH, JOHN UPLEH | | 4752 PORCHAVEN LANE | | APEX | NC | 27539 | USA |
| 4731 | $56,400.00 | MELTON, ROBERTO | | 11258 CARUTHERS WAY | | GLEN ALLEN | VA | 23059 | USA |
| 4922 | $11,008.80 | MENDOZA, DONALD R | | 3603 NORTH SWEET LEAF AVE | | RIALTO | CA | 92377 | USA |
| 10323 | $0.00 | MICHAELS, DAVID | | 9718 CASA DEL SOL DR | | BAKERSFIELD | CA | 93311 | USA |
| 10324 | $0.00 | MICHAELS, DAVID A | | 9718 CASA DEL SOL DR | | BAKERSFIELD | CA | 93311 | USA |
| 2214 | $0.00 | MICKLE, RICHARD | | 4820 SE KING RD | | MILWAUKIE | OR | 97222 | USA |
| 2229 | $32,684.88 | MILANE, JOHN | | 16002 S ATLANTIC SP 29D | | COMPTON | CA | 90221 | USA |
| 4759 | $0.00 | MONNIN, THOMAS | | 209 PINE ST | | FT WALTON BCH | FL | 32547 | USA |
| 4267 | $1,500.00 | MOON, EMMANUEL JOHN | | 4286 ARTHUR RD | | MARTINEZ | CA | 94553 | USA |
| 3881 | $0.00 | MORAN, JAMES P | | 54 TWIN OAKS | | NEW MILFORD | CT | 06776 | USA |
| 3018 | $333.29 | MORTON, JAMES H | | P O BOX 9566 | | MARINA DEL REY | CA | 90295 | USA |
| 10189 | $1,262.91 | Mueller, Mathias | | 5277 Silkwood Dr | | Oceanside | CA | 92056 | USA |
| 4618 | $52,000.00 | MURPHY, JAMES | | 11225 RINGTAIL RD | | PENN VALLEY | CA | 95946 | USA |
| 5284 | $14,000.00 | MURPHY, JIM | | 909 BORUM PL | | MIDWEST CITY | OK | 73110 | USA |
| 2155 | $8,079.00 | MUTSHNICK, PAUL V | | 36109 ARRAS DR | | WINCHESTER | CA | 92596 | USA |
| 3940 | $0.00 | NEESHAM, PAUL | | 4095 FORT SUMTER LANDING | | ACWORTH | GA | 30101 | USA |
| 3617 | $0.00 | NELSON SR CHARLES H | | 4910 HOWARD AVE | | BELTSVILLE | MD | 20705 | USA |
| 4296 | $115,844.40 | NELSON, CAROL ANN | | 327 EST ELM ST | | BREA | CA | 92891 | USA |
| 4946 | $347.21 | NEVINS MARILENE B | | 2103 SAVANNAH RIVER ST | | HENDERSON | NV | 89077-0133 | USA |
| 2443 | $0.00 | NOVOTNY, JOHN | | 4462 LAVENDER DRIVE | | PALM HARBOR | FL | 34685 | USA |
| 5657 | $94,500.00 | ODDY, JANICE | | 1176 MEADOWCREEK CIRCLE | | SAINT HELENA | CA | 94574 | USA |
| 3451 | $128,138.40 | OKEY PRUNEAU, CAROLYN | | 21521 INDIAN ST | | SOUTHFIELD | MI | 48034 | USA |
| 11183 | $0.00 | OSTRENGA FRANCES V | | P O BOX 48 | | MILLVILLE | MA | 01529 | USA |
| 2981 | $207,480.00 | OTTINGER, JUDITH | | 303 LANNOM CIR | | TULLAHOMA | TN | 37388 | USA |
| 9551 | $0.00 | OWEN, LINDA M | | 2003 WINDBLUFF CT | | RICHMOND | VA | 23238 | USA |
| 4188 | $0.00 | PATTERSON, PATSY A | | 590 SUTCLIFFE DRIVE NO 31 | | RENO | NV | 89510 | USA |
| 4582 | $0.00 | PERKINS, CHRISTOPHER | | 213 LOLLIPOP LN | | CEDAR PARK | TX | 78613 | USA |
| 4079 | $0.00 | PETER, CAMPBELL | | 2040 NOTTINGHAM PKWY | | AVON | OH | 44011 | USA |
| 4646 | $93,484.80 | PHILLIPS, AXEL | | 9341 WARRIOR DRIVE | | ST LOUIS | MO | 63123 | USA |
| 4646 | $93,484.80 | PHILLIPS, AXEL | Phillips, Axel | | 10905 Larkspur Dr | St Louis | MO | 63123 | USA |
| 4268 | $0.00 | PHILLIPS, CHARLES | | 3118 SOUTH EAST WILLOW DR | | HILLSBOROUGH | OR | 97123 | USA |
| 7679 | $3,271.38 | PILAND, JENNIFER L | | 12437 GAYTON BLUFFS LN | | HENRICO | VA | 23233 | USA |
| 5121 | $1,375.00 | PIPIA, FRANCIS M | | 10307 COLLINWOOD DR | | RICHMOND | VA | 23238 | USA |
| 5482 | $2,045.00 | PIPIA, FRANCIS M | | 10307 COLLINWOOD DRIVE | | RICHMOND | VA | 23238 | USA |

First Class Mail

Circuit City Stores, Inc.
Eleventh Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| 4726 | $25,000.00 | POWERS, KIMBERLY | | 7977 W SCHOOL HILL PL | | TUCSON | AZ | 85743 | USA |
| 3174 | $93,386.88 | PRUNEAU SR THOMAS | | 21521 INDIAN ST | | SOUTHFIELD | MI | 48034 | USA |
| 2479 | $0.00 | PUGH, DANNY F | | 1595 UTAH MTN RD | | WAYNESVILLE | NC | 28785 | USA |
| 5621 | $9,288.00 | PUTA, MARK A | | 2379 ELBEN CT | | GREEN BAY | WI | 54311 | USA |
| 3581 | $0.00 | QUADROS, RAJEN | | 4407 20TH ST N | | ARLINGTON | VA | 22207 | USA |
| 5973 | $40,045.05 | QUARLES, JANE B | | 9021 WELDON DR | | RICHMOND | VA | 23229 | USA |
| 2201 | $0.00 | RANDOLPH, ERICA | | 284 PIN OAK LANE | | FREDERICK | MD | 21701 | USA |
| 2681 | $20,000.00 | RAPOPORT, ALEKSANDR | | 824 SALEM ST | | AURORA | CO | 80011 | USA |
| 3391 | $0.00 | REDDING, JOHN A | | 4894 STYERS FERRY RD | | LEWISVILLE | NC | 27023 | USA |
| 2728 | $0.00 | REECE, WILLIAM H | | 1394 BELLAVISTA BLVD | | NASHVILLE | TN | 37207 | USA |
| 2745 | $76.35 | REINHARD, ROBERT | | P O BOX 533 | | EPSOM | NH | 03234 | USA |
| 3115 | $0.00 | REMINGTON, EDWARD L | | 11804 N DOWNS SQ | | RICHMOND | VA | 23238 | USA |
| 4103 | $0.00 | REYNOLDS, JAMES | | 13501 IRONTON DRIVE | | TAMPA | FL | 33626 | USA |
| 4944 | $27,913.84 | RICH, DAVID | | 23155 MODOC CT | | PERRIS | CA | 92570 | USA |
| 4504 | $0.00 | RIGLER, SARA B | | 286 GRACE WAY | | SCOTTS VALLEY | CA | 95066 | USA |
| 5332 | $0.00 | RINALDI, DAVID A | | 204 SUMWALT ST | | SANDSTON | VA | 23150 | USA |
| 5332 | $0.00 | RINALDI, DAVID A | Tracey Rinaldi Executor | David A Rinaldi | 204 Sumwalt St | Sandston | VA | 23150 | USA |
| 5109 | $43,143.00 | RIVERA, ALBERT | | 897 EDGEHILL RD | | COLTON | CA | 92324 | USA |
| 5108 | $155,388.00 | RIVERA, HELEN | | 897 EDGEHILL DR | | COLTON | CA | 92324 | USA |
| 4635 | $0.00 | ROACH, AL L | | 1508 CELLA HOMMA LN | | KNOXVILLE | TN | 37909 | USA |
| 3667 | $0.00 | ROHRMAN, WILLIAM | | 10103 PINEHURST DR | | AUSTIN | TX | 78747 | USA |
| 3667 | $0.00 | ROHRMAN, WILLIAM | William Rohrman | | 10103 Pinehurst Dr | Austin | TX | 78747 | USA |
| 2905 | $210.92 | ROSEBRUGH, WILLIAM | | 208 SOUTHRIDGE LANE | UNIT J1 | HOTSPRINGS | AR | 71913 | USA |
| 4775 | $0.00 | ROY III, JAMES M | | 1121 FOXBORO | | TROY | MI | 48083 | USA |
| 2859 | $0.00 | RUEGER, ROBERT | | 7516 E MULBERRY ST | | EVANSVILLE | IN | 47715 | USA |
| 5316 | $0.00 | RUSH, STAN E | | 440 THIRD ST | | ORLAND | CA | 95963 | USA |
| 5092 | $10,000.00 | RUTKOWSKI, FRANK | | 5326 FRONT DRIVE | | HOLIDAY | FL | 34690 | USA |
| 4065 | $10,000.00 | RUTKOWSKI, FRANK A | | 5326 FRONT DR | | HOLIDAY | FL | 34690 | USA |
| 4739 | $57.35 | SALANE, RICHARD COLEMAN | | 6305 BRIARWOOD RD | | COLUMBIA | SC | 29206 | USA |
| 4052 | $800.00 | SANTANA, CARLOS | | 1031 E FAIRBROOK CIRCLE | | MESA | AZ | 85203 | USA |
| 2884 | $98.00 | SCHELLING, LAWRENCE | | 9320 WOODLEA COURT | | MANASSAS | VA | 20110-5601 | USA |
| 5869 | $24,282.00 | SCHEPERS, JEFFRY | | 75 ATHERTON CIRCLE | | PITTSBURG | CA | 94565 | USA |
| 4082 | $0.00 | SCHMADEL, TRULA B | | 414 COWELL ST | | MANTECA | CA | 95336 | USA |
| 4762 | $0.00 | SCHRODT, ANN | | 3308 EDMUNDSON RD | | ST LOUIS | MO | 63114 | USA |
| 3172 | $30,000.00 | SHARKEY, JOSEPH E | | 335 LINCOLN AVE | | WOODBURY HEIGHTS | NJ | 08097 | USA |
| 5698 | $0.00 | SHULTZ, BARBARA | | 132 LANCASTER DRIVE NO 415 | | IRVINGTON | VA | 22480 | USA |
| 3163 | $79,860.48 | SIZEMORE, LORRAINE | | 2809 OLD STAGE RD | | YADKINVILLE | NC | 27055 | USA |
| 3163 | $79,860.48 | SIZEMORE, LORRAINE | Sizemore Lorraine | | 1311 John Frank Dr | Yadkinville | NC | 27055 | USA |
| 10909 | $0.00 | SMITH, PATRICIA B | | 7825 CAMOLIN COURT | | RICHMOND | VA | 23228-0000 | USA |
| 5635 | $0.00 | SMITH, TIMOTHY D | | 675 11TH ST | | RICHMOND | CA | 94801 | USA |
| 5141 | $37,953.12 | SOUTHERLAND, LARRY | | 3801 TANGLE LANE | | WINSTON SALEM | NC | 27106 | USA |
| 2957 | $87,500.00 | SPADY, GEORGE | | 13022 TORCHLIGHT DR | | WOODBRIDGE | VA | 22193 | USA |
| 2957 | $87,500.00 | SPADY, GEORGE | GEORGE L SPADY | | 13022 TORCHLIGHT DR | WOODBRIDGE | VA | 22193 | USA |
| 2557 | $0.00 | SPALDING, AUGUST | | 1041 ARLINGTON WAY | | WARRENTON | MO | 63383 | USA |
| 5304 | $31,680.00 | SPENCER, LIDIE L | | 2600 KENNEDY RD | | RICHMOND | VA | 23233 | USA |
| 4701 | $0.00 | STAYNER, JEFFREY B | | 1283 HWY 139 UNIT 304 | | DANDRIGE | TN | 37725 | USA |
| 5234 | $0.00 | STEINMAN, MICHAEL | | 8 CRUSADER COURT | | GERMANTOWN | MD | 20874 | USA |

First Class Mail

Circuit City Stores, Inc.
Eleventh Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| 4223 | $0.00 | Sturdivant, Gale | Terremce J Moore Esq | Moore & Affiliates PLC | 1010 N Ross St Ste 400 | Santa Ana | CA | 92701 | USA |
| 4223 | $0.00 | Sturdivant, Gale | Gale Sturdivant | | 407 Harding | Long Beach | CA | 90805 | USA |
| 5873 | $169.98 | SUAREZ TEODORO | | 6125 MICHELSON ST | | LAKEWOOD | CA | 90713 | USA |
| 2657 | $0.00 | Suzanne B Honeyman DDS PC | | 7726 Finns Ln Ste 102 | | Lanham | MD | 20706 | USA |
| 2755 | $0.00 | SWITZER, MARK | | 1817 EVANRUDE PL | | SANDSTON | VA | 23150 | USA |
| 2983 | $120.24 | TAYLOR, SHEILA | | 12365 CHARWOOD AVE | | GULFPORT | MS | 39503 | USA |
| 5807 | $0.00 | THOMAS, SHARON E | | 2830 HADRIAN DR | | SNELLVILLE | GA | 30078 | USA |
| 5911 | $0.00 | TREJOS, EDGAR | | STAR BOX 175 | P O BOX 025292 | MIAMI | FL | 33102-5292 | USA |
| 5912 | $0.00 | TREJOS, LIGIA | | STAR BOX NO 175 | PO BOX 025292 | MIAMI | FL | 33102-5292 | USA |
| 5693 | $0.00 | TRUDEAU, ALBERT H | | 13528 PLANTATION LAKE CIRCLE | | HUDSON | FL | 34669 | USA |
| 5014 | $83,559.60 | TUCKER, MICHAEL | | 11310 WYCOMBE PARK LANE | | GLENDALE | MD | 20769 | USA |
| 5343 | $0.00 | TULLOCH, SUSAN | | 2508 WHITECLIFT DRIVE | | RICHMOND | VA | 23233 | USA |
| 5343 | $0.00 | TULLOCH, SUSAN | Tulloch, Susan | | 145 Old Farm Hollow | Mineral | VA | 23117 | USA |
| 4818 | $117,258.00 | VINCZE, CARRIE C | | 447 MAPLERANDA RD | | BUMPASS | VA | 23024 | USA |
| 4389 | $3,619.20 | VOGEL, ELEANOR L | | 521 S 29TH ST | | BROKEN ARROW | OK | 74014 | USA |
| 4189 | $0.00 | WAGNER, ROBERT | | 7 IRMA LANE | | FAIRVIEW HEIGHTS | IL | 62208 | USA |
| 3385 | $0.00 | WALKER, KAREN | | 18040 MIDWAY RD 207 | | DALLAS | TX | 75287 | USA |
| 3387 | $0.00 | WALKER, KAREN S | | 18040 MIDWAY RD 207 | | DALLAS | TX | 75287 | USA |
| 1972 | $102.07 | WALLACE, CAROL P | | 1731 BELCHER CIRCLE | | AUSTELL | GA | 30168 | USA |
| 5697 | $1.00 | WARREN, TARYN J | | 42359 MANLEY | | AUBERRY | CA | 93602 | USA |
| 2663 | $0.00 | WERTANEN, ALVIN A | | 608 HARRISON ST | | WAKEFIELD | MI | 49968 | USA |
| 10984 | $66,575.00 | WEST, RENEE M | | 11406 WOODLAND POND PKWY | | CHESTERFIELD | VA | 23838 | USA |
| 2395 | $0.00 | WESTBROOK, CHARLES G | | 4015 HIGHWAY 51 | | HULBERT | OK | 74441 | USA |
| 5414 | $0.00 | WHITE, BRYAN S | | 9029 RUSSET LANE | | MECHANICSVILLE | VA | 23116-2410 | USA |
| 2944 | $9,318.24 | WILLARD, RONALD | | 3255 WILD PEPPER COURT | | DELTONA | FL | 32725 | USA |
| 5423 | $49,000.00 | WILLET, AMANDA | | 7214 SETTLEMENT WAY NW | | ALBUQUERQUE | NM | 871202934 | USA |
| 4680 | $0.00 | WILLIAMS, GREG | | 550 THORNLEY WAY | | SACRAMENTO | CA | 95864 | USA |
| 3599 | $0.00 | WILLIAMS, KATHERINE | | 6421 CHERRYGROVE LANE | | MECHANICSVILLE | VA | 23111 | USA |
| 1990 | $99.35 | WILSON, BOBBY | | 6509 N 63RD AVE | | GLENDALE | AZ | 85301 | USA |
| 4285 | $0.00 | WINEBARGER HERBERT C | | 3104 WAVERLY DRIVE | | FREDERICKSBURG | VA | 22407-6921 | USA |
| 3913 | $0.00 | WOLFE MARCEA | | 49 ROWLAND ST | | WILKES BARRE | PA | 18702 | USA |
| 3912 | $0.00 | WOLFE, MARCEA | | 49 ROWLAND ST | | WILKES BARRE | PA | 18702 | USA |
| 3014 | $0.00 | WOOD, JOHN | | 4619 BELVEDERE ST | | ORLANDO | FL | 32809 | USA |
| 3648 | $0.00 | WOODRUFF BERNICE M | | 405 WITCHDUCK CT | | RICHMOND | VA | 23223 | USA |
| 5411 | $1.00 | Yates, Aubina | | 24355 Bay Ave | | Moreno Valley | CA | 92553 | USA |
| 5161 | $34,579.42 | Young, Ken J | | 14478 St Andrews Ln | | Ashland | VA | 23005 | USA |
| 5880 | $93,978.17 | ZAMUDIO, CORINE I | | PO BOX 2566 | | SAN BERNARDINO | CA | 92406 | USA |
| 3863 | $0.00 | ZIMMERMAN, TIMOTHY | | 8524 RHONDO CT SW | | OLYMPIA | WA | 98512 | USA |
| 4580 | $0.00 | ZOLLETT, ARLENE J | | 9525 OLDHOUSE DR | | RICHMOND | VA | 23238 | USA |

First Class Mail

# EXHIBIT E

Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
              Debtors.       :   Jointly Administered
- - - - - - - - - - - - - - x

**DEBTORS' MOTION FOR AN ORDER APPROVING
(A) PROCEDURES FOR FILING OMNIBUS OBJECTIONS TO CLAIMS AND
(B) THE FORM AND MANNER OF THE NOTICE OF OMNIBUS OBJECTIONS**

The debtors and debtors in possession (collectively,

the "Debtors")[1] hereby move the Court, pursuant to this

---

[1]  The Debtors are the following entities: The Debtors and the last four
digits of their respective taxpayer identification numbers are as
follows: Circuit City Stores, Inc. (3875), Circuit City Stores West
Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc.
(1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC
(0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City
Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott

motion (the "Motion"), for the entry of an order, substantially in the form of <u>Exhibit A</u>, approving (a) procedures for filing omnibus objections to claims asserted in the above-captioned chapter 11 cases and (b) the form and manner of the notice of omnibus objections.  In support of this Motion, the Debtors respectfully state as follows:

## **JURISDICTION**

1.   The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.   Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.   The statutory predicates for the relief requested herein are sections 105 and 502 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rules 2002(a), 3007, 7004, 9006, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule 3007-1 of the Local Rules of the United States Bankruptcy

---

Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

Court for the Eastern District of Virginia (the "Local
Rules").

## BACKGROUND

4.    On November 10, 2008 (the "Petition Date"), the
Debtors filed voluntary petitions in this Court for relief
under chapter 11 of the Bankruptcy Code.

5.    On January 12, 2009, the Court entered an order
authorizing the Debtors to conduct auctions for a sale or
sales of the Debtors' businesses as a going concern or for
liquidation (D.I. 1460).

6.    At the conclusion of the auction, the Debtors'
determined that the highest and otherwise best bid was that
of Great American Group WF, LLC, Hudson Capital Partners,
LLC, SB Capital Group, LLC, and Tiger Capital Group, LLC
(collectively, the "Agent").  On January 16, 2009, the Court
approved the Agent's bid and authorized the Debtors to
conduct going out of business sales at the Debtors'
remaining stores (D.I. 1634).  The Agent commenced going out
of business sales at the Debtors' remaining stores on
January 17, 2009.

## PRELIMINARY STATEMENT

7.    To date, there have been approximately 11,500
proofs of claim filed with the Debtors' claims agent,

Kurtzman Carson Consultants LLC ("KCC").  In light of the
number of proofs of claim and requests for allowance and
payment of administrative expenses and/or cure claims
(collectively, the "Claims") that have been asserted against
the Debtors' estates and the substantial number of
objections they expect to file in response thereto, the
Debtors are seeking authorization to file omnibus objections
to the Claims in accordance with the objection procedures
described herein (the "Omnibus Objection Procedures").
Recognizing that Bankruptcy Rule 3007 seeks to provide
creditors with transparency and clarity with respect to
omnibus claims objections, the Debtors have tailored the
Omnibus Objection Procedures to adequately protect
creditors' due process rights and achieve administrative and
judicial efficiency.  The Omnibus Objection Procedures will
help streamline the Claims objection process, which will
inure to the benefit of the Debtors, creditors, the Court
and all parties in interest.

8.   The Omnibus Objection Procedures provide adequate
notice to and protect the due process rights of the Debtors'
creditors.  A customized notice of objection will be served
on each creditor whose Claim is objected to by an omnibus
objection, which will inform the creditor of the objection,

4

the grounds for the objection and the relief sought therein.
Requiring the Debtors to file individual objections to every
Claim (or requiring that omnibus objections be filed without
the benefit of the Omnibus Objection Procedures) would be
overly burdensome, costly, time consuming, and unnecessary.

9.    Accordingly, the Debtors respectfully submit that
their proposed Omnibus Objection Procedures are consistent
with Bankruptcy Rule 3007(c) and the underlying policies of
the Bankruptcy Code and due process.

