**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

.................................................................. x

In re:

CIRCUIT CITY STORES, INC.,
<u>et al</u>.,

             Debtors.[1]

.................................................................. x

:   Chapter 11
:
:   Case No. 08-35653 (KRH)
:
:
:   Jointly Administered
:
:

<u>**AFFIDAVIT OF SERVICE**</u>

      I, Isidro N. Panizales, being duly sworn according to law, depose and say that I am

employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent

for the Debtors in the above-captioned cases.

      On June 5, 2009, copies of the following document were served via electronic mail upon the

parties set forth on the service lists attached hereto as **Exhibit A**, facsimile upon the parties set forth

on the service lists attached hereto as **Exhibit B**, and overnight mail upon the parties set forth on the

service lists attached hereto as **Exhibit C**:

     1.  Notice of Agenda of Matters Scheduled for Hearing on June 9, 2009 at 10:00 a.m.
         (Eastern) (Docket No. 3532)

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

Dated:  June ___7___, 2009

_Isidro N. Panizales_

Isidro N. Panizales

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this ___7___ day of June, 2009, by
Isidro N. Panizales, proved to me on the basis of satisfactory evidence to be the person who
appeared before me.

Signature: _____

L. MAREE SANDERS
Commission # 1610322
Notary Public - California
Los Angeles County
My Comm. Expires Oct 1, 2009

# EXHIBIT A

Circuit City Stores, Inc.
Core List

| NAME | ATTENTION | Email |
|------|-----------|-------|
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | bob.duffy@fticonsulting.com<br>steve.coulombe@fticonsulting.com |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | bruce.matson@leclairryan.com |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | dberman@riemerlaw.com |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | dhayes@mcguirewoods.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | gregg.galardi@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | IAN S. FREDERICKS, ESQ. | Ian.Fredericks@skadden.com |
| PACHULSKI STANG ZIEHL & JONES LLP | JEFFREY N POMERANTZ ESQ | jpomerantz@pszjlaw.com |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | kcordry@naag.org |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | lmyers@kirkland.com |
| TAVENNER & BERAN PLC | LYNN L TAVENNER ESQ<br>PAULA S BERAN ESQ | ltavenner@tb-lawfirm.com<br>pberan@tb-lawfirm.com |
| KUTAK ROCK LLP | PETER J. BARRETT | peter.barrett@kutakrock.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ROBERT J FEINSTEIN ESQ | rfeinstein@pszjlaw.com |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | Robert.B.Van.Arsdale@usdoj.gov |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | TIMOTHY G. POHL, ESQ. | tim.pohl@skadden.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Quintrall & Associates LLP | Albert F Quintrall Esq | a.quintrall@quintrallaw.com |
| Lazer Aptheker Rosella & Yedid PC | Robin S Abramowitz | abramowitz@larypc.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com<br>rhicks@shutts.com |
| Hangley Aronchick Segal & Pudlin | Ashely M Chan Esq | achan@hangley.com |
| Ciardi Ciardi & Astin PC | Albert A Ciardi III Esq<br>Thomas D Bielli Esq | aciardi@ciardilaw.com<br>tbielli@ciardilaw.com |
| Krokidas & Bluestein LLP | Anthony J Cichello Esq | acichello@kb-law.com |
| Franklin & Prokopik PC | Andrew L Cole | acole@fandpnet.com |
| Andrew S Conway Esq | | Aconway@taubman.com |
| The Meiburger Law Firm PC | Janet M Meiburger Esq | admin@meiburgerlaw.com |
| Christian & Barton LLP | Augustus C Epps Jr Esq<br>Michael D Mueller Esq<br>Jennifer M McLemore Esq<br>Noelle M James Esq | aepps@cblaw.com<br>mmueller@cblaw.com<br>jmclemore@cblaw.com<br>njames@cblaw.com |
| Kaufman & Canoles | Ann K Crenshaw Esq<br>Paul K Campsen Esq | akcrenshaw@kaufcan.com |
| Miami Dade County Paralegal Unity | Alberto Burnstein | alberto@miamidade.gov<br>MDTCBKC@miamidade.gov |
| Foster Pepper PLLC | Christopher M Alston | alstc@foster.com |
| K&L Gates LLP | Amy Pritchard Williams | amy.williams@klgates.com |
| Monarch Alternative Capital LP | Andrew Herenstein | Andrew.Herenstein@monarchlp.com |
| Vonage Holdings Inc | Angelique Electra | angelique.electra@vonage.com |
| DLA Piper LLP | Anne Braucher Esq | anne.braucher@dlapiper.com |
| Greenberg Traurig LLP | Daniel J Ansell Esq<br>Heath B Kushnick Esq | AnsellD@GTLaw.com<br>kushnickh@gtlaw.com |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda<br>Yolanda Humphrey | arlbank@pbfcm.com<br>ebanda@pbfcm.com<br>yhumphrey@pbfcm.com |
| Lindquist Kleissler & Company LLC | Arthur Lindquist Kleissler | arthurlindquistkleissler@msn.com |
| Culbert & Schmitt PLLC | Ann E Schmitt | aschmitt@culbert-schmitt.com |
