RICHMOND DIVISION
FILED
JUL - 6 2009
CLERK
U.S. BANKRUPTCY COURT

United States Bankruptcy Court
For the Eastern District of VA
Richmond Division

Circuit City Stores, Inc. | Chapter 11
et al,
     Debtors | Case No. 08-35653
               | (KRH)

Jointly Administered

Response to Debtors' Fifteenth Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders to Interests)

Claimant's Name:
Derek Laumbach
191 S. River Ridge Circle
Burnsville, MN 55337

Claim No. 4765

Claim is for $1,045.59 which is the amount claimant paid for Circuit City stock.
     Stock was purchased in January of 2009 when Debtor ~~was~~ knew or should have known the stock

was worthless,

Claimant's name & address:

Derek Laumbach
191 S. River Ridge Circle
Burnsville, MN 55337
Phone: 612-237-1076

I certify this to be factual and true.