June 29, 2009

SKADDEN, ARPS, SLATE
MEACHER + FROM LLP

Dear Sirs,

In reply to your notice of the Debtor Sixteenth omnibus objection to claims in the matter of Circuit Cities Stores Inc. et al please be advised that my wife and I renew our claim in the amount of $4,710 00/100.

Even though we don't expect to recover the full amount we feel we are entitled to some recompense. A duplicate copy of this response is being mailed to the Court.

Very truly yours,

Herman Gallati
Marion Gallati

2086 FIR STREET
WANTAGH N.Y. 11793

RICHMOND DIVISION

FILED

JUL - 6 2009

CLERK
U.S. BANKRUPTCY COURT

June 29, 2009

United States Bankruptcy Court
701 East Broad Street
Richmond, Virginia 23219,

Dear Sir,

Enclosed please find a copy of a letter mailed to Skadden, Arps, Slate Meagher and Frew LLP.

Very truly yours

Herman Gellati
Marion Gellati

2086 FIR STREET
WANTAGH, N.Y. 11793