

KURTZMAN
CARSON
CONSULTANTS

**MEMORANDUM**

Date:   July 1, 2009

To:   Court Clerk

From:   Kurtzman Carson

Re:   Circuit City

---

Enclosed please find a Debtors' Ninth Omnibus Objection that was sent to our office by mistake, to be filed as a Response with the court.

Gregg M. Galardi. Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219 0636
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700



Counsel to the Debtors and
Debtors in Possession

Case 08-35635-KRH

RESPONSE ATTACHED.

REQUEST FOR HEARING, AS APPLICABLE.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

-------------------------------------------x
In re:                            :          Chapter 11
                                  :
CIRCUIT CITY STORES, INC.,        :          Case No. 08-35653 (KRH)
Et al.,                           :
                                  :
            Debtors.              :          Jointly Administered
-------------------------------------------x

### DEBTORS' NINTH OMNIBUS OBJECTION TO CERTAIN
### (I)  LATE CLAIMS AND  (II)  LATE 503 (B) (9) CLAIMS
### RESPONSE

2.    Sheryl A. Borger - Claim Number 11633

The amount of the Claim, $769.96, is based upon the cost and services required in order to replace the computer tower that crashed at and was improperly discarded by the Circuit City store in Taylor, Michigan.  As outlined by the manager of the store:  $750.00 tower; $99.99 Basic Computer Setup; $29.99 System Restoration CD; $39.99 New Computer Setup; $99.99 Transfer files and firewall install; minus $250.00 toward new tower.

3.    This claim should be considered on its own merits, as the Claim is customer-related pertaining to continuing services - most likely substantially different from other C Late Claims, occurring after the Petition Date and filed as soon as it was possible.

It was indicated that destroying a tower prior to the pick-up time limit occurs rarely, and that the tower would be replaced, including services required to install the disk to the new tower. I had brought the tower in twice. The manager found the second date on record, but that it had been mistakenly discarded per the first date, without prior required telephone notification. The manager was to call me regarding repair as it had "crashed".  I went into the store to speak to the manager.  The tower could not be located.  Firedog was being implemented, the manager in training at the time of the discard. I was told that the policy was being changed and letters of notification would be utilized from then on.  Several times, managers were transferred causing delays relaying the information and resolution. Receipt for Malremove, Checkpc, disk copy, Inbound Computer Info form (Attachment I).

The New York Times Publication: November 10, 2008, "…James Marcum, vice chairman and acting president and chief executive of Circuit City Stores, said Monday that the company intended to live on beyond Christmas and to emerge stronger than before. He said the public could have confidence in doing business with the company." (Attachment A)

Page 7-8 Objection: "The basis of this Objection is that the claims included herein were not filed timely." "…that are creditors holding or wishing to assert "claims"…arising before the Petition Date…are required to file…on or before…January 30, 2009…" The Petition Date is November 10, 2008. This Claim is related to computer sales and services that were continuing at the store, after the Petition Date - as noted above, by the "chief executive".

Page 13 Objection: "…courts have not allowed claims filed by creditors after the bar date, absent special circumstances." "(Because Bean did not timely file his bankruptcy claim after having been given constitutionally sufficient notice, his claim is barred under well-settled authority, 11 U.S.C. 1141(D) and Bankruptcy Rule 3003 (C) (2).")" This claim falls under "special circumstances", filed as soon as it was possible, upon validity of claim.

This is a consumer debt owed to a single creditor. It was not listed or scheduled in time to permit timely filing of a proof of claim; nor did I have notice or actual knowledge of the case in time for such timely filing and request.

Page 3 Objection "On January 16, 2009, the Court approved the Agent's bid and authorized the Debtors to conduct going out of business sales at the Debtor's remaining stores (D.I. 1634). The Agent commenced going out of business sales at the Debtors' remaining stores on January 17, 2009."

January 2009, manager, Mr. James Call indicated tower Compaq Presario would replace my crashed and discarded tower to include services and in-home services. I printed this information (Attachment B). January 16, 2009, Mr. Call indicated that I should see the manager in order to obtain the replacement tower and services, as he had sent e-mail regarding this. Therefore, Brian Borger and I went to the store, but the manager was in meeting with associates. The assistant provided the contact number for corporate. The tower loss was assigned Corporate ID number 2952296 on January 16, 2009. I promptly sent a certified letter to the corporate offices, receipt dated January 29, 2009 (Attachment C). February 2, 2009, I received a reply from Corporate, Morgan Lawrence, and instructions to access www.kcclc.net/circuitcity for information regarding Claims. Upon receiving a return phone call from K.C.C., that claims were being accepted, and per recommendation Form B 10; received February 27, 2009 (Attachment D, 1st page), assigned Claim Number 11633.

Page 3, Objection, "Background: The debtors continue to manage and operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108."

"Will Circuit City offer PC services and repairs at liquidation stores during the closing sale?" "Services already underway at the liquidation stores will be completed promptly…" - dated January 20, 2009 (Attachment E). See provided contact number and reference number for firedog (Attachment F). Firedog ad states "We stand behind everything we do: All of our work is guaranteed." Etc. (Attachment G) This claim pertains to these continuing operations and services.

Pursuant to section 105(a) of the Bankruptcy Code, which empowers the Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [The Bankruptcy Code]." ("the allowance or disallowance of a claim in bankruptcy is a matter of federal law left to the bankruptcy court's exercise of its equitable powers."). The validity of the Claim is set forth. I request the Honorable Court to find for the equitable allowance of this Claim.

