

KURTZMAN
CARSON
CONSULTANTS

2335 Alaska Ave
El Segundo, CA 90245

SVC NO: 3
PACK NO: 78
OMNI 15

CASE NO: 08-35653
PRF NO: 16073

ELLIS, EDWIN
3050 AIRHAVEN ST
DALLAS, TX 75229

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
              Debtors.       :   Jointly Administered
- - - - - - - - - - - - - - x
```

**NOTICE OF THE DEBTORS' FIFTEENTH OMNIBUS
OBJECTION TO CLAIMS (RECLASSIFICATION OF
CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS)**

**PLEASE TAKE NOTICE THAT** the above-captioned Debtors (the "Debtors") filed the Debtors' Fifteenth Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders to Interests) (the "Objection") with the Bankruptcy Court. A copy of the Objection is attached to this notice (this "Notice") as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the

"Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to disallow and/or modify certain claims, including your claim(s), listed below, all as set forth in the Objection.

*[handwritten: Backup Included]*

| TO: | Claim Number | Claim Amount | Claim Classification As Filed | Claim Classification As Modified |
|---|---|---|---|---|
| Ellis, Edwin<br>3050 Airhaven St<br>Dallas, TX  75229 | 2851 | $390.15 | Equity | Interests |

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. <u>YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION</u>. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY <u>4:00 P.M. ON JULY 16, 2009</u>, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

2

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, DE 19899-0636<br>Attn: Gregg M. Galardi<br>Attn: Ian S. Fredericks | MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219<br>Attn: Dion W. Hayes<br>Attn: Douglas M. Foley |

- and -

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn:  Chris L. Dickerson

The status hearing on the Objection will be held at **11:00 a.m.(Eastern) on July 23, 2009 at:**

>   United States Bankruptcy Court
>   701 East Broad Street - Courtroom 5100
>   Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do <u>not</u> need to appear at the status hearing on the Objection.

### Procedures for Filing a Timely Response and Information Regarding the Hearing on the Objection

**Contents**.  To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall use its best efforts to include the following (at a minimum) in its filed Response, to the extent such materials are not attached to its proof of claim:

>   a.  a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Objection to which the Response is directed;

4

b.  the claimant's name and an explanation for the amount of the Claim;

c.  a concise statement, executed by (or identifying by name, address and telephone number) a person with personal knowledge of the relevant facts that support the Response, setting forth the reasons why the Bankruptcy Court should overrule the Objection as to the claimant's claim, including, without limitation (to the extent not set forth in its proof of claim), the specific factual and legal bases upon which the claimant intends to rely in support of its Response and its underlying Claim;

d.  a copy of or identification of any other documentation or other evidence of the Claim, to the extent not already included with the Claim that the claimant presently intends to introduce into evidence in support of its Claim at the hearing; provided, however, that for a Response filed in support of a Claim arising out of a lease of real property, the Response need not attach such lease if the claimant indicates its willingness to provide such documentation upon request;

e.  a declaration of a person with personal knowledge of the relevant facts that support the Response; and

f.  the claimant's address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Address"). If a Response contains Notice Address that is different from the name and/or address listed on the Claim, the Notice Address will control and will become the service address for future service of papers with respect to all of the claimant's Claims listed in the Objection (including all Claims to be

