Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

         - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - -x
In re:                          :   Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :   Case No. 08-35653 (KRH)
et al.,                         :
                                :
            Debtors.            :   Jointly Administered
- - - - - - - - - - - - - - - -x
```

**ORDER ADJOURNING DEBTORS' FIFTH OMNIBUS OBJECTION TO
CERTAIN MISCLASSIFIED NON-GOODS 503(b)(9) CLAIMS**

THIS MATTER having come before the Court on the Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (the "Objection"), and it appearing that due and proper notice and service of the Objection has been given in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good and sufficient

and that no other further notice or service of the Objection need be given; and it further appearing that certain parties (the "Responding Claimants") filed responses to the Objection; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

  IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

  1.  The status hearing on the Objection to the claims identified on <u>Exhibit A – Misclassified Non-Goods 503(b)(9) Claims – Adjourned Claims</u> as attached hereto and incorporated herein, is hereby adjourned to **July 23, 2009, at 11:00 a.m. (Eastern)** and may further be adjourned to a future date without further order of the Court.

  2.  The Debtors shall serve a copy of this Order on the claimants included on <u>Exhibit A</u> to this Order within ten (10) business days from the entry of this Order.

Dated: Richmond, Virginia
       July___, 2009


  _____
  HONORABLE KEVIN R. HUENNEKENS
  UNITED STATES BANKRUPTCY JUDGE

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

>     __/s/ Douglas M. Foley____
>     Douglas M. Foley

\9528263.2

3

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9) Claims - Adjourned

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CHARLESTON NEWSPAPERS<br>PO BOX 3942<br>CHARLESTON, WV 25339 | 254 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):    $12,112.92<br>Unsecured:<br>Total:    $12,112.92 | 12/03/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GRAPHIC COMMUNICATIONS<br>PO BOX 933233<br>ATLANTA, GA 31193-3233 | 1053 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):    $175,195.74<br>Unsecured:<br>Total:    $175,195.74 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MAGNUS MAGNUSSON INC<br>15 CLUB RD<br>PORT JEFFERSON, NY 11777 | 760 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):    $86,268.33<br>Unsecured:<br>Total:    $86,268.33 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MINER FLEET MANAGEMENT GROUP<br>111 W SAN ANTONIO<br>STE 200<br>NEW BRAUNFELS, TX 78130 | 1094 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):    $71,337.53<br>Unsecured:<br>Total:    $71,337.53 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| RETAIL MDS INC<br>2909 SUNSET AVE<br>EAST NORRITON, PA 19403 | 633 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):    $43,173.80<br>Unsecured:<br>Total:    $43,173.80 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SCHIMENTI CONSTRUCTION CO LLC<br>650 DANBURY RD<br>RIDGEFIELD, CT 06877 | 966 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):    $47,682.22<br>Unsecured:<br>Total:    $47,682.22 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9) Claims - Adjourned

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| US SIGNS INC<br>1800 BERING STE 700<br>HOUSTON, TX 77057 | 1309 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): $108,844.38<br>Unsecured:<br>Total: $108,844.38 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| VECTOR SECURITY INC<br>10642 WAKEMAN CT<br>MANASSAS, VA 20110 | 1148 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): $300,529.80<br>Unsecured:<br>Total: $300,529.80 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:**    8    **$845,144.72**

\* "UNL" denotes an unliquidated claim.

Page 2 of 2