Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                       One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
              Debtors.       :   Jointly Administered
- - - - - - - - - - - - - - x

**ORDER ON DEBTORS' FIFTH OMNIBUS OBJECTION TO
CERTAIN MISCLASSIFIED NON-GOODS 503(b)(9) CLAIMS**

THIS MATTER having come before the Court on the

Debtors' Fifth Omnibus Objection to Certain Misclassified

Non-Goods 503(b)(9) Claims (the "Objection"), and it

appearing that due and proper notice and service of the

Objection has been given in compliance with Fed. R. Bankr.

P. 3007 and 7004 and LBR 3007-1 and was good and sufficient

and that no other further notice or service of the Objection
need be given; and it appearing that the relief requested on
the Objection is in the best interest of the Debtors, their
estates and creditors, and other parties-in-interest; and
after due deliberation thereon good and sufficient cause
exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.   The Objection is GRANTED.

2.   The Claims identified on Exhibit A – Misclassified
Non-Goods 503(b)(9) Claims – Reclassified Claims as attached
hereto and incorporated herein, are reclassified as general
unsecured non-priority claims; provided however, the
reclassification of the claims on Exhibit A is without
prejudice to the Debtors' rights and abilities to object to
the claims on Exhibit A on any grounds or bases in future
objections.

3.   The Debtors' rights and abilities to object to all
Claims included in the Objections on any grounds or bases
are preserved in their entirety.

4.   The Debtors shall serve a copy of this Order on
the claimants included on Exhibit A to this Order within ten
(10) business days from the entry of this Order.

Dated: Richmond, Virginia
       July_____, 2009


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

       - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

       - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

       Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                          __/s/ Douglas M. Foley_____
                          Douglas M. Foley

\9527986.2

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 604**
Date Filed:   12/04/2008
Docketed Total:    $0.00
Filing Creditor Name and Address:
  A TO Z COMMERCIAL KITCHEN
  SVCS
  1630 ELOY RD
  GOLDEN VALLEY, AZ 86413

Claim Holder Name and Address

A TO Z COMMERCIAL KITCHEN
SVCS
1630 ELOY RD
GOLDEN VALLEY, AZ 86413

Case Number:                08-35654
Docketed Total:                  **UNL**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $0.00 | | | | | |

Case Number:                08-35654
Modified Total:                 **$0.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

---

**Claim: 924**
Date Filed:   12/19/2008
Docketed Total:   $970,182.58
Filing Creditor Name and Address:
  A&E TELEVISION NETWORK
  235 E 45TH ST
  NEW YORK, NY 10017

Claim Holder Name and Address

A&E TELEVISION NETWORK
235 E 45TH ST
NEW YORK, NY 10017

Case Number:                08-35653
Docketed Total:            **$970,182.58**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $970,182.58 | | | | | |

Case Number:                08-35653
Modified Total:           **$970,182.58**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $970,182.58 |

---

**Claim: 986**
Date Filed:   12/16/2008
Docketed Total:   $4,230.00
Filing Creditor Name and Address:
  A1 MOWING & SNOW REMOVAL
  307 RED ROW
  MARION, IL 62959

Claim Holder Name and Address

A1 MOWING & SNOW REMOVAL
307 RED ROW
MARION, IL 62959

Case Number:                08-35653
Docketed Total:             **$4,230.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $4,230.00 | | | | | |

Case Number:                08-35653
Modified Total:              **$4,230.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,230.00 |

---

**Claim: 1189**
Date Filed:   12/15/2008
Docketed Total:   $1,032.55
Filing Creditor Name and Address:
  AAA FLOOR CARE INC
  PO BOX 3021
  EUSTIS, FL 32727

Claim Holder Name and Address

AAA FLOOR CARE INC
PO BOX 3021
EUSTIS, FL 32727

Case Number:                08-35653
Docketed Total:             **$1,032.55**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,032.55 | | | | | |

Case Number:                08-35653
Modified Total:              **$1,032.55**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,032.55 |

---

\*     "UNL" denotes an unliquidated claim.

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | | |
|---|---|---|---|
| Claim: 1000<br>Date Filed:    12/16/2008<br>Docketed Total:      $113.75<br>Filing Creditor Name and Address:<br>　AC SUPPLY<br>　PO BOX 189<br>　FRASER, MI 480260189 | Claim Holder Name and Address<br><br>AC SUPPLY<br>PO BOX 189<br>FRASER, MI 480260189 | Case Number:                    08-35653<br><br>Docketed Total:              **$113.75** | Case Number:                    08-35653<br><br>Modified Total:              **$113.75** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $113.75 | | | | | | | | | | | $113.75 |

| | | | |
|---|---|---|---|
| Claim: 1268<br>Date Filed:    12/18/2008<br>Docketed Total:      $1,848.00<br>Filing Creditor Name and Address:<br>　ACW SWEEPING & CLEANING<br>　SVCS<br>　PO BOX 1585<br>　LANDOVER, MD 20785 | Claim Holder Name and Address<br><br>ACW SWEEPING & CLEANING SVCS<br>PO BOX 1585<br>LANDOVER, MD 20785 | Case Number:                    08-35653<br><br>Docketed Total:              **$1,848.00** | Case Number:                    08-35653<br><br>Modified Total:              **$1,848.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $1,848.00 | | | | | | | | | | | $1,848.00 |

| | | | |
|---|---|---|---|
| Claim: 874<br>Date Filed:    12/08/2008<br>Docketed Total:      $2,134.76<br>Filing Creditor Name and Address:<br>　AIRE SERV OF SEMINOLE CO<br>　PO BOX 680683<br>　ORLANDO, FL 32818 | Claim Holder Name and Address<br><br>AIRE SERV OF SEMINOLE CO<br>PO BOX 680683<br>ORLANDO, FL 32818 | Case Number:                    08-35661<br><br>Docketed Total:              **$2,134.76** | Case Number:                    08-35661<br><br>Modified Total:              **$2,134.76** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $2,134.76 | | | | | | | | | | | $2,134.76 |

| | | | |
|---|---|---|---|
| Claim: 837<br>Date Filed:    12/15/2008<br>Docketed Total:      $32,939.59<br>Filing Creditor Name and Address:<br>　ALBANY TIMES UNION<br>　801 TEXAS AVE<br>　HOUSTON, TX 77002 | Claim Holder Name and Address<br><br>ALBANY TIMES UNION<br>801 TEXAS AVE<br>HOUSTON, TX 77002 | Case Number:                    08-35653<br><br>Docketed Total:              **$32,939.59** | Case Number:                    08-35653<br><br>Modified Total:              **$32,939.59** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $32,939.59 | | | | | | | | | | | $32,939.59 |

\*      "UNL" denotes an unliquidated claim.

Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

Claim: 946
Date Filed:    12/19/2008
Docketed Total:    $236.93
Filing Creditor Name and Address:
   ALBEMARLE COUNTY SERVICE
   AUTHORITY
   168 SPOTNAP RD
   CHARLOTTESVILLE, VA
   22911-8690

Claim Holder Name and Address

ALBEMARLE COUNTY SERVICE
AUTHORITY
168 SPOTNAP RD
CHARLOTTESVILLE, VA 22911-8690

Case Number:    08-35653

Docketed Total:    **$236.93**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $236.93 | | | | | |

Case Number:    08-35653

Modified Total:    **$236.93**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $236.93 |

---

Claim: 645
Date Filed:    12/08/2008
Docketed Total:    $556.72
Filing Creditor Name and Address:
   ALLIED BEARINGS SUPPLY CO
   PO BOX 3263
   TULSA, OK 74101

Claim Holder Name and Address

ALLIED BEARINGS SUPPLY CO
PO BOX 3263
TULSA, OK 74101

Case Number:    08-35653

Docketed Total:    **$556.72**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $556.72 | | | | | |

Case Number:    08-35653

Modified Total:    **$556.72**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $556.72 |

---

Claim: 826
Date Filed:    12/12/2008
Docketed Total:    $147.63
Filing Creditor Name and Address:
   ALTOONA CITY AUTHORITY
   P O BOX 3150
   ALTOONA, PA 16603

Claim Holder Name and Address

ALTOONA CITY AUTHORITY
P O BOX 3150
ALTOONA, PA 16603

Case Number:    08-35653

Docketed Total:    **$147.63**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $147.63 | | | | | |

Case Number:    08-35653

Modified Total:    **$147.63**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $147.63 |

---

Claim: 824
Date Filed:    12/12/2008
Docketed Total:    $393.96
Filing Creditor Name and Address:
   ALTOONA CITY AUTHORITY
   PO BOX 3150
   ALTOONA, PA 16603-3150

Claim Holder Name and Address

ALTOONA CITY AUTHORITY
PO BOX 3150
ALTOONA, PA 16603-3150

Case Number:    08-35653

Docketed Total:    **$393.96**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $393.96 | | | | | |

Case Number:    08-35653

Modified Total:    **$393.96**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $393.96 |

---

\*    "UNL" denotes an unliquidated claim.

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1287**
Date Filed:    12/18/2008
Docketed Total:    $215.60
Filing Creditor Name and Address:
    AMERICAN WATER SERVICE INC
    2415 UNIVERSITY AVE 2ND FL
    EAST PALO ALTO, CA 94303

| | | | | | | |
|---|---|---|---|---|---|---|
| Claim Holder Name and Address | | Case Number: | | | | 08-35657 |
| AMERICAN WATER SERVICE INC 2415 UNIVERSITY AVE 2ND FL EAST PALO ALTO, CA 94303 | | Docketed Total: | | | | **$215.60** |
| 503(b)(9) | Reclamation | Admin | Secured | Priority | | Unsecured |
| $215.60 | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | | | | | 08-35657 |
| Modified Total: | | | | | **$215.60** |
| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| | | | | | $215.60 |

**Claim: 1288**
Date Filed:    12/18/2008
Docketed Total:    $215.60
Filing Creditor Name and Address:
    AMERICAN WATER SERVICE INC
    2415 UNIVERSITY AVE 2ND FL
    EAST PALO ALTO, CA 94303

| | | | | | | |
|---|---|---|---|---|---|---|
| Claim Holder Name and Address | | Case Number: | | | | 08-35653 |
| AMERICAN WATER SERVICE INC 2415 UNIVERSITY AVE 2ND FL EAST PALO ALTO, CA 94303 | | Docketed Total: | | | | **$215.60** |
| 503(b)(9) | Reclamation | Admin | Secured | Priority | | Unsecured |
| $215.60 | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | | | | | 08-35653 |
| Modified Total: | | | | | **$215.60** |
| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| | | | | | $215.60 |

**Claim: 1289**
Date Filed:    12/18/2008
Docketed Total:    $215.60
Filing Creditor Name and Address:
    AMERICAN WATER SERVICE INC
    2415 UNIVERSITY AVE 2ND FL
    EAST PALO ALTO, CA 94303

| | | | | | | |
|---|---|---|---|---|---|---|
| Claim Holder Name and Address | | Case Number: | | | | 08-35654 |
| AMERICAN WATER SERVICE INC 2415 UNIVERSITY AVE 2ND FL EAST PALO ALTO, CA 94303 | | Docketed Total: | | | | **$215.60** |
| 503(b)(9) | Reclamation | Admin | Secured | Priority | | Unsecured |
| $215.60 | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | | | | | 08-35654 |
| Modified Total: | | | | | **$215.60** |
| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| | | | | | $215.60 |

**Claim: 1290**
Date Filed:    12/18/2008
Docketed Total:    $215.60
Filing Creditor Name and Address:
    AMERICAN WATER SERVICE INC
    2415 UNIVERSITY AVE 2ND FL
    EAST PALO ALTO, CA 94303

| | | | | | | |
|---|---|---|---|---|---|---|
| Claim Holder Name and Address | | Case Number: | | | | 08-35661 |
| AMERICAN WATER SERVICE INC 2415 UNIVERSITY AVE 2ND FL EAST PALO ALTO, CA 94303 | | Docketed Total: | | | | **$215.60** |
| 503(b)(9) | Reclamation | Admin | Secured | Priority | | Unsecured |
| $215.60 | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | | | | | 08-35661 |
| Modified Total: | | | | | **$215.60** |
| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| | | | | | $215.60 |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main

Case No. 08-35653 (KRH)

Document    Page 9 of 92

Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1291**
Date Filed: 12/18/2008
Docketed Total: $215.60
Filing Creditor Name and Address:
  AMERICAN WATER SERVICE INC
  EAST PALO ALTO, CA 94303

Claim Holder Name and Address
  AMERICAN WATER SERVICE INC
  EAST PALO ALTO, CA 94303

Case Number: 08-35660
Docketed Total: $215.60

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $215.60 | | | | | |

Case Number: 08-35660
Modified Total: $215.60

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $215.60 |

---

**Claim: 1286**
Date Filed: 12/18/2008
Docketed Total: $215.60
Filing Creditor Name and Address:
  AMERICAN WATER SERVICE, INC
  2415 UNIVERSITY AVE 2ND
  FLOOR
  EAST PALO ALTO, CA 94303

Claim Holder Name and Address
  AMERICAN WATER SERVICE, INC
  2415 UNIVERSITY AVE 2ND FLOOR
  EAST PALO ALTO, CA 94303

Case Number: 08-35653
Docketed Total: $215.60

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $215.60 | | | | | |

Case Number: 08-35653
Modified Total: $215.60

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $215.60 |

---

**Claim: 364**
Date Filed: 11/24/2008
Docketed Total: $3,444.53
Filing Creditor Name and Address:
  ANN ARBOR NEWS, THE
  PO BOX 1147
  ANN ARBOR, MI 48106

Claim Holder Name and Address
  ANN ARBOR NEWS, THE
  PO BOX 1147
  ANN ARBOR, MI 48106

Case Number: 08-35653
Docketed Total: $3,444.53

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $3,444.53 | | | | | |

Case Number: 08-35653
Modified Total: $3,444.53

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,444.53 |

---

**Claim: 1045**
Date Filed: 12/09/2008
Docketed Total: $25,368.68
Filing Creditor Name and Address:
  ARKANSAS DEMOCRAT
  GAZETTE
  PO BOX 2221
  LITTLE ROCK, AR 72203

Claim Holder Name and Address
  ARKANSAS DEMOCRAT GAZETTE
  PO BOX 2221
  LITTLE ROCK, AR 72203

Case Number: 08-35653
Docketed Total: $25,368.68

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $25,368.68 | | | | | |

Case Number: 08-35653
Modified Total: $25,368.68

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $25,368.68 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH   Doc 4008   Filed 07/08/09   Entered 07/08/09 09:05:54   Desc Main
Case No. 08-35653 (KRH)                                                    Document     Page 10 of 92

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 1495<br>Date Filed:   12/08/2008<br>Docketed Total:   $327.99<br>Filing Creditor Name and Address:<br>   ARNEL COMPRESSOR CO<br>   114 N SUNSET AVE<br>   CITY OF INDUSTRY, CA 91744 | Claim Holder Name and Address   Case Number:   08-35653<br><br>   ARNEL COMPRESSOR CO   Docketed Total:   $327.99<br>   114 N SUNSET AVE<br>   CITY OF INDUSTRY, CA 91744<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$327.99 | Case Number:   08-35653<br><br>Modified Total:   $327.99<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$327.99 |
| Claim: 1182<br>Date Filed:   12/15/2008<br>Docketed Total:   $2,211.66<br>Filing Creditor Name and Address:<br>   ATHENS BANNER HERALD<br>   PO BOX 1486<br>   AUGUSTA, GA 30903-1486 | Claim Holder Name and Address   Case Number:   08-35653<br><br>   ATHENS BANNER HERALD   Docketed Total:   $2,211.66<br>   PO BOX 1486<br>   AUGUSTA, GA 30903-1486<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$2,211.66 | Case Number:   08-35653<br><br>Modified Total:   $2,211.66<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$2,211.66 |
| Claim: 866<br>Date Filed:   12/08/2008<br>Docketed Total:   $128.00<br>Filing Creditor Name and Address:<br>   ATSWA<br>   3131 OLD 6TH AVE N<br>   DUNCANSVILLE, PA 16635-8013 | Claim Holder Name and Address   Case Number:   08-35653<br><br>   ATSWA   Docketed Total:   $128.00<br>   3131 OLD 6TH AVE N<br>   DUNCANSVILLE, PA 16635-8013<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$128.00 | Case Number:   08-35653<br><br>Modified Total:   $128.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$128.00 |
| Claim: 1184<br>Date Filed:   12/15/2008<br>Docketed Total:   $9,694.24<br>Filing Creditor Name and Address:<br>   AUGUSTA CHRONICLE, THE<br>   PO BOX 1928<br>   AUGUSTA, GA 30903 | Claim Holder Name and Address   Case Number:   08-35653<br><br>   AUGUSTA CHRONICLE, THE   Docketed Total:   $9,694.24<br>   PO BOX 1928<br>   AUGUSTA, GA 30903<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$9,694.24 | Case Number:   08-35653<br><br>Modified Total:   $9,694.24<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$9,694.24 |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main
Case No. 08-35653 (KRH)                                          Document       Page 11 of 92

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 1046<br>Date Filed: 12/09/2008<br>Docketed Total: $19,368.51<br>Filing Creditor Name and Address:<br>AUSTIN AMERICAN STATESMAN<br>PO BOX 2000<br>AUSTIN, TX 78768-2000 | Claim Holder Name and Address    Case Number: 08-35653<br><br>AUSTIN AMERICAN STATESMAN<br>PO BOX 2000    Docketed Total: $19,368.51<br>AUSTIN, TX 78768-2000<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$19,368.51 | Case Number: 08-35653<br><br>Modified Total: $19,368.51<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$19,368.51 |
| Claim: 1041<br>Date Filed: 12/01/2008<br>Docketed Total: $1,361.45<br>Filing Creditor Name and Address:<br>AUTOMATED BUILDING<br>COMPONENTS<br>17680 HANSOM CT<br>SOUTH BEND, IN 466351013 | Claim Holder Name and Address    Case Number: 08-35653<br><br>AUTOMATED BUILDING<br>COMPONENTS    Docketed Total: $1,361.45<br>17680 HANSOM CT<br>SOUTH BEND, IN 466351013<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$1,361.45 | Case Number: 08-35653<br><br>Modified Total: $1,361.45<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$1,361.45 |
| Claim: 779<br>Date Filed: 12/10/2008<br>Docketed Total: $12,027.24<br>Filing Creditor Name and Address:<br>BAGBY ELECTRIC OF VA INC<br>10491 LAKERIDGE PKWY<br>ASHLAND, VA 23005 | Claim Holder Name and Address    Case Number: 08-35653<br><br>BAGBY ELECTRIC OF VA INC<br>10491 LAKERIDGE PKWY    Docketed Total: $12,027.24<br>ASHLAND, VA 23005<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$12,027.24 | Case Number: 08-35653<br><br>Modified Total: $12,027.24<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$12,027.24 |
| Claim: 1333<br>Date Filed: 12/19/2008<br>Docketed Total: $172,575.41<br>Filing Creditor Name and Address:<br>BAILIWICK DATA SYSTEMS INC<br>4260 NOREX DR<br>CHASKA, MN 55318 | Claim Holder Name and Address    Case Number: 08-35653<br><br>BAILIWICK DATA SYSTEMS INC<br>4260 NOREX DR    Docketed Total: $172,575.41<br>CHASKA, MN 55318<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$172,575.41 | Case Number: 08-35653<br><br>Modified Total: $172,575.41<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$172,575.41 |

*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main
Case No. 08-35653 (KRH)                           Document    Page 12 of 92

Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| Claim: 661<br>Date Filed: 12/08/2008<br>Docketed Total: $16,356.91<br>Filing Creditor Name and Address:<br>BAKERSFIELD CALIFORNIAN<br>PO BOX 80967<br>BAKERSFIELD, CA 93380-0967 | Claim Holder Name and Address<br><br>BAKERSFIELD CALIFORNIAN<br>PO BOX 80967<br>BAKERSFIELD, CA 93380-0967 | Case Number: 08-35653<br>Docketed Total: $16,356.91 | Case Number: 08-35653<br>Modified Total: $16,356.91 |

| | 503(b)(9) $16,356.91 | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured $16,356.91 |

| Claim: 504<br>Date Filed: 12/01/2008<br>Docketed Total: $11,467.41<br>Filing Creditor Name and Address:<br>BANGOR DAILY NEWS<br>491 MAIN ST<br>BANGOR, ME 04402 | Claim Holder Name and Address<br><br>BANGOR DAILY NEWS<br>491 MAIN ST<br>BANGOR, ME 04402 | Case Number: 08-35653<br>Docketed Total: $11,467.41 | Case Number: 08-35653<br>Modified Total: $11,467.41 |

503(b)(9) $11,467.41 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured $11,467.41

| Claim: 822<br>Date Filed: 12/12/2008<br>Docketed Total: $29.05<br>Filing Creditor Name and Address:<br>BANGOR WATER DISTRICT<br>PO BOX 1129<br>BANGOR, ME 04402-1129 | Claim Holder Name and Address<br><br>BANGOR WATER DISTRICT<br>PO BOX 1129<br>BANGOR, ME 04402-1129 | Case Number: 08-35653<br>Docketed Total: $29.05 | Case Number: 08-35653<br>Modified Total: $29.05 |

503(b)(9) $29.05 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured $29.05

| Claim: 862<br>Date Filed: 12/08/2008<br>Docketed Total: $15,776.42<br>Filing Creditor Name and Address:<br>BENNER MECHANICAL &<br>ELECTRICAL<br>1760 LAKELAND PARK DR<br>BURLINGTON, KY 41005 | Claim Holder Name and Address<br><br>BENNER MECHANICAL &<br>ELECTRICAL<br>1760 LAKELAND PARK DR<br>BURLINGTON, KY 41005 | Case Number: 08-35653<br>Docketed Total: $15,776.42 | Case Number: 08-35653<br>Modified Total: $15,776.42 |

503(b)(9) $15,776.42 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured $15,776.42

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Document    Page 13 of 92

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

### Claim: 851

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 851<br>Date Filed: 12/08/2008<br>Docketed Total: $4,350.83<br>Filing Creditor Name and Address:<br>BOARD OF WATER AND LIGHT<br>PO BOX 13007<br>LANSING, MI 48901-3007 | Claim Holder Name and Address<br><br>BOARD OF WATER AND LIGHT<br>PO BOX 13007<br>LANSING, MI 48901-3007 | Case Number: 08-35653<br><br>Docketed Total: $4,350.83 | | Case Number: 08-35653<br><br>Modified Total: $4,350.83 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $4,350.83 | | | | | | | | | | | | $4,350.83 |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 600<br>Date Filed: 12/04/2008<br>Docketed Total: $94,698.98<br>Filing Creditor Name and Address:<br>BOOTH NEWSPAPERS INC<br>155 MICHIGAN ST NW<br>GRAND RAPIDS, MI 49503 | Claim Holder Name and Address<br><br>BOOTH NEWSPAPERS INC<br>155 MICHIGAN ST NW<br>GRAND RAPIDS, MI 49503 | Case Number: 08-35653<br><br>Docketed Total: $94,698.98 | | Case Number: 08-35653<br><br>Modified Total: $94,698.98 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $94,698.98 | | | | | | | | | | | | $94,698.98 |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 884<br>Date Filed: 12/10/2008<br>Docketed Total: $8,019.41<br>Filing Creditor Name and Address:<br>BRADENTON HERALD, THE<br>102 MANATEE AVE W<br>PO BOX 921<br>BRADENTON, FL 34206-0921 | Claim Holder Name and Address<br><br>BRADENTON HERALD, THE<br>102 MANATEE AVE W<br>PO BOX 921<br>BRADENTON, FL 34206-0921 | Case Number: 08-35653<br><br>Docketed Total: $8,019.41 | | Case Number: 08-35653<br><br>Modified Total: $8,019.41 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $8,019.41 | | | | | | | | | | | | $8,019.41 |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 1337<br>Date Filed: 12/17/2008<br>Docketed Total: $12,261.87<br>Filing Creditor Name and Address:<br>BROADWAY NATIONAL SIGN &<br>LIGHTING<br>2150 FIFTH AVE<br>RONKONKOMA, NY 11779 | Claim Holder Name and Address<br><br>BROADWAY NATIONAL SIGN &<br>LIGHTING<br>2150 FIFTH AVE<br>RONKONKOMA, NY 11779 | Case Number: 08-35653<br><br>Docketed Total: $12,261.87 | | Case Number: 08-35653<br><br>Modified Total: $12,261.87 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $12,261.87 | | | | | | | | | | | | $12,261.87 |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1395**
Date Filed: 12/19/2008
Docketed Total: $2,379.27
Filing Creditor Name and Address:
BROWNSVILLE PUBLIC UTILITIES
BOARD
1425 ROBINDHOOD BLVD
BROWNSVILLE, TX 78521

Claim Holder Name and Address | Case Number: 08-35653
BROWNSVILLE PUBLIC UTILITIES BOARD
1425 ROBINDHOOD BLVD
BROWNSVILLE, TX 78521
Docketed Total: $2,379.27

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,379.27 | | | | | |

Case Number: 08-35653
Modified Total: $2,379.27

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,379.27 |

---

**Claim: 1012**
Date Filed: 12/19/2008
Docketed Total: $8,352.01
Filing Creditor Name and Address:
BURLINGTON FREE PRESS, THE
PO BOX 10
BURLINGTON, VT 054020010

Claim Holder Name and Address | Case Number: 08-35653
BURLINGTON FREE PRESS, THE
PO BOX 10
BURLINGTON, VT 054020010
Docketed Total: $8,352.01

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $8,352.01 | | | | | |

Case Number: 08-35653
Modified Total: $8,352.01

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $8,352.01 |

---

**Claim: 998**
Date Filed: 12/16/2008
Docketed Total: $6,630.00
Filing Creditor Name and Address:
BUSTILLO HERNANDEZ,
ROBERTO
PO BOX 194145
SAN JUAN, PR 00919-4145

