Gregg M. Galardi, Esq.　　　　　　Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.　　　　　Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &　MCGUIREWOODS LLP
FLOM, LLP　　　　　　　　　　　　One James Center
One Rodney Square　　　　　　　　901 E. Cary Street
PO Box 636　　　　　　　　　　　　Richmond, Virginia 23219
Wilmington, Delaware 19899-0636　(804) 775-1000
(302) 651-3000

　　　　　- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - x
In re:　　　　　　　　　　　　　: Chapter 11
　　　　　　　　　　　　　　　　:
CIRCUIT CITY STORES, INC., <u>et</u> : Case No. 08-35653 (KRH)
<u>al</u>.,　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　:
　　　　　　　Debtors.　　　　　: 
　　　　　　　　　　　　　　　　x  Jointly Administered
- - - - - - - - - - - - - - - -

**STIPULATION AND CONSENT ORDER WITHDRAWING
THE DEBTORS' OBJECTION TO THE ORANGE COUNTY
TREASURER-TAX COLLECTOR'S CLAIM WITHOUT PREJUDICE**

　　　Circuit City Stores, Inc. and the above-referenced

debtors and debtors in possession jointly administered under

Case No. 08-35653 (collectively, the "Debtors")[1] and the

_____

1　　　　The Debtors and the last four digits of their respective
 taxpayer identification numbers are as follows: Circuit City Stores,
 Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN,
 Inc. (0875), Ventoux International, Inc. (1838), Circuit City
 Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC

Orange County Treasurer-Tax Collector (the "Claimant") have

stipulated and agreed to the terms and conditions set forth

below:

RECITALS

WHEREAS, on November 10, 2008, the Debtors filed

voluntary petitions under chapter 11 of title 11 of the

United States Code.  Pursuant to an order of the Court

signed on November 10, 2008, the Debtors' chapter 11 cases

have been consolidated for procedural purposes only and are

being jointly administered under Case No. 08-35653;

WHEREAS, on February 4, 2009, the Claimant filed claim

number 11242 ("Claim No. 11242") in the amount of

$112,356.55;

WHEREAS, on March 27, 2009, the Debtors filed their

Second Omnibus Objection to Certain Late 503(b)(9) Claims

(the "Objection"), which objected to, among other claims,

Claim No. 11242;

WHEREAS, on April 29, 2009, the Claimant filed its

---

Distribution Company of Virginia, Inc. (2821), Circuit City Proper
ties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising
Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp.
(0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116),
Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City
Stores PR, LLC (5512). The address for Circuit City Stores West Coast,
Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all
other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia
23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia
23060.

2

Response to Debtors' Second Omnibus Objection to Certain

Late 503(b)(9) Claims asserting that Claim No. 11242 was for

postpetition taxes under 11 U.S.C. § 503(b)(1)(B) and not

under 11 U.S.C. § 503(b)(9).

STIPULATION

    1.    The Debtors and the Claimant stipulate and agree

that the Debtors hereby withdraw their Objection solely as

to Claim No. 11242; provided, however, it is wholly without

prejudice to the Debtors' rights and abilities to object to

Claim No. 11242 on any grounds or bases at any time.

    2.    The Court shall retain jurisdiction over all

matters or disputes concerning this Stipulation and Consent

Order.

Dated:    Richmond, Virginia
          July __, 2009


_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

          - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

          - and -

MCGUIREWOODS LLP

 /s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

*Counsel for Debtors and Debtors in Possession*


     and

 /s/ Laurie A. Shade
Laurie A. Shade
Office of the Orange County Counsel
333 W. Santa Ana Blvd., Suite 407
Santa Ana, California 92702-1379
(714) 834-6297

*Counsel for the Orange County California
Treasurer-Tax Collector*

4

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\9466168.1