Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

- and -

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
333 West Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER ADJOURNING DEBTORS' SIXTH OMNIBUS OBJECTION TO CERTAIN MISCLASSIFIED NON-GOODS 503(b)(9) CLAIMS**

THIS MATTER having come before the Court on the Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (the "Objection"), and it appearing that due and proper notice and service of the Objection has been given in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good and sufficient

and that no other further notice or service of the Objection need be given; and it further appearing that certain parties (the "Responding Claimants") filed responses to the Objection; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The status hearing on the Objection to the claims identified on <u>Exhibit A – Misclassified Non-Goods 503(b)(9) Claims – Adjourned Claims</u> as attached hereto and incorporated herein, is hereby adjourned to **July 23, 2009, at 11:00 a.m. (Eastern)** and may further be adjourned to a future date without further order of the Court.

2. The Debtors shall serve a copy of this Order on the claimants included on <u>Exhibit A</u> to this Order within ten (10) business days from the entry of this Order.

Dated: Richmond, Virginia
       July____, 2009

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

2

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                          __/s/ Douglas M. Foley____
                                          Douglas M. Foley

\9529880.2

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9) Claims - Adjourned

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| AA HOME SERVICES<br>ATTN ANDREW FARLEY<br>570 TRESHAM RD<br>COLUMBUS, OH 43230 | 1220 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): $18,000.00<br>Unsecured:<br>Total: $18,000.00 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ALBEMARLE, COUNTY OF<br>401 MCINTIRE ROAD<br>CHARLOTTESVILLE, VA 229014596 | 944 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): $1,555.35<br>Unsecured:<br>Total: $1,555.35 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CONSUMER VISION LLC<br>2110 UTE COURT<br>ESTES PARK, CO 80517 | 330 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): $71,500.00<br>Unsecured:<br>Total: $71,500.00 | 11/21/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| EASTERN SECURITY CORP<br>419 PARK AVE SOUTH STE 1407<br>NEW YORK, NY 10016 | 1265 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): $146,667.34<br>Unsecured:<br>Total: $146,667.34 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ENFIELD, TOWN OF<br>820 ENFIELD ST<br>ENFIELD, CT 06082 | 1210 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): $5,692.16<br>Unsecured:<br>Total: $5,692.16 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| EZ SPREAD N LIFT INDUSTRIES<br>1815 BUCK RD<br>FEASTERVILLE, PA 19053 | 161 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): $2,700.00<br>Unsecured:<br>Total: $2,700.00 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9) Claims - Adjourned

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| LEE COUNTY TAX COLLECTOR<br>PO BOX 271<br>TUPELO, MS 38802 | 609 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):    $26,898.24<br>Unsecured:<br>Total:    $26,898.24 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LEXINGTON COUNTY TREASURER<br>212 SOUTH LAKE DR<br>LEXINGTON, SC 29072 | 1165 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):    $6,333.70<br>Unsecured:<br>Total:    $6,333.70 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PERFORMANCE PRINTING CORP<br>BOX 96 0175<br>FCC LLC FIRST CAPITAL<br>OKLAHOMA CITY, OK 73196 | 1411 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):    $105,123.80<br>Unsecured:<br>Total:    $105,123.80 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TOUCHPOINT RETAIL DESIGN INC<br>118 E 26TH ST STE 300<br>MINNEAPOLIS, MN 55404 | 1101 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):    $5,131.30<br>Unsecured:<br>Total:    $5,131.30 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TOWNE SQUARE PLAZA<br>C/O GRUBB & ELLIS MGMT SVCS<br>445 S FIGUEROA ST STE 3300<br>LOS ANGELES, CA 90071-1652 | 573 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):    $90,739.25<br>Unsecured:<br>Total:    $90,739.25 | 12/04/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WINN MOTORCOACH<br>1831 WESTWOOD AVE<br>RICHMOND, VA 23227 | 880 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):    $8,820.00<br>Unsecured:<br>Total:    $8,820.00 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9) Claims - Adjourned

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| **Total:** | **12** | **$489,161.14** | | |

\*    "UNL" denotes an unliquidated claim.