Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

              IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
                         RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
              Debtors.      :   Jointly Administered
- - - - - - - - - - - - - - x

         **ORDER ON DEBTORS' SIXTH OMNIBUS OBJECTION TO
       CERTAIN MISCLASSIFIED NON-GOODS 503(b)(9) CLAIMS**

     THIS MATTER having come before the Court on the

Debtors' Sixth Omnibus Objection to Certain Misclassified

Non-Goods 503(b)(9) Claims (the "Objection"), and it

appearing that due and proper notice and service of the

Objection has been given in compliance with Fed. R. Bankr.

P. 3007 and 7004 and LBR 3007-1 and was good and sufficient

and that no other further notice or service of the Objection

need be given; and it appearing that the relief requested on

the Objection is in the best interest of the Debtors, their

estates and creditors, and other parties-in-interest; and

after due deliberation thereon good and sufficient cause

exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.   The Objection is GRANTED.

2.   The Claims identified on Exhibit A – Misclassified

Non-Goods 503(b)(9) Claims – Reclassified Claims as attached

hereto and incorporated herein, are reclassified as general

unsecured non-priority claims; provided however, the

reclassification of the claims on Exhibit A is without

prejudice to the Debtors' rights and abilities to object to

the claims on Exhibit A on any grounds or bases in future

objections.

3.   The Debtors' rights and abilities to object to all

Claims included in the Objections on any grounds or bases

are preserved in their entirety.

4.   The Debtors shall serve a copy of this Order on

the claimants included on Exhibit A to this Order within ten

(10) business days from the entry of this Order.

Dated: Richmond, Virginia
     July_____, 2009

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


        **CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

        Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                        __/s/ Douglas M. Foley____
                        Douglas M. Foley

\9528160.2

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 1102**
Date Filed:   12/19/2008
Docketed Total:    $70,039.99
Filing Creditor Name and Address:
4 NEWBURY DANVERS LLC
2185 WEST DRY CREEK ROAD
HEALDSBURG, CA 95448

Claim Holder Name and Address
4 NEWBURY DANVERS LLC
2185 WEST DRY CREEK ROAD
HEALDSBURG, CA 95448

Case Number: 08-35653
Docketed Total: $70,039.99

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $70,039.99 | | | | | |

Case Number: 08-35653
Modified Total: $70,039.99

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $70,039.99 |

**Claim: 694**
Date Filed:   12/09/2008
Docketed Total:   $2,230.00
Filing Creditor Name and Address:
A & M PEMBERTON PRO INSTALLS
4237 QUAILSHIRE CT
CHESAPEAKE, VA 23321

Claim Holder Name and Address
A & M PEMBERTON PRO INSTALLS
4237 QUAILSHIRE CT
CHESAPEAKE, VA 23321

Case Number: 08-35653
Docketed Total: $2,230.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,230.00 | | | | | |

Case Number: 08-35653
Modified Total: $2,230.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,230.00 |

**Claim: 1480**
Date Filed:   12/16/2008
Docketed Total:   $11,415.00
Filing Creditor Name and Address:
A/V INSTALLATIONS
41 FIRST AVE APT 1
RARITAN, NJ 08869

Claim Holder Name and Address
A/V INSTALLATIONS
41 FIRST AVE APT 1
RARITAN, NJ 08869

Case Number: 08-35653
Docketed Total: $11,415.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $11,415.00 | | | | | |

Case Number: 08-35653
Modified Total: $11,415.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $11,415.00 |

**Claim: 813**
Date Filed:   12/11/2008
Docketed Total:   $17,467.36
Filing Creditor Name and Address:
ABACUS CORP
PO BOX 64743
BALTIMORE, MD 21264-4743

Claim Holder Name and Address
ABACUS CORP
PO BOX 64743
BALTIMORE, MD 21264-4743

Case Number: 08-35653
Docketed Total: $17,467.36

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $17,467.36 | | | | | |

Case Number: 08-35653
Modified Total: $17,467.36

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $17,467.36 |

*    "UNL" denotes an unliquidated claim.

## EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 979**
Date Filed:  12/16/2008
Docketed Total:    $414.41
Filing Creditor Name and Address:
   ABSOLUTE SECURITY AGENCY
   INC
   5515 N 7TH ST STE 5 346
   PHOENIX, AZ 85014

| | | |
|---|---|---|
| Claim Holder Name and Address | Case Number: | 08-35653 |
| ABSOLUTE SECURITY AGENCY INC 5515 N 7TH ST STE 5 346 PHOENIX, AZ 85014 | Docketed Total: | **$414.41** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $414.41 | | | | | |

| | | |
|---|---|---|
| Case Number: | 08-35653 |
| Modified Total: | **$414.41** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $414.41 |

---

**Claim: 896**
Date Filed:  12/10/2008
Docketed Total:    $8,295.00
Filing Creditor Name and Address:
   ACCENT HOMES INC
   14145 BRANDYWINE RD
   BRANDYWINE, MD 20613

| | | |
|---|---|---|
| Claim Holder Name and Address | Case Number: | 08-35653 |
| ACCENT HOMES INC 14145 BRANDYWINE RD BRANDYWINE, MD 20613 | Docketed Total: | **$8,295.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $8,295.00 | | | | | |

| | | |
|---|---|---|
| Case Number: | 08-35653 |
| Modified Total: | **$8,295.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $8,295.00 |

---

**Claim: 1465**
Date Filed:  12/16/2008
Docketed Total:    $10,465.00
Filing Creditor Name and Address:
   ACTION ANTENNA EARTH
   SATELLITE
   4128 WASHINGTON BLVD
   BALTIMORE, MD 21227

| | | |
|---|---|---|
| Claim Holder Name and Address | Case Number: | 08-35653 |
| ACTION ANTENNA EARTH SATELLITE 4128 WASHINGTON BLVD BALTIMORE, MD 21227 | Docketed Total: | **$10,465.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $10,465.00 | | | | | |

| | | |
|---|---|---|
| Case Number: | 08-35653 |
| Modified Total: | **$10,465.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $10,465.00 |

---

**Claim: 729**
Date Filed:  12/12/2008
Docketed Total:    $72,316.27
Filing Creditor Name and Address:
   ACXIOM
   4057 COLLECTION CTR DR
   CHICAGO, IL 60693

| | | |
|---|---|---|
| Claim Holder Name and Address | Case Number: | 08-35653 |
| ACXIOM 4057 COLLECTION CTR DR CHICAGO, IL 60693 | Docketed Total: | **$72,316.27** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $72,316.27 | | | | | |

| | | |
|---|---|---|
| Case Number: | 08-35653 |
| Modified Total: | **$72,316.27** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $72,316.27 |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 1447**
Date Filed:   12/01/2008
Docketed Total:     $0.00
Filing Creditor Name and Address:
ADTECH SOLUTIONS LLC
1880 MCFARLAND RD STE 100
ALPHARETTA, GA 30005

Claim Holder Name and Address
ADTECH SOLUTIONS LLC
1880 MCFARLAND RD STE 100
ALPHARETTA, GA 30005

Case Number:    08-35653
Docketed Total:    **UNL**

Case Number:    08-35653
Modified Total:    **$0.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | | | | | | | | | | | $0.00 |

**Claim: 1351**
Date Filed:   12/19/2008
Docketed Total:     $262.00
Filing Creditor Name and Address:
ADVOCATE OCCUPATIONAL
HEALTH
PO BOX 70003
CHICAGO, IL 60673-0003

Claim Holder Name and Address
ADVOCATE OCCUPATIONAL
HEALTH
PO BOX 70003
CHICAGO, IL 60673-0003

Case Number:    08-35653
Docketed Total:    **$262.00**

Case Number:    08-35653
Modified Total:    **$262.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $262.00 | | | | | | | | | | | $262.00 |

**Claim: 1336**
Date Filed:   12/19/2008
Docketed Total:     $57,507.00
Filing Creditor Name and Address:
AIRS HUMAN CAPITAL
SOLUTIONS INC
58 FOGG FARM RD
WHITE RIVER JUNCTION, VT
05001

Claim Holder Name and Address
AIRS HUMAN CAPITAL SOLUTIONS
INC
58 FOGG FARM RD
WHITE RIVER JUNCTION, VT 05001

Case Number:    08-35653
Docketed Total:    **$57,507.00**

Case Number:    08-35653
Modified Total:    **$57,507.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $57,507.00 | | | | | | | | | | | $57,507.00 |

**Claim: 1435**
Date Filed:   12/17/2008
Docketed Total:     $12,330.89
Filing Creditor Name and Address:
AKAMAI TECHNOLOGIES INC
8 CAMBRIDGE CENTER
CAMBRIDGE, MA 02142

Claim Holder Name and Address
AKAMAI TECHNOLOGIES INC
8 CAMBRIDGE CENTER
CAMBRIDGE, MA 02142

Case Number:    08-35653
Docketed Total:    **$12,330.89**

Case Number:    08-35653
Modified Total:    **$12,330.89**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $12,330.89 | | | | | | | | | | | $12,330.89 |

*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH   Doc 4012   Filed 07/08/09   Entered 07/08/09 09:36:15   Desc Main
Case No. 08-35653 (KRH)                                                    Document     Page 8 of 88                                    Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
                                                                                                                                        Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1260**
Date Filed:   12/18/2008
Docketed Total:   $14,865.00
Filing Creditor Name and Address:
  ALL ABOUT WIRING
  PO BOX 36486
  ROCK HILL, SC 29732

Claim Holder Name and Address
  ALL ABOUT WIRING
  PO BOX 36486
  ROCK HILL, SC 29732
Case Number:   08-35653
Docketed Total:   $14,865.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $14,865.00 | | | | | |

Case Number:   08-35653
Modified Total:   $14,865.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $14,865.00 |

---

**Claim: 571**
Date Filed:   12/04/2008
Docketed Total:   $84.00
Filing Creditor Name and Address:
  ALLIED SYSTEMS INC
  11680 S HARRELS FERRY
  BATON ROUGE, LA 70816

Claim Holder Name and Address
  ALLIED SYSTEMS INC
  11680 S HARRELS FERRY
  BATON ROUGE, LA 70816
Case Number:   08-35653
Docketed Total:   $84.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $84.00 | | | | | |

Case Number:   08-35653
Modified Total:   $84.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $84.00 |

---

**Claim: 527**
Date Filed:   11/25/2008
Docketed Total:   $35,787.30
Filing Creditor Name and Address:
  AMSTAR SAGE WESTMINSTER
  HOLDINGS LLC DBA THE WESTIN
  WESTMINSTER
  10600 WESTMINSTER BLVD
  WESTMINSTER, CO 80020

Claim Holder Name and Address
  AMSTAR SAGE WESTMINSTER
  HOLDINGS LLC DBA THE WESTIN
  WESTMINSTER
  10600 WESTMINSTER BLVD
  WESTMINSTER, CO 80020
Case Number:   08-35653
Docketed Total:   $35,787.30

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $35,787.30 | | | | | |

Case Number:   08-35653
Modified Total:   $35,787.30

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $35,787.30 |

---

**Claim: 16**
Date Filed:   11/19/2008
Docketed Total:   $2,315.00
Filing Creditor Name and Address:
  ANCHOR INSTALLATIONS LLC
  6712 ELMWOOD AVE
  CHEYENNE, WY 82007

Claim Holder Name and Address
  ANCHOR INSTALLATIONS LLC
  6712 ELMWOOD AVE
  CHEYENNE, WY 82007
Case Number:   08-35653
Docketed Total:   $2,315.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,315.00 | | | | | |

Case Number:   08-35653
Modified Total:   $2,315.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,315.00 |

---

*        "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc., et al. Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main

Case No. 08-35653 (KRH)

Document      Page 9 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 607**
Date Filed: 12/04/2008
Docketed Total: $4,096.42
Filing Creditor Name and Address:
ANDERSON COUNTY TREASURER
PO BOX 8002
ANDERSON, SC 29622-8002

Claim Holder Name and Address
ANDERSON COUNTY TREASURER
PO BOX 8002
ANDERSON, SC 29622-8002

Case Number: 08-35653
Docketed Total: $4,096.42

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $4,096.42 | | | | | |

Case Number: 08-35653
Modified Total: $4,096.42

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,096.42 |

---

**Claim: 1399**
Date Filed: 12/19/2008
Docketed Total: $75,171.81
Filing Creditor Name and Address:
APEX SYSTEMS INC
3750 COLLECTIONS CTR DR
CHICAGO, IL 60693

Claim Holder Name and Address
APEX SYSTEMS INC
3750 COLLECTIONS CTR DR
CHICAGO, IL 60693

Case Number: 08-35653
Docketed Total: $75,171.81

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $75,171.81 | | | | | |

Case Number: 08-35653
Modified Total: $75,171.81

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $75,171.81 |

---

**Claim: 1328**
Date Filed: 12/19/2008
Docketed Total: $8,333.33
Filing Creditor Name and Address:
APPLIED PREDICTIVE
TECHNOLOGIES INC
901 N STUART ST STE 1100
ARLINGTON, VA 22203-4141

Claim Holder Name and Address
APPLIED PREDICTIVE
TECHNOLOGIES INC
901 N STUART ST STE 1100
ARLINGTON, VA 22203-4141

Case Number: 08-35653
Docketed Total: $8,333.33

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $8,333.33 | | | | | |

Case Number: 08-35653
Modified Total: $8,333.33

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $8,333.33 |

---

**Claim: 468**
Date Filed: 12/01/2008
Docketed Total: $1,851.86
Filing Creditor Name and Address:
AQUA CHILL INC
PO BOX 24742
TEMPE, AZ 85285-4742

Claim Holder Name and Address
AQUA CHILL INC
PO BOX 24742
TEMPE, AZ 85285-4742

Case Number: 08-35653
Docketed Total: $1,851.86

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,851.86 | | | | | |

Case Number: 08-35653
Modified Total: $1,851.86

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,851.86 |

---

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH   Doc 4012   Filed 07/08/09   Entered 07/08/09 09:36:15   Desc Main
Case No. 08-35653 (KRH)                   Document      Page 10 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 995**
Date Filed: 12/16/2008
Docketed Total: $273.00
Filing Creditor Name and Address:
AQUARIUS COMMUNICATIONS INC
205 11TH AVE N
NAMPA, ID 83687

Claim Holder Name and Address
AQUARIUS COMMUNICATIONS INC
205 11TH AVE N
NAMPA, ID 83687
Case Number: 08-35653
Docketed Total: $273.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $273.00 | | | | | |

Case Number: 08-35653
Modified Total: $273.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $273.00 |

---

**Claim: 925**
Date Filed: 12/19/2008
Docketed Total: $22,969.30
Filing Creditor Name and Address:
AQUENT
711 BOYLSTON ST
BOSTON, MA 02116

Claim Holder Name and Address
AQUENT
711 BOYLSTON ST
BOSTON, MA 02116
Case Number: 08-35653
Docketed Total: $22,969.30

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $22,969.30 | | | | | |

Case Number: 08-35653
Modified Total: $22,969.30

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $22,969.30 |

---

**Claim: 443**
Date Filed: 12/01/2008
Docketed Total: $4,367.81
Filing Creditor Name and Address:
ARKANSAS UNCLAIMED PROPERTY
UNCLAIMED PROPERTY DIVISION
LITTLE ROCK, AR 722011811

Claim Holder Name and Address
ARKANSAS UNCLAIMED PROPERTY
UNCLAIMED PROPERTY DIVISION
LITTLE ROCK, AR 722011811
Case Number: 08-35653
Docketed Total: $4,367.81

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $4,367.81 | | | | | |

Case Number: 08-35653
Modified Total: $4,367.81

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,367.81 |

---

**Claim: 478**
Date Filed: 12/03/2008
Docketed Total: $4,218.78
Filing Creditor Name and Address:
ARTITALIA GROUP INC
11755 RODOLPHE FORGET
MONTREAL, QC H1E 7J8
CANADA

Claim Holder Name and Address
ARTITALIA GROUP INC
11755 RODOLPHE FORGET
MONTREAL, QC H1E 7J8
CANADA
Case Number: 08-35657
Docketed Total: $4,218.78

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $4,218.78 | | | | | |

Case Number: 08-35657
Modified Total: $4,218.78

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,218.78 |

---

\*    "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 943**
Date Filed:    12/19/2008
Docketed Total:    $27,796.41
Filing Creditor Name and Address:
ATTENSITY CORPORATION
178 S RIO GRANDE ST
STE 350
SALT LAKE CITY, UT 84101

Claim Holder Name and Address
ATTENSITY CORPORATION
178 S RIO GRANDE ST
STE 350
SALT LAKE CITY, UT 84101

Case Number:    08-35653
Docketed Total:    $27,796.41

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $27,796.41 | | | | | |

Case Number:    08-35653
Modified Total:    $27,796.41

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $27,796.41 |

---

**Claim: 1050**
Date Filed:    12/11/2008
Docketed Total:    $2,360.00
Filing Creditor Name and Address:
AUDIO INNOVATIONS INC
133 NE 91 ST
KANSAS CITY, MO 64155

Claim Holder Name and Address
AUDIO INNOVATIONS INC
133 NE 91 ST
KANSAS CITY, MO 64155

Case Number:    08-35653
Docketed Total:    $2,360.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,360.00 | | | | | |

Case Number:    08-35653
Modified Total:    $2,360.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,360.00 |

---

**Claim: 972**
Date Filed:    12/19/2008
Docketed Total:    $1,535.00
Filing Creditor Name and Address:
AUDIO VIDEO ARCHITECHS
15 W KERMAN AVE
WHITEBORO, NY 13492

Claim Holder Name and Address
AUDIO VIDEO ARCHITECHS
15 W KERMAN AVE
WHITEBORO, NY 13492

Case Number:    08-35653
Docketed Total:    $1,535.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,535.00 | | | | | |

Case Number:    08-35653
Modified Total:    $1,535.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,535.00 |

---

**Claim: 201**
Date Filed:    12/05/2008
Docketed Total:    $565.00
Filing Creditor Name and Address:
AUDIO VIDEO INSTALLATION
SVCS
PO BOX 13471
EL PASO, TX 79913

Claim Holder Name and Address
AUDIO VIDEO INSTALLATION SVCS
PO BOX 13471
EL PASO, TX 79913

Case Number:    08-35653
Docketed Total:    $565.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $565.00 | | | | | |

Case Number:    08-35653
Modified Total:    $565.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $565.00 |

---

\*    "UNL" denotes an unliquidated claim.

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 202**
Date Filed:    12/05/2008
Docketed Total:    $565.00
Filing Creditor Name and Address:
    AUDIO VIDEO INSTALLATION
    SVCS
    PO BOX 13471
    EL PASO, TX 79913

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| AUDIO VIDEO INSTALLATION SVCS | Docketed Total: | **$565.00** |
| PO BOX 13471 | | |
| EL PASO, TX 79913 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $565.00 | | | | | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | **$565.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $565.00 |

**Claim: 750**
Date Filed:    11/28/2008
Docketed Total:    $35,350.00
Filing Creditor Name and Address:
    AUDIO VIDEO SOLUTIONS
    7225 JONATHAN CR
    SALT LAKE CITY, UT 84121

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| AUDIO VIDEO SOLUTIONS | Docketed Total: | **$35,350.00** |
| 7225 JONATHAN CR | | |
| SALT LAKE CITY, UT 84121 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $35,350.00 | | | | | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | **$35,350.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $35,350.00 |

**Claim: 769**
Date Filed:    12/10/2008
Docketed Total:    $7,380.00
Filing Creditor Name and Address:
    AUTOLAND
    4995 FISHER STREEET
    SAINT LAURENT, QC H4T 1J8
    UNKNOWN

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| AUTOLAND | Docketed Total: | **$7,380.00** |
| 4995 FISHER STREEET | | |
| SAINT LAURENT, QC H4T 1J8 | | |
| UNKNOWN | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $7,380.00 | | | | | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | **$7,380.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $7,380.00 |

**Claim: 1051**
Date Filed:    12/15/2008
Docketed Total:    $40,700.00
Filing Creditor Name and Address:
    AVSAT CONTINENTAL CORP
    4607 48TH AVE
    WOODSIDE, NY 11377

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| AVSAT CONTINENTAL CORP | Docketed Total: | **$40,700.00** |
| 4607 48TH AVE | | |
| WOODSIDE, NY 11377 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $40,700.00 | | | | | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | **$40,700.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $40,700.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED |
|---|---|---|---|

**Claim: 1194**

| | | |
|---|---|---|
| Date Filed: 12/16/2008 | Claim Holder Name and Address | Case Number: 08-35653 |
| Docketed Total: $2,715.00 | BALLARD, WILLIAM | Docketed Total: $2,715.00 |
| Filing Creditor Name and Address: | 1080 ESTES | |
| BALLARD, WILLIAM | FLORISSANT, MO 63031 | |
| 1080 ESTES | | |
| FLORISSANT, MO 63031 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,715.00 | | | | | |

Case Number: 08-35653
Modified Total: $2,715.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,715.00 |

**Claim: 1003**

| | | |
|---|---|---|
| Date Filed: 12/16/2008 | Claim Holder Name and Address | Case Number: 08-35653 |
| Docketed Total: $921.86 | BANNER & WITCOFF LTD | Docketed Total: $921.86 |
| Filing Creditor Name and Address: | 1100 13TH ST NW STE 1200 | |
| BANNER & WITCOFF LTD | WASHINGTON, DC 20005-4051 | |
| 1100 13TH ST NW STE 1200 | | |
| WASHINGTON, DC 20005-4051 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $921.86 | | | | | |

Case Number: 08-35653
Modified Total: $921.86

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $921.86 |

**Claim: 1084**

| | | |
|---|---|---|
| Date Filed: 12/19/2008 | Claim Holder Name and Address | Case Number: 08-35653 |
| Docketed Total: $9,727.35 | BARCODING INCORPORATED | Docketed Total: $9,727.35 |
| Filing Creditor Name and Address: | PO BOX 758653 | |
| BARCODING INCORPORATED | BALTIMORE, MD 21275-8653 | |
| PO BOX 758653 | | |
| BALTIMORE, MD 21275-8653 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $9,727.35 | | | | | |

Case Number: 08-35653
Modified Total: $9,727.35

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $9,727.35 |

**Claim: 383**

| | | |
|---|---|---|
| Date Filed: 12/01/2008 | Claim Holder Name and Address | Case Number: 08-35653 |
| Docketed Total: $343.75 | BASSETT & ASSOCIATES RW | Docketed Total: $343.75 |
| Filing Creditor Name and Address: | 621 E FOSTER AVE | |
| BASSETT & ASSOCIATES RW | ROSELLE, IL 60172 | |
| 621 E FOSTER AVE | | |
| ROSELLE, IL 60172 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $343.75 | | | | | |

Case Number: 08-35653
Modified Total: $343.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $343.75 |

