

YANG, MURIEL TO
645 FARNHAM CIRCLE
RICHMOND, VA 23236
July 2, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street
Richmond, VA 23219

## RESPONSE TO OMNIBUS OBJECTIONS

**Debtors:** Circuit City Stores, Inc.

**Claim No. 8129**
  Claimant:     **Muriel To Yang**
  Claim Amount: **$2,918.10**

**Explanation**: I purchased 200 shares of Circuit City Stores common stocks on February 7, 1991 for $2,918.10. See the stock transaction statement in Attachment No. 1. These 200 shares of common stocks became 8oo shares from two 2:1 stock splits. See the security statement in Attachment No. 2. Therefore, I wish to request a claim amount of $2,918.10.

**Reason for Overruling the Omnibus Objection:** My investment in Circuit City Stores represents an important portion of my life-long savings. Since I am now retired and live on limited income, I need to recover my investment in Circuit City Stores to provide some resources for my financial needs.

**Claimant Information:**
  Name:              Muriel To Yang
  Mailing Address:   645 Farnham Circle, Richmond, VA 23236
  Telephone:         804-794-3614
  E-mail address:    yanghh@verizon.net

County of Chesterfield    Sincerely,
Commonwealth/State of Virginia
The foregoing instrument was acknowledged    _Muriel To Yang_
before me this 3rd day of July,              Muriel To Yang
09 by Muriel To Yang
(name of person seeking acknowledgement)
_Cathy S Bagby_
Notary Public
commission expires: 2/28/2010

CATHY S. BAGBY
Notary Public
Commonwealth of Virginia
321659
My Commission Expires Feb 28, 2010

**Attachment No. 1**: SIGNET Investment Corp., Richmond, Virginia, Stocvk Transaction Statement, February 14, 1991.

**Attachments No. 2**: WACHOVIA Securities, Richmond, Virginia, Monthly Statement, April 2009.

Copies sent to:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKIDDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
P. O. Box 636
Wilmington, DE 19899-0636

- and -

Chris L. Dickerson, Esq.
SKIDDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, IL 60606

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VXB No. 34364)
MCGUIRE WOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

MURIEL TO YANG

## ATTACHMENT NO. 1



| SIGNET® Investment Corporation P.O. Box 26301 Richmond, Virginia 23260 | ACCOUNT NO. | TYPE | TRADE DATE | SETTLEMENT DATE | TRANS. NO. | CUSIP NO | EXCH | ORIG |
|---|---|---|---|---|---|---|---|---|
| | 0G3-131750 | 1 | MWC | 02-07-91 | 02-14-91 | 007289 | 172737108 | 5 | 1 |

| YOU BOUGHT | SECURITY DESCRIPTION | | |
|---|---|---|---|
| 200 | CIRCUIT CITY STORES INC NFSC IS SPECIALIST | PRINCIPAL AMOUNT | 2,850 00 |
| YOU SOLD | | INTEREST | |
| | | COMMISSION | 68 10 |
| PRICE | | STATE TAX | |
| 14 1/4 | | MISC. CHG. | |
| | | SEC/POST | |
| | | AMOUNT DUE | 2,918 10 |
| | | SYMBOL CC | 243   DTC |

MURIEL TO YANG
322 HARWICK DR
RICHMOND        VA 23236

SIGNET INVESTMENT CORPORATION
P.O. BOX 26301
RICHMOND        VA 23260

PLEASE RETURN REMITTANCE COPY
WITH SECURITIES SOLD OR PAYMENT IN THE AMOUNT DUE.
BY SETTLEMENT DATE

SIPC MEMBER NASD

**ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES CORPORATION**

10793
ORDERS ARE UNSOLICITED UNLESS OTHERWISE SPECIFIED. PLEASE RETAIN THIS COPY FOR YOUR RECORDS

MURIEL TO YANG

## ATTACHMENT NO. 2

HUNG H YANG &
MURIEL YANG JT WROS

APRIL 1 - APRIL 30, 2009
ACCOUNT NUMBER: 4717-1629

## Portfolio detail

### Cash and Sweep Balances

Bank Deposit Sweep - Consists of monies held in interest-bearing deposit accounts at three banks affiliated with Wachovia Securities, LLC. These assets are not covered by SIPC, but are instead covered by FDIC insurance up to $250,000 per depositor per bank in accordance with FDIC rules, for a total of up to $750,000 in FDIC insurance when deposited at all three affiliated banks. If you have questions about your sweep option, including rates, please contact Your Financial Advisor.

| DESCRIPTION | ANNUAL PERCENTAGE YIELD EARNED* | CURRENT MARKET VALUE | ESTIMATED ANNUAL INCOME |
|---|---|---|---|
| BANK DEPOSIT SWEEP Interest Period 04/01/09 - 04/30/09 | N/A | 66.77 | N/A |
| **Total Cash and Sweep Balances** | | **$66.77** | **$0.00** |

* APY measures the total amount of the interest paid on an account based on the interest rate and the frequency of the compounding during the interest period. The annual percentage yield is expressed as an annualized rate, based on a 365- or 366-day year (as applicable).

### Stocks and Options

#### Stocks

| DESCRIPTION | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ESTIMATED ANNUAL INCOME | ESTIMATED ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| CIRCUIT CITY GROUP CCTYQ | | | | | | | | |
| Acquired 10/15/07 | 3.50600 | # | 32.00 | | 0.09 | -31.91 | | |
| Acquired 01/15/08 | 7.49400 | # | 28.52 | | 0.19 | -28.33 | | |
| Acquired 03/13/08 | 800 | N/A## | N/A | | 20.79 | N/A | | |
| Reinvestments | 6.62000 | 4.90 | 32.44 | | 0.18 | -32.26 | | |
| **Total** | **817.62000** | | **$92.96** | **0.0260** | **$21.25** | **-$92.50** | **N/A** | **N/A** |
| EXXON MOBIL CORP XOM | 1,862 | 44.79** | 83,399.48 | | 124,139.54 | 16,738.85 | | |
| Reinvestments | 39.45300 | 76.06 | 3,001.17 | | 2,630.33 | -370.84 | | |
| **Total** | **1,901.45300** | | **$86,400.65** | **66.6700** | **$126,769.87** | **$16,368.01** | **$3,194.44** | **2.52** |
| MICROSOFT CORP MSFT | 943 | 30.50** | 28,768.78 | | 19,105.18 | -9,663.60 | | |
| Reinvestments | 21.24400 | 21.45 | 455.88 | | 430.40 | -25.48 | | |
| **Total** | **964.24400** | | **$29,224.66** | **20.2600** | **$19,535.58** | **-$9,689.08** | **$501.40** | **2.57** |
| PFIZER INCORPORATED PFE | 955 | 14.79** | 14,132.75 | | 12,758.79 | -9,015.84 | | |

