Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
              Debtors.      :   Jointly Administered
- - - - - - - - - - - - - - x

**DEBTORS' TWENTY-FOURTH OMNIBUS OBJECTION TO
CLAIMS (DISALLOWANCE OF CERTAIN REAL ESTATE TAX CLAIMS ON
REAL PROPERTY IN WHICH THE DEBTORS LEASED THE REAL PROPERTY)**

The debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors"),[1] hereby file their Twenty-Fourth Omnibus Objection to Claims (Disallowance of Certain Real Estate Tax Claims on Real Property in which the Debtors Leased the Real Property) (the "Objection"), and hereby move this Court, pursuant to sections 105 and 502 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for an order, the proposed form of which is attached hereto as Exhibit A, granting the relief sought by this Objection, and in support thereof states as follows:

## JURISDICTION AND VENUE

1.   This Court has jurisdiction to consider this Objection under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

and this Objection in this district is proper under 28
U.S.C. §§ 1408 and 1409.  The statutory and legal predicates
for the relief requested herein are Bankruptcy Code sections
105 and 502, and Rule 3007 of the Bankruptcy Rules.

**BACKGROUND**

2.    On November 10, 2008 (the "Petition Date"), the
Debtors filed voluntary petitions in this Court for relief
under chapter 11 of the Bankruptcy Code.

3.    The Debtors continue to manage and operate their
businesses as debtors in possession pursuant to Bankruptcy
Code sections 1107 and 1108.

4.    On November 12, 2008, the Office of the United
States Trustee for the Eastern District of Virginia
appointed a statutory committee of unsecured creditors (the
"Creditors' Committee").  To date, no trustee or examiner
has been appointed in these chapter 11 cases.

5.    On November 12, 2008, the Court appointed Kurtzman
Carson Consultants LLC ("KCC") as claims, noticing and
balloting agent for the Debtors in these chapter 11 cases
pursuant to 28 U.S.C. § 156(c).

6.    On December 10, 2009, the Court entered that
certain Order Pursuant to Bankruptcy Code Sections 105 and
502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I)

Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the "Claims Bar Date Order").

7.    Pursuant to the Claims Bar Date Order, the deadline for filing all "claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the "General Bar Date").  The deadline for governmental units to file claims that arose before November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar Date").  Pursuant to the Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date Order (the "Claims Bar Date Notice").

8.    On December 17 and 19, 2008, KCC served a copy of the Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 1314). In addition, the Debtors published the Claims Bar Date Notice in The Wall Street Journal (Docket No. 1395) and The Richmond Times-Dispatch (Docket No. 1394).

9.    On January 16, 2009, the Court authorized the

Debtors, among other things, to conduct going out of

business sales at the Debtors' remaining 567 stores pursuant

to an agency agreement (the "Agency Agreement") between the

Debtors and a joint venture, as agent (the "Agent").  On

January 17, 2009, the Agent commenced going out of business

sales pursuant to the Agency Agreement at the Debtors

remaining stores.  As of March 8, 2009, the going out of

business sales at the Debtors' remaining stores had been

completed.

     10.  On April 1, 2009, this Court entered an Order

Establishing Omnibus Objection Procedures and Approving the

Form and Manner of Notice of Omnibus Objections (Docket No.

2881) (the "Omnibus Objection Procedures Order").

### OBJECTIONS TO CLAIMS

     11.  By this Objection, the Debtors seek entry of an

order, in substantially the form annexed as Exhibit A,

pursuant to Bankruptcy Code sections 105(a) and 502 and

Bankruptcy Rule 3007, disallowing the claims listed on

Exhibit C attached hereto.  The basis for the disallowance

of the claims listed on Exhibit C attached hereto is that

all of the claims are asserted by taxing authorities for

alleged real estate taxes on real property the Debtors

leased but did not own (the "Claims").  The Debtors do not

have any liability to the taxing authorities for real estate taxes on real property.  In many of their leases, the Debtors may be contractually obligated with the lessor to pay, among other things, real estate taxes on leased real property.  Accordingly, the Debtors submit that the Debtors and their estates have no liability with respect to the Claims.

12.  For ease of reference, attached as Exhibit B is an alphabetical listing of all claimants whose Claims are included in this Objection (the "Claimants"), with a cross-reference by claim number.

