To: Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219



To all concerned: June 16, 2009
Re: claim # 6720

My name is Mary Ella Holm

Date of birth; Dec. 13, 1940
Social Security # 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
Phone # (903)-455-2583
219 Nottingham Dr. Lot 182
Greenville, TX. 75401-8319

My husband's name is: John William Holm
Social Security # 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
Date of birth; May 7, 1950
Address, phone, same.

I cannot afford an attorney/lawyer. I am on fixed incomes as is my husband. We really need my retirement amount as set forth in my retirement award of $93.54 monthly.

I started receiving my retirement benefits in January of 2003. You have all my records, as I sent confirmation of my award back in January of 2009 along with my request to continue receiving my scheduled deposits as agreed to.

I don't know what else to do. I am almost deaf. Even with hearing aids I can hardly handle conversation face to face, and not at all by phone.

I do designate my husband: Mr. John William Holm, as noted above, to handle any phone matters in connection with my case. My husband's signature is also included below.

Please excuse my lack of knowledge and experience in putting together a letter of this kind!

Please help my husband and I in this matter! I am not clear as to what else you may need in order to complete a consideration of my case. Please contact my husband and me at the address and telephone number noted above.

Most respectfully: Mrs. Mary Ella Holm

*Mary Ella Holm*

Please assist my wife. Sincerely: Mr. John William Holm

*Mr. John W. Holm*