KUTAK ROCK LLP
Peter J. Barrett (Va. Bar No. 46179)
Kimberly A. Pierro (Va. Bar No. 71362)
1111 East Main Street, Suite 800
Richmond, Virginia  23219
Telephone:  (804) 644-1700
Facsimile:  (804) 783-6192

Scott M. Shaw, Esq. (TN BPR No. 019171)
Husch Blackwell Sanders LLP
2030 Hamilton Place Blvd., Suite 150
Chattanooga, TN 37421
Telephone:  (423) 757.5914
Facsimile:  (423) 855.0543
*Co-counsel for The Landing at Arbor Place II, LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 08-35653-KRH |
| | ) | |
| Circuit City Stores, Inc., | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | Jointly Administered |
| | ) | |

**RESPONSE OF THE LANDING AT ARBOR PLACE II, LLC TO DEBTORS' NINETEENTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS)**

The Landing at Arbor Place II, LLC ("Arbor Place"), hereby files this Response to Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (the "Objection") as it relates to claim numbered 11814 (hereinafter the "Claim"), and in support thereof would show as follows:

1. This is a contested matter pursuant to Bankruptcy Rules 6006(b) and 9014.

2. Jurisdiction is based upon 28 U.S.C. §1334.

3. This is a core proceeding within the meaning of 28 U.S.C. §157(b).

1

4. On November 10, 2008 (the "Petition Date") the Debtors filed their Petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code").

5. Thereafter Arbor Place timely filed a Proof of Claim (The "Claim"), asserting a claim entitled to treatment as an administrative priority.

6. By way of Debtors' Objection, they assert that the Claim is misclassified, and seek to reclassify the Claim as a general unsecured, non-priority claim.

7. Under 11 U.S.C. § 501(a) timely filed Proofs of Claim are deemed allowed, and pursuant to Rule 3001(f) of the Federal Rules of Bankruptcy Procedure, a Prof of Claim so filed is *prima facie* evidence of the validity and amount of the claim.

8. In the face of such facial validity, the Debtors are tasked with the burden of introducing evidence to rebut the Claims. *In re: Bush*, 231 B.R. 390 (Bankr. M.D. Fla., 1997).

9. While the Claims are adequately supported, Debtors' Objection provides little insight into the rationale for the objection, nor does it provide any evidence supporting the same, other than a conclusory statement that the Claims should be reclassified.

10. Under the terms of the Reciprocal Easement and Operating Agreement governing Debtor's presence at The Landing at Arbor Place in Douglasville, Georgia, Debtors were required to pay Common Area Reimbursement on a monthly basis. For the post-petition month of December, 2008, this amount was $1,815.46. This amount was not paid, and remains unpaid to date. As set forth in the Claim, this amount is entitled to priority treatment and/or treatment as an administrative expense pursuant to 11 U.S.C.A. §365(d)(3) or §503(b).

11. Accordingly, Arbor Place has properly characterized its claim. The Debtors have failed to meet their burden, and have failed to overcome the facial validity of the Claims. Thus

2

the Claims should be allowed in the amount and as classified in the Claims and the Debtors' Objection should be overruled.

**WHEREFORE**, Arbor Place prays that this Court (ii) overrule the Debtors' Objection, deny the relief requested, and allow the Claim as stated, and (ii) grant such other and further relief as may be just under the circumstances.

Dated: Richmond, Virginia  
      July 9, 2009

Respectfully submitted,

By: /s/ Kimberly A. Pierro  
KUTAK ROCK LLP  
Peter J. Barrett (Va. Bar No. 46179)  
Kimberly A. Pierro (Va. Bar No. 71362)  
1111 East Main Street, Suite 800  
Richmond, Virginia 23219  
Telephone: (804) 644-1700  
Facsimile: (804) 783-6192

Scott M. Shaw, Esq. (TN BPR No. 019171)  
Husch Blackwell Sanders LLP  
2030 Hamilton Place Blvd., Suite 150  
Chattanooga, TN 37421  
Telephone: (423) 757.5914  
Facsimile: (423) 855.0543  
*Co-counsel for The Landing at Arbor Place II, LLC*

## CERTIFICATE OF SERVICE

       I hereby certify under penalty of perjury that on July 9, 2009, a true and exact copy of the foregoing Response to the Debtors' Nineteenth Omnibus Objection to Claims was forwarded via ECF notification to the following necessary parties: (i) the Office of the United States Trustee for the Eastern District of Virginia, (ii) counsel for the Debtors, and (iii) counsel to the Official Committee of Unsecured Creditors.

      /s/ Kimberly A. Pierro
Kimberly A. Pierro (VSB No. 71362)
Kutak Rock LLP
Bank of America Center
1111 East Main Street, Suite 800
Richmond, VA 23219-3500
Phone: (804) 644-1700
Fax: (804) 783-6192
*Co-counsel for The Landing at Arbor Place II, LLC*

4