UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

RICHMOND DIVISION
FILED
JUL - 2 2009
FILED
CLERK
U.S. BANKRUPTCY COURT

In re:                                    )
                                          )
CIRCUIT CITY STORES, INC., et al.,        )    Case No. 08-35653-KRH
                                          )    Chapter 11
        Debtors.                          )    (Jointly Administered)

## WITHDRAWAL OF APPEARANCE

Allen, Shepherd, Lewis, Syra & Chapman, P.A., and Leslie D. Maxwell, Esq., hereby withdraw their appearance and request for notice as filed on behalf of Cottonwood Corners Phase V, LLC ("Cottonwood Corners")

Dated: June 30, 2009

                            Respectfully Submitted,

                            Allen, Shepherd, Lewis, Syra &
                              Chapman, P.A.


                            By:  /s/ Leslie D. Maxwell
                            Leslie D. Maxwell, Esq.
                            Allen, Shepherd, Lewis, Syra, &
                            Chapman, P.A.
                            P.O. Box 94750
                            Albuquerque, NM 87199-4750
                            (505) 341-0110
                            (505) 341-3434 (fax)
                            lmaxwell@allenlawnm.com


## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2009, a copy of the foregoing was served on everyone entitled to service via electronic means pursuant to the Court's order concerning service in this case.

                            By:  /s/ Leslie D. Maxwell
                            Leslie D. Maxwell, Esq.

# Allen, Shepherd, Lewis, Syra & Chapman, P.A.
### Attorneys and Counselors at Law

BEN M ALLEN
NED SHEPHERD
KIMBERLY A SYRA
DANIEL W LEWIS
DONNA L CHAPMAN
NICOLE M CHARLEBOIS†
JOSHUA K CONAWAY

AMY M CARDWELL
AARON R KUGLER
JESSE C HATCH
BRANT L LILLYWHITE
RICHARD E HATCH
JACOB A GARRISON
LESLIE D MAXWELL

DARIN A CHILDERS
CHRISTOPHER R REED
JARED T BYLUND
LOREN D HATCH
BRANDEE R. LYNCH
TAMI L KEATING†

www.allenlawnm.com
*Street Address:*
4801 Lang Ave. NE, Suite 200
Albuquerque, New Mexico 87109
*Mailing Address:*
P. O. Box 94750
Albuquerque, New Mexico 87199-4750
Phone: (505) 341-0110 Fax: (505) 341-3434

*Of Counsel*
BOB THORSON

†Also licensed in Texas

June 30, 2009

**VIA U.S. MAIL TO:**
U.S. Bankruptcy Court
701 East Broad Street
Richmond, VA 23219-1888

    *RE:    CIRCUIT CITY STORES, INC., et al., Case No. 08-35653-KRH*
            *Chapter 11*

To Whom It May Concern:

Please find the attached document for filing:

- ***WITHDRAWAL OF APPEARANCE***

Thank you and if you have any questions, please do not hesitate to call.

Sincerely,

ALLEN, SHEPHERD, LEWIS, SYRA
& CHAPMAN, P.A.

By: _____
Leslie D. Maxwell

LDM/alw
364-0085

cc:    Mr. David Smoak
        Greg Foltz
        Amy Flores
        (via e-mail only)