August  E. Spalding
1041 Arlington Way
Warrenton Mo. 63383

Claim#2557



In re:

Chapter 11

August E. Spalding

Case No.  08-35653  (KRH)

ELEVENTH OMNIBUS OBJECTION TO CERTAIN QUALIFIED PLAN CLAIMS AND 401K
CLAIMS

Circuit City Stores, Inc    Debtors

AUGUST E. SPALDING

1041 ARLINGTON WAY

WARRENTON, MO  63383

(636) 456-8780)

Claim Number

2557

RE;  Vested Benefit from the Retirement Plan of Circuit City Stores Inc.

Date of Hire: Nov. 30 199

Date of Termination: Sept. 24, 2004

Benefit Service: 13 years

Receiving a benefit of $195.93 a month, from  the Circuit City Pension Plan which is protected by the Employee Retirement Income  Security  Act of 1974.

Attached copies of proof of eligibility for pension.

Dated: July 2, 2009

August E. Spalding



Circuit City Benefits
PO Box 31848
Charlotte, NC 28202-9902
T. 1.800.288.6353

September 10, 2004

**CONFIDENTIAL**

Mr. August Spalding
1041 Arlington Way
Warrenton, MO  63383

Dear Mr. Spalding:

We have calculated your **estimated** benefits from the Retirement Plan of Circuit City Stores, Inc.

This *estimate* is based on the information shown below.  Because your marital status was not available, your spousal information, if applicable, is not included.  If you are married, and wish to initiate your retirement immediately, include your spouse's information on the enclosed Request to Initiate Pension Benefit form.  In addition, if any of the information shown is incorrect, or if your actual Benefit Service or Highest Average Earnings change, your monthly benefit at retirement could change.  Please contact us immediately if any of this information is incorrect.

| | |
|---|---|
| Date Of Birth: | 03/19/1944 |
| Date of Hire: | 11/30/91 |
| Date of Termination: | 09/24/04 |
| Normal Retirement Date: | 4/1/2009 |
| Highest Average Earnings: | $24,889.41 |

In this *estimate* we have assumed your benefits will start on the dates shown in the table below.  Your estimated monthly benefits are shown below under various payment forms effective as of the dates displayed.

| Benefit Commencement Date | Estimated Benefit Service | Forms of Payment | |
|---|---|---|---|
| | | Single Life Annuity | Ten-Year Certain & Continuous |
| 10/1/2004 | 12 Years | $178.24 | $168.19 |
| 4/1/2009 | 12 Years | $211.56 | $192.79 |

The Single Life Annuity form pays benefits for your lifetime only.  Upon your death, no further benefits are payable from the Plan.  The 10-year Certain and Continuous form pays a reduced monthly benefit for your lifetime with a guaranteed minimum of 120 monthly payments.  If you die before 120 payments have been made, your named beneficiary will receive monthly payments until a total of 120 payments have been made.  Five-year and Fifteen-year Certain and Continuous forms are also allowed under the Plan provisions.

**<u>CONFIDENTIAL</u>**



Circuit City Benefits
P.O. Box 31848
Charlotte, NC 28202-9902
T 800.288.6353

September 30, 2005

Mr. AUGUST E. SPALDING
1041 Arlington Way
Warrenton, MO 63383

**Re: Vested Benefit from the Retirement Plan of Circuit City Stores, Inc. (the Plan)**

Dear Mr. SPALDING:

The following information addresses your vested benefits under the Retirement Plan of Circuit City Stores, Inc. We encourage you to review it thoroughly and, if you are married, share it with your spouse.

According to our records, you are 100% vested in your accrued benefit under the Plan. Your monthly accrued benefit payable for your lifetime only and commencing on your Normal Retirement Date will be $231.16.

Your accrued benefit was calculated based on the following information. If any of this information is not accurate, please contact us immediately as your monthly benefits may change based on the correct information.

| | |
|---|---|
| Date of Birth: | March 19, 1944 |
| Date of Hire: | November 30, 1991 |
| Date of Termination of Employment: | September 24, 2004 |
| Normal Retirement Date: | March 19, 2009 |
| Benefit Service at Termination of Employment: | 13 years |

Generally, the earliest a distribution can be made from the Plan is after a participant reaches Normal or Early Retirement. Early Retirement is at least ten years of Benefit Service at termination of employment and age 55, or at least seven years of Benefit Service at termination of employment and age 62. Benefits can start on the first of any month after meeting these requirements. If benefit payments commence prior to Normal Retirement, they will be reduced to reflect the longer payout period.

If you are eligible for Early Retirement and wish to start your benefits, please send a written request to the Retirement Plan Administrative Committee at the address shown above.

If you die before your Retirement benefits begin and are survived by a spouse, your spouse will be eligible to receive a monthly benefit for his or her lifetime. If you are not married at the time of your death, no benefits would be paid from this Plan.

Benefits are paid only in accordance with Plan provisions, regardless of any written or oral statements you may have received. If any discrepancies exist between this information and the Plan document, the provisions of the Plan document will govern in all instances.

Please keep us informed of your current address. If you have any questions, please contact the Associate Service Center at (800) 288-6353.

Circuit City Stores, Inc.

Retirement Plan Administrative Committee

XXX - XX - 7560

22050

**WACHOVIA**

Wachovia Bank, National Association
Retirement Services
Charlotte, North Carolina 28288-1155

CIRCUIT CITY PENSION PLAN

ID:        105349
SSN        XXXXX7560

PAYMENT DATE:    07/01/2009
ADVICE #:        00008761284
NET AMOUNT:      $195.93

FOR INQUIRIES, CALL OR WRITE
1-877-877-1207

0022050 ONDEW1TA 105349
AUGUST SPALDING
1041 ARLINGTON WAY
WARRENTON MO 63383

WACHOVIA BANK, N. A.
WACHOVIA RETIREMENT SERVICES
401 MARKET STREET PA-4296
PHILADELPHIA, PA  19106

| | Payment Amounts | | | Deduction Amounts | | |
|---|---|---|---|---|---|---|
| | Current | Year-to-Date | | | Current | Year-to-Date |
| GROSS | $195.93 | $587.79 | TOTAL DEDUCTIONS | | | |
| TAXABLE | $195.93 | $587.79 | FEDTX | | | |
| NONTAXABLE | | | | | | |
| PENSION | $195.93 | | | | | |

REVISED INCOME TAX RATES MAY
HAVE LOWERED TAX WITHHOLDING
FROM YOUR CHECK. YOU SHOULD
REVIEW THE NEW WITHHOLDING

RULES WITH YOUR TAX ADVISOR
AND SUBMIT A NEW W4P FORM
IF CHANGES ARE DESIRED.

AS AN ADDITIONAL SECURITY MEASURE, A PORTION OF YOUR BANK ACCOUNT NUMBER ON THIS AND
FUTURE DEPOSIT ADVICES IS NOW PARTIALLY MASKED WITH ASTERISKS (****).

THIS IS A STATEMENT OF YOUR BENEFIT PAYMENTS AND DEDUCTIONS.  PLEASE DETACH AND RETAIN FOR YOUR PERSONAL RECORDS

ONE1T1T4 022050 1740250252213 NNNNN NNNNN NNNNNNNN 000001

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street - Room 4000
Richmond, Virginia 23219