

**Actiontec Electronics, Inc.**
760 North Mary Avenue • Sunnyvale • CA • 94085 • Phone (408) 752-7700 • Fax (408) 541-9003 • www.actiontec.com

Date: July 6, 2009



RICHMOND DIVISION
FILED JUL - 8 2009 FILED
CLERK
U.S. BANKRUPTCY COURT

United States Bankruptcy Court
701 East Broad Street – Courtroom 5100
Richmond, Virginia 23219

**RE:** CIRCUIT CITY STORES, INC., et al.,
CASE NO. 08-35653 (KRH) JOINTLY ADMINISTERED
UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF VIRGINIA

Dear Sir or Madam:

We, Actiontec Electronics Inc., are writing you to express to oppose the relief requested in the objection for two invoices 116082 for $5,632.78 and 116083 for $2,652.50 which we filed the claim under the section 503(b)(9) of 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") for the value of any goods sold in the ordinary course of business and received by the debtors within 20 days before Nov 10, 2008 (the "Petition Date") (i.e., between Oct 21, 2008 and Nov 9, 2008).

As you can see the attached backup of our shipping documents for the invoice 116082 against Circuit City PO# 2166101 (PO dated 10/2/2008) and the invoice 116083 against Circuit City PO# 2169504 (PO dated 10/9/2008), we did ship our products for those two invoices on 10/22/2008, but we do not know why they are listed as receipt date on 10/3/208 for the invoice 116082 and on 10/10/2008 for the invoice 116083 in the objection. For the invoice 116082 shipped to Livermore, California you can see the shipping documents shows the pickup date is 10/22/2008 with email's confirmation from UPS, and the shipment was delivered and signed by Circuit City employee. The shipment for the invoice 116083 to Ardmore, Oklahoma was picked up on 10/22/2008 also, and it was delivered and signed by Circuit City employee on 10/27/2008. As a matter of fact, the goods were sold in the ordinary course of business and received by Circuit City within 20 days before the Petition Date, Nov 10, 2008. Therefore, we would like to request the Bankruptcy Court should overrule the Objection as to our claim.

Sincerely,

*[signature]*
Irene Chen, Controller.

**Solutions for the Digital Life™**

```
ACTIONTEC ELECTRONICS, INC.                              PAGE NO:              1
760 N. MARY AVENUE
TEL: (408) 752-7700                          INVOICE NO:         116082
SUNNYVALE        CA
94085-2908       USA                         INVOICE DATE:   10/22/2008


                              I N V O I C E

CUSTOMER NO: CI007                    YOUR ORDER NO: 2166101
CUSTOMER PH: 804-527-4000              OUR ORDER NO: SOM100308-010-0000
BILL TO:                              SHIP TO:

    CIRCUIT CITY STORES, INC.             CIRCUIT CITY - LIVERMORE DC
    DEEP RUN 3, 5TH FLOOR                 400 LONGFELLOW COURT, #A
    9954 MAYLAND DRIVE                    LIVERMORE           CA
    RICHMOND          VA                  94550               U.S.A.
    23233             U.S.A.

TERMS: CASH #1:         DISC:            SHIPPED: 10/23/2008
       CASH #2:         DISC:            SHIP VIA: UPS GROUND
   NET DUE DATE: 120608                  F.O.B.: ORIGIN
                                         SHIPMENT NO: 111685    REF:
YOUR CUSTOMER REP IS: LV                 PRO NO:


       QTY          QTY         QTY   ITEM               UNIT PRICE        EXTD PRICE
    ORDERED      SHIPPED        B.O.  NUMBER


        24           24           0   0947-0127-000            66.11         1,586.64
        FG,GT704WG QW RETAIL
        GS583AD3-08
         8            8           0   0947-0136-000            65.83           526.64
        FG,GT704WG VERIZON RETAIL
        GS583AD3-06
        50           50           0   0947-0140-000            53.19         2,659.50
        FG,M1000 MODEM RETAIL QWEST
        EUADSL23C-08
        40           40           0   0932-0131-000            21.50           860.00
        FG,W1000 RETAIL QW CLAMSHELL
        HW005430-08CL

    ADDITIONAL INFORMATION:




                 DELIVERY REQUESTED 10-20
                 SHIP NOT BEFORE 10-14
                 SHIP NO LATER 10-16


                                    SALES TOTAL:           5,632.78
                                      SALES TAX:               0.00
                                        FREIGHT:               0.00
                                           LESS:               0.00
                                  OTHER CHARGES:               0.00
                                                   ----------------
                                  INVOICE TOTAL:           5,632.78
                                                   ================
```

