RICHMOND DIVISION
FILED
JUL - 8 2009
CLERK
U.S. BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:  CIRCUIT CITY STORES, INC., )
ET AL, )
 )
Debtors. ) No. 08-35653 (KRH)
 ) (Chapter 11)

### RESPONSE TO DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS)

Comes now the Blount County Trustee, by and through its attorneys, and files herewith its response in opposition to the Debtors' Twenty-First Omnibus Objection to Claims ("Omnibus Objection"), and would state as follows:

1. The Blount County Trustee is the tax collector for all personal property taxes for persons or entities doing business in Blount County, Tennessee.

2. Tennessee personal property taxes are statutory claims as provided by T.C.A. Sections 67-5-2101, et seq.

3. The Blount County Trustee filed two (2) Proofs of Claim in this matter, each in the amount of $2,992.00, one being a pre-petition Proof of Claim for the unpaid personal property taxes owed by the Debtors for calendar year 2008, and the second being a Administrative/Post-Petition Proof of Claim for the estimated personal property taxes owed by the Debtors for the year 2009.

4. The two (2) claims filed in this matter are not duplicates of the same debt, but, in fact, represent tax claims owed by the Debtors for two (2) distinct periods of time, one being 2008 as a pre-petition claim, and the other for 2009 as an Administrative/Post-Petition claim.

5. The Blount County Trustee received from Circuit City Stores, Claims Processing, c/o Kurtzman Carson Consultants, LLC, 2335 Alaska Avenue, El Segundo, California 90245, four (4) separate Proof of Claim Confirmation cards, which provided the following:

(a) Claim No. 12878 – received on 5/5/2009.

(b) Claim No. 12879 – received on 5/5/2009.

(c) Claim No. 13019 – received on 5/18/2009.

(d) Claim No. 13024 – received on 5/18/2009.

Nowhere on any of the Proof of Claim Confirmation cards did the Debtors state which Blount County Trustee claim was given which number.

6. In the Omnibus Objection, the Debtors list Claim No. 13019 in the amount of $2,992.00 as surviving Claim Number 12878. The Omnibus Objection lists Claim Number 13024 in the amount of $2,992.00 as surviving Claim Number 12879. One of these is incorrect as it does not reflect the Administrative/Post-Petition Proof of Claim as one of the claims.

7. The person with personal knowledge of the relevant facts that support this response is counsel for the Blount County Trustee, who name appears below and is Carl P. McDonald, Esq., Goddard & Gamble Attorneys, 101 W. Broadway, Suite 208, Maryville, Tennessee 37801; Telephone: (865) 982-6731; Fax No.: (865) 982-6733; e-mail address: gandg_cpm@bellsouth.net, who is also the designated representative to whom attorneys for the Debtors should serve a reply, if any.

WHEREFORE, the Blount County Trustee responds in opposition to the Debtors' Omnibus Objection to his pre-petition Proof of Claim and the failure to designate his Administrative/Post-Petition Proof of Claim.

Dated this 8th day of July, 2009.

_____
Attorney for Blount County Trustee

CARL P. McDONALD
T.B.P.R. #001723
Goddard & Gamble, Attorneys
Suite 208
101 West Broadway Avenue
Maryville, Tennessee 37801
Telephone: (865) 982-6731
         Fax: (865) 982-6733

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 8th day of July, 2009, I have forwarded, **by overnight mail**, a true and correct copy of the foregoing Response to Debtors' Twenty-First Omnibus Objection to Claims (Disallowance of Certain Duplicate Claims) to the following:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, et al
One Rodney Square
Wilmington, DE 19899-0636

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuirewoods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, et al
333 West Wacker Drive
Chicago, IL  60606

_____
Carl P. McDonald

# GODDARD & GAMBLE
## ATTORNEYS

101 WEST BROADWAY
SUITE 208
MARYVILLE, TENNESSEE 37801

M H GAMBLE, 1871-1934
HOMER A. GODDARD, 1891-1960
J C GAMBLE, 1904-1987
M. H GAMBLE, JR., 1914-1990

ARTHUR B GODDARD
CARL P MCDONALD
ROBERT N GODDARD

DIANE M HICKS

TELEPHONE
AREA 865
MARYVILLE 982-6731
FACSIMILE 982-6733

July 8, 2009

**VIA FEDERAL EXPRESS**

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street
Room 4000
Richmond, VA 23219

RE: **Circuit City Stores, Inc., et al**
Bankruptcy No. 08-35653 (Ch. 11)

Dear Sir:

Please find enclosed a Response to Debtors' Twenty-First Omnibus Objection to Claims (Disallowance of Certain Duplicate Claims) for filing on behalf of the Blount County Trustee in the above matter. I have also enclosed a copy of the first page of the Response, which I would ask that you please stamp "Filed," and return to me in the enclosed, self-addressed and stamped envelope.

Very truly yours,

Carl P McDonald

CPM/maz
Enclosures

cc: Gregg M. Galardi, Esq. w/enc.
Ian S. Fredericks, Esq. w/enc.
(Skadden, Arps, Slate, et al) (Via Federal Express)

Dion W. Hayes, Esq. w/enc.
Douglas M. Foley, Esq. w/enc.
(McGuirewoods, LLP) (Via Federal Express)

Chris L. Dickerson, Esq. w/enc.
(Skadden, Arps, Slate, et al) (Via Federal Express)

Blount County Trustee w/enc.