IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------- x
In re:                                                  :    Chapter 11
                                                        :
CIRCUIT CITY STORES, INC.,                              :    Case No. 08-35653 (KRH)
et al.,                                                 :
                                                        :
            Debtors.                                    :    Jointly Administered
------------------------------------------------------- x

**DECLARATION OF MICHAEL L. MORIN, ESQ. IN SUPPORT OF RESPONSE OF IMATION ENTERPRISES CORP., ON BEHALF OF ITSELF AND ITS AFFILIATES, TO DEBTORS' NINETEENTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS)**

I, Michael L. Morin, Esq., declare:

1. I am the Director of Legal Affairs, Americas Region, for Imation Corp., and file this Declaration in support of the response (the "Response") filed by Imation Enterprises Corp., on behalf of itself and its affiliates ("Imation"), to the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims).

2. I participated in the preparation of the Consignment Claim referenced in the Response, and thus am a person with personal knowledge of the relevant facts that support the Response.

3. Imation and the Debtor are parties to a Consignment Agreement, under which the Debtor is the authorized consignee of products delivered on consignment by Imation, as consignor.

4. Imation has a first-priority security interest in certain of the consigned products (the "Consigned Products"), which it perfected by filing a UCC-1 Financing Statement on October 17, 2008, and by delivering Notices of Consignment Interest.

5. On January 30, 2009, Imation timely filed a secured proof of claim against the Debtor in the amount of $180,169.31, asserting amounts owed under the Consignment Agreement for Consigned Products (the "Consignment Claim").

6. To evidence the perfection of its security interest in the Consigned Products, Imation attached the UCC-1 Financing Statement and Notices of Consignment Interest to the Consignment Claim.

FURTHER DECLARANT SAYETH NOT.

Dated: July 7, 2009

_____
MICHAEL L. MORIN, ESQ.

7