

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street—Room 4000
Richmond, Virginia 23219

Re: Response to Seventeenth and Eighteenth Omnibus
Objections to Claims for Case No. 08-3563 (KRH)
Circuit City Stores et al-Debtors.

This document is our response to the Debtor Objections in the above as delineated below:

| TO: | Claim Number | Claim Amount | Claim Classification As Filed | Claim Classification As Modified |
|---|---|---|---|---|
| Griskey, Richard G and Pauline B 88 Pine Grove Ave Summit, NJ 07901 | 4470 | $1,570.00 | Equity | Interests |

We herewith reject the attempt by the Objections to disallow and/or modify our claim (4470). As such, it is our request that our claim be dealt with in its original form and the sum of $1570.00 be awarded to us forthwith.

Further, we wish to officially complain about the high-powered aggressive and bullying tactics of the Debtors and their high priced law firms.

The Debtors continued profligate disbursement of funds on their behalf represents a continuation of the unwise and irresponsible fiscal management that bankrupted Circuit City in the first place.

Abusing pensioners and small holders is simply not just

Richard G. Griskey

Pauline B. Griskey
88 Pine Grove Avenue
Summit, New Jersey 07901

cc. Debtor Law Firms