

Shirley A. Munselle
805 Lisa Street
Burleson, TX 76028

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

RE: Circuit City Stores, Inc. et al
     Chapter 11
     Case No. 08-35653

RE: Shirley A. Munselle
     805 Lisa Street
     Burleson, TX 76028
     Claim #11650

In response to the notice just received showing that there was a need for proof of claim #11650 in the amount of $3,413.69 equity, I, Shirley A. Munselle object to the Debtors request for dismissal of this amount of funds extended to them in trust.

I request that the court deem this a true debt and request that the debtor not be granted relief as requested. The court should also note that I have moved from Long Beach, CA and should change my mailing address to the Burleson, TX residence listed above.

Sincerely,

*Shirley A. Munselle*
Shirley A. Munselle