6/30/2009

Bankruptcy Court:

   United States Bankruptcy Court
   For The Eastern District of Virginia
   Richmond Division

```
-----------------------------
In re:                          x      Chapter 11
                                x
     Circuit City Stores, Inc.  x      Case No. 08-35653
     et al                      x
          Debtors               x
-----------------------------
```

RICHMOND DIVISION
FILED
JUL - 9 2009
FILED
CLERK
U.S. BANKRUPTCY COURT

Title of Objection:
**FIFTEENTH OMNIBUS OBJECTION TO CLAIMS ( RECLASSIFICATION OF CLAIMS FILED BY EQUITY HOLDERS OF INTEREST ).**

Claimant Information

| Name and Address of Claimant: | Claim Number | Claim Amount |
|---|---|---|
| Bruce Davis<br>76 Webwood Circle<br>Rochester, N.Y. 14626 | 2176 | $519.96 |

Response to the Objection to The Claim:

1) The Bankruptcy Court initially determined that equity investors were part of the class. I believe this ruling to be valid and that the Debtors Attorneys are using tactics that increase and further sustain their fees at the expense of Creditors.

2) I have incurred considerable expenses relative to the minor amount of the claim in the course of reading documents sent, researching various bankruptcy laws cited in those documents and filing claims. I spent a considerable amount of time preparing an administrative expense report. Due to this new objection by the Debtors, my expenses have gone up beyond that. Why would the courts ask for a detailed expense report if the claims were not determined to be valid?

3) I don't have much experience with bankruptcy proceedings. If this one is typical, something is radically wrong with the basic premise of returning funds to creditors. The mailing costs alone for claim objection document sent by the Debtors' attorneys was more than 1% of my claim. I'm sure the attorneys' research, preparation and printing costs added several hundred dollars per equity investor.
    Whatever small amount of funds were available at the start of this case have likely been consumed by legal fees, instead of being distributed to creditors. Had those funds been distributed, the creditors may have been satisfied to receive at least some portion of what they were owed. I believe the court needs to halt any further delay or objections and freeze payments to attorneys until all creditors claims have been met. And please, stop spending over $5 to mail pounds of documents where a few pages would have sufficed.

All documents supporting this claim have already been filed. I am practicing what I believe all parties need to adhere to by keeping costs to a minimum to preserve funds for payment to creditors. To this end, I have not sought legal advice, not sent mounds of documents to the court. Therefore all responses to this document should be sent to me:

Bruce Davis
*Bruce J. Davis* (signature)
76 Webwood Circle
Rochester, N.Y. 14626
(585) 227-8070