CLAIM   RESPONSE

RE: CASE # 08-35653-KRH   FILED 4/01/09

PRF # 16073   CLAIM # 2803

RICHMOND DIVISION

F I L E D

JUL - 9 2009

F I L E D

CLERK
U.S. BANKRUPTCY COURT

On 1/17/08 I, James Shober, purchased 250 shares of CIRCUIT CITY GROUP cusip # 172737108 via Wachovia Securities for a total cost to me of $1,044.25 at the than age of 74 years. Being of sound mind with good intentions, believing Circuit City Stores to also be a sound company, expecting it˝s share value to greatly increase.

However, due to some very poor management and foresight beyond my controll the share value decreased and continued to do so creating a financial hardship for me and many others.

I strongly need to recoup my loses (investment) at an urgent rate; so I am hereby in defiance of the objection on the part of Circuit City and it˝s lawyers tO the delay of settlement of my claim and the claims of others.

Sincerely:

James Shober   7/6/09

JAMES SHOBER

26 SCHOOL LANE
STEVENS, PA.   17578

"Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to disallow and/or modify certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO: | Claim Number | Claim Amount | Claim Classification As Filed | Claim Classification As Modified |
|---|---|---|---|---|
| James L Shober 26 School Ln Stevens, PA 17578 | 2803 | $1,044.25 | Equity | Interests |

**Circuit City's Claims Processing**
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

**James L Shober**
**26 School Ln**
**Stevens, PA 17578**

**PROOF OF CLAIM CONFIRMATION**
Your proof of claim filed against **Circuit City Stores, Inc.,**
case no **08-35653** was received on **1/6/2009**
and assigned claim number **2803**

For more information, please visit www.kccllc.net/circuitcity or call (866) 381-9100.