RICHMOND DIVISION

FILED JUL - 9 2009
CLERK U.S. BANKRUPTCY COURT

Andrea Wright

5805 Kistler Court

Fayetteville, NC 28304

Claim # 2593

Response to Objection to Claim

5 July 2009

In regards to Case # 08-35653 in the United States Bankruptcy Court for the Eastern District of Virginia Richmond Division – Circuit City being DEBTORS I am responding to the Order Establishing Omnibus Objection Procedures and Approving the form and manner of notice of Omnibus Objections.

Claimants Name : Andrea Wright

**NOTICE ADDRESS** = 5805 Kistler Court, Fayetteville, NC 28304

Amount of Claim $2849.00

The Bankruptcy Court should overrule the Omnibus Objection for several reasons. In my case, while the 2849 may not seem much to a company like Circuit City – it is college funding for my daughter. This is money that I invested into a company with intention and trust to gain a return to later use for college for my daughter. Not only did I not gain – I now have to contest the fact that the money is gone completely and this is due to poor management, poor leadership, and poor advertising by a company that could have done so much more. My investment was just that – MY investment. It is not fair for me to come out at a total loss for the above reasons. This is why the Bankruptcy Court should overrule the Omnibus Ojbection in my Case.

*Andrea Wright*

Andrea Wright