Date: 7/4/2009

```
        JUL - 9 2009

   U.S. BANKRUPTCY COURT
```
RICHMOND DIVISION

To: Clerk of the Bankruptcy Court
     United States Bankruptcy Court
     701 East Broad Street—Room 4000
     Richmond, VA 23219

Re: Response to <u>Debtors' 16th Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders to Interests)</u> and a Request for Hearing in <u>Circuit City Stores, Inc., et al v Chapter 11 Case No. 08-35653 KR, (Jointly Administered)</u>. See "Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections," filed as Doc 2881 on 4/1/09

CC: Debtor's Attorneys:
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
    One Rodney Square
    PO Box 636
    Wilmington, DE 19899-0636
    Attn: Greg M. Galardi
    Attn: Ian S. Fredericks
    302-651-3000
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
    333 West Wacker Drive
    Chicago, IL 60606
    Attn: Chris L. Dickerson
    312-407-0700
    MCGUIREWOODS LLP
    One James Center
    901 E. Cary Street
    Richmond, VA 23219
    Attn: Dion W. Hayes (VSB No. 34304)
    *Attn: Douglas M. Foley (VSB No. 34364)*
    804-775-1000

NOTICE ADDRESS: Kurtzman, Carson Consultants, 2335 Alaska Ave, El Segundo, CA 90245. 310-823-9000

This is a response to an Objection filed by Circuit City Stores, Inc., et al (Case No. 08-35653 KRH) against our Claim Number 2393 and a request that our interests be represented in a hearing scheduled to take place on July 23, 2009, at U.S. Bankruptcy Court, 701 East Broad Street—Courtroom 5100, Richmond, VA 23219. We owned Circuit City common stock and its value went to $0.00.

The Objection is the <u>16th Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders to Interests)</u> under an "<u>Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections</u>," filed as Doc 2881 on 4/1/09. Information re our submitted Claim 2393 in the amount of $375.00 is accurate as documented in Exhibit C of the Objection (see attached). Paperwork is on file with our representative, Kurtzman, Carson Consultants, 2335 Alaska Ave, El Segundo, CA 90245.

Hassan and Nancy E. Mirshah
851 Cliffs Drive #301C
Ypsilanti, MI 48197
734-487-3086

*/s/ Nancy Mirshah*
*/s/ Hassan Mirshah*

Date: 7/4/2009

To: Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street—Room 4000
Richmond, VA 23219

Re: Response to Debtors' 16th Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders to Interests) and a Request for Hearing in Circuit City Stores, Inc., et al v Chapter 11 Case No. 08-35653 KR, (Jointly Administered). See "Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections," filed as Doc 2881 on 4/1/09

CC: Debtor's Attorneys:
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636
Attn: Greg M. Galardi
Attn: Ian S. Fredericks
302-651-3000
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, IL 60606
Attn: Chris L. Dickerson
312-407-0700
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attn: Dion W. Hayes (VSB No. 34304)
Attn: Douglas M. Foley (VSB No. 34364)
804-775-1000

NOTICE ADDRESS: Kurtzman, Carson Consultants, 2335 Alaska Ave, El Segundo, CA 90245. 310-823-9000

This is a response to an Objection filed by Circuit City Stores, Inc., et al (Case No. 08-35653 KRH) against our Claim Number 2393 and a request that my interests be represented in a hearing scheduled to take place on July 23, 2009, at U.S. Bankruptcy Court, 701 East Broad Street—Courtroom 5100, Richmond, VA 23219. I owned Circuit City common stock and its value went to $0.00.

The Objection is the 16th Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders to Interests) under an "Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections," filed as Doc 2881 on 4/1/09. Information re my submitted Claim 2348 in the amount of $50.00 is accurate as documented in Exhibit C of the Objection (see attached). Paperwork is on file with my representative, Kurtzman, Carson Consultants, 2335 Alaska Ave, El Segundo, CA 90245.

Nancy E. Mirshah         /s/ Nancy Mirshah
851 Cliffs Drive #301C
Ypsilanti, MI 48197
734-487-3086

Case 08-35653-KRH    Doc 4033    Filed 07/09/09    Entered 07/09/09 15:36:51    Desc Main
Document    Page 3 of 3

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

Debtors' Sixteenth Omnibus Objection to Claims (Reclassification Of Certain
Claims Filed By Equityholders To Interests)

**EXHIBIT C**

**CLAIM TO BE MODIFIED**

| CLAIM AS DOCKETED* | | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 3022<br>Date Filed: 01/08/2009<br>Docketed Total: $28.00<br>Filing Creditor Name and Address:<br>MINNIS, DEBORAH A<br>2242 WILSON BLVD APT 6<br>WINCHESTER, VA 22601 | Claim Holder Name and Address<br><br>MINNIS, DEBORAH A<br>2242 WILSON BLVD APT 6<br>WINCHESTER, VA 22601 | Secured | Priority | Docketed Total:<br><br><br><br><br><br><br>$28.00 | Unsecured<br>$28.00 | Case Number<br>08-35653 | Modified Total:<br><br><br><br><br><br><br>$28.00 | Interest<br>28.00 |
| Claim: 3956<br>Date Filed: 01/15/2009<br>Docketed Total: $7,936.00<br>Filing Creditor Name and Address:<br>MINOO AZARPAY DORRANI<br>290 PARK VIEW DR<br>OAK PARK, CA 91377 | Claim Holder Name and Address<br><br>DORRANI, MINOO AZARPAY<br>290 PARK VIEW DR<br>OAK PARK, CA 91377 | Secured | Priority | Docketed Total:<br><br><br><br><br><br><br>$7,936.00 | Unsecured<br>$7,936.00 | Case Number<br>08-35653 | Modified Total:<br><br><br><br><br><br><br>$7,936.00 | Interest<br>7,936.00 |
| Claim: 2993<br>Date Filed: 01/02/2009<br>Docketed Total: $375.00<br>Filing Creditor Name and Address:<br>MIRSHAH, HASSAN & NANCY E<br>851 CLIFFS DR NO 301C<br>YPSILANTI, MI 48198-7315 | Claim Holder Name and Address<br><br>MIRSHAH, HASSAN & NANCY E<br>851 CLIFFS DR NO 301C<br>YPSILANTI, MI 48198-7315 | Secured | Priority | Docketed Total:<br><br><br><br><br><br><br>$375.00 | Unsecured<br>$375.00 | Case Number<br>08-35653 | Modified Total:<br><br><br><br><br><br><br>$375.00 | Interest<br>375.00 |
| Claim: 2348<br>Date Filed: 01/02/2009<br>Docketed Total: $50.00<br>Filing Creditor Name and Address:<br>MIRSHAH, NANCY E<br>851 CLIFFS DR NO 301C<br>YPSILANTI, MI 48198 | Claim Holder Name and Address<br><br>MIRSHAH, NANCY E<br>851 CLIFFS DR NO 301C<br>YPSILANTI, MI 48198 | Secured | Priority | Docketed Total:<br><br><br><br><br><br><br>$50.00 | Unsecured<br>$50.00 | Case Number<br>08-35653 | Modified Total:<br><br><br><br><br><br><br>$50.00 | Interest<br>50.00 |

*"UNL" denotes an unliquidated claim.