Duane Morris LLP
A Delaware Limited Liability Partnership
1540 Broadway
New York, NY 10036
Tel: (212) 692.1000
Fax: (212) 208.4521
Junghye June Yeum, Esq.
John Dellaportas, Esq.
William C. Heuer, Esq.
*Counsel for Korea Export Insurance Corporation*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA**

------------------------------------------------------------ x
In re:                                                       x    Chapter 11
                                                             x
**CIRCUIT CITY STORES, INC.,** *et al.,*                     x
                                                             x    Case Nos. 08-35653 -- KRH
                                            **Debtors.**     x    Jointly Administered
------------------------------------------------------------ x

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Duane Morris LLP hereby appears in the above-referenced Chapter 11 case as attorneys for Korea Export Insurance Corporation, and pursuant to Bankruptcy Rules 2002 and 9010(b) and § 1109(b) of the Bankruptcy Code, requests that copies of all notices and pleadings given or required in this case be given and served upon the following at the below address and facsimile number:

> Junghye June Yeum, Esq.
> John Dellaportas, Esq.
> William C. Heuer, Esq.
> Duane Morris LLP
> 1540 Broadway
> New York, NY 10036
> Tel: (212) 692.1000
> Fax: (212) 208.4521
> wheuer@duanemorris.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without

DM3\1068660.1

limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Korea Export Insurance Corporation's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to enforce any contractual provisions with respect to arbitration; or (v) other rights, claims, actions, defenses, setoffs, or recoupments to which Korea Export Insurance Corporation has or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  July 6, 2009         /s/ William C. Heuer
                             William C. Heuer

                             Junghye June Yeum, Esq.
                             John Dellaportas, Esq.
                             William C. Heuer, Esq.
                             1540 Broadway
                             New York, NY 10036
                             Telephone:  (212) 692.1000
                             Facsimile:  (212) 208.4521
                             *Counsel for Korea Export Insurance Corporation*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| In re: | Chapter 11 |
| **CIRCUIT CITY STORES, INC.,** *et al.,* | |
| | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Onika McLean, certify that I am not less than 18 years of age, and that on the date set forth below, I caused a true and correct copy of the foregoing Notice of Appearance and Request For Service of Notices And Papers to be made upon the parties set forth below by first class mail, postage prepaid.

*Counsel for Debtors:*
Daniel F. Blanks
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

*United States Trustee*:
W. Clarkson McDow, Jr.
Office of the U.S. Trustee
701 E. Broad Street., Suite 4304
Richmond, V.A. 23219

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: July 10, 2009           */s/ Onika McLean*

Duane Morris LLP
  1540 Broadway
New York, NY 10036
Telephone:  (212) 692.1000
Facsimile:   (215) 208.4521
*Counsel for Korea Export Insurance Corporation*

DM3\1068660.1