July 7, 2009

Circuit City Stores, Inc., et al   Case # 08-35653(KRH) claim # 3761
United States Bankruptcy Court Eastern District of Virginia Richmond Div.

Clerk of the Bankruptcy Court, United States Bankruptcy Court
701 East Broad St Room 4000 Richmond VA 23219

Management and Board of Directors of Circuit City Stores Inc

Reasons for Objection.

I am filing this objection to the dismissal of monies to be paid to shareholders of Circuit City Stores Inc which has gone out of business. The company has recently sold its canadian stores to Bell Canada for 147 million dollars which I feel should be used to distribute money to the shareholders that have submitted a claim. It is my opinion that the management and board of directors did not act in the best interests of its shareholders. There were business reports that indicated there were buyers interested in purchasing the company but it is my opinion the management and board decided that bankruptcy was the best option, instead of a low offer for the company. I also believe and it is my opinion why we as shareholders are entitled to share in the assets because management and the board of directors mismanaged the company. They took the number one retailer of electronic goods and destroyed the company. It is also my opinion some of the mistakes were, starting with closing down the appliance division which sent customers who bought on credit, were long time customers and who bought large ticket items, again on credit to Walmart, Best Buy and Sears. They then wasted money reconfiguring the size and concept of the stores, smaller size which was a non working expense. They then either fired or layed off loyal staff in its restructuring, which I believed the way this was reported turned off many customers, when they found out how these employees were being treated. I also believe and it is my opinion that the remaining

staff were too few and their knowledge of the business was compromised and suffered by this overexposure. Customers were then not as informed and their options were to turn to other stores. They need I believe my claim should be allowed and the $83c.oo I am seeking should be awarded.

Sincerely,
Richard Smith
5904 Forest Rd
Cleverly MD 20785-2746
301-772-1559

"Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to disallow and/or modify certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO: | Claim Number | Claim Amount | Claim Classification As Filed | Claim Classification As Modified |
|---|---|---|---|---|
| Smith, Richard<br>5904 Forest Rd<br>Cheverly, MD 20785-2946 | 3760 | $830.00 | Equity | Interests |

YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY 4:00 P.M. ON JULY 16, 2009, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.

### Critical Information for Claimants
### Choosing to File a Response to the Objection

Who Needs to File a Response: If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Debtors before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

Response Deadline: The Response Deadline is **4:00 p.m. (Eastern Time) on July 16, 2009 (the "Response Deadline")**.

THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED AND RECEIVED BY THE RESPONSE DEADLINE.

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

> Clerk of the Bankruptcy Court
> United States Bankruptcy Court
> 701 East Broad Street – Room 4000
> Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Debtors' attorneys:

3

Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

- and -

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
333 West Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession  

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION  

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | Jointly Administered |

**NOTICE OF THE DEBTORS' EIGHTEENTH OMNIBUS  
OBJECTION TO CLAIMS (RECLASSIFICATION OF  
CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS)**

**PLEASE TAKE NOTICE THAT** the above-captioned Debtors (the "Debtors") filed the Debtors' Eighteenth Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders to Interests) (the "Objection") with the Bankruptcy Court. A copy of the Objection is attached to this notice (this "Notice") as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the



KURTZMAN
CARSON
CONSULTANTS

2335 Alaska Ave   SVC: 5
El Segundo, CA 90245   PACK NO: 174   PRF 16073
OMNI 17   CASE NO: 08-35653

SMITH, RICHARD
5904 FOREST RD
CHEVERLY, MD 20785-2946