Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession



RICHMOND DIVISION
FILED
JUL 1 0 2009
CLERK
U.S. BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | Jointly Administered |

ANSWER TO NOTICE OF THE DEBTORS' SIXTEENTH OMNIBUS OBJECTION TO CLAIMS

NOW COMES JOHN H. DAVIS-SC AND STATES —

1. THAT UNDER CLAIM NOS. 4286 AND 4288 I AM THE OWNER OF STOCK IN CIRCUIT CITY WORTH $5174.85 AND $18,596.20

2. THAT I WANT TO BE PAID THE FULL VALUE OF THE STOCK AT THE TIME I PURCHASED IT.

3. THAT IT IS UNFAIR THAT MY INTEREST BE REDUCED OR ELIMINATED.

Respectfully submitted,

*John H. Davis-El*

JOHN H. DAVIS-EL
4709 THREE OAKS RD.
PIKESVILLE, MD. 21208
410-922-8879

CERTIFICATE OF MAILING
------------------------

COPIES MAILED THIS 7TH DAY OF JULY, 2009 TO SKADDEN, ARPS, SLATE, MEAGER, & FLOM, P.O. BOX 636, WILMINGTON, DE. 19899-0636, MC GUIREWOODS, 901 E. CARY STREET, RICHMOND, VA. 23219, AND SKADDEN, ARPS, SLATE, MEAGHER & FLOM, 333 WEST WACKER DRIVE, CHICAGO, ILL. 60606.

*John H. Davis-El*
JOHN H. DAVIS-EL

(2)