IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al. | ) | Case No. 08-35653 |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | Judge Kevin R. Huennekens |

**ORDER**

The matter came before the Court upon Motion to Withdraw (the "Motion") filed by Troy N. Nichols and John P. Brice of the law firm Wyatt, Tarrant & Combs, LLP in the above referenced bankruptcy cases (and related proceedings) (the "Bankruptcy Cases"). After review of the Motion and statements herein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Troy N. Nichols and John P. Brice be authorized to withdraw as counsel on behalf of Sir Barton Place, LLC in these Bankruptcy Cases (and related proceedings), it is hereby

ORDERED as follows:

1. The Motion be and hereby is granted;

2. Troy N. Nichols and John P. Brice of the law firm Wyatt, Tarrant & Combs, LLP, are hereby withdrawn in these Bankruptcy Cases and any related proceedings pursuant to Local Bankruptcy Rule 2090-1(G) on behalf of Sir Barton Place, LLC.

Jul 7 2009
ENTERED this _____ day of July, 2009.

/s/ Kevin R. Huennekens
_____
Judge, United States Bankruptcy Court

Entered on Docket: 7/8/09

WE ASK FOR THIS:


  /s/ Troy N. Nichols

Troy N. Nichols (VA #68491)

Wyatt, Tarrant & Combs, LLP

250 West Main Street, Suite 1600

Lexington, KY  40507-1746

Telephone:  (859) 233-2012

Facsimile:    (859) 259-0649

E-mail:  Lexbankruptcy@wyattfirm.com



  /s/ John P. Brice

John P. Brice (KY #07535)

Wyatt, Tarrant & Combs, LLP

250 West Main Street, Suite 1600

Lexington, KY  40507-1746

Telephone:  (859) 233-2012

Facsimile:    (859) 259-0649

E-mail:  Lexbankruptcy@wyattfirm.com


## **CERTIFICATE**

Pursuant to L.R. 9022-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia, I certify that all necessary parties to this action have endorsed the foregoing order.

  /s/ Troy N. Nichols

# DISTRIBUTION LIST

All parties designated to receive electronic notice the court's CM/ECF system.

Sir Barton Place, LLC
2517 Sir Barton Way
Suite 210
Lexington, Kentucky 40509

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
gregg.galardi@skadden.com
Ian.Fredericks@skadden.com

Timothy G. Pohl
Skadden, Arps, Slate, Meagher & Flom, LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
tim.pohl@skadden.com

David S. Berman
Riemer & Braustein LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108

Kurtzman Carson Consultants LLC
Attn: Evan Gershbein
2335 Alaska Avenue
El Segundo, California 90245

Joseph S. Sheerin, Esq.
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, Virginia 23210
jsheerin@mcguirewoods.com

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720

Kirkland & Ellis LLP
Attn: Linda K. Myers, Esq.
200 East Randolph Drive
Chicago, Illinois 60601
lmyers@kirkland.com

30524636.1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: jafarbayj             Page 1 of 1                   Date Rcvd: Jul 08, 2009
Case: 08-35653                 Form ID: pdforder           Total Noticed: 7

The following entities were noticed by first class mail on Jul 10, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,    & Flom LLP, One Rodney Sq.,    PO Box 636,
               Wilmington, DE 19899-0636
             +Chris L. Dickerson, Esq.,    Skadden Arps Slate et al,   155 N. Wacker Dr., Ste. 2700,
               Chicago, IL 60606
             +David S. Berman,   Riemer & Braustein LLP,   Three Center Plaza, 6th Floor,
               Boston, MA 02108-2003
             +Kirkland & Ellis LLP,   Attn:  Linda K. Myers, Esq.,   200 East Randolph Dr.,
               Chicago, IL 60601-6436
             +Kurtzman Carson Consultants LLC,   Attn:  Evan Gershbein,   2335 Alaska Ave.,
               El Segundo, CA 90245-4808
             +Sir Barton Place, LLC,   2517 Sir Barton Way, Ste. 210,   Lexington, KY 40509-2275
              Timothy Pohl,   Skadden Arps Slate et al,   One Rodney Sq., PO Box 636,
               Wilmington, DE  19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2009**            **Signature:** _Joseph Speetjens_