Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &        MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

               IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                         RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
          Debtors.           :   Jointly Administered
- - - - - - - - - - - - - - x

          **ORDER ON DEBTORS' FIFTH OMNIBUS OBJECTION TO**
       **CERTAIN MISCLASSIFIED NON-GOODS 503(b)(9) CLAIMS**

     THIS MATTER having come before the Court on the

Debtors' Fifth Omnibus Objection to Certain Misclassified

Non-Goods 503(b)(9) Claims (the "Objection"), and it

appearing that due and proper notice and service of the

Objection has been given in compliance with Fed. R. Bankr.

P. 3007 and 7004 and LBR 3007-1 and was good and sufficient

and that no other further notice or service of the Objection
need be given; and it appearing that the relief requested on
the Objection is in the best interest of the Debtors, their
estates and creditors, and other parties-in-interest; and
after due deliberation thereon good and sufficient cause
exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.   The Objection is GRANTED.

2.   The Claims identified on Exhibit A – Misclassified
Non-Goods 503(b)(9) Claims – Reclassified Claims as attached
hereto and incorporated herein, are reclassified as general
unsecured non-priority claims; provided however, the
reclassification of the claims on Exhibit A is without
prejudice to the Debtors' rights and abilities to object to
the claims on Exhibit A on any grounds or bases in future
objections.

3.   The Debtors' rights and abilities to object to all
Claims included in the Objections on any grounds or bases
are preserved in their entirety.

4.   The Debtors shall serve a copy of this Order on
the claimants included on Exhibit A to this Order within ten
(10) business days from the entry of this Order.

Dated: Richmond, Virginia
       July_____, 2009

Jul 7 2009

/s/ Kevin R. Huennekens
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:  7/8/09

3

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                            __/s/ Douglas M. Foley_____
                            Douglas M. Foley

\9527986.2

4

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 604<br>Date Filed: 12/04/2008<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>A TO Z COMMERCIAL KITCHEN<br>SVCS<br>1630 ELOY RD<br>GOLDEN VALLEY, AZ 86413 | Claim Holder Name and Address    Case Number: 08-35654<br>A TO Z COMMERCIAL KITCHEN SVCS<br>1630 ELOY RD<br>GOLDEN VALLEY, AZ 86413    Docketed Total: UNL<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$0.00                                                    $0.00 | Case Number: 08-35654<br>Modified Total: $0.00<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>                                                   $0.00 |
| Claim: 924<br>Date Filed: 12/19/2008<br>Docketed Total: $970,182.58<br>Filing Creditor Name and Address:<br>A&E TELEVISION NETWORK<br>235 E 45TH ST<br>NEW YORK, NY 10017 | Claim Holder Name and Address    Case Number: 08-35653<br>A&E TELEVISION NETWORK<br>235 E 45TH ST<br>NEW YORK, NY 10017    Docketed Total: $970,182.58<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$970,182.58                                          $970,182.58 | Case Number: 08-35653<br>Modified Total: $970,182.58<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>                                                   $970,182.58 |
| Claim: 986<br>Date Filed: 12/16/2008<br>Docketed Total: $4,230.00<br>Filing Creditor Name and Address:<br>A1 MOWING & SNOW REMOVAL<br>307 RED ROW<br>MARION, IL 62959 | Claim Holder Name and Address    Case Number: 08-35653<br>A1 MOWING & SNOW REMOVAL<br>307 RED ROW<br>MARION, IL 62959    Docketed Total: $4,230.00<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$4,230.00                                            $4,230.00 | Case Number: 08-35653<br>Modified Total: $4,230.00<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>                                                   $4,230.00 |
| Claim: 1189<br>Date Filed: 12/15/2008<br>Docketed Total: $1,032.55<br>Filing Creditor Name and Address:<br>AAA FLOOR CARE INC<br>PO BOX 3021<br>EUSTIS, FL 32727 | Claim Holder Name and Address    Case Number: 08-35653<br>AAA FLOOR CARE INC<br>PO BOX 3021<br>EUSTIS, FL 32727    Docketed Total: $1,032.55<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$1,032.55                                            $1,032.55 | Case Number: 08-35653<br>Modified Total: $1,032.55<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>                                                   $1,032.55 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1000<br>Date Filed: 12/16/2008<br>Docketed Total: $113.75<br>Filing Creditor Name and Address:<br>AC SUPPLY<br>PO BOX 189<br>FRASER, MI 480260189 | Claim Holder Name and Address  Case Number: 08-35653<br><br>AC SUPPLY  Docketed Total: **$113.75**<br>PO BOX 189<br>FRASER, MI 480260189<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$113.75 | Case Number: 08-35653<br><br>Modified Total: **$113.75**<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$113.75 |
| Claim: 1268<br>Date Filed: 12/18/2008<br>Docketed Total: $1,848.00<br>Filing Creditor Name and Address:<br>ACW SWEEPING & CLEANING<br>SVCS<br>PO BOX 1585<br>LANDOVER, MD 20785 | Claim Holder Name and Address  Case Number: 08-35653<br><br>ACW SWEEPING & CLEANING SVCS Docketed Total: **$1,848.00**<br>PO BOX 1585<br>LANDOVER, MD 20785<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$1,848.00 | Case Number: 08-35653<br><br>Modified Total: **$1,848.00**<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$1,848.00 |
| Claim: 874<br>Date Filed: 12/08/2008<br>Docketed Total: $2,134.76<br>Filing Creditor Name and Address:<br>AIRE SERV OF SEMINOLE CO<br>PO BOX 680683<br>ORLANDO, FL 32818 | Claim Holder Name and Address  Case Number: 08-35661<br><br>AIRE SERV OF SEMINOLE CO Docketed Total: **$2,134.76**<br>PO BOX 680683<br>ORLANDO, FL 32818<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$2,134.76 | Case Number: 08-35661<br><br>Modified Total: **$2,134.76**<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$2,134.76 |
| Claim: 837<br>Date Filed: 12/15/2008<br>Docketed Total: $32,939.59<br>Filing Creditor Name and Address:<br>ALBANY TIMES UNION<br>801 TEXAS AVE<br>HOUSTON, TX 77002 | Claim Holder Name and Address  Case Number: 08-35653<br><br>ALBANY TIMES UNION Docketed Total: **$32,939.59**<br>801 TEXAS AVE<br>HOUSTON, TX 77002<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$32,939.59 | Case Number: 08-35653<br><br>Modified Total: **$32,939.59**<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$32,939.59 |

\* "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|

**Claim: 946**
Date Filed: 12/19/2008
Docketed Total: $236.93
Filing Creditor Name and Address:
  ALBEMARLE COUNTY SERVICE
  AUTHORITY
  168 SPOTNAP RD
  CHARLOTTESVILLE, VA
  22911-8690

Claim Holder Name and Address
ALBEMARLE COUNTY SERVICE
AUTHORITY
168 SPOTNAP RD
CHARLOTTESVILLE, VA 22911-8690

Case Number: 08-35653
Docketed Total: **$236.93**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $236.93 | | | | | |

Case Number: 08-35653
Modified Total: **$236.93**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $236.93 |

---

**Claim: 645**
Date Filed: 12/08/2008
Docketed Total: $556.72
Filing Creditor Name and Address:
  ALLIED BEARINGS SUPPLY CO
  PO BOX 3263
  TULSA, OK 74101

Claim Holder Name and Address
ALLIED BEARINGS SUPPLY CO
PO BOX 3263
TULSA, OK 74101

Case Number: 08-35653
Docketed Total: **$556.72**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $556.72 | | | | | |

Case Number: 08-35653
Modified Total: **$556.72**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $556.72 |

---

**Claim: 826**
Date Filed: 12/12/2008
Docketed Total: $147.63
Filing Creditor Name and Address:
  ALTOONA CITY AUTHORITY
  P O BOX 3150
  ALTOONA, PA 16603

Claim Holder Name and Address
ALTOONA CITY AUTHORITY
P O BOX 3150
ALTOONA, PA 16603

Case Number: 08-35653
Docketed Total: **$147.63**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $147.63 | | | | | |

Case Number: 08-35653
Modified Total: **$147.63**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $147.63 |

---

**Claim: 824**
Date Filed: 12/12/2008
Docketed Total: $393.96
Filing Creditor Name and Address:
  ALTOONA CITY AUTHORITY
  PO BOX 3150
  ALTOONA, PA 16603-3150

Claim Holder Name and Address
ALTOONA CITY AUTHORITY
PO BOX 3150
ALTOONA, PA 16603-3150

Case Number: 08-35653
Docketed Total: **$393.96**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $393.96 | | | | | |

Case Number: 08-35653
Modified Total: **$393.96**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $393.96 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1287<br>Date Filed:    12/18/2008<br>Docketed Total:    $215.60<br>Filing Creditor Name and Address:<br>AMERICAN WATER SERVICE INC<br>2415 UNIVERSITY AVE 2ND FL<br>EAST PALO ALTO, CA 94303 | Claim Holder Name and Address<br><br>AMERICAN WATER SERVICE INC<br>2415 UNIVERSITY AVE 2ND FL<br>EAST PALO ALTO, CA 94303<br><br>Case Number:    08-35657<br>Docketed Total:    **$215.60**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$215.60 | Case Number:    08-35657<br>Modified Total:    **$215.60**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$215.60 |
| Claim: 1288<br>Date Filed:    12/18/2008<br>Docketed Total:    $215.60<br>Filing Creditor Name and Address:<br>AMERICAN WATER SERVICE INC<br>2415 UNIVERSITY AVE 2ND FL<br>EAST PALO ALTO, CA 94303 | Claim Holder Name and Address<br><br>AMERICAN WATER SERVICE INC<br>2415 UNIVERSITY AVE 2ND FL<br>EAST PALO ALTO, CA 94303<br><br>Case Number:    08-35653<br>Docketed Total:    **$215.60**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$215.60 | Case Number:    08-35653<br>Modified Total:    **$215.60**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$215.60 |
| Claim: 1289<br>Date Filed:    12/18/2008<br>Docketed Total:    $215.60<br>Filing Creditor Name and Address:<br>AMERICAN WATER SERVICE INC<br>2415 UNIVERSITY AVE 2ND FL<br>EAST PALO ALTO, CA 94303 | Claim Holder Name and Address<br><br>AMERICAN WATER SERVICE INC<br>2415 UNIVERSITY AVE 2ND FL<br>EAST PALO ALTO, CA 94303<br><br>Case Number:    08-35654<br>Docketed Total:    **$215.60**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$215.60 | Case Number:    08-35654<br>Modified Total:    **$215.60**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$215.60 |
| Claim: 1290<br>Date Filed:    12/18/2008<br>Docketed Total:    $215.60<br>Filing Creditor Name and Address:<br>AMERICAN WATER SERVICE INC<br>2415 UNIVERSITY AVE 2ND FL<br>EAST PALO ALTO, CA 94303 | Claim Holder Name and Address<br><br>AMERICAN WATER SERVICE INC<br>2415 UNIVERSITY AVE 2ND FL<br>EAST PALO ALTO, CA 94303<br><br>Case Number:    08-35661<br>Docketed Total:    **$215.60**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$215.60 | Case Number:    08-35661<br>Modified Total:    **$215.60**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$215.60 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

## EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 1291<br>Date Filed: 12/18/2008<br>Docketed Total: $215.60<br>Filing Creditor Name and Address:<br>AMERICAN WATER SERVICE INC<br>EAST PALO ALTO, CA 94303 | Claim Holder Name and Address<br><br>AMERICAN WATER SERVICE INC<br>EAST PALO ALTO, CA 94303 | Case Number: 08-35660<br>Docketed Total: $215.60 | | | | | Case Number: 08-35660<br>Modified Total: $215.60 | | | | | |
| | 503(b)(9)<br>$215.60 | Reclamation | Admin | Secured | Priority | Unsecured<br>$215.60 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$215.60 |
| Claim: 1286<br>Date Filed: 12/18/2008<br>Docketed Total: $215.60<br>Filing Creditor Name and Address:<br>AMERICAN WATER SERVICE, INC<br>2415 UNIVERSITY AVE 2ND<br>FLOOR<br>EAST PALO ALTO, CA 94303 | Claim Holder Name and Address<br><br>AMERICAN WATER SERVICE, INC<br>2415 UNIVERSITY AVE 2ND FLOOR<br>EAST PALO ALTO, CA 94303 | Case Number: 08-35653<br>Docketed Total: $215.60 | | | | | Case Number: 08-35653<br>Modified Total: $215.60 | | | | | |
| | 503(b)(9)<br>$215.60 | Reclamation | Admin | Secured | Priority | Unsecured<br>$215.60 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$215.60 |
| Claim: 364<br>Date Filed: 11/24/2008<br>Docketed Total: $3,444.53<br>Filing Creditor Name and Address:<br>ANN ARBOR NEWS, THE<br>PO BOX 1147<br>ANN ARBOR, MI 48106 | Claim Holder Name and Address<br><br>ANN ARBOR NEWS, THE<br>PO BOX 1147<br>ANN ARBOR, MI 48106 | Case Number: 08-35653<br>Docketed Total: $3,444.53 | | | | | Case Number: 08-35653<br>Modified Total: $3,444.53 | | | | | |
| | 503(b)(9)<br>$3,444.53 | Reclamation | Admin | Secured | Priority | Unsecured<br>$3,444.53 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$3,444.53 |
| Claim: 1045<br>Date Filed: 12/09/2008<br>Docketed Total: $25,368.68<br>Filing Creditor Name and Address:<br>ARKANSAS DEMOCRAT<br>GAZETTE<br>PO BOX 2221<br>LITTLE ROCK, AR 72203 | Claim Holder Name and Address<br><br>ARKANSAS DEMOCRAT GAZETTE<br>PO BOX 2221<br>LITTLE ROCK, AR 72203 | Case Number: 08-35653<br>Docketed Total: $25,368.68 | | | | | Case Number: 08-35653<br>Modified Total: $25,368.68 | | | | | |
| | 503(b)(9)<br>$25,368.68 | Reclamation | Admin | Secured | Priority | Unsecured<br>$25,368.68 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$25,368.68 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1495<br>Date Filed:    12/08/2008<br>Docketed Total:    $327.99<br>Filing Creditor Name and Address:<br>  ARNEL COMPRESSOR CO<br>  114 N SUNSET AVE<br>  CITY OF INDUSTRY, CA 91744 | Claim Holder Name and Address     Case Number:    08-35653<br><br>ARNEL COMPRESSOR CO     Docketed Total:    $327.99<br>114 N SUNSET AVE<br>CITY OF INDUSTRY, CA 91744<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$327.99 | Case Number:    08-35653<br><br>Modified Total:    $327.99<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$327.99 |
| Claim: 1182<br>Date Filed:    12/15/2008<br>Docketed Total:    $2,211.66<br>Filing Creditor Name and Address:<br>  ATHENS BANNER HERALD<br>  PO BOX 1486<br>  AUGUSTA, GA 30903-1486 | Claim Holder Name and Address     Case Number:    08-35653<br><br>ATHENS BANNER HERALD     Docketed Total:    $2,211.66<br>PO BOX 1486<br>AUGUSTA, GA 30903-1486<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$2,211.66 | Case Number:    08-35653<br><br>Modified Total:    $2,211.66<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$2,211.66 |
| Claim: 866<br>Date Filed:    12/08/2008<br>Docketed Total:    $128.00<br>Filing Creditor Name and Address:<br>  ATSWA<br>  3131 OLD 6TH AVE N<br>  DUNCANSVILLE, PA 16635-8013 | Claim Holder Name and Address     Case Number:    08-35653<br><br>ATSWA     Docketed Total:    $128.00<br>3131 OLD 6TH AVE N<br>DUNCANSVILLE, PA 16635-8013<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$128.00 | Case Number:    08-35653<br><br>Modified Total:    $128.00<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$128.00 |
| Claim: 1184<br>Date Filed:    12/15/2008<br>Docketed Total:    $9,694.24<br>Filing Creditor Name and Address:<br>  AUGUSTA CHRONICLE, THE<br>  PO BOX 1928<br>  AUGUSTA, GA 30903 | Claim Holder Name and Address     Case Number:    08-35653<br><br>AUGUSTA CHRONICLE, THE     Docketed Total:    $9,694.24<br>PO BOX 1928<br>AUGUSTA, GA 30903<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$9,694.24 | Case Number:    08-35653<br><br>Modified Total:    $9,694.24<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$9,694.24 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1046<br>Date Filed: 12/09/2008<br>Docketed Total: $19,368.51<br>Filing Creditor Name and Address:<br>AUSTIN AMERICAN STATESMAN<br>PO BOX 2000<br>AUSTIN, TX 78768-2000 | Claim Holder Name and Address   Case Number: 08-35653<br>AUSTIN AMERICAN STATESMAN   Docketed Total: $19,368.51<br>PO BOX 2000<br>AUSTIN, TX 78768-2000<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$19,368.51                                                         $19,368.51 | Case Number: 08-35653<br>Modified Total: $19,368.51<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                  $19,368.51 |
| Claim: 1041<br>Date Filed: 12/01/2008<br>Docketed Total: $1,361.45<br>Filing Creditor Name and Address:<br>AUTOMATED BUILDING<br>COMPONENTS<br>17680 HANSOM CT<br>SOUTH BEND, IN 466351013 | Claim Holder Name and Address   Case Number: 08-35653<br>AUTOMATED BUILDING   Docketed Total: $1,361.45<br>COMPONENTS<br>17680 HANSOM CT<br>SOUTH BEND, IN 466351013<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$1,361.45                                                          $1,361.45 | Case Number: 08-35653<br>Modified Total: $1,361.45<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                  $1,361.45 |
| Claim: 779<br>Date Filed: 12/10/2008<br>Docketed Total: $12,027.24<br>Filing Creditor Name and Address:<br>BAGBY ELECTRIC OF VA INC<br>10491 LAKERIDGE PKWY<br>ASHLAND, VA 23005 | Claim Holder Name and Address   Case Number: 08-35653<br>BAGBY ELECTRIC OF VA INC   Docketed Total: $12,027.24<br>10491 LAKERIDGE PKWY<br>ASHLAND, VA 23005<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$12,027.24                                                         $12,027.24 | Case Number: 08-35653<br>Modified Total: $12,027.24<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                  $12,027.24 |
| Claim: 1333<br>Date Filed: 12/19/2008<br>Docketed Total: $172,575.41<br>Filing Creditor Name and Address:<br>BAILIWICK DATA SYSTEMS INC<br>4260 NOREX DR<br>CHASKA, MN 55318 | Claim Holder Name and Address   Case Number: 08-35653<br>BAILIWICK DATA SYSTEMS INC   Docketed Total: $172,575.41<br>4260 NOREX DR<br>CHASKA, MN 55318<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$172,575.41                                                        $172,575.41 | Case Number: 08-35653<br>Modified Total: $172,575.41<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                  $172,575.41 |

*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 661<br>Date Filed: 12/08/2008<br>Docketed Total: $16,356.91<br>Filing Creditor Name and Address:<br>BAKERSFIELD CALIFORNIAN<br>PO BOX 80967<br>BAKERSFIELD, CA 93380-0967 | Claim Holder Name and Address    Case Number: 08-35653<br><br>BAKERSFIELD CALIFORNIAN    Docketed Total: **$16,356.91**<br>PO BOX 80967<br>BAKERSFIELD, CA 93380-0967<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$16,356.91 | Case Number: 08-35653<br><br>Modified Total: **$16,356.91**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$16,356.91 |
| Claim: 504<br>Date Filed: 12/01/2008<br>Docketed Total: $11,467.41<br>Filing Creditor Name and Address:<br>BANGOR DAILY NEWS<br>491 MAIN ST<br>BANGOR, ME 04402 | Claim Holder Name and Address    Case Number: 08-35653<br><br>BANGOR DAILY NEWS    Docketed Total: **$11,467.41**<br>491 MAIN ST<br>BANGOR, ME 04402<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$11,467.41 | Case Number: 08-35653<br><br>Modified Total: **$11,467.41**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$11,467.41 |
| Claim: 822<br>Date Filed: 12/12/2008<br>Docketed Total: $29.05<br>Filing Creditor Name and Address:<br>BANGOR WATER DISTRICT<br>PO BOX 1129<br>BANGOR, ME 04402-1129 | Claim Holder Name and Address    Case Number: 08-35653<br><br>BANGOR WATER DISTRICT    Docketed Total: **$29.05**<br>PO BOX 1129<br>BANGOR, ME 04402-1129<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$29.05 | Case Number: 08-35653<br><br>Modified Total: **$29.05**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$29.05 |
| Claim: 862<br>Date Filed: 12/08/2008<br>Docketed Total: $15,776.42<br>Filing Creditor Name and Address:<br>BENNER MECHANICAL &<br>ELECTRICAL<br>1760 LAKELAND PARK DR<br>BURLINGTON, KY 41005 | Claim Holder Name and Address    Case Number: 08-35653<br><br>BENNER MECHANICAL &    Docketed Total: **$15,776.42**<br>ELECTRICAL<br>1760 LAKELAND PARK DR<br>BURLINGTON, KY 41005<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$15,776.42 | Case Number: 08-35653<br><br>Modified Total: **$15,776.42**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$15,776.42 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 851<br>Date Filed:    12/08/2008<br>Docketed Total:    $4,350.83<br>Filing Creditor Name and Address:<br>  BOARD OF WATER AND LIGHT<br>  PO BOX 13007<br>  LANSING, MI 48901-3007 | Claim Holder Name and Address<br><br>BOARD OF WATER AND LIGHT<br>PO BOX 13007<br>LANSING, MI 48901-3007 | | Case Number:<br><br>Docketed Total: | | | 08-35653<br><br>**$4,350.83** | | | Case Number:<br><br>Modified Total: | | | 08-35653<br><br>**$4,350.83** |
| | 503(b)(9)<br>$4,350.83 | Reclamation | Admin | Secured | Priority | Unsecured<br>$4,350.83 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$4,350.83 |
| Claim: 600<br>Date Filed:    12/04/2008<br>Docketed Total:    $94,698.98<br>Filing Creditor Name and Address:<br>  BOOTH NEWSPAPERS INC<br>  155 MICHIGAN ST NW<br>  GRAND RAPIDS, MI 49503 | Claim Holder Name and Address<br><br>BOOTH NEWSPAPERS INC<br>155 MICHIGAN ST NW<br>GRAND RAPIDS, MI 49503 | | Case Number:<br><br>Docketed Total: | | | 08-35653<br><br>**$94,698.98** | | | Case Number:<br><br>Modified Total: | | | 08-35653<br><br>**$94,698.98** |
| | 503(b)(9)<br>$94,698.98 | Reclamation | Admin | Secured | Priority | Unsecured<br>$94,698.98 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$94,698.98 |
| Claim: 884<br>Date Filed:    12/10/2008<br>Docketed Total:    $8,019.41<br>Filing Creditor Name and Address:<br>  BRADENTON HERALD, THE<br>  102 MANATEE AVE W<br>  PO BOX 921<br>  BRADENTON, FL 34206-0921 | Claim Holder Name and Address<br><br>BRADENTON HERALD, THE<br>102 MANATEE AVE W<br>PO BOX 921<br>BRADENTON, FL 34206-0921 | | Case Number:<br><br>Docketed Total: | | | 08-35653<br><br>**$8,019.41** | | | Case Number:<br><br>Modified Total: | | | 08-35653<br><br>**$8,019.41** |
| | 503(b)(9)<br>$8,019.41 | Reclamation | Admin | Secured | Priority | Unsecured<br>$8,019.41 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$8,019.41 |
| Claim: 1337<br>Date Filed:    12/17/2008<br>Docketed Total:    $12,261.87<br>Filing Creditor Name and Address:<br>  BROADWAY NATIONAL SIGN &<br>  LIGHTING<br>  2150 FIFTH AVE<br>  RONKONKOMA, NY 11779 | Claim Holder Name and Address<br><br>BROADWAY NATIONAL SIGN &<br>LIGHTING<br>2150 FIFTH AVE<br>RONKONKOMA, NY 11779 | | Case Number:<br><br>Docketed Total: | | | 08-35653<br><br>**$12,261.87** | | | Case Number:<br><br>Modified Total: | | | 08-35653<br><br>**$12,261.87** |
| | 503(b)(9)<br>$12,261.87 | Reclamation | Admin | Secured | Priority | Unsecured<br>$12,261.87 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$12,261.87 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1395**
Date Filed: 12/19/2008
Docketed Total: $2,379.27
Filing Creditor Name and Address:
BROWNSVILLE PUBLIC UTILITIES
BOARD
1425 ROBINDHOOD BLVD
BROWNSVILLE, TX 78521

Claim Holder Name and Address
BROWNSVILLE PUBLIC UTILITIES BOARD
1425 ROBINDHOOD BLVD
BROWNSVILLE, TX 78521
Case Number: 08-35653
Docketed Total: $2,379.27

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,379.27 | | | | | |

Case Number: 08-35653
Modified Total: $2,379.27

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,379.27 |

**Claim: 1012**
Date Filed: 12/19/2008
Docketed Total: $8,352.01
Filing Creditor Name and Address:
BURLINGTON FREE PRESS, THE
PO BOX 10
BURLINGTON, VT 054020010

Claim Holder Name and Address
BURLINGTON FREE PRESS, THE
PO BOX 10
BURLINGTON, VT 054020010
Case Number: 08-35653
Docketed Total: $8,352.01

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $8,352.01 | | | | | |

Case Number: 08-35653
Modified Total: $8,352.01

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $8,352.01 |

**Claim: 998**
Date Filed: 12/16/2008
Docketed Total: $6,630.00
Filing Creditor Name and Address:
BUSTILLO HERNANDEZ, ROBERTO
PO BOX 194145
SAN JUAN, PR 00919-4145

Claim Holder Name and Address
BUSTILLO HERNANDEZ, ROBERTO
PO BOX 194145
SAN JUAN, PR 00919-4145
Case Number: 08-35653
Docketed Total: $6,630.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $6,630.00 | | | | | |

Case Number: 08-35653
Modified Total: $6,630.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $6,630.00 |

**Claim: 257**
Date Filed: 11/28/2008
Docketed Total: $3,085.20
Filing Creditor Name and Address:
BUTLER PUBLISHING CO INC, TB
PO BOX 2030
TYLER, TX 75710

Claim Holder Name and Address
BUTLER PUBLISHING CO INC, TB
PO BOX 2030
TYLER, TX 75710
Case Number: 08-35653
Docketed Total: $3,085.20

