| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - - x
In re:                          :  Chapter 11
                                :
CIRCUIT CITY STORES, INC., et   :  Case No. 08-35653 (KRH)
al.,                            :
                                :
          Debtors.              :
                                x  Jointly Administered
- - - - - - - - - - - - - - - -
```

**STIPULATION AND CONSENT ORDER WITHDRAWING
THE DEBTORS' OBJECTION TO THE ORANGE COUNTY
TREASURER-TAX COLLECTOR'S CLAIM WITHOUT PREJUDICE**

Circuit City Stores, Inc. and the above-referenced debtors and debtors in possession jointly administered under Case No. 08-35653 (collectively, the "Debtors")[1] and the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC

Orange County Treasurer-Tax Collector (the "Claimant") have stipulated and agreed to the terms and conditions set forth below:

### RECITALS

WHEREAS, on November 10, 2008, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code.  Pursuant to an order of the Court signed on November 10, 2008, the Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered under Case No. 08-35653;

WHEREAS, on February 4, 2009, the Claimant filed claim number 11242 ("Claim No. 11242") in the amount of $112,356.55;

WHEREAS, on March 27, 2009, the Debtors filed their Second Omnibus Objection to Certain Late 503(b)(9) Claims (the "Objection"), which objected to, among other claims, Claim No. 11242;

WHEREAS, on April 29, 2009, the Claimant filed its

---

Distribution Company of Virginia, Inc. (2821), Circuit City Proper
ties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising
Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp.
(0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116),
Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City
Stores PR, LLC (5512). The address for Circuit City Stores West Coast,
Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all
other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia
23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia
23060.

2

Response to Debtors' Second Omnibus Objection to Certain Late 503(b)(9) Claims asserting that Claim No. 11242 was for postpetition taxes under 11 U.S.C. § 503(b)(1)(B) and not under 11 U.S.C. § 503(b)(9).

STIPULATION

1. The Debtors and the Claimant stipulate and agree that the Debtors hereby withdraw their Objection solely as to Claim No. 11242; provided, however, it is wholly without prejudice to the Debtors' rights and abilities to object to Claim No. 11242 on any grounds or bases at any time.

2. The Court shall retain jurisdiction over all matters or disputes concerning this Stipulation and Consent Order.

Dated:    Richmond, Virginia
          July __, 2009

Jul 7 2009

/s/ Kevin R. Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:  7/8/09

3

```
WE ASK FOR THIS:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

MCGUIREWOODS LLP

 /s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000
```

*Counsel for Debtors and Debtors in Possession*

```
     and

 /s/ Laurie A. Shade
Laurie A. Shade
Office of the Orange County Counsel
333 W. Santa Ana Blvd., Suite 407
Santa Ana, California 92702-1379
(714) 834-6297
```

*Counsel for the Orange County California Treasurer-Tax Collector*

4

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                  /s/ Douglas M. Foley
                                  Douglas M. Foley

\9466168.1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: jafarbayj            Page 1 of 1                Date Rcvd: Jul 08, 2009
Case: 08-35653                 Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Jul 10, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                   TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2009**              **Signature:** _Joseph Speetjens_