John G. McJunkin, Esquire (Va. Bar No. 31011)
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 496-7312
Facsimile: (202) 496-7094

Attorneys for SimpleTech by Hitachi Global Storage
Technologies, f/k/a SimpleTech, a Fabrik Company

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | | |
|---|---|---|
| **In re:** | * | **Chapter 11** |
| | * | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | * | **Case No. 08-35653 (KRH)** |
| | * | |
| **Debtors.** | * | **(Joint Administration Pending)** |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING MOTION FOR ADMISSION
PRO HAC VICE OF LEI LEI WANG EKVALL**

The matter came before the Court upon the Motion for Admission Pro Hac Vice of Lei Lei Wang Ekvall (the "Motion") filed by John G. McJunkin, seeking admission pro hac vice for Lei Lei Wang Ekvall, of the law firm of Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP, in the above-styled bankruptcy cases (the "Bankruptcy Case") pursuant to local Bankruptcy Rule 2090-1(E). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Lei Lei Wang Ekvall be authorized to practice pro hac vice before the Court in this Bankruptcy Case, it is hereby

ORDERED as follows:

1. The Motion be and hereby is granted.

    2.    Lei Lei Wang Ekvall, of the law firm of Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP, is hereby admitted to appear in this Bankruptcy Case and any related proceedings <u>pro hac vice</u> pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of SimpleTech by Hitachi Global Storage Technologies, formerly known as "SimpleTech, a Fabrik Company."

ENTERED: Jul 7 2009

/s/ Kevin R. Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: 7/8/09

I ASK FOR THIS:

/s/ John G. McJunkin
John G. McJunkin, Esquire (Va. Bar No. 31011)
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
Phone: 202-496-7312
Facsimile: 202-496-7094

**Rule 9022-1 Certification**

    I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

/s/ John G. McJunkin
Movant

DC:50631871.1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj           Page 1 of 1              Date Rcvd: Jul 08, 2009
Case: 08-35653                Form ID: pdforder         Total Noticed: 1

The following entities were noticed by first class mail on Jul 10, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2009**             **Signature:**    _Joseph Speetjens_