Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                          :   Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :   Case No. 08-35653 (KRH)
et al.,                         :
                                :
            Debtors.            :   Jointly Administered
- - - - - - - - - - - - - - x

**ORDER ON DEBTORS' SIXTH OMNIBUS OBJECTION TO
CERTAIN MISCLASSIFIED NON-GOODS 503(b)(9) CLAIMS**

THIS MATTER having come before the Court on the

Debtors' Sixth Omnibus Objection to Certain Misclassified

Non-Goods 503(b)(9) Claims (the "Objection"), and it

appearing that due and proper notice and service of the

Objection has been given in compliance with Fed. R. Bankr.

P. 3007 and 7004 and LBR 3007-1 and was good and sufficient

and that no other further notice or service of the Objection
need be given; and it appearing that the relief requested on
the Objection is in the best interest of the Debtors, their
estates and creditors, and other parties-in-interest; and
after due deliberation thereon good and sufficient cause
exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is GRANTED.

2.    The Claims identified on Exhibit A – Misclassified
Non-Goods 503(b)(9) Claims – Reclassified Claims as attached
hereto and incorporated herein, are reclassified as general
unsecured non-priority claims; provided however, the
reclassification of the claims on Exhibit A is without
prejudice to the Debtors' rights and abilities to object to
the claims on Exhibit A on any grounds or bases in future
objections.

3.    The Debtors' rights and abilities to object to all
Claims included in the Objections on any grounds or bases
are preserved in their entirety.

4.    The Debtors shall serve a copy of this Order on
the claimants included on Exhibit A to this Order within ten
(10) business days from the entry of this Order.

2

Dated: Richmond, Virginia
        July_____, 2009

Jul 7 2009

/s/ Kevin R. Huennekens

HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: 7/8/09

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                        __/s/ Douglas M. Foley_____
                        Douglas M. Foley

\9528160.2


4

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1102<br>Date Filed: 12/19/2008<br>Docketed Total: $70,039.99<br>Filing Creditor Name and Address:<br>4 NEWBURY DANVERS LLC<br>2185 WEST DRY CREEK ROAD<br>HEALDSBURG, CA 95448 | Claim Holder Name and Address    Case Number:   08-35653<br><br>4 NEWBURY DANVERS LLC    Docketed Total:   **$70,039.99**<br>2185 WEST DRY CREEK ROAD<br>HEALDSBURG, CA 95448<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$70,039.99 | Case Number:   08-35653<br><br>Modified Total:   **$70,039.99**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>       $70,039.99 |
| Claim: 694<br>Date Filed: 12/09/2008<br>Docketed Total: $2,230.00<br>Filing Creditor Name and Address:<br>A & M PEMBERTON PRO INSTALLS<br>4237 QUAILSHIRE CT<br>CHESAPEAKE, VA 23321 | Claim Holder Name and Address    Case Number:   08-35653<br><br>A & M PEMBERTON PRO INSTALLS    Docketed Total:   **$2,230.00**<br>4237 QUAILSHIRE CT<br>CHESAPEAKE, VA 23321<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$2,230.00 | Case Number:   08-35653<br><br>Modified Total:   **$2,230.00**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>       $2,230.00 |
| Claim: 1480<br>Date Filed: 12/16/2008<br>Docketed Total: $11,415.00<br>Filing Creditor Name and Address:<br>A/V INSTALLATIONS<br>41 FIRST AVE APT 1<br>RARITAN, NJ 08869 | Claim Holder Name and Address    Case Number:   08-35653<br><br>A/V INSTALLATIONS    Docketed Total:   **$11,415.00**<br>41 FIRST AVE APT 1<br>RARITAN, NJ 08869<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$11,415.00 | Case Number:   08-35653<br><br>Modified Total:   **$11,415.00**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>       $11,415.00 |
| Claim: 813<br>Date Filed: 12/11/2008<br>Docketed Total: $17,467.36<br>Filing Creditor Name and Address:<br>ABACUS CORP<br>PO BOX 64743<br>BALTIMORE, MD 21264-4743 | Claim Holder Name and Address    Case Number:   08-35653<br><br>ABACUS CORP    Docketed Total:   **$17,467.36**<br>PO BOX 64743<br>BALTIMORE, MD 21264-4743<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$17,467.36 | Case Number:   08-35653<br><br>Modified Total:   **$17,467.36**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>       $17,467.36 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 979<br>Date Filed:    12/16/2008<br>Docketed Total:    $414.41<br>Filing Creditor Name and Address:<br>  ABSOLUTE SECURITY AGENCY<br>  INC<br>  5515 N 7TH ST STE 5 346<br>  PHOENIX, AZ 85014 | Claim Holder Name and Address   Case Number:   08-35653<br><br>ABSOLUTE SECURITY AGENCY INC   Docketed Total:   **$414.41**<br>5515 N 7TH ST STE 5 346<br>PHOENIX, AZ 85014<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$414.41 | Case Number:   08-35653<br><br>Modified Total:   **$414.41**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>          $414.41 |
| Claim: 896<br>Date Filed:    12/10/2008<br>Docketed Total:    $8,295.00<br>Filing Creditor Name and Address:<br>  ACCENT HOMES INC<br>  14145 BRANDYWINE RD<br>  BRANDYWINE, MD 20613 | Claim Holder Name and Address   Case Number:   08-35653<br><br>ACCENT HOMES INC   Docketed Total:   **$8,295.00**<br>14145 BRANDYWINE RD<br>BRANDYWINE, MD 20613<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$8,295.00 | Case Number:   08-35653<br><br>Modified Total:   **$8,295.00**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>          $8,295.00 |
| Claim: 1465<br>Date Filed:    12/16/2008<br>Docketed Total:    $10,465.00<br>Filing Creditor Name and Address:<br>  ACTION ANTENNA EARTH<br>  SATELLITE<br>  4128 WASHINGTON BLVD<br>  BALTIMORE, MD 21227 | Claim Holder Name and Address   Case Number:   08-35653<br><br>ACTION ANTENNA EARTH<br>SATELLITE   Docketed Total:   **$10,465.00**<br>4128 WASHINGTON BLVD<br>BALTIMORE, MD 21227<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$10,465.00 | Case Number:   08-35653<br><br>Modified Total:   **$10,465.00**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>          $10,465.00 |
| Claim: 729<br>Date Filed:    12/12/2008<br>Docketed Total:    $72,316.27<br>Filing Creditor Name and Address:<br>  ACXIOM<br>  4057 COLLECTION CTR DR<br>  CHICAGO, IL 60693 | Claim Holder Name and Address   Case Number:   08-35653<br><br>ACXIOM   Docketed Total:   **$72,316.27**<br>4057 COLLECTION CTR DR<br>CHICAGO, IL 60693<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$72,316.27 | Case Number:   08-35653<br><br>Modified Total:   **$72,316.27**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>          $72,316.27 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtor's Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| Claim: 1447<br>Date Filed:    12/01/2008<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br>    ADTECH SOLUTIONS LLC<br>    1880 MCFARLAND RD STE 100<br>    ALPHARETTA, GA 30005 | Claim Holder Name and Address<br><br>ADTECH SOLUTIONS LLC<br>1880 MCFARLAND RD STE 100<br>ALPHARETTA, GA 30005 | Case Number:    08-35653<br><br>Docketed Total:    **UNL** | Case Number:    08-35653<br><br>Modified Total:    **$0.00** |

| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$0.00 | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$0.00 |

| Claim: 1351<br>Date Filed:    12/19/2008<br>Docketed Total:      $262.00<br>Filing Creditor Name and Address:<br>    ADVOCATE OCCUPATIONAL<br>    HEALTH<br>    PO BOX 70003<br>    CHICAGO, IL 60673-0003 | Claim Holder Name and Address<br><br>ADVOCATE OCCUPATIONAL<br>HEALTH<br>PO BOX 70003<br>CHICAGO, IL 60673-0003 | Case Number:    08-35653<br><br>Docketed Total:    **$262.00** | Case Number:    08-35653<br><br>Modified Total:    **$262.00** |

| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$262.00 | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$262.00 |

| Claim: 1336<br>Date Filed:    12/19/2008<br>Docketed Total:      $57,507.00<br>Filing Creditor Name and Address:<br>    AIRS HUMAN CAPITAL<br>    SOLUTIONS INC<br>    58 FOGG FARM RD<br>    WHITE RIVER JUNCTION, VT<br>    05001 | Claim Holder Name and Address<br><br>AIRS HUMAN CAPITAL SOLUTIONS<br>INC<br>58 FOGG FARM RD<br>WHITE RIVER JUNCTION, VT 05001 | Case Number:    08-35653<br><br>Docketed Total:    **$57,507.00** | Case Number:    08-35653<br><br>Modified Total:    **$57,507.00** |

| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$57,507.00 | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$57,507.00 |

| Claim: 1435<br>Date Filed:    12/17/2008<br>Docketed Total:      $12,330.89<br>Filing Creditor Name and Address:<br>    AKAMAI TECHNOLOGIES INC<br>    8 CAMBRIDGE CENTER<br>    CAMBRIDGE, MA 02142 | Claim Holder Name and Address<br><br>AKAMAI TECHNOLOGIES INC<br>8 CAMBRIDGE CENTER<br>CAMBRIDGE, MA 02142 | Case Number:    08-35653<br><br>Docketed Total:    **$12,330.89** | Case Number:    08-35653<br><br>Modified Total:    **$12,330.89** |

| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$12,330.89 | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$12,330.89 |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| Claim: 1260<br>Date Filed: 12/18/2008<br>Docketed Total: $14,865.00<br>Filing Creditor Name and Address:<br>ALL ABOUT WIRING<br>PO BOX 36486<br>ROCK HILL, SC 29732 | Claim Holder Name and Address    Case Number: 08-35653<br>ALL ABOUT WIRING    Docketed Total: **$14,865.00**<br>PO BOX 36486<br>ROCK HILL, SC 29732<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$14,865.00 | Case Number: 08-35653<br>Modified Total: **$14,865.00**<br><br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$14,865.00 |
| Claim: 571<br>Date Filed: 12/04/2008<br>Docketed Total: $84.00<br>Filing Creditor Name and Address:<br>ALLIED SYSTEMS INC<br>11680 S HARRELS FERRY<br>BATON ROUGE, LA 70816 | Claim Holder Name and Address    Case Number: 08-35653<br>ALLIED SYSTEMS INC    Docketed Total: **$84.00**<br>11680 S HARRELS FERRY<br>BATON ROUGE, LA 70816<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$84.00 | Case Number: 08-35653<br>Modified Total: **$84.00**<br><br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$84.00 |
| Claim: 527<br>Date Filed: 11/25/2008<br>Docketed Total: $35,787.30<br>Filing Creditor Name and Address:<br>AMSTAR SAGE WESTMINSTER<br>HOLDINGS LLC DBA THE WESTIN<br>WESTMINSTER<br>10600 WESTMINSTER BLVD<br>WESTMINSTER, CO 80020 | Claim Holder Name and Address    Case Number: 08-35653<br>AMSTAR SAGE WESTMINSTER    Docketed Total: **$35,787.30**<br>HOLDINGS LLC DBA THE WESTIN<br>WESTMINSTER<br>10600 WESTMINSTER BLVD<br>WESTMINSTER, CO 80020<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$35,787.30 | Case Number: 08-35653<br>Modified Total: **$35,787.30**<br><br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$35,787.30 |
| Claim: 16<br>Date Filed: 11/19/2008<br>Docketed Total: $2,315.00<br>Filing Creditor Name and Address:<br>ANCHOR INSTALLATIONS LLC<br>6712 ELMWOOD AVE<br>CHEYENNE, WY 82007 | Claim Holder Name and Address    Case Number: 08-35653<br>ANCHOR INSTALLATIONS LLC    Docketed Total: **$2,315.00**<br>6712 ELMWOOD AVE<br>CHEYENNE, WY 82007<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$2,315.00 | Case Number: 08-35653<br>Modified Total: **$2,315.00**<br><br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$2,315.00 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 607<br>Date Filed: 12/04/2008<br>Docketed Total: $4,096.42<br>Filing Creditor Name and Address:<br>ANDERSON COUNTY<br>TREASURER<br>PO BOX 8002<br>ANDERSON, SC 29622-8002 | Claim Holder Name and Address    Case Number: 08-35653<br><br>ANDERSON COUNTY TREASURER    Docketed Total: **$4,096.42**<br>PO BOX 8002<br>ANDERSON, SC 29622-8002<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$4,096.42 | Case Number: 08-35653<br><br>Modified Total: **$4,096.42**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$4,096.42 |
| Claim: 1399<br>Date Filed: 12/19/2008<br>Docketed Total: $75,171.81<br>Filing Creditor Name and Address:<br>APEX SYSTEMS INC<br>3750 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 | Claim Holder Name and Address    Case Number: 08-35653<br><br>APEX SYSTEMS INC    Docketed Total: **$75,171.81**<br>3750 COLLECTIONS CTR DR<br>CHICAGO, IL 60693<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$75,171.81 | Case Number: 08-35653<br><br>Modified Total: **$75,171.81**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$75,171.81 |
| Claim: 1328<br>Date Filed: 12/19/2008<br>Docketed Total: $8,333.33<br>Filing Creditor Name and Address:<br>APPLIED PREDICTIVE<br>TECHNOLOGIES INC<br>901 N STUART ST STE 1100<br>ARLINGTON, VA 22203-4141 | Claim Holder Name and Address    Case Number: 08-35653<br><br>APPLIED PREDICTIVE    Docketed Total: **$8,333.33**<br>TECHNOLOGIES INC<br>901 N STUART ST STE 1100<br>ARLINGTON, VA 22203-4141<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$8,333.33 | Case Number: 08-35653<br><br>Modified Total: **$8,333.33**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$8,333.33 |
| Claim: 468<br>Date Filed: 12/01/2008<br>Docketed Total: $1,851.86<br>Filing Creditor Name and Address:<br>AQUA CHILL INC<br>PO BOX 24742<br>TEMPE, AZ 85285-4742 | Claim Holder Name and Address    Case Number: 08-35653<br><br>AQUA CHILL INC    Docketed Total: **$1,851.86**<br>PO BOX 24742<br>TEMPE, AZ 85285-4742<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,851.86 | Case Number: 08-35653<br><br>Modified Total: **$1,851.86**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,851.86 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 995**
Date Filed: 12/16/2008
Docketed Total: $273.00
Filing Creditor Name and Address:
AQUARIUS COMMUNICATIONS INC
205 11TH AVE N
NAMPA, ID 83687

Claim Holder Name and Address
AQUARIUS COMMUNICATIONS INC
205 11TH AVE N
NAMPA, ID 83687

Case Number: 08-35653
Docketed Total: $273.00

Case Number: 08-35653
Modified Total: $273.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $273.00 | | | | | | | | | | | $273.00 |

**Claim: 925**
Date Filed: 12/19/2008
Docketed Total: $22,969.30
Filing Creditor Name and Address:
AQUENT
711 BOYLSTON ST
BOSTON, MA 02116

Claim Holder Name and Address
AQUENT
711 BOYLSTON ST
BOSTON, MA 02116

Case Number: 08-35653
Docketed Total: $22,969.30

Case Number: 08-35653
Modified Total: $22,969.30

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $22,969.30 | | | | | | | | | | | $22,969.30 |

**Claim: 443**
Date Filed: 12/01/2008
Docketed Total: $4,367.81
Filing Creditor Name and Address:
ARKANSAS UNCLAIMED PROPERTY
UNCLAIMED PROPERTY DIVISION
LITTLE ROCK, AR 722011811

Claim Holder Name and Address
ARKANSAS UNCLAIMED PROPERTY
UNCLAIMED PROPERTY DIVISION
LITTLE ROCK, AR 722011811

Case Number: 08-35653
Docketed Total: $4,367.81

Case Number: 08-35653
Modified Total: $4,367.81

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $4,367.81 | | | | | | | | | | | $4,367.81 |

**Claim: 478**
Date Filed: 12/03/2008
Docketed Total: $4,218.78
Filing Creditor Name and Address:
ARITALIA GROUP INC
11755 RODOLPHE FORGET
MONTREAL, QC H1E 7J8
CANADA

Claim Holder Name and Address
ARITALIA GROUP INC
11755 RODOLPHE FORGET
MONTREAL, QC H1E 7J8
CANADA

Case Number: 08-35657
Docketed Total: $4,218.78

Case Number: 08-35657
Modified Total: $4,218.78

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $4,218.78 | | | | | | | | | | | $4,218.78 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 943<br>Date Filed:    12/19/2008<br>Docketed Total:      $27,796.41<br>Filing Creditor Name and Address:<br>ATTENSITY CORPORATION<br>178 S RIO GRANDE ST<br>STE 350<br>SALT LAKE CITY, UT 84101 | Claim Holder Name and Address          Case Number:              08-35653<br><br>ATTENSITY CORPORATION          Docketed Total:        **$27,796.41**<br>178 S RIO GRANDE ST<br>STE 350<br>SALT LAKE CITY, UT 84101<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$27,796.41                                                                              $27,796.41 | Case Number:              08-35653<br><br>Modified Total:        **$27,796.41**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                                  $27,796.41 |
| Claim: 1050<br>Date Filed:    12/11/2008<br>Docketed Total:      $2,360.00<br>Filing Creditor Name and Address:<br>AUDIO INNOVATIONS INC<br>133 NE 91 ST<br>KANSAS CITY, MO 64155 | Claim Holder Name and Address          Case Number:              08-35653<br><br>AUDIO INNOVATIONS INC          Docketed Total:        **$2,360.00**<br>133 NE 91 ST<br>KANSAS CITY, MO 64155<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$2,360.00                                                                              $2,360.00 | Case Number:              08-35653<br><br>Modified Total:        **$2,360.00**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                                  $2,360.00 |
| Claim: 972<br>Date Filed:    12/19/2008<br>Docketed Total:      $1,535.00<br>Filing Creditor Name and Address:<br>AUDIO VIDEO ARCHITECHS<br>15 W KERMAN AVE<br>WHITEBORO, NY 13492 | Claim Holder Name and Address          Case Number:              08-35653<br><br>AUDIO VIDEO ARCHITECHS          Docketed Total:        **$1,535.00**<br>15 W KERMAN AVE<br>WHITEBORO, NY 13492<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,535.00                                                                              $1,535.00 | Case Number:              08-35653<br><br>Modified Total:        **$1,535.00**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                                  $1,535.00 |
| Claim: 201<br>Date Filed:    12/05/2008<br>Docketed Total:      $565.00<br>Filing Creditor Name and Address:<br>AUDIO VIDEO INSTALLATION<br>SVCS<br>PO BOX 13471<br>EL PASO, TX 79913 | Claim Holder Name and Address          Case Number:              08-35653<br><br>AUDIO VIDEO INSTALLATION SVCS          Docketed Total:        **$565.00**<br>PO BOX 13471<br>EL PASO, TX 79913<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$565.00                                                                              $565.00 | Case Number:              08-35653<br><br>Modified Total:        **$565.00**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                                  $565.00 |

*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| Claim: 202 | Claim Holder Name and Address | | Case Number: | 08-35653 | | | Case Number: | 08-35653 |
|---|---|---|---|---|---|---|---|---|
| Date Filed:    12/05/2008 | AUDIO VIDEO INSTALLATION SVCS | | Docketed Total: | **$565.00** | | | Modified Total: | **$565.00** |
| Docketed Total:    $565.00 | PO BOX 13471 | | | | | | | |
| Filing Creditor Name and Address: | EL PASO, TX 79913 | | | | | | | |
| AUDIO VIDEO INSTALLATION SVCS | | | | | | | | |
| PO BOX 13471 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | |
| EL PASO, TX 79913 | $565.00 | | | | | | | 503(b)(9) ... Unsecured $565.00 |

| Claim: 750 | Claim Holder Name and Address | | Case Number: | 08-35653 | | | Case Number: | 08-35653 |
|---|---|---|---|---|---|---|---|---|
| Date Filed:    11/28/2008 | AUDIO VIDEO SOLUTIONS | | Docketed Total: | **$35,350.00** | | | Modified Total: | **$35,350.00** |
| Docketed Total:    $35,350.00 | 7225 JONATHAN CR | | | | | | | |
| Filing Creditor Name and Address: | SALT LAKE CITY, UT 84121 | | | | | | | |
| AUDIO VIDEO SOLUTIONS | | | | | | | | |
| 7225 JONATHAN CR | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | |
| SALT LAKE CITY, UT 84121 | $35,350.00 | | | | | | | 503(b)(9) ... Unsecured $35,350.00 |

| Claim: 769 | Claim Holder Name and Address | | Case Number: | 08-35653 | | | Case Number: | 08-35653 |
|---|---|---|---|---|---|---|---|---|
| Date Filed:    12/10/2008 | AUTOLAND | | Docketed Total: | **$7,380.00** | | | Modified Total: | **$7,380.00** |
| Docketed Total:    $7,380.00 | 4995 FISHER STREEET | | | | | | | |
| Filing Creditor Name and Address: | SAINT LAURENT, QC H4T 1J8 | | | | | | | |
| AUTOLAND | UNKNOWN | | | | | | | |
| 4995 FISHER STREEET | | | | | | | | |
| SAINT LAURENT, QC H4T 1J8 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | |
| UNKNOWN | $7,380.00 | | | | | | | 503(b)(9) ... Unsecured $7,380.00 |

| Claim: 1051 | Claim Holder Name and Address | | Case Number: | 08-35653 | | | Case Number: | 08-35653 |
|---|---|---|---|---|---|---|---|---|
| Date Filed:    12/15/2008 | AVSAT CONTINENTAL CORP | | Docketed Total: | **$40,700.00** | | | Modified Total: | **$40,700.00** |
| Docketed Total:    $40,700.00 | 4607 48TH AVE | | | | | | | |
| Filing Creditor Name and Address: | WOODSIDE, NY 11377 | | | | | | | |
| AVSAT CONTINENTAL CORP | | | | | | | | |
| 4607 48TH AVE | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | |
| WOODSIDE, NY 11377 | $40,700.00 | | | | | | | 503(b)(9) ... Unsecured $40,700.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1194<br>Date Filed: 12/16/2008<br>Docketed Total: $2,715.00<br>Filing Creditor Name and Address:<br>BALLARD, WILLIAM<br>1080 ESTES<br>FLORISSANT, MO 63031 | Claim Holder Name and Address          Case Number: 08-35653<br><br>BALLARD, WILLIAM<br>1080 ESTES          Docketed Total: **$2,715.00**<br>FLORISSANT, MO 63031<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$2,715.00                                                                 $2,715.00 | Case Number: 08-35653<br><br>Modified Total: **$2,715.00**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                                $2,715.00 |
| Claim: 1003<br>Date Filed: 12/16/2008<br>Docketed Total: $921.86<br>Filing Creditor Name and Address:<br>BANNER & WITCOFF LTD<br>1100 13TH ST NW STE 1200<br>WASHINGTON, DC 20005-4051 | Claim Holder Name and Address          Case Number: 08-35653<br><br>BANNER & WITCOFF LTD<br>1100 13TH ST NW STE 1200          Docketed Total: **$921.86**<br>WASHINGTON, DC 20005-4051<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$921.86                                                                   $921.86 | Case Number: 08-35653<br><br>Modified Total: **$921.86**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                                 $921.86 |
| Claim: 1084<br>Date Filed: 12/19/2008<br>Docketed Total: $9,727.35<br>Filing Creditor Name and Address:<br>BARCODING INCORPORATED<br>PO BOX 758653<br>BALTIMORE, MD 21275-8653 | Claim Holder Name and Address          Case Number: 08-35653<br><br>BARCODING INCORPORATED<br>PO BOX 758653          Docketed Total: **$9,727.35**<br>BALTIMORE, MD 21275-8653<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$9,727.35                                                                $9,727.35 | Case Number: 08-35653<br><br>Modified Total: **$9,727.35**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                                $9,727.35 |
| Claim: 383<br>Date Filed: 12/01/2008<br>Docketed Total: $343.75<br>Filing Creditor Name and Address:<br>BASSETT & ASSOCIATES RW<br>621 E FOSTER AVE<br>ROSELLE, IL 60172 | Claim Holder Name and Address          Case Number: 08-35653<br><br>BASSETT & ASSOCIATES RW<br>621 E FOSTER AVE          Docketed Total: **$343.75**<br>ROSELLE, IL 60172<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$343.75                                                                   $343.75 | Case Number: 08-35653<br><br>Modified Total: **$343.75**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                                 $343.75 |

