RESPONSE TO THE OBJECTION					June 30, 2009



a.  United States Bankruptcy Court
    For The Eastern District of Virginia
    Richmond Division

    In re:  Circuit City Stores, Inc. et al, (Debtors)

    Chapter 11, Case No. 08-35653 (KRH)

    Response to Debtors' Sixteenth Omnibus Objection to Claims (Reclassification of Claims Filed By Equity Holders To Interests)

b.  Claimant:  Lourena Pruett Cole Irrevocable Trust
              Charles H. Cole, Jr., Trustee
              Amount of Claim is the cost of 7000 shares of common stock of Circuit City stock, purchased by Claimant between October 3, 2007 and August 29, 2008.   See Claim #7004.

c.  The equity shares of Circuit City Stores, Inc. were purchased in good faith by the Claimant under SEC Regulatory control, as publicly traded shares.  As Trustee of the Claimant, I have personal knowledge of the purchase details.
              Charles H. Cole Jr., Trustee
              4016 Diamond Loch East
              Fort Worth, TX  76180-8718
              Tel: 817/284-1495

d.  | Purchase Date | #Shares | $/sh | Share Cost | Net Cost |
    |---|---|---|---|---|
    | 10-03-07 | 1000 | 8.41 | $8410 | $8643 |
    | 2-22-08 | 1000 | 4.53 | 4530 | 4686 |
    | 3-14-08 | 1000 | 3.74 | 3740 | 3911 |
    | 4-28-08 | 1000 | 4.57 | 4570 | 4752 |
    | 6-06-08 | 1000 | 4.62 | 4620 | 4791 |
    | 8-29-08 | 2000 | 1.82 | 3640 | 3806 |
    |  | 7000 |  | $29510 | $30589 |

    Enclosed Confirmations as proof of purchase and Investors Capital Nov 08 Statement as Proof of continued Ownership on Nov 08, 08.

e.  This is to Declare my personal knowledge of the details of the stock purchases, shown above. – Charles H. Cole Jr., Trustee.

    f.  NOTICE Address:  Lourena Pruett Cole Irrevocable Trust
                                    Charles H. Cole Jr., Trustee
                                    4016 Diamond Loch East
                                    Fort Worth, TX  76180-8718
                                    Tel:  817/284-1495
                                    Fax: 817/557-3392
                                    ccole@ghti.net

    g.  Same as Subjection e.  Charles H. Cole Jr., Trustee
                                      4016 Diamond Loch East
                                    Fort Worth, TX  76180-8718
                                    Tel:  817/284-1495
                                    Fax: 817/557-3391

    Additional Information:  Same as NOTICE Address.


*[signature: Charles H. Cole Jr., Trustee]*
Charles H. Cole, Jr., Trustee

*Portfolio Statement Nov 1-30, 2008*
*Ownership Evidence of 70000sh Circuit*
*City Common Stock.*

**INVESTORS CAPITAL**
230 BROADWAY
LYNNFIELD, MA 01940-2320
781-593-8565  FAX 781-477-9756
INVESTORS CAPITAL CORPORATION
MEMBER FINRA SIPC

* 00001195 02 MB    0.494 TR 00009 X108PA01 000000

LOURENA PRUETT COLE IRREV TRUST/
CHARLES H COLE JR T'TEE
U/A/D 11/05/1996
4016 DIAMOND LOCH EAST
FORT WORTH TX 76180-8718

**Your Investment Professional:**
HARAN BRUCKER
(631) 577-4083

**Account Number: 6BB-338309**
**Statement Period: 11/01/2008 - 11/30/2008**

## Valuation at a Glance

| | This Period |
|---|---:|
| Beginning Account Value | $107,742.00 |
| Dividends/Interest | 24.02 |
| Fees | -20.00 |
| Change in Account Value | -20,785.46 |
| **Ending Account Value** | **$86,960.56** |
| Estimated Annual Income | $2,338.78 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation |
|---|---:|---:|---:|
| Cash, Money Funds, and FDIC Deposits | 12,415.25 | 14,864.11 | 17% |
| Equities | 95,326.75 | 72,096.45 | 83% |
| **Account Total (Pie Chart)** | **$107,742.00** | **$86,960.56** | **100%** |

## Purchasing Power Summary

| | |
|---|---:|
| Cash and Money Market Funds Available | 14,864.11 |
| Borrowing Power | 11,742.33 |
| **Total Purchasing Power** | **$26,606.44** |

You may be able to borrow against the value of your brokerage account assets to buy additional securities or for other purposes. For more information, please call Your Investment Professional.

