John L. Sun, CA SBN 62954
David S. Sun, CA SBN 238201
LAW OFFICES OF JOHN L. SUN
3550 Wilshire Boulevard, Suite 1250
Los Angeles, California 90010
Telephone No. (213) 382-7205
Facsimile No.  (213) 384-2693



*Attorneys for Creditor,*
Kinyo Company, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.*, | Case No.: 08-35653 (KRH) |
| Debtors. | |
| | Jointly Administered |

**CREDITOR KINYO COMPANY, INC.'S OPPOSITION TO DEBTORS' TWENTIETH OBJECTION TO CLAIMS (RECLASSIFICATION TO UNSECURED CLAIMS OF CERTAIN CLAIMS FILED AS 503(B)(9) CLAIMS FOR GOODS RECEIVED BY THE DEBTORS NOT WITHIN TWENTY DAYS OF THE COMMENCEMENT OF THE CASES)**

Creditor, Kinyo Company, Inc., hereby opposes Debtor's omnibus objection seeking to reclassify Creditor's claim as 503(b)(9)/General Unsecured. Creditor's Proof of Claim was filed with and received by Debtor, Circuit City Stores, Inc., on December 18, 2008. Debtor placed an order with Creditor for 3,000 portable speaker systems. <u>Declaration of Tim Yeh</u>, attached hereto as Exhibit A. Creditor shipped the goods from Shanghai, China to Long Beach, California on October 16, 2008. *Id.* The goods were received by Debtor in Long Beach, California on October 29, 2008. *Id.*

Pursuant to 503(b)(9) of the Bankruptcy Code, a claim is entitled to priority for "the value of any goods *received* by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business."

CREDITOR'S OPPOSITION TO DEBTORS' TWENTIETH OMNIBUS OBJECTION

(Emphasis added). Debtors filed their Petition on November 10, 2008. This means that a claim based on any goods *received* by Debtor between October 21, 2008 and November 9, 2008 is entitled to priority. As stated in Creditor's Proof of Claim and Declaration of Tim Yeh, the goods were received on October 29, 2008, well within the 20 days allowed under the Bankruptcy Code.

Debtor mistakenly indicated in its omnibus objection that Debtor received the goods from Creditor on October 16, 2008. However, according to the Commercial Invoice submitted along with the Proof of Claim, October 16, 2008 was actually the "Sailing Date" of the goods from Shanghai, China. A true and correct copy of the Commercial Invoice is attached hereto as Exhibit B. The "Sailing Date" is not the same as the receiving date—it is the date the goods left the port in Shanghai, China. The Commercial Invoice further indicates that the goods were to be shipped to Circuit City Stores, Inc. in California. Debtor could not have received the goods from Creditor in California on the same day the goods were shipped from Shanghai, China. According to the Bill of Lading from Expeditors Cargo Management Systems, the goods arrived in Long Beach, California and were received by Debtor on October 29, 2008, 13 days *after* the goods were shipped from China. A true and correct copy of the Bill of Lading showing the arrival date of October 29, 2008 is attached hereto as Exhibit C.

Since the goods were actually received by Debtor on October 29, 2008, within the 20 days allowed under 503(b)(9) of the Bankruptcy Code, Debtor's omnibus objection seeking to disallow and/or modify Claimant's claim to 503(b)(9)/General Unsecured should be denied.

Date: July 8, 2009

Respectfully submitted,

LAW OFFICES OF JOHN L. SUN

David S. Sun
3550 Wilshire Boulevard, Suite 1250
Los Angeles, California 90010
Tel:    (213) 382-7205
Fax:    (213) 384-2693

Attorneys for Creditor
Kinyo Company, Inc.

2

CREDITOR'S OPPOSITION TO DEBTORS' TWENTIETH OMNIBUS OBJECTION

# EXHIBIT A

John L. Sun, SBN 62954
David S. Sun, SBN 238201
Law Offices of John L. Sun
3550 Wilshire Boulevard, Suite 1250
Los Angeles, California 90010
Telephone No. (213) 382-7205
Facsimile No.  (213) 384-2693

*Attorneys for Creditor,*
Kinyo Company, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF VIRGINIA

### RICHMOND DIVISION

| | |
|---|---|
| In re, | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.*, | Case No.: 08-35653 (KRH) |
| Debtors, | Jointly Administered |

## DECLARATION OF TIM YEH

I, TIM YEH, hereby declare as follows:

1. I am the Vice President of Kinyo Company, Inc., a creditor of Circuit City Stores, Inc.

2. In 2008, Circuit City Stores, Inc. placed a purchase order with Kinyo Company, Inc. for 3,000 portable speaker systems.

3. Kinyo Company, Inc. manufactured the speaker systems in China.

4. On October 16, 2008, Kinyo Company, Inc. shipped the speaker systems to Circuit City Stores, Inc. from Shanghai, China.

