COPY

**Section 503(b)(9) Claim Request Form**

DEADLINE FOR
FILING 503(b)(9)
CLAIMS
5:00 P.M. Pacific Time
December 19, 2008

| | |
|---|---|
| Circuit City Stores, Inc., et al., Claims Processing c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 | Circuit City Stores, Inc., et al. Case Nos. 08-35653 through 08-35670 Chapter 11 Jointly Administered |

**NOTE:** Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases (see Docket No. 107), to have claims allowed as administrative expense under 11 U.S.C. § 503(b)(9), this form must be served upon Circuit City Stores, Inc., et al., Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 by **December 19, 2008**, the Bar Date for Section 503(b)(9) claims in the above-referenced cases. The form may be submitted in person or by regular mail, overnight mail, or hand delivery. Facsimile, email or electronic submissions will not be accepted. Requests shall be deemed filed when actually received by Kurtzman Carson Consultants LLC.

Name and Address of Creditor: (The person or other entity to whom the debtor owes money or property) NameID: 4493883   (P2) PackID: 22798

**AVERATEC INC / TRIGEM USA, INC.**
**1231 E DYER RD STE 150**
**SANTA ANA, CA 92705**

Telephone:  **(714) 429-8900**
Fax:  **(714) 429-9960**

Name and address where notices should be sent (if different from above)

**Samuel S. Oh**
**Lim, Ruger & Kim, LLP**
**1055 West 7th Street, Suite 2800**
**Los Angeles, CA 90017**

Telephone:  **(213) 955-9500**
Fax:  **(213) 955-9511**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have made any demand(s) to reclaim goods sold to the debtor under 11 U.S.C. § 546(c). (attach copies of any such demand(s)***

☐ Check box if you have transferred the rights of your claim to any third party. If so please list name of transferee: _____

☐ Check box if you have never received any notices from the bankruptcy court in this case.

Debtor against which claim is asserted :  (Check one box below:)

☒ Circuit City Stores, Inc. (Tax I.D. No. 54-0493875)
☐ Abbott Advertising, Inc. (Tax I.D. No. 54-1624659)
☐ Circuit City Stores West Coast, Inc. (Tax I.D. No. 95-4460785)
☐ CC Distribution Company of Virginia, Inc. (Tax I.D. No. 54-1712821)
☐ Circuit City Properties, LLC (Tax I.D. No. 54-0793353)
☐ Patapsco Designs, Inc. (Tax I.D. No. 52-1086796)
☐ Ventoux International, Inc. (Tax I.D. No. 20-1071838)
☐ Sky Venture Corporation (Tax I.D. No. 54-1760311)
☐ Prahs, Inc. (n/a)
☐ XS Stuff, LLC (Tax I.D. No. 54-2029263)
☐ Kinzer Technology, LLC (Tax I.D. No. 54-2022157)
☐ Circuit City Purchasing Company, LLC (Tax I.D. No. 20-0995170)
☐ Orbyx Electronics, LLC (Tax I.D. No. 20-1203360)
☐ InterTAN, Inc. (Tax I.D. No. 75-2130875)
☐ CC Aviation, LLC (Tax I.D. No. 20-5290841)
☐ Courchevel, LLC (n/a)
☐ Circuit City Stores PR, LLC (Tax I.D. No. 66-0695512)
☐ Mayland MN, LLC (Tax I.D. No. 20-0896116)

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: _____

Check here if this claim  ☐ replaces
☐ amends    a previously filed claim, dated: _____

**1. BASIS FOR CLAIM:** Goods received by the Debtor within 20 days before the date of commencement of the case.  Value of Goods: $ **321,720.00 ***** .

**2. DATE OF SHIPMENT:** **Oct 14-15, 2008** METHOD OF SHIPMENT: **AIT**   DATE OF RECEIPT: **10/21/08**

NAME OF CARRIER: **AIT**   PLACE OF DELIVERY: **Walnut & Livermore, CA; Ardmore, OK**

**3. TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM:** $ **321,720.00 *****
☐ Check the box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**4. BRIEF DESCRIPTION OF CLAIM:** **Sums owing on Averatec branded computers *****
Describe goods sold: **Averatec computers**   Attach support for your claim.

**5. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**6. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, or contracts. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Attachments must be printed on 8-1/2" by 11" paper.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this claim request form.

**8. ORDINARY COURSE CERTIFICATION:** By signing this claim request form, you are certifying that the goods for which payment is sought hereby, were sold to the debtor in the ordinary course of the debtor's business as required by 11 U.S.C. § 503(b)(9).

