

**ROBERT A. GOERING
HAMILTON COUNTY TREASURER**

## HAMILTON COUNTY REAL ESTATE TAX BILL-- SECOND HALF 2008

| BOOK PLAT PARCEL | PROPERTY OWNER | PROPERTY DESCRIPTION |
|---|---|---|
| 620-0190-0693-00 | HARTMAN 1995 OHIO PROPERTY TRUST | ES ROYAL POINTE DR 2.97 AC R2-T4-S25 |
| **TAXING DISTRICT/CLASS** | | |
| 212 COMMERCIAL | STUB # 417817 4 | |

| MARKET VALUE | ASSESSED VALUE (35% OF MARKET) | FULL TAX RATE (mills) | REDUCTION FACTOR | EFFECTIVE TAX RATE (mills) |
|---|---|---|---|---|
| LAND       1,571,830￼<br>BUILDING   2,086,820￼<br>TOTAL      3,658,650 | 550,140￼<br>730,390￼<br>1,280,530 | 102.80 | 0.360784 | 65.711443 |

### CALCULATIONS

| | |
|---|---|
| GROSS REAL ESTATE TAX | 131638.48 |
| - REDUCTION AMOUNT | 47493.00 |
| - 10% ROLLBACK | |
| - 2.5% ROLLBACK | |
| - HOMESTEAD | |
| HALF YEAR REAL TAXES | 42072.74 |
| + CURRENT ASSESSMENT | 261.16 |
| + DELQ ASSESSMENT | |
| + DELQ REAL ESTATE | |
| AMOUNT DUE BY 06/22/09 | 42333.90 |

### TAX DISTRIBUTION-- SECOND HALF

| | |
|---|---|
| SCHOOL DISTRICT | 24700.83 |
| TOWNSHIP | 5890.29 |
| CITY/VILLAGE | |
| JOINT VOCATIONAL SCHOOL | 1353.66 |
| COUNTY GENERAL FUND | 1447.00 |
| COUNTY VOTED BOND DEBT | 89.64 |
| HLTH/HOSPITAL CARE-DRAKE | 488.44 |
| HLTH/HOSPITAL CARE-INDIGENT | 1564.28 |
| MENTAL HEALTH LEVY | 1251.08 |
| MENTAL RETARDATION LEVY | 2104.94 |
| PARK DISTRICT | 576.91 |
| CRIME INFORMATION CENTER | 158.54 |
| CHILDREN SERVICES | 1412.30 |
| SENIOR SERVICES | 677.76 |
| ZOOLOGICAL PARK | 240.78 |
| MUSEUM LEVY | 116.29 |

LAST DAY TO PAY WITHOUT A PENALTY

.......Jun. 22, 2009......

* YOUR CANCELLED CHECK IS YOUR RECEIPT
* OFFICE HOURS 8:00 A.M. TO 4:00 P.M. MON-FRI

(Please detach this portion and return with your payment)

**ROBERT A. GOERING, HAMILTON COUNTY TREASURER**
REAL ESTATE TAX BILL-- SECOND HALF 2008

212
417817-4
000001
0423339.0 6
417817 4    - STUB #
4

HARTMAN 1995 OHIO
PROPERTY TRUST
P O BOX 3416
VENTURA, CA 93006

| PROPERTY OWNER |
|---|
| HARTMAN 1995 OHIO PROPERTY TRUST |
| **BOOK PLAT PARCEL** |
| 620-0190-0693-00 |
| **AMOUNT DUE BY**   ~~Jun. 22, 2009~~ |
| 42333.90 |

Make checks payable to: **Robert A. Goering, Treasurer**
☐ Pay with NOVUS card? See reverse side.



EXHIBIT 2

04233390641781740423339064178174 4

Note: All phone numbers below are in area code 513

| Treasurer: Ph: 946-4800/4820 Fax: 946-4818/4837 | | E-mail: county.treasurer@hamilton-co.org |
|---|---|---|
| Address: County Administration Building, 138 East Court Street, Cincinnati, Ohio 45202 | | |
| Valuation Information (Auditor) 946-4000 | Mailing Name/Address Change (Treasurer) 946-4800 | Special Assessments (Auditor) 946-4008 |
| Board of Revision 946-4035 | Foreclosure Information (Auditor) 946-4133 | TDD # for Speech/Hearing Impaired 946-4776 |
| Certified Delinquent Tax Bills (Treasurer) 946-4799 | Homestead Exemption (Auditor) 946-4099 | NOVUS Card Payments 946-4800 |
| TOP (Treasurer's Optional Payment) Program (Treasurer) 946-4788 | Treasurer Website: http://www.hamiltoncountyohio.gov/treasurer/ | |

## TREASURER'S OPTIONAL PAYMENT (TOP) PROGRAM

The Treasurer's Optional Payment (TOP) Program is available to residential and commercial Hamilton County property taxpayers. The program allows you to **prepay** your half-year taxes in five equal payments. It is for payment of your **next tax bill, not the one enclosed**. There is **no service charge**. To qualify, taxes must be current. If you're interested in applying, contact the Treasurer's Office (946-4788).

## TAX BILL TERMS

**BOOK PLAT PARCEL**—Legal description to identify each property in Hamilton County.

**MARKET VALUE**—The market value of property is determined by reappraisals done by the County Auditor.

**ASSESSED VALUE**—Assessed Value is 35% of the Market Value of the property. In Ohio, property taxes are levied against the Assessed Value.

