Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000



RICHMOND DIVISION
FILED JUL 13 2009
CLERK
U.S. BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| In re: | Chapter 11 |
|---|---|
| CIRCUIT CITY STORES, INC., et al. | Case No. 08-35653(KRH) |
| Debtors. | Jointly Administered |

**RESPONSE OF FUJITSU TEN CORP. OF AMERICA TO
DEBTORS' TWENTIETH OMNIBUS OBJECTION TO CLAIMS
(RECLASSIFICATION TO UNSECURED CLAIMS OF CERTAIN CLAIMS FILED AS
503(B)(9) CLAIMS FOR GOODS RECEIVED BY THE DEBTORS NOT WITHIN TWENTY
DAYS OF THE COMMENCEMENT OF THE CASES)**

Claimant: Fujitsu Ten Corp. of America
Claim Number: 777
Docketed Total: $374,740.80
Amount objected by Circuit City: $5,730.40

Fujitsu Ten Corp. of America, pursuant to Debtors' Twentieth Omnibus Objection to Claims, offers the following items to the Court for consideration of our claim number 777 for $5,730.40.

1

1. Debtor objected the following invoices from our 503(b)(9) claim by claiming that the goods applicable to such invoices were received by Debtor outside from the statutory 20 day period:

   | Invoice Number | Invoice Amount |
   | --- | --- |
   | 197-1006672 | $1,550.40 |
   | 198-1006671 | $1,322.40 |
   | 199-1006673 | $1,535.20 |
   | 200-1006893 | $1,322.40 |

2. However, our invoices and the delivery notification issued by the carrier, UPS, evidencing that the goods we delivered to Debtor subject to abovementioned invoices were received by Debtor on October 22, 2008. The documents evidencing this fact are attached herein as Exhibit A.

3. The paragraph 23 in the Debtors' Twentieth Omnibus Objection to Claims states that the 503(b)(9) is applicable to the goods received by the Debtors between October 21, 2008 and November 9, 2008:

   "Pursuant to 503(b)(9) of the Bankruptcy Code, a claim is only entitled to priority for the
   value of goods received by the Debtors within twenty (20) days of the Petition Date) –
   (i.e., between October 21, 2008 and November 9. 2008)."

4. Based on the delivery evidences indicate that Debtor received the subject goods on October 22, 2008 which in fact 503(b)(9) of the Bankruptcy Code applies, Fujitsu Ten Corp. of America believes that the abovementioned invoice amount totaling $5,730.40 should be reinstated to be classified as 503(b)(9) claims instead of the unsecured claims as Debtor reclassified.

5. We request this Honorable Court to review our response to Debtor's objection, and reinstate our Claim to our original filing of the Claim.

Respectively,

Hiraki Morishita
Chief Operating Officer

July 9, 2009

Fujitsu Ten Corp. of America
Attn: Eiko Kubota-Cywinski
19600 S. Vermont Ave.,
Torrance, CA 90502
Tel. (310) 767-4366
Fax. (310) 767-4353

2

**Attachment A-1   Invoice # 1006672:   Issued Invoice**

# FUJITSU TEN

Main Phone (310) 327-2151 O.E.M (800) 421-1996
Parts-Serv: (800) 423-8161 Fax Credit: (310) 767-4380

# ECLIPSE

Phone: (800) 233-2216 Fax: (310) 767-4375

Please include the invoice number on all remittances and include remittance copy with postal payments.

**Bill To:**
CIRCUIT CITY, INC
CIRCUIT CITY, INC VEN# 070641
ATTN: MERCH A
P DEEP RUN 3
9954 MAYLAND DR.
RICHMOND, VA 23233

**Ship To:**
CIRCUIT CITY, INC
255-BETHLEHEM
CIRCUIT CITY DIST. CENTER
4000 TOWNSHIP LINE RD
BETHLEHEM, PA 18020

| Invoice | Billing Date |
|---|---|
| 1006672 | 10/16/2008 |
| **Shipping Date** | **Shipping Reference** |
| 10/16/2008 | 1Z9387480340469428 |
| **Ship Via** | **Purchase Order Number** |
| UPS | 2167932 / SHIP ID 197 |
| **Sales Order** | **Salesperson** |
| 14049 | Odle, Michel |
| **Ship Via** | **Customer Number** |
| UPS | E47043 |
| **Terms** | **Due Date** |
| 60 NET | 12/15/2008 |

