**Northwestern Mutual**
**Investment Services** LLC

611 E. Wisconsin Avenue, Suite 600
Milwaukee, WI 53202-4707
1-866-664-7737, Member FINRA and SIPC

JUL - 1 2009

# CONFIRMATION

MAIL TO:

PAGE: 2 of 6

| | | |
|---|---|---|
| IRA FBO THOMAS P TECZA<br>NM WEALTH MGMT CO AS CUSTODIAN<br>11700 WEMBLEY DR<br>HUNTLEY IL 60142-6309 | FOR THE ACCOUNT OF:<br><br>IRA FBO THOMAS P TECZA<br>NM WEALTH MGMT CO AS CUSTODIAN<br>11700 WEMBLEY DR<br>HUNTLEY IL 60142-6309 | ACCOUNT NUMBER:   NK1-057752<br>ACCOUNT TYPE:     1<br><br>FINANCIAL REPRESENTATIVE:<br>Kevin M Olson<br>REP. NUMBER:      OXD |

For additional trade confirmations, please see the reverse side.

YOU BOUGHT:

CIRCUIT CITY STORES INC COM

TRADE DATE:       01-14-08
PROCESS DATE:     01-14-08
SETTLEMENT DATE:  01-17-08
CUSIP NUMBER:     172737-10-8
SYMBOL:           CC

WE CONFIRM THE BELOW TRADE(S), SUBJECT TO THE TERMS AND CONDITIONS SET FORTH ON THIS CONFIRMATION

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST | COMMISSION COMM EQUIV | SERVICE CHARGE | TRANS. FEE | NET AMOUNT USD | MKT/CPTY |
|---|---|---|---|---|---|---|---|---|---|
| J8EWNR | 100 | 4.04 | 404.00 | | 30.00 | | | 434.00 | S/S |
| UNSOLICITED ORDER | | PERSHING LLC MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | | | | | | | |

RICHMOND DIVISION
FILED
JUL 13 2009
CLERK
U.S. BANKRUPTCY COURT

RICHMOND DIVISION
FILED
JUL 13 2009
CLERK
U.S. BANKRUPTCY COURT

| TOTALS | 100 | | 404.00 | | 30.00 | | | 434.00 | |
|---|---|---|---|---|---|---|---|---|---|

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE. REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES) IF DIF APPEARS ABOVE AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. CLEARING THROUGH PERSHING LLC, A SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION, MEMBER FINRA, NYSE, SIPC. ONE PERSHING PLAZA, JERSEY CITY, NJ 07399

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

Debtors' Seventeenth Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests)

## EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7461<br>Date Filed: 01/29/2009<br>Docketed Total: $1,338.00<br>Filing Creditor Name and Address:<br>TEJINDER S MALIK<br>4415 BRIARWOOD CT N APT 27<br>ANNANDALE, VA 22003 | Claim Holder Name and Address<br>TEJINDER S MALIK<br>4415 BRIARWOOD CT N APT 27<br>ANNANDALE, VA 22003<br><br>Case Number<br>08-35653 | Secured<br>Priority<br>Unsecured  $1,338.00<br>Docketed Total: $1,338.00 | Modified Total: $1,338.00<br>Interest 1,338.00 |
| Claim: 5677<br>Date Filed: 01/26/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>TELEGADAS FRANCIS E<br>8204 YOLANDA RD<br>RICHMOND, VA 23229 | Claim Holder Name and Address<br>TELEGADAS, FRANCIS E<br>8204 YOLANDA RD<br>RICHMOND, VA 23229<br><br>Case Number<br>08-35653 | Secured<br>Priority<br>Unsecured  UNL<br>Docketed Total: UNL | Modified Total: $0.00<br>Interest 0.00 |
| Claim: 4741<br>Date Filed: 01/15/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>TERRENCE M DURKA<br>3730 WINCHESTER AVE<br>PAHRUMP, NV 89048-5569 | Claim Holder Name and Address<br>DURKA, TERRENCE M<br>3730 WINCHESTER AVE<br>PAHRUMP, NV 89048-5569<br><br>Case Number<br>08-35653 | Secured<br>Priority<br>Unsecured  UNL<br>Docketed Total: UNL | Modified Total: $0.00<br>Interest 0.00 |
| Claim: 5486<br>Date Filed: 01/26/2009<br>Docketed Total: $2,675.00<br>Filing Creditor Name and Address:<br>TERRY ARONSON<br>PO BOX 833<br>DEVILS LAKE, ND 58301 | Claim Holder Name and Address<br>ARONSON, TERRY<br>PO BOX 833<br>DEVILS LAKE, ND 58301<br><br>Case Number<br>08-35653 | Secured<br>Priority<br>Unsecured  $2,675.00<br>Docketed Total: $2,675.00 | Modified Total: $2,675.00<br>Interest 2,675.00 |

