Subject: Opposition Claim# 3921

Date filed: 01/13/09

Docketed total: $130

Case Number: 08-35653

July 8 -2009

Jean Theodule

22841 sw 88 Pl unit 206 Cutler bay, fl33190



Clerk of the Bankruptcy Court

I, Jean Theodule oppose the Circuit City request for his attempt not to refund me my money. I even request that the court grants me another $130 for emotional distress and sufferance which will make my amount to be $260.I totally **oppose the request** and hoping receive a check in the mail ASAP.

Truly ,Jean Theodule

Case 08-35653-KRH    Doc 4070    Filed 07/13/09    Entered 07/14/09 15:26:44    Desc Main
Document      Page 1 of 1