Sirs: 7-09-09

In Ref to "The Objection"

I, We do Object!
"Oppose"

Louis A. Luchak + Dolores I Luchak JT TEN
Santa Fe, TX 77510

| Claim # | Amount | Classification | as Modified |
|---|---|---|---|
| 13259 | $110.00 | Equity | Intrest ? |
| old # 4632 | | | |

case # 08-35653 (KRH)

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad St - Room 4000
Richmond, Virginia 23219

in Re:                                    Chapter 11
Circuit City Stores, Inc        Case # 08-35653 (KRH
    Debtors,                        Jointly Administered

Louis A Luchak
4219 Ave J
Santa Fe, TX 77510
Phone 409-925-1016