RICHMOND DIVISION

F
I
L
E
D

JUL 1 3 2009

F
I
L
E
D

CLERK
U.S. BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                          )        Chapter 11
CIRCUIT CITY STORES, INC.,      )
et al.,                         )        Case No.      08-35653 (KRH)
        Debtors.                )

## PRELIMINARY RESPONSE OBJECTING TO DEBTORS' TWENTIETH OMNIBUS OBJECTION TO CLAIMS

NOW COMES the creditor, INTEGRATED LABEL CORPORATION, by and

through its attorney, BRIAN K. LARKIN, and files this Preliminary response objecting to

the relief requested by the Debtors in the Debtors' Twentieth Omnibus Objection To

Claims (Reclassification To Unsecured Claims of Certain Claims filed as 503(B)(9)

Claims For Goods Received By The Debtors Not Within Twenty Days of the

Commencement of the Cases).  The Debtor filed claim 203 on December 5, 2008 with a

docketed total claim of $16,451.56 for 147 outstanding invoices owed by the debtors.

The creditor objects to the relief requested as some of the invoices included in the claim

are clearly valid claims under 503(B)(9) and requests that the court not reclassify the

503(b)(9) claims as unsecured.

INTEGRATED LABEL CORPORATION,


BY:  BRIAN K. LARKIN
Attorney at Law
One Court Place - Suite 301
Rockford, IL  61101
815/964-4601

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., | ) | |
| et al., | ) | Case No.     08-35653 (KRH) |
| Debtors. | ) | |

### PROOF OF MAILING

I, the undersigned, being first duly sworn on oath, deposes and states that I served the

within **PRELIMINARY RESPONSE OBJECTING TO DEBTORS' TWENTIETH**

**OMNIBUS OBJECTION TO CLAIMS** upon:

Gregg M. Galardi  
Ian S. Fredericks  
Skadden, Arps, Slate, Megher & Glom, LLP  
One Rodney Square  
P.O. Box 636  
Wilmington, DE 19899-0636

Chris L. Dickerson  
Skadden, Arps, Slate, Megher & Glom, LLP  
333 West Wacker Drive  
Chicago, IL 60606

Dion W. Hayes  
Douglas M. Foley  
McGuirewoods, LLP  
One James Center  
901 E. Cary Street  
Richmond, VA 23219

by depositing in the United States Mail at Rockford, Illinois, a true and correct copy thereof, in a

sealed envelope, addressed as above, first class postage prepaid, dated this 8th day of July, 2009.

*Michelle Pantch*

SUBSCRIBED AND SWORN before me  
this 8th day of July, 2009.

*Bn-K. Lal*

NOTARY PUBLIC

> OFFICIAL SEAL
> BRIAN K. LARKIN
> Notary Public - State of Illinois
> My Commission Expires Sep 25, 2011

Brian K. Larkin  
Attorney at Law  
One Court Place - Suite 301  
Rockford, IL 61101-1177  
815/964-4601

**Brian K. Larkin**
Attorney at Law
One Court Place - Suite 301
Rockford, Illinois  61101-1177

————

Telephone (815) 964-4601
Facsimile (815) 964-3292

July 8, 2009

Clerk of the US Bankruptcy Court
701 E. Broad Street
Suite 4000
Richmond, VA 23219

RE:    Circuit City Stores, Inc., et al.
        08-35653

Dear Sir or Madame:

Please find enclosed the original Preliminary Response Objecting To Debtors' Twentieth
Omnibus Objection To Claims.  If you have any questions, please feel free to contact me.

Sincerely,

Brian K. Larkin
Attorney at Law

BKL:mp