```
                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
                         RICHMOND DIVISION

- - - - - - - - - - - - - - - x
                              :
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - - x
```

### CERTIFICATE OF RICARDO BENJAMÍN SALINAS PLIEGO REGARDING SALES OF EQUITY SECURITIES

PLEASE TAKE NOTICE that on December 8, 2008, Mr. Ricardo Benjamín Salinas Pliego filed the Notice of Status as a Substantial Shareholder attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, as of December 8, 2008, Mr. Salinas beneficially owned 47,182,688 shares of Circuit City stock. Schedule A to Exhibit A sets forth the date(s) on which Mr. Salinas acquired or otherwise became the beneficial owner of such Circuit City stock.

PLEASE TAKE FURTHER NOTICE that, as of the date hereof, Mr. Salinas has sold all of his equity securities as set forth on the attached Exhibit B.

Doc#: US1:5685249v1

                                                      Respectfully Submitted,

Date:                RICARDO BENJAMÍN SALINAS PLIEGO
July __, 2009

                          By:   /s/ Ricardo Benjamín Salinas Pliego
                               Attorney in fact