**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - x
                 :

In re:             :   Chapter 11
                 :
CIRCUIT CITY STORES, INC., :   Case No. 08-35653-KRH
et al.,            :
                 :   Jointly Administered
        Debtors.   :
                 :
- - - - - - - - - - - - - x

## NOTICE OF STATUS AS A SUBSTANTIAL SHAREHOLDER[1]

       PLEASE TAKE NOTICE that Mr. Ricardo Benjamín
Salinas Pliego is/has become a Substantial Shareholder with
respect to Circuit City Stock (as defined herein and in the
Order) of Circuit City Stores, Inc., a debtor and debtor-
in-possession in Case No. 08-35653 pending in the United
States Bankruptcy Court for the Eastern District of
Virginia.

---

[1]   For purposes hereof, (A) a "Substantial Shareholder" is any person
or entity which beneficially owns at least 7,848,226 shares
(representing approximately 4.75% of all issued and outstanding
shares) of the common stock of ("Circuit City Stock"), and (B)
"beneficial ownership" (or any variation thereof of Circuit City
Stock and Options to acquire Circuit City Stock) shall be determined
in accordance with applicable rules under Section 382 of the I.R.C.,
Treasury Regulations promulgated thereunder and rulings issued by
the Internal Revenue Service, and thus, to the extent provided
therein, from time to time shall include, without limitation, (i)
direct and indirect ownership (e.g., a holding company would be
considered to beneficially own all shares owned or acquired by its
subsidiaries), (ii) ownership by such holder's family members and
*persons acting in concert with such holder to make a coordinated*
acquisition of stock, and (iii) an Option to acquire Circuit City
Stock. An "Option" to acquire stock includes any contingent
purchase, warrant, convertible debt, put, stock subject to risk of
forfeiture; contract to acquire stock, or similar interest,
regardless of whether it is contingent or otherwise not currently
exercisable. For the avoidance of doubt, by operation of the
definition of beneficial ownership in clause (B) of this Paragraph,
an owner of an Option to acquire Circuit City Stock may be treated
as the owner of such Circuit City Stock.

PLEASE TAKE FURTHER NOTICE that, as of December 8, 2008, Mr. Salinas beneficially owns 47,182,688 shares of the Circuit City Stock.  The table attached hereto as Schedule A sets forth the date(s) on which Mr. Salinas acquired or otherwise became the beneficial owner of such Circuit City Stock.

PLEASE TAKE FURTHER NOTICE that, under penalties of perjury, Mr. Salinas hereby declares that it has examined this Notice and accompanying attachments (if any), and, to the best of its knowledge and belief, this Notice and any attachments which purport to be part of this Notice are true, correct, and complete.

PLEASE TAKE FURTHER NOTICE that, pursuant to that certain Order Under 11 U.S.C. §§ 105, 362 And 541 And Fed. R. Bankr. P. 3001 And 3002 Establishing Notice, Hearing, And Sell-Down Procedures For Trading In Equity Securities And Claims Against The Debtors' Estates (Docket No. 135), this Notice is being (a) filed with the Office of the United States Trustee for the Eastern District of Virginia, 701 East Broad Street, Suite 4304, Richmond, Virginia, (Attn: Robert B. Van Arsdale) and (b) served upon counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, PO Box 636, Wilmington, DE 19899 (Attn: Gregg Galardi).

2

Respectfully Submitted,

Date:                    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
December 8, 2008


                         By:   /s/ Jeffrey D. Saferstein                    
                         Jeffrey D. Saferstein(*jsaferstein@paulweiss.com*)
                              (A Member of the Firm)

                         1285 Avenue of the Americas
                         New York, New York  10019-6064
                         Telephone:   (212) 373-3000
                         Facsimile:   (212) 757-3990

