**EXHIBIT B**

| Shares Sold | Price |
|---|---|
| 47,182,688 | USD 0.005 - 0.038 |

No gain was realized on any sales.