Gregg M. Galardi, Esq.     Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.    Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER     MCGUIREWOODS LLP
FLOM, LLP                One James Center
One Rodney Square         901 E. Cary Street
PO Box 636              Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

      - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :    Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :    Jointly Administered
- - - - - - - - - - - - - - x

**DEBTORS' MOTION FOR ORDER SHORTENING NOTICE PERIOD AND
LIMITING NOTICE OF DEBTORS' MOTION FOR ORDER PURSUANT TO
BANKRUPTCY CODE SECTION 363 (I) AUTHORIZING CIRCUIT CITY
STORES, INC. TO ENTER INTO AGREEMENT MODIFYING CONTRACT WITH
AAC CROSS COUNTY MALL, LLC AND (II) AUTHORIZING SALE,
ASSIGNMENT, AND ASSUMPTION OF THE LEASE**

The debtors and debtors in possession in the

above-captioned jointly administered cases (collectively,

the "Debtors")[1] hereby move this Court (the "Motion to

Shorten Notice") for an order under section 102 of the title

11 of the United States Code (the "Bankruptcy Code") and

Rules 2002, 9006 and 9007 of the Federal Rules of Bankruptcy

Procedures (the "Bankruptcy Rules") approving shortened and

limited notice for Debtors' Motion for Order Pursuant to

Bankruptcy Code Section 363 (I) Authorizing Circuit City

Stores, Inc. To Enter into agreement Modifying Contract with

AAC Cross County Mall, LLC and (II) Authorizing Sale,

Assignment, and Assumption of the Lease (the "Motion") In

support of the Motion to Shorten Notice, the Debtors

respectfully represent as follows:

### JURISDICTION AND VENUE

1.    This Court has jurisdiction to consider this

Motion under 28 U.S.C. §§ 157 and 1334.  This is a core

proceeding under 28 U.S.C. § 157(b).  Venue of these cases

---

[1]    The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc.
(3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc.
(0875), Ventoux International, Inc. (1838), Circuit City Purchasing
Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company
of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer
Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659),
Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, INC.
(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC
(n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC
(5512).  The address for Circuit City Stores West Coast, Inc. is 9250
Sheridan Boulevard, Westminster, Colorado 80031.  For all other
Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

and this Motion in this District is proper under 28 U.S.C.
§§ 1408 and 1409.

2.    The statutory predicates for the relief
requested herein are Bankruptcy Code section 102 and
Bankruptcy Rules 2002, 9006 and 9007.

### BACKGROUND

3.    On November 10, 2008 (the "Petition Date"),
the Debtors filed voluntary petitions in this Court for
relief under chapter 11 of the Bankruptcy Code.

4.    The Debtors continue as debtors in possession
pursuant to Bankruptcy Code sections 1107 and 1108.

5.    On November 12, 2008, the Office of the
United States Trustee for the Eastern District of Virginia
appointed a statutory committee of unsecured creditors (the
"Creditors' Committee").  To date, no trustee or examiner
has been appointed in these chapter 11 cases.

6.    On January 16, 2009, the Court authorized the
Debtors, among other things, to conduct going out of
business sales at the Debtors' remaining 567 stores pursuant
to an agency agreement (the "Agency Agreement") between the
Debtors and a joint venture, as agent (the "Agent").  On
January 17, 2009, the Agent commenced going out of business
sales pursuant to the Agency Agreement at the Debtors'

3

remaining stores.  On or about March 8, 2009, the going out
of business sales concluded.

### RELIEF REQUESTED

7.    By this Motion to Shorten Notice, the
Debtors request entry of an order shortening the notice
period and limiting notice of the Motion so that it can be
heard, considered and ruled upon by the Court at a hearing
on July 23, 2009.

### BASIS FOR RELIEF

8.    Concurrently herewith, the Debtors filed the
Motion.  The Motion seeks to modify the Prior Agreement (as
defined in the Motion) to allow Circuit City to assign the
Lease to Assignee in consideration for a complete waiver of
the Landlord's administrative claims, which the Landlord
asserts exceeds $141,289 (the "Administrative Claim").

9.    The Debtors believe it is in the best
interest of the Debtors' estates, their creditors, and other
parties in interest for the Motion to be heard at the
hearing on July 23, 2009 at 11:00 a.m.  The Debtors are
seeking authorization and approval of the Motion at this
time because the assignment of the Lease to Assignee must be
completed by the end of the July, which will result in more
immediate money to the Debtors' estates.  If the Debtors are

4

able to immediately close the sale, it will result in a more immediate benefit to the Debtors' estates, which will in turn save the Debtors continued accrual of administrative expenses and thereby benefit the Debtors' estates.

