**Response to: Eleventh Omnibus Objection to Certain Qualified Plan Claims and 401(k) Claims**

RICHMOND DIVISION

FILED

JUL 1 4 2009

CLERK
U.S. BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| CIRCUIT CITY STORES, INC., et al.,                     Debtors | Chapter 11<br><br>Case No. 08-35653 |
|---|---|

Title of Omnibus Objection to which this Response is directed: Eleventh Omnibus Objection to Certain Qualified Plan Claims and 401(k) Claims.

B:
Claimant's Name: Michael Tucker

Explanation for amount of claim: Claim is based on $232.11/month in pension payments (see attachment 1) beginning September 1, 2022 for 30 years to year 2052.

C:
Person with personal knowledge of relevant facts that support the response, setting forth the reasons why the Bankruptcy Court should overrule the Omnibus Objection as to the claimant's claim:
**Name:**      Pension Plan Representative, Circuit City Pension Plan
**Address:**   c/o Mercer
               411 East Wisconsin Avenue, Suite 1500
               Milwaukee, WI 53202-4417
**Phone:**     800-288-6353

D:
N/A

E:
Declaration of a person with personal knowledge of the relevant facts that support the response: see attachment 2

F:
Information on Claimant:
Name:       Michael Tucker
Address:    11310 Wycombe Park Lane
            Glenn Dale, MD  20769
Telephone #:  301-262-6270
Fax #:      301-262-6270

G:
N/A

Circuit City Pension Plan
c/o Mercer
411 East Wisconsin Avenue, Suite 1500
Milwaukee, WI 53202-4417

January 5, 2009

Michael Tucker
11310 Wycombe Park Lane
Glendale, MD 20769

**Subject: Retirement Plan of Circuit City Stores, Inc. (the "Plan")**

Dear Michael Tucker:

Recently you contacted the Circuit City Pension Helpline and requested information about your vested pension benefit under the Plan.

You have earned $232.11 per month for your lifetime beginning September 1, 2022, which is your normal retirement date under the plan.

If you have completed 10 years of vesting service, you are eligible to receive a reduced benefit starting as early as age 55. If you have 7 years of vesting service, you are eligible at age 62. If you are married when payments begin, your benefit will be adjusted and paid as a 50% Joint and Survivor annuity, unless you elect otherwise and have your spouse's notarized consent.

No pension payments will begin from this Plan until you request, complete and return the required paperwork. Please contact the Circuit City Pension Helpline at the number below three to four months prior to the date you want to begin benefits. All benefits must begin on the first of the month.

Please send any written inquiries to the following address:

> **Circuit City Pension Plan**
> **c/o Mercer**
> **411 East Wisconsin Avenue, Suite 1500**
> **Milwaukee, WI 53202-4417**

If you have any questions regarding your pension benefit, please call the Circuit City Pension Helpline toll free at (800) 288-6353, and select the Retirement option. Representatives are available Monday through Friday between 9:30 a.m. and 5:30 p.m. Eastern time.

Sincerely,

Pension Plan Representative

Attachment 2

## DECLARATION OF MICHAEL TUCKER

I, MICHAEL TUCKER, declare:

I am the Claimant in this case.  I have personal knowledge of the facts surrounding my claim; No. 5014 in the amount of $83,559.60.

I am asking the court to deny the Eleventh Omnibus Objection to Certain Qualified Plan Claims and 401(k) Claims, which seeks to disallow and/or modify my claim.

I declare under penalty of perjury under the laws of the State of Maryland that the foregoing is true and correct.

DATED: 7-10-09

Michael Tucker