RICHMOND DIVISION

FILED JUL 1 4 2009

CLERK
U.S. BANKRUPTCY COURT

In The Unites States Bankruptcy Court for the Eastern District Of Virginia

Richmond Division

| | |
|---|---|
| In Re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al | Case No. 08-35653 (KRH) |
| Debtors | Jointly Administered |
| | |
| Normand C. Dionne,  <u>Claimant</u> | Claim No. 6092 |
| 268 Bartlett St., Unit 2 | Amount $115.84 monthly |
| Manchester, NH. 03102 | PH. 603-641-8472 |

### *AMENDED NOTICE OF DEBTORS" TWELFTH OMNIBUS OBJECTION*

### *TO CERTAIN QUALIFIED PLAN CLAIMS AND 401 (k) CLAIMS*

It is too early to allow Debtor relief through its Omnibus Objection, for amounts due me through Debtors Pension Plan.

I come before the court as an individual who was employed by the Debtor from 1994 to 2000, a period of 6 years. During this period I became a fully vested participant in Debtors Pension Plan. The Plan was considered part of my compensation structure with contributions promised based on wage and time employed.

It is my understanding through notification from this court and separate correspondence from the Pension Benefit Guarantee Corporation, (PBGC), that the referenced Pension Plan was transferred to PBGC. PBGC representatives were unable to verify if the Pension Plan was properly or adequately funded, if funds Promised to the Plan by Debtor were actually credited. PBGC also informed me that it will take a substantial amount of time to investigate and ascertain the answers to my concerns.

Lack of adequate funding translates to reduction in or loss of my Pension Plan which is minimal yet desperately needed.

Consequently I wish to file my objection to Debtors objection to my claim previously filed until such time as PGBC can ascertain that the Promised level of funding has been honored and my Plan, as promised by debtor, has been made whole.

Sincerely,

*/s/ Normand C. Dionne*

Normand C. Dionne    9 July, 2009

Copies to;

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

One Rodney Square, PO Box 636

Wilmington, De. 19899-0636

Attn: Gregg M. Galardi

Attn: Ian S. Fredericks


MCGUIREWOODS LLP

901 E. Cary Street

Richmond, Va. 23219

Attn:  Dion W. Hayes

Attn: Douglas M. Foley


SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

333 West Wacker Dr.

Chicago, IL. 60606

Att; Chris L. Dickerson