### RELIEF REQUESTED

10.   The Debtors seek approval of (a) the Omnibus
Objection Procedures attached hereto as Exhibit B and
incorporated by reference herein and (b) the proposed form
and manner of notice of omnibus objections, substantially in
the form attached hereto as Exhibit C and incorporated by
reference herein (each, a "Notice of Omnibus Objection").

## SUMMARY OF THE OMNIBUS OBJECTION PROCEDURES
## AND NOTICE OF OMNIBUS OBJECTION[2]

### A.    The Omnibus Objection Procedures

11.    The Omnibus Objection Procedures provide for the efficient and economic resolution of omnibus objections (each, an "Omnibus Objection") to the Claims by: (a) providing a guide to the claims objection process that clearly describes the form and manner of Omnibus Objections and the process by which claimants must file and serve responses thereto (each, a "Response"); and (b) ensuring that all parties in interest have sufficient access to the information they require to navigate the claims objection process effectively and otherwise preserve and protect the rights they are afforded under the Bankruptcy Code.

12.    Specifically, the Omnibus Objection Procedures describe, in clear and simple terms, the key aspects of the claims resolution process, including, without limitation: (a) the form of Omnibus Objections and supporting documentation, if necessary; (b) the exhibit attached to each Omnibus Objection (which will contain those Claims for

---

[2]    This description of the Omnibus Objection Procedures and the Notice of Omnibus Objection is intended as a summary and is being provided for the convenience of the Court and parties in interest.  To the extent that this summary and the text of the Omnibus Objection Procedures and the Notice of Omnibus Objection are inconsistent, the terms of the Omnibus Objection Procedures and the Notice of Omnibus Objection, respectively, shall control.

which there is a common basis) and the information contained

thereon (_e.g._, claimants' names, claim numbers, the grounds

for the Omnibus Objection and cross-references to the

location in the Omnibus Objection discussing the respective

grounds); (c) the form of the Notice of Omnibus Objection

(discussed in greater detail below); (d) the information

claimants need to file a Response to the Omnibus Objection,

the timeframe for doing so and the implications of failing

to timely file a Response; and (e) information relating to

the status hearings on Omnibus Objections.

**B.    The Notice of Omnibus Objection**

13.  As set forth in the Omnibus Objection Procedures,

each claimant whose Claim is the subject of an Omnibus

Objection will be provided with a customized Notice of

Omnibus Objection.  The Notice of Omnibus Objection will,

among other things: (a) describe the basic nature of the

Omnibus Objection; (b) inform claimants that their rights

may be affected by the Omnibus Objection and encourage them

to read the Omnibus Objection carefully; (c) identify the

deadline for filing and serving a Response and describe the

procedures to inform claimants that their Response must be

timely received by the appropriate parties and the

implications of failing to do so; (d) identify the date on

which a hearing may be held to address Omnibus Objections and related Responses; and (e) describe how a copy of a Claim, the Omnibus Objection and other pleadings filed in the chapter 11 cases may be obtained.  Although the Notice of Omnibus Objection generally will be in the form attached hereto, it may be tailored specifically to address issues specific to particular claimants and/or certain types of Omnibus Objections, where necessary or appropriate. Accordingly, the Debtors submit that the Omnibus Objection Procedures and related Notice of Omnibus Objection adequately protect claimants' due process rights and, thus, address the concerns that precipitated Bankruptcy Rule 3007, as amended.

### BASIS FOR RELIEF

**A.    Ample Authority Exists for Approval of the Omnibus Objection Procedures**

14.   A debtor may rebut a proof of claim by filing an objection in accordance with Bankruptcy Rule 3007.  See California State Board of Equalization v. Official Unsecured Creditor's Comm. (In re Fidelity Holding Co., Ltd.), 837 F.2d 696, 698 (5th Cir. 1988).  If the debtor rebuts a claim's presumptive validity, the burden then shifts back to the creditor who has the ultimate burden of persuasion with

8

Case 08-35653-KRH   Doc 3981   Filed 07/07/09   Entered 07/07/09 10:54:01   Desc Main
Document     Page 44 of 151

respect to the validity of the claim.  See, e.g., In re
Anderson, 349 B.R. 448 (E.D. Va. 2006); Carter Enterprises,
Inc. v. Ashland Specialty Co., Inc., 257 B.R. 797 (S.D. W.
Va. 2001).  Bankruptcy Rule 3007(c) provides that a debtor
can file objections to claims in accordance with Bankruptcy
Rule 3007(d) or as "ordered by the court."  Additionally,
the Court may rely on its general equitable powers to grant
the relief requested in this Motion pursuant to section
105(a) of the Bankruptcy Code, which empowers the Court to
"issue any order, process, or judgment that is necessary or
appropriate to carry out the provisions of [the Bankruptcy
Code]."  11 U.S.C. § 105(a); Canal Corp. v. Finnman (In re
Johnson), 960 F.2d 396, 404 (4th Cir.1992) ("the allowance
or disallowance of a claim in bankruptcy is a matter of
federal law left to the bankruptcy court's exercise of its
equitable powers.").

**B.    Approval of the Omnibus Objection Procedures
        Benefits Parties in Interest**

15.  The Local Rules do not set forth specific
guidelines for filing omnibus objections to proofs of claim.
Thus, the Debtors submit that it is appropriate for the
Court to approve the Omnibus Objection Procedures in light
of the number of Omnibus Objections the Debtors may file.

In addition to facilitating an efficient administration of the claims reconciliation process, the Omnibus Objection Procedures protect and preserve the value of the Debtors for the benefit of all creditors by reducing the costs and expenses that would otherwise be incurred if individual objections were filed for each Claim (or if omnibus objections were limited without the approval of the Omnibus Objection Procedures).  At the same time, the Omnibus Objection Procedures also afford substantial protection with respect to creditors' due process rights, providing all claimants with sufficient notice and an opportunity to be heard.

      **C.    The Omnibus Objection Procedures Are Consistent With Bankruptcy Rule 3007(c)**

      16.  Prior to the amendment to Bankruptcy Rule 3007, neither the Bankruptcy Code nor the Bankruptcy Rules addressed the exercise of omnibus objections to claims. Notwithstanding the facial limitations on the use of omnibus objections effected by the amendments to Bankruptcy Rule 3007, debtors are nonetheless still allowed to file omnibus objections to proofs of claim.  The drafters of the amendments specifically provided a mechanism by which debtors may request entry of an order approving tailored

claims objection procedures in Bankruptcy Rule 3007(c),
which provides, "unless otherwise ordered by the court or
permitted by subdivision [Bankruptcy Rule 3007(d) (the
omnibus claim objection provision)], objections to more than
one claim shall not be joined in a single objection."  Fed.
R. Bankr. P. 3007(c); see also 9 COLLIER ON BANKRUPTCY ¶
3007.03-05 (15 ed. rev. 2009).  Thus, while the requirements
of Bankruptcy Rule 3007(c) are mandatory if the omnibus
objection is being filed under Bankruptcy Rule 3007(d), they
are not explicitly required under Bankruptcy Rule 3007(c) if
the Bankruptcy Court "order[s] otherwise."

17.  The Omnibus Objection Procedures further request
authority to object to the Claims on grounds that are not
specifically listed in Bankruptcy Rule 3007(d).  Given the
ample due process protections and other safeguards proposed
in the Omnibus Objection Procedures, the Debtors should not
be limited to the grounds identified in Bankruptcy Rule
3007(d).

18.  The Omnibus Objection Procedures maintain the
requisite due process protections and embody the spirit of
the amendments.  Indeed, although an Omnibus Objection will
address multiple Claims, the Notice of Omnibus Objection is
individualized for each claimant affected by such Omnibus

11

Objection, clearly informing them of the Omnibus Objection and, more importantly, how to preserve their rights with respect thereto.  Thus, from the creditors' standpoint, they can easily determine if the Debtors are objecting to their Claims and on what grounds.

        **D.**    **The Omnibus Objection Procedures Provide for Adequate Notice and Service**

    19.  While Bankruptcy Rule 3007 describes the form of omnibus objections to proofs of claim, it does not address issues relating to notice and service.  As set forth in the Omnibus Objection Procedures, the Debtors propose to serve the Notice of Omnibus Objection (as well as the Omnibus Objection itself) on the party who signed the Claim form and any counsel of record who filed an appearance on behalf of such party in connection with these chapter 11 cases. Accordingly, the Debtors submit that the Omnibus Objection Procedures provide for adequate notice and appropriate service of process in accordance with the Bankruptcy Rules.

**CONCLUSION**

    20.  In light of the thousands of Claims filed in these cases, the claims resolution process can only be carried out in an efficient, cost effective manner if procedures are in place.  The proposed Omnibus Objection Procedures ensure the

efficient and fair resolution of the Claims.  Importantly, the Omnibus Objection Procedures are not intended to alter the substantive rights of creditors and, instead, provide parties in interest with transparency and predictability with respect to the resolution of the Claims.  No Claim subject to the Omnibus Objection Procedures will be disallowed, altered, reclassified or otherwise affected without a further order of this Court.  Accordingly, the Debtors believe the Omnibus Objection Procedures are fair and equitable and request that the Court approve the Omnibus Objection Procedures and Notice of Omnibus Objection.

## NOTICE

21.  Notice of this Motion has been provided to those parties entitled to notice under this Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures (Docket No. 130).  The Debtors submit that, under the circumstances, no other or further notice need be given.

## NO PRIOR REQUEST

22.  No prior motion for the relief requested herein has been made to this or any other court.

13

WHEREFORE, for the reasons set forth herein, the
Debtors respectfully request that the Court enter an order,
substantially in the form attached hereto as Exhibit A, (a)
approving the Omnibus Objection Procedures and the Notice of
Omnibus Objection and (b) granting such other and further
relief as is just and proper.

Dated: March 10, 2009
        Richmond, Virginia    SKADDEN, ARPS, SLATE, MEAGHER &
                              FLOM, LLP
                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000

                                   - and -

                              SKADDEN, ARPS, SLATE, MEAGHER &
                              FLOM, LLP
                              Chris L. Dickerson, Esq.
                              333 West Wacker Drive
                              Chicago, Illinois 60606
                              (312) 407-0700

                                   - and -

                              MCGUIREWOODS LLP

                               /s/ Douglas M. Foley
                              Dion W. Hayes (VSB No. 34304)
                              Douglas M. Foley (VSB No. 34364)
                              One James Center
                              901 E. Cary Street
                              Richmond, Virginia 23219
                              (804) 775-1000

                              Counsel for Debtors and Debtors
                              in Possession

14

**EXHIBIT A**
**PROPOSED ORDER**

Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                       One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
            Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - x


**ORDER ESTABLISHING OMNIBUS OBJECTION PROCEDURES
AND APPROVING THE FORM AND MANNER OF NOTICE OF OMNIBUS
OBJECTIONS**

Upon the motion (the "Motion")[1] of the above-captioned

debtors (collectively, the "Debtors") for the entry of an

order (the "Order") approving (a) procedures for filing

omnibus objections to Claims asserted in the above-captioned

---

[1]     Capitalized terms used but not otherwise defined herein shall have
the meanings set forth in the Motion.

cases (the "Omnibus Objection Procedures") and (b) the form
and manner of the notice of objections (the "Notice of
Omnibus Objection"); and it appearing that the relief
requested in the Motion is in the best interests of the
Debtors' estates, their creditors and other parties in
interest; the Court having jurisdiction to consider the
Motion and the relief requested therein pursuant to 28
U.S.C. §§ 157 and 1334; consideration of the Motion and the
relief requested therein being a core proceeding pursuant to
28 U.S.C. § 157(b); venue being proper before the Court
pursuant to 28 U.S.C. §§ 1408 and 1409; proper notice of the
Motion having been provided to all necessary and appropriate
parties, including pursuant to the Court's Order Pursuant to
Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002
and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1
Establishing Certain Notice, Case Management, and
Administrative Procedures entered by the Court on November
13, 2008, and no further notice being necessary; and after
due deliberation and sufficient cause appearing therefor, it
is hereby **ORDERED, ADJUDGED and DECREED** that

    1.   The Motion is granted in its entirety.

    2.   The Debtors are authorized to file Omnibus
Objections to the Claims pursuant to the Omnibus Objection

Procedures, substantially in the form annexed hereto as

Exhibit 1, which are hereby approved in their entirety.

3.   The Notice of Omnibus Objection, substantially in

the form annexed hereto as Exhibit 2, but which may be

modified from time to time, as necessary and appropriate, to

address issues specific to particular claimants and/or

certain types of Omnibus Objections, is hereby approved as

the form by which the Debtors shall provide notice to

claimants whose Claims are the subject of the applicable

Omnibus Objection.

4.   The Debtors' claims and noticing agent, Kurtzman

Carson Consultants LLC agent is authorized to take all

actions necessary to effectuate the relief granted pursuant

to this Order in accordance with the Motion.

5.   The terms and conditions of this Order shall be

immediately effective and enforceable upon its entry.

6.   The Court retains jurisdiction with respect to all

matters arising from or related to the implementation of

this Order.

DATED:   _____          _____
                                  UNITED STATES BANKRUPTCY COURT
                                  JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

      - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

      - and -

 /S/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

      Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                         /s/ Douglas M. Foley
                              Douglas M. Foley

**EXHIBIT B**
**OMNIBUS OBJECTION PROCEDURES**

Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.            Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &    MCGUIREWOODS LLP
FLOM, LLP                          One James Center
One Rodney Square                  901 E. Cary Street
PO Box 636                         Richmond, Virginia 23219
Wilmington, Delaware 19899-0636    (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - x


### PROCEDURES FOR FILING OMNIBUS OBJECTIONS TO CLAIMS

Pursuant to the Order Establishing Omnibus Objection
Procedures and Approving the Form and Manner of the Notice
of Omnibus Objections [Docket No. ____] (the "Order")[1] entered
by the Bankruptcy Court on [____], 2009, the Bankruptcy
Court approved these procedures for filing omnibus
objections to proofs of claims and requests for allowance
and payment of administrative expenses and/or cure claims
(collectively, the "Claims") in connection with the above-

---

[1] Capitalized terms used but not otherwise defined herein shall have the
meanings set forth in the Order.

captioned chapter 11 cases (the "Omnibus Objection Procedures").

**Omnibus Objection Procedures**

1.  **Form of Omnibus Objection**.  Omnibus Objections will be numbered consecutively, regardless of basis.

2.  **Number of Proofs of Claim per Omnibus Objection**. The Debtors may object to no more than 500 Claims per Omnibus Objection.

3.  **Grounds for Omnibus Objection**.  The Debtors may object to the Claims on any grounds.

4.  **Supporting Documentation**. To the extent appropriate, Omnibus Objections may be accompanied by an affidavit or declaration that states that the affiant or the declarant has reviewed the Claims included therein and applicable supporting information and documentation provided therewith, made reasonable efforts to research the Claim on the Debtors' books and records and believes such documentation does not provide prima facie evidence of the validity and amount of such Claims.

5.  **Claims Exhibits**.  An exhibit listing the Claims that are subject to the Omnibus Objection will be attached to each Omnibus Objection. Each exhibit will only contain those Claims to which there is a common basis for the Omnibus Objection.  Claims for which there is more than one basis for an Omnibus Objection will be referenced on each applicable exhibit. Each exhibit will include, among other things, the following information: (a) an alphabetized list of the claimants whose Claims are the subject of the Omnibus Objection; (b) the claim numbers of the Claims that are the subject of the Omnibus Objection; (c) the grounds for the objections that are the subject of the Omnibus Objection; and (d) a reference to the exhibit of the Omnibus Objection in which the ground(s) for the objection is discussed. Where applicable, additional information may be included in the exhibits, including: for Claims that the Debtors seek to reclassify, the proposed classification of such claims; for Omnibus Objections in which the Debtors seek to reduce the amount of Claims, the proposed reduced claim amount; and for Claims that the Debtors propose to be surviving claims where related claims will be disallowed the surviving claim.

2

6.   **Omnibus Objection Notice**.  Each Omnibus Objection will be accompanied by a notice of such Omnibus Objection (each, a "Notice") in substantially the form attached to the Order as <u>Exhibit 2</u>.  The Notice will, among other things: (a) describe the basic nature of the Omnibus Objection; (b) inform claimants that their rights may be affected by the Omnibus Objection and encourage them to read the Omnibus Objection carefully; (c) identify a response date and describe the procedures for filing a written response (each, a "Response") to the Omnibus Objection; (d) identify a hearing date, if applicable, and related procedures; and (e) describe how Claims, the Omnibus Objection and other pleadings in the chapter 11 cases may be obtained. Although the Notice generally will be in the form attached hereto, it may be tailored specifically to address particular claimants or types of Omnibus Objections.

7.   **Status Hearings**.  Status hearings for all Claims for which timely responses are filed will be held on scheduled omnibus hearing dates.  Unless otherwise notified, no claimants will need to appear at the status hearings on the Omnibus Objections.  If an evidentiary hearing is necessary, claimants will be provided a separate notice of hearing.

8.   **Order if No Response**.  The Debtors may submit an order to the Bankruptcy Court sustaining each Omnibus Objection to Claims for which the Debtors did not receive a timely Response without further notice to such claimants. The Debtors may submit an order for Claims in an Omnibus Objection to which no response is filed, even if there are Responses to certain Claims objected to in such Omnibus Objection.

9.   **Each Objection Is a Contested Matter**.  Each Claim subject to an Omnibus Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

<u>**Requirements For All Responses To Objections**</u>

Parties who disagree with the request sought in an Omnibus Objection are required to file a Response in accordance with the procedures set forth herein.  If a

claimant whose Claim is subject to an Omnibus Objection does not file and serve a Response in compliance with the procedures below, the Bankruptcy Court may sustain the Omnibus Objection with respect to such Claims without further notice to the claimant.

    1.   **Contents**.  Each Response must contain the following (at a minimum):

        a.   a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Omnibus Objection to which the Response is directed;

        b.   the claimant's name and an explanation for the amount of the claim;

        c.   a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection, including, without limitation, the specific factual and legal bases upon which the claimant will rely in opposing the Omnibus Objection;

        d.   a copy of any other documentation or other evidence of the claim, to the extent not already included with the Claim, upon which the claimant will rely in opposing the Omnibus Objection at the hearing;

        e.   a declaration of a person with personal knowledge of the relevant facts that support the Response; and

        f.   the claimant's name, address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Addresses").  If a Response contains Notice Addresses that are different from the name and/or address listed on the Claim, the Notice Addresses will control and will become the service address for future

4

service of papers with respect to all of the
claimant's Claims listed in the Omnibus
Objection (including all Claims to be
disallowed and the surviving Claims) and only
for those Claims in the Omnibus Objection.

2.    **Additional Information**.  To facilitate a
resolution of the Omnibus Objection, the Response should
also include the name, address, telephone number, facsimile
number, and electronic mail address of the party with
authority to reconcile, settle or otherwise resolve the
Omnibus Objection on the claimant's behalf (the "Additional
Addresses").  Unless the Additional Addresses are the same
as the Notice Addresses, the Additional Addresses will not
become the service address for future service of papers.

3.    **Failure to Timely File a Response**.  If the
claimant fails to file and serve a Response on or before the
Response Deadline in compliance with the procedures set
forth herein, the Debtors will present to the Bankruptcy
Court an appropriate order granting the relief requested in
the Omnibus Objection without further notice to the
claimant.

4.    **Service of the Response**.  A written Response to an
Omnibus Objection, consistent with the requirements
described herein and in the Notice, will be deemed timely
filed only if the Response is actually received on or before
the deadline to respond by the Bankruptcy Court.  A written
Response to an Omnibus Objection, consistent with the
requirements described herein and in the Notice, will be
deemed timely served only if a copy of the Response is
actually received on or before the deadline to respond
(which deadline will be clearly set forth in the Notice) by
the following parties:

```
SKADDEN, ARPS, SLATE, MEAGHER  MCGUIREWOODS LLP
& FLOM, LLP                    One James Center
One Rodney Square              901 E. Cary Street
PO Box 636                     Richmond, VA 23219
Wilmington, DE 19899-0636      Attn: Dion W. Hayes
Attn: Gregg M. Galardi         Attn: Douglas M. Foley
Attn: Ian S. Fredericks

          - and -

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn:  Chris L. Dickerson
```

    5.   **<u>Reservation of Rights</u>**.  Nothing in the Notice or the Omnibus Objection will constitute a waiver of the right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against the claimant of the Debtors. Unless the Bankruptcy Court allows a Claim or specifically orders otherwise, the Debtors have the right to object on any grounds to the Claims (or to any other Claims or causes of action filed by a claimant or that have been scheduled by the Debtors) at a later date.  In such event, the respective claimant will receive a separate notice of any such objections.

**EXHIBIT C**
**FORM OF NOTICE**

Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - x

**NOTICE OF THE DEBTORS'
[    ] OMNIBUS OBJECTION TO CLAIMS**

**PLEASE TAKE NOTICE THAT** the above-captioned Debtors
(the "Debtors") filed the Debtors' [_____] Omnibus Objection
to Claim (the "Omnibus Objection") with the Bankruptcy
Court.  A copy of the Omnibus Objection is attached to this
notice (this "Notice") as Exhibit 1.  By the Omnibus
Objection, the Debtors are seeking to disallow Claims (as
defined herein) on the ground that the Claims are:
[_____]

**PLEASE TAKE FURTHER NOTICE THAT** on [_____], 2009, the
Bankruptcy Court entered the Order Establishing Omnibus

Objection Procedures and Approving the Form and Manner of
the Notice of Omnibus Objections (Docket No. ___) (the
"Order"), by which the Bankruptcy Court approved procedures
for filing omnibus objections to proofs of claim and
requests for allowance and payment of administrative
expenses and/or cure claims (collectively, the "Claims") in
connection with the above-captioned chapter 11 cases (the
"Omnibus Objection Procedures").