| Noland Hamerly Etienne & Hoss PC | Anne Secker Esq<br>Lisa K Omori | asecker@nheh.com |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | austin.bankruptcy@publicans.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Hunton & Williams LLP | Benjamin C Ackerly | backerly@hunton.com |
| | JR Smith | jrsmith@hunton.com |
| | Henry Toby P Long III | hlong@hunton.com |
| | Thomas N Jamerson | tjamerson@hunton.com |
| Kern County Treasurer and Tax Collector Office | Angelica Leon | bankruptcy@co.kern.ca.us |
| Morrison Cohen LLP | Michael R Dal Lago Esq | bankruptcy@morrisoncohen.com |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | batteberry@mdea.com |
| Arnold Gallagher Saydack Percell Roberts & Potter PC | Bradley S Copeland | bcopeland@agsprp.com |
| Loudoun County Attorney | John R Roberts | |
| | Belkys Escobar | Belkys.Escobar@loudoun.gov |
| Linowes and Blocher LLP | Bradford F Englander Esq | benglander@linowes-law.com |
| | Brian M Nestor Esq | bnestor@linowes-law.com |
| Clement & Wheatley | Darren W Bentley Esq | bentleyd@clementwheatley.com |
| Greenberg Traurig LLP | Howard J Berman Esq | bermanH@gtlaw.com |
| Mullins Riley & Scarborough LLP | Betsy Johnson Burn | betsy.burn@nelsonmullins.com |
| Smith Gambrell & Russell LLP | Brian P Hall Esq | bhall@sgrlaw.com |
| Brian T Hanlon | | bhanlon@pbcgov.org |
| Hamilton Beach Brands Inc | Bill Ray | bill.ray@hamiltonbeach.com |
| Moldo Davidson Fraioli Seror & Sestanovich LLP | Byron Z Moldo | bmoldo@mdfslaw.com |
| | Kenneth Miller Esq | kmiller@mdfslaw.com |
| Office of Joe G Tedder CFC | Bonnie Holly | bonnieholly@polktaxes.com |
| Borges & Associates LLC | Wanda Borges Esq | borgeslawfirm@aol.com |
| Troutman Sanders LLP | Bradfute W Davenport Jr | bradfute.davenport@troutmansanders.com |
| Katten Muchin Rosenman LLP | c o Brian D Huben | brian.huben@kattenlaw.com |
| | c o Thomas J Leanse | dustin.branch@kattenlaw.com |
| | c o Dustin P Branch | thomas.leanse@kattenlaw.com |
| Arent Fox LLP | Timothy F Brown Esq | brown.timothy@arentfox.com |
| | Mary Joanne Dowd Esq | dowd.mary@arentfox.com |
| | Christopher J Giaimo Esq | giaimo.christopher@arentfox.com |
| LeClairRyan A Professional Corporation | Bruce H Matson | Bruce.Matson@leclairryan.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Quarles & Brady LLP | Brian Sirower Esq | bsirower@quarles.com |
| | Lori L Winkelman Esq | lwinkelm@quarles.com |
| | Catherine M Guastello Esq | cguastel@quarles.com |
| Vinson & Elkins LLP | William L Wallander | bwallander@velaw.com |
| | Angela B Degeyter | adegeyter@velaw.com |
| Mesch Clark & Rothschild PC | Brenda Moody Whinery Esq | bwhinery@mcrazlaw.com |
| Sheppard Mullin Richter & Hampton LLC | Blanka Wolfe | bwolfe@sheppardmullin.com |
| | Margaret Mann | Mmann@sheppardmullin.com |
| Carter Ledyard & Milburn LLP | Aaron R Cahn | cahn@clm.com |
| Laurin & Associates | Paul J Laurin Esq | |
| | Stephen M Astor Esq | CalendarClerk@laurinlawfirm.com. |
| Miami Dade County Attorneys Office | Erica S Zaron | cao.bkc@miamidade.gov |
| Regency Centers | Catherine L Strauss | catherinestrauss@regencycenters.com |
| Acxiom Corporation | C B Blackard III | cbblac@acxiom.com |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte Esq | cbelmonte@ssbb.com |
| | Pamela A Bosswick Esq | pbosswick@ssbb.com |
| | Abigail Snow Esq | asnow@ssbb.com |
| Winthrop & Weinstine PA | Christopher A Camardello | ccamardello@winthrop.com |
| Buchalter Nemer A Professional Corporation | Craig C Chiang Esq | cchiang@buchalter.com |
| | Shawn M Christianson Esq | schristianson@buchalter.com |
| Nixon Peabody LLP | Dennis J Drebsky | |
| | Christopher M Desiderio | cdesiderio@nixonpeabody.com |
| McCarter & English LLP | Clement J Farley | cfarley@mccarter.com |
| | Angela Sheffler Abreu | aabreu@mccarter.com |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos Esq | cgp@ballardspahr.com |
| | Charles W Chotvacs Esq | chotvacsc@ballardspahr.com |
| Quarles & Brady LLP | Catherine M Guastello Esq | cguastel@quarles.com |
| City of Fort Worth Sr Assistant City Attorney | Christopher B Mosley | Chris.Mosley@fortworthgov.org |
| Attorney General of New Jersey | Anne Milgram | citizens.services@lps.state.nj.us |
| Recovery Management Systems Corp | Ramesh Singh | claims@recoverycorp.com |
| Goulston & Storrs PC | Christine D Lynch Esq | clynch@goulstonstorrs.com |
| | Peter D Bilowz Esq | pbilowz@goulstonstorrs.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Magee Foster Goldstein & Sayers PC | A Carter Magee Jr | cmagee@mfgs.com |
| | W Joel Charboneau | jcharboneau@mfgs.com |
| Squire Sanders & Dempsey LLP | G Christopher Meyer | cmeyer@ssd.com |
| Palmer Law Firm Inc | R Chase Palmer | cpalmerplf@gmail.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Glass & Reynolds | David G Reynolds Esq | dave@glassandreynolds.com |
| City & County of Denver | David V Cooke | david.cooke@denvergov.org |
| Moore & Van Allen PLLC | David B Wheeler Esq | davidwheeler@mvalaw.com |
| Riemer & Braunstein LLP | David S Berman | Dberman@riemerlaw.com |
| Chiariello & Chiariello | Dominic L Chiariello | dc@chiariello.com |