4.    Please see Attachments referenced above.
5.    Please see DECLARATION (Attachment H).
6.    Authority Notice Address: Sheryl A. Borger, 31654 Lynne Drive, Rockwood, MI 48173
      Telephone number 734-379-9632 - Facsimile number 734-789-8265

RESPECTFULLY SUBMITTED,

Sheryl A Borger                    6-25-09
_____          _____
Sheryl A. Borger                   Date

34 3

June 17, 2009

✓ KURTZMAN CARSON CONSULTANTS
2335 Alaska Avenue
El Segundo, California 90245

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP          MCGUIREWOODS LLP
One Rodney Square                                  One James Center
PO Box 636                                         901 E. Cary Street
Wilmington, DE 19899-0636                          Richmond, VA 23219
Attn: Gregg M. Galardi                             Attn: Dion W. Hayes
Attn: Ian S. Fredericks                            Attn: Douglas M. Foley

                        - and -

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn: Chris L. Dickerson

Dear Sirs:  RE:  Ninth Omnibus Objection - Sheryl A. Borger - Claim Number 11633 - Exhibit C

As per Notice, I would like to try to __resolve__ this matter - if possible - I will accept shipment of a
replacement tower (return receipt) and I would cover the cost to have the required services
*completed - disk restoration, file transfer, etc., as outlined in attachment to Response.*

A Corporate Case ID number was assigned on 1-16-09 for a Claim. I could not know the specifics of
bankruptcy at the time. Per Corporate reply to my certified letter; your (KCC) return telephone call,
with recommendation to file Claim B10, I mailed the Claim; received 2-27-09.

It appears that my claim would fall under different circumstances, as continuing customer service
related, and therefore, filed after the General Bar Date; and most likely should not be included with
the Objection, and should be reviewed on it's own merits. The store manager indicated that a tower
crash, and discard prior to customer notification and prior to the pick-up date is a very rare
occurrence. Therefore, my claim may be "one of a kind".

Would you please let me know the number of Objection Exhibit C Late Claims, which are similar to
the circumstances of my Claim?  Please let me know if my Claim can be resolved. If not, the
enclosed will serve as my Response, objections, and request for hearing, as applicable, and I will
forward a Response to the Court.

Thank you for your time and consideration.
Sincerely,

*Sheryl A. Borger*

Sheryl A. Borger
31654 Lynne Drive
Rockwood, MI 48173
(734) 379-9632 Home - (734) 890-1725 Cell;
Facsimile 734-789-8265 (Library; please limit 8 pages)

Addendum

Enclosures

<u>Addendum</u>

<u>Kurtzman Carson Consultants</u>:

Prior to receiving the Objection Notice, I received an Administrative Expense Request Notice.

I spoke with your associate on June 18, 2009, and he indicated that my claim would probably be Administrative Expense, and not the B 10 claim form originally referred by your associate.  Please review the enclosed and let me know whether or not to answer the Administrative Expense Request.

Thank you.

Sincerely,

*Sheryl H. Borger*

Sheryl A. Borger
Enclosures

HOME PAGE   MY TIMES   TODAY'S PAPER   VIDEO   MOST POPULAR   TIMES TOPICS                    Get Ho

The New York Times                  **Technology**                    Search All NYT

WORLD   U.S.   N.Y. / REGION   BUSINESS   TECHNOLOGY   SCIENCE   HEALTH   SPORTS   OPINION   ARTS   STYLE   TRAVEL

AUTOS

## Search Technology

### Inside Technology

Internet   Start-Ups   Business Computing   Companies

**Personal Tech »**

Cellphones, Cameras, Computers
and more

**Bits
Blo**

*November 10, 2008  Article attached.*

*Please refer to page 4*

*1 of 5*

Attachment A

2 of 5

# Circuit City Seeks Bankruptcy Protection

By STEPHANIE ROSENBLOOM
Published. November 10, 2008

SIGN IN TO RECOMMEND

SIGN IN TO E-MAIL OR SAVE THIS

PRINT

REPRINTS

SHARE

Any retailer that was weak before the economic downturn appears likely to end up as one of its victims. The latest example is Circuit City, one of the nation's largest electronics retailers, which filed for bankruptcy protection on Monday after months of declining sales.

Enlarge This Image



LM Otero/Associated Press
A $1.1, billion line of credit will keep goods flowing to Circuit City through the holidays.

## Related

Times Topics: Circuit City Stores Inc.

Bits: Circuit City's Woes May Hurt Electronics Makers

Enlarge This Image

The company said bankruptcy reorganization would help it win back vendors worried about being paid, and that a $1.1 billion line of credit would keep goods flowing to Circuit City stores through the crucial holiday season. But outside experts said the prospects of long-term survival for a chain in Circuit City's position were bleak.

The company's problems go back a decade, and it had long been faulted by Wall Street analysts for poor strategic decisions. The dismal economy of recent months finally sent the company over the edge. Analysts foresee similar bankruptcy filings by other retailers that turn in a poor performance this holiday season.





Circuit City said it would continue to accept returns and to honor warranties, which were secured by third-party institutions.

Jay Paul/Bloomberg News

"The environment is the nail in the coffin, but Circuit City has been going through a turnaround for many years," said Stacey Widlitz, an analyst with Pali Research.

In the 1980s, Circuit City was one of the nation's strongest retailers. But then came a series of critical missteps.

"In the 1990s, they signed cheap real estate leases in inferior locations, and sealed their fate doing that," Ms. Widlitz said. Many of the spaces were too big and made for an uninviting shopping experience. As its fortunes worsened, Circuit City laid off thousands of its most experienced salespeople last year to save money, killing morale at the stores and angering customers.

Meanwhile, analysts said, its archrival, Best Buy, secured better real estate, offered better service and adapted more quickly to a difficult marketplace for electronic goods.

Circuit City is still the nation's second-largest dedicated consumer electronics retailer after Best Buy, with more than 700 stores. Last week it said it would close 155 of them, open fewer new ones, renegotiate some leases and cut staff members at its headquarters.