## Critical Information for Claimants
## Choosing to File a Response to the Objection

Who Needs to File a Response: If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Debtors before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

Response Deadline: The Response Deadline is **4:00 p.m. (Eastern Time) on July 16, 2009 (the "Response Deadline")**.

THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED AND RECEIVED BY THE RESPONSE DEADLINE.

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

> Clerk of the Bankruptcy Court
> United States Bankruptcy Court
> 701 East Broad Street – Room 4000
> Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Debtors' attorneys:

3

       disallowed and the surviving Claims) and only
       for those Claims in the Objection.

   g. To the extent such person differs from the
     person identified pursuant to subjection e,
     above, the name, address, telephone number,
     facsimile number, and electronic mail address
     of the representative of the claimant (which
     representative may be the claimant's counsel)
     party with authority to reconcile, settle or
     otherwise resolve the Objection on the
     claimant's behalf (the "Additional
     Addresses"). Unless the Additional Addresses
     are the same as the Notice Addresses, the
     Additional Address will not become the
     service address for future service of papers.

[Handwritten annotation in right margin: "Included all"]

  **Additional Information.** To facilitate a resolution of
the Objection, your Response should also include the name,
address, telephone number and facsimile number of the party
with authority to reconcile, settle or otherwise resolve the
Objection on the claimant's behalf (the "Additional
Addresses"). Unless the Additional Addresses are the same
as the Notice Addresses, the Additional Addresses will not
become the service address for future service of papers.

[Handwritten bracket marks around this paragraph]

  **Failure to File Your Timely Response.** If you fail to
file and serve your Response on or before the Response
Deadline in compliance with the procedures set forth in this
Notice, the Debtors will present to the Bankruptcy Court an
appropriate order granting the relief requested in the
Objection without further notice to you.

  **Each Objection Is a Contested Matter.** Each Claim
subject to the Objection and the Response thereto shall
constitute a separate contested matter as contemplated by
Bankruptcy Rule 9014, and any order entered by the
Bankruptcy Court will be deemed a separate order with
respect to such claim.

### Additional Information

  **Requests for Information.** You may also obtain a copy
of the Objection or related documents on the internet, by
accessing the website of the Debtors at
www.kccllc.net/circuitcity.

| | |
|---|---|
| Dated: June 19, 2009<br>Richmond, Virginia | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM, LLP<br>Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000<br><br>- and -<br><br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM, LLP<br>Chris L. Dickerson, Esq.<br>333 West Wacker Drive<br>Chicago, Illinois 60606<br>(312) 407-0700<br><br>- and -<br><br>MCGUIREWOODS LLP<br><br>/s/ Douglas M. Foley<br>Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000<br><br>Counsel for Debtors and Debtors<br>in Possession |

\9485941.1

8

Purchase

## View Orders

Account: 6049-0345 Before Tax Money Rollover

Date range: From

Order number:

Or Security type: All

Symbols: cc

Order type: All

Order status: Executed

Results per page: 20

| Date | Order # | Type | Order Type | Quantity (Exec / Entered) | Symbol | Price Type | Term | Price | Price Executed | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/27/2007 | 4100 | Stock | Buy | 12 | CC | Limit | GTEC | 10.87 | 10.87 | Executed |
| 05/10/2007 | 2567 | Stock | Buy | 25 | CC | Limit | GTEC | 14.97 | 14.97 | Executed |

Address: E*TRADE SECURITIES
P.O. Box 1542
Merrifield VA 22116-1542

Phone: 1-800-387-2331

Fax: 1-800-664-4641



In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

Debtors' Fifteenth Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests)

## EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 2851<br>Date Filed: 01/07/2009<br>Docketed Total: $390.15<br>Filing Creditor Name and Address:<br>ELLIS, EDWIN<br>3050 AIRHAVEN ST<br>DALLAS, TX 75229 | Claim Holder Name and Address<br>ELLIS, EDWIN<br>3050 AIRHAVEN ST<br>DALLAS, TX 75229<br><br>Case Number<br>08-35653 | Docketed Total:<br><br>Secured<br><br>Priority<br><br>Unsecured<br>$390.15<br><br>$390.15 | Case Number<br>08-35653 | Modified Total:<br><br><br><br><br>Interest<br>390.15<br><br>$390.15 |
| Claim: 3413<br>Date Filed: 01/12/2009<br>Docketed Total: $15,820.00<br>Filing Creditor Name and Address:<br>ELLISON, CLYDE JOHN AND FREDA ANN<br>603 OAK RIDGE DR<br>PFLUGERVILLE, TX 78660 | Claim Holder Name and Address<br>ELLISON, CLYDE JOHN AND FREDA ANN<br>603 OAK RIDGE DR<br>PFLUGERVILLE, TX 78660<br><br>Case Number<br>08-35653 | Docketed Total:<br><br>Secured<br><br>Priority<br><br>Unsecured<br>$15,820.00<br><br>$15,820.00 | Case Number<br>08-35653 | Modified Total:<br><br><br><br><br>Interest<br>15,820.00<br><br>$15,820.00 |
| Claim: 9457<br>Date Filed: 01/30/2009<br>Docketed Total: $410.00<br>Filing Creditor Name and Address:<br>ELLISON, JOHN L<br>2745 WHITE WOOD DR<br>DALLAS, TX 75233 | Claim Holder Name and Address<br>ELLISON, JOHN L<br>2745 WHITE WOOD DR<br>DALLAS, TX 75233<br><br>Case Number<br>08-35653 | Docketed Total:<br><br>Secured<br><br>Priority<br><br>Unsecured<br>$410.00<br><br>$410.00 | Case Number<br>08-35653 | Modified Total:<br><br><br><br><br>Interest<br>410.00<br><br>$410.00 |
| Claim: 4910<br>Date Filed: 01/21/2009<br>Docketed Total: $1,792.00<br>Filing Creditor Name and Address:<br>EMILY SEASE WATTS<br>133 CHILLINGHAM RD<br>GARNER, NC 27529 | Claim Holder Name and Address<br>SEASE WATTS, EMILY<br>133 CHILLINGHAM RD<br>GARNER, NC 27529<br><br>Case Number<br>08-35653 | Docketed Total:<br><br>Secured<br><br>Priority<br>$1,792.00<br><br>Unsecured<br><br>$1,792.00 | Case Number<br>08-35653 | Modified Total:<br><br><br><br><br>Interest<br>1,792.00<br><br>$1,792.00 |

*"UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Fifteenth Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests)

# EXHIBIT C

## CLAIM TO BE MODIFIED

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| Claim: 5572<br>Date Filed: 01/23/2009<br>Docketed Total: $134.22<br>Filing Creditor Name and Address:<br>ELIZABETH C HUMPHRIES &<br>WILLIAM H HUMPHRIES<br>1209 W ROGERS AVE<br>HARRISON, AR 72601 | Claim Holder Name and Address<br>HUMPHRIES, ELIZABETH C &<br>WILLIAM H<br>1209 W ROGERS AVE<br>HARRISON, AR 72601 | Secured<br><br>Case Number<br>08-35653 | Docketed Total:<br><br>Priority | $134.22<br><br>Unsecured<br>$134.22 | Modified Total:<br><br>Case Number<br>08-35653 | $134.22<br><br>Interest<br>134.22 |
| Claim: 2652<br>Date Filed: 01/06/2009<br>Docketed Total: $616.98<br>Filing Creditor Name and Address:<br>ELKHAL, ALLAN A<br>1432 W EMERALD AVE NO 687<br>MESA, AZ 85202 | Claim Holder Name and Address<br>ELKHAL, ALLAN A<br>1432 W EMERALD AVE NO 687<br>MESA, AZ 85202 | Secured<br><br>Case Number<br>08-35653 | Docketed Total:<br><br>Priority | $616.98<br><br>Unsecured<br>$616.98 | Modified Total:<br><br>Case Number<br>08-35653 | $616.98<br><br>Interest<br>616.98 |
| Claim: 4392<br>Date Filed: 01/09/2009<br>Docketed Total: $160.95<br>Filing Creditor Name and Address:<br>ELLA P PINKNEY<br>9815 NW 13TH AVE<br>MIAMI, FL 33147 | Claim Holder Name and Address<br>PINKNEY, ELLA P<br>9815 NW 13TH AVE<br>MIAMI, FL 33147 | Secured<br><br>Case Number<br>08-35653 | Docketed Total:<br><br>Priority<br>$160.95 | $160.95<br><br>Unsecured | Modified Total:<br><br>Case Number<br>08-35653 | $160.95<br><br>Interest<br>160.95 |
| Claim: 6504<br>Date Filed: 01/27/2009<br>Docketed Total: $8,440.85<br>Filing Creditor Name and Address:<br>ELLEN ALZEREZ & NANCY J<br>ALZEREZ<br>424 RIDGEWAY<br>WHITE PLAINS, NY 10605 | Claim Holder Name and Address<br>ELLEN ALZEREZ & NANCY J<br>ALZEREZ<br>424 RIDGEWAY<br>WHITE PLAINS, NY 10605 | Secured<br><br>Case Number<br>08-35653 | Docketed Total:<br><br>Priority | $8,440.85<br><br>Unsecured<br>$8,440.85 | Modified Total:<br><br>Case Number<br>08-35653 | $8,440.85<br><br>Interest<br>8,440.85 |

*"UNL" denotes an unliquidated claim.