Claim Holder Name and Address | Case Number: 08-35653
BUSTILLO HERNANDEZ, ROBERTO
PO BOX 194145
SAN JUAN, PR 00919-4145
Docketed Total: $6,630.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $6,630.00 | | | | | |

Case Number: 08-35653
Modified Total: $6,630.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $6,630.00 |

---

**Claim: 257**
Date Filed: 11/28/2008
Docketed Total: $3,085.20
Filing Creditor Name and Address:
BUTLER PUBLISHING CO INC, TB
PO BOX 2030
TYLER, TX 75710

Claim Holder Name and Address | Case Number: 08-35653
BUTLER PUBLISHING CO INC, TB
PO BOX 2030
TYLER, TX 75710
Docketed Total: $3,085.20

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $3,085.20 | | | | | |

Case Number: 08-35653
Modified Total: $3,085.20

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,085.20 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main

Case No. 08-35653 (KRH)

Document    Page 15 of 92

Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 215**
Date Filed: 12/01/2008
Docketed Total: $9,849.42
Filing Creditor Name and Address:
CAPITAL GAZETTE NEWSPAPERS
PO BOX 911
ANNAPOLIS, MD 21404

Claim Holder Name and Address
CAPITAL GAZETTE NEWSPAPERS
PO BOX 911
ANNAPOLIS, MD 21404
Case Number: 08-35653
Docketed Total: $9,849.42

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $9,849.42 | | | | | |

Case Number: 08-35653
Modified Total: $9,849.42

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $9,849.42 |

---

**Claim: 654**
Date Filed: 12/08/2008
Docketed Total: $117.38
Filing Creditor Name and Address:
CARY, TOWN OF
316 N ACADEMY ST
REVENUE COLLECTOR
CARY, NC 27513

Claim Holder Name and Address
CARY, TOWN OF
316 N ACADEMY ST
REVENUE COLLECTOR
CARY, NC 27513
Case Number: 08-35653
Docketed Total: $117.38

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $117.38 | | | | | |

Case Number: 08-35653
Modified Total: $117.38

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $117.38 |

---

**Claim: 462**
Date Filed: 12/01/2008
Docketed Total: $406.17
Filing Creditor Name and Address:
CHARLOTTE COUNTY UTILITIES
P O BOX 516000
PUNTA GORDA, FL 33951-6000

Claim Holder Name and Address
CHARLOTTE COUNTY UTILITIES
P O BOX 516000
PUNTA GORDA, FL 33951-6000
Case Number: 08-35653
Docketed Total: $406.17

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $406.17 | | | | | |

Case Number: 08-35653
Modified Total: $406.17

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $406.17 |

---

**Claim: 1192**
Date Filed: 12/15/2008
Docketed Total: $10,426.62
Filing Creditor Name and Address:
CHARLOTTE SUN
23170 HARBORVIEW RD
PORT CHARLOTTE, FL 33980

Claim Holder Name and Address
CHARLOTTE SUN
23170 HARBORVIEW RD
PORT CHARLOTTE, FL 33980
Case Number: 08-35653
Docketed Total: $10,426.62

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $10,426.62 | | | | | |

Case Number: 08-35653
Modified Total: $10,426.62

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $10,426.62 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main

Case No. 08-35653 (KRH)

Document        Page 16 of 92

Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 757**
Date Filed:    12/12/2008
Docketed Total:    $15,168.96
Filing Creditor Name and Address:
CHATTANOOGA PUBLISHING CO
INC
PO BOX 190
RETAIL ADVERTISING
CHATTANOOGA, TN 37401

Claim Holder Name and Address    Case Number:    08-35653
CHATTANOOGA PUBLISHING CO
INC
PO BOX 190
RETAIL ADVERTISING
CHATTANOOGA, TN 37401
Docketed Total:    $15,168.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $15,168.96 | | | | | |

Case Number:    08-35653
Modified Total:    $15,168.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $15,168.96 |

---

**Claim: 1171**
Date Filed:    12/10/2008
Docketed Total:    $243,719.73
Filing Creditor Name and Address:
CHICAGO TRIBUNE
435 N MICHIGAN AVE 3RD FL FSC
CHICAGO, IL 60611

Claim Holder Name and Address    Case Number:    08-35653
CHICAGO TRIBUNE
435 N MICHIGAN AVE 3RD FL FSC
CHICAGO, IL 60611
Docketed Total:    $243,719.73

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $243,719.73 | | | | | |

Case Number:    08-35653
Modified Total:    $243,719.73

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $243,719.73 |

---

**Claim: 425**
Date Filed:    12/01/2008
Docketed Total:    $1,055.76
Filing Creditor Name and Address:
CHRONICLE TELEGRAM, THE
PO BOX 4010
ELYRIA, OH 44036

Claim Holder Name and Address    Case Number:    08-35653
CHRONICLE TELEGRAM, THE
PO BOX 4010
ELYRIA, OH 44036
Docketed Total:    $1,055.76

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,055.76 | | | | | |

Case Number:    08-35653
Modified Total:    $1,055.76

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,055.76 |

---

**Claim: 895**
Date Filed:    12/10/2008
Docketed Total:    $316.02
Filing Creditor Name and Address:
CITY OF AMARILLO, TX
P O BOX 100
AMARILLO, TX 79105-0100

Claim Holder Name and Address    Case Number:    08-35653
CITY OF AMARILLO, TX
P O BOX 100
AMARILLO, TX 79105-0100
Docketed Total:    $316.02

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $316.02 | | | | | |

Case Number:    08-35653
Modified Total:    $316.02

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $316.02 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 801**
Date Filed: 12/11/2008
Docketed Total: $100.02
Filing Creditor Name and Address:
CITY OF COON RAPIDS, MN
11155 ROBINSON DRIVE
COON RAPIDS, MN 55433

Claim Holder Name and Address
CITY OF COON RAPIDS, MN
11155 ROBINSON DRIVE
COON RAPIDS, MN 55433

Case Number: 08-35653
Docketed Total: $100.02

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $100.02 | | | | | |

Case Number: 08-35653
Modified Total: $100.02

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $100.02 |

---

**Claim: 1361**
Date Filed: 12/17/2008
Docketed Total: $184.94
Filing Creditor Name and Address:
CITY OF FALLS CHURCH, VA
300 PARK AVE
FALLS CHURCH, VA 22046

Claim Holder Name and Address
CITY OF FALLS CHURCH, VA
300 PARK AVE
FALLS CHURCH, VA 22046

Case Number: 08-35653
Docketed Total: $184.94

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $184.94 | | | | | |

Case Number: 08-35653
Modified Total: $184.94

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $184.94 |

---

**Claim: 1006**
Date Filed: 12/16/2008
Docketed Total: $8,440.39
Filing Creditor Name and Address:
CITY OF GARLAND UTILITY
SERVICES
P O BOX 461508
GARLAND, TX 75046-1508

Claim Holder Name and Address
CITY OF GARLAND UTILITY
SERVICES
P O BOX 461508
GARLAND, TX 75046-1508

Case Number: 08-35653
Docketed Total: $8,440.39

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $8,440.39 | | | | | |

Case Number: 08-35653
Modified Total: $8,440.39

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $8,440.39 |

---

**Claim: 660**
Date Filed: 12/08/2008
Docketed Total: $49.98
Filing Creditor Name and Address:
CITY OF HICKORY, NC
BOX 398
HICKORY, NC 28603-0398

Claim Holder Name and Address
CITY OF HICKORY, NC
BOX 398
HICKORY, NC 28603-0398

Case Number: 08-35653
Docketed Total: $49.98

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $49.98 | | | | | |

Case Number: 08-35653
Modified Total: $49.98

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $49.98 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main
Case No. 08-35653 (KRH)                                  Document    Page 18 of 92

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 222**
Date Filed: 11/28/2008
Docketed Total: $69.77
Filing Creditor Name and Address:
CITY OF MAPLE GROVE MN
P O BOX 1180
MAPLE GROVE, MN 55311

Claim Holder Name and Address | Case Number: 08-35653
CITY OF MAPLE GROVE MN
P O BOX 1180
MAPLE GROVE, MN 55311
Docketed Total: $69.77

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $69.77 | | | | | |

Case Number: 08-35653
Modified Total: $69.77

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $69.77 |

**Claim: 349**
Date Filed: 11/24/2008
Docketed Total: $419.40
Filing Creditor Name and Address:
CITY OF MONTEBELLO, CA
3316 WEST BEVERLY BLVD
MONTEBELLO, CA 90640-1537

Claim Holder Name and Address | Case Number: 08-35653
CITY OF MONTEBELLO, CA
3316 WEST BEVERLY BLVD
MONTEBELLO, CA 90640-1537
Docketed Total: $419.40

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $419.40 | | | | | |

Case Number: 08-35653
Modified Total: $419.40

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $419.40 |

**Claim: 1473**
Date Filed: 12/16/2008
Docketed Total: $772.65
Filing Creditor Name and Address:
CITY OF PORTLAND OREGON
CITY ATTORNEYS OFFICE
1221 SW 4TH AVE RM 430
PORTLAND, OR 97204

Claim Holder Name and Address | Case Number: 08-35653
CITY OF PORTLAND OREGON
CITY ATTORNEYS OFFICE
1221 SW 4TH AVE RM 430
PORTLAND, OR 97204
Docketed Total: $772.65

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $772.65 | | | | | |

Case Number: 08-35653
Modified Total: $772.65

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $772.65 |

**Claim: 1315**
Date Filed: 12/19/2008
Docketed Total: $6,839.70
Filing Creditor Name and Address:
CITY OF REDDING, CA
P O BOX 496081
REDDING, CA 96049-6081

Claim Holder Name and Address | Case Number: 08-35653
CITY OF REDDING, CA
P O BOX 496081
REDDING, CA 96049-6081
Docketed Total: $6,839.70

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $6,839.70 | | | | | |

Case Number: 08-35653
Modified Total: $6,839.70

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $6,839.70 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main

Case No. 08-35653 (KRH)                                    Document      Page 19 of 92

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 931**
Date Filed:  12/08/2008
Docketed Total:  $574.11
Filing Creditor Name and Address:
  CITY OF TACOMA
  PO BOX 11007
  TACOMA, WA 98411-0007

Claim Holder Name and Address      Case Number: 08-35653
  CITY OF TACOMA
  PO BOX 11007          Docketed Total:  **$574.11**
  TACOMA, WA 98411-0007

Case Number: 08-35653
Modified Total:  **$574.11**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $574.11 | | | | | | | | | | | $574.11 |

**Claim: 1683**
Date Filed:  12/10/2008
Docketed Total:  $529.71
Filing Creditor Name and Address:
  CITY OF VICTORVILLE, CA
  PO BOX 5001
  VICTORVILLE, CA 92393-4999

Claim Holder Name and Address      Case Number: 08-35654
  CITY OF VICTORVILLE, CA
  PO BOX 5001          Docketed Total:  **$529.71**
  VICTORVILLE, CA 92393-4999

Case Number: 08-35654
Modified Total:  **$529.71**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $529.71 | | | | | | | | | | | $529.71 |

**Claim: 637**
Date Filed:  12/08/2008
Docketed Total:  $148.86
Filing Creditor Name and Address:
  CITY OF WEBSTER, TX
  101 PENNSYLVANIA
  WEBSTER, TX 77598

Claim Holder Name and Address      Case Number: 08-35653
  CITY OF WEBSTER, TX
  101 PENNSYLVANIA          Docketed Total:  **$148.86**
  WEBSTER, TX 77598

Case Number: 08-35653
Modified Total:  **$148.86**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $148.86 | | | | | | | | | | | $148.86 |

**Claim: 252**
Date Filed:  12/03/2008
Docketed Total:  $123.85
Filing Creditor Name and Address:
  CITY UTILITIES FORT WAYNE, IN
  P O BOX 2269
  FORT WAYNE, IN 46801-2269

Claim Holder Name and Address      Case Number: 08-35653
  CITY UTILITIES FORT WAYNE, IN
  P O BOX 2269          Docketed Total:  **$123.85**
  FORT WAYNE, IN 46801-2269

Case Number: 08-35653
Modified Total:  **$123.85**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $123.85 | | | | | | | | | | | $123.85 |

*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
| --- | --- | --- |

**Claim: 687**
Date Filed:   12/09/2008
Docketed Total:   $75,000.00
Filing Creditor Name and Address:
CITYSEARCH
8833 SUNSET BLVD
WEST HOLLYWOOD, CA 90069

Claim Holder Name and Address — Case Number: 08-35653
CITYSEARCH
8833 SUNSET BLVD
WEST HOLLYWOOD, CA 90069
Docketed Total:   $75,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| --- | --- | --- | --- | --- | --- |
| $75,000.00 | | | | | $75,000.00 |

Case Number: 08-35653
Modified Total:   $75,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| --- | --- | --- | --- | --- | --- |

---

**Claim: 1684**
Date Filed:   12/05/2008
Docketed Total:   $301.04
Filing Creditor Name and Address:
CLACKAMAS RIVER WATER
P O BOX 2439
CLACKAMAS, OR 97015-2439

Claim Holder Name and Address — Case Number: 08-35654
CLACKAMAS RIVER WATER
P O BOX 2439
CLACKAMAS, OR 97015-2439
Docketed Total:   $301.04

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| --- | --- | --- | --- | --- | --- |
| $301.04 | | | | | $301.04 |

Case Number: 08-35654
Modified Total:   $301.04

---

**Claim: 1269**
Date Filed:   12/18/2008
Docketed Total:   $2,969.99
Filing Creditor Name and Address:
CLARKSVILLE DEPARTMENT OF
ELECTRICITY
P O BOX 31509
CLARKSVILLE, TN 37040-0026

Claim Holder Name and Address — Case Number: 08-35653
CLARKSVILLE DEPARTMENT OF
ELECTRICITY
P O BOX 31509
CLARKSVILLE, TN 37040-0026
Docketed Total:   $2,969.99

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| --- | --- | --- | --- | --- | --- |
| $2,969.99 | | | | | $2,969.99 |

Case Number: 08-35653
Modified Total:   $2,969.99

---

**Claim: 541**
Date Filed:   11/26/2008
Docketed Total:   $806.19
Filing Creditor Name and Address:
COAST NEWS GROUP
828 N COAST HWY 101
STE C
ENCINITAS, CA 92024

Claim Holder Name and Address — Case Number: 08-35653
COAST NEWS GROUP
828 N COAST HWY 101
STE C
ENCINITAS, CA 92024
Docketed Total:   $806.19

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| --- | --- | --- | --- | --- | --- |
| $806.19 | | | | | $806.19 |

Case Number: 08-35653
Modified Total:   $806.19

---

*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main

Case No. 08-35653 (KRH)                                    Document        Page 21 of 92

Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1699**
Date Filed:    12/19/2008
Docketed Total:    $55,306.72
Filing Creditor Name and Address:
    COLLECTIVE MEDIA
    254 W 31ST ST
    12TH FL
    NEW YORK, NY 10001

Claim Holder Name and Address — Case Number: 08-35653
    COLLECTIVE MEDIA
    254 W 31ST ST
    12TH FL
    NEW YORK, NY 10001
Docketed Total: $55,306.72

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $55,306.72 | | | | | |

Case Number: 08-35653
Modified Total: $55,306.72

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $55,306.72 |

---

**Claim: 982**
Date Filed:    12/16/2008
Docketed Total:    $1,035.00
Filing Creditor Name and Address:
    COLORADO SPRINGS, CITY OF
    STORMWATER ENTERPRISE
    PO BOX 173385
    DENVER, CO 80217-3385

Claim Holder Name and Address — Case Number: 08-35653
    COLORADO SPRINGS, CITY OF
    STORMWATER ENTERPRISE
    PO BOX 173385
    DENVER, CO 80217-3385
Docketed Total: $1,035.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,035.00 | | | | | |

Case Number: 08-35653
Modified Total: $1,035.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,035.00 |

---

**Claim: 1142**
Date Filed:    12/16/2008
Docketed Total:    $14,995.50
Filing Creditor Name and Address:
    COLUMBIAN, THE
    PO BOX 180
    VANCOUVER, WA 986660180

Claim Holder Name and Address — Case Number: 08-35653
    COLUMBIAN, THE
    PO BOX 180
    VANCOUVER, WA 986660180
Docketed Total: $14,995.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $14,995.50 | | | | | |

Case Number: 08-35653
Modified Total: $14,995.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $14,995.50 |

---

**Claim: 577**
Date Filed:    12/04/2008
Docketed Total:    $45.37
Filing Creditor Name and Address:
    COLUMBUS WATER WORKS
    PO BOX 1600
    COLUMBUS, GA 319021600

Claim Holder Name and Address — Case Number: 08-35653
    COLUMBUS WATER WORKS
    PO BOX 1600
    COLUMBUS, GA 319021600
Docketed Total: $45.37

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $45.37 | | | | | |

Case Number: 08-35653
Modified Total: $45.37

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $45.37 |

---

*    "UNL" denotes an unliquidated claim.

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1869**
Date Filed:    12/22/2008
Docketed Total:    $8,468.75
Filing Creditor Name and Address:
  COMPETITIVE MEDIA
  REPORTING
  100 PARK AVE 4TH FL
  NEW YORK, NY 10017

| | | |
|---|---|---|
| Claim Holder Name and Address | Case Number: | 08-35653 |
| COMPETITIVE MEDIA REPORTING | Docketed Total: | **$8,468.75** |
| 100 PARK AVE 4TH FL | | |
| NEW YORK, NY 10017 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $8,468.75 | | | | | |

| | | |
|---|---|---|
| Case Number: | 08-35653 |
| Modified Total: | **$8,468.75** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $8,468.75 |

**Claim: 844**
Date Filed:    12/15/2008
Docketed Total:    $8,468.75
Filing Creditor Name and Address:
  COMPETITIVE MEDIA
  REPORTING
  PO BOX 7247 9301
  PHILADELPHIA, PA 19170-9301

| | | |
|---|---|---|
| Claim Holder Name and Address | Case Number: | 08-35653 |
| COMPETITIVE MEDIA REPORTING | Docketed Total: | **$8,468.75** |
| PO BOX 7247 9301 | | |
| PHILADELPHIA, PA 19170-9301 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $8,468.75 | | | | | |

| | | |
|---|---|---|
| Case Number: | 08-35653 |
| Modified Total: | **$8,468.75** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $8,468.75 |

**Claim: 1176**
Date Filed:    12/10/2008
Docketed Total:    $2,000.00
Filing Creditor Name and Address:
  COMPETITRACK INC
  PO BOX 826209
  PHILADELPHIA, PA 19182-6209

| | | |
|---|---|---|
| Claim Holder Name and Address | Case Number: | 08-35653 |
| COMPETITRACK INC | Docketed Total: | **$2,000.00** |
| PO BOX 826209 | | |
| PHILADELPHIA, PA 19182-6209 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,000.00 | | | | | |

| | | |
|---|---|---|
| Case Number: | 08-35653 |
| Modified Total: | **$2,000.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,000.00 |

**Claim: 948**
Date Filed:    12/19/2008
Docketed Total:    $3,173.58
Filing Creditor Name and Address:
  CONCORD MONITOR
  PO BOX 1177
  CONCORD, NH 033021177

| | | |
|---|---|---|
| Claim Holder Name and Address | Case Number: | 08-35653 |
| CONCORD MONITOR | Docketed Total: | **$3,173.58** |
| PO BOX 1177 | | |
| CONCORD, NH 033021177 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $3,173.58 | | | | | |

| | | |
|---|---|---|
| Case Number: | 08-35653 |
| Modified Total: | **$3,173.58** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,173.58 |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

### EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1241**
Date Filed:   12/18/2008
Docketed Total:   $1,267.32
Filing Creditor Name and Address:
 CONCORD, CITY OF
 41 GREEN ST CITY HALL
 ACCOUNTS PAYABLE
 COLLECTIONS
 CONCORD, NH 03301

Claim Holder Name and Address
 Case Number: 08-35653
 CONCORD, CITY OF
 41 GREEN ST CITY HALL
 ACCOUNTS PAYABLE COLLECTIONS
 CONCORD, NH 03301
 Docketed Total: $1,267.32

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,267.32 | | | | | |

Case Number: 08-35653
Modified Total: $1,267.32

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,267.32 |

---

**Claim: 1061**
Date Filed:   12/15/2008
Docketed Total:   $11,359.13
Filing Creditor Name and Address:
 CONNEXUS ENERGY
 PO BOX 1808
 MINNEAPOLIS, MN 55480

Claim Holder Name and Address
 Case Number: 08-35653
 CONNEXUS ENERGY
 PO BOX 1808
 MINNEAPOLIS, MN 55480
 Docketed Total: $11,359.13

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $11,359.13 | | | | | |

Case Number: 08-35653
Modified Total: $11,359.13

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $11,359.13 |

---

**Claim: 967**
Date Filed:   12/19/2008
Docketed Total:   $3,000.00
Filing Creditor Name and Address:
 CONSTRUCT INC
 1195A ROCHESTER RD
 TROY, MI 48083

Claim Holder Name and Address
 Case Number: 08-35657
 CONSTRUCT INC
 1195A ROCHESTER RD
 TROY, MI 48083
 Docketed Total: $3,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $3,000.00 | | | | | |

Case Number: 08-35657
Modified Total: $3,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,000.00 |

---

**Claim: 870**
Date Filed:   12/02/2008
Docketed Total:   $20,065.06
Filing Creditor Name and Address:
 CONTRA COSTA TIMES INC
 PO BOX 8217
 LOS ANGELES, CA 90084-8217

Claim Holder Name and Address
 Case Number: 08-35653
 CONTRA COSTA TIMES INC
 PO BOX 8217
 LOS ANGELES, CA 90084-8217
 Docketed Total: $20,065.06

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $20,065.06 | | | | | |

Case Number: 08-35653
Modified Total: $20,065.06

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $20,065.06 |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED |
|---|---|---|---|
| Claim: 868<br>Date Filed: 12/08/2008<br>Docketed Total: $9,626.63<br>Filing Creditor Name and Address:<br>CROMER EQUIPMENT CO<br>PO BOX 14338<br>OAKLAND, CA 94614-2388 | Claim Holder Name and Address<br><br>CROMER EQUIPMENT CO<br>PO BOX 14338<br>OAKLAND, CA 94614-2388 | Case Number: 08-35653<br><br>Docketed Total: $9,626.63<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$9,626.63 | Case Number: 08-35653<br><br>Modified Total: $9,626.63<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$9,626.63 |
| Claim: 496<br>Date Filed: 12/01/2008<br>Docketed Total: $2,004.72<br>Filing Creditor Name and Address:<br>DAILY JOURNAL<br>PO BOX 909<br>TUPELO, MS 38802 | Claim Holder Name and Address<br><br>DAILY JOURNAL<br>PO BOX 909<br>TUPELO, MS 38802 | Case Number: 08-35653<br><br>Docketed Total: $2,004.72<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$2,004.72 | Case Number: 08-35653<br><br>Modified Total: $2,004.72<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$2,004.72 |
| Claim: 679<br>Date Filed: 12/09/2008<br>Docketed Total: $135,552.43<br>Filing Creditor Name and Address:<br>DAILY NEWS<br>PO BOX 6151<br>COVINA, CA 91722 | Claim Holder Name and Address<br><br>DAILY NEWS<br>PO BOX 6151<br>COVINA, CA 91722 | Case Number: 08-35654<br><br>Docketed Total: $135,552.43<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$135,552.43 | Case Number: 08-35654<br><br>Modified Total: $135,552.43<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$135,552.43 |
| Claim: 685<br>Date Filed: 12/09/2008<br>Docketed Total: $7,670.72<br>Filing Creditor Name and Address:<br>DAILY NEWS RECORD<br>PO BOX 193<br>HARRISONBURG, VA 22801 | Claim Holder Name and Address<br><br>DAILY NEWS RECORD<br>PO BOX 193<br>HARRISONBURG, VA 22801 | Case Number: 08-35653<br><br>Docketed Total: $7,670.72<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$7,670.72 | Case Number: 08-35653<br><br>Modified Total: $7,670.72<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$7,670.72 |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 684**
Date Filed:    12/09/2008
Docketed Total:    $260.40
Filing Creditor Name and Address:
    DAILY NEXUS
    PO BOX 13402 UCEN
    SANTA BARBARA, CA 93107

Claim Holder Name and Address
    DAILY NEXUS
    PO BOX 13402 UCEN
    SANTA BARBARA, CA 93107

Case Number:    08-35653
Docketed Total:    **$260.40**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $260.40 | | | | | |

Case Number:    08-35653
Modified Total:    **$260.40**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $260.40 |

---

**Claim: 1355**
Date Filed:    12/19/2008
Docketed Total:    $7,170.61
Filing Creditor Name and Address:
    DAILY PRESS
    13891 PARK AVE PO BOX 1389
    VICTORVILLE, CA 923931389

Claim Holder Name and Address
    DAILY PRESS
    13891 PARK AVE PO BOX 1389
    VICTORVILLE, CA 923931389

Case Number:    08-35653
Docketed Total:    **$7,170.61**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $7,170.61 | | | | | |

Case Number:    08-35653
Modified Total:    **$7,170.61**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $7,170.61 |

---

**Claim: 1187**
Date Filed:    12/15/2008
Docketed Total:    $16,323.45
Filing Creditor Name and Address:
    DAILY PROGRESS, THE
    PO BOX 25819
    RICHMOND, VA 23260-5819

Claim Holder Name and Address
    DAILY PROGRESS, THE
    PO BOX 25819
    RICHMOND, VA 23260-5819

Case Number:    08-35653
Docketed Total:    **$16,323.45**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $16,323.45 | | | | | |

Case Number:    08-35653
Modified Total:    **$16,323.45**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $16,323.45 |

---

**Claim: 799**
Date Filed:    12/11/2008
Docketed Total:    $2,441.22
Filing Creditor Name and Address:
    DAILY REPUBLIC, THE
    PO BOX 47
    FAIRFIELD, CA 94533

Claim Holder Name and Address
    DAILY REPUBLIC, THE
    PO BOX 47
    FAIRFIELD, CA 94533

Case Number:    08-35653
Docketed Total:    **$2,441.22**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,441.22 | | | | | |

Case Number:    08-35653
Modified Total:    **$2,441.22**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,441.22 |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 858<br>Date Filed: 12/08/2008<br>Docketed Total: $11,803.88<br>Filing Creditor Name and Address:<br>DAKOTA ELECTRIC<br>ASSOCIATION<br>4300 220TH STREET WEST<br>FARMINGTON, MN 55024 | Claim Holder Name and Address    Case Number: 08-35653<br><br>DAKOTA ELECTRIC ASSOCIATION    Docketed Total: $11,803.88<br>4300 220 STREET WEST<br>FARMINGTON, MN 55024<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$11,803.88 | Case Number: 08-35653<br><br>Modified Total: $11,803.88<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$11,803.88 |
| Claim: 413<br>Date Filed: 12/01/2008<br>Docketed Total: $11,803.88<br>Filing Creditor Name and Address:<br>DAKOTA ELECTRIC<br>ASSOCIATION<br>P O BOX 64427<br>ST PAUL, MN 55164-0427 | Claim Holder Name and Address    Case Number: 08-35653<br><br>DAKOTA ELECTRIC ASSOCIATION    Docketed Total: $11,803.88<br>P O BOX 64427<br>ST PAUL, MN 55164-0427<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$11,803.88 | Case Number: 08-35653<br><br>Modified Total: $11,803.88<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$11,803.88 |
| Claim: 396<br>Date Filed: 12/02/2008<br>Docketed Total: $4,600.00<br>Filing Creditor Name and Address:<br>DATABASE GROUP, THE<br>625 SECOND ST STE 107<br>PETALUMA, CA 94952 | Claim Holder Name and Address    Case Number: 08-35653<br><br>DATABASE GROUP, THE    Docketed Total: $4,600.00<br>625 SECOND ST STE 107<br>PETALUMA, CA 94952<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$4,600.00 | Case Number: 08-35653<br><br>Modified Total: $4,600.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$4,600.00 |
| Claim: 1377<br>Date Filed: 12/17/2008<br>Docketed Total: $16,479.70<br>Filing Creditor Name and Address:<br>DAYTON DAILY NEWS<br>PO BOX 2805<br>DAYTON, OH 45401 | Claim Holder Name and Address    Case Number: 08-35653<br><br>DAYTON DAILY NEWS    Docketed Total: $16,479.70<br>PO BOX 2805<br>DAYTON, OH 45401<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$16,479.70 | Case Number: 08-35653<br><br>Modified Total: $16,479.70<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$16,479.70 |

\*    "UNL" denotes an unliquidated claim.