*    "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| Claim: 655 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
|---|---|---|---|---|
| Date Filed: 12/08/2008 | | | | |
| Docketed Total: $70.00 | BATON ROUGE, CITY OF | Docketed Total: $70.00 | | Modified Total: $70.00 |
| Filing Creditor Name and Address: | PO BOX 2406 | | | |
| BATON ROUGE, CITY OF | ATTN LT GOINS | | | |
| PO BOX 2406 | BATON ROUGE, LA 70821 | | | |
| ATTN LT GOINS | | | | |
| BATON ROUGE, LA 70821 | | | | |

| | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $70.00 | | | | | | | | | | | $70.00 |

| Claim: 385 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
|---|---|---|---|---|
| Date Filed: 12/01/2008 | | | | |
| Docketed Total: $556.29 | BEARCOM WIRELESS WORLDWIDE | Docketed Total: $556.29 | | Modified Total: $556.29 |
| Filing Creditor Name and Address: | PO BOX 200600 | | | |
| BEARCOM WIRELESS WORLDWIDE | DALLAS, TX 753200600 | | | |
| PO BOX 200600 | | | | |
| DALLAS, TX 753200600 | | | | |

| | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $556.29 | | | | | | | | | | | $556.29 |

| Claim: 805 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
|---|---|---|---|---|
| Date Filed: 12/11/2008 | | | | |
| Docketed Total: $44,053.75 | BERKSHIRE WEST LLC | Docketed Total: $44,053.75 | | Modified Total: $44,053.75 |
| Filing Creditor Name and Address: | PO BOX 510209 | | | |
| BERKSHIRE WEST LLC | PHILADELPHIA, PA 19175-0209 | | | |
| PO BOX 510209 | | | | |
| PHILADELPHIA, PA 19175-0209 | | | | |

| | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $44,053.75 | | | | | | | | | | | $44,053.75 |

| Claim: 973 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
|---|---|---|---|---|
| Date Filed: 12/19/2008 | | | | |
| Docketed Total: $4,280.67 | BETATRONICS INC | Docketed Total: $4,280.67 | | Modified Total: $4,280.67 |
| Filing Creditor Name and Address: | 2518 MANAKIN RD | | | |
| BETATRONICS INC | MANAKIN SABOT, VA 23103 | | | |
| 2518 MANAKIN RD | | | | |
| MANAKIN SABOT, VA 23103 | | | | |

| | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $4,280.67 | | | | | | | | | | | $4,280.67 |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1032<br>Date Filed:   12/16/2008<br>Docketed Total:   $5,588.30<br>Filing Creditor Name and Address:<br>  BNSF LOGISTICS LLC<br>  2500 LOU MINK DR<br>  FORT WORTH, TX 76151 | Claim Holder Name and Address    Case Number:   08-35653<br>BNSF LOGISTICS LLC<br>2500 LOU MINK DR<br>FORT WORTH, TX 76151<br>Docketed Total:   $5,588.30<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$5,588.30 | Case Number:   08-35653<br>Modified Total:   $5,588.30<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$5,588.30 |
| Claim: 1335<br>Date Filed:   12/19/2008<br>Docketed Total:   $2,370.00<br>Filing Creditor Name and Address:<br>  BONNEY, STEPHANIE<br>  251 REDMOND<br>  FERGUSON, MO 63135 | Claim Holder Name and Address    Case Number:   08-35653<br>BONNEY, STEPHANIE<br>251 REDMOND<br>FERGUSON, MO 63135<br>Docketed Total:   $2,370.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$2,370.00 | Case Number:   08-35653<br>Modified Total:   $2,370.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$2,370.00 |
| Claim: 1426<br>Date Filed:   12/19/2008<br>Docketed Total:   $697.50<br>Filing Creditor Name and Address:<br>  BOWMAN JR, JOHN<br>  2329 ASHLEY PL DR<br>  ST CHARLES, MO 63303 | Claim Holder Name and Address    Case Number:   08-35653<br>BOWMAN JR, JOHN<br>2329 ASHLEY PL DR<br>ST CHARLES, MO 63303<br>Docketed Total:   $697.50<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$697.50 | Case Number:   08-35653<br>Modified Total:   $697.50<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$697.50 |
| Claim: 1247<br>Date Filed:   12/18/2008<br>Docketed Total:   $41,731.03<br>Filing Creditor Name and Address:<br>  BOYER LAKE POINTE, LC<br>  90 SOUTH 400 WEST SUITE 200<br>  LAKE POINTE SHOPPING<br>  CENTER<br>  SALT LAKE CITY, UT 84101 | Claim Holder Name and Address    Case Number:   08-35654<br>BOYER LAKE POINTE, LC<br>90 SOUTH 400 WEST SUITE 200<br>LAKE POINTE SHOPPING CENTER<br>SALT LAKE CITY, UT 84101<br>Docketed Total:   $41,731.03<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$41,731.03 | Case Number:   08-35654<br>Modified Total:   $41,731.03<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$41,731.03 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main

Case No. 08-35653 (KRH)    Document    Page 16 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 444**
Date Filed:   12/01/2008
Docketed Total:     $2,500.00
Filing Creditor Name and Address:
  BOYS & GIRLS CLUBS OF
  HARLINGEN
  PO BOX 1982
  HARLINGEN, TX 78551

Claim Holder Name and Address

BOYS & GIRLS CLUBS OF
HARLINGEN
PO BOX 1982
HARLINGEN, TX 78551

Case Number:    08-35653

Docketed Total:    $2,500.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,500.00 | | | | | |

Case Number:    08-35653

Modified Total:    $2,500.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,500.00 |

---

**Claim: 1140**
Date Filed:   12/16/2008
Docketed Total:     $7,633.90
Filing Creditor Name and Address:
  BRAXTON CLEANING SERVICE
  PO BOX 896
  BEAR, DE 19701

Claim Holder Name and Address

BRAXTON CLEANING SERVICE
PO BOX 896
BEAR, DE 19701

Case Number:    08-35653

Docketed Total:    $7,633.90

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $7,633.90 | | | | | |

Case Number:    08-35653

Modified Total:    $7,633.90

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $7,633.90 |

---

**Claim: 831**
Date Filed:   12/15/2008
Docketed Total:     $27,059.59
Filing Creditor Name and Address:
  BRINKS INC
  PO BOX 101 031
  ATLANTA, GA 30392

Claim Holder Name and Address

BRINKS INC
PO BOX 101 031
ATLANTA, GA 30392

Case Number:    08-35653

Docketed Total:    $27,059.59

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $27,059.59 | | | | | |

Case Number:    08-35653

Modified Total:    $27,059.59

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $27,059.59 |

---

**Claim: 1501**
Date Filed:   12/17/2008
Docketed Total:     $122,351.95
Filing Creditor Name and Address:
  BROTHERS FIVE OF
  JACKSONVILLE
  PO BOX 11407
  BIRMINGHAM, AL 35246-5209

Claim Holder Name and Address

BROTHERS FIVE OF JACKSONVILLE
PO BOX 11407
BIRMINGHAM, AL 35246-5209

Case Number:    08-35653

Docketed Total:    $122,351.95

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $122,351.95 | | | | | |

Case Number:    08-35653

Modified Total:    $122,351.95

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $122,351.95 |

---

*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main
Case No. 08-35653 (KRH)    Document    Page 17 of 88    Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 934**
Date Filed: 12/16/2008
Docketed Total: $26,844.16
Filing Creditor Name and Address:
BROWN PHOTOGRAPHY INC, SCOTT K
10971 EMERALD ROCK LN
MECHANICSVILLE, VA 23116

Claim Holder Name and Address: BROWN PHOTOGRAPHY INC, SCOTT K, 10971 EMERALD ROCK LN, MECHANICSVILLE, VA 23116
Case Number: 08-35653
Docketed Total: $26,844.16
503(b)(9) $26,844.16

Case Number: 08-35653
Modified Total: $26,844.16
Unsecured $26,844.16

**Claim: 812**
Date Filed: 12/11/2008
Docketed Total: $10,500.00
Filing Creditor Name and Address:
BUREAU VERITAS CONSUMER PRODUCTS
100 NORTHPOINTE PKWY
BUFFALO, NY 14228

Claim Holder Name and Address: BUREAU VERITAS CONSUMER PRODUCTS, 100 NORTHPOINTE PKWY, BUFFALO, NY 14228
Case Number: 08-35653
Docketed Total: $10,500.00
503(b)(9) $10,500.00

Modified Total: $10,500.00
Unsecured $10,500.00

**Claim: 503**
Date Filed: 12/01/2008
Docketed Total: $25,235.00
Filing Creditor Name and Address:
BUSINESS TO BUSINESS SOLUTIONS
3420 PUMP RD NO 406
RICHMOND, VA 23233-1111

Claim Holder Name and Address: BUSINESS TO BUSINESS SOLUTIONS, 3420 PUMP RD NO 406, RICHMOND, VA 23233-1111
Case Number: 08-35653
Docketed Total: $25,235.00
503(b)(9) $25,235.00

Modified Total: $25,235.00
Unsecured $25,235.00

**Claim: 1339**
Date Filed: 12/17/2008
Docketed Total: $0.00
Filing Creditor Name and Address:
BYRNE, CHERYL L
16588 WELLINGTON LAKES CIR
FT MYERS, FL 33908

Claim Holder Name and Address: BYRNE, CHERYL L, 16588 WELLINGTON LAKES CIR, FT MYERS, FL 33908
Case Number: 08-35653
Docketed Total: UNL
503(b)(9) $0.00

Modified Total: $0.00
Unsecured $0.00

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main
Case No. 08-35653 (KRH)    Document    Page 18 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 619**
Date Filed: 12/08/2008
Docketed Total: $964.98
Filing Creditor Name and Address:
CABELL COUNTY COMMUNITY SVCS
724 TENTH AVE
HUNTINGTON, WV 25701

Claim Holder Name and Address | Case Number: 08-35653
CABELL COUNTY COMMUNITY SVCS
724 TENTH AVE
HUNTINGTON, WV 25701
Docketed Total: $964.98

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $964.98 | | | | | |

Case Number: 08-35653
Modified Total: $964.98

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $964.98 |

---

**Claim: 1004**
Date Filed: 12/16/2008
Docketed Total: $276.50
Filing Creditor Name and Address:
CALHOUN COUNTY TAX COLLECTOR
1702 NOBLE ST STE 107
ANNISTON, AL 36201

Claim Holder Name and Address | Case Number: 08-35653
CALHOUN COUNTY TAX COLLECTOR
1702 NOBLE ST STE 107
ANNISTON, AL 36201
Docketed Total: $276.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $276.50 | | | | | |

Case Number: 08-35653
Modified Total: $276.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $276.50 |

---

**Claim: 1036**
Date Filed: 12/19/2008
Docketed Total: $36,645.00
Filing Creditor Name and Address:
CAMPBELL PROPERTIES LP
1415 N LILAC DR STE 120
MINNEAPOLIS, MN 55422

Claim Holder Name and Address | Case Number: 08-35653
CAMPBELL PROPERTIES LP
1415 N LILAC DR STE 120
MINNEAPOLIS, MN 55422
Docketed Total: $36,645.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $36,645.00 | | | | | |

Case Number: 08-35653
Modified Total: $36,645.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $36,645.00 |

---

**Claim: 722**
Date Filed: 12/09/2008
Docketed Total: $33,036.37
Filing Creditor Name and Address:
CAPARRA CENTER ASSOCIATES, S E
PO BOX 9506
ATTN HUMBERTO
CHARNECO/ROBERTO GONZALEZ
SAN JUAN, PR 00908-9506

Claim Holder Name and Address | Case Number: 08-35660
CAPARRA CENTER ASSOCIATES, S E
PO BOX 9506
ATTN HUMBERTO
CHARNECO/ROBERTO GONZALEZ
SAN JUAN, PR 00908-9506
Docketed Total: $33,036.37

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $33,036.37 | | | | | |

Case Number: 08-35660
Modified Total: $33,036.37

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $33,036.37 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main
Case No. 08-35653 (KRH)                        Document    Page 19 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 598**
Date Filed:    12/04/2008
Docketed Total:    $7,659.35
Filing Creditor Name and Address:
  CARRERA ARQUITECTOS PSC
  ACUARELA 100
  STE 301
  GUAYNOBO, PR 00969

Claim Holder Name and Address
  CARRERA ARQUITECTOS PSC
  ACUARELA 100
  STE 301
  GUAYNOBO, PR 00969

Case Number:    08-35653
Docketed Total:    $7,659.35

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $7,659.35 | | | | | |

Case Number:    08-35653
Modified Total:    $7,659.35

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $7,659.35 |

---

**Claim: 1024**
Date Filed:    12/19/2008
Docketed Total:    $47,642.28
Filing Creditor Name and Address:
  CC INVESTORS 1995 1
  130 W 2ND ST STE 1520
  DAYTON, OH 45402-1519

Claim Holder Name and Address
  CC INVESTORS 1995 1
  130 W 2ND ST STE 1520
  DAYTON, OH 45402-1519

Case Number:    08-35653
Docketed Total:    $47,642.28

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $47,642.28 | | | | | |

Case Number:    08-35653
Modified Total:    $47,642.28

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $47,642.28 |

---

**Claim: 1023**
Date Filed:    12/19/2008
Docketed Total:    $43,558.65
Filing Creditor Name and Address:
  CC INVESTORS 1995 5
  7925 GRACELAND ST
  DAYTON, OH 45459-3834

Claim Holder Name and Address
  CC INVESTORS 1995 5
  7925 GRACELAND ST
  DAYTON, OH 45459-3834

Case Number:    08-35653
Docketed Total:    $43,558.65

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $43,558.65 | | | | | |

Case Number:    08-35653
Modified Total:    $43,558.65

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $43,558.65 |

---

**Claim: 682**
Date Filed:    12/09/2008
Docketed Total:    $424.26
Filing Creditor Name and Address:
  CE INTERACTIVE, INC
  150 WEST 28TH STREET
  SUITE 404
  NEW YORK, NY 10001

Claim Holder Name and Address
  CE INTERACTIVE, INC
  150 WEST 28TH STREET
  SUITE 404
  NEW YORK, NY 10001

Case Number:    08-35653
Docketed Total:    $424.26

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $424.26 | | | | | |

Case Number:    08-35653
Modified Total:    $424.26

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $424.26 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main

Case No. 08-35653 (KRH)                    Document    Page 20 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1461**
Date Filed: 12/16/2008
Docketed Total: $160.50
Filing Creditor Name and Address:
CEJKA, AUREA
6146 ROCKEFELLER AVE
SARASOTA, FL 34231

Claim Holder Name and Address
CEJKA, AUREA
6146 ROCKEFELLER AVE
SARASOTA, FL 34231
Case Number: 08-35653
Docketed Total: $160.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $160.50 | | | | | |

Case Number: 08-35653
Modified Total: $160.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $160.50 |

**Claim: 1027**
Date Filed: 12/19/2008
Docketed Total: $4,764.00
Filing Creditor Name and Address:
CENTRAL PARKING SYSTEM INC
PO BOX 790402
ACCT 0700149 1000
ST LOUIS, MO 63179-0402

Claim Holder Name and Address
CENTRAL PARKING SYSTEM INC
PO BOX 790402
ACCT 0700149 1000
ST LOUIS, MO 63179-0402
Case Number: 08-35653
Docketed Total: $4,764.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $4,764.00 | | | | | |

Case Number: 08-35653
Modified Total: $4,764.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,764.00 |

**Claim: 955**
Date Filed: 12/19/2008
Docketed Total: $3,990.00
Filing Creditor Name and Address:
CHANNEL INTELLIGENCE INC
1180 CELEBRATION BLVD STE 101
CELEBRATION, FL 34747

Claim Holder Name and Address
CHANNEL INTELLIGENCE INC
1180 CELEBRATION BLVD STE 101
CELEBRATION, FL 34747
Case Number: 08-35653
Docketed Total: $3,990.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $3,990.00 | | | | | |

Case Number: 08-35653
Modified Total: $3,990.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,990.00 |

**Claim: 1326**
Date Filed: 12/19/2008
Docketed Total: $22,097.50
Filing Creditor Name and Address:
CHASE HOME THEATER
SOLUTIONS
15362 BODMAN RD
MT ORAB, OH 45154

Claim Holder Name and Address
CHASE HOME THEATER SOLUTIONS
15362 BODMAN RD
MT ORAB, OH 45154
Case Number: 08-35653
Docketed Total: $22,097.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $22,097.50 | | | | | |

Case Number: 08-35653
Modified Total: $22,097.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $22,097.50 |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 848**
Date Filed:   12/15/2008
Docketed Total:   $484.84
Filing Creditor Name and Address:
  CHUCKS AUTO & TRUCK REPAIR
  240 N I ST
  LIVERMORE, CA 94551-3808

Claim Holder Name and Address
  CHUCKS AUTO & TRUCK REPAIR
  240 N I ST
  LIVERMORE, CA 94551-3808
Case Number:   08-35653
Docketed Total:   $484.84

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $484.84 | | | | | |

Case Number:   08-35653
Modified Total:   $484.84

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $484.84 |

---

**Claim: 740**
Date Filed:   12/12/2008
Docketed Total:   $2,715.00
Filing Creditor Name and Address:
  CINEMA PROS INSTALLATIONS
  10320 HIDDEN OAK DR
  SUNLAND, CA 91040

Claim Holder Name and Address
  CINEMA PROS INSTALLATIONS
  10320 HIDDEN OAK DR
  SUNLAND, CA 91040
Case Number:   08-35653
Docketed Total:   $2,715.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,715.00 | | | | | |

Case Number:   08-35653
Modified Total:   $2,715.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,715.00 |

---

**Claim: 1025**
Date Filed:   12/19/2008
Docketed Total:   $59,687.50
Filing Creditor Name and Address:
  CIRCUIT INVESTORS COLORADO
  LIMITED PARTNERSHIP
  7925 GRACELAND ST
  DAYTON, OH 45459-3834

Claim Holder Name and Address
  CIRCUIT INVESTORS COLORADO
  LIMITED PARTNERSHIP
  7925 GRACELAND ST
  DAYTON, OH 45459-3834
Case Number:   08-35653
Docketed Total:   $59,687.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $59,687.50 | | | | | |

Case Number:   08-35653
Modified Total:   $59,687.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $59,687.50 |

---

**Claim: 1369**
Date Filed:   12/17/2008
Docketed Total:   $7,812.00
Filing Creditor Name and Address:
  CJM MANAGEMENT COMPANY
  4198 ORCHARD LAKE RD
  STE 250
  ORCHARD LAKE, MI 48323-1644

Claim Holder Name and Address
  CJM MANAGEMENT COMPANY
  4198 ORCHARD LAKE RD
  STE 250
  ORCHARD LAKE, MI 48323-1644
Case Number:   08-35653
Docketed Total:   $7,812.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $7,812.00 | | | | | |

Case Number:   08-35653
Modified Total:   $7,812.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $7,812.00 |

---

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc., et al. Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main
Case No. 08-35653 (KRH)                          Document      Page 22 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 470<br>Date Filed: 12/01/2008<br>Docketed Total: $637.00<br>Filing Creditor Name and Address:<br>CLARKSVILLE, CITY OF<br>PO BOX 928<br>CLARKSVILLE, TN 37041 | Claim Holder Name and Address  Case Number: 08-35653<br>CLARKSVILLE, CITY OF<br>PO BOX 928     Docketed Total: $637.00<br>CLARKSVILLE, TN 37041<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$637.00 — — — — — | Case Number: 08-35653<br>Modified Total: $637.00<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>— — — — — $637.00 |
| Claim: 510<br>Date Filed: 12/01/2008<br>Docketed Total: $23,571.96<br>Filing Creditor Name and Address:<br>CLAYTON COUNTY<br>121 S MCDONOUGH ST TAX COMM<br>COURTHOUSE ANNEX 3 2ND FL<br>JONESBORO, GA 30236 | Claim Holder Name and Address  Case Number: 08-35653<br>CLAYTON COUNTY<br>121 S MCDONOUGH ST TAX COMM  Docketed Total: $23,571.96<br>COURTHOUSE ANNEX 3 2ND FL<br>JONESBORO, GA 30236<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$23,571.96 — — — — — | Case Number: 08-35653<br>Modified Total: $23,571.96<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>— — — — — $23,571.96 |
| Claim: 1105<br>Date Filed: 12/09/2008<br>Docketed Total: $150.00<br>Filing Creditor Name and Address:<br>CLINTS TV<br>4311 FAITH RD<br>WICHITA FALLS, TX 76308 | Claim Holder Name and Address  Case Number: 08-35653<br>CLINTS TV<br>4311 FAITH RD     Docketed Total: $150.00<br>WICHITA FALLS, TX 76308<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$150.00 — — — — — | Case Number: 08-35653<br>Modified Total: $150.00<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>— — — — — $150.00 |
| Claim: 714<br>Date Filed: 12/01/2008<br>Docketed Total: $100.00<br>Filing Creditor Name and Address:<br>COLIERVILLE POLICE ALARM<br>156 N ROWLETT ST<br>COLLIERVILLE, TN 38017 | Claim Holder Name and Address  Case Number: 08-35653<br>COLIERVILLE POLICE ALARM<br>156 N ROWLETT ST     Docketed Total: $100.00<br>COLLIERVILLE, TN 38017<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$100.00 — — — — — | Case Number: 08-35653<br>Modified Total: $100.00<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>— — — — — $100.00 |

\*    "UNL" denotes an unliquidated claim.

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 804**
Date Filed:   12/11/2008
Docketed Total:    $101,393.04
Filing Creditor Name and Address:
 COLONNADE, LLC
 C/O ALLIED PROPERTIES
 P O BOX 510304
 PHILADELPHIA, PA 19175-0304

Claim Holder Name and Address    Case Number:    08-35653
 COLONNADE, LLC
 C/O ALLIED PROPERTIES    Docketed Total:    $101,393.04
 P O BOX 510304
 PHILADELPHIA, PA 19175-0304

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $101,393.04 | | | | | |

Case Number:    08-35653
Modified Total:    $101,393.04

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $101,393.04 |

**Claim: 1274**
Date Filed:   12/18/2008
Docketed Total:    $8,691.00
Filing Creditor Name and Address:
 COMMUNICATION AMERICA
 INC
 4214 CANONGATE CT
 SPRINGHILL, FL 34609

Claim Holder Name and Address    Case Number:    08-35653
 COMMUNICATION AMERICA INC    Docketed Total:    $8,691.00
 4214 CANONGATE CT
 SPRINGHILL, FL 34609

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $8,691.00 | | | | | |

Case Number:    08-35653
Modified Total:    $8,691.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $8,691.00 |

**Claim: 1270**
Date Filed:   12/18/2008
Docketed Total:   $7,300.00
Filing Creditor Name and Address:
 COMMUNICATIONS WIRING INC
 14390 ADAMSVILLE RD
 GREENWOOD, DE 19950

Claim Holder Name and Address    Case Number:    08-35653
 COMMUNICATIONS WIRING INC    Docketed Total:    $7,300.00
 14390 ADAMSVILLE RD
 GREENWOOD, DE 19950

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $7,300.00 | | | | | |

Case Number:    08-35653
Modified Total:    $7,300.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $7,300.00 |

**Claim: 337**
Date Filed:   11/21/2008
Docketed Total:    $0.00
Filing Creditor Name and Address:
 COMPACT POWER SYSTEMS
 7801 HAYVENHURST
 VAN NUYS, CA 91406

Claim Holder Name and Address    Case Number:    08-35653
 COMPACT POWER SYSTEMS    Docketed Total:    UNL
 7801 HAYVENHURST
 VAN NUYS, CA 91406

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $0.00 | | | | | |

Case Number:    08-35653
Modified Total:    $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main
Case No. 08-35653 (KRH)                    Document    Page 24 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 1452**
Date Filed: 12/16/2008
Docketed Total: $38,547.60
Filing Creditor Name and Address:
COMPUTER ASSOCIATES
1 COMPUTER ASSOCIATES PLZ
ISLANDIA, NY 117887000

Claim Holder Name and Address — Case Number: 08-35653
COMPUTER ASSOCIATES
1 COMPUTER ASSOCIATES PLZ
ISLANDIA, NY 117887000 — Docketed Total: $38,547.60

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $38,547.60 | | | | | |

Case Number: 08-35653
Modified Total: $38,547.60

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $38,547.60 |

---

**Claim: 233**
Date Filed: 11/28/2008
Docketed Total: $0.00
Filing Creditor Name and Address:
COMPUTER RESOURCES &
TRAINING
60 MONTE VISTA DRIVE
WAYNESVILLE, NC 28786

Claim Holder Name and Address — Case Number: 08-35653
COMPUTER RESOURCES &
TRAINING
60 MONTE VISTA DRIVE
WAYNESVILLE, NC 28786 — Docketed Total: UNL

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $0.00 | | | | | |

Case Number: 08-35653
Modified Total: $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

---

**Claim: 1063**
Date Filed: 12/19/2008
Docketed Total: $34,000.00
Filing Creditor Name and Address:
CONTAINERFREIGHT EIT LLC
PO BOX 92829
LONG BEACH, CA 90809-2829

Claim Holder Name and Address — Case Number: 08-35653
CONTAINERFREIGHT EIT LLC
PO BOX 92829
LONG BEACH, CA 90809-2829 — Docketed Total: $34,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $34,000.00 | | | | | |

Case Number: 08-35653
Modified Total: $34,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $34,000.00 |

---

**Claim: 1092**
Date Filed: 12/19/2008
Docketed Total: $35,150.00
Filing Creditor Name and Address:
CONVERGYS LEARNING
SOLUTIONS
1450 SOLUTIONS CTR
CHICAGO, IL 60677-1009

Claim Holder Name and Address — Case Number: 08-35653
CONVERGYS LEARNING SOLUTIONS
1450 SOLUTIONS CTR
CHICAGO, IL 60677-1009 — Docketed Total: $35,150.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $35,150.00 | | | | | |

Case Number: 08-35653
Modified Total: $35,150.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $35,150.00 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc., et al. Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main
Case No. 08-35653 (KRH)                                                   Document        Page 25 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1445**
Date Filed: 11/28/2008
Docketed Total: $0.00
Filing Creditor Name and Address:
COPIAH COUNTY CIRCUIT COURT
PO BOX 467
HAZLEHURST, MS 39083