13.  At this time, the Debtors have not completed their review of the validity of all claims/expenses filed against their estates, including the Claims.  Accordingly, the Claims may be the subject of additional subsequently filed objections.  To that end, the Debtors reserve the right to further object to any and all claims, whether or not the subject of this Objection, for allowance, voting, and/or distribution purposes, and on any other grounds. Furthermore, the Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

## RESERVATION OF RIGHTS

14.  As noted above, the Debtors reserve their rights
to file objections to these Claims at a later time on any
grounds that bankruptcy or non-bankruptcy law permits.  The
Debtors likewise reserve the right to modify, supplement
and/or amend this Objection as it pertains to any claim or
claimant herein.

## NOTICE AND PROCEDURE

15.  Notice of this Objection has been provided to all
claimants with claims that are the subject to this Objection
as identified on Exhibit C, respectively, and to parties-in-
interest in accordance with the Court's Order Pursuant to
Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002
and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1
Establishing Certain Notice, Case Management and
Administrative Procedures (Docket No. 130) (the "Case
Management Order").  The Debtors submit that the following
methods of service upon the Claimants should be deemed by
the Court to constitute due and sufficient service of this
Objection: (a) service in accordance with Bankruptcy Rule
7004 and the applicable provisions of Federal Rule of Civil
Procedure 4; (b) to the extent counsel for a Claimant is not
known to the Debtors, by first class mail, postage prepaid,

on the signatory of the Claimant's proof of claim form or
other representative identified in the proof of claim form
or any attachment thereto; or (c) by first class mail,
postage prepaid, on any counsel that has appeared on the
Claimant's behalf in the Debtors' bankruptcy cases.  The
Debtors are serving the Claimant with this Objection and the
exhibit on which the Claimant's claim is listed.

    16.  To the extent any Claimant timely files and
properly serves a response to this Objection by **4:00 p.m. on
August 10, 2009** as required by the Case Management Order and
under applicable law, and the parties are unable to
otherwise resolve the Objection, the Debtors request that
the Court conduct a status conference with respect to any
such responding claimant at **2:00 p.m. on August 18, 2009** and
thereafter schedule the matter for a future hearing as to
the merits of such claim.[2]  However, to the extent any
Claimant fails to timely file and properly serve a response
to this Objection as required by the Case Management Order
and applicable law, the Debtors request that the Court enter
an order, substantially in the form attached hereto as
Exhibit A, disallowing the Claims set forth on Exhibit C

---

[2]  In accordance with the Omnibus Objection Procedures Order, claimants
who respond to the Objection do not need to appear at the status
conference.

attached hereto for all purposes in these bankruptcy cases.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND
## THE OMNIBUS OBJECTION PROCEDURES ORDER

17.   This Objection complies with Bankruptcy Rule
3007(e).  Additionally, the Debtors submit that this
Objection is filed in accordance with the Omnibus Objection
Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

18.   Pursuant to Local Bankruptcy Rule 9013-1(G), and
because there are no novel issues of law presented in the
Motion, the Debtors request that the requirement that all
motions be accompanied by a written memorandum of law be
waived.

## NO PRIOR RELIEF

19.   No previous request for the relief sought herein
has been made to this Court or any other court.

WHEREFORE, the Debtors request the Court to enter an

Order sustaining this Objection and granting such other and

further relief as the Court deems appropriate.

Dated: Richmond, Virginia     SKADDEN, ARPS, SLATE, MEAGHER &
       July 8, 2009           FLOM, LLP
                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000

                                       - and -

                              SKADDEN, ARPS, SLATE, MEAGHER &
                              FLOM, LLP
                              Chris L. Dickerson, Esq.
                              155 North Wacker Drive
                              Chicago, Illinois 60606-7120
                              (312) 407-0700

                                       - and -

                              MCGUIREWOODS LLP

                              _/s/ Douglas M. Foley_____
                              Dion W. Hayes (VSB No. 34304)
                              Douglas M. Foley (VSB No. 34364)
                              One James Center
                              901 E. Cary Street
                              Richmond, Virginia 23219
                              (804) 775-1000