**From:** "Circuit City" <edi@softshare.com>
**To:** 7647@softshare.com
**Date:** Thu, 02 Oct 2008 18:39:32 -0700 (PDT)
**Subject:** 850:2166101


100305- 010



## Purchase Order

| General Information |
|---|

**Document Information:**
  Purchase Order Number: 2166101
  Transaction Purpose Code: Original

Purchase Order Date: 10/2/2008
Purchase Order Type Code: Stand-alone Order

**Contact Information:**
  Information Contact : 9712 Carter Garrison

**F.O.B. Related Instructions:**
  Shipment Method of Payment : Collect
  Location Qualifier : Origin (Shipping Point)

**Terms of Sale/Deferred Terms of Sale:**
  Terms Type Code : Basic
  Terms Basis Date Code : Invoice Date
  Terms Net Days : 45

**Date/Time Reference**
  Delivery Requested : 10/20/2008
  Ship Not Before : 10/14/2008
  Ship No Later : 10/16/2008

**Reference Identification:**
  Reference Identification Qualifier : Internal Vendor Number
  Reference Identification : 002250

**Ship To:**
  (Assigned by Buyer or Buyer's Agent: 0344)

| Line Item Information | | | | | | |
|---|---|---|---|---|---|---|
| Line | Description | Quan | UI | Price($) | Price Basis | Total($) |
| 1 | **Buyer's Catalog Number:** GT704WGR | 24 | EA | 66.11 | Contract Price per Each | 1586.64 |
| 2 | **Buyer's Catalog Number:** GT704WGV | 8 | EA | 65.83 | Contract Price per Each | 526.64 |
| 3 | **Buyer's Catalog Number:** EUADSL23C08 | 50 | EA | 53.19 | Contract Price per Each | 2659.5 |
| 4 | **Buyer's Catalog Number:** HWO0543008CL | 40 | EA | 21.50 | Contract Price per Each | 860 |

| CONSIGNEE | DELIVERY RECEIPT | | SHIPPER | 175 639 870 |
|---|---|---|---|---|
| CIRCUIT CITY STORES  S:344 | | 928872 UPGF | ACTIONTEC ELECTRONICS | |
| DIST CTR 344 STE A | | FREIGHT BILL NUMBER | 760 N MARY AVE | |
| 400 LONGFELLOW ST | | 175 639 870 | SUNNYVALE   CA 94085-2908 | |
| LIVERMORE    CA 94550-7122 | | CITY/STATE/PROV SCAC   DEST | 02835372   (408)752-7700 | |
| 42133581   (925)454-5349 | | 12A   SLO | ADV CAR | |
| PO# 2166101 | UPS FREIGHT PHONE NUMBER | PICK UP DATE   ORIG | B/L  NONE | |
| | (800)333-7400 | 10/22/08  SJS | | |
| 23 | | | | |
| BEST DELIVERY TIME: 800 - 1100 | | | | |
| APPOINTMENT DELIVERY | | | 175 639 870 | |
| 10/23/08-10/23/08 REQ DEL DATE | | | | |
| UPS Freight™ | www.upsfreight.com | | WEIGHT(LBS) | NMFC |

| PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | | |
|---|---|---|---|---|---|
| | | | PIECE(S) COUNTED AND VERIFIED ON HANDLING UNIT(S) SAID TO CONTAIN: | 283 | 116030-01 |
| 1 | | | (10 BX) COMPUTER RELATED PRODUCTS | | |
| | | | TTL FUEL ADJUSTMENT | | |
| | | | NOTIFICATION CHARGES | | |
| | | | BILL FREIGHT CHARGES TO: | | |
| | | | BILL TO: 09990956 | | |
| | | | CIRCUIT CITY STORES | | |
| | | | XCTSI FL 15 | | |
| | | | 5100 POPLAR AVE | | |
| | | | MEMPHIS    TN 38137501S | | |