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $3,085.20 | | | | | |

Case Number: 08-35653
Modified Total: $3,085.20

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,085.20 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 215<br>Date Filed:    12/01/2008<br>Docketed Total:    $9,849.42<br>Filing Creditor Name and Address:<br>CAPITAL GAZETTE NEWSPAPERS<br>PO BOX 911<br>ANNAPOLIS, MD 21404 | Claim Holder Name and Address<br><br>CAPITAL GAZETTE NEWSPAPERS<br>PO BOX 911<br>ANNAPOLIS, MD 21404<br><br>Case Number:    08-35653<br>Docketed Total:    **$9,849.42** | Case Number:    08-35653<br>Modified Total:    **$9,849.42** |
| | <u>503(b)(9)</u>    <u>Reclamation</u>    <u>Admin</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>$9,849.42 | <u>503(b)(9)</u>    <u>Reclamation</u>    <u>Admin</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>$9,849.42 |
| Claim: 654<br>Date Filed:    12/08/2008<br>Docketed Total:    $117.38<br>Filing Creditor Name and Address:<br>CARY, TOWN OF<br>316 N ACADEMY ST<br>REVENUE COLLECTOR<br>CARY, NC 27513 | Claim Holder Name and Address<br><br>CARY, TOWN OF<br>316 N ACADEMY ST<br>REVENUE COLLECTOR<br>CARY, NC 27513<br><br>Case Number:    08-35653<br>Docketed Total:    **$117.38** | Case Number:    08-35653<br>Modified Total:    **$117.38** |
| | <u>503(b)(9)</u>    <u>Reclamation</u>    <u>Admin</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>$117.38 | <u>503(b)(9)</u>    <u>Reclamation</u>    <u>Admin</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>$117.38 |
| Claim: 462<br>Date Filed:    12/01/2008<br>Docketed Total:    $406.17<br>Filing Creditor Name and Address:<br>CHARLOTTE COUNTY UTILITIES<br>P O BOX 516000<br>PUNTA GORDA, FL 33951-6000 | Claim Holder Name and Address<br><br>CHARLOTTE COUNTY UTILITIES<br>P O BOX 516000<br>PUNTA GORDA, FL 33951-6000<br><br>Case Number:    08-35653<br>Docketed Total:    **$406.17** | Case Number:    08-35653<br>Modified Total:    **$406.17** |
| | <u>503(b)(9)</u>    <u>Reclamation</u>    <u>Admin</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>$406.17 | <u>503(b)(9)</u>    <u>Reclamation</u>    <u>Admin</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>$406.17 |
| Claim: 1192<br>Date Filed:    12/15/2008<br>Docketed Total:    $10,426.62<br>Filing Creditor Name and Address:<br>CHARLOTTE SUN<br>23170 HARBORVIEW RD<br>PORT CHARLOTTE, FL 33980 | Claim Holder Name and Address<br><br>CHARLOTTE SUN<br>23170 HARBORVIEW RD<br>PORT CHARLOTTE, FL 33980<br><br>Case Number:    08-35653<br>Docketed Total:    **$10,426.62** | Case Number:    08-35653<br>Modified Total:    **$10,426.62** |
| | <u>503(b)(9)</u>    <u>Reclamation</u>    <u>Admin</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>$10,426.62 | <u>503(b)(9)</u>    <u>Reclamation</u>    <u>Admin</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>$10,426.62 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 757<br>Date Filed:    12/12/2008<br>Docketed Total:    $15,168.96<br>Filing Creditor Name and Address:<br>CHATTANOOGA PUBLISHING CO<br>INC<br>PO BOX 190<br>RETAIL ADVERTISING<br>CHATTANOOGA, TN 37401 | Claim Holder Name and Address    Case Number:    08-35653<br>CHATTANOOGA PUBLISHING CO    Docketed Total:    **$15,168.96**<br>INC<br>PO BOX 190<br>RETAIL ADVERTISING<br>CHATTANOOGA, TN 37401 | Case Number:    08-35653<br>Modified Total:    **$15,168.96** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $15,168.96 | | | | | | | | | | | | $15,168.96 |

| | | |
|---|---|---|
| Claim: 1171<br>Date Filed:    12/10/2008<br>Docketed Total:    $243,719.73<br>Filing Creditor Name and Address:<br>CHICAGO TRIBUNE<br>435 N MICHIGAN AVE 3RD FL FSC<br>CHICAGO, IL 60611 | Claim Holder Name and Address    Case Number:    08-35653<br>CHICAGO TRIBUNE    Docketed Total:    **$243,719.73**<br>435 N MICHIGAN AVE 3RD FL FSC<br>CHICAGO, IL 60611 | Case Number:    08-35653<br>Modified Total:    **$243,719.73** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $243,719.73 | | | | | | | | | | | | $243,719.73 |

| | | |
|---|---|---|
| Claim: 425<br>Date Filed:    12/01/2008<br>Docketed Total:    $1,055.76<br>Filing Creditor Name and Address:<br>CHRONICLE TELEGRAM, THE<br>PO BOX 4010<br>ELYRIA, OH 44036 | Claim Holder Name and Address    Case Number:    08-35653<br>CHRONICLE TELEGRAM, THE    Docketed Total:    **$1,055.76**<br>PO BOX 4010<br>ELYRIA, OH 44036 | Case Number:    08-35653<br>Modified Total:    **$1,055.76** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $1,055.76 | | | | | | | | | | | | $1,055.76 |

| | | |
|---|---|---|
| Claim: 895<br>Date Filed:    12/10/2008<br>Docketed Total:    $316.02<br>Filing Creditor Name and Address:<br>CITY OF AMARILLO, TX<br>P O BOX 100<br>AMARILLO, TX 79105-0100 | Claim Holder Name and Address    Case Number:    08-35653<br>CITY OF AMARILLO, TX    Docketed Total:    **$316.02**<br>P O BOX 100<br>AMARILLO, TX 79105-0100 | Case Number:    08-35653<br>Modified Total:    **$316.02** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $316.02 | | | | | | | | | | | | $316.02 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim: 801<br>Date Filed: 12/11/2008<br>Docketed Total: $100.02<br>Filing Creditor Name and Address:<br>CITY OF COON RAPIDS, MN<br>11155 ROBINSON DRIVE<br>COON RAPIDS, MN 55433 | Claim Holder Name and Address<br>CITY OF COON RAPIDS, MN<br>11155 ROBINSON DRIVE<br>COON RAPIDS, MN 55433 | Case Number: 08-35653<br>Docketed Total: $100.02 | | | Case Number: 08-35653<br>Modified Total: $100.02 | | | | |
| | 503(b)(9)<br>$100.02 | Reclamation | Admin | Secured | Priority | Unsecured<br>$100.02 | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim: 1361<br>Date Filed: 12/17/2008<br>Docketed Total: $184.94<br>Filing Creditor Name and Address:<br>CITY OF FALLS CHURCH, VA<br>300 PARK AVE<br>FALLS CHURCH, VA 22046 | Claim Holder Name and Address<br>CITY OF FALLS CHURCH, VA<br>300 PARK AVE<br>FALLS CHURCH, VA 22046 | Case Number: 08-35653<br>Docketed Total: $184.94 | | | Case Number: 08-35653<br>Modified Total: $184.94 | | | | |
| | 503(b)(9)<br>$184.94 | Reclamation | Admin | Secured | Priority | Unsecured<br>$184.94 | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim: 1006<br>Date Filed: 12/16/2008<br>Docketed Total: $8,440.39<br>Filing Creditor Name and Address:<br>CITY OF GARLAND UTILITY<br>SERVICES<br>P O BOX 461508<br>GARLAND, TX 75046-1508 | Claim Holder Name and Address<br>CITY OF GARLAND UTILITY<br>SERVICES<br>P O BOX 461508<br>GARLAND, TX 75046-1508 | Case Number: 08-35653<br>Docketed Total: $8,440.39 | | | Case Number: 08-35653<br>Modified Total: $8,440.39 | | | | |
| | 503(b)(9)<br>$8,440.39 | Reclamation | Admin | Secured | Priority | Unsecured<br>$8,440.39 | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim: 660<br>Date Filed: 12/08/2008<br>Docketed Total: $49.98<br>Filing Creditor Name and Address:<br>CITY OF HICKORY, NC<br>BOX 398<br>HICKORY, NC 28603-0398 | Claim Holder Name and Address<br>CITY OF HICKORY, NC<br>BOX 398<br>HICKORY, NC 28603-0398 | Case Number: 08-35653<br>Docketed Total: $49.98 | | | Case Number: 08-35653<br>Modified Total: $49.98 | | | | |
| | 503(b)(9)<br>$49.98 | Reclamation | Admin | Secured | Priority | Unsecured<br>$49.98 | | | |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 222<br>Date Filed:    11/28/2008<br>Docketed Total:    $69.77<br>Filing Creditor Name and Address:<br>    CITY OF MAPLE GROVE MN<br>    P O BOX 1180<br>    MAPLE GROVE, MN 55311 | Claim Holder Name and Address    Case Number:    08-35653<br><br>CITY OF MAPLE GROVE MN    Docketed Total:    **$69.77**<br>P O BOX 1180<br>MAPLE GROVE, MN 55311<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$69.77 | Case Number:    08-35653<br><br>Modified Total:    **$69.77**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$69.77 |
| Claim: 349<br>Date Filed:    11/24/2008<br>Docketed Total:    $419.40<br>Filing Creditor Name and Address:<br>    CITY OF MONTEBELLO, CA<br>    3316 WEST BEVERLY BLVD<br>    MONTEBELLO, CA 90640-1537 | Claim Holder Name and Address    Case Number:    08-35653<br><br>CITY OF MONTEBELLO, CA    Docketed Total:    **$419.40**<br>3316 WEST BEVERLY BLVD<br>MONTEBELLO, CA 90640-1537<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$419.40 | Case Number:    08-35653<br><br>Modified Total:    **$419.40**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$419.40 |
| Claim: 1473<br>Date Filed:    12/16/2008<br>Docketed Total:    $772.65<br>Filing Creditor Name and Address:<br>    CITY OF PORTLAND OREGON<br>    CITY ATTORNEYS OFFICE<br>    1221 SW 4TH AVE RM 430<br>    PORTLAND, OR 97204 | Claim Holder Name and Address    Case Number:    08-35653<br><br>CITY OF PORTLAND OREGON    Docketed Total:    **$772.65**<br>CITY ATTORNEYS OFFICE<br>1221 SW 4TH AVE RM 430<br>PORTLAND, OR 97204<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$772.65 | Case Number:    08-35653<br><br>Modified Total:    **$772.65**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$772.65 |
| Claim: 1315<br>Date Filed:    12/19/2008<br>Docketed Total:    $6,839.70<br>Filing Creditor Name and Address:<br>    CITY OF REDDING, CA<br>    P O BOX 496081<br>    REDDING, CA 96049-6081 | Claim Holder Name and Address    Case Number:    08-35653<br><br>CITY OF REDDING, CA    Docketed Total:    **$6,839.70**<br>P O BOX 496081<br>REDDING, CA 96049-6081<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$6,839.70 | Case Number:    08-35653<br><br>Modified Total:    **$6,839.70**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$6,839.70 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 931<br>Date Filed: 12/08/2008<br>Docketed Total: $574.11<br>Filing Creditor Name and Address:<br>CITY OF TACOMA<br>PO BOX 11007<br>TACOMA, WA 98411-0007 | Claim Holder Name and Address<br>CITY OF TACOMA<br>PO BOX 11007<br>TACOMA, WA 98411-0007<br><br>Case Number: 08-35653<br>Docketed Total: $574.11<br><br>503(b)(9) $574.11 / Reclamation / Admin / Secured / Priority / Unsecured | Case Number: 08-35653<br>Modified Total: $574.11<br><br>503(b)(9) / Reclamation / Admin / Secured / Priority / Unsecured $574.11 |
| Claim: 1683<br>Date Filed: 12/10/2008<br>Docketed Total: $529.71<br>Filing Creditor Name and Address:<br>CITY OF VICTORVILLE, CA<br>PO BOX 5001<br>VICTORVILLE, CA 92393-4999 | Claim Holder Name and Address<br>CITY OF VICTORVILLE, CA<br>PO BOX 5001<br>VICTORVILLE, CA 92393-4999<br><br>Case Number: 08-35654<br>Docketed Total: $529.71<br><br>503(b)(9) $529.71 / Reclamation / Admin / Secured / Priority / Unsecured | Case Number: 08-35654<br>Modified Total: $529.71<br><br>503(b)(9) / Reclamation / Admin / Secured / Priority / Unsecured $529.71 |
| Claim: 637<br>Date Filed: 12/08/2008<br>Docketed Total: $148.86<br>Filing Creditor Name and Address:<br>CITY OF WEBSTER, TX<br>101 PENNSYLVANIA<br>WEBSTER, TX 77598 | Claim Holder Name and Address<br>CITY OF WEBSTER, TX<br>101 PENNSYLVANIA<br>WEBSTER, TX 77598<br><br>Case Number: 08-35653<br>Docketed Total: $148.86<br><br>503(b)(9) $148.86 / Reclamation / Admin / Secured / Priority / Unsecured | Case Number: 08-35653<br>Modified Total: $148.86<br><br>503(b)(9) / Reclamation / Admin / Secured / Priority / Unsecured $148.86 |
| Claim: 252<br>Date Filed: 12/03/2008<br>Docketed Total: $123.85<br>Filing Creditor Name and Address:<br>CITY UTILITIES FORT WAYNE, IN<br>P O BOX 2269<br>FORT WAYNE, IN 46801-2269 | Claim Holder Name and Address<br>CITY UTILITIES FORT WAYNE, IN<br>P O BOX 2269<br>FORT WAYNE, IN 46801-2269<br><br>Case Number: 08-35653<br>Docketed Total: $123.85<br><br>503(b)(9) $123.85 / Reclamation / Admin / Secured / Priority / Unsecured | Case Number: 08-35653<br>Modified Total: $123.85<br><br>503(b)(9) / Reclamation / Admin / Secured / Priority / Unsecured $123.85 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | | CLAIM AS MODIFIED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 687**
Date Filed:    12/09/2008
Docketed Total:    $75,000.00
Filing Creditor Name and Address:
  CITYSEARCH
  8833 SUNSET BLVD
  WEST HOLLYWOOD, CA 90069

Claim Holder Name and Address
CITYSEARCH
8833 SUNSET BLVD
WEST HOLLYWOOD, CA 90069

Case Number:    08-35653
Docketed Total:    **$75,000.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $75,000.00 | | | | | |

Case Number:    08-35653
Modified Total:    **$75,000.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $75,000.00 |

---

**Claim: 1684**
Date Filed:    12/05/2008
Docketed Total:    $301.04
Filing Creditor Name and Address:
  CLACKAMAS RIVER WATER
  P O BOX 2439
  CLACKAMAS, OR 97015-2439

Claim Holder Name and Address
CLACKAMAS RIVER WATER
P O BOX 2439
CLACKAMAS, OR 97015-2439

Case Number:    08-35654
Docketed Total:    **$301.04**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $301.04 | | | | | |

Case Number:    08-35654
Modified Total:    **$301.04**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $301.04 |

---

**Claim: 1269**
Date Filed:    12/18/2008
Docketed Total:    $2,969.99
Filing Creditor Name and Address:
  CLARKSVILLE DEPARTMENT OF
  ELECTRICITY
  P O BOX 31509
  CLARKSVILLE, TN 37040-0026

Claim Holder Name and Address
CLARKSVILLE DEPARTMENT OF
ELECTRICITY
P O BOX 31509
CLARKSVILLE, TN 37040-0026

Case Number:    08-35653
Docketed Total:    **$2,969.99**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,969.99 | | | | | |

Case Number:    08-35653
Modified Total:    **$2,969.99**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,969.99 |

---

**Claim: 541**
Date Filed:    11/26/2008
Docketed Total:    $806.19
Filing Creditor Name and Address:
  COAST NEWS GROUP
  828 N COAST HWY 101
  STE C
  ENCINITAS, CA 92024

Claim Holder Name and Address
COAST NEWS GROUP
828 N COAST HWY 101
STE C
ENCINITAS, CA 92024

Case Number:    08-35653
Docketed Total:    **$806.19**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $806.19 | | | | | |

Case Number:    08-35653
Modified Total:    **$806.19**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $806.19 |

---

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | | |
|---|---|---|---|
| Claim: 1699<br>Date Filed:    12/19/2008<br>Docketed Total:    $55,306.72<br>Filing Creditor Name and Address:<br>COLLECTIVE MEDIA<br>254 W 31ST ST<br>12TH FL<br>NEW YORK, NY 10001 | Claim Holder Name and Address    Case Number:    08-35653<br>COLLECTIVE MEDIA    Docketed Total:    **$55,306.72**<br>254 W 31ST ST<br>12TH FL<br>NEW YORK, NY 10001<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$55,306.72 | Case Number:    08-35653<br>Modified Total:    **$55,306.72**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$55,306.72 |
| Claim: 982<br>Date Filed:    12/16/2008<br>Docketed Total:    $1,035.00<br>Filing Creditor Name and Address:<br>COLORADO SPRINGS, CITY OF<br>STORMWATER ENTERPRISE<br>PO BOX 173385<br>DENVER, CO 80217-3385 | Claim Holder Name and Address    Case Number:    08-35653<br>COLORADO SPRINGS, CITY OF    Docketed Total:    **$1,035.00**<br>STORMWATER ENTERPRISE<br>PO BOX 173385<br>DENVER, CO 80217-3385<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,035.00 | Case Number:    08-35653<br>Modified Total:    **$1,035.00**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,035.00 |
| Claim: 1142<br>Date Filed:    12/16/2008<br>Docketed Total:    $14,995.50<br>Filing Creditor Name and Address:<br>COLUMBIAN, THE<br>PO BOX 180<br>VANCOUVER, WA 986660180 | Claim Holder Name and Address    Case Number:    08-35653<br>COLUMBIAN, THE    Docketed Total:    **$14,995.50**<br>PO BOX 180<br>VANCOUVER, WA 986660180<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$14,995.50 | Case Number:    08-35653<br>Modified Total:    **$14,995.50**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$14,995.50 |
| Claim: 577<br>Date Filed:    12/04/2008<br>Docketed Total:    $45.37<br>Filing Creditor Name and Address:<br>COLUMBUS WATER WORKS<br>PO BOX 1600<br>COLUMBUS, GA 319021600 | Claim Holder Name and Address    Case Number:    08-35653<br>COLUMBUS WATER WORKS    Docketed Total:    **$45.37**<br>PO BOX 1600<br>COLUMBUS, GA 319021600<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$45.37 | Case Number:    08-35653<br>Modified Total:    **$45.37**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$45.37 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1869<br>Date Filed:    12/22/2008<br>Docketed Total:    $8,468.75<br>Filing Creditor Name and Address:<br>COMPETITIVE MEDIA<br>REPORTING<br>100 PARK AVE 4TH FL<br>NEW YORK, NY 10017 | Claim Holder Name and Address    Case Number:    08-35653<br><br>COMPETITIVE MEDIA REPORTING    Docketed Total:    **$8,468.75**<br>100 PARK AVE 4TH FL<br>NEW YORK, NY 10017<br><br><u>503(b)(9)</u>    <u>Reclamation</u>    <u>Admin</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>$8,468.75 | Case Number:    08-35653<br><br>Modified Total:    **$8,468.75**<br><br><br><u>503(b)(9)</u>    <u>Reclamation</u>    <u>Admin</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>$8,468.75 |
| Claim: 844<br>Date Filed:    12/15/2008<br>Docketed Total:    $8,468.75<br>Filing Creditor Name and Address:<br>COMPETITIVE MEDIA<br>REPORTING<br>PO BOX 7247 9301<br>PHILADELPHIA, PA 19170-9301 | Claim Holder Name and Address    Case Number:    08-35653<br><br>COMPETITIVE MEDIA REPORTING    Docketed Total:    **$8,468.75**<br>PO BOX 7247 9301<br>PHILADELPHIA, PA 19170-9301<br><br><u>503(b)(9)</u>    <u>Reclamation</u>    <u>Admin</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>$8,468.75 | Case Number:    08-35653<br><br>Modified Total:    **$8,468.75**<br><br><br><u>503(b)(9)</u>    <u>Reclamation</u>    <u>Admin</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>$8,468.75 |
| Claim: 1176<br>Date Filed:    12/10/2008<br>Docketed Total:    $2,000.00<br>Filing Creditor Name and Address:<br>COMPETITRACK INC<br>PO BOX 826209<br>PHILADELPHIA, PA 19182-6209 | Claim Holder Name and Address    Case Number:    08-35653<br><br>COMPETITRACK INC    Docketed Total:    **$2,000.00**<br>PO BOX 826209<br>PHILADELPHIA, PA 19182-6209<br><br><u>503(b)(9)</u>    <u>Reclamation</u>    <u>Admin</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>$2,000.00 | Case Number:    08-35653<br><br>Modified Total:    **$2,000.00**<br><br><br><u>503(b)(9)</u>    <u>Reclamation</u>    <u>Admin</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>$2,000.00 |
| Claim: 948<br>Date Filed:    12/19/2008<br>Docketed Total:    $3,173.58<br>Filing Creditor Name and Address:<br>CONCORD MONITOR<br>PO BOX 1177<br>CONCORD, NH 033021177 | Claim Holder Name and Address    Case Number:    08-35653<br><br>CONCORD MONITOR    Docketed Total:    **$3,173.58**<br>PO BOX 1177<br>CONCORD, NH 033021177<br><br><u>503(b)(9)</u>    <u>Reclamation</u>    <u>Admin</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>$3,173.58 | Case Number:    08-35653<br><br>Modified Total:    **$3,173.58**<br><br><br><u>503(b)(9)</u>    <u>Reclamation</u>    <u>Admin</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>$3,173.58 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1241<br>Date Filed:    12/18/2008<br>Docketed Total:    $1,267.32<br>Filing Creditor Name and Address:<br>CONCORD, CITY OF<br>41 GREEN ST CITY HALL<br>ACCOUNTS PAYABLE<br>COLLECTIONS<br>CONCORD, NH 03301 | Claim Holder Name and Address    Case Number:    08-35653<br>CONCORD, CITY OF    Docketed Total:    $1,267.32<br>41 GREEN ST CITY HALL<br>ACCOUNTS PAYABLE COLLECTIONS<br>CONCORD, NH 03301<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,267.32 | Case Number:    08-35653<br>Modified Total:    $1,267.32<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,267.32 |
| Claim: 1061<br>Date Filed:    12/15/2008<br>Docketed Total:    $11,359.13<br>Filing Creditor Name and Address:<br>CONNEXUS ENERGY<br>PO BOX 1808<br>MINNEAPOLIS, MN 55480 | Claim Holder Name and Address    Case Number:    08-35653<br>CONNEXUS ENERGY    Docketed Total:    $11,359.13<br>PO BOX 1808<br>MINNEAPOLIS, MN 55480<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$11,359.13 | Case Number:    08-35653<br>Modified Total:    $11,359.13<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$11,359.13 |
| Claim: 967<br>Date Filed:    12/19/2008<br>Docketed Total:    $3,000.00<br>Filing Creditor Name and Address:<br>CONSTRUCT INC<br>1195A ROCHESTER RD<br>TROY, MI 48083 | Claim Holder Name and Address    Case Number:    08-35657<br>CONSTRUCT INC    Docketed Total:    $3,000.00<br>1195A ROCHESTER RD<br>TROY, MI 48083<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$3,000.00 | Case Number:    08-35657<br>Modified Total:    $3,000.00<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$3,000.00 |
| Claim: 870<br>Date Filed:    12/02/2008<br>Docketed Total:    $20,065.06<br>Filing Creditor Name and Address:<br>CONTRA COSTA TIMES INC<br>PO BOX 8217<br>LOS ANGELES, CA 90084-8217 | Claim Holder Name and Address    Case Number:    08-35653<br>CONTRA COSTA TIMES INC    Docketed Total:    $20,065.06<br>PO BOX 8217<br>LOS ANGELES, CA 90084-8217<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$20,065.06 | Case Number:    08-35653<br>Modified Total:    $20,065.06<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$20,065.06 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 868<br>Date Filed: 12/08/2008<br>Docketed Total: $9,626.63<br>Filing Creditor Name and Address:<br>CROMER EQUIPMENT CO<br>PO BOX 14338<br>OAKLAND, CA 94614-2388 | Claim Holder Name and Address<br><br>CROMER EQUIPMENT CO<br>PO BOX 14338<br>OAKLAND, CA 94614-2388<br><br>Case Number: 08-35653<br>Docketed Total: $9,626.63<br><br>503(b)(9) / Reclamation / Admin / Secured / Priority / Unsecured<br>$9,626.63 — — — — — | Case Number: 08-35653<br>Modified Total: $9,626.63<br><br>503(b)(9) / Reclamation / Admin / Secured / Priority / Unsecured<br>— — — — — $9,626.63 |
| Claim: 496<br>Date Filed: 12/01/2008<br>Docketed Total: $2,004.72<br>Filing Creditor Name and Address:<br>DAILY JOURNAL<br>PO BOX 909<br>TUPELO, MS 38802 | Claim Holder Name and Address<br><br>DAILY JOURNAL<br>PO BOX 909<br>TUPELO, MS 38802<br><br>Case Number: 08-35653<br>Docketed Total: $2,004.72<br><br>503(b)(9) / Reclamation / Admin / Secured / Priority / Unsecured<br>$2,004.72 — — — — — | Case Number: 08-35653<br>Modified Total: $2,004.72<br><br>503(b)(9) / Reclamation / Admin / Secured / Priority / Unsecured<br>— — — — — $2,004.72 |
| Claim: 679<br>Date Filed: 12/09/2008<br>Docketed Total: $135,552.43<br>Filing Creditor Name and Address:<br>DAILY NEWS<br>PO BOX 6151<br>COVINA, CA 91722 | Claim Holder Name and Address<br><br>DAILY NEWS<br>PO BOX 6151<br>COVINA, CA 91722<br><br>Case Number: 08-35654<br>Docketed Total: $135,552.43<br><br>503(b)(9) / Reclamation / Admin / Secured / Priority / Unsecured<br>$135,552.43 — — — — — | Case Number: 08-35654<br>Modified Total: $135,552.43<br><br>503(b)(9) / Reclamation / Admin / Secured / Priority / Unsecured<br>— — — — — $135,552.43 |
| Claim: 685<br>Date Filed: 12/09/2008<br>Docketed Total: $7,670.72<br>Filing Creditor Name and Address:<br>DAILY NEWS RECORD<br>PO BOX 193<br>HARRISONBURG, VA 22801 | Claim Holder Name and Address<br><br>DAILY NEWS RECORD<br>PO BOX 193<br>HARRISONBURG, VA 22801<br><br>Case Number: 08-35653<br>Docketed Total: $7,670.72<br><br>503(b)(9) / Reclamation / Admin / Secured / Priority / Unsecured<br>$7,670.72 — — — — — | Case Number: 08-35653<br>Modified Total: $7,670.72<br><br>503(b)(9) / Reclamation / Admin / Secured / Priority / Unsecured<br>— — — — — $7,670.72 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 684**
Date Filed:    12/09/2008
Docketed Total:    $260.40
Filing Creditor Name and Address:
DAILY NEXUS
PO BOX 13402 UCEN
SANTA BARBARA, CA 93107

Claim Holder Name and Address — Case Number: 08-35653
DAILY NEXUS
PO BOX 13402 UCEN
SANTA BARBARA, CA 93107
Docketed Total: **$260.40**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $260.40 | | | | | |

Case Number: 08-35653
Modified Total: **$260.40**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $260.40 |

---

**Claim: 1355**
Date Filed:    12/19/2008
Docketed Total:    $7,170.61
Filing Creditor Name and Address:
DAILY PRESS
13891 PARK AVE PO BOX 1389
VICTORVILLE, CA 923931389

Claim Holder Name and Address — Case Number: 08-35653
DAILY PRESS
13891 PARK AVE PO BOX 1389
VICTORVILLE, CA 923931389
Docketed Total: **$7,170.61**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $7,170.61 | | | | | |

Case Number: 08-35653
Modified Total: **$7,170.61**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $7,170.61 |

---

**Claim: 1187**
Date Filed:    12/15/2008
Docketed Total:    $16,323.45
Filing Creditor Name and Address:
DAILY PROGRESS, THE
PO BOX 25819
RICHMOND, VA 23260-5819

Claim Holder Name and Address — Case Number: 08-35653
DAILY PROGRESS, THE
PO BOX 25819
RICHMOND, VA 23260-5819
Docketed Total: **$16,323.45**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $16,323.45 | | | | | |

Case Number: 08-35653
Modified Total: **$16,323.45**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $16,323.45 |

---

**Claim: 799**
Date Filed:    12/11/2008
Docketed Total:    $2,441.22
Filing Creditor Name and Address:
DAILY REPUBLIC, THE
PO BOX 47
FAIRFIELD, CA 94533

Claim Holder Name and Address — Case Number: 08-35653
DAILY REPUBLIC, THE
PO BOX 47
FAIRFIELD, CA 94533
Docketed Total: **$2,441.22**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,441.22 | | | | | |