*       "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 655<br>Date Filed:    12/08/2008<br>Docketed Total:    $70.00<br>Filing Creditor Name and Address:<br>  BATON ROUGE, CITY OF<br>  PO BOX 2406<br>  ATTN LT GOINS<br>  BATON ROUGE, LA 70821 | Claim Holder Name and Address      Case Number:          08-35653<br><br>BATON ROUGE, CITY OF          Docketed Total:          **$70.00**<br>PO BOX 2406<br>ATTN LT GOINS<br>BATON ROUGE, LA 70821<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$70.00                                                                                          $70.00 | Case Number:          08-35653<br><br>Modified Total:          **$70.00**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                              $70.00 |
| Claim: 385<br>Date Filed:    12/01/2008<br>Docketed Total:    $556.29<br>Filing Creditor Name and Address:<br>  BEARCOM WIRELESS<br>  WORLDWIDE<br>  PO BOX 200600<br>  DALLAS, TX 753200600 | Claim Holder Name and Address      Case Number:          08-35653<br><br>BEARCOM WIRELESS WORLDWIDE          Docketed Total:          **$556.29**<br>PO BOX 200600<br>DALLAS, TX 753200600<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$556.29                                                                                        $556.29 | Case Number:          08-35653<br><br>Modified Total:          **$556.29**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                              $556.29 |
| Claim: 805<br>Date Filed:    12/11/2008<br>Docketed Total:    $44,053.75<br>Filing Creditor Name and Address:<br>  BERKSHIRE WEST LLC<br>  PO BOX 510209<br>  PHILADELPHIA, PA 19175-0209 | Claim Holder Name and Address      Case Number:          08-35653<br><br>BERKSHIRE WEST LLC          Docketed Total:          **$44,053.75**<br>PO BOX 510209<br>PHILADELPHIA, PA 19175-0209<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$44,053.75                                                                                    $44,053.75 | Case Number:          08-35653<br><br>Modified Total:          **$44,053.75**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                              $44,053.75 |
| Claim: 973<br>Date Filed:    12/19/2008<br>Docketed Total:    $4,280.67<br>Filing Creditor Name and Address:<br>  BETATRONICS INC<br>  2518 MANAKIN RD<br>  MANAKIN SABOT, VA 23103 | Claim Holder Name and Address      Case Number:          08-35653<br><br>BETATRONICS INC          Docketed Total:          **$4,280.67**<br>2518 MANAKIN RD<br>MANAKIN SABOT, VA 23103<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$4,280.67                                                                                      $4,280.67 | Case Number:          08-35653<br><br>Modified Total:          **$4,280.67**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                              $4,280.67 |

*        "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtor's Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 1032<br>Date Filed: 12/16/2008<br>Docketed Total: $5,588.30<br>Filing Creditor Name and Address:<br>  BNSF LOGISTICS LLC<br>  2500 LOU MINK DR<br>  FORT WORTH, TX 76151 | Claim Holder Name and Address<br><br>BNSF LOGISTICS LLC<br>2500 LOU MINK DR<br>FORT WORTH, TX 76151 | Case Number: 08-35653<br><br>Docketed Total: $5,588.30 | | Case Number: 08-35653<br><br>Modified Total: $5,588.30 |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$5,588.30 | | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$5,588.30 |
| Claim: 1335<br>Date Filed: 12/19/2008<br>Docketed Total: $2,370.00<br>Filing Creditor Name and Address:<br>  BONNEY, STEPHANIE<br>  251 REDMOND<br>  FERGUSON, MO 63135 | Claim Holder Name and Address<br><br>BONNEY, STEPHANIE<br>251 REDMOND<br>FERGUSON, MO 63135 | Case Number: 08-35653<br><br>Docketed Total: $2,370.00 | | Case Number: 08-35653<br><br>Modified Total: $2,370.00 |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$2,370.00 | | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$2,370.00 |
| Claim: 1426<br>Date Filed: 12/19/2008<br>Docketed Total: $697.50<br>Filing Creditor Name and Address:<br>  BOWMAN JR, JOHN<br>  2329 ASHLEY PL DR<br>  ST CHARLES, MO 63303 | Claim Holder Name and Address<br><br>BOWMAN JR, JOHN<br>2329 ASHLEY PL DR<br>ST CHARLES, MO 63303 | Case Number: 08-35653<br><br>Docketed Total: $697.50 | | Case Number: 08-35653<br><br>Modified Total: $697.50 |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$697.50 | | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$697.50 |
| Claim: 1247<br>Date Filed: 12/18/2008<br>Docketed Total: $41,731.03<br>Filing Creditor Name and Address:<br>  BOYER LAKE POINTE, LC<br>  90 SOUTH 400 WEST SUITE 200<br>  LAKE POINTE SHOPPING<br>  CENTER<br>  SALT LAKE CITY, UT 84101 | Claim Holder Name and Address<br><br>BOYER LAKE POINTE, LC<br>90 SOUTH 400 WEST SUITE 200<br>LAKE POINTE SHOPPING CENTER<br>SALT LAKE CITY, UT 84101 | Case Number: 08-35654<br><br>Docketed Total: $41,731.03 | | Case Number: 08-35654<br><br>Modified Total: $41,731.03 |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$41,731.03 | | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$41,731.03 |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 444<br>Date Filed:    12/01/2008<br>Docketed Total:    $2,500.00<br>Filing Creditor Name and Address:<br>    BOYS & GIRLS CLUBS OF<br>    HARLINGEN<br>    PO BOX 1982<br>    HARLINGEN, TX 78551 | Claim Holder Name and Address        Case Number:            08-35653<br><br>BOYS & GIRLS CLUBS OF        Docketed Total:            **$2,500.00**<br>HARLINGEN<br>PO BOX 1982<br>HARLINGEN, TX 78551<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$2,500.00 | Case Number:            08-35653<br><br>Modified Total:            **$2,500.00**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$2,500.00 |
| Claim: 1140<br>Date Filed:    12/16/2008<br>Docketed Total:    $7,633.90<br>Filing Creditor Name and Address:<br>    BRAXTON CLEANING SERVICE<br>    PO BOX 896<br>    BEAR, DE 19701 | Claim Holder Name and Address        Case Number:            08-35653<br><br>BRAXTON CLEANING SERVICE        Docketed Total:            **$7,633.90**<br>PO BOX 896<br>BEAR, DE 19701<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$7,633.90 | Case Number:            08-35653<br><br>Modified Total:            **$7,633.90**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$7,633.90 |
| Claim: 831<br>Date Filed:    12/15/2008<br>Docketed Total:    $27,059.59<br>Filing Creditor Name and Address:<br>    BRINKS INC<br>    PO BOX 101 031<br>    ATLANTA, GA 30392 | Claim Holder Name and Address        Case Number:            08-35653<br><br>BRINKS INC        Docketed Total:            **$27,059.59**<br>PO BOX 101 031<br>ATLANTA, GA 30392<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$27,059.59 | Case Number:            08-35653<br><br>Modified Total:            **$27,059.59**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$27,059.59 |
| Claim: 1501<br>Date Filed:    12/17/2008<br>Docketed Total:    $122,351.95<br>Filing Creditor Name and Address:<br>    BROTHERS FIVE OF<br>    JACKSONVILLE<br>    PO BOX 11407<br>    BIRMINGHAM, AL 35246-5209 | Claim Holder Name and Address        Case Number:            08-35653<br><br>BROTHERS FIVE OF JACKSONVILLE        Docketed Total:            **$122,351.95**<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-5209<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$122,351.95 | Case Number:            08-35653<br><br>Modified Total:            **$122,351.95**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$122,351.95 |

\*        "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Claim: 934<br>Date Filed:    12/16/2008<br>Docketed Total:    $26,844.16<br>Filing Creditor Name and Address:<br>BROWN PHOTOGRAPHY INC,<br>SCOTT K<br>10971 EMERALD ROCK LN<br>MECHANICSVILLE, VA 23116 | Claim Holder Name and Address<br><br>BROWN PHOTOGRAPHY INC, SCOTT<br>K<br>10971 EMERALD ROCK LN<br>MECHANICSVILLE, VA 23116 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>$26,844.16 | | | | Case Number:<br><br>Modified Total: | 08-35653<br><br>$26,844.16 | | | | |
| | 503(b)(9)<br>$26,844.16 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$26,844.16 |
| Claim: 812<br>Date Filed:    12/11/2008<br>Docketed Total:    $10,500.00<br>Filing Creditor Name and Address:<br>BUREAU VERITAS CONSUMER<br>PRODUCTS<br>100 NORTHPOINTE PKWY<br>BUFFALO, NY 14228 | Claim Holder Name and Address<br><br>BUREAU VERITAS CONSUMER<br>PRODUCTS<br>100 NORTHPOINTE PKWY<br>BUFFALO, NY 14228 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>$10,500.00 | | | | Case Number:<br><br>Modified Total: | 08-35653<br><br>$10,500.00 | | | | |
| | 503(b)(9)<br>$10,500.00 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$10,500.00 |
| Claim: 503<br>Date Filed:    12/01/2008<br>Docketed Total:    $25,235.00<br>Filing Creditor Name and Address:<br>BUSINESS TO BUSINESS<br>SOLUTIONS<br>3420 PUMP RD NO 406<br>RICHMOND, VA 23233-1111 | Claim Holder Name and Address<br><br>BUSINESS TO BUSINESS SOLUTIONS<br>3420 PUMP RD NO 406<br>RICHMOND, VA 23233-1111 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>$25,235.00 | | | | Case Number:<br><br>Modified Total: | 08-35653<br><br>$25,235.00 | | | | |
| | 503(b)(9)<br>$25,235.00 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$25,235.00 |
| Claim: 1339<br>Date Filed:    12/17/2008<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address:<br>BYRNE, CHERYL L<br>16588 WELLINGTON LAKES CIR<br>FT MYERS, FL 33908 | Claim Holder Name and Address<br><br>BYRNE, CHERYL L<br>16588 WELLINGTON LAKES CIR<br>FT MYERS, FL 33908 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>UNL | | | | Case Number:<br><br>Modified Total: | 08-35653<br><br>$0.00 | | | | |
| | 503(b)(9)<br>$0.00 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$0.00 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

### Claim: 619

Date Filed: 12/08/2008
Docketed Total: $964.98
Filing Creditor Name and Address:
  CABELL COUNTY COMMUNITY
  SVCS
  724 TENTH AVE
  HUNTINGTON, WV 25701

Claim Holder Name and Address — Case Number: 08-35653

CABELL COUNTY COMMUNITY SVCS
724 TENTH AVE
HUNTINGTON, WV 25701

Docketed Total: $964.98

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $964.98 | | | | | |

Case Number: 08-35653

Modified Total: $964.98

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $964.98 |

### Claim: 1004

Date Filed: 12/16/2008
Docketed Total: $276.50
Filing Creditor Name and Address:
  CALHOUN COUNTY TAX
  COLLECTOR
  1702 NOBLE ST STE 107
  ANNISTON, AL 36201

Claim Holder Name and Address — Case Number: 08-35653

CALHOUN COUNTY TAX
COLLECTOR
1702 NOBLE ST STE 107
ANNISTON, AL 36201

Docketed Total: $276.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $276.50 | | | | | |

Case Number: 08-35653

Modified Total: $276.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $276.50 |

### Claim: 1036

Date Filed: 12/19/2008
Docketed Total: $36,645.00
Filing Creditor Name and Address:
  CAMPBELL PROPERTIES LP
  1415 N LILAC DR STE 120
  MINNEAPOLIS, MN 55422

Claim Holder Name and Address — Case Number: 08-35653

CAMPBELL PROPERTIES LP
1415 N LILAC DR STE 120
MINNEAPOLIS, MN 55422

Docketed Total: $36,645.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $36,645.00 | | | | | |

Case Number: 08-35653

Modified Total: $36,645.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $36,645.00 |

### Claim: 722

Date Filed: 12/09/2008
Docketed Total: $33,036.37
Filing Creditor Name and Address:
  CAPARRA CENTER ASSOCIATES,
  S E
  PO BOX 9506
  ATTN HUMBERTO
  CHARNECO/ROBERTO
  GONZALEZ
  SAN JUAN, PR 00908-9506

Claim Holder Name and Address — Case Number: 08-35660

CAPARRA CENTER ASSOCIATES, S E
PO BOX 9506
ATTN HUMBERTO
CHARNECO/ROBERTO GONZALEZ
SAN JUAN, PR 00908-9506

Docketed Total: $33,036.37

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $33,036.37 | | | | | |

Case Number: 08-35660

Modified Total: $33,036.37

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $33,036.37 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 598<br>Date Filed:    12/04/2008<br>Docketed Total:    $7,659.35<br>Filing Creditor Name and Address:<br>CARRERA ARQUITECTOS PSC<br>ACUARELA 100<br>STE 301<br>GUAYNOBO, PR 00969 | Claim Holder Name and Address<br><br>CARRERA ARQUITECTOS PSC<br>ACUARELA 100<br>STE 301<br>GUAYNOBO, PR 00969<br><br>Case Number:    08-35653<br>Docketed Total:    $7,659.35<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$7,659.35 | Case Number:    08-35653<br>Modified Total:    $7,659.35<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$7,659.35 |
| Claim: 1024<br>Date Filed:    12/19/2008<br>Docketed Total:    $47,642.28<br>Filing Creditor Name and Address:<br>CC INVESTORS 1995 1<br>130 W 2ND ST STE 1520<br>DAYTON, OH 45402-1519 | Claim Holder Name and Address<br><br>CC INVESTORS 1995 1<br>130 W 2ND ST STE 1520<br>DAYTON, OH 45402-1519<br><br>Case Number:    08-35653<br>Docketed Total:    $47,642.28<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$47,642.28 | Case Number:    08-35653<br>Modified Total:    $47,642.28<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$47,642.28 |
| Claim: 1023<br>Date Filed:    12/19/2008<br>Docketed Total:    $43,558.65<br>Filing Creditor Name and Address:<br>CC INVESTORS 1995 5<br>7925 GRACELAND ST<br>DAYTON, OH 45459-3834 | Claim Holder Name and Address<br><br>CC INVESTORS 1995 5<br>7925 GRACELAND ST<br>DAYTON, OH 45459-3834<br><br>Case Number:    08-35653<br>Docketed Total:    $43,558.65<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$43,558.65 | Case Number:    08-35653<br>Modified Total:    $43,558.65<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$43,558.65 |
| Claim: 682<br>Date Filed:    12/09/2008<br>Docketed Total:    $424.26<br>Filing Creditor Name and Address:<br>CE INTERACTIVE, INC<br>150 WEST 28TH STREET<br>SUITE 404<br>NEW YORK, NY 10001 | Claim Holder Name and Address<br><br>CE INTERACTIVE, INC<br>150 WEST 28TH STREET<br>SUITE 404<br>NEW YORK, NY 10001<br><br>Case Number:    08-35653<br>Docketed Total:    $424.26<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$424.26 | Case Number:    08-35653<br>Modified Total:    $424.26<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$424.26 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 1461<br>Date Filed: 12/16/2008<br>Docketed Total: $160.50<br>Filing Creditor Name and Address:<br>CEJKA, AUREA<br>6146 ROCKEFELLER AVE<br>SARASOTA, FL 34231 | Claim Holder Name and Address<br><br>CEJKA, AUREA<br>6146 ROCKEFELLER AVE<br>SARASOTA, FL 34231<br><br>Case Number: 08-35653<br>Docketed Total: **$160.50**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$160.50 | Case Number: 08-35653<br>Modified Total: **$160.50**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$160.50 |
| Claim: 1027<br>Date Filed: 12/19/2008<br>Docketed Total: $4,764.00<br>Filing Creditor Name and Address:<br>CENTRAL PARKING SYSTEM INC<br>PO BOX 790402<br>ACCT 0700149 1000<br>ST LOUIS, MO 63179-0402 | Claim Holder Name and Address<br><br>CENTRAL PARKING SYSTEM INC<br>PO BOX 790402<br>ACCT 0700149 1000<br>ST LOUIS, MO 63179-0402<br><br>Case Number: 08-35653<br>Docketed Total: **$4,764.00**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$4,764.00 | Case Number: 08-35653<br>Modified Total: **$4,764.00**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$4,764.00 |
| Claim: 955<br>Date Filed: 12/19/2008<br>Docketed Total: $3,990.00<br>Filing Creditor Name and Address:<br>CHANNEL INTELLIGENCE INC<br>1180 CELEBRATION BLVD STE 101<br>CELEBRATION, FL 34747 | Claim Holder Name and Address<br><br>CHANNEL INTELLIGENCE INC<br>1180 CELEBRATION BLVD STE 101<br>CELEBRATION, FL 34747<br><br>Case Number: 08-35653<br>Docketed Total: **$3,990.00**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$3,990.00 | Case Number: 08-35653<br>Modified Total: **$3,990.00**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$3,990.00 |
| Claim: 1326<br>Date Filed: 12/19/2008<br>Docketed Total: $22,097.50<br>Filing Creditor Name and Address:<br>CHASE HOME THEATER<br>SOLUTIONS<br>15362 BODMAN RD<br>MT ORAB, OH 45154 | Claim Holder Name and Address<br><br>CHASE HOME THEATER SOLUTIONS<br>15362 BODMAN RD<br>MT ORAB, OH 45154<br><br>Case Number: 08-35653<br>Docketed Total: **$22,097.50**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$22,097.50 | Case Number: 08-35653<br>Modified Total: **$22,097.50**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$22,097.50 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| Claim: 848<br>Date Filed:   12/15/2008<br>Docketed Total:    $484.84<br>Filing Creditor Name and Address:<br>CHUCKS AUTO & TRUCK REPAIR<br>240 N I ST<br>LIVERMORE, CA 94551-3808 | Claim Holder Name and Address<br><br>CHUCKS AUTO & TRUCK REPAIR<br>240 N I ST<br>LIVERMORE, CA 94551-3808<br><br>Case Number:    08-35653<br>Docketed Total:    $484.84 | Case Number:    08-35653<br>Modified Total:    $484.84 |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$484.84 | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$484.84 |

| Claim: 740<br>Date Filed:   12/12/2008<br>Docketed Total:    $2,715.00<br>Filing Creditor Name and Address:<br>CINEMA PROS INSTALLATIONS<br>10320 HIDDEN OAK DR<br>SUNLAND, CA 91040 | Claim Holder Name and Address<br><br>CINEMA PROS INSTALLATIONS<br>10320 HIDDEN OAK DR<br>SUNLAND, CA 91040<br><br>Case Number:    08-35653<br>Docketed Total:    $2,715.00 | Case Number:    08-35653<br>Modified Total:    $2,715.00 |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$2,715.00 | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$2,715.00 |

| Claim: 1025<br>Date Filed:   12/19/2008<br>Docketed Total:    $59,687.50<br>Filing Creditor Name and Address:<br>CIRCUIT INVESTORS COLORADO<br>LIMITED PARTNERSHIP<br>7925 GRACELAND ST<br>DAYTON, OH 45459-3834 | Claim Holder Name and Address<br><br>CIRCUIT INVESTORS COLORADO<br>LIMITED PARTNERSHIP<br>7925 GRACELAND ST<br>DAYTON, OH 45459-3834<br><br>Case Number:    08-35653<br>Docketed Total:    $59,687.50 | Case Number:    08-35653<br>Modified Total:    $59,687.50 |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$59,687.50 | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$59,687.50 |

| Claim: 1369<br>Date Filed:   12/17/2008<br>Docketed Total:    $7,812.00<br>Filing Creditor Name and Address:<br>CJM MANAGEMENT COMPANY<br>4198 ORCHARD LAKE RD<br>STE 250<br>ORCHARD LAKE, MI 48323-1644 | Claim Holder Name and Address<br><br>CJM MANAGEMENT COMPANY<br>4198 ORCHARD LAKE RD<br>STE 250<br>ORCHARD LAKE, MI 48323-1644<br><br>Case Number:    08-35653<br>Docketed Total:    $7,812.00 | Case Number:    08-35653<br>Modified Total:    $7,812.00 |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$7,812.00 | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$7,812.00 |

*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 470**
Date Filed: 12/01/2008
Docketed Total: $637.00
Filing Creditor Name and Address:
CLARKSVILLE, CITY OF
PO BOX 928
CLARKSVILLE, TN 37041

Claim Holder Name and Address
CLARKSVILLE, CITY OF
PO BOX 928
CLARKSVILLE, TN 37041

Case Number: 08-35653
Docketed Total: $637.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $637.00 | | | | | $637.00 |

Case Number: 08-35653
Modified Total: $637.00

---

**Claim: 510**
Date Filed: 12/01/2008
Docketed Total: $23,571.96
Filing Creditor Name and Address:
CLAYTON COUNTY
121 S MCDONOUGH ST TAX COMM
COURTHOUSE ANNEX 3 2ND FL
JONESBORO, GA 30236

Claim Holder Name and Address
CLAYTON COUNTY
121 S MCDONOUGH ST TAX COMM
COURTHOUSE ANNEX 3 2ND FL
JONESBORO, GA 30236

Case Number: 08-35653
Docketed Total: $23,571.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $23,571.96 | | | | | $23,571.96 |

Case Number: 08-35653
Modified Total: $23,571.96

---

**Claim: 1105**
Date Filed: 12/09/2008
Docketed Total: $150.00
Filing Creditor Name and Address:
CLINTS TV
4311 FAITH RD
WICHITA FALLS, TX 76308

Claim Holder Name and Address
CLINTS TV
4311 FAITH RD
WICHITA FALLS, TX 76308

Case Number: 08-35653
Docketed Total: $150.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $150.00 | | | | | $150.00 |

Case Number: 08-35653
Modified Total: $150.00

---

**Claim: 714**
Date Filed: 12/01/2008
Docketed Total: $100.00
Filing Creditor Name and Address:
COLIERVILLE POLICE ALARM
156 N ROWLETT ST
COLLIERVILLE, TN 38017

Claim Holder Name and Address
COLIERVILLE POLICE ALARM
156 N ROWLETT ST
COLLIERVILLE, TN 38017

Case Number: 08-35653
Docketed Total: $100.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $100.00 | | | | | $100.00 |

Case Number: 08-35653
Modified Total: $100.00

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 804<br>Date Filed:    12/11/2008<br>Docketed Total:    $101,393.04<br>Filing Creditor Name and Address:<br>COLONNADE, LLC<br>C/O ALLIED PROPERTIES<br>P O BOX 510304<br>PHILADELPHIA, PA 19175-0304 | Claim Holder Name and Address<br><br>COLONNADE, LLC<br>C/O ALLIED PROPERTIES<br>P O BOX 510304<br>PHILADELPHIA, PA 19175-0304<br><br>Case Number:    08-35653<br>Docketed Total:    **$101,393.04** | Case Number:    08-35653<br>Modified Total:    **$101,393.04** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $101,393.04 | | | | | | | | | | | | $101,393.04 |

| | | |
|---|---|---|
| Claim: 1274<br>Date Filed:    12/18/2008<br>Docketed Total:    $8,691.00<br>Filing Creditor Name and Address:<br>COMMUNICATION AMERICA INC<br>4214 CANONGATE CT<br>SPRINGHILL, FL 34609 | Claim Holder Name and Address<br><br>COMMUNICATION AMERICA INC<br>4214 CANONGATE CT<br>SPRINGHILL, FL 34609<br><br>Case Number:    08-35653<br>Docketed Total:    **$8,691.00** | Case Number:    08-35653<br>Modified Total:    **$8,691.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $8,691.00 | | | | | | | | | | | | $8,691.00 |

| | | |
|---|---|---|
| Claim: 1270<br>Date Filed:    12/18/2008<br>Docketed Total:    $7,300.00<br>Filing Creditor Name and Address:<br>COMMUNICATIONS WIRING INC<br>14390 ADAMSVILLE RD<br>GREENWOOD, DE 19950 | Claim Holder Name and Address<br><br>COMMUNICATIONS WIRING INC<br>14390 ADAMSVILLE RD<br>GREENWOOD, DE 19950<br><br>Case Number:    08-35653<br>Docketed Total:    **$7,300.00** | Case Number:    08-35653<br>Modified Total:    **$7,300.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $7,300.00 | | | | | | | | | | | | $7,300.00 |

| | | |
|---|---|---|
| Claim: 337<br>Date Filed:    11/21/2008<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address:<br>COMPACT POWER SYSTEMS<br>7801 HAYVENHURST<br>VAN NUYS, CA 91406 | Claim Holder Name and Address<br><br>COMPACT POWER SYSTEMS<br>7801 HAYVENHURST<br>VAN NUYS, CA 91406<br><br>Case Number:    08-35653<br>Docketed Total:    **UNL** | Case Number:    08-35653<br>Modified Total:    **$0.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | | | | | | | | | | | | $0.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1452<br>Date Filed: 12/16/2008<br>Docketed Total: $38,547.60<br>Filing Creditor Name and Address:<br>COMPUTER ASSOCIATES<br>1 COMPUTER ASSOCIATES PLZ<br>ISLANDIA, NY 117887000 | Claim Holder Name and Address<br><br>COMPUTER ASSOCIATES<br>1 COMPUTER ASSOCIATES PLZ<br>ISLANDIA, NY 117887000<br><br>Case Number: 08-35653<br>Docketed Total: **$38,547.60**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$38,547.60 | Case Number: 08-35653<br>Modified Total: **$38,547.60**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$38,547.60 |
| Claim: 233<br>Date Filed: 11/28/2008<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>COMPUTER RESOURCES &<br>TRAINING<br>60 MONTE VISTA DRIVE<br>WAYNESVILLE, NC 28786 | Claim Holder Name and Address<br><br>COMPUTER RESOURCES &<br>TRAINING<br>60 MONTE VISTA DRIVE<br>WAYNESVILLE, NC 28786<br><br>Case Number: 08-35653<br>Docketed Total: **UNL**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$0.00 | Case Number: 08-35653<br>Modified Total: **$0.00**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$0.00 |
| Claim: 1063<br>Date Filed: 12/19/2008<br>Docketed Total: $34,000.00<br>Filing Creditor Name and Address:<br>CONTAINERFREIGHT EIT LLC<br>PO BOX 92829<br>LONG BEACH, CA 90809-2829 | Claim Holder Name and Address<br><br>CONTAINERFREIGHT EIT LLC<br>PO BOX 92829<br>LONG BEACH, CA 90809-2829<br><br>Case Number: 08-35653<br>Docketed Total: **$34,000.00**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$34,000.00 | Case Number: 08-35653<br>Modified Total: **$34,000.00**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$34,000.00 |
| Claim: 1092<br>Date Filed: 12/19/2008<br>Docketed Total: $35,150.00<br>Filing Creditor Name and Address:<br>CONVERGYS LEARNING<br>SOLUTIONS<br>1450 SOLUTIONS CTR<br>CHICAGO, IL 60677-1009 | Claim Holder Name and Address<br><br>CONVERGYS LEARNING SOLUTIONS<br>1450 SOLUTIONS CTR<br>CHICAGO, IL 60677-1009<br><br>Case Number: 08-35653<br>Docketed Total: **$35,150.00**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$35,150.00 | Case Number: 08-35653<br>Modified Total: **$35,150.00**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$35,150.00 |