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

DALBAR RATED

B0002327C5E10BDP    PAR-02-ROLL    Page 1 of 17

## Portfolio Holdings (continued)

### Equities (continued)
#### Common Stocks (continued)

**AVANEX CORP COM NEW** (continued)

| Quantity | Acquisition Date | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| 132.672 | 11/17/06 | 31.7580 | 4,213.45 | 1.1400 | 151.25 | -4,062.20 | | |
| 135.332 | 02/27/07 | 28.6730 | 3,823.00 | 1.1400 | 152.00 | -3,671.00 | | |
| 66.666 | 07/02/07 | 29.1090 | 1,940.60 | 1.1400 | 76.00 | -1,864.60 | | |
| 33.333 | 02/21/08 | 12.4010 | 413.35 | 1.1400 | 38.00 | -375.35 | | |
| 33.333 | 02/21/08 | 12.2210 | 407.15 | 1.1400 | 38.00 | -369.35 | | |
| 33.333 | 02/21/08 | 12.2280 | 407.60 | 1.1400 | 38.00 | -369.60 | | |
| 33.333 | 02/21/08 | 12.2220 | 407.40 | 1.1400 | 38.00 | -369.40 | | |
| 193.351 | 02/21/08 | 12.2330 | 2,364.95 | 1.1400 | 220.40 | -2,144.55 | | |
| 6.667 | 02/21/08 | 12.2040 | 81.36 | 1.1400 | 7.59 | -73.77 | | |
| **666.000** | **Total** | | **$14,059.06** | | **$759.24** | **-$13,299.82** | **$0.00** | |

**BANK OF AMERICA COM**
Dividend Option: Cash
50.00 of these shares are in your margin account
Security Identifier: BAC

| 50.000 | 03/10/08 | 36.2330 | 1,811.67 | 16.2500 | 812.50 | -999.17 | 64.00 | 7.87% |

**BUILD A BEAR WORKSHOP INC COM**
Dividend Option: Cash
300.00 of these shares are in your margin account
Security Identifier: BBW

| 100.000 | 10/17/07 | 17.8290 | 1,782.90 | 4.4500 | 445.00 | -1,337.90 | | |
| 100.000 | 10/17/07 | 17.7690 | 1,776.91 | 4.4500 | 445.00 | -1,331.91 | | |
| 100.000 | 10/17/07 | 17.7690 | 1,776.91 | 4.4500 | 445.00 | -1,331.91 | | |
| **300.000** | **Total** | | **$5,336.72** | | **$1,335.00** | **-$4,001.72** | **$0.00** | |

**CIRCUIT CITY STORES INC COM**
Dividend Option: Cash
7,000.00 of these shares are in your margin account
Security Identifier: CCTYQ