5. The speaker systems arrived in Long Beach, California and were received by Circuit City Stores, Inc. on October 29, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 0 5, 2009

TIM YEH,
Vice President of Kinyo Company, Inc.

1

DECLARATION OF TIM YEH

# EXHIBIT B

# KINYO | ArDio
## KINYO COMPANY, INC.

14235 Lomitas Ave. La Puente, CA 91746    Tel: (626) 333-3711    Fax: (626) 961-9114    website: www.kinyo.com

# COMMERCIAL INVOICE

Invoice Date: 16-Oct-2008
Invoice # 0809-01V

| Vendor Name: | KINYO COMPANY LIMITED |
| --- | --- |
| Factory Name & address: | KINYO CO., LTD. NO.1268 JIANTONG ROAD,WUJIANG ECONOMIC DEVELOPMENT ZONE, WUJIANG CITY, JIANGSU,215200CHINA |

| Sold To: | Ship To: |
| --- | --- |
| Circuit City Stores, Inc. 9954 Mayland Drive Richmond, VA 23233 | Circuit City Stores, Inc. DC 717, 501 S. Cheryl Lane, Walnut, CA 91789, USA |

| Payment Terms | L/C # | Freight Terms | Port of Loading | Port of Destination |
| --- | --- | --- | --- | --- |
| WIRE | | FOB SHANGHAI | SHANGHAI | Long Beach, CA |

| Vessel Name | Voyage# | Sailing Date | FCR# |
| --- | --- | --- | --- |
| HANJIN WILMINGTON | 0078E | 16-Oct-08 | |

| PO# | Circuit City Model # | Vendor Model # | Product Description | Country of Origin | Number of Cartons | PO Quantity (pcs) | Net Unit Price (US$) | Total Line Cost (US$) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2127370 | UM580 | MS-80H | 2.0 PORTABLE SYSTEM SPEAKER | CHINA | 125 | 3,000 | | $24,870.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | Invoice Total: | | 125 | 3,000 | | $24,870.00 |

| Container#: | |
| --- | --- |
| Total: | by I.CT, |
| | 125    CTNS |
| Carton Gross wt.: | Lbs |
| Carton Volume: | Cbm |

SAY U.S. DOLLARS TWENTY FOUR THOUSAND EIGHT HUNDRED AND SEVENTY ONLY.

* Country of Origin: China
* We certify that this shipment contains no solid wood packing material.
* We certify that all merchandise sold to Circuit City Stores did not employ forced labor, convict labor, or indentured child labor in any stage of its mining, production or manufacture.

KINYO CO., LTD.

AUTHORIZED SIGNATURE

# EXHIBIT C

 

**Expeditors Cargo Management Systems**
**ORIGINAL**
FORWARDER'S CARGO RECEIPT

| SHIPPER (Name and Full Address) | BOOKING NUMBER | FCR NUMBER |
|---|---|---|
| KINYO COMPANY LIMITED. | S394648450 | R390098635 |
| | CARGO RECEIVING DATE  10/10/08 | |

| CONSIGNEE (Name and Full) | FORWARDING AGENT REFERENCES |
|---|---|
| CIRCUIT CITY STORE,INC<br>9950 MAYLAND DRIVE DR 1,4TH FLOOR<br>RICHMOND,VA 23233 UNITED STATES<br>ATTN:CAROL LACKS,LOGISTICS DEPT. | BEIJING KANG-JIE-KONG INTERNATIONAL<br>CARGO AGENT CO.,LTD.SHANGHAI BRANCH<br>27TH FLOOR,TOWER A,100 ZUN YI ROAD |
| | POINT AND COUNTRY OF ORIGIN OF GOODS |

| NOTIFY PARTY / INTERMEDIATE CONSIGNEE (Name and Full Address) | ALSO NOTIFY (Name and Full Address) DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION FOR RELEASE OF CARGO PLEASE CONTACT: |
|---|---|
| 1,SAME AS CONSIGNEE<br>2,DISTRIBUTION CENTER#717 501 S.<br>CHERY LANE WALNUT,CA 91789 UNITED<br>STATES ATTN:EDGAR SALGADO OR<br>KRISTINE GREER | DIRECT IMPORT VENDOR GUIDE V.4.1,<br>APRIL 2006 CARMICHAEL INTERNATIONAL<br>SERVICES 533 GLENDALE BLVD.LOS<br>ANGELES,CA 90026 ATTN:DANNY CHANTIM<br>IMPORT MGR 213-353-0800 |