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

RECEIVED
FOR COURT USE ONLY

DEC 02 2008

KURTZMAN CARSON CONSULTANTS

| | |
|---|---|
| Date **12/1/08** | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) _S. Oh_, **Attorney for Claimant** |

**\*\*\* SEE ATTACHMENT "A" FOR FURTHER EXPLANATION.**

08356530811131933326008704

INSTRUCTIONS FOR FILING SECTION 503(B)(9) CLAIM REQUEST FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, there may be exceptions to the general rules.*

## – DEFINITIONS –

**Debtor:**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Section 503(b)(9) Claim:**
Any claim entitled to treatment in accordance with Section 503(b)(9) of the Bankruptcy Code. Specifically, Section 503(b)(9) Claims are those claims for the "value of any goods received by the debtor, within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business." 11 U.S.C. § 503(b)(9).

**Section 503(b)(9) Bar Date:**
By Order of the United States Bankruptcy Court for the Eastern District of Virginia, all requests for allowance of a Section 503(b)(9) Claim must be filed so as to be received at the address set forth below no later than 5:00 p.m., Prevailing Pacific Time on **December 19, 2008**.

1. Please read this Section 503(b)(9) Claim Request Form carefully and fill it in completely and accurately.

2. Print legibly. Your claim may be disallowed if it cannot be read and understood.

3. This Section 503(b)(9) Claim Request Form must be completed in English. The amount of any Section 503(b)(9) Claim must be denominated in United States currency.

4. Attach additional pages on 8-1/2 x 11" paper if more space is required to complete this Section 503(b)(9) Claim Request Form.

5. This form should only be used by a claimant asserting a Section 503(b)(9) claim. It should not be used for claims arising prior to **October 21, 2008** or after **November 9, 2008**, and should not be used for any claims that are not entitled to priority in accordance with 11 U.S.C. § 503(b)(9).

6. This Section 503(b)(9) Claim Request Form should be sent by regular mail, overnight mail, or hand delivery to the following address:

   **Circuit City Stores, Inc., et al., Claims Processing**
   **c/o Kurtzman Carson Consultants LLC**
   **2335 Alaska Avenue, El Segundo, CA 90245**
   **(888) 830-4650**

   Please note that Kurtzman Carson Consultants LLC is **not** permitted to accept proofs of claim, including any Section 503(b)(9) Claim Request Form, by facsimile, telecopy or other electronic submission, including electronic mail.

7. To receive an acknowledgment of the filing of your claim from Kurtzman Carson Consultants LLC, enclose a stamped, self-addressed envelope and copy of this Section 503(b)(9) Claim Request Form.

8. **ANY DOCUMENTS RELIED UPON BY ANY 503(b)(9) CLAIMANT TO SUPPORT ITS SECTION 503(b)(9) CLAIM, INCLUDING ALL DOCUMENTS THAT PURPORT TO ESTABLISH THAT THE "GOODS" WITHIN THE 20 DAY PERIOD BEFORE NOVEMBER 10, 2008, THE "VALUE" OF SUCH GOODS AND THAT SUCH GOODS WERE "SOLD TO THE DEBTOR IN THE ORDINARY COURSE OF THE DEBTOR'S BUSINESS," SHOULD BE ANNEXED TO THIS SECTION 503(b)(9) CLAIM REQUEST FORM.**

9. **To be considered timely filed, this Section 503(b)(9) Claim Request Form must be actually received by Kurtzman Carson Consultants LLC, by 5:00 p.m. (Prevailing Pacific Time) on December 19, 2008 and should include appropriate documents/materials establishing the claimants entitlement to an allowed Section 503(b)(9) Claim and the amount of the asserted claim.**

| In re Circuit City Stores, Inc., et al. | Case Nos: 08-35653 through 08-35670 Jointly Administered |
|---|---|

## SECTION 503(b)(9) CLAIM REQUEST
## ATTACHMENT A

Trigem USA, Inc. ("TUI"), is a trade creditor in these bankruptcy cases that sold Averatec branded computers to Circuit City Stores, Inc. ("Debtor"). Debtor received the following goods from TUI in the ordinary course of business for which TUI has not received payment:

| PO # | Receipt Date | Quantity | Unit Price | Total Price |
|---|---|---|---|---|
| 2170689 | 10/20/2008 | 672 | $383.00 | $257,376.00 |
| 2170693 | 10/16/2008 | 504 | $383.00 | $193,032.00 |
| 2170694 | 10/20/2008 | 480 | $383.00 | $183,840.00 |
| 2170690 | 10/21/2008 | 216 | $383.00 | $82,728.00 |
| 2170691 | 10/21/2008 | 288 | $383.00 | $110,304.00 |
| 2170692 | 10/21/2008 | 336 | $383.00 | $128,688.00 |