**REDUCTION FACTOR**—Maintains the existing level of taxes paid on voted millage. The taxing district collects approximately the same amount of revenue from real property taxes that were voted, regardless of increased property values due to reappraisal, except for added value from new construction (O.R.C. 319.301).

**10% ROLLBACK**—Tax relief measure adopted by the state legislature which grants a 10% rollback on the residential class of property and most agriculture properties (O.R.C.319.302).

**2.5% ROLLBACK**—Applicable to owner-occupied homes (O.R.C. 323.152(B)). Qualifying owner-occupied property will also receive the stadium sales tax credit. Deadline for applying is the first Monday in June of each year.

**HOMESTEAD (REDUCTION)**—A credit given to residential property owners who meet ownership and age or disability requirements. Call the Homestead office at (513) 946-4099 or check the Homestead page of the Auditor's website, www.hamiltoncountyauditor.org for information. The application period is the first Monday in January through the first Monday in June of each year.

**CURRENT ASSESSMENT**—Added for such items as street lighting, water, sewer, etc.

**MILL**—A mill is $1 for each $1,000 of assessed value. Tax rates are computed in mills.

## ADDITIONAL INFORMATION

"Notice. If the taxes are not paid within one year from the date they are due, the property is subject to foreclosure for tax delinquency."

"Notice. If the taxes charged against this parcel have been reduced by the 2.5 percent tax reduction for residences occupied by the owner but the property is not a residence occupied by the owner, the owner must notify the county auditor's office not later than March 31. Failure to do so may result in the owner being convicted of a fourth degree misdemeanor, which is punishable by imprisonment up to 30 days, a fine up to $250, or both, and in the owner having to repay the amount by which the taxes were erroneously or illegally reduced, plus any interest that may apply."

If the real property for which this bill is issued is used as residential rental property and an owner's current contact information has not been filed with the county auditor, the required information must be filed with the auditor within sixty days of receipt of this bill. Failure to file the information or to update incorrect information in a timely manner may result in the assessment of a penalty of up to $150 following each tax bill for which the information is not filed. See Revised Code sections 5323.01, .02 and .99 or the county auditor for more information.

If the taxes charged against this parcel have not been reduced by the 2.5 percent tax reduction and the parcel includes a residence occupied by the owner, the parcel may qualify for the tax reduction. To obtain an application for the tax reduction or further information, the owner may contact the county auditor's office.

Payments to the treasurer's office must be received or postmarked by the due date to avoid a penalty. There is a 5% late payment penalty if payment is received or postmarked within 10 days after the due date. After 10 days, the penalty increases to 10%, plus possible interest pursuant to O.R.C. 323.121.

Members of the National Guard and reserve components of the U.S. Armed Forces who have been called to active duty may be eligible for a time extension to pay real estate and manufactured home taxes. For more information please contact the treasurer's office.

If FORECLOSURE is marked on the bill please contact the Foreclosure Office at 946-4099 to obtain the additional amount of foreclosure costs due at the time of payment.

If TAX LIEN PEND or TAX LIEN SOLD is marked on the bill please contact our office at 946-4800 to obtain the additional amount of tax lien certificate administrative costs due at the time of payment or to obtain the amount needed to redeem the sold tax lien certificate.

## 24 HOURS SERVICE

A deposit box for payment of first and second half tax bills is located in the lobby of the County Administration Building, 138 E. Court St., until the payment deadline.

| Transaction Fee Schedule | |
|---|---|
| Amount | Fee |
| $0.00 - $504.00 | $5.00 |
| $504.01 - $1,009.00 | $12.00 |
| $1,009.01 - $2,016.00 | $24.00 |
| $2,016.01 - $3,025.00 | $38.00 |
| $3,025.01 and up | $48.00 |

**NOVUS Services Charge Authorization Form (Discover/Private Issue/Bravo Card)**

| Total of items $ | Transaction Fee $ | Total Charged $ |
|---|---|---|

Cardmember Number: 6 0 1 1 - ☐☐☐☐ - ☐☐☐☐ - ☐☐☐☐

Expiration Date: _____    Daytime phone number: _____

Cardmember Signature: _____

TRANSACTION FEE WILL AUTOMATICALLY BE IMPOSED IF NOT ADDED OR ADJUSTED IF INCORRECT TO TOTAL OF ITEMS CHARGED.

The issuer of the Discover Card is authorized to pay the amount shown as Total upon proper presentation. I promise to pay such Total together with any other charges due on it subject to and in accordance with the Cardmember agreement governing the use of the Discover Card. Cashback Bonus is paid annually by Discover Card up to 1% based on annual level of purchase.    (Do not write below this line)

the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to disallow and/or modify certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO: | Claim Number | Claim Amount | Claim Classification As Filed | Claim Classification As Modified |
|---|---|---|---|---|
| Walter E Hartman & Sally J Hartman as Trustees of the Hartman 1995 Ohio Property<br>Walter E Hartman<br>PO Box 3416<br>Ventura, CA 93006 | 5300 | $27,498.74 | Secured | General Unsecured |

YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. <u>YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION</u>. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY <u>4:00 P.M. ON JULY 16, 2009</u>, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.