**Remit To Address**
FUJITSU TEN CORP. OF AMERICA
TERMINAL ANNEX POSTAL FACILITY
PO BOX 514668
LOS ANGELES, CA 90051-4668

| Item Num | Description | Qty Ordered | Qty Shipped | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 1 | SE6900* 6X9 3WAY COAXIAL | 12.00 | 12 | 53.20 | 638.40 |
| 2 | SE6500* 6-1/2 3WAY COAXIAL | 24.00 | 24 | 38.00 | 912.00 |

**Comments:**

**Special Instructions:**
Buyer's purchase order is subject to the following Conditions of Sale
PRICES: Prices are subject to change without notice. Prices charged will be those in effect at time of shipment.
TAXES: Buyer shall be liable for all Sales,Use,Excise or similar taxes not included in the total invoice price. Where such taxes are included by Seller, Buyer shall pay such taxes unless tax exemption certificate is furnished to the Seller which is acceptable to the appropriate taxing authority.
RETURNS: No returns will be accepted without prior written authorization

|  |  |
|---|---|
| SubTotal | 1,550.40 |
| Tax | 0.00 |
| Shipping | 0.00 |
| Total | 1,550.40 |

Case 08-35653-KRH    Doc 4066    Filed 07/13/09    Entered 07/14/09 15:05:14    Desc Main
UPS: Tracking Information    Document    Page 4 of 11

Page 1 of 1

Attachment A-2  Invoice # 1006672:  Delivery Notification



## Delivery Notification

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

Tracking Number:     1Z 938 748 03 4046 942 8
Reference Number(s): 14049, 01
Service:             GROUND
Weight:              28.00 Lbs
Shipped/Billed On:   10/16/2008
Delivered On:        10/22/2008 8:50 A.M.
Delivered To:        4000 TOWNSHIP LINE RD
                     BETHLEHEM, PA, US  18020
Signed By:           RANSOM

Location:            DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:  11/25/2008 8:00 P.M. ET

Case 08-35653-KRH    Doc 4066    Filed 07/13/09    Entered 07/14/09 15:05:14    Desc Main
Transaction 1006671                    Document      Page 5 of 11                                    Page 1 of 1

**Attachment A-3  Invoice # 1006671:  Issued Invoice**

# FUJITSU TEN

Main Phone (310) 327-2151 O.E.M (800) 421-1996
Parts-Serv: (800) 423-8161 Fax Credit: (310) 767-4380

**Bill To:**
CIRCUIT CITY, INC
CIRCUIT CITY, INC VEN# 070641
ATTN: MERCH A
P DEEP RUN 3
9954 MAYLAND DR.
RICHMOND, VA 23233

**Ship To:**
CIRCUIT CITY, INC
775-ORLANDO
CIRCUIT CITY DIST. CENTER
19925 INDEPENDENCE BLVD
GROVELAND, FL 34736

# ECLIPSE

Phone: (800) 233-2216 Fax: (310) 767-4375

Please include the invoice number on all remittances and include remittance copy with postal payments.

| Invoice | Billing Date |
|---|---|
| 1006671 | 10/16/2008 |

| Shipping Date | Shipping Reference |
|---|---|
| 10/16/2008 | 1Z9387480342445762 |

| Ship Via | Purchase Order Number |
|---|---|
| UPS | 2167937 /SHIP ID 198 |

| Sales Order | Salesperson |
|---|---|
| 14162 | Odle, Michel |

| Ship Via | Customer Number |
|---|---|
| UPS | E47043 |

| Terms | Due Date |
|---|---|
| 60 NET | 12/15/2008 |

**Remit To Address**
FUJITSU TEN CORP. OF AMERICA
TERMINAL ANNEX POSTAL FACILITY
PO BOX 514668
LOS ANGELES, CA 90051-4668

| Item Num | Description | Qty Ordered | Qty Shipped | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 1 | SE6500* 6-1/2 3WAY COAXIAL | 18.00 | 18 | 38.00 | 684.00 |
| 2 | SE6900* 6X9 3WAY COAXIAL | 12.00 | 12 | 53.20 | 638.40 |