*"UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

Debtors' Seventeenth Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests)

## EXHIBIT C

### CLAIM TO BE MODIFIED

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| Claim: 2320<br>Date Filed: 01/02/2009<br>Docketed Total: $97.75<br>Filing Creditor Name and Address:<br>TAYLOR JT, CECIL V & BONNIE S<br>6182 IGO RD<br>KING GEORGE, VA 22485 | Claim Holder Name and Address<br>TAYLOR JT, CECIL V & BONNIE S<br>6182 IGO RD<br>KING GEORGE, VA 22485<br><br>Case Number<br>08-35653 | Secured<br><br>Docketed Total: | Priority<br><br>$97.75 | Unsecured<br>$97.75 | Case Number<br>08-35653 | Modified Total:<br><br>Interest<br>97.75 | $97.75 |
| Claim: 3042<br>Date Filed: 01/09/2009<br>Docketed Total: $531.50<br>Filing Creditor Name and Address:<br>TAYLOR, BRUCE E<br>4108 FORD CIR<br>TUSKEGEE, AL 36083 | Claim Holder Name and Address<br>TAYLOR, BRUCE E<br>4108 FORD CIR<br>TUSKEGEE, AL 36083<br><br>Case Number<br>08-35653 | Secured<br><br>Docketed Total: | Priority<br><br>$531.50 | Unsecured<br>$531.50 | Case Number<br>08-35653 | Modified Total:<br><br>Interest<br>531.50 | $531.50 |
| Claim: 5576<br>Date Filed: 01/13/2009<br>Docketed Total: $324.00<br>Filing Creditor Name and Address:<br>KUA, TECK GUAN<br>22385 HEATHERIDGE LN<br>NORTHVILLE, MI 48167 | Claim Holder Name and Address<br>KUA, TECK GUAN<br>22385 HEATHERIDGE LN<br>NORTHVILLE, MI 48167<br><br>Case Number<br>08-35653 | Secured<br><br>Docketed Total: | Priority<br><br>$324.00 | Unsecured<br>$324.00 | Case Number<br>08-35653 | Modified Total:<br><br>Interest<br>324.00 | $324.00 |
| Claim: 2318<br>Date Filed: 01/02/2009<br>Docketed Total: $430.00<br>Filing Creditor Name and Address:<br>TECZA, THOMAS<br>11700 WEMBLEY DR<br>HUNTLEY, IL 60142 | Claim Holder Name and Address<br>TECZA, THOMAS<br>11700 WEMBLEY DR<br>HUNTLEY, IL 60142<br><br>Case Number<br>08-35653 | Secured<br><br>Docketed Total: | Priority<br><br>$430.00 | Unsecured<br>$430.00 | Case Number<br>08-35653 | Modified Total:<br><br>Interest<br>430.00 | $430.00 |

*"UNL" denotes an unliquidated claim.

Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

- and -

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
333 West Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession  

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION  

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| Debtors. | Jointly Administered |

**NOTICE OF THE DEBTORS' EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS)**

**PLEASE TAKE NOTICE THAT** the above-captioned Debtors (the "Debtors") filed the Debtors' Eighteenth Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders to Interests) (the "Objection") with the Bankruptcy Court. A copy of the Objection is attached to this notice (this "Notice") as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the



2335 Alaska Ave
El Segundo, CA 90245

SVC: 5
PACK NO: 23
OMNI 17

PRF 16073
CASE NO: 08-35653

TECZA, THOMAS
11700 WEMBLEY DR
HUNTLEY, IL 60142

"Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to disallow and/or modify certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO: | Claim Number | Claim Amount | Claim Classification As Filed | Claim Classification As Modified |
|---|---|---|---|---|
| Tecza, Thomas<br>11700 Wembley Dr<br>Huntley, IL 60142 | 2318 | $430.00 | Equity | Interests |

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. <u>YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION</u>. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY <u>4:00 P.M. ON JULY 16, 2009</u>, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

## Critical Information for Claimants
## Choosing to File a Response to the Objection

<u>Who Needs to File a Response</u>:  If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Debtors before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

Response Deadline:  The Response Deadline is **4:00 p.m. (Eastern Time) on July 16, 2009 (the "Response Deadline")**.

THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED <u>AND</u> RECEIVED BY THE RESPONSE DEADLINE.

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

> Clerk of the Bankruptcy Court
> United States Bankruptcy Court
> 701 East Broad Street – Room 4000
> Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Debtors' attorneys:

3

```
SKADDEN, ARPS, SLATE, MEAGHER      MCGUIREWOODS LLP
& FLOM, LLP                        One James Center
One Rodney Square                  901 E. Cary Street
PO Box 636                         Richmond, VA 23219
Wilmington, DE 19899-0636          Attn: Dion W. Hayes
Attn: Gregg M. Galardi             Attn: Douglas M. Foley
Attn: Ian S. Fredericks

          - and -

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn:  Chris L. Dickerson
```

The status hearing on the Objection will be held at **11:00 a.m. (Eastern) on July 23, 2009 at:**

> United States Bankruptcy Court
> 701 East Broad Street - Courtroom 5100
> Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do <u>not</u> need to appear at the status hearing on the Objection.

### Procedures for Filing a Timely Response and Information Regarding the Hearing on the Objection

**Contents**. To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall use its best efforts to include the following (at a minimum) in its filed Response, to the extent such materials are not attached to its proof of claim:

> a. a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Objection to which the Response is directed;

4

b. the claimant's name and an explanation for the amount of the Claim;

c. a concise statement, executed by (or identifying by name, address and telephone number) a person with personal knowledge of the relevant facts that support the Response, setting forth the reasons why the Bankruptcy Court should overrule the Objection as to the claimant's claim, including, without limitation (to the extent not set forth in its proof of claim), the specific factual and legal bases upon which the claimant intends to rely in support of its Response and its underlying Claim;

d. a copy of or identification of any other documentation or other evidence of the Claim, to the extent not already included with the Claim that the claimant presently intends to introduce into evidence in support of its Claim at the hearing; <u>provided</u>, <u>however</u>, that for a Response filed in support of a Claim arising out of a lease of real property, the Response need not attach such lease if the claimant indicates its willingness to provide such documentation upon request;

e. a declaration of a person with personal knowledge of the relevant facts that support the Response; and

f. the claimant's address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Address"). If a Response contains Notice Address that is different from the name and/or address listed on the Claim, the Notice Address will control and will become the service address for future service of papers with respect to all of the claimant's Claims listed in the Objection (including all Claims to be

5

       disallowed and the surviving Claims) and only for those Claims in the Objection.

   g. To the extent such person differs from the person identified pursuant to subjection e, above, the name, address, telephone number, facsimile number, and electronic mail address of the representative of the claimant (which representative may be the claimant's counsel) party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf (the "Additional Addresses"). Unless the Additional Addresses are the same as the Notice Addresses, the Additional Address will not become the service address for future service of papers.

  **Additional Information**. To facilitate a resolution of the Objection, your Response should also include the name, address, telephone number and facsimile number of the party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf (the "Additional Addresses"). Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will <u>not</u> become the service address for future service of papers.

  **Failure to File Your Timely Response**. If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Debtors will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection <u>without further notice</u> to you.

  **Each Objection Is a Contested Matter**. Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

### Additional Information

  **Requests for Information**. You may also obtain a copy of the Objection or related documents on the internet, by accessing the website of the Debtors at <u>www.kccllc.net/circuitcity</u>.

6

**Reservation of Rights**. Nothing in this Notice or the Objection constitutes a waiver of the Debtors' right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Debtors. Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Debtors have the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases. In such event, you will receive a separate notice of any such objections.

Dated: June 19, 2009
Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP

  /s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

\9485941.1

8



**KURTZMAN CARSON CONSULTANTS**

# MEMORANDUM

Date:   July 9, 2009

To:     Court Clerk

From:   Kurtzman Carson

Re:     Circuit City

---

Enclosed please find a Creditors' Response to Debtor Claim Objection that was sent to our office by mistake, to be filed with the court.