                         Attorneys for Ricardo Benjamín Salinas Pliego

3

Schedule A

| Number Of Shares | Date Acquired |
|---|---|
| 2,000 | 12/26/2007 |
| 10,000 | 03/01/2008 |
| 100,000 | 04/01/2008 |
| 2,109,693 | 08/01/2008 |
| 5,158,000 | 08/01/2008 |
| 516,700 | 09/01/2008 |
| 100,445 | 11/11/2008 |
| 5,000 | 11/11/2008 |
| 7,100 | 11/11/2008 |
| 127,455 | 11/11/2008 |
| 450,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 100,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 100,000 | 11/11/2008 |
| 20,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 500,000 | 11/11/2008 |
| 100,000 | 11/11/2008 |
| 150,000 | 11/11/2008 |
| 200,000 | 11/11/2008 |
| 100,000 | 11/11/2008 |
| 100,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 600,000 | 11/11/2008 |
| 300,000 | 11/11/2008 |
| 30,000 | 11/11/2008 |
| 100,000 | 11/11/2008 |
| 100,000 | 11/11/2008 |
| 200,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 200,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 10,000 | 11/11/2008 |
| 100,000 | 11/11/2008 |
| 75,000 | 11/11/2008 |
| 100,000 | 11/11/2008 |
| 150,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |

| | |
|---|---|
| 150,000 | 11/11/2008 |
| 150,000 | 11/11/2008 |
| 150,000 | 11/11/2008 |
| 25,000 | 11/11/2008 |
| 100,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 100,000 | 11/11/2008 |
| 150,000 | 11/11/2008 |
| 80,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 150,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 60,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 150,000 | 11/11/2008 |
| 10,000 | 11/11/2008 |
| 90,000 | 11/11/2008 |
| 100,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 125,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 225,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 200,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 100,000 | 11/11/2008 |
| 10,000 | 11/11/2008 |
| 90,000 | 11/11/2008 |
| 100,000 | 11/12/2008 |
| 25,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 25,000 | 11/12/2008 |
| 100,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 5000 | 11/12/2008 |

| | |
|---|---|
| 5000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 3207 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 1000 | 11/12/2008 |
| 1000 | 11/12/2008 |
| 1000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 4900 | 11/12/2008 |
| 1000 | 11/12/2008 |
| 600 | 11/12/2008 |
| 200 | 11/12/2008 |
| 200 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 1290 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 1000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 2000 | 11/12/2008 |
| 100,000 | 11/12/2008 |
| 7000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 1000 | 11/12/2008 |
| 500 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 2500 | 11/12/2008 |
| 100,000 | 11/12/2008 |

| | |
|---|---|
| 3300 | 11/12/2008 |
| 2500 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 8000 | 11/12/2008 |
| 2000 | 11/12/2008 |
| 100,000 | 11/12/2008 |
| 1200 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 1650 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 7000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 150,000 | 11/12/2008 |
| 100,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 150,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 300,000 | 11/12/2008 |
| 2300 | 11/12/2008 |
| 2300 | 11/12/2008 |
| 1550 | 11/12/2008 |
| 4600 | 11/12/2008 |
| 3500 | 11/12/2008 |
| 2000 | 11/12/2008 |
| 2000 | 11/12/2008 |
| 500 | 11/12/2008 |
| 700 | 11/12/2008 |
| 700 | 11/12/2008 |
| 500 | 11/12/2008 |
| 4950 | 11/12/2008 |
| 1000 | 11/12/2008 |
| 9967 | 11/12/2008 |
| 3033 | 11/12/2008 |
| 400 | 11/12/2008 |
| 9600 | 11/12/2008 |
| 11600 | 11/12/2008 |
| 200 | 11/12/2008 |
| 4400 | 11/12/2008 |

| | |
|---|---|
| 100,000 | 11/12/2008 |
| 4600 | 11/12/2008 |
| 2000 | 11/12/2008 |
| 100 | 11/12/2008 |
| *400* | *11/12/2008* |
| 100,000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 100,000 | 11/12/2008 |
| 200 | 11/12/2008 |
| 500 | 11/12/2008 |
| 25000 | 11/12/2008 |
| 9000 | 11/12/2008 |
| 490 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 2000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 100,000 | 11/12/2008 |
| 375 | 11/12/2008 |
| 100 | 11/12/2008 |
| 3000 | 11/12/2008 |
| 6630 | 11/12/2008 |
| 1000 | 11/12/2008 |
| 500 | 11/12/2008 |
| 2000 | 11/12/2008 |
| 550,000 | 11/12/2008 |
| 1000 | 11/12/2008 |
| 650 | 11/12/2008 |
| 500 | 11/12/2008 |
| 38000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 2000 | 11/12/2008 |
| 200 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 200 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 2000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 6000 | 11/12/2008 |