10.    Moreover, the Debtors propose to provide notice of the Motion to (i) the Office of the United States Trustee for the Eastern District of Virginia; (ii) counsel to the agent for the DIP Lenders; (iii) counsel to Creditors' Committee; (iv) parties who have requested notice pursuant to Bankruptcy Rule 2002; and (v) the Core Group (as defined in the Case Management Order entered on November 13, 2008 at Docket No. 130).  The Debtors submit that, under the circumstances, no other or further notice need be given and in light of the circumstances, such notice is reasonably calculated to provide timely and adequate notice to the Debtors' major creditor constituencies and those parties most interested in these cases.

### WAIVER OF MEMORANDUM OF LAW

11.    Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion to Shorten Notice and all applicable authority is set forth in the Motion to Shorten Notice, the Debtors

request that the requirement that all motions be accompanied
by a separate memorandum of law be waived.

### NO PRIOR REQUEST

12.  No previous request for the relief sought
herein has been made to this Court or any other court.

## CONCLUSION

WHEREFORE, the Debtors respectfully request that
the Court (i) enter an Order, substantially in the form
annexed hereto, granting the relief requested
herein, and (ii) such other and further relief as may be
just and proper.

Dated: July 14, 2009
      Richmond, Virginia    SKADDEN, ARPS, SLATE, MEAGHER &
                                  FLOM, LLP
                                  Gregg M. Galardi, Esq.
                                  Ian S. Fredericks, Esq.
                                  P.O. Box 636
                                  Wilmington, Delaware 19899-0636
                                  (302) 651-3000

                                        - and -

                                  SKADDEN, ARPS, SLATE, MEAGHER &
                                  FLOM, LLP
                                  Chris L. Dickerson, Esq.
                                  155 North Wacker Drive
                                  Chicago, Illinois 60606
                                  (312) 407-0700

                                        - and -

                                  MCGUIREWOODS LLP

                                /s/ Douglas M. Foley_____
                                Dion W. Hayes (VSB No. 34304)
                                Douglas M. Foley (VSB No. 34364)
                                One James Center
                                901 E. Cary Street
                                Richmond, Virginia 23219
                                (804) 775-1000

                                Counsel for Debtors and Debtors
                                in Possession

**[Proposed Order]**

Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x
```

**ORDER GRANTING DEBTORS' MOTION FOR ORDER PURSUANT TO BANKRUPTCY CODE SECTION 363 (I) AUTHORIZING CIRCUIT CITY STORES, INC. TO ENTER INTO AGREEMENT MODIFYING CONTRACT WITH AAC CROSS COUNTY MALL, LLC AND (II) AUTHORIZING SALE, ASSIGNMENT, AND ASSUMPTION OF THE LEASE**

Upon consideration of the Debtors' Motion for Order

Shortening Notice Period and Limiting Notice (the "Motion to

Shorten Notice") of Debtors' Motion for Order Pursuant to

Bankruptcy Code Section 363 (I) Authorizing Circuit City

9

Stores, Inc. To Enter into agreement Modifying Contract with

AAC Cross County Mall, LLC and (II) Authorizing Sale,

Assignment, and Assumption of the Lease (the "Motion"); and

the Court having reviewed the Motion to Shorten Notice; and

the Court having determined that the relief requested in the

Motion to Shorten Notice is in the best interests of the

Debtors, their estates, their creditors, and other parties

in interest; and it appearing that proper and adequate

notice of the Motion to Shorten Notice has been given and

that no other or further notice is necessary; and upon the

record herein; and after due deliberation thereon; and good

and sufficient cause appearing therefor, it is hereby

     **ORDERED, ADJUDGED, AND DECREED that:**

    1.    The Motion to Shorten Notice is GRANTED.

    2.    Notice of the Motion is shortened so that it may

be heard, considered and ruled upon by the Court at a

hearing on July 23, 2009 at 11:00 a.m.

    3.    Notice of the Motion is limited to the parties as

set forth in the Motion to Shorten NOtice.

    4.    This Court will retain jurisdiction with respect

to any dispute concerning the relief granted hereunder.

Dated:  Richmond, Virginia

       _____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

      - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

      - and -

/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

11

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

     Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

     /s/ Douglas M. Foley

\9666875.1

12