Specifically, the Omnibus Objection seeks to disallow
claims, including your claim(s), listed below in the "Claim
to Be Disallowed" row but does not seek to alter your claim
listed below in the "Surviving Claim" row.

| TO: | | Claim Number | Claim Amount | Reference Objection |
|---|---|---|---|---|
| [Claimant Name] [Claimant Address] | Claim to Be Disallowed | | | |
| | Surviving Claim | | | |

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF
CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF
THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE
SUBJECT TO THE OBJECTION.  YOUR RIGHTS MAY BE AFFECTED BY
THE OBJECTION.  THEREFORE, YOU SHOULD READ THIS NOTICE
(INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY
AND DISCUSS THEM WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN
ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF
THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT
OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A
WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH
THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY
WITHIN 30 DAYS OF THE SERVICE OF THIS OBJECTION, THE COURT
MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION CONCEDED
AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A
HEARING.**

**Critical Information for Claimants
Choosing to File a Response to the Omnibus Objection**

<u>Who Needs to File a Response</u>:  If you oppose the disallowance of your claim(s) listed above and if you are unable to resolve the Omnibus Objection with the Debtors before the deadline to object, then you must file and serve a written response (the "Response") to the Omnibus Objection in accordance with this Notice.

If you do not oppose the disallowance of your claim(s) listed above, then you do not need to file a written Response to the Omnibus Objection and you do not need to appear at the hearing.

Response Deadline: The Response Deadline is **4:00 p.m. (Eastern Time) on [    ], 2009 (the "Response Deadline")**.

THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED <u>AND</u> RECEIVED BY THE RESPONSE DEADLINE.

Your Response will be deemed timely filed only if the Response is **<u>actually</u> <u>received</u>** on or before the Response Deadline by the Bankruptcy Court at the following address:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Debtors' attorneys:

```
SKADDEN, ARPS, SLATE, MEAGHER   MCGUIREWOODS LLP
& FLOM, LLP                     One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, VA 23219
Wilmington, DE 19899-0636       Attn: Dion W. Hayes
Attn: Gregg M. Galardi          Attn: Douglas M. Foley
Attn: Ian S. Fredericks
```

                    - and –

```
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn:  Chris L. Dickerson
```

     The status hearing on the Omnibus Objection will be held at **[    ] a.m./p.m. prevailing Eastern Time on [            ], 2009 at:**

United States Bankruptcy Court
701 East Broad Street – Courtroom 5100
Richmond, Virginia 23219

     If you file a timely Response, in accordance with the Omnibus Objection Procedures, you do not need to appear at the status hearing on the Omnibus Objection.

**Procedures for Filing a Timely Response
and Information Regarding the Hearing on the Omnibus
Objection**

     **Contents**.  Each Response must contain the following (at a minimum):

1. a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Omnibus Objection to which the Response is directed;

2. the claimant's name and an explanation for the amount of the claim;

3.    a concise statement setting forth the reasons why
the Bankruptcy Court should not sustain the
Omnibus Objection, including, without limitation,
the specific factual and legal bases upon which
the claimant will rely in opposing the Omnibus
Objection;

4.    a copy of any other documentation or other
evidence of the claim, to the extent not already
included with the Claim, upon which the claimant
will rely in opposing the Omnibus Objection at the
hearing;

5.    a declaration of a person with personal knowledge
of the relevant facts that support the Response;
and

6.    your name, address, telephone number and facsimile
number and/or the name, address, telephone number
and facsimile number of your attorney and/or
designated representative to whom the attorneys
for the Debtors should serve a reply to the
Response, if any (collectively, the "Notice
Addresses").  If a Response contains Notice
Addresses that are different from the name and/or
address listed on the Claim, the Notice Addresses
will control and will become the service address
for future service of papers with respect to all
of your Claims listed in the Omnibus Objection
(including all Claims to be disallowed and the
surviving claims) and only for those Claims in the
Omnibus Objection.

**Additional Information**.  To facilitate a resolution of
the Omnibus Objection, your Response should also include the
name, address, telephone number and facsimile number of the
party with authority to reconcile, settle or otherwise
resolve the Omnibus Objection on the claimant's behalf (the
"Additional Addresses").  Unless the Additional Addresses
are the same as the Notice Addresses, the Additional
Addresses will <u>not</u> become the service address for future
service of papers.

**Failure to File Your Timely Response**.  If you fail to
file and serve your Response on or before the Response
Deadline in compliance with the procedures set forth in this

Notice, the Debtors will present to the Bankruptcy Court an appropriate order granting the relief requested in the Omnibus Objection <u>without further notice</u> to you.

**Each Objection Is a Contested Matter**. Each Claim subject to an Omnibus Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

<u>**Additional Information**</u>

**Requests for Information**.  You may also obtain a copy of the Omnibus Objection or related documents on the internet, by accessing the website of the Debtors at <u>www.kccllc.net/circuitcity</u>.

**Reservation of Rights**.  Nothing in this Notice or the Omnibus Objection constitutes a waiver of the Debtors' right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you of the Debtors.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Debtors have the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date.  In such event, you will receive a separate notice of any such objections.

Dated: March __, 2009
       Richmond, Virginia    SKADDEN, ARPS, SLATE, MEAGHER &
                            FLOM, LLP
                            Gregg M. Galardi, Esq.
                            Ian S. Fredericks, Esq.
                            P.O. Box 636
                            Wilmington, Delaware 19899-0636
                            (302) 651-3000

                                  - and -

                            SKADDEN, ARPS, SLATE, MEAGHER &
                            FLOM, LLP
                            Chris L. Dickerson, Esq.
                            333 West Wacker Drive
                            Chicago, Illinois 60606
                            (312) 407-0700

                                  - and -

                            MCGUIREWOODS LLP

                            _____
                            Dion W. Hayes (VSB No. 34304)
                            Douglas M. Foley (VSB No. 34364)
                            One James Center
                            901 E. Cary Street
                            Richmond, Virginia 23219
                            (804) 775-1000

                            Counsel for Debtors and Debtors
                            in Possession

\7896527.1

# EXHIBIT F

Circuit City Stores, Inc.
Twelfth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 11144 | $0.00 | BERNABE, ANTONIO C | | MELQUIADES CAMPOS 2182 | | | GUADALAJARA JAL | MX | 44700 | MEXICO |
| 5966 | $0.00 | ADAMS, BOBBY | | 12266 CASERO CT | | | SAN DIEGO | CA | 92128-2723 | USA |
| 11184 | $317,664.00 | ADAMS, PRESLEY | | 3220 N SAFFRON | | | MESA | AZ | 85215 | USA |
| 6745 | $35,056.32 | AGUILLON, SHERI L | | 5611 E MISSION SPACE 6 | | | ONTARIO | CA | 91762 | USA |
| 9349 | $0.00 | Albert C Chung | | 330 Jorgensen Dr | | | Pittsburg | CA | 94565 | USA |
| 8194 | $49,822.92 | Alexa, Dennis P | | 62 RT6N | | | Mahopac | NY | 10541 | USA |
| 6655 | $0.00 | Alice G Givens | | 88 Leonard St Apt 426 | | | New York | NY | 10013 | USA |
| 8873 | $49,000.00 | ALLEN, DEVARON | | 1621 S IDALIA CIR NO H | | | AURORA | CO | 80017 | USA |
| 10751 | $100,000.00 | ALSTON, HENRY | | 2221 MADISON AVE | | | NEWPORT NEWS | VA | 23607-0000 | USA |
| 10751 | $100,000.00 | ALSTON, HENRY | Alston, Henry | | 1129 78th St | | Newport News | VA | 23605-0000 | USA |
| 2535 | $109.18 | ALVAREZ, ALEEZA | | 15222 55TH DR SE | | | EVERETT | WA | 98208 | USA |
| 12567 | $0.00 | ANDERSON, ETHEL | | 270 IRENE ST | | | BAKERSFIELD | CA | 93305 | USA |
| 12567 | $0.00 | ANDERSON, ETHEL | Anderson Ethel | | 2725 Driller Ave | | Bakersfield | CA | 93306 | USA |
| 10538 | $0.00 | ANDREWS, CHARLANDRA | | 7540 MARIETTA LANE | | | DALLAS | TX | 75241 | USA |
| 7325 | $0.00 | ANDREWS, RHEA | | 9765 ALBURTIS AVE NO 132 | | | SANTA FE SPRING | CA | 90670 | USA |
| 7248 | $48,870.00 | APPLEBY, ROBERT J | | 14320 WINTER RIDGE LANE | | | MIDLOTHIAN | VA | 23113 | USA |
| 6496 | $0.00 | ARANA, CESAR | | 6823 SW 130 AVE | | | MIAMI | FL | 33183 | USA |
| 9338 | $0.00 | ARENSMEYER, MARK A | | 2004 WEST CAVENDISH CT | | | ALPHARETTA | GA | 30022 | USA |
| 10763 | $10,000.00 | AVENT, BADR | | 1316 N 58TH ST | | | PHILADELPHIA | PA | 19131-0000 | USA |
| 8804 | $0.00 | BABILON, LEE R | | 5001 HICKORY PK DR APT 326 | | | GLEN ALLEN | VA | 23059 | USA |
| 8804 | $0.00 | BABILON, LEE R | Leora Cicco | | 5001 Hickory Park Dr Apt 326 | | Glen Allen | VA | 23059 | USA |
| 10458 | $0.00 | BARBER, TERRI | | 8406 ROBERT E LEE DRIVE | | | SPOTSYLVANIA | VA | 22553-3505 | USA |
| 7437 | $165.35 | BARKER, GENA BOURNE | | 6067 ELKO RD | | | SANDSTON | VA | 23150 | USA |
| 9911 | $0.00 | BEAN, HERBERT F | | 12821 MULHOLLAND DRIVE | | | BEVERLY HILLS | CA | 90210 | USA |
| 5975 | $0.00 | Bennett, Constance Leigh | | 1227 C Gaskins Rd | | | Henrico | VA | 23238 | USA |
| 8404 | $1,437.00 | BENSON, SCOTT | | 925 JOHNSON ST | | | MOSCOW | ID | 838433968 | USA |
| 8404 | $1,437.00 | BENSON, SCOTT | Scott Benson | | 411 N Almon No 207 | | Moscow | ID | 83843 | USA |
| 3822 | $0.00 | BESANKO, BRUCE H | | 191 FARMINGTON RD | | | LONGMEADOW | MA | 01106 | USA |
| 8456 | $5,000.00 | BLALOCK, SHELIA | | 2179 SERENITY DR | | | ACWORTH | GA | 30101 | USA |
| 8468 | $171,597.07 | BORGLIN, CHRISTOPHER E | | 620 WISTERIA WALK WAY | | | FORT MILL | SC | 29715 | USA |
| 8468 | $171,597.07 | BORGLIN, CHRISTOPHER E | Lisa Taylor Hudson Esq | Sands Anderson Marks & Miller PC | PO Box 1998 | | Richmond | VA | 23218 | USA |
| 6862 | $30,749.40 | BOWDEN, DIANE | | 1424 NATIONAL ST | | | RICHMOND | VA | 23231 | USA |
| 7694 | $829.58 | BRADEN, DONALD | | 421 E RIDGES DRIVE | | | CHUCKEY | TN | 37641 | USA |
| 7695 | $829.58 | BRADEN, DONALD | | 421 E RIDGES DR | | | CHUCKEY | TN | 37641 | USA |
| 8844 | $4,000.00 | BREEN, KEVIN F | | 45321 CORTE PROGRESO | | | TEMECULA | CA | 92592 | USA |
| 8377 | $0.00 | BRENTS, WILLIAM | | 5114 VALIANT DRIVE NO 4 | | | LOUISVILLE | KY | 40216 | USA |
| 6278 | $77,589.60 | BRYANT, KIMBERLY | | 809 SINCLAIR CT | | | REDLANDS | CA | 92374 | USA |
| 3394 | $120,000.00 | BURGER, DENNIS E | | 611 44TH ST W | | | BRADENTON | FL | 34209 | USA |
| 9864 | $0.00 | BURNO, SHIRLEY | | 1358 FRESHET CT | | | RICHMOND | VA | 23231 | USA |
| 7687 | $329.98 | BYARS, BARBARA | | 16030 RUFFIN LANE | | | AMELIA | VA | 23002 | USA |
| 9216 | $4.00 | CAMACHO, ANTHONY | | 9608 TWEEDY LANE | | | DOWNEY | CA | 90240 | USA |

First Class Mail

Circuit City Stores, Inc.
Twelfth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 8858 | $1.00 | CAMACHO, FREDDY | | 9608 TWEEDY LN | | | DOWNEY | CA | 90240 | USA |
| 10052 | $0.00 | CANSECO, IRENE | | 6630 PRENTISS DR | | | SACRAMENTO | CA | 95823 | USA |
| 9259 | $1.00 | CARBONEL, AARON W | | 3109 SEACREST AVE NO C4 | | | MARINA | CA | 93933 | USA |
| 8011 | $11,103.84 | CARP, MATTHEW L | | 31933 CONSTELLATION DR | | | SUN CITY | CA | 92586 | USA |
| 8643 | $0.00 | CARR, KENNETH | | 1242 RED DANDY DR | | | ORLANDO | FL | 32818 | USA |
| 6471 | $240,000.00 | CASTRO, EDWARD | | 3808 PIPELINE | | | NO LAS VEGAS | NV | 89032 | USA |
| 9543 | $0.00 | Cheryl R Jennings | | 979 Manakin Rd | | | Midlothian | VA | 23113 | USA |
| 9130 | $214.03 | CHUNG ALBERT | | 330 JORGENSEN DR | | | PITTSBURG | CA | 94565 | USA |
| 10797 | $0.00 | CLAYTON, MARGARET | | 420 KYLE RD | | | WINSTON SALEM | NC | 27104 | USA |
| 7251 | $0.00 | CLEMENTS KYLE E | | 2376 HAMPDEN ROW | | | ROCKVILLE | VA | 23146 | USA |
| 10333 | $0.00 | CLOW, DONNA L | | 605 PEARL CIRCLE | | | SUSANVILLE | CA | 96130 | USA |
| 6189 | $0.00 | COCHRAN, JOHN | | 13301 WEST 138TH ST | | | OVERLAND PARK | KS | 66221 | USA |
| 7798 | $50.92 | COLEMAN, CHANTE C | | 25 PATRICIA LANE | | | SICKLERVILLE | NJ | 08081 | USA |
| 8213 | $125,967.60 | COLLIER, LOID | | 3000 DELMAR AVE | | | BALTIMORE | MD | 21219 | USA |
| 11051 | $0.00 | CONWAY, RYAN | | 1013 FRANCISCO RD | | | RICHMOND | VA | 232296637 | USA |
| 6424 | $55,228.80 | CORDERO, JUAN M | | 7612 CUNNINGHAM ST | | | HIGHLAND | CA | 92346 | USA |
| 7908 | $193.34 | COULSON, JOSEPH E | | 6909 EAST COUNTY RD 500 SOUTH | | | MUNCIE | IN | 47302 | USA |
| 7748 | $77,368.20 | CRANE, BRENDA | | 1707 CLASSEN ST | | | BAKERSFIELD | CA | 93312 | USA |
| 10367 | $0.00 | CRAVER JOAN | | 4136 MT OLNEY LANE | | | OLNEY | MD | 20832 | USA |
| 11339 | $45,635.00 | CRENSHAW JACKIE C | | 1240 GRAND BLVD | | | BIRMINGHAM | AL | 35214 | USA |
| 11425 | $0.00 | CROOKS, JAMES | | 3796 UNIVERSITY ST | | | PACE | FL | 32571 | USA |
| 9040 | $0.00 | CUNNINGHAM, MICHAEL | | 3140 RADIANCE RD | | | LOUISVILLE | KY | 40220 | USA |
| 2139 | $0.00 | CUTSHALL, MARTIN | | 8717 SE MONTEREY AVE NO 307 | | | PORTLAND | OR | 97266 | USA |
| 10315 | $0.00 | DANIELS, ROBERT | | 63 VINE ST | | | NEW BRITTAIN | CT | 06052 | USA |
| 6282 | $0.00 | DARLING, NANCY A | | 805 EAST TOLEDO ST | | | BROKEN ARROW | OK | 74012 | USA |
| 6116 | $0.00 | DASH, CHRISTINA | | 259 44 149 RD | | | ROSEDALE | NY | 11422 | USA |
| 7782 | $140,301.50 | DECAMPS, REBECCA | | 8963 WISHART RD | | | RICHMOND | VA | 23229 | USA |
| 7782 | $140,301.50 | DECAMPS, REBECCA | Lisa Taylor Hudson Esq | Sands Anderson Marks & Miller PC | PO Box 1998 | | Richmond | VA | 23218 | USA |
| 10097 | $17,001.36 | DEEGAN JOHN K | | 871 JORDAN AVE | | | SEBASTIAN | FL | 32958 | USA |
| 10688 | $0.00 | DEMELLO MARGUERITE C | | 35278 CORNWALL PLACE | | | NEWARK | CA | 94560 | USA |
| 9997 | $450,000.00 | DEMME, ROBERT | | 5339 ANACALA COURT | | | WESTERVILLE | OH | 43082 | USA |
| 9651 | $100,000.00 | DEPUTY, BOB | | 1915 E BROADWAY NO 5 | | | LONG BEACH | CA | 90802-3960 | USA |
| 6275 | $0.00 | DIERKER, RAY | | 172 ELDORADO DR | | | ST PETERS | MO | 63376 | USA |
| 5965 | $0.00 | DIERKER, SHIRLEE | | 172 ELDORADO DR | | | ST PETERS | MO | 63376 | USA |
| 10702 | $13,098.45 | Dixon A Caldwell | | PO Box 11 | | | Overbrook | OK | 73493 | USA |
| 9677 | $0.00 | DOMINGUEZ, THERESA A | | 5808 EUGENE AVE | | | LAS VEGAS | NV | 89108 | USA |
| 6384 | $0.00 | DOTY, JEFF | | 1119 VALERIE WAY | | | SANTA ROSA | CA | 95407 | USA |
| 10610 | $0.00 | DOUAY, FREDERIC | | 840 BOOM RD UNIT L | | | BERRYVILLE | VA | 22611 | USA |
| 8517 | $10,235.00 | DOWNS, DEBORAH B | | 12312 MELCROFT PL | | | GLEN ALLEN | VA | 23059 | USA |
| 2472 | $5,000.00 | DUNCAN, MAURIZIO | | 517 CASSELL RD | | | LIBERTY | SC | 29657 | USA |
| 7717 | $100,000.00 | EGNEW, REBECCA | | 10666 WRANGLER WAY | | | CORONA | CA | 92883 | USA |
| 11345 | $0.00 | ELLSWORTH, MICHAEL | | 13443 WHITECHURCH CIRCLE | | | GERMANTOWN | MD | 20874 | USA |
| 10689 | $0.00 | ELOISE G GRAVELY | GRAVELY ELOISE G | 1910 N 20TH ST | | | RICHMOND | VA | 23223-3932 | USA |
| 8466 | $51,962.11 | EPPS, HILTON E | | 3119 GLENOA RD | | | RICHMOND | VA | 23223 | USA |
| 8466 | $51,962.11 | EPPS, HILTON E | Lisa Taylor Hudson Esq | Sands Anderson Marks & Miller PC | PO Box 1998 | | Richmond | VA | 23218 | USA |

Circuit City Stores, Inc.
Twelfth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 6201 | $5,900.00 | ETTER, MARY L | | 4718 VALLEY OVERBROOK DRIVE | NO 103 | | MIDLOTHIAN | VA | 23112 | USA |
| 9257 | $8,000.00 | FARMER, GLYNN | | 4607 ISLETA BLVD SW | | | ALBUQUERQUE | NM | 87105 | USA |
| 7455 | $122.75 | FLOWERS, DONALD | | 24251 BRANCHWOOD COURT | | | LUTZ | FL | 33559 | USA |
| 7634 | $120,000.00 | FOURNIER, DANIEL | | 520 PIBERON COVE RD | | | LONGWOOD | FL | 32750 | USA |
| 10499 | $5,660.40 | FRANCISSEN, TAMMIE | | 540 CRESTMONT LANE | | | CANTON | GA | 30114 | USA |
| 10050 | $0.00 | FRANCOIS J BLANCHARD | BLANCHARD FRANCOIS J | 8446 NW 201 TER | | | MIAMI | FL | 33015 | USA |
| 11427 | $388,800.00 | FRANK, ROBERT | | 8356 OLD PHILADELPHIA RD | | | BALTIMORE | MD | 21237 | USA |
| 7331 | $0.00 | GALLEY, DONALD | | 2330 E LOG LK RD NE | | | KALKASKA | MI | 49646 | USA |
| 7331 | $0.00 | GALLEY, DONALD | Donald Galley | | 2654 E Log Lk Rd NE | | Kalkaska | MI | 49646 | USA |
| 10750 | $100,000.00 | GARRETT JANETTE | | 7039 SCHWAB DRIVE | | | PENSACOLA | FL | 32504-0000 | USA |
| 7260 | $0.00 | GEE, MICHELLE | | 5933 OAKLAND PARK DR | | | BURKE | VA | 22015 | USA |
| 8323 | $4,819.00 | GELLING, R M | | 355 BERENGER WALK | | | WELLINGTON | FL | 33414 | USA |
| 9334 | $47,928.96 | GIBSON, ANTHONY | | 12670 TABLE ROCK LANE | | | VICTORVILLE | CA | 92392 | USA |
| 9334 | $47,928.96 | GIBSON, ANTHONY | Anthony Gibson | | 5725 Daybreak Dr Apt C | | Mira Loma | CA | 91752 | USA |
| 7685 | $1,387.91 | GIUFFRIDA, PETER | | 12224 COUNTRY HILLS TERR | | | GLEN ALLEN | VA | 23059 | USA |
| 10717 | $0.00 | GIVEN, JULIA | | 432 EDNAM DR | | | CHARLOTTESVLE | VA | 22903-4716 | USA |
| 6240 | $0.00 | GLASS, JAMES | | 140 MEADOW DR | | | GLASGOW | KY | 42141 | USA |
| 9355 | $2,518.00 | GOMEZ, RICARDO R | | 4601 40TH | | | LUBBOCK | TX | 79414 | USA |
| 2110 | $9,007.02 | GORDON, LARRY | | 12140 PINHOOK RD | | | ROCKVILLE | VA | 23146 | USA |
| 11296 | $60,000.00 | GOTTSCHALL, CONSTANCE | | 317 N IRMA ST | | | VISALIA | CA | 93292 | USA |
| 8737 | $30,000.00 | GRANEY, ELIZABETH | | 522 UNIVERSITY DR | | | WALDORF | MD | 20602 | USA |
| 10571 | $113.47 | GRAVELY ELOISE G | | 1910 N 20TH ST | | | RICHMOND | VA | 23223 | USA |
| 11204 | $113.47 | GRAVELY, ELOISE G | | 1910 N 20TH ST | | | RICHMOND | VA | 23223 | USA |
| 6863 | $0.00 | GRAY BARBARA M | | 5618 FIRESTONE DRIVE | | | PACE | FL | 32571 | USA |
| 9892 | $10,000.00 | GRENIER, MARC | | 5703 CALEDONIA CT | | | FREDERICKSBURG | VA | 22407 | USA |
| 9612 | $79,915.00 | GRUCE, ELIZABETH | | 11687 BLUE GRASS RD | | | YUCAIPA | CA | 92399 | USA |
| 9512 | $0.00 | HAIRFIELD CLIFTON | | 971 MANAKIN RD | | | MIDLOTHIAN | VA | 23113 | USA |
| 9514 | $0.00 | HAIRFIELD JR, CLIFTON E | | 971 MANAKIN RD | | | MIDLOTHIAN | VA | 23113 | USA |
| 2935 | $414.19 | HARKINS, JAMES | | 146 BELLINGHAM AVE | | | REVERE | MA | 02151 | USA |
| 9748 | $500.00 | HARP, GARY | | 13723 SOUTHLINE | | | SUGAR LAND | TX | 77478 | USA |
| 10359 | $0.00 | Helton, Carol M | | 3937 New Kent Hwy | | | Quinton | VA | 23141 | USA |
| 7343 | $0.00 | HENDERSON ANGELA L | | 121 HIGHLAND CT | | | JACKSONVILLE | NC | 28540 | USA |
| 10035 | $168,000.00 | HENDERSON, LEAH | | PO BOX 593 | | | ASHLAND | VA | 23005 | USA |
| 6174 | $0.00 | HERSKOVITS, MICHAEL | | 37 NORTH AVE | | | PROVIDENCE | RI | 02906 | USA |
| 6693 | $470.37 | HERTER, JOSEPH R | | 32540 YAHNKE RD | | | BURLINGTON | WI | 53105 | USA |
| 10096 | $0.00 | HICKS, GENE | | 102 KISCH DR | | | WILLIAMSTON | SC | 29697 | USA |
| 6767 | $0.00 | HILL, KEN | | 4416 WHITECAP RD | | | MARIETTA | GA | 30066 | USA |
| 9595 | $0.00 | HILLIARD, MARK | | 2137 HARRELL AVE | | | DALLAS | TX | 75203 | USA |
| 11041 | $65,760.00 | HOFFMAN, PAUL C | | 7994 PLEASANT OAK DR | | | WALKERSVILLE | MD | 21793-0000 | USA |
| 6485 | $0.00 | HOLLOWAY, JOYCE | | 311 LEE COURT | | | HIGHLAND SPRINGS | VA | 23075 | USA |
| 6720 | $93.54 | HOLM MARY E | | 219 NOTTINGHAM DRIVE | LOT NO 182 | | GREENVILLE | TX | 75401-8319 | USA |
| 9352 | $92,160.00 | HOURIHAN, MICHAEL | | 1110 OXFORD DR | | | CONYERS | GA | 30013 | USA |
| 2235 | $10,000.00 | HOWARD, STEVEN | | 4700 CHOWEN | | | MINNEAPOLIS | MN | 55410 | USA |