| Jackson & Campbell PC | David H Cox Esq | dcox@jackscamp.com |
| | John J Matteo Esq | jmatteo@jackscamp.com |
| Cole Schotz Meisel Forman & Leonard PA | G David Dean Esq | ddean@coleschotz.com |
| Cook Heyward Lee Hopper & Feehan PC | David D Hopper Esq | ddhopper@chlhf.com |
| Office of the Attorney General | Denise Mondell | Denise.Mondell@po.state.ct.us |
| Weiss Serota Helfman Pastoriza Cole & Boniske PL | Douglas R Gonzales | dgonzales@wsh-law.com |
| The Law Offices of David A Greer PLC | David A Greer Esq | dgreer@davidgreerlaw.com |
| Vinson & Elkins LLP | David E Hawkins | dhawkins@velaw.com |
| Neuberger Quinn Gielen Rubin & Gibber PA | Deborah H Devan Esq | dhd@nqgrg.com |
| Morris Manning & Martin LLP | David W Cranshaw Esq | dhp@mmmlaw.com |
| Duane Morris LLP | Rudolph J Di Massa Jr Esq | DiMassa@duanemorris.com |
| | Matthew E Hoffman Esq | MEHoffman@duanemorris.com |
| | Lauren Lonergan Taylor Esq | LLTaylor@duanemorris.com |
| | Matthew E Hoffman Esq | MEHoffman@duanemorris.com |
| Robinson Diamant & Wolkowitz | Douglas D Kappler Esq | dkappler@rdwlawcorp.com |
| Arnall Golden Gregory LLP | Darryl S Laddin | dladdin@agg.com |
| | Frank N White | frank.white@agg.com |
| Brown Connery LLP | Donald K Ludman | dludman@brownconnery.com |
| Wolff Hill McFarlin & Herron PA | David R McFarlin Esq | dmcfarlin@whmm.com |
| Jeffer Mangels Butler & Marmaro LLP | David M Poitras PC | dpoitras@jmbm.com |
| | Caroline R Djang | crd@jmbm.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| McSweeney Crump Childress & Temple PC | David R Ruby Esq | druby@mcsweeneycrump.com |
| Munsch Hardt Kopf & Harr PC | Davor Rukavina Esq | drukavina@munsch.com |
| Duane Morris LLP | Denyse Sabagh | dsabagh@duanemorris.com |
| McDowell Rice Smith & Buchanan PC | Donald G Scott | dscott@mcdowellrice.com |
| | Daniel R Sovocool | dsovocool@nixonpeabody.com |
| | Louis J Cisz III | lcisz@nixonpeabody.com |
| Nixon Peabody LLP | Gina M Fornario | gfornario@nixonpeabody.com |
| | David K Spiro Esq | dspiro@cantorarkema.com |
| Cantor Arkema PC | Neil E McCullagh Esq | nmccullagh@cantorarkema.com |
| | | eagle.sara@pbgc.gov |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | efile@pbgc.gov |
| Saul Ewing LLP | Edith K Altice Esq | ealtice@saul.com |
| Weltman Weinberg & Reis Co LPA | Scott D Fink | ecfndoh@weltman.com |
| Stein & Lubin LLP | Eugene Chang | echang@steinlubin.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| Hunton & Williams LLP | J Eric Crupi | ecrupi@hunton.com |
| Missouri Department of Revenue | Attn Richard M Maseles | edvaecf@dor.mo.gov |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | efriedman@friedumspring.com |
| Stutman Treister & Glatt PC | Eric D Goldberg | egoldberg@stutman.com |
| Stempel Bennett Claman & Hochberg PC | Edmond P O Brien Esq | eobrien@sbchlaw.com |
| K&L Gates LLP | Eric C Rusnak | eric.rusnak@klgates.com |
| Bewley Lassleben & Miller LLP | Ernie Zachary Park | ernie.park@bewleylaw.com |
| | Edward L Rothberg | erothberg@wkpz.com |
| Weycer Kaplan Pulaski & Zuber PC | Jessica L Hickford | jhickford@wkpz.com |
| Siller Wilk LP | Eric J Snyder | esnyder@sillerwilk.com |
| Panattoni Law Firm | Fredric Albert | falbert@czmlaw.com |
| | Faye B Feinstein Esq | fbf@quarles.com |
| Quarles & Brady LLP | Christopher Combest Esq | ccombest@quarles.com |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | fbr@robinsonbrog.com |
| Bartlett Hackett Feinberg PC | Frank F McGinn | ffm@bostonbusinesslaw.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Bronwen Price | Gail B Price Esq | gail@bronwenprice.com |
| Weil Gotshal & Manges LLP | Gary T Holtzer Esq | gary.holtzer@weil.com |
| | Joseph W Gelb Esq | joseph.gelb@weil.com |
| Envision Peripherals Inc | Gay Richey<br>Sr Credit Manager | gay@epius.com |
| Michael A Cardozo | Gabriela P Cacuci Esq | gcacuci@law.nyc.gov |
| Siegfried Bingham Levy Selzer & Gee | Gary V Fulghum | gfulghum@sblsg.com |
| Hodgson Russ LLP | Garry M Graber Esq | Ggraber@HodgsonRuss.com |
| Tennessee Department of Revenue | TN Attorney Generals Office | Gina.Hantel@ag.tn.gov |
| Roussos Lassiter Glanzer & Marcus PLC | Lawrence H Glanzer Esq | glanzer@rlglegal.com |
| Howard Rice Nemerovski Canady Falk & Rabkin | Gary M Kaplan Esq | gmkaplan@howardrice.com |
| Procopio Cory Hargreaves & Savitch LLP | Gerald P Kennedy | gpk@procopio.com |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | graicht@mwe.com |
| The Arapahoe County Treasurer | George Rosenberg Esq | grosenberg@co.arapahoe.co.us<br>jholmgren@co.arapahoe.co.us |
| Schnader Harrison Segal & Lewis LLP | Gordon S Woodward Esq | gwoodward@schnader.com |
| Finn Dixon & Herling LLP | Henry P Baer Jr Esq | hbaer@fdh.com |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | hdawson@kkgpc.com |
| Troutman Sanders LLP | Hollace Topol Cohen | hollace.cohen@troutmansanders.com |
| | Vivieon E Kelley | vivieon.kelley@troutmansanders.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@publicans.com |