The retailer had been limping along for months, its shares losing more than 90 percent of their value since the beginning of the year. Sales for the three months ending in August fell 13.3 percent.

No liquidation of Circuit City is imminent; the company filed under provisions of the bankruptcy code that would allow it to keep operating while it revamped and sought fresh financing. James A. Marcum, vice chairman and acting president and chief executive of Circuit City Stores, said Monday that the company intended to live on beyond Christmas and to emerge stronger than before. He said the public could have confidence in doing business with the company.

"The decision to restructure the business ... should provide us with the opportunity to strengthen our balance sheet, create a more efficient expense structure and ultimately position the company to compete more effectively," he said.

Most electronic products sold at Circuit City and other stores are backed by manufacturers' warranties. Circuit City said it would continue to accept returns as before and to honor its add-on warranties, which were secured by third-party financial institutions, and its gift cards.

While Circuit City's troubles mean that Best Buy can gain additional market share, that company will face stiff competition. Discount stores like Wal-Mart and Costco and the online retailer Amazon.com have become significant players in electronics sales.

Even in the best of economies, electronics is a difficult business. For one, the clock is ticking the moment a piece of technology hits the shelf. The more time passes, the more its value depreciates. Second, unlike a few years ago, it is not hard to sell a flat-panel television set anymore, said David A. Schick, an

analyst at Stifel Nicolaus. Consumers are familiar with the features and many would rather sacrifice expert sales advice for a bargain at Wal-Mart or an Internet retailer.

In a down economy, only the best electronics operators survive.

"Every time the consumer has a hiccup or a slowdown, an electronics player goes bankrupt," said Mr. Schick, ticking off bygone names like Crazy Eddie and CompUSA.

David J. Urban, a professor of marketing at Virginia Commonwealth University's business school in Richmond, where Circuit City has its headquarters, said that making job cuts just before Christmas indicated Circuit City's dire financial situation.

"The question is how much longer after that are they going to be able to survive?" he said. "If you have to do this to be able to ensure you'll have adequate merchandise for the holiday season and its already the 10th of November, it's not good."

Stephen Hoch, a professor of marketing and the director of the Jay H. Baker Retailing Initiative at the Wharton School at the University of Pennsylvania, said it had become hard for retailers "to shrink dramatically and gracefully." Many that get into trouble, he said, end up disappearing.

| PC in-home service | PC in-store service |
|---|---|
|  |  |
| Let firedog bring PC services to you | Bring in your PC and let firedog do the work |
| Basic Computer Setup - In-Home | System Restoration CD by firedog - In-Store |
| **$99.99** | **$29.99** |
| | New Computer Setup - In-Store |
| | **$39.99** |

## How to get it

See availability information and store locations
**You will be able to review any choices made here during checkout.**

### Get it today with free in-store pickup

Make your purchase online and pick up your product today at your local store

### Have it shipped

Estimated arrival dates
**Basic(tracking not included):** (Arrives: 1/12/09   More shipping information
- 1/16/09)
**Standard:** (Arrives: 1/6/09 - 1/8/09)
**3 business days:** (Arrives by: 1/6/09 )
**2 business days:** (Arrives by: 1/5/09 )
**Express:** (Arrives by: 1/2/09 )

### Shop by phone: 1-800-843-2489

Give us a call and let one of our friendly product advisors assist you with your purchase

Compaq Presario SR5710F D

See places to get it

zip code

**Enter your zip to see stores**

and have it shipped

## Learn more

Pump up your PC's sound with speakers
Why shouldn't your PC sound as good as your TV and stereo—or
even better? We'll show what powered speakers can do for you.

Learn about Alienware PCs

**ConsumerReports**

ConsumerReports.org: Desktop computer buying advice

## Returns

14-day return policy
15% restocking fee

Compaq Presario SR5710F D

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Circuit City
9954 Mayland
Richmond, VA
23233

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                  ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery
Marcia Jones    1-29-09

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7007 0220 0002 4176 1467

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

COPY

*Attachment*

D

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

*See Attached*

Debtor against which claim is asserted :  (Check only one box below:)

| | | |
|---|---|---|
| ☑ Circuit City Stores, Inc. (Case No. 08-35653) | ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659) | ☐ Abbott Advertising, Inc. (Case No. 08-35665) |
| ☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654) | ☐ Circuit City Stores PR, LLC (Case No. 08-35660) | ☐ Mayland MN, LLC (Case No. 08-35666) |
| ☐ InterTAN, Inc. (Case No. 08-35655) | ☐ Circuit City Properties, LLC (Case No. 08-35661) | ☐ Patapsco Designs, Inc. (Case No. 08-35667) |
| ☐ Ventoux International, Inc. (Case No. 08-35656) | ☐ Orbyx Electronics, LLC (Case No. 08-35662) | ☐ Sky Venture Corporation (Case No. 08-35668) |
| ☐ Circuit City Purchasing Company, LLC (Case No. 08-35657) | ☐ Kinzer Technology, LLC (Case No. 08-35663) | ☐ XSStuff, LLC (Case No. 08-35669) |
| ☐ CC Aviation, LLC (Case No. 08-35658) | ☐ Courchevel, LLC (Case No. 08-35664) | ☐ PRAHS, INC. (Case No. 08-35670) |