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 923**
Date Filed: 12/19/2008
Docketed Total: $9,349.84
Filing Creditor Name and Address:
  DAYTON POWER & LIGHT
  PO BOX 1247
  DAYTON, OH 45401-1247

Claim Holder Name and Address    Case Number: 08-35653
  DAYTON POWER & LIGHT    Docketed Total: **$9,349.84**
  PO BOX 1247
  DAYTON, OH 45401-1247

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $9,349.84 | | | | | |

Case Number: 08-35653
Modified Total: **$9,349.84**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $9,349.84 |

---

**Claim: 1414**
Date Filed: 12/18/2008
Docketed Total: $4,068.12
Filing Creditor Name and Address:
  DENTON PUBLISHING COMPANY
  314 E HICKORY ST
  PO BOX 369
  DENTON, TX 76202

Claim Holder Name and Address    Case Number: 08-35653
  DENTON PUBLISHING COMPANY    Docketed Total: **$4,068.12**
  314 E HICKORY ST
  PO BOX 369
  DENTON, TX 76202

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $4,068.12 | | | | | |

Case Number: 08-35653
Modified Total: **$4,068.12**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,068.12 |

---

**Claim: 791**
Date Filed: 12/11/2008
Docketed Total: $201,843.34
Filing Creditor Name and Address:
  DENVER NEWSPAPER AGENCY
  101 W COLFAX AVE
  DENVER, CO 80202

Claim Holder Name and Address    Case Number: 08-35653
  DENVER NEWSPAPER AGENCY    Docketed Total: **$201,843.34**
  101 W COLFAX AVE
  DENVER, CO 80202

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $201,843.34 | | | | | |

Case Number: 08-35653
Modified Total: **$201,843.34**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $201,843.34 |

---

**Claim: 1197**
Date Filed: 12/16/2008
Docketed Total: $9,030.02
Filing Creditor Name and Address:
  DOTHAN UTILITIES
  P O BOX 6728
  DOTHAN, AL 36302-6728

Claim Holder Name and Address    Case Number: 08-35653
  DOTHAN UTILITIES    Docketed Total: **$9,030.02**
  P O BOX 6728
  DOTHAN, AL 36302-6728

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $9,030.02 | | | | | |

Case Number: 08-35653
Modified Total: **$9,030.02**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $9,030.02 |

---

\*   "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 665<br>Date Filed:    12/08/2008<br>Docketed Total:    $1,402.35<br>Filing Creditor Name and Address:<br>    DUBMAX<br>    5933 BELAIR RD<br>    BALTIMORE, MD 21206 | Claim Holder Name and Address        Case Number:        08-35653<br><br>DUBMAX<br>5933 BELAIR RD<br>BALTIMORE, MD 21206<br><br>Docketed Total:        $1,402.35<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,402.35 | Case Number:        08-35653<br><br>Modified Total:        $1,402.35<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                    $1,402.35 |
| Claim: 596<br>Date Filed:    12/04/2008<br>Docketed Total:    $5,877.84<br>Filing Creditor Name and Address:<br>    EL MENSAJERO NEWSPAPERS<br>    LLC<br>    333 VALENCIA ST STE 410<br>    SAN FRANCISCO, CA 94103 | Claim Holder Name and Address        Case Number:        08-35653<br><br>EL MENSAJERO NEWSPAPERS LLC<br>333 VALENCIA ST STE 410<br>SAN FRANCISCO, CA 94103<br><br>Docketed Total:        $5,877.84<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$5,877.84 | Case Number:        08-35653<br><br>Modified Total:        $5,877.84<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                    $5,877.84 |
| Claim: 592<br>Date Filed:    12/04/2008<br>Docketed Total:    $205.54<br>Filing Creditor Name and Address:<br>    ELECTRIC CITY UTILITIES/CITY<br>    OF ANDERSON<br>    601 SOUTH MAIN ST<br>    ANDERSON, SC 29624 | Claim Holder Name and Address        Case Number:        08-35653<br><br>ELECTRIC CITY UTILITIES/CITY OF<br>ANDERSON<br>601 SOUTH MAIN ST<br>ANDERSON, SC 29624<br><br>Docketed Total:        $205.54<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$205.54 | Case Number:        08-35653<br><br>Modified Total:        $205.54<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                    $205.54 |
| Claim: 656<br>Date Filed:    12/08/2008<br>Docketed Total:    $500.00<br>Filing Creditor Name and Address:<br>    ELITE 1 ELECTRIC INC<br>    11324 JOHNSTOWN RD<br>    NEW ALBANY, OH 43054 | Claim Holder Name and Address        Case Number:        08-35653<br><br>ELITE 1 ELECTRIC INC<br>11324 JOHNSTOWN RD<br>NEW ALBANY, OH 43054<br><br>Docketed Total:        $500.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$500.00 | Case Number:        08-35653<br><br>Modified Total:        $500.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                    $500.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 540**
Date Filed: 11/26/2008
Docketed Total: $1,950.00
Filing Creditor Name and Address:
  EMERALD LANDSCAPE
  2265 RESEARCH DR
  LIVERMORE, CA 94550

Claim Holder Name and Address — Case Number: 08-35653
  EMERALD LANDSCAPE
  2265 RESEARCH DR
  LIVERMORE, CA 94550
Docketed Total: $1,950.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,950.00 | | | | | |

Case Number: 08-35653
Modified Total: $1,950.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,950.00 |

---

**Claim: 853**
Date Filed: 12/08/2008
Docketed Total: $8,574.08
Filing Creditor Name and Address:
  ENTERPRISE RECORD
  PO BOX 9
  CHICO, CA 95927-0009

Claim Holder Name and Address — Case Number: 08-35653
  ENTERPRISE RECORD
  PO BOX 9
  CHICO, CA 95927-0009
Docketed Total: $8,574.08

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $8,574.08 | | | | | |

Case Number: 08-35653
Modified Total: $8,574.08

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $8,574.08 |

---

**Claim: 11697**
Date Filed: 03/03/2009
Docketed Total: $23,541.96
Filing Creditor Name and Address:
  ENTERTAINMENT
  PUBLICATIONS LLC
  1414 E MAPLE RD STE 500
  TROY, MI 48083-4019

Claim Holder Name and Address — Case Number: 08-35653
  ENTERTAINMENT PUBLICATIONS LLC
  1414 E MAPLE RD STE 500
  TROY, MI 48083-4019
Docketed Total: $23,541.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $23,541.96 | | | | | |

Case Number: 08-35653
Modified Total: $23,541.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $23,541.96 |

---

**Claim: 1381**
Date Filed: 12/17/2008
Docketed Total: $8,195.13
Filing Creditor Name and Address:
  ERIE TIMES NEWS
  205 WEST 12TH ST
  ATTN FINANCE
  ERIE, PA 16534001

Claim Holder Name and Address — Case Number: 08-35653
  ERIE TIMES NEWS
  205 WEST 12TH ST
  ATTN FINANCE
  ERIE, PA 16534001
Docketed Total: $8,195.13

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $8,195.13 | | | | | |

Case Number: 08-35653
Modified Total: $8,195.13

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $8,195.13 |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 1299**
Date Filed:    12/18/2008
Docketed Total:    $429,169.87
Filing Creditor Name and Address:
  EURO RSCG CHICAGO
  36 E GRAND AVE
  CHICAGO, IL 60611

Claim Holder Name and Address
  EURO RSCG CHICAGO
  36 E GRAND AVE
  CHICAGO, IL 60611

Case Number:    08-35653
Docketed Total:    $429,169.87

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $429,169.87 | | | | | |

Case Number:    08-35653
Modified Total:    $429,169.87

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $429,169.87 |

---

**Claim: 11804**
Date Filed:    03/20/2009
Docketed Total:    $41,652.18
Filing Creditor Name and Address:
  EVENING POST PUBLISHING
  COMPANY DBA THE POST AND
  COURIER
  WILLIAMS MULLEN
  2 JAMES CENTER 17TH FL
  1021 EAST CARY ST PO BOX 1320
  RICHMOND, VA 23218-1320

Claim Holder Name and Address
  EVENING POST PUBLISHING
  COMPANY DBA THE POST AND
  COURIER
  WILLIAMS MULLEN
  2 JAMES CENTER 17TH FL
  1021 EAST CARY ST PO BOX 1320
  RICHMOND, VA 23218-1320

Case Number:    08-35653
Docketed Total:    $41,652.18

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $41,652.18 | | | | | |

Case Number:    08-35653
Modified Total:    $41,652.18

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $41,652.18 |

---

**Claim: 641**
Date Filed:    12/08/2008
Docketed Total:    $4,653.52
Filing Creditor Name and Address:
  EVENING TELEGRAM, THE
  PO DRAWER 1080
  ROCKY MOUNT, NC 27802

Claim Holder Name and Address
  EVENING TELEGRAM, THE
  PO DRAWER 1080
  ROCKY MOUNT, NC 27802

Case Number:    08-35653
Docketed Total:    $4,653.52

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $4,653.52 | | | | | |

Case Number:    08-35653
Modified Total:    $4,653.52

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,653.52 |

---

**Claim: 450**
Date Filed:    12/01/2008
Docketed Total:    $2,771.18
Filing Creditor Name and Address:
  EXPONENT & TELEGRAM
  PO BOX 2000
  CLARKSBURG, WV 26302

Claim Holder Name and Address
  EXPONENT & TELEGRAM
  PO BOX 2000
  CLARKSBURG, WV 26302

Case Number:    08-35653
Docketed Total:    $2,771.18

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,771.18 | | | | | |

Case Number:    08-35653
Modified Total:    $2,771.18

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,771.18 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main

Case No. 08-35653 (KRH)

Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Document    Page 31 of 92

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 835**
Date Filed:    12/15/2008
Docketed Total:    $50,058.09
Filing Creditor Name and Address:
    EXPRESS NEWS
    801 TEXAS AVE
    HOUSTON, TX 77002

Claim Holder Name and Address — Case Number: 08-35653

EXPRESS NEWS
801 TEXAS AVE
HOUSTON, TX 77002

Docketed Total: $50,058.09

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $50,058.09 | | | | | |

Case Number: 08-35653
Modified Total: $50,058.09

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $50,058.09 |

**Claim: 1228**
Date Filed:    12/17/2008
Docketed Total:    $3,850.00
Filing Creditor Name and Address:
    FAUSNIGHT STRIPE AND LINE INC
    910 CHARLES ST
    LONGWOOD, FL 32750

Claim Holder Name and Address — Case Number: 08-35653

FAUSNIGHT STRIPE AND LINE INC
910 CHARLES ST
LONGWOOD, FL 32750

Docketed Total: $3,850.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $3,850.00 | | | | | |

Case Number: 08-35653
Modified Total: $3,850.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,850.00 |

**Claim: 381**
Date Filed:    12/01/2008
Docketed Total:    $13,794.00
Filing Creditor Name and Address:
    FAYETTEVILLE PUBLISHING CO
    PO BOX 1887
    FAYETTEVILLE, NC 28302

Claim Holder Name and Address — Case Number: 08-35653

FAYETTEVILLE PUBLISHING CO
PO BOX 1887
FAYETTEVILLE, NC 28302

Docketed Total: $13,794.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $13,794.00 | | | | | |

Case Number: 08-35653
Modified Total: $13,794.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $13,794.00 |

**Claim: 1074**
Date Filed:    12/15/2008
Docketed Total:    $23,630.52
Filing Creditor Name and Address:
    FLORIDA TIMES UNION, THE
    PO BOX 1486
    AUGUSTA, GA 30903-1486

Claim Holder Name and Address — Case Number: 08-35653

FLORIDA TIMES UNION, THE
PO BOX 1486
AUGUSTA, GA 30903-1486

Docketed Total: $23,630.52

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $23,630.52 | | | | | |

Case Number: 08-35653
Modified Total: $23,630.52

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $23,630.52 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main

Case No. 08-35653 (KRH)

Document    Page 32 of 92

Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 546**
Date Filed:   11/26/2008
Docketed Total:    $28,331.94
Filing Creditor Name and Address:
   FLOYD & SONS INC
   9848 DECOURSEY PIKE
   RYLAND HEIGHTS, KY 41015

Claim Holder Name and Address       Case Number:            08-35661
   FLOYD & SONS INC                 Docketed Total:        $28,331.94
   9848 DECOURSEY PIKE
   RYLAND HEIGHTS, KY 41015

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $28,331.94 | | | | | |

Case Number:            08-35661
Modified Total:        $28,331.94

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $28,331.94 |

---

**Claim: 859**
Date Filed:   12/08/2008
Docketed Total:    $5,636.33
Filing Creditor Name and Address:
   FORT COLLINS, CITY OF
   PO BOX 580
   FORT COLLINS, CO 80522580

Claim Holder Name and Address       Case Number:            08-35653
   FORT COLLINS, CITY OF            Docketed Total:        $5,636.33
   PO BOX 580
   FORT COLLINS, CO 80522580

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $5,636.33 | | | | | |

Case Number:            08-35653
Modified Total:        $5,636.33

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $5,636.33 |

---

**Claim: 703**
Date Filed:   12/09/2008
Docketed Total:    $11,681.34
Filing Creditor Name and Address:
   FORT WAYNE NEWSPAPERS
   600 W MAIN ST
   FORT WAYNE, IN 468010100

Claim Holder Name and Address       Case Number:            08-35653
   FORT WAYNE NEWSPAPERS            Docketed Total:        $11,681.34
   600 W MAIN ST
   FORT WAYNE, IN 468010100

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $11,681.34 | | | | | |

Case Number:            08-35653
Modified Total:        $11,681.34

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $11,681.34 |

---

**Claim: 1437**
Date Filed:   12/16/2008
Docketed Total:    $2,480.00
Filing Creditor Name and Address:
   FORTE COMMERCIAL SERVICES
   LLC DBA LONE STAR FLOORS
   720 AVE F STE 105
   PLANO, TX 75074

Claim Holder Name and Address       Case Number:            08-35653
   FORTE COMMERCIAL SERVICES LLC    Docketed Total:        $2,480.00
   DBA LONE STAR FLOORS
   720 AVE F STE 105
   PLANO, TX 75074

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,480.00 | | | | | |

Case Number:            08-35653
Modified Total:        $2,480.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,480.00 |

---

*      "UNL" denotes an unliquidated claim.

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 991**
Date Filed: 12/16/2008
Docketed Total: $1,871.10
Filing Creditor Name and Address:
FOSTERS DAILY DEMOCRAT
PO BOX 1109
DOVER, NH 03820

Claim Holder Name and Address
FOSTERS DAILY DEMOCRAT
PO BOX 1109
DOVER, NH 03820

Case Number: 08-35653
Docketed Total: $1,871.10

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,871.10 | | | | | |

Case Number: 08-35653
Modified Total: $1,871.10

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,871.10 |

---

**Claim: 498**
Date Filed: 12/01/2008
Docketed Total: $2,099.15
Filing Creditor Name and Address:
FS COMMERCIAL LANDSCAPE
INC
5151 PEDLEY RD
RIVERSIDE, CA 92509

Claim Holder Name and Address
FS COMMERCIAL LANDSCAPE INC
5151 PEDLEY RD
RIVERSIDE, CA 92509

Case Number: 08-35654
Docketed Total: $2,099.15

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,099.15 | | | | | |

Case Number: 08-35654
Modified Total: $2,099.15

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,099.15 |

---

**Claim: 1133**
Date Filed: 12/15/2008
Docketed Total: $45,777.30
Filing Creditor Name and Address:
FUEL CREATIVE INC
15 S 23RD ST
RICHMOND, VA 23223

Claim Holder Name and Address
FUEL CREATIVE INC
15 S 23RD ST
RICHMOND, VA 23223

Case Number: 08-35653
Docketed Total: $45,777.30

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $45,777.30 | | | | | |

Case Number: 08-35653
Modified Total: $45,777.30

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $45,777.30 |

---

**Claim: 1387**
Date Filed: 12/19/2008
Docketed Total: $25.48
Filing Creditor Name and Address:
FULLERTON, CITY OF
303 WEST COMMONWEALTH
AVENUE
FULLERTON, CA 92832-1775

Claim Holder Name and Address
FULLERTON, CITY OF
303 WEST COMMONWEALTH
AVENUE
FULLERTON, CA 92832-1775

Case Number: 08-35653
Docketed Total: $25.48

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $25.48 | | | | | |

Case Number: 08-35653
Modified Total: $25.48

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $25.48 |

---

*       "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 1388<br>Date Filed:    12/19/2008<br>Docketed Total:      $93.11<br>Filing Creditor Name and Address:<br>  FULLERTON, CITY OF<br>  303 WEST COMMONWEALTH<br>  AVENUE<br>  FULLERTON, CA 92832-1775 | Claim Holder Name and Address          Case Number:          08-35653<br><br>FULLERTON, CITY OF          Docketed Total:          **$93.11**<br>303 WEST COMMONWEALTH<br>AVENUE<br>FULLERTON, CA 92832-1775 | Case Number:          08-35653<br><br>Modified Total:          **$93.11** |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$93.11                                                                     $93.11 | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                           $93.11 |

| | | |
|---|---|---|
| Claim: 1332<br>Date Filed:    12/19/2008<br>Docketed Total:    $31,084.26<br>Filing Creditor Name and Address:<br>  G & W SERVICE CO LP<br>  2503 CAPITOL AVE<br>  HOUSTON, TX 77003-3203 | Claim Holder Name and Address          Case Number:          08-35653<br><br>G & W SERVICE CO LP          Docketed Total:          **$31,084.26**<br>2503 CAPITOL AVE<br>HOUSTON, TX 77003-3203 | Case Number:          08-35653<br><br>Modified Total:          **$31,084.26** |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$31,084.26                                                                 $31,084.26 | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                           $31,084.26 |

| | | |
|---|---|---|
| Claim: 11556<br>Date Filed:    02/25/2009<br>Docketed Total:    $15,325.38<br>Filing Creditor Name and Address:<br>  G & W SERVICE CO LP<br>  2503 CAPITOL AVE<br>  HOUSTON, TX 77003-3203 | Claim Holder Name and Address          Case Number:          08-35653<br><br>G & W SERVICE CO LP          Docketed Total:          **$15,325.38**<br>2503 CAPITOL AVE<br>HOUSTON, TX 77003-3203 | Case Number:          08-35653<br><br>Modified Total:          **$15,325.38** |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$15,325.38                                                                 $15,325.38 | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                           $15,325.38 |

| | | |
|---|---|---|
| Claim: 11769<br>Date Filed:    03/05/2009<br>Docketed Total:    $15,325.38<br>Filing Creditor Name and Address:<br>  G & W SERVICE CO LP<br>  2503 CAPITOL AVE<br>  HOUSTON, TX 77003-3203 | Claim Holder Name and Address          Case Number:          08-35653<br><br>G & W SERVICE CO LP          Docketed Total:          **$15,325.38**<br>2503 CAPITOL AVE<br>HOUSTON, TX 77003-3203 | Case Number:          08-35653<br><br>Modified Total:          **$15,325.38** |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$15,325.38                                                                 $15,325.38 | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                           $15,325.38 |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc., et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main

Case No. 08-35653 (KRH)

Document    Page 35 of 92

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1089**
Date Filed:   12/19/2008
Docketed Total:    $33,180.62
Filing Creditor Name and Address:
  GANNETT CENTRAL NEW YORK
  NEWS
  PO BOX 1270
  BINGHAMTON, NY 13902-1270

Claim Holder Name and Address
  GANNETT CENTRAL NEW YORK NEWS
  PO BOX 1270
  BINGHAMTON, NY 13902-1270

Case Number:    08-35653
Docketed Total:    $33,180.62

Case Number:    08-35653
Modified Total:    $33,180.62

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $33,180.62 | | | | | | | | | | | $33,180.62 |

**Claim: 800**
Date Filed:   12/11/2008
Docketed Total:    $753.82
Filing Creditor Name and Address:
  GAZETTE NEWSPAPERS
  PO BOX 17306
  BALTIMORE, MD 21297

Claim Holder Name and Address
  GAZETTE NEWSPAPERS
  PO BOX 17306
  BALTIMORE, MD 21297

Case Number:    08-35653
Docketed Total:    $753.82

Case Number:    08-35653
Modified Total:    $753.82

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $753.82 | | | | | | | | | | | $753.82 |

**Claim: 1159**
Date Filed:   12/08/2008
Docketed Total:    $3,586.32
Filing Creditor Name and Address:
  GAZETTE NEWSPAPERS, THE
  PO BOX 1090
  2345 MAXON RD EXT
  SCHENECTADY, NY 12301-1090

Claim Holder Name and Address
  GAZETTE NEWSPAPERS, THE
  PO BOX 1090
  2345 MAXON RD EXT
  SCHENECTADY, NY 12301-1090

Case Number:    08-35653
Docketed Total:    $3,586.32

Case Number:    08-35653
Modified Total:    $3,586.32

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $3,586.32 | | | | | | | | | | | $3,586.32 |

**Claim: 1150**
Date Filed:   12/08/2008
Docketed Total:    $26,571.54
Filing Creditor Name and Address:
  GAZETTE TELEGRAPH
  LEDGER ADVERTISING BILLING
  PO BOX 1779
  COLORADO SPRGS, CO 80901-1779

Claim Holder Name and Address
  GAZETTE TELEGRAPH
  LEDGER ADVERTISING BILLING
  PO BOX 1779
  COLORADO SPRGS, CO 80901-1779

Case Number:    08-35653
Docketed Total:    $26,571.54

Case Number:    08-35653
Modified Total:    $26,571.54

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $26,571.54 | | | | | | | | | | | $26,571.54 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main

Case No. 08-35653 (KRH)                                    Document    Page 36 of 92

Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 552**
Date Filed: 11/26/2008
Docketed Total: $28,021.00
Filing Creditor Name and Address:
GORDON PAINTING CO INC
13755 STOCKTON AVENUE
CHINO, CA 91710

Claim Holder Name and Address
GORDON PAINTING CO INC
13755 STOCKTON AVENUE
CHINO, CA 91710
Case Number: 08-35653
Docketed Total: $28,021.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $28,021.00 | | | | | |

Case Number: 08-35653
Modified Total: $28,021.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $28,021.00 |

**Claim: 811**
Date Filed: 12/11/2008
Docketed Total: $24,789.93
Filing Creditor Name and Address:
GORILLA NATION MEDIA
5140 W GOLDLEAF CIRCLE
SUITE 300
LOS ANGELES, CA 90056

Claim Holder Name and Address
GORILLA NATION MEDIA
5140 W GOLDLEAF CIRCLE
SUITE 300
LOS ANGELES, CA 90056
Case Number: 08-35653
Docketed Total: $24,789.93

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $24,789.93 | | | | | |

Case Number: 08-35653
Modified Total: $24,789.93

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $24,789.93 |

**Claim: 590**
Date Filed: 12/04/2008
Docketed Total: $11,371.33
Filing Creditor Name and Address:
GRAND RAPIDS PRESS
155 MIGHIGAN NW
C/O ROBIN MALLORY
GRAND RAPIDS, MI 49503