Claim Holder Name and Address
COPIAH COUNTY CIRCUIT COURT
PO BOX 467
HAZLEHURST, MS 39083
Case Number: 08-35653
Docketed Total: UNL

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $0.00 | | | | | |

Case Number: 08-35653
Modified Total: $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

**Claim: 183**
Date Filed: 12/05/2008
Docketed Total: $17,641.45
Filing Creditor Name and Address:
CORPORATE GRAPHICS INTERNATIONAL
1885 NORTHWAY DR
N MANKATO, MN 56003

Claim Holder Name and Address
CORPORATE GRAPHICS INTERNATIONAL
1885 NORTHWAY DR
N MANKATO, MN 56003
Case Number: 08-35653
Docketed Total: $17,641.45

503(b)(9): $17,641.45

Case Number: 08-35653
Modified Total: $17,641.45
Unsecured: $17,641.45

**Claim: 984**
Date Filed: 12/17/2008
Docketed Total: $116,008.00
Filing Creditor Name and Address:
CORPORATE PROPERTY DISPOSITIONS
300 GALLERIA PKWY 12TH FL
ATLANTA, GA 30339

Claim Holder Name and Address
CORPORATE PROPERTY DISPOSITIONS
300 GALLERIA PKWY 12TH FL
ATLANTA, GA 30339
Case Number: 08-35653
Docketed Total: $116,008.00

503(b)(9): $116,008.00

Case Number: 08-35653
Modified Total: $116,008.00
Unsecured: $116,008.00

**Claim: 384**
Date Filed: 12/02/2008
Docketed Total: $2,935.27
Filing Creditor Name and Address:
CRANSTON, CITY OF
CITY HALL
CRANSTON, RI 02910

Claim Holder Name and Address
CRANSTON, CITY OF
CITY HALL
CRANSTON, RI 02910
Case Number: 08-35653
Docketed Total: $2,935.27

503(b)(9): $2,935.27

Case Number: 08-35653
Modified Total: $2,935.27
Unsecured: $2,935.27

\*    "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 890**
Date Filed: 12/10/2008
Docketed Total: $2,935.27
Filing Creditor Name and Address:
CRANSTON, CITY OF
TAX COLLECTOR
PO BOX 1177
PROVIDENCE, RI 02901

Claim Holder Name and Address
CRANSTON, CITY OF
TAX COLLECTOR
PO BOX 1177
PROVIDENCE, RI 02901

Case Number: 08-35653
Docketed Total: $2,935.27

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,935.27 | | | | | |

Case Number: 08-35653
Modified Total: $2,935.27

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,935.27 |

---

**Claim: 634**
Date Filed: 12/08/2008
Docketed Total: $5,810.00
Filing Creditor Name and Address:
CRAWFORD COMMUNICATIONS INC
925 WOODSIDE DR
DELAND, FL 32720

Claim Holder Name and Address
CRAWFORD COMMUNICATIONS INC
925 WOODSIDE DR
DELAND, FL 32720

Case Number: 08-35653
Docketed Total: $5,810.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $5,810.00 | | | | | |

Case Number: 08-35653
Modified Total: $5,810.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $5,810.00 |

---

**Claim: 1705**
Date Filed: 12/08/2008
Docketed Total: $5,810.00
Filing Creditor Name and Address:
CRAWFORD COMMUNICATIONS INC
925 WOODSIDE DR
DELAND, FL 32720

Claim Holder Name and Address
CRAWFORD COMMUNICATIONS INC
925 WOODSIDE DR
DELAND, FL 32720

Case Number: 08-35653
Docketed Total: $5,810.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $5,810.00 | | | | | |

Case Number: 08-35653
Modified Total: $5,810.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $5,810.00 |

---

**Claim: 581**
Date Filed: 12/04/2008
Docketed Total: $19,148.25
Filing Creditor Name and Address:
CRS INC
PO BOX 2046
3810 MONROE ANSONVILLE RD
MONROE, NC 28111

Claim Holder Name and Address
CRS INC
PO BOX 2046
3810 MONROE ANSONVILLE RD
MONROE, NC 28111

Case Number: 08-35653
Docketed Total: $19,148.25

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $19,148.25 | | | | | |

Case Number: 08-35653
Modified Total: $19,148.25

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $19,148.25 |

---

*        "UNL" denotes an unliquidated claim.

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 487**
Date Filed: 12/01/2008
Docketed Total: $1,605.00
Filing Creditor Name and Address:
CRYSTAL ROCK BOTTLED WATER
1050 BUCKINGHAM ST
WATERTOWN, CT 06795-0998

Claim Holder Name and Address — Case Number: 08-35653
CRYSTAL ROCK BOTTLED WATER
1050 BUCKINGHAM ST
WATERTOWN, CT 06795-0998
Docketed Total: $1,605.00
503(b)(9) $1,605.00 | Reclamation | Admin | Secured | Priority | Unsecured

Case Number: 08-35653
Modified Total: $1,605.00
503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured $1,605.00

**Claim: 942**
Date Filed: 12/19/2008
Docketed Total: $564.74
Filing Creditor Name and Address:
CRYSTAL SPRINGS WATER
2151B DELAWARE AVE
SANTA CRUZ, CA 95060

Claim Holder Name and Address — Case Number: 08-35653
CRYSTAL SPRINGS WATER
2151B DELAWARE AVE
SANTA CRUZ, CA 95060
Docketed Total: $564.74
503(b)(9) $564.74 | Reclamation | Admin | Secured | Priority | Unsecured

Case Number: 08-35653
Modified Total: $564.74
503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured $564.74

**Claim: 819**
Date Filed: 12/12/2008
Docketed Total: $343.05
Filing Creditor Name and Address:
CULLIGAN DAYTONA BEACH
PO BOX 9307
DAYTONA BEACH, FL 32120

Claim Holder Name and Address — Case Number: 08-35653
CULLIGAN DAYTONA BEACH
PO BOX 9307
DAYTONA BEACH, FL 32120
Docketed Total: $343.05
503(b)(9) $343.05 | Reclamation | Admin | Secured | Priority | Unsecured

Case Number: 08-35653
Modified Total: $343.05
503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured $343.05

**Claim: 808**
Date Filed: 12/11/2008
Docketed Total: $4,627.00
Filing Creditor Name and Address:
CUSHMAN & WAKEFIELD OF
ILLINOIS INC
455 N CITYFRONT PLZ DR STE
2800
CHICAGO, IL 60611-5555

Claim Holder Name and Address — Case Number: 08-35653
CUSHMAN & WAKEFIELD OF
ILLINOIS INC
455 N CITYFRONT PLZ DR STE 2800
CHICAGO, IL 60611-5555
Docketed Total: $4,627.00
503(b)(9) $4,627.00 | Reclamation | Admin | Secured | Priority | Unsecured

Case Number: 08-35653
Modified Total: $4,627.00
503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured $4,627.00

*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 864**
Date Filed: 12/08/2008
Docketed Total: $15,459.21
Filing Creditor Name and Address:
CUSTOM DIESEL SERVICE INC
1513 25 E JONATHON ST
ALLENTOWN, PA 18109

Claim Holder Name and Address
CUSTOM DIESEL SERVICE INC
1513 25 E JONATHON ST
ALLENTOWN, PA 18109

Case Number: 08-35653
Docketed Total: $15,459.21

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $15,459.21 | | | | | |

Case Number: 08-35653
Modified Total: $15,459.21

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $15,459.21 |

---

**Claim: 918**
Date Filed: 12/19/2008
Docketed Total: $2,805.00
Filing Creditor Name and Address:
CUSTOM SYSTEMS INSTALLATION
2700 S TAYLOR
AMARILLO, TX 79109

Claim Holder Name and Address
CUSTOM SYSTEMS INSTALLATION
2700 S TAYLOR
AMARILLO, TX 79109

Case Number: 08-35653
Docketed Total: $2,805.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,805.00 | | | | | |

Case Number: 08-35653
Modified Total: $2,805.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,805.00 |

---

**Claim: 564**
Date Filed: 12/04/2008
Docketed Total: $180.65
Filing Creditor Name and Address:
DEEP ROCK
2640 CALIFORNIA ST
DENVER, CO 80205

Claim Holder Name and Address
DEEP ROCK
2640 CALIFORNIA ST
DENVER, CO 80205

Case Number: 08-35653
Docketed Total: $180.65

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $180.65 | | | | | |

Case Number: 08-35653
Modified Total: $180.65

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $180.65 |

---

**Claim: 1065**
Date Filed: 12/15/2008
Docketed Total: $0.00
Filing Creditor Name and Address:
DELAWARE COUNTY TREASURER
140 SANDUSKY ST
DELAWARE, OH 43015

Claim Holder Name and Address
DELAWARE COUNTY TREASURER
140 SANDUSKY ST
DELAWARE, OH 43015

Case Number: 08-35653
Docketed Total: UNL

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $0.00 | | | | | |

Case Number: 08-35653
Modified Total: $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

---

\*    "UNL" denotes an unliquidated claim.

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 689**
Date Filed:    12/08/2008
Docketed Total:    $41,560.68
Filing Creditor Name and Address:
  DG FASTCHANNEL INC
  PO BOX 951415
  DALLAS, TX 75395-1415

Claim Holder Name and Address       Case Number:    08-35653
  DG FASTCHANNEL INC               Docketed Total:    $41,560.68
  PO BOX 951415
  DALLAS, TX 75395-1415

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $41,560.68 | | | | | |

Case Number:    08-35653
Modified Total:    $41,560.68

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $41,560.68 |

---

**Claim: 1486**
Date Filed:    12/16/2008
Docketed Total:    $21,770.00
Filing Creditor Name and Address:
  DIAMOND AUDIO VIDEO LLC
  8254 ROANOKE CT
  SEVERN, MD 21144

Claim Holder Name and Address       Case Number:    08-35653
  DIAMOND AUDIO VIDEO LLC          Docketed Total:    $21,770.00
  8254 ROANOKE CT
  SEVERN, MD 21144

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $21,770.00 | | | | | |

Case Number:    08-35653
Modified Total:    $21,770.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $21,770.00 |

---

**Claim: 1317**
Date Filed:    12/19/2008
Docketed Total:    $767.00
Filing Creditor Name and Address:
  DIGITAL ELECTRONIC SIGHT &
  SOUND
  25354 PLEASANT RD
  ST CLOUD, MN 56301

Claim Holder Name and Address       Case Number:    08-35653
  DIGITAL ELECTRONIC SIGHT &       Docketed Total:    $767.00
  SOUND
  25354 PLEASANT RD
  ST CLOUD, MN 56301

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $767.00 | | | | | |

Case Number:    08-35653
Modified Total:    $767.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $767.00 |

---

**Claim: 846**
Date Filed:    12/15/2008
Docketed Total:    $36,360.10
Filing Creditor Name and Address:
  DIGITECH COMMUNICATIONS
  INC
  27837 US HWY 19 N
  STE A
  CLEARWATER, FL 33761

Claim Holder Name and Address       Case Number:    08-35653
  DIGITECH COMMUNICATIONS INC      Docketed Total:    $36,360.10
  27837 US HWY 19 N
  STE A
  CLEARWATER, FL 33761

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $36,360.10 | | | | | |

Case Number:    08-35653
Modified Total:    $36,360.10

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $36,360.10 |

---

*       "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 217**
Date Filed: 11/28/2008
Docketed Total: $16,974.18
Filing Creditor Name and Address:
DIKEOU, DENO P
DIKEOU REALTY
543 WYMORE ROAD N
STE 106
MAITLAND, FL 32751

Claim Holder Name and Address — Case Number: 08-35653
DIKEOU, DENO P
DIKEOU REALTY
543 WYMORE ROAD N
STE 106
MAITLAND, FL 32751
Docketed Total: $16,974.18

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $16,974.18 | | | | | |

Case Number: 08-35653
Modified Total: $16,974.18

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $16,974.18 |

---

**Claim: 1154**
Date Filed: 12/08/2008
Docketed Total: $735.00
Filing Creditor Name and Address:
DILWORTH, HARRY
1746 WOODSTREAM
ST LOUIS, MO 63138

Claim Holder Name and Address — Case Number: 08-35653
DILWORTH, HARRY
1746 WOODSTREAM
ST LOUIS, MO 63138
Docketed Total: $735.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $735.00 | | | | | |

Case Number: 08-35653
Modified Total: $735.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $735.00 |

---

**Claim: 1481**
Date Filed: 12/16/2008
Docketed Total: $330.00
Filing Creditor Name and Address:
DISH DOCTORS, THE
6385 RT 96
VICTOR, NY 14564

Claim Holder Name and Address — Case Number: 08-35653
DISH DOCTORS, THE
6385 RT 96
VICTOR, NY 14564
Docketed Total: $330.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $330.00 | | | | | |

Case Number: 08-35653
Modified Total: $330.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $330.00 |

---

**Claim: 941**
Date Filed: 12/19/2008
Docketed Total: $31,143.13
Filing Creditor Name and Address:
DOUGHERTY COUNTY TAX DEPT
PO BOX 1827
ALBANY, GA 31702-9618

Claim Holder Name and Address — Case Number: 08-35653
DOUGHERTY COUNTY TAX DEPT
PO BOX 1827
ALBANY, GA 31702-9618
Docketed Total: $31,143.13

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $31,143.13 | | | | | |

Case Number: 08-35653
Modified Total: $31,143.13

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $31,143.13 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main
Case No. 08-35653 (KRH)                                    Document      Page 31 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 832**
Date Filed:   12/15/2008
Docketed Total:    $339.50
Filing Creditor Name and Address:
  DOW LOHNES & ALBERTSON PLLC
  1200 NEW HAMPSHIRE AVE NW
  STE 880
  WASHINGTON, DC 20036-6802

Claim Holder Name and Address — Case Number: 08-35653
DOW LOHNES & ALBERTSON PLLC
1200 NEW HAMPSHIRE AVE NW
STE 880
WASHINGTON, DC 20036-6802
Docketed Total: $339.50
503(b)(9) $339.50

Case Number: 08-35653
Modified Total: $339.50
Unsecured $339.50

**Claim: 787**
Date Filed:   12/11/2008
Docketed Total:    $4,395.00
Filing Creditor Name and Address:
  DUMONTS HOME THEATER INSTALLATIONS
  20 MOUNTAIN VIEW DR
  FRANKLIN, NH 03285

Claim Holder Name and Address — Case Number: 08-35653
DUMONTS HOME THEATER INSTALLATIONS
20 MOUNTAIN VIEW DR
FRANKLIN, NH 03285
Docketed Total: $4,395.00
503(b)(9) $4,395.00

Case Number: 08-35653
Modified Total: $4,395.00
Unsecured $4,395.00

**Claim: 721**
Date Filed:   12/12/2008
Docketed Total:    $1,548.08
Filing Creditor Name and Address:
  DUNN EDWARDS PAINTS
  PO BOX 30389
  LOS ANGELES, CA 90030-0389

Claim Holder Name and Address — Case Number: 08-35653
DUNN EDWARDS PAINTS
PO BOX 30389
LOS ANGELES, CA 90030-0389
Docketed Total: $1,548.08
503(b)(9) $1,548.08

Case Number: 08-35653
Modified Total: $1,548.08
Unsecured $1,548.08

**Claim: 833**
Date Filed:   12/15/2008
Docketed Total:    $3,300.34
Filing Creditor Name and Address:
  DURHAM COUNTY
  PO BOX 3397
  TAX COLLECTOR
  DURHAM, NC 27702

Claim Holder Name and Address — Case Number: 08-35653
DURHAM COUNTY
PO BOX 3397
TAX COLLECTOR
DURHAM, NC 27702
Docketed Total: $3,300.34
503(b)(9) $3,300.34

Case Number: 08-35653
Modified Total: $3,300.34
Unsecured $3,300.34

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main

Case No. 08-35653 (KRH)                    Document      Page 32 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED |
|---|---|---|---|

**Claim: 1322**
Date Filed:    12/19/2008
Docketed Total:    $13,730.00
Filing Creditor Name and Address:
   EAST COAST AUDIO VIDEO PROS
   1601 N HIGH ST
   MILLVILLE, NJ 08332

Claim Holder Name and Address         Case Number:         08-35653
EAST COAST AUDIO VIDEO PROS           Docketed Total:      $13,730.00
1601 N HIGH ST
MILLVILLE, NJ 08332

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $13,730.00 | | | | | |

Case Number:         08-35653
Modified Total:      $13,730.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $13,730.00 |

---

**Claim: 1077**
Date Filed:    12/15/2008
Docketed Total:    $600.00
Filing Creditor Name and Address:
   EASY2 TECHNOLOGIES
   1220 HURON RD E
   7TH FL
   CLEVELAND, OH 44115

Claim Holder Name and Address         Case Number:         08-35653
EASY2 TECHNOLOGIES                    Docketed Total:      $600.00
1220 HURON RD E
7TH FL
CLEVELAND, OH 44115

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $600.00 | | | | | |

Case Number:         08-35653
Modified Total:      $600.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $600.00 |

---

**Claim: 1273**
Date Filed:    12/18/2008
Docketed Total:    $0.00
Filing Creditor Name and Address:
   ECONOMIC RESEARCH SERVICES
   INC
   4901 TOWER CT
   TALLAHASSEE, FL 32303

Claim Holder Name and Address         Case Number:         08-35653
ECONOMIC RESEARCH SERVICES            Docketed Total:      UNL
INC
4901 TOWER CT
TALLAHASSEE, FL 32303

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $0.00 | | | | | |

Case Number:         08-35653
Modified Total:      $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

---

**Claim: 945**
Date Filed:    12/19/2008
Docketed Total:    $0.00
Filing Creditor Name and Address:
   ECONOMIC RESEARCH SERVICES
   INC
   4901 TOWER CT
   TALLASSEE, FL 32303

Claim Holder Name and Address         Case Number:         08-35653
ECONOMIC RESEARCH SERVICES            Docketed Total:      UNL
INC
4901 TOWER CT
TALLASSEE, FL 32303

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $0.00 | | | | | |

Case Number:         08-35653
Modified Total:      $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main
Case No. 08-35653 (KRH)                    Document      Page 33 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| **Claim: 377**<br>Date Filed:    12/01/2008<br>Docketed Total:    $2,451.60<br>Filing Creditor Name and Address:<br>EMPIRE ENTERTAINMENT &<br>TRAVEL<br>3 W PACES FERRY RD STE 203<br>ATLANTA, GA 30305 | Claim Holder Name and Address<br><br>EMPIRE ENTERTAINMENT &<br>TRAVEL<br>3 W PACES FERRY RD STE 203<br>ATLANTA, GA 30305 | Case Number:    08-35653<br><br>Docketed Total:    **$2,451.60** | | Case Number:    08-35653<br><br>Modified Total:    **$2,451.60** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$2,451.60 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$2,451.60 | |
| **Claim: 713**<br>Date Filed:    12/12/2008<br>Docketed Total:    $4,999.79<br>Filing Creditor Name and Address:<br>ESCAMBIA COUNTY TAX<br>COLLECTOR<br>PO BOX 1312<br>PENSACOLA, FL 32591 | Claim Holder Name and Address<br><br>ESCAMBIA COUNTY TAX<br>COLLECTOR<br>PO BOX 1312<br>PENSACOLA, FL 32591 | Case Number:    08-35653<br><br>Docketed Total:    **$4,999.79** | | Case Number:    08-35653<br><br>Modified Total:    **$4,999.79** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$4,999.79 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$4,999.79 | |
| **Claim: 724**<br>Date Filed:    12/09/2008<br>Docketed Total:    $1,515.67<br>Filing Creditor Name and Address:<br>EXECUTIVE REFRESHMENTS<br>PO BOX 12408<br>DALLAS, TX 75225 | Claim Holder Name and Address<br><br>EXECUTIVE REFRESHMENTS<br>PO BOX 12408<br>DALLAS, TX 75225 | Case Number:    08-35653<br><br>Docketed Total:    **$1,515.67** | | Case Number:    08-35653<br><br>Modified Total:    **$1,515.67** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,515.67 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,515.67 | |
| **Claim: 937**<br>Date Filed:    12/16/2008<br>Docketed Total:    $3,635.50<br>Filing Creditor Name and Address:<br>EXPEDITER SERVICES INC<br>URB LOS COLOBOS PARK<br>618 ALMENDRO ST<br>CAROLINA, PR 00987 | Claim Holder Name and Address<br><br>EXPEDITER SERVICES INC<br>URB LOS COLOBOS PARK<br>618 ALMENDRO ST<br>CAROLINA, PR 00987 | Case Number:    08-35660<br><br>Docketed Total:    **$3,635.50** | | Case Number:    08-35660<br><br>Modified Total:    **$3,635.50** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$3,635.50 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$3,635.50 | |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 1031**
Date Filed: 12/16/2008
Docketed Total: $56,322.34
Filing Creditor Name and Address:
EXTRA HELP INC
3911 W ERNESTINE DR
MARION, IL 62959

| Claim Holder Name and Address | | Case Number: | 08-35653 | | Case Number: | 08-35653 |
|---|---|---|---|---|---|---|
| EXTRA HELP INC | | | | | | |
| 3911 W ERNESTINE DR | | Docketed Total: | $56,322.34 | | Modified Total: | $56,322.34 |
| MARION, IL 62959 | | | | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $56,322.34 | | | | | | | | | | | | $56,322.34 |

**Claim: 346**
Date Filed: 11/24/2008
Docketed Total: $210.20
Filing Creditor Name and Address:
FAIRFIELD, CITY OF
1000 WEBSTER STREET
FAIRFIELD, CA 945334883

| Claim Holder Name and Address | | Case Number: | 08-35653 | | Case Number: | 08-35653 |
|---|---|---|---|---|---|---|
| FAIRFIELD, CITY OF | | | | | | |
| 1000 WEBSTER STREET | | Docketed Total: | $210.20 | | Modified Total: | $210.20 |
| FAIRFIELD, CA 945334883 | | | | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $210.20 | | | | | | | | | | | | $210.20 |

**Claim: 734**
Date Filed: 12/12/2008
Docketed Total: $1,035.00
Filing Creditor Name and Address:
FEATURE PRESENTATION AUDIO
11491 KENT
WASHINGTON, MI 48094

| Claim Holder Name and Address | | Case Number: | 08-35653 | | Case Number: | 08-35653 |
|---|---|---|---|---|---|---|
| FEATURE PRESENTATION AUDIO | | | | | | |
| 11491 KENT | | Docketed Total: | $1,035.00 | | Modified Total: | $1,035.00 |
| WASHINGTON, MI 48094 | | | | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $1,035.00 | | | | | | | | | | | | $1,035.00 |

**Claim: 1047**
Date Filed: 12/11/2008
Docketed Total: $1,560.00
Filing Creditor Name and Address:
FENN, RICHARD
221 VILLAGE CREEK CT
BALWIN, MO 63021

| Claim Holder Name and Address | | Case Number: | 08-35653 | | Case Number: | 08-35653 |
|---|---|---|---|---|---|---|
| FENN, RICHARD | | | | | | |
| 221 VILLAGE CREEK CT | | Docketed Total: | $1,560.00 | | Modified Total: | $1,560.00 |
| BALWIN, MO 63021 | | | | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $1,560.00 | | | | | | | | | | | | $1,560.00 |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED |
|---|---|---|---|

**Claim: 459**
Date Filed: 12/01/2008
Docketed Total: $0.00
Filing Creditor Name and Address:
FIRE & SECURITY SYSTEMS INC
516 W CAMPUS DR
ARLINGTON HTS, IL 60004

Claim Holder Name and Address:
FIRE & SECURITY SYSTEMS INC
516 W CAMPUS DR
ARLINGTON HTS, IL 60004

Case Number: 08-35653
Docketed Total: UNL

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $0.00 | | | | | |

Case Number: 08-35653
Modified Total: $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

---

**Claim: 1347**
Date Filed: 12/17/2008
Docketed Total: $3,121.63
Filing Creditor Name and Address:
FLORENCE COUNTY
PO BOX 100501
FLORENCE, SC 29502-0501

Claim Holder Name and Address:
FLORENCE COUNTY
PO BOX 100501
FLORENCE, SC 29502-0501

Case Number: 08-35653
Docketed Total: $3,121.63

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $3,121.63 | | | | | |

Case Number: 08-35653
Modified Total: $3,121.63

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,121.63 |

---

**Claim: 1362**
Date Filed: 12/17/2008
Docketed Total: $7,195.89
Filing Creditor Name and Address:
FLORENCE COUNTY
PO BOX 100501
FLORENCE, SC 29502-0501

Claim Holder Name and Address:
FLORENCE COUNTY
PO BOX 100501
FLORENCE, SC 29502-0501

Case Number: 08-35653
Docketed Total: $7,195.89

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $7,195.89 | | | | | |

Case Number: 08-35653
Modified Total: $7,195.89

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $7,195.89 |

---

**Claim: 976**
Date Filed: 12/16/2008
Docketed Total: $6,116.74
Filing Creditor Name and Address:
FLORENCE, CITY OF
PO BOX 1357
FLORENCE, KY 41022-1357

Claim Holder Name and Address:
UNITED STATES DEBT RECOVERY
LLC
940 SOUTHWOOD BL SUITE 101
INCLINE VILLAGE, NV 89451

Case Number: 08-35653
Docketed Total: $6,116.74

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $6,116.74 | | | | | |

Case Number: 08-35653
Modified Total: $6,116.74

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $6,116.74 |

---

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main
Case No. 08-35653 (KRH)                    Document    Page 36 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 1122**
Date Filed:   12/15/2008
Docketed Total:   $11,071.60
Filing Creditor Name and Address:
FORRESTER RESEARCH INC
DEPT CH 10334
PALATINE, IL 60055-0334

Claim Holder Name and Address
FORRESTER RESEARCH INC
DEPT CH 10334
PALATINE, IL 60055-0334

Case Number:   08-35653
Docketed Total:   $11,071.60

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $11,071.60 | | | | | |

Case Number:   08-35653
Modified Total:   $11,071.60

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $11,071.60 |

---

**Claim: 1217**
Date Filed:   12/18/2008
Docketed Total:   $47,092.62
Filing Creditor Name and Address:
FORSYTHE SOLUTIONS GROUP
INC
39219 TREASURY CENTER
CHICAGO, IL 60694-9200

Claim Holder Name and Address
FORSYTHE SOLUTIONS GROUP INC
39219 TREASURY CENTER
CHICAGO, IL 60694-9200

Case Number:   08-35653
Docketed Total:   $47,092.62

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $47,092.62 | | | | | |

Case Number:   08-35653
Modified Total:   $47,092.62

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $47,092.62 |

---

**Claim: 157**
Date Filed:   12/04/2008
Docketed Total:   $1,474.39
Filing Creditor Name and Address:
FRAZER GREENE UPCHURCH &
BAKER
PO BOX 1686
MOBILE, AL 36633

Claim Holder Name and Address
FRAZER GREENE UPCHURCH &
BAKER
PO BOX 1686
MOBILE, AL 36633

Case Number:   08-35653
Docketed Total:   $1,474.39

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,474.39 | | | | | |

Case Number:   08-35653
Modified Total:   $1,474.39

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,474.39 |

---

**Claim: 989**
Date Filed:   12/16/2008
Docketed Total:   $3,358.00
Filing Creditor Name and Address:
G&R FALCON
COMMUNICATIONS INC
9400 LAGUNA NIGUEL DRIVE NO
103
LAS VEGAS, NV 89134

Claim Holder Name and Address
G&R FALCON COMMUNICATIONS
INC
9400 LAGUNA NIGUEL DRIVE NO 103
LAS VEGAS, NV 89134

Case Number:   08-35653
Docketed Total:   $3,358.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $3,358.00 | | | | | |

Case Number:   08-35653
Modified Total:   $3,358.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,358.00 |

---

\*    "UNL" denotes an unliquidated claim.