                              Counsel for Debtors and Debtors
                              in Possession

**EXHIBIT A**

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x

**ORDER SUSTAINING DEBTORS' TWENTY-FOURTH OMNIBUS OBJECTION TO
CLAIMS (DISALLOWANCE OF CERTAIN REAL ESTATE TAX CLAIMS ON
REAL PROPERTY IN WHICH THE DEBTORS LEASED THE REAL PROPERTY)**

        THIS MATTER having come before the Court on the

Debtors' Twenty-Fourth Omnibus Objection to Claims

(Disallowance of Certain Real Estate Tax Claims on Real

Property in which the Debtors Leased the Real Property) (the

"Objection"), which requested, among other things, that the claims specifically identified on Exhibit C attached to the Objection be disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is GRANTED.

2.    The Claims identified on Exhibit A as attached hereto and incorporated herein, are forever disallowed in their entirety for all purposes in these bankruptcy cases.

Dated: Richmond, Virginia
       August___, 2009


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

          - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                    __/s/ Douglas M. Foley____
                    Douglas M. Foley

\9611126.1

Debtors' Twenty-Fourth Omnibus Objection to Claims (Disallowance of Certain Real Estate Claims on Property that the Debtor Leased)

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Twenty-Fourth Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ALACHUA CO TAX COLLECTOR | 1930 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| ALACHUA CO TAX COLLECTOR | 2268 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| BAY COUNTY FLORIDA TAX COLLECTOR | 11928 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| BAYBROOK MUNICIPAL UTILITY DISTRICT NO 1 | 2046 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| BRIDGEWATER TOWNSHIP TAX COLLECTOR SOMERSET | 2982 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| CITY OF MERIDEN TAX COLLECTOR, CT | 8056 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| COUNTY OF SAN BERNARDINO | 539 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| COUNTY OF VOLUSIA FINANCE DEPARTMENT | 3873 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| CRANSTON, CITY OF | 2992 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| DAN MCALLISTER | 11263 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| DANE COUNTY TREASURER | 12390 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| DOUG BELDEN HILLSBOROUGH COUNTY TAX COLLECTOR | 3969 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| ESCAMBIA COUNTY TAX COLLECTOR | 1624 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| FOREST CITY COMMERCIAL MANAGEMENT INC | 12035 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| GWINNETT COUNTY TAX COMMISSIONER | 12143 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| HARRIS COUNTY ET AL | 7142 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| HENNEPIN COUNTY TREASURER | 4209 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| HENRICO COUNTY | 11454 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| HENRICO COUNTY | 11457 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| HENRICO COUNTY | 11476 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| HENRICO COUNTY | 11451 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| HENRICO COUNTY | 11789 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| HENRICO COUNTY | 11790 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| HENRICO COUNTY | 11450 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| HENRICO COUNTY | 11788 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| HENRICO COUNTY VIRGINIA | 2256 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| HENRICO COUNTY VIRGINIA | 2246 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| HENRICO COUNTY VIRGINIA | 2253 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| HENRICO COUNTY VIRGINIA ACCT NO CI0096001 | 7664 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| JEFFERSON COUNTY TREASURER | 4040 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| LANE COUNTY DEPT OF ASSESSMENT & TAXATION | 1621 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| LEBEN FAMILY LP | 6968 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| MARION COUNTY TAX COLLECTOR | 175 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| MARION COUNTY TAX COLLECTOR | 177 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| MARION COUNTY TAX COLLECTOR | 176 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| MARY MALONEY POLK COUNTY TREASURER | 3523 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| MCCRACKEN COUNTY CLERK | 3200 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| OAKLAND COUNTY TREASURER | 11673 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| OAKLAND COUNTY TREASURER | 12037 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| ONSLOW COUNTY TAX COLLECTOR | 1667 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| PATRICK J PADILLA BERNALILLO COUNTY TREASURER | 1794 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| PAULDING COUNTY TAX COMMISSIONER | 513 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |

Debtors' Twenty-Fourth Omnibus Objection to Claims (Disallowance of Certain Real Estate Claims on Property that the Debtor Leased)