PRINT NAME: K. KAUR
SIGNATURE: X [signature]
TTL WT>
FREE

| CONT'D | <TTL PCS | | ODOM | ARRIVE | DEPART |
|---|---|---|---|---|---|
| PIECES DELVRD | | | DATE | DRIVER NAME | |
| WRAP INTACT? | | | | | |
| YES   NO? | | | | | |

# STRAIGHT BILL OF LADING - SHIPPING ORDER NOT NEGOTIABLE - DOMESTIC
## UPS Freight (UPGF)

WEB SITE: www.upsfreight.com
DATE:

**CONSIGNEE (TO):** [illegible] Electronic Inc
STREET ADDRESS: 4500 Industrial Court #A
CITY: Livermore   STATE: CA   ZIP: 94550

**SHIPPER (FROM):** ACTIONTEC ELECTRONICS INC
STREET ADDRESS: 760 NORTH MARY AVE
CITY: SUNNYVALE   STATE: CA   ZIP: 94085
U.S.A.

P.O. NUMBER:
STORE #:
BILL OF LADING NUMBER:

CONSIGNEE PHONE #:
CONTACT NAME (ATTN):

FREIGHT CHARGES ARE PREPAID UNLESS OTHERWISE MARKED
CHECK ONE: ☐ Prepaid   ☒ Collect   ☐ Third Party Prepaid

☐ GUARANTEED DELIVERY REQUESTED (if box is checked)   GRTD

BILL TO:
ADDRESS:
CITY:   STATE:   ZIP:

### DESCRIPTION OF ARTICLES, WEIGHT, NMFC & CLASS ARE SUBJECT TO CORRECTION

| NO. PCS. | PKG TYPE | HM | DESCRIPTION OF ARTICLES & SPECIAL MARKS | WEIGHT (lbs.) | NMFC NO. | CLASS |
|---|---|---|---|---|---|---|
| 10 BX | 1 PLT | | Computer Parts | 285 | 125 | 92 |
| | | | PO# 216610I | | | |
| | | | Doc/date # 10/20/08 | | | |
| | | | Delivery Appointment required | | | |

TOTAL CUBE:

ADDITIONAL SERVICES (CHARGES MAY APPLY):
☐ INSIDE DELIVERY REQUIRED
☐ LIFT GATE PICKUP/DELIVERY
☐ NOTIFICATION BEFORE DELIVERY
☐ RESIDENTIAL DELIVERY
☐ SORT AND SEGREGATE
☐ OTHER: _____

METHOD OF PAYMENT (REQUIRED) — BE COLLECT UNLESS OTHERWISE MARKED
COD FEE  ☐ PREPAID  ☐ COLLECT
COD AMT $ _____
IF NOT CHECKED, BOTH ARE ACCEPTABLE
☐ CONSIGNEE CHECK ACCEPTABLE
☐ CERTIFIED CHECK OR CASH

**UPS Freight   175 639 870 SJS**

TRAILER NUMBER:
SEAL # APPLIED:
BEYOND SCAC:
LINEAR FEET OF SHIPMENT:
CROSS REF PRO#:
☐ SHIPPER LOAD / CONSIGNEE UNLOAD

*** Now available at www.upsfreight.com - UPGF 102 Series Rules Tariff - Electronic Bill of Lading

UPS Freight shall have no liability or responsibility whatsoever in connection with this bill of lading if the shipper did not tender the shipment to UPS Freight or its agent.

Shipper: ActionTec Electronic   Carrier: UPS Freight   Driver: _____

**Subject:** Re: C. City Order
**From:** nicolesmith@upsfreight.com
**Date:** Wed, 22 Oct 2008 11:58:39 -0400
**To:** Vincent Leung <vleung@actiontec.com>

Yes, schedule that one as well?

Let me know if you need anything else.

Thank you ,
Nicole Smith
Customer Solutions
804-291-4138 phone
804-291-5148 fax
nicolesmith@upsfreight.com
www.upsfreight.com

| | | |
|---|---|---|
| Vincent Leung <vleung@actiontec.com> | nicolesmith@upsfreight.com | To |
| 10/22/2008 11:52 AM | | cc |
| | Re: C. City Order | Subject |

Nicole,

It' ready for you!
By the way, do you have pick up for 2166101 to Livermore CA?