Case Number: 08-35653
Modified Total: **$2,441.22**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,441.22 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 858<br>Date Filed: 12/08/2008<br>Docketed Total: $11,803.88<br>Filing Creditor Name and Address:<br>DAKOTA ELECTRIC ASSOCIATION<br>4300 220TH STREET WEST<br>FARMINGTON, MN 55024 | Claim Holder Name and Address<br><br>DAKOTA ELECTRIC ASSOCIATION<br>4300 220TH STREET WEST<br>FARMINGTON, MN 55024 | Case Number: 08-35653<br><br>Docketed Total: $11,803.88 | | | | | Case Number: 08-35653<br><br>Modified Total: $11,803.88 | | | | | |
| | 503(b)(9)<br>$11,803.88 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$11,803.88 |
| Claim: 413<br>Date Filed: 12/01/2008<br>Docketed Total: $11,803.88<br>Filing Creditor Name and Address:<br>DAKOTA ELECTRIC ASSOCIATION<br>P O BOX 64427<br>ST PAUL, MN 55164-0427 | Claim Holder Name and Address<br><br>DAKOTA ELECTRIC ASSOCIATION<br>P O BOX 64427<br>ST PAUL, MN 55164-0427 | Case Number: 08-35653<br><br>Docketed Total: $11,803.88 | | | | | Case Number: 08-35653<br><br>Modified Total: $11,803.88 | | | | | |
| | 503(b)(9)<br>$11,803.88 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$11,803.88 |
| Claim: 396<br>Date Filed: 12/02/2008<br>Docketed Total: $4,600.00<br>Filing Creditor Name and Address:<br>DATABASE GROUP, THE<br>625 SECOND ST STE 107<br>PETALUMA, CA 94952 | Claim Holder Name and Address<br><br>DATABASE GROUP, THE<br>625 SECOND ST STE 107<br>PETALUMA, CA 94952 | Case Number: 08-35653<br><br>Docketed Total: $4,600.00 | | | | | Case Number: 08-35653<br><br>Modified Total: $4,600.00 | | | | | |
| | 503(b)(9)<br>$4,600.00 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$4,600.00 |
| Claim: 1377<br>Date Filed: 12/17/2008<br>Docketed Total: $16,479.70<br>Filing Creditor Name and Address:<br>DAYTON DAILY NEWS<br>PO BOX 2805<br>DAYTON, OH 45401 | Claim Holder Name and Address<br><br>DAYTON DAILY NEWS<br>PO BOX 2805<br>DAYTON, OH 45401 | Case Number: 08-35653<br><br>Docketed Total: $16,479.70 | | | | | Case Number: 08-35653<br><br>Modified Total: $16,479.70 | | | | | |
| | 503(b)(9)<br>$16,479.70 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$16,479.70 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 923**
Date Filed: 12/19/2008
Docketed Total: $9,349.84
Filing Creditor Name and Address:
DAYTON POWER & LIGHT
PO BOX 1247
DAYTON, OH 45401-1247

Claim Holder Name and Address
DAYTON POWER & LIGHT
PO BOX 1247
DAYTON, OH 45401-1247

Case Number: 08-35653
Docketed Total: **$9,349.84**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $9,349.84 | | | | | |

Case Number: 08-35653
Modified Total: **$9,349.84**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $9,349.84 |

---

**Claim: 1414**
Date Filed: 12/18/2008
Docketed Total: $4,068.12
Filing Creditor Name and Address:
DENTON PUBLISHING COMPANY
314 E HICKORY ST
PO BOX 369
DENTON, TX 76202

Claim Holder Name and Address
DENTON PUBLISHING COMPANY
314 E HICKORY ST
PO BOX 369
DENTON, TX 76202

Case Number: 08-35653
Docketed Total: **$4,068.12**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $4,068.12 | | | | | |

Case Number: 08-35653
Modified Total: **$4,068.12**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,068.12 |

---

**Claim: 791**
Date Filed: 12/11/2008
Docketed Total: $201,843.34
Filing Creditor Name and Address:
DENVER NEWSPAPER AGENCY
101 W COLFAX AVE
DENVER, CO 80202

Claim Holder Name and Address
DENVER NEWSPAPER AGENCY
101 W COLFAX AVE
DENVER, CO 80202

Case Number: 08-35653
Docketed Total: **$201,843.34**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $201,843.34 | | | | | |

Case Number: 08-35653
Modified Total: **$201,843.34**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $201,843.34 |

---

**Claim: 1197**
Date Filed: 12/16/2008
Docketed Total: $9,030.02
Filing Creditor Name and Address:
DOTHAN UTILITIES
P O BOX 6728
DOTHAN, AL 36302-6728

Claim Holder Name and Address
DOTHAN UTILITIES
P O BOX 6728
DOTHAN, AL 36302-6728

Case Number: 08-35653
Docketed Total: **$9,030.02**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $9,030.02 | | | | | |

Case Number: 08-35653
Modified Total: **$9,030.02**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $9,030.02 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 665<br>Date Filed: 12/08/2008<br>Docketed Total: $1,402.35<br>Filing Creditor Name and Address:<br>DUBMAX<br>5933 BELAIR RD<br>BALTIMORE, MD 21206 | Claim Holder Name and Address<br>DUBMAX<br>5933 BELAIR RD<br>BALTIMORE, MD 21206<br><br>Case Number: 08-35653<br>Docketed Total: $1,402.35<br><br>503(b)(9) $1,402.35 \| Reclamation \| Admin \| Secured \| Priority \| Unsecured | Case Number: 08-35653<br>Modified Total: $1,402.35<br><br>503(b)(9) \| Reclamation \| Admin \| Secured \| Priority \| Unsecured $1,402.35 |
| Claim: 596<br>Date Filed: 12/04/2008<br>Docketed Total: $5,877.84<br>Filing Creditor Name and Address:<br>EL MENSAJERO NEWSPAPERS LLC<br>333 VALENCIA ST STE 410<br>SAN FRANCISCO, CA 94103 | Claim Holder Name and Address<br>EL MENSAJERO NEWSPAPERS LLC<br>333 VALENCIA ST STE 410<br>SAN FRANCISCO, CA 94103<br><br>Case Number: 08-35653<br>Docketed Total: $5,877.84<br><br>503(b)(9) $5,877.84 \| Reclamation \| Admin \| Secured \| Priority \| Unsecured | Case Number: 08-35653<br>Modified Total: $5,877.84<br><br>503(b)(9) \| Reclamation \| Admin \| Secured \| Priority \| Unsecured $5,877.84 |
| Claim: 592<br>Date Filed: 12/04/2008<br>Docketed Total: $205.54<br>Filing Creditor Name and Address:<br>ELECTRIC CITY UTILITIES/CITY OF ANDERSON<br>601 SOUTH MAIN ST<br>ANDERSON, SC 29624 | Claim Holder Name and Address<br>ELECTRIC CITY UTILITIES/CITY OF ANDERSON<br>601 SOUTH MAIN ST<br>ANDERSON, SC 29624<br><br>Case Number: 08-35653<br>Docketed Total: $205.54<br><br>503(b)(9) $205.54 \| Reclamation \| Admin \| Secured \| Priority \| Unsecured | Case Number: 08-35653<br>Modified Total: $205.54<br><br>503(b)(9) \| Reclamation \| Admin \| Secured \| Priority \| Unsecured $205.54 |
| Claim: 656<br>Date Filed: 12/08/2008<br>Docketed Total: $500.00<br>Filing Creditor Name and Address:<br>ELITE 1 ELECTRIC INC<br>11324 JOHNSTOWN RD<br>NEW ALBANY, OH 43054 | Claim Holder Name and Address<br>ELITE 1 ELECTRIC INC<br>11324 JOHNSTOWN RD<br>NEW ALBANY, OH 43054<br><br>Case Number: 08-35653<br>Docketed Total: $500.00<br><br>503(b)(9) $500.00 \| Reclamation \| Admin \| Secured \| Priority \| Unsecured | Case Number: 08-35653<br>Modified Total: $500.00<br><br>503(b)(9) \| Reclamation \| Admin \| Secured \| Priority \| Unsecured $500.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 540<br>Date Filed: 11/26/2008<br>Docketed Total: $1,950.00<br>Filing Creditor Name and Address:<br>EMERALD LANDSCAPE<br>2265 RESEARCH DR<br>LIVERMORE, CA 94550 | Claim Holder Name and Address<br><br>EMERALD LANDSCAPE<br>2265 RESEARCH DR<br>LIVERMORE, CA 94550 | Case Number: 08-35653<br>Docketed Total: $1,950.00 | | Case Number: 08-35653<br>Modified Total: $1,950.00 |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,950.00 | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,950.00 | |
| Claim: 853<br>Date Filed: 12/08/2008<br>Docketed Total: $8,574.08<br>Filing Creditor Name and Address:<br>ENTERPRISE RECORD<br>PO BOX 9<br>CHICO, CA 95927-0009 | Claim Holder Name and Address<br><br>ENTERPRISE RECORD<br>PO BOX 9<br>CHICO, CA 95927-0009 | Case Number: 08-35653<br>Docketed Total: $8,574.08 | | Case Number: 08-35653<br>Modified Total: $8,574.08 |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$8,574.08 | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$8,574.08 | |
| Claim: 11697<br>Date Filed: 03/03/2009<br>Docketed Total: $23,541.96<br>Filing Creditor Name and Address:<br>ENTERTAINMENT<br>PUBLICATIONS LLC<br>1414 E MAPLE RD STE 500<br>TROY, MI 48083-4019 | Claim Holder Name and Address<br><br>ENTERTAINMENT PUBLICATIONS<br>LLC<br>1414 E MAPLE RD STE 500<br>TROY, MI 48083-4019 | Case Number: 08-35653<br>Docketed Total: $23,541.96 | | Case Number: 08-35653<br>Modified Total: $23,541.96 |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$23,541.96 | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$23,541.96 | |
| Claim: 1381<br>Date Filed: 12/17/2008<br>Docketed Total: $8,195.13<br>Filing Creditor Name and Address:<br>ERIE TIMES NEWS<br>205 WEST 12TH ST<br>ATTN FINANCE<br>ERIE, PA 16534001 | Claim Holder Name and Address<br><br>ERIE TIMES NEWS<br>205 WEST 12TH ST<br>ATTN FINANCE<br>ERIE, PA 16534001 | Case Number: 08-35653<br>Docketed Total: $8,195.13 | | Case Number: 08-35653<br>Modified Total: $8,195.13 |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$8,195.13 | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$8,195.13 | |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1299<br>Date Filed:    12/18/2008<br>Docketed Total:    $429,169.87<br>Filing Creditor Name and Address:<br>EURO RSCG CHICAGO<br>36 E GRAND AVE<br>CHICAGO, IL 60611 | Claim Holder Name and Address<br><br>EURO RSCG CHICAGO<br>36 E GRAND AVE<br>CHICAGO, IL 60611<br><br>Case Number:    08-35653<br>Docketed Total:    **$429,169.87**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$429,169.87 | Case Number:    08-35653<br>Modified Total:    **$429,169.87**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$429,169.87 |
| Claim: 11804<br>Date Filed:    03/20/2009<br>Docketed Total:    $41,652.18<br>Filing Creditor Name and Address:<br>EVENING POST PUBLISHING<br>COMPANY DBA THE POST AND<br>COURIER<br>WILLIAMS MULLEN<br>2 JAMES CENTER 17TH FL<br>1021 EAST CARY  ST PO BOX 1320<br>RICHMOND, VA 23218-1320 | Claim Holder Name and Address<br><br>EVENING POST PUBLISHING<br>COMPANY DBA THE POST AND<br>COURIER<br>WILLIAMS MULLEN<br>2 JAMES CENTER 17TH FL<br>1021 EAST CARY  ST PO BOX 1320<br>RICHMOND, VA 23218-1320<br><br>Case Number:    08-35653<br>Docketed Total:    **$41,652.18**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$41,652.18 | Case Number:    08-35653<br>Modified Total:    **$41,652.18**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$41,652.18 |
| Claim: 641<br>Date Filed:    12/08/2008<br>Docketed Total:    $4,653.52<br>Filing Creditor Name and Address:<br>EVENING TELEGRAM, THE<br>PO DRAWER 1080<br>ROCKY MOUNT, NC 27802 | Claim Holder Name and Address<br><br>EVENING TELEGRAM, THE<br>PO DRAWER 1080<br>ROCKY MOUNT, NC 27802<br><br>Case Number:    08-35653<br>Docketed Total:    **$4,653.52**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$4,653.52 | Case Number:    08-35653<br>Modified Total:    **$4,653.52**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$4,653.52 |
| Claim: 450<br>Date Filed:    12/01/2008<br>Docketed Total:    $2,771.18<br>Filing Creditor Name and Address:<br>EXPONENT & TELEGRAM<br>PO BOX 2000<br>CLARKSBURG, WV 26302 | Claim Holder Name and Address<br><br>EXPONENT & TELEGRAM<br>PO BOX 2000<br>CLARKSBURG, WV 26302<br><br>Case Number:    08-35653<br>Docketed Total:    **$2,771.18**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$2,771.18 | Case Number:    08-35653<br>Modified Total:    **$2,771.18**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$2,771.18 |

\*        "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 835**
Date Filed:    12/15/2008
Docketed Total:    $50,058.09
Filing Creditor Name and Address:
  EXPRESS NEWS
  801 TEXAS AVE
  HOUSTON, TX 77002

Claim Holder Name and Address    Case Number: 08-35653
EXPRESS NEWS
801 TEXAS AVE
HOUSTON, TX 77002    Docketed Total: **$50,058.09**

Case Number: 08-35653
Modified Total: **$50,058.09**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $50,058.09 | | | | | | | | | | | $50,058.09 |

**Claim: 1228**
Date Filed:    12/17/2008
Docketed Total:    $3,850.00
Filing Creditor Name and Address:
  FAUSNIGHT STRIPE AND LINE INC
  910 CHARLES ST
  LONGWOOD, FL 32750

Claim Holder Name and Address    Case Number: 08-35653
FAUSNIGHT STRIPE AND LINE INC
910 CHARLES ST
LONGWOOD, FL 32750    Docketed Total: **$3,850.00**

Case Number: 08-35653
Modified Total: **$3,850.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $3,850.00 | | | | | | | | | | | $3,850.00 |

**Claim: 381**
Date Filed:    12/01/2008
Docketed Total:    $13,794.00
Filing Creditor Name and Address:
  FAYETTEVILLE PUBLISHING CO
  PO BOX 1887
  FAYETTEVILLE, NC 28302

Claim Holder Name and Address    Case Number: 08-35653
FAYETTEVILLE PUBLISHING CO
PO BOX 1887
FAYETTEVILLE, NC 28302    Docketed Total: **$13,794.00**

Case Number: 08-35653
Modified Total: **$13,794.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $13,794.00 | | | | | | | | | | | $13,794.00 |

**Claim: 1074**
Date Filed:    12/15/2008
Docketed Total:    $23,630.52
Filing Creditor Name and Address:
  FLORIDA TIMES UNION, THE
  PO BOX 1486
  AUGUSTA, GA 30903-1486

Claim Holder Name and Address    Case Number: 08-35653
FLORIDA TIMES UNION, THE
PO BOX 1486
AUGUSTA, GA 30903-1486    Docketed Total: **$23,630.52**

Case Number: 08-35653
Modified Total: **$23,630.52**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $23,630.52 | | | | | | | | | | | $23,630.52 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| Claim: 546<br>Date Filed:    11/26/2008<br>Docketed Total:    $28,331.94<br>Filing Creditor Name and Address:<br>FLOYD & SONS INC<br>9848 DECOURSEY PIKE<br>RYLAND HEIGHTS, KY 41015 | Claim Holder Name and Address<br><br>FLOYD & SONS INC<br>9848 DECOURSEY PIKE<br>RYLAND HEIGHTS, KY 41015 | Case Number:<br><br>Docketed Total: | 08-35661<br><br>**$28,331.94** | | Case Number:<br><br>Modified Total: | 08-35661<br><br>**$28,331.94** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$28,331.94 | | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br> | | $28,331.94 |
| Claim: 859<br>Date Filed:    12/08/2008<br>Docketed Total:    $5,636.33<br>Filing Creditor Name and Address:<br>FORT COLLINS, CITY OF<br>PO BOX 580<br>FORT COLLINS, CO 80522580 | Claim Holder Name and Address<br><br>FORT COLLINS, CITY OF<br>PO BOX 580<br>FORT COLLINS, CO 80522580 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>**$5,636.33** | | Case Number:<br><br>Modified Total: | 08-35653<br><br>**$5,636.33** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$5,636.33 | | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br> | | $5,636.33 |
| Claim: 703<br>Date Filed:    12/09/2008<br>Docketed Total:    $11,681.34<br>Filing Creditor Name and Address:<br>FORT WAYNE NEWSPAPERS<br>600 W MAIN ST<br>FORT WAYNE, IN 468010100 | Claim Holder Name and Address<br><br>FORT WAYNE NEWSPAPERS<br>600 W MAIN ST<br>FORT WAYNE, IN 468010100 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>**$11,681.34** | | Case Number:<br><br>Modified Total: | 08-35653<br><br>**$11,681.34** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$11,681.34 | | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br> | | $11,681.34 |
| Claim: 1437<br>Date Filed:    12/16/2008<br>Docketed Total:    $2,480.00<br>Filing Creditor Name and Address:<br>FORTE COMMERCIAL SERVICES<br>LLC DBA LONE STAR FLOORS<br>720 AVE F STE 105<br>PLANO, TX 75074 | Claim Holder Name and Address<br><br>FORTE COMMERCIAL SERVICES LLC<br>DBA LONE STAR FLOORS<br>720 AVE F STE 105<br>PLANO, TX 75074 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>**$2,480.00** | | Case Number:<br><br>Modified Total: | 08-35653<br><br>**$2,480.00** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$2,480.00 | | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br> | | $2,480.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

## EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | | CLAIM AS MODIFIED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 991**
Date Filed:    12/16/2008
Docketed Total:    $1,871.10
Filing Creditor Name and Address:
FOSTERS DAILY DEMOCRAT
PO BOX 1109
DOVER, NH 03820

| | Claim Holder Name and Address | | Case Number: | | | 08-35653 | | | | Case Number: | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FOSTERS DAILY DEMOCRAT PO BOX 1109 DOVER, NH 03820 | | Docketed Total: | | | **$1,871.10** | | | | Modified Total: | | | **$1,871.10** |
| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| $1,871.10 | | | | | | | | | | | | $1,871.10 |

**Claim: 498**
Date Filed:    12/01/2008
Docketed Total:    $2,099.15
Filing Creditor Name and Address:
FS COMMERCIAL LANDSCAPE INC
5151 PEDLEY RD
RIVERSIDE, CA 92509

| | Claim Holder Name and Address | | Case Number: | | | 08-35654 | | | | Case Number: | | | 08-35654 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FS COMMERCIAL LANDSCAPE INC 5151 PEDLEY RD RIVERSIDE, CA 92509 | | Docketed Total: | | | **$2,099.15** | | | | Modified Total: | | | **$2,099.15** |
| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| $2,099.15 | | | | | | | | | | | | $2,099.15 |

**Claim: 1133**
Date Filed:    12/15/2008
Docketed Total:    $45,777.30
Filing Creditor Name and Address:
FUEL CREATIVE INC
15 S 23RD ST
RICHMOND, VA 23223

| | Claim Holder Name and Address | | Case Number: | | | 08-35653 | | | | Case Number: | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FUEL CREATIVE INC 15 S 23RD ST RICHMOND, VA 23223 | | Docketed Total: | | | **$45,777.30** | | | | Modified Total: | | | **$45,777.30** |
| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| $45,777.30 | | | | | | | | | | | | $45,777.30 |

**Claim: 1387**
Date Filed:    12/19/2008
Docketed Total:    $25.48
Filing Creditor Name and Address:
FULLERTON, CITY OF
303 WEST COMMONWEALTH AVENUE
FULLERTON, CA 92832-1775

| | Claim Holder Name and Address | | Case Number: | | | 08-35653 | | | | Case Number: | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FULLERTON, CITY OF 303 WEST COMMONWEALTH AVENUE FULLERTON, CA 92832-1775 | | Docketed Total: | | | **$25.48** | | | | Modified Total: | | | **$25.48** |
| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| $25.48 | | | | | | | | | | | | $25.48 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 1388**
Date Filed:   12/19/2008
Docketed Total:   $93.11
Filing Creditor Name and Address:
  FULLERTON, CITY OF
  303 WEST COMMONWEALTH
  AVENUE
  FULLERTON, CA 92832-1775

Claim Holder Name and Address   Case Number:   08-35653

FULLERTON, CITY OF
303 WEST COMMONWEALTH
AVENUE
FULLERTON, CA 92832-1775

Docketed Total:   **$93.11**

Case Number:   08-35653

Modified Total:   **$93.11**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $93.11 | | | | | | | | | | | $93.11 |

**Claim: 1332**
Date Filed:   12/19/2008
Docketed Total:   $31,084.26
Filing Creditor Name and Address:
  G & W SERVICE CO LP
  2503 CAPITOL AVE
  HOUSTON, TX 77003-3203

Claim Holder Name and Address   Case Number:   08-35653

G & W SERVICE CO LP
2503 CAPITOL AVE
HOUSTON, TX 77003-3203

Docketed Total:   **$31,084.26**

Case Number:   08-35653

Modified Total:   **$31,084.26**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $31,084.26 | | | | | | | | | | | $31,084.26 |

**Claim: 11556**
Date Filed:   02/25/2009
Docketed Total:   $15,325.38
Filing Creditor Name and Address:
  G & W SERVICE CO LP
  2503 CAPITOL AVE
  HOUSTON, TX 77003-3203

Claim Holder Name and Address   Case Number:   08-35653

G & W SERVICE CO LP
2503 CAPITOL AVE
HOUSTON, TX 77003-3203

Docketed Total:   **$15,325.38**

Case Number:   08-35653

Modified Total:   **$15,325.38**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $15,325.38 | | | | | | | | | | | $15,325.38 |

**Claim: 11769**
Date Filed:   03/05/2009
Docketed Total:   $15,325.38
Filing Creditor Name and Address:
  G & W SERVICE CO LP
  2503 CAPITOL AVE
  HOUSTON, TX 77003-3203

Claim Holder Name and Address   Case Number:   08-35653

G & W SERVICE CO LP
2503 CAPITOL AVE
HOUSTON, TX 77003-3203

Docketed Total:   **$15,325.38**

Case Number:   08-35653

Modified Total:   **$15,325.38**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $15,325.38 | | | | | | | | | | | $15,325.38 |

*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| Claim: 1089<br>Date Filed: 12/19/2008<br>Docketed Total: $33,180.62<br>Filing Creditor Name and Address:<br>GANNETT CENTRAL NEW YORK<br>NEWS<br>PO BOX 1270<br>BINGHAMTON, NY 13902-1270 | Claim Holder Name and Address<br><br>GANNETT CENTRAL NEW YORK<br>NEWS<br>PO BOX 1270<br>BINGHAMTON, NY 13902-1270 | Case Number: 08-35653<br><br>Docketed Total: **$33,180.62** | | | Case Number: 08-35653<br><br>Modified Total: **$33,180.62** | |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$33,180.62 | | | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                        $33,180.62 | | |
| Claim: 800<br>Date Filed: 12/11/2008<br>Docketed Total: $753.82<br>Filing Creditor Name and Address:<br>GAZETTE NEWSPAPERS<br>PO BOX 17306<br>BALTIMORE, MD 21297 | Claim Holder Name and Address<br><br>GAZETTE NEWSPAPERS<br>PO BOX 17306<br>BALTIMORE, MD 21297 | Case Number: 08-35653<br><br>Docketed Total: **$753.82** | | | Case Number: 08-35653<br><br>Modified Total: **$753.82** | |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$753.82 | | | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                        $753.82 | | |
| Claim: 1159<br>Date Filed: 12/08/2008<br>Docketed Total: $3,586.32<br>Filing Creditor Name and Address:<br>GAZETTE NEWSPAPERS, THE<br>PO BOX 1090<br>2345 MAXON RD EXT<br>SCHENECTADY, NY 12301-1090 | Claim Holder Name and Address<br><br>GAZETTE NEWSPAPERS, THE<br>PO BOX 1090<br>2345 MAXON RD EXT<br>SCHENECTADY, NY 12301-1090 | Case Number: 08-35653<br><br>Docketed Total: **$3,586.32** | | | Case Number: 08-35653<br><br>Modified Total: **$3,586.32** | |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$3,586.32 | | | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                        $3,586.32 | | |
| Claim: 1150<br>Date Filed: 12/08/2008<br>Docketed Total: $26,571.54<br>Filing Creditor Name and Address:<br>GAZETTE TELEGRAPH<br>LEDGER ADVERTISING BILLING<br>PO BOX 1779<br>COLORADO SPRGS, CO 80901-1779 | Claim Holder Name and Address<br><br>GAZETTE TELEGRAPH<br>LEDGER ADVERTISING BILLING<br>PO BOX 1779<br>COLORADO SPRGS, CO 80901-1779 | Case Number: 08-35653<br><br>Docketed Total: **$26,571.54** | | | Case Number: 08-35653<br><br>Modified Total: **$26,571.54** | |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$26,571.54 | | | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                        $26,571.54 | | |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 552<br>Date Filed:    11/26/2008<br>Docketed Total:    $28,021.00<br>Filing Creditor Name and Address:<br>  GORDON PAINTING CO INC<br>  13755 STOCKTON AVENUE<br>  CHINO, CA 91710 | Claim Holder Name and Address<br><br>GORDON PAINTING CO INC<br>13755 STOCKTON AVENUE<br>CHINO, CA 91710 | Case Number:    08-35653<br><br>Docketed Total:    **$28,021.00** | | Case Number:    08-35653<br><br>Modified Total:    **$28,021.00** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$28,021.00 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$28,021.00 | |
| Claim: 811<br>Date Filed:    12/11/2008<br>Docketed Total:    $24,789.93<br>Filing Creditor Name and Address:<br>  GORILLA NATION MEDIA<br>  5140 W GOLDLEAF CIRCLE<br>  SUITE 300<br>  LOS ANGELES, CA 90056 | Claim Holder Name and Address<br><br>GORILLA NATION MEDIA<br>5140 W GOLDLEAF CIRCLE<br>SUITE 300<br>LOS ANGELES, CA 90056 | Case Number:    08-35653<br><br>Docketed Total:    **$24,789.93** | | Case Number:    08-35653<br><br>Modified Total:    **$24,789.93** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$24,789.93 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$24,789.93 | |
| Claim: 590<br>Date Filed:    12/04/2008<br>Docketed Total:    $11,371.33<br>Filing Creditor Name and Address:<br>  GRAND RAPIDS PRESS<br>  155 MIGHIGAN NW<br>  C/O ROBIN MALLORY<br>  GRAND RAPIDS, MI 49503 | Claim Holder Name and Address<br><br>GRAND RAPIDS PRESS<br>155 MIGHIGAN NW<br>C/O ROBIN MALLORY<br>GRAND RAPIDS, MI 49503 | Case Number:    08-35653<br><br>Docketed Total:    **$11,371.33** | | Case Number:    08-35653<br><br>Modified Total:    **$11,371.33** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$11,371.33 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$11,371.33 | |
| Claim: 1098<br>Date Filed:    12/19/2008<br>Docketed Total:    $9,920.93<br>Filing Creditor Name and Address:<br>  GRANITE<br>  TELECOMMUNICATIONS<br>  PO BOX 1405<br>  LEWISTON, ME 04243-1405 | Claim Holder Name and Address<br><br>GRANITE TELECOMMUNICATIONS<br>PO BOX 1405<br>LEWISTON, ME 04243-1405 | Case Number:    08-35653<br><br>Docketed Total:    **$9,920.93** | | Case Number:    08-35653<br><br>Modified Total:    **$9,920.93** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$9,920.93 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$9,920.93 | |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
|---|---|---|---|---|