\*       "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1445**
Date Filed: 11/28/2008
Docketed Total: $0.00
Filing Creditor Name and Address:
  COPIAH COUNTY CIRCUIT
  COURT
  PO BOX 467
  HAZLEHURST, MS 39083

Claim Holder Name and Address    Case Number: 08-35653
COPIAH COUNTY CIRCUIT COURT    Docketed Total: UNL
PO BOX 467
HAZLEHURST, MS 39083

Case Number: 08-35653
Modified Total: $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | | | | | | | | | | | | $0.00 |

**Claim: 183**
Date Filed: 12/05/2008
Docketed Total: $17,641.45
Filing Creditor Name and Address:
  CORPORATE GRAPHICS
  INTERNATIONAL
  1885 NORTHWAY DR
  N MANKATO, MN 56003

Claim Holder Name and Address    Case Number: 08-35653
CORPORATE GRAPHICS    Docketed Total: $17,641.45
INTERNATIONAL
1885 NORTHWAY DR
N MANKATO, MN 56003

Case Number: 08-35653
Modified Total: $17,641.45

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $17,641.45 | | | | | | | | | | | | $17,641.45 |

**Claim: 984**
Date Filed: 12/17/2008
Docketed Total: $116,008.00
Filing Creditor Name and Address:
  CORPORATE PROPERTY
  DISPOSITIONS
  300 GALLERIA PKWY 12TH FL
  ATLANTA, GA 30339

Claim Holder Name and Address    Case Number: 08-35653
CORPORATE PROPERTY    Docketed Total: $116,008.00
DISPOSITIONS
300 GALLERIA PKWY 12TH FL
ATLANTA, GA 30339

Case Number: 08-35653
Modified Total: $116,008.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $116,008.00 | | | | | | | | | | | | $116,008.00 |

**Claim: 384**
Date Filed: 12/02/2008
Docketed Total: $2,935.27
Filing Creditor Name and Address:
  CRANSTON, CITY OF
  CITY HALL
  CRANSTON, RI 02910

Claim Holder Name and Address    Case Number: 08-35653
CRANSTON, CITY OF    Docketed Total: $2,935.27
CITY HALL
CRANSTON, RI 02910

Case Number: 08-35653
Modified Total: $2,935.27

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $2,935.27 | | | | | | | | | | | | $2,935.27 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 890**
Date Filed: 12/10/2008
Docketed Total: $2,935.27
Filing Creditor Name and Address:
  CRANSTON, CITY OF
  TAX COLLECTOR
  PO BOX 1177
  PROVIDENCE, RI 02901

| Claim Holder Name and Address | | Case Number: | | | 08-35653 |
|---|---|---|---|---|---|

CRANSTON, CITY OF
TAX COLLECTOR
PO BOX 1177
PROVIDENCE, RI 02901

Docketed Total: **$2,935.27**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,935.27 | | | | | |

Case Number: 08-35653
Modified Total: **$2,935.27**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,935.27 |

---

**Claim: 634**
Date Filed: 12/08/2008
Docketed Total: $5,810.00
Filing Creditor Name and Address:
  CRAWFORD COMMUNICATIONS
  INC
  925 WOODSIDE DR
  DELAND, FL 32720

Claim Holder Name and Address
Case Number: 08-35653

CRAWFORD COMMUNICATIONS
INC
925 WOODSIDE DR
DELAND, FL 32720

Docketed Total: **$5,810.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $5,810.00 | | | | | |

Case Number: 08-35653
Modified Total: **$5,810.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $5,810.00 |

---

**Claim: 1705**
Date Filed: 12/08/2008
Docketed Total: $5,810.00
Filing Creditor Name and Address:
  CRAWFORD COMMUNICATIONS
  INC
  925 WOODSIDE DR
  DELAND, FL 32720

Claim Holder Name and Address
Case Number: 08-35653

CRAWFORD COMMUNICATIONS
INC
925 WOODSIDE DR
DELAND, FL 32720

Docketed Total: **$5,810.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $5,810.00 | | | | | |

Case Number: 08-35653
Modified Total: **$5,810.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $5,810.00 |

---

**Claim: 581**
Date Filed: 12/04/2008
Docketed Total: $19,148.25
Filing Creditor Name and Address:
  CRS INC
  PO BOX 2046
  3810 MONROE ANSONVILLE RD
  MONROE, NC 28111

Claim Holder Name and Address
Case Number: 08-35653

CRS INC
PO BOX 2046
3810 MONROE ANSONVILLE RD
MONROE, NC 28111

Docketed Total: **$19,148.25**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $19,148.25 | | | | | |

Case Number: 08-35653
Modified Total: **$19,148.25**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $19,148.25 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 487**
Date Filed:    12/01/2008
Docketed Total:    $1,605.00
Filing Creditor Name and Address:
  CRYSTAL ROCK BOTTLED WATER
  1050 BUCKINGHAM ST
  WATERTOWN, CT 06795-0998

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| CRYSTAL ROCK BOTTLED WATER | Docketed Total: | $1,605.00 |
| 1050 BUCKINGHAM ST | | |
| WATERTOWN, CT 06795-0998 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,605.00 | | | | | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | $1,605.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,605.00 |

**Claim: 942**
Date Filed:    12/19/2008
Docketed Total:    $564.74
Filing Creditor Name and Address:
  CRYSTAL SPRINGS WATER
  2151B DELAWARE AVE
  SANTA CRUZ, CA 95060

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| CRYSTAL SPRINGS WATER | Docketed Total: | $564.74 |
| 2151B DELAWARE AVE | | |
| SANTA CRUZ, CA 95060 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $564.74 | | | | | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | $564.74 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $564.74 |

**Claim: 819**
Date Filed:    12/12/2008
Docketed Total:    $343.05
Filing Creditor Name and Address:
  CULLIGAN DAYTONA BEACH
  PO BOX 9307
  DAYTONA BEACH, FL 32120

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| CULLIGAN DAYTONA BEACH | Docketed Total: | $343.05 |
| PO BOX 9307 | | |
| DAYTONA BEACH, FL 32120 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $343.05 | | | | | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | $343.05 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $343.05 |

**Claim: 808**
Date Filed:    12/11/2008
Docketed Total:    $4,627.00
Filing Creditor Name and Address:
  CUSHMAN & WAKEFIELD OF
  ILLINOIS INC
  455 N CITYFRONT PLZ DR STE
  2800
  CHICAGO, IL 60611-5555

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| CUSHMAN & WAKEFIELD OF | Docketed Total: | $4,627.00 |
| ILLINOIS INC | | |
| 455 N CITYFRONT PLZ DR STE 2800 | | |
| CHICAGO, IL 60611-5555 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $4,627.00 | | | | | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | $4,627.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,627.00 |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 864<br>Date Filed:  12/08/2008<br>Docketed Total:  $15,459.21<br>Filing Creditor Name and Address:<br> CUSTOM DIESEL SERVICE INC<br> 1513 25 E JONATHON ST<br> ALLENTOWN, PA 18109 | Claim Holder Name and Address  Case Number:  08-35653<br><br>CUSTOM DIESEL SERVICE INC  Docketed Total:  **$15,459.21**<br>1513 25 E JONATHON ST<br>ALLENTOWN, PA 18109<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$15,459.21 | Case Number:  08-35653<br><br>Modified Total:  **$15,459.21**<br><br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br> $15,459.21 |
| Claim: 918<br>Date Filed:  12/19/2008<br>Docketed Total:  $2,805.00<br>Filing Creditor Name and Address:<br> CUSTOM SYSTEMS<br> INSTALLATION<br> 2700 S TAYLOR<br> AMARILLO, TX 79109 | Claim Holder Name and Address  Case Number:  08-35653<br><br>CUSTOM SYSTEMS INSTALLATION  Docketed Total:  **$2,805.00**<br>2700 S TAYLOR<br>AMARILLO, TX 79109<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$2,805.00 | Case Number:  08-35653<br><br>Modified Total:  **$2,805.00**<br><br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br> $2,805.00 |
| Claim: 564<br>Date Filed:  12/04/2008<br>Docketed Total:  $180.65<br>Filing Creditor Name and Address:<br> DEEP ROCK<br> 2640 CALIFORNIA ST<br> DENVER, CO 80205 | Claim Holder Name and Address  Case Number:  08-35653<br><br>DEEP ROCK  Docketed Total:  **$180.65**<br>2640 CALIFORNIA ST<br>DENVER, CO 80205<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$180.65 | Case Number:  08-35653<br><br>Modified Total:  **$180.65**<br><br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br> $180.65 |
| Claim: 1065<br>Date Filed:  12/15/2008<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address:<br> DELAWARE COUNTY<br> TREASURER<br> 140 SANDUSKY ST<br> DELAWARE, OH 43015 | Claim Holder Name and Address  Case Number:  08-35653<br><br>DELAWARE COUNTY TREASURER  Docketed Total:  **UNL**<br>140 SANDUSKY ST<br>DELAWARE, OH 43015<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$0.00 | Case Number:  08-35653<br><br>Modified Total:  **$0.00**<br><br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br> $0.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 689<br>Date Filed: 12/08/2008<br>Docketed Total: $41,560.68<br>Filing Creditor Name and Address:<br>DG FASTCHANNEL INC<br>PO BOX 951415<br>DALLAS, TX 75395-1415 | Claim Holder Name and Address<br><br>DG FASTCHANNEL INC<br>PO BOX 951415<br>DALLAS, TX 75395-1415 | Case Number: 08-35653<br><br>Docketed Total: **$41,560.68** | | Case Number: 08-35653<br><br>Modified Total: **$41,560.68** |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$41,560.68 | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$41,560.68 | |
| Claim: 1486<br>Date Filed: 12/16/2008<br>Docketed Total: $21,770.00<br>Filing Creditor Name and Address:<br>DIAMOND AUDIO VIDEO LLC<br>8254 ROANOKE CT<br>SEVERN, MD 21144 | Claim Holder Name and Address<br><br>DIAMOND AUDIO VIDEO LLC<br>8254 ROANOKE CT<br>SEVERN, MD 21144 | Case Number: 08-35653<br><br>Docketed Total: **$21,770.00** | | Case Number: 08-35653<br><br>Modified Total: **$21,770.00** |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$21,770.00 | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$21,770.00 | |
| Claim: 1317<br>Date Filed: 12/19/2008<br>Docketed Total: $767.00<br>Filing Creditor Name and Address:<br>DIGITAL ELECTRONIC SIGHT &<br>SOUND<br>25354 PLEASANT RD<br>ST CLOUD, MN 56301 | Claim Holder Name and Address<br><br>DIGITAL ELECTRONIC SIGHT &<br>SOUND<br>25354 PLEASANT RD<br>ST CLOUD, MN 56301 | Case Number: 08-35653<br><br>Docketed Total: **$767.00** | | Case Number: 08-35653<br><br>Modified Total: **$767.00** |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$767.00 | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$767.00 | |
| Claim: 846<br>Date Filed: 12/15/2008<br>Docketed Total: $36,360.10<br>Filing Creditor Name and Address:<br>DIGITECH COMMUNICATIONS<br>INC<br>27837 US HWY 19 N<br>STE A<br>CLEARWATER, FL 33761 | Claim Holder Name and Address<br><br>DIGITECH COMMUNICATIONS INC<br>27837 US HWY 19 N<br>STE A<br>CLEARWATER, FL 33761 | Case Number: 08-35653<br><br>Docketed Total: **$36,360.10** | | Case Number: 08-35653<br><br>Modified Total: **$36,360.10** |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$36,360.10 | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$36,360.10 | |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 217**
Date Filed: 11/28/2008
Docketed Total: $16,974.18
Filing Creditor Name and Address:
DIKEOU, DENO P
DIKEOU REALTY
543 WYMORE ROAD N
STE 106
MAITLAND, FL 32751

Claim Holder Name and Address

DIKEOU, DENO P
DIKEOU REALTY
543 WYMORE ROAD N
STE 106
MAITLAND, FL 32751

Case Number: 08-35653
Docketed Total: $16,974.18

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $16,974.18 | | | | | |

Case Number: 08-35653
Modified Total: $16,974.18

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $16,974.18 |

---

**Claim: 1154**
Date Filed: 12/08/2008
Docketed Total: $735.00
Filing Creditor Name and Address:
DILWORTH, HARRY
1746 WOODSTREAM
ST LOUIS, MO 63138

Claim Holder Name and Address

DILWORTH, HARRY
1746 WOODSTREAM
ST LOUIS, MO 63138

Case Number: 08-35653
Docketed Total: $735.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $735.00 | | | | | |

Case Number: 08-35653
Modified Total: $735.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $735.00 |

---

**Claim: 1481**
Date Filed: 12/16/2008
Docketed Total: $330.00
Filing Creditor Name and Address:
DISH DOCTORS, THE
6385 RT 96
VICTOR, NY 14564

Claim Holder Name and Address

DISH DOCTORS, THE
6385 RT 96
VICTOR, NY 14564

Case Number: 08-35653
Docketed Total: $330.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $330.00 | | | | | |

Case Number: 08-35653
Modified Total: $330.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $330.00 |

---

**Claim: 941**
Date Filed: 12/19/2008
Docketed Total: $31,143.13
Filing Creditor Name and Address:
DOUGHERTY COUNTY TAX DEPT
PO BOX 1827
ALBANY, GA 31702-9618

Claim Holder Name and Address

DOUGHERTY COUNTY TAX DEPT
PO BOX 1827
ALBANY, GA 31702-9618

Case Number: 08-35653
Docketed Total: $31,143.13

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $31,143.13 | | | | | |

Case Number: 08-35653
Modified Total: $31,143.13

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $31,143.13 |

---

*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 832<br>Date Filed: 12/15/2008<br>Docketed Total: $339.50<br>Filing Creditor Name and Address:<br>DOW LOHNES & ALBERTSON PLLC<br>1200 NEW HAMPSHIRE AVE NW<br>STE 880<br>WASHINGTON, DC 20036-6802 | Claim Holder Name and Address<br><br>DOW LOHNES & ALBERTSON PLLC<br>1200 NEW HAMPSHIRE AVE NW<br>STE 880<br>WASHINGTON, DC 20036-6802<br><br>Case Number: 08-35653<br>Docketed Total: $339.50<br><br>503(b)(9) / Reclamation / Admin / Secured / Priority / Unsecured<br>$339.50 | Case Number: 08-35653<br>Modified Total: $339.50<br><br>503(b)(9) / Reclamation / Admin / Secured / Priority / Unsecured<br>$339.50 |
| Claim: 787<br>Date Filed: 12/11/2008<br>Docketed Total: $4,395.00<br>Filing Creditor Name and Address:<br>DUMONTS HOME THEATER INSTALLATIONS<br>20 MOUNTAIN VIEW DR<br>FRANKLIN, NH 03285 | Claim Holder Name and Address<br><br>DUMONTS HOME THEATER INSTALLATIONS<br>20 MOUNTAIN VIEW DR<br>FRANKLIN, NH 03285<br><br>Case Number: 08-35653<br>Docketed Total: $4,395.00<br><br>503(b)(9) / Reclamation / Admin / Secured / Priority / Unsecured<br>$4,395.00 | Case Number: 08-35653<br>Modified Total: $4,395.00<br><br>503(b)(9) / Reclamation / Admin / Secured / Priority / Unsecured<br>$4,395.00 |
| Claim: 721<br>Date Filed: 12/12/2008<br>Docketed Total: $1,548.08<br>Filing Creditor Name and Address:<br>DUNN EDWARDS PAINTS<br>PO BOX 30389<br>LOS ANGELES, CA 90030-0389 | Claim Holder Name and Address<br><br>DUNN EDWARDS PAINTS<br>PO BOX 30389<br>LOS ANGELES, CA 90030-0389<br><br>Case Number: 08-35653<br>Docketed Total: $1,548.08<br><br>503(b)(9) / Reclamation / Admin / Secured / Priority / Unsecured<br>$1,548.08 | Case Number: 08-35653<br>Modified Total: $1,548.08<br><br>503(b)(9) / Reclamation / Admin / Secured / Priority / Unsecured<br>$1,548.08 |
| Claim: 833<br>Date Filed: 12/15/2008<br>Docketed Total: $3,300.34<br>Filing Creditor Name and Address:<br>DURHAM COUNTY<br>PO BOX 3397<br>TAX COLLECTOR<br>DURHAM, NC 27702 | Claim Holder Name and Address<br><br>DURHAM COUNTY<br>PO BOX 3397<br>TAX COLLECTOR<br>DURHAM, NC 27702<br><br>Case Number: 08-35653<br>Docketed Total: $3,300.34<br><br>503(b)(9) / Reclamation / Admin / Secured / Priority / Unsecured<br>$3,300.34 | Case Number: 08-35653<br>Modified Total: $3,300.34<br><br>503(b)(9) / Reclamation / Admin / Secured / Priority / Unsecured<br>$3,300.34 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1322<br>Date Filed:    12/19/2008<br>Docketed Total:    $13,730.00<br>Filing Creditor Name and Address:<br>  EAST COAST AUDIO VIDEO PROS<br>  1601 N HIGH ST<br>  MILLVILLE, NJ 08332 | Claim Holder Name and Address          Case Number:          08-35653<br><br>EAST COAST AUDIO VIDEO PROS     Docketed Total:          **$13,730.00**<br>1601 N HIGH ST<br>MILLVILLE, NJ 08332<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$13,730.00 | Case Number:          08-35653<br><br>Modified Total:          **$13,730.00**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$13,730.00 |
| Claim: 1077<br>Date Filed:    12/15/2008<br>Docketed Total:    $600.00<br>Filing Creditor Name and Address:<br>  EASY2 TECHNOLOGIES<br>  1220 HURON RD E<br>  7TH FL<br>  CLEVELAND, OH 44115 | Claim Holder Name and Address          Case Number:          08-35653<br><br>EASY2 TECHNOLOGIES          Docketed Total:          **$600.00**<br>1220 HURON RD E<br>7TH FL<br>CLEVELAND, OH 44115<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$600.00 | Case Number:          08-35653<br><br>Modified Total:          **$600.00**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$600.00 |
| Claim: 1273<br>Date Filed:    12/18/2008<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address:<br>  ECONOMIC RESEARCH SERVICES<br>  INC<br>  4901 TOWER CT<br>  TALLAHASSEE, FL 32303 | Claim Holder Name and Address          Case Number:          08-35653<br><br>ECONOMIC RESEARCH SERVICES     Docketed Total:          **UNL**<br>INC<br>4901 TOWER CT<br>TALLAHASSEE, FL 32303<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$0.00 | Case Number:          08-35653<br><br>Modified Total:          **$0.00**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$0.00 |
| Claim: 945<br>Date Filed:    12/19/2008<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address:<br>  ECONOMIC RESEARCH SERVICES<br>  INC<br>  4901 TOWER CT<br>  TALLASSEE, FL 32303 | Claim Holder Name and Address          Case Number:          08-35653<br><br>ECONOMIC RESEARCH SERVICES     Docketed Total:          **UNL**<br>INC<br>4901 TOWER CT<br>TALLASSEE, FL 32303<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$0.00 | Case Number:          08-35653<br><br>Modified Total:          **$0.00**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$0.00 |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 377**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 377<br>Date Filed:  12/01/2008<br>Docketed Total:  $2,451.60<br>Filing Creditor Name and Address:<br>  EMPIRE ENTERTAINMENT &<br>  TRAVEL<br>  3 W PACES FERRY RD STE 203<br>  ATLANTA, GA 30305 | Claim Holder Name and Address<br>EMPIRE ENTERTAINMENT &<br>TRAVEL<br>3 W PACES FERRY RD STE 203<br>ATLANTA, GA 30305 | Case Number: 08-35653<br>Docketed Total: **$2,451.60** | | | | | Case Number: 08-35653<br>Modified Total: **$2,451.60** | | | | | |
| | 503(b)(9)<br>$2,451.60 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$2,451.60 |
| Claim: 713<br>Date Filed:  12/12/2008<br>Docketed Total:  $4,999.79<br>Filing Creditor Name and Address:<br>  ESCAMBIA COUNTY TAX<br>  COLLECTOR<br>  PO BOX 1312<br>  PENSACOLA, FL 32591 | Claim Holder Name and Address<br>ESCAMBIA COUNTY TAX<br>COLLECTOR<br>PO BOX 1312<br>PENSACOLA, FL 32591 | Case Number: 08-35653<br>Docketed Total: **$4,999.79** | | | | | Case Number: 08-35653<br>Modified Total: **$4,999.79** | | | | | |
| | 503(b)(9)<br>$4,999.79 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$4,999.79 |
| Claim: 724<br>Date Filed:  12/09/2008<br>Docketed Total:  $1,515.67<br>Filing Creditor Name and Address:<br>  EXECUTIVE REFRESHMENTS<br>  PO BOX 12408<br>  DALLAS, TX 75225 | Claim Holder Name and Address<br>EXECUTIVE REFRESHMENTS<br>PO BOX 12408<br>DALLAS, TX 75225 | Case Number: 08-35653<br>Docketed Total: **$1,515.67** | | | | | Case Number: 08-35653<br>Modified Total: **$1,515.67** | | | | | |
| | 503(b)(9)<br>$1,515.67 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$1,515.67 |
| Claim: 937<br>Date Filed:  12/16/2008<br>Docketed Total:  $3,635.50<br>Filing Creditor Name and Address:<br>  EXPEDITER SERVICES INC<br>  URB LOS COLOBOS PARK<br>  618 ALMENDRO ST<br>  CAROLINA, PR 00987 | Claim Holder Name and Address<br>EXPEDITER SERVICES INC<br>URB LOS COLOBOS PARK<br>618 ALMENDRO ST<br>CAROLINA, PR 00987 | Case Number: 08-35660<br>Docketed Total: **$3,635.50** | | | | | Case Number: 08-35660<br>Modified Total: **$3,635.50** | | | | | |
| | 503(b)(9)<br>$3,635.50 | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$3,635.50 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1031<br>Date Filed: 12/16/2008<br>Docketed Total: $56,322.34<br>Filing Creditor Name and Address:<br>EXTRA HELP INC<br>3911 W ERNESTINE DR<br>MARION, IL 62959 | Claim Holder Name and Address<br>EXTRA HELP INC<br>3911 W ERNESTINE DR<br>MARION, IL 62959 — Case Number: 08-35653 — Docketed Total: **$56,322.34** | Case Number: 08-35653 — Modified Total: **$56,322.34** |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$56,322.34 | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$56,322.34 |
| Claim: 346<br>Date Filed: 11/24/2008<br>Docketed Total: $210.20<br>Filing Creditor Name and Address:<br>FAIRFIELD, CITY OF<br>1000 WEBSTER STREET<br>FAIRFIELD, CA 945334883 | Claim Holder Name and Address<br>FAIRFIELD, CITY OF<br>1000 WEBSTER STREET<br>FAIRFIELD, CA 945334883 — Case Number: 08-35653 — Docketed Total: **$210.20** | Case Number: 08-35653 — Modified Total: **$210.20** |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$210.20 | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$210.20 |
| Claim: 734<br>Date Filed: 12/12/2008<br>Docketed Total: $1,035.00<br>Filing Creditor Name and Address:<br>FEATURE PRESENTATION AUDIO<br>11491 KENT<br>WASHINGTON, MI 48094 | Claim Holder Name and Address<br>FEATURE PRESENTATION AUDIO<br>11491 KENT<br>WASHINGTON, MI 48094 — Case Number: 08-35653 — Docketed Total: **$1,035.00** | Case Number: 08-35653 — Modified Total: **$1,035.00** |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,035.00 | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,035.00 |
| Claim: 1047<br>Date Filed: 12/11/2008<br>Docketed Total: $1,560.00<br>Filing Creditor Name and Address:<br>FENN, RICHARD<br>221 VILLAGE CREEK CT<br>BALWIN, MO 63021 | Claim Holder Name and Address<br>FENN, RICHARD<br>221 VILLAGE CREEK CT<br>BALWIN, MO 63021 — Case Number: 08-35653 — Docketed Total: **$1,560.00** | Case Number: 08-35653 — Modified Total: **$1,560.00** |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,560.00 | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,560.00 |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| Claim: 459 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
|---|---|---|---|---|
| Date Filed: 12/01/2008 | | | | |
| Docketed Total: $0.00 | FIRE & SECURITY SYSTEMS INC | Docketed Total: UNL | | Modified Total: $0.00 |
| Filing Creditor Name and Address: | 516 W CAMPUS DR | | | |
| FIRE & SECURITY SYSTEMS INC | ARLINGTON HTS, IL 60004 | | | |
| 516 W CAMPUS DR | | | | |
| ARLINGTON HTS, IL 60004 | | | | |

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0.00 | | | | | | | | | | | 0.00 |

| Claim: 1347 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
|---|---|---|---|---|
| Date Filed: 12/17/2008 | | | | |
| Docketed Total: $3,121.63 | FLORENCE COUNTY | Docketed Total: $3,121.63 | | Modified Total: $3,121.63 |
| Filing Creditor Name and Address: | PO BOX 100501 | | | |
| FLORENCE COUNTY | FLORENCE, SC 29502-0501 | | | |
| PO BOX 100501 | | | | |
| FLORENCE, SC 29502-0501 | | | | |

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $3,121.63 | | | | | | | | | | | $3,121.63 |

| Claim: 1362 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
|---|---|---|---|---|
| Date Filed: 12/17/2008 | | | | |
| Docketed Total: $7,195.89 | FLORENCE COUNTY | Docketed Total: $7,195.89 | | Modified Total: $7,195.89 |
| Filing Creditor Name and Address: | PO BOX 100501 | | | |
| FLORENCE COUNTY | FLORENCE, SC 29502-0501 | | | |
| PO BOX 100501 | | | | |
| FLORENCE, SC 29502-0501 | | | | |