| 200.000 | 10/03/07 | 8.6670 | 1,733.36 | 0.2200 | 44.00 | -1,689.36 | | |
| 100.000 | 10/03/07 | 8.6370 | 863.68 | 0.2200 | 22.00 | -841.68 | | |
| 700.000 | 10/03/07 | 8.6370 | 6,045.79 | 0.2200 | 154.00 | -5,891.79 | | |
| 1,000.000 | 02/22/08 | 4.6860 | 4,686.00 | 0.2200 | 220.00 | -4,466.00 | | |
| 1,000.000 | 03/14/08 | 3.9110 | 3,911.44 | 0.2200 | 220.00 | -3,691.44 | | |
| 100.000 | 04/28/08 | 4.8060 | 480.63 | 0.2200 | 22.00 | -458.63 | | |
| 100.000 | 04/28/08 | 4.7460 | 474.63 | 0.2200 | 22.00 | -452.63 | | |
| 200.000 | 04/28/08 | 4.7460 | 949.27 | 0.2200 | 44.00 | -905.27 | | |
| 100.000 | 04/28/08 | 4.7460 | 474.63 | 0.2200 | 22.00 | -452.63 | | |
| 100.000 | 04/28/08 | 4.7460 | 474.63 | 0.2200 | 22.00 | -452.63 | | |
| 400.000 | 04/28/08 | 4.7460 | 1,898.56 | 0.2200 | 88.00 | -1,810.56 | | |

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation

**Statement Period /2008**

| | Date | Unit Cost | Cost Basis | Market Price | | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| RCUIT C... | | | | | | | | |
| 00.000 | | 4.7910 | 4,790.90 | 0.220 | 220.00 | -4,570.90 | | |
| 00.000 | | 1.9030 | 3,806.00 | 0.22 | 440.00 | -3,366.00 | | |
| 00.000 | **Total** | | **$30,589.52** | | **$1,540.00** | **-$29,049.52** | **$0.00** | |

NEXANT SYS INC COM NEW
idend Option: Cash
00.00 of these shares are in your margin account
urity Identifier: CNXT

| | Date | Unit Cost | Cost Basis | Market Price | | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| 0.000 | 06/01/05 | 15.6780 | 3,135.56 | 1.0200 | 204.00 | -2,931.56 | | |
| 0.000 | 07/14/06 | 22.0600 | 2,206.00 | 1.0200 | 102.00 | -2,104.00 | | |
| 0.000 | 07/14/06 | 22.0000 | 2,200.00 | 1.0200 | 102.00 | -2,098.00 | | |
| 0.000 | 09/20/06 | 20.4140 | 2,041.37 | 1.0200 | 102.00 | -1,939.37 | | |
| .000 | 02/12/08 | 6.9790 | 69.79 | 1.0200 | 10.20 | -59.59 | | |
| .000 | 02/12/08 | 6.3790 | 127.58 | 1.0200 | 20.40 | -107.18 | | |
| .000 | 02/12/08 | 6.3790 | 191.37 | 1.0200 | 30.60 | -160.77 | | |
| .000 | 02/12/08 | 6.3800 | 319.00 | 1.0200 | 51.00 | -268.00 | | |
| 0.000 | 02/12/08 | 6.3800 | 2,488.20 | 1.0200 | 397.80 | -2,090.40 | | |
| 00.000 | **Total** | | **$12,778.87** | | **$1,020.00** | **-$11,758.87** | **$0.00** | |

R HORTON INC
idend Option: Cash
00 of these shares are in your margin account
urity Identifier: DHI

| | Date | Unit Cost | Cost Basis | Market Price | | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| ,000 | 10/28/08 | 5.1890 | 518.86 | 6.8700 | 687.00 | 168.14 | 15.00 | 2.18% |
| ,000 | 10/28/08 | 5.1290 | 512.86 | 6.8700 | 687.00 | 174.14 | 15.00 | 2.18% |
| ,000 | 10/28/08 | 5.1290 | 512.86 | 6.8700 | 687.00 | 174.14 | 15.00 | 2.18% |
| ,000 | 10/28/08 | 5.1280 | 1,025.56 | 6.8700 | 1,374.00 | 348.44 | 30.00 | 2.18% |
| ,000 | **Total** | | **$2,570.14** | | **$3,435.00** | **$864.86** | **$75.00** | |

ITAL ANGEL CORP NEW COM NEW
lend Option: Cash
0 of these shares are in your margin account
ity Identifier: DIGAD

| | Date | Unit Cost | Cost Basis | Market Price | | Unrealized Gain/Loss | | |
|---|---|---|---|---|---|---|---|---|
| 0 | 05/03/06 | 22.6400 | 1,392.37 | 0.6500 | 39.97 | -1,352.40 | | |