| INITIAL CARRIAGE | PLACE OF RECEIPT |
|---|---|
| | SHANGHAI |

| EXPORT CARRIER (Vessel, voyage) | PORT OF LOADING |
|---|---|
| HANJIN WILMINGTON / 00078 | SHANGHAI |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| LONG BEACH, CA | LONG BEACH, CA |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS/ CONTAINER NUMBERS | NOS OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT KGS | MEASUREMENT CBM |
|---|---|---|---|---|
| CIRCUIT CITY P.O.#<br>2127370<br>CIRCUIT CITY MODEL<br>(SKU)#:UMS80<br>UNIT COUNT PER<br>CARTON:24 PIECE<br>CARTON# 1 OF 125<br>GROSS WEIGHT:<br>24.65 POUNDS<br>CARTON DEMENSION<br>(INCHES):24.7X21.1<br>X14<br>MADE IN CHINA | 125 CTNS | NEXXTECHULTIMATE BRAND<br>2.0 PORTABLE SYSTEM SPEAKER<br>P/O NO:2127370<br>UMS80(MS-80H)BLACK<br><br>FOB SHANGHAI<br><br>THIS SHIPMENT CONTAINS NO WOOD PACKING<br>MATERIAL<br><br><br>SEE ATTACHED | 1397.50 KG | 15.550 M3 |

**REMARKS:** THE ORIGINAL BILL OF LADING OF THIS SHIPMENT HAS BEEN RELEASED TO THE ABOVE MENTIONED CONSIGNEE AS AGREED AND SPECIFIED ON SHIPPING ORDER

FREIGHT COLLECT

| IN ACCORDANCE WITH INSTRUCTION OF THE ABOVE CONSIGNEE WE RECEIVED THE FOLLOWING DOCUMENTS ON | FOR CHARGES | THIS DOCUMENT IS EXCHANGED FOR THE DOCK'S RECEIPT / MATE'S RECEIPT. IT IS ISSUED AS A RECEIPT OF PAPER AND CARGO ONLY AND WILL NOT BE NEGOTIABLE UNLESS VERIFIED AND ENDORSED BY AN AUTHORIZED SIGNATORY OF EXPEDITORS. |
|---|---|---|
| | | For and on behalf of<br>EXPEDITORS ORDER MANAGEMENT<br><br>BY  Authorized Signature(s12)<br>DATE  10/29/08 |

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years old and am not a party to the within action. My business address is: 3550 Wilshire Boulevard, Suite 1250, Los Angeles, California, 90010.

On July 9, 2009, I served the foregoing document(s), described as: **CREDITOR KINYO COMPANY, INC.'S OPPOSITION TO DEBTORS' TWENTIETH OBJECTION TO CLAIMS (RECLASSIFICATION TO UNSECURED CLAIMS OF CERTAIN CLAIMS FILED AS 503(B)(9) CLAIMS FOR GOODS RECEIVED BY THE DEBTORS NOT WITHIN TWENTY DAYS OF THE COMMENCEMENT OF THE CASES)** on the interested parties to this action as follows:

☒ **(BY MAIL)** I caused copies of such document, enclosed in sealed envelopes, to be deposited in the mail at Los Angeles, California with postage thereon fully prepaid to the persons and addresses indicated on the attached list. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of any party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing set forth in this affidavit.

☐ **(BY PERSONAL SERVICE)** I delivered such document by hand to the persons and addresses listed on the attached list where personal service is indicated.

☐ **(BY OVERNIGHT MAIL)** I caused such document to be delivered to the persons and addresses indicated on the attached list by Express Mail or by another express service carrier, by placing the document in an envelope designated by the carrier and addressed as indicated on the attached list, with the delivery fees provided for, and depositing same in a box or facility regularly maintained by that carrier or by delivering same to an authorized courier or driver authorized by the carrier to receive documents.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the offices of a member of the bar of this court, at whose direction service was made.

Executed on July 9, 2009 at Los Angeles, California.

DAVID S. SUN

# PROOF OF SERVICE

*(In re Circuit City Stores, Inc., et al.*; Case No. 08-35653 (KRH))

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

<u>DEBTORS' ATTORNEYS</u>:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636
Attn:   Gregg M. Galardi
Attn:   Ian S. Fredericks

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn:   Chris L. Dickerson

MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attn:   Dion W. Hayes
Attn:   Douglas M. Foley

JOHN L. SUN
ATTORNEY AT LAW
3550 WILSHIRE BOULEVARD, SUITE 1250
LOS ANGELES, CALIFORNIA 90010
TEL: (213) 382-7205
FAX: (213) 384-2693
EMAIL: johnlsun@att.net

July 9, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street—Room 4000
Richmond, Virginia 23219

Re:    In re: Circuit City Stores, Inc., et al. (Case No. 08-35653 (KRH))

Dear Sir or Madam:

      This office is the general counsel of Kinyo Company, Inc., a creditor of Circuit City Stores, Inc. Kinyo Company, Inc. hereby submits its opposition to Debtors' Twentieth Objection to Claims. Enclosed please find Creditor's original opposition papers along with a copy. Please file the original opposition papers and conform the copy. We would appreciate it if you could return the conformed copy to our office using the provided self-addressed and stamped envelope.

      If you have any questions or concerns regarding this matter, please feel free to contact the undersigned.

Very truly yours,

LAW OFFICES OF JOHN L. SUN

David S. Sun

Enclosures