**Total Outstanding Pre-Petition Invoices**   **$955,968.00**

By this request, TUI seeks immediate payment for all goods that Debtor received from TUI within 20 days before the petition date pursuant to 11 U.S.C. § 503(b)(9), as follows:

### Goods Subject to Section 503(b)(9) Claim

| PO # | Receipt Date | Quantity | Unit Price | Total Price |
|---|---|---|---|---|
| 2170690 | 10/21/2008 | 216 | $383.00 | $82,728.00 |
| 2170691 | 10/21/2008 | 288 | $383.00 | $110,304.00 |
| 2170692 | 10/21/2008 | 336 | $383.00 | $128,688.00 |

**Total 503(b)(9) Claim**   **$321,720.00**

Attached hereto as Exhibit 1 are: (1) an email from Debtor setting forth the receipt dates for the foregoing goods; and (2) the relevant invoices and purchase orders pertaining to TUI's Section 503(b)(9) Claim. TUI has demanded reclamation of all goods that Debtor received from TUI within 45 to 21 days before the petition date. A true and correct copy of the reclamation demand is attached hereto as Exhibit 2. As explained in Exhibit 2, there is no overlap between TUI's reclamation demand and this Request. TUI's reclamation demand seeks recovery of goods received by Debtor within 45 to 21 days before the petition date, whereas this Request covers goods received by Debtor within 20 to 1 day(s) before the petition date.

This Request is based on currently available information. TUI expressly reserves the right to amend, supplement or modify this Request as additional information becomes available.

{00128245.DOC}

# EXHIBIT 1

**From:** Sarah_Hock@circuitcity.com [Sarah_Hock@circuitcity.com]
**Sent:** Thursday, November 20, 2008 9:55 AM
**To:** Henry Hewitt
**Cc:** Ryan_Jenks@circuitcity.com
**Subject:** Re: Averatec Receipt Dates

| PO# | Qty | Receipt Date |
|-----|-----|--------------|
| 2170689 | 672 | 10/20 |
| 2170690 | 216 | 10/21 |
| 2170691 | 288 | 10/21 |
| 2170692 | 336 | 10/21 |
| 2170693 | 504 | 10/16 |
| 2170694 | 480 | 10/20 |

*Sarah Hock*
Inventory Analyst - Notebooks
Circuit City Stores, Inc.
(804) 486-4287
sarah_hock@circuitcity.com

Henry Hewitt <hhewitt@trigemusa.com>
11/19/2008 06:07 PM

To "sarah_hock@circuitcity.com" <sarah_hock@circuitcity.com>

cc

Subject Averatec Receipt Dates

Sarah,

I am working with our logistics department and our freight carriers on the initial shipment of the Averatec N1030EA1E to Circuit City. I have gotten some conflicting information regarding the delivery dates. Can you please verify what your inventory system shows as the receipt dates for the following Averatec purchase orders?

PO # Qty
2170689 672
2170690 216

11/21/2008

2170691 288
2170692 336
2170693 504
2170694 480

Thank you for your help with this issue.

Best regards,

hh


Henry Hewitt
Vice President of Sales
*TriGem USA, Inc.*
m: 804-301-6466
e: hhewitt@trigemusa.com
www.trigem.com


===========================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

11/21/2008

```
****** INVOICE ******                              PAGE:  1
```

```
Trigem USA                          INVOICE NUMBER:  0000239-IN
1231 E Dyer Road Suite 150            INVOICE DATE:  10/14/08
Santa Ana CA 92705
                                       ORDER NUMBER:  E034681
                                         ORDER DATE:  10/13/08
  (   )   -                            SALESPERSON:  0018
                                       CUSTOMER NO:  00-CIR


SOLD TO:                            SHIP TO:
CIRCUIT CITY STORES, INC            CIRCUIT CITY STORES, INC
9950 MAYLAND DRIVE                  400 Longfellow Court
Richmond            VA 23233-1464   Suite A
                                    Livermore          CA 94550

CONFIRM TO:
Greg Munson
```

| CUSTOMER P.O. | SHIP VIA | F.O.B | TERMS |
|---|---|---|---|
| 2170690 | RG | DESTINATION | Net 45 Days |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| N1030EA1E-1 | EACH | 216.000 | 216.000 | .000 | 383.000 | 82,728.000 |