**Comments:**

|  |  |
|---|---|
| SubTotal | 1,322.40 |
| Tax | 0.00 |
| Shipping | 0.00 |
| Total | 1,322.40 |

**Special Instructions:**
Buyer's purchase order is subject to the following Conditions of Sale
PRICES: Prices are subject to change without notice. Prices charged will be those in effect at time of shipment.
TAXES: Buyer shall be liable for all Sales,Use,Excise or similar taxes not included in the total invoice price. Where such taxes are included by Seller, Buyer shall pay such taxes unless tax exemption certificate is furnished to the Seller which is acceptable to the appropriate taxing authority.
RETURNS: No returns will be accepted without prior written authorization

http://ebsprodapp.lao.ten.fujitsu.com:8003/OA_HTML/RF.jsp?function_id=14736&resp_id=22941&resp_...    11/26/08





Attachment A-4   Invoice # 1006671:  Delivery Notification

## Delivery Notification

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:**       1Z 938 748 03 4244 576 2
**Reference Number(s):**   14162, 01
**Service:**               GROUND
**Weight:**                28.00 Lbs
**Shipped/Billed On:**     10/16/2008
**Delivered On:**          10/22/2008 11:19 A.M.
**Delivered To:**          19925 INDEPENDENCE BLVD
                           GROVELAND , FL , US   34736
**Signed By:**             KOWALSKI

**Location:**              DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:   11/25/2008 7:39 P.M.   ET

Transaction 1006673

**Attachment A-5   Invoice # 1006673: Issued Invoice**

# FUJITSU TEN

Main Phone (310) 327-2151 O.E.M (800) 421-1996
Parts-Serv: (800) 423-8161 Fax Credit: (310) 767-4380

# ECLIPSE

Phone: (800) 233-2216 Fax: (310) 767-4375

Please include the invoice number on all remittances and include remittance copy with postal payments.

**Bill To:**
CIRCUIT CITY, INC
CIRCUIT CITY, INC VEN# 070641
ATTN: MERCH A
P DEEP RUN 3
9954 MAYLAND DR.
RICHMOND, VA 23233

| Invoice | Billing Date |
|---|---|
| 1006673 | 10/16/2008 |
| **Shipping Date** | **Shipping Reference** |
| 10/16/2008 | 1Z9387480342443291 |
| **Ship Via** | **Purchase Order Number** |
| UPS | 2167936 /SHIP ID 199 |
| **Sales Order** | **Salesperson** |
| 14146 | Odle, Michel |

**Ship To:**
CIRCUIT CITY, INC
755-MARION
CIRCUIT CITY DIST. CENTER
1100 CIRCUIT CITY RD
MARION, IL 62959

| Ship Via | Customer Number |
|---|---|
| UPS | E47043 |
| **Terms** | **Due Date** |
| 60 NET | 12/15/2008 |

**Remit To Address**
FUJITSU TEN CORP. OF AMERICA
TERMINAL ANNEX POSTAL FACILITY
PO BOX 514668
LOS ANGELES, CA 90051-4668

| Item Num | Description | Qty Ordered | Qty Shipped | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 1 | SE6500* 6-1/2 3WAY COAXIAL | 18.00 | 18 | 38.00 | 684.00 |
| 2 | SE6900* 6X9 3WAY COAXIAL | 16.00 | 16 | 53.20 | 851.20 |

**Comments:**

|  |  |
|---|---|
| SubTotal | 1,535.20 |
| Tax | 0.00 |
| Shipping | 0.00 |
| Total | 1,535.20 |

**Special Instructions:**
Buyer's purchase order is subject to the following Conditions of Sale
PRICES: Prices are subject to change without notice. Prices charged will be those in effect at time of shipment.
TAXES: Buyer shall be liable for all Sales,Use,Excise or similar taxes not included in the total invoice price. Where such taxes are included by Seller, Buyer shall pay such taxes unless tax exemption certificate is furnished to the Seller which is acceptable to the appropriate taxing authority.
RETURNS: No returns will be accepted without prior written authorization



Attachment A-6   Invoice # 1006673:   Delivery Notification

## Delivery Notification

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z 938 748 03 4244 329 1 |
| **Reference Number(s):** | 14146, 01 |
| **Service:** | GROUND |
| **Weight:** | 28.00 Lbs |
| **Shipped/Billed On:** | 10/16/2008 |
| **Delivered On:** | 10/22/2008 9:57 A.M. |
| **Delivered To:** | 1100 CIRCUIT CITY RD<br>MARION , IL , US   62959 |
| **Signed By:** | DEEN |