| | |
|---|---|
| 6000 | 11/12/2008 |
| 9800 | 11/12/2008 |
| 1000 | 11/12/2008 |
| 2500 | 11/12/2008 |
| 400 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 25000 | 11/12/2008 |
| 25000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 500 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 1000 | 11/12/2008 |
| 2000 | 11/12/2008 |
| 170 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 2000 | 11/12/2008 |
| 1100 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 2500 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 1000 | 11/12/2008 |
| 8000 | 11/12/2008 |
| 2000 | 11/12/2008 |
| 8000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 20000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 25000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 24486 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 25000 | 11/12/2008 |
| 500 | 11/12/2008 |
| 25000 | 11/12/2008 |
| 1000 | 11/12/2008 |
| 175 | 11/12/2008 |
| 1150 | 11/12/2008 |
| 500 | 11/12/2008 |
| 500 | 11/12/2008 |

| | |
|---|---|
| 500 | 11/12/2008 |
| 300 | 11/12/2008 |
| 8500 | 11/12/2008 |
| 150 | 11/12/2008 |
| 500 | 11/12/2008 |
| 1000 | 11/12/2008 |
| 628 | 11/12/2008 |
| 7700 | 11/12/2008 |
| 7900 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 150,000 | 11/12/2008 |
| 25000 | 11/12/2008 |
| 30200 | 11/12/2008 |
| 30000 | 11/12/2008 |
| 2500 | 11/12/2008 |
| 20000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 1660 | 11/12/2008 |
| 1600 | 11/12/2008 |
| 1627 | 11/12/2008 |
| 6500 | 11/12/2008 |
| 8500 | 11/12/2008 |
| 25000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 8450 | 11/12/2008 |
| 7395 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 7000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 400 | 11/12/2008 |
| 9600 | 11/12/2008 |
| 1240 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 500 | 11/12/2008 |
| 8500 | 11/12/2008 |
| 745 | 11/12/2008 |
| 550 | 11/12/2008 |
| 500 | 11/12/2008 |
| 462 | 11/12/2008 |
| 400 | 11/12/2008 |
| 300 | 11/12/2008 |
| 3000 | 11/12/2008 |

| | |
|---|---|
| 800 | 11/12/2008 |
| 500 | 11/12/2008 |
| 500 | 11/12/2008 |
| 435 | 11/12/2008 |
| 415 | 11/12/2008 |
| 410 | 11/12/2008 |
| 400 | 11/12/2008 |
| 3000 | 11/12/2008 |
| 500 | 11/12/2008 |
| 700 | 11/12/2008 |
| 25,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 25,000 | 11/12/2008 |
| 1600 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 1655 | 11/12/2008 |
| 70,000 | 11/12/2008 |
| 30,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 25,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 25,000 | 11/12/2008 |
| 100,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 40,000 | 11/12/2008 |
| 25,000 | 11/12/2008 |
| 10,000 | 11/12/2008 |
| 15,000 | 11/12/2008 |
| 58,500 | 11/12/2008 |
| 51,500 | 11/12/2008 |
| 100,000 | 11/12/2008 |
| 100,000 | 11/12/2008 |
| 100,000 | 11/12/2008 |
| 100,000 | 11/12/2008 |
| 250,000 | 11/12/2008 |
| 200,000 | 11/12/2008 |
| 300,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 200,000 | 11/12/2008 |
| 25,000 | 11/12/2008 |
| 25,000 | 11/12/2008 |
| 25,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 25,000 | 11/13/2008 |

| | |
|---|---|
| 45,000 | 11/13/2008 |
| 25,000 | 11/13/2008 |
| 25,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 150,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 255,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 75,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 55,000 | 11/13/2008 |
| 10,000 | 11/13/2008 |
| 25,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 79,000 | 11/13/2008 |
| 25,000 | 11/13/2008 |
| 30,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 251,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 125,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 225,000 | 11/13/2008 |
| 250,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 10,000 | 11/13/2008 |
| 10,000 | 11/13/2008 |
| 25,000 | 11/13/2008 |
| 55,000 | 11/13/2008 |
| 200,000 | 11/13/2008 |