Circuit City Stores, Inc.
Twelfth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 8899 | $1.00 | HRUBY, RONALD W | | 105 W HERNDON AVE NO 73 | | | FRESNO | CA | 93650 | USA |
| 6053 | $0.00 | HUDSON, DONALD | | 5857 BROOKSTONE WALK NW | | | ACWORTH | GA | 30101 | USA |
| 11088 | $0.00 | HUGHES, NICOLE S | | 7066 RIVER VALLEY RD | | | MECHANICSVILLE | VA | 23111 | USA |
| 6225 | $168,750.00 | HUNTER, BROVIEL | | PO BOX 8632 | | | REDLANDS | CA | 92375 | USA |
| 2714 | $3.60 | IBANEZ, DAVID | IBANEZ DAVID | 1325 N BRIARGATE LN | | | COVINA | CA | 91722-2160 | USA |
| 2714 | $3.60 | IBANEZ, DAVID | IBANEZ, DAVID | | 1325 N BRIARGATE LN | | COVINA | CA | 91722-2160 | USA |
| 2717 | $0.00 | IBANEZ, DAVID | | 1325 N BRIARGATE LN | | | COVINA | CA | 91722-2160 | USA |
| 7117 | $0.00 | INGMAN,  JOHN | | 321 RUTH BLVD | | | LONGWOOD | FL | 32750 | USA |
| 3398 | $0.00 | JACKSON,  MILES E | | 23309 VERA ST | | | WARRENSVILLE HEIGHTS | OH | 44128 | USA |
| 10271 | $0.00 | JACKSON, FRANK | | 5241 BROWNWOOD COURT | | | FAYETTEVILLE | NC | 28303 | USA |
| 6814 | $6,404.00 | Jason R Fox | | 22406 E Roxbury Pl | | | Aurora | CO | 80016 | USA |
| 6051 | $0.00 | JENKINS, ROBERT | | 8033 CORAL MEADOW | | | CONVERSE | TX | 78109 | USA |
| 7279 | $0.00 | JOHNSON, SUSAN | | 13056 BROOKSIDE LANE NORTH | | | ROGERS | MN | 55374 | USA |
| 10810 | $0.00 | JOHNSTON, JOHN E | | 8879 JEREMY RANCH RD | | | PARK CITY | UT | 84098-0000 | USA |
| 8911 | $0.00 | JONES CHARLES E | | 12048 CADY LANE | | | HANOVER | VA | 23069 | USA |
| 9311 | $0.00 | JONES, LAURIE | | 12048 CADY LANE | | | HANOVER | VA | 23069-1622 | USA |
| 6362 | $18,000.00 | JONES, PHILLIP | | 25241 CONRAD COURT | | | DAMASCUS | MD | 20872 | USA |
| 7483 | $0.00 | KERR, PERRY | | 145 GONEAWAY LANE | | | CLEVELAND | NC | 27013 | USA |
| 7486 | $0.00 | KERR, PERRY J | KERR PERRY J | 145 GONEAWAY LN | | | CLEVELAND | NC | 27013-8750 | USA |
| 9940 | $9,500.00 | KIMBERLIN, RANDY | | 7666 MARYWOOD | | | NEWBURGH | IN | 47630 | USA |
| 9941 | $120,000.00 | KIMBERLIN, RANDY F | | 7666 MARYWOOD | | | NEWBURGH | IN | 47630 | USA |
| 10078 | $0.00 | KING, GENEVIEVE | | 9942 ARDASH LANE | | | SAN ANTONIO | TX | 78250 | USA |
| 6893 | $0.00 | KNABB, GEORGE | | 16541 ROLANDO AVE | | | SAN LEANDRO | CA | 94578 | USA |
| 11329 | $0.00 | KNAPKO, RONALD | | 8018 NIAGARA LN N | | | MAPLE GROVE | MN | 55311 | USA |
| 7129 | $0.00 | KOBER, JEAN A | | 12003 CHURCH RD | | | RICHMOND | VA | 23233 | USA |
| 7129 | $0.00 | KOBER, JEAN A | Kober, Jean A | | 90 Saw Mill Dr | | Walling Ford | CT | 06492 | USA |
| 7943 | $0.00 | KOCH, ROSALIE | | 10701 GAYTON RD | | | RICHMOND | VA | 23238 | USA |
| 6276 | $0.00 | KOONTZ, CHERYL | | 3869 59 W CORTARO FARMS RD | | | TUCSON | AZ | 85742 | USA |
| 10623 | $150,000.00 | KUVER, SUSAN | | 3412 MARWICK | | | PLANO | TX | 75075 | USA |
| 4758 | $19,210.25 | LACOURSIERE, BRIAN L | | 4347 KINGS CHURCH RD | | | TAYLORSVILLE | KY | 40071-7907 | USA |
| 7573 | $0.00 | LACROIX, JOHN | | 22111 NEWPORT AVE | SPC 126 | | GRAND TERRACE | CA | 923134310 | USA |
| 10622 | $0.00 | LACROIX, JOHN | | 22111 NEWPORT AVE | SPC 126 | | GRAND TERRACE | CA | 923134310 | USA |
| 9831 | $280,800.00 | LANCER III, ROGER | | 3214 NANCY JEAN RD | | | GREENSBORO | NC | 27406 | USA |
| 9831 | $280,800.00 | LANCER III, ROGER | Lancer III, Roger E | | 2850 Friedland Church Rd | | Winston Salem | NC | 27107 | USA |
| 7485 | $1.00 | LAPLACA, PETER M | | 931 VISTA DEL MAR DR | | | APTOS | CA | 95003 | USA |
| 8022 | $44,395.20 | LAZZARINE, LYNDA E | | 125 LAKEWOOD DRIVE | | | HARPERS FERRY | WV | 25425 | USA |
| 9252 | $0.00 | LEVIN, DAVID | | 2905 YOUTH MONROE RD | | | LOGANVILLE | GA | 300524352 | USA |
| 10764 | $23,120.00 | LIBED CONNIE | | 4225 WINTERGREEN CIRCLE | APT 256 | | BELLINGHAM | WA | 98226 | USA |
| 8478 | $195,300.00 | LIEBGOTT, VALERIE S | | 4400 ADELAIDE AVE | | | RICHMOND | VA | 23234 | USA |
| 7788 | $0.00 | LIFSCHULTZ, SIDNEY | | 8723 BENT WILLOW | | | SAN ANTONIO | TX | 78254 | USA |
| 6887 | $478.63 | LIM ANDRES | | 3317 E LA VETA AVE | | | ORANGE | CA | 92869 | USA |
| 5977 | $38,745.30 | LINDROOS, DENNIS | | P O BOX 7496 | | | MENLO PARK | CA | 94026 | USA |
| 4757 | $285.00 | LINE, KAREN L | | 2027 OWENS AVE | | | GROVES | TX | 77619 | USA |
| 6962 | $5,000.00 | LIVINGSTON, CORRIE | | 1949 HUNTERS BEND COURT | | | MARIETTA | GA | 30062 | USA |

First Class Mail

Circuit City Stores, Inc.
Twelfth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 8481 | $0.00 | LOCKE, JOHN R | | 6640 SHILOH SPRINGS RD | | | TROTWOOD | OH | 45426 | USA |
| 6928 | $203.81 | LOVING, CLARA | | 7051 SUNNYSIDE DR | | | MECHANICSVILLE | VA | 23111 | USA |
| 6715 | $83,027.32 | LUDWICK, RICHARD | | 1310 W ST | | | SOUTH EAST | WA | 20020 | USA |
| 6715 | $83,027.32 | LUDWICK, RICHARD | Richard Ludwick | | 1310 W St SE | | Washington | DC | 20020 | USA |
| 7309 | $207,487.00 | MACABULOS, EDGARDO | | 12708 MACDUFF DRIVE | | | FORT WASHINGTON | MD | 20744 | USA |
| 9420 | $116,136.00 | MACCANELLI, ANNA | | 16637 THORNTON AVE | | | SOUTH HOLLAND | IL | 60473 | USA |
| 9420 | $116,136.00 | MACCANELLI, ANNA | MACCANELLI, ANNA | | 482 1/2 S MAIN ST | | FARMINGTON | IL | 61531 | USA |
| 7109 | $293,162.40 | MANGOLD, PAUL | | 5 ECHO AVE | | | NASHUA | NH | 03062 | USA |
| 9348 | $0.00 | MANZO, PAUL J | | 25 TRASK COURT APT NO 12 | | | BEVERLY | MA | 01915 | USA |
| 9348 | $0.00 | MANZO, PAUL J | Manzo Paul J | | 25 Trask Ct Apt No 31 | | Beverly | MA | 01915 | USA |
| 7866 | $22,754.44 | MARCHAEL JR, MARVIN | | 4510 RUTHERFORD | | | EL PASO | TX | 79924 | USA |
| 10297 | $0.00 | MARTINDALE, CARY G | | PO BOX 800613 | | | DALLAS | TX | 75380 | USA |
| 9049 | $0.00 | MATTHIS, MARK | | 239 COTTONWOOD DR | | | SHEPHERDSVILLE | KY | 40165 | USA |
| 9241 | $0.00 | MAXSON, KENT | | 1402 SUMMERCREST LANE | | | MCKINNEY | TX | 75069 | USA |
| 8084 | $0.00 | Maynard Jeffrey | Jeffrey Maynard | 2325 Wooded Oak Pl | | | Midlothian | VA | 23113 | USA |
| 6166 | $0.00 | McBride, Carol B | | 1710 Hastings Dr | | | Mansfield | TX | 76063 | USA |
| 11186 | $75,000.00 | MCDONALD, LINDA J | | 8927 GLENDON WAY NO 7 | | | ROSEMEAD | CA | 91770 | USA |
| 7405 | $10,000.00 | McFee, Bret A | | 6869 Pimlico Dr | | | Mechanicsville | VA | 23111 | USA |
| 10636 | $800.00 | MCGHEE, RENA | | 4654 FALL CREEK RD NO B | | | CHATTANOOGA | TN | 37416 | USA |
| 7844 | $0.00 | McGill III, George W | | 4126 Angling Ln | | | Spring | TX | 77386 | USA |
| 12985 | $100,000.00 | MCKEITH JR , EDDIE | | PO BOX 9144 | | | CANOGA PARK | CA | 91309 | USA |
| 6176 | $99,000.00 | MCNEESE, MICHAEL | | 17814 WEST WOOD DR | | | SURPRISE | AZ | 85388 | USA |
| 7753 | $15,908.16 | MERCIER, PAMELA | | 663 CLAYVILLE RD | | | POWHATAN | VA | 23139-8211 | USA |
| 7753 | $15,908.16 | MERCIER, PAMELA | Bates, Pamela | | 663 Clayville Rd | | Powhatan | VA | 23139 | USA |
| 8334 | $107,229.60 | MEZZANOTTE, DAVID | | 8626 SANDY PLAINS RD | | | BALTIMORE | MD | 21222 | USA |
| 11298 | $0.00 | MICHELS, TERRY | | 2217 NICHOLS RD | | | ARLINGTON HEIGHTS | IL | 60004 | USA |
| 6251 | $55,849.23 | MILLER JR, GERALD | | 1935 REED RD | | | KNOXVILLE | MD | 21758 | USA |
| 7465 | $1,011.36 | MOORE, VICTORIA | | 1306 ELMSHADOW DRIVE | | | RICHMOND | VA | 23231 | USA |
| 6404 | $0.00 | Moran James P | James P Moran | 54 Twin Oaks | | | New Milford | CT | 06776 | USA |
| 6447 | $98.71 | Moran James P | Moran James P | 54 Twin Oaks | | | New Milford | CT | 06776 | USA |
| 9638 | $0.00 | Mullins, Mary Ann | | 235 Oak Grove Rd | | | Athens | GA | 30607 | USA |
| 8848 | $0.00 | MYERS, RONAE | | 100 LESLIE OAKS DR APT 4208 | | | LITHONIA | GA | 30058 | USA |
| 8848 | $0.00 | MYERS, RONAE | Myers, Ronae J | | 5144 Hopewell Dr | | Stone Mountain | GA | 30087 | USA |
| 8832 | $0.00 | MYERS, RONAE J | | 100 LESLIE OAKS DR APT 4208 | | | LITHONIA | GA | 30058 | USA |
| 8832 | $0.00 | MYERS, RONAE J | Myers Ronae J | | 5144 Hopewell Dr | | Stone Mountain | GA | 30087 | USA |
| 2350 | $351.49 | NDIAYE, ABDEL | | 18404 BROKEN TIMBER WAY | | | BOYDS | MD | 20841-0000 | USA |
| 10647 | $36,480.00 | NEIMAN, RANDY | | HC 2 BOX 2522 | | | VAN BUREN | MO | 639659506 | USA |
| 10647 | $36,480.00 | NEIMAN, RANDY | Randy L Neiman | | 98 Hwy 34 | | Van Buren | MO | 63965 | USA |
| 8240 | $14,242.58 | Nichols, James T | | 3300 Cambridge Ct | | | Colleyville | TX | 76034 | USA |
| 6092 | $115.84 | NORMAND, DIONNE | | 268 BARTLETT ST | UNIT 2 | | MANCHESTER | NH | 03102 | USA |
| 10968 | $0.00 | ONEILL, DEBI | | 820 MIDDLEBROOKE VEND | | | CANTON | GA | 30115 | USA |
| 2167 | $8,887.24 | OTRHALIK, BRIAN | | 6425 NELWOOD RD | | | PARMA HEIGHTS | OH | 44130 | USA |

First Class Mail

Circuit City Stores, Inc.
Twelfth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 9557 | $0.00 | OWEN, LINDA M | | 2003 WINDBLUFF CT | | | RICHMOND | VA | 23238 | USA |
| 7925 | $29,895.50 | OWENS, HELEN | | 27935 N SANDSTORE WAY | | | QUEEN CREEK | AZ | 85242 | USA |
| 7925 | $29,895.50 | OWENS, HELEN | Owens Helen J | 335 E Albertoni St No 200637 | 335 E Albertoni St No 200637 | | Carson | CA | 90746 | USA |
| 11129 | $380,270.76 | Owens, Helen J | | 335 E Albertoni St No 200637 | | | Carson | CA | 90746-0000 | USA |
| 11272 | $0.00 | PALMORE, FELICIA C | | 1220 BROOKLAND PARKWAY | | | RICHMOND | VA | 23227 | USA |
| 11332 | $30,000.00 | PANG, YEH | | 11697 92ND WAY N | | | LARGO | FL | 33773 | USA |
| 8092 | $115.00 | PAPE, KAY M | | 2118 KUERBITZ DRIVE | | | LANSING | MI | 48906 | USA |
| 6301 | $70,391.38 | PARHAM III, HUGH C | | 6007 MORGANS GLEN PLACE | | | GLEN ALLEN | VA | 23060 | USA |
| 10609 | $522.00 | PARNELL, JOHN | | 1610 SANDY HOLLOW | | | ANDERSON | SC | 29621 | USA |
| 6364 | $0.00 | PARTYKA, STANLEY | | 5823 MEAHL RD | | | LOCKPORT | NY | 14094-9628 | USA |
| 6423 | $0.00 | PATRON, RODNEY | | 12 KINGS LANDING LANE | | | HAMPTON | VA | 23669 | USA |
| 7636 | $1,795.44 | PAYNE, SARAH | Sarah Ward | 2101 BELDON CT | | | PLAINFIELD | IL | 605864109 | USA |
| 7781 | $31,109.62 | PEARSON PHYLLIS M | | 5001 HICKORY PARK DRIVE | APT NO 116 | | GLEN ALLEN | VA | 23059 | USA |
| 7781 | $31,109.62 | PEARSON PHYLLIS M | Lisa Taylor Hudson Esq | | Sands Anderson Marks & Miller PC | PO Box 1998 | Richmond | VA | 23218 | USA |
| 8575 | $0.00 | PEARSON, DELLA | | 2702 STINGRAY COURT | | | RICHMOND | VA | 23233 | USA |
| 8575 | $0.00 | PEARSON, DELLA | Della Griffith | | 2702 Stingray Ct | | Richmond | VA | 27233 | USA |
| 6617 | $81,161.52 | PEREZ, JULIE | | 611 LAWTON ST | | | REDLANDS | CA | 92374 | USA |
| 3485 | $7,570.85 | PERRYMAN, JOE | | 6515 NEW WORLD DR | | | KATY | TX | 77449 | USA |
| 10889 | $28,684.80 | PONIATOWSKA, ANIA | | 27545 SANTA CLARITA RD | | | SANTA CLARITA | CA | 91350-1321 | USA |
| 10555 | $28,684.80 | PONIATOWSKA, EWA | | 14314 SCALLOP ST | | | CORPUS CHRISTI | TX | 784186045 | USA |
| 6514 | $0.00 | POPE, CAMAY | | 4701 S MOONEY SPACE 11 | | | VISALIA | CA | 93277 | USA |
| 9832 | $0.00 | POWELL, JAMES | | 6001 S W 50TH ST | | | MIAMI | FL | 33155 | USA |
| 10799 | $0.00 | POWIS, KATHLEEN | | 43 FRANKLIN ST NO 3 | | | SOMERVILLE | MA | 02145-0000 | USA |
| 5971 | $0.00 | QUARLES, JANE B | | 9021 WELDON DRIVE | | | RICHMOND | VA | 23229 | USA |
| 9607 | $3,268.23 | QUARLES, VERONICA | | 171 WINCHESTER RD | | | KING WILLIAM | VA | 23086 | USA |
| 10856 | $0.00 | Quist, Peter M | | 361 Rimini Ct No 2A | | | Palatine | IL | 60067 | USA |
| 7010 | $0.00 | RACINES, MAYDA K | | 28 PAYNE RD | | | BETHEL | CT | 06801 | USA |
| 10385 | $0.00 | RAMSDELL, LINDA | | 436 Wiggins Run Rd | | | Great Cacapon | WV | 25422 | USA |
| 11163 | $30,000.00 | RESENDES, JONATHAN A | | 23 RICARD ST | | | SEEKONK | MA | 02771 | USA |
| 9310 | $898,082.02 | Richard L Sharp | | PO Box 42333 | | | Richmond | VA | 23242-2333 | USA |
| 9321 | $1,302,899.64 | Richard S Bimbaum | | 10480 Cherokee Rd | | | Richmond | VA | 23235 | USA |
| 9321 | $1,302,899.64 | Richard S Bimbaum | Troutman Sanders LLP | Vivieon E Kelley | 600 Peachtree St NE Ste 5200 | Bank of America Plaza | Atlanta | GA | 30308-2216 | USA |
| 9333 | $84,079.87 | Richard S Bimbaum | | 10480 Cherokee Rd | | | Richmond | VA | 23235 | USA |
| 9333 | $84,079.87 | Richard S Bimbaum | Troutman Sanders LLP | Vivieon E Kelley | 600 Peachtree St NE Ste 5200 | Bank of America Plaza | Atlanta | GA | 30308-2216 | USA |
| 8586 | $0.00 | Richard T Miller Jr | Neil E McCullagh Esq | Cantor Arkema PC | PO Box 561 | | Richmond | VA | 23218-0561 | USA |
| 8586 | $0.00 | Richard T Miller Jr | Richard T Miller Jr | | 1575 S Paul Le Comte Ct | | Palatine | IL | 60067 | USA |
| 9301 | $720,000.00 | Richard W Souder Jr | | 3098 Rock Cress Ln | | | Sandy Hook | VA | 23153 | USA |
| 9069 | $62,676.00 | RIOS, JOSE | | 1024 S EDISON ST | | | ARLINGTON | VA | 22204 | USA |
| 9069 | $62,676.00 | RIOS, JOSE | Jose Rios | | 3099 Marsh Crossing Dr | | Laurel | MD | 20724 | USA |
| 8329 | $2,834.70 | RODGERS, VANESSA | | 27400 FRANKLIN RD B624 | | | SOUTHFIELD | MI | 48034 | USA |
| 8970 | $63,086.40 | ROSS, MIKE | | 615 COMET DR | | | NASHVILLE | TN | 37209-2801 | USA |