| Jaspan Schlesinger LLP | Hale Yazicioglu Esq | hyazicioglu@jaspanllp.com |
| Landsberg Margulies LLP | Ian S Landsberg Esq | ilandsberg@lm-lawyers.com |
| Haynes and Boone LLP | Jason Binford | jason.binford@haynesboone.com |
| Jay T Blount | | jay.blount@dcsg.com |
| Jones Day | Jeffrey B Ellman | jbellman@jonesday.com |
| | Brett J Berlin | bjberlin@jonesday.com |
| Polsinelli Shalton Flanigan Suelthaus PC | James E Bird | jbird@polsinelli.com |
| | Amy E Hatch | ahatch@polsinelli.com |
| Cox Castle & Nicholson LLP | Jess R Bressi Esq | jbressi@coxcastle.com |
| Querrey & Harrow Ltd | John M Brom | jbrom@querrey.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Osler Hoskin & Hardcourt LLP | Jeremy Dacks | jdacks@osler.com |
| | Marc S Wasserman | mwasserman@osler.com |
| Stinson Morrison Hecker LLP | Jaime S Dibble | jdibble@stinson.com |
| | Katherine M Sutcliffe Becker | kbecker@stinson.com |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | jdoran@haslaw.com |
| City of Newport News VA City Attorney | Joseph M Durant | jdurant@nngov.com |
| Missouri Attorney General Office | Chris Koster | |
| | Jeff Klusmeier | Jeff.Klusmeier@ago.mo.us |
| Carmody MacDonald PC | John E Hilton | jeh@carmodymacdonald.com |
| Leitess Leitess Friedberg & Fedder PC | Jeremy S Friedberg Esq | jeremy.friedberg@llff.com |
| | Gordon S Young Esq | gordon.young@llff.com |
| Frank Gecker LLP | Joseph D Frank | |
| | Jeremy C Kleinman | jfrank@fgllp.com |
| Hamburg Karic Edwards & Martin LLP | J Bennett Friedman Esq | jfriedman@hkemlaw.com |
| Akin Gump Strauss Hauer & Feld LLP | Jonathan L Gold | jgold@akingump.com |
| | Mary A House | mhouse@akingump.com |
| | Catherine E Creely | ccreely@akingump.com |
| Wiley Rein LLP | H Jason Gold Esq | jgold@wileyrein.com |
| | Dylan G Trache Esq | dtrache@wileyrein.com |
| | Rebecca L Saitta Esq | rsaitta@wileyrein.com |
| | Valerie P Morrison Esq | vmorrison@wileyrein.com |
| | Dylan G Trache Esq | dtrache@wileyrein.com |
| Taft Stettinius & Hollister LLP | Jeffrey J Graham | jgraham@taftlaw.com |
| Seyfarth Shaw LLP | Jessica Hughes Esq | jhughes@seyfarth.com |
| | Rhett Petcher Esq | rpetcher@seyfarth.com |
| | Alexander Jackins | ajackins@seyfarth.com |
| Ford Parshall & Baker | Jordan M Humphreys | jhumphreys@fpb-law.com |
| Weingarten Realty Investors | Jenny J Hyun Esq | jhyun@weingarten.com |
| Holland & Knight LLP | James H Rollins | jim.rollins@hklaw.com |
| Core Properties Inc | James Donaldson | jim@coreproperties.com |
| Greenberg Glusker Fields Claman & Machtinger LLP | Jeffrey A Krieger Esq | jkrieger@ggfirm.com |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Jeffrey Kurtzman Esq | jkurtzma@klehr.com |
| Carlton Fields PA | John J Lamoureux Esq | jlamoureux@carltonfields.com |
| Ball Janik LLP | Justin D Leonard | jleonard@balljanik.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| White & Case LLP | Peter J Carney<br>William Sloan Coats<br>Julieta L Lerner | jlerner@whitecase.com |
| McKenna Long & Aldridge LLP | John G McJunkin Esq | jmcjunkin@mckennalong.com |
| McKenna Long & Alridge LLP | John G McJunkin Esq<br>J David Folds | jmcjunkin@mckennalong.com<br>dfolds@mckennalong.com |
| Beirne Maynard & Parsons L.L.P. | J Seth Moore<br>Sarah Davis | jmoore@bmpllp.com<br>sdavis@bmpllp.com<br>bankruptcyemail@bmpllp.com |
| McKay Burton & Thurman | Joel T Marker | joel@mbt-law.com |
| Husch Blackwell Sanders LLP | John J Cruciani Esq | john.cruciani@huschblackwell.com |
| John Marshall Collins PC | John Marshall Collins Esq | johnolaw@gmail.com |
| Khang & Khang LLP | Joon M Khang | joon@khanglaw.com |
| Latham &  Watkins LLP | Josef S Athanas | josef.athanas@lw.com |
| King & Spalding LLP | James A Pardo Jr<br>Thaddeus D Wilson | jpardo@kslaw.com<br>thadwilson@kslaw.com |
| Saul Ewing LLP | Jeremy W Ryan Esq | jryan@saul.com |
| J Scott Douglass | | jsdlaw@msn.com |
| Womble Carlyle Sandridge & Rice PLLC | Jeffrey L Tarkenton<br>Todd D Ross | jtarkenton@wcsr.com<br>toross@wcsr.com |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | jvlombardi@rossbanks.com |
| Wagner Choi & Verbrugge | James A Wagner Esq | jwagner@wcelaw.com |
| PriceGrabber com Inc | Katerina Canyon | katerina@pricegrabber.com |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq<br>Christina M Thompson Esq | kbifferato@cblh.com<br>cthompson@cblh.com |
| Bernstein Law Firm PC | Stacey Suncine<br>Kirk B Burkley | kburkley@bernsteinlaw.com |
| Kelley Drye & Warren LLP | James S Carr Esq<br>Robert L LeHane Esq | KDWBankruptcyDepartment@kelleydrye.com |
| Blank Rome LLP | Regina Stango Kelbon Esq<br>John Lucian Esq | Kelbon@blankrome.com<br>Lucian@blankrome.com |
| Allen & Overy LLP | Ken Coleman | ken.coleman@allenovery.com |
| Law Office of Kenneth B Roseman & Assoc PC | Kenneth B Roseman | kenroseman@hotmail.com |
| Wolff & Samson PC | Karen L Gilman Esq | kgilman@wolffsamson.com |
| Trout Jones Gledhill Fuhrman PA | Kimbell D Gourley | kgourley@idalaw.com |