NOTE: *This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(b).*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>**Sheryl A. Borger** | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>**31654 Lynne Drive**<br>**Rockwood, MI 48173**   Telephone number: **734-379-9632** | Court Claim Number:_____<br>*(If known)*<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| 1. Amount of Claim as of Date Case Filed:  $ **769.96 - $1,019.96**<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | 5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). |
| 2. Basis for Claim: **Goods sold and services performed and improper discard**<br>(See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4). |
| 3. Last four digits of any number by which creditor identifies debtor:____<br><br>3a. Debtor may have scheduled account as: **Circuit City**<br>(See instruction #3a on reverse side.) **Corporate Case 2952276** | ☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5). |
| 4. Secured Claim (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other<br>Describe:<br><br>Value of Property: $_____   Annual Interest Rate ___%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>if any: $_____   Basis for perfection:_____<br><br>Amount of Secured Claim: $_____   Amount Unsecured: $_____ | ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).<br><br>☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).<br><br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__). |
| 6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | **Amount entitled to priority:**<br><br>$_____ |
| 7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)* **Attached**<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment* |

| | |
|---|---|
| Date:<br>**2-18-09** | Signature: the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>**Sheryl A. Borger**<br>**Sheryl A. Borger** | FOR COURT USE ONLY<br><br>**RECEIVED**<br><br>**FEB 27 2009**<br><br>KURTZMAN CARSON CONSULTANTS |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Case 08-35653-KRH    Doc 4000    Filed 07/06/09    Entered 07/07/09 11:38:57    Desc Main
Document    Page 15 of 27    *Attachment E*    Page 3 of 3

Circuit City

- Yes, home delivery service will still be available for products purchased from liquidation stores.

## Will Circuit City offer home theater installations during the closing sale?

- No, we will not be offering home installation services.

## ✳ Will Circuit City offer PC services and repairs at liquidation stores during t closing sale?

- Services already underway at the liquidation stores will be completed promptly, but no additional jobs will be a these stores.

## Will car electronics installations be available at liquidation stores during tl closing sale?

- Yes, Circuit City stores will continue to offer car electronics installation during the closing sale.

## Will Circuit City's extended warranties still be available on products purch from liquidation stores?

- Yes, we're making no changes to our Circuit City Advantage Protection Plans®. Coverage is national and purc still be protected just as they always were.

- Circuit City Advantage Protection Plans® have been backed by third-party independent companies for more tr years and as a result, are not impacted by Circuit City's bankruptcy or liquidation.

- Currently, all Circuit City Advantage Protection Plans are fully backed by the Assurant Solutions companies.  / Solutions operates as Federal Warranty Service Corporation, Sureway, Inc., and United Service Protection, In Assurant Solutions is part of Assurant, Inc. (NYSE: AIZ), and its extended service contacts are backed by an / insurance subsidiary rated A "Excellent" by A.M. Best Co.

## What if a customer purchased products at one of the closing stores and th product needs service?

- For products covered under the manufacturer's warranty, customers should call the manufacturer.

- For products covered under Circuit City Advantage®, guests can call the toll-free number that is printed on the the product receipt.

» Read the press release about Circuit City's liquidation

» Learn more at our investor relations website

ATTACHMENT    F

Reference #
12068167

800-347-3304
ext. 3.

Firedog Corporate

*Attachment G*

*5 Pages*

*1 of 5*

# he most out of your technology.

ome visit firedog™ at any Circuit City store and we'll help you
nleash your technology's true potential. Only firedog™ offers both
PC services and home theater services so getting your entire
digital world to work together has never been easier.





## firedog™'s commitment to you:

**We make it easy:**
- One number to call for all your technology needs.
- Convenient hours—evenings and weekends.
- Customized solutions to fit your needs.
- PC Services available online 24/7/365.

**We're experts:**
- White Glove Service.
- No matter where you bought your PC or TV,
  we can help.

**We stand behind everything we do:**
- All of our work is guaranteed.
- We are insured and bonded.



## What is firedog℠?

firedog℠ is a caring guide ready to help you get the most from your technology. Whether it's installing a home theater, resolving a PC problem or dealing with other technically mind-boggling dilemmas, only firedog℠ can get your entire digital world to obey.

## Home Theater Services 

What good is having a new home theater, if it doesn't look and sound great? We can help design and install your dream system and offer detailed training on how to use it.

## PC Services

Whether you use your PC for work or play, we can handle all of your PC needs from installation and upgrades to wireless networking and more.

## Integrated Services 

Want to play wireless online games on your home theater? Watch a digital slideshow on your tv? Stream music throughout your house? firedog is the one service that can get all your favorite gadgets to work together.

1.800.firedog ○ www.firedog.com ○ available at 

*Page 2 of 5*

6

Page 3 of 5

## One number to call for all your technology needs.



## Free PC Checkup

no matter where you bought it.

Bring your PC to any store and we'll check it out and tell you what you need to get your PC running good as new. ($39.99 value. See page 5 for details.)

## Free In-Home Consultation

with purchase of any 37" or bigger flat panel television.

Purchase the TV this week and take up to 30 days to schedule your free in-home consultation. ($99.99 value.)



## PC Services. Home Theater Services. And more.



1.800.firedog ○ www.firedog.com ○ available at



firedog

## Inbound Computer Info

| | | |
|---|---|---|
| **Computer Brand:** | **Model:** | **Serial #:** |
| **Additional Items:** | | **Ticket #:** |
| **Warranty Entitlement:** ☐ **Manufacturer Warranty** | ☐ **Circuit City Advantage** | ☐ **Circuit City Advantage Plus** |

## Customer Information

| | | |
|---|---|---|
| Last Name: | First Name: | Cell Phone #: |
| Address: | Apt/Suite #: | Home Phone #: |
| City: | State: | Zip Code: | Email: |

## In Store Services

☐ **Diagnostic** (FD DIAGNOS or FDC CSPDIAG or FDC MFGDIAG) **$59.99**
Complete hardware and software diagnostic of your PC (Hardware diagnostic may be covered by Circuit City Advantage plan, see a technician for details).

☐ **Operating System and Security Service** (FD DIAGNOS, FD DATAMIG, FD MALREMOVE, FD PCSET) **$310.96[1]**
Complete hardware and software diagnostic of your PC.
Removal of viruses and spyware, or a complete backup of your data files and system restoration if virus/spyware is not removable.
Install Norton Internet Security™ (AntiVirus and Firewall).
Install SpySweeper™ AntiSpyware .