Claim Holder Name and Address
GRAND RAPIDS PRESS
155 MIGHIGAN NW
C/O ROBIN MALLORY
GRAND RAPIDS, MI 49503
Case Number: 08-35653
Docketed Total: $11,371.33

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $11,371.33 | | | | | |

Case Number: 08-35653
Modified Total: $11,371.33

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $11,371.33 |

**Claim: 1098**
Date Filed: 12/19/2008
Docketed Total: $9,920.93
Filing Creditor Name and Address:
GRANITE
TELECOMMUNICATIONS
PO BOX 1405
LEWISTON, ME 04243-1405

Claim Holder Name and Address
GRANITE TELECOMMUNICATIONS
PO BOX 1405
LEWISTON, ME 04243-1405
Case Number: 08-35653
Docketed Total: $9,920.93

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $9,920.93 | | | | | |

Case Number: 08-35653
Modified Total: $9,920.93

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $9,920.93 |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

### Claim: 674
Date Filed: 12/08/2008
Docketed Total: $15,509.85
Filing Creditor Name and Address:
GREATER DETROIT NEWSPAPER
SHARED SERVICES LLC ACCT
REC
1115 EAST WHITCOMB AVE
MADISON HEIGHTS, MI 48071

| Claim Holder Name and Address | | Case Number: | 08-35653 |
|---|---|---|---|
| GREATER DETROIT NEWSPAPER SHARED SERVICES LLC ACCT REC 1115 EAST WHITCOMB AVE MADISON HEIGHTS, MI 48071 | | Docketed Total: | $15,509.85 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $15,509.85 | | | | | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | $15,509.85 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $15,509.85 |

### Claim: 820
Date Filed: 12/12/2008
Docketed Total: $7,196.48
Filing Creditor Name and Address:
GREEN MOUNTAIN POWER GMP
P O BOX 1915
BRATTLEBORO, VT 05302-1915

| Claim Holder Name and Address | | Case Number: | 08-35653 |
|---|---|---|---|
| GREEN MOUNTAIN POWER GMP P O BOX 1915 BRATTLEBORO, VT 05302-1915 | | Docketed Total: | $7,196.48 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $7,196.48 | | | | | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | $7,196.48 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $7,196.48 |

### Claim: 1214
Date Filed: 12/17/2008
Docketed Total: $167.29
Filing Creditor Name and Address:
GREENE COUNTY SANAITARY
DEPT
667 DAYTON XENIA RD
XENIA, OH 45385-2665

| Claim Holder Name and Address | | Case Number: | 08-35653 |
|---|---|---|---|
| GREENE COUNTY SANAITARY DEPT 667 DAYTON XENIA RD XENIA, OH 45385-2665 | | Docketed Total: | $167.29 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $167.29 | | | | | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | $167.29 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $167.29 |

### Claim: 1410
Date Filed: 12/17/2008
Docketed Total: $243.70
Filing Creditor Name and Address:
GREENWICH, TOWNSHIP OF
321 GREENWICH ST
STEWARTSVILLE, NJ 08886

| Claim Holder Name and Address | | Case Number: | 08-35653 |
|---|---|---|---|
| GREENWICH, TOWNSHIP OF 321 GREENWICH ST STEWARTSVILLE, NJ 08886 | | Docketed Total: | $243.70 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $243.70 | | | | | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | $243.70 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $243.70 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main

Case No. 08-35653 (KRH)                          Document        Page 38 of 92

Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 445**
Date Filed:    12/01/2008
Docketed Total:    $6,125.31
Filing Creditor Name and Address:
    HARRISONBURG ELECTRIC
    COMMISSI
    89 W BRUCE STREET
    HARRISONBURG, VA 22801

Claim Holder Name and Address
    HARRISONBURG ELECTRIC
    COMMISSI
    89 W BRUCE STREET
    HARRISONBURG, VA 22801

Case Number:    08-35653
Docketed Total:    **$6,125.31**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $6,125.31 | | | | | |

Case Number:    08-35653
Modified Total:    **$6,125.31**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $6,125.31 |

---

**Claim: 475**
Date Filed:    12/03/2008
Docketed Total:    $30,842.16
Filing Creditor Name and Address:
    HARTFORD COURANT, THE
    285 BROAD ST DEPT 80320
    HARTFORD, CT 06115

Claim Holder Name and Address
    HARTFORD COURANT, THE
    285 BROAD ST DEPT 80320
    HARTFORD, CT 06115

Case Number:    08-35653
Docketed Total:    **$30,842.16**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $30,842.16 | | | | | |

Case Number:    08-35653
Modified Total:    **$30,842.16**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $30,842.16 |

---

**Claim: 810**
Date Filed:    12/11/2008
Docketed Total:    $4,000.00
Filing Creditor Name and Address:
    HD SPORTS GUIDE COM
    612 MEADOWRIDGE RD
    BALTIMORE, MD 21204

Claim Holder Name and Address
    HD SPORTS GUIDE COM
    612 MEADOWRIDGE RD
    BALTIMORE, MD 21204

Case Number:    08-35653
Docketed Total:    **$4,000.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $4,000.00 | | | | | |

Case Number:    08-35653
Modified Total:    **$4,000.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,000.00 |

---

**Claim: 1271**
Date Filed:    12/18/2008
Docketed Total:    $385.74
Filing Creditor Name and Address:
    HELIX WATER DISTRICT
    7811 UNIVERSITY AVENUE
    LA MESA, CA 91941-4927

Claim Holder Name and Address
    HELIX WATER DISTRICT
    7811 UNIVERSITY AVENUE
    LA MESA, CA 91941-4927

Case Number:    08-35653
Docketed Total:    **$385.74**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $385.74 | | | | | |

Case Number:    08-35653
Modified Total:    **$385.74**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $385.74 |

---

\*    "UNL" denotes an unliquidated claim.

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 605**
Date Filed:   12/04/2008
Docketed Total:   $7,573.88
Filing Creditor Name and Address:
   HERALD DISPATCH
   PO BOX 2017
   HUNTINGTON, WV 25720

| | Claim Holder Name and Address | | | Case Number: | | 08-35653 | | Case Number: | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|
| | HERALD DISPATCH PO BOX 2017 HUNTINGTON, WV 25720 | | | Docketed Total: | | $7,573.88 | | Modified Total: | | $7,573.88 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $7,573.88 | | | | | | | | | | | | $7,573.88 |

**Claim: 717**
Date Filed:   12/01/2008
Docketed Total:   $9,909.74
Filing Creditor Name and Address:
   HERALD MAIL CO
   100 SUMMIT AVE
   HAGERSTOWN, MD 21740

| | Claim Holder Name and Address | | | Case Number: | | 08-35653 | | Case Number: | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|
| | HERALD MAIL CO 100 SUMMIT AVE HAGERSTOWN, MD 21740 | | | Docketed Total: | | $9,909.74 | | Modified Total: | | $9,909.74 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $9,909.74 | | | | | | | | | | | | $9,909.74 |

**Claim: 469**
Date Filed:   12/01/2008
Docketed Total:   $5,954.86
Filing Creditor Name and Address:
   HERALD, THE
   PO BOX 930
   EVERETT, WA 98206-0930

| | Claim Holder Name and Address | | | Case Number: | | 08-35654 | | Case Number: | | 08-35654 |
|---|---|---|---|---|---|---|---|---|---|---|
| | HERALD, THE PO BOX 930 EVERETT, WA 98206-0930 | | | Docketed Total: | | $5,954.86 | | Modified Total: | | $5,954.86 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $5,954.86 | | | | | | | | | | | | $5,954.86 |

**Claim: 659**
Date Filed:   12/08/2008
Docketed Total:   $189.31
Filing Creditor Name and Address:
   HICKORY, CITY OF
   76 NORTH CENTER ST NE
   HICKORY, NC 28601

| | Claim Holder Name and Address | | | Case Number: | | 08-35653 | | Case Number: | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|
| | HICKORY, CITY OF 76 NORTH CENTER ST NE HICKORY, NC 28601 | | | Docketed Total: | | $189.31 | | Modified Total: | | $189.31 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $189.31 | | | | | | | | | | | | $189.31 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main

Case No. 08-35653 (KRH)

Document        Page 40 of 92

Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 616**
Date Filed: 12/08/2008
Docketed Total: $20,827.70
Filing Creditor Name and Address:
HUNTSVILLE TIMES, THE
PO BOX 7069 W S
HUNTSVILLE, AL 35807

Claim Holder Name and Address
HUNTSVILLE TIMES, THE
PO BOX 7069 W S
HUNTSVILLE, AL 35807

Case Number: 08-35653
Docketed Total: $20,827.70

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $20,827.70 | | | | | |

Case Number: 08-35653
Modified Total: $20,827.70

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $20,827.70 |

---

**Claim: 653**
Date Filed: 12/08/2008
Docketed Total: $22,407.96
Filing Creditor Name and Address:
IDAHO STATESMAN, THE
PO BOX 40
BOISE, ID 83707

Claim Holder Name and Address
IDAHO STATESMAN, THE
PO BOX 40
BOISE, ID 83707

Case Number: 08-35653
Docketed Total: $22,407.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $22,407.96 | | | | | |

Case Number: 08-35653
Modified Total: $22,407.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $22,407.96 |

---

**Claim: 167**
Date Filed: 12/01/2008
Docketed Total: $15,861.41
Filing Creditor Name and Address:
ILLUMINATING CO, THE
6896 MILLER RD
BRECKSVILLE, OH 44141

Claim Holder Name and Address
ILLUMINATING CO, THE
6896 MILLER RD
BRECKSVILLE, OH 44141

Case Number: 08-35653
Docketed Total: $15,861.41

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $15,861.41 | | | | | |

Case Number: 08-35653
Modified Total: $15,861.41

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $15,861.41 |

---

**Claim: 422**
Date Filed: 12/01/2008
Docketed Total: $300,827.71
Filing Creditor Name and Address:
IMPACT INSTALLATIONS INC
10091 STREETER RD
STE 2
AUBURN, CA 95602

Claim Holder Name and Address
IMPACT INSTALLATIONS INC
10091 STREETER RD
STE 2
AUBURN, CA 95602

Case Number: 08-35653
Docketed Total: $300,827.71

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $300,827.71 | | | | | |

Case Number: 08-35653
Modified Total: $300,827.71

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $300,827.71 |

---

\*    "UNL" denotes an unliquidated claim.

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 860<br>Date Filed:   12/08/2008<br>Docketed Total:     $61,457.02<br>Filing Creditor Name and Address:<br>IMPRESSIONS MARKETING<br>GROUP<br>7951 ANGLETON CT<br>LORTON, VA 22079 | Claim Holder Name and Address<br><br>RIVERSIDE CLAIMS LLC AS<br>ASSIGNEE FOR IMPRESSIONS<br>MARKETING GROUP<br>PO BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10024 | Case Number:          08-35653<br><br>Docketed Total:          **$61,457.02** | Case Number:          08-35653<br><br>Modified Total:          **$61,457.02** |

| 503(b)(9)<br>$61,457.02 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$61,457.02 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Claim: 179<br>Date Filed:   12/01/2008<br>Docketed Total:   $2,047.72<br>Filing Creditor Name and Address:<br>INDURON PROTECTIVE<br>COATINGS<br>PO BOX 2371<br>BIRMINGHAM, AL 35201-2371 | Claim Holder Name and Address<br><br>INDURON PROTECTIVE COATINGS<br>PO BOX 2371<br>BIRMINGHAM, AL 35201-2371 | Case Number:          08-35653<br><br>Docketed Total:          **$2,047.72** | Case Number:          08-35653<br><br>Modified Total:          **$2,047.72** |

| 503(b)(9)<br>$2,047.72 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$2,047.72 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Claim: 1390<br>Date Filed:   12/19/2008<br>Docketed Total:   $4,487.43<br>Filing Creditor Name and Address:<br>JAMES RIVER GROUNDS MGMT<br>INC<br>11008 WASHINGTON HWY<br>GLEN ALLEN, VA 23059 | Claim Holder Name and Address<br><br>JAMES RIVER GROUNDS MGMT INC<br>11008 WASHINGTON HWY<br>GLEN ALLEN, VA 23059 | Case Number:          08-35653<br><br>Docketed Total:          **$4,487.43** | Case Number:          08-35653<br><br>Modified Total:          **$4,487.43** |

| 503(b)(9)<br>$4,487.43 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$4,487.43 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Claim: 1383<br>Date Filed:   12/17/2008<br>Docketed Total:   $1,119.48<br>Filing Creditor Name and Address:<br>JAMES RIVER IRRIGATION INC<br>2501 GRENOBLE RD<br>RICHMOND, VA 23294 | Claim Holder Name and Address<br><br>JAMES RIVER IRRIGATION INC<br>2501 GRENOBLE RD<br>RICHMOND, VA 23294 | Case Number:          08-35653<br><br>Docketed Total:          **$1,119.48** | Case Number:          08-35653<br><br>Modified Total:          **$1,119.48** |

| 503(b)(9)<br>$1,119.48 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$1,119.48 |
|---|---|---|---|---|---|---|---|---|---|---|---|

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main
Case No. 08-35653 (KRH)                                          Document        Page 42 of 92

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 882**
Date Filed: 12/10/2008
Docketed Total: $1,200.00
Filing Creditor Name and Address:
  JANIS, ROSE ANN
  5005 AMBERWOOD DR
  GLEN ALLEN, VA 23059

Claim Holder Name and Address
JANIS, ROSE ANN
5005 AMBERWOOD DR
GLEN ALLEN, VA 23059
Case Number: 08-35653
Docketed Total: $1,200.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,200.00 | | | | | |

Case Number: 08-35653
Modified Total: $1,200.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,200.00 |

**Claim: 1034**
Date Filed: 12/19/2008
Docketed Total: $2,489.14
Filing Creditor Name and Address:
  JOHNSON CITY PRESS
  PO BOX 1717
  JOHNSON CITY, TN 37605

Claim Holder Name and Address
JOHNSON CITY PRESS
PO BOX 1717
JOHNSON CITY, TN 37605
Case Number: 08-35653
Docketed Total: $2,489.14

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,489.14 | | | | | |

Case Number: 08-35653
Modified Total: $2,489.14

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,489.14 |

**Claim: 1406**
Date Filed: 12/18/2008
Docketed Total: $4,121.28
Filing Creditor Name and Address:
  JONESBORO SUN, THE
  PO BOX 1249
  JONESBORO, AR 72403

Claim Holder Name and Address
JONESBORO SUN, THE
PO BOX 1249
JONESBORO, AR 72403
Case Number: 08-35653
Docketed Total: $4,121.28

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $4,121.28 | | | | | |

Case Number: 08-35653
Modified Total: $4,121.28

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,121.28 |

**Claim: 471**
Date Filed: 12/01/2008
Docketed Total: $6,249.52
Filing Creditor Name and Address:
  JOURNAL & COURIER
  217 N 6TH ST
  LAFAYETTE, IN 47901-1448

Claim Holder Name and Address
JOURNAL & COURIER
217 N 6TH ST
LAFAYETTE, IN 47901-1448
Case Number: 08-35653
Docketed Total: $6,249.52

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $6,249.52 | | | | | |

Case Number: 08-35653
Modified Total: $6,249.52

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $6,249.52 |

\*   "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 1378<br>Date Filed:   12/17/2008<br>Docketed Total:   $3,335.12<br>Filing Creditor Name and Address:<br>JOURNAL NEWS<br>PO BOX 298<br>HAMILTON, OH 45012 | Claim Holder Name and Address<br><br>JOURNAL NEWS<br>PO BOX 298<br>HAMILTON, OH 45012 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>$3,335.12 | | | | Case Number:<br><br>Modified Total: | 08-35653<br><br>$3,335.12 | | | |
| | 503(b)(9)<br>$3,335.12 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$3,335.12 |
| Claim: 583<br>Date Filed:   12/04/2008<br>Docketed Total:   $5,185.21<br>Filing Creditor Name and Address:<br>JOURNAL PUBLISHING CO INC,<br>THE<br>207 W KING ST<br>MARTINSBURG, WV 25401 | Claim Holder Name and Address<br><br>JOURNAL PUBLISHING CO INC, THE<br>207 W KING ST<br>MARTINSBURG, WV 25401 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>$5,185.21 | | | | Case Number:<br><br>Modified Total: | 08-35653<br><br>$5,185.21 | | | |
| | 503(b)(9)<br>$5,185.21 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$5,185.21 |
| Claim: 626<br>Date Filed:   12/08/2008<br>Docketed Total:   $500.00<br>Filing Creditor Name and Address:<br>JR HEINEMAN & SONS INC<br>3562 RIDGECREST DR<br>MIDLAND, MI 48642 | Claim Holder Name and Address<br><br>JR HEINEMAN & SONS INC<br>3562 RIDGECREST DR<br>MIDLAND, MI 48642 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>$500.00 | | | | Case Number:<br><br>Modified Total: | 08-35653<br><br>$500.00 | | | |
| | 503(b)(9)<br>$500.00 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$500.00 |
| Claim: 585<br>Date Filed:   12/04/2008<br>Docketed Total:   $50,065.00<br>Filing Creditor Name and Address:<br>KCAL TV<br>PO BOX 100951<br>PASADENA, CA 91189-0951 | Claim Holder Name and Address<br><br>KCAL TV<br>PO BOX 100951<br>PASADENA, CA 91189-0951 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>$50,065.00 | | | | Case Number:<br><br>Modified Total: | 08-35653<br><br>$50,065.00 | | | |
| | 503(b)(9)<br>$50,065.00 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$50,065.00 |

*        "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main
Document    Page 44 of 92

Case No. 08-35653 (KRH)

Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

Claim: 11699
Date Filed: 03/13/2009
Docketed Total: $37,200.25
Filing Creditor Name and Address:
KCPQ TV
1813 WESTLAKE AVE N
SEATTLE, WA 98109

Claim Holder Name and Address — Case Number: 08-35653
KCPQ TV
1813 WESTLAKE AVE N
SEATTLE, WA 98109
Docketed Total: $37,200.25

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $37,200.25 | | | | | |

Case Number: 08-35653
Modified Total: $37,200.25

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $37,200.25 |

---

Claim: 1002
Date Filed: 12/16/2008
Docketed Total: $9,902.50
Filing Creditor Name and Address:
KCPQ TV
FILE 30697
PO BOX 60000
SAN FRANCISCO, CA 94160

Claim Holder Name and Address — Case Number: 08-35653
KCPQ TV
FILE 30697
PO BOX 60000
SAN FRANCISCO, CA 94160
Docketed Total: $9,902.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $9,902.50 | | | | | |

Case Number: 08-35653
Modified Total: $9,902.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $9,902.50 |

---

Claim: 1048
Date Filed: 12/12/2008
Docketed Total: $29,826.50
Filing Creditor Name and Address:
KDAF CW33
8001 JOHN CARPENTER FWY
DALLAS, TX 75247

Claim Holder Name and Address — Case Number: 08-35653
KDAF CW33
8001 JOHN CARPENTER FWY
DALLAS, TX 75247
Docketed Total: $29,826.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $29,826.50 | | | | | |

Case Number: 08-35653
Modified Total: $29,826.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $29,826.50 |

---

Claim: 495
Date Filed: 12/01/2008
Docketed Total: $1,079.82
Filing Creditor Name and Address:
KEENE SENTINEL, THE
PO BOX 546
KEENE, NH 03431-0546

Claim Holder Name and Address — Case Number: 08-35653
KEENE SENTINEL, THE
PO BOX 546
KEENE, NH 03431-0546
Docketed Total: $1,079.82

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,079.82 | | | | | |

Case Number: 08-35653
Modified Total: $1,079.82

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,079.82 |

---

\*    "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 1219**
Date Filed: 12/18/2008
Docketed Total: $13,387.50
Filing Creditor Name and Address:
  KFMB TV
  PO BOX 85888
  SAN DIEGO, CA 921865888

| | Claim Holder Name and Address | | Case Number: | | | 08-35653 | | Case Number: | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | KFMB TV PO BOX 85888 SAN DIEGO, CA 921865888 | | Docketed Total: | | | $13,387.50 | | Modified Total: | | | | $13,387.50 |
| | 503(b)(9) $13,387.50 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured $13,387.50 |

**Claim: 962**
Date Filed: 12/19/2008
Docketed Total: $5,975.50
Filing Creditor Name and Address:
  KICU TV
  2102 COMMERCE DRIVE
  SAN JOSE, CA 951311804

| | Claim Holder Name and Address | | Case Number: | | | 08-35653 | | Case Number: | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | KICU TV 2102 COMMERCE DRIVE SAN JOSE, CA 951311804 | | Docketed Total: | | | $5,975.50 | | Modified Total: | | | | $5,975.50 |
| | 503(b)(9) $5,975.50 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured $5,975.50 |

**Claim: 458**
Date Filed: 12/01/2008
Docketed Total: $6,391.74
Filing Creditor Name and Address:
  KILLEEN DAILY HERALD
  PO BOX 1300
  KILLEEN, TX 76540

| | Claim Holder Name and Address | | Case Number: | | | 08-35653 | | Case Number: | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | KILLEEN DAILY HERALD PO BOX 1300 KILLEEN, TX 76540 | | Docketed Total: | | | $6,391.74 | | Modified Total: | | | | $6,391.74 |
| | 503(b)(9) $6,391.74 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured $6,391.74 |

**Claim: 951**
Date Filed: 12/19/2008
Docketed Total: $1,806.25
Filing Creditor Name and Address:
  KIRO TV
  PO BOX 34936
  DEPT 4171
  SEATTLE, WA 98124

| | Claim Holder Name and Address | | Case Number: | | | 08-35653 | | Case Number: | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | KIRO TV PO BOX 34936 DEPT 4171 SEATTLE, WA 98124 | | Docketed Total: | | | $1,806.25 | | Modified Total: | | | | $1,806.25 |
| | 503(b)(9) $1,806.25 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured $1,806.25 |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 460**
Date Filed:   12/01/2008
Docketed Total:   $4,228.75
Filing Creditor Name and Address:
   KMGH TV
   PO BOX 30509
   LOS ANGELES, CA 90030-0509

Claim Holder Name and Address
   KMGH TV
   PO BOX 30509
   LOS ANGELES, CA 90030-0509

Case Number:   08-35653
Docketed Total:   **$4,228.75**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $4,228.75 | | | | | |

Case Number:   08-35653
Modified Total:   **$4,228.75**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,228.75 |

---

**Claim: 11718**
Date Filed:   03/13/2009
Docketed Total:   $7,152.75
Filing Creditor Name and Address:
   KRCW TV
   1813 WESTLAKE AVE N
   SEATTLE, WA 98109

Claim Holder Name and Address
   KRCW TV
   1813 WESTLAKE AVE N
   SEATTLE, WA 98109

Case Number:   08-35653
Docketed Total:   **$7,152.75**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $7,152.75 | | | | | |

Case Number:   08-35653
Modified Total:   **$7,152.75**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $7,152.75 |

---

**Claim: 1001**
Date Filed:   12/16/2008
Docketed Total:   $3,723.00
Filing Creditor Name and Address:
   KRCW TV
   FILE 30691
   PO BOX 60000
   SAN FRANCISCO, CA 94160

Claim Holder Name and Address
   KRCW TV
   FILE 30691
   PO BOX 60000
   SAN FRANCISCO, CA 94160

Case Number:   08-35653
Docketed Total:   **$3,723.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $3,723.00 | | | | | |

Case Number:   08-35653
Modified Total:   **$3,723.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,723.00 |

---

**Claim: 1422**
Date Filed:   12/19/2008
Docketed Total:   $26,690.00
Filing Creditor Name and Address:
   KRIV TV
   PO BOX 22810
   HOUSTON, TX 77227

Claim Holder Name and Address
   KRIV TV
   PO BOX 22810
   HOUSTON, TX 77227

Case Number:   08-35653
Docketed Total:   **$26,690.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $26,690.00 | | | | | |

Case Number:   08-35653
Modified Total:   **$26,690.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $26,690.00 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main
Case No. 08-35653 (KRH)                                    Document    Page 47 of 92

Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 1170**
Date Filed:   12/10/2008
Docketed Total:   $14,305.50
Filing Creditor Name and Address:
  KRON TV
  PO BOX 601703
  CHARLOTTE, NC 28260-1703

Claim Holder Name and Address
KRON TV
PO BOX 601703
CHARLOTTE, NC 28260-1703

Case Number:   08-35653
Docketed Total:   **$14,305.50**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $14,305.50 | | | | | |

Case Number:   08-35653
Modified Total:   **$14,305.50**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $14,305.50 |

---

**Claim: 489**
Date Filed:   11/24/2008
Docketed Total:   $35,870.00
Filing Creditor Name and Address:
  KTLA INC
  DEPT 11155
  LOS ANGELES, CA 90074-1155

Claim Holder Name and Address
KTLA INC
DEPT 11155
LOS ANGELES, CA 90074-1155

Case Number:   08-35654
Docketed Total:   **$35,870.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $35,870.00 | | | | | |

Case Number:   08-35654
Modified Total:   **$35,870.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $35,870.00 |

---

**Claim: 1141**
Date Filed:   12/16/2008
Docketed Total:   $21,139.50
Filing Creditor Name and Address:
  KTRK TV
  PO BOX 844493
  DALLAS, TX 75284-4493

Claim Holder Name and Address
KTRK TV
PO BOX 844493
DALLAS, TX 75284-4493

Case Number:   08-35653
Docketed Total:   **$21,139.50**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $21,139.50 | | | | | |

Case Number:   08-35653
Modified Total:   **$21,139.50**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $21,139.50 |

---

**Claim: 1397**
Date Filed:   12/19/2008
Docketed Total:   $66,130.00
Filing Creditor Name and Address:
  KTVU TV
  PO BOX 45558
  SAN FRANCISCO, CA 94145