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 365**
Date Filed: 11/24/2008
Docketed Total: $0.00
Filing Creditor Name and Address:
GARFIELD HEIGHTS, CITY OF
5407 TURNEY RD
GARFIELD HEIGHTS, OH 44125

Claim Holder Name and Address
GARFIELD HEIGHTS, CITY OF
5407 TURNEY RD
GARFIELD HEIGHTS, OH 44125
Case Number: 08-35653
Docketed Total: UNL

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $0.00 | | | | | |

Case Number: 08-35653
Modified Total: $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

---

**Claim: 1340**
Date Filed: 12/17/2008
Docketed Total: $4,095.00
Filing Creditor Name and Address:
GEORGIA HOME THEATER &
ELECTRICAL
130 DIAMOND DR
ATHENS, GA 30605

Claim Holder Name and Address
GEORGIA HOME THEATER &
ELECTRICAL
130 DIAMOND DR
ATHENS, GA 30605
Case Number: 08-35653
Docketed Total: $4,095.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $4,095.00 | | | | | |

Case Number: 08-35653
Modified Total: $4,095.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,095.00 |

---

**Claim: 887**
Date Filed: 12/10/2008
Docketed Total: $2,539.00
Filing Creditor Name and Address:
GET WIRED LLC
1849 SANDY SPRINGS RD
DE PERE, WI 54115

Claim Holder Name and Address
GET WIRED LLC
1849 SANDY SPRINGS RD
DE PERE, WI 54115
Case Number: 08-35653
Docketed Total: $2,539.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,539.00 | | | | | |

Case Number: 08-35653
Modified Total: $2,539.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,539.00 |

---

**Claim: 839**
Date Filed: 12/15/2008
Docketed Total: $10,992.26
Filing Creditor Name and Address:
GUILFORD COUNTY TAX
COLLECTOR
PO BOX 3328
GREENSBORO, NC 27402

Claim Holder Name and Address
GUILFORD COUNTY TAX
COLLECTOR
PO BOX 3328
GREENSBORO, NC 27402
Case Number: 08-35653
Docketed Total: $10,992.26

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $10,992.26 | | | | | |

Case Number: 08-35653
Modified Total: $10,992.26

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $10,992.26 |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1143**
Date Filed:   12/16/2008
Docketed Total:   $579.90
Filing Creditor Name and Address:
  HALLMARK INSIGHTS
  121 S EIGHTH ST STE 700
  MINNEAPOLIS, MN 55402

Claim Holder Name and Address
  HALLMARK INSIGHTS
  121 S EIGHTH ST STE 700
  MINNEAPOLIS, MN 55402

Case Number:   08-35657
Docketed Total:   $579.90

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $579.90 | | | | | |

Case Number:   08-35657
Modified Total:   $579.90

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $579.90 |

---

**Claim: 255**
Date Filed:   12/03/2008
Docketed Total:   $2,806.04
Filing Creditor Name and Address:
  HAMILTON COUNTY TREASURER
  33 N NINTH ST
  NOBLESVILLE, IN 46060

Claim Holder Name and Address
  HAMILTON COUNTY TREASURER
  33 N NINTH ST
  NOBLESVILLE, IN 46060

Case Number:   08-35653
Docketed Total:   $2,806.04

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,806.04 | | | | | |

Case Number:   08-35653
Modified Total:   $2,806.04

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,806.04 |

---

**Claim: 250**
Date Filed:   12/03/2008
Docketed Total:   $19,505.50
Filing Creditor Name and Address:
  HAMILTON SECURITY &
  INVESTIGATIONS
  4925 STONEFALLS CENTER STE C
  OFALLON, IL 62269

Claim Holder Name and Address
  HAMILTON SECURITY &
  INVESTIGATIONS
  4925 STONEFALLS CENTER STE C
  OFALLON, IL 62269

Case Number:   08-35653
Docketed Total:   $19,505.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $19,505.50 | | | | | |

Case Number:   08-35653
Modified Total:   $19,505.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $19,505.50 |

---

**Claim: 949**
Date Filed:   12/19/2008
Docketed Total:   $0.00
Filing Creditor Name and Address:
  HAMPTON INN
  12909 NORTHWEST FWY
  HOUSTON, TX 77040

Claim Holder Name and Address
  HAMPTON INN
  12909 NORTHWEST FWY
  HOUSTON, TX 77040

Case Number:   08-35653
Docketed Total:   UNL

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $0.00 | | | | | |

Case Number:   08-35653
Modified Total:   $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

---

*      "UNL" denotes an unliquidated claim.

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

## EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1359<br>Date Filed: 12/17/2008<br>Docketed Total: $939.75<br>Filing Creditor Name and Address:<br>HAMPTON INN & SUITES MERRIAM<br>7400 W FRONTAGE RD<br>MERRIAM, KS 66203 | Claim Holder Name and Address<br>Case Number: 08-35653<br>HAMPTON INN & SUITES MERRIAM<br>7400 W FRONTAGE RD<br>MERRIAM, KS 66203<br>Docketed Total: $939.75<br>503(b)(9) $939.75 | Case Number: 08-35653<br>Modified Total: $939.75<br>Unsecured $939.75 |
| Claim: 440<br>Date Filed: 12/01/2008<br>Docketed Total: $1,677.52<br>Filing Creditor Name and Address:<br>HAMPTON INN LAKEWOOD<br>3605 S WADSWORTH BLVD<br>LAKEWOOD, CO 80235 | Claim Holder Name and Address<br>Case Number: 08-35653<br>HAMPTON INN LAKEWOOD<br>3605 S WADSWORTH BLVD<br>LAKEWOOD, CO 80235<br>Docketed Total: $1,677.52<br>503(b)(9) $1,677.52 | Case Number: 08-35653<br>Modified Total: $1,677.52<br>Unsecured $1,677.52 |
| Claim: 1311<br>Date Filed: 12/18/2008<br>Docketed Total: $2,517.00<br>Filing Creditor Name and Address:<br>HANNON RANCHES LTD<br>PO BOX 1452<br>C/O COASTAL RIDGE MGMT CO<br>LA MESA, CA 91944 | Claim Holder Name and Address<br>Case Number: 08-35653<br>HANNON RANCHES LTD<br>PO BOX 1452<br>C/O COASTAL RIDGE MGMT CO<br>LA MESA, CA 91944<br>Docketed Total: $2,517.00<br>503(b)(9) $2,517.00 | Case Number: 08-35653<br>Modified Total: $2,517.00<br>Unsecured $2,517.00 |
| Claim: 1292<br>Date Filed: 12/18/2008<br>Docketed Total: $3,410.00<br>Filing Creditor Name and Address:<br>HARMONY AUDIO VIDEO SYSTEMS<br>651 A W LISBURN RD<br>MECHANICSBURG, PA 17055 | Claim Holder Name and Address<br>Case Number: 08-35653<br>HARMONY AUDIO VIDEO SYSTEMS<br>651 A W LISBURN RD<br>MECHANICSBURG, PA 17055<br>Docketed Total: $3,410.00<br>503(b)(9) $3,410.00 | Case Number: 08-35653<br>Modified Total: $3,410.00<br>Unsecured $3,410.00 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH  Doc 4012  Filed 07/08/09  Entered 07/08/09 09:36:15  Desc Main

Case No. 08-35653 (KRH)

Document  Page 40 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 256**
Date Filed: 11/28/2008
Docketed Total: $0.00
Filing Creditor Name and Address:
 HARRYS CREATIVE CONCRETE
 COAT
 517 ENDERBY RD
 CHULUOTA, FL 32766

Claim Holder Name and Address | Case Number: 08-35653
HARRYS CREATIVE CONCRETE COAT
517 ENDERBY RD
CHULUOTA, FL 32766
Docketed Total: **UNL**

Case Number: 08-35653
Modified Total: **$0.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | | | | | | | | | | | $0.00 |

**Claim: 33**
Date Filed: 11/28/2008
Docketed Total: $4,430.00
Filing Creditor Name and Address:
 HD CONNECT
 220 N WADE AVENUE
 WASHINGTON, PA 15301

Claim Holder Name and Address | Case Number: 08-35653
HD CONNECT
220 N WADE AVENUE
WASHINGTON, PA 15301
Docketed Total: **$4,430.00**

Case Number: 08-35653
Modified Total: **$4,430.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $4,430.00 | | | | | | | | | | | $4,430.00 |

**Claim: 1099**
Date Filed: 12/19/2008
Docketed Total: $8,375.00
Filing Creditor Name and Address:
 HEILMAN & ASSOCIATES INC
 PO BOX 2183
 UPPER MARLBORO, MD
 20773-2183

Claim Holder Name and Address | Case Number: 08-35653
HEILMAN & ASSOCIATES INC
PO BOX 2183
UPPER MARLBORO, MD 20773-2183
Docketed Total: **$8,375.00**

Case Number: 08-35653
Modified Total: **$8,375.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $8,375.00 | | | | | | | | | | | $8,375.00 |

**Claim: 1706**
Date Filed: 12/12/2008
Docketed Total: $7,367.88
Filing Creditor Name and Address:
 HERNANDO COUNTY
 789 PROVIDENCE BLVD
 BROOKSVILLE, FL 34601

Claim Holder Name and Address | Case Number: 08-35653
HERNANDO COUNTY
789 PROVIDENCE BLVD
BROOKSVILLE, FL 34601
Docketed Total: **$7,367.88**

Case Number: 08-35653
Modified Total: **$7,367.88**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $7,367.88 | | | | | | | | | | | $7,367.88 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main

Case No. 08-35653 (KRH)                                    Document      Page 41 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | | CLAIM AS MODIFIED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 950**
Date Filed: 12/19/2008
Docketed Total: $3,070.00
Filing Creditor Name and Address:
HIGH DEFINITION TECHNOLOGIES
10500 HWY 30 NO 205
COLLEGE STATION, TX 77845

Claim Holder Name and Address
HIGH DEFINITION TECHNOLOGIES
10500 HWY 30 NO 205
COLLEGE STATION, TX 77845

Case Number: 08-35659
Docketed Total: $3,070.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $3,070.00 | | | | | |

Case Number: 08-35659
Modified Total: $3,070.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,070.00 |

**Claim: 621**
Date Filed: 12/08/2008
Docketed Total: $945.00
Filing Creditor Name and Address:
HOEFLER & FRERE JONES INC
611 BROADWAY RM 725
NEW YORK, NY 10012

Claim Holder Name and Address
HOEFLER & FRERE JONES INC
611 BROADWAY RM 725
NEW YORK, NY 10012

Case Number: 08-35653
Docketed Total: $945.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $945.00 | | | | | |

Case Number: 08-35653
Modified Total: $945.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $945.00 |

**Claim: 1231**
Date Filed: 12/18/2008
Docketed Total: $400.00
Filing Creditor Name and Address:
HOGAN ASSESSMENT SYSTEMS INC
PO BOX 21228
DEPT 55
TULSA, OK 74121

Claim Holder Name and Address
HOGAN ASSESSMENT SYSTEMS INC
PO BOX 21228
DEPT 55
TULSA, OK 74121

Case Number: 08-35653
Docketed Total: $400.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $400.00 | | | | | |

Case Number: 08-35653
Modified Total: $400.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $400.00 |

**Claim: 700**
Date Filed: 12/09/2008
Docketed Total: $5,081.52
Filing Creditor Name and Address:
HOLIDAY INN
205 REMINGTON BLVD
BOLINGBROOK, IL 60440

Claim Holder Name and Address
HOLIDAY INN
205 REMINGTON BLVD
BOLINGBROOK, IL 60440

Case Number: 08-35653
Docketed Total: $5,081.52

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $5,081.52 | | | | | |

Case Number: 08-35653
Modified Total: $5,081.52

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $5,081.52 |

*    "UNL" denotes an unliquidated claim.

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1380**
Date Filed:    12/17/2008
Docketed Total:    $10,332.00
Filing Creditor Name and Address:
HOLIDAY INN EXPRESS ALLEN
205 N CENTRAL EXPY
ALLEN, TX 75013

Claim Holder Name and Address    Case Number:    08-35653
HOLIDAY INN EXPRESS ALLEN
205 N CENTRAL EXPY    Docketed Total:    $10,332.00
ALLEN, TX 75013

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $10,332.00 | | | | | |

Case Number:    08-35653
Modified Total:    $10,332.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $10,332.00 |

---

**Claim: 990**
Date Filed:    12/16/2008
Docketed Total:    $3,600.00
Filing Creditor Name and Address:
HOME VIDEO SATELLITE
2776 C S CAMPBELL
SPRINGFIELD, MO 65807

Claim Holder Name and Address    Case Number:    08-35653
HOME VIDEO SATELLITE
2776 C S CAMPBELL    Docketed Total:    $3,600.00
SPRINGFIELD, MO 65807

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $3,600.00 | | | | | |

Case Number:    08-35653
Modified Total:    $3,600.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,600.00 |

---

**Claim: 1121**
Date Filed:    12/15/2008
Docketed Total:    $3,095.00
Filing Creditor Name and Address:
HS SERVICES
4505 SEMINOLE RD
RICHLAND, GA 31825

Claim Holder Name and Address    Case Number:    08-35653
HS SERVICES
4505 SEMINOLE RD    Docketed Total:    $3,095.00
RICHLAND, GA 31825

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $3,095.00 | | | | | |

Case Number:    08-35653
Modified Total:    $3,095.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,095.00 |

---

**Claim: 920**
Date Filed:    12/19/2008
Docketed Total:    $222,125.00
Filing Creditor Name and Address:
IGATE GLOBAL SOLUTIONS
LIMITED
425 MARKET ST 26TH FL
SAN FRANCISCO, CA 94105

Claim Holder Name and Address    Case Number:    08-35653
IGATE GLOBAL SOLUTIONS LIMITED
425 MARKET ST 26TH FL    Docketed Total:    $222,125.00
SAN FRANCISCO, CA 94105

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $222,125.00 | | | | | |

Case Number:    08-35653
Modified Total:    $222,125.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $222,125.00 |

---

*    "UNL" denotes an unliquidated claim.

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 145**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 145<br>Date Filed:  12/01/2008<br>Docketed Total:   $1,630.00<br>Filing Creditor Name and Address:<br>  IMAGE PLUS ENTERPRISES LLC<br>  915 SW 8TH AVE<br>  AMARILLO, TX 79101 | Claim Holder Name and Address<br><br>  IMAGE PLUS ENTERPRISES LLC<br>  915 SW 8TH AVE<br>  AMARILLO, TX 79101 | Case Number:              08-35653<br><br>Docketed Total:          **$1,630.00** | | Case Number:              08-35653<br><br>Modified Total:          **$1,630.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $1,630.00 | | | | | | | | | | | $1,630.00 |

**Claim: 497**

Date Filed:  12/01/2008
Docketed Total:   $21,334.78
Filing Creditor Name and Address:
  IN YOUR EAR MUSIC &
  RECORDING
  1813 E BROAD ST
  RICHMOND, VA 23223

Claim Holder Name and Address
  IN YOUR EAR MUSIC & RECORDING
  1813 E BROAD ST
  RICHMOND, VA 23223

Case Number: 08-35653
Docketed Total: **$21,334.78**

Case Number: 08-35653
Modified Total: **$21,334.78**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $21,334.78 | | | | | | | | | | | $21,334.78 |

**Claim: 743**

Date Filed:  12/12/2008
Docketed Total:   $1,336.50
Filing Creditor Name and Address:
  JACKSON LEWIS LLP
  1 N BROADWAY
  WHITE PLAINS, NY 10601

Claim Holder Name and Address
  JACKSON LEWIS LLP
  1 N BROADWAY
  WHITE PLAINS, NY 10601

Case Number: 08-35653
Docketed Total: **$1,336.50**

Case Number: 08-35653
Modified Total: **$1,336.50**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $1,336.50 | | | | | | | | | | | $1,336.50 |

**Claim: 185**

Date Filed:  12/05/2008
Docketed Total:   $4,220.00
Filing Creditor Name and Address:
  JEC HOME INTERIORS
  13 WILSHIRE LN
  PELHAM, NH 03076

Claim Holder Name and Address
  JEC HOME INTERIORS
  13 WILSHIRE LN
  PELHAM, NH 03076

Case Number: 08-35653
Docketed Total: **$4,220.00**

Case Number: 08-35653
Modified Total: **$4,220.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $4,220.00 | | | | | | | | | | | $4,220.00 |

*     "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1370**
Date Filed:    12/19/2008
Docketed Total:    $12,664.47
Filing Creditor Name and Address:
  JEFFERSON HOTEL, THE
  PO BOX 758664
  BALTIMORE, MD 21275

Claim Holder Name and Address
  JEFFERSON HOTEL, THE
  PO BOX 758664
  BALTIMORE, MD 21275

Case Number:    08-35653
Docketed Total:    $12,664.47

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $12,664.47 | | | | | |

Case Number:    08-35653
Modified Total:    $12,664.47

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $12,664.47 |

---

**Claim: 50**
Date Filed:    11/25/2008
Docketed Total:    $12,664.47
Filing Creditor Name and Address:
  JEFFERSON, THE
  FRANKLIN & ADAMS STREETS
  RICHMOND, VA 23220

Claim Holder Name and Address
  JEFFERSON, THE
  FRANKLIN & ADAMS STREETS
  RICHMOND, VA 23220

Case Number:    08-35653
Docketed Total:    $12,664.47

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $12,664.47 | | | | | |

Case Number:    08-35653
Modified Total:    $12,664.47

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $12,664.47 |

---

**Claim: 1193**
Date Filed:    12/16/2008
Docketed Total:    $323.72
Filing Creditor Name and Address:
  JOBCONNECTION SERVICES INC
  179 DELAWARE AVE
  PALMERTON, PA 18071

Claim Holder Name and Address
  JOBCONNECTION SERVICES INC
  179 DELAWARE AVE
  PALMERTON, PA 18071

Case Number:    08-35653
Docketed Total:    $323.72

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $323.72 | | | | | |

Case Number:    08-35653
Modified Total:    $323.72

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $323.72 |

---

**Claim: 999**
Date Filed:    12/16/2008
Docketed Total:    $313.50
Filing Creditor Name and Address:
  JORGE P SALA LAW OFFICES
  8169 CALLE CONCORDIA STE 102
  PONCE, PR 00717-1556

Claim Holder Name and Address
  JORGE P SALA LAW OFFICES
  8169 CALLE CONCORDIA STE 102
  PONCE, PR 00717-1556

Case Number:    08-35660
Docketed Total:    $313.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $313.50 | | | | | |

Case Number:    08-35660
Modified Total:    $313.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $313.50 |

---

\*      "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1106**
Date Filed: 12/17/2008
Docketed Total: $1,633.23
Filing Creditor Name and Address:
JP ASSOCIATES
100 NAAMANS RD STE 5F
CLAYMONT, DE 19703

Claim Holder Name and Address
JP ASSOCIATES
100 NAAMANS RD STE 5F
CLAYMONT, DE 19703

Case Number: 08-35653
Docketed Total: **$1,633.23**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,633.23 | | | | | |

Case Number: 08-35653
Modified Total: **$1,633.23**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,633.23 |

---

**Claim: 1107**
Date Filed: 12/17/2008
Docketed Total: $537.88
Filing Creditor Name and Address:
JP ASSOCIATES
100 NAAMANS RD STE 5F
CLAYMONT, DE 19703

Claim Holder Name and Address
JP ASSOCIATES
100 NAAMANS RD STE 5F
CLAYMONT, DE 19703

Case Number: 08-35653
Docketed Total: **$537.88**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $537.88 | | | | | |

Case Number: 08-35653
Modified Total: **$537.88**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $537.88 |

---

**Claim: 1108**
Date Filed: 12/17/2008
Docketed Total: $8,232.00
Filing Creditor Name and Address:
JP ASSOCIATES
100 NAAMANS RD STE 5F
CLAYMONT, DE 19703

Claim Holder Name and Address
JP ASSOCIATES
100 NAAMANS RD STE 5F
CLAYMONT, DE 19703

Case Number: 08-35653
Docketed Total: **$8,232.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $8,232.00 | | | | | |

Case Number: 08-35653
Modified Total: **$8,232.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $8,232.00 |

---

**Claim: 1109**
Date Filed: 12/17/2008
Docketed Total: $8,103.00
Filing Creditor Name and Address:
JP ASSOCIATES
100 NAAMANS RD STE 5F
CLAYMONT, DE 19703

Claim Holder Name and Address
JP ASSOCIATES
100 NAAMANS RD STE 5F
CLAYMONT, DE 19703

Case Number: 08-35653
Docketed Total: **$8,103.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $8,103.00 | | | | | |

Case Number: 08-35653
Modified Total: **$8,103.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $8,103.00 |

---

\*    "UNL" denotes an unliquidated claim.