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Twenty-Fourth Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| PIERCE COUNTY BUDGET & FINANCE | 11921 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| PIERCE COUNTY BUDGET & FINANCE | 11795 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| PULASKI COUNTY TREASURER | 11874 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| SAN DIEGO COUNTY TREASURER TAX COLLECTOR | 525 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| SAN DIEGO COUNTY TREASURER TAX COLLECTOR | 545 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| SHASTA COUNTY TAX COLLECTOR | 3348 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| SOLANO COUNTY TAX COLLECTOR | 519 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| SOLANO COUNTY TAX COLLECTOR | 191 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| SULLIVAN COUNTY TAX COLLECTOR | 7672 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| SUMMITT COUNTY TREASURER | 3663 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| THE WOODLANDS METRO CENTER MUD | 2041 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| THE WOODLANDS ROAD UTILITY DISTRICT NO 1 | 2040 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| TOWN OF SALEM, NH | 12781 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| TRAVIS COUNTY | 10531 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| TSA STORES INC | 6586 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| WASHINGTON COUNTY COLLECTOR | 340 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |
| YUMA COUNTY TREASURER | 1515 | EXHIBIT C - (DISALLOWANCE OF CERTAIN REAL ESTATE CLAIMS ON PROPERTY THAT THE DEBTOR LEASED) |

In re: Circuit City Stores, Inc, et al.          Debtors' Twentieth Omnibus Objection to Claims  (Disallowance
Case No. 08-35653-KRH                                    Of Certain Real Estate Claims On Property That The Debtor Leased)

**EXHIBIT C**

| CREDITOR'S  NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ALACHUA CO TAX COLLECTOR 12 SE 1ST ST GAINESVILLE, FL 32601 | 2268 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $29,546.36 $29,546.36 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ALACHUA CO TAX COLLECTOR 12 SE 1ST ST GAINESVILLE, FL 32601 | 1930 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $29,546.36 $29,546.36 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BAY COUNTY FLORIDA TAX COLLECTOR PAUL S BLILEY JR ESQ ATTORNEY AND AGENT FOR BAY COUNTY TAX COLLECTOR WILLIAMS MULLEN PO BOX 1320 RICHMOND, VA 23218-1320 | 11928 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $1,452.39 $1,452.39 | 03/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BAYBROOK MUNICIPAL UTILITY DISTRICT NO 1 CARL O SANDIN PERDUE BRANDON FIELDER COLLINS & MOTT LLP 1235 NORTH LOOP WEST STE 600 HOUSTON, TX 77008 | 2046 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $22,113.19 $22,113.19 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BRIDGEWATER TOWNSHIP TAX COLLECTOR SOMERSET OFFICE OF THE TAX COLLECTOR P O BOX 6300 BRIDGEWATER, NJ | 2982 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL | 01/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.     Debtors' Twelfth Omnibus Objection to Claims  (Disallowance
Case No. 08-35653-KRH                                  Of Certain Real Estate Claims On Property That The Debtor Leased)

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY OF MERIDEN TAX COLLECTOR, CT<br>142 E MAIN ST RM 117<br>MERIDEN, CT 06450-8022 | 8056 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $621.27<br>$15,148.74<br><br><br><br>$15,770.01 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| COUNTY OF SAN BERNARDINO OFFICE OF THE TAX COLLECTOR<br>172 W 3RD ST<br>SAN BERNARDINO, CA 92415 | 539 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $660.38<br><br><br><br><br>$660.38 | 11/26/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COUNTY OF VOLUSIA FINANCE DEPARTMENT<br>123 W INDIANA AVE RM 103<br>DELAND, FL 32720-4602 | 3873 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br>$9,303.86<br><br><br><br>$9,303.86 | 01/14/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CRANSTON, CITY OF TAX COLLECTOR<br>PO BOX 1177<br>PROVIDENCE, RI 02901 | 2992 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>$2,935.27<br>$2,935.27 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DAN MCALLISTER<br>SAN DIEGO COUNTY TREASURER TAX COLLECTOR<br>ATTN BANKRUPTCY DESK<br>1600 PACIFIC HWY RM 162<br>SAN DIEGO, CA 92101 | 11263 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $95,536.53<br><br><br><br><br>$95,536.53 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DANE COUNTY TREASURER<br>PO BOX 1299<br>MADISON, WI 53701 | 12390 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $121,357.83<br><br><br><br><br>$121,357.83 | 03/10/2009 | CIRCUIT CITY PROPERTIES, LLC (08-35661) |