VL


nicolesmith@upsfreight.com wrote:
> Good Morning,
>
> Please advise when I am able to schedule a pick up for the below po nmbr.
>
> 2169504
>
> Let me know if you need anything else.
>
> Thank you ,
> Nicole Smith
> Customer Solutions
> 804-291-4138 phone
> 804-291-5148 fax
> nicolesmith@upsfreight.com
> www.upsfreight.com

```
ACTIONTEC ELECTRONICS, INC.                             PAGE NO:              1
760 N. MARY AVENUE
TEL: (408) 752-7700                          INVOICE NO:         116083
SUNNYVALE         CA
94085-2908        USA                        INVOICE DATE:   10/22/2008


                              I N V O I C E

CUSTOMER NO: CI007                    YOUR ORDER NO: 2169504
CUSTOMER PH: 804-527-4000              OUR ORDER NO: SOM101008-001-0000
BILL TO:                              SHIP TO:

    CIRCUIT CITY STORES, INC.             CIRCUIT CITY - ARDMORE DC
    DEEP RUN 3, 5TH FLOOR                 1901 COOPER DRIVE
    9954 MAYLAND DRIVE                    ARDMORE           OK
    RICHMOND            VA                73401             U.S.A.
    23233               U.S.A.

TERMS: CASH #1:         DISC:            SHIPPED: 10/23/2008
       CASH #2:         DISC:            SHIP VIA: UPS GROUND
  NET DUE DATE: 120608                   F.O.B.: ORIGIN
                                      SHIPMENT NO: 111727    REF:
YOUR CUSTOMER REP IS: LV                 PRO NO:


     QTY         QTY        QTY   ITEM              UNIT PRICE      EXTD PRICE
   ORDERED     SHIPPED     B.O.   NUMBER

      10          10         0    0947-0154-000          52.49          524.90
     FG,GT701C VZ RET
     GEU003AD3-06
      40          40         0    0947-0140-000          53.19        2,127.60
     FG,M1000 MODEM RETAIL QWEST
     EUADSL23C-08

     ADDITIONAL INFORMATION:




                       DELIVERY REQUESTED 10-27
                       SHIP NOT BEFORE 10-19
                       SHIP NO LATER 10-21




                                              SALES TOTAL:         2,652.50
                                                SALES TAX:             0.00
                                                  FREIGHT:             0.00
                                                     LESS:             0.00
                                            OTHER CHARGES:             0.00
                                                               ----------------
                                            INVOICE TOTAL:         2,652.50
                                                               ================
```

From: "Circuit City" <edi@softshare.com>
To: 7647@softshare.com
Date: Thu, 09 Oct 2008 18:37:28 -0700 (PDT)
Subject: 850:2169504

*10/008- 001*



## Purchase Order

| General Information |

**Document Information:**
Purchase Order Number: 2169504
Transaction Purpose Code: Original

Purchase Order Date: 10/9/2008
Purchase Order Type Code: Stand-alone Order

**Contact Information:**
Information Contact : 9712 Carter Garrison

**F.O.B. Related Instructions:**
Shipment Method of Payment : Collect
Location Qualifier : Origin (Shipping Point)

**Terms of Sale/Deferred Terms of Sale:**
Terms Type Code : Basic
Terms Basis Date Code : Invoice Date
Terms Net Days : 45

**Date/Time Reference**
Delivery Requested : 10/27/2008
Ship Not Before : 10/19/2008
Ship No Later : 10/21/2008

**Reference Identification:**
Reference Identification Qualifier : Internal Vendor Number
Reference Identification : 002250