**Claim: 674**

Date Filed: 12/08/2008

Docketed Total: $15,509.85

Filing Creditor Name and Address:

GREATER DETROIT NEWSPAPER
SHARED SERVICES LLC ACCT
REC
1115 EAST WHITCOMB AVE
MADISON HEIGHTS, MI 48071

Claim Holder Name and Address

GREATER DETROIT NEWSPAPER
SHARED SERVICES LLC ACCT REC
1115 EAST WHITCOMB AVE
MADISON HEIGHTS, MI 48071

Case Number: 08-35653
Docketed Total: **$15,509.85**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $15,509.85 | | | | | |

Case Number: 08-35653
Modified Total: **$15,509.85**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $15,509.85 |

---

**Claim: 820**

Date Filed: 12/12/2008

Docketed Total: $7,196.48

Filing Creditor Name and Address:

GREEN MOUNTAIN POWER GMP
P O BOX 1915
BRATTLEBORO, VT 05302-1915

Claim Holder Name and Address

GREEN MOUNTAIN POWER GMP
P O BOX 1915
BRATTLEBORO, VT 05302-1915

Case Number: 08-35653
Docketed Total: **$7,196.48**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $7,196.48 | | | | | |

Case Number: 08-35653
Modified Total: **$7,196.48**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $7,196.48 |

---

**Claim: 1214**

Date Filed: 12/17/2008

Docketed Total: $167.29

Filing Creditor Name and Address:

GREENE COUNTY SANAITARY
DEPT
667 DAYTON XENIA RD
XENIA, OH 45385-2665

Claim Holder Name and Address

GREENE COUNTY SANAITARY DEPT
667 DAYTON XENIA RD
XENIA, OH 45385-2665

Case Number: 08-35653
Docketed Total: **$167.29**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $167.29 | | | | | |

Case Number: 08-35653
Modified Total: **$167.29**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $167.29 |

---

**Claim: 1410**

Date Filed: 12/17/2008

Docketed Total: $243.70

Filing Creditor Name and Address:

GREENWICH, TOWNSHIP OF
321 GREENWICH ST
STEWARTSVILLE, NJ 08886

Claim Holder Name and Address

GREENWICH, TOWNSHIP OF
321 GREENWICH ST
STEWARTSVILLE, NJ 08886

Case Number: 08-35653
Docketed Total: **$243.70**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $243.70 | | | | | |

Case Number: 08-35653
Modified Total: **$243.70**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $243.70 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

## EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

| CLAIM TO BE MODIFIED | Claim Holder Name and Address | Case Number / Docketed Total | Claim Holder Name and Address | Case Number / Modified Total |
|---|---|---|---|---|
| Claim: 445<br>Date Filed: 12/01/2008<br>Docketed Total: $6,125.31<br>Filing Creditor Name and Address:<br>HARRISONBURG ELECTRIC COMMISSI<br>89 W BRUCE STREET<br>HARRISONBURG, VA 22801 | Claim Holder Name and Address<br><br>HARRISONBURG ELECTRIC COMMISSI<br>89 W BRUCE STREET<br>HARRISONBURG, VA 22801 | Case Number: 08-35653<br>Docketed Total: **$6,125.31** | | Case Number: 08-35653<br>Modified Total: **$6,125.31** |
| | _503(b)(9)_ _Reclamation_ _Admin_ _Secured_ _Priority_ _Unsecured_<br>$6,125.31 | | _503(b)(9)_ _Reclamation_ _Admin_ _Secured_ _Priority_ _Unsecured_<br>$6,125.31 | |
| Claim: 475<br>Date Filed: 12/03/2008<br>Docketed Total: $30,842.16<br>Filing Creditor Name and Address:<br>HARTFORD COURANT, THE<br>285 BROAD ST DEPT 80320<br>HARTFORD, CT 06115 | Claim Holder Name and Address<br><br>HARTFORD COURANT, THE<br>285 BROAD ST DEPT 80320<br>HARTFORD, CT 06115 | Case Number: 08-35653<br>Docketed Total: **$30,842.16** | | Case Number: 08-35653<br>Modified Total: **$30,842.16** |
| | _503(b)(9)_ _Reclamation_ _Admin_ _Secured_ _Priority_ _Unsecured_<br>$30,842.16 | | _503(b)(9)_ _Reclamation_ _Admin_ _Secured_ _Priority_ _Unsecured_<br>$30,842.16 | |
| Claim: 810<br>Date Filed: 12/11/2008<br>Docketed Total: $4,000.00<br>Filing Creditor Name and Address:<br>HD SPORTS GUIDE COM<br>612 MEADOWRIDGE RD<br>BALTIMORE, MD 21204 | Claim Holder Name and Address<br><br>HD SPORTS GUIDE COM<br>612 MEADOWRIDGE RD<br>BALTIMORE, MD 21204 | Case Number: 08-35653<br>Docketed Total: **$4,000.00** | | Case Number: 08-35653<br>Modified Total: **$4,000.00** |
| | _503(b)(9)_ _Reclamation_ _Admin_ _Secured_ _Priority_ _Unsecured_<br>$4,000.00 | | _503(b)(9)_ _Reclamation_ _Admin_ _Secured_ _Priority_ _Unsecured_<br>$4,000.00 | |
| Claim: 1271<br>Date Filed: 12/18/2008<br>Docketed Total: $385.74<br>Filing Creditor Name and Address:<br>HELIX WATER DISTRICT<br>7811 UNIVERSITY AVENUE<br>LA MESA, CA 91941-4927 | Claim Holder Name and Address<br><br>HELIX WATER DISTRICT<br>7811 UNIVERSITY AVENUE<br>LA MESA, CA 91941-4927 | Case Number: 08-35653<br>Docketed Total: **$385.74** | | Case Number: 08-35653<br>Modified Total: **$385.74** |
| | _503(b)(9)_ _Reclamation_ _Admin_ _Secured_ _Priority_ _Unsecured_<br>$385.74 | | _503(b)(9)_ _Reclamation_ _Admin_ _Secured_ _Priority_ _Unsecured_<br>$385.74 | |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 605<br>Date Filed:  12/04/2008<br>Docketed Total:    $7,573.88<br>Filing Creditor Name and Address:<br>HERALD DISPATCH<br>PO BOX 2017<br>HUNTINGTON, WV 25720 | Claim Holder Name and Address     Case Number:         08-35653<br><br>HERALD DISPATCH          Docketed Total:        **$7,573.88**<br>PO BOX 2017<br>HUNTINGTON, WV 25720<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$7,573.88                                                         $7,573.88 | Case Number:         08-35653<br><br>Modified Total:        **$7,573.88**<br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                  $7,573.88 |
| Claim: 717<br>Date Filed:  12/01/2008<br>Docketed Total:    $9,909.74<br>Filing Creditor Name and Address:<br>HERALD MAIL CO<br>100 SUMMIT AVE<br>HAGERSTOWN, MD 21740 | Claim Holder Name and Address     Case Number:         08-35653<br><br>HERALD MAIL CO          Docketed Total:        **$9,909.74**<br>100 SUMMIT AVE<br>HAGERSTOWN, MD 21740<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$9,909.74                                                         $9,909.74 | Case Number:         08-35653<br><br>Modified Total:        **$9,909.74**<br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                  $9,909.74 |
| Claim: 469<br>Date Filed:  12/01/2008<br>Docketed Total:    $5,954.86<br>Filing Creditor Name and Address:<br>HERALD, THE<br>PO BOX 930<br>EVERETT, WA 98206-0930 | Claim Holder Name and Address     Case Number:         08-35654<br><br>HERALD, THE          Docketed Total:        **$5,954.86**<br>PO BOX 930<br>EVERETT, WA 98206-0930<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$5,954.86                                                         $5,954.86 | Case Number:         08-35654<br><br>Modified Total:        **$5,954.86**<br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                  $5,954.86 |
| Claim: 659<br>Date Filed:  12/08/2008<br>Docketed Total:    $189.31<br>Filing Creditor Name and Address:<br>HICKORY, CITY OF<br>76 NORTH CENTER ST NE<br>HICKORY, NC 28601 | Claim Holder Name and Address     Case Number:         08-35653<br><br>HICKORY, CITY OF          Docketed Total:        **$189.31**<br>76 NORTH CENTER ST NE<br>HICKORY, NC 28601<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$189.31                                                         $189.31 | Case Number:         08-35653<br><br>Modified Total:        **$189.31**<br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                  $189.31 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 616<br>Date Filed:    12/08/2008<br>Docketed Total:    $20,827.70<br>Filing Creditor Name and Address:<br>  HUNTSVILLE TIMES, THE<br>  PO BOX 7069 W S<br>  HUNTSVILLE, AL 35807 | Claim Holder Name and Address<br><br>HUNTSVILLE TIMES, THE<br>PO BOX 7069 W S<br>HUNTSVILLE, AL 35807 | | Case Number:<br><br>Docketed Total: | | 08-35653<br><br>**$20,827.70** | | | Case Number:<br><br>Modified Total: | | | 08-35653<br><br>**$20,827.70** | |
| | 503(b)(9)<br>$20,827.70 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$20,827.70 |
| Claim: 653<br>Date Filed:    12/08/2008<br>Docketed Total:    $22,407.96<br>Filing Creditor Name and Address:<br>  IDAHO STATESMAN, THE<br>  PO BOX 40<br>  BOISE, ID 83707 | Claim Holder Name and Address<br><br>IDAHO STATESMAN, THE<br>PO BOX 40<br>BOISE, ID 83707 | | Case Number:<br><br>Docketed Total: | | 08-35653<br><br>**$22,407.96** | | | Case Number:<br><br>Modified Total: | | | 08-35653<br><br>**$22,407.96** | |
| | 503(b)(9)<br>$22,407.96 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$22,407.96 |
| Claim: 167<br>Date Filed:    12/01/2008<br>Docketed Total:    $15,861.41<br>Filing Creditor Name and Address:<br>  ILLUMINATING CO, THE<br>  6896 MILLER RD<br>  BRECKSVILLE, OH 44141 | Claim Holder Name and Address<br><br>ILLUMINATING CO, THE<br>6896 MILLER RD<br>BRECKSVILLE, OH 44141 | | Case Number:<br><br>Docketed Total: | | 08-35653<br><br>**$15,861.41** | | | Case Number:<br><br>Modified Total: | | | 08-35653<br><br>**$15,861.41** | |
| | 503(b)(9)<br>$15,861.41 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$15,861.41 |
| Claim: 422<br>Date Filed:    12/01/2008<br>Docketed Total:    $300,827.71<br>Filing Creditor Name and Address:<br>  IMPACT INSTALLATIONS INC<br>  10091 STREETER RD<br>  STE 2<br>  AUBURN, CA 95602 | Claim Holder Name and Address<br><br>IMPACT INSTALLATIONS INC<br>10091 STREETER RD<br>STE 2<br>AUBURN, CA 95602 | | Case Number:<br><br>Docketed Total: | | 08-35653<br><br>**$300,827.71** | | | Case Number:<br><br>Modified Total: | | | 08-35653<br><br>**$300,827.71** | |
| | 503(b)(9)<br>$300,827.71 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$300,827.71 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 860<br>Date Filed: 12/08/2008<br>Docketed Total: $61,457.02<br>Filing Creditor Name and Address:<br>IMPRESSIONS MARKETING GROUP<br>7951 ANGLETON CT<br>LORTON, VA 22079 | Claim Holder Name and Address    Case Number: 08-35653<br>RIVERSIDE CLAIMS LLC AS    Docketed Total: $61,457.02<br>ASSIGNEE FOR IMPRESSIONS<br>MARKETING GROUP<br>PO BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10024<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$61,457.02 | Case Number: 08-35653<br>Modified Total: $61,457.02<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$61,457.02 |
| Claim: 179<br>Date Filed: 12/01/2008<br>Docketed Total: $2,047.72<br>Filing Creditor Name and Address:<br>INDURON PROTECTIVE COATINGS<br>PO BOX 2371<br>BIRMINGHAM, AL 35201-2371 | Claim Holder Name and Address    Case Number: 08-35653<br>INDURON PROTECTIVE COATINGS    Docketed Total: $2,047.72<br>PO BOX 2371<br>BIRMINGHAM, AL 35201-2371<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$2,047.72 | Case Number: 08-35653<br>Modified Total: $2,047.72<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$2,047.72 |
| Claim: 1390<br>Date Filed: 12/19/2008<br>Docketed Total: $4,487.43<br>Filing Creditor Name and Address:<br>JAMES RIVER GROUNDS MGMT INC<br>11008 WASHINGTON HWY<br>GLEN ALLEN, VA 23059 | Claim Holder Name and Address    Case Number: 08-35653<br>JAMES RIVER GROUNDS MGMT INC    Docketed Total: $4,487.43<br>11008 WASHINGTON HWY<br>GLEN ALLEN, VA 23059<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$4,487.43 | Case Number: 08-35653<br>Modified Total: $4,487.43<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$4,487.43 |
| Claim: 1383<br>Date Filed: 12/17/2008<br>Docketed Total: $1,119.48<br>Filing Creditor Name and Address:<br>JAMES RIVER IRRIGATION INC<br>2501 GRENOBLE RD<br>RICHMOND, VA 23294 | Claim Holder Name and Address    Case Number: 08-35653<br>JAMES RIVER IRRIGATION INC    Docketed Total: $1,119.48<br>2501 GRENOBLE RD<br>RICHMOND, VA 23294<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,119.48 | Case Number: 08-35653<br>Modified Total: $1,119.48<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,119.48 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 882<br>Date Filed: 12/10/2008<br>Docketed Total: $1,200.00<br>Filing Creditor Name and Address:<br>JANIS, ROSE ANN<br>5005 AMBERWOOD DR<br>GLEN ALLEN, VA 23059 | Claim Holder Name and Address   Case Number: 08-35653<br>JANIS, ROSE ANN   Docketed Total: $1,200.00<br>5005 AMBERWOOD DR<br>GLEN ALLEN, VA 23059<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$1,200.00 | Case Number: 08-35653<br>Modified Total: $1,200.00<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$1,200.00 |
| Claim: 1034<br>Date Filed: 12/19/2008<br>Docketed Total: $2,489.14<br>Filing Creditor Name and Address:<br>JOHNSON CITY PRESS<br>PO BOX 1717<br>JOHNSON CITY, TN 37605 | Claim Holder Name and Address   Case Number: 08-35653<br>JOHNSON CITY PRESS   Docketed Total: $2,489.14<br>PO BOX 1717<br>JOHNSON CITY, TN 37605<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$2,489.14 | Case Number: 08-35653<br>Modified Total: $2,489.14<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$2,489.14 |
| Claim: 1406<br>Date Filed: 12/18/2008<br>Docketed Total: $4,121.28<br>Filing Creditor Name and Address:<br>JONESBORO SUN, THE<br>PO BOX 1249<br>JONESBORO, AR 72403 | Claim Holder Name and Address   Case Number: 08-35653<br>JONESBORO SUN, THE   Docketed Total: $4,121.28<br>PO BOX 1249<br>JONESBORO, AR 72403<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$4,121.28 | Case Number: 08-35653<br>Modified Total: $4,121.28<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$4,121.28 |
| Claim: 471<br>Date Filed: 12/01/2008<br>Docketed Total: $6,249.52<br>Filing Creditor Name and Address:<br>JOURNAL & COURIER<br>217 N 6TH ST<br>LAFAYETTE, IN 47901-1448 | Claim Holder Name and Address   Case Number: 08-35653<br>JOURNAL & COURIER   Docketed Total: $6,249.52<br>217 N 6TH ST<br>LAFAYETTE, IN 47901-1448<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$6,249.52 | Case Number: 08-35653<br>Modified Total: $6,249.52<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$6,249.52 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1378<br>Date Filed:    12/17/2008<br>Docketed Total:    $3,335.12<br>Filing Creditor Name and Address:<br>JOURNAL NEWS<br>PO BOX 298<br>HAMILTON, OH 45012 | Claim Holder Name and Address            Case Number:            08-35653<br><br>JOURNAL NEWS            Docketed Total:            **$3,335.12**<br>PO BOX 298<br>HAMILTON, OH 45012<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$3,335.12 | Case Number:            08-35653<br><br>Modified Total:            **$3,335.12**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$3,335.12 |
| Claim: 583<br>Date Filed:    12/04/2008<br>Docketed Total:    $5,185.21<br>Filing Creditor Name and Address:<br>JOURNAL PUBLISHING CO INC,<br>THE<br>207 W KING ST<br>MARTINSBURG, WV 25401 | Claim Holder Name and Address            Case Number:            08-35653<br><br>JOURNAL PUBLISHING CO INC, THE            Docketed Total:            **$5,185.21**<br>207 W KING ST<br>MARTINSBURG, WV 25401<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$5,185.21 | Case Number:            08-35653<br><br>Modified Total:            **$5,185.21**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$5,185.21 |
| Claim: 626<br>Date Filed:    12/08/2008<br>Docketed Total:    $500.00<br>Filing Creditor Name and Address:<br>JR HEINEMAN & SONS INC<br>3562 RIDGECREST DR<br>MIDLAND, MI 48642 | Claim Holder Name and Address            Case Number:            08-35653<br><br>JR HEINEMAN & SONS INC            Docketed Total:            **$500.00**<br>3562 RIDGECREST DR<br>MIDLAND, MI 48642<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$500.00 | Case Number:            08-35653<br><br>Modified Total:            **$500.00**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$500.00 |
| Claim: 585<br>Date Filed:    12/04/2008<br>Docketed Total:    $50,065.00<br>Filing Creditor Name and Address:<br>KCAL TV<br>PO BOX 100951<br>PASADENA, CA 91189-0951 | Claim Holder Name and Address            Case Number:            08-35653<br><br>KCAL TV            Docketed Total:            **$50,065.00**<br>PO BOX 100951<br>PASADENA, CA 91189-0951<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$50,065.00 | Case Number:            08-35653<br><br>Modified Total:            **$50,065.00**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$50,065.00 |

\*        "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11699<br>Date Filed:   03/13/2009<br>Docketed Total:    $37,200.25<br>Filing Creditor Name and Address:<br>  KCPQ TV<br>  1813 WESTLAKE AVE N<br>  SEATTLE, WA 98109 | Claim Holder Name and Address          Case Number:              08-35653<br><br>KCPQ TV                                 Docketed Total:           **$37,200.25**<br>1813 WESTLAKE AVE N<br>SEATTLE, WA 98109<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$37,200.25 | Case Number:              08-35653<br><br>Modified Total:           **$37,200.25**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$37,200.25 |
| Claim: 1002<br>Date Filed:   12/16/2008<br>Docketed Total:    $9,902.50<br>Filing Creditor Name and Address:<br>  KCPQ TV<br>  FILE 30697<br>  PO BOX 60000<br>  SAN FRANCISCO, CA 94160 | Claim Holder Name and Address          Case Number:              08-35653<br><br>KCPQ TV                                 Docketed Total:           **$9,902.50**<br>FILE 30697<br>PO BOX 60000<br>SAN FRANCISCO, CA 94160<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$9,902.50 | Case Number:              08-35653<br><br>Modified Total:           **$9,902.50**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$9,902.50 |
| Claim: 1048<br>Date Filed:   12/12/2008<br>Docketed Total:    $29,826.50<br>Filing Creditor Name and Address:<br>  KDAF CW33<br>  8001 JOHN CARPENTER FWY<br>  DALLAS, TX 75247 | Claim Holder Name and Address          Case Number:              08-35653<br><br>KDAF CW33                               Docketed Total:           **$29,826.50**<br>8001 JOHN CARPENTER FWY<br>DALLAS, TX 75247<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$29,826.50 | Case Number:              08-35653<br><br>Modified Total:           **$29,826.50**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$29,826.50 |
| Claim: 495<br>Date Filed:   12/01/2008<br>Docketed Total:    $1,079.82<br>Filing Creditor Name and Address:<br>  KEENE SENTINEL, THE<br>  PO BOX 546<br>  KEENE, NH 03431-0546 | Claim Holder Name and Address          Case Number:              08-35653<br><br>KEENE SENTINEL, THE                     Docketed Total:           **$1,079.82**<br>PO BOX 546<br>KEENE, NH 03431-0546<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,079.82 | Case Number:              08-35653<br><br>Modified Total:           **$1,079.82**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,079.82 |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 1219<br>Date Filed: 12/18/2008<br>Docketed Total: $13,387.50<br>Filing Creditor Name and Address:<br>KFMB TV<br>PO BOX 85888<br>SAN DIEGO, CA 921865888 | Claim Holder Name and Address<br><br>KFMB TV<br>PO BOX 85888<br>SAN DIEGO, CA 921865888 | Case Number: 08-35653<br><br>Docketed Total: **$13,387.50** | | Case Number: 08-35653<br><br>Modified Total: **$13,387.50** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$13,387.50 | | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$13,387.50 |
| Claim: 962<br>Date Filed: 12/19/2008<br>Docketed Total: $5,975.50<br>Filing Creditor Name and Address:<br>KICU TV<br>2102 COMMERCE DRIVE<br>SAN JOSE, CA 951311804 | Claim Holder Name and Address<br><br>KICU TV<br>2102 COMMERCE DRIVE<br>SAN JOSE, CA 951311804 | Case Number: 08-35653<br><br>Docketed Total: **$5,975.50** | | Case Number: 08-35653<br><br>Modified Total: **$5,975.50** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$5,975.50 | | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$5,975.50 |
| Claim: 458<br>Date Filed: 12/01/2008<br>Docketed Total: $6,391.74<br>Filing Creditor Name and Address:<br>KILLEEN DAILY HERALD<br>PO BOX 1300<br>KILLEEN, TX 76540 | Claim Holder Name and Address<br><br>KILLEEN DAILY HERALD<br>PO BOX 1300<br>KILLEEN, TX 76540 | Case Number: 08-35653<br><br>Docketed Total: **$6,391.74** | | Case Number: 08-35653<br><br>Modified Total: **$6,391.74** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$6,391.74 | | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$6,391.74 |
| Claim: 951<br>Date Filed: 12/19/2008<br>Docketed Total: $1,806.25<br>Filing Creditor Name and Address:<br>KIRO TV<br>PO BOX 34936<br>DEPT 4171<br>SEATTLE, WA 98124 | Claim Holder Name and Address<br><br>KIRO TV<br>PO BOX 34936<br>DEPT 4171<br>SEATTLE, WA 98124 | Case Number: 08-35653<br><br>Docketed Total: **$1,806.25** | | Case Number: 08-35653<br><br>Modified Total: **$1,806.25** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,806.25 | | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,806.25 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 460<br>Date Filed: 12/01/2008<br>Docketed Total: $4,228.75<br>Filing Creditor Name and Address:<br>KMGH TV<br>PO BOX 30509<br>LOS ANGELES, CA 90030-0509 | Claim Holder Name and Address      Case Number:      08-35653<br>KMGH TV                          Docketed Total:      **$4,228.75**<br>PO BOX 30509<br>LOS ANGELES, CA 90030-0509<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$4,228.75                                                              $4,228.75 | Case Number:      08-35653<br>Modified Total:      **$4,228.75**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                              $4,228.75 |
| Claim: 11718<br>Date Filed: 03/13/2009<br>Docketed Total: $7,152.75<br>Filing Creditor Name and Address:<br>KRCW TV<br>1813 WESTLAKE AVE N<br>SEATTLE, WA 98109 | Claim Holder Name and Address      Case Number:      08-35653<br>KRCW TV                          Docketed Total:      **$7,152.75**<br>1813 WESTLAKE AVE N<br>SEATTLE, WA 98109<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$7,152.75                                                              $7,152.75 | Case Number:      08-35653<br>Modified Total:      **$7,152.75**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                              $7,152.75 |
| Claim: 1001<br>Date Filed: 12/16/2008<br>Docketed Total: $3,723.00<br>Filing Creditor Name and Address:<br>KRCW TV<br>FILE 30691<br>PO BOX 60000<br>SAN FRANCISCO, CA 94160 | Claim Holder Name and Address      Case Number:      08-35653<br>KRCW TV                          Docketed Total:      **$3,723.00**<br>FILE 30691<br>PO BOX 60000<br>SAN FRANCISCO, CA 94160<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$3,723.00                                                              $3,723.00 | Case Number:      08-35653<br>Modified Total:      **$3,723.00**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                              $3,723.00 |
| Claim: 1422<br>Date Filed: 12/19/2008<br>Docketed Total: $26,690.00<br>Filing Creditor Name and Address:<br>KRIV TV<br>PO BOX 22810<br>HOUSTON, TX 77227 | Claim Holder Name and Address      Case Number:      08-35653<br>KRIV TV                          Docketed Total:      **$26,690.00**<br>PO BOX 22810<br>HOUSTON, TX 77227<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$26,690.00                                                              $26,690.00 | Case Number:      08-35653<br>Modified Total:      **$26,690.00**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                              $26,690.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| Claim: 1170<br>Date Filed: 12/10/2008<br>Docketed Total: $14,305.50<br>Filing Creditor Name and Address:<br>KRON TV<br>PO BOX 601703<br>CHARLOTTE, NC 28260-1703 | Claim Holder Name and Address<br>KRON TV<br>PO BOX 601703<br>CHARLOTTE, NC 28260-1703<br><br>Case Number: 08-35653<br>Docketed Total: **$14,305.50**<br><br>503(b)(9) $14,305.50 · Reclamation · Admin · Secured · Priority · Unsecured | Case Number: 08-35653<br>Modified Total: **$14,305.50**<br><br>503(b)(9) · Reclamation · Admin · Secured · Priority · Unsecured $14,305.50 |
| Claim: 489<br>Date Filed: 11/24/2008<br>Docketed Total: $35,870.00<br>Filing Creditor Name and Address:<br>KTLA INC<br>DEPT 11155<br>LOS ANGELES, CA 90074-1155 | Claim Holder Name and Address<br>KTLA INC<br>DEPT 11155<br>LOS ANGELES, CA 90074-1155<br><br>Case Number: 08-35654<br>Docketed Total: **$35,870.00**<br><br>503(b)(9) $35,870.00 · Reclamation · Admin · Secured · Priority · Unsecured | Case Number: 08-35654<br>Modified Total: **$35,870.00**<br><br>503(b)(9) · Reclamation · Admin · Secured · Priority · Unsecured $35,870.00 |
| Claim: 1141<br>Date Filed: 12/16/2008<br>Docketed Total: $21,139.50<br>Filing Creditor Name and Address:<br>KTRK TV<br>PO BOX 844493<br>DALLAS, TX 75284-4493 | Claim Holder Name and Address<br>KTRK TV<br>PO BOX 844493<br>DALLAS, TX 75284-4493<br><br>Case Number: 08-35653<br>Docketed Total: **$21,139.50**<br><br>503(b)(9) $21,139.50 · Reclamation · Admin · Secured · Priority · Unsecured | Case Number: 08-35653<br>Modified Total: **$21,139.50**<br><br>503(b)(9) · Reclamation · Admin · Secured · Priority · Unsecured $21,139.50 |
| Claim: 1397<br>Date Filed: 12/19/2008<br>Docketed Total: $66,130.00<br>Filing Creditor Name and Address:<br>KTVU TV<br>PO BOX 45558<br>SAN FRANCISCO, CA 94145 | Claim Holder Name and Address<br>KTVU TV<br>PO BOX 45558<br>SAN FRANCISCO, CA 94145<br><br>Case Number: 08-35653<br>Docketed Total: **$66,130.00**<br><br>503(b)(9) $66,130.00 · Reclamation · Admin · Secured · Priority · Unsecured | Case Number: 08-35653<br>Modified Total: **$66,130.00**<br><br>503(b)(9) · Reclamation · Admin · Secured · Priority · Unsecured $66,130.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 1318<br>Date Filed: 12/19/2008<br>Docketed Total: $3,825.00<br>Filing Creditor Name and Address:<br>KTXH TV<br>4738 COLLECTION CTR DR<br>CHICAGO, IL 60693 | Claim Holder Name and Address<br><br>KTXH TV<br>4738 COLLECTION CTR DR<br>CHICAGO, IL 60693 | Case Number: 08-35653<br><br>Docketed Total: **$3,825.00** | | | | | Case Number: 08-35653<br><br>Modified Total: **$3,825.00** | | | | | |
| | 503(b)(9)<br>$3,825.00 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$3,825.00 |
| Claim: 956<br>Date Filed: 12/19/2008<br>Docketed Total: $8,967.50<br>Filing Creditor Name and Address:<br>KUSI TV<br>PO BOX 719051<br>SAN DIEGO, CA 92171-9051 | Claim Holder Name and Address<br><br>KUSI TV<br>PO BOX 719051<br>SAN DIEGO, CA 92171-9051 | Case Number: 08-35653<br><br>Docketed Total: **$8,967.50** | | | | | Case Number: 08-35653<br><br>Modified Total: **$8,967.50** | | | | | |
| | 503(b)(9)<br>$8,967.50 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$8,967.50 |
| Claim: 11767<br>Date Filed: 03/16/2009<br>Docketed Total: $9,894.33<br>Filing Creditor Name and Address:<br>LAKE COUNTY<br>PO BOX 327<br>TAX COLLECTOR BOB MCKEE<br>TAVARES, FL 32778-0327 | Claim Holder Name and Address<br><br>LAKE COUNTY<br>PO BOX 327<br>TAX COLLECTOR BOB MCKEE<br>TAVARES, FL 32778-0327 | Case Number: 08-35653<br><br>Docketed Total: **$9,894.33** | | | | | Case Number: 08-35653<br><br>Modified Total: **$9,894.33** | | | | | |
| | 503(b)(9)<br>$9,894.33 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$9,894.33 |
| Claim: 886<br>Date Filed: 12/10/2008<br>Docketed Total: $5,600.17<br>Filing Creditor Name and Address:<br>LCEC LEE COUNTY ELECTRIC<br>COOPERATIVE<br>PO BOX 31477<br>TAMPA, FL 33631-3477 | Claim Holder Name and Address<br><br>LCEC LEE COUNTY ELECTRIC<br>COOPERATIVE<br>PO BOX 31477<br>TAMPA, FL 33631-3477 | Case Number: 08-35653<br><br>Docketed Total: **$5,600.17** | | | | | Case Number: 08-35653<br><br>Modified Total: **$5,600.17** | | | | | |
| | 503(b)(9)<br>$5,600.17 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$5,600.17 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 629<br>Date Filed:    12/03/2008<br>Docketed Total:    $1,741.52<br>Filing Creditor Name and Address:<br>LEAF<br>PO BOX 56<br>MOBERLY, MO 65270 | Claim Holder Name and Address    Case Number:    08-35653<br><br>LEAF    Docketed Total:    **$1,741.52**<br>PO BOX 56<br>MOBERLY, MO 65270<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,741.52 | Case Number:    08-35653<br><br>Modified Total:    **$1,741.52**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,741.52 |
| Claim: 1456<br>Date Filed:    12/16/2008<br>Docketed Total:    $11,953.14<br>Filing Creditor Name and Address:<br>LINCOLN JOURNAL STAR<br>926 P ST<br>LINCOLN, NE 685010528 | Claim Holder Name and Address    Case Number:    08-35653<br><br>LINCOLN JOURNAL STAR    Docketed Total:    **$11,953.14**<br>926 P ST<br>LINCOLN, NE 685010528<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$11,953.14 | Case Number:    08-35653<br><br>Modified Total:    **$11,953.14**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$11,953.14 |
| Claim: 917<br>Date Filed:    12/19/2008<br>Docketed Total:    $440.95<br>Filing Creditor Name and Address:<br>LIVERMORE, CITY OF<br>1052 S LIVERMORE AVE<br>LIVERMORE, CA 94550-4899 | Claim Holder Name and Address    Case Number:    08-35654<br><br>LIVERMORE, CITY OF    Docketed Total:    **$440.95**<br>1052 S LIVERMORE AVE<br>LIVERMORE, CA 94550-4899<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$440.95 | Case Number:    08-35654<br><br>Modified Total:    **$440.95**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$440.95 |
| Claim: 1073<br>Date Filed:    12/15/2008<br>Docketed Total:    $7,019.56<br>Filing Creditor Name and Address:<br>LONGVIEW NEWS JOURNAL<br>PO BOX 1792<br>LONGVIEW, TX 75606 | Claim Holder Name and Address    Case Number:    08-35653<br><br>LONGVIEW NEWS JOURNAL    Docketed Total:    **$7,019.56**<br>PO BOX 1792<br>LONGVIEW, TX 75606<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$7,019.56 | Case Number:    08-35653<br><br>Modified Total:    **$7,019.56**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$7,019.56 |