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $7,195.89 | | | | | | | | | | | $7,195.89 |

| Claim: 976 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
|---|---|---|---|---|
| Date Filed: 12/16/2008 | | | | |
| Docketed Total: $6,116.74 | UNITED STATES DEBT RECOVERY | Docketed Total: $6,116.74 | | Modified Total: $6,116.74 |
| Filing Creditor Name and Address: | LLC | | | |
| FLORENCE, CITY OF | 940 SOUTHWOOD BL SUITE 101 | | | |
| PO BOX 1357 | INCLINE VILLAGE, NV 89451 | | | |
| FLORENCE, KY 41022-1357 | | | | |

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $6,116.74 | | | | | | | | | | | $6,116.74 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1122<br>Date Filed: 12/15/2008<br>Docketed Total: $11,071.60<br>Filing Creditor Name and Address:<br>FORRESTER RESEARCH INC<br>DEPT CH 10334<br>PALATINE, IL 60055-0334 | Claim Holder Name and Address    Case Number: 08-35653<br><br>FORRESTER RESEARCH INC    Docketed Total: **$11,071.60**<br>DEPT CH 10334<br>PALATINE, IL 60055-0334<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$11,071.60 | Case Number: 08-35653<br><br>Modified Total: **$11,071.60**<br><br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$11,071.60 |
| Claim: 1217<br>Date Filed: 12/18/2008<br>Docketed Total: $47,092.62<br>Filing Creditor Name and Address:<br>FORSYTHE SOLUTIONS GROUP<br>INC<br>39219 TREASURY CENTER<br>CHICAGO, IL 60694-9200 | Claim Holder Name and Address    Case Number: 08-35653<br><br>FORSYTHE SOLUTIONS GROUP INC    Docketed Total: **$47,092.62**<br>39219 TREASURY CENTER<br>CHICAGO, IL 60694-9200<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$47,092.62 | Case Number: 08-35653<br><br>Modified Total: **$47,092.62**<br><br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$47,092.62 |
| Claim: 157<br>Date Filed: 12/04/2008<br>Docketed Total: $1,474.39<br>Filing Creditor Name and Address:<br>FRAZER GREENE UPCHURCH &<br>BAKER<br>PO BOX 1686<br>MOBILE, AL 36633 | Claim Holder Name and Address    Case Number: 08-35653<br><br>FRAZER GREENE UPCHURCH &    Docketed Total: **$1,474.39**<br>BAKER<br>PO BOX 1686<br>MOBILE, AL 36633<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,474.39 | Case Number: 08-35653<br><br>Modified Total: **$1,474.39**<br><br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,474.39 |
| Claim: 989<br>Date Filed: 12/16/2008<br>Docketed Total: $3,358.00<br>Filing Creditor Name and Address:<br>G&R FALCON<br>COMMUNICATIONS INC<br>9400 LAGUNA NIGUEL DRIVE NO<br>103<br>LAS VEGAS, NV 89134 | Claim Holder Name and Address    Case Number: 08-35653<br><br>G&R FALCON COMMUNICATIONS    Docketed Total: **$3,358.00**<br>INC<br>9400 LAGUNA NIGUEL DRIVE NO 103<br>LAS VEGAS, NV 89134<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$3,358.00 | Case Number: 08-35653<br><br>Modified Total: **$3,358.00**<br><br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$3,358.00 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

## EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 365<br>Date Filed:    11/24/2008<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address:<br>  GARFIELD HEIGHTS, CITY OF<br>  5407 TURNEY RD<br>  GARFIELD HEIGHTS, OH 44125 | Claim Holder Name and Address<br><br>GARFIELD HEIGHTS, CITY OF<br>5407 TURNEY RD<br>GARFIELD HEIGHTS, OH 44125 | Case Number:    08-35653<br><br>Docketed Total:    UNL | | Case Number:    08-35653<br><br>Modified Total:    $0.00 |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$0.00 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$0.00 | |
| Claim: 1340<br>Date Filed:    12/17/2008<br>Docketed Total:    $4,095.00<br>Filing Creditor Name and Address:<br>  GEORGIA HOME THEATER &<br>  ELECTRICAL<br>  130 DIAMOND DR<br>  ATHENS, GA 30605 | Claim Holder Name and Address<br><br>GEORGIA HOME THEATER &<br>ELECTRICAL<br>130 DIAMOND DR<br>ATHENS, GA 30605 | Case Number:    08-35653<br><br>Docketed Total:    $4,095.00 | | Case Number:    08-35653<br><br>Modified Total:    $4,095.00 |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$4,095.00 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$4,095.00 | |
| Claim: 887<br>Date Filed:    12/10/2008<br>Docketed Total:    $2,539.00<br>Filing Creditor Name and Address:<br>  GET WIRED LLC<br>  1849 SANDY SPRINGS RD<br>  DE PERE, WI 54115 | Claim Holder Name and Address<br><br>GET WIRED LLC<br>1849 SANDY SPRINGS RD<br>DE PERE, WI 54115 | Case Number:    08-35653<br><br>Docketed Total:    $2,539.00 | | Case Number:    08-35653<br><br>Modified Total:    $2,539.00 |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$2,539.00 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$2,539.00 | |
| Claim: 839<br>Date Filed:    12/15/2008<br>Docketed Total:    $10,992.26<br>Filing Creditor Name and Address:<br>  GUILFORD COUNTY TAX<br>  COLLECTOR<br>  PO BOX 3328<br>  GREENSBORO, NC 27402 | Claim Holder Name and Address<br><br>GUILFORD COUNTY TAX<br>COLLECTOR<br>PO BOX 3328<br>GREENSBORO, NC 27402 | Case Number:    08-35653<br><br>Docketed Total:    $10,992.26 | | Case Number:    08-35653<br><br>Modified Total:    $10,992.26 |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$10,992.26 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$10,992.26 | |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

### EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 1143**
Date Filed:    12/16/2008
Docketed Total:    $579.90
Filing Creditor Name and Address:
HALLMARK INSIGHTS
121 S EIGHTH ST STE 700
MINNEAPOLIS, MN 55402

Claim Holder Name and Address

HALLMARK INSIGHTS
121 S EIGHTH ST STE 700
MINNEAPOLIS, MN 55402

Case Number:    08-35657
Docketed Total:    $579.90

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $579.90 | | | | | $579.90 |

Case Number:    08-35657
Modified Total:    $579.90

---

**Claim: 255**
Date Filed:    12/03/2008
Docketed Total:    $2,806.04
Filing Creditor Name and Address:
HAMILTON COUNTY TREASURER
33 N NINTH ST
NOBLESVILLE, IN 46060

Claim Holder Name and Address

HAMILTON COUNTY TREASURER
33 N NINTH ST
NOBLESVILLE, IN 46060

Case Number:    08-35653
Docketed Total:    $2,806.04

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,806.04 | | | | | $2,806.04 |

Case Number:    08-35653
Modified Total:    $2,806.04

---

**Claim: 250**
Date Filed:    12/03/2008
Docketed Total:    $19,505.50
Filing Creditor Name and Address:
HAMILTON SECURITY &
INVESTIGATIONS
4925 STONEFALLS CENTER STE C
OFALLON, IL 62269

Claim Holder Name and Address

HAMILTON SECURITY &
INVESTIGATIONS
4925 STONEFALLS CENTER STE C
OFALLON, IL 62269

Case Number:    08-35653
Docketed Total:    $19,505.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $19,505.50 | | | | | $19,505.50 |

Case Number:    08-35653
Modified Total:    $19,505.50

---

**Claim: 949**
Date Filed:    12/19/2008
Docketed Total:    $0.00
Filing Creditor Name and Address:
HAMPTON INN
12909 NORTHWEST FWY
HOUSTON, TX 77040

Claim Holder Name and Address

HAMPTON INN
12909 NORTHWEST FWY
HOUSTON, TX 77040

Case Number:    08-35653
Docketed Total:    UNL

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $0.00 | | | | | $0.00 |

Case Number:    08-35653
Modified Total:    $0.00

---

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1359<br>Date Filed:    12/17/2008<br>Docketed Total:    $939.75<br>Filing Creditor Name and Address:<br>  HAMPTON INN & SUITES<br>  MERRIAM<br>  7400 W FRONTAGE RD<br>  MERRIAM, KS 66203 | Claim Holder Name and Address<br><br>HAMPTON INN & SUITES MERRIAM<br>7400 W FRONTAGE RD<br>MERRIAM, KS 66203 | Case Number:    08-35653<br><br>Docketed Total:    **$939.75** | Case Number:    08-35653<br><br>Modified Total:    **$939.75** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$939.75 | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$939.75 |
| Claim: 440<br>Date Filed:    12/01/2008<br>Docketed Total:    $1,677.52<br>Filing Creditor Name and Address:<br>  HAMPTON INN LAKEWOOD<br>  3605 S WADSWORTH BLVD<br>  LAKEWOOD, CO 80235 | Claim Holder Name and Address<br><br>HAMPTON INN LAKEWOOD<br>3605 S WADSWORTH BLVD<br>LAKEWOOD, CO 80235 | Case Number:    08-35653<br><br>Docketed Total:    **$1,677.52** | Case Number:    08-35653<br><br>Modified Total:    **$1,677.52** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,677.52 | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,677.52 |
| Claim: 1311<br>Date Filed:    12/18/2008<br>Docketed Total:    $2,517.00<br>Filing Creditor Name and Address:<br>  HANNON RANCHES LTD<br>  PO BOX 1452<br>  C/O COASTAL RIDGE MGMT CO<br>  LA MESA, CA 91944 | Claim Holder Name and Address<br><br>HANNON RANCHES LTD<br>PO BOX 1452<br>C/O COASTAL RIDGE MGMT CO<br>LA MESA, CA 91944 | Case Number:    08-35653<br><br>Docketed Total:    **$2,517.00** | Case Number:    08-35653<br><br>Modified Total:    **$2,517.00** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$2,517.00 | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$2,517.00 |
| Claim: 1292<br>Date Filed:    12/18/2008<br>Docketed Total:    $3,410.00<br>Filing Creditor Name and Address:<br>  HARMONY AUDIO VIDEO<br>  SYSTEMS<br>  651 A W LISBURN RD<br>  MECHANICSBURG, PA 17055 | Claim Holder Name and Address<br><br>HARMONY AUDIO VIDEO SYSTEMS<br>651 A W LISBURN RD<br>MECHANICSBURG, PA 17055 | Case Number:    08-35653<br><br>Docketed Total:    **$3,410.00** | Case Number:    08-35653<br><br>Modified Total:    **$3,410.00** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$3,410.00 | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$3,410.00 |

*       "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 256<br>Date Filed:  11/28/2008<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address:<br>HARRYS CREATIVE CONCRETE<br>COAT<br>517 ENDERBY RD<br>CHULUOTA, FL 32766 | Claim Holder Name and Address<br><br>HARRYS CREATIVE CONCRETE<br>COAT<br>517 ENDERBY RD<br>CHULUOTA, FL 32766<br><br>Case Number:    08-35653<br>Docketed Total:    **UNL** | Case Number:    08-35653<br>Modified Total:    **$0.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | | | | | | | | | | | $0.00 |

| | | |
|---|---|---|
| Claim: 33<br>Date Filed:  11/28/2008<br>Docketed Total:  $4,430.00<br>Filing Creditor Name and Address:<br>HD CONNECT<br>220 N WADE AVENUE<br>WASHINGTON, PA 15301 | Claim Holder Name and Address<br><br>HD CONNECT<br>220 N WADE AVENUE<br>WASHINGTON, PA 15301<br><br>Case Number:    08-35653<br>Docketed Total:    **$4,430.00** | Case Number:    08-35653<br>Modified Total:    **$4,430.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $4,430.00 | | | | | | | | | | | $4,430.00 |

| | | |
|---|---|---|
| Claim: 1099<br>Date Filed:  12/19/2008<br>Docketed Total:  $8,375.00<br>Filing Creditor Name and Address:<br>HEILMAN & ASSOCIATES INC<br>PO BOX 2183<br>UPPER MARLBORO, MD<br>20773-2183 | Claim Holder Name and Address<br><br>HEILMAN & ASSOCIATES INC<br>PO BOX 2183<br>UPPER MARLBORO, MD 20773-2183<br><br>Case Number:    08-35653<br>Docketed Total:    **$8,375.00** | Case Number:    08-35653<br>Modified Total:    **$8,375.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $8,375.00 | | | | | | | | | | | $8,375.00 |

| | | |
|---|---|---|
| Claim: 1706<br>Date Filed:  12/12/2008<br>Docketed Total:  $7,367.88<br>Filing Creditor Name and Address:<br>HERNANDO COUNTY<br>789 PROVIDENCE BLVD<br>BROOKSVILLE, FL 34601 | Claim Holder Name and Address<br><br>HERNANDO COUNTY<br>789 PROVIDENCE BLVD<br>BROOKSVILLE, FL 34601<br><br>Case Number:    08-35653<br>Docketed Total:    **$7,367.88** | Case Number:    08-35653<br>Modified Total:    **$7,367.88** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $7,367.88 | | | | | | | | | | | $7,367.88 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

## EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 950<br>Date Filed:    12/19/2008<br>Docketed Total:    $3,070.00<br>Filing Creditor Name and Address:<br>    HIGH DEFINITION<br>    TECHNOLOGIES<br>    10500 HWY 30 NO 205<br>    COLLEGE STATION, TX 77845 | Claim Holder Name and Address<br><br>HIGH DEFINITION TECHNOLOGIES<br>10500 HWY 30 NO 205<br>COLLEGE STATION, TX 77845 | Case Number:    08-35659<br><br>Docketed Total:    $3,070.00 | Case Number:    08-35659<br><br>Modified Total:    $3,070.00 |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$3,070.00 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$3,070.00 |
| Claim: 621<br>Date Filed:    12/08/2008<br>Docketed Total:    $945.00<br>Filing Creditor Name and Address:<br>    HOEFLER & FRERE JONES INC<br>    611 BROADWAY RM 725<br>    NEW YORK, NY 10012 | Claim Holder Name and Address<br><br>HOEFLER & FRERE JONES INC<br>611 BROADWAY RM 725<br>NEW YORK, NY 10012 | Case Number:    08-35653<br><br>Docketed Total:    $945.00 | Case Number:    08-35653<br><br>Modified Total:    $945.00 |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$945.00 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$945.00 |
| Claim: 1231<br>Date Filed:    12/18/2008<br>Docketed Total:    $400.00<br>Filing Creditor Name and Address:<br>    HOGAN ASSESSMENT SYSTEMS<br>    INC<br>    PO BOX 21228<br>    DEPT 55<br>    TULSA, OK 74121 | Claim Holder Name and Address<br><br>HOGAN ASSESSMENT SYSTEMS INC<br>PO BOX 21228<br>DEPT 55<br>TULSA, OK 74121 | Case Number:    08-35653<br><br>Docketed Total:    $400.00 | Case Number:    08-35653<br><br>Modified Total:    $400.00 |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$400.00 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$400.00 |
| Claim: 700<br>Date Filed:    12/09/2008<br>Docketed Total:    $5,081.52<br>Filing Creditor Name and Address:<br>    HOLIDAY INN<br>    205 REMINGTON BLVD<br>    BOLINGBROOK, IL 60440 | Claim Holder Name and Address<br><br>HOLIDAY INN<br>205 REMINGTON BLVD<br>BOLINGBROOK, IL 60440 | Case Number:    08-35653<br><br>Docketed Total:    $5,081.52 | Case Number:    08-35653<br><br>Modified Total:    $5,081.52 |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$5,081.52 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$5,081.52 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1380<br>Date Filed: 12/17/2008<br>Docketed Total: $10,332.00<br>Filing Creditor Name and Address:<br>HOLIDAY INN EXPRESS ALLEN<br>205 N CENTRAL EXPY<br>ALLEN, TX 75013 | Claim Holder Name and Address<br>HOLIDAY INN EXPRESS ALLEN<br>205 N CENTRAL EXPY<br>ALLEN, TX 75013<br><br>Case Number: 08-35653<br>Docketed Total: $10,332.00<br><br>503(b)(9) $10,332.00 \| Reclamation \| Admin \| Secured \| Priority \| Unsecured | Case Number: 08-35653<br>Modified Total: $10,332.00<br><br>503(b)(9) \| Reclamation \| Admin \| Secured \| Priority \| Unsecured $10,332.00 |
| Claim: 990<br>Date Filed: 12/16/2008<br>Docketed Total: $3,600.00<br>Filing Creditor Name and Address:<br>HOME VIDEO SATELLITE<br>2776 C S CAMPBELL<br>SPRINGFIELD, MO 65807 | Claim Holder Name and Address<br>HOME VIDEO SATELLITE<br>2776 C S CAMPBELL<br>SPRINGFIELD, MO 65807<br><br>Case Number: 08-35653<br>Docketed Total: $3,600.00<br><br>503(b)(9) $3,600.00 \| Reclamation \| Admin \| Secured \| Priority \| Unsecured | Case Number: 08-35653<br>Modified Total: $3,600.00<br><br>503(b)(9) \| Reclamation \| Admin \| Secured \| Priority \| Unsecured $3,600.00 |
| Claim: 1121<br>Date Filed: 12/15/2008<br>Docketed Total: $3,095.00<br>Filing Creditor Name and Address:<br>HS SERVICES<br>4505 SEMINOLE RD<br>RICHLAND, GA 31825 | Claim Holder Name and Address<br>HS SERVICES<br>4505 SEMINOLE RD<br>RICHLAND, GA 31825<br><br>Case Number: 08-35653<br>Docketed Total: $3,095.00<br><br>503(b)(9) $3,095.00 \| Reclamation \| Admin \| Secured \| Priority \| Unsecured | Case Number: 08-35653<br>Modified Total: $3,095.00<br><br>503(b)(9) \| Reclamation \| Admin \| Secured \| Priority \| Unsecured $3,095.00 |
| Claim: 920<br>Date Filed: 12/19/2008<br>Docketed Total: $222,125.00<br>Filing Creditor Name and Address:<br>IGATE GLOBAL SOLUTIONS<br>LIMITED<br>425 MARKET ST 26TH FL<br>SAN FRANCISCO, CA 94105 | Claim Holder Name and Address<br>IGATE GLOBAL SOLUTIONS LIMITED<br>425 MARKET ST 26TH FL<br>SAN FRANCISCO, CA 94105<br><br>Case Number: 08-35653<br>Docketed Total: $222,125.00<br><br>503(b)(9) $222,125.00 \| Reclamation \| Admin \| Secured \| Priority \| Unsecured | Case Number: 08-35653<br>Modified Total: $222,125.00<br><br>503(b)(9) \| Reclamation \| Admin \| Secured \| Priority \| Unsecured $222,125.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 145<br>Date Filed:    12/01/2008<br>Docketed Total:    $1,630.00<br>Filing Creditor Name and Address:<br>    IMAGE PLUS ENTERPRISES LLC<br>    915 SW 8TH AVE<br>    AMARILLO, TX 79101 | Claim Holder Name and Address        Case Number:            08-35653<br><br>IMAGE PLUS ENTERPRISES LLC        Docketed Total:        **$1,630.00**<br>915 SW 8TH AVE<br>AMARILLO, TX 79101<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,630.00 | Case Number:            08-35653<br><br>Modified Total:        **$1,630.00**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                            $1,630.00 |
| Claim: 497<br>Date Filed:    12/01/2008<br>Docketed Total:    $21,334.78<br>Filing Creditor Name and Address:<br>    IN YOUR EAR MUSIC &<br>    RECORDING<br>    1813 E BROAD ST<br>    RICHMOND, VA 23223 | Claim Holder Name and Address        Case Number:            08-35653<br><br>IN YOUR EAR MUSIC & RECORDING        Docketed Total:        **$21,334.78**<br>1813 E BROAD ST<br>RICHMOND, VA 23223<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$21,334.78 | Case Number:            08-35653<br><br>Modified Total:        **$21,334.78**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                            $21,334.78 |
| Claim: 743<br>Date Filed:    12/12/2008<br>Docketed Total:    $1,336.50<br>Filing Creditor Name and Address:<br>    JACKSON LEWIS LLP<br>    1 N BROADWAY<br>    WHITE PLAINS, NY 10601 | Claim Holder Name and Address        Case Number:            08-35653<br><br>JACKSON LEWIS LLP        Docketed Total:        **$1,336.50**<br>1 N BROADWAY<br>WHITE PLAINS, NY 10601<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,336.50 | Case Number:            08-35653<br><br>Modified Total:        **$1,336.50**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                            $1,336.50 |
| Claim: 185<br>Date Filed:    12/05/2008<br>Docketed Total:    $4,220.00<br>Filing Creditor Name and Address:<br>    JEC HOME INTERIORS<br>    13 WILSHIRE LN<br>    PELHAM, NH 03076 | Claim Holder Name and Address        Case Number:            08-35653<br><br>JEC HOME INTERIORS        Docketed Total:        **$4,220.00**<br>13 WILSHIRE LN<br>PELHAM, NH 03076<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$4,220.00 | Case Number:            08-35653<br><br>Modified Total:        **$4,220.00**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                            $4,220.00 |

*        "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
|---|---|---|---|---|
| Claim: 1370 | | | | |
| Date Filed: 12/19/2008 | JEFFERSON HOTEL, THE | Docketed Total: $12,664.47 | | Modified Total: $12,664.47 |
| Docketed Total: $12,664.47 | PO BOX 758664 | | | |
| Filing Creditor Name and Address: | BALTIMORE, MD 21275 | | | |
| JEFFERSON HOTEL, THE | | | | |
| PO BOX 758664 | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured |
| BALTIMORE, MD 21275 | | $12,664.47 | | $12,664.47 |

| | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
|---|---|---|---|---|
| Claim: 50 | | | | |
| Date Filed: 11/25/2008 | JEFFERSON, THE | Docketed Total: $12,664.47 | | Modified Total: $12,664.47 |
| Docketed Total: $12,664.47 | FRANKLIN & ADAMS STREETS | | | |
| Filing Creditor Name and Address: | RICHMOND, VA 23220 | | | |
| JEFFERSON, THE | | | | |
| FRANKLIN & ADAMS STREETS | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured |
| RICHMOND, VA 23220 | | $12,664.47 | | $12,664.47 |

| | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
|---|---|---|---|---|
| Claim: 1193 | | | | |
| Date Filed: 12/16/2008 | JOBCONNECTION SERVICES INC | Docketed Total: $323.72 | | Modified Total: $323.72 |
| Docketed Total: $323.72 | 179 DELAWARE AVE | | | |
| Filing Creditor Name and Address: | PALMERTON, PA 18071 | | | |
| JOBCONNECTION SERVICES INC | | | | |
| 179 DELAWARE AVE | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured |
| PALMERTON, PA 18071 | | $323.72 | | $323.72 |

| | Claim Holder Name and Address | Case Number: 08-35660 | | Case Number: 08-35660 |
|---|---|---|---|---|
| Claim: 999 | | | | |
| Date Filed: 12/16/2008 | JORGE P SALA LAW OFFICES | Docketed Total: $313.50 | | Modified Total: $313.50 |
| Docketed Total: $313.50 | 8169 CALLE CONCORDIA STE 102 | | | |
| Filing Creditor Name and Address: | PONCE, PR 00717-1556 | | | |
| JORGE P SALA LAW OFFICES | | | | |
| 8169 CALLE CONCORDIA STE 102 | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured |
| PONCE, PR 00717-1556 | | $313.50 | | $313.50 |

\*       "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1106<br>Date Filed:  12/17/2008<br>Docketed Total:  $1,633.23<br>Filing Creditor Name and Address:<br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | Claim Holder Name and Address<br><br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703<br><br>Case Number:  08-35653<br>Docketed Total:  **$1,633.23**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,633.23 | Case Number:  08-35653<br>Modified Total:  **$1,633.23**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,633.23 |
| Claim: 1107<br>Date Filed:  12/17/2008<br>Docketed Total:  $537.88<br>Filing Creditor Name and Address:<br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | Claim Holder Name and Address<br><br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703<br><br>Case Number:  08-35653<br>Docketed Total:  **$537.88**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$537.88 | Case Number:  08-35653<br>Modified Total:  **$537.88**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$537.88 |
| Claim: 1108<br>Date Filed:  12/17/2008<br>Docketed Total:  $8,232.00<br>Filing Creditor Name and Address:<br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | Claim Holder Name and Address<br><br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703<br><br>Case Number:  08-35653<br>Docketed Total:  **$8,232.00**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$8,232.00 | Case Number:  08-35653<br>Modified Total:  **$8,232.00**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$8,232.00 |
| Claim: 1109<br>Date Filed:  12/17/2008<br>Docketed Total:  $8,103.00<br>Filing Creditor Name and Address:<br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | Claim Holder Name and Address<br><br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703<br><br>Case Number:  08-35653<br>Docketed Total:  **$8,103.00**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$8,103.00 | Case Number:  08-35653<br>Modified Total:  **$8,103.00**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$8,103.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

## EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 1110<br>Date Filed: 12/17/2008<br>Docketed Total: $8,113.00<br>Filing Creditor Name and Address:<br>  JP ASSOCIATES<br>  100 NAAMANS RD STE 5F<br>  CLAYMONT, DE 19703 | Claim Holder Name and Address<br><br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | Case Number: 08-35653<br><br>Docketed Total: $8,113.00 | | Case Number: 08-35653<br><br>Modified Total: $8,113.00 |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$8,113.00 | | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$8,113.00 |
| Claim: 1111<br>Date Filed: 12/17/2008<br>Docketed Total: $630.00<br>Filing Creditor Name and Address:<br>  JP ASSOCIATES<br>  100 NAAMANS RD STE 5F<br>  CLAYMONT, DE 19703 | Claim Holder Name and Address<br><br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | Case Number: 08-35653<br><br>Docketed Total: $630.00 | | Case Number: 08-35653<br><br>Modified Total: $630.00 |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$630.00 | | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$630.00 |
| Claim: 1112<br>Date Filed: 12/17/2008<br>Docketed Total: $839.00<br>Filing Creditor Name and Address:<br>  JP ASSOCIATES<br>  100 NAAMANS RD STE 5F<br>  CLAYMONT, DE 19703 | Claim Holder Name and Address<br><br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | Case Number: 08-35653<br><br>Docketed Total: $839.00 | | Case Number: 08-35653<br><br>Modified Total: $839.00 |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$839.00 | | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$839.00 |
| Claim: 1113<br>Date Filed: 12/17/2008<br>Docketed Total: $866.00<br>Filing Creditor Name and Address:<br>  JP ASSOCIATES<br>  100 NAAMANS RD STE 5F<br>  CLAYMONT, DE 19703 | Claim Holder Name and Address<br><br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | Case Number: 08-35657<br><br>Docketed Total: $866.00 | | Case Number: 08-35657<br><br>Modified Total: $866.00 |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$866.00 | | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$866.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

## EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 1114<br>Date Filed: 12/17/2008<br>Docketed Total: $8,040.00<br>Filing Creditor Name and Address:<br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | Claim Holder Name and Address<br><br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | Case Number: 08-35657<br><br>Docketed Total: $8,040.00 | | Case Number: 08-35657<br><br>Modified Total: $8,040.00 |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$8,040.00                                                            $8,040.00 | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                      $8,040.00 | |
| Claim: 1115<br>Date Filed: 12/17/2008<br>Docketed Total: $8,310.00<br>Filing Creditor Name and Address:<br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | Claim Holder Name and Address<br><br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | Case Number: 08-35657<br><br>Docketed Total: $8,310.00 | | Case Number: 08-35657<br><br>Modified Total: $8,310.00 |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$8,310.00                                                            $8,310.00 | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                      $8,310.00 | |
| Claim: 1116<br>Date Filed: 12/17/2008<br>Docketed Total: $8,040.00<br>Filing Creditor Name and Address:<br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | Claim Holder Name and Address<br><br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | Case Number: 08-35653<br><br>Docketed Total: $8,040.00 | | Case Number: 08-35653<br><br>Modified Total: $8,040.00 |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$8,040.00                                                            $8,040.00 | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                      $8,040.00 | |
| Claim: 1117<br>Date Filed: 12/17/2008<br>Docketed Total: $8,113.00<br>Filing Creditor Name and Address:<br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | Claim Holder Name and Address<br><br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | Case Number: 08-35653<br><br>Docketed Total: $8,113.00 | | Case Number: 08-35653<br><br>Modified Total: $8,113.00 |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$8,113.00                                                            $8,113.00 | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                      $8,113.00 | |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

## EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1118<br>Date Filed:    12/17/2008<br>Docketed Total:    $8,298.00<br>Filing Creditor Name and Address:<br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | Claim Holder Name and Address    Case Number:    08-35653<br><br>JP ASSOCIATES    Docketed Total:    $8,298.00<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$8,298.00    $8,298.00 | Case Number:    08-35653<br><br>Modified Total:    $8,298.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$8,298.00 |
| Claim: 1119<br>Date Filed:    12/17/2008<br>Docketed Total:    $533.99<br>Filing Creditor Name and Address:<br>JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | Claim Holder Name and Address    Case Number:    08-35653<br><br>JP ASSOCIATES    Docketed Total:    $533.99<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$533.99    $533.99 | Case Number:    08-35653<br><br>Modified Total:    $533.99<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$533.99 |
| Claim: 1372<br>Date Filed:    12/19/2008<br>Docketed Total:    $46,500.00<br>Filing Creditor Name and Address:<br>JS UNLIMITED INC<br>9351 HEDGESTONE CT<br>RIVERSIDE, CA 92508 | Claim Holder Name and Address    Case Number:    08-35653<br><br>JS UNLIMITED INC    Docketed Total:    $46,500.00<br>9351 HEDGESTONE CT<br>RIVERSIDE, CA 92508<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$46,500.00    $46,500.00 | Case Number:    08-35653<br><br>Modified Total:    $46,500.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$46,500.00 |
| Claim: 994<br>Date Filed:    12/16/2008<br>Docketed Total:    $1,405.00<br>Filing Creditor Name and Address:<br>K&W COMMUNICATIONS<br>1308 N 2ND ST<br>ALTOONA, PA 16602 | Claim Holder Name and Address    Case Number:    08-35653<br><br>K&W COMMUNICATIONS    Docketed Total:    $1,405.00<br>1308 N 2ND ST<br>ALTOONA, PA 16602<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,405.00    $1,405.00 | Case Number:    08-35653<br><br>Modified Total:    $1,405.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,405.00 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 1044<br>Date Filed:    12/09/2008<br>Docketed Total:    $563.00<br>Filing Creditor Name and Address:<br>  KEMPER SATELLITE SYSTEMS<br>  1270 BOONE INDUSTRIAL<br>  COLUMBIA, MO 65202 | Claim Holder Name and Address<br><br>KEMPER SATELLITE SYSTEMS<br>1270 BOONE INDUSTRIAL<br>COLUMBIA, MO 65202<br><br>Case Number:    08-35653<br>Docketed Total:    **$563.00** | Case Number:    08-35653<br>Modified Total:    **$563.00** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$563.00 | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$563.00 |
| Claim: 424<br>Date Filed:    12/01/2008<br>Docketed Total:    $648.30<br>Filing Creditor Name and Address:<br>  KENOSHA HOSPITAL & MEDICAL<br>  CTR<br>  6308 8TH AVE<br>  ATTN BUSINESS OFFICE<br>  KENOSHA, WI 53143 | Claim Holder Name and Address<br><br>KENOSHA HOSPITAL & MEDICAL<br>CTR<br>6308 8TH AVE<br>ATTN BUSINESS OFFICE<br>KENOSHA, WI 53143<br><br>Case Number:    08-35653<br>Docketed Total:    **$648.30** | Case Number:    08-35653<br>Modified Total:    **$648.30** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$648.30 | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$648.30 |
| Claim: 1095<br>Date Filed:    12/19/2008<br>Docketed Total:    $95,000.00<br>Filing Creditor Name and Address:<br>  KING COUNTY FINANCE<br>  DIVISION<br>  500 4TH AVE NO 600<br>  SEATTLE, WA 981042387 | Claim Holder Name and Address<br><br>KING COUNTY FINANCE DIVISION<br>500 4TH AVE NO 600<br>SEATTLE, WA 981042387<br><br>Case Number:    08-35653<br>Docketed Total:    **$95,000.00** | Case Number:    08-35653<br>Modified Total:    **$95,000.00** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$95,000.00 | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$95,000.00 |
| Claim: 1104<br>Date Filed:    12/19/2008<br>Docketed Total:    $4,847.24<br>Filing Creditor Name and Address:<br>  KING COUNTY TREASURY<br>  500 FOURTH AVE<br>  ROOM 600<br>  SEATTLE, WA 98104-2387 | Claim Holder Name and Address<br><br>KING COUNTY TREASURY<br>500 FOURTH AVE<br>ROOM 600<br>SEATTLE, WA 98104-2387<br><br>Case Number:    08-35653<br>Docketed Total:    **$4,847.24** | Case Number:    08-35653<br>Modified Total:    **$4,847.24** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$4,847.24 | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$4,847.24 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 409<br>Date Filed: 12/01/2008<br>Docketed Total: $28,456.44<br>Filing Creditor Name and Address:<br>LABOR READY INC<br>PO BOX 2910<br>TACOMA, WA 98401 | Claim Holder Name and Address<br><br>LABOR READY INC<br>PO BOX 2910<br>TACOMA, WA 98401<br><br>Case Number: 08-35653<br>Docketed Total: $28,456.44<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$28,456.44 | Case Number: 08-35653<br>Modified Total: $28,456.44<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$28,456.44 |
| Claim: 235<br>Date Filed: 11/28/2008<br>Docketed Total: $100.00<br>Filing Creditor Name and Address:<br>LAFAYETTE CONSOLIDATED<br>GOVMT<br>PO BOX 4308<br>ATTN ALARM ENFORCEMENT<br>LAFAYETTE, LA 70502 | Claim Holder Name and Address<br><br>LAFAYETTE CONSOLIDATED<br>GOVMT<br>PO BOX 4308<br>ATTN ALARM ENFORCEMENT<br>LAFAYETTE, LA 70502<br><br>Case Number: 08-35653<br>Docketed Total: $100.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$100.00 | Case Number: 08-35653<br>Modified Total: $100.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$100.00 |
| Claim: 412<br>Date Filed: 12/01/2008<br>Docketed Total: $111.21<br>Filing Creditor Name and Address:<br>LAUREL RIDGE BOTTLING CO<br>1600 MORRELL AVE<br>CONNELLSVILLE, PA 15425 | Claim Holder Name and Address<br><br>LAUREL RIDGE BOTTLING CO<br>1600 MORRELL AVE<br>CONNELLSVILLE, PA 15425<br><br>Case Number: 08-35653<br>Docketed Total: $111.21<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$111.21 | Case Number: 08-35653<br>Modified Total: $111.21<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$111.21 |
| Claim: 625<br>Date Filed: 12/08/2008<br>Docketed Total: $199.99<br>Filing Creditor Name and Address:<br>LAWSON, ALFRED<br>9400 GLASCOW DR<br>FREDERICKSBURG, VA 22408 | Claim Holder Name and Address<br><br>LAWSON, ALFRED<br>9400 GLASCOW DR<br>FREDERICKSBURG, VA 22408<br><br>Case Number: 08-35653<br>Docketed Total: $199.99<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$199.99 | Case Number: 08-35653<br>Modified Total: $199.99<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$199.99 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 1368<br>Date Filed: 12/17/2008<br>Docketed Total: $103,039.15<br>Filing Creditor Name and Address:<br>LEBEN FAMILY LP<br>4001 N TAMIAMI TRAIL<br>CO NORTHERN TRUST BANK<br>NAPLES, FL 34103 | Claim Holder Name and Address<br><br>LEBEN FAMILY LP<br>4001 N TAMIAMI TRAIL<br>CO NORTHERN TRUST BANK<br>NAPLES, FL 34103 | Case Number: 08-35653<br><br>Docketed Total: **$103,039.15** | | Case Number: 08-35653<br><br>Modified Total: **$103,039.15** |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$103,039.15 | | | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$103,039.15 |
| Claim: 636<br>Date Filed: 12/08/2008<br>Docketed Total: $1,738.04<br>Filing Creditor Name and Address:<br>LEGAL TAX SERVICE INC<br>PO BOX 10060<br>PITTSBURGH, PA 15236-6060 | Claim Holder Name and Address<br><br>LEGAL TAX SERVICE INC<br>PO BOX 10060<br>PITTSBURGH, PA 15236-6060 | Case Number: 08-35653<br><br>Docketed Total: **$1,738.04** | | Case Number: 08-35653<br><br>Modified Total: **$1,738.04** |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$1,738.04 | | | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$1,738.04 |
| Claim: 1427<br>Date Filed: 12/19/2008<br>Docketed Total: $765.00<br>Filing Creditor Name and Address:<br>LEONE, MARK<br>1821 ENGLISH OAK DR<br>OFALLON, MO 63367 | Claim Holder Name and Address<br><br>LEONE, MARK<br>1821 ENGLISH OAK DR<br>OFALLON, MO 63367 | Case Number: 08-35653<br><br>Docketed Total: **$765.00** | | Case Number: 08-35653<br><br>Modified Total: **$765.00** |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$765.00 | | | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$765.00 |
| Claim: 246<br>Date Filed: 12/03/2008<br>Docketed Total: $34,400.00<br>Filing Creditor Name and Address:<br>LIEBERMAN RESEARCH<br>WORLDWIDE<br>1900 AVENUE OF THE STARS STE<br>1500<br>LOS ANGELES, CA 90067 | Claim Holder Name and Address<br><br>LIEBERMAN RESEARCH<br>WORLDWIDE<br>1900 AVENUE OF THE STARS STE<br>1500<br>LOS ANGELES, CA 90067 | Case Number: 08-35653<br><br>Docketed Total: **$34,400.00** | | Case Number: 08-35653<br><br>Modified Total: **$34,400.00** |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$34,400.00 | | | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$34,400.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 456<br>Date Filed:  12/01/2008<br>Docketed Total:    $263.00<br>Filing Creditor Name and Address:<br>  LIL ANTHONYS PIZZA<br>  205 N HWY 27<br>  MINNEOLA, FL 34715 | Claim Holder Name and Address     Case Number:    08-35653<br><br>LIL ANTHONYS PIZZA       Docketed Total:    $263.00<br>205 N HWY 27<br>MINNEOLA, FL 34715<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$263.00                                                                $263.00 | Case Number:    08-35653<br><br>Modified Total:    $263.00<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                              $263.00 |
| Claim: 1316<br>Date Filed:  12/19/2008<br>Docketed Total:    $9,645.00<br>Filing Creditor Name and Address:<br>  LINKED COMMUNICATIONS<br>  140 EAGLE LN<br>  WETUMKA, AL 36092 | Claim Holder Name and Address     Case Number:    08-35653<br><br>LINKED COMMUNICATIONS     Docketed Total:    $9,645.00<br>140 EAGLE LN<br>WETUMKA, AL 36092<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$9,645.00                                                             $9,645.00 | Case Number:    08-35653<br><br>Modified Total:    $9,645.00<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                           $9,645.00 |
| Claim: 1354<br>Date Filed:  12/17/2008<br>Docketed Total:    $53,239.14<br>Filing Creditor Name and Address:<br>  LOGIC INFORMATION SYSTEMS<br>  5814 BLACKSHIRE PATH<br>  INVER GROVE HEIGHTS, MN<br>  55076 | Claim Holder Name and Address     Case Number:    08-35653<br><br>LOGIC INFORMATION SYSTEMS     Docketed Total:    $53,239.14<br>5814 BLACKSHIRE PATH<br>INVER GROVE HEIGHTS, MN 55076<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$53,239.14                                                           $53,239.14 | Case Number:    08-35653<br><br>Modified Total:    $53,239.14<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                          $53,239.14 |
| Claim: 631<br>Date Filed:  11/28/2008<br>Docketed Total:    $62,571.00<br>Filing Creditor Name and Address:<br>  MAC TRANSPORTATION INC<br>  PO BOX 1024<br>  GUASTI, CA 91743 | Claim Holder Name and Address     Case Number:    08-35653<br><br>MAC TRANSPORTATION INC     Docketed Total:    $62,571.00<br>PO BOX 1024<br>GUASTI, CA 91743<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$62,571.00                                                           $62,571.00 | Case Number:    08-35653<br><br>Modified Total:    $62,571.00<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                          $62,571.00 |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 1264<br>Date Filed:    12/18/2008<br>Docketed Total:    $1,743.92<br>Filing Creditor Name and Address:<br>MANCO ABBOTT LLC<br>PO BOX 9440<br>FRESNO, CA 93792-9440 | Claim Holder Name and Address<br><br>MANCO ABBOTT LLC<br>PO BOX 9440<br>FRESNO, CA 93792-9440<br><br>Case Number:    08-35653<br>Docketed Total:    **$1,743.92**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,743.92 | Case Number:    08-35653<br>Modified Total:    **$1,743.92**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,743.92 |
| Claim: 648<br>Date Filed:    12/08/2008<br>Docketed Total:    $37,189.00<br>Filing Creditor Name and Address:<br>MARKET FORCE INFORMATION<br>1877 BROADWAY STE 706<br>BOULDER, CO 80302 | Claim Holder Name and Address<br><br>MARKET FORCE INFORMATION<br>1877 BROADWAY STE 706<br>BOULDER, CO 80302<br><br>Case Number:    08-35653<br>Docketed Total:    **$37,189.00**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$37,189.00 | Case Number:    08-35653<br>Modified Total:    **$37,189.00**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$37,189.00 |
| Claim: 1093<br>Date Filed:    12/19/2008<br>Docketed Total:    $27,908.00<br>Filing Creditor Name and Address:<br>MARKET HEIGHTS, LTD<br>2001 ROSS AVE STE 4601<br>DALLAS, TX 75201 | Claim Holder Name and Address<br><br>MARKET HEIGHTS, LTD<br>2001 ROSS AVE STE 4601<br>DALLAS, TX 75201<br><br>Case Number:    08-35653<br>Docketed Total:    **$27,908.00**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$27,908.00 | Case Number:    08-35653<br>Modified Total:    **$27,908.00**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$27,908.00 |
| Claim: 666<br>Date Filed:    12/08/2008<br>Docketed Total:    $50.00<br>Filing Creditor Name and Address:<br>MARTIN COUNTY TAX<br>COLLECTOR<br>FALSE ALARM UNIT<br>3485 SE WILLOUGHBY BLVD<br>STUART, FL 34994 | Claim Holder Name and Address<br><br>MARTIN COUNTY TAX COLLECTOR<br>FALSE ALARM UNIT<br>3485 SE WILLOUGHBY BLVD<br>STUART, FL 34994<br><br>Case Number:    08-35653<br>Docketed Total:    **$50.00**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$50.00 | Case Number:    08-35653<br>Modified Total:    **$50.00**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$50.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1423**
Date Filed:  12/18/2008
Docketed Total:  $16,477.00
Filing Creditor Name and Address:
  MCELROY INSTALLATIONS
  2600 E SOUTHLAKE
  STE 120 PMB 101
  SOUTHLAKE, TX 76092

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| MCELROY INSTALLATIONS 2600 E SOUTHLAKE STE 120 PMB 101 SOUTHLAKE, TX 76092 | Docketed Total: | $16,477.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $16,477.00 | | | | | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | $16,477.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $16,477.00 |

**Claim: 348**
Date Filed:  11/24/2008
Docketed Total:  $217,830.00
Filing Creditor Name and Address:
  MERCER
  777 S FIGUEROA ST STE 1900
  LOS ANGELES, CA 90017

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| MERCER 777 S FIGUEROA ST STE 1900 LOS ANGELES, CA 90017 | Docketed Total: | $217,830.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $217,830.00 | | | | | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | $217,830.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $217,830.00 |

**Claim: 996**
Date Filed:  12/16/2008
Docketed Total:  $500.00
Filing Creditor Name and Address:
  MILLBURY, TOWN OF
  DEPT OF WEIGHTS & MEASURES
  127 ELM ST
  MILLBURY, MA 01527

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| MILLBURY, TOWN OF DEPT OF WEIGHTS & MEASURES 127 ELM ST MILLBURY, MA 01527 | Docketed Total: | $500.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $500.00 | | | | | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | $500.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $500.00 |

**Claim: 1005**
Date Filed:  12/16/2008
Docketed Total:  $118,344.12
Filing Creditor Name and Address:
  MILLER, LADONNA
  CARTER COUNTY TREASURER
  20 B ST SW RM 104
  ARDMORE, OK 73401-6499

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| MILLER, LADONNA CARTER COUNTY TREASURER 20 B ST SW RM 104 ARDMORE, OK 73401-6499 | Docketed Total: | $118,344.12 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $118,344.12 | | | | | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | $118,344.12 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $118,344.12 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 392<br>Date Filed:   12/02/2008<br>Docketed Total:    $175.52<br>Filing Creditor Name and Address:<br>  MOUNTAIN MIST WATER<br>  PO BOX 44427<br>  TACOMA, WA 984440427 | Claim Holder Name and Address<br><br>MOUNTAIN MIST WATER<br>PO BOX 44427<br>TACOMA, WA 984440427 | Case Number:          08-35653<br><br>Docketed Total:        **$175.52** | | Case Number:          08-35653<br><br>Modified Total:        **$175.52** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$175.52                                                                              $175.52 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                            $175.52 | |
| Claim: 393<br>Date Filed:   12/02/2008<br>Docketed Total:    $88.84<br>Filing Creditor Name and Address:<br>  MOUNTAIN MIST WATER<br>  PO BOX 44427<br>  TACOMA, WA 984440427 | Claim Holder Name and Address<br><br>MOUNTAIN MIST WATER<br>PO BOX 44427<br>TACOMA, WA 984440427 | Case Number:          08-35653<br><br>Docketed Total:        **$88.84** | | Case Number:          08-35653<br><br>Modified Total:        **$88.84** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$88.84                                                                                $88.84 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                            $88.84 | |
| Claim: 394<br>Date Filed:   12/02/2008<br>Docketed Total:    $309.33<br>Filing Creditor Name and Address:<br>  MOUNTAIN MIST WATER<br>  PO BOX 44519<br>  TACOMA, WA 98444 | Claim Holder Name and Address<br><br>MOUNTAIN MIST WATER<br>PO BOX 44519<br>TACOMA, WA 98444 | Case Number:          08-35653<br><br>Docketed Total:        **$309.33** | | Case Number:          08-35653<br><br>Modified Total:        **$309.33** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$309.33                                                                              $309.33 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                            $309.33 | |
| Claim: 603<br>Date Filed:   12/04/2008<br>Docketed Total:    $600.00<br>Filing Creditor Name and Address:<br>  MURRIETA, CITY OF<br>  1 TOWN SQUARE<br>  24601 JEFFERSON AVE<br>  MURRIETA, CA 92562 | Claim Holder Name and Address<br><br>MURRIETA, CITY OF<br>1 TOWN SQUARE<br>24601 JEFFERSON AVE<br>MURRIETA, CA 92562 | Case Number:          08-35654<br><br>Docketed Total:        **$600.00** | | Case Number:          08-35654<br><br>Modified Total:        **$600.00** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$600.00                                                                              $600.00 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                            $600.00 | |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 543<br>Date Filed:    11/26/2008<br>Docketed Total:    $11,553.39<br>Filing Creditor Name and Address:<br>MUSTANG MICROSYSTEMS<br>104 SOUTH ST<br>HOPKINTON, MA 01748 | Claim Holder Name and Address                Case Number:                08-35653<br><br>MUSTANG MICROSYSTEMS                Docketed Total:                **$11,553.39**<br>104 SOUTH ST<br>HOPKINTON, MA 01748<br><br>503(b)(9)        Reclamation        Admin        Secured        Priority        Unsecured<br>$11,553.39                                                                                    $11,553.39 | Case Number:                08-35653<br><br>Modified Total:                **$11,553.39**<br><br><br>503(b)(9)        Reclamation        Admin        Secured        Priority        Unsecured |
| Claim: 876<br>Date Filed:    12/08/2008<br>Docketed Total:    $8,885.00<br>Filing Creditor Name and Address:<br>N GENIUS SOLUTIONS INC<br>88 W SCHILER 1809<br>CHICAGO, IL 60610 | Claim Holder Name and Address                Case Number:                08-35653<br><br>N GENIUS SOLUTIONS INC                Docketed Total:                **$8,885.00**<br>88 W SCHILER 1809<br>CHICAGO, IL 60610<br><br>503(b)(9)        Reclamation        Admin        Secured        Priority        Unsecured<br>$8,885.00                                                                                    $8,885.00 | Case Number:                08-35653<br><br>Modified Total:                **$8,885.00**<br><br><br>503(b)(9)        Reclamation        Admin        Secured        Priority        Unsecured<br>                                                                                    $8,885.00 |
| Claim: 225<br>Date Filed:    11/28/2008<br>Docketed Total:    $798.79<br>Filing Creditor Name and Address:<br>NAPA AUTO PARTS OF MARION<br>2310 W MAIN<br>MARION, IL 62959 | Claim Holder Name and Address                Case Number:                08-35653<br><br>NAPA AUTO PARTS OF MARION                Docketed Total:                **$798.79**<br>2310 W MAIN<br>MARION, IL 62959<br><br>503(b)(9)        Reclamation        Admin        Secured        Priority        Unsecured<br>$798.79                                                                                    $798.79 | Case Number:                08-35653<br><br>Modified Total:                **$798.79**<br><br><br>503(b)(9)        Reclamation        Admin        Secured        Priority        Unsecured<br>                                                                                    $798.79 |
| Claim: 415<br>Date Filed:    12/01/2008<br>Docketed Total:    $2,619.72<br>Filing Creditor Name and Address:<br>NASH COUNTY TAX COLLECTOR<br>PO BOX 1070<br>CHARLOTTE, NC 28201 | Claim Holder Name and Address                Case Number:                08-35653<br><br>NASH COUNTY TAX COLLECTOR                Docketed Total:                **$2,619.72**<br>PO BOX 1070<br>CHARLOTTE, NC 28201<br><br>503(b)(9)        Reclamation        Admin        Secured        Priority        Unsecured<br>$2,619.72                                                                                    $2,619.72 | Case Number:                08-35653<br><br>Modified Total:                **$2,619.72**<br><br><br>503(b)(9)        Reclamation        Admin        Secured        Priority        Unsecured<br>                                                                                    $2,619.72 |