**INVESTORS CAPITAL**
INVESTORS CAPITAL CORPORATION
MEMBER FINRA SIPC
230 BROADWAY
LYNNFIELD, MA 01940-2320
781-593-8565
FAX 781-477-9756

## Portfolio Holdings (continued)

Statement Period: 11/01/2008 - 11/30/2008

Account Number: 6BB-338309
LOURENA PRUETT COLE IRREV TRUST/
PAR-02-ROLL

| Quantity | Acquisition Date | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| **Equities** (continued) | | | | | | | | |
| **Common Stocks** (continued) | | | | | | | | |
| **CIRCUIT CITY STORES INC COM** (continued) | | | | | | | | |
| 1,000.000 | 06/06/08 | 4.7910 | 4,790.90 | 0.2200 | 220.00 | -4,570.90 | | |
| 2,000.000 | 08/29/08 | 1.9030 | 3,806.00 | 0.2200 | 440.00 | -3,366.00 | | |
| **7,000.000** | **Total** | | **$30,589.52** | | **$1,540.00** | **-$29,049.52** | **$0.00** | |
| **CONEXANT SYS INC COM NEW** | | | | | | | | |
| Dividend Option: Cash | | | | | | | | |
| 1,000.00 of these shares are in your margin account | | | | | | | | |
| Security Identifier: CNXT | | | | | | | | |
| 200.000 | 06/01/05 | 15.6780 | 3,135.56 | 1.0200 | 204.00 | -2,931.56 | | |
| 100.000 | 07/14/06 | 22.0600 | 2,206.00 | 1.0200 | 102.00 | -2,104.00 | | |
| 100.000 | 07/14/06 | 22.0000 | 2,200.00 | 1.0200 | 102.00 | -2,098.00 | | |
| 100.000 | 09/20/06 | 20.4140 | 2,041.37 | 1.0200 | 102.00 | -1,939.37 | | |
| 10.000 | 02/12/08 | 6.9790 | 69.79 | 1.0200 | 10.20 | -59.59 | | |
| 20.000 | 02/12/08 | 6.3790 | 127.58 | 1.0200 | 20.40 | -107.18 | | |
| 30.000 | 02/12/08 | 6.3790 | 191.37 | 1.0200 | 30.60 | -160.77 | | |
| 50.000 | 02/12/08 | 6.3800 | 319.00 | 1.0200 | 51.00 | -268.00 | | |
| 390.000 | 02/12/08 | 6.3800 | 2,488.20 | 1.0200 | 397.80 | -2,090.40 | | |
| **1,000.000** | **Total** | | **$12,778.87** | | **$1,020.00** | **-$11,758.87** | **$0.00** | |
| **D R HORTON INC** | | | | | | | | |
| Dividend Option: Cash | | | | | | | | |
| 500.00 of these shares are in your margin account | | | | | | | | |
| Security Identifier: DHI | | | | | | | | |
| 100.000 | 10/28/08 | 5.1890 | 518.86 | 6.8700 | 687.00 | 168.14 | 15.00 | 2.18% |
| 100.000 | 10/28/08 | 5.1290 | 512.86 | 6.8700 | 687.00 | 174.14 | 15.00 | 2.18% |
| 100.000 | 10/28/08 | 5.1290 | 512.86 | 6.8700 | 687.00 | 174.14 | 15.00 | 2.18% |
| 200.000 | 10/28/08 | 5.1280 | 1,025.56 | 6.8700 | 1,374.00 | 348.44 | 30.00 | 2.18% |
| **500.000** | **Total** | | **$2,570.14** | | **$3,435.00** | **$864.86** | **$75.00** | |
| **DIGITAL ANGEL CORP NEW COM NEW** | | | | | | | | |
| Dividend Option: Cash | | | | | | | | |
| 812.00 of these shares are in your margin account | | | | | | | | |
| Security Identifier: DIGAD | | | | | | | | |
| 61.500 | 05/03/06 | 22.6400 | 1,392.37 | 0.6500 | 39.97 | -1,352.40 | | |