N3_HS-100: Vivid 10.2" WXGA LC  WHSE: IML

```
                                        NET INVOICE:    82,728.00
                                      LESS DISCOUNT:          .00
                                            FREIGHT:          .00
                                          SALES TAX:          .00
                                                        -----------
                                      INVOICE TOTAL:    82,728.00
```

* THIS IS A DUPLICATE INVOICE *

Group E

-400 Longfellow Cov. st E
Livermore CA 94550

**Purchase Order**

Original
Stand-alone Order
2170690
10/10/2008

Ship To:
CCS Dist. #: 0344    ED24631

| Requested Delivery | Do Not Deliver Before | Do Not Deliver After | Do Not Ship Before | Ship No Later Than |
|---|---|---|---|---|
| 10/16/2008 | 10/15/2008 | 10/17/2008 | | |

| SCAC | Shipping Point | Terms | Contact Name | Vendor # | Account # |
|---|---|---|---|---|---|
| | | Net 45 | 9792 Greg Munson | 070353 | |
| | | | Promotion # | | |

| Payment Method | | FOB | | Location |
|---|---|---|---|---|
| Prepaid (by Seller) | | Destination | | |

| Line # | CCS Model # | UPC # | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | N1030EA1E | | 216 | Each | 383 | 82728 |
| | | Price Basis:: Contract Price per Each | | | | |

| | | Total | 82728.00 |
|---|---|---|---|

13-Oct-2008

```
***** INVOICE *****                              PAGE:  1


  Trigem USA                        INVOICE NUMBER:  0000238-IN
  1231 E Dyer Road Suite 150          INVOICE DATE:  10/14/08
  Santa Ana CA 92705
                                      ORDER NUMBER:  E034680
                                        ORDER DATE:  10/13/08
  (   )    -                          SALESPERSON:  0018
                                      CUSTOMER NO:  00-CIR


  SOLD TO:                          SHIP TO:
  CIRCUIT CITY STORES, INC          CIRCUIT CITY STORES, INC
  9950 MAYLAND DRIVE                680 S. LEMON AVE
  Richmond          VA 23233-1464   VENDOR# 070353
                                    Walnut            CA 91789
  CONFIRM TO:
  GREG MUNSON
```

---

| CUSTOMER P.O. | SHIP VIA | F.O.B | TERMS |
|---|---|---|---|
| 2170691 | RG | DESTINATION | Net 45 Days |

---

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|

---

```
N1030EA1E-1   EACH   288.000   288.000     .000     383.000  110,304.000
  NB_FS-100: Vivid 10.2" WXGA LC   WHSE: IML
```

```
                                            ------------
                              NET INVOICE:    110,304.00
                            LESS DISCOUNT:          .00
                                  FREIGHT:          .00
                               SALES TAX:          .00
                                            ------------
                            INVOICE TOTAL:    110,304.00
```

* THIS IS A DUPLICATE INVOICE *

1680 c Lemo ff
Palmer PA 91787

**PURCHASE ORDER**
Original
Stand-alone Order
2170691
10/10/2008

Ship To:
CCS Dist. #: 0353   E03468O

| Requested Delivery | Do Not Deliver Before | Do Not Deliver After | Do Not Ship Before | Ship No Later Than |
|---|---|---|---|---|
| /16/2008 | 10/15/2008 | 10/17/2008 | | |

| SCAC | Shipping Point | Terms | Contact Name | Vendor # | Account # |
|---|---|---|---|---|---|
| | | Net 45 | 9792 Greg Munson | 070353 | |

| Promotion # |
|---|
| |

| | FOB | |
|---|---|---|
| Payment Method | | Location |
| repaid (by Seller) | Destination | |

| Line # | CCS Model # | UPC # | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|
| | N1030EA1E | | 288 | Each | 383 | 110304 |
| | | Price Basis:: Contract Price per Each | | | | |
| | | | | | Total | 110304.00 |

Page 1 of 1

13-Oct-2008

```
****** INVOICE ******                          PAGE:  1


Trigem USA                          INVOICE NUMBER:  0000237-IN
1231 E Dyer Road Suite 150            INVOICE DATE:  10/14/08
Santa Ana CA 92705
                                      ORDER NUMBER:  E034679
                                        ORDER DATE:  10/13/08
( )    -                               SALESPERSON:  0018
                                      CUSTOMER NO:   00-CIR

SOLD TO:                            SHIP TO:
CIRCUIT CITY STORES, INC            CIRCUIT CITY STORES, INC
9950 MAYLAND DRIVE                  1901 COOPER DRIVE
Richmond           VA 23233-1464    Ardmore          OK 73401

CONFIRM TO:
GREG MUNSON
```

| CUSTOMER P.O. | SHIP VIA | F.O.B | TERMS |
|---|---|---|---|
| 2170692 | RG | DESTINATION | Net 45 Days |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| N1030EALE-1 | EACH | 336.000 | 336.000 | .000 | 383.000 | 128,688.000 |