**Location:**        DOCK


Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:   11/25/2008 8:03 P.M.   ET

**Attachment A-7   Invoice # 1006893:   Issued Invoice**


# FUJITSU TEN

**/ECLIPSE**

Main Phone (310) 327-2151 O.E.M (800) 421-1996
Parts-Serv: (800) 423-8161 Fax Credit: (310) 767-4380

Phone: (800) 233-2216 Fax: (310) 767-4375

Please include the invoice number on all remittances and include remittance copy with postal payments.

**Bill To:**
CIRCUIT CITY, INC
CIRCUIT CITY, INC VEN# 070641
ATTN: MERCH A
P DEEP RUN 3
9954 MAYLAND DR.
RICHMOND, VA 23233

| Invoice | Billing Date |
|---|---|
| 1006893 | 10/17/2008 |
| **Shipping Date** | **Shipping Reference** |
| 10/17/2008 | 1Z9387480341616329 |
| **Ship Via** | **Purchase Order Number** |
| UPS | 2167935 / SHIP ID 200 |
| **Sales Order** | **Salesperson** |
| 14081 | Odle, Michel |
| **Ship Via** | **Customer Number** |
| UPS | E47043 |
| **Terms** | **Due Date** |
| 60 NET | 12/16/2008 |

**Ship To:**
CIRCUIT CITY, INC
567-ARDMORE-CE
CIRCUIT CITY DIST. CENTER
1901 COOPER DRIVE
ARDMORE, OK 73401

**Remit To Address**
FUJITSU TEN CORP. OF AMERICA
TERMINAL ANNEX POSTAL FACILITY
PO BOX 514668
LOS ANGELES, CA 90051-4668

| Item Num | Description | Qty Ordered | Qty Shipped | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 1 | SE6500* 6-1/2 3WAY COAXIAL | 18.00 | 18 | 38.00 | 684.00 |
| 2 | SE6900* 6X9 3WAY COAXIAL | 12.00 | 12 | 53.20 | 638.40 |

**Comments:**

|  |  |
|---|---|
| SubTotal | 1,322.40 |
| Tax | 0.00 |
| Shipping | 0.00 |
| Total | 1,322.40 |

**Special Instructions:**
Buyer's purchase order is subject to the following Conditions of Sale
PRICES: Prices are subject to change without notice. Prices charged will be those in effect at time of shipment.
TAXES: *Buyer shall be liable for all Sales,Use,Excise or similar taxes not included in the total invoice price. Where such taxes are included by Seller, Buyer shall pay such taxes unless tax exemption certificate is furnished to the Seller which is acceptable to the appropriate taxing authority.*
RETURNS: No returns will be accepted without prior written authorization



**Attachment A-8   Invoice # 1006893: Delivery Notification**

## Delivery Notification

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z 938 748 03 4161 632 9 |
| **Reference Number(s):** | 14081, 01 |
| **Service:** | GROUND |
| **Weight:** | 28.00 Lbs |
| **Shipped/Billed On:** | 10/17/2008 |
| **Delivered On:** | 10/22/2008 10:03 A.M. |
| **Delivered To:** | 1901 COOPER DR<br>ARDMORE, OK, US  73401 |
| **Signed By:** | YARNEY |
| **Location:** | DOCK |

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:   11/25/2008 8:07 P.M.   ET

## CERTIFICATE OF SERVICE

I, Hiraki Morishita, served the foregoing document entitled "Response of Fujitsu Ten Corp. Of America to Debtors' Twentieth Omnibus Objection to Claims (Reclassification to Unsecured Claims of Certain Claims Filed as 503(b)(9) Claims for Goods Received by the Debtors Not Within Twenty Days of the Commencement of the Cases)" by this date by sending a copy thereof via Federal Express for delivery to:

| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

- and-

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and-

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Hiraki Morishita*
Hiraki Morishita
Chief Operating Officer
Fujitsu Ten Corp. of America
19600 South Vermont Ave.,
Torrance, CA 90502
(310) 327-2151

July 10, 2009