| | |
|---|---|
| 12,000 | 11/13/2008 |
| 13,000 | 11/13/2008 |
| 25,000 | 11/13/2008 |
| 25,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 25,000 | 11/13/2008 |
| 150,000 | 11/13/2008 |
| 500,000 | 11/13/2008 |
| 300,000 | 11/13/2008 |
| 750,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 250,000 | 11/13/2008 |
| 250,000 | 11/13/2008 |
| 200,000 | 11/13/2008 |
| 200,000 | 11/13/2008 |
| 500,000 | 11/13/2008 |
| 1,000,000 | 11/13/2008 |
| 180,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 800,000 | 11/13/2008 |
| 300,000 | 11/13/2008 |
| 800,000 | 11/13/2008 |
| 20,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 700,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 500,000 | 11/13/2008 |
| 1,500,000 | 11/13/2008 |
| 1,100,000 | 11/13/2008 |
| 1,000,000 | 11/13/2008 |
| 1,300,000 | 11/13/2008 |
| 567,300 | 11/13/2008 |
| 132,700 | 11/13/2008 |
| 4,000 | 11/13/2008 |
| 41,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |

| | |
|---|---|
| 50,000 | 11/13/2008 |
| 5,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 200 | 11/13/2008 |
| 200 | 11/13/2008 |
| 250 | 11/13/2008 |
| 160 | 11/13/2008 |
| 200. | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 200 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 300 | 11/13/2008 |
| 300 | 11/13/2008 |
| 236 | 11/13/2008 |
| 215 | 11/13/2008 |
| 200 | 11/13/2008 |
| 200 | 11/13/2008 |
| 200 | 11/13/2008 |
| 200 | 11/13/2008 |
| 200 | 11/13/2008 |
| 200 | 11/13/2008 |
| 200 | 11/13/2008 |
| 200 | 11/13/2008 |
| 280 | 11/13/2008 |
| 400 | 11/13/2008 |
| 600 | 11/13/2008 |
| 400 | 11/13/2008 |
| 100 | 11/13/2008 |
| 500 | 11/13/2008 |
| 200 | 11/13/2008 |
| 500 | 11/13/2008 |
| 160 | 11/13/2008 |
| 400 | 11/13/2008 |
| 300 | 11/13/2008 |
| 200 | 11/13/2008 |
| 200 | 11/13/2008 |
| 500 | 11/13/2008 |
| 250 | 11/13/2008 |
| 270 | 11/13/2008 |
| 270 | 11/13/2008 |
| 1500 | 11/13/2008 |

| | |
|---|---|
| 1138 | 11/13/2008 |
| 748 | 11/13/2008 |
| 670 | 11/13/2008 |
| 560 | 11/13/2008 |
| 550 | 11/13/2008 |
| 548 | 11/13/2008 |
| 500 | 11/13/2008 |
| 500 | 11/13/2008 |
| 350 | 11/13/2008 |
| 320 | 11/13/2008 |
| 20000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 1333 | 11/13/2008 |
| 2300 | 11/13/2008 |
| 500 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 160 | 11/13/2008 |
| 325 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 1948 | 11/13/2008 |
| 500 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 200 | 11/13/2008 |
| 800 | 11/13/2008 |
| 800 | 11/13/2008 |
| 570 | 11/13/2008 |
| 730 | 11/13/2008 |
| 500 | 11/13/2008 |
| 151 | 11/13/2008 |
| 775 | 11/13/2008 |
| 400 | 11/13/2008 |
| 500 | 11/13/2008 |
| 300 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 3000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 4000 | 11/13/2008 |
| 4000 | 11/13/2008 |

| | |
|---|---|
| 350 | 11/13/2008 |
| 3200 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 3500 | 11/13/2008 |
| 3420 | 11/13/2008 |
| 3450 | 11/13/2008 |
| 3700 | 11/13/2008 |
| *4000* | *11/13/2008* |
| 4000 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 400 | 11/13/2008 |
| 3000 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 300 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 4000 | 11/13/2008 |
| 4000 | 11/13/2008 |
| 235 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 3789 | 11/13/2008 |
| 225 | 11/13/2008 |
| 250 | 11/13/2008 |
| 443 | 11/13/2008 |
| 250 | 11/13/2008 |
| 4100 | 11/13/2008 |
| 150 | 11/13/2008 |
| 150 | 11/13/2008 |
| 4810 | 11/13/2008 |
| 1500 | 11/13/2008 |
| 4000 | 11/13/2008 |
| 2960 | 11/13/2008 |
| 3800 | 11/13/2008 |
| 200 | 11/13/2008 |
| 550 | 11/13/2008 |
| 100 | 11/13/2008 |
| 338 | 11/13/2008 |
| 500 | 11/13/2008 |
| 4886 | 11/13/2008 |
| 1500 | 11/13/2008 |
| 3300 | 11/13/2008 |
| 1600 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 3000 | 11/13/2008 |
| 2500 | 11/13/2008 |