Circuit City Stores, Inc.
Twelfth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 9296 | $0.00 | RUSSELL, ALEX | | 3198 VERMONT ROUTE 100 | | | WATERBURY | VT | 05676 | USA |
| 6489 | $0.00 | Ruth Houle former spouse of Robert Houle Employee No 4816874 | Kathleen Vaught PC | Attorney at Law | 600 W Roosevelt Rd Ste B 1 | | Wheaton | IL | 60187 | USA |
| 6489 | $0.00 | Ruth Houle former spouse of Robert Houle Employee No 4816874 | Ruth Houle | | PO Box 4624 | | Naperville | IL | 60567-4624 | USA |
| 11028 | $3,492.00 | RYDER JR, EDWARD P | | 2813 WATERFORD WAY EAST | | | RICHMOND | VA | 23233-0000 | USA |
| 6161 | $0.00 | RYTEL, ANTHONY B | | 4 1 WILLOW WAY | | | READING | PA | 19606 | USA |
| 8485 | $0.00 | SALVETA, RODGER N | | 7947 RADCLIFFE CIR | | | PORT RICHEY | FL | 34668 | USA |
| 8048 | $89,625.36 | SARDAN, CARLOS M | | 13357 MONTEREY WAY | | | VICTORVILLE | CA | 92392 | USA |
| 10535 | $40,000.00 | SAVARY, SHARON | Joseph D Cain | 2612 KIRKLAND RD | | | DOVER | FL | 33527 | USA |
| 10766 | $40,000.00 | SAVARY, SHARON | | 2612 KIRKLAND RD | | | DOVER | FL | 33527-0000 | USA |
| 8467 | $143,509.24 | SCHAAPMAN, PAUL | | 15303 BEACH RD | | | CHESTERFIELD | VA | 23838-1708 | USA |
| 8467 | $143,509.24 | SCHAAPMAN, PAUL | Lisa Taylor Hudson Esq | Sands Anderson Marks & Miller PC | PO Box 1998 | | Richmond | VA | 23218 | USA |
| 6281 | $0.00 | SCHRAM, PAUL | | 12608 BERNAY PLACE | | | LOUISVILLE | KY | 40243 | USA |
| 3271 | $0.00 | SCHULTZ, KEITH | | 2268 W Jayton Dr | | | Meridian | ID | 83642-7603 | USA |
| 3274 | $0.00 | SCHULTZ, KEITH | | 2268 W Jayton Dr | | | Meridian | ID | 83642-7603 | USA |
| 10756 | $36,517.80 | SECRIST CARRIKER, LORI | | 7405 PEBBLESTONE DR APT F | | | CHARLOTTE | NC | 28212-0037 | USA |
| 10756 | $36,517.80 | SECRIST CARRIKER, LORI | SECRIST CARRIKER, LORI | 7405 PEBBLESTONE RD APT F | | | CHARLOTTE | NC | 28215-0000 | USA |
| 8523 | $0.00 | SHAH, SHASHI K | | 8 MEADOW LAKE DR | | | DOWNINGTOWN | PA | 19335 | USA |
| 9224 | $0.00 | Sharp, Rick | Attn Christine M Fitzgerald Esq | Clarkson Gore & Marsella APLC | 3424 Carson St Ste 350 | | Torrance | CA | 90503 | USA |
| 9224 | $0.00 | Sharp, Rick | RICK SHARP | | 1008 WEDGELAND DR | | RALEIGH | NC | 27615 | USA |
| 9942 | $0.00 | SHAW, JOHN | | 18 PLANTATION DR | | | CUMBERLAND | RI | 02864 | USA |
| 6412 | $120.00 | SHOOK, CAROLE | | 5 SYCAMORE DR | | | FLORENCE | KY | 41042 | USA |
| 9458 | $0.00 | SILVA, JOSEPH | | 5900 CHAPEL LAWN TERRACE | | | GLEN ALLEN | VA | 23059 | USA |
| 10580 | $25,000.00 | SIMMONS, TERRELLYN | | PO BOX 533 | | | BOGART | GA | 30622 | USA |
| 9113 | $25,887.82 | SINGH, SANJEEV | | 5220 SILVERSTONE CIRCLE | | | SALIDA | CA | 95368 | USA |
| 9889 | $241.46 | SMITH, NICHOLAS EDWARD | | 15107 S LARAMIE | | | OAK FOREST | IL | 60452 | USA |
| 10908 | $0.00 | SMITH, PATRICIA B | | 7825 CAMOLIN COURT | | | RICHMOND | VA | 23228-0000 | USA |
| 7470 | $39,375.00 | SPARKS, CHRISTINA L | | 2134 MOUNTAIN VIEW RD | | | POWHATAN | VA | 23139 | USA |
| 9549 | $0.00 | SPIERS, RICHARD M III | | 14654 GRAND FOREST TERRACE | | | COLONIAL HEIGHTS | VA | 23834 | USA |
| 8137 | $0.00 | SPINNEY, GEORGE | | 858 HARMONY DRIVE | | | COLUMBUS | OH | 43230 | USA |
| 6446 | $113,793.00 | STEWART, JENNIFER J | | 5908 SHRUBBERY HILL RD | | | RICHMOND | VA | 23227 | USA |
| 6243 | $138,063.00 | Stewart, Scott | | 4612 Emmett Rd | | | Glen Allen | VA | 23060 | USA |
| 9404 | $0.00 | STIEMAN, JOHN P | | 1606 ANDREA DR | | | NEW LENOX | IL | 60451 | USA |
| 8341 | $0.00 | STIMPSON, ANEICIA G | | 359 JOHN RANDOLPH RD | | | FARMVILLE | VA | 23901 | USA |
| 9948 | $0.00 | SULAK, JEFFREY B | | 14411 LOCKE LN | | | HOUSTON | TX | 77077-5241 | USA |
| 6429 | $193.36 | SWAIN, REGINA | | 1757 DIXDALE AVE | | | LOUISVILLE | KY | 40210 | USA |
| 10304 | $6,000.00 | Swanson III, Leonard Bruce | | 119 Oak Haven Dr | | | Canton | GA | 30115 | USA |
| 8791 | $0.00 | TAYLOR, ANNE D | | 4443 CROWN HILL RD | | | MECHANICSVILLE | VA | 23111-4974 | USA |

First Class Mail

Circuit City Stores, Inc.
Twelfth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 4396 | $0.00 | Taylor, Eric | | PO Box 527 | | | Hardin | IL | 62047 | USA |
| 8896 | $83,100.00 | TESCHAN, GAYLE | | 15427 LONE HILL RD | | | LOS GATOS | CA | 95032 | USA |
| 11021 | $0.00 | THOMPSON, CHARLES | | 8107 DOZIER PLACE | | | BRENTWOOD | TN | 37027 | USA |
| 9621 | $0.00 | THOMPSON, MARK | | 4405 MOSAIC CT | | | LOUISVILLE | KY | 40299 | USA |
| 6405 | $296.61 | THOMPSON, RICHARD | | 11313 EDGEWOOD FARM CT | | | RICHMOND | VA | 23233 | USA |
| 8950 | $3,250.00 | THREATT, MELISSA A | | 6117 ALMOND CREEK LANE | | | RICHMOND | VA | 23231 | USA |
| 7329 | $0.00 | TICE, STEVEN | | 587 SPRING HILL RD | | | VADNAIS HEIGHTS | MN | 55127 | USA |
| 6820 | $0.00 | TIGNOR, BARBARA N | | 86 IVY GLEN LN | | | BUMPASS | VA | 23024 | USA |
| 10902 | $0.00 | TUCHMAN HAROLD | | 3326 ISLE ROYAL DR | | | LAS VEGAS | NV | 89122-0000 | USA |
| 11254 | $223,479.00 | TURNER, MARIA TERESA | | 18479 CATTAIL SPRING DR | | | LEESBURG | VA | 20176 | USA |
| 7862 | $237.00 | VALE, NIGEL | | 1289 N PAGE RD | | | LONGVIEW | TX | 75605 | USA |
| 8200 | $0.00 | VAN VALKENBURG, MORGAN | | 526 SCOTT CIR | | | DECATUR | GA | 30033 | USA |
| 7914 | $0.00 | VARGHESE THOMAS | | 3719 BROWN BEAR TRAIL | | | EAGAN | MN | 55122 | USA |
| 6753 | $102.21 | VITALE VINCENT A | | 10774 GLENDOVER LANE | | | SAN DIEGO | CA | 92126-5924 | USA |
| 8588 | $0.00 | vonBechmann, Dawn | Neil E McCullagh Esq | Cantor Arkema PC | PO Box 561 | | Richmond | VA | 23218-0561 | USA |
| 8588 | $0.00 | vonBechmann, Dawn | Dawn vonBechmann | 36 Countryside Ln | | | Richmond | VA | 23229 | USA |
| 10872 | $3,145.45 | WALKER, CASEY TERRELL | | 1030 BAYVIEW FARM RD NO 516 | | | PINOLE | CA | 94564 | USA |
| 10872 | $3,145.45 | WALKER, CASEY TERRELL | Casey T Walker | | PO Box 21566 | | El Sobrante | CA | 94820 | USA |
| 10281 | $13,003.00 | WEST, RENEE M | | 11406 WOODLAND POND PKWY | | | CHESTERFIELD | VA | 23838 | USA |
| 11267 | $0.00 | WHITE CHARLES | | 5017 PACIFIC GROVE DRIVE | | | LAS VEGAS | NV | 89130 | USA |
| 10958 | $199,328.40 | WHITHAM, DANIEL B | | 27545 SANTA CLARITA RD | | | SANTA CLARITA | CA | 91350 | USA |
| 6845 | $9,013.40 | WHITTEN, KATHLEEN | | 2820 GEORGIA DRIVE | | | TRACY | CA | 95376 | USA |
| 7629 | $476.09 | WILKINS, NOREEN | | 11112 MILL PLACE COURT | | | GLEN ALLEN | VA | 23060 | USA |
| 6192 | $0.00 | Williams, John A | | 9334 Fieldstone Ct | | | Jonesboro | GA | 30236 | USA |
| 9629 | $0.00 | WILSON, LOWELL B | | SPACE NO 1 | 9340 FOOTHILL BLVD | | RANCHO CUCAMONGA | CA | 91730 | USA |
| 7490 | $0.00 | Winik, Avan L | | 330 Foxleigh Dr | | | Hanover | PA | 17331 | USA |
| 11333 | $45,000.00 | WISEMAN, HAL | | 11200 CHANTELLY LANE | | | MITCHELLVILLE | MD | 20721 | USA |
| 7069 | $0.00 | WITKOWSKI , PETER | | 8408 MACAULEY COURT | | | LULHERVILLE | MD | 21093 | USA |
| 8837 | $99.17 | WOODBERRY, SHIMONE L | | 2175 POPLAR FALLS RD | | | LITHONIA | GA | 30058 | USA |
| 8186 | $1.85 | WOODS, TERRELL A | | 5724 SULLIVAN POINT DR | | | POWDER SPRINGS | GA | 30127-8454 | USA |
| 7070 | $50,000.00 | YOUNG, DANIEL | | 32 ADELAIDE ST | | | HUDSON | NH | 03051 | USA |
| 7070 | $50,000.00 | YOUNG, DANIEL | Young, Daniel | | 28 Shilah Dr | | Derry | NH | 03038 | USA |
| 8124 | $0.00 | Zapata, Eter M | | 14 Davis St | | | Danbury | CT | 06810 | USA |
| 8132 | $0.00 | Zapata, Eter M | | 14 Davis St | | | Danbury | CT | 06810 | USA |

First Class Mail

# EXHIBIT G

Gregg M. Galardi, Esq.               Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.              Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &      MCGUIREWOODS LLP
FLOM, LLP                            One James Center
One Rodney Square                    901 E. Cary Street
PO Box 636                           Richmond, Virginia 23219
Wilmington, Delaware 19899-0636      (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                     :   Chapter 11
                           :
CIRCUIT CITY STORES, INC., :   Case No. 08-35653 (KRH)
et al.,                    :
                           :
          Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - x

**DEBTORS' MOTION FOR AN ORDER APPROVING
(A) PROCEDURES FOR FILING OMNIBUS OBJECTIONS TO CLAIMS AND
(B) THE FORM AND MANNER OF THE NOTICE OF OMNIBUS OBJECTIONS**

The debtors and debtors in possession (collectively,

the "Debtors")[1] hereby move the Court, pursuant to this

---

[1]  The Debtors are the following entities: The Debtors and the last four
digits of their respective taxpayer identification numbers are as
follows: Circuit City Stores, Inc. (3875), Circuit City Stores West
Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc.
(1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC
(0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City
Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott

motion (the "Motion"), for the entry of an order,
substantially in the form of Exhibit A, approving (a)
procedures for filing omnibus objections to claims asserted
in the above-captioned chapter 11 cases and (b) the form and
manner of the notice of omnibus objections.  In support of
this Motion, the Debtors respectfully state as follows:

### JURISDICTION

1.   The Court has jurisdiction over this matter
pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a
core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.   Venue is proper pursuant to 28 U.S.C. §§ 1408 and
1409.

3.   The statutory predicates for the relief requested
herein are sections 105 and 502 of the Bankruptcy Code, 11
U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rules 2002(a),
3007, 7004, 9006, and 9014 of the Federal Rules of
Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule
3007-1 of the Local Rules of the United States Bankruptcy

---

Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky
Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland
MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360),
and Circuit City Stores PR, LLC (5512).  The address for Circuit City
Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster,
Colorado 80031.  For all other Debtors, the address is 9950 Mayland
Drive, Richmond, Virginia 23233.

Court for the Eastern District of Virginia (the "Local
Rules").

## BACKGROUND

4.   On November 10, 2008 (the "Petition Date"), the
Debtors filed voluntary petitions in this Court for relief
under chapter 11 of the Bankruptcy Code.

5.   On January 12, 2009, the Court entered an order
authorizing the Debtors to conduct auctions for a sale or
sales of the Debtors' businesses as a going concern or for
liquidation (D.I. 1460).

6.   At the conclusion of the auction, the Debtors'
determined that the highest and otherwise best bid was that
of Great American Group WF, LLC, Hudson Capital Partners,
LLC, SB Capital Group, LLC, and Tiger Capital Group, LLC
(collectively, the "Agent").  On January 16, 2009, the Court
approved the Agent's bid and authorized the Debtors to
conduct going out of business sales at the Debtors'
remaining stores (D.I. 1634).  The Agent commenced going out
of business sales at the Debtors' remaining stores on
January 17, 2009.

## PRELIMINARY STATEMENT

7.   To date, there have been approximately 11,500
proofs of claim filed with the Debtors' claims agent,

3

Kurtzman Carson Consultants LLC ("KCC").  In light of the
number of proofs of claim and requests for allowance and
payment of administrative expenses and/or cure claims
(collectively, the "Claims") that have been asserted against
the Debtors' estates and the substantial number of
objections they expect to file in response thereto, the
Debtors are seeking authorization to file omnibus objections
to the Claims in accordance with the objection procedures
described herein (the "Omnibus Objection Procedures").
Recognizing that Bankruptcy Rule 3007 seeks to provide
creditors with transparency and clarity with respect to
omnibus claims objections, the Debtors have tailored the
Omnibus Objection Procedures to adequately protect
creditors' due process rights and achieve administrative and
judicial efficiency.  The Omnibus Objection Procedures will
help streamline the Claims objection process, which will
inure to the benefit of the Debtors, creditors, the Court
and all parties in interest.

8.    The Omnibus Objection Procedures provide adequate
notice to and protect the due process rights of the Debtors'
creditors.  A customized notice of objection will be served
on each creditor whose Claim is objected to by an omnibus
objection, which will inform the creditor of the objection,

4

the grounds for the objection and the relief sought therein. Requiring the Debtors to file individual objections to every Claim (or requiring that omnibus objections be filed without the benefit of the Omnibus Objection Procedures) would be overly burdensome, costly, time consuming, and unnecessary.

9.     Accordingly, the Debtors respectfully submit that their proposed Omnibus Objection Procedures are consistent with Bankruptcy Rule 3007(c) and the underlying policies of the Bankruptcy Code and due process.

## RELIEF REQUESTED

10.   The Debtors seek approval of (a) the Omnibus Objection Procedures attached hereto as Exhibit B and incorporated by reference herein and (b) the proposed form and manner of notice of omnibus objections, substantially in the form attached hereto as Exhibit C and incorporated by reference herein (each, a "Notice of Omnibus Objection").

## SUMMARY OF THE OMNIBUS OBJECTION PROCEDURES
## AND NOTICE OF OMNIBUS OBJECTION[2]

### A.    The Omnibus Objection Procedures

11.   The Omnibus Objection Procedures provide for the efficient and economic resolution of omnibus objections (each, an "Omnibus Objection") to the Claims by: (a) providing a guide to the claims objection process that clearly describes the form and manner of Omnibus Objections and the process by which claimants must file and serve responses thereto (each, a "Response"); and (b) ensuring that all parties in interest have sufficient access to the information they require to navigate the claims objection process effectively and otherwise preserve and protect the rights they are afforded under the Bankruptcy Code.

12.   Specifically, the Omnibus Objection Procedures describe, in clear and simple terms, the key aspects of the claims resolution process, including, without limitation: (a) the form of Omnibus Objections and supporting documentation, if necessary; (b) the exhibit attached to each Omnibus Objection (which will contain those Claims for

---

[2]   This description of the Omnibus Objection Procedures and the Notice of Omnibus Objection is intended as a summary and is being provided for the convenience of the Court and parties in interest.  To the extent that this summary and the text of the Omnibus Objection Procedures and the Notice of Omnibus Objection are inconsistent, the terms of the Omnibus Objection Procedures and the Notice of Omnibus Objection, respectively, shall control.

which there is a common basis) and the information contained
thereon (_e.g._, claimants' names, claim numbers, the grounds
for the Omnibus Objection and cross-references to the
location in the Omnibus Objection discussing the respective
grounds); (c) the form of the Notice of Omnibus Objection
(discussed in greater detail below); (d) the information
claimants need to file a Response to the Omnibus Objection,
the timeframe for doing so and the implications of failing
to timely file a Response; and (e) information relating to
the status hearings on Omnibus Objections.

**B.    The Notice of Omnibus Objection**

13.  As set forth in the Omnibus Objection Procedures,
each claimant whose Claim is the subject of an Omnibus
Objection will be provided with a customized Notice of
Omnibus Objection.  The Notice of Omnibus Objection will,
among other things: (a) describe the basic nature of the
Omnibus Objection; (b) inform claimants that their rights
may be affected by the Omnibus Objection and encourage them
to read the Omnibus Objection carefully; (c) identify the
deadline for filing and serving a Response and describe the
procedures to inform claimants that their Response must be
timely received by the appropriate parties and the
implications of failing to do so; (d) identify the date on

which a hearing may be held to address Omnibus Objections
and related Responses; and (e) describe how a copy of a
Claim, the Omnibus Objection and other pleadings filed in
the chapter 11 cases may be obtained.  Although the Notice
of Omnibus Objection generally will be in the form attached
hereto, it may be tailored specifically to address issues
specific to particular claimants and/or certain types of
Omnibus Objections, where necessary or appropriate.
Accordingly, the Debtors submit that the Omnibus Objection
Procedures and related Notice of Omnibus Objection
adequately protect claimants' due process rights and, thus,
address the concerns that precipitated Bankruptcy Rule 3007,
as amended.

## **BASIS FOR RELIEF**

### A.   **Ample Authority Exists for Approval of the Omnibus Objection Procedures**

14.   A debtor may rebut a proof of claim by filing an
objection in accordance with Bankruptcy Rule 3007.  See
California State Board of Equalization v. Official Unsecured
Creditor's Comm. (In re Fidelity Holding Co., Ltd.), 837
F.2d 696, 698 (5th Cir. 1988).  If the debtor rebuts a
claim's presumptive validity, the burden then shifts back to
the creditor who has the ultimate burden of persuasion with

respect to the validity of the claim.  See, e.g., In re
Anderson, 349 B.R. 448 (E.D. Va. 2006); Carter Enterprises,
Inc. v. Ashland Specialty Co., Inc., 257 B.R. 797 (S.D. W.
Va. 2001).  Bankruptcy Rule 3007(c) provides that a debtor
can file objections to claims in accordance with Bankruptcy
Rule 3007(d) or as "ordered by the court."  Additionally,
the Court may rely on its general equitable powers to grant
the relief requested in this Motion pursuant to section
105(a) of the Bankruptcy Code, which empowers the Court to
"issue any order, process, or judgment that is necessary or
appropriate to carry out the provisions of [the Bankruptcy
Code]."  11 U.S.C. § 105(a); Canal Corp. v. Finnman (In re
Johnson), 960 F.2d 396, 404 (4th Cir.1992) ("the allowance
or disallowance of a claim in bankruptcy is a matter of
federal law left to the bankruptcy court's exercise of its
equitable powers.").

> **B.    Approval of the Omnibus Objection Procedures
> Benefits Parties in Interest**

15.  The Local Rules do not set forth specific
guidelines for filing omnibus objections to proofs of claim.
Thus, the Debtors submit that it is appropriate for the
Court to approve the Omnibus Objection Procedures in light
of the number of Omnibus Objections the Debtors may file.