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Reed Smith LLP | Kurt F Gwynne Esq | kgwynne@reedsmith.com |
| | Kathleen A Murphy Esq | kmurphy@reedsmith.com |
| Whiteford Taylor Preston LLP | Kevin G Hroblak Esq | khroblak@wtplaw.com |
| Bricker & Eckler LLP | Kenneth C Johnson | kjohnson@bricker.com |
| | Andria M Beckham | abeckham@bricker.com |
| Pentiuk Couvreur & Kobiljak PC | Kurt M Kobiljak | kkobiljak@pck-law.com |
| Cooley Godward Kronish LLP | Gregg S Kleiner | kleinergs@cooley.com |
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | knewman@menterlaw.com |
| McDermott Will & Emery LLP | Karla L Palmer Esq | kpalmer@mwe.com |
| Nicholls & Crampton PA | Kevin L Sink | ksink@nichollscrampton.com |
| Venable LLP | Lawrence A Katz | lakatz@venable.com |
| | Kristen E Burgers | keburgers@venable.com |
| Carroll & Carroll PLLC | Scott P Carroll Esq | lawcarroll@aol.com |
| Linda J Brame | | lbrame@winterslaw.com |
| Schreeder Wheeler & Flint LLP | Lawrence S Burnat Esq | lburnat@swfllp.com |
| | J Carole Thompson Hord Esq | chord@swfllp.com |
| Wise DelCotto PLLC | Laura Day DelCotto Esq | ldelcotto@wisedel.com |
| | Allison Fridy Arbuckle Esq | aarbuckle@wisedel.com |
| Enterprise Asset Management Inc | Lee Sudakoff | Lee.Sudakoff@eassets.com |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Lei Lei Wang Ekvall Esq | lekvall@wgllp.com |
| Wyatt Tarrant & Combs LLP | John P Brice | lexbankruptcy@wyattfirm.com |
| Hewitt & O Neil LLP | Lawrence J Hilton | lhilton@hewittoneil.com |
| Orange Grove Properties | Linda Taylor | linda@tayloruns.com |
| Magruder Cook Carmody & Koutsouftikis | Anne M Magruder Esq | |
| | Leon Koutsouftikis Esq | lkouts@magruderpc.com |
| Sony Electronics Inc | Lloyd B Sarakin | lloyd.sarakin@am.sony.com |
| Duane Morris LLP | Lauren Lonergan Taylor | lltaylor@duanemorris.com |
| | Matthew E Hoffman | mehoffman@duanemorris.com |
| Hatch Allen & Shepherd PA | Leslie D Maxwell Esq | lmaxwell@hatchlaw.com |
| Empire Blue Cross Blue Shield | Louis Benza Esq | louis.benza@empireblue.com |
| Lionel J Postic PC | Lionel J Postic Esq | lpostic@mindspring.com |
| | | aarusso@mindspring.com |
| Gary & Regenhardt PLLC | Linda D Regenhardt | lregenhardt@garyreg.com |
| Levy Stopol & Camelo LLP | Larry Stopol Esq | lstopol@levystopol.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| K&L Gates LLP | Marc Barreca | marc.barreca@klgates.com<br>bankruptcyecf@klgates.com |
| Smith Moore Leatherwood LLP | F Marion Hughes | marion.hughes@smithmoorelaw.com |
| Stromberg & Associates PC | Mark Stromberg | mark@stromberglawfirm.com |
| Taxing Authority Consulting Services PC | Mark K Ames<br>Jeffrey Scharf | mark@taxva.com |
| Righetti Law Firm PC | Matthew Righetti | matt@righettilaw.com<br>erin@righettilaw.com |
| Womble Carlyle Sandridge & Rice PLLC | Michael Busenkell | mbusenkell@wcsr.com |
| Gibbons PC | Mark B Conlan Esq | mconlan@gibbonslaw.com |
| Hirschler Fleischer PC | Michael P Falzone Esq<br>Sheila deLa Cruz Esq<br>Robert S Westermann | mfalzone@hf-law.com<br>sdelacruz@hf-law.com<br>rwestermann@hf-law.com |
| Ravich Meyer Kirkman McGrath Nauman & Tansey PA | Michael F McGrath Esq | mfmcgrath@ravichmeyer.com |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox Esq<br>Frederick J Levy Esq | mfox@olshanlaw.com<br>flevy@olshanlaw.com |
| Hunton & Williams LLP | Michael S Held Esq | mheld@hunton.com |
| Kutak Rock LLP | Michael A Condyles Esq<br>Loc Pfeiffer Esq<br>Peter J Barrett Esq<br>Kimberly A Pierro | michael.condyles@kutakrock.com<br>loc.pfeiffer@kutakrock.com<br>peter.barrett@kutakrock.com<br>kimberly.pierro@kutakrock.com |
| Schulte Roth & Zabel LLP | Michael L Cook<br>David M Hillman<br>Meghan M Breen | michael.cook@srz.com<br>david.hillman@srz.com<br>meghan.breen@srz.com |
| LeClairryan a Professional Corporation | Michael E Hastings Esq | michael.hastings@leclairryan.com |
| Troutman Sanders LLP | Michael E Lacy | michael.lacy@troutmansanders.com |
| Binder & Malter LLP | Michael W Malter Esq<br>Julie H Rome Banks Esq | michael@bindermalter.com<br>julie@bindermalter.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Frost Brown Todd LLC | Michael J O Grady Esq | mjogrady@fbtlaw.com |
| Ervin Cohen & Jessup LLP | Michael S Kogan<br>Kenneth Miller Esq | mkogan@ecjlaw.com<br>Kmiller@ecjlaw.com |
| Travelers | Mike Lynch | mlynch2@travelers.com |