☐ **Operating System Service** (FD DIAGNOS, FD DATAMIG, FD MALREMOVE) **$199.97**
Complete hardware and software diagnostic of your PC.
Removal of viruses and spyware, or a complete backup of your data files and system restoration if virus/spyware is not removable.

☐ **Advanced Security Setup** (FD PCSET, FD WINUPDATE) **$140.98[1]**
Install Norton Internet Security™ (AntiVirus and Firewall).
Install SpySweeper™ AntiSpyware .
Update Windows® with the latest Microsoft® patches.
Enhance the speed and functionality of your computer.

☐ **System Tune-Up** (FD SYMTUNE) **$29.99**
Optimize your PC to boot up faster, and remove unne...

☐ **Microsoft® Office Installation** (FD SFTWRIN) **$159.98**
Install Microsoft® Word, Excel, PowerPoint... A must have for any student!

☐ **Data Migration** (FD DATAMIG) **$59.99**
Bring in your old functional computer or...

☐ **Data Recovery** (FD DATAMIG x 4) **$239.96**
Bring in your hard drive, and we'll re... hard drive to spin-up.

☐ **System Customization** (FD SYMCUST) **$24.99**
Customize your new computer... username, back...

☐ **Windows Updates Installation** (FD WINUPDATE) **$29.99**
Update Windows® with the latest Microsoft® patches

☐ **OS Installation/Upgrade with Driver Search** (FD OPSYMIN, FD TECH30) **$149.98[2]**
Install your Operating System and manually search for the hardware drivers. Perfect if you don... your restore CDs anymore.

☐ **OS Installation/Upgrade** (FD OPSYMIN) **$119.99[2]**

☐ **OS Installation/Upgrade with Driver Search** (FD OPSYMIN, FD TECH30) **$149.98[2]**

☐ **Transfer Video to DVD** (FD OPSYMIN) **$19.99**
Transfer up to 2 hours of information... tapes to a single DVD disc.

☐ **I/O Card Installation** (FD IOSRIN) **$39.99**

☐ **Drive Installation** (FD DRVINST) **$49.99**

☐ **Peripheral Installation** (FD PERINST) **$29.99**

☐ **ISP Software Installation** (FD INSRTA) **$29.99**

☐ **Software Installation** (FD SFTWRIN) **$29.99[2]**

☐ **Memory Installation** (FD MEMINSTA) **$29.99**

☐ **Desktop Computer Cleaning** (FD PCCLEAN) **$14.99**

☐ **Laptop Computer Cleaning** (FD PCLEAN x 3) **$44.97**

☐ **Online Backup Service** (CSI RMTBACKUP) **$4.99/mo**

[1]After $40 Norton Internet Security™ mail-in rebate.
[2]Software not included in price.
[3]Diagnostic charge required in addition to this service

By signing below, I have agreed to the terms and conditions, and return policy on the back of this form. In addition, I acknowledge and agree that it is my responsibility to back up all software and data that is stored on my computer or any of its peripherals. I agree Circuit City® and/or third party affiliates are not at any time responsible for any loss, alteration, or corruption of any software, data, or files.

Promised completion date _____

| | |
|---|---|
| Receiving technician _____ | Date _____ |
| Completed by _____ | Date _____ |
| Customer drop-off signature _____ | Date _____ |
| Customer pick-up signature _____ | Date _____ |

©2006 C.C. V3.1.00

Att G

5 of 5

| SKU: | Description: |
|------|-------------|
| **Resolution:**<br>☐ Completed/Fixed<br>☐ Completed/Cannot Fix<br>☐ Problem Not Found | **Repair Notes:** |

| SKU: | Description: |
|------|-------------|
| **Resolution:**<br>☐ Completed/Fixed<br>☐ Completed/Cannot Fix<br>☐ Problem Not Found | **Repair Notes:** |



**1. General.** Circuit City Stores ... its PC Services Technicians (the "Technicians"). For purposes of this Work Order, "You" and "Your" shall refer to ... purchaser ... receipt, together with this Work Order, shall collectively constitute the entire contract relating to the Services (the "Contract").

**2. Service.** Services will usually be performed ... on the front of this Work Order, but ... does not guarantee that the Services will be completed by such time. Circuit City will not be responsible for delays or failure in performing such Services ... acts ... failure of transportation ... riots, war, terrorist threat or action, work stoppages or strikes, or, in general, other causes beyond Circuit City's control. A PC Services Technician will ... reach ... pleted at the promised date and time or if Services cannot be performed for any reason. If the Services are to be provided In-Home, a PC Services In-Home ... to confirm the ... usually during customary work hours Monday through Saturday). You may request expedited service or service outside of these standard hours for In-Home ... subject ... charges as indicated ...

**3. Additional Charges.** If In-Store ... while performing the diagnostic as per ... cated on the front of this Work Order), you have agreed to a minimum labor charge for troubleshooting the computer. An In-Store PC Services Technician will contact you ... performing the diagnostic Services for approval prior to performing any additional Services. To obtain authorization prior to performing any Services not specifically described on this Work Order.

**Disclosure for California Residents:** An initial written estimate for the cost of repair as required under Section 9844 of the California Business and Professions Code shall be given to the customer before performing any repairs. The written estimate shall include all parts and labor, and the service dealer may not charge for work done or parts supplied in excess of the estimate without prior consent of the customer. Where provided in writing, the service dealer may charge a reasonable fee for ... providing ... determining the nature of the malfunction in preparation of a written estimate for repair. ... dealer shall advise the customer in writing of the amount of the fee prior to a repair made in the residence, before ... goods from the customer's residence, or upon acceptance of the goods at the repair faci ... tered location. For information, contact the Bureau of Electronic and Appliance Repair, Department of Consumer A ... Ca ...