Claim Holder Name and Address
KTVU TV
PO BOX 45558
SAN FRANCISCO, CA 94145

Case Number:   08-35653
Docketed Total:   **$66,130.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $66,130.00 | | | | | |

Case Number:   08-35653
Modified Total:   **$66,130.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $66,130.00 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main

Case No. 08-35653 (KRH)

Document    Page 48 of 92

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1318**
Date Filed: 12/19/2008
Docketed Total: $3,825.00
Filing Creditor Name and Address:
KTXH TV
4738 COLLECTION CTR DR
CHICAGO, IL 60693

Claim Holder Name and Address
KTXH TV
4738 COLLECTION CTR DR
CHICAGO, IL 60693

Case Number: 08-35653
Docketed Total: **$3,825.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $3,825.00 | | | | | |

Case Number: 08-35653
Modified Total: **$3,825.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,825.00 |

---

**Claim: 956**
Date Filed: 12/19/2008
Docketed Total: $8,967.50
Filing Creditor Name and Address:
KUSI TV
PO BOX 719051
SAN DIEGO, CA 92171-9051

Claim Holder Name and Address
KUSI TV
PO BOX 719051
SAN DIEGO, CA 92171-9051

Case Number: 08-35653
Docketed Total: **$8,967.50**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $8,967.50 | | | | | |

Case Number: 08-35653
Modified Total: **$8,967.50**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $8,967.50 |

---

**Claim: 11767**
Date Filed: 03/16/2009
Docketed Total: $9,894.33
Filing Creditor Name and Address:
LAKE COUNTY
PO BOX 327
TAX COLLECTOR BOB MCKEE
TAVARES, FL 32778-0327

Claim Holder Name and Address
LAKE COUNTY
PO BOX 327
TAX COLLECTOR BOB MCKEE
TAVARES, FL 32778-0327

Case Number: 08-35653
Docketed Total: **$9,894.33**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $9,894.33 | | | | | |

Case Number: 08-35653
Modified Total: **$9,894.33**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $9,894.33 |

---

**Claim: 886**
Date Filed: 12/10/2008
Docketed Total: $5,600.17
Filing Creditor Name and Address:
LCEC LEE COUNTY ELECTRIC
COOPERATIVE
PO BOX 31477
TAMPA, FL 33631-3477

Claim Holder Name and Address
LCEC LEE COUNTY ELECTRIC
COOPERATIVE
PO BOX 31477
TAMPA, FL 33631-3477

Case Number: 08-35653
Docketed Total: **$5,600.17**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $5,600.17 | | | | | |

Case Number: 08-35653
Modified Total: **$5,600.17**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $5,600.17 |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 629**
Date Filed:   12/03/2008
Docketed Total:   $1,741.52
Filing Creditor Name and Address:
  LEAF
  PO BOX 56
  MOBERLY, MO 65270

Claim Holder Name and Address
  LEAF
  PO BOX 56
  MOBERLY, MO 65270

Case Number:   08-35653
Docketed Total:   $1,741.52

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,741.52 | | | | | |

Case Number:   08-35653
Modified Total:   $1,741.52

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,741.52 |

---

**Claim: 1456**
Date Filed:   12/16/2008
Docketed Total:   $11,953.14
Filing Creditor Name and Address:
  LINCOLN JOURNAL STAR
  926 P ST
  LINCOLN, NE 685010528

Claim Holder Name and Address
  LINCOLN JOURNAL STAR
  926 P ST
  LINCOLN, NE 685010528

Case Number:   08-35653
Docketed Total:   $11,953.14

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $11,953.14 | | | | | |

Case Number:   08-35653
Modified Total:   $11,953.14

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $11,953.14 |

---

**Claim: 917**
Date Filed:   12/19/2008
Docketed Total:   $440.95
Filing Creditor Name and Address:
  LIVERMORE, CITY OF
  1052 S LIVERMORE AVE
  LIVERMORE, CA 94550-4899

Claim Holder Name and Address
  LIVERMORE, CITY OF
  1052 S LIVERMORE AVE
  LIVERMORE, CA 94550-4899

Case Number:   08-35654
Docketed Total:   $440.95

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $440.95 | | | | | |

Case Number:   08-35654
Modified Total:   $440.95

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $440.95 |

---

**Claim: 1073**
Date Filed:   12/15/2008
Docketed Total:   $7,019.56
Filing Creditor Name and Address:
  LONGVIEW NEWS JOURNAL
  PO BOX 1792
  LONGVIEW, TX 75606

Claim Holder Name and Address
  LONGVIEW NEWS JOURNAL
  PO BOX 1792
  LONGVIEW, TX 75606

Case Number:   08-35653
Docketed Total:   $7,019.56

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $7,019.56 | | | | | |

Case Number:   08-35653
Modified Total:   $7,019.56

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $7,019.56 |

---

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 143**
Date Filed:   11/28/2008
Docketed Total:   $117.66
Filing Creditor Name and Address:
    LOS ANGELES CO WATERWORKS
    260 E AVE K8
    LANCASTER, CA 93535

Claim Holder Name and Address
LOS ANGELES CO WATERWORKS
260 E AVE K8
LANCASTER, CA 93535

Case Number:   08-35653
Docketed Total:   $117.66

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $117.66 | | | | | |

Case Number:   08-35653
Modified Total:   $117.66

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $117.66 |

---

**Claim: 1175**
Date Filed:   12/10/2008
Docketed Total:   $344,842.80
Filing Creditor Name and Address:
    LOS ANGELES TIMES
    PO BOX 60185
    LOS ANGELES, CA 90090-0021

Claim Holder Name and Address
LOS ANGELES TIMES
PO BOX 60185
LOS ANGELES, CA 90090-0021

Case Number:   08-35653
Docketed Total:   UNL

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|

Case Number:   08-35653
Modified Total:   $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

Claim Holder Name and Address
TRIBUNE COMPANY D/B/A LOS
ANGELES TIMES
435 N MICHIGAN AVE 3RD FL FSC
CHICAGO, IL 60611

Case Number:   08-35653
Docketed Total:   $344,842.80

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $344,842.80 | | | | | |

Case Number:   08-35653
Modified Total:   $344,842.80

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $344,842.80 |

---

**Claim: 823**
Date Filed:   12/12/2008
Docketed Total:   $12,066.65
Filing Creditor Name and Address:
    LOWELL SUN, THE
    PO BOX 1477
    LOWELL, MA 01853

Claim Holder Name and Address
LOWELL SUN, THE
PO BOX 1477
LOWELL, MA 01853

Case Number:   08-35653
Docketed Total:   $12,066.65

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $12,066.65 | | | | | |

Case Number:   08-35653
Modified Total:   $12,066.65

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $12,066.65 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main
Case No. 08-35653 (KRH)                          Document        Page 51 of 92

Debtors Firth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 894**
Date Filed: 12/10/2008
Docketed Total: $12,013.02
Filing Creditor Name and Address:
LUBBOCK AVALANCHE
JOURNAL
PO BOX 491
LUBBOCK, TX 79408-0491

Claim Holder Name and Address
Case Number: 08-35653
LUBBOCK AVALANCHE JOURNAL
PO BOX 491
LUBBOCK, TX 79408-0491
Docketed Total: $12,013.02

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $12,013.02 | | | | | |

Case Number: 08-35653
Modified Total: $12,013.02

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $12,013.02 |

---

**Claim: 852**
Date Filed: 12/08/2008
Docketed Total: $84.80
Filing Creditor Name and Address:
M A D EXTERMINATORS INC
78 S TROOPER ROAD
NORRISTOWN, PA 19403

Claim Holder Name and Address
Case Number: 08-35653
M A D EXTERMINATORS INC
78 S TROOPER ROAD
NORRISTOWN, PA 19403
Docketed Total: $84.80

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $84.80 | | | | | |

Case Number: 08-35653
Modified Total: $84.80

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $84.80 |

---

**Claim: 502**
Date Filed: 12/01/2008
Docketed Total: $27,741.48
Filing Creditor Name and Address:
MADISON NEWSPAPER
PO BOX 8759
MADISON, WI 53708

Claim Holder Name and Address
Case Number: 08-35653
MADISON NEWSPAPER
PO BOX 8759
MADISON, WI 53708
Docketed Total: $27,741.48

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $27,741.48 | | | | | |

Case Number: 08-35653
Modified Total: $27,741.48

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $27,741.48 |

---

**Claim: 1087**
Date Filed: 12/15/2008
Docketed Total: $385.84
Filing Creditor Name and Address:
MARTIN COUNTY UTILITIES
P O BOX 9000
STUART, FL 34995-9000

Claim Holder Name and Address
Case Number: 08-35653
MARTIN COUNTY UTILITIES
P O BOX 9000
STUART, FL 34995-9000
Docketed Total: $385.84

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $385.84 | | | | | |

Case Number: 08-35653
Modified Total: $385.84

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $385.84 |

---

*      "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 646**
Date Filed:   12/08/2008
Docketed Total:   $13,899.82
Filing Creditor Name and Address:
  MCCALL HANDLING CO
  8801 WISE AVE STE 200
  BALTIMORE, MD 21222

Claim Holder Name and Address
  MCCALL HANDLING CO
  8801 WISE AVE STE 200
  BALTIMORE, MD 21222

Case Number:   08-35653
Docketed Total:   $13,899.82

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $13,899.82 | | | | | |

Case Number:   08-35653
Modified Total:   $13,899.82

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $13,899.82 |

---

**Claim: 11768**
Date Filed:   03/16/2009
Docketed Total:   $46,603.17
Filing Creditor Name and Address:
  MCKEE, BOB
  PO BOX 327
  LAKE COUNTY TAX COLLECTOR
  TAVARES, FL 32778-0327

Claim Holder Name and Address
  MCKEE, BOB
  PO BOX 327
  LAKE COUNTY TAX COLLECTOR
  TAVARES, FL 32778-0327

Case Number:   08-35653
Docketed Total:   $46,603.17

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $46,603.17 | | | | | |

Case Number:   08-35653
Modified Total:   $46,603.17

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $46,603.17 |

---

**Claim: 1070**
Date Filed:   12/19/2008
Docketed Total:   $9,013.08
Filing Creditor Name and Address:
  MEDIA GENERAL ALABAMA
  PO BOX 25818
  RICHMOND, VA 23260-5818

Claim Holder Name and Address
  MEDIA GENERAL ALABAMA
  PO BOX 25818
  RICHMOND, VA 23260-5818

Case Number:   08-35653
Docketed Total:   $9,013.08

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $9,013.08 | | | | | |

Case Number:   08-35653
Modified Total:   $9,013.08

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $9,013.08 |

---

**Claim: 1135**
Date Filed:   12/15/2008
Docketed Total:   $8,915.91
Filing Creditor Name and Address:
  MEDIA GENERAL INC
  PO BOX 188
  NC COMMUNITY NEWSPAPERS
  HICKORY, NC 28603

Claim Holder Name and Address
  MEDIA GENERAL INC
  PO BOX 188
  NC COMMUNITY NEWSPAPERS
  HICKORY, NC 28603

Case Number:   08-35653
Docketed Total:   $8,915.91

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $8,915.91 | | | | | |

Case Number:   08-35653
Modified Total:   $8,915.91

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $8,915.91 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main

Case No. 08-35653 (KRH)                                              Document       Page 53 of 92

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 554<br>Date Filed: 11/28/2008<br>Docketed Total: $4,484.52<br>Filing Creditor Name and Address:<br> MERCURY, THE<br> 24 N HANOVER STREET<br> POTTSTOWN, PA 19464 | Claim Holder Name and Address  Case Number: 08-35653<br><br>MERCURY, THE<br>24 N HANOVER STREET  Docketed Total: $4,484.52<br>POTTSTOWN, PA 19464<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$4,484.52 | Case Number: 08-35653<br><br>Modified Total: $4,484.52<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$4,484.52 |
| Claim: 463<br>Date Filed: 12/01/2008<br>Docketed Total: $1,392.00<br>Filing Creditor Name and Address:<br> MERRIMACK VALLEY CORP<br> 20 AEGEAN DR<br> UNIT 11<br> METHUEN, MA 01844 | Claim Holder Name and Address  Case Number: 08-35653<br><br>MERRIMACK VALLEY CORP<br>20 AEGEAN DR<br>UNIT 11  Docketed Total: $1,392.00<br>METHUEN, MA 01844<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,392.00 | Case Number: 08-35653<br><br>Modified Total: $1,392.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,392.00 |
| Claim: 1245<br>Date Filed: 12/18/2008<br>Docketed Total: $96,755.49<br>Filing Creditor Name and Address:<br> MIDAMERICAN ENERGY<br> COMPANY<br> PO BOX 8020<br> DAVENPORT, IA 52808-8020 | Claim Holder Name and Address  Case Number: 08-35653<br><br>MIDAMERICAN ENERGY COMPANY  Docketed Total: $96,755.49<br>PO BOX 8020<br>DAVENPORT, IA 52808-8020<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$96,755.49 | Case Number: 08-35653<br><br>Modified Total: $96,755.49<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$96,755.49 |
| Claim: 825<br>Date Filed: 12/12/2008<br>Docketed Total: $200.00<br>Filing Creditor Name and Address:<br> MIDLAND, CITY OF<br> RECORDS DIVISION<br> 601 N LORAINE<br> MIDLAND, TX 79701 | Claim Holder Name and Address  Case Number: 08-35653<br><br>MIDLAND, CITY OF<br>RECORDS DIVISION<br>601 N LORAINE  Docketed Total: $200.00<br>MIDLAND, TX 79701<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$200.00 | Case Number: 08-35653<br><br>Modified Total: $200.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$200.00 |

\*     "UNL" denotes an unliquidated claim.

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1276**
Date Filed:   12/18/2008
Docketed Total:   $2,999.99
Filing Creditor Name and Address:
  MILWAUKEE PRESSURE WASH
  PO BOX 170036
  MILWAUKEE, WI 53217

Claim Holder Name and Address          Case Number:          08-35653
  MILWAUKEE PRESSURE WASH              Docketed Total:          $2,999.99
  PO BOX 170036
  MILWAUKEE, WI 53217

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,999.99 | | | | | |

Case Number:          08-35653
Modified Total:          $2,999.99

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,999.99 |

---

**Claim: 507**
Date Filed:   12/01/2008
Docketed Total:   $217.06
Filing Creditor Name and Address:
  MOBILE AREA WATER & SEWER
  SYSTEM MAWSS
  P O BOX 2368
  MOBILE, AL 36652

Claim Holder Name and Address          Case Number:          08-35653
  MOBILE AREA WATER & SEWER            Docketed Total:          $217.06
  SYSTEM MAWSS
  P O BOX 2368
  MOBILE, AL 36652

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $217.06 | | | | | |

Case Number:          08-35653
Modified Total:          $217.06

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $217.06 |

---

**Claim: 1163**
Date Filed:   12/08/2008
Docketed Total:   $97.16
Filing Creditor Name and Address:
  MONTGOMERY TOWNSHIP
  MUNICIPAL
  1001 STUMP RD
  MONTGOMERYVILLE, PA
  189369605

Claim Holder Name and Address          Case Number:          08-35653
  MONTGOMERY TOWNSHIP                  Docketed Total:          $97.16
  MUNICIPAL
  1001 STUMP RD
  MONTGOMERYVILLE, PA 189369605

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $97.16 | | | | | |

Case Number:          08-35653
Modified Total:          $97.16

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $97.16 |

---

**Claim: 1164**
Date Filed:   12/08/2008
Docketed Total:   $73.37
Filing Creditor Name and Address:
  MONTGOMERY TOWNSHIP
  MUNICIPAL
  SEWER AUTHORITY
  1001 STUMP RD
  MONTGOMERYVILLE, PA
  18936-9605

Claim Holder Name and Address          Case Number:          08-35653
  MONTGOMERY TOWNSHIP                  Docketed Total:          $73.37
  MUNICIPAL
  SEWER AUTHORITY
  1001 STUMP RD
  MONTGOMERYVILLE, PA 18936-9605

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $73.37 | | | | | |

Case Number:          08-35653
Modified Total:          $73.37

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $73.37 |

---

\*     "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 589**
Date Filed:  12/04/2008
Docketed Total:  $2,618.76
Filing Creditor Name and Address:
  MUSKEGON CHRONICLE
  PO BOX 59
  MUSKEGON, MI 49443

Claim Holder Name and Address
MUSKEGON CHRONICLE
PO BOX 59
MUSKEGON, MI 49443

Case Number: 08-35653
Docketed Total: $2,618.76

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,618.76 | | | | | |

Case Number: 08-35653
Modified Total: $2,618.76

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,618.76 |

---

**Claim: 1151**
Date Filed:  11/26/2008
Docketed Total:  $354.56
Filing Creditor Name and Address:
  NATICK, TOWN OF
  PO BOX 646
  TOWN COLLECTOR
  NATICK, MA 01760

Claim Holder Name and Address
NATICK, TOWN OF
PO BOX 646
TOWN COLLECTOR
NATICK, MA 01760

Case Number: 08-35653
Docketed Total: $354.56

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $354.56 | | | | | |

Case Number: 08-35653
Modified Total: $354.56

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $354.56 |

---

**Claim: 601**
Date Filed:  12/04/2008
Docketed Total:  $32,292.27
Filing Creditor Name and Address:
  NEWS & RECORD
  PO BOX 20848
  GREENSBORO, NC 27420

Claim Holder Name and Address
NEWS & RECORD
PO BOX 20848
GREENSBORO, NC 27420

Case Number: 08-35653
Docketed Total: $32,292.27

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $32,292.27 | | | | | |

Case Number: 08-35653
Modified Total: $32,292.27

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $32,292.27 |

---

**Claim: 892**
Date Filed:  12/10/2008
Docketed Total:  $22,941.51
Filing Creditor Name and Address:
  NEWSPAPER AGENCY
  CORPORATION
  PO BOX 704005
  WEST VALLEY CTY, UT 84170-4005

Claim Holder Name and Address
NEWSPAPER AGENCY
CORPORATION
PO BOX 704005
WEST VALLEY CTY, UT 84170-4005

Case Number: 08-35653
Docketed Total: $22,941.51

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $22,941.51 | | | | | |

Case Number: 08-35653
Modified Total: $22,941.51

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $22,941.51 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH   Doc 4008   Filed 07/08/09   Entered 07/08/09 09:05:54   Desc Main

Case No. 08-35653 (KRH)

Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Document   Page 56 of 92

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1174**
Date Filed:   12/10/2008
Docketed Total:   $22,859.52
Filing Creditor Name and Address:
NORTH COUNTY TIMES
207 E PENNSYLVANIA AVENUE
ESCONDIDO, CA 92025

Claim Holder Name and Address
NORTH COUNTY TIMES
207 E PENNSYLVANIA AVENUE
ESCONDIDO, CA 92025

Case Number:   08-35653
Docketed Total:   $22,859.52

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $22,859.52 | | | | | |

Case Number:   08-35653
Modified Total:   $22,859.52

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $22,859.52 |

**Claim: 449**
Date Filed:   12/01/2008
Docketed Total:   $395.00
Filing Creditor Name and Address:
NORTH WALES WATER
AUTHORITY
200 W WALNUT ST PO BOX 1339
NORTH WALES, PA 19454-0339

Claim Holder Name and Address
NORTH WALES WATER AUTHORITY
200 W WALNUT ST PO BOX 1339
NORTH WALES, PA 19454-0339

Case Number:   08-35653
Docketed Total:   $395.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $395.00 | | | | | |

Case Number:   08-35653
Modified Total:   $395.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $395.00 |

**Claim: 237**
Date Filed:   11/28/2008
Docketed Total:   $760.16
Filing Creditor Name and Address:
NORTHWEST ARKANSAS
DEMOCRAT
PO BOX 1607
BUSINESS OFFICE RETAIL
DISPLAY
FAYETTEVILLE, AR 72702

Claim Holder Name and Address
NORTHWEST ARKANSAS
DEMOCRAT
PO BOX 1607
BUSINESS OFFICE RETAIL DISPLAY
FAYETTEVILLE, AR 72702

Case Number:   08-35653
Docketed Total:   $760.16

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $760.16 | | | | | |

Case Number:   08-35653
Modified Total:   $760.16

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $760.16 |

**Claim: 1346**
Date Filed:   12/19/2008
Docketed Total:   $77,128.00
Filing Creditor Name and Address:
OAHU AIR CONDITIONING
SERVICE
938 KOHOU STREET
PO BOX 17010
HONOLULU, HI 96817

Claim Holder Name and Address
OAHU AIR CONDITIONING SERVICE
938 KOHOU STREET
PO BOX 17010
HONOLULU, HI 96817

Case Number:   08-35653
Docketed Total:   $77,128.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $77,128.00 | | | | | |

Case Number:   08-35653
Modified Total:   $77,128.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $77,128.00 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main

Case No. 08-35653 (KRH)

Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Document    Page 57 of 92

Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1080**
Date Filed:   12/19/2008
Docketed Total:     $29,898.16
Filing Creditor Name and Address:
   OG&E
   PO BOX 26040
   OKLAHOMA CITY, OK 73126-0040

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|

OG&E
PO BOX 26040
OKLAHOMA CITY, OK 73126-0040

Docketed Total:     **$29,898.16**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $29,898.16 | | | | | |

| Case Number: | 08-35653 |
|---|---|

Modified Total:     **$29,898.16**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $29,898.16 |

---

**Claim: 168**
Date Filed:   12/01/2008
Docketed Total:     $13,821.94
Filing Creditor Name and Address:
   OHIO EDISON
   6896 MILLER RD
   BRECKSVILLE, OH 44141

Claim Holder Name and Address    Case Number:    08-35653

OHIO EDISON
6896 MILLER RD
BRECKSVILLE, OH 44141

Docketed Total:     **$13,821.94**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $13,821.94 | | | | | |

Case Number:    08-35653

Modified Total:     **$13,821.94**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $13,821.94 |

---

**Claim: 1392**
Date Filed:   12/19/2008
Docketed Total:     $47,266.20
Filing Creditor Name and Address:
   OMEGA WASTE MANAGEMENT
   INC
   PO BOX 495
   CORNING, CA 96021

Claim Holder Name and Address    Case Number:    08-35653

OMEGA WASTE MANAGEMENT INC
PO BOX 495
CORNING, CA 96021

Docketed Total:     **$47,266.20**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $47,266.20 | | | | | |

Case Number:    08-35653

Modified Total:     **$47,266.20**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $47,266.20 |

---

**Claim: 840**
Date Filed:   12/15/2008
Docketed Total:     $74,689.59
Filing Creditor Name and Address:
   OREGONIAN PUBLISHING CO,
   THE
   PO BOX 4221
   PORTLAND, OR 97208-4221

Claim Holder Name and Address    Case Number:    08-35653

OREGONIAN PUBLISHING CO, THE
PO BOX 4221
PORTLAND, OR 97208-4221

Docketed Total:     **$74,689.59**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $74,689.59 | | | | | |

Case Number:    08-35653

Modified Total:     **$74,689.59**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $74,689.59 |

---

*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main

Case No. 08-35653 (KRH)    Document    Page 58 of 92    Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

Claim: 11579
Date Filed:    03/11/2009
Docketed Total:    $4,711.37
Filing Creditor Name and Address:
  ORTHODONTIC CENTERS OF
  VIRGINIA INC
  3850 NORTH CAUSEWAY BLVD
  STE 800
  METAIRIE, LA 70002

Claim Holder Name and Address
  ORTHODONTIC CENTERS OF
  VIRGINIA INC
  3850 NORTH CAUSEWAY BLVD STE
  800
  METAIRIE, LA 70002

Case Number:    08-35653
Docketed Total:    $4,711.37

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $4,711.37 | | | | | |

Case Number:    08-35653
Modified Total:    $4,711.37

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,711.37 |

---

Claim: 11587
Date Filed:    03/11/2009
Docketed Total:    $4,001.58
Filing Creditor Name and Address:
  ORTHODONTIC CENTERS OF
  VIRGINIA INC
  3850 NORTH CAUSEWAY BLVD
  STE 800
  METAIRIE, LA 70002

Claim Holder Name and Address
  ORTHODONTIC CENTERS OF
  VIRGINIA INC
  3850 NORTH CAUSEWAY BLVD STE
  800
  METAIRIE, LA 70002

Case Number:    08-35653
Docketed Total:    $4,001.58

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $4,001.58 | | | | | |

Case Number:    08-35653
Modified Total:    $4,001.58

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,001.58 |

---

Claim: 617
Date Filed:    12/08/2008
Docketed Total:    $359.00
Filing Creditor Name and Address:
  OVERHEAD DOOR PORTLAND
  10 LIBERTY DR
  LONDONDERRY, NH 03053

Claim Holder Name and Address
  OVERHEAD DOOR PORTLAND
  10 LIBERTY DR
  LONDONDERRY, NH 03053

Case Number:    08-35653
Docketed Total:    $359.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $359.00 | | | | | |

Case Number:    08-35653
Modified Total:    $359.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $359.00 |

---

Claim: 725
Date Filed:    12/09/2008
Docketed Total:    $30,090.88
Filing Creditor Name and Address:
  PADDOCK PUBLICATIONS INC
  PADDOCK PUBLICATIONS
  ARLINGTON HTS, IL 60006

Claim Holder Name and Address
  PADDOCK PUBLICATIONS INC
  PADDOCK PUBLICATIONS
  ARLINGTON HTS, IL 60006

Case Number:    08-35653
Docketed Total:    $30,090.88

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $30,090.88 | | | | | |

Case Number:    08-35653
Modified Total:    $30,090.88

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $30,090.88 |

---

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1407**
Date Filed: 12/18/2008
Docketed Total: $612.72
Filing Creditor Name and Address:
PARAGOULD DAILY PRESS
1401 WEST HUNT ST
PO BOX 38
PARAGOULD, AR 72450

Claim Holder Name and Address
PARAGOULD DAILY PRESS
1401 WEST HUNT ST
PO BOX 38
PARAGOULD, AR 72450