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1110**
Date Filed:    12/17/2008
Docketed Total:    $8,113.00
Filing Creditor Name and Address:
    JP ASSOCIATES
    100 NAAMANS RD STE 5F
    CLAYMONT, DE 19703

Claim Holder Name and Address
JP ASSOCIATES
100 NAAMANS RD STE 5F
CLAYMONT, DE 19703

Case Number:    08-35653
Docketed Total:    $8,113.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $8,113.00 | | | | | |

Case Number:    08-35653
Modified Total:    $8,113.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $8,113.00 |

**Claim: 1111**
Date Filed:    12/17/2008
Docketed Total:    $630.00
Filing Creditor Name and Address:
    JP ASSOCIATES
    100 NAAMANS RD STE 5F
    CLAYMONT, DE 19703

Claim Holder Name and Address
JP ASSOCIATES
100 NAAMANS RD STE 5F
CLAYMONT, DE 19703

Case Number:    08-35653
Docketed Total:    $630.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $630.00 | | | | | |

Case Number:    08-35653
Modified Total:    $630.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $630.00 |

**Claim: 1112**
Date Filed:    12/17/2008
Docketed Total:    $839.00
Filing Creditor Name and Address:
    JP ASSOCIATES
    100 NAAMANS RD STE 5F
    CLAYMONT, DE 19703

Claim Holder Name and Address
JP ASSOCIATES
100 NAAMANS RD STE 5F
CLAYMONT, DE 19703

Case Number:    08-35653
Docketed Total:    $839.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $839.00 | | | | | |

Case Number:    08-35653
Modified Total:    $839.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $839.00 |

**Claim: 1113**
Date Filed:    12/17/2008
Docketed Total:    $866.00
Filing Creditor Name and Address:
    JP ASSOCIATES
    100 NAAMANS RD STE 5F
    CLAYMONT, DE 19703

Claim Holder Name and Address
JP ASSOCIATES
100 NAAMANS RD STE 5F
CLAYMONT, DE 19703

Case Number:    08-35657
Docketed Total:    $866.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $866.00 | | | | | |

Case Number:    08-35657
Modified Total:    $866.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $866.00 |

*        "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main
Case No. 08-35653 (KRH)    Document    Page 47 of 88    Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 1114<br>Date Filed: 12/17/2008<br>Docketed Total: $8,040.00<br>Filing Creditor Name and Address:<br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | Claim Holder Name and Address<br><br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | Case Number: 08-35657<br><br>Docketed Total: $8,040.00 | | | | | | Case Number: 08-35657<br><br>Modified Total: $8,040.00 | | | | |
| | 503(b)(9)<br>$8,040.00 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$8,040.00 |
| Claim: 1115<br>Date Filed: 12/17/2008<br>Docketed Total: $8,310.00<br>Filing Creditor Name and Address:<br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | Claim Holder Name and Address<br><br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | Case Number: 08-35657<br><br>Docketed Total: $8,310.00 | | | | | | Case Number: 08-35657<br><br>Modified Total: $8,310.00 | | | | |
| | 503(b)(9)<br>$8,310.00 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$8,310.00 |
| Claim: 1116<br>Date Filed: 12/17/2008<br>Docketed Total: $8,040.00<br>Filing Creditor Name and Address:<br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | Claim Holder Name and Address<br><br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | Case Number: 08-35653<br><br>Docketed Total: $8,040.00 | | | | | | Case Number: 08-35653<br><br>Modified Total: $8,040.00 | | | | |
| | 503(b)(9)<br>$8,040.00 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$8,040.00 |
| Claim: 1117<br>Date Filed: 12/17/2008<br>Docketed Total: $8,113.00<br>Filing Creditor Name and Address:<br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | Claim Holder Name and Address<br><br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | Case Number: 08-35653<br><br>Docketed Total: $8,113.00 | | | | | | Case Number: 08-35653<br><br>Modified Total: $8,113.00 | | | | |
| | 503(b)(9)<br>$8,113.00 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$8,113.00 |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1118**
Date Filed: 12/17/2008
Docketed Total: $8,298.00
Filing Creditor Name and Address:
  JP ASSOCIATES
  100 NAAMANS RD STE 5F
  CLAYMONT, DE 19703

| Claim Holder Name and Address | | Case Number: | 08-35653 |
|---|---|---|---|

JP ASSOCIATES
100 NAAMANS RD STE 5F
CLAYMONT, DE 19703

Docketed Total: **$8,298.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $8,298.00 | | | | | |

Case Number: 08-35653
Modified Total: **$8,298.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $8,298.00 |

---

**Claim: 1119**
Date Filed: 12/17/2008
Docketed Total: $533.99
Filing Creditor Name and Address:
  JP ASSOCIATES
  100 NAAMANS RD STE 5F
  CLAYMONT, DE 19703

Claim Holder Name and Address
Case Number: 08-35653

JP ASSOCIATES
100 NAAMANS RD STE 5F
CLAYMONT, DE 19703

Docketed Total: **$533.99**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $533.99 | | | | | |

Case Number: 08-35653
Modified Total: **$533.99**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $533.99 |

---

**Claim: 1372**
Date Filed: 12/19/2008
Docketed Total: $46,500.00
Filing Creditor Name and Address:
  JS UNLIMITED INC
  9351 HEDGESTONE CT
  RIVERSIDE, CA 92508

Claim Holder Name and Address
Case Number: 08-35653

JS UNLIMITED INC
9351 HEDGESTONE CT
RIVERSIDE, CA 92508

Docketed Total: **$46,500.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $46,500.00 | | | | | |

Case Number: 08-35653
Modified Total: **$46,500.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $46,500.00 |

---

**Claim: 994**
Date Filed: 12/16/2008
Docketed Total: $1,405.00
Filing Creditor Name and Address:
  K&W COMMUNICATIONS
  1308 N 2ND ST
  ALTOONA, PA 16602

Claim Holder Name and Address
Case Number: 08-35653

K&W COMMUNICATIONS
1308 N 2ND ST
ALTOONA, PA 16602

Docketed Total: **$1,405.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,405.00 | | | | | |

Case Number: 08-35653
Modified Total: **$1,405.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,405.00 |

---

\*     "UNL" denotes an unliquidated claim.

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1044<br>Date Filed:    12/09/2008<br>Docketed Total:    $563.00<br>Filing Creditor Name and Address:<br>KEMPER SATELLITE SYSTEMS<br>1270 BOONE INDUSTRIAL<br>COLUMBIA, MO 65202 | Claim Holder Name and Address            Case Number:        08-35653<br><br>KEMPER SATELLITE SYSTEMS        Docketed Total:        **$563.00**<br>1270 BOONE INDUSTRIAL<br>COLUMBIA, MO 65202<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$563.00 | Case Number:        08-35653<br><br>Modified Total:        **$563.00**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$563.00 |
| Claim: 424<br>Date Filed:    12/01/2008<br>Docketed Total:    $648.30<br>Filing Creditor Name and Address:<br>KENOSHA HOSPITAL & MEDICAL<br>CTR<br>6308 8TH AVE<br>ATTN BUSINESS OFFICE<br>KENOSHA, WI 53143 | Claim Holder Name and Address            Case Number:        08-35653<br><br>KENOSHA HOSPITAL & MEDICAL        Docketed Total:        **$648.30**<br>CTR<br>6308 8TH AVE<br>ATTN BUSINESS OFFICE<br>KENOSHA, WI 53143<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$648.30 | Case Number:        08-35653<br><br>Modified Total:        **$648.30**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$648.30 |
| Claim: 1095<br>Date Filed:    12/19/2008<br>Docketed Total:    $95,000.00<br>Filing Creditor Name and Address:<br>KING COUNTY FINANCE<br>DIVISION<br>500 4TH AVE NO 600<br>SEATTLE, WA 981042387 | Claim Holder Name and Address            Case Number:        08-35653<br><br>KING COUNTY FINANCE DIVISION        Docketed Total:        **$95,000.00**<br>500 4TH AVE NO 600<br>SEATTLE, WA 981042387<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$95,000.00 | Case Number:        08-35653<br><br>Modified Total:        **$95,000.00**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$95,000.00 |
| Claim: 1104<br>Date Filed:    12/19/2008<br>Docketed Total:    $4,847.24<br>Filing Creditor Name and Address:<br>KING COUNTY TREASURY<br>500 FOURTH AVE<br>ROOM 600<br>SEATTLE, WA 98104-2387 | Claim Holder Name and Address            Case Number:        08-35653<br><br>KING COUNTY TREASURY        Docketed Total:        **$4,847.24**<br>500 FOURTH AVE<br>ROOM 600<br>SEATTLE, WA 98104-2387<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$4,847.24 | Case Number:        08-35653<br><br>Modified Total:        **$4,847.24**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$4,847.24 |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH   Doc 4012   Filed 07/08/09   Entered 07/08/09 09:36:15   Desc Main

Case No. 08-35653 (KRH)   Document   Page 50 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 409**
Date Filed: 12/01/2008
Docketed Total: $28,456.44
Filing Creditor Name and Address:
LABOR READY INC
PO BOX 2910
TACOMA, WA 98401

Claim Holder Name and Address
LABOR READY INC
PO BOX 2910
TACOMA, WA 98401

Case Number: 08-35653
Docketed Total: $28,456.44

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $28,456.44 | | | | | |

Case Number: 08-35653
Modified Total: $28,456.44

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $28,456.44 |

---

**Claim: 235**
Date Filed: 11/28/2008
Docketed Total: $100.00
Filing Creditor Name and Address:
LAFAYETTE CONSOLIDATED
GOVMT
PO BOX 4308
ATTN ALARM ENFORCEMENT
LAFAYETTE, LA 70502

Claim Holder Name and Address
LAFAYETTE CONSOLIDATED
GOVMT
PO BOX 4308
ATTN ALARM ENFORCEMENT
LAFAYETTE, LA 70502

Case Number: 08-35653
Docketed Total: $100.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $100.00 | | | | | |

Case Number: 08-35653
Modified Total: $100.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $100.00 |

---

**Claim: 412**
Date Filed: 12/01/2008
Docketed Total: $111.21
Filing Creditor Name and Address:
LAUREL RIDGE BOTTLING CO
1600 MORRELL AVE
CONNELLSVILLE, PA 15425

Claim Holder Name and Address
LAUREL RIDGE BOTTLING CO
1600 MORRELL AVE
CONNELLSVILLE, PA 15425

Case Number: 08-35653
Docketed Total: $111.21

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $111.21 | | | | | |

Case Number: 08-35653
Modified Total: $111.21

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $111.21 |

---

**Claim: 625**
Date Filed: 12/08/2008
Docketed Total: $199.99
Filing Creditor Name and Address:
LAWSON, ALFRED
9400 GLASCOW DR
FREDERICKSBURG, VA 22408

Claim Holder Name and Address
LAWSON, ALFRED
9400 GLASCOW DR
FREDERICKSBURG, VA 22408

Case Number: 08-35653
Docketed Total: $199.99

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $199.99 | | | | | |

Case Number: 08-35653
Modified Total: $199.99

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $199.99 |

---

*    "UNL" denotes an unliquidated claim.

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 1368**
Date Filed: 12/17/2008
Docketed Total: $103,039.15
Filing Creditor Name and Address:
LEBEN FAMILY LP
4001 N TAMIAMI TRAIL
CO NORTHERN TRUST BANK
NAPLES, FL 34103

Claim Holder Name and Address
LEBEN FAMILY LP
4001 N TAMIAMI TRAIL
CO NORTHERN TRUST BANK
NAPLES, FL 34103

Case Number: 08-35653
Docketed Total: $103,039.15

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $103,039.15 | | | | | |

Case Number: 08-35653
Modified Total: $103,039.15

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $103,039.15 |

---

**Claim: 636**
Date Filed: 12/08/2008
Docketed Total: $1,738.04
Filing Creditor Name and Address:
LEGAL TAX SERVICE INC
PO BOX 10060
PITTSBURGH, PA 15236-6060

Claim Holder Name and Address
LEGAL TAX SERVICE INC
PO BOX 10060
PITTSBURGH, PA 15236-6060

Case Number: 08-35653
Docketed Total: $1,738.04

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,738.04 | | | | | |

Case Number: 08-35653
Modified Total: $1,738.04

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,738.04 |

---

**Claim: 1427**
Date Filed: 12/19/2008
Docketed Total: $765.00
Filing Creditor Name and Address:
LEONE, MARK
1821 ENGLISH OAK DR
OFALLON, MO 63367

Claim Holder Name and Address
LEONE, MARK
1821 ENGLISH OAK DR
OFALLON, MO 63367

Case Number: 08-35653
Docketed Total: $765.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $765.00 | | | | | |

Case Number: 08-35653
Modified Total: $765.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $765.00 |

---

**Claim: 246**
Date Filed: 12/03/2008
Docketed Total: $34,400.00
Filing Creditor Name and Address:
LIEBERMAN RESEARCH
WORLDWIDE
1900 AVENUE OF THE STARS STE
1500
LOS ANGELES, CA 90067

Claim Holder Name and Address
LIEBERMAN RESEARCH
WORLDWIDE
1900 AVENUE OF THE STARS STE
1500
LOS ANGELES, CA 90067

Case Number: 08-35653
Docketed Total: $34,400.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $34,400.00 | | | | | |

Case Number: 08-35653
Modified Total: $34,400.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $34,400.00 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH   Doc 4012   Filed 07/08/09   Entered 07/08/09 09:36:15   Desc Main

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Document   Page 52 of 88

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 456**
Date Filed: 12/01/2008
Docketed Total: $263.00
Filing Creditor Name and Address:
  LIL ANTHONYS PIZZA
  205 N HWY 27
  MINNEOLA, FL 34715

Claim Holder Name and Address
LIL ANTHONYS PIZZA
205 N HWY 27
MINNEOLA, FL 34715

Case Number: 08-35653
Docketed Total: $263.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $263.00 | | | | | |

Case Number: 08-35653
Modified Total: $263.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $263.00 |

---

**Claim: 1316**
Date Filed: 12/19/2008
Docketed Total: $9,645.00
Filing Creditor Name and Address:
  LINKED COMMUNICATIONS
  140 EAGLE LN
  WETUMKA, AL 36092

Claim Holder Name and Address
LINKED COMMUNICATIONS
140 EAGLE LN
WETUMKA, AL 36092

Case Number: 08-35653
Docketed Total: $9,645.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $9,645.00 | | | | | |

Case Number: 08-35653
Modified Total: $9,645.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $9,645.00 |

---

**Claim: 1354**
Date Filed: 12/17/2008
Docketed Total: $53,239.14
Filing Creditor Name and Address:
  LOGIC INFORMATION SYSTEMS
  5814 BLACKSHIRE PATH
  INVER GROVE HEIGHTS, MN
  55076

Claim Holder Name and Address
LOGIC INFORMATION SYSTEMS
5814 BLACKSHIRE PATH
INVER GROVE HEIGHTS, MN 55076

Case Number: 08-35653
Docketed Total: $53,239.14

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $53,239.14 | | | | | |

Case Number: 08-35653
Modified Total: $53,239.14

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $53,239.14 |

---

**Claim: 631**
Date Filed: 11/28/2008
Docketed Total: $62,571.00
Filing Creditor Name and Address:
  MAC TRANSPORTATION INC
  PO BOX 1024
  GUASTI, CA 91743

Claim Holder Name and Address
MAC TRANSPORTATION INC
PO BOX 1024
GUASTI, CA 91743

Case Number: 08-35653
Docketed Total: $62,571.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $62,571.00 | | | | | |

Case Number: 08-35653
Modified Total: $62,571.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $62,571.00 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Document    Page 53 of 88

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1264**
Date Filed:  12/18/2008
Docketed Total:   $1,743.92
Filing Creditor Name and Address:
  MANCO ABBOTT LLC
  PO BOX 9440
  FRESNO, CA 93792-9440

Claim Holder Name and Address     Case Number:     08-35653

MANCO ABBOTT LLC     Docketed Total:     $1,743.92
PO BOX 9440
FRESNO, CA 93792-9440

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,743.92 | | | | | |

Case Number:     08-35653

Modified Total:     $1,743.92

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,743.92 |

---

**Claim: 648**
Date Filed:  12/08/2008
Docketed Total:   $37,189.00
Filing Creditor Name and Address:
  MARKET FORCE INFORMATION
  1877 BROADWAY STE 706
  BOULDER, CO 80302

Claim Holder Name and Address     Case Number:     08-35653

MARKET FORCE INFORMATION     Docketed Total:     $37,189.00
1877 BROADWAY STE 706
BOULDER, CO 80302

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $37,189.00 | | | | | |

Case Number:     08-35653

Modified Total:     $37,189.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $37,189.00 |

---

**Claim: 1093**
Date Filed:  12/19/2008
Docketed Total:   $27,908.00
Filing Creditor Name and Address:
  MARKET HEIGHTS, LTD
  2001 ROSS AVE STE 4601
  DALLAS, TX 75201

Claim Holder Name and Address     Case Number:     08-35653

MARKET HEIGHTS, LTD     Docketed Total:     $27,908.00
2001 ROSS AVE STE 4601
DALLAS, TX 75201

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $27,908.00 | | | | | |

Case Number:     08-35653

Modified Total:     $27,908.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $27,908.00 |

---

**Claim: 666**
Date Filed:  12/08/2008
Docketed Total:   $50.00
Filing Creditor Name and Address:
  MARTIN COUNTY TAX
  COLLECTOR
  FALSE ALARM UNIT
  3485 SE WILLOUGHBY BLVD
  STUART, FL 34994

Claim Holder Name and Address     Case Number:     08-35653

MARTIN COUNTY TAX COLLECTOR     Docketed Total:     $50.00
FALSE ALARM UNIT
3485 SE WILLOUGHBY BLVD
STUART, FL 34994

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $50.00 | | | | | |

Case Number:     08-35653

Modified Total:     $50.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $50.00 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.  Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main

Case No. 08-35653 (KRH)    Document    Page 54 of 88    Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 1423**
Date Filed: 12/18/2008
Docketed Total: $16,477.00
Filing Creditor Name and Address:
MCELROY INSTALLATIONS
2600 E SOUTHLAKE
STE 120 PMB 101
SOUTHLAKE, TX 76092

Claim Holder Name and Address
MCELROY INSTALLATIONS
2600 E SOUTHLAKE
STE 120 PMB 101
SOUTHLAKE, TX 76092

Case Number: 08-35653
Docketed Total: $16,477.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $16,477.00 | | | | | |

Case Number: 08-35653
Modified Total: $16,477.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $16,477.00 |

---

**Claim: 348**
Date Filed: 11/24/2008
Docketed Total: $217,830.00
Filing Creditor Name and Address:
MERCER
777 S FIGUEROA ST STE 1900
LOS ANGELES, CA 90017

Claim Holder Name and Address
MERCER
777 S FIGUEROA ST STE 1900
LOS ANGELES, CA 90017

Case Number: 08-35653
Docketed Total: $217,830.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $217,830.00 | | | | | |

Case Number: 08-35653
Modified Total: $217,830.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $217,830.00 |

---

**Claim: 996**
Date Filed: 12/16/2008
Docketed Total: $500.00
Filing Creditor Name and Address:
MILLBURY, TOWN OF
DEPT OF WEIGHTS & MEASURES
127 ELM ST
MILLBURY, MA 01527

Claim Holder Name and Address
MILLBURY, TOWN OF
DEPT OF WEIGHTS & MEASURES
127 ELM ST
MILLBURY, MA 01527

Case Number: 08-35653
Docketed Total: $500.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $500.00 | | | | | |

Case Number: 08-35653
Modified Total: $500.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $500.00 |

---

**Claim: 1005**
Date Filed: 12/16/2008
Docketed Total: $118,344.12
Filing Creditor Name and Address:
MILLER, LADONNA
CARTER COUNTY TREASURER
20 B ST SW RM 104
ARDMORE, OK 73401-6499

Claim Holder Name and Address
MILLER, LADONNA
CARTER COUNTY TREASURER
20 B ST SW RM 104
ARDMORE, OK 73401-6499

Case Number: 08-35653
Docketed Total: $118,344.12

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $118,344.12 | | | | | |

Case Number: 08-35653
Modified Total: $118,344.12

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $118,344.12 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH   Doc 4012   Filed 07/08/09   Entered 07/08/09 09:36:15   Desc Main
Case No. 08-35653 (KRH)                                Document      Page 55 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 392**
Date Filed:   12/02/2008
Docketed Total:   $175.52
Filing Creditor Name and Address:
  MOUNTAIN MIST WATER
  PO BOX 44427
  TACOMA, WA 984440427

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| MOUNTAIN MIST WATER PO BOX 44427 TACOMA, WA 984440427 | Docketed Total: | **$175.52** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $175.52 | | | | | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | **$175.52** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $175.52 |

**Claim: 393**
Date Filed:   12/02/2008
Docketed Total:   $88.84
Filing Creditor Name and Address:
  MOUNTAIN MIST WATER
  PO BOX 44427
  TACOMA, WA 984440427

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| MOUNTAIN MIST WATER PO BOX 44427 TACOMA, WA 984440427 | Docketed Total: | **$88.84** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $88.84 | | | | | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | **$88.84** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $88.84 |

**Claim: 394**
Date Filed:   12/02/2008
Docketed Total:   $309.33
Filing Creditor Name and Address:
  MOUNTAIN MIST WATER
  PO BOX 44519
  TACOMA, WA 98444

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| MOUNTAIN MIST WATER PO BOX 44519 TACOMA, WA 98444 | Docketed Total: | **$309.33** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $309.33 | | | | | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | **$309.33** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $309.33 |

**Claim: 603**
Date Filed:   12/04/2008
Docketed Total:   $600.00
Filing Creditor Name and Address:
  MURRIETA, CITY OF
  1 TOWN SQUARE
  24601 JEFFERSON AVE
  MURRIETA, CA 92562

| Claim Holder Name and Address | Case Number: | 08-35654 |
|---|---|---|
| MURRIETA, CITY OF 1 TOWN SQUARE 24601 JEFFERSON AVE MURRIETA, CA 92562 | Docketed Total: | **$600.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $600.00 | | | | | |

| | Case Number: | 08-35654 |
|---|---|---|
| | Modified Total: | **$600.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $600.00 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main

Case No. 08-35653 (KRH)

Document        Page 56 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 543**
Date Filed:    11/26/2008
Docketed Total:    $11,553.39
Filing Creditor Name and Address:
  MUSTANG MICROSYSTEMS
  104 SOUTH ST
  HOPKINTON, MA 01748

Claim Holder Name and Address

MUSTANG MICROSYSTEMS
104 SOUTH ST
HOPKINTON, MA 01748

Case Number:    08-35653
Docketed Total:    $11,553.39

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $11,553.39 | | | | | |

Case Number:    08-35653
Modified Total:    $11,553.39

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $11,553.39 |

---

**Claim: 876**
Date Filed:    12/08/2008
Docketed Total:    $8,885.00
Filing Creditor Name and Address:
  N GENIUS SOLUTIONS INC
  88 W SCHILER 1809
  CHICAGO, IL 60610

Claim Holder Name and Address

N GENIUS SOLUTIONS INC
88 W SCHILER 1809
CHICAGO, IL 60610

Case Number:    08-35653
Docketed Total:    $8,885.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $8,885.00 | | | | | |

Case Number:    08-35653
Modified Total:    $8,885.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $8,885.00 |

---

**Claim: 225**
Date Filed:    11/28/2008
Docketed Total:    $798.79
Filing Creditor Name and Address:
  NAPA AUTO PARTS OF MARION
  2310 W MAIN
  MARION, IL 62959

Claim Holder Name and Address

NAPA AUTO PARTS OF MARION
2310 W MAIN
MARION, IL 62959

Case Number:    08-35653
Docketed Total:    $798.79

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $798.79 | | | | | |

Case Number:    08-35653
Modified Total:    $798.79

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $798.79 |

---

**Claim: 415**
Date Filed:    12/01/2008
Docketed Total:    $2,619.72
Filing Creditor Name and Address:
  NASH COUNTY TAX COLLECTOR
  PO BOX 1070
  CHARLOTTE, NC 28201

Claim Holder Name and Address

NASH COUNTY TAX COLLECTOR
PO BOX 1070
CHARLOTTE, NC 28201

Case Number:    08-35653
Docketed Total:    $2,619.72

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,619.72 | | | | | |

Case Number:    08-35653
Modified Total:    $2,619.72

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,619.72 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH   Doc 4012   Filed 07/08/09   Entered 07/08/09 09:36:15   Desc Main
Case No. 08-35653 (KRH)                    Document      Page 57 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2227**
Date Filed: 12/29/2008
Docketed Total: $294.80
Filing Creditor Name and Address:
NATICK, TOWN OF
13 E CENTRAL ST
NATICK, MA 01760

Claim Holder Name and Address — Case Number: 08-35653
NATICK, TOWN OF
13 E CENTRAL ST
NATICK, MA 01760
Docketed Total: **$294.80**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $294.80 | | | | | |

Case Number: 08-35653
Modified Total: **$294.80**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $294.80 |

---

**Claim: 1038**
Date Filed: 12/19/2008
Docketed Total: $50,886.95
Filing Creditor Name and Address:
NATIONAL SERVICE ALLIANCE
105 WARD HILL AVE
HAVERHILL, MA 01839