\*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.          Debtors' Twelfth Omnibus Objection to Claims  (Disallowance
Case No. 08-35653-KRH                                    Of Certain Real Estate Claims On Property That The Debtor Leased)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DOUG BELDEN HILLSBOROUGH COUNTY TAX COLLECTOR ATTN DOUG BELDEN TAX COLLECTOR HILLSBOROUGH COUNTY 601 E KENNEDY BLVD 14TH FL PO BOX 172920 TAMPA, FL 33672-2920 | 3969 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $13,386.90 $13,386.90 | 01/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ESCAMBIA COUNTY TAX COLLECTOR PO BOX 1312 PENSACOLA, FL 32591 | 1624 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $4,999.79 $4,999.79 $9,999.58 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| FOREST CITY COMMERCIAL MANAGEMENT INC AGENT FOR LABURNUM INVESTMENT LLC 50 PUBLIC SQ STE 1360 CLEVELAND, OH 44113 | 12035 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $9,795.38 $9,795.38 | 03/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GWINNETT COUNTY TAX COMMISSIONER PO BOX 372 LAWRENCEVILLE, GA 30046-0372 | 12143 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $36,144.75 $36,144.75 | 03/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HARRIS COUNTY ET AL JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064 HOUSTON, TX 77253-3064 | 7142 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $290,151.33 $290,151.33 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-Fourth Omnibus Objection to Claims (Disallowance
Of Certain Real Estate Claims On Property That The Debtor Leased)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HENNEPIN COUNTY TREASURER A600 GOVERNMENT CENTER 300 S 6TH ST MINNEAPOLIS, MN 55487 | 4209 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $158,877.54 $158,877.54 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HENRICO COUNTY RHYSA GRIFFITH SOUTH ASSISTANT COUNTY ATTORNEY PO BOX 90775 HENRICO, VA 23273-0775 | 11790 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $658,968.45 $658,968.45 | 03/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HENRICO COUNTY RHYSA GRIFFITH SOUTH ASSISTANT COUNTY ATTORNEY PO BOX 90775 HENRICO, VA 23273-0775 | 11788 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $34,695.60 $34,695.60 | 03/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HENRICO COUNTY RHYSA GRIFFITH SOUTH ASSISTANT COUNTY ATTORNEY PO BOX 90775 HENRICO, VA 23273-0775 | 11450 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $476,730.42 $476,730.42 | 02/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HENRICO COUNTY RHYSA GRIFFITH SOUTH ASSISTANT COUNTY ATTORNEY PO BOX 90775 HENRICO, VA 23273-0775 | 11476 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $6,433.65 $6,433.65 | 02/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HENRICO COUNTY RHYSA GRIFFITH SOUTH ASSISTANT COUNTY ATTORNEY PO BOX 90775 HENRICO, VA 23273-0775 | 11454 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $23,481.30 $23,481.30 | 02/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Twelfth Omnibus Objection to Claims (Disallowance
Case No. 08-35653-KRH    Of Certain Real Estate Claims On Property That The Debtor Leased)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HENRICO COUNTY RHYSA GRIFFITH SOUTH ASSISTANT COUNTY ATTORNEY PO BOX 90775 HENRICO, VA 23273-0775 | 11451 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $45,530.58<br><br><br><br><br>$45,530.58 | 02/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HENRICO COUNTY RHYSA GRIFFITH SOUTH ASSISTANT COUNTY ATTORNEY PO BOX 90775 HENRICO, VA 23273-0775 | 11457 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $417,625.23<br><br><br><br><br>$417,625.23 | 02/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HENRICO COUNTY RHYSA GRIFFITH SOUTH ASSISTANT COUNTY ATTORNEY PO BOX 90775 HENRICO, VA 23273-0775 | 11789 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | <br><br>$441,614.61<br><br><br>$441,614.61 | 03/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HENRICO COUNTY VIRGINIA RHYSA GRIFFITH SOUTH ASSISTANT COUNTY ATTORNEY PO BOX 90775 HENRICO, VA 23273-0775 | 2256 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $3,540.47<br>UNL<br><br><br><br>$3,540.47 | 01/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HENRICO COUNTY VIRGINIA RHYSA GRIFFITH SOUTH ASSISTANT COUNTY ATTORNEY PO BOX 90775 HENRICO, VA 23273-0775 | 2253 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $229,693.87<br>UNL<br><br><br><br>$229,693.87 | 01/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HENRICO COUNTY VIRGINIA RHYSA GRIFFITH SOUTH ASSISTANT COUNTY ATTORNEY PO BOX 90775 HENRICO, VA 23273-0775 | 2246 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $12,914.72<br><br><br><br><br>$12,914.72 | 01/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  Debtors' Twenty-Ninth Omnibus Objection to Claims (Disallowance
Case No. 08-35653-KRH                    Of Certain Real Estate Claims On Property That The Debtor Leased)