**Ship To:**
(Assigned by Buyer or Buyer's Agent: 0567)

| Line Item Information |

| Line | Description | Quan | UI | Price($) | Price Basis | Total ($) |
|---|---|---|---|---|---|---|
| 1 | **Buyer's Catalog Number: GT701C** | 10 | EA | 52.49 | Contract Price per Each | 524.9 |
| 2 | **Buyer's Catalog Number: EUADSL23C08** | 40 | EA | 53.19 | Contract Price per Each | 2127.6 |



| CONSIGNEE | DELIVERY RECEIPT (RDD) | | RECEIVED FROM | | SHIPPER | 175 639 892 |
|---|---|---|---|---|---|---|
| CIRCUIT CITY STORES INC | | | ZZ1020 QVNZ | | ACTIONTEC ELECTRONICS | |
| DIST CTR 567 | | S:567 | FREIGHT BILL NUMBER | | 760 N MARY AVE | |
| 1901 COOPER DRIVE | | | 175 639 892 | | SUNNYVALE | CA 94085-2908 |
| ARDMORE | OK 73402 | | ORIGINATING TRM | DEST | 02835372 | (408)752-7700 |
|  | (580)226-3280 | | 833A | OKC | ADV CAR | |
| PO# 21659504 | UPS FREIGHT PRICE NUMBER | | PICK UP DATE | ORG | B/L: NONE | |
|  | (800)333-7400 | | 10/22/08 | SJS | | |

APPT TIME: 10/27 1:30 - 13:30
10/23/08-10/27/08 REQ DEL DATE

UPS Freight

| # PCS | HM | FT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT SUB 9 | KSC |
|---|---|---|---|---|---|
| 1 | | | PIECE(S) COUNTED AND VERIFIED ON | 175 639 892 | |
| | | | 1 SK HANDLING UNIT(S) SAID TO CONTAIN: | | |
| | | | (5 BX) COMPUTER RELATED PRODUCTS  150  116030-01 | | |
| | | | LTL FUEL ADJUSTMENT | | |
| | | | BILL FREIGHT CHARGES TO: | | |
| | | | BILL TO: 099909956 | | |
| | | | CIRCUIT CITY STORES | | |
| | | | XCTSI FL 15 | | |
| | | | 5100 POPLAR AVE | | |
| | | | MEMPHIS          TN 381375015 | | |
| | | | UPGF 80155 0000001 | | |
| | | | WAIK 500       04/17/06      00551 | | |

| TTL WT ▶ | 150 | | |
|---|---|---|---|
| TTL PCS | PRINT NAME: Barbara Gaxten | ARRIVE 9:12 | DEPART |
| | SIGNATURE: Gerdania Gaxten | 3:13 DATE | DATE |

**STRAIGHT BILL OF LADING - SHIPPING ORDER NOT NEGOTIABLE - DOMESTIC**
UPS Freight (UPGF)
CUSTOMER SERVICE 1-800-333-7400
WEB SITE: www.upsfreight.com
PLEASE PRINT OR TYPE

DATE: 10/22/08

**1. CONSIGNEE (TO):** Circuit City - Ardmore DC
STREET ADDRESS: 1901 Cooper Drive
CITY: Ardmore    STATE: OK    ZIP: 73401

**2. SHIPPER (FROM):** ACTIONTEC ELECTRONICS INC
STREET ADDRESS: 760 NORTH MARY AVE
CITY: SUNNYVALE, CA 94085 U.S.A.

FREIGHT CHARGES ARE PREPAID UNLESS OTHERWISE MARKED
CHECK ONE: ☐ Prepaid  ☒ Collect  ☐ Third Party Prepaid

| NO. PCS | PKG TYPE | HM | DESCRIPTION OF ARTICLES & SPECIAL MARKS | WEIGHT (lbs.) | NMFC NO. | CLASS |
|---|---|---|---|---|---|---|
| 5 | BX 1 PLT | | Computer Parts | 150 LBS | | 92½ |
| | | | PO # 2169504 | | | |
| | | | Do Not Late # 10/27/08 | | | |
| | | | Delivery Appointment Required | | | |

UPS Freight   175 639 892 SJS



**Subject:** C. City Order
**From:** nicolesmith@upsfreight.com
**Date:** Wed, 22 Oct 2008 11:44:28 -0400
**To:** Vleung@actiontec.com

Good Morning,

Please advise when I am able to schedule a pick up for the below po nmbr.

2169504

Let me know if you need anything else.

Thank you ,
Nicole Smith
Customer Solutions
804-291-4138 phone
804-291-5148 fax
nicolesmith@upsfreight.com
www.upsfreight.com