\*        "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 143<br>Date Filed: 11/28/2008<br>Docketed Total: $117.66<br>Filing Creditor Name and Address:<br>LOS ANGELES CO WATERWORKS<br>260 E AVE K8<br>LANCASTER, CA 93535 | Claim Holder Name and Address       Case Number: 08-35653<br>LOS ANGELES CO WATERWORKS       Docketed Total: $117.66<br>260 E AVE K8<br>LANCASTER, CA 93535<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$117.66 | Case Number: 08-35653<br>Modified Total: $117.66<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                $117.66 |
| Claim: 1175<br>Date Filed: 12/10/2008<br>Docketed Total: $344,842.80<br>Filing Creditor Name and Address:<br>LOS ANGELES TIMES<br>PO BOX 60185<br>LOS ANGELES, CA 90090-0021 | Claim Holder Name and Address       Case Number: 08-35653<br>LOS ANGELES TIMES       Docketed Total: UNL<br>PO BOX 60185<br>LOS ANGELES, CA 90090-0021<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured | Case Number: 08-35653<br>Modified Total: $0.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                $0.00 |
|  | Claim Holder Name and Address       Case Number: 08-35653<br>TRIBUNE COMPANY D/B/A LOS       Docketed Total: $344,842.80<br>ANGELES TIMES<br>435 N MICHIGAN AVE 3RD FL FSC<br>CHICAGO, IL 60611<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$344,842.80 | Case Number: 08-35653<br>Modified Total: $344,842.80<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                $344,842.80 |
| Claim: 823<br>Date Filed: 12/12/2008<br>Docketed Total: $12,066.65<br>Filing Creditor Name and Address:<br>LOWELL SUN, THE<br>PO BOX 1477<br>LOWELL, MA 01853 | Claim Holder Name and Address       Case Number: 08-35653<br>LOWELL SUN, THE       Docketed Total: $12,066.65<br>PO BOX 1477<br>LOWELL, MA 01853<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$12,066.65 | Case Number: 08-35653<br>Modified Total: $12,066.65<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                $12,066.65 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 894<br>Date Filed: 12/10/2008<br>Docketed Total: $12,013.02<br>Filing Creditor Name and Address:<br>LUBBOCK AVALANCHE JOURNAL<br>PO BOX 491<br>LUBBOCK, TX 79408-0491 | Claim Holder Name and Address<br>LUBBOCK AVALANCHE JOURNAL<br>PO BOX 491<br>LUBBOCK, TX 79408-0491 | Case Number: 08-35653<br>Docketed Total: $12,013.02 | | Case Number: 08-35653<br>Modified Total: $12,013.02 |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$12,013.02                                                              $12,013.02 | | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$12,013.02 |
| Claim: 852<br>Date Filed: 12/08/2008<br>Docketed Total: $84.80<br>Filing Creditor Name and Address:<br>M A D EXTERMINATORS INC<br>78 S TROOPER ROAD<br>NORRISTOWN, PA 19403 | Claim Holder Name and Address<br>M A D EXTERMINATORS INC<br>78 S TROOPER ROAD<br>NORRISTOWN, PA 19403 | Case Number: 08-35653<br>Docketed Total: $84.80 | | Case Number: 08-35653<br>Modified Total: $84.80 |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$84.80 | | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$84.80 |
| Claim: 502<br>Date Filed: 12/01/2008<br>Docketed Total: $27,741.48<br>Filing Creditor Name and Address:<br>MADISON NEWSPAPER<br>PO BOX 8759<br>MADISON, WI 53708 | Claim Holder Name and Address<br>MADISON NEWSPAPER<br>PO BOX 8759<br>MADISON, WI 53708 | Case Number: 08-35653<br>Docketed Total: $27,741.48 | | Case Number: 08-35653<br>Modified Total: $27,741.48 |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$27,741.48 | | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$27,741.48 |
| Claim: 1087<br>Date Filed: 12/15/2008<br>Docketed Total: $385.84<br>Filing Creditor Name and Address:<br>MARTIN COUNTY UTILITIES<br>P O BOX 9000<br>STUART, FL 34995-9000 | Claim Holder Name and Address<br>MARTIN COUNTY UTILITIES<br>P O BOX 9000<br>STUART, FL 34995-9000 | Case Number: 08-35653<br>Docketed Total: $385.84 | | Case Number: 08-35653<br>Modified Total: $385.84 |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$385.84 | | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$385.84 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 646<br>Date Filed:    12/08/2008<br>Docketed Total:    $13,899.82<br>Filing Creditor Name and Address:<br>  MCCALL HANDLING CO<br>  8801 WISE AVE STE 200<br>  BALTIMORE, MD 21222 | Claim Holder Name and Address          Case Number:          08-35653<br><br>MCCALL HANDLING CO          Docketed Total:          **$13,899.82**<br>8801 WISE AVE STE 200<br>BALTIMORE, MD 21222<br><br>503(b)(9)      Reclamation      Admin      Secured      Priority      Unsecured<br>$13,899.82                                                                          $13,899.82 | Case Number:          08-35653<br><br>Modified Total:          **$13,899.82**<br><br><br>503(b)(9)      Reclamation      Admin      Secured      Priority      Unsecured<br>                                                                                  $13,899.82 |
| Claim: 11768<br>Date Filed:    03/16/2009<br>Docketed Total:    $46,603.17<br>Filing Creditor Name and Address:<br>  MCKEE, BOB<br>  PO BOX 327<br>  LAKE COUNTY TAX COLLECTOR<br>  TAVARES, FL 32778-0327 | Claim Holder Name and Address          Case Number:          08-35653<br><br>MCKEE, BOB          Docketed Total:          **$46,603.17**<br>PO BOX 327<br>LAKE COUNTY TAX COLLECTOR<br>TAVARES, FL 32778-0327<br><br>503(b)(9)      Reclamation      Admin      Secured      Priority      Unsecured<br>$46,603.17                                                                          $46,603.17 | Case Number:          08-35653<br><br>Modified Total:          **$46,603.17**<br><br><br>503(b)(9)      Reclamation      Admin      Secured      Priority      Unsecured<br>                                                                                  $46,603.17 |
| Claim: 1070<br>Date Filed:    12/19/2008<br>Docketed Total:    $9,013.08<br>Filing Creditor Name and Address:<br>  MEDIA GENERAL ALABAMA<br>  PO BOX 25818<br>  RICHMOND, VA 23260-5818 | Claim Holder Name and Address          Case Number:          08-35653<br><br>MEDIA GENERAL ALABAMA          Docketed Total:          **$9,013.08**<br>PO BOX 25818<br>RICHMOND, VA 23260-5818<br><br>503(b)(9)      Reclamation      Admin      Secured      Priority      Unsecured<br>$9,013.08                                                                          $9,013.08 | Case Number:          08-35653<br><br>Modified Total:          **$9,013.08**<br><br><br>503(b)(9)      Reclamation      Admin      Secured      Priority      Unsecured<br>                                                                                  $9,013.08 |
| Claim: 1135<br>Date Filed:    12/15/2008<br>Docketed Total:    $8,915.91<br>Filing Creditor Name and Address:<br>  MEDIA GENERAL INC<br>  PO BOX 188<br>  NC COMMUNITY NEWSPAPERS<br>  HICKORY, NC 28603 | Claim Holder Name and Address          Case Number:          08-35653<br><br>MEDIA GENERAL INC          Docketed Total:          **$8,915.91**<br>PO BOX 188<br>NC COMMUNITY NEWSPAPERS<br>HICKORY, NC 28603<br><br>503(b)(9)      Reclamation      Admin      Secured      Priority      Unsecured<br>$8,915.91                                                                          $8,915.91 | Case Number:          08-35653<br><br>Modified Total:          **$8,915.91**<br><br><br>503(b)(9)      Reclamation      Admin      Secured      Priority      Unsecured<br>                                                                                  $8,915.91 |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 554<br>Date Filed: 11/28/2008<br>Docketed Total: $4,484.52<br>Filing Creditor Name and Address:<br>MERCURY, THE<br>24 N HANOVER STREET<br>POTTSTOWN, PA 19464 | Claim Holder Name and Address<br><br>MERCURY, THE<br>24 N HANOVER STREET<br>POTTSTOWN, PA 19464<br><br>Case Number: 08-35653<br>Docketed Total: $4,484.52<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$4,484.52 $4,484.52 | Case Number: 08-35653<br>Modified Total: $4,484.52<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$4,484.52 |
| Claim: 463<br>Date Filed: 12/01/2008<br>Docketed Total: $1,392.00<br>Filing Creditor Name and Address:<br>MERRIMACK VALLEY CORP<br>20 AEGEAN DR<br>UNIT 11<br>METHUEN, MA 01844 | Claim Holder Name and Address<br><br>MERRIMACK VALLEY CORP<br>20 AEGEAN DR<br>UNIT 11<br>METHUEN, MA 01844<br><br>Case Number: 08-35653<br>Docketed Total: $1,392.00<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$1,392.00 | Case Number: 08-35653<br>Modified Total: $1,392.00<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$1,392.00 |
| Claim: 1245<br>Date Filed: 12/18/2008<br>Docketed Total: $96,755.49<br>Filing Creditor Name and Address:<br>MIDAMERICAN ENERGY<br>COMPANY<br>PO BOX 8020<br>DAVENPORT, IA 52808-8020 | Claim Holder Name and Address<br><br>MIDAMERICAN ENERGY COMPANY<br>PO BOX 8020<br>DAVENPORT, IA 52808-8020<br><br>Case Number: 08-35653<br>Docketed Total: $96,755.49<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$96,755.49 | Case Number: 08-35653<br>Modified Total: $96,755.49<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$96,755.49 |
| Claim: 825<br>Date Filed: 12/12/2008<br>Docketed Total: $200.00<br>Filing Creditor Name and Address:<br>MIDLAND, CITY OF<br>RECORDS DIVISION<br>601 N LORAINE<br>MIDLAND, TX 79701 | Claim Holder Name and Address<br><br>MIDLAND, CITY OF<br>RECORDS DIVISION<br>601 N LORAINE<br>MIDLAND, TX 79701<br><br>Case Number: 08-35653<br>Docketed Total: $200.00<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$200.00 | Case Number: 08-35653<br>Modified Total: $200.00<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$200.00 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1276<br>Date Filed:    12/18/2008<br>Docketed Total:    $2,999.99<br>Filing Creditor Name and Address:<br>  MILWAUKEE PRESSURE WASH<br>  PO BOX 170036<br>  MILWAUKEE, WI 53217 | Claim Holder Name and Address    Case Number:    08-35653<br><br>MILWAUKEE PRESSURE WASH    Docketed Total:    $2,999.99<br>PO BOX 170036<br>MILWAUKEE, WI 53217<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$2,999.99 | Case Number:    08-35653<br><br>Modified Total:    $2,999.99<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$2,999.99 |
| Claim: 507<br>Date Filed:    12/01/2008<br>Docketed Total:    $217.06<br>Filing Creditor Name and Address:<br>  MOBILE AREA WATER & SEWER<br>  SYSTEM MAWSS<br>  P O BOX 2368<br>  MOBILE, AL 36652 | Claim Holder Name and Address    Case Number:    08-35653<br><br>MOBILE AREA WATER & SEWER    Docketed Total:    $217.06<br>SYSTEM MAWSS<br>P O BOX 2368<br>MOBILE, AL 36652<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$217.06 | Case Number:    08-35653<br><br>Modified Total:    $217.06<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$217.06 |
| Claim: 1163<br>Date Filed:    12/08/2008<br>Docketed Total:    $97.16<br>Filing Creditor Name and Address:<br>  MONTGOMERY TOWNSHIP<br>  MUNICIPAL<br>  1001 STUMP RD<br>  MONTGOMERYVILLE, PA<br>  189369605 | Claim Holder Name and Address    Case Number:    08-35653<br><br>MONTGOMERY TOWNSHIP    Docketed Total:    $97.16<br>MUNICIPAL<br>1001 STUMP RD<br>MONTGOMERYVILLE, PA 189369605<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$97.16 | Case Number:    08-35653<br><br>Modified Total:    $97.16<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$97.16 |
| Claim: 1164<br>Date Filed:    12/08/2008<br>Docketed Total:    $73.37<br>Filing Creditor Name and Address:<br>  MONTGOMERY TOWNSHIP<br>  MUNICIPAL<br>  SEWER AUTHORITY<br>  1001 STUMP RD<br>  MONTGOMERYVILLE, PA<br>  18936-9605 | Claim Holder Name and Address    Case Number:    08-35653<br><br>MONTGOMERY TOWNSHIP    Docketed Total:    $73.37<br>MUNICIPAL<br>SEWER AUTHORITY<br>1001 STUMP RD<br>MONTGOMERYVILLE, PA 18936-9605<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$73.37 | Case Number:    08-35653<br><br>Modified Total:    $73.37<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$73.37 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 589<br>Date Filed:    12/04/2008<br>Docketed Total:    $2,618.76<br>Filing Creditor Name and Address:<br>MUSKEGON CHRONICLE<br>PO BOX 59<br>MUSKEGON, MI 49443 | Claim Holder Name and Address          Case Number:          08-35653<br><br>MUSKEGON CHRONICLE          Docketed Total:          **$2,618.76**<br>PO BOX 59<br>MUSKEGON, MI 49443<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$2,618.76                                                                                        $2,618.76 | Case Number:          08-35653<br><br>Modified Total:          **$2,618.76**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$2,618.76 |
| Claim: 1151<br>Date Filed:    11/26/2008<br>Docketed Total:    $354.56<br>Filing Creditor Name and Address:<br>NATICK, TOWN OF<br>PO BOX 646<br>TOWN COLLECTOR<br>NATICK, MA 01760 | Claim Holder Name and Address          Case Number:          08-35653<br><br>NATICK, TOWN OF          Docketed Total:          **$354.56**<br>PO BOX 646<br>TOWN COLLECTOR<br>NATICK, MA 01760<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$354.56                                                                                        $354.56 | Case Number:          08-35653<br><br>Modified Total:          **$354.56**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$354.56 |
| Claim: 601<br>Date Filed:    12/04/2008<br>Docketed Total:    $32,292.27<br>Filing Creditor Name and Address:<br>NEWS & RECORD<br>PO BOX 20848<br>GREENSBORO, NC 27420 | Claim Holder Name and Address          Case Number:          08-35653<br><br>NEWS & RECORD          Docketed Total:          **$32,292.27**<br>PO BOX 20848<br>GREENSBORO, NC 27420<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$32,292.27                                                                                        $32,292.27 | Case Number:          08-35653<br><br>Modified Total:          **$32,292.27**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$32,292.27 |
| Claim: 892<br>Date Filed:    12/10/2008<br>Docketed Total:    $22,941.51<br>Filing Creditor Name and Address:<br>NEWSPAPER AGENCY<br>CORPORATION<br>PO BOX 704005<br>WEST VALLEY CTY, UT 84170-4005 | Claim Holder Name and Address          Case Number:          08-35653<br><br>NEWSPAPER AGENCY          Docketed Total:          **$22,941.51**<br>CORPORATION<br>PO BOX 704005<br>WEST VALLEY CTY, UT 84170-4005<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$22,941.51                                                                                        $22,941.51 | Case Number:          08-35653<br><br>Modified Total:          **$22,941.51**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$22,941.51 |

*       "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1174<br>Date Filed: 12/10/2008<br>Docketed Total: $22,859.52<br>Filing Creditor Name and Address:<br>NORTH COUNTY TIMES<br>207 E PENNSYLVANIA AVENUE<br>ESCONDIDO, CA 92025 | Claim Holder Name and Address<br>NORTH COUNTY TIMES<br>207 E PENNSYLVANIA AVENUE<br>ESCONDIDO, CA 92025<br><br>Case Number: 08-35653<br>Docketed Total: $22,859.52<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$22,859.52 $22,859.52 | Case Number: 08-35653<br>Modified Total: $22,859.52<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$22,859.52 |
| Claim: 449<br>Date Filed: 12/01/2008<br>Docketed Total: $395.00<br>Filing Creditor Name and Address:<br>NORTH WALES WATER<br>AUTHORITY<br>200 W WALNUT ST PO BOX 1339<br>NORTH WALES, PA 19454-0339 | Claim Holder Name and Address<br>NORTH WALES WATER AUTHORITY<br>200 W WALNUT ST PO BOX 1339<br>NORTH WALES, PA 19454-0339<br><br>Case Number: 08-35653<br>Docketed Total: $395.00<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$395.00 | Case Number: 08-35653<br>Modified Total: $395.00<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$395.00 |
| Claim: 237<br>Date Filed: 11/28/2008<br>Docketed Total: $760.16<br>Filing Creditor Name and Address:<br>NORTHWEST ARKANSAS<br>DEMOCRAT<br>PO BOX 1607<br>BUSINESS OFFICE RETAIL<br>DISPLAY<br>FAYETTEVILLE, AR 72702 | Claim Holder Name and Address<br>NORTHWEST ARKANSAS DEMOCRAT<br>PO BOX 1607<br>BUSINESS OFFICE RETAIL DISPLAY<br>FAYETTEVILLE, AR 72702<br><br>Case Number: 08-35653<br>Docketed Total: $760.16<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$760.16 | Case Number: 08-35653<br>Modified Total: $760.16<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$760.16 |
| Claim: 1346<br>Date Filed: 12/19/2008<br>Docketed Total: $77,128.00<br>Filing Creditor Name and Address:<br>OAHU AIR CONDITIONING<br>SERVICE<br>938 KOHOU STREET<br>PO BOX 17010<br>HONOLULU, HI 96817 | Claim Holder Name and Address<br>OAHU AIR CONDITIONING SERVICE<br>938 KOHOU STREET<br>PO BOX 17010<br>HONOLULU, HI 96817<br><br>Case Number: 08-35653<br>Docketed Total: $77,128.00<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$77,128.00 | Case Number: 08-35653<br>Modified Total: $77,128.00<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$77,128.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1080<br>Date Filed: 12/19/2008<br>Docketed Total: $29,898.16<br>Filing Creditor Name and Address:<br>OG&E<br>PO BOX 26040<br>OKLAHOMA CITY, OK 73126-0040 | Claim Holder Name and Address    Case Number: 08-35653<br><br>OG&E    Docketed Total: **$29,898.16**<br>PO BOX 26040<br>OKLAHOMA CITY, OK 73126-0040<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$29,898.16                                                  $29,898.16 | Case Number: 08-35653<br><br>Modified Total: **$29,898.16**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                             $29,898.16 |
| Claim: 168<br>Date Filed: 12/01/2008<br>Docketed Total: $13,821.94<br>Filing Creditor Name and Address:<br>OHIO EDISON<br>6896 MILLER RD<br>BRECKSVILLE, OH 44141 | Claim Holder Name and Address    Case Number: 08-35653<br><br>OHIO EDISON    Docketed Total: **$13,821.94**<br>6896 MILLER RD<br>BRECKSVILLE, OH 44141<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$13,821.94                                                  $13,821.94 | Case Number: 08-35653<br><br>Modified Total: **$13,821.94**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                             $13,821.94 |
| Claim: 1392<br>Date Filed: 12/19/2008<br>Docketed Total: $47,266.20<br>Filing Creditor Name and Address:<br>OMEGA WASTE MANAGEMENT<br>INC<br>PO BOX 495<br>CORNING, CA 96021 | Claim Holder Name and Address    Case Number: 08-35653<br><br>OMEGA WASTE MANAGEMENT INC    Docketed Total: **$47,266.20**<br>PO BOX 495<br>CORNING, CA 96021<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$47,266.20                                                  $47,266.20 | Case Number: 08-35653<br><br>Modified Total: **$47,266.20**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                             $47,266.20 |
| Claim: 840<br>Date Filed: 12/15/2008<br>Docketed Total: $74,689.59<br>Filing Creditor Name and Address:<br>OREGONIAN PUBLISHING CO,<br>THE<br>PO BOX 4221<br>PORTLAND, OR 97208-4221 | Claim Holder Name and Address    Case Number: 08-35653<br><br>OREGONIAN PUBLISHING CO, THE    Docketed Total: **$74,689.59**<br>PO BOX 4221<br>PORTLAND, OR 97208-4221<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$74,689.59                                                  $74,689.59 | Case Number: 08-35653<br><br>Modified Total: **$74,689.59**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                             $74,689.59 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 11579<br>Date Filed:    03/11/2009<br>Docketed Total:    $4,711.37<br>Filing Creditor Name and Address:<br>ORTHODONTIC CENTERS OF<br>VIRGINIA INC<br>3850 NORTH CAUSEWAY BLVD<br>STE 800<br>METAIRIE, LA 70002 | Claim Holder Name and Address<br><br>ORTHODONTIC CENTERS OF<br>VIRGINIA INC<br>3850 NORTH CAUSEWAY BLVD STE<br>800<br>METAIRIE, LA 70002 | Case Number:    08-35653<br><br>Docketed Total:    **$4,711.37** | | Case Number:    08-35653<br><br>Modified Total:    **$4,711.37** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$4,711.37 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br> $4,711.37 | |
| Claim: 11587<br>Date Filed:    03/11/2009<br>Docketed Total:    $4,001.58<br>Filing Creditor Name and Address:<br>ORTHODONTIC CENTERS OF<br>VIRGINIA INC<br>3850 NORTH CAUSEWAY BLVD<br>STE 800<br>METAIRIE, LA 70002 | Claim Holder Name and Address<br><br>ORTHODONTIC CENTERS OF<br>VIRGINIA INC<br>3850 NORTH CAUSEWAY BLVD STE<br>800<br>METAIRIE, LA 70002 | Case Number:    08-35653<br><br>Docketed Total:    **$4,001.58** | | Case Number:    08-35653<br><br>Modified Total:    **$4,001.58** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$4,001.58 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br> $4,001.58 | |
| Claim: 617<br>Date Filed:    12/08/2008<br>Docketed Total:    $359.00<br>Filing Creditor Name and Address:<br>OVERHEAD DOOR PORTLAND<br>10 LIBERTY DR<br>LONDONDERRY, NH 03053 | Claim Holder Name and Address<br><br>OVERHEAD DOOR PORTLAND<br>10 LIBERTY DR<br>LONDONDERRY, NH 03053 | Case Number:    08-35653<br><br>Docketed Total:    **$359.00** | | Case Number:    08-35653<br><br>Modified Total:    **$359.00** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$359.00 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br> $359.00 | |
| Claim: 725<br>Date Filed:    12/09/2008<br>Docketed Total:    $30,090.88<br>Filing Creditor Name and Address:<br>PADDOCK PUBLICATIONS INC<br>PADDOCK PUBLICATIONS<br>ARLINGTON HTS, IL 60006 | Claim Holder Name and Address<br><br>PADDOCK PUBLICATIONS INC<br>PADDOCK PUBLICATIONS<br>ARLINGTON HTS, IL 60006 | Case Number:    08-35653<br><br>Docketed Total:    **$30,090.88** | | Case Number:    08-35653<br><br>Modified Total:    **$30,090.88** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$30,090.88 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br> $30,090.88 | |