\*        "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 2227<br>Date Filed:    12/29/2008<br>Docketed Total:    $294.80<br>Filing Creditor Name and Address:<br>  NATICK, TOWN OF<br>  13 E CENTRAL ST<br>  NATICK, MA 01760 | Claim Holder Name and Address<br><br>NATICK, TOWN OF<br>13 E CENTRAL ST<br>NATICK, MA 01760 | Case Number:    08-35653<br><br>Docketed Total:    **$294.80** | | Case Number:    08-35653<br><br>Modified Total:    **$294.80** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$294.80 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$294.80 | |
| Claim: 1038<br>Date Filed:    12/19/2008<br>Docketed Total:    $50,886.95<br>Filing Creditor Name and Address:<br>  NATIONAL SERVICE ALLIANCE<br>  105 WARD HILL AVE<br>  HAVERHILL, MA 01839 | Claim Holder Name and Address<br><br>NATIONAL SERVICE ALLIANCE<br>105 WARD HILL AVE<br>HAVERHILL, MA 01839 | Case Number:    08-35653<br><br>Docketed Total:    **$50,886.95** | | Case Number:    08-35653<br><br>Modified Total:    **$50,886.95** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$50,886.95 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$50,886.95 | |
| Claim: 1519<br>Date Filed:    12/08/2008<br>Docketed Total:    $3,250.00<br>Filing Creditor Name and Address:<br>  NATIONWIDE CONSULTING CO<br>  PO BOX 548<br>  65 HARRISTOWN RD<br>  GLEN ROCK, NJ 07452 | Claim Holder Name and Address<br><br>NATIONWIDE CONSULTING CO<br>PO BOX 548<br>65 HARRISTOWN RD<br>GLEN ROCK, NJ 07452 | Case Number:    08-35653<br><br>Docketed Total:    **$3,250.00** | | Case Number:    08-35653<br><br>Modified Total:    **$3,250.00** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$3,250.00 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$3,250.00 | |
| Claim: 1207<br>Date Filed:    12/17/2008<br>Docketed Total:    $520.00<br>Filing Creditor Name and Address:<br>  NETREADY HOME<br>  12048 SW US HWY 54<br>  ANDOVER, KS 67002 | Claim Holder Name and Address<br><br>NETREADY HOME<br>12048 SW US HWY 54<br>ANDOVER, KS 67002 | Case Number:    08-35653<br><br>Docketed Total:    **$520.00** | | Case Number:    08-35653<br><br>Modified Total:    **$520.00** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$520.00 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$520.00 | |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 485**
Date Filed:    12/01/2008
Docketed Total:    $3,530.00
Filing Creditor Name and Address:
  NEVAEH ELECTRONICS
  1182 OLD BOONES CRK RD
  JONESBOROUGH, TN 37659

Claim Holder Name and Address

NEVAEH ELECTRONICS
1182 OLD BOONES CRK RD
JONESBOROUGH, TN 37659

Case Number:    08-35653
Docketed Total:    $3,530.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $3,530.00 | | | | | |

Case Number:    08-35653
Modified Total:    $3,530.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,530.00 |

---

**Claim: 1306**
Date Filed:    12/18/2008
Docketed Total:    $2,670.00
Filing Creditor Name and Address:
  NEW AGE ELECTRONICS INC
  339 CR 4
  SCOBEY, MS 38953

Claim Holder Name and Address

NEW AGE ELECTRONICS INC
339 CR 4
SCOBEY, MS 38953

Case Number:    08-35653
Docketed Total:    $2,670.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,670.00 | | | | | |

Case Number:    08-35653
Modified Total:    $2,670.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,670.00 |

---

**Claim: 1083**
Date Filed:    12/19/2008
Docketed Total:    $1,352.05
Filing Creditor Name and Address:
  NEW JORDAN LANES INC, THE
  731 JORDAN PKY
  WHITEHALL, PA 18052

Claim Holder Name and Address

NEW JORDAN LANES INC, THE
731 JORDAN PKY
WHITEHALL, PA 18052

Case Number:    08-35653
Docketed Total:    $1,352.05

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,352.05 | | | | | |

Case Number:    08-35653
Modified Total:    $1,352.05

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,352.05 |

---

**Claim: 238**
Date Filed:    11/28/2008
Docketed Total:    $491.81
Filing Creditor Name and Address:
  NEW PENN MOTOR EXPRESS INC
  PO BOX 630
  625 S FIFTH AVE
  LEBANON, PA 17042-0630

Claim Holder Name and Address

NEW PENN MOTOR EXPRESS INC
PO BOX 630
625 S FIFTH AVE
LEBANON, PA 17042-0630

Case Number:    08-35653
Docketed Total:    $491.81

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $491.81 | | | | | |

Case Number:    08-35653
Modified Total:    $491.81

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $491.81 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 1081<br>Date Filed: 12/19/2008<br>Docketed Total: $940.31<br>Filing Creditor Name and Address:<br>NEW YORK CITY DEPT OF<br>FINANCE<br>59 MAIDEN LN<br>NEW YORK, NY 10038 | Claim Holder Name and Address    Case Number: 08-35653<br>NEW YORK CITY DEPT OF FINANCE    Docketed Total: **$940.31**<br>59 MAIDEN LN<br>NEW YORK, NY 10038<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$940.31 | Case Number: 08-35653<br>Modified Total: **$940.31**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$940.31 |
| Claim: 716<br>Date Filed: 12/12/2008<br>Docketed Total: $58,213.67<br>Filing Creditor Name and Address:<br>NEWINGTON, TOWN OF<br>131 CEDAR ST TOWN HALL<br>NEWINGTON, CT 06111 | Claim Holder Name and Address    Case Number: 08-35653<br>NEWINGTON, TOWN OF    Docketed Total: **$58,213.67**<br>131 CEDAR ST TOWN HALL<br>NEWINGTON, CT 06111<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$58,213.67 | Case Number: 08-35653<br>Modified Total: **$58,213.67**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$58,213.67 |
| Claim: 1145<br>Date Filed: 12/16/2008<br>Docketed Total: $300.00<br>Filing Creditor Name and Address:<br>NEWPORT BEACH, CITY OF<br>3300 NEWPORT BLVD<br>NEWPORT BEACH, CA 92658-8195 | Claim Holder Name and Address    Case Number: 08-35654<br>NEWPORT BEACH, CITY OF    Docketed Total: **$300.00**<br>3300 NEWPORT BLVD<br>NEWPORT BEACH, CA 92658-8195<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$300.00 | Case Number: 08-35654<br>Modified Total: **$300.00**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$300.00 |
| Claim: 1146<br>Date Filed: 12/16/2008<br>Docketed Total: $591.00<br>Filing Creditor Name and Address:<br>NEWPORT BEACH, CITY OF<br>PO BOX 1768<br>3300 NEWPORT BLVD<br>NEWPORT BEACH, CA 92658-8195 | Claim Holder Name and Address    Case Number: 08-35654<br>NEWPORT BEACH, CITY OF    Docketed Total: **$591.00**<br>PO BOX 1768<br>3300 NEWPORT BLVD<br>NEWPORT BEACH, CA 92658-8195<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$591.00 | Case Number: 08-35654<br>Modified Total: **$591.00**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$591.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 753<br>Date Filed:    12/12/2008<br>Docketed Total:    $79,100.00<br>Filing Creditor Name and Address:<br>    NEXICORE SERVICES<br>    HARTFORD COMPUTER GROUP<br>    DEPT 9775<br>    LOS ANGELES, CA 90084-9775 | Claim Holder Name and Address        Case Number:        08-35653<br><br>NEXICORE SERVICES        Docketed Total:        **$79,100.00**<br>HARTFORD COMPUTER GROUP<br>DEPT 9775<br>LOS ANGELES, CA 90084-9775<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$79,100.00 | Case Number:        08-35653<br><br>Modified Total:        **$79,100.00**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                  $79,100.00 |
| Claim: 553<br>Date Filed:    11/28/2008<br>Docketed Total:    $30,000.00<br>Filing Creditor Name and Address:<br>    NIELSEN IAG INC<br>    345 PARK AVE S<br>    12TH FL<br>    NEW YORK, NY 10010 | Claim Holder Name and Address        Case Number:        08-35653<br><br>NIELSEN IAG INC        Docketed Total:        **$30,000.00**<br>345 PARK AVE S<br>12TH FL<br>NEW YORK, NY 10010<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$30,000.00 | Case Number:        08-35653<br><br>Modified Total:        **$30,000.00**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                  $30,000.00 |
| Claim: 1258<br>Date Filed:    12/18/2008<br>Docketed Total:    $2,600.79<br>Filing Creditor Name and Address:<br>    NIXON PEABODY LLP<br>    100 SUMMER ST<br>    BOSTON, MA 02110 | Claim Holder Name and Address        Case Number:        08-35653<br><br>NIXON PEABODY LLP        Docketed Total:        **$2,600.79**<br>100 SUMMER ST<br>BOSTON, MA 02110<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$2,600.79 | Case Number:        08-35653<br><br>Modified Total:        **$2,600.79**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                  $2,600.79 |
| Claim: 1313<br>Date Filed:    12/19/2008<br>Docketed Total:    $47,307.58<br>Filing Creditor Name and Address:<br>    NORTH ATTLEBORO<br>    MARKETPLACE II, L L C<br>    C/O CARPIONATO PROPERTIES<br>    INC<br>    1414 ATWOOD AVENUE SUITE 260<br>    JOHNSTON, RI 02919 | Claim Holder Name and Address        Case Number:        08-35653<br><br>NORTH ATTLEBORO MARKETPLACE        Docketed Total:        **$47,307.58**<br>II, L L C<br>C/O CARPIONATO PROPERTIES INC<br>1414 ATWOOD AVENUE SUITE 260<br>JOHNSTON, RI 02919<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$47,307.58 | Case Number:        08-35653<br><br>Modified Total:        **$47,307.58**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                  $47,307.58 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtor's Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 821**

Date Filed:    12/12/2008

Docketed Total:    $382.70

Filing Creditor Name and Address:

NORTHERN CALIFORNIA
COMPACTORS
PO BOX 5489
PLEASANTON, CA 94566-1489

Claim Holder Name and Address

NORTHERN CALIFORNIA
COMPACTORS
PO BOX 5489
PLEASANTON, CA 94566-1489

Case Number:    08-35653

Docketed Total:    **$382.70**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $382.70 | | | | | |

Case Number:    08-35653

Modified Total:    **$382.70**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $382.70 |

---

**Claim: 639**

Date Filed:    12/08/2008

Docketed Total:    $380.00

Filing Creditor Name and Address:

NOVI, CITY OF
45125 WEST TEN MILE ROAD
NOVI, MI 48375

Claim Holder Name and Address

NOVI, CITY OF
45125 WEST TEN MILE ROAD
NOVI, MI 48375

Case Number:    08-35653

Docketed Total:    **$380.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $380.00 | | | | | |

Case Number:    08-35653

Modified Total:    **$380.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $380.00 |

---

**Claim: 885**

Date Filed:    12/10/2008

Docketed Total:    $8,500.00

Filing Creditor Name and Address:

ONQ SOLUTIONS INC
1505 WOODSIDE RD
REDWOOD CITY, CA 94061

Claim Holder Name and Address

ONQ SOLUTIONS INC
1505 WOODSIDE RD
REDWOOD CITY, CA 94061

Case Number:    08-35653

Docketed Total:    **$8,500.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $8,500.00 | | | | | |

Case Number:    08-35653

Modified Total:    **$8,500.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $8,500.00 |

---

**Claim: 611**

Date Filed:    12/04/2008

Docketed Total:    $38,936.63

Filing Creditor Name and Address:

ORANGE, TOWN OF
617 ORANGE CTR RD
ACCOUNTING DEPT
ORANGE, CT 06477-2499

Claim Holder Name and Address

ORANGE, TOWN OF
617 ORANGE CTR RD
ACCOUNTING DEPT
ORANGE, CT 06477-2499

Case Number:    08-35653

Docketed Total:    **$38,936.63**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $38,936.63 | | | | | |

Case Number:    08-35653

Modified Total:    **$38,936.63**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $38,936.63 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1208**
Date Filed:    12/17/2008
Docketed Total:    $47,575.59
Filing Creditor Name and Address:
   PACIFIC HARBOR EQUITIES LLC
   3000 PABLO KISEL BLVD STE 300C
   C/O R&R HOPE PROPERTIES LP
   BROWNSVILLE, TX 78526

Claim Holder Name and Address

PACIFIC HARBOR EQUITIES LLC
3000 PABLO KISEL BLVD STE 300C
C/O R&R HOPE PROPERTIES LP
BROWNSVILLE, TX 78526

Case Number:    08-35653
Docketed Total:    $47,575.59

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $47,575.59 | | | | | |

Case Number:    08-35653
Modified Total:    $47,575.59

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $47,575.59 |

---

**Claim: 1295**
Date Filed:    12/18/2008
Docketed Total:    $2,588.79
Filing Creditor Name and Address:
   PAUL PLEVIN SULLIVAN ET AL
   401 B ST 10TH FL
   SAN DIEGO, CA 92101

Claim Holder Name and Address

PAUL PLEVIN SULLIVAN ET AL
401 B ST 10TH FL
SAN DIEGO, CA 92101

Case Number:    08-35653
Docketed Total:    $2,588.79

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,588.79 | | | | | |

Case Number:    08-35653
Modified Total:    $2,588.79

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,588.79 |

---

**Claim: 400**
Date Filed:    12/02/2008
Docketed Total:    $28,020.59
Filing Creditor Name and Address:
   PC DOCTOR INC
   9805 DOUBLE R BLVD STE 301
   RENO, NV 89521

Claim Holder Name and Address

PC DOCTOR INC
9805 DOUBLE R BLVD STE 301
RENO, NV 89521

Case Number:    08-35653
Docketed Total:    $28,020.59

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $28,020.59 | | | | | |

Case Number:    08-35653
Modified Total:    $28,020.59

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $28,020.59 |

---

**Claim: 448**
Date Filed:    12/01/2008
Docketed Total:    $74.00
Filing Creditor Name and Address:
   PENGATE HANDLING SYSTEMS
   INC
   3 INTERCHANGE PL
   YORK, PA 17403

Claim Holder Name and Address

PENGATE HANDLING SYSTEMS INC
3 INTERCHANGE PL
YORK, PA 17403

Case Number:    08-35653
Docketed Total:    $74.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $74.00 | | | | | |

Case Number:    08-35653
Modified Total:    $74.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $74.00 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1272<br>Date Filed:    12/18/2008<br>Docketed Total:    $85,923.68<br>Filing Creditor Name and Address:<br>  PENSKE<br>  PO BOX 827380<br>  PHILADELPHIA, PA 19182 | Claim Holder Name and Address<br><br>PENSKE<br>PO BOX 827380<br>PHILADELPHIA, PA 19182<br><br>Case Number:    08-35653<br>Docketed Total:    **$85,923.68**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$85,923.68 | Case Number:    08-35653<br>Modified Total:    **$85,923.68**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$85,923.68 |
| Claim: 1227<br>Date Filed:    12/17/2008<br>Docketed Total:    $6,722.63<br>Filing Creditor Name and Address:<br>  PINKERTON CONSULTING &<br>  INVEST<br>  2 CAMPUS DR<br>  PARSIPPANY, NJ 07054 | Claim Holder Name and Address<br><br>PINKERTON CONSULTING & INVEST<br>2 CAMPUS DR<br>PARSIPPANY, NJ 07054<br><br>Case Number:    08-35653<br>Docketed Total:    **$6,722.63**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$6,722.63 | Case Number:    08-35653<br>Modified Total:    **$6,722.63**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$6,722.63 |
| Claim: 1152<br>Date Filed:    12/01/2008<br>Docketed Total:    $2,100.00<br>Filing Creditor Name and Address:<br>  PIONEER TITLE<br>  ONE COLUMBUS CENTER<br>  STE 400<br>  VIRGINIA BEACH, VA 23462 | Claim Holder Name and Address<br><br>PIONEER TITLE<br>ONE COLUMBUS CENTER<br>STE 400<br>VIRGINIA BEACH, VA 23462<br><br>Case Number:    08-35653<br>Docketed Total:    **$2,100.00**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$2,100.00 | Case Number:    08-35653<br>Modified Total:    **$2,100.00**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$2,100.00 |
| Claim: 162<br>Date Filed:    12/01/2008<br>Docketed Total:    $5,966.00<br>Filing Creditor Name and Address:<br>  PLAN IT INTERACTIVE INC<br>  150 W INDUSTRIAL WAY<br>  BENICIA, CA 94510 | Claim Holder Name and Address<br><br>PLAN IT INTERACTIVE INC<br>150 W INDUSTRIAL WAY<br>BENICIA, CA 94510<br><br>Case Number:    08-35653<br>Docketed Total:    **$5,966.00**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$5,966.00 | Case Number:    08-35653<br>Modified Total:    **$5,966.00**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$5,966.00 |

\*       "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 1278<br>Date Filed:    12/18/2008<br>Docketed Total:    $4,700.00<br>Filing Creditor Name and Address:<br>  PLATINUM HOME THEATER<br>  INSTALLATION<br>  14335 IVEY AVE<br>  FONTANA, CA 92335 | Claim Holder Name and Address    Case Number:    08-35653<br><br>PLATINUM HOME THEATER<br>INSTALLATION    Docketed Total:    $4,700.00<br>14335 IVEY AVE<br>FONTANA, CA 92335 | Case Number:    08-35653<br><br>Modified Total:    $4,700.00 |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$4,700.00                                                                    $4,700.00 | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                  $4,700.00 |
| Claim: 1071<br>Date Filed:    12/19/2008<br>Docketed Total:    $5,000.00<br>Filing Creditor Name and Address:<br>  PLUCK<br>  200 ACADEMY DR SUITE 120<br>  AUSTIN, TX 78704 | Claim Holder Name and Address    Case Number:    08-35653<br><br>PLUCK    Docketed Total:    $5,000.00<br>200 ACADEMY DR SUITE 120<br>AUSTIN, TX 78704 | Case Number:    08-35653<br><br>Modified Total:    $5,000.00 |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$5,000.00                                                                    $5,000.00 | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                  $5,000.00 |
| Claim: 1308<br>Date Filed:    12/18/2008<br>Docketed Total:    $1,025.00<br>Filing Creditor Name and Address:<br>  PORTABLE COMMUNICATION<br>  SOLUTIONS<br>  6819 LIMA RD<br>  FORT WAYNE, IN 46818 | Claim Holder Name and Address    Case Number:    08-35653<br><br>PORTABLE COMMUNICATION<br>SOLUTIONS    Docketed Total:    $1,025.00<br>6819 LIMA RD<br>FORT WAYNE, IN 46818 | Case Number:    08-35653<br><br>Modified Total:    $1,025.00 |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,025.00                                                                    $1,025.00 | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                  $1,025.00 |
| Claim: 872<br>Date Filed:    12/08/2008<br>Docketed Total:    $106.36<br>Filing Creditor Name and Address:<br>  PRECISION CAMERA REPAIR<br>  3 ANNGINA DR<br>  ENFIELD, CT 06082 | Claim Holder Name and Address    Case Number:    08-35653<br><br>PRECISION CAMERA REPAIR    Docketed Total:    $106.36<br>3 ANNGINA DR<br>ENFIELD, CT 06082 | Case Number:    08-35653<br><br>Modified Total:    $106.36 |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$106.36                                                                      $106.36 | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                  $106.36 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| Claim: 1252<br>Date Filed: 12/18/2008<br>Docketed Total: $25,549.00<br>Filing Creditor Name and Address:<br>PREMIER HOME TECHNICIANS<br>21752 NORTH 86TH LANE<br>PEORIA, AZ 85382 | Claim Holder Name and Address<br>PREMIER HOME TECHNICIANS<br>21752 NORTH 86TH LANE<br>PEORIA, AZ 85382 | Case Number: 08-35653<br>Docketed Total: $25,549.00 | Case Number: 08-35653<br>Modified Total: $25,549.00 |

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|
| Docketed | $25,549.00 | | | | | |
| Modified | | | | | | $25,549.00 |

| Claim: 770<br>Date Filed: 12/10/2008<br>Docketed Total: $978.00<br>Filing Creditor Name and Address:<br>PRO IMAGE INSTALLERS INC<br>1970 HWY 87<br>STE 101<br>NAVARRE, FL 32566 | Claim Holder Name and Address<br>PRO IMAGE INSTALLERS INC<br>1970 HWY 87<br>STE 101<br>NAVARRE, FL 32566 | Case Number: 08-35657<br>Docketed Total: $978.00 | Case Number: 08-35657<br>Modified Total: $978.00 |

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|
| Docketed | $978.00 | | | | | |
| Modified | | | | | | $978.00 |

| Claim: 726<br>Date Filed: 12/12/2008<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>PROCTER & GAMBLE DIST<br>COMPANY<br>8500 GOVERNORS HILL DR<br>COLUMBUS, OH 45249 | Claim Holder Name and Address<br>PROCTER & GAMBLE DIST<br>COMPANY<br>8500 GOVERNORS HILL DR<br>COLUMBUS, OH 45249 | Case Number: 08-35653<br>Docketed Total: UNL | Case Number: 08-35653<br>Modified Total: $0.00 |

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|
| Docketed | $0.00 | | | | | |
| Modified | | | | | | $0.00 |

| Claim: 1169<br>Date Filed: 12/10/2008<br>Docketed Total: $3,151.66<br>Filing Creditor Name and Address:<br>PROFESSIONAL LIVERY<br>521 D PROGRESS DR<br>LINTHICUM, MD 21090 | Claim Holder Name and Address<br>PROFESSIONAL LIVERY<br>521 D PROGRESS DR<br>LINTHICUM, MD 21090 | Case Number: 08-35653<br>Docketed Total: $3,151.66 | Case Number: 08-35653<br>Modified Total: $3,151.66 |

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|
| Docketed | $3,151.66 | | | | | |
| Modified | | | | | | $3,151.66 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 878**
Date Filed: 12/08/2008
Docketed Total: $6,715.00
Filing Creditor Name and Address:
PROFESSIONAL SATELLITE
INSTALLS
41 BRIAN DR
CARLISLE, PA 17015

| Claim Holder Name and Address | | Case Number: | 08-35653 |
|---|---|---|---|
| PROFESSIONAL SATELLITE INSTALLS 41 BRIAN DR CARLISLE, PA 17015 | | Docketed Total: | $6,715.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $6,715.00 | | | | | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | $6,715.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $6,715.00 |

**Claim: 1384**
Date Filed: 12/17/2008
Docketed Total: $11,265.00
Filing Creditor Name and Address:
PROTECH INSTALLATION
SERVICE
1241 MIDWAY RD
WILLIAMSON, GA 30292

| Claim Holder Name and Address | | Case Number: | 08-35653 |
|---|---|---|---|
| PROTECH INSTALLATION SERVICE 1241 MIDWAY RD WILLIAMSON, GA 30292 | | Docketed Total: | $11,265.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $11,265.00 | | | | | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | $11,265.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $11,265.00 |

**Claim: 1455**
Date Filed: 12/03/2008
Docketed Total: $1,818.70
Filing Creditor Name and Address:
PURI, SUNIL
6801 SPRING CREEK RD
ROCKFORD, IL 61114

| Claim Holder Name and Address | | Case Number: | 08-35653 |
|---|---|---|---|
| PURI, SUNIL 6801 SPRING CREEK RD ROCKFORD, IL 61114 | | Docketed Total: | $1,818.70 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,818.70 | | | | | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | $1,818.70 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,818.70 |

**Claim: 1303**
Date Filed: 12/18/2008
Docketed Total: $2,660.00
Filing Creditor Name and Address:
QUALITY CONNECTIONS INC
23 IVY CREEK LN
FREDERICKSBURG, VA 22405

| Claim Holder Name and Address | | Case Number: | 08-35653 |
|---|---|---|---|
| QUALITY CONNECTIONS INC 23 IVY CREEK LN FREDERICKSBURG, VA 22405 | | Docketed Total: | $2,660.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,660.00 | | | | | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | $2,660.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,660.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 727<br>Date Filed:    12/09/2008<br>Docketed Total:    $282.36<br>Filing Creditor Name and Address:<br>QUALITY LOCKSMITH OF<br>CENTRAL FLORIDA INC<br>478 E ALTAMONTE DR STE 108<br>PMB 540<br>ALTAMONTE SPRINGS, FL 32701 | Claim Holder Name and Address    Case Number:    08-35659<br><br>QUALITY LOCKSMITH OF    Docketed Total:    **$282.36**<br>CENTRAL FLORIDA INC<br>478 E ALTAMONTE DR STE 108 PMB<br>540<br>ALTAMONTE SPRINGS, FL 32701<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$282.36 | Case Number:    08-35659<br><br>Modified Total:    **$282.36**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$282.36 |
| Claim: 981<br>Date Filed:    12/16/2008<br>Docketed Total:    $28,965.00<br>Filing Creditor Name and Address:<br>QUALXSERV LLC<br>836 NORTH ST<br>TEWKSBURY, MA 01876 | Claim Holder Name and Address    Case Number:    08-35653<br><br>QUALXSERV LLC    Docketed Total:    **$28,965.00**<br>836 NORTH ST<br>TEWKSBURY, MA 01876<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$28,965.00 | Case Number:    08-35653<br><br>Modified Total:    **$28,965.00**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$28,965.00 |
| Claim: 580<br>Date Filed:    12/04/2008<br>Docketed Total:    $300.82<br>Filing Creditor Name and Address:<br>QUIZNOS CLASSIC SUBS<br>402 E PLAZA DR<br>CARTERVILLE, IL 62918 | Claim Holder Name and Address    Case Number:    08-35653<br><br>QUIZNOS CLASSIC SUBS    Docketed Total:    **$300.82**<br>402 E PLAZA DR<br>CARTERVILLE, IL 62918<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$300.82 | Case Number:    08-35653<br><br>Modified Total:    **$300.82**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$300.82 |
| Claim: 795<br>Date Filed:    12/11/2008<br>Docketed Total:    $1,725.00<br>Filing Creditor Name and Address:<br>RAMADA LIMITED HOTEL<br>2989 HAMILTON BLVD<br>S PLAINFIELD, NJ 07080 | Claim Holder Name and Address    Case Number:    08-35653<br><br>RAMADA LIMITED HOTEL    Docketed Total:    **$1,725.00**<br>2989 HAMILTON BLVD<br>S PLAINFIELD, NJ 07080<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,725.00 | Case Number:    08-35653<br><br>Modified Total:    **$1,725.00**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,725.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|