B00023275SF108DP

DALBAR RATED FOR COMMUNICATION

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation Member FINRA, NYSE, SIPC

Page 5 of 17



**INVESTORS CAPITAL**
INVESTORS CAPITAL CORPORATION
MEMBER NASD SIPC

230 BROADWAY
LYNNFIELD, MA 01940-2320
781-593-8565
FAX 781-477-9756

Circuit City Stock Purchase Confirmations

# CONFIRMATION

MAIL TO: 

PAGE: 1 of 2

¶ 025058 XPVL1MT2 000000
LOURENA PRUETT COLE IRREV TRUST/
CHARLES H COLE JR TTEE
U/A/D 11/05/1996
4016 DIAMOND LOCH EAST
FORT WORTH TX 76180-8718

FOR THE ACCOUNT OF:

LOURENA PRUETT COLE IRREV TRUST/
CHARLES H COLE JR TTEE
U/A/D 11/05/1996
4016 DIAMOND LOCH EAST
FORT WORTH TX 76180-8718

ACCOUNT NUMBER: 6BB-338309
ACCOUNT TYPE: 1

YOUR ACCOUNT EXECUTIVE:
BARAN BRUCKER
A.E. NUMBER: Y99

YOU BOUGHT:

CIRCUIT CITY STORES INC COM

TRADE DATE: 10-03-07
PROCESS DATE: 10-03-07
SETTLEMENT DATE: 10-09-07
CUSIP NUMBER: 172737-10-8
SYMBOL: CC

WE CONFIRM THE BELOW TRADE(S), SUBJECT TO THE TERMS AND CONDITIONS SET FORTH ON THIS CONFIRMATION

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST | COMMISSION | SERVICE CHARGE | TRANS. FEE | NET AMOUNT USD | MKT/CPTY |
|---|---|---|---|---|---|---|---|---|---|
| M4TAWJ | 200 | 8.41 | 1,682.00 | | 45.36 | 6.00 | | 1,733.36 | 8/8 |
| SOLICITED ORDER | | PERSHING LLC MAKES | A MKT IN THIS SEC & | ACTED AS PRINCIPAL | | | | | |
| M4TAWM | 100 | 8.41 | 841.00 | | 22.68 | | | 863.68 | 8/8 |
| SOLICITED ORDER | | PERSHING LLC MAKES | A MKT IN THIS SEC & | ACTED AS PRINCIPAL | | | | | |
| M4TAWQ | 700 | 8.41 | 5,887.00 | | 158.79 | | | 6,045.79 | 8/8 |
| SOLICITED ORDER | | PERSHING LLC MAKES | A MKT IN THIS SEC & | ACTED AS PRINCIPAL | | | | | |
| TOTALS | 1,000 | | 8,410.00 | | 226.83 | 6.00 | | 8,642.83 | |

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE. REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES) IF DIF APPEARS ABOVE AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. CLEARING THROUGH PERSHING LLC A SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION, MEMBER FINRA, NYSE, SIPC. ONE PERSHING PLAZA, JERSEY CITY, NJ 07399

**INVESTORS CAPITAL**
INVESTORS CAPITAL CORPORATION
MEMBER FINRA SIPC

230 BROADWAY
LYNNFIELD, MA 01940-2920
781-593-8565
FAX 781-477-9756

# CONFIRMATION

MAIL TO:



PAGE: 1 of 3

¶ 024311 XPVL1MT2 000000
LOURENA PRUETT COLE IRREV TRUST/
CHARLES H COLE JR TTEE
U/A/D 11/05/1996
4016 DIAMOND LOCH EAST
FORT WORTH TX 76180-8718

FOR THE ACCOUNT OF:

LOURENA PRUETT COLE IRREV TRUST/
CHARLES H COLE JR TTEE
U/A/D 11/05/1996
4016 DIAMOND LOCH EAST
FORT WORTH TX 76180-8718

ACCOUNT NUMBER:    6BB-338309
ACCOUNT TYPE:      2

YOUR ACCOUNT EXECUTIVE:
HARAN BRUCKER
A.E. NUMBER:       Y99

For additional trade confirmations, please see the reverse side.