NB_HS-100: Vivid 10.2" WXGA LC  WHSE: IML

```
                                   NET INVOICE:    128,688.00
                                 LESS DISCOUNT:          .00
                                      FREIGHT:           .00
                                    SALES TAX:           .00
                                                 ------------
                                 INVOICE TOTAL:    128,688.00
```

* THIS IS A DUPLICATE INVOICE *

Circuit City

*1901 Cross Lynn.*
*Ardmore ? 7340*

**Purchase Order**
Original
Stand-alone Order
2170692
10/10/2008

Ship To:
CCS Dist. #: 0567    *E 034679*

| Requested Delivery | Do Not Deliver Before | Do Not Deliver After | Do Not Ship Before | Ship No Later Than |
|---|---|---|---|---|
| 0/16/2008 | 10/15/2008 | 10/17/2008 | | |

| SCAC | Shipping Point | Terms | Contact Name | Vendor # | Account # |
|---|---|---|---|---|---|
| | | Net 45 | 9792 Greg Munson | 070353 | |
| | | | Promotion # | | |

| | FOB | | |
|---|---|---|---|
| Payment Method | | Location | |
| Prepaid (by Seller) | Destination | | |

| Line # | CCS Model # | UPC # | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | N1030EA1E | | 336 | Each | 383 | 128688 |
| | | Price Basis:: Contract Price per Each | | | | |

| | Total | 128688.00 |
|---|---|---|

Page 1 of 1

13-Oct-2008

# EXHIBIT 2



Lim, Ruger & Kim, LLP
1055 West Seventh Street, Suite 2800
Los Angeles, California 90017-2554
Tel: (213) 955-9500
Fax: (213) 955-9511
www.limruger.com

# LIMRUGER
### ATTORNEYS AT LAW

Christopher Kim

Richard M. Ruger

John S.C. Lim

Bryan King Sheldon

Marc J. Manason

Bruce G. Iwasaki

Sebong Hong

Jeannette Hohm

Samuel S. Oh

Richard D. Kim

Philip G. Grant

Lisa J. Yang

John L. Jones II

Paul H. Kim

Nada Lahoud

George Busu

Julie Kwun

Seung Yong

Yvonne Ballesteros

Of Counsel:

Tong Soo Chung

Sandra L. Sakamoto

November 21, 2008

**ALL VIA OVERNIGHT MAIL**

Circuit City Stores, Inc., et al.
Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233
Attn: Reginald D. Hedgebeth

Circuit City Stores, Inc.,
9950 Mayland Drive
Richmond, VA 23233
Attn: Daniel W. Ramsey

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606
Attn: Sarah Baker, Esq.

McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attn: Sarah B. Boehm, Esq.

Re:   In re Circuit City Stores, Inc., et al.
      Demand for Reclamation

Dear Ladies and Gentlemen:

Our office represents Trigem USA, Inc. ("TUI"), which sold Averatec branded computers to Circuit City Stores, Inc. According to our records, Circuit City received the following goods from TUI in the ordinary course of business within 45 days before the petition date herein:

| PO # | Receipt Date | Quantity | Unit Price | Total Price |
|---|---|---|---|---|
| 2170689 | 10/20/2008 | 672 | $383.00 | $257,376.00 |
| 2170693 | 10/16/2008 | 504 | $383.00 | $193,032.00 |
| 2170694 | 10/20/2008 | 480 | $383.00 | $183,840.00 |
| 2170690 | 10/21/2008 | 216 | $383.00 | $82,728.00 |
| 2170691 | 10/21/2008 | 288 | $383.00 | $110,304.00 |
| 2170692 | 10/21/2008 | 336 | $383.00 | $128,688.00 |

**Total Outstanding Pre-Petition Invoices**     **$955,968.00**

[00129824.DOC]

Circuit City Stores, Inc., et al.
November 21, 2008
Page 2


With respect to the foregoing goods, TUI hereby demands that Circuit City account for and segregate any and all goods that it received from TUI within 45 days of the petition date, wherever located, exclusive of any goods received within 20 days of the petition date. TUI further demands that Circuit City immediately surrender to TUI all such goods received within 45 to 21 days before the petition date pursuant to Section 546(c) of the Bankruptcy Code and any applicable non-bankruptcy law, including, but not limited to, Uniform Commercial Code § 2-702. As explained below, the goods that are the subject of this reclamation demand total $634,248.00 (the "Reclaimed Goods"). Copies of the relevant purchase orders and invoices pertaining to the Reclaimed Goods are enclosed for your reference, along with Circuit City's email setting forth their receipt dates.