| | |
|------|------------|
| 500 | 11/13/2008 |
| 500 | 11/13/2008 |
| 2375 | 11/13/2008 |
| 4500 | 11/13/2008 |
| 6300 | 11/13/2008 |
| 500 | 11/13/2008 |
| 310 | 11/13/2008 |
| 255 | 11/13/2008 |
| 3000 | 11/13/2008 |
| 2500 | 11/13/2008 |
| 2500 | 11/13/2008 |
| 1900 | 11/13/2008 |
| 450 | 11/13/2008 |
| 500 | 11/13/2008 |
| 409 | 11/13/2008 |
| 2500 | 11/13/2008 |
| 4500 | 11/13/2008 |
| 487 | 11/13/2008 |
| 1500 | 11/13/2008 |
| 3000 | 11/13/2008 |
| 500 | 11/13/2008 |
| 3000 | 11/13/2008 |
| 500 | 11/13/2008 |
| 500 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 3000 | 11/13/2008 |
| 160 | 11/13/2008 |
| 4961 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 490 | 11/13/2008 |
| 300 | 11/13/2008 |
| 513 | 11/13/2008 |
| 917 | 11/13/2008 |
| 4000 | 11/13/2008 |
| 500 | 11/13/2008 |
| 450 | 11/13/2008 |
| 500 | 11/13/2008 |
| 4000 | 11/13/2008 |
| 320 | 11/13/2008 |
| 1900 | 11/13/2008 |
| 2600 | 11/13/2008 |
| 2500 | 11/13/2008 |
| 3900 | 11/13/2008 |

| | |
|---|---|
| 850 | 11/13/2008 |
| 4500 | 11/13/2008 |
| 518 | 11/13/2008 |
| 388 | 11/13/2008 |
| 383 | 11/13/2008 |
| 363 | 11/13/2008 |
| 450 | 11/13/2008 |
| 210 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 207 | 11/13/2008 |
| 330 | 11/13/2008 |
| 16700 | 11/13/2008 |
| 16700 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 312 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 500 | 11/13/2008 |
| 500 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 3379 | 11/13/2008 |
| 3700 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 3000 | 11/13/2008 |
| 800 | 11/13/2008 |
| 400 | 11/13/2008 |
| 350 | 11/13/2008 |
| 263 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 50000 | 11/13/2008 |
| 900 | 11/13/2008 |
| 50000 | 11/13/2008 |
| 25000 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 300 | 11/13/2008 |
| 1400 | 11/13/2008 |

| | |
|---|---|
| 7500 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 200 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 1500 | 11/13/2008 |
| 999 | 11/13/2008 |
| 200 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 25000 | 11/13/2008 |
| 6000 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 1500 | 11/13/2008 |
| 350 | 11/13/2008 |
| 300 | 11/13/2008 |
| 3500 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 436 | 11/13/2008 |
| 1100 | 11/13/2008 |
| 975 | 11/13/2008 |
| 3500 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 750 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 750 | 11/13/2008 |
| 750 | 11/13/2008 |
| 6000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 40000 | 11/13/2008 |
| 25000 | 11/13/2008 |
| 5900 | 11/13/2008 |
| 1240 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 200 | 11/13/2008 |
| 900 | 11/13/2008 |
| 35455 | 11/13/2008 |
| 750 | 11/13/2008 |

19

| | |
|---|---|
| 950 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 375 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 1240 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 200 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 750 | 11/13/2008 |
| 1240 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 40000 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 300 | 11/13/2008 |
| 190 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 400 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 3129 | 11/13/2008 |
| 1500 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 345 | 11/13/2008 |
| 1500 | 11/13/2008 |
| 9800 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 200 | 11/13/2008 |
| 4800 | 11/13/2008 |
| 200 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 2800 | 11/13/2008 |
| 1095 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 7650 | 11/13/2008 |
| 1540 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 190 | 11/13/2008 |
| 20000 | 11/13/2008 |

| | |
|---|---|
| 10000 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 100 | 11/13/2008 |
| 150 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 20000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 1500 | 11/13/2008 |
| 40000 | 11/13/2008 |
| 40000 | 11/13/2008 |
| 350 | 11/13/2008 |
| 20000 | 11/13/2008 |
| 314 | 11/13/2008 |
| 20000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 250 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 140 | 11/13/2008 |
| 3000 | 11/13/2008 |
| 3000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 400 | 11/13/2008 |
| 3000 | 11/13/2008 |
| 4000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 1800 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 5957 | 11/13/2008 |
| 100 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 200 | 11/13/2008 |
| 4886 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 400 | 11/13/2008 |