In addition to facilitating an efficient administration of the claims reconciliation process, the Omnibus Objection Procedures protect and preserve the value of the Debtors for the benefit of all creditors by reducing the costs and expenses that would otherwise be incurred if individual objections were filed for each Claim (or if omnibus objections were limited without the approval of the Omnibus Objection Procedures).  At the same time, the Omnibus Objection Procedures also afford substantial protection with respect to creditors' due process rights, providing all claimants with sufficient notice and an opportunity to be heard.

> **C.   The Omnibus Objection Procedures Are Consistent With Bankruptcy Rule 3007(c)**

16.  Prior to the amendment to Bankruptcy Rule 3007, neither the Bankruptcy Code nor the Bankruptcy Rules addressed the exercise of omnibus objections to claims. Notwithstanding the facial limitations on the use of omnibus objections effected by the amendments to Bankruptcy Rule 3007, debtors are nonetheless still allowed to file omnibus objections to proofs of claim.  The drafters of the amendments specifically provided a mechanism by which debtors may request entry of an order approving tailored

claims objection procedures in Bankruptcy Rule 3007(c),
which provides, "unless otherwise ordered by the court or
permitted by subdivision [Bankruptcy Rule 3007(d) (the
omnibus claim objection provision)], objections to more than
one claim shall not be joined in a single objection."  Fed.
R. Bankr. P. 3007(c); see also 9 COLLIER ON BANKRUPTCY ¶
3007.03-05 (15 ed. rev. 2009).  Thus, while the requirements
of Bankruptcy Rule 3007(c) are mandatory if the omnibus
objection is being filed under Bankruptcy Rule 3007(d), they
are not explicitly required under Bankruptcy Rule 3007(c) if
the Bankruptcy Court "order[s] otherwise."

     17.  The Omnibus Objection Procedures further request
authority to object to the Claims on grounds that are not
specifically listed in Bankruptcy Rule 3007(d).  Given the
ample due process protections and other safeguards proposed
in the Omnibus Objection Procedures, the Debtors should not
be limited to the grounds identified in Bankruptcy Rule
3007(d).

     18.  The Omnibus Objection Procedures maintain the
requisite due process protections and embody the spirit of
the amendments.  Indeed, although an Omnibus Objection will
address multiple Claims, the Notice of Omnibus Objection is
individualized for each claimant affected by such Omnibus

Objection, clearly informing them of the Omnibus Objection and, more importantly, how to preserve their rights with respect thereto.  Thus, from the creditors' standpoint, they can easily determine if the Debtors are objecting to their Claims and on what grounds.

    D.    **The Omnibus Objection Procedures Provide for Adequate Notice and Service**

    19.    While Bankruptcy Rule 3007 describes the form of omnibus objections to proofs of claim, it does not address issues relating to notice and service.  As set forth in the Omnibus Objection Procedures, the Debtors propose to serve the Notice of Omnibus Objection (as well as the Omnibus Objection itself) on the party who signed the Claim form and any counsel of record who filed an appearance on behalf of such party in connection with these chapter 11 cases.  Accordingly, the Debtors submit that the Omnibus Objection Procedures provide for adequate notice and appropriate service of process in accordance with the Bankruptcy Rules.

<u>**CONCLUSION**</u>

    20.    In light of the thousands of Claims filed in these cases, the claims resolution process can only be carried out in an efficient, cost effective manner if procedures are in place.  The proposed Omnibus Objection Procedures ensure the

efficient and fair resolution of the Claims.  Importantly,
the Omnibus Objection Procedures are not intended to alter
the substantive rights of creditors and, instead, provide
parties in interest with transparency and predictability
with respect to the resolution of the Claims.  No Claim
subject to the Omnibus Objection Procedures will be
disallowed, altered, reclassified or otherwise affected
without a further order of this Court.  Accordingly, the
Debtors believe the Omnibus Objection Procedures are fair
and equitable and request that the Court approve the Omnibus
Objection Procedures and Notice of Omnibus Objection.

## NOTICE

21.  Notice of this Motion has been provided to those
parties entitled to notice under this Court's Order Pursuant
to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules
2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1
Establishing Certain Notice, Case Management, and
Administrative Procedures (Docket No. 130).  The Debtors
submit that, under the circumstances, no other or further
notice need be given.

## NO PRIOR REQUEST

22.  No prior motion for the relief requested herein
has been made to this or any other court.

WHEREFORE, for the reasons set forth herein, the
Debtors respectfully request that the Court enter an order,
substantially in the form attached hereto as Exhibit A, (a)
approving the Omnibus Objection Procedures and the Notice of
Omnibus Objection and (b) granting such other and further
relief as is just and proper.

Dated: March 10, 2009
      Richmond, Virginia    SKADDEN, ARPS, SLATE, MEAGHER &
                                    FLOM, LLP
                                    Gregg M. Galardi, Esq.
                                    Ian S. Fredericks, Esq.
                                    P.O. Box 636
                                    Wilmington, Delaware 19899-0636
                                    (302) 651-3000

                                    - and –

                                  SKADDEN, ARPS, SLATE, MEAGHER &
                                  FLOM, LLP
                                  Chris L. Dickerson, Esq.
                                  333 West Wacker Drive
                                  Chicago, Illinois 60606
                                  (312) 407-0700

                                    - and –

                                  MCGUIREWOODS LLP

                                  /s/ Douglas M. Foley
                                  Dion W. Hayes (VSB No. 34304)
                                  Douglas M. Foley (VSB No. 34364)
                                  One James Center
                                  901 E. Cary Street
                                  Richmond, Virginia 23219
                                  (804) 775-1000

                                  Counsel for Debtors and Debtors
                                  in Possession

**EXHIBIT A**
**PROPOSED ORDER**

Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
                           RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
            Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - x


           **ORDER ESTABLISHING OMNIBUS OBJECTION PROCEDURES
         AND APPROVING THE FORM AND MANNER OF NOTICE OF OMNIBUS
                               OBJECTIONS**

        Upon the motion (the "Motion")[1] of the above-captioned

debtors (collectively, the "Debtors") for the entry of an

order (the "Order") approving (a) procedures for filing

omnibus objections to Claims asserted in the above-captioned

---

[1]     Capitalized terms used but not otherwise defined herein shall have
the meanings set forth in the Motion.

cases (the "Omnibus Objection Procedures") and (b) the form
and manner of the notice of objections (the "Notice of
Omnibus Objection"); and it appearing that the relief
requested in the Motion is in the best interests of the
Debtors' estates, their creditors and other parties in
interest; the Court having jurisdiction to consider the
Motion and the relief requested therein pursuant to 28
U.S.C. §§ 157 and 1334; consideration of the Motion and the
relief requested therein being a core proceeding pursuant to
28 U.S.C. § 157(b); venue being proper before the Court
pursuant to 28 U.S.C. §§ 1408 and 1409; proper notice of the
Motion having been provided to all necessary and appropriate
parties, including pursuant to the Court's Order Pursuant to
Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002
and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1
Establishing Certain Notice, Case Management, and
Administrative Procedures entered by the Court on November
13, 2008, and no further notice being necessary; and after
due deliberation and sufficient cause appearing therefor, it
is hereby **ORDERED, ADJUDGED and DECREED** that

    1.   The Motion is granted in its entirety.

    2.   The Debtors are authorized to file Omnibus
Objections to the Claims pursuant to the Omnibus Objection

Procedures, substantially in the form annexed hereto as

Exhibit 1, which are hereby approved in their entirety.

3.    The Notice of Omnibus Objection, substantially in

the form annexed hereto as Exhibit 2, but which may be

modified from time to time, as necessary and appropriate, to

address issues specific to particular claimants and/or

certain types of Omnibus Objections, is hereby approved as

the form by which the Debtors shall provide notice to

claimants whose Claims are the subject of the applicable

Omnibus Objection.

4.    The Debtors' claims and noticing agent, Kurtzman

Carson Consultants LLC agent is authorized to take all

actions necessary to effectuate the relief granted pursuant

to this Order in accordance with the Motion.

5.    The terms and conditions of this Order shall be

immediately effective and enforceable upon its entry.

6.    The Court retains jurisdiction with respect to all

matters arising from or related to the implementation of

this Order.

DATED:    _____

_____
UNITED STATES BANKRUPTCY COURT
JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

 /S/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                            /s/ Douglas M. Foley
                                Douglas M. Foley

4

**EXHIBIT B**
**OMNIBUS OBJECTION PROCEDURES**

Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                       One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

           - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

           IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                     RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
          Debtors.           :   Jointly Administered
- - - - - - - - - - - - - - x


           **PROCEDURES FOR FILING OMNIBUS OBJECTIONS TO CLAIMS**


          Pursuant to the Order Establishing Omnibus Objection
Procedures and Approving the Form and Manner of the Notice
of Omnibus Objections [Docket No. ____] (the "Order")[1] entered
by the Bankruptcy Court on [____], 2009, the Bankruptcy
Court approved these procedures for filing omnibus
objections to proofs of claims and requests for allowance
and payment of administrative expenses and/or cure claims
(collectively, the "Claims") in connection with the above-

---

[1] Capitalized terms used but not otherwise defined herein shall have the
meanings set forth in the Order.

captioned chapter 11 cases (the "Omnibus Objection Procedures").

**Omnibus Objection Procedures**

1.    **Form of Omnibus Objection**.  Omnibus Objections will be numbered consecutively, regardless of basis.

2.    **Number of Proofs of Claim per Omnibus Objection**. The Debtors may object to no more than 500 Claims per Omnibus Objection.

3.    **Grounds for Omnibus Objection**.  The Debtors may object to the Claims on any grounds.

4.    **Supporting Documentation**. To the extent appropriate, Omnibus Objections may be accompanied by an affidavit or declaration that states that the affiant or the declarant has reviewed the Claims included therein and applicable supporting information and documentation provided therewith, made reasonable efforts to research the Claim on the Debtors' books and records and believes such documentation does not provide prima facie evidence of the validity and amount of such Claims.

5.    **Claims Exhibits**.  An exhibit listing the Claims that are subject to the Omnibus Objection will be attached to each Omnibus Objection. Each exhibit will only contain those Claims to which there is a common basis for the Omnibus Objection.  Claims for which there is more than one basis for an Omnibus Objection will be referenced on each applicable exhibit. Each exhibit will include, among other things, the following information: (a) an alphabetized list of the claimants whose Claims are the subject of the Omnibus Objection; (b) the claim numbers of the Claims that are the subject of the Omnibus Objection; (c) the grounds for the objections that are the subject of the Omnibus Objection; and (d) a reference to the exhibit of the Omnibus Objection in which the ground(s) for the objection is discussed. Where applicable, additional information may be included in the exhibits, including: for Claims that the Debtors seek to reclassify, the proposed classification of such claims; for Omnibus Objections in which the Debtors seek to reduce the amount of Claims, the proposed reduced claim amount; and for Claims that the Debtors propose to be surviving claims where related claims will be disallowed the surviving claim.

2

6.   **Omnibus Objection Notice**.   Each Omnibus Objection
will be accompanied by a notice of such Omnibus Objection
(each, a "Notice") in substantially the form attached to the
Order as Exhibit 2.   The Notice will, among other things:
(a) describe the basic nature of the Omnibus Objection; (b)
inform claimants that their rights may be affected by the
Omnibus Objection and encourage them to read the Omnibus
Objection carefully; (c) identify a response date and
describe the procedures for filing a written response (each,
a "Response") to the Omnibus Objection; (d) identify a
hearing date, if applicable, and related procedures; and (e)
describe how Claims, the Omnibus Objection and other
pleadings in the chapter 11 cases may be obtained. Although
the Notice generally will be in the form attached hereto, it
may be tailored specifically to address particular claimants
or types of Omnibus Objections.

7.   **Status Hearings**.   Status hearings for all Claims
for which timely responses are filed will be held on
scheduled omnibus hearing dates.   Unless otherwise notified,
no claimants will need to appear at the status hearings on
the Omnibus Objections.   If an evidentiary hearing is
necessary, claimants will be provided a separate notice of
hearing.

8.   **Order if No Response**.   The Debtors may submit an
order to the Bankruptcy Court sustaining each Omnibus
Objection to Claims for which the Debtors did not receive a
timely Response without further notice to such claimants.
The Debtors may submit an order for Claims in an Omnibus
Objection to which no response is filed, even if there are
Responses to certain Claims objected to in such Omnibus
Objection.

9.   **Each Objection Is a Contested Matter**.   Each Claim
subject to an Omnibus Objection and the Response thereto
shall constitute a separate contested matter as contemplated
by Bankruptcy Rule 9014, and any order entered by the
Bankruptcy Court will be deemed a separate order with
respect to such claim.

## Requirements For All Responses To Objections

Parties who disagree with the request sought in an
Omnibus Objection are required to file a Response in
accordance with the procedures set forth herein.   If a

claimant whose Claim is subject to an Omnibus Objection does not file and serve a Response in compliance with the procedures below, the Bankruptcy Court may sustain the Omnibus Objection with respect to such Claims without further notice to the claimant.

    1.   **Contents**.  Each Response must contain the following (at a minimum):

        a.   a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Omnibus Objection to which the Response is directed;

        b.   the claimant's name and an explanation for the amount of the claim;

        c.   a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection, including, without limitation, the specific factual and legal bases upon which the claimant will rely in opposing the Omnibus Objection;

        d.   a copy of any other documentation or other evidence of the claim, to the extent not already included with the Claim, upon which the claimant will rely in opposing the Omnibus Objection at the hearing;

        e.   a declaration of a person with personal knowledge of the relevant facts that support the Response; and

        f.   the claimant's name, address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Addresses").  If a Response contains Notice Addresses that are different from the name and/or address listed on the Claim, the Notice Addresses will control and will become the service address for future

service of papers with respect to all of the
claimant's Claims listed in the Omnibus
Objection (including all Claims to be
disallowed and the surviving Claims) and only
for those Claims in the Omnibus Objection.

2.   **Additional Information**.   To facilitate a
resolution of the Omnibus Objection, the Response should
also include the name, address, telephone number, facsimile
number, and electronic mail address of the party with
authority to reconcile, settle or otherwise resolve the
Omnibus Objection on the claimant's behalf (the "Additional
Addresses").   Unless the Additional Addresses are the same
as the Notice Addresses, the Additional Addresses will not
become the service address for future service of papers.

3.   **Failure to Timely File a Response**.   If the
claimant fails to file and serve a Response on or before the
Response Deadline in compliance with the procedures set
forth herein, the Debtors will present to the Bankruptcy
Court an appropriate order granting the relief requested in
the Omnibus Objection without further notice to the
claimant.

4.   **Service of the Response**.   A written Response to an
Omnibus Objection, consistent with the requirements
described herein and in the Notice, will be deemed timely
filed only if the Response is actually received on or before
the deadline to respond by the Bankruptcy Court.   A written
Response to an Omnibus Objection, consistent with the
requirements described herein and in the Notice, will be
deemed timely served only if a copy of the Response is
actually received on or before the deadline to respond
(which deadline will be clearly set forth in the Notice) by
the following parties:

```
SKADDEN, ARPS, SLATE, MEAGHER   MCGUIREWOODS LLP
& FLOM, LLP                     One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, VA 23219
Wilmington, DE 19899-0636       Attn: Dion W. Hayes
Attn: Gregg M. Galardi          Attn: Douglas M. Foley
Attn: Ian S. Fredericks

          - and -

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn:  Chris L. Dickerson
```

5. **<u>Reservation of Rights</u>**.  Nothing in the Notice or the Omnibus Objection will constitute a waiver of the right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against the claimant of the Debtors. Unless the Bankruptcy Court allows a Claim or specifically orders otherwise, the Debtors have the right to object on any grounds to the Claims (or to any other Claims or causes of action filed by a claimant or that have been scheduled by the Debtors) at a later date.  In such event, the respective claimant will receive a separate notice of any such objections.

**EXHIBIT C**
**FORM OF NOTICE**

Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                       One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

           IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                    RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
             Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x


                  NOTICE OF THE DEBTORS'
           [    ] OMNIBUS OBJECTION TO CLAIMS

     PLEASE TAKE NOTICE THAT the above-captioned Debtors
(the "Debtors") filed the Debtors' [_____] Omnibus Objection
to Claim (the "Omnibus Objection") with the Bankruptcy
Court.  A copy of the Omnibus Objection is attached to this
notice (this "Notice") as Exhibit 1.  By the Omnibus
Objection, the Debtors are seeking to disallow Claims (as
defined herein) on the ground that the Claims are:
[_____]

     PLEASE TAKE FURTHER NOTICE THAT on [_____], 2009, the
Bankruptcy Court entered the Order Establishing Omnibus

Objection Procedures and Approving the Form and Manner of
the Notice of Omnibus Objections (Docket No. ___) (the
"Order"), by which the Bankruptcy Court approved procedures
for filing omnibus objections to proofs of claim and
requests for allowance and payment of administrative
expenses and/or cure claims (collectively, the "Claims") in
connection with the above-captioned chapter 11 cases (the
"Omnibus Objection Procedures").

Specifically, the Omnibus Objection seeks to disallow
claims, including your claim(s), listed below in the "Claim
to Be Disallowed" row but does not seek to alter your claim
listed below in the "Surviving Claim" row.

| TO: | | Claim Number | Claim Amount | Reference Objection |
|---|---|---|---|---|
| [Claimant Name] [Claimant Address] | Claim to Be Disallowed | | | |
| | Surviving Claim | | | |

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF
CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF
THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE
SUBJECT TO THE OBJECTION. <u>YOUR RIGHTS MAY BE AFFECTED BY
THE OBJECTION</u>. THEREFORE, YOU SHOULD READ THIS NOTICE
(INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY
AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN
ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF
THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT
OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A
WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH
THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY
WITHIN 30 DAYS OF THE SERVICE OF THIS OBJECTION, THE COURT
MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION CONCEDED
AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A
HEARING.**

**<u>Critical Information for Claimants
Choosing to File a Response to the Omnibus Objection</u>**

<u>Who Needs to File a Response</u>:  If you oppose the disallowance of your claim(s) listed above and if you are unable to resolve the Omnibus Objection with the Debtors before the deadline to object, then you must file and serve a written response (the "Response") to the Omnibus Objection in accordance with this Notice.

If you do not oppose the disallowance of your claim(s) listed above, then you do not need to file a written Response to the Omnibus Objection and you do not need to appear at the hearing.

Response Deadline: The Response Deadline is **<u>4:00 p.m. (Eastern Time) on [    ], 2009 (the "Response Deadline")</u>**.

THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED <u>AND</u> RECEIVED BY THE RESPONSE DEADLINE.

Your Response will be deemed timely filed only if the Response is **<u>actually</u> <u>received</u>** on or before the Response Deadline by the Bankruptcy Court at the following address:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Debtors' attorneys:

```
SKADDEN, ARPS, SLATE, MEAGHER   MCGUIREWOODS LLP
& FLOM, LLP                     One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, VA 23219
Wilmington, DE 19899-0636       Attn: Dion W. Hayes
Attn: Gregg M. Galardi          Attn: Douglas M. Foley
Attn: Ian S. Fredericks


             - and –


SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn:  Chris L. Dickerson
```

The status hearing on the Omnibus Objection will be held at **[   ] a.m./p.m. prevailing Eastern Time on [            ], 2009 at:**

United States Bankruptcy Court
701 East Broad Street – Courtroom 5100
Richmond, Virginia 23219

If you file a timely Response, in accordance with the Omnibus Objection Procedures, you do not need to appear at the status hearing on the Omnibus Objection.

### **Procedures for Filing a Timely Response and Information Regarding the Hearing on the Omnibus Objection**

**Contents.**  Each Response must contain the following (at a minimum):

1.   a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Omnibus Objection to which the Response is directed;

2.   the claimant's name and an explanation for the amount of the claim;

3.      a concise statement setting forth the reasons why
        the Bankruptcy Court should not sustain the
        Omnibus Objection, including, without limitation,
        the specific factual and legal bases upon which
        the claimant will rely in opposing the Omnibus
        Objection;

4.      a copy of any other documentation or other
        evidence of the claim, to the extent not already
        included with the Claim, upon which the claimant
        will rely in opposing the Omnibus Objection at the
        hearing;

5.      a declaration of a person with personal knowledge
        of the relevant facts that support the Response;
        and

6.      your name, address, telephone number and facsimile
        number and/or the name, address, telephone number
        and facsimile number of your attorney and/or
        designated representative to whom the attorneys
        for the Debtors should serve a reply to the
        Response, if any (collectively, the "Notice
        Addresses").  If a Response contains Notice
        Addresses that are different from the name and/or
        address listed on the Claim, the Notice Addresses
        will control and will become the service address
        for future service of papers with respect to all
        of your Claims listed in the Omnibus Objection
        (including all Claims to be disallowed and the
        surviving claims) and only for those Claims in the
        Omnibus Objection.

        **Additional Information**.  To facilitate a resolution of
the Omnibus Objection, your Response should also include the
name, address, telephone number and facsimile number of the
party with authority to reconcile, settle or otherwise
resolve the Omnibus Objection on the claimant's behalf (the
"Additional Addresses").  Unless the Additional Addresses
are the same as the Notice Addresses, the Additional
Addresses will <u>not</u> become the service address for future
service of papers.

        **Failure to File Your Timely Response**.  If you fail to
file and serve your Response on or before the Response
Deadline in compliance with the procedures set forth in this

Notice, the Debtors will present to the Bankruptcy Court an appropriate order granting the relief requested in the Omnibus Objection <u>without further notice</u> to you.

**Each Objection Is a Contested Matter**. Each Claim subject to an Omnibus Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

## Additional Information

**Requests for Information**.  You may also obtain a copy of the Omnibus Objection or related documents on the internet, by accessing the website of the Debtors at www.kccllc.net/circuitcity.

**Reservation of Rights**.  Nothing in this Notice or the Omnibus Objection constitutes a waiver of the Debtors' right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you of the Debtors.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Debtors have the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date.  In such event, you will receive a separate notice of any such objections.