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Barnes & Thornburg LLP | Michael K McCrory Esq | mmccrory@btlaw.com |
| Vorys Sater Seymour and Pease LLP | Malcolm M Mitchell Jr | mmmitchell@vorys.com |
| | Suparna Banerjee | sbanerjee@vorys.com |
| | Kara D Lehman | kdlehman@vorys.com |
| McDonough Holland & Allen PC | Mary E Olden Esq | molden@mhalaw.com |
| | Andre K Campbell Esq | acampbell@mhalaw.com |
| | Sean Thomas Thompson Esq | sthompson@mhalaw.com |
| Connolly Bove Lodge & Hutz LLP | Min Park Esq | mpark@cblh.com |
| McCreary Veselka Bragg & Allen PC | Michael Reed | mreed@mvbalaw.com |
| Polsinelli Shalton Flanigan Suelthaus PC | Michael F Ruggio | mruggio@polsinelli.com |
| O Melveny & Myers LLP | Michael J Sage Esq | msage@omm.com |
| | Karyn B Zeldman Esq | kzeldman@omm.com |
| Michael J Sawyer | Quincy Ctr Plaza | msawyer@stopandshop.com |
| Macdermid Reynolds & Glissman PC | Michael S Stiebel | mstiebel@mrglaw.com |
| Klee Tuchin Bogdanoff & Stern LLP | Michael L Tuchin | mtuchin@ktbslaw.com |
| Gust Rosenfeld PLC | Madeleine C Wanslee | mwanslee@gustlaw.com |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | Mweitzman@beankinney.com |
| Walter Wilhelm Law Group | Michael L Wilhelm Esq | mwilhelm@W2LG.com |
| Saiber LLC | Nancy A Washington Esq | naw@saiber.com |
| Young Goldman & Van Beek PC | Neil P Goldman Esq | ngoldman@ygvb.com |
| | John P Van Beek Esq | |
| Morgan Lewis & Bockius LLP | Neil E Herman Esq | nherman@morganlewis.com |
| | Menachem O Zelmanovitz Esq | mzelmanovitz@morganlewis.com |
| Trainor Fairbrook | Nancy Hotchkiss Esq | nhotchkiss@trainorfairbrook.com |
| Micro Center Sales Corporation | Nancy Klemstine Real Estate Mgr | nklemstine@microcenter.com |
| Neal Gerber Eisenberg LLP | Nicholas M Miller | nmiller@ngelaw.com |
| Miller & Martin PLLC | Nicholas W Whittenburg | nwhittenburg@millermartin.com |
| Spilman Thomas & Battle PLLC | Paul M Black Esq | pblack@spilmanlaw.com |
| Donchess Notinger & Tamposi | Peter N Tamposi | Peter@dntpc.com |
| | | nontrustee@dntpc.com |
| Akin Gump Strauss Hauer & Feld LLP | Peter J Gurfein | pgurfein@akingump.com |
| MercerTrigiani LLP | Philip C Baxa Esq | phil.baxa@mercertrigiani.com |
| Dilworth Paxson LLP | Peter C Hughes Esq | phughes@dilworthlaw.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Receivable Management Services | Phyllis A Hayes | Phyllis.Hayes@rmsna.com |
| Kaufman & Canoles | Paul K Campsen Esq | pkcampsen@kaufcan.com |
| | David L Pollack Esq | pollack@ballardspahr.com |
| | Jeffrey Meyers Esq | meyers@ballardspahr.com |
| Ballard Spahr Andrews & Ingersoll LLP | Jesse N Silverman Esq | silvermanj@ballardspahr.com |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | ppascuzzi@ffwplaw.com |
| | C Thomas Ebel Esq | ppearl@sandsanderson.com |
| | William A Gray Esq | lhudson@sandsanderson.com |
| | Peter M Pearl Esq | bgray@sandsanderson.com |
| Sands Anderson Marks & Miller PC | Lisa Taylor Hudson Esq | tebel@sandsanderson.com |
| Southwinds Ltd | Paul Resnick | pr@southwindsltd.com |
| Herrick Feinstein LLP | Paul Rubin | prubin@herrick.com |
| Caparra Center Associates SE | Penny R Stark Esq | pstarkesq@yahoo.com |
| | Peter E Strniste | pstrniste@rc.com |
| Robinson & Cole | Patrick M Birney | pbirney@rc.com |
| Jorden Burt LLP | Raul A Cuervo | rac@wdc.jordenusa.com |
| Oppenheimer Blend Harrison & Tate Inc | Raymond W Battaglia | Rbattaglia@obht.com |
| Stites & Harbison PLLC | Ron C Bingham II | rbingham@stites.com |
| Mulinix Ogden Hall Andres & Ludlam PLLC | Richard C Ogden Esq | rco@lawokc.com |
| | Martin A Brown Esq | martin.brown@kawokc.com |
| The Cafaro Company | Richard T Davis | rdavis@cafarocompany.com |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | rdremluk@seyfarth.com |
| Gleason Dunn Walsh & O Shea | Ronald G Dunn Esq | rdunn@gdwo.net |
| | Robert A Dybing | rdybing@t-mlaw.com |
| Thompson McMullan PC | Robert R Musick | bmusick@t-mlaw.com |
| | Michael A Cox | |
| State of Michigan Department of Treasury | Victoria A Reardon | ReardonV@michigan.gov |
| Pennsylvania Dept of Revenue | Robert C Edmundson | redmundson@attorneygeneral.gov |
| | Robert E Greenberg Esq | |
| Friedlander Misler PLLC | Thomas F Murphy Esq | rgreenberg@dclawfirm.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Troutman Sanders LLP | Richard Hagerty | richard.hagerty@troutmansanders.com |
| Holland & Knight LLP | Richard E Lear | richard.lear@hklaw.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Law Offices of Ronald K Brown Jr | Ronald K Brown Jr | rkbgwhw@aol.com |
| Broad and Cassel | Roy S Kobert Esq | rkobert@broadandcassel.com |
| Romero Law Firm | Martha E Romero | romero@mromerolawfirm.com |
| Posternak Blankstein & Lund LLP | Robert Somma Esq | rsomma@pbl.com |
| | Laura A Otenti Esq | lotenti@pbl.com |
| Schenk Annes Brookman & Tepper Ltd | Robert D Tepper Esq | rtepper@sabt.com |
| Durrette Bradshaw PLC | Roy M Terry Jr Esq | rterry@durrettebradshaw.com |
| | John C Smith Esq | jsmith@durrettebradshaw.com |
| | Elizabeth L Gunn Esq | egunn@durrettebradshaw.com |
| Ronald M Tucker Esq | | rtucker@simon.com |
| Canon USA Inc | Ruth Weinstein | rweinstein@cusa.canon.com |
| Hunton & Williams LLP | Robert S Westermann Esq | rwestermann@hunton.com |
| Elliott Greenleaf | Rafael X Zahralddin Aravena | rxza@elliottgreenleaf.com |
| | Neil R Lapinski | nrl@elliottgreenleaf.com |
| Lim Ruger & Kim LLP | Samuel S Oh Esq | sam.oh@limruger.com |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | sanantonio.bankruptcy@publicans.com |
| Sonnenschein Nath & Rosenthal LLP | Sara L Chenetz Esq | schenetz@sonnenschein.com |
| Honigman Miller Schwartz and Cohn LLP | Seth A Drucker Esq | sdrucker@honigman.com |
| | Adam K Keith Esq | akeith@honigman.com |
| | Joseph R Sgroi Esq | jsgroi@honigman.com |
| Miller Canfield Paddock and Stone PLC | John L Senica | senica@millercanfield.com |
| Pachulski Stang Ziehl & Jones | Stanley E Goldich | sgoldich@pszjlaw.com |
| Law Office of Robert E Luna PC | Andrea Sheehan | sheehan@txschoollaw.com |
| US Securities and Exchange Commission | Susan R Sherrill Beard | sherrill-beards@sec.gov |
| Stevens & Lee PC | Steven J Adams Esq | sja@stevenslee.com |
| Goodwin & Goodwin LLP | Suzanne Jett Trowbridge | sjt@goodwingoodwin.com |
| Hofheimer Gartlir & Gross LLP | Scott R Kipnis Esq | skipnis@hgg.com |
| | Rachel N Greenberger Esq | rgreenberger@hgg.com |
| | Nicholas B Malito Esq | nmalito@hgg.com |
| Lehnardt & Lehnardt LLC | Detlef G Lehnardt | |
| | Stephen K Lehnardt | skleh@lehnardt-law.com |
| Leach Travell Britt PC | Stephen E Leach Esq | sleach@ltblaw.com |
| | D Marc Sarata Esq | msarata@ltblaw.com |
| Jones Day | Sheila L Shadmand Esq | slshadmand@jonesday.com |