**4. Your Requirements, Obligations, and Responsibilities for Service.** You agree to the following as a condition to ...
A. It is Your ... to make ... of ... data or ... on your hardware prior to pro ... remove all ... from the computer. Neither Circuit City nor its PC Services Technicians shall be responsible ...
B. You ... current ... subject to Service and/or software ...
C. You must ... physical ... dress ... at time of ... vice or at the ... vice is comp ... laims.
D. For In-Home, if you ... the Service, you ... r, and all hardware ... ailable at the ... ves at your ... n adult (at least 18 years of age) authorizing ... the Se ... continuously ... and provide a ... environme ... formance ...
have access ... puter(s) and ... to the Services, ... to install which ... necessary.

**5. Your Requirements for Service.** If the Services ... working services, You ... following minimum st ...
• All comp ... connected to the ... ice a minimum Oper ... working ... memory. Th ... without Broadband – 100 MHz ...
  with Br ... 233 mH ...
• Operating System Disk. Re ... original Operating System ... Key Code mu ... ician at th ...
• All computers to be networked must be virus free and all peripherals connected must in good working condition. You must also have valid and appropriate subscriptions with ... All passwords for operating systems and/or ISP must be available to the Technician at time of ...
• Broadband Connections (Cable Modem or DSL Modem) – The broadband service must be installed and in operation prior to the Technician's arrival for networking services ... the modem to the main computer.
• Satellite delivered internet services are ineligible for this service.

**6. Limitations of Service; Alterations to Property.** Certain networking Services may require drilling holes in walls, securing wiring to baseboards and similar alterations ... sponsible for any property damage relating to the incidental alterations necessary to provide the Services. Wiring or other connections between computers or peripherals may be limited by wall access, building ... proximity. Rented or leased residences are limited to wireless networking solutions without the written consent from owner/management. Buildings with flat roofs or slab houses may be limited to same room networking ... specifically be room to room networking or along baseboards and is reasonably possible and the Technician shall make reasonable efforts to conceal wiring. Circuit City does not make any representations or warranties regarding the resulting configuration or concealment of any wiring.

**7. Confidentiality of Information.** You acknowledge and agree that in the course of providing Services, PC Services Technicians may access files, information and/or other data on Your computer(s) or other product(s). Circuit City and its PC Services Technicians agree to use reasonable efforts to keep all personal data and information on Your computer(s) confidential; however, You acknowledge and agree that neither Circuit City nor the PC Services Technicians warrant or otherwise guarantee the confidentiality of any such personal data and information on Your computer(s) or other product(s).

**8. Warranties; Limitation of Liability.**
A. Subject to these Terms and Conditions, Circuit City warrants that the Services shall be performed in a good and workmanlike manner and will be free from material defects in workmanship for the period commencing at 12:01 a.m. on the date the Services were completed and ending at 12:01 a.m. thirty (30) days thereafter. No warranty is made hereunder for the hardware or software associated with the Services, including without limitation hardware or software purchased at a Circuit City store (which is covered by Circuit City's applicable return policies). No other warranties, expressed or implied, are made hereunder relating to the Services.
B. To the extent permitted by applicable law, the liability of Circuit City and the PC Services Technicians shall be limited to the total service fee paid to Circuit City for the Services.
C. IN NO EVENT WILL CIRCUIT CITY OR THE PC SERVICES TECHNICIANS BE LIABLE FOR ANY SPECIAL, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR RELIANCE DAMAGES WHICH INCLUDE, BUT ARE NOT LIMITED TO, ANY DELAY IN RENDERING SERVICE, LOSS OF DATA, LOSS OF USE, PUNITIVE DAMAGES, LOSS OF PROFITS, OR COMMERCIAL LOSS.

**9. Unclaimed Products.** If You have contracted for In-Store Service, You are responsible to pick up your product(s) after the promised date and time shown on the front of this Work Order (provided that You have not otherwise been notified by an PC Services Technician that the Services have not been completed). Circuit City is not responsible for any product not picked up within sixty (60) days of such service date. In the event that the product(s) is(are) not picked up within such sixty (60) days, Circuit City may discard the product(s) as it determines in its sole discretion. You acknowledge and agree that in the event You fail to pick up your product(s) within the sixty (60) day period, You waive and release all claims against Circuit City related to such product(s) and its(their) disposal.

**10. Cancellation/Refunds.** Services are non-refundable after performed. Hardware or software associated with the Services may be returned for refund subject to Circuit City's return policies.

**11. Governing Law.** Unless otherwise governed by applicable state law, the Contract represented by Your sales receipt and this Work Order shall be interpreted and enforced in accordance with the laws of the Commonwealth of Virginia.

**12. Contract Provisions.** If there is a conflict between this Contract and information communicated either orally or in writing by Circuit City or an PC Services Technician, the provisions of this Contract shall control. No one has the authority to change or modify the Contract without prior written approval by Circuit City.

**13. Severability.** In the event that any portion of this Contract is held to be unenforceable, the unenforceable provision shall be construed in accordance with applicable law as nearly as possible to reflect the original intentions of the parties and the remainder of the provisions shall remain in full force and effect.

©2006 C.C. V3.1.00

Discard Prior to 60 Days

ATTACHMENT  *H*

## DECLARATION

I, Brian F. Borger, do hereby state the following:

That Sheryl Borger purchased a Compaq Presario Computer system at Circuit City.

That Sheryl Borger took the tower to the store for a diagnostic.  It crashed and was discarded - we no longer have the tower.