Case Number: 08-35653
Docketed Total: $612.72

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $612.72 | | | | | |

Case Number: 08-35653
Modified Total: $612.72

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $612.72 |

**Claim: 871**
Date Filed: 12/08/2008
Docketed Total: $37,645.61
Filing Creditor Name and Address:
PATRIOT NEWS
812 MARKET STREET
HARRISBURG, PA 17105

Claim Holder Name and Address
PATRIOT NEWS
812 MARKET STREET
HARRISBURG, PA 17105

Case Number: 08-35653
Docketed Total: $37,645.61

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $37,645.61 | | | | | |

Case Number: 08-35653
Modified Total: $37,645.61

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $37,645.61 |

**Claim: 1062**
Date Filed: 12/15/2008
Docketed Total: $5,135.84
Filing Creditor Name and Address:
PEDERNALES ELECTRIC
COOPERATIVE, INC
P O BOX 1
JOHNSON CITY, TX 78636-0001

Claim Holder Name and Address
PEDERNALES ELECTRIC
COOPERATIVE, INC
P O BOX 1
JOHNSON CITY, TX 78636-0001

Case Number: 08-35653
Docketed Total: $5,135.84

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $5,135.84 | | | | | |

Case Number: 08-35653
Modified Total: $5,135.84

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $5,135.84 |

**Claim: 570**
Date Filed: 12/04/2008
Docketed Total: $122.27
Filing Creditor Name and Address:
PENNICHUCK WATER WORKS
INC
25 MANCHESTER ST
P O BOX 1947
MERRIMACK, NH 03054-1947

Claim Holder Name and Address
PENNICHUCK WATER WORKS INC
25 MANCHESTER ST
P O BOX 1947
MERRIMACK, NH 03054-1947

Case Number: 08-35653
Docketed Total: $122.27

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $122.27 | | | | | |

Case Number: 08-35653
Modified Total: $122.27

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $122.27 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main

Case No. 08-35653 (KRH)

Document    Page 60 of 92

Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 151**
Date Filed:   12/04/2008
Docketed Total:   $69.39
Filing Creditor Name and Address:
  PENNICHUCK WATER WORKS
  INC
  P O BOX 1947
  MERRIMACK, NH 03054-1947

Claim Holder Name and Address

PENNICHUCK WATER WORKS INC
P O BOX 1947
MERRIMACK, NH 03054-1947

Case Number:   08-35653
Docketed Total:   **$69.39**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $69.39 | | | | | |

Case Number:   08-35653
Modified Total:   **$69.39**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $69.39 |

**Claim: 569**
Date Filed:   12/04/2008
Docketed Total:   $67.48
Filing Creditor Name and Address:
  PENNICHUCK WATER WORKS,
  INC
  PO BOX 1947
  MERRIMACK, NH 03054-1947

Claim Holder Name and Address

PENNICHUCK WATER WORKS, INC
PO BOX 1947
MERRIMACK, NH 03054-1947

Case Number:   08-35653
Docketed Total:   **$67.48**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $67.48 | | | | | |

Case Number:   08-35653
Modified Total:   **$67.48**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $67.48 |

**Claim: 1363**
Date Filed:   12/17/2008
Docketed Total:   $454.96
Filing Creditor Name and Address:
  PICAYUNE ITEM
  PO BOX 580
  PICAYUNE, MS 39466

Claim Holder Name and Address

PICAYUNE ITEM
PO BOX 580
PICAYUNE, MS 39466

Case Number:   08-35653
Docketed Total:   **$454.96**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $454.96 | | | | | |

Case Number:   08-35653
Modified Total:   **$454.96**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $454.96 |

**Claim: 1158**
Date Filed:   12/08/2008
Docketed Total:   $59.20
Filing Creditor Name and Address:
  PINELLAS COUNTY, FL UTILITIES
  P O BOX 1780
  CLEARWATER, FL 33757-1780

Claim Holder Name and Address

PINELLAS COUNTY, FL UTILITIES
P O BOX 1780
CLEARWATER, FL 33757-1780

Case Number:   08-35653
Docketed Total:   **$59.20**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $59.20 | | | | | |

Case Number:   08-35653
Modified Total:   **$59.20**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $59.20 |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1263**
Date Filed:   12/18/2008
Docketed Total:    $29,375.16
Filing Creditor Name and Address:
   PITTSBURGH POST GAZETTE
   BOX 400536
   PITTSBURGH, PA 15268-0536

Claim Holder Name and Address

PITTSBURGH POST GAZETTE
BOX 400536
PITTSBURGH, PA 15268-0536

Case Number:                08-35653
Docketed Total:           $29,375.16

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $29,375.16 | | | | | |

Case Number:                08-35653
Modified Total:           $29,375.16

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $29,375.16 |

---

**Claim: 705**
Date Filed:   12/09/2008
Docketed Total:    $4,473.58
Filing Creditor Name and Address:
   PORTLAND GENERAL ELECTRIC
   7800 SW MOHAWK ST
   TUALATIN, OR 97062

Claim Holder Name and Address

PORTLAND GENERAL ELECTRIC
7800 SW MOHAWK ST
TUALATIN, OR 97062

Case Number:                08-35653
Docketed Total:            $4,473.58

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $4,473.58 | | | | | |

Case Number:                08-35653
Modified Total:            $4,473.58

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,473.58 |

---

**Claim: 706**
Date Filed:   12/09/2008
Docketed Total:    $3,463.03
Filing Creditor Name and Address:
   PORTLAND GENERAL ELECTRIC
   7800 SW MOHAWK ST
   TUALATIN, OR 97062

Claim Holder Name and Address

PORTLAND GENERAL ELECTRIC
7800 SW MOHAWK ST
TUALATIN, OR 97062

Case Number:                08-35653
Docketed Total:            $3,463.03

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $3,463.03 | | | | | |

Case Number:                08-35653
Modified Total:            $3,463.03

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,463.03 |

---

**Claim: 707**
Date Filed:   12/09/2008
Docketed Total:    $577.92
Filing Creditor Name and Address:
   PORTLAND GENERAL ELECTRIC
   PGE
   7800 SW MOHAWK ST
   TUALATIN, OR 97062

Claim Holder Name and Address

PORTLAND GENERAL ELECTRIC
PGE
7800 SW MOHAWK ST
TUALATIN, OR 97062

Case Number:                08-35653
Docketed Total:              $577.92

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $577.92 | | | | | |

Case Number:                08-35653
Modified Total:              $577.92

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $577.92 |

---

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main

Case No. 08-35653 (KRH)

Document    Page 62 of 92

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 708**
Date Filed:    12/09/2008
Docketed Total:    $4,114.20
Filing Creditor Name and Address:
   PORTLAND GENERAL ELECTRIC
   PGE
   7800 SW MOHAWK ST
   TUALATIN, OR 97062

| Claim Holder Name and Address | | Case Number: | 08-35653 |
|---|---|---|---|
| PORTLAND GENERAL ELECTRIC PGE 7800 SW MOHAWK ST TUALATIN, OR 97062 | | Docketed Total: | **$4,114.20** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $4,114.20 | | | | | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | **$4,114.20** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,114.20 |

---

**Claim: 709**
Date Filed:    12/09/2008
Docketed Total:    $1,514.97
Filing Creditor Name and Address:
   PORTLAND GENERAL ELECTRIC
   PGE
   7800 SW MOHAWK ST
   TUALATIN, OR 97062

| Claim Holder Name and Address | | Case Number: | 08-35653 |
|---|---|---|---|
| PORTLAND GENERAL ELECTRIC PGE 7800 SW MOHAWK ST TUALATIN, OR 97062 | | Docketed Total: | **$1,514.97** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,514.97 | | | | | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | **$1,514.97** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,514.97 |

---

**Claim: 505**
Date Filed:    12/01/2008
Docketed Total:    $31,389.78
Filing Creditor Name and Address:
   POST & COURIER, THE
   134 COLUMBUS ST
   CHARLESTON, SC 29403-4800

| Claim Holder Name and Address | | Case Number: | 08-35653 |
|---|---|---|---|
| POST & COURIER, THE 134 COLUMBUS ST CHARLESTON, SC 29403-4800 | | Docketed Total: | **$31,389.78** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $31,389.78 | | | | | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | **$31,389.78** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $31,389.78 |

---

**Claim: 1198**
Date Filed:    12/17/2008
Docketed Total:    $32,568.34
Filing Creditor Name and Address:
   POST STANDARD, THE
   PO BOX 4915
   SYRACUSE, NY 13221

| Claim Holder Name and Address | | Case Number: | 08-35653 |
|---|---|---|---|
| POST STANDARD, THE PO BOX 4915 SYRACUSE, NY 13221 | | Docketed Total: | **$32,568.34** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $32,568.34 | | | | | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | **$32,568.34** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $32,568.34 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc., et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main
Case No. 08-35653 (KRH)                        Document        Page 63 of 92

Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 842**
Date Filed: 12/15/2008
Docketed Total: $10,001.51
Filing Creditor Name and Address:
POUGHKEEPSIE JOURNAL
PO BOX 1231
POUGHKEEPSIE, NY 12602-1231

Claim Holder Name and Address   Case Number: 08-35653
POUGHKEEPSIE JOURNAL
PO BOX 1231   Docketed Total: $10,001.51
POUGHKEEPSIE, NY 12602-1231

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $10,001.51 | | | | | |

Case Number: 08-35653
Modified Total: $10,001.51

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $10,001.51 |

**Claim: 1356**
Date Filed: 12/17/2008
Docketed Total: $39,988.30
Filing Creditor Name and Address:
PRESS ENTERPRISE
THE PRESS ENTERPRISE COMPANY
5005 LA MART DR STE 101
RIVERSIDE, CA 92507

Claim Holder Name and Address   Case Number: 08-35653
PRESS ENTERPRISE
THE PRESS ENTERPRISE COMPANY
5005 LA MART DR STE 101   Docketed Total: $39,988.30
RIVERSIDE, CA 92507

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $39,988.30 | | | | | |

Case Number: 08-35653
Modified Total: $39,988.30

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $39,988.30 |

**Claim: 455**
Date Filed: 12/01/2008
Docketed Total: $5,589.78
Filing Creditor Name and Address:
PUEBLO CHIEFTAIN, THE
PO BOX 4040
PUEBLO, CO 81003

Claim Holder Name and Address   Case Number: 08-35653
PUEBLO CHIEFTAIN, THE
PO BOX 4040   Docketed Total: $5,589.78
PUEBLO, CO 81003

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $5,589.78 | | | | | |

Case Number: 08-35653
Modified Total: $5,589.78

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $5,589.78 |

**Claim: 1358**
Date Filed: 12/19/2008
Docketed Total: $4,490.00
Filing Creditor Name and Address:
QORE PROPERTY SCIENCES
11420 JOHNS CREEK PARKWAY
DULUTH, GA 30097

Claim Holder Name and Address   Case Number: 08-35653
QORE PROPERTY SCIENCES
11420 JOHNS CREEK PARKWAY   Docketed Total: $4,490.00
DULUTH, GA 30097

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $4,490.00 | | | | | |

Case Number: 08-35653
Modified Total: $4,490.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,490.00 |

*    "UNL" denotes an unliquidated claim.

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | Claim Holder Name and Address | | | Case Number: | 08-35653 | | | | Case Number: | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 1305**
Date Filed: 12/18/2008
Docketed Total: $220.96
Filing Creditor Name and Address:
  RAYMOND OF NEW JERSEY LLC
  1000 BRIGHTON ST
  UNION, NJ 07083

Claim Holder Name and Address
RAYMOND OF NEW JERSEY LLC
1000 BRIGHTON ST
UNION, NJ 07083
Case Number: 08-35653
Docketed Total: $220.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $220.96 | | | | | |

Case Number: 08-35653
Modified Total: $220.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $220.96 |

**Claim: 889**
Date Filed: 12/10/2008
Docketed Total: $4,609.32
Filing Creditor Name and Address:
  RECORD JOURNAL
  PO BOX 968
  WALLINGFORD, CT 06492-0968

Claim Holder Name and Address
RECORD JOURNAL
PO BOX 968
WALLINGFORD, CT 06492-0968
Case Number: 08-35653
Docketed Total: $4,609.32

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $4,609.32 | | | | | |

Case Number: 08-35653
Modified Total: $4,609.32

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,609.32 |

**Claim: 1100**
Date Filed: 12/19/2008
Docketed Total: $16,343.71
Filing Creditor Name and Address:
  RECORD, THE
  PO BOX 989
  STOCKTON, CA 952010989

Claim Holder Name and Address
RECORD, THE
PO BOX 989
STOCKTON, CA 952010989
Case Number: 08-35653
Docketed Total: $16,343.71

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $16,343.71 | | | | | |

Case Number: 08-35653
Modified Total: $16,343.71

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $16,343.71 |

**Claim: 1353**
Date Filed: 12/19/2008
Docketed Total: $9,023.81
Filing Creditor Name and Address:
  REGISTER GUARD, THE
  PO BOX 10188
  EUGENE, OR 97440-2188

Claim Holder Name and Address
REGISTER GUARD, THE
PO BOX 10188
EUGENE, OR 97440-2188
Case Number: 08-35653
Docketed Total: $9,023.81

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $9,023.81 | | | | | |

Case Number: 08-35653
Modified Total: $9,023.81

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $9,023.81 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main
Case No. 08-35653 (KRH)                                    Document      Page 65 of 92

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 481**
Date Filed: 12/03/2008
Docketed Total: $1,294.79
Filing Creditor Name and Address:
REGISTER PAJARONIAN
100 WESTRIDGE DR
WATSONVILLE, CA 95076

Claim Holder Name and Address
REGISTER PAJARONIAN
100 WESTRIDGE DR
WATSONVILLE, CA 95076

Case Number: 08-35653
Docketed Total: $1,294.79

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,294.79 | | | | | |

Case Number: 08-35653
Modified Total: $1,294.79

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,294.79 |

---

**Claim: 1103**
Date Filed: 12/19/2008
Docketed Total: $13,294.70
Filing Creditor Name and Address:
RENO GAZETTE JOURNAL
PO BOX 22000
RENO, NV 89520

Claim Holder Name and Address
RENO GAZETTE JOURNAL
PO BOX 22000
RENO, NV 89520

Case Number: 08-35653
Docketed Total: $13,294.70

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $13,294.70 | | | | | |

Case Number: 08-35653
Modified Total: $13,294.70

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $13,294.70 |

---

**Claim: 442**
Date Filed: 12/01/2008
Docketed Total: $6,610.50
Filing Creditor Name and Address:
REPUBLIC THE
PO BOX 3011
COLUMBUS, IN 47202-3011

Claim Holder Name and Address
REPUBLIC THE
PO BOX 3011
COLUMBUS, IN 47202-3011

Case Number: 08-35653
Docketed Total: $6,610.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $6,610.50 | | | | | |

Case Number: 08-35653
Modified Total: $6,610.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $6,610.50 |

---

**Claim: 1139**
Date Filed: 12/16/2008
Docketed Total: $1,762.20
Filing Creditor Name and Address:
RICHLAND, CITY OF
PO BOX 190
RICHLAND, WA 99352

Claim Holder Name and Address
RICHLAND, CITY OF
PO BOX 190
RICHLAND, WA 99352

Case Number: 08-35653
Docketed Total: $1,762.20

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,762.20 | | | | | |

Case Number: 08-35653
Modified Total: $1,762.20

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,762.20 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH   Doc 4008   Filed 07/08/09   Entered 07/08/09 09:05:54   Desc Main

Case No. 08-35653 (KRH)

Document      Page 66 of 92

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| Claim: 1088<br>Date Filed: 12/15/2008<br>Docketed Total: $82,962.51<br>Filing Creditor Name and Address:<br>RICHMOND TIMES DISPATCH<br>PO BOX 27775<br>RICHMOND, VA 23261-7775 | Claim Holder Name and Address<br><br>RICHMOND TIMES DISPATCH<br>PO BOX 27775<br>RICHMOND, VA 23261-7775 | Case Number: 08-35653<br><br>Docketed Total: $82,962.51 | | | Case Number: 08-35653<br><br>Modified Total: $82,962.51 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $82,962.51 | | | | | | | | | | | | $82,962.51 |

| Claim: 395<br>Date Filed: 12/02/2008<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>RIVERSIDE PUBLIC UTILITIES, CA<br>3900 MAIN STREET<br>RIVERSIDE, CA 92522-0144 | Claim Holder Name and Address<br><br>RIVERSIDE PUBLIC UTILITIES, CA<br>3900 MAIN STREET<br>RIVERSIDE, CA 92522-0144 | Case Number: 08-35654<br><br>Docketed Total: UNL | | | Case Number: 08-35654<br><br>Modified Total: $0.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | | | | | | | | | | | | $0.00 |

| Claim: 1476<br>Date Filed: 12/16/2008<br>Docketed Total: $16,681.76<br>Filing Creditor Name and Address:<br>ROCKFORD REGISTER STAR<br>PO BOX 439<br>ROCKFORD, IL 61105 | Claim Holder Name and Address<br><br>ROCKFORD REGISTER STAR<br>PO BOX 439<br>ROCKFORD, IL 61105 | Case Number: 08-35653<br><br>Docketed Total: $16,681.76 | | | Case Number: 08-35653<br><br>Modified Total: $16,681.76 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $16,681.76 | | | | | | | | | | | | $16,681.76 |

| Claim: 793<br>Date Filed: 12/11/2008<br>Docketed Total: $449.98<br>Filing Creditor Name and Address:<br>ROCKY MOUNTAIN BATTERY<br>PO BOX 173796 DEPT FM<br>DENVER, CO 80217-3796 | Claim Holder Name and Address<br><br>ROCKY MOUNTAIN BATTERY<br>PO BOX 173796 DEPT FM<br>DENVER, CO 80217-3796 | Case Number: 08-35653<br><br>Docketed Total: $449.98 | | | Case Number: 08-35653<br><br>Modified Total: $449.98 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $449.98 | | | | | | | | | | | | $449.98 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main

Case No. 08-35653 (KRH)                          Document      Page 67 of 92

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 249**
Date Filed:   12/03/2008
Docketed Total:   $6,953.00
Filing Creditor Name and Address:
   RUSSELLVILLE STEEL CO INC
   PO BOX 1538
   RUSSELLVILLE, AR 72811

Claim Holder Name and Address
   RUSSELLVILLE STEEL CO INC
   PO BOX 1538
   RUSSELLVILLE, AR 72811

Case Number:          08-35653
Docketed Total:          $6,953.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $6,953.00 | | | | | |

Case Number:          08-35653
Modified Total:          $6,953.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $6,953.00 |

---

**Claim: 836**
Date Filed:   12/15/2008
Docketed Total:   $112,114.98
Filing Creditor Name and Address:
   SAN FRANCISCO CHRONICLE
   801 TEXAS AVE
   HOUSTON, TX 77002

Claim Holder Name and Address
   SAN FRANCISCO CHRONICLE
   801 TEXAS AVE
   HOUSTON, TX 77002

Case Number:          08-35653
Docketed Total:          $112,114.98

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $112,114.98 | | | | | |

Case Number:          08-35653
Modified Total:          $112,114.98

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $112,114.98 |

---

**Claim: 1157**
Date Filed:   12/08/2008
Docketed Total:   $191,407.66
Filing Creditor Name and Address:
   SAN JOSE MERCURY NEWS
   DEPT 8217
   LOS ANGELES, CA 90084-8217

Claim Holder Name and Address
   SAN JOSE MERCURY NEWS
   DEPT 8217
   LOS ANGELES, CA 90084-8217

Case Number:          08-35653
Docketed Total:          $191,407.66

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $191,407.66 | | | | | |

Case Number:          08-35653
Modified Total:          $191,407.66

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $191,407.66 |

---

**Claim: 591**
Date Filed:   12/04/2008
Docketed Total:   $127.79
Filing Creditor Name and Address:
   SANITATION DISTRICT NO 1
   1045 EATON DR
   FT WRIGHT, KY 41017

Claim Holder Name and Address
   SANITATION DISTRICT NO 1
   1045 EATON DR
   FT WRIGHT, KY 41017

Case Number:          08-35653
Docketed Total:          $127.79

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $127.79 | | | | | |

Case Number:          08-35653
Modified Total:          $127.79

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $127.79 |

---

\*     "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 677**
Date Filed: 12/09/2008
Docketed Total: $5,589.45
Filing Creditor Name and Address:
  SANTA BARBARA NEWS PRESS
  PO BOX 1359
  SANTA BARBARA, CA 93102

Claim Holder Name and Address    Case Number: 08-35653
SANTA BARBARA NEWS PRESS
PO BOX 1359    Docketed Total: **$5,589.45**
SANTA BARBARA, CA 93102

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $5,589.45 | | | | | |

Case Number: 08-35653
Modified Total: **$5,589.45**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $5,589.45 |

---

**Claim: 1304**
Date Filed: 12/18/2008
Docketed Total: $373.23
Filing Creditor Name and Address:
  SANTA ROSA, CITY OF
  PO BOX 1658
  SANTA ROSA, CA 94502-1658

Claim Holder Name and Address    Case Number: 08-35653
SANTA ROSA, CITY OF
PO BOX 1658    Docketed Total: **$373.23**
SANTA ROSA, CA 94502-1658

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $373.23 | | | | | |

Case Number: 08-35653
Modified Total: **$373.23**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $373.23 |

---

**Claim: 850**
Date Filed: 12/08/2008
Docketed Total: $160.00
Filing Creditor Name and Address:
  SAUGUS TOWN CLERK, TOWN OF
  TOWN HALL
  SAUGUS, MA 01906

Claim Holder Name and Address    Case Number: 08-35653
SAUGUS TOWN CLERK, TOWN OF
TOWN HALL    Docketed Total: **$160.00**
SAUGUS, MA 01906

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $160.00 | | | | | |

Case Number: 08-35653
Modified Total: **$160.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $160.00 |

---

**Claim: 1181**
Date Filed: 12/15/2008
Docketed Total: $7,114.86
Filing Creditor Name and Address:
  SAVANNAH MORNING NEWS
  PO BOX 1486
  ACCOUNTS RECEIVABLE
  AUGUSTA, GA 30903-1486

Claim Holder Name and Address    Case Number: 08-35653
SAVANNAH MORNING NEWS
PO BOX 1486    Docketed Total: **$7,114.86**
ACCOUNTS RECEIVABLE
AUGUSTA, GA 30903-1486

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $7,114.86 | | | | | |

Case Number: 08-35653
Modified Total: **$7,114.86**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $7,114.86 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main
Case No. 08-35653 (KRH)                                                 Document        Page 69 of 92

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 676**
Date Filed: 12/08/2008
Docketed Total: $28,958.20
Filing Creditor Name and Address:
SCRIPPS TREASURE COAST
NEWSPAPER
PO BOX 9009
STUART, FL 34995-9936

Claim Holder Name and Address    Case Number: 08-35653
SCRIPPS TREASURER COAST NEWSPAPER    Docketed Total: $28,958.20
PO BOX 9009
STUART, FL 34995-9936

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $28,958.20 | | | | | |

Case Number: 08-35653
Modified Total: $28,958.20

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $28,958.20 |

---

**Claim: 893**
Date Filed: 12/10/2008
Docketed Total: $250.00
Filing Creditor Name and Address:
SEEKONK, TOWN OF
PO BOX 504
MEDFORD, MA 02155-0006

Claim Holder Name and Address    Case Number: 08-35653
SEEKONK, TOWN OF    Docketed Total: $250.00
PO BOX 504
MEDFORD, MA 02155-0006

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $250.00 | | | | | |

Case Number: 08-35653
Modified Total: $250.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $250.00 |

---

**Claim: 1156**
Date Filed: 12/08/2008
Docketed Total: $7,179.02
Filing Creditor Name and Address:
SENTINEL
DEPT 8217
LOS ANGELES, CA 90084-8217

Claim Holder Name and Address    Case Number: 08-35653
SENTINEL    Docketed Total: $7,179.02
DEPT 8217
LOS ANGELES, CA 90084-8217

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $7,179.02 | | | | | |

Case Number: 08-35653
Modified Total: $7,179.02

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $7,179.02 |

---

**Claim: 494**
Date Filed: 12/01/2008
Docketed Total: $1,395.48
Filing Creditor Name and Address:
SEQUIN GAZETTE ENTERPRISE
PO BOX 1200
SEQUIN, TX 78155-1200

Claim Holder Name and Address    Case Number: 08-35653
SEQUIN GAZETTE ENTERPRISE    Docketed Total: $1,395.48
PO BOX 1200
SEQUIN, TX 78155-1200

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,395.48 | | | | | |

Case Number: 08-35653
Modified Total: $1,395.48

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,395.48 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main

Case No. 08-35653 (KRH)

Document    Page 70 of 92

Debtors Firth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1186**
Date Filed: 12/15/2008
Docketed Total: $893.28
Filing Creditor Name and Address:
SEYMOUR TRIBUNE COMPANY
100 ST LOUIS AVE
PO BOX 447
SEYMOUR, IN 47274

Claim Holder Name and Address
SEYMOUR TRIBUNE COMPANY
100 ST LOUIS AVE
PO BOX 447
SEYMOUR, IN 47274

Case Number: 08-35653
Docketed Total: $893.28

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $893.28 | | | | | |

Case Number: 08-35653
Modified Total: $893.28

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $893.28 |

---

**Claim: 1011**
Date Filed: 12/19/2008
Docketed Total: $22,927.80
Filing Creditor Name and Address:
SHOPLOCAL LLC
3512 PAYSPHERE CR
CHICAGO, IL 60674

Claim Holder Name and Address
SHOPLOCAL LLC
3512 PAYSPHERE CR
CHICAGO, IL 60674

Case Number: 08-35653
Docketed Total: $22,927.80

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $22,927.80 | | | | | |

Case Number: 08-35653
Modified Total: $22,927.80

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $22,927.80 |

---

**Claim: 1096**
Date Filed: 12/19/2008
Docketed Total: $3,985.56
Filing Creditor Name and Address:
SIGNAL, THE
PO BOX 801870
SANTA CLARITA, CA 91380-1870