Claim Holder Name and Address — Case Number: 08-35653
NATIONAL SERVICE ALLIANCE
105 WARD HILL AVE
HAVERHILL, MA 01839
Docketed Total: **$50,886.95**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $50,886.95 | | | | | |

Case Number: 08-35653
Modified Total: **$50,886.95**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $50,886.95 |

---

**Claim: 1519**
Date Filed: 12/08/2008
Docketed Total: $3,250.00
Filing Creditor Name and Address:
NATIONWIDE CONSULTING CO
PO BOX 548
65 HARRISTOWN RD
GLEN ROCK, NJ 07452

Claim Holder Name and Address — Case Number: 08-35653
NATIONWIDE CONSULTING CO
PO BOX 548
65 HARRISTOWN RD
GLEN ROCK, NJ 07452
Docketed Total: **$3,250.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $3,250.00 | | | | | |

Case Number: 08-35653
Modified Total: **$3,250.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,250.00 |

---

**Claim: 1207**
Date Filed: 12/17/2008
Docketed Total: $520.00
Filing Creditor Name and Address:
NETREADY HOME
12048 SW US HWY 54
ANDOVER, KS 67002

Claim Holder Name and Address — Case Number: 08-35653
NETREADY HOME
12048 SW US HWY 54
ANDOVER, KS 67002
Docketed Total: **$520.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $520.00 | | | | | |

Case Number: 08-35653
Modified Total: **$520.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $520.00 |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9) Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 485**
Date Filed: 12/01/2008
Docketed Total: $3,530.00
Filing Creditor Name and Address:
NEVAEH ELECTRONICS
1182 OLD BOONES CRK RD
JONESBOROUGH, TN 37659

Claim Holder Name and Address
NEVAEH ELECTRONICS
1182 OLD BOONES CRK RD
JONESBOROUGH, TN 37659

Case Number: 08-35653
Docketed Total: $3,530.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $3,530.00 | | | | | |

Case Number: 08-35653
Modified Total: $3,530.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,530.00 |

**Claim: 1306**
Date Filed: 12/18/2008
Docketed Total: $2,670.00
Filing Creditor Name and Address:
NEW AGE ELECTRONICS INC
339 CR 4
SCOBEY, MS 38953

Claim Holder Name and Address
NEW AGE ELECTRONICS INC
339 CR 4
SCOBEY, MS 38953

Case Number: 08-35653
Docketed Total: $2,670.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,670.00 | | | | | |

Case Number: 08-35653
Modified Total: $2,670.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,670.00 |

**Claim: 1083**
Date Filed: 12/19/2008
Docketed Total: $1,352.05
Filing Creditor Name and Address:
NEW JORDAN LANES INC, THE
731 JORDAN PKY
WHITEHALL, PA 18052

Claim Holder Name and Address
NEW JORDAN LANES INC, THE
731 JORDAN PKY
WHITEHALL, PA 18052

Case Number: 08-35653
Docketed Total: $1,352.05

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,352.05 | | | | | |

Case Number: 08-35653
Modified Total: $1,352.05

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,352.05 |

**Claim: 238**
Date Filed: 11/28/2008
Docketed Total: $491.81
Filing Creditor Name and Address:
NEW PENN MOTOR EXPRESS INC
PO BOX 630
625 S FIFTH AVE
LEBANON, PA 17042-0630

Claim Holder Name and Address
NEW PENN MOTOR EXPRESS INC
PO BOX 630
625 S FIFTH AVE
LEBANON, PA 17042-0630

Case Number: 08-35653
Docketed Total: $491.81

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $491.81 | | | | | |

Case Number: 08-35653
Modified Total: $491.81

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $491.81 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main

Case No. 08-35653 (KRH)                                                    Document    Page 59 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 1081**
Date Filed: 12/19/2008
Docketed Total: $940.31
Filing Creditor Name and Address:
NEW YORK CITY DEPT OF FINANCE
59 MAIDEN LN
NEW YORK, NY 10038

Claim Holder Name and Address
NEW YORK CITY DEPT OF FINANCE
59 MAIDEN LN
NEW YORK, NY 10038
Case Number: 08-35653
Docketed Total: $940.31

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $940.31 | | | | | |

Case Number: 08-35653
Modified Total: $940.31

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $940.31 |

**Claim: 716**
Date Filed: 12/12/2008
Docketed Total: $58,213.67
Filing Creditor Name and Address:
NEWINGTON, TOWN OF
131 CEDAR ST TOWN HALL
NEWINGTON, CT 06111

Claim Holder Name and Address
NEWINGTON, TOWN OF
131 CEDAR ST TOWN HALL
NEWINGTON, CT 06111
Case Number: 08-35653
Docketed Total: $58,213.67

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $58,213.67 | | | | | |

Case Number: 08-35653
Modified Total: $58,213.67

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $58,213.67 |

**Claim: 1145**
Date Filed: 12/16/2008
Docketed Total: $300.00
Filing Creditor Name and Address:
NEWPORT BEACH, CITY OF
3300 NEWPORT BLVD
NEWPORT BEACH, CA 92658-8195

Claim Holder Name and Address
NEWPORT BEACH, CITY OF
3300 NEWPORT BLVD
NEWPORT BEACH, CA 92658-8195
Case Number: 08-35654
Docketed Total: $300.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $300.00 | | | | | |

Case Number: 08-35654
Modified Total: $300.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $300.00 |

**Claim: 1146**
Date Filed: 12/16/2008
Docketed Total: $591.00
Filing Creditor Name and Address:
NEWPORT BEACH, CITY OF
PO BOX 1768
3300 NEWPORT BLVD
NEWPORT BEACH, CA 92658-8195

Claim Holder Name and Address
NEWPORT BEACH, CITY OF
PO BOX 1768
3300 NEWPORT BLVD
NEWPORT BEACH, CA 92658-8195
Case Number: 08-35654
Docketed Total: $591.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $591.00 | | | | | |

Case Number: 08-35654
Modified Total: $591.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $591.00 |

*    "UNL" denotes an unliquidated claim.

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

## EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 753**
Date Filed: 12/12/2008
Docketed Total: $79,100.00
Filing Creditor Name and Address:
 NEXICORE SERVICES
 HARTFORD COMPUTER GROUP
 DEPT 9775
 LOS ANGELES, CA 90084-9775

Claim Holder Name and Address
 NEXICORE SERVICES
 HARTFORD COMPUTER GROUP
 DEPT 9775
 LOS ANGELES, CA 90084-9775

Case Number: 08-35653
Docketed Total: $79,100.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $79,100.00 | | | | | |

Case Number: 08-35653
Modified Total: $79,100.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $79,100.00 |

---

**Claim: 553**
Date Filed: 11/28/2008
Docketed Total: $30,000.00
Filing Creditor Name and Address:
 NIELSEN IAG INC
 345 PARK AVE S
 12TH FL
 NEW YORK, NY 10010

Claim Holder Name and Address
 NIELSEN IAG INC
 345 PARK AVE S
 12TH FL
 NEW YORK, NY 10010

Case Number: 08-35653
Docketed Total: $30,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $30,000.00 | | | | | |

Case Number: 08-35653
Modified Total: $30,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $30,000.00 |

---

**Claim: 1258**
Date Filed: 12/18/2008
Docketed Total: $2,600.79
Filing Creditor Name and Address:
 NIXON PEABODY LLP
 100 SUMMER ST
 BOSTON, MA 02110

Claim Holder Name and Address
 NIXON PEABODY LLP
 100 SUMMER ST
 BOSTON, MA 02110

Case Number: 08-35653
Docketed Total: $2,600.79

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,600.79 | | | | | |

Case Number: 08-35653
Modified Total: $2,600.79

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,600.79 |

---

**Claim: 1313**
Date Filed: 12/19/2008
Docketed Total: $47,307.58
Filing Creditor Name and Address:
 NORTH ATTLEBORO
 MARKETPLACE II, L L C
 C/O CARPIONATO PROPERTIES
 INC
 1414 ATWOOD AVENUE SUITE 260
 JOHNSTON, RI 02919

Claim Holder Name and Address
 NORTH ATTLEBORO MARKETPLACE
 II, L L C
 C/O CARPIONATO PROPERTIES INC
 1414 ATWOOD AVENUE SUITE 260
 JOHNSTON, RI 02919

Case Number: 08-35653
Docketed Total: $47,307.58

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $47,307.58 | | | | | |

Case Number: 08-35653
Modified Total: $47,307.58

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $47,307.58 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main

Case No. 08-35653 (KRH)

Document      Page 61 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 821**
Date Filed: 12/12/2008
Docketed Total: $382.70
Filing Creditor Name and Address:
NORTHERN CALIFORNIA
COMPACTORS
PO BOX 5489
PLEASANTON, CA 94566-1489

Claim Holder Name and Address
NORTHERN CALIFORNIA
COMPACTORS
PO BOX 5489
PLEASANTON, CA 94566-1489

Case Number: 08-35653
Docketed Total: $382.70

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $382.70 | | | | | |

Case Number: 08-35653
Modified Total: $382.70

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $382.70 |

---

**Claim: 639**
Date Filed: 12/08/2008
Docketed Total: $380.00
Filing Creditor Name and Address:
NOVI, CITY OF
45125 WEST TEN MILE ROAD
NOVI, MI 48375

Claim Holder Name and Address
NOVI, CITY OF
45125 WEST TEN MILE ROAD
NOVI, MI 48375

Case Number: 08-35653
Docketed Total: $380.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $380.00 | | | | | |

Case Number: 08-35653
Modified Total: $380.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $380.00 |

---

**Claim: 885**
Date Filed: 12/10/2008
Docketed Total: $8,500.00
Filing Creditor Name and Address:
ONQ SOLUTIONS INC
1505 WOODSIDE RD
REDWOOD CITY, CA 94061

Claim Holder Name and Address
ONQ SOLUTIONS INC
1505 WOODSIDE RD
REDWOOD CITY, CA 94061

Case Number: 08-35653
Docketed Total: $8,500.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $8,500.00 | | | | | |

Case Number: 08-35653
Modified Total: $8,500.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $8,500.00 |

---

**Claim: 611**
Date Filed: 12/04/2008
Docketed Total: $38,936.63
Filing Creditor Name and Address:
ORANGE, TOWN OF
617 ORANGE CTR RD
ACCOUNTING DEPT
ORANGE, CT 06477-2499

Claim Holder Name and Address
ORANGE, TOWN OF
617 ORANGE CTR RD
ACCOUNTING DEPT
ORANGE, CT 06477-2499

Case Number: 08-35653
Docketed Total: $38,936.63

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $38,936.63 | | | | | |

Case Number: 08-35653
Modified Total: $38,936.63

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $38,936.63 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main
Case No. 08-35653 (KRH)                                        Document        Page 62 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1208**
Date Filed: 12/17/2008
Docketed Total: $47,575.59
Filing Creditor Name and Address:
  PACIFIC HARBOR EQUITIES LLC
  3000 PABLO KISEL BLVD STE 300C
  C/O R&R HOPE PROPERTIES LP
  BROWNSVILLE, TX 78526

Claim Holder Name and Address | Case Number: 08-35653
PACIFIC HARBOR EQUITIES LLC | Docketed Total: $47,575.59
3000 PABLO KISEL BLVD STE 300C
C/O R&R HOPE PROPERTIES LP
BROWNSVILLE, TX 78526

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $47,575.59 | | | | | |

Case Number: 08-35653
Modified Total: $47,575.59

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $47,575.59 |

---

**Claim: 1295**
Date Filed: 12/18/2008
Docketed Total: $2,588.79
Filing Creditor Name and Address:
  PAUL PLEVIN SULLIVAN ET AL
  401 B ST 10TH FL
  SAN DIEGO, CA 92101

Claim Holder Name and Address | Case Number: 08-35653
PAUL PLEVIN SULLIVAN ET AL | Docketed Total: $2,588.79
401 B ST 10TH FL
SAN DIEGO, CA 92101

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,588.79 | | | | | |

Case Number: 08-35653
Modified Total: $2,588.79

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,588.79 |

---

**Claim: 400**
Date Filed: 12/02/2008
Docketed Total: $28,020.59
Filing Creditor Name and Address:
  PC DOCTOR INC
  9805 DOUBLE R BLVD STE 301
  RENO, NV 89521

Claim Holder Name and Address | Case Number: 08-35653
PC DOCTOR INC | Docketed Total: $28,020.59
9805 DOUBLE R BLVD STE 301
RENO, NV 89521

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $28,020.59 | | | | | |

Case Number: 08-35653
Modified Total: $28,020.59

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $28,020.59 |

---

**Claim: 448**
Date Filed: 12/01/2008
Docketed Total: $74.00
Filing Creditor Name and Address:
  PENGATE HANDLING SYSTEMS INC
  3 INTERCHANGE PL
  YORK, PA 17403

Claim Holder Name and Address | Case Number: 08-35653
PENGATE HANDLING SYSTEMS INC | Docketed Total: $74.00
3 INTERCHANGE PL
YORK, PA 17403

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $74.00 | | | | | |

Case Number: 08-35653
Modified Total: $74.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $74.00 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH   Doc 4012   Filed 07/08/09   Entered 07/08/09 09:36:15   Desc Main

Case No. 08-35653 (KRH)   Document   Page 63 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 1272**
Date Filed:   12/18/2008
Docketed Total:   $85,923.68
Filing Creditor Name and Address:
 PENSKE
 PO BOX 827380
 PHILADELPHIA, PA 19182

Claim Holder Name and Address
Case Number:   08-35653
PENSKE
PO BOX 827380
PHILADELPHIA, PA 19182
Docketed Total:   **$85,923.68**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $85,923.68 | | | | | |

Case Number:   08-35653
Modified Total:   **$85,923.68**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $85,923.68 |

---

**Claim: 1227**
Date Filed:   12/17/2008
Docketed Total:   $6,722.63
Filing Creditor Name and Address:
 PINKERTON CONSULTING &
 INVEST
 2 CAMPUS DR
 PARSIPPANY, NJ 07054

Claim Holder Name and Address
Case Number:   08-35653
PINKERTON CONSULTING & INVEST
2 CAMPUS DR
PARSIPPANY, NJ 07054
Docketed Total:   **$6,722.63**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $6,722.63 | | | | | |

Case Number:   08-35653
Modified Total:   **$6,722.63**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $6,722.63 |

---

**Claim: 1152**
Date Filed:   12/01/2008
Docketed Total:   $2,100.00
Filing Creditor Name and Address:
 PIONEER TITLE
 ONE COLUMBUS CENTER
 STE 400
 VIRGINIA BEACH, VA 23462

Claim Holder Name and Address
Case Number:   08-35653
PIONEER TITLE
ONE COLUMBUS CENTER
STE 400
VIRGINIA BEACH, VA 23462
Docketed Total:   **$2,100.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,100.00 | | | | | |

Case Number:   08-35653
Modified Total:   **$2,100.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,100.00 |

---

**Claim: 162**
Date Filed:   12/01/2008
Docketed Total:   $5,966.00
Filing Creditor Name and Address:
 PLAN IT INTERACTIVE INC
 150 W INDUSTRIAL WAY
 BENICIA, CA 94510

Claim Holder Name and Address
Case Number:   08-35653
PLAN IT INTERACTIVE INC
150 W INDUSTRIAL WAY
BENICIA, CA 94510
Docketed Total:   **$5,966.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $5,966.00 | | | | | |

Case Number:   08-35653
Modified Total:   **$5,966.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $5,966.00 |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED |
|---|---|---|---|

**Claim: 1278**
Date Filed:   12/18/2008
Docketed Total:   $4,700.00
Filing Creditor Name and Address:
  PLATINUM HOME THEATER
  INSTALLATION
  14335 IVEY AVE
  FONTANA, CA 92335

Claim Holder Name and Address
PLATINUM HOME THEATER
INSTALLATION
14335 IVEY AVE
FONTANA, CA 92335

Case Number:   08-35653
Docketed Total:   $4,700.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $4,700.00 | | | | | |

Case Number:   08-35653
Modified Total:   $4,700.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,700.00 |

---

**Claim: 1071**
Date Filed:   12/19/2008
Docketed Total:   $5,000.00
Filing Creditor Name and Address:
  PLUCK
  200 ACADEMY DR SUITE 120
  AUSTIN, TX 78704

Claim Holder Name and Address
PLUCK
200 ACADEMY DR SUITE 120
AUSTIN, TX 78704

Case Number:   08-35653
Docketed Total:   $5,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $5,000.00 | | | | | |

Case Number:   08-35653
Modified Total:   $5,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $5,000.00 |

---

**Claim: 1308**
Date Filed:   12/18/2008
Docketed Total:   $1,025.00
Filing Creditor Name and Address:
  PORTABLE COMMUNICATION
  SOLUTIONS
  6819 LIMA RD
  FORT WAYNE, IN 46818

Claim Holder Name and Address
PORTABLE COMMUNICATION
SOLUTIONS
6819 LIMA RD
FORT WAYNE, IN 46818

Case Number:   08-35653
Docketed Total:   $1,025.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,025.00 | | | | | |

Case Number:   08-35653
Modified Total:   $1,025.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,025.00 |

---

**Claim: 872**
Date Filed:   12/08/2008
Docketed Total:   $106.36
Filing Creditor Name and Address:
  PRECISION CAMERA REPAIR
  3 ANNGINA DR
  ENFIELD, CT 06082

Claim Holder Name and Address
PRECISION CAMERA REPAIR
3 ANNGINA DR
ENFIELD, CT 06082

Case Number:   08-35653
Docketed Total:   $106.36

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $106.36 | | | | | |

Case Number:   08-35653
Modified Total:   $106.36

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $106.36 |

---

*    "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 1252**
Date Filed:    12/18/2008
Docketed Total:    $25,549.00
Filing Creditor Name and Address:
PREMIER HOME TECHNICIANS
21752 NORTH 86TH LANE
PEORIA, AZ 85382

Claim Holder Name and Address
PREMIER HOME TECHNICIANS
21752 NORTH 86TH LANE
PEORIA, AZ 85382

Case Number:    08-35653
Docketed Total:    $25,549.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $25,549.00 | | | | | |

Case Number:    08-35653
Modified Total:    $25,549.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $25,549.00 |

---

**Claim: 770**
Date Filed:    12/10/2008
Docketed Total:    $978.00
Filing Creditor Name and Address:
PRO IMAGE INSTALLERS INC
1970 HWY 87
STE 101
NAVARRE, FL 32566

Claim Holder Name and Address
PRO IMAGE INSTALLERS INC
1970 HWY 87
STE 101
NAVARRE, FL 32566

Case Number:    08-35657
Docketed Total:    $978.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $978.00 | | | | | |

Case Number:    08-35657
Modified Total:    $978.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $978.00 |

---

**Claim: 726**
Date Filed:    12/12/2008
Docketed Total:    $0.00
Filing Creditor Name and Address:
PROCTER & GAMBLE DIST
COMPANY
8500 GOVERNORS HILL DR
COLUMBUS, OH 45249

Claim Holder Name and Address
PROCTER & GAMBLE DIST
COMPANY
8500 GOVERNORS HILL DR
COLUMBUS, OH 45249

Case Number:    08-35653
Docketed Total:    UNL

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $0.00 | | | | | |

Case Number:    08-35653
Modified Total:    $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

---

**Claim: 1169**
Date Filed:    12/10/2008
Docketed Total:    $3,151.66
Filing Creditor Name and Address:
PROFESSIONAL LIVERY
521 D PROGRESS DR
LINTHICUM, MD 21090

Claim Holder Name and Address
PROFESSIONAL LIVERY
521 D PROGRESS DR
LINTHICUM, MD 21090

Case Number:    08-35653
Docketed Total:    $3,151.66

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $3,151.66 | | | | | |

Case Number:    08-35653
Modified Total:    $3,151.66

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,151.66 |

---

\*    "UNL" denotes an unliquidated claim.

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 878**
Date Filed:    12/08/2008
Docketed Total:    $6,715.00
Filing Creditor Name and Address:
  PROFESSIONAL SATELLITE
  INSTALLS
  41 BRIAN DR
  CARLISLE, PA 17015

Claim Holder Name and Address          Case Number:        08-35653
PROFESSIONAL SATELLITE INSTALLS        Docketed Total:     $6,715.00
41 BRIAN DR
CARLISLE, PA 17015

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $6,715.00 | | | | | |

Case Number:        08-35653
Modified Total:     $6,715.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $6,715.00 |

---

**Claim: 1384**
Date Filed:    12/17/2008
Docketed Total:    $11,265.00
Filing Creditor Name and Address:
  PROTECH INSTALLATION
  SERVICE
  1241 MIDWAY RD
  WILLIAMSON, GA 30292

Claim Holder Name and Address          Case Number:        08-35653
PROTECH INSTALLATION SERVICE           Docketed Total:     $11,265.00
1241 MIDWAY RD
WILLIAMSON, GA 30292

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $11,265.00 | | | | | |

Case Number:        08-35653
Modified Total:     $11,265.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $11,265.00 |

---

**Claim: 1455**
Date Filed:    12/03/2008
Docketed Total:    $1,818.70
Filing Creditor Name and Address:
  PURI, SUNIL
  6801 SPRING CREEK RD
  ROCKFORD, IL 61114

Claim Holder Name and Address          Case Number:        08-35653
PURI, SUNIL                            Docketed Total:     $1,818.70
6801 SPRING CREEK RD
ROCKFORD, IL 61114

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,818.70 | | | | | |

Case Number:        08-35653
Modified Total:     $1,818.70

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,818.70 |

---

**Claim: 1303**
Date Filed:    12/18/2008
Docketed Total:    $2,660.00
Filing Creditor Name and Address:
  QUALITY CONNECTIONS INC
  23 IVY CREEK LN
  FREDERICKSBURG, VA 22405

Claim Holder Name and Address          Case Number:        08-35653
QUALITY CONNECTIONS INC                Docketed Total:     $2,660.00
23 IVY CREEK LN
FREDERICKSBURG, VA 22405

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,660.00 | | | | | |

Case Number:        08-35653
Modified Total:     $2,660.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,660.00 |

---

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main

Case No. 08-35653 (KRH)                     Document      Page 67 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 727**
Date Filed: 12/09/2008
Docketed Total: $282.36
Filing Creditor Name and Address:
QUALITY LOCKSMITH OF
CENTRAL FLORIDA INC
478 E ALTAMONTE DR STE 108
PMB 540
ALTAMONTE SPRINGS, FL 32701

Claim Holder Name and Address: Case Number: 08-35659
QUALITY LOCKSMITH OF
CENTRAL FLORIDA INC          Docketed Total: $282.36
478 E ALTAMONTE DR STE 108 PMB
540
ALTAMONTE SPRINGS, FL 32701

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $282.36 | | | | | |

Case Number: 08-35659
Modified Total: $282.36

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $282.36 |

---

**Claim: 981**
Date Filed: 12/16/2008
Docketed Total: $28,965.00
Filing Creditor Name and Address:
QUALXSERV LLC
836 NORTH ST
TEWKSBURY, MA 01876

Claim Holder Name and Address: Case Number: 08-35653
QUALXSERV LLC
836 NORTH ST          Docketed Total: $28,965.00
TEWKSBURY, MA 01876

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $28,965.00 | | | | | |

Case Number: 08-35653
Modified Total: $28,965.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $28,965.00 |

---

**Claim: 580**
Date Filed: 12/04/2008
Docketed Total: $300.82
Filing Creditor Name and Address:
QUIZNOS CLASSIC SUBS
402 E PLAZA DR
CARTERVILLE, IL 62918

Claim Holder Name and Address: Case Number: 08-35653
QUIZNOS CLASSIC SUBS
402 E PLAZA DR          Docketed Total: $300.82
CARTERVILLE, IL 62918

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $300.82 | | | | | |

Case Number: 08-35653
Modified Total: $300.82

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $300.82 |

---

**Claim: 795**
Date Filed: 12/11/2008
Docketed Total: $1,725.00
Filing Creditor Name and Address:
RAMADA LIMITED HOTEL
2989 HAMILTON BLVD
S PLAINFIELD, NJ 07080

Claim Holder Name and Address: Case Number: 08-35653
RAMADA LIMITED HOTEL
2989 HAMILTON BLVD          Docketed Total: $1,725.00
S PLAINFIELD, NJ 07080

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,725.00 | | | | | |

Case Number: 08-35653
Modified Total: $1,725.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,725.00 |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 671**
Date Filed:    12/08/2008
Docketed Total:    $13,096.70
Filing Creditor Name and Address:
RANGER AMERICAN OF PR
PO BOX 29105
SAN JUAN, PR 00929-0105