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HENRICO COUNTY VIRGINIA ACCT NO CI0096001 RHYSA GRIFFITH SOUTH ASSISTANT COUNTY ATTORNEY PO BOX 90775 HENRICO, VA 23273-0775 | 7664 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $18,864.24 $18,864.24 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JEFFERSON COUNTY TREASURER C O JEFFERSON COUNTY PROSECUTORS OFFICE 16001 STATE RTE 7 STEUBENVILLE, OH 43952 | 4040 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $21,136.38 $21,136.38 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LANE COUNTY DEPT OF ASSESSMENT & TAXATION 125 E 8TH AVE EUGENE, OR 97401 | 1621 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $5,876.96 $5,876.96 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LEBEN FAMILY LP 1700 W PIONEER RD CEDARBURG, WI 53012 | 6968 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $103,039.15 $103,039.15 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MARION COUNTY TAX COLLECTOR PO BOX 2511 SALEM, OR 97308-2511 | 175 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $4,571.31 $4,571.31 | 12/01/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| MARION COUNTY TAX COLLECTOR PO BOX 2511 SALEM, OR 97308-2511 | 177 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $425.38 $425.38 | 12/01/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance
Case No. 08-35653-KRH    Of Certain Real Estate Claims On Property That The Debtor Leased)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MARION COUNTY TAX COLLECTOR PO BOX 2511 SALEM, OR 97308-2511 | 176 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $33,422.35 $33,422.35 | 12/01/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| MARY MALONEY POLK COUNTY TREASURER 111 COURT AVE DES MOINES, IA 50309-2998 | 3523 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $116,585.00 UNL $116,585.00 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MCCRACKEN COUNTY CLERK MICHAEL R MURPHY ASSITANT COUNTY ATTORNEY 301 S SIXTH ST PADUCAH, KY 42003 | 3200 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $10,859.68 $10,859.68 | 01/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| OAKLAND COUNTY TREASURER 1200 N TELEGRAPH RD DEPT 479 PONTIAC, MI 48341-0479 | 11673 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $13,083.61 $13,083.61 | 03/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| OAKLAND COUNTY TREASURER 1200 N TELEGRAPH RD DEPT 479 PONTIAC, MI 48341-0479 | 12037 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $13,083.61 $13,083.61 | 03/04/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ONSLOW COUNTY TAX COLLECTOR 39 TALLMAN STREET JACKSONVILLE, NC 28540-4846 | 1667 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $20,759.84 $20,759.84 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Twenty-Ninth Omnibus Objection to Claims (Disallowance
Case No. 08-35653-KRH    Of Certain Real Estate Claims On Property That The Debtor Leased)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PATRICK J PADILLA BERNALILLO COUNTY TREASURER PATRICK J PADILLA TREASURER OF BERNALILLO COUNTY PO BOX 627 ALBUQUERQUE, NM 87103-0627 | 1794 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $12,222.20 $12,222.20 | 12/17/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| PAULDING COUNTY TAX COMMISSIONER 25 COURTHOUSE SQ RM 203 DALLAS, GA 30132 | 513 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $31,281.90 $31,281.90 | 12/05/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PIERCE COUNTY BUDGET & FINANCE PO BOX 11621 TACOMA, WA 98411-6621 | 11921 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $1,215.07 $1,215.07 | 03/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PIERCE COUNTY BUDGET & FINANCE PO BOX 11621 TACOMA, WA 98411-6621 | 11795 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $5,207.83 $5,207.83 | 03/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PULASKI COUNTY TREASURER PO BOX 430 LITTLE ROCK, AR | 11874 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $72,968.54 $72,968.54 | 03/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SAN DIEGO COUNTY TREASURER TAX COLLECTOR C O DAN MCALLISTER 1600 PACIFIC COAST HWY RM 162 SAN DIEGO, CA 92101 | 525 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $95,536.53 $95,536.53 | 11/26/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.          Debtors' Twenty-Fourth Omnibus Objection to Claims (Disallowance
Case No. 08-35653-KRH                                    Of Certain Real Estate Claims On Property That The Debtor Leased)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SAN DIEGO COUNTY TREASURER TAX COLLECTOR C O DAN MCALLISTER 1600 PACIFIC HWY RM 162 SAN DIEGO, CA 92101 | 545 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $95,536.53 $95,536.53 | 11/26/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| SHASTA COUNTY TAX COLLECTOR PO BOX 99 1830 REDDING, CA 96099-1830 | 3348 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $50,069.76 $50,069.76 | 01/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SOLANO COUNTY TAX COLLECTOR 675 TEXAS ST STE 1900 FAIRFIELD, CA 94533 | 191 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $77,042.34 $77,042.34 | 12/02/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SOLANO COUNTY TAX COLLECTOR 675 TEXAS ST STE 1900 FAIRFIELD, CA 94533 | 519 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $77,042.34 $77,042.34 | 12/05/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| SULLIVAN COUNTY TAX COLLECTOR ATTN COLLECTORS OFFICE PO BOX 550 BLOUNTVILLE, TN 37617-0550 | 7672 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $9,260.00 $9,260.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SUMMIT COUNTY TREASURER REGINA M VANVOROUS ASSISTANT PROSECUTING ATTORNEY 220 S BALCH ST STE 118 AKRON, OH 44302-1606 | 3663 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $71,644.40 $71,644.40 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Thirty-Fourth Omnibus Objection to Claims (Disallowance
Of Certain Real Estate Claims On Property That The Debtor Leased)