*       "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1407<br>Date Filed:   12/18/2008<br>Docketed Total:    $612.72<br>Filing Creditor Name and Address:<br>   PARAGOULD DAILY PRESS<br>   1401 WEST HUNT ST<br>   PO BOX 38<br>   PARAGOULD, AR 72450 | Claim Holder Name and Address   Case Number:          08-35653<br><br>PARAGOULD DAILY PRESS   Docketed Total:          **$612.72**<br>1401 WEST HUNT ST<br>PO BOX 38<br>PARAGOULD, AR 72450<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$612.72 | Case Number:          08-35653<br><br>Modified Total:          **$612.72**<br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$612.72 |
| Claim: 871<br>Date Filed:   12/08/2008<br>Docketed Total:    $37,645.61<br>Filing Creditor Name and Address:<br>   PATRIOT NEWS<br>   812 MARKET STREET<br>   HARRISBURG, PA 17105 | Claim Holder Name and Address   Case Number:          08-35653<br><br>PATRIOT NEWS   Docketed Total:          **$37,645.61**<br>812 MARKET STREET<br>HARRISBURG, PA 17105<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$37,645.61 | Case Number:          08-35653<br><br>Modified Total:          **$37,645.61**<br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$37,645.61 |
| Claim: 1062<br>Date Filed:   12/15/2008<br>Docketed Total:    $5,135.84<br>Filing Creditor Name and Address:<br>   PEDERNALES ELECTRIC<br>   COOPERATIVE, INC<br>   P O BOX 1<br>   JOHNSON CITY, TX 78636-0001 | Claim Holder Name and Address<br><br>PEDERNALES ELECTRIC   Case Number:          08-35653<br>COOPERATIVE, INC<br>P O BOX 1   Docketed Total:          **$5,135.84**<br>JOHNSON CITY, TX 78636-0001<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$5,135.84 | Case Number:          08-35653<br><br>Modified Total:          **$5,135.84**<br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$5,135.84 |
| Claim: 570<br>Date Filed:   12/04/2008<br>Docketed Total:    $122.27<br>Filing Creditor Name and Address:<br>   PENNICHUCK WATER WORKS<br>   INC<br>   25 MANCHESTER ST<br>   P O BOX 1947<br>   MERRIMACK, NH 03054-1947 | Claim Holder Name and Address<br><br>PENNICHUCK WATER WORKS INC   Case Number:          08-35653<br>25 MANCHESTER ST<br>P O BOX 1947   Docketed Total:          **$122.27**<br>MERRIMACK, NH 03054-1947<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$122.27 | Case Number:          08-35653<br><br>Modified Total:          **$122.27**<br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$122.27 |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 151<br>Date Filed:    12/04/2008<br>Docketed Total:    $69.39<br>Filing Creditor Name and Address:<br>  PENNICHUCK WATER WORKS<br>  INC<br>  P O BOX 1947<br>  MERRIMACK, NH 03054-1947 | Claim Holder Name and Address    Case Number:    08-35653<br><br>PENNICHUCK WATER WORKS INC    Docketed Total:    **$69.39**<br>P O BOX 1947<br>MERRIMACK, NH 03054-1947<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$69.39 | Case Number:    08-35653<br><br>Modified Total:    **$69.39**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                    $69.39 |
| Claim: 569<br>Date Filed:    12/04/2008<br>Docketed Total:    $67.48<br>Filing Creditor Name and Address:<br>  PENNICHUCK WATER WORKS,<br>  INC<br>  PO BOX 1947<br>  MERRIMACK, NH 03054-1947 | Claim Holder Name and Address    Case Number:    08-35653<br><br>PENNICHUCK WATER WORKS, INC    Docketed Total:    **$67.48**<br>PO BOX 1947<br>MERRIMACK, NH 03054-1947<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$67.48 | Case Number:    08-35653<br><br>Modified Total:    **$67.48**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                    $67.48 |
| Claim: 1363<br>Date Filed:    12/17/2008<br>Docketed Total:    $454.96<br>Filing Creditor Name and Address:<br>  PICAYUNE ITEM<br>  PO BOX 580<br>  PICAYUNE, MS 39466 | Claim Holder Name and Address    Case Number:    08-35653<br><br>PICAYUNE ITEM    Docketed Total:    **$454.96**<br>PO BOX 580<br>PICAYUNE, MS 39466<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$454.96 | Case Number:    08-35653<br><br>Modified Total:    **$454.96**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                    $454.96 |
| Claim: 1158<br>Date Filed:    12/08/2008<br>Docketed Total:    $59.20<br>Filing Creditor Name and Address:<br>  PINELLAS COUNTY, FL UTILITIES<br>  P O BOX 1780<br>  CLEARWATER, FL 33757-1780 | Claim Holder Name and Address    Case Number:    08-35653<br><br>PINELLAS COUNTY, FL UTILITIES    Docketed Total:    **$59.20**<br>P O BOX 1780<br>CLEARWATER, FL 33757-1780<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$59.20 | Case Number:    08-35653<br><br>Modified Total:    **$59.20**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                    $59.20 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 1263<br>Date Filed: 12/18/2008<br>Docketed Total: $29,375.16<br>Filing Creditor Name and Address:<br>PITTSBURGH POST GAZETTE<br>BOX 400536<br>PITTSBURGH, PA 15268-0536 | Claim Holder Name and Address<br><br>PITTSBURGH POST GAZETTE<br>BOX 400536<br>PITTSBURGH, PA 15268-0536 | Case Number: 08-35653<br>Docketed Total: **$29,375.16** | | Case Number: 08-35653<br>Modified Total: **$29,375.16** |
| | 503(b)(9) — Reclamation — Admin — Secured — Priority — Unsecured<br>$29,375.16 | | | 503(b)(9) — Reclamation — Admin — Secured — Priority — Unsecured<br>$29,375.16 |
| Claim: 705<br>Date Filed: 12/09/2008<br>Docketed Total: $4,473.58<br>Filing Creditor Name and Address:<br>PORTLAND GENERAL ELECTRIC<br>7800 SW MOHAWK ST<br>TUALATIN, OR 97062 | Claim Holder Name and Address<br><br>PORTLAND GENERAL ELECTRIC<br>7800 SW MOHAWK ST<br>TUALATIN, OR 97062 | Case Number: 08-35653<br>Docketed Total: **$4,473.58** | | Case Number: 08-35653<br>Modified Total: **$4,473.58** |
| | 503(b)(9) — Reclamation — Admin — Secured — Priority — Unsecured<br>$4,473.58 | | | 503(b)(9) — Reclamation — Admin — Secured — Priority — Unsecured<br>$4,473.58 |
| Claim: 706<br>Date Filed: 12/09/2008<br>Docketed Total: $3,463.03<br>Filing Creditor Name and Address:<br>PORTLAND GENERAL ELECTRIC<br>7800 SW MOHAWK ST<br>TUALATIN, OR 97062 | Claim Holder Name and Address<br><br>PORTLAND GENERAL ELECTRIC<br>7800 SW MOHAWK ST<br>TUALATIN, OR 97062 | Case Number: 08-35653<br>Docketed Total: **$3,463.03** | | Case Number: 08-35653<br>Modified Total: **$3,463.03** |
| | 503(b)(9) — Reclamation — Admin — Secured — Priority — Unsecured<br>$3,463.03 | | | 503(b)(9) — Reclamation — Admin — Secured — Priority — Unsecured<br>$3,463.03 |
| Claim: 707<br>Date Filed: 12/09/2008<br>Docketed Total: $577.92<br>Filing Creditor Name and Address:<br>PORTLAND GENERAL ELECTRIC<br>PGE<br>7800 SW MOHAWK ST<br>TUALATIN, OR 97062 | Claim Holder Name and Address<br><br>PORTLAND GENERAL ELECTRIC<br>PGE<br>7800 SW MOHAWK ST<br>TUALATIN, OR 97062 | Case Number: 08-35653<br>Docketed Total: **$577.92** | | Case Number: 08-35653<br>Modified Total: **$577.92** |
| | 503(b)(9) — Reclamation — Admin — Secured — Priority — Unsecured<br>$577.92 | | | 503(b)(9) — Reclamation — Admin — Secured — Priority — Unsecured<br>$577.92 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 708**
Date Filed: 12/09/2008
Docketed Total: $4,114.20
Filing Creditor Name and Address:
PORTLAND GENERAL ELECTRIC
PGE
7800 SW MOHAWK ST
TUALATIN, OR 97062

Claim Holder Name and Address
PORTLAND GENERAL ELECTRIC
PGE
7800 SW MOHAWK ST
TUALATIN, OR 97062

Case Number: 08-35653
Docketed Total: $4,114.20

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $4,114.20 | | | | | |

Case Number: 08-35653
Modified Total: $4,114.20

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,114.20 |

---

**Claim: 709**
Date Filed: 12/09/2008
Docketed Total: $1,514.97
Filing Creditor Name and Address:
PORTLAND GENERAL ELECTRIC
PGE
7800 SW MOHAWK ST
TUALATIN, OR 97062

Claim Holder Name and Address
PORTLAND GENERAL ELECTRIC
PGE
7800 SW MOHAWK ST
TUALATIN, OR 97062

Case Number: 08-35653
Docketed Total: $1,514.97

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,514.97 | | | | | |

Case Number: 08-35653
Modified Total: $1,514.97

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,514.97 |

---

**Claim: 505**
Date Filed: 12/01/2008
Docketed Total: $31,389.78
Filing Creditor Name and Address:
POST & COURIER, THE
134 COLUMBUS ST
CHARLESTON, SC 29403-4800

Claim Holder Name and Address
POST & COURIER, THE
134 COLUMBUS ST
CHARLESTON, SC 29403-4800

Case Number: 08-35653
Docketed Total: $31,389.78

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $31,389.78 | | | | | |

Case Number: 08-35653
Modified Total: $31,389.78

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $31,389.78 |

---

**Claim: 1198**
Date Filed: 12/17/2008
Docketed Total: $32,568.34
Filing Creditor Name and Address:
POST STANDARD, THE
PO BOX 4915
SYRACUSE, NY 13221

Claim Holder Name and Address
POST STANDARD, THE
PO BOX 4915
SYRACUSE, NY 13221

Case Number: 08-35653
Docketed Total: $32,568.34

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $32,568.34 | | | | | |

Case Number: 08-35653
Modified Total: $32,568.34

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $32,568.34 |

---

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 842<br>Date Filed:    12/15/2008<br>Docketed Total:    $10,001.51<br>Filing Creditor Name and Address:<br>POUGHKEEPSIE JOURNAL<br>PO BOX 1231<br>POUGHKEEPSIE, NY 12602-1231 | Claim Holder Name and Address<br><br>POUGHKEEPSIE JOURNAL<br>PO BOX 1231<br>POUGHKEEPSIE, NY 12602-1231 | | Case Number:<br><br>Docketed Total: | | | 08-35653<br><br>**$10,001.51** | | | Case Number:<br><br>Modified Total: | | | 08-35653<br><br>**$10,001.51** | |
| | 503(b)(9)<br>$10,001.51 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$10,001.51 | |
| Claim: 1356<br>Date Filed:    12/17/2008<br>Docketed Total:    $39,988.30<br>Filing Creditor Name and Address:<br>PRESS ENTERPRISE<br>THE PRESS ENTERPRISE<br>COMPANY<br>5005 LA MART DR STE 101<br>RIVERSIDE, CA 92507 | Claim Holder Name and Address<br><br>PRESS ENTERPRISE<br>THE PRESS ENTERPRISE COMPANY<br>5005 LA MART DR STE 101<br>RIVERSIDE, CA 92507 | | Case Number:<br><br>Docketed Total: | | | 08-35653<br><br>**$39,988.30** | | | Case Number:<br><br>Modified Total: | | | 08-35653<br><br>**$39,988.30** | |
| | 503(b)(9)<br>$39,988.30 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$39,988.30 | |
| Claim: 455<br>Date Filed:    12/01/2008<br>Docketed Total:    $5,589.78<br>Filing Creditor Name and Address:<br>PUEBLO CHIEFTAIN, THE<br>PO BOX 4040<br>PUEBLO, CO 81003 | Claim Holder Name and Address<br><br>PUEBLO CHIEFTAIN, THE<br>PO BOX 4040<br>PUEBLO, CO 81003 | | Case Number:<br><br>Docketed Total: | | | 08-35653<br><br>**$5,589.78** | | | Case Number:<br><br>Modified Total: | | | 08-35653<br><br>**$5,589.78** | |
| | 503(b)(9)<br>$5,589.78 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$5,589.78 | |
| Claim: 1358<br>Date Filed:    12/19/2008<br>Docketed Total:    $4,490.00<br>Filing Creditor Name and Address:<br>QORE PROPERTY SCIENCES<br>11420 JOHNS CREEK PARKWAY<br>DULUTH, GA 30097 | Claim Holder Name and Address<br><br>QORE PROPERTY SCIENCES<br>11420 JOHNS CREEK PARKWAY<br>DULUTH, GA 30097 | | Case Number:<br><br>Docketed Total: | | | 08-35653<br><br>**$4,490.00** | | | Case Number:<br><br>Modified Total: | | | 08-35653<br><br>**$4,490.00** | |
| | 503(b)(9)<br>$4,490.00 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$4,490.00 | |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 1305<br>Date Filed:   12/18/2008<br>Docketed Total:    $220.96<br>Filing Creditor Name and Address:<br>   RAYMOND OF NEW JERSEY LLC<br>   1000 BRIGHTON ST<br>   UNION, NJ 07083 | Claim Holder Name and Address<br><br>RAYMOND OF NEW JERSEY LLC<br>1000 BRIGHTON ST<br>UNION, NJ 07083 | Case Number:            08-35653<br><br>Docketed Total:         **$220.96** | | Case Number:            08-35653<br><br>Modified Total:          **$220.96** |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$220.96 | | | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                        $220.96 |
| Claim: 889<br>Date Filed:   12/10/2008<br>Docketed Total:    $4,609.32<br>Filing Creditor Name and Address:<br>   RECORD JOURNAL<br>   PO BOX 968<br>   WALLINGFORD, CT 06492-0968 | Claim Holder Name and Address<br><br>RECORD JOURNAL<br>PO BOX 968<br>WALLINGFORD, CT 06492-0968 | Case Number:            08-35653<br><br>Docketed Total:         **$4,609.32** | | Case Number:            08-35653<br><br>Modified Total:          **$4,609.32** |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$4,609.32 | | | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                        $4,609.32 |
| Claim: 1100<br>Date Filed:   12/19/2008<br>Docketed Total:    $16,343.71<br>Filing Creditor Name and Address:<br>   RECORD, THE<br>   PO BOX 989<br>   STOCKTON, CA 952010989 | Claim Holder Name and Address<br><br>RECORD, THE<br>PO BOX 989<br>STOCKTON, CA 952010989 | Case Number:            08-35653<br><br>Docketed Total:         **$16,343.71** | | Case Number:            08-35653<br><br>Modified Total:          **$16,343.71** |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$16,343.71 | | | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                        $16,343.71 |
| Claim: 1353<br>Date Filed:   12/19/2008<br>Docketed Total:    $9,023.81<br>Filing Creditor Name and Address:<br>   REGISTER GUARD, THE<br>   PO BOX 10188<br>   EUGENE, OR 97440-2188 | Claim Holder Name and Address<br><br>REGISTER GUARD, THE<br>PO BOX 10188<br>EUGENE, OR 97440-2188 | Case Number:            08-35653<br><br>Docketed Total:         **$9,023.81** | | Case Number:            08-35653<br><br>Modified Total:          **$9,023.81** |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$9,023.81 | | | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                        $9,023.81 |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 481**
Date Filed: 12/03/2008
Docketed Total: $1,294.79
Filing Creditor Name and Address:
REGISTER PAJARONIAN
100 WESTRIDGE DR
WATSONVILLE, CA 95076

Claim Holder Name and Address
REGISTER PAJARONIAN
100 WESTRIDGE DR
WATSONVILLE, CA 95076

Case Number: 08-35653
Docketed Total: $1,294.79

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,294.79 | | | | | |

Case Number: 08-35653
Modified Total: $1,294.79

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,294.79 |

---

**Claim: 1103**
Date Filed: 12/19/2008
Docketed Total: $13,294.70
Filing Creditor Name and Address:
RENO GAZETTE JOURNAL
PO BOX 22000
RENO, NV 89520

Claim Holder Name and Address
RENO GAZETTE JOURNAL
PO BOX 22000
RENO, NV 89520

Case Number: 08-35653
Docketed Total: $13,294.70

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $13,294.70 | | | | | |

Case Number: 08-35653
Modified Total: $13,294.70

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $13,294.70 |

---

**Claim: 442**
Date Filed: 12/01/2008
Docketed Total: $6,610.50
Filing Creditor Name and Address:
REPUBLIC THE
PO BOX 3011
COLUMBUS, IN 47202-3011

Claim Holder Name and Address
REPUBLIC THE
PO BOX 3011
COLUMBUS, IN 47202-3011

Case Number: 08-35653
Docketed Total: $6,610.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $6,610.50 | | | | | |

Case Number: 08-35653
Modified Total: $6,610.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $6,610.50 |

---

**Claim: 1139**
Date Filed: 12/16/2008
Docketed Total: $1,762.20
Filing Creditor Name and Address:
RICHLAND, CITY OF
PO BOX 190
RICHLAND, WA 99352

Claim Holder Name and Address
RICHLAND, CITY OF
PO BOX 190
RICHLAND, WA 99352

Case Number: 08-35653
Docketed Total: $1,762.20

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,762.20 | | | | | |

Case Number: 08-35653
Modified Total: $1,762.20

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,762.20 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9) Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1088<br>Date Filed: 12/15/2008<br>Docketed Total: $82,962.51<br>Filing Creditor Name and Address:<br>RICHMOND TIMES DISPATCH<br>PO BOX 27775<br>RICHMOND, VA 23261-7775 | Claim Holder Name and Address<br>RICHMOND TIMES DISPATCH<br>PO BOX 27775<br>RICHMOND, VA 23261-7775<br><br>Case Number: 08-35653<br>Docketed Total: $82,962.51<br><br>503(b)(9) $82,962.51 \| Reclamation \| Admin \| Secured \| Priority \| Unsecured | Case Number: 08-35653<br>Modified Total: $82,962.51<br><br>503(b)(9) \| Reclamation \| Admin \| Secured \| Priority \| Unsecured $82,962.51 |
| Claim: 395<br>Date Filed: 12/02/2008<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>RIVERSIDE PUBLIC UTILITIES, CA<br>3900 MAIN STREET<br>RIVERSIDE, CA 92522-0144 | Claim Holder Name and Address<br>RIVERSIDE PUBLIC UTILITIES, CA<br>3900 MAIN STREET<br>RIVERSIDE, CA 92522-0144<br><br>Case Number: 08-35654<br>Docketed Total: UNL<br><br>503(b)(9) $0.00 \| Reclamation \| Admin \| Secured \| Priority \| Unsecured | Case Number: 08-35654<br>Modified Total: $0.00<br><br>503(b)(9) \| Reclamation \| Admin \| Secured \| Priority \| Unsecured $0.00 |
| Claim: 1476<br>Date Filed: 12/16/2008<br>Docketed Total: $16,681.76<br>Filing Creditor Name and Address:<br>ROCKFORD REGISTER STAR<br>PO BOX 439<br>ROCKFORD, IL 61105 | Claim Holder Name and Address<br>ROCKFORD REGISTER STAR<br>PO BOX 439<br>ROCKFORD, IL 61105<br><br>Case Number: 08-35653<br>Docketed Total: $16,681.76<br><br>503(b)(9) $16,681.76 \| Reclamation \| Admin \| Secured \| Priority \| Unsecured | Case Number: 08-35653<br>Modified Total: $16,681.76<br><br>503(b)(9) \| Reclamation \| Admin \| Secured \| Priority \| Unsecured $16,681.76 |
| Claim: 793<br>Date Filed: 12/11/2008<br>Docketed Total: $449.98<br>Filing Creditor Name and Address:<br>ROCKY MOUNTAIN BATTERY<br>PO BOX 173796 DEPT FM<br>DENVER, CO 80217-3796 | Claim Holder Name and Address<br>ROCKY MOUNTAIN BATTERY<br>PO BOX 173796 DEPT FM<br>DENVER, CO 80217-3796<br><br>Case Number: 08-35653<br>Docketed Total: $449.98<br><br>503(b)(9) $449.98 \| Reclamation \| Admin \| Secured \| Priority \| Unsecured | Case Number: 08-35653<br>Modified Total: $449.98<br><br>503(b)(9) \| Reclamation \| Admin \| Secured \| Priority \| Unsecured $449.98 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 249**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 249<br>Date Filed:    12/03/2008<br>Docketed Total:    $6,953.00<br>Filing Creditor Name and Address:<br>RUSSELLVILLE STEEL CO INC<br>PO BOX 1538<br>RUSSELLVILLE, AR 72811 | Claim Holder Name and Address<br><br>RUSSELLVILLE STEEL CO INC<br>PO BOX 1538<br>RUSSELLVILLE, AR 72811<br><br>Case Number:    08-35653<br>Docketed Total:    **$6,953.00** | Case Number:    08-35653<br>Modified Total:    **$6,953.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $6,953.00 | | | | | | | | | | | | $6,953.00 |

| Claim: 836<br>Date Filed:    12/15/2008<br>Docketed Total:    $112,114.98<br>Filing Creditor Name and Address:<br>SAN FRANCISCO CHRONICLE<br>801 TEXAS AVE<br>HOUSTON, TX 77002 | Claim Holder Name and Address<br><br>SAN FRANCISCO CHRONICLE<br>801 TEXAS AVE<br>HOUSTON, TX 77002<br><br>Case Number:    08-35653<br>Docketed Total:    **$112,114.98** | Case Number:    08-35653<br>Modified Total:    **$112,114.98** |
|---|---|---|

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $112,114.98 | | | | | | | | | | | | $112,114.98 |

| Claim: 1157<br>Date Filed:    12/08/2008<br>Docketed Total:    $191,407.66<br>Filing Creditor Name and Address:<br>SAN JOSE MERCURY NEWS<br>DEPT 8217<br>LOS ANGELES, CA 90084-8217 | Claim Holder Name and Address<br><br>SAN JOSE MERCURY NEWS<br>DEPT 8217<br>LOS ANGELES, CA 90084-8217<br><br>Case Number:    08-35653<br>Docketed Total:    **$191,407.66** | Case Number:    08-35653<br>Modified Total:    **$191,407.66** |
|---|---|---|

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $191,407.66 | | | | | | | | | | | | $191,407.66 |

| Claim: 591<br>Date Filed:    12/04/2008<br>Docketed Total:    $127.79<br>Filing Creditor Name and Address:<br>SANITATION DISTRICT NO 1<br>1045 EATON DR<br>FT WRIGHT, KY 41017 | Claim Holder Name and Address<br><br>SANITATION DISTRICT NO 1<br>1045 EATON DR<br>FT WRIGHT, KY 41017<br><br>Case Number:    08-35653<br>Docketed Total:    **$127.79** | Case Number:    08-35653<br>Modified Total:    **$127.79** |
|---|---|---|

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $127.79 | | | | | | | | | | | | $127.79 |

*        "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 677**

| | | | | |
|---|---|---|---|---|
| Date Filed:  12/09/2008 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
| Docketed Total:  $5,589.45 | SANTA BARBARA NEWS PRESS | Docketed Total: **$5,589.45** | | Modified Total: **$5,589.45** |
| Filing Creditor Name and Address: | PO BOX 1359 | | | |
| SANTA BARBARA NEWS PRESS | SANTA BARBARA, CA 93102 | | | |
| PO BOX 1359 | | | | |
| SANTA BARBARA, CA 93102 | | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $5,589.45 | | | | | | | | | | | $5,589.45 |

**Claim: 1304**

| | | | | |
|---|---|---|---|---|
| Date Filed:  12/18/2008 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
| Docketed Total:  $373.23 | SANTA ROSA, CITY OF | Docketed Total: **$373.23** | | Modified Total: **$373.23** |
| Filing Creditor Name and Address: | PO BOX 1658 | | | |
| SANTA ROSA, CITY OF | SANTA ROSA, CA 94502-1658 | | | |
| PO BOX 1658 | | | | |
| SANTA ROSA, CA 94502-1658 | | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $373.23 | | | | | | | | | | | $373.23 |

**Claim: 850**

| | | | | |
|---|---|---|---|---|
| Date Filed:  12/08/2008 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
| Docketed Total:  $160.00 | SAUGUS TOWN CLERK, TOWN OF | Docketed Total: **$160.00** | | Modified Total: **$160.00** |
| Filing Creditor Name and Address: | TOWN HALL | | | |
| SAUGUS TOWN CLERK, TOWN OF | SAUGUS, MA 01906 | | | |
| TOWN HALL | | | | |
| SAUGUS, MA 01906 | | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $160.00 | | | | | | | | | | | $160.00 |

**Claim: 1181**

| | | | | |
|---|---|---|---|---|
| Date Filed:  12/15/2008 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
| Docketed Total:  $7,114.86 | SAVANNAH MORNING NEWS | Docketed Total: **$7,114.86** | | Modified Total: **$7,114.86** |
| Filing Creditor Name and Address: | PO BOX 1486 | | | |
| SAVANNAH MORNING NEWS | ACCOUNTS RECEIVABLE | | | |
| PO BOX 1486 | AUGUSTA, GA 30903-1486 | | | |
| ACCOUNTS RECEIVABLE | | | | |
| AUGUSTA, GA 30903-1486 | | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $7,114.86 | | | | | | | | | | | $7,114.86 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

### Claim: 676

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim: 676** | | | | | | | | | | | | | |
| Date Filed: 12/08/2008 | Claim Holder Name and Address | | Case Number: | 08-35653 | | | | | Case Number: | | | | 08-35653 |
| Docketed Total: $28,958.20 | SCRIPPS TREASURER COAST | | Docketed Total: | **$28,958.20** | | | | | Modified Total: | | | | **$28,958.20** |
| Filing Creditor Name and Address: | NEWSPAPER | | | | | | | | | | | | |
| SCRIPPS TREASURER COAST | PO BOX 9009 | | | | | | | | | | | | |
| NEWSPAPER | STUART, FL 34995-9936 | | | | | | | | | | | | |
| PO BOX 9009 | | | | | | | | | | | | | |
| STUART, FL 34995-9936 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| | $28,958.20 | | | | | | | | | | | | $28,958.20 |

### Claim: 893

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Filed: 12/10/2008 | Claim Holder Name and Address | | Case Number: | 08-35653 | | | | | Case Number: | | | | 08-35653 |
| Docketed Total: $250.00 | SEEKONK, TOWN OF | | Docketed Total: | **$250.00** | | | | | Modified Total: | | | | **$250.00** |
| Filing Creditor Name and Address: | PO BOX 504 | | | | | | | | | | | | |
| SEEKONK, TOWN OF | MEDFORD, MA 02155-0006 | | | | | | | | | | | | |
| PO BOX 504 | | | | | | | | | | | | | |
| MEDFORD, MA 02155-0006 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| | $250.00 | | | | | | | | | | | | $250.00 |

### Claim: 1156

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Filed: 12/08/2008 | Claim Holder Name and Address | | Case Number: | 08-35653 | | | | | Case Number: | | | | 08-35653 |
| Docketed Total: $7,179.02 | SENTINEL | | Docketed Total: | **$7,179.02** | | | | | Modified Total: | | | | **$7,179.02** |
| Filing Creditor Name and Address: | DEPT 8217 | | | | | | | | | | | | |
| SENTINEL | LOS ANGELES, CA 90084-8217 | | | | | | | | | | | | |
| DEPT 8217 | | | | | | | | | | | | | |
| LOS ANGELES, CA 90084-8217 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| | $7,179.02 | | | | | | | | | | | | $7,179.02 |