**Claim: 671**
Date Filed:    12/08/2008
Docketed Total:    $13,096.70
Filing Creditor Name and Address:
  RANGER AMERICAN OF PR
  PO BOX 29105
  SAN JUAN, PR 00929-0105

Claim Holder Name and Address
  RANGER AMERICAN OF PR
  PO BOX 29105
  SAN JUAN, PR 00929-0105

Case Number:    08-35653
Docketed Total:    **$13,096.70**

Case Number:    08-35653
Modified Total:    **$13,096.70**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $13,096.70 | | | | | | | | | | | $13,096.70 |

**Claim: 649**
Date Filed:    12/08/2008
Docketed Total:    $2,181.81
Filing Creditor Name and Address:
  REGIONAL INCOME TAX
  AGENCY
  PO BOX 470537
  BROADVIEW HEIGHTS, OH 44147

Claim Holder Name and Address
  REGIONAL INCOME TAX AGENCY
  PO BOX 470537
  BROADVIEW HEIGHTS, OH 44147

Case Number:    08-35653
Docketed Total:    **$2,181.81**

Case Number:    08-35653
Modified Total:    **$2,181.81**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $2,181.81 | | | | | | | | | | | $2,181.81 |

**Claim: 921**
Date Filed:    12/19/2008
Docketed Total:    $466.24
Filing Creditor Name and Address:
  REVELWOOD INC
  14 WALSH DR
  STE 303
  PARSIPPANY, NJ 07054

Claim Holder Name and Address
  REVELWOOD INC
  14 WALSH DR
  STE 303
  PARSIPPANY, NJ 07054

Case Number:    08-35653
Docketed Total:    **$466.24**

Case Number:    08-35653
Modified Total:    **$466.24**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $466.24 | | | | | | | | | | | $466.24 |

**Claim: 51**
Date Filed:    11/25/2008
Docketed Total:    $3,650.00
Filing Creditor Name and Address:
  RIVAL WATCH
  710 LAKEWAY DR
  STE 135
  SUNNYVALE, CA 94085-4062

Claim Holder Name and Address
  RIVAL WATCH
  710 LAKEWAY DR
  STE 135
  SUNNYVALE, CA 94085-4062

Case Number:    08-35653
Docketed Total:    **$3,650.00**

Case Number:    08-35653
Modified Total:    **$3,650.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $3,650.00 | | | | | | | | | | | $3,650.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtor's Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 695**
Date Filed:    12/09/2008
Docketed Total:    $36,834.46
Filing Creditor Name and Address:
  RIVER CITY BLDG
  MAINTENANCE
  PO BOX 6001
  MIDLOTHIAN, VA 23112

Claim Holder Name and Address
  RIVER CITY BLDG MAINTENANCE
  PO BOX 6001
  MIDLOTHIAN, VA 23112

Case Number:    08-35653
Docketed Total:    **$36,834.46**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $36,834.46 | | | | | |

Case Number:    08-35653
Modified Total:    **$36,834.46**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $36,834.46 |

---

**Claim: 696**
Date Filed:    12/09/2008
Docketed Total:    $27,916.52
Filing Creditor Name and Address:
  ROCKDALE COUNTY TAX
  COMMISSION
  PO DRAWER 1497
  CONYERS, GA 30012

Claim Holder Name and Address
  ROCKDALE COUNTY TAX
  COMMISSION
  PO DRAWER 1497
  CONYERS, GA 30012

Case Number:    08-35653
Docketed Total:    **$27,916.52**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $27,916.52 | | | | | |

Case Number:    08-35653
Modified Total:    **$27,916.52**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $27,916.52 |

---

**Claim: 34**
Date Filed:    11/28/2008
Docketed Total:    $14,425.00
Filing Creditor Name and Address:
  RPM TECHNOLOGIES &
  SATELLITE LP
  3610 SHIRE BLVD 106
  RICHARDSON, TX 75082

Claim Holder Name and Address
  RPM TECHNOLOGIES & SATELLITE
  LP
  3610 SHIRE BLVD 106
  RICHARDSON, TX 75082

Case Number:    08-35653
Docketed Total:    **$14,425.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $14,425.00 | | | | | |

Case Number:    08-35653
Modified Total:    **$14,425.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $14,425.00 |

---

**Claim: 1360**
Date Filed:    12/17/2008
Docketed Total:    $333.11
Filing Creditor Name and Address:
  RYAN, BOB
  1810 RYANDALE RD
  RICHMOND, VA 23233

Claim Holder Name and Address
  RYAN, BOB
  1810 RYANDALE RD
  RICHMOND, VA 23233

Case Number:    08-35653
Docketed Total:    **$333.11**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $333.11 | | | | | |

Case Number:    08-35653
Modified Total:    **$333.11**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $333.11 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|

**Claim: 843**
Date Filed:    12/15/2008
Docketed Total:    $12,710.98
Filing Creditor Name and Address:
  SAFETY & SECURITY SERVICES
  INC
  416 NW 8TH
  OKLAHOMA CITY, OK 73102

Claim Holder Name and Address

SAFETY & SECURITY SERVICES INC
416 NW 8TH
OKLAHOMA CITY, OK 73102

Case Number:    08-35653
Docketed Total:    **$12,710.98**

Case Number:    08-35653
Modified Total:    **$12,710.98**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $12,710.98 | | | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $12,710.98 |

**Claim: 678**
Date Filed:    12/09/2008
Docketed Total:    $1,035.10
Filing Creditor Name and Address:
  SAFETY KLEEN
  5360 LEGACY DR BLDG 2 STE 100
  PLANO, TX 75024

Claim Holder Name and Address

SAFETY KLEEN
5360 LEGACY DR BLDG 2 STE 100
PLANO, TX 75024

Case Number:    08-35653
Docketed Total:    **$1,035.10**

Case Number:    08-35653
Modified Total:    **$1,035.10**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $1,035.10 | | | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,035.10 |

**Claim: 142**
Date Filed:    11/28/2008
Docketed Total:    $0.00
Filing Creditor Name and Address:
  SARETSKY HART MICHAELS &
  GOULD
  995 S ETON
  BIRMINGHAM, MI 48009

Claim Holder Name and Address

SARETSKY HART MICHAELS &
GOULD
995 S ETON
BIRMINGHAM, MI 48009

Case Number:    08-35653
Docketed Total:    **UNL**

Case Number:    08-35653
Modified Total:    **$0.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $0.00 | | | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

**Claim: 1205**
Date Filed:    12/17/2008
Docketed Total:    $2,704.50
Filing Creditor Name and Address:
  SATELLITE SOLUTIONS
  752 S BIRD ST
  SUN PRAIRIE, WI 53590

Claim Holder Name and Address

SATELLITE SOLUTIONS
752 S BIRD ST
SUN PRAIRIE, WI 53590

Case Number:    08-35653
Docketed Total:    **$2,704.50**

Case Number:    08-35653
Modified Total:    **$2,704.50**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,704.50 | | | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,704.50 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 574<br>Date Filed: 12/04/2008<br>Docketed Total: $90,932.52<br>Filing Creditor Name and Address:<br>SBLM ARCHITECTS PC<br>151 W 26TH ST<br>NEW YORK, NY 10001 | Claim Holder Name and Address<br><br>SBLM ARCHITECTS PC<br>151 W 26TH ST<br>NEW YORK, NY 10001<br><br>Case Number: 08-35653<br>Docketed Total: $90,932.52<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$90,932.52  $90,932.52 | Case Number: 08-35653<br>Modified Total: $90,932.52<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$90,932.52 |
| Claim: 376<br>Date Filed: 12/01/2008<br>Docketed Total: $4,769.60<br>Filing Creditor Name and Address:<br>SCHNEIDER SERVICES INC<br>PO BOX 2545<br>GREEN BAY, WI 54306-2545 | Claim Holder Name and Address<br><br>SCHNEIDER SERVICES INC<br>PO BOX 2545<br>GREEN BAY, WI 54306-2545<br><br>Case Number: 08-35653<br>Docketed Total: $4,769.60<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$4,769.60  $4,769.60 | Case Number: 08-35653<br>Modified Total: $4,769.60<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$4,769.60 |
| Claim: 1329<br>Date Filed: 12/19/2008<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>SCHOONOVER, PHILIP J<br>2146 OYSTER HARBORS<br>OSTERVILLE, MA 02655 | Claim Holder Name and Address<br><br>SCHOONOVER, PHILIP J<br>2146 OYSTER HARBORS<br>OSTERVILLE, MA 02655<br><br>Case Number: 08-35653<br>Docketed Total: UNL<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$0.00  $0.00 | Case Number: 08-35653<br>Modified Total: $0.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$0.00 |
| Claim: 2304<br>Date Filed: 12/19/2008<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>SCHOONOVER, PHILIP J<br>2146 OYSTER HARBORS<br>OSTERVILLE, MA 02655 | Claim Holder Name and Address<br><br>SCHOONOVER, PHILIP J<br>2146 OYSTER HARBORS<br>OSTERVILLE, MA 02655<br><br>Case Number: 08-35653<br>Docketed Total: UNL<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$0.00  $0.00 | Case Number: 08-35653<br>Modified Total: $0.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$0.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1424<br>Date Filed: 12/19/2008<br>Docketed Total: $23,350.00<br>Filing Creditor Name and Address:<br>SECURITY ARMORED CAR SERV INC<br>1022 SOUTH NINTH ST<br>ST LOUIS, MO 63104 | Claim Holder Name and Address    Case Number:   08-35653<br>SECURITY ARMORED CAR SERV INC    Docketed Total:   **$23,350.00**<br>1022 SOUTH NINTH ST<br>ST LOUIS, MO 63104<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$23,350.00 | Case Number:   08-35653<br>Modified Total:   **$23,350.00**<br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>   $23,350.00 |
| Claim: 1136<br>Date Filed: 12/15/2008<br>Docketed Total: $634.19<br>Filing Creditor Name and Address:<br>SECURITY RESOURCES<br>SRI CORPORATE CENTER<br>1155 MARLKRESS RD<br>CHERRY HILL, NJ 08003 | Claim Holder Name and Address    Case Number:   08-35653<br>SECURITY RESOURCES    Docketed Total:   **$634.19**<br>SRI CORPORATE CENTER<br>1155 MARLKRESS RD<br>CHERRY HILL, NJ 08003<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$634.19 | Case Number:   08-35653<br>Modified Total:   **$634.19**<br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>   $634.19 |
| Claim: 1230<br>Date Filed: 12/18/2008<br>Docketed Total: $1,043.00<br>Filing Creditor Name and Address:<br>SELBYS HOME THEATER LLC<br>5444 E INDIANA ST NO 211<br>EVANSVILLE, IN 47715 | Claim Holder Name and Address    Case Number:   08-35653<br>SELBYS HOME THEATER LLC    Docketed Total:   **$1,043.00**<br>5444 E INDIANA ST NO 211<br>EVANSVILLE, IN 47715<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$1,043.00 | Case Number:   08-35653<br>Modified Total:   **$1,043.00**<br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>   $1,043.00 |
| Claim: 919<br>Date Filed: 12/19/2008<br>Docketed Total: $1,389.03<br>Filing Creditor Name and Address:<br>SETLIFF & HOLLAND PC<br>4940 DOMINION BLVD<br>GLEN ALLEN, VA 23060 | Claim Holder Name and Address    Case Number:   08-35653<br>SETLIFF & HOLLAND PC    Docketed Total:   **$1,389.03**<br>4940 DOMINION BLVD<br>GLEN ALLEN, VA 23060<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$1,389.03 | Case Number:   08-35653<br>Modified Total:   **$1,389.03**<br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>   $1,389.03 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 1226**
Date Filed:   12/17/2008
Docketed Total:   $64,637.43
Filing Creditor Name and Address:
  SHERWOOD PROPERTIES LLC
  PO BOX 1787
  ALBANY, GA 31702

Claim Holder Name and Address
SHERWOOD PROPERTIES LLC
PO BOX 1787
ALBANY, GA 31702

Case Number:   08-35653
Docketed Total:   **$64,637.43**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $64,637.43 | | | | | |

Case Number:   08-35653
Modified Total:   **$64,637.43**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $64,637.43 |

---

**Claim: 509**
Date Filed:   12/01/2008
Docketed Total:   $79.73
Filing Creditor Name and Address:
  SHINN SPRING WATER CO INC
  2 E POINTE DR
  BIRDSBORO, PA 19508

Claim Holder Name and Address
SHINN SPRING WATER CO INC
2 E POINTE DR
BIRDSBORO, PA 19508

Case Number:   08-35653
Docketed Total:   **$79.73**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $79.73 | | | | | |

Case Number:   08-35653
Modified Total:   **$79.73**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $79.73 |

---

**Claim: 1374**
Date Filed:   12/19/2008
Docketed Total:   $439.45
Filing Creditor Name and Address:
  SHOPATHOME COM
  7100 E BELLEVIEW AVE 208
  GREENWOOD VILLAGE, CO 80111

Claim Holder Name and Address
SHOPATHOME COM
7100 E BELLEVIEW AVE 208
GREENWOOD VILLAGE, CO 80111

Case Number:   08-35653
Docketed Total:   **$439.45**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $439.45 | | | | | |

Case Number:   08-35653
Modified Total:   **$439.45**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $439.45 |

---

**Claim: 697**
Date Filed:   12/09/2008
Docketed Total:   $30,527.95
Filing Creditor Name and Address:
  SHOPPER TRAK RCT CORP
  200 W MONROE 11TH FL
  CHICAGO, IL 60606

Claim Holder Name and Address
SHOPPER TRAK RCT CORP
200 W MONROE 11TH FL
CHICAGO, IL 60606

Case Number:   08-35655
Docketed Total:   **$30,527.95**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $30,527.95 | | | | | |

Case Number:   08-35655
Modified Total:   **$30,527.95**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $30,527.95 |

---

\*       "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)

Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| Claim: 838<br>Date Filed:    12/15/2008<br>Docketed Total:    $380.00<br>Filing Creditor Name and Address:<br>　SHRED IT<br>　1001 THOMAS ST<br>　HAMPTON, VA 23669 | Claim Holder Name and Address<br><br>SHRED IT<br>1001 THOMAS ST<br>HAMPTON, VA 23669 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>**$380.00** | | Case Number:<br><br>Modified Total: | 08-35653<br><br>**$380.00** |
| | 503(b)(9)　　Reclamation　　Admin　　Secured　　Priority　　Unsecured<br>$380.00 | | | | 503(b)(9)　　Reclamation　　Admin　　Secured　　Priority　　Unsecured | $380.00 |
| Claim: 841<br>Date Filed:    12/15/2008<br>Docketed Total:    $498.75<br>Filing Creditor Name and Address:<br>　SHRED IT<br>　1001 THOMAS ST<br>　HAMPTON, VA 23669 | Claim Holder Name and Address<br><br>SHRED IT<br>1001 THOMAS ST<br>HAMPTON, VA 23669 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>**$498.75** | | Case Number:<br><br>Modified Total: | 08-35653<br><br>**$498.75** |
| | 503(b)(9)　　Reclamation　　Admin　　Secured　　Priority　　Unsecured<br>$498.75 | | | | 503(b)(9)　　Reclamation　　Admin　　Secured　　Priority　　Unsecured | $498.75 |
| Claim: 1296<br>Date Filed:    12/18/2008<br>Docketed Total:    $1,407.44<br>Filing Creditor Name and Address:<br>　SIMMONS JANNACE & STAGG<br>　LLP<br>　75 JACKSON AVE<br>　SYOSSET, NY 11791-3139 | Claim Holder Name and Address<br><br>SIMMONS JANNACE & STAGG LLP<br>75 JACKSON AVE<br>SYOSSET, NY 11791-3139 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>**$1,407.44** | | Case Number:<br><br>Modified Total: | 08-35653<br><br>**$1,407.44** |
| | 503(b)(9)　　Reclamation　　Admin　　Secured　　Priority　　Unsecured<br>$1,407.44 | | | | 503(b)(9)　　Reclamation　　Admin　　Secured　　Priority　　Unsecured | $1,407.44 |
| Claim: 154<br>Date Filed:    12/04/2008<br>Docketed Total:    $750.00<br>Filing Creditor Name and Address:<br>　SLICER & ASSOCIATES LLC<br>　PO BOX 1647<br>　WEST CHATHAM, MA 02669 | Claim Holder Name and Address<br><br>SLICER & ASSOCIATES LLC<br>PO BOX 1647<br>WEST CHATHAM, MA 02669 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>**$750.00** | | Case Number:<br><br>Modified Total: | 08-35653<br><br>**$750.00** |
| | 503(b)(9)　　Reclamation　　Admin　　Secured　　Priority　　Unsecured<br>$750.00 | | | | 503(b)(9)　　Reclamation　　Admin　　Secured　　Priority　　Unsecured | $750.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtor's Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 155<br>Date Filed:    12/04/2008<br>Docketed Total:    $9,949.75<br>Filing Creditor Name and Address:<br>SLICER & ASSOCIATES LLC<br>PO BOX 1647<br>WEST CHATHAM, NJ 02669-1647 | Claim Holder Name and Address    Case Number:    08-35653<br><br>SLICER & ASSOCIATES LLC    Docketed Total:    **$9,949.75**<br>PO BOX 1647<br>WEST CHATHAM, NJ 02669-1647<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$9,949.75                                                    $9,949.75 | Case Number:    08-35653<br><br>Modified Total:    **$9,949.75**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                    $9,949.75 |
| Claim: 767<br>Date Filed:    12/10/2008<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address:<br>SMART & BIGGAR<br>55 METCALFE ST STE 900<br>OTTAWA, K1P 56<br>UNKNOWN | Claim Holder Name and Address    Case Number:    08-35654<br><br>SMART & BIGGAR    Docketed Total:    **UNL**<br>55 METCALFE ST STE 900<br>OTTAWA, K1P 56<br>UNKNOWN<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$0.00 | Case Number:    08-35654<br><br>Modified Total:    **$0.00**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                    $0.00 |
| Claim: 454<br>Date Filed:    12/01/2008<br>Docketed Total:    $12,125.00<br>Filing Creditor Name and Address:<br>SOUNDS GOOD INSTALLATIONS<br>LLC<br>26 FOX RD<br>WALTHAM, MA 02451 | Claim Holder Name and Address    Case Number:    08-35653<br><br>SOUNDS GOOD INSTALLATIONS    Docketed Total:    **$12,125.00**<br>LLC<br>26 FOX RD<br>WALTHAM, MA 02451<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$12,125.00                                                    $12,125.00 | Case Number:    08-35653<br><br>Modified Total:    **$12,125.00**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                    $12,125.00 |
| Claim: 378<br>Date Filed:    12/01/2008<br>Docketed Total:    $31,503.15<br>Filing Creditor Name and Address:<br>SOUTH PORTLAND, CITY OF<br>PO BOX 9422<br>SOUTH PORTLAND, ME 04116 | Claim Holder Name and Address    Case Number:    08-35653<br><br>SOUTH PORTLAND, CITY OF    Docketed Total:    **$31,503.15**<br>PO BOX 9422<br>SOUTH PORTLAND, ME 04116<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$31,503.15                                                    $31,503.15 | Case Number:    08-35653<br><br>Modified Total:    **$31,503.15**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                    $31,503.15 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 466<br>Date Filed: 12/01/2008<br>Docketed Total: $4,500.00<br>Filing Creditor Name and Address:<br>SOUTHERN MOTOR CARRIERS<br>PO BOX 2040<br>PEACHTREE CITY, GA 30269 | Claim Holder Name and Address<br><br>SOUTHERN MOTOR CARRIERS<br>PO BOX 2040<br>PEACHTREE CITY, GA 30269<br><br>Case Number: 08-35653<br>Docketed Total: $4,500.00<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$4,500.00 | Case Number: 08-35653<br>Modified Total: $4,500.00<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$4,500.00 |
| Claim: 1420<br>Date Filed: 12/18/2008<br>Docketed Total: $3,025.00<br>Filing Creditor Name and Address:<br>SPERRY/TV<br>1115 NORTH 47TH<br>LINCOLN, NE 68503 | Claim Holder Name and Address<br><br>SPERRY/TV<br>1115 NORTH 47TH<br>LINCOLN, NE 68503<br><br>Case Number: 08-35653<br>Docketed Total: $3,025.00<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$3,025.00 | Case Number: 08-35653<br>Modified Total: $3,025.00<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$3,025.00 |
| Claim: 506<br>Date Filed: 12/01/2008<br>Docketed Total: $11,481.63<br>Filing Creditor Name and Address:<br>SPHERION<br>2050 SPECTRUM BLVD<br>FT LAUDERDALE, FL 33309 | Claim Holder Name and Address<br><br>SPHERION<br>2050 SPECTRUM BLVD<br>FT LAUDERDALE, FL 33309<br><br>Case Number: 08-35653<br>Docketed Total: $11,481.63<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$11,481.63 | Case Number: 08-35653<br>Modified Total: $11,481.63<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$11,481.63 |
| Claim: 745<br>Date Filed: 12/12/2008<br>Docketed Total: $22,354.16<br>Filing Creditor Name and Address:<br>SPITZER FAMILY INVESTMENTS,<br>LLC<br>PO BOX 3601<br>TELLURIDE, CO 81435 | Claim Holder Name and Address<br><br>SPITZER FAMILY INVESTMENTS, LLC<br>PO BOX 3601<br>TELLURIDE, CO 81435<br><br>Case Number: 08-35653<br>Docketed Total: $22,354.16<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$22,354.16 | Case Number: 08-35653<br>Modified Total: $22,354.16<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$22,354.16 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 690<br>Date Filed:    12/09/2008<br>Docketed Total:    $14,200.00<br>Filing Creditor Name and Address:<br>　SPSS INC<br>　1213 PAYSPHERE CR<br>　CHICAGO, IL 60674 | Claim Holder Name and Address　　Case Number:　08-35653<br><br>SPSS INC　　　　　　　　Docketed Total:　**$14,200.00**<br>1213 PAYSPHERE CR<br>CHICAGO, IL 60674<br><br>503(b)(9)　Reclamation　Admin　Secured　Priority　Unsecured<br>$14,200.00　　　　　　　　　　　　　　　　$14,200.00 | Case Number:　08-35653<br><br>Modified Total:　**$14,200.00**<br><br><br>503(b)(9)　Reclamation　Admin　Secured　Priority　Unsecured<br>　　　　　　　　　　　　　　　　　　$14,200.00 |
| Claim: 1248<br>Date Filed:    12/18/2008<br>Docketed Total:    $26,094.44<br>Filing Creditor Name and Address:<br>　ST CLOUD ASSOCIATES<br>　1845 WALNUT ST NO 1000<br>　PHILADELPHIA, PA 19103 | Claim Holder Name and Address　　Case Number:　08-35653<br><br>ST CLOUD ASSOCIATES　　Docketed Total:　**$26,094.44**<br>1845 WALNUT ST NO 1000<br>PHILADELPHIA, PA 19103<br><br>503(b)(9)　Reclamation　Admin　Secured　Priority　Unsecured<br>$26,094.44　　　　　　　　　　　　　　　$26,094.44 | Case Number:　08-35653<br><br>Modified Total:　**$26,094.44**<br><br><br>503(b)(9)　Reclamation　Admin　Secured　Priority　Unsecured<br>　　　　　　　　　　　　　　　　　　$26,094.44 |
| Claim: 635<br>Date Filed:    12/08/2008<br>Docketed Total:    $252,614.33<br>Filing Creditor Name and Address:<br>　STAFFMARK INC<br>　US BANK PO BOX 952386<br>　ST LOUIS, MO 63195 | Claim Holder Name and Address　　Case Number:　08-35653<br><br>STAFFMARK INC　　　　　Docketed Total:　**$252,614.33**<br>US BANK PO BOX 952386<br>ST LOUIS, MO 63195<br><br>503(b)(9)　Reclamation　Admin　Secured　Priority　Unsecured<br>$252,614.33　　　　　　　　　　　　　　$252,614.33 | Case Number:　08-35653<br><br>Modified Total:　**$252,614.33**<br><br><br>503(b)(9)　Reclamation　Admin　Secured　Priority　Unsecured<br>　　　　　　　　　　　　　　　　　$252,614.33 |
| Claim: 467<br>Date Filed:    12/01/2008<br>Docketed Total:    $57.25<br>Filing Creditor Name and Address:<br>　STONER ENTERPRISES INC<br>　PO BOX 96<br>　RUCKERSVILLE, VA 22968 | Claim Holder Name and Address　　Case Number:　08-35659<br><br>STONER ENTERPRISES INC　Docketed Total:　**$57.25**<br>PO BOX 96<br>RUCKERSVILLE, VA 22968<br><br>503(b)(9)　Reclamation　Admin　Secured　Priority　Unsecured<br>　$57.25　　　　　　　　　　　　　　　　　$57.25 | Case Number:　08-35659<br><br>Modified Total:　**$57.25**<br><br><br>503(b)(9)　Reclamation　Admin　Secured　Priority　Unsecured<br>　　　　　　　　　　　　　　　　　　　$57.25 |