YOU BOUGHT:

CIRCUIT CITY STORES INC COM

TRADE DATE:        02-22-08
PROCESS DATE:      02-22-08
SETTLEMENT DATE:   02-27-08
CUSIP NUMBER:      172737-10-8
SYMBOL:            CC

WE CONFIRM THE BELOW TRADE(S), SUBJECT TO THE TERMS AND CONDITIONS SET FORTH ON THIS CONFIRMATION

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST | COMMISSION COMM EQUIV | SERVICE CHARGE | TRANS. FEE | NET AMOUNT USD | MKT/CPTY |
|---|---|---|---|---|---|---|---|---|---|
| K3QR3Z | 1,000 | 4.53 | 4,530.00 | | 150.00 | 6.00 | | 4,686.00 | 8/8 |
| SOLICITED ORDER | | PERSHING LLC MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | | | | | | | |
| TOTALS | 1,000 | | 4,530.00 | | 150.00 | 6.00 | | 4,686.00 | |

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE. REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES) IF OIF APPEARS ABOVE AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST CLEARING THROUGH PERSHING LLC, A SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION MEMBER FINRA NYSE SIPC ONE PERSHING PLAZA, JERSEY CITY, NJ 07399

**INVESTORS CAPITAL**
INVESTORS CAPITAL CORPORATION
MEMBER FINRA SIPC

230 BROADWAY
LYNNFIELD, MA 01940-2320
781-593-8565
FAX 781-477-9756

# CONFIRMATION

MAIL TO: 

PAGE: 1 of 2

¶ 024851 XPVL1MT2 000000
LOURENA PRUETT COLE IRREV TRUST/
CHARLES H COLE JR TTEE
U/A/D 11/05/1996
4016 DIAMOND LOCH EAST
FORT WORTH TX 76180-8718

FOR THE ACCOUNT OF:

LOURENA PRUETT COLE IRREV TRUST/
CHARLES H COLE JR TTEE
U/A/D 11/05/1996
4016 DIAMOND LOCH EAST
FORT WORTH TX 76180-8718

ACCOUNT NUMBER:    6BB-338309
ACCOUNT TYPE:      2

YOUR ACCOUNT EXECUTIVE:
HARAN BRUCKER
A.E. NUMBER:       Y99

**YOU BOUGHT:**

CIRCUIT CITY STORES INC COM

TRADE DATE:       03-14-08
PROCESS DATE:     03-14-08
SETTLEMENT DATE:  03-19-08
CUSIP NUMBER:     172737-10-8
SYMBOL:           CC

WE CONFIRM THE BELOW TRADE(S), SUBJECT TO THE TERMS AND CONDITIONS SET FORTH ON THIS CONFIRMATION

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST | COMMISSION COMM EQUIV | SERVICE CHARGE | TRANS. FEE | NET AMOUNT USD | MKT/CPTY |
|---|---|---|---|---|---|---|---|---|---|
| K6LYTX | 1,000 | 3.74 | 3,740.00 | | 165.44 | 6.00 | | 3,911.44 | 8/8 |
| SOLICITED ORDER | | PERSHING LLC MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | | | | | | | |
| TOTALS | 1,000 | | 3,740.00 | | 165.44 | 6.00 | | 3,911.44 | |

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE. REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES) IF DIF APPEARS ABOVE AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST
CLEARING THROUGH PERSHING LLC, A SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION MEMBER FINRA NYSE SIPC ONE PERSHING PLAZA, JERSEY CITY, NJ 07399

**INVESTORS CAPITAL**
INVESTORS CAPITAL CORPORATION
MEMBER FINRA SIPC

230 BROADWAY
LYNNFIELD, MA 01940-2320
781-593-8565
FAX 781-477-9756

# CONFIRMATION

PAGE: 1 of 3

MAIL TO:

¶ 027613 XPVL1MT2 000000
LOURENA PRUETT COLE IRREV TRUST/
CHARLES H COLE JR TTEE
U/A/D 11/05/1996
4016 DIAMOND LOCH EAST
FORT WORTH TX 76180-8718

FOR THE ACCOUNT OF:

LOURENA PRUETT COLE IRREV TRUST/
CHARLES H COLE JR TTEE
U/A/D 11/05/1996
4016 DIAMOND LOCH EAST
FORT WORTH TX 76180-8718

ACCOUNT NUMBER: 6BB-338309
ACCOUNT TYPE: 2

YOUR ACCOUNT EXECUTIVE:
HARAN BRUCKER
A.E. NUMBER: Y99

For additional trade confirmations, please see the reverse side.

YOU BOUGHT:

CIRCUIT CITY STORES INC COM

TRADE DATE: 04-28-08
PROCESS DATE: 04-28-08
SETTLEMENT DATE: 05-01-08
CUSIP NUMBER: 172737-10-8
SYMBOL: CC

WE CONFIRM THE BELOW TRADE(S), SUBJECT TO THE TERMS AND CONDITIONS SET FORTH ON THIS CONFIRMATION

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST | COMMISSION COMM EQUIV | SERVICE CHARGE | TRANS. FEE | NET AMOUNT USD | MKT/ CPTY |
|---|---|---|---|---|---|---|---|---|---|
| L111XN | 100 | 4.57 | 457.00 | | 17.63 | 6.00 | | 480.63 | 8/8 |
| SOLICITED ORDER | | PERSHING LLC MAKES  A MKT IN THIS SEC & ACTED AS PRINCIPAL | | | | | | | |
| L111XR | 100 | 4.57 | 457.00 | | 17.63 | | | 474.63 | 8/8 |
| SOLICITED ORDER | | PERSHING LLC MAKES  A MKT IN THIS SEC & ACTED AS PRINCIPAL | | | | | | | |
| L111XS | 200 | 4.57 | 914.00 | | 35.27 | | | 949.27 | 8/8 |
| SOLICITED ORDER | | PERSHING LLC MAKES  A MKT IN THIS SEC & ACTED AS PRINCIPAL | | | | | | | |
| L111XU | 100 | 4.57 | 457.00 | | 17.63 | | | 474.63 | 8/8 |
| SOLICITED ORDER | | PERSHING LLC MAKES  A MKT IN THIS SEC & ACTED AS PRINCIPAL | | | | | | | |
| L111XW | 100 | 4.57 | 457.00 | | 17.63 | | | 474.63 | 8/8 |
| SOLICITED ORDER | | PERSHING LLC MAKES  A MKT IN THIS SEC & ACTED AS PRINCIPAL | | | | | | | |
| L111XX | 400 | 4.57 | 1,828.00 | | 70.56 | | | 1,898.56 | 8/8 |
| SOLICITED ORDER | | PERSHING LLC MAKES  A MKT IN THIS SEC & ACTED AS PRINCIPAL | | | | | | | |
| TOTALS | 1,000 | | 4,570.00 | | 176.35 | 6.00 | | 4,752.35 | |

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE. REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES) IF DIF
APPEARS ABOVE AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST.
CLEARING THROUGH PERSHING LLC, A SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION. MEMBER FINRA. NYSE. SIPC. ONE PERSHING PLAZA, JERSEY CITY, NJ 07399

**INVESTORS CAPITAL**
INVESTORS CAPITAL CORPORATION
MEMBER FINRA SIPC

230 BROADWAY
LYNNFIELD, MA 01940-2320
781-593-8565
FAX 781-477-9756

# CONFIRMATION

MAIL TO: 

PAGE: 1 of 2

¶ 027565 XPVL1MT2 000000
LOURENA PRUETT COLE IRREV TRUST/
CHARLES H COLE JR TTEE
U/A/D 11/05/1996
4016 DIAMOND LOCH EAST
FORT WORTH TX 76180-8718

FOR THE ACCOUNT OF:

LOURENA PRUETT COLE IRREV TRUST/
CHARLES H COLE JR TTEE
U/A/D 11/05/1996
4016 DIAMOND LOCH EAST
FORT WORTH TX 76180-8718

ACCOUNT NUMBER:     6BB-338309
ACCOUNT TYPE:       2

YOUR ACCOUNT EXECUTIVE:
HARAN BRUCKER
A.E. NUMBER:        Y99

YOU BOUGHT:

CIRCUIT CITY STORES INC COM

TRADE DATE:      06-06-08
PROCESS DATE:    06-06-08
SETTLEMENT DATE: 06-11-08
CUSIP NUMBER:    172737-10-8
SYMBOL:          CC

WE CONFIRM THE BELOW TRADE(S), SUBJECT TO THE TERMS AND CONDITIONS SET FORTH ON THIS CONFIRMATION

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST | COMMISSION COMM EQUIV | SERVICE CHARGE | TRANS. FEE | NET AMOUNT USD | MKT/CPTY |
|---|---|---|---|---|---|---|---|---|---|
| L669PF | 1,000 | 4.6199 | 4,619.90 | | 165.00 | 6.00 | | 4,790.90 | 8/8 |
| SOLICITED ORDER | | PERSHING LLC MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | | | | | | | |
| TOTALS | 1,000 | | 4,619.90 | | 165.00 | 6.00 | | 4,790.90 | |

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE. REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES) IF DIF
APPEARS ABOVE AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION.THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST.
CLEARING THROUGH PERSHING LLC. A SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION. MEMBER FINRA. NYSE. SIPC ONE PERSHING PLAZA, JERSEY CITY, NJ 07399

**INVESTORS CAPITAL**
INVESTORS CAPITAL CORPORATION
MEMBER FINRA SIPC

230 BROADWAY
LYNNFIELD, MA 01940-2320
781-593-8565
FAX 781-477-9756

# CONFIRMATION

MAIL TO:

PAGE: 1 of 2

¶ 019510 XPVL1MT2 000000
LOURENA PRUETT COLE IRREV TRUST/
CHARLES H COLE JR TTEE
U/A/D 11/05/1996
4016 DIAMOND LOCH EAST
FORT WORTH TX 76180-8718

FOR THE ACCOUNT OF:

LOURENA PRUETT COLE IRREV TRUST/
CHARLES H COLE JR TTEE
U/A/D 11/05/1996
4016 DIAMOND LOCH EAST
FORT WORTH TX 76180-8718

ACCOUNT NUMBER:    6BB-338309
ACCOUNT TYPE:      2

YOUR ACCOUNT EXECUTIVE:
HARAN BRUCKER
A.E. NUMBER:       Y99

YOU BOUGHT:

CIRCUIT CITY STORES INC COM

TRADE DATE:        08-29-08
PROCESS DATE:      08-29-08
SETTLEMENT DATE:   09-04-08
CUSIP NUMBER:      172737-10-8
SYMBOL:            CC

WE CONFIRM THE BELOW TRADE(S), SUBJECT TO THE TERMS AND CONDITIONS SET FORTH ON THIS CONFIRMATION

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST | COMMISSION COMM EQUIV | SERVICE CHARGE | TRANS. FEE | NET AMOUNT USD | CPTY |
|---|---|---|---|---|---|---|---|---|---|
| M8QCEU | 2,000 | 1.82 | 3,640.00 | | 160.00 | 6.00 | | 3,806.00 | 8 |
| SOLICITED ORDER | | PERSHING LLC MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | | | | | | | |
| TOTALS | 2,000 | | 3,640.00 | | 160.00 | 6.00 | | 3,806.00 | |

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE. REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES) IF DIF
APPEARS ABOVE AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST
CLEARING THROUGH PERSHING LLC A SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION. MEMBER FINRA. NYSE SIPC ONE PERSHING PLAZA, JERSEY CITY, NJ 07399