TUI is not seeking reclamation of any goods that Circuit City received from TUI within 20 days before the petition date. With respect to goods that Circuit City received within 20 days before the petition date, TUI is filing concurrently herewith a separate Section 503(b)(9) Claim Request ("503(b)(9) Claim"). In short, there is no overlap between TUI's reclamation demand and its 503(b)(9) Claim, as shown on the charts below:

### Goods Subject to Reclamation Demand

| PO # | Receipt Date | Quantity | Unit Price | Total Price |
|------|-------------|----------|------------|-------------|
| 2170689 | 10/20/2008 | 672 | $383.00 | $257,376.00 |
| 2170693 | 10/16/2008 | 504 | $383.00 | $193,032.00 |
| 2170694 | 10/20/2008 | 480 | $383.00 | $183,840.00 |
| | | **Total Reclamation Demand** | | **$634,248.00** |

### Goods Subject to Section 503(b)(9) Claim

| PO # | Receipt Date | Quantity | Unit Price | Total Price |
|------|-------------|----------|------------|-------------|
| 2170690 | 10/21/2008 | 216 | $383.00 | $82,728.00 |
| 2170691 | 10/21/2008 | 288 | $383.00 | $110,304.00 |
| 2170692 | 10/21/2008 | 336 | $383.00 | $128,688.00 |
| | | **Total 503(b)(9) Claim** | | **$321,720.00** |

{00129824.DOC}

Circuit City Stores, Inc., et al.
November 21, 2008
Page 3


       Please contact me at your earliest convenience to discuss TUI's reclamation demand.  Thank you for your assistance and cooperation.

                Very truly yours,

                LIM, RUGER & KIIM, LLP

                Samuel S. Oh

SSO:ad
Enclosures

[00129824.DOC]

**From:** Sarah_Hock@circuitcity.com [Sarah_Hock@circuitcity.com]
**Sent:** Thursday, November 20, 2008 9:55 AM
**To:** Henry Hewitt
**Cc:** Ryan_Jenks@circuitcity.com
**Subject:** Re: Averatec Receipt Dates

| PO# | Qty | Receipt Date |
|-----|-----|--------------|
| 2170689 | 672 | 10/20 |
| 2170690 | 216 | 10/21 |
| 2170691 | 288 | 10/21 |
| 2170692 | 336 | 10/21 |
| 2170693 | 504 | 10/16 |
| 2170694 | 480 | 10/20 |

*Sarah Hock*
Inventory Analyst – Notebooks
Circuit City Stores, Inc.
(804) 486-4287
sarah_hock@circuitcity.com

Henry Hewitt <hhewitt@trigemusa.com>        To  "sarah_hock@circuitcity.com" <sarah_hock@circuitcity.com>
11/19/2008 06:07 PM                          cc

                                             Subject  Averatec Receipt Dates

Sarah,

I am working with our logistics department and our freight carriers on the initial shipment of the Averatec
N1030EA1E to Circuit City.  I have gotten some conflicting information regarding the delivery dates.  Can you
please verify what your inventory system shows as the receipt dates for the following Averatec purchase orders?

PO #    Qty
2170689 672
2170690 216

11/21/2008

2170691 288
2170692 336
2170693 504
2170694 480

Thank you for your help with this issue.

Best regards,

hh

Henry Hewitt
Vice President of Sales
*TriGem USA, Inc.*
m: 804-301-6468
e: hhewitt@trigemusa.com
www.trigem.com

=====================================

The information contained in this message may be privileged, confidential and protected from
disclosure. This message is intended only for the designated recipient(s). It is subject to
access, review and disclosure by the sender's Email System Administrator. If you have
received this message in error, please advise by return e-mail so that our address records can
be corrected and please delete immediately without reading, copying or forwarding to others.
Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