21

| 100 | 11/13/2008 |
|---|---|
| 1000 | 11/13/2008 |
| 200 | 11/13/2008 |
| 3846 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 20000 | 11/13/2008 |
| 13000 | 11/13/2008 |
| 2155 | 11/13/2008 |
| 300 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 1650 | 11/13/2008 |
| 4550 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 200 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 500 | 11/13/2008 |
| 150 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 1250 | 11/13/2008 |
| 110 | 11/13/2008 |
| 3145 | 11/13/2008 |
| 500 | 11/13/2008 |
| 200 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 200 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 20000 | 11/13/2008 |
| 750 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 990 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 4000 | 11/13/2008 |
| 2500 | 11/13/2008 |
| 3200 | 11/13/2008 |

| | |
|---|---|
| 2500 | 11/13/2008 |
| 1950 | 11/13/2008 |
| 3200 | 11/13/2008 |
| 3000 | 11/13/2008 |
| 1900 | 11/13/2008 |
| 2400 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 2890 | 11/13/2008 |
| 4000 | 11/13/2008 |
| 2110 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 6135 | 11/13/2008 |
| 5200 | 11/13/2008 |
| 4900 | 11/13/2008 |
| 4800 | 11/13/2008 |
| 4800 | 11/13/2008 |
| 4800 | 11/13/2008 |
| 4800 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 1,601 | 11/14/2008 |
| 2,000 | 11/14/2008 |
| 50,000 | 11/14/2008 |
| 3,399 | 11/14/2008 |
| 50,000 | 11/14/2008 |
| 60,000 | 11/14/2008 |
| 40,000 | 11/14/2008 |
| 100,000 | 11/14/2008 |
| 100,000 | 11/14/2008 |
| 50,000 | 11/14/2008 |
| 100,000 | 11/14/2008 |
| 50,000 | 11/14/2008 |
| 650,000 | 11/14/2008 |
| 110,000 | 11/14/2008 |
| 500,000 | 11/14/2008 |
| 40,000 | 11/14/2008 |
| 150,000 | 11/14/2008 |
| 50,000 | 11/14/2008 |
| 150,000 | 11/14/2008 |
| 700,000 | 11/14/2008 |
| 700,000 | 11/14/2008 |
| 100,000 | 11/14/2008 |
| 200,000 | 11/14/2008 |
| 50,000 | 11/14/2008 |
| 50,000 | 11/14/2008 |

| | |
|---|---|
| 100,000 | 11/14/2008 |
| 80,000 | 11/14/2008 |
| 10,000 | 11/14/2008 |
| 10,000 | 11/14/2008 |
| 1,850 | 11/14/2008 |
| 8,150 | 11/14/2008 |
| 100,000 | 11/14/2008 |
| 2,574 | 11/14/2008 |
| 40,000 | 11/14/2008 |
| 32,426 | 11/14/2008 |
| 25,000 | 11/14/2008 |
| 25,000 | 11/14/2008 |
| 3,247 | 11/14/2008 |
| 1,741 | 11/14/2008 |
| 20,012 | 11/14/2008 |
| 17,000 | 11/14/2008 |
| 75,000 | 11/14/2008 |
| 2,000 | 11/14/2008 |
| 35,000 | 11/14/2008 |
| 71,000 | 11/14/2008 |
| 139,100 | 11/14/2008 |
| 82,467 | 11/14/2008 |
| 50,000 | 11/14/2008 |
| 18,333 | 11/14/2008 |
| 25,000 | 11/14/2008 |
| 25,000 | 11/14/2008 |
| 26,001 | 11/14/2008 |
| 6,300 | 11/14/2008 |
| 102,109 | 11/14/2008 |
| 15,590 | 11/14/2008 |
| 100 | 11/14/2008 |