Dated: March __, 2009
        Richmond, Virginia        SKADDEN, ARPS, SLATE, MEAGHER &
                                  FLOM, LLP
                                  Gregg M. Galardi, Esq.
                                  Ian S. Fredericks, Esq.
                                  P.O. Box 636
                                  Wilmington, Delaware 19899-0636
                                  (302) 651-3000

                                          - and -

                                  SKADDEN, ARPS, SLATE, MEAGHER &
                                  FLOM, LLP
                                  Chris L. Dickerson, Esq.
                                  333 West Wacker Drive
                                  Chicago, Illinois 60606
                                  (312) 407-0700

                                          - and -

                                  MCGUIREWOODS LLP

                                  _____
                                  Dion W. Hayes (VSB No. 34304)
                                  Douglas M. Foley (VSB No. 34364)
                                  One James Center
                                  901 E. Cary Street
                                  Richmond, Virginia 23219
                                  (804) 775-1000

                                  Counsel for Debtors and Debtors
                                  in Possession

\7896527.1

# EXHIBIT H

Circuit City Stores, Inc.
Thirteenth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Surviving Claim Number | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 547 | $272,233.26 | 4559 | Classic Tech Development Limited | | 11 F TO 12 F | Yue Xiu Industrial Building | 87 Hung To Road | Kwun Tong | Kowloon | | Hong Kong |
| 702 | $244,378.68 | 5591 | EXCEL BEST INDUSTRIES LIMITED | LIN LIM UNIT 1603 | 16/F TOWER 2 SILVERCORD NO 30 CANTON RD | | | TSIMSHATSUI KOWLOON | | | HONG KONG |
| 405 | $131,664.64 | 2626 | MINWA ELECTRONICS CO LTD | | 22F FAR EAST FINANCE CENTRE | 16 HARCOURT ROAD | | ADMIRALTY | | | HONG KONG |
| 208 | $1,413,037.38 | 4608 | Umedisc Ltd | | Units 1 7 6/F Metro Loft 38 Kwai Hei St | Kwai Chung | | New Territories | | | Hong Kong |
| 134 | $156,301.27 | 3032 | Actiontec Electronics Inc | | 760 N Mary Ave | | | Sunnyvale | CA | 94085 | USA |
| 25 | $891,383.79 | 239 | ARCHOS INC | | 7951 E MAPPLEWOOD AVE STE 260 | | | GREENWOOD VILLAGE | CO | 80111 | USA |
| 25 | $891,383.79 | 239 | ARCHOS INC | ARCHOS INC | | DEPT 2047 | | DENVER | CO | 80291-2047 | USA |
| 3609 | $202,729.59 | 12975 | Avaya Inc | c o RMS Bankruptcy Services | PO Box 5126 | | | Timonium | MD | 21094 | USA |
| 2673 | $94,892.47 | 11165 | BAW PLASTICS INC | James D Slovonic | 2148 CENTURY DR | CENTURY III BUSINESS CTR | | JEFFERSON HILLS | PA | 15025 | USA |
| 1675 | $30,857.67 | 10476 | Broadway Neon Sign Corp dba Broadway National Sign & Lighting | Carl Paparella VP & General Counsel | 2150 5th Ave | | | Ronkonkoma | NY | 11779 | USA |
| 10542 | $226.08 | 11959 | City of Thornton Utility | City Attorneys Office | City of Thornton | 9500 Civic Center Dr | | Thornton | CO | 80229-4326 | USA |
| 9204 | $283,529.19 | 12875 | Coca Cola Enterprises Inc | c o Catherine Harrison King | Miller & Martin PLLC | 1170 Peachtree St NE Ste 800 | | Atlanta | GA | 30309-7706 | USA |
| 9204 | $283,529.19 | 12875 | Coca Cola Enterprises Inc | Mr Richard W Stiteler | National Credit Advisor | Coca Cola Enterprises Inc | 521 Lake Kathy Dr | Brandon | FL | 33510-2010 | USA |
| 183 | $17,641.45 | 11698 | CORPORATE GRAPHICS INTERNATIONAL | | 1885 NORTHWAY DR | | | N MANKATO | MN | 56003 | USA |
| 3073 | $17,641.45 | 11683 | CORPORATE GRAPHICS INTERNATIONAL | | PO BOX 8464 | | | NORTH MANKATO | MN | 56003 | USA |
| 912 | $185,329.10 | 1037 | Cyber Power Systems Inc | William J Joanis Esq | 4241 12th Avenue E Ste 400 | | | Shakopee | MN | 55379 | USA |
| 910 | $103,123.70 | 1250 | Cyber Power Systems USA Inc | William J Joanis Esq | 4241 12th Avenue E Ste 400 | | | Shakopee | MN | 55379 | USA |
| 4837 | $0.00 | 11660 | DENTON, DIANA W | | 6102 BREMO RD | | | RICHMOND | VA | 23226 | USA |
| 9690 | $111,083.12 | 11557 | DFS Services LLC | | PO Box 3000 | | | New Albany | OH | 43054 | USA |
| 6 | $3,130.00 | 358 | Direct Broadcast Satellite Center | Home Wire LLC | 12602 NE Marx St | | | Portland | OR | 97230 | USA |
| 7102 | $641,722,000.00 | 10842 | FAY, LAWRENCE W | | 2500 MAPLE HALL | | | MIDLOTHIAN | VA | 23113 | USA |
| 9027 | $28,334,193.54 | 10894 | General Electric GE Consumer & Industrial | GE Consumer & Industrial Division | c o DeHaan & Bach | 11256 Cornell Park Dr Ste 500 | | Cincinnati | OH | 45242 | USA |
| 9027 | $28,334,193.54 | 10894 | General Electric GE Consumer & Industrial Division | Michael B Bach | Authorized Agent for GE Consumer & Industrial Division | PO Box 429321 | | Cincinnati | OH | 45242 | USA |
| 8775 | $0.00 | 12329 | Govani, Chirag | Chirag Bradshaw Esq | Mark Bradshaw & Bastian LLP | 26632 Towne Center Dr No 300 | | Foothill Ranch | CA | 92610 | USA |
| 8721 | $0.00 | 12701 | GREEN ACRES MALL LLC | ATTN MEI CHENG | C O VORNADO REALTY TRUST | 210 ROUTE 4 E | | PARAMUS | NJ | 07652 | USA |
| 2247 | $10,868.69 | 13002 | Henrico County Virginia | Rhysa Griffith South Assistant County Attorney | PO Box 90775 | | | Henrico | VA | 23273-0775 | USA |
| 2254 | $10,064.39 | 13007 | Henrico County Virginia | Rhysa Griffith South Assistant County Attorney | PO Box 90775 | | | Henrico | VA | 23273-0775 | USA |
| 1721 | $171,031.38 | 12244 | James J Kenney & Co Inc | | 6218 Camden St | | | Harahan | LA | 70123 | USA |
| 7213 | $66,930.84 | 11118 | JONES WALKER | | 201 ST CHARLES AVE | | | NEW ORLEANS | LA | 70170 | USA |
| 3894 | $1.00 | 10462 | Mack, Yvette | c o Spotts Fain PC | PO Box 1555 | | | Richmond | VA | 23218-1555 | USA |
| 4590 | $0.00 | 10462 | Mack, Yvette | c o Spotts Fain PC | PO Box 1555 | | | Richmond | VA | 23218-1555 | USA |
| 3894 | $1.00 | 10462 | Mack, Yvette | Gary Kellar Esq | | Brentwood Commons Two | 750 Old Hickory Blvd Ste 130 | Brentwood | TN | 37027-4528 | USA |

First Class Mail

Circuit City Stores, Inc.
Thirteenth Omnibus Claims Objection Service List

| Claim Number | Claim Amount | Surving Claim Number | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4590 | $0.00 | 10462 | Mack, Yvette | Brentwood Commons Two | Gary Kellar Esq | 750 Old Hickory Blvd Ste 130 | | Brentwood | TN | 37027-4528 | USA |
| 1633 | $0.00 | 8767 | Majesco Entertainment Company | Porzio Bromberg & Newman PC | PO Box 1997 | | | Morristown | NJ | 07962-1997 | USA |
| 1633 | $0.00 | 8767 | Majesco Entertainment Company | Majesco Entertainment Company | Porxio Bromberg & Newman PC | 100 Southgate Pkwy | | Morristown | NJ | 07960 | USA |
| 710 | $150,528.00 | 1385 | MAJESCO SALES INC | | ROSENTHAL & ROSENTHAL | 1370 BROADWAY | | NEW YORK | NY | 10018 | USA |
| 1528 | $5,145.63 | 11639 | Marconi, Noelle | | 865 Willow Ave | | | Langhorne | PA | 19047 | USA |
| 1528 | $5,145.63 | 11639 | Marconi, Noelle | Marconi, Noelle | c o Alexander J Palamarchuk Esq | 8380 Old York Rd Ste 410 | | Elkins Park | PA | 19027 | USA |
| 3283 | $23,965.59 | 11585 | Mercury Insurance | | PO Box 10730 | | | Santa Ana | CA | 92711 | USA |
| 2216 | $0.00 | 12534 | Michigan Dept of Treasury | Unclaimed Property | PO Box 30756 | | | Lansing | MI | 48909 | USA |
| 2266 | $6,827.38 | 11650 | Munselle, Shirley A | | 805 LISA ST | | | BURLESON | TX | 76028-6488 | USA |
| 4186 | $260.00 | 11592 | Oery, Chris | | 4775 Summit Ridge Dr No 2011 | | | Reno | NV | 89523 | USA |
| 7390 | $17,367,527.47 | 9006 | Olympus Imaging America Inc aka to Debtor as Olympus Corporation | Andrew St Clair | 3500 Corporate Pkwy | | | Center Valley | PA | 18034 | USA |
| 2180 | $18,686.85 | 10561 | PARKERSBURG NEWS SENTINEL | | PO BOX 1787 | | | PARKERSBURG | WV | 26102 | USA |
| 5088 | $3,253,227.44 | 10273 | Platform A Inc fka Advertising com an AOL | Tiffany Strelow Cobb Esq | Vorys Sater Seymour and Pease LLP | 52 East Gay St | PO Box 1008 | Columbus | OH | 43216-1008 | USA |
| 741 | $255,360.00 | 1710 | Rosenthal & Rosenthal Inc | Donald S Leonard | 1370 Broadway 3rd Fl | | | New York | NY | 10018 | USA |
| 8032 | $3,610.00 | 12155 | Scripps Networks LLC dba DIYNetwork Com | Attn Bonnie Krabbenhoft | 9721 Sherrill Blvd | | | Knoxville | TN | 37932 | USA |
| 8032 | $3,610.00 | 12155 | Scripps Networks LLC dba DIYNetwork Com | Scripps Networks LLC dba DIYNetwork Com | | PO Box 602031 | | Charlotte | NC | 28260-2031 | USA |
| 8028 | $5,233.00 | 12156 | Scripps Networks LLC dba FineLiving Com | Attn Bonnie Krabbenhoft | 9721 Sherrill Blvd | | | Knoxville | TN | 37932 | USA |
| 8028 | $5,233.00 | 12156 | Scripps Networks LLC dba FineLiving Com | Scripps Networks LLC dba FineLiving Com | | PO Box 602031 | | Charlotte | NC | 28260-2031 | USA |
| 8033 | $1,544.00 | 12157 | Scripps Networks LLC dba GACTV Com | Attn Bonnie Krabbenhoft | 9721 Sherrill Blvd | | | Knoxville | TN | 37932 | USA |
| 8033 | $1,544.00 | 12157 | Scripps Networks LLC dba GACTV Com | Scripps Networks LLC dba GACTV Com | | PO Box 602031 | | Charlotte | NC | 28260-2031 | USA |
| 4165 | $98,246.66 | 12386 | The Columbus Dispatch | Weltman Weinberg & Reis Co LPA | 175 S Third St Ste 900 | | | Columbus | OH | 43215 | USA |
| 4165 | $98,246.66 | 12386 | The Columbus Dispatch | Weltman Weinberg & Reis Co LPA | | PO Box 93596 | | Cleveland | OH | 44101-5596 | USA |
| 7618 | $3,630.92 | 11814 | The Landing at Arbor Place II LLC | c o Scott M Shaw | Husch Blackwell Sanders LLP | 2030 Hamilton Pl Blvd Ste 150 | | Chattanooga | TN | 37421 | USA |
| 1774 | $703,485.97 | 10334 | Uniden America Corporation | Euler Hermes ACI | Agent of Uniden America Corporation | 800 Red Brook Blvd | | Owings Mills | MD | 21117 | USA |
| 1267 | $1,985,239.31 | 12255 | Universal Studios Home Entertainment LLC | | 100 Universal City Plaza 1440 6 | | | Universal City | CA | 91608 | USA |
| 8612 | $0.00 | 10948 | Vance Baldwin Inc | c o Ronald S Gellert Esq | Eckert Seamans Cherin & Mellott LLC | 2 Liberty Pl 50 S 16th St 22nd Fl | | Philadelphia | PA | 19102-0000 | USA |

First Class Mail

# EXHIBIT I

Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                       One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :    Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :    Case No. 08-35653 (KRH)
et al.,                      :
                             :
             Debtors.        :    Jointly Administered
- - - - - - - - - - - - - - x

**DEBTORS' MOTION FOR AN ORDER APPROVING
(A) PROCEDURES FOR FILING OMNIBUS OBJECTIONS TO CLAIMS AND
(B) THE FORM AND MANNER OF THE NOTICE OF OMNIBUS OBJECTIONS**

The debtors and debtors in possession (collectively,

the "Debtors")[1] hereby move the Court, pursuant to this

---

[1]  The Debtors are the following entities: The Debtors and the last four
digits of their respective taxpayer identification numbers are as
follows: Circuit City Stores, Inc. (3875), Circuit City Stores West
Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc.
(1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC
(0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City
Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott

motion (the "Motion"), for the entry of an order, substantially in the form of Exhibit A, approving (a) procedures for filing omnibus objections to claims asserted in the above-captioned chapter 11 cases and (b) the form and manner of the notice of omnibus objections.  In support of this Motion, the Debtors respectfully state as follows:

## JURISDICTION

1.   The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.   Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.   The statutory predicates for the relief requested herein are sections 105 and 502 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rules 2002(a), 3007, 7004, 9006, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule 3007-1 of the Local Rules of the United States Bankruptcy

---

Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

Court for the Eastern District of Virginia (the "Local Rules").

## BACKGROUND

4.    On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

5.    On January 12, 2009, the Court entered an order authorizing the Debtors to conduct auctions for a sale or sales of the Debtors' businesses as a going concern or for liquidation (D.I. 1460).

6.    At the conclusion of the auction, the Debtors' determined that the highest and otherwise best bid was that of Great American Group WF, LLC, Hudson Capital Partners, LLC, SB Capital Group, LLC, and Tiger Capital Group, LLC (collectively, the "Agent").  On January 16, 2009, the Court approved the Agent's bid and authorized the Debtors to conduct going out of business sales at the Debtors' remaining stores (D.I. 1634).  The Agent commenced going out of business sales at the Debtors' remaining stores on January 17, 2009.

## PRELIMINARY STATEMENT

7.    To date, there have been approximately 11,500 proofs of claim filed with the Debtors' claims agent,

Kurtzman Carson Consultants LLC ("KCC").  In light of the
number of proofs of claim and requests for allowance and
payment of administrative expenses and/or cure claims
(collectively, the "Claims") that have been asserted against
the Debtors' estates and the substantial number of
objections they expect to file in response thereto, the
Debtors are seeking authorization to file omnibus objections
to the Claims in accordance with the objection procedures
described herein (the "Omnibus Objection Procedures").
Recognizing that Bankruptcy Rule 3007 seeks to provide
creditors with transparency and clarity with respect to
omnibus claims objections, the Debtors have tailored the
Omnibus Objection Procedures to adequately protect
creditors' due process rights and achieve administrative and
judicial efficiency.  The Omnibus Objection Procedures will
help streamline the Claims objection process, which will
inure to the benefit of the Debtors, creditors, the Court
and all parties in interest.

8.    The Omnibus Objection Procedures provide adequate
notice to and protect the due process rights of the Debtors'
creditors.  A customized notice of objection will be served
on each creditor whose Claim is objected to by an omnibus
objection, which will inform the creditor of the objection,

the grounds for the objection and the relief sought therein. Requiring the Debtors to file individual objections to every Claim (or requiring that omnibus objections be filed without the benefit of the Omnibus Objection Procedures) would be overly burdensome, costly, time consuming, and unnecessary.

9.    Accordingly, the Debtors respectfully submit that their proposed Omnibus Objection Procedures are consistent with Bankruptcy Rule 3007(c) and the underlying policies of the Bankruptcy Code and due process.

<u>**RELIEF REQUESTED**</u>

10.    The Debtors seek approval of (a) the Omnibus Objection Procedures attached hereto as <u>Exhibit B</u> and incorporated by reference herein and (b) the proposed form and manner of notice of omnibus objections, substantially in the form attached hereto as <u>Exhibit C</u> and incorporated by reference herein (each, a "Notice of Omnibus Objection").

## SUMMARY OF THE OMNIBUS OBJECTION PROCEDURES
## AND NOTICE OF OMNIBUS OBJECTION[2]

### A.    The Omnibus Objection Procedures

11.   The Omnibus Objection Procedures provide for the efficient and economic resolution of omnibus objections (each, an "Omnibus Objection") to the Claims by: (a) providing a guide to the claims objection process that clearly describes the form and manner of Omnibus Objections and the process by which claimants must file and serve responses thereto (each, a "Response"); and (b) ensuring that all parties in interest have sufficient access to the information they require to navigate the claims objection process effectively and otherwise preserve and protect the rights they are afforded under the Bankruptcy Code.

12.   Specifically, the Omnibus Objection Procedures describe, in clear and simple terms, the key aspects of the claims resolution process, including, without limitation: (a) the form of Omnibus Objections and supporting documentation, if necessary; (b) the exhibit attached to each Omnibus Objection (which will contain those Claims for

---

[2]   This description of the Omnibus Objection Procedures and the Notice of Omnibus Objection is intended as a summary and is being provided for the convenience of the Court and parties in interest.  To the extent that this summary and the text of the Omnibus Objection Procedures and the Notice of Omnibus Objection are inconsistent, the terms of the Omnibus Objection Procedures and the Notice of Omnibus Objection, respectively, shall control.

which there is a common basis) and the information contained

thereon (*e.g.*, claimants' names, claim numbers, the grounds

for the Omnibus Objection and cross-references to the

location in the Omnibus Objection discussing the respective

grounds); (c) the form of the Notice of Omnibus Objection

(discussed in greater detail below); (d) the information

claimants need to file a Response to the Omnibus Objection,

the timeframe for doing so and the implications of failing

to timely file a Response; and (e) information relating to

the status hearings on Omnibus Objections.

**B.    The Notice of Omnibus Objection**

13.  As set forth in the Omnibus Objection Procedures,

each claimant whose Claim is the subject of an Omnibus

Objection will be provided with a customized Notice of

Omnibus Objection.  The Notice of Omnibus Objection will,

among other things: (a) describe the basic nature of the

Omnibus Objection; (b) inform claimants that their rights

may be affected by the Omnibus Objection and encourage them

to read the Omnibus Objection carefully; (c) identify the

deadline for filing and serving a Response and describe the

procedures to inform claimants that their Response must be

timely received by the appropriate parties and the

implications of failing to do so; (d) identify the date on

which a hearing may be held to address Omnibus Objections
and related Responses; and (e) describe how a copy of a
Claim, the Omnibus Objection and other pleadings filed in
the chapter 11 cases may be obtained.  Although the Notice
of Omnibus Objection generally will be in the form attached
hereto, it may be tailored specifically to address issues
specific to particular claimants and/or certain types of
Omnibus Objections, where necessary or appropriate.
Accordingly, the Debtors submit that the Omnibus Objection
Procedures and related Notice of Omnibus Objection
adequately protect claimants' due process rights and, thus,
address the concerns that precipitated Bankruptcy Rule 3007,
as amended.

**BASIS FOR RELIEF**

**A.   Ample Authority Exists for Approval of the Omnibus
Objection Procedures**

14.   A debtor may rebut a proof of claim by filing an
objection in accordance with Bankruptcy Rule 3007.  See
California State Board of Equalization v. Official Unsecured
Creditor's Comm. (In re Fidelity Holding Co., Ltd.), 837
F.2d 696, 698 (5th Cir. 1988).  If the debtor rebuts a
claim's presumptive validity, the burden then shifts back to
the creditor who has the ultimate burden of persuasion with

8

respect to the validity of the claim.  See, e.g., In re
Anderson, 349 B.R. 448 (E.D. Va. 2006); Carter Enterprises,
Inc. v. Ashland Specialty Co., Inc., 257 B.R. 797 (S.D. W.
Va. 2001).  Bankruptcy Rule 3007(c) provides that a debtor
can file objections to claims in accordance with Bankruptcy
Rule 3007(d) or as "ordered by the court."  Additionally,
the Court may rely on its general equitable powers to grant
the relief requested in this Motion pursuant to section
105(a) of the Bankruptcy Code, which empowers the Court to
"issue any order, process, or judgment that is necessary or
appropriate to carry out the provisions of [the Bankruptcy
Code]."  11 U.S.C. § 105(a); Canal Corp. v. Finnman (In re
Johnson), 960 F.2d 396, 404 (4th Cir.1992) ("the allowance
or disallowance of a claim in bankruptcy is a matter of
federal law left to the bankruptcy court's exercise of its
equitable powers.").

> **B.  Approval of the Omnibus Objection Procedures
> Benefits Parties in Interest**

15.  The Local Rules do not set forth specific
guidelines for filing omnibus objections to proofs of claim.
Thus, the Debtors submit that it is appropriate for the
Court to approve the Omnibus Objection Procedures in light
of the number of Omnibus Objections the Debtors may file.

In addition to facilitating an efficient administration of the claims reconciliation process, the Omnibus Objection Procedures protect and preserve the value of the Debtors for the benefit of all creditors by reducing the costs and expenses that would otherwise be incurred if individual objections were filed for each Claim (or if omnibus objections were limited without the approval of the Omnibus Objection Procedures).  At the same time, the Omnibus Objection Procedures also afford substantial protection with respect to creditors' due process rights, providing all claimants with sufficient notice and an opportunity to be heard.