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Shulman Rogers Gandal Pordy & Ecker PA | Stephen A Metz Esq | smetz@srgpe.com |
| | Courtney R Sydnor Esq | ggrant@srgpe.com |
| | Gregory D Grant Esq | csydnor@srgpe.com |
| Katsky Korins LLP | Steven H Newman Esq | snewman@katskykorins.com |
| County of Henrico Attorneys Office | Rhysa Griffith South Esq | Sou06@co.henrico.va.us |
| Orrick Herrington & Sutcliffe LLP | Scott A Stengel Esq | sstengel@orrick.com |
| | Jonathan P Guy Esq | jguy@orrick.com |
| Womac & Associates | Brian D Womac | Stacey@brianwomac.com |
| | Stacy Kremling | brianwomac@aol.com |
| Phillips Goldman & Spence PA | Stephen W Spence Esq | sws@pgslaw.com |
| | Scott L Adkins Esq | sla@pgslaw.com |
| Kupelian Ormond & Magy PC | Terrance A Hiller Jr Esq | tah@kompc.com |
| | David M Blau Esq | dmb@kompc.com |
| Oklahoma County Treasurer | Tammy Jones Pro Se | tammik@oklahomacounty.org |
| Greer Herz & Adams LLP | Frederick Black | |
| | Tara B Annweiler | tannweiler@greerherz.com |
| Madison County Alabama Tax Collector | Lynda Hall | taxcol@co.madison.al.us |
| | | swells@co.madison.al.us |
| Farrell Fritz PC | Ted A Berkowitz | tberkowitz@farrellfritz.com |
| Office of Unemployment Compensation Tax Services | Timothy A Bortz | tbortz@state.pa.us |
| Patton Boggs LLP | R Timothy Bryan | tbryan@pattonboggs.com |
| | Alan M Noskow | anoskow@pattonboggs.com |
| Nelson Mullins Riley & Scarborough LLP | Terri L Gardner | terri.gardner@nelsonmullins.com |
| | Anitra Goodman Royster | anitra.royster@nelsonmullins.com |
| Pima County Attorney Civil Division | German Yusufov | terri.roberts@pcao.pima.gov |
| | Terri A Roberts | german.yusufov@pcao.pima.gov |
| DLA Piper LLP | Timothy W Brink Esq | timothy.brink@dlapiper.com |
| | Forrest Lammiman | forrest.lammiman@dlapiper.com |
| | Ann Marie Bredin Esq | ann.bredin@dlapiper.com |
| Thomas G King | | tking@kech.com |
| Bracewell & Giuliani LLP | William A Trey Wood III | Trey.Wood@bgllp.com |
| Reed Smith LLP | Travis A Sabalewski Esq | tsabalewski@reedsmith.com |
| Gregory Kaplan PLC | Troy Savenko Esq | tsavenko@gregkaplaw.com |
| Williams Mullen | William H Schwarzschild III | tschwarz@williamsmullen.com |
| | W Alexander Burnett | aburnett@williamsmullen.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Vorys Sater Seymour and Pease LLP | Tiffany Strelow Cobb Esq | tscobb@vssp.com |
| Lowenstein Sandler PC | Vincent A D Agostino Esq | vdagostino@lowenstein.com |
| IBM Corporation | Vicky Namken | vnamken@us.ibm.com |
| Kepley Broscious & Biggs PLC | William A Broscious Esq | wbroscious@kbbplc.com |
| Buckner Alani & Mirkovich | William D Buckner | wbuckner@bamlaw.net |
| | Catherine J Weinberg | cweinberg@bamlaw.net |
| Blankingship & Keith PC | William H Casterline Jr Esq | wcasterlinejr@bklawva.com |
| | Jeremy B Root Esq | jroot@bklawva.com |
| Powell Goldstein LLP | William C Crenshaw Esq | wcrenshaw@pogolaw.com |
| Four Star International Trade | Wendy M Mead PC | wendymeadpc@verizon.net |
| Seyfarth Shaw LLP | William J Factor Esq | wfactor@seyfarth.com |
| | David C Christian II | dchristian@seyfarth.com |
| Torys LLP | William F Gray Jr Esq | wgray@torys.com |
| | Timothy B Martin Esq | tmartin@torys.com |
| Hemar Rousso & Heald LLP | Wayne R Terry | wterry@hemar-rousso.com |
| Wharton Aldhizer & Weaver PLC | Stephan W Milo Esq | smilo@wawlaw.com |
| Lieber & Lieber LLP | Barbie D Lieber | barbie@lieberlegal.com |