That on January 16, 2009, Sheryl A. Borger and I went to the Circuit City, Taylor, Michigan, store to obtain the replacement tower that was promised by the manager of the store.  The manager was in meetings with the employees and was not available to address the issue.  We spoke with an assistant manager who gave Sheryl A. Borger the telephone number for the corporate offices.

_____

Brian F. Borger

_____

Date  6/18/09

I Pamela S. Ronan witnessed Brian F. Borger
Sign this Document this 18th Day of June 2009

Pamela S. Ronan

PAMELA J. RONAN
Notary Public, Wayne County, Michigan
Acting in ___Wayne___ County
My Commission Expires May 5, 2014

*ATT I*

## Inbound Computer Info

| | | | |
|---|---|---|---|
| **Computer Brand:** COMPAQ | **Model:** ComPQQ | | **Serial #:** 32 |
| **Additional Items:** CPQ 5000S | | | **Ticket #:** 3611 074466 |

## Customer Information

| | | |
|---|---|---|
| **Last Name:** Borger | **First Name:** Sheryl | **Cell Phone #:** |
| **Address:** 36654 Lynne Drive | **Apt/Suite #:** | **Home Phone #:** 734-379-9632 |
| **City:** Rockwood | **State:** MI   **Zip Code:** 48173 | **Email:** |

## In Store Services

| Service | Code | Price |
|---|---|---|
| □ **Diagnostic** *free* | (CSI DIAGNOS or CSCHECKCA12) | **$59.99** |
| Complete hardware and software diagnostic of your PC (Hardware diagnostic may be covered by Circuit City Advantage, see a technician for details). | | |
| □ **Operating System and Security Service** | (CSI DIAGNOS, CSI CHECKPC, CSI OPSYMIN, CSI PCSET) | **$269.98**[1] |
| Complete hardware and software diagnostic of your PC. | | |
| Removal of viruses and spyware, or a complete backup of your data files and system restoration if virus/spyware is not removable. | | |
| Install Norton Internet Security™ (AntiVirus and Firewall). | | |
| Install SpySweeper™ AntiSpyware. *free* | | |
| □ **Operating System Service** | (CSI DIAGNOS, CSI CHECKPC, CSI OPSYMIN) | **$159.97** |
| Complete hardware and software diagnostic of your PC. | | |
| Removal of viruses and spyware for a complete backup of your data files and system restoration if virus/spyware is not removable. | | −40.00 |
| □ **Advanced Security Setup** | (CSI PCSET, CSI WINUPDATE) | **$139.97**[1] |
| Install Norton Internet Security™ (AntiVirus and Firewall). | | |
| Install SpySweeper™ AntiSpyware. | | |
| Update Windows® with the latest Microsoft® patches. | | |
| Enhance the speed and functionality of your computer. | | |
| □ **System Tune-Up** | (CSI SYMTUNE) | **$29.99** |
| Optimize your PC to boot up faster, and remove unnecessary programs that take up your resources. | | |
| □ **Microsoft® Office Installation** | (CSI SFTWRIN) | **$158.98** |
| Install Microsoft® Word, Excel, PowerPoint®, and Outlook® onto your PC (Software not licensed for commercial use). A must have for any student! | | |
| □ **Data Migration** | (CSI DATAMIG) | **$59.99** |
| Bring in your old functional computer or hard drive and we'll transfer your documents, pictures, and music to your new computer (Per 10GB). | | |
| □ **Data Recovery** | (CFI DATAMIG) | **$229.00** |
| Bring in your hard drive, and we'll recover data from it. Requires the hard drive to spin-up. | | |
| □ **System Customization** | (CSI SYMCUST) | **$24.99** |
| Customize your new computer with a personalized username, background, screensaver, etc... | | |
| □ **Windows Updates Installation** | (CSI WINUPDATE) | **$29.99** |
| Update Windows® with the latest Microsoft® patches | | |
| □ **OS Installation/Upgrade with Driver Search** | (CSI OPSYMIN, CSI TECH30) | **$89.98**[2] |
| Install your Operating System, and manually search for the hardware drivers. Perfect if you don't have your restore CDs anymore. | | |
| □ **OS Installation/Upgrade** | (CSI OPSYMIN) | **$59.99**[2] |
| ☑ **Malware Removal** | (CSI MALREMOV) | **$79.99** |
| □ **I/O Card Installation** | (CSI ICARDIN) | **$39.99** |
| □ **Drive Installation** | (CSI UPGRADE) | **$49.99** |
| □ **Peripheral Installation** | (CSI PERINST) | **$29.99** |
| □ **ISP Software Installation** | (CSI ISPINSTA) | **$29.99** |
| □ **Software Installation** | (CSI SFTWRIN) | **$28.99**[2] |
| □ **Memory Installation** | (CSI MEMINSTA) | **$29.99** |
| □ **Desktop Computer Cleaning** | (CSI PCLEAN) | **$14.99** |
| □ **Laptop Computer Cleaning** | (CSI PCLEAN x 3) | **$44.97** |

[1]After $40 Norton Internet Security™ mail-in rebate.
[2]Software not included in price.