Claim Holder Name and Address
SIGNAL, THE
PO BOX 801870
SANTA CLARITA, CA 91380-1870

Case Number: 08-35653
Docketed Total: $3,985.56

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $3,985.56 | | | | | |

Case Number: 08-35653
Modified Total: $3,985.56

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,985.56 |

---

**Claim: 391**
Date Filed: 12/02/2008
Docketed Total: $0.00
Filing Creditor Name and Address:
SIGNCO INC
16901 GRAND VIEW LANE
KENNEWICK, WA 99338

Claim Holder Name and Address
SIGNCO INC
16901 GRAND VIEW LANE
KENNEWICK, WA 99338

Case Number: 08-35654
Docketed Total: UNL

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $0.00 | | | | | |

Case Number: 08-35654
Modified Total: $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main
Document    Page 71 of 92

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

Claim: 1275
Date Filed: 12/18/2008
Docketed Total: $10,766.30
Filing Creditor Name and Address:
 SIMON ROOFING & SHEET
 METAL
 70 KARAGO AVE
 BOARDMAN, OH 44512-5949

Claim Holder Name and Address        Case Number:        08-35653
 SIMON ROOFING & SHEET METAL        Docketed Total:        **$10,766.30**
 70 KARAGO AVE
 BOARDMAN, OH 44512-5949

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $10,766.30 | | | | | |

Case Number:        08-35653
Modified Total:        **$10,766.30**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $10,766.30 |

---

Claim: 849
Date Filed: 12/08/2008
Docketed Total: $6,155.96
Filing Creditor Name and Address:
 SNAPPING SHOALS EMC
 PO BOX 73
 COVINGTON, GA 30015-0073

Claim Holder Name and Address        Case Number:        08-35653
 SNAPPING SHOALS EMC        Docketed Total:        **$6,155.96**
 PO BOX 73
 COVINGTON, GA 30015-0073

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $6,155.96 | | | | | |

Case Number:        08-35653
Modified Total:        **$6,155.96**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $6,155.96 |

---

Claim: 566
Date Filed: 12/04/2008
Docketed Total: $238.00
Filing Creditor Name and Address:
 SNYDER PLUMBING CO INC
 1921 4TH ST
 BRUNSWICK, GA 31520

Claim Holder Name and Address        Case Number:        08-35653
 SNYDER PLUMBING CO INC        Docketed Total:        **$238.00**
 1921 4TH ST
 BRUNSWICK, GA 31520

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $238.00 | | | | | |

Case Number:        08-35653
Modified Total:        **$238.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $238.00 |

---

Claim: 968
Date Filed: 12/19/2008
Docketed Total: $2,433.10
Filing Creditor Name and Address:
 SPRINGFIELD UTILITY BOARD
 P O BOX 300
 SPRINGFIELD, OR 97477-0077

Claim Holder Name and Address        Case Number:        08-35653
 SPRINGFIELD UTILITY BOARD        Docketed Total:        **$2,433.10**
 P O BOX 300
 SPRINGFIELD, OR 97477-0077

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,433.10 | | | | | |

Case Number:        08-35653
Modified Total:        **$2,433.10**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,433.10 |

---

\*    "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 723**
Date Filed: 12/12/2008
Docketed Total: $172.70
Filing Creditor Name and Address:
SPRINGFIELD WATER & SEWER
COMMISSION
P O BOX 3688
SPRINGFIELD, MA 01101

Claim Holder Name and Address
SPRINGFIELD WATER & SEWER COMMISSION
P O BOX 3688
SPRINGFIELD, MA 01101

Case Number: 08-35653
Docketed Total: $172.70

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $172.70 | | | | | |

Case Number: 08-35653
Modified Total: $172.70

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $172.70 |

**Claim: 1042**
Date Filed: 12/09/2008
Docketed Total: $114,643.76
Filing Creditor Name and Address:
ST LOUIS POST DISPATCH
900 N TUCKER BLVD
ST LOUIS, MO 63101

Claim Holder Name and Address
ST LOUIS POST DISPATCH
900 N TUCKER BLVD
ST LOUIS, MO 63101

Case Number: 08-35653
Docketed Total: $114,643.76

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $114,643.76 | | | | | |

Case Number: 08-35653
Modified Total: $114,643.76

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $114,643.76 |

**Claim: 1060**
Date Filed: 12/12/2008
Docketed Total: $182.87
Filing Creditor Name and Address:
ST PETERS, CITY OF
P O BOX 9
ST PETERS, MO 63376-0009

Claim Holder Name and Address
ST PETERS, CITY OF
P O BOX 9
ST PETERS, MO 63376-0009

Case Number: 08-35653
Docketed Total: $182.87

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $182.87 | | | | | |

Case Number: 08-35653
Modified Total: $182.87

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $182.87 |

**Claim: 1232**
Date Filed: 12/18/2008
Docketed Total: $632.00
Filing Creditor Name and Address:
STATE OF FLORIDA DEPT OF
BUSINESS & PROF REG
C O OFFICE OF GENERAL
COUNSEL
DIVISION OF HOTELS &
RESTAURANTS
1940 N MONROE ST
TALLAHASSEE, FL 32399-2202

Claim Holder Name and Address
STATE OF FLORIDA DEPT OF
BUSINESS & PROF REG
C O OFFICE OF GENERAL COUNSEL
DIVISION OF HOTELS &
RESTAURANTS
1940 N MONROE ST
TALLAHASSEE, FL 32399-2202

Case Number: 08-35653
Docketed Total: $632.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $632.00 | | | | | |

Case Number: 08-35653
Modified Total: $632.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $632.00 |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH Doc 4008 Filed 07/08/09 Entered 07/08/09 09:05:54 Desc Main

Case No. 08-35653 (KRH)  Document Page 73 of 92

Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 615**
Date Filed: 12/08/2008
Docketed Total: $21,846.39
Filing Creditor Name and Address:
 STATESMAN JOURNAL
 PO BOX 13009
 SALEM, OR 97309

Claim Holder Name and Address Case Number: 08-35653
STATESMAN JOURNAL Docketed Total: $21,846.39
PO BOX 13009
SALEM, OR 97309

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $21,846.39 | | | | | |

Case Number: 08-35653
Modified Total: $21,846.39

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $21,846.39 |

---

**Claim: 883**
Date Filed: 12/10/2008
Docketed Total: $168.75
Filing Creditor Name and Address:
 STEUBENVILLE, CITY OF
 310 MARKET ST
 UTILITY OFFICE
 STEUBENVILLE, OH 43952

Claim Holder Name and Address Case Number: 08-35653
STEUBENVILLE, CITY OF Docketed Total: $168.75
310 MARKET ST
UTILITY OFFICE
STEUBENVILLE, OH 43952

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $168.75 | | | | | |

Case Number: 08-35653
Modified Total: $168.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $168.75 |

---

**Claim: 451**
Date Filed: 12/01/2008
Docketed Total: $136.20
Filing Creditor Name and Address:
 SUBURBAN EAST SALEM WATER
 DIST
 3805 LABRANCH ST SE
 SALEM, OR 97317

Claim Holder Name and Address Case Number: 08-35653
SUBURBAN EAST SALEM WATER Docketed Total: $136.20
DIST
3805 LABRANCH ST SE
SALEM, OR 97317

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $136.20 | | | | | |

Case Number: 08-35653
Modified Total: $136.20

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $136.20 |

---

**Claim: 446**
Date Filed: 12/01/2008
Docketed Total: $48.00
Filing Creditor Name and Address:
 SUBURBAN EAST SALEM WATER
 DISTRICT
 3805 LABRANCH STREET SE
 SALEM, OR 97317

Claim Holder Name and Address Case Number: 08-35653
SUBURBAN EAST SALEM WATER Docketed Total: $48.00
DISTRICT
3805 LABRANCH STREET SE
SALEM, OR 97317

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $48.00 | | | | | |

Case Number: 08-35653
Modified Total: $48.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $48.00 |

---

\* "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH   Doc 4008   Filed 07/08/09   Entered 07/08/09 09:05:54   Desc Main
Case No. 08-35653 (KRH)                          Document      Page 74 of 92

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1190**
Date Filed:   12/15/2008
Docketed Total:   $98.34
Filing Creditor Name and Address:
  SUMMIT TOWNSHIP SEWER
  AUTH
  8890 OLD FRENCH RD
  ERIE, PA 16509-5459

Claim Holder Name and Address
  SUMMIT TOWNSHIP SEWER AUTH
  8890 OLD FRENCH RD
  ERIE, PA 16509-5459

Case Number:   08-35653
Docketed Total:   $98.34

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $98.34 | | | | | |

Case Number:   08-35653
Modified Total:   $98.34

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $98.34 |

---

**Claim: 153**
Date Filed:   12/04/2008
Docketed Total:   $7,868.07
Filing Creditor Name and Address:
  SUN GAZETTE CO
  PO BOX 728
  252 WEST FOURTH STREET
  WILLIAMSPORT, PA 17703-0728

Claim Holder Name and Address
  SUN GAZETTE CO
  PO BOX 728
  252 WEST FOURTH STREET
  WILLIAMSPORT, PA 17703-0728

Case Number:   08-35653
Docketed Total:   $7,868.07

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $7,868.07 | | | | | |

Case Number:   08-35653
Modified Total:   $7,868.07

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $7,868.07 |

---

**Claim: 1178**
Date Filed:   12/15/2008
Docketed Total:   $8,880.64
Filing Creditor Name and Address:
  SUN, THE
  PO BOX 271
  YUMA, AZ 85366-0271

Claim Holder Name and Address
  SUN, THE
  PO BOX 271
  YUMA, AZ 85366-0271

Case Number:   08-35653
Docketed Total:   $8,880.64

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $8,880.64 | | | | | |

Case Number:   08-35653
Modified Total:   $8,880.64

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $8,880.64 |

---

**Claim: 971**
Date Filed:   12/19/2008
Docketed Total:   $450.00
Filing Creditor Name and Address:
  SYMMES TOWNSHIP
  9323 UNION CEMETARY RD
  SYMMES TOWNSHIP, OH
  45140-9386

Claim Holder Name and Address
  SYMMES TOWNSHIP
  9323 UNION CEMETARY RD
  SYMMES TOWNSHIP, OH 45140-9386

Case Number:   08-35653
Docketed Total:   $450.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $450.00 | | | | | |

Case Number:   08-35653
Modified Total:   $450.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $450.00 |

---

*     "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 146**
Date Filed:    12/05/2008
Docketed Total:    $70,308.62
Filing Creditor Name and Address:
TAMPA TRIBUNE
PO BOX 85000
MEDIA GENERAL OPERATIONS
RICHMOND, VA 23285-5000

Claim Holder Name and Address    Case Number:    08-35653
TAMPA TRIBUNE    Docketed Total:    $70,308.62
PO BOX 85000
MEDIA GENERAL OPERATIONS
RICHMOND, VA 23285-5000

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $70,308.62 | | | | | |

Case Number:    08-35653
Modified Total:    $70,308.62

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $70,308.62 |

---

**Claim: 865**
Date Filed:    12/08/2008
Docketed Total:    $995.00
Filing Creditor Name and Address:
TAXTALENT COM
1459 STUART ENGALS BLVD
STE 302
MT PLEASANT, SC 29464

Claim Holder Name and Address    Case Number:    08-35653
TAXTALENT COM    Docketed Total:    $995.00
1459 STUART ENGALS BLVD
STE 302
MT PLEASANT, SC 29464

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $995.00 | | | | | |

Case Number:    08-35653
Modified Total:    $995.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $995.00 |

---

**Claim: 638**
Date Filed:    12/08/2008
Docketed Total:    $8,576.93
Filing Creditor Name and Address:
TEMPLE DAILY TELEGRAM
PO BOX 6114
TEMPLE, TX 76503-6114

Claim Holder Name and Address    Case Number:    08-35653
TEMPLE DAILY TELEGRAM    Docketed Total:    $8,576.93
PO BOX 6114
TEMPLE, TX 76503-6114

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $8,576.93 | | | | | |

Case Number:    08-35653
Modified Total:    $8,576.93

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $8,576.93 |

---

**Claim: 11624**
Date Filed:    02/17/2009
Docketed Total:    $0.00
Filing Creditor Name and Address:
TEXAS STORAGE SYSTEMS
9501 MONROE RD
HOUSTON, TX 77075-2551

Claim Holder Name and Address    Case Number:    08-35653
TEXAS STORAGE SYSTEMS    Docketed Total:    UNL
9501 MONROE RD
HOUSTON, TX 77075-2551

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $0.00 | | | | | |

Case Number:    08-35653
Modified Total:    $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

---

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc., et al. Case 08-35653-KRH   Doc 4008   Filed 07/08/09   Entered 07/08/09 09:05:54   Desc Main

Case No. 08-35653 (KRH)

Document     Page 76 of 92

Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 226**
Date Filed: 11/28/2008
Docketed Total: $37,320.66
Filing Creditor Name and Address:
THE BUFFALO NEWS A DIVISION
OF OBH INC
800 RAND BUILDING
14 LAFAYETTE SQ
BUFFALO, NY 14203-1995

Claim Holder Name and Address
THE BUFFALO NEWS A DIVISION OF OBH INC
800 RAND BUILDING
14 LAFAYETTE SQ
BUFFALO, NY 14203-1995

Case Number: 08-35653
Docketed Total: $37,320.66

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $37,320.66 | | | | | |

Case Number: 08-35653
Modified Total: $37,320.66

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $37,320.66 |

---

**Claim: 749**
Date Filed: 12/12/2008
Docketed Total: $56,144.66
Filing Creditor Name and Address:
THE DALLAS MORNING NEWS
INC
PO BOX 660040
DALLAS, TX 75266-0040

Claim Holder Name and Address
THE DALLAS MORNING NEWS INC
PO BOX 660040
DALLAS, TX 75266-0040

Case Number: 08-35653
Docketed Total: $56,144.66

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $56,144.66 | | | | | |

Case Number: 08-35653
Modified Total: $56,144.66

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $56,144.66 |

---

**Claim: 688**
Date Filed: 12/09/2008
Docketed Total: $3,487.19
Filing Creditor Name and Address:
TIMES LEADER, THE
200 S 4TH ST
MARTINS FERRY, OH 43935

Claim Holder Name and Address
TIMES LEADER, THE
200 S 4TH ST
MARTINS FERRY, OH 43935

Case Number: 08-35653
Docketed Total: $3,487.19

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $3,487.19 | | | | | |

Case Number: 08-35653
Modified Total: $3,487.19

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,487.19 |

---

**Claim: 869**
Date Filed: 12/08/2008
Docketed Total: $7,687.44
Filing Creditor Name and Address:
TIMES PUBLISHING CO
PO BOX 120
WICHITA FALLS, TX 76307

Claim Holder Name and Address
TIMES PUBLISHING CO
PO BOX 120
WICHITA FALLS, TX 76307

Case Number: 08-35653
Docketed Total: $7,687.44

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $7,687.44 | | | | | |

Case Number: 08-35653
Modified Total: $7,687.44

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $7,687.44 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main
Case No. 08-35653 (KRH)                     Document       Page 77 of 92

Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 792**
Date Filed: 12/11/2008
Docketed Total: $2,502.00
Filing Creditor Name and Address:
TIMES WEST VIRGINIAN
PO BOX 2530
300 QUINCY ST
FAIRMONT, WV 26555-2530

Claim Holder Name and Address
TIMES WEST VIRGINIAN
PO BOX 2530
300 QUINCY ST
FAIRMONT, WV 26555-2530

Case Number: 08-35653
Docketed Total: $2,502.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,502.00 | | | | | |

Case Number: 08-35653
Modified Total: $2,502.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,502.00 |

**Claim: 1030**
Date Filed: 12/16/2008
Docketed Total: $29,761.49
Filing Creditor Name and Address:
TIMES WORLD CORPORATION
PO BOX 1951
ROANOKE, VA 24008-1951

Claim Holder Name and Address
TIMES WORLD CORPORATION
PO BOX 1951
ROANOKE, VA 24008-1951

Case Number: 08-35653
Docketed Total: $29,761.49

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $29,761.49 | | | | | |

Case Number: 08-35653
Modified Total: $29,761.49

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $29,761.49 |

**Claim: 166**
Date Filed: 12/01/2008
Docketed Total: $4,645.57
Filing Creditor Name and Address:
TOLEDO EDISON
6896 MILLER RD
BRECKSVILLE, OH 44141

Claim Holder Name and Address
TOLEDO EDISON
6896 MILLER RD
BRECKSVILLE, OH 44141

Case Number: 08-35653
Docketed Total: $4,645.57

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $4,645.57 | | | | | |

Case Number: 08-35653
Modified Total: $4,645.57

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,645.57 |

**Claim: 774**
Date Filed: 12/10/2008
Docketed Total: $124,115.94
Filing Creditor Name and Address:
TRIBUNE COMPANY DBA
BALTIMORE SUN
435 N MICHIGAN AVE 3RD FL
CHICAGO, IL 60611

Claim Holder Name and Address
TRIBUNE COMPANY DBA
BALTIMORE SUN
435 N MICHIGAN AVE 3RD FL
CHICAGO, IL 60611

Case Number: 08-35653
Docketed Total: $124,115.94

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $124,115.94 | | | | | |

Case Number: 08-35653
Modified Total: $124,115.94

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $124,115.94 |

\*      "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 1172**
Date Filed:   12/10/2008
Docketed Total:   $40,824.89
Filing Creditor Name and Address:
  TRIBUNE COMPANY DBA DAILY
  PRESS
  435 N MICHIGAN AVE 3RD FL FSC
  CHICAGO, IL 60611

Claim Holder Name and Address

TRIBUNE COMPANY DBA DAILY
PRESS
435 N MICHIGAN AVE 3RD FL FSC
CHICAGO, IL 60611

Case Number:   08-35653
Docketed Total:   $40,824.89

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $40,824.89 | | | | | |

Case Number:   08-35653
Modified Total:   $40,824.89

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $40,824.89 |

---

**Claim: 772**
Date Filed:   12/10/2008
Docketed Total:   $262,766.50
Filing Creditor Name and Address:
  TRIBUNE COMPANY DBA
  NEWSDAY
  435 N MICHIGAN AVE 3RD FL
  CHICAGO, IL 60611

Claim Holder Name and Address

TRIBUNE COMPANY DBA NEWSDAY
435 N MICHIGAN AVE 3RD FL
CHICAGO, IL 60611

Case Number:   08-35653
Docketed Total:   $262,766.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $262,766.50 | | | | | |

Case Number:   08-35653
Modified Total:   $262,766.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $262,766.50 |

---

**Claim: 773**
Date Filed:   12/10/2008
Docketed Total:   $79,340.52
Filing Creditor Name and Address:
  TRIBUNE COMPANY DBA
  ORLANDO SENTINEL
  435 N MICHIGAN AVE 3RD FL
  CHICAGO, IL 60611

Claim Holder Name and Address

TRIBUNE COMPANY DBA ORLANDO
SENTINEL
435 N MICHIGAN AVE 3RD FL
CHICAGO, IL 60611

Case Number:   08-35653
Docketed Total:   $79,340.52

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $79,340.52 | | | | | |

Case Number:   08-35653
Modified Total:   $79,340.52

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $79,340.52 |

---

**Claim: 1173**
Date Filed:   12/10/2008
Docketed Total:   $95,731.94
Filing Creditor Name and Address:
  TRIBUNE COMPANY DBA SUN
  SENTINEL
  435 N MICHIGAN AVE 3RD FL FSC
  CHICAGO, IL 60611

Claim Holder Name and Address

TRIBUNE COMPANY DBA SUN
SENTINEL
435 N MICHIGAN AVE 3RD FL FSC
CHICAGO, IL 60611

Case Number:   08-35653
Docketed Total:   $95,731.94

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $95,731.94 | | | | | |

Case Number:   08-35653
Modified Total:   $95,731.94

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $95,731.94 |

---

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main
Case No. 08-35653 (KRH)                          Document      Page 79 of 92

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1039**
Date Filed:    12/19/2008
Docketed Total:    $3,258.69
Filing Creditor Name and Address:
TUCSON ELECTRIC POWER COMPANY
SENIOR LEGAL COUNSEL
ONE SOUTH CHURCH AVE STE 100
TUCSON, AZ 85701

Claim Holder Name and Address    Case Number: 08-35653
TUCSON ELECTRIC POWER COMPANY    Docketed Total: $3,258.69
SENIOR LEGAL COUNSEL
ONE SOUTH CHURCH AVE STE 100
TUCSON, AZ 85701

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $3,258.69 | | | | | |

Case Number: 08-35653
Modified Total: $3,258.69

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,258.69 |

**Claim: 1040**
Date Filed:    12/19/2008
Docketed Total:    $5,058.91
Filing Creditor Name and Address:
TUCSON ELECTRIC POWER COMPANY
SENIOR LEGAL COUNSEL
ONE SOUTH CHURCH AVE STE 100
TUCSON, AZ 85701

Claim Holder Name and Address    Case Number: 08-35654
TUCSON ELECTRIC POWER COMPANY    Docketed Total: $5,058.91
SENIOR LEGAL COUNSEL
ONE SOUTH CHURCH AVE STE 100
TUCSON, AZ 85701

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $5,058.91 | | | | | |

Case Number: 08-35654
Modified Total: $5,058.91

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $5,058.91 |

**Claim: 606**
Date Filed:    12/04/2008
Docketed Total:    $20,757.60
Filing Creditor Name and Address:
TUCSON NEWSPAPERS
4850 S PARK AVE
TUCSON, AZ 85714

Claim Holder Name and Address    Case Number: 08-35653
TUCSON NEWSPAPERS    Docketed Total: $20,757.60
4850 S PARK AVE
TUCSON, AZ 85714

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $20,757.60 | | | | | |

Case Number: 08-35653
Modified Total: $20,757.60

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $20,757.60 |

**Claim: 1419**
Date Filed:    12/18/2008
Docketed Total:    $21,568.93
Filing Creditor Name and Address:
TULSA WORLD
PO BOX 22129
TULSA, OK 74121-2129

Claim Holder Name and Address    Case Number: 08-35653
TULSA WORLD    Docketed Total: $21,568.93
PO BOX 22129
TULSA, OK 74121-2129

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $21,568.93 | | | | | |

Case Number: 08-35653
Modified Total: $21,568.93

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $21,568.93 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main
Case No. 08-35653 (KRH)    Document    Page 80 of 92    Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1708**
Date Filed:    12/19/2008
Docketed Total:    $6,557.91
Filing Creditor Name and Address:
  TURLOCK IRRIGATION DISTRICT
  P O BOX 819007
  TURLOCK, CA 95381-9007

Claim Holder Name and Address
  TURLOCK IRRIGATION DISTRICT
  P O BOX 819007
  TURLOCK, CA 95381-9007

Case Number:    08-35653
Docketed Total:    $6,557.91

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $6,557.91 | | | | | |

Case Number:    08-35653
Modified Total:    $6,557.91

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $6,557.91 |

---

**Claim: 1168**
Date Filed:    12/10/2008
Docketed Total:    $134,658.28
Filing Creditor Name and Address:
  UNION TRIBUNE PUBLISHING
  PO BOX 121546
  SAN DIEGO, CA 921125546

Claim Holder Name and Address
  UNION TRIBUNE PUBLISHING
  PO BOX 121546
  SAN DIEGO, CA 921125546

Case Number:    08-35654
Docketed Total:    $134,658.28

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $134,658.28 | | | | | |

Case Number:    08-35654
Modified Total:    $134,658.28

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $134,658.28 |

---

**Claim: 668**
Date Filed:    12/08/2008
Docketed Total:    $12,289.09
Filing Creditor Name and Address:
  UNITED ILLUMINATING
  PO BOX 9230
  CHELSEA, MA 02150-9230

Claim Holder Name and Address
  UNITED ILLUMINATING
  PO BOX 9230
  CHELSEA, MA 02150-9230

Case Number:    08-35653
Docketed Total:    $12,289.09

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $12,289.09 | | | | | |

Case Number:    08-35653
Modified Total:    $12,289.09

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $12,289.09 |

---

**Claim: 669**
Date Filed:    12/08/2008
Docketed Total:    $15,647.04
Filing Creditor Name and Address:
  UNITED ILLUMINATING
  PO BOX 9230
  CHELSEA, MA 02150-9230

Claim Holder Name and Address
  UNITED ILLUMINATING
  PO BOX 9230
  CHELSEA, MA 02150-9230

Case Number:    08-35653
Docketed Total:    $15,647.04

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $15,647.04 | | | | | |

Case Number:    08-35653
Modified Total:    $15,647.04

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $15,647.04 |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 670<br>Date Filed:    12/08/2008<br>Docketed Total:      $9,047.77<br>Filing Creditor Name and Address:<br>UNITED ILLUMINATING<br>PO BOX 9230<br>CHELSEA, MA 02150-9230 | Claim Holder Name and Address        Case Number:            08-35653<br><br>UNITED ILLUMINATING            Docketed Total:            **$9,047.77**<br>PO BOX 9230<br>CHELSEA, MA 02150-9230<br><br>503(b)(9)      Reclamation      Admin      Secured      Priority      Unsecured<br>$9,047.77                                                              $9,047.77 | Case Number:            08-35653<br><br>Modified Total:            **$9,047.77**<br><br>503(b)(9)      Reclamation      Admin      Secured      Priority      Unsecured<br>                                                                       $9,047.77 |
| Claim: 1035<br>Date Filed:    12/08/2008<br>Docketed Total:      $8,266.60<br>Filing Creditor Name and Address:<br>UNITED ILLUMINATING<br>PO BOX 9230<br>CHELSEA, MA 02150-9230 | Claim Holder Name and Address        Case Number:            08-35653<br><br>UNITED ILLUMINATING            Docketed Total:            **$8,266.60**<br>PO BOX 9230<br>CHELSEA, MA 02150-9230<br><br>503(b)(9)      Reclamation      Admin      Secured      Priority      Unsecured<br>$8,266.60                                                              $8,266.60 | Case Number:            08-35653<br><br>Modified Total:            **$8,266.60**<br><br>503(b)(9)      Reclamation      Admin      Secured      Priority      Unsecured<br>                                                                       $8,266.60 |
| Claim: 957<br>Date Filed:    12/19/2008<br>Docketed Total:      $5,728.76<br>Filing Creditor Name and Address:<br>UNITED POWER<br>P O BOX 929<br>BRIGHTON, CO 80601-0929 | Claim Holder Name and Address        Case Number:            08-35653<br><br>UNITED POWER            Docketed Total:            **$5,728.76**<br>P O BOX 929<br>BRIGHTON, CO 80601-0929<br><br>503(b)(9)      Reclamation      Admin      Secured      Priority      Unsecured<br>$5,728.76                                                              $5,728.76 | Case Number:            08-35653<br><br>Modified Total:            **$5,728.76**<br><br>503(b)(9)      Reclamation      Admin      Secured      Priority      Unsecured<br>                                                                       $5,728.76 |
| Claim: 1206<br>Date Filed:    12/17/2008<br>Docketed Total:      $14,043.37<br>Filing Creditor Name and Address:<br>UNITIL<br>PO BOX 2013<br>CONCORD, NH 03302-2013 | Claim Holder Name and Address        Case Number:            08-35653<br><br>UNITIL            Docketed Total:            **$14,043.37**<br>PO BOX 2013<br>CONCORD, NH 03302-2013<br><br>503(b)(9)      Reclamation      Admin      Secured      Priority      Unsecured<br>$14,043.37                                                              $14,043.37 | Case Number:            08-35653<br><br>Modified Total:            **$14,043.37**<br><br>503(b)(9)      Reclamation      Admin      Secured      Priority      Unsecured<br>                                                                       $14,043.37 |

\*      "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2029**
Date Filed: 12/30/2008
Docketed Total: $793.76
Filing Creditor Name and Address:
VANGUARD STRIPING
538 E 17TH CIR
LA CENTER, WA 98629

Claim Holder Name and Address
VANGUARD STRIPING
538 E 17TH CIR
LA CENTER, WA 98629

Case Number: 08-35653
Docketed Total: $793.76

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $793.76 | | | | | |

Case Number: 08-35653
Modified Total: $793.76

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $793.76 |

---

**Claim: 927**
Date Filed: 12/16/2008
Docketed Total: $44,578.91
Filing Creditor Name and Address:
VENTURA COUNTY STAR
PO BOX 4899
PORTLAND, OR 97208-4899

Claim Holder Name and Address
VENTURA COUNTY STAR
PO BOX 4899
PORTLAND, OR 97208-4899

Case Number: 08-35653
Docketed Total: $44,578.91

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $44,578.91 | | | | | |

Case Number: 08-35653
Modified Total: $44,578.91

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $44,578.91 |

---

**Claim: 150**
Date Filed: 12/05/2008
Docketed Total: $26,804.57
Filing Creditor Name and Address:
VERO BEACH, CITY OF
PO BOX 1180
UTILITIES
VERO BEACH, FL 32961-1180

Claim Holder Name and Address
VERO BEACH, CITY OF
PO BOX 1180
UTILITIES
VERO BEACH, FL 32961-1180

Case Number: 08-35653
Docketed Total: $26,804.57

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $26,804.57 | | | | | |

Case Number: 08-35653
Modified Total: $26,804.57

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $26,804.57 |

---

**Claim: 786**
Date Filed: 12/11/2008
Docketed Total: $6,820.08
Filing Creditor Name and Address:
VISUAL DEFENCE INC
PO BOX 933294
ATLANTA, GA 31193-3294

Claim Holder Name and Address
VISUAL DEFENCE INC
PO BOX 933294
ATLANTA, GA 31193-3294

Case Number: 08-35660
Docketed Total: $6,820.08

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $6,820.08 | | | | | |

Case Number: 08-35660
Modified Total: $6,820.08

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $6,820.08 |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 1444<br>Date Filed: 12/01/2008<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>WAAY<br>1000 MONTE SANO BLVD<br>HUNTSVILLE, AL 35801 | Claim Holder Name and Address   Case Number: 08-35653<br><br>WAAY<br>1000 MONTE SANO BLVD   Docketed Total: **UNL**<br>HUNTSVILLE, AL 35801<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$0.00 | Case Number: 08-35653<br><br>Modified Total: **$0.00**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$0.00 |
| Claim: 1079<br>Date Filed: 12/19/2008<br>Docketed Total: $2,899.70<br>Filing Creditor Name and Address:<br>WALNUT VALLEY WATER<br>DISTRICT<br>271 SOUTH BREA CANYON ROAD<br>WALNUT, CA 91789 | Claim Holder Name and Address   Case Number: 08-35653<br><br>WALNUT VALLEY WATER DISTRICT<br>271 SOUTH BREA CANYON ROAD   Docketed Total: **$2,899.70**<br>WALNUT, CA 91789<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$2,899.70 | Case Number: 08-35653<br><br>Modified Total: **$2,899.70**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$2,899.70 |
| Claim: 1179<br>Date Filed: 12/15/2008<br>Docketed Total: $9,214.63<br>Filing Creditor Name and Address:<br>WATERBURY REPUBLICAN<br>AMERICA<br>PO BOX 2090<br>WATERBURY, CT 067222090 | Claim Holder Name and Address   Case Number: 08-35653<br><br>WATERBURY REPUBLICAN<br>AMERICA<br>PO BOX 2090   Docketed Total: **$9,214.63**<br>WATERBURY, CT 067222090<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$9,214.63 | Case Number: 08-35653<br><br>Modified Total: **$9,214.63**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$9,214.63 |
| Claim: 1160<br>Date Filed: 12/08/2008<br>Docketed Total: $12,495.00<br>Filing Creditor Name and Address:<br>WBAL TV11<br>PO BOX 73175<br>BALTIMORE, MD 21273 | Claim Holder Name and Address   Case Number: 08-35653<br><br>WBAL TV11<br>PO BOX 73175   Docketed Total: **$12,495.00**<br>BALTIMORE, MD 21273<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$12,495.00 | Case Number: 08-35653<br><br>Modified Total: **$12,495.00**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$12,495.00 |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 802**
Date Filed:   12/11/2008
Docketed Total:   $4,721.75
Filing Creditor Name and Address:
  WBBH
  PO BOX 7578
  FT MYERS, FL 33911-7578

Claim Holder Name and Address          Case Number:          08-35653
WBBH
PO BOX 7578
FT MYERS, FL 33911-7578          Docketed Total:          $4,721.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $4,721.75 | | | | | |

Case Number:          08-35653
Modified Total:          $4,721.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,721.75 |

---

**Claim: 663**
Date Filed:   12/08/2008
Docketed Total:   $6,056.25
Filing Creditor Name and Address:
  WBFF
  2000 W 41ST ST
  BALTIMORE, MD 21211

Claim Holder Name and Address          Case Number:          08-35653
WBFF
2000 W 41ST ST
BALTIMORE, MD 21211          Docketed Total:          $6,056.25

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $6,056.25 | | | | | |

Case Number:          08-35653
Modified Total:          $6,056.25

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $6,056.25 | | | | | $0.00 |

---

**Claim: 1155**
Date Filed:   12/08/2008
Docketed Total:   $7,890.02
Filing Creditor Name and Address:
  WBLS FM
  3 PARK AVE 41ST FL
  NEW YORK, NY 10016

Claim Holder Name and Address          Case Number:          08-35653
WBLS FM
3 PARK AVE 41ST FL
NEW YORK, NY 10016          Docketed Total:          $7,890.02

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $7,890.02 | | | | | |

Case Number:          08-35653
Modified Total:          $7,890.02

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $7,890.02 |

---

**Claim: 1008**
Date Filed:   12/17/2008
Docketed Total:   $3,514.75
Filing Creditor Name and Address:
  WBTJ FM
  PO BOX 402584
  CLEAR CHANNEL
  BROADCASTING
  ATLANTA, GA 30384-2584

Claim Holder Name and Address          Case Number:          08-35653
WBTJ FM
PO BOX 402584
CLEAR CHANNEL BROADCASTING
ATLANTA, GA 30384-2584          Docketed Total:          $3,514.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $3,514.75 | | | | | |

Case Number:          08-35653
Modified Total:          $3,514.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,514.75 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main
Case No. 08-35653 (KRH)                                    Document    Page 85 of 92

Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1218**
Date Filed:   12/17/2008
Docketed Total:   $35,275.00
Filing Creditor Name and Address:
  WCVB
  5 TV PL
  NEEDHAM, MA 02494

| | | | | | | |
|---|---|---|---|---|---|---|
| Claim Holder Name and Address | | Case Number: | | | | 08-35653 |
| WCVB | | Docketed Total: | | | | $35,275.00 |
| 5 TV PL | | | | | | |
| NEEDHAM, MA 02494 | | | | | | |
| 503(b)(9) | Reclamation | Admin | Secured | Priority | | Unsecured |
| $35,275.00 | | | | | | $35,275.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | | | | | | 08-35653 |
| Modified Total: | | | | | | $35,275.00 |
| 503(b)(9) | Reclamation | Admin | Secured | Priority | | Unsecured |
| | | | | | | $35,275.00 |

---

**Claim: 978**
Date Filed:   12/16/2008
Docketed Total:   $9,018.50
Filing Creditor Name and Address:
  WDCW TV
  22264 COLLECTIONS CENTER DR
  CHICAGO, IL 60693

Claim Holder Name and Address  Case Number: 08-35653
WDCW TV  Docketed Total: $9,018.50
22264 COLLECTIONS CENTER DR
CHICAGO, IL 60693
503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured
$9,018.50

Case Number: 08-35653
Modified Total: $9,018.50
503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured
$9,018.50

---

**Claim: 1144**
Date Filed:   12/16/2008
Docketed Total:   $142.72
Filing Creditor Name and Address:
  WEST JORDAN, CITY OF
  8000 S REDWOOD RD
  WEST JORDAN, UT 84088

Claim Holder Name and Address  Case Number: 08-35653
WEST JORDAN, CITY OF  Docketed Total: $142.72
8000 S REDWOOD RD
WEST JORDAN, UT 84088
503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured
$142.72

Case Number: 08-35653
Modified Total: $142.72
503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured
$142.72

---

**Claim: 759**
Date Filed:   12/12/2008
Docketed Total:   $26,435.00
Filing Creditor Name and Address:
  WHDH TV INC
  7 BULFINCH PLACE
  BOSTON, MA 02114-2977

Claim Holder Name and Address  Case Number: 08-35653
WHDH TV INC  Docketed Total: $26,435.00
7 BULFINCH PLACE
BOSTON, MA 02114-2977
503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured
$26,435.00

Case Number: 08-35653
Modified Total: $26,435.00
503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured
$26,435.00

---

\*      "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | **Claim Holder Name and Address** | | **Case Number:** | | | 08-35653 | | **Case Number:** | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 586 | | | | | | | | | | | | |
| Date Filed: 12/04/2008 | WHPT | | **Docketed Total:** | | | **$2,799.99** | | **Modified Total:** | | | | **$2,799.99** |
| Docketed Total: $2,799.99 | 11300 4TH ST N | | | | | | | | | | | |
| Filing Creditor Name and Address: | STE 318 | | | | | | | | | | | |
| WHPT | ST PETERSBURG, FL 33716 | | | | | | | | | | | |
| 11300 4TH ST N | | | | | | | | | | | | |
| STE 318 | **503(b)(9)** | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| ST PETERSBURG, FL 33716 | $2,799.99 | | | | | | | | | | | $2,799.99 |

| | **Claim Holder Name and Address** | | **Case Number:** | | | 08-35653 | | **Case Number:** | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 803 | | | | | | | | | | | | |
| Date Filed: 12/11/2008 | WINCHESTER STAR, THE | | **Docketed Total:** | | | **$10,561.16** | | **Modified Total:** | | | | **$10,561.16** |
| Docketed Total: $10,561.16 | 2 NORTH KENT STREET | | | | | | | | | | | |
| Filing Creditor Name and Address: | WINCHESTER, VA 22601-5098 | | | | | | | | | | | |
| WINCHESTER STAR, THE | | | | | | | | | | | | |
| 2 NORTH KENT STREET | **503(b)(9)** | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| WINCHESTER, VA 22601-5098 | $10,561.16 | | | | | | | | | | | $10,561.16 |

| | **Claim Holder Name and Address** | | **Case Number:** | | | 08-35653 | | **Case Number:** | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 947 | | | | | | | | | | | | |
| Date Filed: 12/19/2008 | WINSTON SALEM JOURNAL | | **Docketed Total:** | | | **$28,179.20** | | **Modified Total:** | | | | **$28,179.20** |
| Docketed Total: $28,179.20 | PO BOX 26549 | | | | | | | | | | | |
| Filing Creditor Name and Address: | RICHMOND, VA 23261-6549 | | | | | | | | | | | |
| WINSTON SALEM JOURNAL | | | | | | | | | | | | |
| PO BOX 26549 | **503(b)(9)** | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| RICHMOND, VA 23261-6549 | $28,179.20 | | | | | | | | | | | $28,179.20 |

| | **Claim Holder Name and Address** | | **Case Number:** | | | 08-35653 | | **Case Number:** | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 1462 | | | | | | | | | | | | |
| Date Filed: 12/16/2008 | WJZY TV | | **Docketed Total:** | | | **$4,148.00** | | **Modified Total:** | | | | **$4,148.00** |
| Docketed Total: $4,148.00 | PO BOX 60953 | | | | | | | | | | | |
| Filing Creditor Name and Address: | CHARLOTTE, NC 28260 | | | | | | | | | | | |
| WJZY TV | | | | | | | | | | | | |
| PO BOX 60953 | **503(b)(9)** | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| CHARLOTTE, NC 28260 | $4,148.00 | | | | | | | | | | | $4,148.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH Doc 4008 Filed 07/08/09 Entered 07/08/09 09:05:54 Desc Main

Case No. 08-35653 (KRH)

Document Page 87 of 92

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 845**
Date Filed: 12/15/2008
Docketed Total: $0.00
Filing Creditor Name and Address:
WKGR FM
3071 CONTINENTAL DR
W PALM BEACH, FL 33407

Claim Holder Name and Address
WKGR FM
3071 CONTINENTAL DR
W PALM BEACH, FL 33407

Case Number: 08-35653
Docketed Total: **UNL**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $0.00 | | | | | |

Case Number: 08-35653
Modified Total: **$0.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

**Claim: 815**
Date Filed: 12/12/2008
Docketed Total: $0.00
Filing Creditor Name and Address:
WKYC TV
1333 LAKESIDE AVE E
CLEVELAND, OH 44114

Claim Holder Name and Address
WKYC TV
1333 LAKESIDE AVE E
CLEVELAND, OH 44114

Case Number: 08-35653
Docketed Total: **UNL**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $0.00 | | | | | |

Case Number: 08-35653
Modified Total: **$0.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

**Claim: 464**
Date Filed: 12/01/2008
Docketed Total: $20,910.00
Filing Creditor Name and Address:
WLS TV
13213 COLLECTIONS CTR DR
CHICAGO, IL 60693

Claim Holder Name and Address
WLS TV
13213 COLLECTIONS CTR DR
CHICAGO, IL 60693

Case Number: 08-35653
Docketed Total: **$20,910.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $20,910.00 | | | | | |

Case Number: 08-35653
Modified Total: **$20,910.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $20,910.00 |

**Claim: 736**
Date Filed: 12/12/2008
Docketed Total: $16,022.50
Filing Creditor Name and Address:
WLVI TV
7 BULFINCH PLACE
BOSTON, MA 02114-2977

Claim Holder Name and Address
WLVI TV
7 BULFINCH PLACE
BOSTON, MA 02114-2977

Case Number: 08-35653
Docketed Total: **$16,022.50**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $16,022.50 | | | | | |

Case Number: 08-35653
Modified Total: **$16,022.50**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $16,022.50 |

\*     "UNL" denotes an unliquidated claim.

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1216**
Date Filed:    12/17/2008
Docketed Total:    $10,540.00
Filing Creditor Name and Address:
   WMUR
   PO BOX 845819
   BOSTON, MA 02284-5819

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| WMUR | Docketed Total: | $10,540.00 |
| PO BOX 845819 | | |
| BOSTON, MA 02284-5819 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $10,540.00 | | | | | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | $10,540.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $10,540.00 |

**Claim: 1469**
Date Filed:    12/16/2008
Docketed Total:    $369.75
Filing Creditor Name and Address:
   WMYT TV
   PO BOX 60953
   CHARLOTTE, NC 28260

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| WMYT TV | Docketed Total: | $369.75 |
| PO BOX 60953 | | |
| CHARLOTTE, NC 28260 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $369.75 | | | | | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | $369.75 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $369.75 |

**Claim: 1162**
Date Filed:    12/08/2008
Docketed Total:    $5,397.50
Filing Creditor Name and Address:
   WNUV TV
   2000 W 41ST ST
   BALTIMORE, MD 21211-1420

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| WNUV TV | Docketed Total: | $5,397.50 |
| 2000 W 41ST ST | | |
| BALTIMORE, MD 21211-1420 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $5,397.50 | | | | | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | $5,397.50 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $5,397.50 |

**Claim: 11720**
Date Filed:    03/09/2009
Docketed Total:    $61,626.00
Filing Creditor Name and Address:
   WPIX TV
   220 E 42ND ST
   NEW YORK, NY 10017

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| WPIX TV | Docketed Total: | $61,626.00 |
| 220 E 42ND ST | | |
| NEW YORK, NY 10017 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $61,626.00 | | | | | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | $61,626.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $61,626.00 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH  Doc 4008  Filed 07/08/09  Entered 07/08/09 09:05:54  Desc Main

Case No. 08-35653 (KRH)

Document  Page 89 of 92

Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1091**
Date Filed: 12/19/2008
Docketed Total: $62,092.50
Filing Creditor Name and Address:
WPIX TV
PO BOX 13813
NEWARK, NJ 071880831

Claim Holder Name and Address
WPIX TV
PO BOX 13831
NEWARK, NJ 071880831

Case Number: 08-35653
Docketed Total: $62,092.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $62,092.50 | | | | | |

Case Number: 08-35653
Modified Total: $62,092.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $62,092.50 |

**Claim: 1057**
Date Filed: 12/15/2008
Docketed Total: $33,579.25
Filing Creditor Name and Address:
WPLG TV
PO BOX 864162
ORLANDO, FL 32886-4162

Claim Holder Name and Address
WPLG TV
PO BOX 864162
ORLANDO, FL 32886-4162

Case Number: 08-35653
Docketed Total: $33,579.25

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $33,579.25 | | | | | |

Case Number: 08-35653
Modified Total: $33,579.25

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $33,579.25 |

**Claim: 672**
Date Filed: 12/08/2008
Docketed Total: $5,163.75
Filing Creditor Name and Address:
WPMT TV
15247 COLLECTIONS CENTER DR
CHICAGO, IL 60693

Claim Holder Name and Address
WPMT TV
15247 COLLECTIONS CENTER DR
CHICAGO, IL 60693

Case Number: 08-35653
Docketed Total: $5,163.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $5,163.75 | | | | | |

Case Number: 08-35653
Modified Total: $5,163.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $5,163.75 |

**Claim: 11816**
Date Filed: 03/20/2009
Docketed Total: $5,877.75
Filing Creditor Name and Address:
WPMT TV
15247 COLLECTIONS CENTER DR
CHICAGO, IL 60693

Claim Holder Name and Address
WPMT TV
15247 COLLECTIONS CENTER DR
CHICAGO, IL 60693

Case Number: 08-35653
Docketed Total: $5,877.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $5,877.75 | | | | | |

Case Number: 08-35653
Modified Total: $5,877.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $5,877.75 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc., et al. Case 08-35653-KRH    Doc 4008    Filed 07/08/09    Entered 07/08/09 09:05:54    Desc Main
Document    Page 90 of 92

Case No. 08-35653 (KRH)

Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 567<br>Date Filed: 12/04/2008<br>Docketed Total: $12,700.00<br>Filing Creditor Name and Address:<br>WTMX FM<br>PO BOX 811100<br>CHICAGO, IL 60681-1100 | Claim Holder Name and Address<br>WTMX FM<br>PO BOX 811100<br>CHICAGO, IL 60681-1100<br><br>Case Number: 08-35653<br>Docketed Total: $12,700.00<br><br>503(b)(9) — Reclamation — Admin — Secured — Priority — Unsecured<br>$12,700.00 $12,700.00 | Case Number: 08-35653<br>Modified Total: $12,700.00<br><br>503(b)(9) — Reclamation — Admin — Secured — Priority — Unsecured<br>$12,700.00 |
| Claim: 1441<br>Date Filed: 12/17/2008<br>Docketed Total: $5,814.00<br>Filing Creditor Name and Address:<br>WTVR FM<br>PO BOX 402584<br>CLEAR CHANNEL<br>BROADCASTING INC<br>ATLANTA, GA 30384-2584 | Claim Holder Name and Address<br>WTVR FM<br>PO BOX 402584<br>CLEAR CHANNEL BROADCASTING INC<br>ATLANTA, GA 30384-2584<br><br>Case Number: 08-35653<br>Docketed Total: $5,814.00<br><br>503(b)(9) — Reclamation — Admin — Secured — Priority — Unsecured<br>$5,814.00 | Case Number: 08-35653<br>Modified Total: $5,814.00<br><br>503(b)(9) — Reclamation — Admin — Secured — Priority — Unsecured<br>$5,814.00 |
| Claim: 1412<br>Date Filed: 12/18/2008<br>Docketed Total: $23,141.25<br>Filing Creditor Name and Address:<br>WTVT TV<br>NEW WORLD<br>COMMUNICATIONS INC<br>PO BOX 100535<br>ATLANTA, GA 30384-0535 | Claim Holder Name and Address<br>WTVT TV<br>NEW WORLD COMMUNICATIONS INC<br>PO BOX 100535<br>ATLANTA, GA 30384-0535<br><br>Case Number: 08-35653<br>Docketed Total: $23,141.25<br><br>503(b)(9) — Reclamation — Admin — Secured — Priority — Unsecured<br>$23,141.25 | Case Number: 08-35653<br>Modified Total: $23,141.25<br><br>503(b)(9) — Reclamation — Admin — Secured — Priority — Unsecured<br>$23,141.25 |
| Claim: 152<br>Date Filed: 12/05/2008<br>Docketed Total: $1,863.75<br>Filing Creditor Name and Address:<br>WTVZ TV<br>900 GRANBY ST<br>NORFOLK, VA 23510 | Claim Holder Name and Address<br>WTVZ TV<br>900 GRANBY ST<br>NORFOLK, VA 23510<br><br>Case Number: 08-35653<br>Docketed Total: $1,863.75<br><br>503(b)(9) — Reclamation — Admin — Secured — Priority — Unsecured<br>$1,863.75 | Case Number: 08-35653<br>Modified Total: $1,863.75<br><br>503(b)(9) — Reclamation — Admin — Secured — Priority — Unsecured<br>$1,863.75 |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11807<br>Date Filed:  03/20/2009<br>Docketed Total:    $8,126.00<br>Filing Creditor Name and Address:<br>WWBT INC<br>PO BOX 12<br>RICHMOND, VA 23218 | Claim Holder Name and Address    Case Number:    08-35653<br>WWBT INC<br>PO BOX 12<br>RICHMOND, VA 23218    Docketed Total:    $8,126.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$8,126.00 | Case Number:    08-35653<br>Modified Total:    $8,126.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$8,126.00 |
| Claim: 1055<br>Date Filed:  12/15/2008<br>Docketed Total:    $2,663.97<br>Filing Creditor Name and Address:<br>WYOMING TRIBUNE EAGLE<br>702 W LINCOLNWAY<br>CHEYENNE, WY 82001-4397 | Claim Holder Name and Address    Case Number:    08-35653<br>WYOMING TRIBUNE EAGLE<br>702 W LINCOLNWAY<br>CHEYENNE, WY 82001-4397    Docketed Total:    $2,663.97<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$2,663.97 | Case Number:    08-35653<br>Modified Total:    $2,663.97<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$2,663.97 |
| Claim: 797<br>Date Filed:  12/11/2008<br>Docketed Total:    $75.05<br>Filing Creditor Name and Address:<br>WYOMING, STATE OF<br>2101 ONEIL AVE RM 101<br>WYOMING CITY CLERKS OFFICE<br>CHEYENNE, WY 82001 | Claim Holder Name and Address    Case Number:    08-35653<br>WYOMING, STATE OF<br>2101 ONEIL AVE RM 101<br>WYOMING CITY CLERKS OFFICE<br>CHEYENNE, WY 82001    Docketed Total:    $75.05<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$75.05 | Case Number:    08-35653<br>Modified Total:    $75.05<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$75.05 |
| Claim: 796<br>Date Filed:  12/11/2008<br>Docketed Total:    $1,479.00<br>Filing Creditor Name and Address:<br>WZVN<br>PO BOX 7087<br>FORT MYERS, FL 33911-7087 | Claim Holder Name and Address    Case Number:    08-35653<br>WZVN<br>PO BOX 7087<br>FORT MYERS, FL 33911-7087    Docketed Total:    $1,479.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,479.00 | Case Number:    08-35653<br>Modified Total:    $1,479.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,479.00 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| | | Total Claims To Be Modified: 347 |
| | | Total Amount As Docketed:    $7,721,009.51 |
| | | Total Amount As Modified:    $7,721,009.51 |

\*     "UNL" denotes an unliquidated claim.