Claim Holder Name and Address
RANGER AMERICAN OF PR
PO BOX 29105
SAN JUAN, PR 00929-0105

Case Number:    08-35653
Docketed Total:    $13,096.70

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $13,096.70 | | | | | |

Case Number:    08-35653
Modified Total:    $13,096.70

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $13,096.70 |

---

**Claim: 649**
Date Filed:    12/08/2008
Docketed Total:    $2,181.81
Filing Creditor Name and Address:
REGIONAL INCOME TAX AGENCY
PO BOX 470537
BROADVIEW HEIGHTS, OH 44147

Claim Holder Name and Address
REGIONAL INCOME TAX AGENCY
PO BOX 470537
BROADVIEW HEIGHTS, OH 44147

Case Number:    08-35653
Docketed Total:    $2,181.81

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,181.81 | | | | | |

Case Number:    08-35653
Modified Total:    $2,181.81

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,181.81 |

---

**Claim: 921**
Date Filed:    12/19/2008
Docketed Total:    $466.24
Filing Creditor Name and Address:
REVELWOOD INC
14 WALSH DR
STE 303
PARSIPPANY, NJ 07054

Claim Holder Name and Address
REVELWOOD INC
14 WALSH DR
STE 303
PARSIPPANY, NJ 07054

Case Number:    08-35653
Docketed Total:    $466.24

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $466.24 | | | | | |

Case Number:    08-35653
Modified Total:    $466.24

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $466.24 |

---

**Claim: 51**
Date Filed:    11/25/2008
Docketed Total:    $3,650.00
Filing Creditor Name and Address:
RIVAL WATCH
710 LAKEWAY DR
STE 135
SUNNYVALE, CA 94085-4062

Claim Holder Name and Address
RIVAL WATCH
710 LAKEWAY DR
STE 135
SUNNYVALE, CA 94085-4062

Case Number:    08-35653
Docketed Total:    $3,650.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $3,650.00 | | | | | |

Case Number:    08-35653
Modified Total:    $3,650.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,650.00 |

---

\*    "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 695**
Date Filed: 12/09/2008
Docketed Total: $36,834.46
Filing Creditor Name and Address:
RIVER CITY BLDG
MAINTENANCE
PO BOX 6001
MIDLOTHIAN, VA 23112

Claim Holder Name and Address
RIVER CITY BLDG MAINTENANCE
PO BOX 6001
MIDLOTHIAN, VA 23112

Case Number: 08-35653
Docketed Total: $36,834.46

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $36,834.46 | | | | | |

Case Number: 08-35653
Modified Total: $36,834.46

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $36,834.46 |

---

**Claim: 696**
Date Filed: 12/09/2008
Docketed Total: $27,916.52
Filing Creditor Name and Address:
ROCKDALE COUNTY TAX
COMMISSION
PO DRAWER 1497
CONYERS, GA 30012

Claim Holder Name and Address
ROCKDALE COUNTY TAX
COMMISSION
PO DRAWER 1497
CONYERS, GA 30012

Case Number: 08-35653
Docketed Total: $27,916.52

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $27,916.52 | | | | | |

Case Number: 08-35653
Modified Total: $27,916.52

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $27,916.52 |

---

**Claim: 34**
Date Filed: 11/28/2008
Docketed Total: $14,425.00
Filing Creditor Name and Address:
RPM TECHNOLOGIES &
SATELLITE LP
3610 SHIRE BLVD 106
RICHARDSON, TX 75082

Claim Holder Name and Address
RPM TECHNOLOGIES & SATELLITE
LP
3610 SHIRE BLVD 106
RICHARDSON, TX 75082

Case Number: 08-35653
Docketed Total: $14,425.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $14,425.00 | | | | | |

Case Number: 08-35653
Modified Total: $14,425.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $14,425.00 |

---

**Claim: 1360**
Date Filed: 12/17/2008
Docketed Total: $333.11
Filing Creditor Name and Address:
RYAN, BOB
1810 RYANDALE RD
RICHMOND, VA 23233

Claim Holder Name and Address
RYAN, BOB
1810 RYANDALE RD
RICHMOND, VA 23233

Case Number: 08-35653
Docketed Total: $333.11

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $333.11 | | | | | |

Case Number: 08-35653
Modified Total: $333.11

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $333.11 |

---

* "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main
Case No. 08-35653 (KRH)                        Document        Page 70 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 843**
Date Filed:   12/15/2008
Docketed Total:   $12,710.98
Filing Creditor Name and Address:
  SAFETY & SECURITY SERVICES INC
  416 NW 8TH
  OKLAHOMA CITY, OK 73102

Claim Holder Name and Address
  SAFETY & SECURITY SERVICES INC
  416 NW 8TH
  OKLAHOMA CITY, OK 73102
Case Number:   08-35653
Docketed Total:   $12,710.98

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $12,710.98 | | | | | |

Case Number:   08-35653
Modified Total:   $12,710.98

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $12,710.98 |

---

**Claim: 678**
Date Filed:   12/09/2008
Docketed Total:   $1,035.10
Filing Creditor Name and Address:
  SAFETY KLEEN
  5360 LEGACY DR BLDG 2 STE 100
  PLANO, TX 75024

Claim Holder Name and Address
  SAFETY KLEEN
  5360 LEGACY DR BLDG 2 STE 100
  PLANO, TX 75024
Case Number:   08-35653
Docketed Total:   $1,035.10

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,035.10 | | | | | |

Case Number:   08-35653
Modified Total:   $1,035.10

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,035.10 |

---

**Claim: 142**
Date Filed:   11/28/2008
Docketed Total:   $0.00
Filing Creditor Name and Address:
  SARETSKY HART MICHAELS & GOULD
  995 S ETON
  BIRMINGHAM, MI 48009

Claim Holder Name and Address
  SARETSKY HART MICHAELS & GOULD
  995 S ETON
  BIRMINGHAM, MI 48009
Case Number:   08-35653
Docketed Total:   UNL

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $0.00 | | | | | |

Case Number:   08-35653
Modified Total:   $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

---

**Claim: 1205**
Date Filed:   12/17/2008
Docketed Total:   $2,704.50
Filing Creditor Name and Address:
  SATELLITE SOLUTIONS
  752 S BIRD ST
  SUN PRAIRIE, WI 53590

Claim Holder Name and Address
  SATELLITE SOLUTIONS
  752 S BIRD ST
  SUN PRAIRIE, WI 53590
Case Number:   08-35653
Docketed Total:   $2,704.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,704.50 | | | | | |

Case Number:   08-35653
Modified Total:   $2,704.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,704.50 |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 574<br>Date Filed: 12/04/2008<br>Docketed Total: $90,932.52<br>Filing Creditor Name and Address:<br>SBLM ARCHITECTS PC<br>151 W 26TH ST<br>NEW YORK, NY 10001 | Claim Holder Name and Address     Case Number: 08-35653<br>SBLM ARCHITECTS PC<br>151 W 26TH ST      Docketed Total: $90,932.52<br>NEW YORK, NY 10001<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$90,932.52 | Case Number: 08-35653<br>Modified Total: $90,932.52<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$90,932.52 |
| Claim: 376<br>Date Filed: 12/01/2008<br>Docketed Total: $4,769.60<br>Filing Creditor Name and Address:<br>SCHNEIDER SERVICES INC<br>PO BOX 2545<br>GREEN BAY, WI 54306-2545 | Claim Holder Name and Address     Case Number: 08-35653<br>SCHNEIDER SERVICES INC<br>PO BOX 2545      Docketed Total: $4,769.60<br>GREEN BAY, WI 54306-2545<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$4,769.60 | Case Number: 08-35653<br>Modified Total: $4,769.60<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$4,769.60 |
| Claim: 1329<br>Date Filed: 12/19/2008<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>SCHOONOVER, PHILIP J<br>2146 OYSTER HARBORS<br>OSTERVILLE, MA 02655 | Claim Holder Name and Address     Case Number: 08-35653<br>SCHOONOVER, PHILIP J<br>2146 OYSTER HARBORS      Docketed Total: UNL<br>OSTERVILLE, MA 02655<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$0.00 | Case Number: 08-35653<br>Modified Total: $0.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$0.00 |
| Claim: 2304<br>Date Filed: 12/19/2008<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>SCHOONOVER, PHILIP J<br>2146 OYSTER HARBORS<br>OSTERVILLE, MA 02655 | Claim Holder Name and Address     Case Number: 08-35653<br>SCHOONOVER, PHILIP J<br>2146 OYSTER HARBORS      Docketed Total: UNL<br>OSTERVILLE, MA 02655<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$0.00 | Case Number: 08-35653<br>Modified Total: $0.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$0.00 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main

Case No. 08-35653 (KRH)                          Document        Page 72 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1424**
Date Filed:   12/19/2008
Docketed Total:    $23,350.00
Filing Creditor Name and Address:
  SECURITY ARMORED CAR SERV INC
  1022 SOUTH NINTH ST
  ST LOUIS, MO 63104

Claim Holder Name and Address         Case Number:         08-35653
SECURITY ARMORED CAR SERV INC         Docketed Total:      $23,350.00
1022 SOUTH NINTH ST
ST LOUIS, MO 63104

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $23,350.00 | | | | | |

Case Number:         08-35653
Modified Total:      $23,350.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $23,350.00 |

---

**Claim: 1136**
Date Filed:   12/15/2008
Docketed Total:    $634.19
Filing Creditor Name and Address:
  SECURITY RESOURCES
  SRI CORPORATE CENTER
  1155 MARLKRESS RD
  CHERRY HILL, NJ 08003

Claim Holder Name and Address         Case Number:         08-35653
SECURITY RESOURCES                    Docketed Total:      $634.19
SRI CORPORATE CENTER
1155 MARLKRESS RD
CHERRY HILL, NJ 08003

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $634.19 | | | | | |

Case Number:         08-35653
Modified Total:      $634.19

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $634.19 |

---

**Claim: 1230**
Date Filed:   12/18/2008
Docketed Total:    $1,043.00
Filing Creditor Name and Address:
  SELBYS HOME THEATER LLC
  5444 E INDIANA ST NO 211
  EVANSVILLE, IN 47715

Claim Holder Name and Address         Case Number:         08-35653
SELBYS HOME THEATER LLC               Docketed Total:      $1,043.00
5444 E INDIANA ST NO 211
EVANSVILLE, IN 47715

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,043.00 | | | | | |

Case Number:         08-35653
Modified Total:      $1,043.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,043.00 |

---

**Claim: 919**
Date Filed:   12/19/2008
Docketed Total:    $1,389.03
Filing Creditor Name and Address:
  SETLIFF & HOLLAND PC
  4940 DOMINION BLVD
  GLEN ALLEN, VA 23060

Claim Holder Name and Address         Case Number:         08-35653
SETLIFF & HOLLAND PC                  Docketed Total:      $1,389.03
4940 DOMINION BLVD
GLEN ALLEN, VA 23060

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,389.03 | | | | | |

Case Number:         08-35653
Modified Total:      $1,389.03

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,389.03 |

---

*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Document    Page 73 of 88

Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 1226**
Date Filed:   12/17/2008
Docketed Total:   $64,637.43
Filing Creditor Name and Address:
SHERWOOD PROPERTIES LLC
PO BOX 1787
ALBANY, GA 31702

Claim Holder Name and Address
SHERWOOD PROPERTIES LLC
PO BOX 1787
ALBANY, GA 31702

Case Number:   08-35653
Docketed Total:   $64,637.43

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $64,637.43 | | | | | |

Case Number:   08-35653
Modified Total:   $64,637.43

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $64,637.43 |

---

**Claim: 509**
Date Filed:   12/01/2008
Docketed Total:   $79.73
Filing Creditor Name and Address:
SHINN SPRING WATER CO INC
2 E POINTE DR
BIRDSBORO, PA 19508

Claim Holder Name and Address
SHINN SPRING WATER CO INC
2 E POINTE DR
BIRDSBORO, PA 19508

Case Number:   08-35653
Docketed Total:   $79.73

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $79.73 | | | | | |

Case Number:   08-35653
Modified Total:   $79.73

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $79.73 |

---

**Claim: 1374**
Date Filed:   12/19/2008
Docketed Total:   $439.45
Filing Creditor Name and Address:
SHOPATHOME COM
7100 E BELLEVIEW AVE 208
GREENWOOD VILLAGE, CO 80111

Claim Holder Name and Address
SHOPATHOME COM
7100 E BELLEVIEW AVE 208
GREENWOOD VILLAGE, CO 80111

Case Number:   08-35653
Docketed Total:   $439.45

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $439.45 | | | | | |

Case Number:   08-35653
Modified Total:   $439.45

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $439.45 |

---

**Claim: 697**
Date Filed:   12/09/2008
Docketed Total:   $30,527.95
Filing Creditor Name and Address:
SHOPPER TRAK RCT CORP
200 W MONROE 11TH FL
CHICAGO, IL 60606

Claim Holder Name and Address
SHOPPER TRAK RCT CORP
200 W MONROE 11TH FL
CHICAGO, IL 60606

Case Number:   08-35655
Docketed Total:   $30,527.95

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $30,527.95 | | | | | |

Case Number:   08-35655
Modified Total:   $30,527.95

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $30,527.95 |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 838**
Date Filed: 12/15/2008
Docketed Total: $380.00
Filing Creditor Name and Address:
  SHRED IT
  1001 THOMAS ST
  HAMPTON, VA 23669

Claim Holder Name and Address

SHRED IT
1001 THOMAS ST
HAMPTON, VA 23669

Case Number: 08-35653
Docketed Total: $380.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $380.00 | | | | | |

Case Number: 08-35653
Modified Total: $380.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $380.00 |

---

**Claim: 841**
Date Filed: 12/15/2008
Docketed Total: $498.75
Filing Creditor Name and Address:
  SHRED IT
  1001 THOMAS ST
  HAMPTON, VA 23669

Claim Holder Name and Address

SHRED IT
1001 THOMAS ST
HAMPTON, VA 23669

Case Number: 08-35653
Docketed Total: $498.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $498.75 | | | | | |

Case Number: 08-35653
Modified Total: $498.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $498.75 |

---

**Claim: 1296**
Date Filed: 12/18/2008
Docketed Total: $1,407.44
Filing Creditor Name and Address:
  SIMMONS JANNACE & STAGG
  LLP
  75 JACKSON AVE
  SYOSSET, NY 11791-3139

Claim Holder Name and Address

SIMMONS JANNACE & STAGG LLP
75 JACKSON AVE
SYOSSET, NY 11791-3139

Case Number: 08-35653
Docketed Total: $1,407.44

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,407.44 | | | | | |

Case Number: 08-35653
Modified Total: $1,407.44

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,407.44 |

---

**Claim: 154**
Date Filed: 12/04/2008
Docketed Total: $750.00
Filing Creditor Name and Address:
  SLICER & ASSOCIATES LLC
  PO BOX 1647
  WEST CHATHAM, MA 02669

Claim Holder Name and Address

SLICER & ASSOCIATES LLC
PO BOX 1647
WEST CHATHAM, MA 02669

Case Number: 08-35653
Docketed Total: $750.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $750.00 | | | | | |

Case Number: 08-35653
Modified Total: $750.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $750.00 |

---

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main

Case No. 08-35653 (KRH)    Document    Page 75 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 155**
Date Filed: 12/04/2008
Docketed Total: $9,949.75
Filing Creditor Name and Address:
SLICER & ASSOCIATES LLC
PO BOX 1647
WEST CHATHAM, NJ 02669-1647

Claim Holder Name and Address
SLICER & ASSOCIATES LLC
PO BOX 1647
WEST CHATHAM, NJ 02669-1647

Case Number: 08-35653
Docketed Total: $9,949.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $9,949.75 | | | | | |

Case Number: 08-35653
Modified Total: $9,949.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $9,949.75 |

---

**Claim: 767**
Date Filed: 12/10/2008
Docketed Total: $0.00
Filing Creditor Name and Address:
SMART & BIGGAR
55 METCALFE ST STE 900
OTTAWA, K1P 56
UNKNOWN

Claim Holder Name and Address
SMART & BIGGAR
55 METCALFE ST STE 900
OTTAWA, K1P 56
UNKNOWN

Case Number: 08-35654
Docketed Total: UNL

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $0.00 | | | | | |

Case Number: 08-35654
Modified Total: $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

---

**Claim: 454**
Date Filed: 12/01/2008
Docketed Total: $12,125.00
Filing Creditor Name and Address:
SOUNDS GOOD INSTALLATIONS
LLC
26 FOX RD
WALTHAM, MA 02451

Claim Holder Name and Address
SOUNDS GOOD INSTALLATIONS
LLC
26 FOX RD
WALTHAM, MA 02451

Case Number: 08-35653
Docketed Total: $12,125.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $12,125.00 | | | | | |

Case Number: 08-35653
Modified Total: $12,125.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $12,125.00 |

---

**Claim: 378**
Date Filed: 12/01/2008
Docketed Total: $31,503.15
Filing Creditor Name and Address:
SOUTH PORTLAND, CITY OF
PO BOX 9422
SOUTH PORTLAND, ME 04116

Claim Holder Name and Address
SOUTH PORTLAND, CITY OF
PO BOX 9422
SOUTH PORTLAND, ME 04116

Case Number: 08-35653
Docketed Total: $31,503.15

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $31,503.15 | | | | | |

Case Number: 08-35653
Modified Total: $31,503.15

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $31,503.15 |

---

* "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 466**
Date Filed:    12/01/2008
Docketed Total:    $4,500.00
Filing Creditor Name and Address:
   SOUTHERN MOTOR CARRIERS
   PO BOX 2040
   PEACHTREE CITY, GA 30269

Claim Holder Name and Address
SOUTHERN MOTOR CARRIERS
PO BOX 2040
PEACHTREE CITY, GA 30269

Case Number:    08-35653
Docketed Total:    **$4,500.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $4,500.00 | | | | | |

Case Number:    08-35653
Modified Total:    **$4,500.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,500.00 |

---

**Claim: 1420**
Date Filed:    12/18/2008
Docketed Total:    $3,025.00
Filing Creditor Name and Address:
   SPERRY/TV
   1115 NORTH 47TH
   LINCOLN, NE 68503

Claim Holder Name and Address
SPERRY/TV
1115 NORTH 47TH
LINCOLN, NE 68503

Case Number:    08-35653
Docketed Total:    **$3,025.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $3,025.00 | | | | | |

Case Number:    08-35653
Modified Total:    **$3,025.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,025.00 |

---

**Claim: 506**
Date Filed:    12/01/2008
Docketed Total:    $11,481.63
Filing Creditor Name and Address:
   SPHERION
   2050 SPECTRUM BLVD
   FT LAUDERDALE, FL 33309

Claim Holder Name and Address
SPHERION
2050 SPECTRUM BLVD
FT LAUDERDALE, FL 33309

Case Number:    08-35653
Docketed Total:    **$11,481.63**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $11,481.63 | | | | | |

Case Number:    08-35653
Modified Total:    **$11,481.63**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $11,481.63 |

---

**Claim: 745**
Date Filed:    12/12/2008
Docketed Total:    $22,354.16
Filing Creditor Name and Address:
   SPITZER FAMILY INVESTMENTS,
   LLC
   PO BOX 3601
   TELLURIDE, CO 81435

Claim Holder Name and Address
SPITZER FAMILY INVESTMENTS, LLC
PO BOX 3601
TELLURIDE, CO 81435

Case Number:    08-35653
Docketed Total:    **$22,354.16**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $22,354.16 | | | | | |

Case Number:    08-35653
Modified Total:    **$22,354.16**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $22,354.16 |

---

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main

Case No. 08-35653 (KRH)

Document    Page 77 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 690**
Date Filed: 12/09/2008
Docketed Total: $14,200.00
Filing Creditor Name and Address:
SPSS INC
1213 PAYSPHERE CR
CHICAGO, IL 60674

| | | |
|---|---|---|
| Claim Holder Name and Address | Case Number: 08-35653 | Case Number: 08-35653 |
| SPSS INC 1213 PAYSPHERE CR CHICAGO, IL 60674 | Docketed Total: $14,200.00 | Modified Total: $14,200.00 |

CLAIM AS DOCKETED:
| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $14,200.00 | | | | | |

CLAIM AS MODIFIED:
| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $14,200.00 |

---

**Claim: 1248**
Date Filed: 12/18/2008
Docketed Total: $26,094.44
Filing Creditor Name and Address:
ST CLOUD ASSOCIATES
1845 WALNUT ST NO 1000
PHILADELPHIA, PA 19103

| | | |
|---|---|---|
| Claim Holder Name and Address | Case Number: 08-35653 | Case Number: 08-35653 |
| ST CLOUD ASSOCIATES 1845 WALNUT ST NO 1000 PHILADELPHIA, PA 19103 | Docketed Total: $26,094.44 | Modified Total: $26,094.44 |

CLAIM AS DOCKETED:
| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $26,094.44 | | | | | |

CLAIM AS MODIFIED:
| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $26,094.44 |

---

**Claim: 635**
Date Filed: 12/08/2008
Docketed Total: $252,614.33
Filing Creditor Name and Address:
STAFFMARK INC
US BANK PO BOX 952386
ST LOUIS, MO 63195

| | | |
|---|---|---|
| Claim Holder Name and Address | Case Number: 08-35653 | Case Number: 08-35653 |
| STAFFMARK INC US BANK PO BOX 952386 ST LOUIS, MO 63195 | Docketed Total: $252,614.33 | Modified Total: $252,614.33 |

CLAIM AS DOCKETED:
| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $252,614.33 | | | | | |

CLAIM AS MODIFIED:
| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $252,614.33 |

---

**Claim: 467**
Date Filed: 12/01/2008
Docketed Total: $57.25
Filing Creditor Name and Address:
STONER ENTERPRISES INC
PO BOX 96
RUCKERSVILLE, VA 22968

| | | |
|---|---|---|
| Claim Holder Name and Address | Case Number: 08-35659 | Case Number: 08-35659 |
| STONER ENTERPRISES INC PO BOX 96 RUCKERSVILLE, VA 22968 | Docketed Total: $57.25 | Modified Total: $57.25 |

CLAIM AS DOCKETED:
| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $57.25 | | | | | |

CLAIM AS MODIFIED:
| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $57.25 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH   Doc 4012   Filed 07/08/09   Entered 07/08/09 09:36:15   Desc Main
Case No. 08-35653 (KRH)                      Document      Page 78 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 556**
Date Filed:   11/28/2008
Docketed Total:    $10,385.00
Filing Creditor Name and Address:
  STRUCTURED WIRING
  SOLUTIONS INC
  1503 5 VILLAGE DR
  WILMINGTON, NC 28401

Claim Holder Name and Address          Case Number:          08-35653
  STRUCTURED WIRING SOLUTIONS INC          Docketed Total:          $10,385.00
  1503 5 VILLAGE DR
  WILMINGTON, NC 28401

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $10,385.00 | | | | | |

Case Number:          08-35653
Modified Total:          $10,385.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $10,385.00 |

---

**Claim: 223**
Date Filed:   11/28/2008
Docketed Total:    $6,734.18
Filing Creditor Name and Address:
  SULLIVAN COUNTY
  3258 HWY 126 STE 101
  CLERK
  BLOUNTVILLE, TN 37617

Claim Holder Name and Address          Case Number:          08-35653
  SULLIVAN COUNTY          Docketed Total:          $6,734.18
  3258 HWY 126 STE 101
  CLERK
  BLOUNTVILLE, TN 37617

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $6,734.18 | | | | | |

Case Number:          08-35653
Modified Total:          $6,734.18

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $6,734.18 |

---

**Claim: 715**
Date Filed:   12/01/2008
Docketed Total:    $766.00
Filing Creditor Name and Address:
  SULLIVAN COUNTY
  PO BOX 550
  TRUSTEE
  BLOUNTVILLE, TN 37617

Claim Holder Name and Address          Case Number:          08-35653
  SULLIVAN COUNTY          Docketed Total:          $766.00
  PO BOX 550
  TRUSTEE
  BLOUNTVILLE, TN 37617

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $766.00 | | | | | |

Case Number:          08-35653
Modified Total:          $766.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $766.00 |

---

**Claim: 242**
Date Filed:   12/03/2008
Docketed Total:    $5,380.00
Filing Creditor Name and Address:
  SUPERIOR SIGHTS & SOUNDS
  2897 SENECA ST
  W SENECA, NY 14224

Claim Holder Name and Address          Case Number:          08-35653
  SUPERIOR SIGHTS & SOUNDS          Docketed Total:          $5,380.00
  2897 SENECA ST
  W SENECA, NY 14224

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $5,380.00 | | | | | |

Case Number:          08-35653
Modified Total:          $5,380.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $5,380.00 |

---

*      "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim: 922**<br>Date Filed: 12/19/2008<br>Docketed Total: $75,757.17<br>Filing Creditor Name and Address:<br>SWEDESFORD SHOPPING<br>CENTER ACQUISITION, LLC<br>8 INDUSTRIAL WAY EAST 2ND<br>FLOOR<br>EATONTOWN, NJ 07724 | Claim Holder Name and Address<br><br>SWEDESFORD SHOPPING CENTER<br>ACQUISITION, LLC<br>8 INDUSTRIAL WAY EAST 2ND<br>FLOOR<br>EATONTOWN, NJ 07724 | Case Number: 08-35653<br><br>Docketed Total: $75,757.17 | | | | | Case Number: 08-35653<br><br>Modified Total: $75,757.17 | | | | | |
| | 503(b)(9)<br>$75,757.17 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$75,757.17 |
| **Claim: 551**<br>Date Filed: 11/26/2008<br>Docketed Total: $263.92<br>Filing Creditor Name and Address:<br>SWEETWATER AUTHORITY<br>505 GARRETT AVENUE<br>CHULA VISTA, CA 91910 | Claim Holder Name and Address<br><br>SWEETWATER AUTHORITY<br>505 GARRETT AVENUE<br>CHULA VISTA, CA 91910 | Case Number: 08-35653<br><br>Docketed Total: $263.92 | | | | | Case Number: 08-35653<br><br>Modified Total: $263.92 | | | | | |
| | 503(b)(9)<br>$263.92 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$263.92 |
| **Claim: 1033**<br>Date Filed: 12/10/2008<br>Docketed Total: $151,829.74<br>Filing Creditor Name and Address:<br>T&T ENTERPRISES LP<br>60 D CORRAL DETIERRA RD<br>SALINAS, CA 93908 | Claim Holder Name and Address<br><br>T&T ENTERPRISES LP<br>60 D CORRAL DETIERRA RD<br>SALINAS, CA 93908 | Case Number: 08-35654<br><br>Docketed Total: $151,829.74 | | | | | Case Number: 08-35654<br><br>Modified Total: $151,829.74 | | | | | |
| | 503(b)(9)<br>$151,829.74 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$151,829.74 |
| **Claim: 642**<br>Date Filed: 12/08/2008<br>Docketed Total: $23,122.80<br>Filing Creditor Name and Address:<br>TELECO INC<br>PO BOX 11364<br>COLUMBIA, SC 29211-1364 | Claim Holder Name and Address<br><br>TELECO INC<br>PO BOX 11364<br>COLUMBIA, SC 29211-1364 | Case Number: 08-35653<br><br>Docketed Total: $23,122.80 | | | | | Case Number: 08-35653<br><br>Modified Total: $23,122.80 | | | | | |
| | 503(b)(9)<br>$23,122.80 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$23,122.80 |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 806**
Date Filed:    12/11/2008
Docketed Total:    $16,530.00
Filing Creditor Name and Address:
THEATER XTREME OF
SPRINGFIELD
170 DENSLOW RD
EAST LONGMEADOW, MA 01028

Claim Holder Name and Address

Case Number:    08-35653

THEATER XTREME OF SPRINGFIELD
170 DENSLOW RD
EAST LONGMEADOW, MA 01028

Docketed Total:    $16,530.00

Case Number:    08-35653

Modified Total:    $16,530.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $16,530.00 | | | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $16,530.00 |

**Claim: 620**
Date Filed:    12/08/2008
Docketed Total:    $2,250.51
Filing Creditor Name and Address:
THURSTON COUNTY TREASURER
2000 LAKERIDGE DR SW
OLYMPIA, WA 98502-6080

Claim Holder Name and Address

Case Number:    08-35653

THURSTON COUNTY TREASURER
2000 LAKERIDGE DR SW
OLYMPIA, WA 98502-6080

Docketed Total:    $2,250.51

Case Number:    08-35653

Modified Total:    $2,250.51

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,250.51 | | | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,250.51 |

**Claim: 790**
Date Filed:    12/11/2008
Docketed Total:    $2,982.00
Filing Creditor Name and Address:
TIME MACHINE INC, THE
2335 HONOLULU AVE
MONTROSE, CA 91020

Claim Holder Name and Address

Case Number:    08-35653

TIME MACHINE INC, THE
2335 HONOLULU AVE
MONTROSE, CA 91020

Docketed Total:    $2,982.00

Case Number:    08-35653

Modified Total:    $2,982.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,982.00 | | | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,982.00 |

**Claim: 1389**
Date Filed:    12/17/2008
Docketed Total:    $8,435.00
Filing Creditor Name and Address:
TKC TECHNOLOGY SOLUTIONS
LLC
11320 RANDOM HILLS RD
STE 115
FAIRFAX, VA 22030

Claim Holder Name and Address

Case Number:    08-35653

TKC TECHNOLOGY SOLUTIONS LLC
11320 RANDOM HILLS RD
STE 115
FAIRFAX, VA 22030

Docketed Total:    $8,435.00

Case Number:    08-35653

Modified Total:    $8,435.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $8,435.00 | | | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $8,435.00 |

*    "UNL" denotes an unliquidated claim.

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 488<br>Date Filed:    12/03/2008<br>Docketed Total:    $125.00<br>Filing Creditor Name and Address:<br>    TORRANCE, CITY OF<br>    3031 TORRANCE BLVD<br>    TORRANCE, CA 90503 | Claim Holder Name and Address          Case Number:          08-35653<br><br>    TORRANCE, CITY OF          Docketed Total:          **$125.00**<br>    3031 TORRANCE BLVD<br>    TORRANCE, CA 90503<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$125.00 | Case Number:          08-35653<br><br>Modified Total:          **$125.00**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$125.00 |
| Claim: 1236<br>Date Filed:    12/18/2008<br>Docketed Total:    $10,216.88<br>Filing Creditor Name and Address:<br>    TRC TEMPORARY SERVICE INC<br>    PO BOX 888485<br>    ATLANTA, GA 303560524 | Claim Holder Name and Address          Case Number:          08-35653<br><br>    TRC TEMPORARY SERVICE INC          Docketed Total:          **$10,216.88**<br>    PO BOX 888485<br>    ATLANTA, GA 303560524<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$10,216.88 | Case Number:          08-35653<br><br>Modified Total:          **$10,216.88**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$10,216.88 |
| Claim: 457<br>Date Filed:    12/01/2008<br>Docketed Total:    $121.75<br>Filing Creditor Name and Address:<br>    TREASURE VALLEY COFFEE INC<br>    11875 PRESIDENT DR<br>    BOISE, ID 83713 | Claim Holder Name and Address          Case Number:          08-35653<br><br>    TREASURE VALLEY COFFEE INC          Docketed Total:          **$121.75**<br>    11875 PRESIDENT DR<br>    BOISE, ID 83713<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$121.75 | Case Number:          08-35653<br><br>Modified Total:          **$121.75**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$121.75 |
| Claim: 1029<br>Date Filed:    12/16/2008<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address:<br>    TRIMBLE & JEWELL<br>    PO BOX 1107<br>    EVANSVILLE, IN 47706 | Claim Holder Name and Address          Case Number:          08-35653<br><br>    TRIMBLE & JEWELL          Docketed Total:          **UNL**<br>    PO BOX 1107<br>    EVANSVILLE, IN 47706<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$0.00 | Case Number:          08-35653<br><br>Modified Total:          **$0.00**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$0.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH     Doc 4012     Filed 07/08/09     Entered 07/08/09 09:36:15     Desc Main
Case No. 08-35653 (KRH)                                   Document         Page 82 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1312**
Date Filed:   12/18/2008
Docketed Total:     $920.28
Filing Creditor Name and Address:
    TRUEFFECT INC
    590 BURBANK ST
    STE 255
    BROOMFIELD, CO 80020

Claim Holder Name and Address

TRUEFFECT INC
590 BURBANK ST
STE 255
BROOMFIELD, CO 80020

Case Number:        08-35653
Docketed Total:     **$920.28**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $920.28 | | | | | |

Case Number:        08-35653
Modified Total:     **$920.28**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $920.28 |

---

**Claim: 1134**
Date Filed:   12/15/2008
Docketed Total:     $0.00
Filing Creditor Name and Address:
    TULLY MD, VINCENT
    180 KELLOWS RD
    HONESDALE, PA 18431

Claim Holder Name and Address

TULLY MD, VINCENT
180 KELLOWS RD
HONESDALE, PA 18431

Case Number:        08-35653
Docketed Total:     **UNL**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $0.00 | | | | | |

Case Number:        08-35653
Modified Total:     **$0.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

---

**Claim: 891**
Date Filed:   12/10/2008
Docketed Total:     $3,141.00
Filing Creditor Name and Address:
    TV TECK TELEVISION & VIDEO
    15230 HIGHWAY 3
    WEBSTER, TX 77598

Claim Holder Name and Address

TV TECK TELEVISION & VIDEO
15230 HIGHWAY 3
WEBSTER, TX 77598

Case Number:        08-35653
Docketed Total:     **$3,141.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $3,141.00 | | | | | |

Case Number:        08-35653
Modified Total:     **$3,141.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,141.00 |

---

**Claim: 588**
Date Filed:   12/04/2008
Docketed Total:     $199.28
Filing Creditor Name and Address:
    UNITED WAY DESERT
    COMMUNITIES
    PO BOX 1208
    VICTORVILLE, CA 923931208

Claim Holder Name and Address

UNITED WAY DESERT
COMMUNITIES
PO BOX 1208
VICTORVILLE, CA 923931208

Case Number:        08-35653
Docketed Total:     **$199.28**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $199.28 | | | | | |

Case Number:        08-35653
Modified Total:     **$199.28**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $199.28 |

---

\*      "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 5125**
Date Filed: 01/22/2009
Docketed Total: $66,465.42
Filing Creditor Name and Address:
UNIVERSAL PROTECTION
SERVICE
PO BOX 512719
LOS ANGELES, CA 90051-0719

Claim Holder Name and Address
Case Number: 08-35653
UNIVERSAL PROTECTION SERVICE
PO BOX 512719
LOS ANGELES, CA 90051-0719
Docketed Total: $66,465.42

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $66,465.42 | | | | | |

Case Number: 08-35653
Modified Total: $66,465.42

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $66,465.42 |

**Claim: 680**
Date Filed: 12/09/2008
Docketed Total: $18,437.70
Filing Creditor Name and Address:
UNIVERSAL SURVEILLANCE
SYSTEMS
11172 ELM AVE
RANCHO CUCAMONGA, CA
91730

Claim Holder Name and Address
Case Number: 08-35653
UNIVERSAL SURVEILLANCE
SYSTEMS
11172 ELM AVE
RANCHO CUCAMONGA, CA 91730
Docketed Total: $18,437.70

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $18,437.70 | | | | | |

Case Number: 08-35653
Modified Total: $18,437.70

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $18,437.70 |

**Claim: 861**
Date Filed: 12/08/2008
Docketed Total: $381,645.28
Filing Creditor Name and Address:
USIS COMMERCIAL SERVICES
INC
23883 NETWORK PL
CHICAGO, IL 60673

Claim Holder Name and Address
Case Number: 08-35653
USIS COMMERCIAL SERVICES INC
23883 NETWORK PL
CHICAGO, IL 60673
Docketed Total: $381,645.28

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $381,645.28 | | | | | |

Case Number: 08-35653
Modified Total: $381,645.28

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $381,645.28 |

**Claim: 610**
Date Filed: 12/04/2008
Docketed Total: $0.00
Filing Creditor Name and Address:
UTAH, STATE OF
341 S MAIN ST 5TH FL
TREASURER UNCLAIMED
PROPERTY
SALT LAKE CITY, UT 84111

Claim Holder Name and Address
Case Number: 08-35653
UTAH, STATE OF
341 S MAIN ST 5TH FL
TREASURER UNCLAIMED PROPERTY
SALT LAKE CITY, UT 84111
Docketed Total: UNL

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $0.00 | | | | | |

Case Number: 08-35653
Modified Total: $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main

Case No. 08-35653 (KRH)

Document      Page 84 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 232**
Date Filed: 11/28/2008
Docketed Total: $55,108.22
Filing Creditor Name and Address:
VALLEY SQUARE I LP
PO BOX 7189
4737 CONCORD PIKE
WILMINGTON, DE 19803

Claim Holder Name and Address
VALLEY SQUARE I LP
PO BOX 7189
4737 CONCORD PIKE
WILMINGTON, DE 19803

Case Number: 08-35653
Docketed Total: $55,108.22

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $55,108.22 | | | | | |

Case Number: 08-35653
Modified Total: $55,108.22

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $55,108.22 |

---

**Claim: 438**
Date Filed: 12/01/2008
Docketed Total: $181.13
Filing Creditor Name and Address:
VANGENT INC
PO BOX 934753
ATLANTA, GA 31193-4753

Claim Holder Name and Address
VANGENT INC
PO BOX 934753
ATLANTA, GA 31193-4753

Case Number: 08-35653
Docketed Total: $181.13

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $181.13 | | | | | |

Case Number: 08-35653
Modified Total: $181.13

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $181.13 |

---

**Claim: 1161**
Date Filed: 12/08/2008
Docketed Total: $38,066.67
Filing Creditor Name and Address:
VENTURI STAFFING PARTNERS
PO BOX 809237
CHICAGO, IL 60680-9237

Claim Holder Name and Address
VENTURI STAFFING PARTNERS
PO BOX 809237
CHICAGO, IL 60680-9237

Case Number: 08-35653
Docketed Total: $38,066.67

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $38,066.67 | | | | | |

Case Number: 08-35653
Modified Total: $38,066.67

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $38,066.67 |

---

**Claim: 993**
Date Filed: 12/16/2008
Docketed Total: $452.76
Filing Creditor Name and Address:
WARE ARCHITECTURE
1444 OAK LAWN AVE STE 406
DALLAS, TX 75207

Claim Holder Name and Address
WARE ARCHITECTURE
1444 OAK LAWN AVE STE 406
DALLAS, TX 75207

Case Number: 08-35653
Docketed Total: $452.76

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $452.76 | | | | | |

Case Number: 08-35653
Modified Total: $452.76

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $452.76 |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9) Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 857<br>Date Filed: 12/08/2008<br>Docketed Total: $7,919.18<br>Filing Creditor Name and Address:<br>WARNER ROBINS, CITY OF<br>PO BOX 1488<br>OCCUPATION TAX DIVISION<br>WARNER ROBINS, GA 31099 | Claim Holder Name and Address    Case Number:   08-35653<br>WARNER ROBINS, CITY OF<br>PO BOX 1488      Docketed Total:   $7,919.18<br>OCCUPATION TAX DIVISION<br>WARNER ROBINS, GA 31099<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$7,919.18 | Case Number:   08-35653<br><br>Modified Total:   $7,919.18<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                 $7,919.18 |
| Claim: 630<br>Date Filed: 12/01/2008<br>Docketed Total: $5,440.73<br>Filing Creditor Name and Address:<br>WASHINGTON COUNTY<br>ASSESSMENT & TAXATION<br>155 N 1ST AVE NO 130<br>HILLSBORO, OR 97124 | Claim Holder Name and Address    Case Number:   08-35654<br>WASHINGTON COUNTY<br>ASSESSMENT & TAXATION  Docketed Total:   $5,440.73<br>155 N 1ST AVE NO 130<br>HILLSBORO, OR 97124<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$5,440.73 | Case Number:   08-35654<br><br>Modified Total:   $5,440.73<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                 $5,440.73 |
| Claim: 382<br>Date Filed: 12/01/2008<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>WATKINS FLOWERS OF<br>DISTINCTION<br>2731 CAPITAL BLVD<br>RALEIGH, NC 27604 | Claim Holder Name and Address    Case Number:   08-35653<br>WATKINS FLOWERS OF<br>DISTINCTION      Docketed Total:   UNL<br>2731 CAPITAL BLVD<br>RALEIGH, NC 27604<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$0.00 | Case Number:   08-35653<br><br>Modified Total:   $0.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                 $0.00 |
| Claim: 1238<br>Date Filed: 12/18/2008<br>Docketed Total: $1,335.00<br>Filing Creditor Name and Address:<br>WEBB BURNETT CORNBROOKS<br>ET AL<br>115 BROAD ST<br>PO BOX 910<br>SALISBURY, MD 21803-0910 | Claim Holder Name and Address    Case Number:   08-35653<br>WEBB BURNETT CORNBROOKS ET<br>AL           Docketed Total:   $1,335.00<br>115 BROAD ST<br>PO BOX 910<br>SALISBURY, MD 21803-0910<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,335.00 | Case Number:   08-35653<br><br>Modified Total:   $1,335.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                $1,335.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH   Doc 4012   Filed 07/08/09   Entered 07/08/09 09:36:15   Desc Main

Case No. 08-35653 (KRH)

Document   Page 86 of 88

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | Claim Holder Name and Address | Case Number: | | | | 08-35659 | Case Number: | | | | | 08-35659 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 1215<br>Date Filed:   12/17/2008<br>Docketed Total:   $0.00<br>Filing Creditor Name and Address:<br>  WEBB, SUSANNA<br>  2929 N MACARTHUR DR NO 160<br>  TRACY, CA 95376 | WEBB, SUSANNA<br>2929 N MACARTHUR DR NO 160<br>TRACY, CA 95376 | Docketed Total: | | | | UNL | Modified Total: | | | | | $0.00 |
| | **503(b)(9)**<br>$0.00 | **Reclamation** | **Admin** | **Secured** | **Priority** | **Unsecured** | **503(b)(9)** | **Reclamation** | **Admin** | **Secured** | **Priority** | **Unsecured**<br>$0.00 |

| Claim: 1049<br>Date Filed:   12/12/2008<br>Docketed Total:   $35,352.00<br>Filing Creditor Name and Address:<br>  WEIGEL, ROBERT<br>  2300 S 48 ST<br>  LINCOLN, NE 68506 | Claim Holder Name and Address<br><br>WEIGEL, ROBERT<br>2300 S 48 ST<br>LINCOLN, NE 68506 | Case Number:<br><br>Docketed Total: | | | | 08-35653<br><br>$35,352.00 | Case Number:<br><br>Modified Total: | | | | | 08-35653<br><br>$35,352.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **503(b)(9)**<br>$35,352.00 | **Reclamation** | **Admin** | **Secured** | **Priority** | **Unsecured** | **503(b)(9)** | **Reclamation** | **Admin** | **Secured** | **Priority** | **Unsecured**<br>$35,352.00 |

| Claim: 873<br>Date Filed:   12/08/2008<br>Docketed Total:   $15,606.75<br>Filing Creditor Name and Address:<br>  WEISER SECURITY SERVICES INC<br>  PO BOX 51720<br>  NEW ORLEANS, LA 70151-1720 | Claim Holder Name and Address<br><br>WEISER SECURITY SERVICES INC<br>PO BOX 51720<br>NEW ORLEANS, LA 70151-1720 | Case Number:<br><br>Docketed Total: | | | | 08-35653<br><br>$15,606.75 | Case Number:<br><br>Modified Total: | | | | | 08-35653<br><br>$15,606.75 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **503(b)(9)**<br>$15,606.75 | **Reclamation** | **Admin** | **Secured** | **Priority** | **Unsecured** | **503(b)(9)** | **Reclamation** | **Admin** | **Secured** | **Priority** | **Unsecured**<br>$15,606.75 |

| Claim: 1418<br>Date Filed:   12/16/2008<br>Docketed Total:   $158.76<br>Filing Creditor Name and Address:<br>  WERNER ENTERPRISES INC<br>  PO BOX 45308<br>  OMAHA, NE 68145-0308 | Claim Holder Name and Address<br><br>WERNER ENTERPRISES INC<br>PO BOX 45308<br>OMAHA, NE 68145-0308 | Case Number:<br><br>Docketed Total: | | | | 08-35653<br><br>$158.76 | Case Number:<br><br>Modified Total: | | | | | 08-35653<br><br>$158.76 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **503(b)(9)**<br>$158.76 | **Reclamation** | **Admin** | **Secured** | **Priority** | **Unsecured** | **503(b)(9)** | **Reclamation** | **Admin** | **Secured** | **Priority** | **Unsecured**<br>$158.76 |

\*      "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1177**

Date Filed:    12/05/2008
Docketed Total:    $31,293.62
Filing Creditor Name and Address:
  WICOMICO COUNTY
  PO BOX 4036
  SALISBURY, MD 21803-4036

Claim Holder Name and Address    Case Number: 08-35653
WICOMICO COUNTY
PO BOX 4036
SALISBURY, MD 21803-4036    Docketed Total:    $31,293.62

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $31,293.62 | | | | | |

Case Number: 08-35653
Modified Total:    $31,293.62

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $31,293.62 |

**Claim: 490**

Date Filed:    11/24/2008
Docketed Total:    $30,851.73
Filing Creditor Name and Address:
  WILBUR CO, J
  PO BOX 413066
  KANSAS CITY, MO 64141

Claim Holder Name and Address    Case Number: 08-35653
WILBUR CO, J
PO BOX 413066
KANSAS CITY, MO 64141    Docketed Total:    $30,851.73

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $30,851.73 | | | | | |

Case Number: 08-35653
Modified Total:    $30,851.73

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $30,851.73 |

**Claim: 1235**

Date Filed:    12/18/2008
Docketed Total:    $594.00
Filing Creditor Name and Address:
  WILKINSON BARKER KNAUER
  LLP
  2300 N ST NW STE 700
  WASHINGTON, DC 20037

Claim Holder Name and Address    Case Number: 08-35653
WILKINSON BARKER KNAUER LLP
2300 N ST NW STE 700
WASHINGTON, DC 20037    Docketed Total:    $594.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $594.00 | | | | | |

Case Number: 08-35653
Modified Total:    $594.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $594.00 |

**Claim: 644**

Date Filed:    12/08/2008
Docketed Total:    $630.00
Filing Creditor Name and Address:
  WOOD, MICHAEL
  745 HAWK RUN
  OFALLON, MO 63368

Claim Holder Name and Address    Case Number: 08-35653
WOOD, MICHAEL
745 HAWK RUN
OFALLON, MO 63368    Docketed Total:    $630.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $630.00 | | | | | |

Case Number: 08-35653
Modified Total:    $630.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $630.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4012    Filed 07/08/09    Entered 07/08/09 09:36:15    Desc Main

Case No. 08-35653 (KRH)    Document    Page 88 of 88    Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1350<br>Date Filed:   12/19/2008<br>Docketed Total:    $131,280.08<br>Filing Creditor Name and Address:<br>  WORKING MACHINES<br>  CORPORATION<br>  2170 DWIGHT WY<br>  BERKELEY, CA 94704 | Claim Holder Name and Address      Case Number:        08-35653<br><br>WORKING MACHINES      Docketed Total:        $131,280.08<br>CORPORATION<br>2170 DWIGHT WY<br>BERKELEY, CA 94704<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$131,280.08 | Case Number:        08-35653<br><br>Modified Total:        $131,280.08<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                              $131,280.08 |
| Claim: 200<br>Date Filed:   12/05/2008<br>Docketed Total:    $6,776.55<br>Filing Creditor Name and Address:<br>  WS STRATFORD LLC<br>  PO BOX 25909<br>  CO CAROLINA HOLDINGS INC<br>  GREENVILLE, SC 29615 | Claim Holder Name and Address      Case Number:        08-35653<br><br>WS STRATFORD LLC      Docketed Total:        $6,776.55<br>PO BOX 25909<br>CO CAROLINA HOLDINGS INC<br>GREENVILLE, SC 29615<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$6,776.55 | Case Number:        08-35653<br><br>Modified Total:        $6,776.55<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                              $6,776.55 |
| Claim: 367<br>Date Filed:   11/24/2008<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address:<br>  ZEE MEDICAL<br>  PO BOX 610878<br>  SAN JOSE, CA 95161-0878 | Claim Holder Name and Address      Case Number:        08-35653<br><br>ZEE MEDICAL      Docketed Total:        UNL<br>PO BOX 610878<br>SAN JOSE, CA 95161-0878<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$0.00 | Case Number:        08-35653<br><br>Modified Total:        $0.00<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                              $0.00 |
|  |  | **Total Claims To Be Modified: 335**<br><br>**Total Amount As Docketed:**        $5,736,094.07<br><br>**Total Amount As Modified:**        $5,736,094.07 |

\*     "UNL" denotes an unliquidated claim.