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| THE WOODLANDS METRO CENTER MUD<br>MICHAEL J DARLOW<br>PERDUE BRANDON FIELDER<br>COLLINS & MOTT LLP<br>1235 NORTH LOOP WEST STE 600<br>HOUSTON, TX 77008 | 2041 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $5,861.56<br><br><br><br><br>$5,861.56 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| THE WOODLANDS ROAD UTILITY DISTRICT NO 1<br>MICHAEL J DARLOW<br>PERDUE BRANDON FIELDER<br>COLLINS & MOTT LLP<br>1235 NORTH LOOP WEST STE 600<br>HOUSTON, TX 77008 | 2040 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $14,616.89<br><br><br><br><br>$14,616.89 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TOWN OF SALEM, NH<br>33 GEREMONTY DRIVE<br>SALEM, NH 03079-3390 | 12781 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $142.61<br><br><br><br><br>$142.61 | 05/04/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TRAVIS COUNTY<br>C O KAREN Y WRIGHT<br>TRAVIS COUNTY ATTYS OFFICE<br>PO BOX 1748<br>AUSTIN, TX 78767-0000 | 10531 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $121,008.34<br><br><br><br><br>$121,008.34 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TSA STORES INC<br>ATTN GENERAL COUNSEL<br>1050 W HAMPDEN AVE<br>ENGLEWOOD, CO 80110 | 6586 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>$38,670.23<br>$38,670.23 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WASHINGTON COUNTY COLLECTOR<br>280 N COLLEGE AVE<br>FAYETTEVILLE, AR 72701 | 340 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br>$15,453.81<br><br><br><br>$15,453.81 | 11/24/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-Sixth Omnibus Objection to Claims  (Disallowance
Of Certain Real Estate Claims On Property That The Debtor Leased)

**EXHIBIT C**

| CREDITOR'S  NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| YUMA COUNTY TREASURER<br>410 MAIDEN LN<br>YUMA, AZ 85364 | 1515 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $3,133.10<br>$3,133.10<br><br><br><br>$6,266.20 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:          59                              $4,360,561.15

* "UNL" denotes an unliquidated claim.