### Claim: 494

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Filed: 12/01/2008 | Claim Holder Name and Address | | Case Number: | 08-35653 | | | | | Case Number: | | | | 08-35653 |
| Docketed Total: $1,395.48 | SEGUIN GAZETTE ENTERPRISE | | Docketed Total: | **$1,395.48** | | | | | Modified Total: | | | | **$1,395.48** |
| Filing Creditor Name and Address: | PO BOX 1200 | | | | | | | | | | | | |
| SEGUIN GAZETTE ENTERPRISE | SEGUIN, TX 78155-1200 | | | | | | | | | | | | |
| PO BOX 1200 | | | | | | | | | | | | | |
| SEGUIN, TX 78155-1200 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| | $1,395.48 | | | | | | | | | | | | $1,395.48 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9) Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1186<br>Date Filed: 12/15/2008<br>Docketed Total: $893.28<br>Filing Creditor Name and Address:<br>SEYMOUR TRIBUNE COMPANY<br>100 ST LOUIS AVE<br>PO BOX 447<br>SEYMOUR, IN 47274 | Claim Holder Name and Address<br>SEYMOUR TRIBUNE COMPANY<br>100 ST LOUIS AVE<br>PO BOX 447<br>SEYMOUR, IN 47274<br><br>Case Number: 08-35653<br>Docketed Total: $893.28<br><br>503(b)(9) $893.28 / Reclamation / Admin / Secured / Priority / Unsecured | Case Number: 08-35653<br>Modified Total: $893.28<br><br>503(b)(9) / Reclamation / Admin / Secured / Priority / Unsecured $893.28 |
| Claim: 1011<br>Date Filed: 12/19/2008<br>Docketed Total: $22,927.80<br>Filing Creditor Name and Address:<br>SHOPLOCAL LLC<br>3512 PAYSPHERE CR<br>CHICAGO, IL 60674 | Claim Holder Name and Address<br>SHOPLOCAL LLC<br>3512 PAYSPHERE CR<br>CHICAGO, IL 60674<br><br>Case Number: 08-35653<br>Docketed Total: $22,927.80<br><br>503(b)(9) $22,927.80 / Reclamation / Admin / Secured / Priority / Unsecured | Case Number: 08-35653<br>Modified Total: $22,927.80<br><br>503(b)(9) / Reclamation / Admin / Secured / Priority / Unsecured $22,927.80 |
| Claim: 1096<br>Date Filed: 12/19/2008<br>Docketed Total: $3,985.56<br>Filing Creditor Name and Address:<br>SIGNAL, THE<br>PO BOX 801870<br>SANTA CLARITA, CA 91380-1870 | Claim Holder Name and Address<br>SIGNAL, THE<br>PO BOX 801870<br>SANTA CLARITA, CA 91380-1870<br><br>Case Number: 08-35653<br>Docketed Total: $3,985.56<br><br>503(b)(9) $3,985.56 / Reclamation / Admin / Secured / Priority / Unsecured | Case Number: 08-35653<br>Modified Total: $3,985.56<br><br>503(b)(9) / Reclamation / Admin / Secured / Priority / Unsecured $3,985.56 |
| Claim: 391<br>Date Filed: 12/02/2008<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>SIGNCO INC<br>16901 GRAND VIEW LANE<br>KENNEWICK, WA 99338 | Claim Holder Name and Address<br>SIGNCO INC<br>16901 GRAND VIEW LANE<br>KENNEWICK, WA 99338<br><br>Case Number: 08-35654<br>Docketed Total: UNL<br><br>503(b)(9) $0.00 / Reclamation / Admin / Secured / Priority / Unsecured | Case Number: 08-35654<br>Modified Total: $0.00<br><br>503(b)(9) / Reclamation / Admin / Secured / Priority / Unsecured $0.00 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| Claim: 1275<br>Date Filed:    12/18/2008<br>Docketed Total:    $10,766.30<br>Filing Creditor Name and Address:<br>  SIMON ROOFING & SHEET<br>  METAL<br>  70 KARAGO AVE<br>  BOARDMAN, OH 44512-5949 | Claim Holder Name and Address<br><br>SIMON ROOFING & SHEET METAL<br>70 KARAGO AVE<br>BOARDMAN, OH 44512-5949 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>**$10,766.30** | | Case Number:<br><br>Modified Total: | 08-35653<br><br>**$10,766.30** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$10,766.30 | | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br> | | $10,766.30 |
| Claim: 849<br>Date Filed:    12/08/2008<br>Docketed Total:    $6,155.96<br>Filing Creditor Name and Address:<br>  SNAPPING SHOALS EMC<br>  PO BOX 73<br>  COVINGTON, GA 30015-0073 | Claim Holder Name and Address<br><br>SNAPPING SHOALS EMC<br>PO BOX 73<br>COVINGTON, GA 30015-0073 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>**$6,155.96** | | Case Number:<br><br>Modified Total: | 08-35653<br><br>**$6,155.96** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$6,155.96 | | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br> | | $6,155.96 |
| Claim: 566<br>Date Filed:    12/04/2008<br>Docketed Total:    $238.00<br>Filing Creditor Name and Address:<br>  SNYDER PLUMBING CO INC<br>  1921 4TH ST<br>  BRUNSWICK, GA 31520 | Claim Holder Name and Address<br><br>SNYDER PLUMBING CO INC<br>1921 4TH ST<br>BRUNSWICK, GA 31520 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>**$238.00** | | Case Number:<br><br>Modified Total: | 08-35653<br><br>**$238.00** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$238.00 | | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br> | | $238.00 |
| Claim: 968<br>Date Filed:    12/19/2008<br>Docketed Total:    $2,433.10<br>Filing Creditor Name and Address:<br>  SPRINGFIELD UTILITY BOARD<br>  P O BOX 300<br>  SPRINGFIELD, OR 97477-0077 | Claim Holder Name and Address<br><br>SPRINGFIELD UTILITY BOARD<br>P O BOX 300<br>SPRINGFIELD, OR 97477-0077 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>**$2,433.10** | | Case Number:<br><br>Modified Total: | 08-35653<br><br>**$2,433.10** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$2,433.10 | | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br> | | $2,433.10 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 723**
Date Filed:    12/12/2008
Docketed Total:    $172.70
Filing Creditor Name and Address:
  SPRINGFIELD WATER & SEWER
  COMMISSION
  P O BOX 3688
  SPRINGFIELD, MA 01101

Claim Holder Name and Address
  SPRINGFIELD WATER & SEWER
  COMMISSION
  P O BOX 3688
  SPRINGFIELD, MA 01101

Case Number:    08-35653
Docketed Total:    $172.70

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $172.70 | | | | | |

Case Number:    08-35653
Modified Total:    $172.70

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $172.70 |

**Claim: 1042**
Date Filed:    12/09/2008
Docketed Total:    $114,643.76
Filing Creditor Name and Address:
  ST LOUIS POST DISPATCH
  900 N TUCKER BLVD
  ST LOUIS, MO 63101

Claim Holder Name and Address
  ST LOUIS POST DISPATCH
  900 N TUCKER BLVD
  ST LOUIS, MO 63101

Case Number:    08-35653
Docketed Total:    $114,643.76

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $114,643.76 | | | | | |

Case Number:    08-35653
Modified Total:    $114,643.76

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $114,643.76 |

**Claim: 1060**
Date Filed:    12/12/2008
Docketed Total:    $182.87
Filing Creditor Name and Address:
  ST PETERS, CITY OF
  P O BOX 9
  ST PETERS, MO 63376-0009

Claim Holder Name and Address
  ST PETERS, CITY OF
  P O BOX 9
  ST PETERS, MO 63376-0009

Case Number:    08-35653
Docketed Total:    $182.87

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $182.87 | | | | | |

Case Number:    08-35653
Modified Total:    $182.87

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $182.87 |

**Claim: 1232**
Date Filed:    12/18/2008
Docketed Total:    $632.00
Filing Creditor Name and Address:
  STATE OF FLORIDA DEPT OF
  BUSINESS & PROF REG
  C O OFFICE OF GENERAL
  COUNSEL
  DIVISION OF HOTELS &
  RESTAURANTS
  1940 N MONROE ST
  TALLAHASSEE, FL 32399-2202

Claim Holder Name and Address
  STATE OF FLORIDA DEPT OF
  BUSINESS & PROF REG
  C O OFFICE OF GENERAL COUNSEL
  DIVISION OF HOTELS &
  RESTAURANTS
  1940 N MONROE ST
  TALLAHASSEE, FL 32399-2202

Case Number:    08-35653
Docketed Total:    $632.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $632.00 | | | | | |

Case Number:    08-35653
Modified Total:    $632.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $632.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | | CLAIM AS MODIFIED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 615**
Date Filed:    12/08/2008
Docketed Total:    $21,846.39
Filing Creditor Name and Address:
    STATESMAN JOURNAL
    PO BOX 13009
    SALEM, OR 97309

| Claim Holder Name and Address | | Case Number: | 08-35653 |
|---|---|---|---|
| STATESMAN JOURNAL PO BOX 13009 SALEM, OR 97309 | | Docketed Total: | **$21,846.39** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $21,846.39 | | | | | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | **$21,846.39** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $21,846.39 |

---

**Claim: 883**
Date Filed:    12/10/2008
Docketed Total:    $168.75
Filing Creditor Name and Address:
    STEUBENVILLE, CITY OF
    310 MARKET ST
    UTILITY OFFICE
    STEUBENVILLE, OH 43952

| Claim Holder Name and Address | | Case Number: | 08-35653 |
|---|---|---|---|
| STEUBENVILLE, CITY OF 310 MARKET ST UTILITY OFFICE STEUBENVILLE, OH 43952 | | Docketed Total: | **$168.75** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $168.75 | | | | | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | **$168.75** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $168.75 |

---

**Claim: 451**
Date Filed:    12/01/2008
Docketed Total:    $136.20
Filing Creditor Name and Address:
    SUBURBAN EAST SALEM WATER
    DIST
    3805 LABRANCH ST SE
    SALEM, OR 97317

| Claim Holder Name and Address | | Case Number: | 08-35653 |
|---|---|---|---|
| SUBURBAN EAST SALEM WATER DIST 3805 LABRANCH ST SE SALEM, OR 97317 | | Docketed Total: | **$136.20** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $136.20 | | | | | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | **$136.20** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $136.20 |

---

**Claim: 446**
Date Filed:    12/01/2008
Docketed Total:    $48.00
Filing Creditor Name and Address:
    SUBURBAN EAST SALEM WATER
    DISTRICT
    3805 LABRANCH STREET SE
    SALEM, OR 97317

| Claim Holder Name and Address | | Case Number: | 08-35653 |
|---|---|---|---|
| SUBURBAN EAST SALEM WATER DISTRICT 3805 LABRANCH STREET SE SALEM, OR 97317 | | Docketed Total: | **$48.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $48.00 | | | | | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | **$48.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $48.00 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1190<br>Date Filed: 12/15/2008<br>Docketed Total: $98.34<br>Filing Creditor Name and Address:<br>SUMMIT TOWNSHIP SEWER AUTH<br>8890 OLD FRENCH RD<br>ERIE, PA 16509-5459 | Claim Holder Name and Address  Case Number: 08-35653<br>SUMMIT TOWNSHIP SEWER AUTH  Docketed Total: **$98.34**<br>8890 OLD FRENCH RD<br>ERIE, PA 16509-5459 | Case Number: 08-35653<br>Modified Total: **$98.34** |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$98.34 | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$98.34 |
| Claim: 153<br>Date Filed: 12/04/2008<br>Docketed Total: $7,868.07<br>Filing Creditor Name and Address:<br>SUN GAZETTE CO<br>PO BOX 728<br>252 WEST FOURTH STREET<br>WILLIAMSPORT, PA 17703-0728 | Claim Holder Name and Address  Case Number: 08-35653<br>SUN GAZETTE CO  Docketed Total: **$7,868.07**<br>PO BOX 728<br>252 WEST FOURTH STREET<br>WILLIAMSPORT, PA 17703-0728 | Case Number: 08-35653<br>Modified Total: **$7,868.07** |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$7,868.07 | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$7,868.07 |
| Claim: 1178<br>Date Filed: 12/15/2008<br>Docketed Total: $8,880.64<br>Filing Creditor Name and Address:<br>SUN, THE<br>PO BOX 271<br>YUMA, AZ 85366-0271 | Claim Holder Name and Address  Case Number: 08-35653<br>SUN, THE  Docketed Total: **$8,880.64**<br>PO BOX 271<br>YUMA, AZ 85366-0271 | Case Number: 08-35653<br>Modified Total: **$8,880.64** |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$8,880.64 | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$8,880.64 |
| Claim: 971<br>Date Filed: 12/19/2008<br>Docketed Total: $450.00<br>Filing Creditor Name and Address:<br>SYMMES TOWNSHIP<br>9323 UNION CEMETARY RD<br>SYMMES TOWNSHIP, OH<br>45140-9386 | Claim Holder Name and Address  Case Number: 08-35653<br>SYMMES TOWNSHIP  Docketed Total: **$450.00**<br>9323 UNION CEMETARY RD<br>SYMMES TOWNSHIP, OH 45140-9386 | Case Number: 08-35653<br>Modified Total: **$450.00** |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$450.00 | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$450.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 146**
Date Filed: 12/05/2008
Docketed Total: $70,308.62
Filing Creditor Name and Address:
TAMPA TRIBUNE
PO BOX 85000
MEDIA GENERAL OPERATIONS
RICHMOND, VA 23285-5000

Claim Holder Name and Address | Case Number: 08-35653
TAMPA TRIBUNE
PO BOX 85000
MEDIA GENERAL OPERATIONS
RICHMOND, VA 23285-5000
Docketed Total: $70,308.62

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $70,308.62 | | | | | |

Case Number: 08-35653
Modified Total: $70,308.62

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $70,308.62 |

**Claim: 865**
Date Filed: 12/08/2008
Docketed Total: $995.00
Filing Creditor Name and Address:
TAXTALENT COM
1459 STUART ENGALS BLVD
STE 302
MT PLEASANT, SC 29464

Claim Holder Name and Address | Case Number: 08-35653
TAXTALENT COM
1459 STUART ENGALS BLVD
STE 302
MT PLEASANT, SC 29464
Docketed Total: $995.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $995.00 | | | | | |

Case Number: 08-35653
Modified Total: $995.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $995.00 |

**Claim: 638**
Date Filed: 12/08/2008
Docketed Total: $8,576.93
Filing Creditor Name and Address:
TEMPLE DAILY TELEGRAM
PO BOX 6114
TEMPLE, TX 76503-6114

Claim Holder Name and Address | Case Number: 08-35653
TEMPLE DAILY TELEGRAM
PO BOX 6114
TEMPLE, TX 76503-6114
Docketed Total: $8,576.93

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $8,576.93 | | | | | |

Case Number: 08-35653
Modified Total: $8,576.93

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $8,576.93 |

**Claim: 11624**
Date Filed: 02/17/2009
Docketed Total: $0.00
Filing Creditor Name and Address:
TEXAS STORAGE SYSTEMS
9501 MONROE RD
HOUSTON, TX 77075-2551

Claim Holder Name and Address | Case Number: 08-35653
TEXAS STORAGE SYSTEMS
9501 MONROE RD
HOUSTON, TX 77075-2551
Docketed Total: UNL

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $0.00 | | | | | |

Case Number: 08-35653
Modified Total: $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 226<br>Date Filed: 11/28/2008<br>Docketed Total: $37,320.66<br>Filing Creditor Name and Address:<br>THE BUFFALO NEWS A DIVISION<br>OF OBH INC<br>800 RAND BUILDING<br>14 LAFAYETTE SQ<br>BUFFALO, NY 14203-1995 | Claim Holder Name and Address    Case Number: 08-35653<br><br>THE BUFFALO NEWS A DIVISION OF<br>OBH INC<br>800 RAND BUILDING<br>14 LAFAYETTE SQ<br>BUFFALO, NY 14203-1995<br><br>Docketed Total: $37,320.66<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$37,320.66                                              $37,320.66 | Case Number: 08-35653<br><br>Modified Total: $37,320.66<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                        $37,320.66 |
| Claim: 749<br>Date Filed: 12/12/2008<br>Docketed Total: $56,144.66<br>Filing Creditor Name and Address:<br>THE DALLAS MORNING NEWS<br>INC<br>PO BOX 660040<br>DALLAS, TX 75266-0040 | Claim Holder Name and Address    Case Number: 08-35653<br><br>THE DALLAS MORNING NEWS INC<br>PO BOX 660040<br>DALLAS, TX 75266-0040<br><br>Docketed Total: $56,144.66<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$56,144.66                                              $56,144.66 | Case Number: 08-35653<br><br>Modified Total: $56,144.66<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                        $56,144.66 |
| Claim: 688<br>Date Filed: 12/09/2008<br>Docketed Total: $3,487.19<br>Filing Creditor Name and Address:<br>TIMES LEADER, THE<br>200 S 4TH ST<br>MARTINS FERRY, OH 43935 | Claim Holder Name and Address    Case Number: 08-35653<br><br>TIMES LEADER, THE<br>200 S 4TH ST<br>MARTINS FERRY, OH 43935<br><br>Docketed Total: $3,487.19<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$3,487.19                                               $3,487.19 | Case Number: 08-35653<br><br>Modified Total: $3,487.19<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                        $3,487.19 |
| Claim: 869<br>Date Filed: 12/08/2008<br>Docketed Total: $7,687.44<br>Filing Creditor Name and Address:<br>TIMES PUBLISHING CO<br>PO BOX 120<br>WICHITA FALLS, TX 76307 | Claim Holder Name and Address    Case Number: 08-35653<br><br>TIMES PUBLISHING CO<br>PO BOX 120<br>WICHITA FALLS, TX 76307<br><br>Docketed Total: $7,687.44<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$7,687.44                                               $7,687.44 | Case Number: 08-35653<br><br>Modified Total: $7,687.44<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                        $7,687.44 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 792<br>Date Filed:    12/11/2008<br>Docketed Total:    $2,502.00<br>Filing Creditor Name and Address:<br>  TIMES WEST VIRGINIAN<br>  PO BOX 2530<br>  300 QUINCY ST<br>  FAIRMONT, WV 26555-2530 | Claim Holder Name and Address         Case Number:         08-35653<br><br>TIMES WEST VIRGINIAN         Docketed Total:         **$2,502.00**<br>PO BOX 2530<br>300 QUINCY ST<br>FAIRMONT, WV 26555-2530<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$2,502.00                                                                  $2,502.00 | Case Number:         08-35653<br><br>Modified Total:         **$2,502.00**<br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                           $2,502.00 |
| Claim: 1030<br>Date Filed:    12/16/2008<br>Docketed Total:    $29,761.49<br>Filing Creditor Name and Address:<br>  TIMES WORLD CORPORATION<br>  PO BOX 1951<br>  ROANOKE, VA 24008-1951 | Claim Holder Name and Address         Case Number:         08-35653<br><br>TIMES WORLD CORPORATION         Docketed Total:         **$29,761.49**<br>PO BOX 1951<br>ROANOKE, VA 24008-1951<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$29,761.49                                                                 $29,761.49 | Case Number:         08-35653<br><br>Modified Total:         **$29,761.49**<br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                           $29,761.49 |
| Claim: 166<br>Date Filed:    12/01/2008<br>Docketed Total:    $4,645.57<br>Filing Creditor Name and Address:<br>  TOLEDO EDISON<br>  6896 MILLER RD<br>  BRECKSVILLE, OH 44141 | Claim Holder Name and Address         Case Number:         08-35653<br><br>TOLEDO EDISON         Docketed Total:         **$4,645.57**<br>6896 MILLER RD<br>BRECKSVILLE, OH 44141<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$4,645.57                                                                  $4,645.57 | Case Number:         08-35653<br><br>Modified Total:         **$4,645.57**<br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                           $4,645.57 |
| Claim: 774<br>Date Filed:    12/10/2008<br>Docketed Total:    $124,115.94<br>Filing Creditor Name and Address:<br>  TRIBUNE COMPANY DBA<br>  BALTIMORE SUN<br>  435 N MICHIGAN AVE 3RD FL<br>  CHICAGO, IL 60611 | Claim Holder Name and Address         Case Number:         08-35653<br><br>TRIBUNE COMPANY DBA         Docketed Total:         **$124,115.94**<br>BALTIMORE SUN<br>435 N MICHIGAN AVE 3RD FL<br>CHICAGO, IL 60611<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$124,115.94                                                                $124,115.94 | Case Number:         08-35653<br><br>Modified Total:         **$124,115.94**<br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                           $124,115.94 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1172<br>Date Filed:  12/10/2008<br>Docketed Total:  $40,824.89<br>Filing Creditor Name and Address:<br>  TRIBUNE COMPANY DBA DAILY<br>  PRESS<br>  435 N MICHIGAN AVE 3RD FL FSC<br>  CHICAGO, IL 60611 | Claim Holder Name and Address<br><br>TRIBUNE COMPANY DBA DAILY PRESS<br>435 N MICHIGAN AVE 3RD FL FSC<br>CHICAGO, IL 60611<br><br>**Case Number:** 08-35653<br>**Docketed Total:** **$40,824.89**<br><br>503(b)(9) — Reclamation — Admin — Secured — Priority — Unsecured<br>$40,824.89 — — — — — — — — — — — — — — — — — — — — — — — — — — $40,824.89 | **Case Number:** 08-35653<br>**Modified Total:** **$40,824.89**<br><br>503(b)(9) — Reclamation — Admin — Secured — Priority — Unsecured<br>$40,824.89 |
| Claim: 772<br>Date Filed:  12/10/2008<br>Docketed Total:  $262,766.50<br>Filing Creditor Name and Address:<br>  TRIBUNE COMPANY DBA<br>  NEWSDAY<br>  435 N MICHIGAN AVE 3RD FL<br>  CHICAGO, IL 60611 | Claim Holder Name and Address<br><br>TRIBUNE COMPANY DBA NEWSDAY<br>435 N MICHIGAN AVE 3RD FL<br>CHICAGO, IL 60611<br><br>**Case Number:** 08-35653<br>**Docketed Total:** **$262,766.50**<br><br>503(b)(9) — Reclamation — Admin — Secured — Priority — Unsecured<br>$262,766.50 — — — — — — — — — — — — — — — — — — — — — — — — $262,766.50 | **Case Number:** 08-35653<br>**Modified Total:** **$262,766.50**<br><br>503(b)(9) — Reclamation — Admin — Secured — Priority — Unsecured<br>$262,766.50 |
| Claim: 773<br>Date Filed:  12/10/2008<br>Docketed Total:  $79,340.52<br>Filing Creditor Name and Address:<br>  TRIBUNE COMPANY DBA<br>  ORLANDO SENTINEL<br>  435 N MICHIGAN AVE 3RD FL<br>  CHICAGO, IL 60611 | Claim Holder Name and Address<br><br>TRIBUNE COMPANY DBA ORLANDO SENTINEL<br>435 N MICHIGAN AVE 3RD FL<br>CHICAGO, IL 60611<br><br>**Case Number:** 08-35653<br>**Docketed Total:** **$79,340.52**<br><br>503(b)(9) — Reclamation — Admin — Secured — Priority — Unsecured<br>$79,340.52 — — — — — — — — — — — — — — — — — — — — — — — — $79,340.52 | **Case Number:** 08-35653<br>**Modified Total:** **$79,340.52**<br><br>503(b)(9) — Reclamation — Admin — Secured — Priority — Unsecured<br>$79,340.52 |
| Claim: 1173<br>Date Filed:  12/10/2008<br>Docketed Total:  $95,731.94<br>Filing Creditor Name and Address:<br>  TRIBUNE COMPANY DBA SUN<br>  SENTINEL<br>  435 N MICHIGAN AVE 3RD FL FSC<br>  CHICAGO, IL 60611 | Claim Holder Name and Address<br><br>TRIBUNE COMPANY DBA SUN SENTINEL<br>435 N MICHIGAN AVE 3RD FL FSC<br>CHICAGO, IL 60611<br><br>**Case Number:** 08-35653<br>**Docketed Total:** **$95,731.94**<br><br>503(b)(9) — Reclamation — Admin — Secured — Priority — Unsecured<br>$95,731.94 — — — — — — — — — — — — — — — — — — — — — — — — $95,731.94 | **Case Number:** 08-35653<br>**Modified Total:** **$95,731.94**<br><br>503(b)(9) — Reclamation — Admin — Secured — Priority — Unsecured<br>$95,731.94 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 1039<br>Date Filed:    12/19/2008<br>Docketed Total:    $3,258.69<br>Filing Creditor Name and Address:<br>   TUCSON ELECTRIC POWER<br>   COMPANY<br>   SENIOR LEGAL COUNSEL<br>   ONE SOUTH CHURCH AVE STE<br>   100<br>   TUCSON, AZ 85701 | Claim Holder Name and Address<br><br>TUCSON ELECTRIC POWER<br>COMPANY<br>SENIOR LEGAL COUNSEL<br>ONE SOUTH CHURCH AVE STE 100<br>TUCSON, AZ 85701 | Case Number:    08-35653<br><br>Docketed Total:    **$3,258.69** | | Case Number:    08-35653<br><br>Modified Total:    **$3,258.69** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$3,258.69 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$3,258.69 | |
| Claim: 1040<br>Date Filed:    12/19/2008<br>Docketed Total:    $5,058.91<br>Filing Creditor Name and Address:<br>   TUCSON ELECTRIC POWER<br>   COMPANY<br>   SENIOR LEGAL COUNSEL<br>   ONE SOUTH CHURCH AVE STE<br>   100<br>   TUCSON, AZ 85701 | Claim Holder Name and Address<br><br>TUCSON ELECTRIC POWER<br>COMPANY<br>SENIOR LEGAL COUNSEL<br>ONE SOUTH CHURCH AVE STE 100<br>TUCSON, AZ 85701 | Case Number:    08-35654<br><br>Docketed Total:    **$5,058.91** | | Case Number:    08-35654<br><br>Modified Total:    **$5,058.91** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$5,058.91 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$5,058.91 | |
| Claim: 606<br>Date Filed:    12/04/2008<br>Docketed Total:    $20,757.60<br>Filing Creditor Name and Address:<br>   TUCSON NEWSPAPERS<br>   4850 S PARK AVE<br>   TUCSON, AZ 85714 | Claim Holder Name and Address<br><br>TUCSON NEWSPAPERS<br>4850 S PARK AVE<br>TUCSON, AZ 85714 | Case Number:    08-35653<br><br>Docketed Total:    **$20,757.60** | | Case Number:    08-35653<br><br>Modified Total:    **$20,757.60** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$20,757.60 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$20,757.60 | |
| Claim: 1419<br>Date Filed:    12/18/2008<br>Docketed Total:    $21,568.93<br>Filing Creditor Name and Address:<br>   TULSA WORLD<br>   PO BOX 22129<br>   TULSA, OK 74121-2129 | Claim Holder Name and Address<br><br>TULSA WORLD<br>PO BOX 22129<br>TULSA, OK 74121-2129 | Case Number:    08-35653<br><br>Docketed Total:    **$21,568.93** | | Case Number:    08-35653<br><br>Modified Total:    **$21,568.93** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$21,568.93 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$21,568.93 | |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1708**
Date Filed: 12/19/2008
Docketed Total: $6,557.91
Filing Creditor Name and Address:
TURLOCK IRRIGATION DISTRICT
P O BOX 819007
TURLOCK, CA 95381-9007

Claim Holder Name and Address — Case Number: 08-35653
TURLOCK IRRIGATION DISTRICT
P O BOX 819007
TURLOCK, CA 95381-9007
Docketed Total: $6,557.91

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $6,557.91 | | | | | |

Case Number: 08-35653
Modified Total: $6,557.91

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $6,557.91 |

**Claim: 1168**
Date Filed: 12/10/2008
Docketed Total: $134,658.28
Filing Creditor Name and Address:
UNION TRIBUNE PUBLISHING
PO BOX 121546
SAN DIEGO, CA 921125546

Claim Holder Name and Address — Case Number: 08-35654
UNION TRIBUNE PUBLISHING
PO BOX 121546
SAN DIEGO, CA 921125546
Docketed Total: $134,658.28

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $134,658.28 | | | | | |

Case Number: 08-35654
Modified Total: $134,658.28

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $134,658.28 |

**Claim: 668**
Date Filed: 12/08/2008
Docketed Total: $12,289.09
Filing Creditor Name and Address:
UNITED ILLUMINATING
PO BOX 9230
CHELSEA, MA 02150-9230

Claim Holder Name and Address — Case Number: 08-35653
UNITED ILLUMINATING
PO BOX 9230
CHELSEA, MA 02150-9230
Docketed Total: $12,289.09

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $12,289.09 | | | | | |

Case Number: 08-35653
Modified Total: $12,289.09

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $12,289.09 |

**Claim: 669**
Date Filed: 12/08/2008
Docketed Total: $15,647.04
Filing Creditor Name and Address:
UNITED ILLUMINATING
PO BOX 9230
CHELSEA, MA 02150-9230

Claim Holder Name and Address — Case Number: 08-35653
UNITED ILLUMINATING
PO BOX 9230
CHELSEA, MA 02150-9230
Docketed Total: $15,647.04

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $15,647.04 | | | | | |

Case Number: 08-35653
Modified Total: $15,647.04

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $15,647.04 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 670<br>Date Filed:    12/08/2008<br>Docketed Total:    $9,047.77<br>Filing Creditor Name and Address:<br>UNITED ILLUMINATING<br>PO BOX 9230<br>CHELSEA, MA 02150-9230 | Claim Holder Name and Address<br><br>UNITED ILLUMINATING<br>PO BOX 9230<br>CHELSEA, MA 02150-9230<br><br>Case Number:    08-35653<br>Docketed Total:    **$9,047.77**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$9,047.77                                                                                $9,047.77 | Case Number:    08-35653<br>Modified Total:    **$9,047.77**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                                                    $9,047.77 |
| Claim: 1035<br>Date Filed:    12/08/2008<br>Docketed Total:    $8,266.60<br>Filing Creditor Name and Address:<br>UNITED ILLUMINATING<br>PO BOX 9230<br>CHELSEA, MA 02150-9230 | Claim Holder Name and Address<br><br>UNITED ILLUMINATING<br>PO BOX 9230<br>CHELSEA, MA 02150-9230<br><br>Case Number:    08-35653<br>Docketed Total:    **$8,266.60**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$8,266.60                                                                                $8,266.60 | Case Number:    08-35653<br>Modified Total:    **$8,266.60**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                                                    $8,266.60 |
| Claim: 957<br>Date Filed:    12/19/2008<br>Docketed Total:    $5,728.76<br>Filing Creditor Name and Address:<br>UNITED POWER<br>P O BOX 929<br>BRIGHTON, CO 80601-0929 | Claim Holder Name and Address<br><br>UNITED POWER<br>P O BOX 929<br>BRIGHTON, CO 80601-0929<br><br>Case Number:    08-35653<br>Docketed Total:    **$5,728.76**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$5,728.76                                                                                $5,728.76 | Case Number:    08-35653<br>Modified Total:    **$5,728.76**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                                                    $5,728.76 |
| Claim: 1206<br>Date Filed:    12/17/2008<br>Docketed Total:    $14,043.37<br>Filing Creditor Name and Address:<br>UNITIL<br>PO BOX 2013<br>CONCORD, NH 03302-2013 | Claim Holder Name and Address<br><br>UNITIL<br>PO BOX 2013<br>CONCORD, NH 03302-2013<br><br>Case Number:    08-35653<br>Docketed Total:    **$14,043.37**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$14,043.37                                                                              $14,043.37 | Case Number:    08-35653<br>Modified Total:    **$14,043.37**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                                                    $14,043.37 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 2029**
Date Filed:    12/30/2008
Docketed Total:    $793.76
Filing Creditor Name and Address:
  VANGUARD STRIPING
  538 E 17TH CIR
  LA CENTER, WA 98629

| | Claim Holder Name and Address | | Case Number: | 08-35653 | | | Case Number: | 08-35653 |
|---|---|---|---|---|---|---|---|---|
| | VANGUARD STRIPING | | Docketed Total: | **$793.76** | | | Modified Total: | **$793.76** |
| | 538 E 17TH CIR | | | | | | | |
| | LA CENTER, WA 98629 | | | | | | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| | $793.76 | | | | | | | | | | | $793.76 |

**Claim: 927**
Date Filed:    12/16/2008
Docketed Total:    $44,578.91
Filing Creditor Name and Address:
  VENTURA COUNTY STAR
  PO BOX 4899
  PORTLAND, OR 97208-4899

| | Claim Holder Name and Address | Case Number: | 08-35653 | Case Number: | 08-35653 |
|---|---|---|---|---|---|
| | VENTURA COUNTY STAR | Docketed Total: | **$44,578.91** | Modified Total: | **$44,578.91** |
| | PO BOX 4899 | | | | |
| | PORTLAND, OR 97208-4899 | | | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| | $44,578.91 | | | | | | | | | | | $44,578.91 |

**Claim: 150**
Date Filed:    12/05/2008
Docketed Total:    $26,804.57
Filing Creditor Name and Address:
  VERO BEACH, CITY OF
  PO BOX 1180
  UTILITIES
  VERO BEACH, FL 32961-1180

| | Claim Holder Name and Address | Case Number: | 08-35653 | Case Number: | 08-35653 |
|---|---|---|---|---|---|
| | VERO BEACH, CITY OF | Docketed Total: | **$26,804.57** | Modified Total: | **$26,804.57** |
| | PO BOX 1180 | | | | |
| | UTILITIES | | | | |
| | VERO BEACH, FL 32961-1180 | | | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| | $26,804.57 | | | | | | | | | | | $26,804.57 |

**Claim: 786**
Date Filed:    12/11/2008
Docketed Total:    $6,820.08
Filing Creditor Name and Address:
  VISUAL DEFENCE INC
  PO BOX 933294
  ATLANTA, GA 31193-3294

| | Claim Holder Name and Address | Case Number: | 08-35660 | Case Number: | 08-35660 |
|---|---|---|---|---|---|
| | VISUAL DEFENCE INC | Docketed Total: | **$6,820.08** | Modified Total: | **$6,820.08** |
| | PO BOX 933294 | | | | |
| | ATLANTA, GA 31193-3294 | | | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| | $6,820.08 | | | | | | | | | | | $6,820.08 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1444<br>Date Filed:    12/01/2008<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address:<br>  WAAY<br>  1000 MONTE SANO BLVD<br>  HUNTSVILLE, AL 35801 | Claim Holder Name and Address          Case Number:          08-35653<br><br>WAAY                              Docketed Total:          UNL<br>1000 MONTE SANO BLVD<br>HUNTSVILLE, AL 35801<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$0.00 | Case Number:          08-35653<br><br>Modified Total:          $0.00<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$0.00 |
| Claim: 1079<br>Date Filed:    12/19/2008<br>Docketed Total:    $2,899.70<br>Filing Creditor Name and Address:<br>  WALNUT VALLEY WATER<br>  DISTRICT<br>  271 SOUTH BREA CANYON ROAD<br>  WALNUT, CA 91789 | Claim Holder Name and Address          Case Number:          08-35653<br><br>WALNUT VALLEY WATER DISTRICT    Docketed Total:          $2,899.70<br>271 SOUTH BREA CANYON ROAD<br>WALNUT, CA 91789<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$2,899.70 | Case Number:          08-35653<br><br>Modified Total:          $2,899.70<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$2,899.70 |
| Claim: 1179<br>Date Filed:    12/15/2008<br>Docketed Total:    $9,214.63<br>Filing Creditor Name and Address:<br>  WATERBURY REPUBLICAN<br>  AMERICA<br>  PO BOX 2090<br>  WATERBURY, CT 067222090 | Claim Holder Name and Address          Case Number:          08-35653<br><br>WATERBURY REPUBLICAN          Docketed Total:          $9,214.63<br>AMERICA<br>PO BOX 2090<br>WATERBURY, CT 067222090<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$9,214.63 | Case Number:          08-35653<br><br>Modified Total:          $9,214.63<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$9,214.63 |
| Claim: 1160<br>Date Filed:    12/08/2008<br>Docketed Total:    $12,495.00<br>Filing Creditor Name and Address:<br>  WBAL TV11<br>  PO BOX 73175<br>  BALTIMORE, MD 21273 | Claim Holder Name and Address          Case Number:          08-35653<br><br>WBAL TV11                        Docketed Total:          $12,495.00<br>PO BOX 73175<br>BALTIMORE, MD 21273<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$12,495.00 | Case Number:          08-35653<br><br>Modified Total:          $12,495.00<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$12,495.00 |

\*        "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 802<br>Date Filed:   12/11/2008<br>Docketed Total:   $4,721.75<br>Filing Creditor Name and Address:<br>    WBBH<br>    PO BOX 7578<br>    FT MYERS, FL 33911-7578 | Claim Holder Name and Address<br><br>WBBH<br>PO BOX 7578<br>FT MYERS, FL 33911-7578 | Case Number:   08-35653<br><br>Docketed Total:   **$4,721.75** | | Case Number:   08-35653<br><br>Modified Total:   **$4,721.75** |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$4,721.75 | | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$4,721.75 | |
| Claim: 663<br>Date Filed:   12/08/2008<br>Docketed Total:   $6,056.25<br>Filing Creditor Name and Address:<br>    WBFF<br>    2000 W 41ST ST<br>    BALTIMORE, MD 21211 | Claim Holder Name and Address<br><br>WBFF<br>2000 W 41ST ST<br>BALTIMORE, MD 21211 | Case Number:   08-35653<br><br>Docketed Total:   **$6,056.25** | | Case Number:   08-35653<br><br>Modified Total:   **$6,056.25** |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$6,056.25 | | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$6,056.25 | $0.00 |
| Claim: 1155<br>Date Filed:   12/08/2008<br>Docketed Total:   $7,890.02<br>Filing Creditor Name and Address:<br>    WBLS FM<br>    3 PARK AVE 41ST FL<br>    NEW YORK, NY 10016 | Claim Holder Name and Address<br><br>WBLS FM<br>3 PARK AVE 41ST FL<br>NEW YORK, NY 10016 | Case Number:   08-35653<br><br>Docketed Total:   **$7,890.02** | | Case Number:   08-35653<br><br>Modified Total:   **$7,890.02** |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$7,890.02 | | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$7,890.02 | |
| Claim: 1008<br>Date Filed:   12/17/2008<br>Docketed Total:   $3,514.75<br>Filing Creditor Name and Address:<br>    WBTJ FM<br>    PO BOX 402584<br>    CLEAR CHANNEL<br>    BROADCASTING<br>    ATLANTA, GA 30384-2584 | Claim Holder Name and Address<br><br>WBTJ FM<br>PO BOX 402584<br>CLEAR CHANNEL BROADCASTING<br>ATLANTA, GA 30384-2584 | Case Number:   08-35653<br><br>Docketed Total:   **$3,514.75** | | Case Number:   08-35653<br><br>Modified Total:   **$3,514.75** |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$3,514.75 | | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$3,514.75 | |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1218<br>Date Filed:  12/17/2008<br>Docketed Total:  $35,275.00<br>Filing Creditor Name and Address:<br>  WCVB<br>  5 TV PL<br>  NEEDHAM, MA 02494 | Claim Holder Name and Address        Case Number:        08-35653<br>WCVB        Docketed Total:        **$35,275.00**<br>5 TV PL<br>NEEDHAM, MA 02494<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$35,275.00                                                    $35,275.00 | Case Number:        08-35653<br><br>Modified Total:        **$35,275.00**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                              $35,275.00 |
| Claim: 978<br>Date Filed:  12/16/2008<br>Docketed Total:  $9,018.50<br>Filing Creditor Name and Address:<br>  WDCW TV<br>  22264 COLLECTIONS CENTER DR<br>  CHICAGO, IL 60693 | Claim Holder Name and Address        Case Number:        08-35653<br>WDCW TV        Docketed Total:        **$9,018.50**<br>22264 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$9,018.50                                                    $9,018.50 | Case Number:        08-35653<br><br>Modified Total:        **$9,018.50**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                              $9,018.50 |
| Claim: 1144<br>Date Filed:  12/16/2008<br>Docketed Total:  $142.72<br>Filing Creditor Name and Address:<br>  WEST JORDAN, CITY OF<br>  8000 S REDWOOD RD<br>  WEST JORDAN, UT 84088 | Claim Holder Name and Address        Case Number:        08-35653<br>WEST JORDAN, CITY OF        Docketed Total:        **$142.72**<br>8000 S REDWOOD RD<br>WEST JORDAN, UT 84088<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$142.72                                                    $142.72 | Case Number:        08-35653<br><br>Modified Total:        **$142.72**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                              $142.72 |
| Claim: 759<br>Date Filed:  12/12/2008<br>Docketed Total:  $26,435.00<br>Filing Creditor Name and Address:<br>  WHDH TV INC<br>  7 BULFINCH PLACE<br>  BOSTON, MA 02114-2977 | Claim Holder Name and Address        Case Number:        08-35653<br>WHDH TV INC        Docketed Total:        **$26,435.00**<br>7 BULFINCH PLACE<br>BOSTON, MA 02114-2977<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$26,435.00                                                    $26,435.00 | Case Number:        08-35653<br><br>Modified Total:        **$26,435.00**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                              $26,435.00 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 586<br>Date Filed: 12/04/2008<br>Docketed Total: $2,799.99<br>Filing Creditor Name and Address:<br>WHPT<br>11300 4TH ST N<br>STE 318<br>ST PETERSBURG, FL 33716 | Claim Holder Name and Address<br>WHPT<br>11300 4TH ST N<br>STE 318<br>ST PETERSBURG, FL 33716 | Case Number: 08-35653<br>Docketed Total: $2,799.99 | | | | | | Case Number: 08-35653<br>Modified Total: $2,799.99 | | | | |
| | 503(b)(9)<br>$2,799.99 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$2,799.99 |
| Claim: 803<br>Date Filed: 12/11/2008<br>Docketed Total: $10,561.16<br>Filing Creditor Name and Address:<br>WINCHESTER STAR, THE<br>2 NORTH KENT STREET<br>WINCHESTER, VA 22601-5098 | Claim Holder Name and Address<br>WINCHESTER STAR, THE<br>2 NORTH KENT STREET<br>WINCHESTER, VA 22601-5098 | Case Number: 08-35653<br>Docketed Total: $10,561.16 | | | | | | Case Number: 08-35653<br>Modified Total: $10,561.16 | | | | |
| | 503(b)(9)<br>$10,561.16 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$10,561.16 |
| Claim: 947<br>Date Filed: 12/19/2008<br>Docketed Total: $28,179.20<br>Filing Creditor Name and Address:<br>WINSTON SALEM JOURNAL<br>PO BOX 26549<br>RICHMOND, VA 23261-6549 | Claim Holder Name and Address<br>WINSTON SALEM JOURNAL<br>PO BOX 26549<br>RICHMOND, VA 23261-6549 | Case Number: 08-35653<br>Docketed Total: $28,179.20 | | | | | | Case Number: 08-35653<br>Modified Total: $28,179.20 | | | | |
| | 503(b)(9)<br>$28,179.20 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$28,179.20 |
| Claim: 1462<br>Date Filed: 12/16/2008<br>Docketed Total: $4,148.00<br>Filing Creditor Name and Address:<br>WJZY TV<br>PO BOX 60953<br>CHARLOTTE, NC 28260 | Claim Holder Name and Address<br>WJZY TV<br>PO BOX 60953<br>CHARLOTTE, NC 28260 | Case Number: 08-35653<br>Docketed Total: $4,148.00 | | | | | | Case Number: 08-35653<br>Modified Total: $4,148.00 | | | | |
| | 503(b)(9)<br>$4,148.00 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$4,148.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 845<br>Date Filed: 12/15/2008<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>WKGR FM<br>3071 CONTINENTAL DR<br>W PALM BEACH, FL 33407 | Claim Holder Name and Address<br>WKGR FM<br>3071 CONTINENTAL DR<br>W PALM BEACH, FL 33407<br><br>Case Number: 08-35653<br>Docketed Total: UNL<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$0.00 | Case Number: 08-35653<br>Modified Total: $0.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$0.00 |
| Claim: 815<br>Date Filed: 12/12/2008<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>WKYC TV<br>1333 LAKESIDE AVE E<br>CLEVELAND, OH 44114 | Claim Holder Name and Address<br>WKYC TV<br>1333 LAKESIDE AVE E<br>CLEVELAND, OH 44114<br><br>Case Number: 08-35653<br>Docketed Total: UNL<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$0.00 | Case Number: 08-35653<br>Modified Total: $0.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$0.00 |
| Claim: 464<br>Date Filed: 12/01/2008<br>Docketed Total: $20,910.00<br>Filing Creditor Name and Address:<br>WLS TV<br>13213 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 | Claim Holder Name and Address<br>WLS TV<br>13213 COLLECTIONS CTR DR<br>CHICAGO, IL 60693<br><br>Case Number: 08-35653<br>Docketed Total: $20,910.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$20,910.00 | Case Number: 08-35653<br>Modified Total: $20,910.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$20,910.00 |
| Claim: 736<br>Date Filed: 12/12/2008<br>Docketed Total: $16,022.50<br>Filing Creditor Name and Address:<br>WLVI TV<br>7 BULFINCH PLACE<br>BOSTON, MA 02114-2977 | Claim Holder Name and Address<br>WLVI TV<br>7 BULFINCH PLACE<br>BOSTON, MA 02114-2977<br><br>Case Number: 08-35653<br>Docketed Total: $16,022.50<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$16,022.50 | Case Number: 08-35653<br>Modified Total: $16,022.50<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$16,022.50 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 1216<br>Date Filed: 12/17/2008<br>Docketed Total: $10,540.00<br>Filing Creditor Name and Address:<br>WMUR<br>PO BOX 845819<br>BOSTON, MA 02284-5819 | Claim Holder Name and Address<br>WMUR<br>PO BOX 845819<br>BOSTON, MA 02284-5819 | Case Number: 08-35653<br>Docketed Total: $10,540.00 | | Case Number: 08-35653<br>Modified Total: $10,540.00 |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$10,540.00 | | | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$10,540.00 |
| Claim: 1469<br>Date Filed: 12/16/2008<br>Docketed Total: $369.75<br>Filing Creditor Name and Address:<br>WMYT TV<br>PO BOX 60953<br>CHARLOTTE, NC 28260 | Claim Holder Name and Address<br>WMYT TV<br>PO BOX 60953<br>CHARLOTTE, NC 28260 | Case Number: 08-35653<br>Docketed Total: $369.75 | | Case Number: 08-35653<br>Modified Total: $369.75 |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$369.75 | | | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$369.75 |
| Claim: 1162<br>Date Filed: 12/08/2008<br>Docketed Total: $5,397.50<br>Filing Creditor Name and Address:<br>WNUV TV<br>2000 W 41ST ST<br>BALTIMORE, MD 21211-1420 | Claim Holder Name and Address<br>WNUV TV<br>2000 W 41ST ST<br>BALTIMORE, MD 21211-1420 | Case Number: 08-35653<br>Docketed Total: $5,397.50 | | Case Number: 08-35653<br>Modified Total: $5,397.50 |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$5,397.50 | | | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$5,397.50 |
| Claim: 11720<br>Date Filed: 03/09/2009<br>Docketed Total: $61,626.00<br>Filing Creditor Name and Address:<br>WPIX TV<br>220 E 42ND ST<br>NEW YORK, NY 10017 | Claim Holder Name and Address<br>WPIX TV<br>220 E 42ND ST<br>NEW YORK, NY 10017 | Case Number: 08-35653<br>Docketed Total: $61,626.00 | | Case Number: 08-35653<br>Modified Total: $61,626.00 |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$61,626.00 | | | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$61,626.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 1091<br>Date Filed: 12/19/2008<br>Docketed Total: $62,092.50<br>Filing Creditor Name and Address:<br>WPIX TV<br>PO BOX 13831<br>NEWARK, NJ 071880831 | Claim Holder Name and Address<br><br>WPIX TV<br>PO BOX 13831<br>NEWARK, NJ 071880831 | Case Number: 08-35653<br><br>Docketed Total: **$62,092.50** | | Case Number: 08-35653<br><br>Modified Total: **$62,092.50** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$62,092.50 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$62,092.50 | |
| Claim: 1057<br>Date Filed: 12/15/2008<br>Docketed Total: $33,579.25<br>Filing Creditor Name and Address:<br>WPLG TV<br>PO BOX 864162<br>ORLANDO, FL 32886-4162 | Claim Holder Name and Address<br><br>WPLG TV<br>PO BOX 864162<br>ORLANDO, FL 32886-4162 | Case Number: 08-35653<br><br>Docketed Total: **$33,579.25** | | Case Number: 08-35653<br><br>Modified Total: **$33,579.25** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$33,579.25 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$33,579.25 | |
| Claim: 672<br>Date Filed: 12/08/2008<br>Docketed Total: $5,163.75<br>Filing Creditor Name and Address:<br>WPMT TV<br>15247 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | Claim Holder Name and Address<br><br>WPMT TV<br>15247 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | Case Number: 08-35653<br><br>Docketed Total: **$5,163.75** | | Case Number: 08-35653<br><br>Modified Total: **$5,163.75** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$5,163.75 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$5,163.75 | |
| Claim: 11816<br>Date Filed: 03/20/2009<br>Docketed Total: $5,877.75<br>Filing Creditor Name and Address:<br>WPMT TV<br>15247 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | Claim Holder Name and Address<br><br>WPMT TV<br>15247 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | Case Number: 08-35653<br><br>Docketed Total: **$5,877.75** | | Case Number: 08-35653<br><br>Modified Total: **$5,877.75** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$5,877.75 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$5,877.75 | |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 567<br>Date Filed:    12/04/2008<br>Docketed Total:    $12,700.00<br>Filing Creditor Name and Address:<br>WTMX FM<br>PO BOX 811100<br>CHICAGO, IL 60681-1100 | Claim Holder Name and Address<br><br>WTMX FM<br>PO BOX 811100<br>CHICAGO, IL 60681-1100 | Case Number:    08-35653<br><br>Docketed Total:    **$12,700.00** | | Case Number:    08-35653<br><br>Modified Total:    **$12,700.00** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$12,700.00 | | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$12,700.00 |
| Claim: 1441<br>Date Filed:    12/17/2008<br>Docketed Total:    $5,814.00<br>Filing Creditor Name and Address:<br>WTVR FM<br>PO BOX 402584<br>CLEAR CHANNEL<br>BROADCASTING INC<br>ATLANTA, GA 30384-2584 | Claim Holder Name and Address<br><br>WTVR FM<br>PO BOX 402584<br>CLEAR CHANNEL BROADCASTING<br>INC<br>ATLANTA, GA 30384-2584 | Case Number:    08-35653<br><br>Docketed Total:    **$5,814.00** | | Case Number:    08-35653<br><br>Modified Total:    **$5,814.00** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$5,814.00 | | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$5,814.00 |
| Claim: 1412<br>Date Filed:    12/18/2008<br>Docketed Total:    $23,141.25<br>Filing Creditor Name and Address:<br>WTVT TV<br>NEW WORLD<br>COMMUNICATIONS INC<br>PO BOX 100535<br>ATLANTA, GA 30384-0535 | Claim Holder Name and Address<br><br>WTVT TV<br>NEW WORLD COMMUNICATIONS<br>INC<br>PO BOX 100535<br>ATLANTA, GA 30384-0535 | Case Number:    08-35653<br><br>Docketed Total:    **$23,141.25** | | Case Number:    08-35653<br><br>Modified Total:    **$23,141.25** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$23,141.25 | | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$23,141.25 |
| Claim: 152<br>Date Filed:    12/05/2008<br>Docketed Total:    $1,863.75<br>Filing Creditor Name and Address:<br>WTVZ TV<br>900 GRANBY ST<br>NORFOLK, VA 23510 | Claim Holder Name and Address<br><br>WTVZ TV<br>900 GRANBY ST<br>NORFOLK, VA 23510 | Case Number:    08-35653<br><br>Docketed Total:    **$1,863.75** | | Case Number:    08-35653<br><br>Modified Total:    **$1,863.75** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,863.75 | | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,863.75 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| Claim: 11807<br>Date Filed: 03/20/2009<br>Docketed Total: $8,126.00<br>Filing Creditor Name and Address:<br>WWBT INC<br>PO BOX 12<br>RICHMOND, VA 23218 | Claim Holder Name and Address<br>WWBT INC<br>PO BOX 12<br>RICHMOND, VA 23218 | Case Number: 08-35653<br>Docketed Total: $8,126.00 | | | Case Number: 08-35653<br>Modified Total: $8,126.00 | |
| | 503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$8,126.00 | | | 503(b)(9) Reclamation Admin Secured Priority Unsecured | | $8,126.00 |
| Claim: 1055<br>Date Filed: 12/15/2008<br>Docketed Total: $2,663.97<br>Filing Creditor Name and Address:<br>WYOMING TRIBUNE EAGLE<br>702 W LINCOLNWAY<br>CHEYENNE, WY 82001-4397 | Claim Holder Name and Address<br>WYOMING TRIBUNE EAGLE<br>702 W LINCOLNWAY<br>CHEYENNE, WY 82001-4397 | Case Number: 08-35653<br>Docketed Total: $2,663.97 | | | Case Number: 08-35653<br>Modified Total: $2,663.97 | |
| | 503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$2,663.97 | | | 503(b)(9) Reclamation Admin Secured Priority Unsecured | | $2,663.97 |
| Claim: 797<br>Date Filed: 12/11/2008<br>Docketed Total: $75.05<br>Filing Creditor Name and Address:<br>WYOMING, STATE OF<br>2101 ONEIL AVE RM 101<br>WYOMING CITY CLERKS OFFICE<br>CHEYENNE, WY 82001 | Claim Holder Name and Address<br>WYOMING, STATE OF<br>2101 ONEIL AVE RM 101<br>WYOMING CITY CLERKS OFFICE<br>CHEYENNE, WY 82001 | Case Number: 08-35653<br>Docketed Total: $75.05 | | | Case Number: 08-35653<br>Modified Total: $75.05 | |
| | 503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$75.05 | | | 503(b)(9) Reclamation Admin Secured Priority Unsecured | | $75.05 |
| Claim: 796<br>Date Filed: 12/11/2008<br>Docketed Total: $1,479.00<br>Filing Creditor Name and Address:<br>WZVN<br>PO BOX 7087<br>FORT MYERS, FL 33911-7087 | Claim Holder Name and Address<br>WZVN<br>PO BOX 7087<br>FORT MYERS, FL 33911-7087 | Case Number: 08-35653<br>Docketed Total: $1,479.00 | | | Case Number: 08-35653<br>Modified Total: $1,479.00 | |
| | 503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$1,479.00 | | | 503(b)(9) Reclamation Admin Secured Priority Unsecured | | $1,479.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| | | Total Claims To Be Modified: 347 |
| | | Total Amount As Docketed:    $7,721,009.51 |
| | | Total Amount As Modified:    $7,721,009.51 |

\*    "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7        User: jafarbayj       Page 1 of 1          Date Rcvd: Jul 08, 2009
Case: 08-35653              Form ID: pdforder     Total Noticed: 1

The following entities were noticed by first class mail on Jul 10, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2009**                    **Signature:**