*　　"UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 556<br>Date Filed: 11/28/2008<br>Docketed Total: $10,385.00<br>Filing Creditor Name and Address:<br>STRUCTURED WIRING<br>SOLUTIONS INC<br>1503 5 VILLAGE DR<br>WILMINGTON, NC 28401 | Claim Holder Name and Address    Case Number: 08-35653<br><br>STRUCTURED WIRING SOLUTIONS INC    Docketed Total: $10,385.00<br>1503 5 VILLAGE DR<br>WILMINGTON, NC 28401<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$10,385.00 | Case Number: 08-35653<br><br>Modified Total: $10,385.00<br><br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>         $10,385.00 |
| Claim: 223<br>Date Filed: 11/28/2008<br>Docketed Total: $6,734.18<br>Filing Creditor Name and Address:<br>SULLIVAN COUNTY<br>3258 HWY 126 STE 101<br>CLERK<br>BLOUNTVILLE, TN 37617 | Claim Holder Name and Address    Case Number: 08-35653<br><br>SULLIVAN COUNTY    Docketed Total: $6,734.18<br>3258 HWY 126 STE 101<br>CLERK<br>BLOUNTVILLE, TN 37617<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$6,734.18 | Case Number: 08-35653<br><br>Modified Total: $6,734.18<br><br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>         $6,734.18 |
| Claim: 715<br>Date Filed: 12/01/2008<br>Docketed Total: $766.00<br>Filing Creditor Name and Address:<br>SULLIVAN COUNTY<br>PO BOX 550<br>TRUSTEE<br>BLOUNTVILLE, TN 37617 | Claim Holder Name and Address    Case Number: 08-35653<br><br>SULLIVAN COUNTY    Docketed Total: $766.00<br>PO BOX 550<br>TRUSTEE<br>BLOUNTVILLE, TN 37617<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$766.00 | Case Number: 08-35653<br><br>Modified Total: $766.00<br><br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>         $766.00 |
| Claim: 242<br>Date Filed: 12/03/2008<br>Docketed Total: $5,380.00<br>Filing Creditor Name and Address:<br>SUPERIOR SIGHTS & SOUNDS<br>2897 SENECA ST<br>W SENECA, NY 14224 | Claim Holder Name and Address    Case Number: 08-35653<br><br>SUPERIOR SIGHTS & SOUNDS    Docketed Total: $5,380.00<br>2897 SENECA ST<br>W SENECA, NY 14224<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$5,380.00 | Case Number: 08-35653<br><br>Modified Total: $5,380.00<br><br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>         $5,380.00 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 922<br>Date Filed: 12/19/2008<br>Docketed Total: $75,757.17<br>Filing Creditor Name and Address:<br>SWEDESFORD SHOPPING<br>CENTER ACQUISITION, LLC<br>8 INDUSTRIAL WAY EAST 2ND<br>FLOOR<br>EATONTOWN, NJ 07724 | Claim Holder Name and Address    Case Number: 08-35653<br><br>SWEDESFORD SHOPPING CENTER<br>ACQUISITION, LLC    Docketed Total: $75,757.17<br>8 INDUSTRIAL WAY EAST 2ND<br>FLOOR<br>EATONTOWN, NJ 07724<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$75,757.17                                              $75,757.17 | Case Number: 08-35653<br><br>Modified Total: $75,757.17<br><br><br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                              $75,757.17 |
| Claim: 551<br>Date Filed: 11/26/2008<br>Docketed Total: $263.92<br>Filing Creditor Name and Address:<br>SWEETWATER AUTHORITY<br>505 GARRETT AVENUE<br>CHULA VISTA, CA 91910 | Claim Holder Name and Address    Case Number: 08-35653<br><br>SWEETWATER AUTHORITY    Docketed Total: $263.92<br>505 GARRETT AVENUE<br>CHULA VISTA, CA 91910<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$263.92                                              $263.92 | Case Number: 08-35653<br><br>Modified Total: $263.92<br><br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                              $263.92 |
| Claim: 1033<br>Date Filed: 12/10/2008<br>Docketed Total: $151,829.74<br>Filing Creditor Name and Address:<br>T&T ENTERPRISES LP<br>60 D CORRAL DETIERRA RD<br>SALINAS, CA 93908 | Claim Holder Name and Address    Case Number: 08-35654<br><br>T&T ENTERPRISES LP    Docketed Total: $151,829.74<br>60 D CORRAL DETIERRA RD<br>SALINAS, CA 93908<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$151,829.74                                              $151,829.74 | Case Number: 08-35654<br><br>Modified Total: $151,829.74<br><br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                              $151,829.74 |
| Claim: 642<br>Date Filed: 12/08/2008<br>Docketed Total: $23,122.80<br>Filing Creditor Name and Address:<br>TELECO INC<br>PO BOX 11364<br>COLUMBIA, SC 29211-1364 | Claim Holder Name and Address    Case Number: 08-35653<br><br>TELECO INC    Docketed Total: $23,122.80<br>PO BOX 11364<br>COLUMBIA, SC 29211-1364<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$23,122.80                                              $23,122.80 | Case Number: 08-35653<br><br>Modified Total: $23,122.80<br><br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                              $23,122.80 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 806<br>Date Filed:  12/11/2008<br>Docketed Total:  $16,530.00<br>Filing Creditor Name and Address:<br>THEATER XTREME OF<br>SPRINGFIELD<br>170 DENSLOW RD<br>EAST LONGMEADOW, MA 01028 | Claim Holder Name and Address       Case Number:      08-35653<br><br>THEATER XTREME OF SPRINGFIELD    Docketed Total:    **$16,530.00**<br>170 DENSLOW RD<br>EAST LONGMEADOW, MA 01028<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$16,530.00                                                          $16,530.00 | Case Number:      08-35653<br><br>Modified Total:    **$16,530.00**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                          $16,530.00 |
| Claim: 620<br>Date Filed:  12/08/2008<br>Docketed Total:  $2,250.51<br>Filing Creditor Name and Address:<br>THURSTON COUNTY TREASURER<br>2000 LAKERIDGE DR SW<br>OLYMPIA, WA 98502-6080 | Claim Holder Name and Address       Case Number:      08-35653<br><br>THURSTON COUNTY TREASURER    Docketed Total:    **$2,250.51**<br>2000 LAKERIDGE DR SW<br>OLYMPIA, WA 98502-6080<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$2,250.51                                                          $2,250.51 | Case Number:      08-35653<br><br>Modified Total:    **$2,250.51**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                          $2,250.51 |
| Claim: 790<br>Date Filed:  12/11/2008<br>Docketed Total:  $2,982.00<br>Filing Creditor Name and Address:<br>TIME MACHINE INC, THE<br>2335 HONOLULU AVE<br>MONTROSE, CA 91020 | Claim Holder Name and Address       Case Number:      08-35653<br><br>TIME MACHINE INC, THE    Docketed Total:    **$2,982.00**<br>2335 HONOLULU AVE<br>MONTROSE, CA 91020<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$2,982.00                                                          $2,982.00 | Case Number:      08-35653<br><br>Modified Total:    **$2,982.00**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                          $2,982.00 |
| Claim: 1389<br>Date Filed:  12/17/2008<br>Docketed Total:  $8,435.00<br>Filing Creditor Name and Address:<br>TKC TECHNOLOGY SOLUTIONS<br>LLC<br>11320 RANDOM HILLS RD<br>STE 115<br>FAIRFAX, VA 22030 | Claim Holder Name and Address       Case Number:      08-35653<br><br>TKC TECHNOLOGY SOLUTIONS LLC    Docketed Total:    **$8,435.00**<br>11320 RANDOM HILLS RD<br>STE 115<br>FAIRFAX, VA 22030<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$8,435.00                                                          $8,435.00 | Case Number:      08-35653<br><br>Modified Total:    **$8,435.00**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                          $8,435.00 |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 488**
Date Filed: 12/03/2008
Docketed Total: $125.00
Filing Creditor Name and Address:
TORRANCE, CITY OF
3031 TORRANCE BLVD
TORRANCE, CA 90503

Claim Holder Name and Address
TORRANCE, CITY OF
3031 TORRANCE BLVD
TORRANCE, CA 90503

Case Number: 08-35653
Docketed Total: $125.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $125.00 | | | | | |

Case Number: 08-35653
Modified Total: $125.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $125.00 |

---

**Claim: 1236**
Date Filed: 12/18/2008
Docketed Total: $10,216.88
Filing Creditor Name and Address:
TRC TEMPORARY SERVICE INC
PO BOX 888485
ATLANTA, GA 303560524

Claim Holder Name and Address
TRC TEMPORARY SERVICE INC
PO BOX 888485
ATLANTA, GA 303560524

Case Number: 08-35653
Docketed Total: $10,216.88

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $10,216.88 | | | | | |

Case Number: 08-35653
Modified Total: $10,216.88

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $10,216.88 |

---

**Claim: 457**
Date Filed: 12/01/2008
Docketed Total: $121.75
Filing Creditor Name and Address:
TREASURE VALLEY COFFEE INC
11875 PRESIDENT DR
BOISE, ID 83713

Claim Holder Name and Address
TREASURE VALLEY COFFEE INC
11875 PRESIDENT DR
BOISE, ID 83713

Case Number: 08-35653
Docketed Total: $121.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $121.75 | | | | | |

Case Number: 08-35653
Modified Total: $121.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $121.75 |

---

**Claim: 1029**
Date Filed: 12/16/2008
Docketed Total: $0.00
Filing Creditor Name and Address:
TRIMBLE & JEWELL
PO BOX 1107
EVANSVILLE, IN 47706

Claim Holder Name and Address
TRIMBLE & JEWELL
PO BOX 1107
EVANSVILLE, IN 47706

Case Number: 08-35653
Docketed Total: UNL

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $0.00 | | | | | |

Case Number: 08-35653
Modified Total: $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

---

*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1312**
Date Filed:    12/18/2008
Docketed Total:    $920.28
Filing Creditor Name and Address:
   TRUEFFECT INC
   590 BURBANK ST
   STE 255
   BROOMFIELD, CO 80020

Claim Holder Name and Address     Case Number:    08-35653

TRUEFFECT INC
590 BURBANK ST     Docketed Total:    **$920.28**
STE 255
BROOMFIELD, CO 80020

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $920.28 | | | | | |

Case Number:    08-35653

Modified Total:    **$920.28**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $920.28 |

---

**Claim: 1134**
Date Filed:    12/15/2008
Docketed Total:    $0.00
Filing Creditor Name and Address:
   TULLY MD, VINCENT
   180 KELLOWS RD
   HONESDALE, PA 18431

Claim Holder Name and Address     Case Number:    08-35653

TULLY MD, VINCENT
180 KELLOWS RD     Docketed Total:    **UNL**
HONESDALE, PA 18431

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $0.00 | | | | | |

Case Number:    08-35653

Modified Total:    **$0.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

---

**Claim: 891**
Date Filed:    12/10/2008
Docketed Total:    $3,141.00
Filing Creditor Name and Address:
   TV TECK TELEVISION & VIDEO
   15230 HIGHWAY 3
   WEBSTER, TX 77598

Claim Holder Name and Address     Case Number:    08-35653

TV TECK TELEVISION & VIDEO
15230 HIGHWAY 3     Docketed Total:    **$3,141.00**
WEBSTER, TX 77598

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $3,141.00 | | | | | |

Case Number:    08-35653

Modified Total:    **$3,141.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,141.00 |

---

**Claim: 588**
Date Filed:    12/04/2008
Docketed Total:    $199.28
Filing Creditor Name and Address:
   UNITED WAY DESERT
   COMMUNITIES
   PO BOX 1208
   VICTORVILLE, CA 923931208

Claim Holder Name and Address     Case Number:    08-35653

UNITED WAY DESERT
COMMUNITIES     Docketed Total:    **$199.28**
PO BOX 1208
VICTORVILLE, CA 923931208

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $199.28 | | | | | |

Case Number:    08-35653

Modified Total:    **$199.28**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $199.28 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9) Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 5125<br>Date Filed: 01/22/2009<br>Docketed Total: $66,465.42<br>Filing Creditor Name and Address:<br>UNIVERSAL PROTECTION SERVICE<br>PO BOX 512719<br>LOS ANGELES, CA 90051-0719 | Claim Holder Name and Address<br><br>UNIVERSAL PROTECTION SERVICE<br>PO BOX 512719<br>LOS ANGELES, CA 90051-0719 | Case Number: 08-35653<br><br>Docketed Total: **$66,465.42** | | Case Number: 08-35653<br><br>Modified Total: **$66,465.42** |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$66,465.42 | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$66,465.42 | |
| Claim: 680<br>Date Filed: 12/09/2008<br>Docketed Total: $18,437.70<br>Filing Creditor Name and Address:<br>UNIVERSAL SURVEILLANCE SYSTEMS<br>11172 ELM AVE<br>RANCHO CUCAMONGA, CA 91730 | Claim Holder Name and Address<br><br>UNIVERSAL SURVEILLANCE SYSTEMS<br>11172 ELM AVE<br>RANCHO CUCAMONGA, CA 91730 | Case Number: 08-35653<br><br>Docketed Total: **$18,437.70** | | Case Number: 08-35653<br><br>Modified Total: **$18,437.70** |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$18,437.70 | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$18,437.70 | |
| Claim: 861<br>Date Filed: 12/08/2008<br>Docketed Total: $381,645.28<br>Filing Creditor Name and Address:<br>USIS COMMERCIAL SERVICES INC<br>23883 NETWORK PL<br>CHICAGO, IL 60673 | Claim Holder Name and Address<br><br>USIS COMMERCIAL SERVICES INC<br>23883 NETWORK PL<br>CHICAGO, IL 60673 | Case Number: 08-35653<br><br>Docketed Total: **$381,645.28** | | Case Number: 08-35653<br><br>Modified Total: **$381,645.28** |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$381,645.28 | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$381,645.28 | |
| Claim: 610<br>Date Filed: 12/04/2008<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>UTAH, STATE OF<br>341 S MAIN ST 5TH FL<br>TREASURER UNCLAIMED PROPERTY<br>SALT LAKE CITY, UT 84111 | Claim Holder Name and Address<br><br>UTAH, STATE OF<br>341 S MAIN ST 5TH FL<br>TREASURER UNCLAIMED PROPERTY<br>SALT LAKE CITY, UT 84111 | Case Number: 08-35653<br><br>Docketed Total: **UNL** | | Case Number: 08-35653<br><br>Modified Total: **$0.00** |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$0.00 | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$0.00 | |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 232<br>Date Filed:    11/28/2008<br>Docketed Total:    $55,108.22<br>Filing Creditor Name and Address:<br>  VALLEY SQUARE I LP<br>  PO BOX 7189<br>  4737 CONCORD PIKE<br>  WILMINGTON, DE 19803 | Claim Holder Name and Address          Case Number:          08-35653<br><br>VALLEY SQUARE I LP          Docketed Total:          **$55,108.22**<br>PO BOX 7189<br>4737 CONCORD PIKE<br>WILMINGTON, DE 19803<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$55,108.22                                                                                          $55,108.22 | Case Number:          08-35653<br><br>Modified Total:          **$55,108.22**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                                        $55,108.22 |
| Claim: 438<br>Date Filed:    12/01/2008<br>Docketed Total:    $181.13<br>Filing Creditor Name and Address:<br>  VANGENT INC<br>  PO BOX 934753<br>  ATLANTA, GA 31193-4753 | Claim Holder Name and Address          Case Number:          08-35653<br><br>VANGENT INC          Docketed Total:          **$181.13**<br>PO BOX 934753<br>ATLANTA, GA 31193-4753<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$181.13                                                                                              $181.13 | Case Number:          08-35653<br><br>Modified Total:          **$181.13**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                                        $181.13 |
| Claim: 1161<br>Date Filed:    12/08/2008<br>Docketed Total:    $38,066.67<br>Filing Creditor Name and Address:<br>  VENTURI STAFFING PARTNERS<br>  PO BOX 809237<br>  CHICAGO, IL 60680-9237 | Claim Holder Name and Address          Case Number:          08-35653<br><br>VENTURI STAFFING PARTNERS          Docketed Total:          **$38,066.67**<br>PO BOX 809237<br>CHICAGO, IL 60680-9237<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$38,066.67                                                                                        $38,066.67 | Case Number:          08-35653<br><br>Modified Total:          **$38,066.67**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                                        $38,066.67 |
| Claim: 993<br>Date Filed:    12/16/2008<br>Docketed Total:    $452.76<br>Filing Creditor Name and Address:<br>  WARE ARCHITECTURE<br>  1444 OAK LAWN AVE STE 406<br>  DALLAS, TX 75207 | Claim Holder Name and Address          Case Number:          08-35653<br><br>WARE ARCHITECTURE          Docketed Total:          **$452.76**<br>1444 OAK LAWN AVE STE 406<br>DALLAS, TX 75207<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$452.76                                                                                              $452.76 | Case Number:          08-35653<br><br>Modified Total:          **$452.76**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                                        $452.76 |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

## EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 857<br>Date Filed:    12/08/2008<br>Docketed Total:    $7,919.18<br>Filing Creditor Name and Address:<br>  WARNER ROBINS, CITY OF<br>  PO BOX 1488<br>  OCCUPATION TAX DIVISION<br>  WARNER ROBINS, GA 31099 | Claim Holder Name and Address    Case Number:    08-35653<br><br>WARNER ROBINS, CITY OF    Docketed Total:    **$7,919.18**<br>PO BOX 1488<br>OCCUPATION TAX DIVISION<br>WARNER ROBINS, GA 31099<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$7,919.18 | Case Number:    08-35653<br><br>Modified Total:    **$7,919.18**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                                                             $7,919.18 |
| Claim: 630<br>Date Filed:    12/01/2008<br>Docketed Total:    $5,440.73<br>Filing Creditor Name and Address:<br>  WASHINGTON COUNTY<br>  ASSESSMENT & TAXATION<br>  155 N 1ST AVE NO 130<br>  HILLSBORO, OR 97124 | Claim Holder Name and Address    Case Number:    08-35654<br><br>WASHINGTON COUNTY    Docketed Total:    **$5,440.73**<br>ASSESSMENT & TAXATION<br>155 N 1ST AVE NO 130<br>HILLSBORO, OR 97124<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$5,440.73 | Case Number:    08-35654<br><br>Modified Total:    **$5,440.73**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                                                             $5,440.73 |
| Claim: 382<br>Date Filed:    12/01/2008<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address:<br>  WATKINS FLOWERS OF<br>  DISTINCTION<br>  2731 CAPITAL BLVD<br>  RALEIGH, NC 27604 | Claim Holder Name and Address    Case Number:    08-35653<br><br>WATKINS FLOWERS OF    Docketed Total:    **UNL**<br>DISTINCTION<br>2731 CAPITAL BLVD<br>RALEIGH, NC 27604<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>  $0.00 | Case Number:    08-35653<br><br>Modified Total:    **$0.00**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                                                             $0.00 |
| Claim: 1238<br>Date Filed:    12/18/2008<br>Docketed Total:    $1,335.00<br>Filing Creditor Name and Address:<br>  WEBB BURNETT CORNBROOKS<br>  ET AL<br>  115 BROAD ST<br>  PO BOX 910<br>  SALISBURY, MD 21803-0910 | Claim Holder Name and Address    Case Number:    08-35653<br><br>WEBB BURNETT CORNBROOKS ET    Docketed Total:    **$1,335.00**<br>AL<br>115 BROAD ST<br>PO BOX 910<br>SALISBURY, MD 21803-0910<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$1,335.00 | Case Number:    08-35653<br><br>Modified Total:    **$1,335.00**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                                                             $1,335.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1215**

Date Filed: 12/17/2008

Docketed Total: $0.00

Filing Creditor Name and Address:
WEBB, SUSANNA
2929 N MACARTHUR DR NO 160
TRACY, CA 95376

Claim Holder Name and Address

WEBB, SUSANNA
2929 N MACARTHUR DR NO 160
TRACY, CA 95376

Case Number: 08-35659

Docketed Total: UNL

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $0.00 | | | | | $0.00 |

Case Number: 08-35659

Modified Total: $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

---

**Claim: 1049**

Date Filed: 12/12/2008

Docketed Total: $35,352.00

Filing Creditor Name and Address:
WEIGEL, ROBERT
2300 S 48 ST
LINCOLN, NE 68506

Claim Holder Name and Address

WEIGEL, ROBERT
2300 S 48 ST
LINCOLN, NE 68506

Case Number: 08-35653

Docketed Total: $35,352.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $35,352.00 | | | | | $35,352.00 |

Case Number: 08-35653

Modified Total: $35,352.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $35,352.00 |

---

**Claim: 873**

Date Filed: 12/08/2008

Docketed Total: $15,606.75

Filing Creditor Name and Address:
WEISER SECURITY SERVICES INC
PO BOX 51720
NEW ORLEANS, LA 70151-1720

Claim Holder Name and Address

WEISER SECURITY SERVICES INC
PO BOX 51720
NEW ORLEANS, LA 70151-1720

Case Number: 08-35653

Docketed Total: $15,606.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $15,606.75 | | | | | $15,606.75 |

Case Number: 08-35653

Modified Total: $15,606.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $15,606.75 |

---

**Claim: 1418**

Date Filed: 12/16/2008

Docketed Total: $158.76

Filing Creditor Name and Address:
WERNER ENTERPRISES INC
PO BOX 45308
OMAHA, NE 68145-0308

Claim Holder Name and Address

WERNER ENTERPRISES INC
PO BOX 45308
OMAHA, NE 68145-0308

Case Number: 08-35653

Docketed Total: $158.76

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $158.76 | | | | | $158.76 |

Case Number: 08-35653

Modified Total: $158.76

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $158.76 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1177<br>Date Filed: 12/05/2008<br>Docketed Total: $31,293.62<br>Filing Creditor Name and Address:<br>WICOMICO COUNTY<br>PO BOX 4036<br>SALISBURY, MD 21803-4036 | Claim Holder Name and Address    Case Number:   08-35653<br>WICOMICO COUNTY    Docketed Total:   **$31,293.62**<br>PO BOX 4036<br>SALISBURY, MD 21803-4036<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$31,293.62 | Case Number:   08-35653<br>Modified Total:   **$31,293.62**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>  $31,293.62 |
| Claim: 490<br>Date Filed: 11/24/2008<br>Docketed Total: $30,851.73<br>Filing Creditor Name and Address:<br>WILBUR CO, J<br>PO BOX 413066<br>KANSAS CITY, MO 64141 | Claim Holder Name and Address    Case Number:   08-35653<br>WILBUR CO, J    Docketed Total:   **$30,851.73**<br>PO BOX 413066<br>KANSAS CITY, MO 64141<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$30,851.73 | Case Number:   08-35653<br>Modified Total:   **$30,851.73**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>  $30,851.73 |
| Claim: 1235<br>Date Filed: 12/18/2008<br>Docketed Total: $594.00<br>Filing Creditor Name and Address:<br>WILKINSON BARKER KNAUER<br>LLP<br>2300 N ST NW STE 700<br>WASHINGTON, DC 20037 | Claim Holder Name and Address    Case Number:   08-35653<br>WILKINSON BARKER KNAUER LLP    Docketed Total:   **$594.00**<br>2300 N ST NW STE 700<br>WASHINGTON, DC 20037<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$594.00 | Case Number:   08-35653<br>Modified Total:   **$594.00**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>  $594.00 |
| Claim: 644<br>Date Filed: 12/08/2008<br>Docketed Total: $630.00<br>Filing Creditor Name and Address:<br>WOOD, MICHAEL<br>745 HAWK RUN<br>OFALLON, MO 63368 | Claim Holder Name and Address    Case Number:   08-35653<br>WOOD, MICHAEL    Docketed Total:   **$630.00**<br>745 HAWK RUN<br>OFALLON, MO 63368<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$630.00 | Case Number:   08-35653<br>Modified Total:   **$630.00**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>  $630.00 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(B)(9)
Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1350<br>Date Filed:    12/19/2008<br>Docketed Total:    $131,280.08<br>Filing Creditor Name and Address:<br>  WORKING MACHINES<br>  CORPORATION<br>  2170 DWIGHT WY<br>  BERKELEY, CA 94704 | Claim Holder Name and Address          Case Number:          08-35653<br><br>WORKING MACHINES          Docketed Total:          **$131,280.08**<br>CORPORATION<br>2170 DWIGHT WY<br>BERKELEY, CA 94704<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$131,280.08 | Case Number:          08-35653<br><br>Modified Total:          **$131,280.08**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                              $131,280.08 |
| Claim: 200<br>Date Filed:    12/05/2008<br>Docketed Total:    $6,776.55<br>Filing Creditor Name and Address:<br>  WS STRATFORD LLC<br>  PO BOX 25909<br>  CO CAROLINA HOLDINGS INC<br>  GREENVILLE, SC 29615 | Claim Holder Name and Address          Case Number:          08-35653<br><br>WS STRATFORD LLC          Docketed Total:          **$6,776.55**<br>PO BOX 25909<br>CO CAROLINA HOLDINGS INC<br>GREENVILLE, SC 29615<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$6,776.55 | Case Number:          08-35653<br><br>Modified Total:          **$6,776.55**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                              $6,776.55 |
| Claim: 367<br>Date Filed:    11/24/2008<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address:<br>  ZEE MEDICAL<br>  PO BOX 610878<br>  SAN JOSE, CA 95161-0878 | Claim Holder Name and Address          Case Number:          08-35653<br><br>ZEE MEDICAL          Docketed Total:          **UNL**<br>PO BOX 610878<br>SAN JOSE, CA 95161-0878<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$0.00 | Case Number:          08-35653<br><br>Modified Total:          **$0.00**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                              $0.00 |
| | | **Total Claims To Be Modified: 335**<br><br>**Total Amount As Docketed:**          $5,736,094.07<br><br>**Total Amount As Modified:**          $5,736,094.07 |

*    "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj          Page 1 of 1          Date Rcvd: Jul 08, 2009
Case: 08-35653               Form ID: pdforder        Total Noticed: 1
```

The following entities were noticed by first class mail on Jul 10, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2009**          **Signature:**