11/21/2008

```
                        ****** INVOICE ******                     PAGE:  1


    Trigem USA                            INVOICE NUMBER:  0000241-IN
    1231 E Dyer Road Suite 150             INVOICE DATE:  10/14/08
    Santa Ana CA 92705
                                          ORDER NUMBER:  E034676
                                           ORDER DATE:  10/13/08
    (   .)    -                           SALESPERSON:  0018
                                          CUSTOMER NO:  00-CIR

    SOLD TO:                          SHIP TO:
    CIRCUIT CITY STORES, INC          CIRCUIT CITY STORES, INC
    9950 MAYLAND DRIVE                4000 Township Line Road
    Richmond           VA 23233-1464  Bethlehem           PA 18020

    CONFIRM TO:
    GREG MUNSON
```

| CUSTOMER P.O.<br>2170689 | SHIP VIA<br>RG | F.O.B<br>DESTINATION | TERMS<br>Net 45 Days |
|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| N1030EA1E-1<br>NB_HS-100: Vivid 10.2" WXGA LC  WHSE: IML | EACH | 672.000 | 672.000 | .000 | 383.000 | 257,376.0 |

```
                                       NET INVOICE:   257,376.
                                     LESS DISCOUNT:
                                          FREIGHT:
                                        SALES TAX:

                                     INVOICE TOTAL:   257,376.
```

    * THIS IS A DUPLICATE INVOICE *

0255

4000 Township line Rd
Bethlehem, PA 18020

**Circuit City**

**Purchase Order**
Original
Stand-alone Order
2170589
10/10/2008

Ship To:
CCS Dist. #: 0255   E 034676

| Requested Delivery | Do Not Deliver Before | Do Not Deliver After | Do Not Ship Before | Ship No Later Than |
|---|---|---|---|---|
| 10/16/2008 | 10/15/2008 | 10/17/2008 | | |

| SCAC | Shipping Point | Terms | Contact Name | Vendor # | Account # |
|---|---|---|---|---|---|
| | | Net 45 | 9792 Greg Munson | 070353 | |
| | | | Promotion # | | |

| | Payment Method | | FOB | Location |
|---|---|---|---|---|
| Prepaid (by Seller) | | | Destination | |

| Line # | CCS Model # | UPC # | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | N1030EA1E | | 672 | Each | 383 | 257376 |
| | | Price Basis:: Contract Price per Each | | | | |
| | | | | | Total | 257376.00 |

13-Oct-2008

```
                    ****** INVOICE ******                      PAGE:  1


   Trigem USA                        INVOICE NUMBER:  0000236-IN
   1231 E Dyer Road Suite 150          INVOICE DATE:  10/14/08
   Santa Ana CA 92705
                                       ORDER NUMBER:  E034678
                                        ORDER DATE:   10/13/08
   (   )   -                          SALESPERSON:    0018
                                       CUSTOMER NO:   00-CIR

   SOLD TO:                          SHIP TO:
   CIRCUIT CITY STORES, INC          CIRCUIT CITY STORES, INC
   9950 MAYLAND DRIVE                1100 CIRCUIT CITY ROAD
   Richmond            VA 23233-1464 Marion              IL 62959

   CONFIRM TO:
   GREG MUNSON
```

| CUSTOMER P.O.<br>2170693 | SHIP VIA<br>RG | | F.O.B<br>DESTINATION | TERMS<br>Net 45 Days | | |
|---|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| N1030EA1E-1<br>NB_HS-100: Vivid 10.2" WXGA LC   WHSE: IML | EACH | 504.000 | 504.000 | .000 | 383.000 | 193,032.000 |

```
                                            NET INVOICE:    193,032.00
                                          LESS DISCOUNT:          .00
                                                FREIGHT:          .00
                                              SALES TAX:          .00
                                                             -----------
                                          INVOICE TOTAL:    193,032.00

  * THIS IS A DUPLICATE INVOICE *
```

**Circuit City**

*1100 Circuit City kind*
*MARIMIAL 62959*

**Purchase Order**

Original
Stand-alone Order
2170693
10/10/2008

Ship To:
CCS Dist. #: 0755   *E03A678*

| Requested Delivery | Do Not Deliver Before | Do Not Deliver After | Do Not Ship Before | Ship No Later Than |
|---|---|---|---|---|
| 0/16/2008 | 10/15/2008 | 10/17/2008 | | |

| SCAC | Shipping Point | Terms | Contact Name | Vendor # | Account # |
|---|---|---|---|---|---|
| | | Net 45 | 9792 Greg Munson | 070353 | |

| Promotion # |
|---|

| Payment Method | FOB | Location |
|---|---|---|
| Prepaid (by Seller) | Destination | |

| Line # | CCS Model # | UPC # | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|
| | N1030EA1E | Price Basis:: Contract Price per Each | 504 | Each | 383 | 193032 |
| | | | | | Total | 193032.00 |

13-Oct-2008

```
                    ****** INVOICE ******                    PAGE:  1


  Trigem USA                        INVOICE NUMBER:  0000235-IN
  1231 E Dyer Road Suite 150          INVOICE DATE:  10/14/08
  Santa Ana CA 92705

                                     ORDER NUMBER:  E034677
  (  )   -                             ORDER DATE:  10/13/08
                                       SALESPERSON:  0018
                                       CUSTOMER NO:  00-CIR

  SOLD TO:                          SHIP TO:
  CIRCUIT CITY STORES, INC          CIRCUIT CITY STORES, INC
  9950 MAYLAND DRIVE                19925 INDEPENDENCE BLVD
  Richmond           VA 23233-1464  Groveland          FL 34736

  CONFIRM TO:
  GREG MUNSON
```

| CUSTOMER P.O. | SHIP VIA | F.O.B | TERMS |
|---|---|---|---|
| 2170694 | RG | DESTINATION | Net 45 Days |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| N1030EA1E-1 | EACH | 480.000 | 480.000 | .000 | 383.000 | 183,840.000 |

NB_HS-100: Vivid 10.2" WXGA LC  WHSE: IML

```
                                        NET INVOICE:     183,840.00
                                        LESS DISCOUNT:          .00
                                        FREIGHT:               .00
                                        SALES TAX:             .00
                                                         ----------
                                        INVOICE TOTAL:   183,840.00
```

* THIS IS A DUPLICATE INVOICE *

**Circuit City**

3715
19925 Independence Blvd
Groveland, FL 34736

**Purchase Order**
Original
Stand-alone Order
2170694
10/10/2008

Ship To:
CCS Dist. #: 0775   E 034677

| Requested Delivery | Do Not Deliver Before | Do Not Deliver After | Do Not Ship Before | Ship Not Later Than |
|---|---|---|---|---|
| 10/16/2008 | 10/15/2008 | 10/17/2008 | | |

| SCAC | Shipping Point | Terms | Contact Name | Vendor# | Account # |
|---|---|---|---|---|---|
| | | Net 45 | 9792 Greg Munson | 070353 | |

| | | | Promotion # | | |
|---|---|---|---|---|---|

| | FOB | | |
|---|---|---|---|
| Payment Method | | Location | |
| Prepaid (by Seller) | Destination | | |

| Line # | CCS Model # | UPC # | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | N1030EA1E | | 480 | Each | 383 | 183840 |
| | | Price Basis:: Contract Price per Each | | | | |
| | | | | | Total | 183840.00 |

Page 1 of 1

13-Oct-2008



LIM**RUGER**

ATTORNEYS AT LAW

Lim, Ruger & Kim, LLP
1055 West Seventh Street, Suite 2800
Los Angeles, California 90017-2554
Tel: (213) 955-9500
Fax: (213) 955-9511
www.limruger.com

## TRANSMITTAL MEMO

TO: **VIA FEDERAL EXPRESS**

Circuit City Stores, Inc., et al.-Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

FROM: Samuel S. Oh, Esq.

DATE: December 1, 2008

RE: *In re Circuit City Stores, Inc., et al.*
Section 503(b)(9) Claim Request

CC:

---

MESSAGE:    Dear Sir/Madam:

Please find enclosed a Section 503(b)(9) Claim Request Form to be
filed with your office in the above entitled action.

Also enclosed is a copy of the Section 503(b)(9) Claim Request Form
including a stamped, self-addressed envelope for your office to return
said copy to me as acknowledgment of the filing.

Your anticipated cooperation is appreciated.

Thank you.

{00131123.DOC}

From:   Origin ID: EMTA   (213) 955-9500
LIM RUGER AND KIM LLP

1055 WEST SEVENTH STREET
SUITE 2800
LOS ANGELES, CA 90017



JCLS1112082023

Ship Date: 01DEC08
ActWgt: 1.0 LB
CAD: 1708231/INET8091
Account#: S *********

SHIP TO:   (213) 955-9500          BILL SENDER

**Circuit City Stores-Claims Process**
**c/o Kurtzman Carson Consultants LLC**
**2335 ALASKA AVE**

**EL SEGUNDO, CA 90245**

Delivery Address Bar Code



Ref #    2289-012
Invoice #
PO #
Dept #

TRK#
0201    7971 4777 5765

TUE - 02DEC        A1
STANDARD OVERNIGHT



90245
CA-US
LAX

# QZ HHRA



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.