**C.    The Omnibus Objection Procedures Are Consistent With Bankruptcy Rule 3007(c)**

16.  Prior to the amendment to Bankruptcy Rule 3007, neither the Bankruptcy Code nor the Bankruptcy Rules addressed the exercise of omnibus objections to claims. Notwithstanding the facial limitations on the use of omnibus objections effected by the amendments to Bankruptcy Rule 3007, debtors are nonetheless still allowed to file omnibus objections to proofs of claim.  The drafters of the amendments specifically provided a mechanism by which debtors may request entry of an order approving tailored

claims objection procedures in Bankruptcy Rule 3007(c),
which provides, "unless otherwise ordered by the court or
permitted by subdivision [Bankruptcy Rule 3007(d) (the
omnibus claim objection provision)], objections to more than
one claim shall not be joined in a single objection."  Fed.
R. Bankr. P. 3007(c); see also 9 COLLIER ON BANKRUPTCY ¶
3007.03-05 (15 ed. rev. 2009).  Thus, while the requirements
of Bankruptcy Rule 3007(c) are mandatory if the omnibus
objection is being filed under Bankruptcy Rule 3007(d), they
are not explicitly required under Bankruptcy Rule 3007(c) if
the Bankruptcy Court "order[s] otherwise."

      17.  The Omnibus Objection Procedures further request
authority to object to the Claims on grounds that are not
specifically listed in Bankruptcy Rule 3007(d).  Given the
ample due process protections and other safeguards proposed
in the Omnibus Objection Procedures, the Debtors should not
be limited to the grounds identified in Bankruptcy Rule
3007(d).

      18.  The Omnibus Objection Procedures maintain the
requisite due process protections and embody the spirit of
the amendments.  Indeed, although an Omnibus Objection will
address multiple Claims, the Notice of Omnibus Objection is
individualized for each claimant affected by such Omnibus

Objection, clearly informing them of the Omnibus Objection and, more importantly, how to preserve their rights with respect thereto. Thus, from the creditors' standpoint, they can easily determine if the Debtors are objecting to their Claims and on what grounds.

   **D.    The Omnibus Objection Procedures Provide for Adequate Notice and Service**

   19.    While Bankruptcy Rule 3007 describes the form of omnibus objections to proofs of claim, it does not address issues relating to notice and service. As set forth in the Omnibus Objection Procedures, the Debtors propose to serve the Notice of Omnibus Objection (as well as the Omnibus Objection itself) on the party who signed the Claim form and any counsel of record who filed an appearance on behalf of such party in connection with these chapter 11 cases. Accordingly, the Debtors submit that the Omnibus Objection Procedures provide for adequate notice and appropriate service of process in accordance with the Bankruptcy Rules.

**CONCLUSION**

   20.    In light of the thousands of Claims filed in these cases, the claims resolution process can only be carried out in an efficient, cost effective manner if procedures are in place. The proposed Omnibus Objection Procedures ensure the

efficient and fair resolution of the Claims.  Importantly,
the Omnibus Objection Procedures are not intended to alter
the substantive rights of creditors and, instead, provide
parties in interest with transparency and predictability
with respect to the resolution of the Claims.  No Claim
subject to the Omnibus Objection Procedures will be
disallowed, altered, reclassified or otherwise affected
without a further order of this Court.  Accordingly, the
Debtors believe the Omnibus Objection Procedures are fair
and equitable and request that the Court approve the Omnibus
Objection Procedures and Notice of Omnibus Objection.

### NOTICE

21.  Notice of this Motion has been provided to those
parties entitled to notice under this Court's Order Pursuant
to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules
2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1
Establishing Certain Notice, Case Management, and
Administrative Procedures (Docket No. 130).  The Debtors
submit that, under the circumstances, no other or further
notice need be given.

### NO PRIOR REQUEST

22.  No prior motion for the relief requested herein
has been made to this or any other court.

13

WHEREFORE, for the reasons set forth herein, the
Debtors respectfully request that the Court enter an order,
substantially in the form attached hereto as Exhibit A, (a)
approving the Omnibus Objection Procedures and the Notice of
Omnibus Objection and (b) granting such other and further
relief as is just and proper.

Dated: March 10, 2009
       Richmond, Virginia    SKADDEN, ARPS, SLATE, MEAGHER &
                             FLOM, LLP
                             Gregg M. Galardi, Esq.
                             Ian S. Fredericks, Esq.
                             P.O. Box 636
                             Wilmington, Delaware 19899-0636
                             (302) 651-3000

                                     - and –

                             SKADDEN, ARPS, SLATE, MEAGHER &
                             FLOM, LLP
                             Chris L. Dickerson, Esq.
                             333 West Wacker Drive
                             Chicago, Illinois 60606
                             (312) 407-0700

                                     - and –

                             MCGUIREWOODS LLP

                              /s/ Douglas M. Foley
                             Dion W. Hayes (VSB No. 34304)
                             Douglas M. Foley (VSB No. 34364)
                             One James Center
                             901 E. Cary Street
                             Richmond, Virginia 23219
                             (804) 775-1000

                             Counsel for Debtors and Debtors
                             in Possession

**EXHIBIT A**
**PROPOSED ORDER**

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

            IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                      RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                     :   Chapter 11
                           :
CIRCUIT CITY STORES, INC., :   Case No. 08-35653 (KRH)
et al.,                    :
                           :
            Debtors.       :   Jointly Administered
- - - - - - - - - - - - - - x


        **ORDER ESTABLISHING OMNIBUS OBJECTION PROCEDURES
     AND APPROVING THE FORM AND MANNER OF NOTICE OF OMNIBUS
                          OBJECTIONS**

        Upon the motion (the "Motion")[1] of the above-captioned

debtors (collectively, the "Debtors") for the entry of an

order (the "Order") approving (a) procedures for filing

omnibus objections to Claims asserted in the above-captioned

---

[1]     Capitalized terms used but not otherwise defined herein shall have
the meanings set forth in the Motion.

cases (the "Omnibus Objection Procedures") and (b) the form
and manner of the notice of objections (the "Notice of
Omnibus Objection"); and it appearing that the relief
requested in the Motion is in the best interests of the
Debtors' estates, their creditors and other parties in
interest; the Court having jurisdiction to consider the
Motion and the relief requested therein pursuant to 28
U.S.C. §§ 157 and 1334; consideration of the Motion and the
relief requested therein being a core proceeding pursuant to
28 U.S.C. § 157(b); venue being proper before the Court
pursuant to 28 U.S.C. §§ 1408 and 1409; proper notice of the
Motion having been provided to all necessary and appropriate
parties, including pursuant to the Court's Order Pursuant to
Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002
and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1
Establishing Certain Notice, Case Management, and
Administrative Procedures entered by the Court on November
13, 2008, and no further notice being necessary; and after
due deliberation and sufficient cause appearing therefor, it
is hereby **ORDERED, ADJUDGED and DECREED** that

    1.    The Motion is granted in its entirety.

    2.    The Debtors are authorized to file Omnibus
Objections to the Claims pursuant to the Omnibus Objection

Procedures, substantially in the form annexed hereto as

Exhibit 1, which are hereby approved in their entirety.

3.    The Notice of Omnibus Objection, substantially in

the form annexed hereto as Exhibit 2, but which may be

modified from time to time, as necessary and appropriate, to

address issues specific to particular claimants and/or

certain types of Omnibus Objections, is hereby approved as

the form by which the Debtors shall provide notice to

claimants whose Claims are the subject of the applicable

Omnibus Objection.

4.    The Debtors' claims and noticing agent, Kurtzman

Carson Consultants LLC agent is authorized to take all

actions necessary to effectuate the relief granted pursuant

to this Order in accordance with the Motion.

5.    The terms and conditions of this Order shall be

immediately effective and enforceable upon its entry.

6.    The Court retains jurisdiction with respect to all

matters arising from or related to the implementation of

this Order.

DATED:    _____

                              _____
                              UNITED STATES BANKRUPTCY COURT
                              JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

 /S/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                          /s/ Douglas M. Foley
                                Douglas M. Foley

**EXHIBIT B**
**OMNIBUS OBJECTION PROCEDURES**

Gregg M. Galardi, Esq.           Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.          Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                        One James Center
One Rodney Square                901 E. Cary Street
PO Box 636                       Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

              IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
                         RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
              Debtors.       :   Jointly Administered
- - - - - - - - - - - - - - x


          **PROCEDURES FOR FILING OMNIBUS OBJECTIONS TO CLAIMS**

          Pursuant to the Order Establishing Omnibus Objection
Procedures and Approving the Form and Manner of the Notice
of Omnibus Objections [Docket No. ___] (the "Order")[1] entered
by the Bankruptcy Court on [____], 2009, the Bankruptcy
Court approved these procedures for filing omnibus
objections to proofs of claims and requests for allowance
and payment of administrative expenses and/or cure claims
(collectively, the "Claims") in connection with the above-

_____

[1] Capitalized terms used but not otherwise defined herein shall have the
meanings set forth in the Order.

captioned chapter 11 cases (the "Omnibus Objection Procedures").

**Omnibus Objection Procedures**

1.   **Form of Omnibus Objection**.   Omnibus Objections will be numbered consecutively, regardless of basis.

2.   **Number of Proofs of Claim per Omnibus Objection**. The Debtors may object to no more than 500 Claims per Omnibus Objection.

3.   **Grounds for Omnibus Objection**.   The Debtors may object to the Claims on any grounds.

4.   **Supporting Documentation**. To the extent appropriate, Omnibus Objections may be accompanied by an affidavit or declaration that states that the affiant or the declarant has reviewed the Claims included therein and applicable supporting information and documentation provided therewith, made reasonable efforts to research the Claim on the Debtors' books and records and believes such documentation does not provide _prima_ _facie_ evidence of the validity and amount of such Claims.

5.   **Claims Exhibits**.   An exhibit listing the Claims that are subject to the Omnibus Objection will be attached to each Omnibus Objection. Each exhibit will only contain those Claims to which there is a common basis for the Omnibus Objection.   Claims for which there is more than one basis for an Omnibus Objection will be referenced on each applicable exhibit. Each exhibit will include, among other things, the following information: (a) an alphabetized list of the claimants whose Claims are the subject of the Omnibus Objection; (b) the claim numbers of the Claims that are the subject of the Omnibus Objection; (c) the grounds for the objections that are the subject of the Omnibus Objection; and (d) a reference to the exhibit of the Omnibus Objection in which the ground(s) for the objection is discussed. Where applicable, additional information may be included in the exhibits, including: for Claims that the Debtors seek to reclassify, the proposed classification of such claims; for Omnibus Objections in which the Debtors seek to reduce the amount of Claims, the proposed reduced claim amount; and for Claims that the Debtors propose to be surviving claims where related claims will be disallowed the surviving claim.

6.    **Omnibus Objection Notice**.  Each Omnibus Objection
will be accompanied by a notice of such Omnibus Objection
(each, a "Notice") in substantially the form attached to the
Order as <u>Exhibit 2</u>.  The Notice will, among other things:
(a) describe the basic nature of the Omnibus Objection; (b)
inform claimants that their rights may be affected by the
Omnibus Objection and encourage them to read the Omnibus
Objection carefully; (c) identify a response date and
describe the procedures for filing a written response (each,
a "Response") to the Omnibus Objection; (d) identify a
hearing date, if applicable, and related procedures; and (e)
describe how Claims, the Omnibus Objection and other
pleadings in the chapter 11 cases may be obtained. Although
the Notice generally will be in the form attached hereto, it
may be tailored specifically to address particular claimants
or types of Omnibus Objections.

7.    **Status Hearings**.  Status hearings for all Claims
for which timely responses are filed will be held on
scheduled omnibus hearing dates.  Unless otherwise notified,
no claimants will need to appear at the status hearings on
the Omnibus Objections.  If an evidentiary hearing is
necessary, claimants will be provided a separate notice of
hearing.

8.    **Order if No Response**.  The Debtors may submit an
order to the Bankruptcy Court sustaining each Omnibus
Objection to Claims for which the Debtors did not receive a
timely Response without further notice to such claimants.
The Debtors may submit an order for Claims in an Omnibus
Objection to which no response is filed, even if there are
Responses to certain Claims objected to in such Omnibus
Objection.

9.    **Each Objection Is a Contested Matter**.  Each Claim
subject to an Omnibus Objection and the Response thereto
shall constitute a separate contested matter as contemplated
by Bankruptcy Rule 9014, and any order entered by the
Bankruptcy Court will be deemed a separate order with
respect to such claim.

<u>**Requirements For All Responses To Objections**</u>

Parties who disagree with the request sought in an
Omnibus Objection are required to file a Response in
accordance with the procedures set forth herein.  If a

3

claimant whose Claim is subject to an Omnibus Objection does
not file and serve a Response in compliance with the
procedures below, the Bankruptcy Court may sustain the
Omnibus Objection with respect to such Claims without
further notice to the claimant.

    1.  **Contents**.  Each Response must contain the
following (at a minimum):

        a.   a caption setting forth the name of the
Bankruptcy Court, the name of the Debtors,
the case number and the title of the Omnibus
Objection to which the Response is directed;

        b.   the claimant's name and an explanation for
the amount of the claim;

        c.   a concise statement setting forth the reasons
why the Bankruptcy Court should not sustain
the Omnibus Objection, including, without
limitation, the specific factual and legal
bases upon which the claimant will rely in
opposing the Omnibus Objection;

        d.   a copy of any other documentation or other
evidence of the claim, to the extent not
already included with the Claim, upon which
the claimant will rely in opposing the
Omnibus Objection at the hearing;

        e.   a declaration of a person with personal
knowledge of the relevant facts that support
the Response; and

        f.   the claimant's name, address, telephone
number and facsimile number and/or the name,
address, telephone number and facsimile
number of the claimant's attorney and/or
designated representative to whom the
attorneys for the Debtors should serve a
reply to the Response, if any (collectively,
the "Notice Addresses").  If a Response
contains Notice Addresses that are different
from the name and/or address listed on the
Claim, the Notice Addresses will control and
will become the service address for future

service of papers with respect to all of the
claimant's Claims listed in the Omnibus
Objection (including all Claims to be
disallowed and the surviving Claims) and only
for those Claims in the Omnibus Objection.

2.   **Additional Information**.   To facilitate a
resolution of the Omnibus Objection, the Response should
also include the name, address, telephone number, facsimile
number, and electronic mail address of the party with
authority to reconcile, settle or otherwise resolve the
Omnibus Objection on the claimant's behalf (the "Additional
Addresses").   Unless the Additional Addresses are the same
as the Notice Addresses, the Additional Addresses will not
become the service address for future service of papers.

3.   **Failure to Timely File a Response**.   If the
claimant fails to file and serve a Response on or before the
Response Deadline in compliance with the procedures set
forth herein, the Debtors will present to the Bankruptcy
Court an appropriate order granting the relief requested in
the Omnibus Objection without further notice to the
claimant.

4.   **Service of the Response**.   A written Response to an
Omnibus Objection, consistent with the requirements
described herein and in the Notice, will be deemed timely
filed only if the Response is actually received on or before
the deadline to respond by the Bankruptcy Court.   A written
Response to an Omnibus Objection, consistent with the
requirements described herein and in the Notice, will be
deemed timely served only if a copy of the Response is
actually received on or before the deadline to respond
(which deadline will be clearly set forth in the Notice) by
the following parties:

5

```
SKADDEN, ARPS, SLATE, MEAGHER   MCGUIREWOODS LLP
& FLOM, LLP                     One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, VA 23219
Wilmington, DE 19899-0636       Attn: Dion W. Hayes
Attn: Gregg M. Galardi          Attn: Douglas M. Foley
Attn: Ian S. Fredericks


          - and -

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn:  Chris L. Dickerson
```

5.    **Reservation of Rights**.  Nothing in the Notice or the Omnibus Objection will constitute a waiver of the right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against the claimant of the Debtors. Unless the Bankruptcy Court allows a Claim or specifically orders otherwise, the Debtors have the right to object on any grounds to the Claims (or to any other Claims or causes of action filed by a claimant or that have been scheduled by the Debtors) at a later date.  In such event, the respective claimant will receive a separate notice of any such objections.

**EXHIBIT C**
**FORM OF NOTICE**

Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                       One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

           IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                     RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
           Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - x


                 NOTICE OF THE DEBTORS'
         [    ] OMNIBUS OBJECTION TO CLAIMS

     PLEASE TAKE NOTICE THAT the above-captioned Debtors
(the "Debtors") filed the Debtors' [_____] Omnibus Objection
to Claim (the "Omnibus Objection") with the Bankruptcy
Court.  A copy of the Omnibus Objection is attached to this
notice (this "Notice") as Exhibit 1.  By the Omnibus
Objection, the Debtors are seeking to disallow Claims (as
defined herein) on the ground that the Claims are:
[_____]

     PLEASE TAKE FURTHER NOTICE THAT on [_____], 2009, the
Bankruptcy Court entered the Order Establishing Omnibus

Objection Procedures and Approving the Form and Manner of
the Notice of Omnibus Objections (Docket No. ___) (the
"Order"), by which the Bankruptcy Court approved procedures
for filing omnibus objections to proofs of claim and
requests for allowance and payment of administrative
expenses and/or cure claims (collectively, the "Claims") in
connection with the above-captioned chapter 11 cases (the
"Omnibus Objection Procedures").

Specifically, the Omnibus Objection seeks to disallow
claims, including your claim(s), listed below in the "Claim
to Be Disallowed" row but does not seek to alter your claim
listed below in the "Surviving Claim" row.

| TO: | | Claim Number | Claim Amount | Reference Objection |
|---|---|---|---|---|
| [Claimant Name] [Claimant Address] | Claim to Be Disallowed | | | |
| | Surviving Claim | | | |

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF
CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF
THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE
SUBJECT TO THE OBJECTION.  <u>YOUR RIGHTS MAY BE AFFECTED BY
THE OBJECTION</u>.  THEREFORE, YOU SHOULD READ THIS NOTICE
(INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY
AND DISCUSS THEM WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN
ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF
THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT
OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A
WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH
THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY
WITHIN 30 DAYS OF THE SERVICE OF THIS OBJECTION, THE COURT
MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION CONCEDED
AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A
HEARING.**

<u>**Critical Information for Claimants
Choosing to File a Response to the Omnibus Objection**</u>

2

<u>Who Needs to File a Response</u>:  If you oppose the disallowance of your claim(s) listed above and if you are unable to resolve the Omnibus Objection with the Debtors before the deadline to object, then you must file and serve a written response (the "Response") to the Omnibus Objection in accordance with this Notice.

If you do not oppose the disallowance of your claim(s) listed above, then you do not need to file a written Response to the Omnibus Objection and you do not need to appear at the hearing.

Response Deadline: The Response Deadline is **<u>4:00 p.m. (Eastern Time) on [    ], 2009 (the "Response Deadline")</u>**.

THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED <u>AND</u> RECEIVED BY THE RESPONSE DEADLINE.

Your Response will be deemed timely filed only if the Response is **<u>actually</u> <u>received</u>** on or before the Response Deadline by the Bankruptcy Court at the following address:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Debtors' attorneys:

3

```
SKADDEN, ARPS, SLATE, MEAGHER  MCGUIREWOODS LLP
& FLOM, LLP                    One James Center
One Rodney Square              901 E. Cary Street
PO Box 636                     Richmond, VA 23219
Wilmington, DE 19899-0636      Attn: Dion W. Hayes
Attn: Gregg M. Galardi         Attn: Douglas M. Foley
Attn: Ian S. Fredericks


              - and -

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn:  Chris L. Dickerson
```

The status hearing on the Omnibus Objection will be held at **[    ] a.m./p.m. prevailing Eastern Time on [             ], 2009 at:**

```
United States Bankruptcy Court
701 East Broad Street - Courtroom 5100
Richmond, Virginia 23219
```

If you file a timely Response, in accordance with the Omnibus Objection Procedures, you do not need to appear at the status hearing on the Omnibus Objection.

**<u>Procedures for Filing a Timely Response
and Information Regarding the Hearing on the Omnibus
Objection</u>**

**<u>Contents</u>.**  Each Response must contain the following (at a minimum):

1.  a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Omnibus Objection to which the Response is directed;

2.  the claimant's name and an explanation for the amount of the claim;

3.      a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection, including, without limitation, the specific factual and legal bases upon which the claimant will rely in opposing the Omnibus Objection;

4.      a copy of any other documentation or other evidence of the claim, to the extent not already included with the Claim, upon which the claimant will rely in opposing the Omnibus Objection at the hearing;

5.      a declaration of a person with personal knowledge of the relevant facts that support the Response; and

6.      your name, address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of your attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Addresses").  If a Response contains Notice Addresses that are different from the name and/or address listed on the Claim, the Notice Addresses will control and will become the service address for future service of papers with respect to all of your Claims listed in the Omnibus Objection (including all Claims to be disallowed and the surviving claims) and only for those Claims in the Omnibus Objection.

**Additional Information**.  To facilitate a resolution of the Omnibus Objection, your Response should also include the name, address, telephone number and facsimile number of the party with authority to reconcile, settle or otherwise resolve the Omnibus Objection on the claimant's behalf (the "Additional Addresses").  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will <u>not</u> become the service address for future service of papers.

**Failure to File Your Timely Response**.  If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this

Notice, the Debtors will present to the Bankruptcy Court an appropriate order granting the relief requested in the Omnibus Objection <u>without further notice</u> to you.

**Each Objection Is a Contested Matter**. Each Claim subject to an Omnibus Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

<u>Additional Information</u>

**Requests for Information**.  You may also obtain a copy of the Omnibus Objection or related documents on the internet, by accessing the website of the Debtors at <u>www.kccllc.net/circuitcity</u>.

**Reservation of Rights**.  Nothing in this Notice or the Omnibus Objection constitutes a waiver of the Debtors' right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you of the Debtors.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Debtors have the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date.  In such event, you will receive a separate notice of any such objections.

```
Dated: March __, 2009
       Richmond, Virginia      SKADDEN, ARPS, SLATE, MEAGHER &
                               FLOM, LLP
                               Gregg M. Galardi, Esq.
                               Ian S. Fredericks, Esq.
                               P.O. Box 636
                               Wilmington, Delaware 19899-0636
                               (302) 651-3000

                                    - and -

                               SKADDEN, ARPS, SLATE, MEAGHER &
                               FLOM, LLP
                               Chris L. Dickerson, Esq.
                               333 West Wacker Drive
                               Chicago, Illinois 60606
                               (312) 407-0700

                                    - and -

                               MCGUIREWOODS LLP

                               _____
                               Dion W. Hayes (VSB No. 34304)
                               Douglas M. Foley (VSB No. 34364)
                               One James Center
                               901 E. Cary Street
                               Richmond, Virginia 23219
                               (804) 775-1000

                               Counsel for Debtors and Debtors
                               in Possession
```

\7896527.1