Email List

Circuit City Stors, Inc.
Agenda Parties

| Name | Notice Name | Email |
|---|---|---|
| Saul Ewing LLP | Christopher Robert Belmonte | cbelmonte@ssbb.com |
| Morris James LLP | Carl N Kunz III | ckunz@morrisjames.com |
| | Douglas N Candeub | dcandeub@morrisjames.com |
| Honigman Miller Schwartz and Cohn LLP | Judy B Calton | jcalton@honigman.com; jsgroi@honigman.com |
| | Joseph R Sgroi | |
| Husch Blackwell Sanders LLP | John J Cruciani | john.cruciani@huschblackwell.com |
| Hunton & Williams LLP | JR Smith | jrsmith@hunton.com; hlong@hunton.com; tjamerson@hunton.com |
| | Henry P Long III | |
| | Thomas N Jamerson | |
| Hirschler Fleischer PC | Michael P Falzone | mfalzone@hf-law.com; sdelacruz@hf-law.com |
| | Sheila deLa Cruz | |
| Spilman Thomas & Battle PLLC | Paul M Black | pblack@spilmanlaw.com |
| Quagliano Seeger PC | Julie Quagliano Westemeier Esq | quagliano@quagseeg.com |
| Sonnenschein Nath & Rosenthal LLP | Sara L Chenetz Esq | schenetz@sonnenschein.com |
| Wharton Aldhizer and Weaver PLC | Stephan W Milo | smilo@wawlaw.com |
| Williams Mullen | William H Schwarzschild III | tschwarz@williamsmullen.com; aburnett@williamsmullen.com; pbliley@williamsmullen.com |
| | W Alexander Burnett | |
| | Paul S Bliley Jr | |
| Lowenstein Sandler PC | Vincent A DAgostino Esq | vdagostino@lowenstein.com; ehorn@lowenstein.com |
| | Eric H Horn Esq | |
| Leitess Leitess Friedberg & Fedder PC | Jeremy S Friedberg | stephen.friedberg@llff.com; gordon.young@llff.com |
| | Gordon S Young | |
| Sands Anderson Marks & Miller PC | William A Gray Esq | lhudson@sandsanderson.com; bgray@sandsanderson.com |
| | Lisa Taylor Hudson Esq | |

Email List

# EXHIBIT B

Circuit City Stores, Inc.
Core List

| NAME | ATTENTION | FAX |
|------|-----------|-----|
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 202-772-9293 |
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX | VIRGINIA DEPARTMENT OF TAXATION | 804-254-6111 |
| INTERNAL REVENUE SERVICE | ATTN L LORELLO | 804-916-8198 |

1 of 1

Facsimile List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Fax |
|------|-------------|-----|
| Locke Lord Bissell & Liddell LLP | Thomas G Yoxall<br>Thomas A Connop<br>Melissa S Hayward | 214-740-8800 |
| Pasadena Independent School District | Dexter D Joyner | 281-991-6012 |
| Draper & Goldberg PLLC | Adam Hiller | 302-213-0043 |
| Draper & Goldberg PLLC | James E Clarke<br>L Darren Goldberg | 703-995-4542 |
| Poyner Spruill LLP | Shannon E Hoff Esq | 704-342-5264 |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman | 713-223-3717 |
| G&W Service Co LP | Georgette Treece | 713-227-3410 |
| Attorney General of the United States | Robert P McIntosh | 804-819-7417 |
| Attorney General of the US | Richard F Stein<br>Dana J Boente | 804-916-3939 |
| Ornelas Castillo & Ornelas PLLC | Sylvia M Ornelas<br>Mario A Castillo Jr | 956-725-4594 |
| Gay McCall Isaacks Gordon & Roberts PC | David McCall | 972-424-5619 |
| Jackson Kelly PLLC | Mary Elisabeth Naumann | 859-252-0688 |

Facsimile List

Circuit City Stores, Inc.

Agenda Parties

| Name | Notice Name | Fax |
|------|-------------|-----|
| Leitess Leitess Friedberg & Fedder PC | Jeremy S Friedberg Gordon S Young | 410-581-7410 |
| Deputy City Attorney | Joseph M Durant | 757-926-8549 |

Facsimile List

# EXHIBIT C

Circuit City Stores, Inc.

Core List

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| CIRCUIT CITY STORES, LLC | REGINALD D. HEDGEBETH | 9950 MAYLAND DRIVE | | RICHMOND | VA | 23233 | USA |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | WASHINGTON | DC | 20020 | USA |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN DIRECTOR | P O BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 | USA |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS ESQ PATRICIA SCHRAGE ESQ | 3 WORLD FINANCIAL CTR STE 400 | | NEW YORK | NY | 10281-1022 | USA |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | 900 E MAIN ST | | RICHMOND | VA | 23219 | USA |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|------|-------------|-----------|-----------|------|-------|-----|
| Attorney General of the US | Robert K Coulter | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 |
| UrbanCal Oakland II LLC | c o Urban Retail Properties LLC | 900 N Michigan Ave Ste 900 | | Chicago | IL | 60611 |
| Eaton Corporation | David J Persichetti | Eaton Center | Eaton Ctr 1111 Superior Ave | Cleveland | OH | 44114-2584 |
| Broward County | Jeffrey J Newton | Government Center | 115 S Andrews Ave | Ft Lauderdale | FL | 33301 |
| Griffith McCague & Wallace PC | Judy Gawlowski | 200 Allegheny Center Mall | | Pittsburgh | PA | 15212 |
| Gregory Lee McCall | FCI Forrest City Low | PO Box 9000 | | Forrest City | AR | 72336 |
| Millman 2000 Charitable Trust | David Bennett | 2400 Cherry Creek Dr S | Ste 7002 | Denver | CO | 80209-3261 |
| Parsons Kinghorn Harris | George B Hofmann | 111 E Broadway 11th Fl | | Salt Lake City | UT | 84111 |
| Thomas W Daniels | | 1265 Scottsville Rd | | Rochester | NY | 14624 |