By signing below, I have agreed to the terms and conditions, and return policy on the back of this form. In addition, I acknowledge and agree that it is my responsibility to back up all software and data that is stored on my computer or any of its peripherals. I agree Circuit City® and/or third party affiliates are never at any time responsible for any loss, alteration, or corruption of any software, data, or files.

| | | | |
|---|---|---|---|
| Promised completion date   8-4-06 | | | |
| Receiving technician | Date | Customer drop-off signature | Date |
| Completed by | Date | Customer pick-up signature | Date |

*\* A TOWER IS HARDWARE*

©2006 C.C. V2.2.01

C City          374-1113                    7-28-2006
                                            Chris
No Trojans                                  C Ag
10 - Adware / Spyware                       8-4-06

Paid Program to remove? (1) Cost $_____
      bone to save program + files unsinstall/delete
                                    then remove
      format — No extra charge              VIRUS

D-ICK

**This is the receipt for the computer Purchased at Circuit City.**

Circuit City Stores, Inc.
Store 3611
TAYLOR, MI 48180-5230
(734) 374-1113                          20__  __  07/07/01

ATT I

Sold to:
SHERLY BORGER
CUSTOMER COPY
REPRINT

Ticket
TC 11018-9586

Due Date 07/07/01

| Salesperson | | Trans# | Register | Cashier |
|---|---|---|---|---|
| N.R.DANIELS | | 361101379586 | 53 | 759935 |
| Item | Qty Model | Description | Tax | Amount |
| 1 SL | 1 MXX COMPUTER | DESKTOP COMPUTER | N | .00 |
| 2 SL | 1 CSP Contract | Service Plan | N | 129.99 |
| 3 SL | 1 CPQ 5010US | DESKTOP COMPUTER | Y | 479.96 |
| | | ** OPEN BOX ** | | |

Non-Taxable        $    129.99
Total Taxable      $    479.96
Sale Tax           $     28.80
TOTAL PURCHASE     $    638.75
BALA.              $      0.00

Item

**I went in to the store to Pick up the tower -- this is what's left of the Tower after service**

*ADISK*



PRESS HARD. *YOU ARE MAKING 3 COPIES.*

UNITED STATES POSTAL SERVICE

EXPRESS MAIL®

*PLEASE PRESS FIRMLY*

Flat Rate
Mailing Envelope

**For Domestic and International Use**

*Visit us at usps.com*

EH 949 907 860 US

U.S. POSTAGE
PAID
ROCKWOOD, MI
48173
JUN 27, 09
AMOUNT
**$17.50**
00026767-02




Mailing Label
Label 11-B, March 2004

1007

**Post Office To Addressee**

---

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 48173

Day of Delivery: ☐ Next ☐ 2nd ☐ 2nd Del Day

Date Accepted
Mo. 6  Day 27  Yr. 09

Time Accepted: 12:59 ☐ AM ☑ PM

Flat Rate ☐ or Weight
lbs. _____ ozs. 6

Scheduled Date of Delivery
Month 6  Day 29

Scheduled Time of Delivery: ☐ Noon ☐ 3 PM

Military: ☐ 2nd Day ☐ 3rd Day

Int'l Alpha Country Code

Postage $

Return Receipt Fee $

COD Fee $   Insurance Fee $

Total Postage & Fees $ 17.50

Accepting Emp. Initials

**FROM:** (PLEASE PRINT)   PHONE ( )

Sherry Borger
31654 Lynne Dr.
Rockwood, MI 48173

**TO:** (PLEASE PRINT)   PHONE ( )

Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, California
90245
ATTN: Circuit City

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

---

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt
Mo.   Day   Time ☐ AM ☐ PM

Delivery Attempt
Mo.   Day   Time ☐ AM ☐ PM

Delivery Date
Mo.   Day   Time ☐ AM ☐ PM

Employee Signature

☐ WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if
customer requests waiver of signature.
I wish delivery to be made without obtaining signature
of addressee or addressee's agent (if delivery employee
judges that article can be left in secure location) and I
authorize that delivery employee's signature constitutes
valid proof of delivery.

**NO DELIVERY** ☐ Weekend ☐ Holiday

FOR PICKUP OR TRACKING
Visit **WWW.USPS.COM**
Call 1-800-222-1811

Circuit City Stores, Inc.
Store 3611
TAYLOR, MI 48180-5230
(734) 374-1113                          10:26:08   07/28/06

Sold to:                                Orig Date 07/28/06

CUSTOMER COPY                           Ticket
                                        361102618283

Salesperson                        Register    Cashier
D.FORD                                  37      031572

| Item | Qty | Model | Description | Tax | Amount |
|------|-----|-------|-------------|-----|--------|
| 1 SL | 1 | CSI CHECKPC | PC INSTALLATIONS | Y | .01 |
| 2 SL | 1 | CSI MALREMOVE | PC INSTALLATIONS | Y | 39.99 |

                    Non-Taxable          $   40.00
                    TOTAL PURCHASE       $   40.00
                    MCG        028110    $   40.00
                    BALANCE              $    0.00

You may be eligible to earn Circuit City Reward Points!
Apply for a Circuit City Rewards Credit Card today. See
a store associate for details.

Shop with us online at circuitcity.com.

Item

CM FOR HOME DELIVERY QUESTIONS CALL 810-523-2229

Get a Chance to Win One of Five $1,000 Gift Cards!
Take Circuit City's "Customer First" Survey

Queremos saber su opinion
Conteste nuestra encuesta por Internet

We are anxious to hear about your shopping experience!
Get a chance to win one of five $1,000 Circuit City Gift
Cards by taking a few minutes to answer a short survey at:

www.circuitcity.com/survey
You will need the following customer code
to enter on-line:

R4K 3NDS FGRL
No purchase necessary.
See Circuit City stores for details.
Void where prohibited.
Thanks for making your purchase at Circuit City!

Circuit City Stores, Inc.
Store 3611
TAYLOR, MI 48180-5230
(734) 374-1113                          10:26:08   07/28/06

CUSTOMER COPY                    Trans #: 361102618283
Merchant#: 090430728       Register#: 37 Cashier: 031572
Mdse Desc: Consumer Electronics / Home Office

| Type | Cardholder/Account# | App Cde | Txn | | Amount |
|------|---------------------|---------|-----|-----|--------|
| MCG | BORGER /SHERYL | 028110 | Sale | $ | 40.00 |
| | ***********3596 | | | | |

The cardholder agrees to the credit card amount shown
hereon and agrees to perform the obligations set forth
in the cardholders agreement with the issuer.

Signature: