Gregg M. Galardi, Esq.

Ian S. Fredericks, Esq.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

One Rodney Square

P. O. Box 636

Wilmington, Delaware 19899-0636

(302) 651-3000

Chris L. Dickerson, Esq.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

333 West Wacker Drive

Chicago, Illinois 60606

(312) 407-0700

Counsel to the Debtors and

Debtors in Possession

Dion W. Hayes (VSB No. 34304)

Douglas M. Foley (VSB No. 34364

MCGUIREWOODS LLP

One James Center

901 E. Cary Street

Richmond, Virginia 23219

(804) 775-1000



RICHMOND DIVISION
FILED JUL 1 4 2009 FILED
CLERK
U.S. BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC.,

et al.,

    Debtors.

Chapter 11

Case No. 08-35653

Jointly Administered

PROOF OF CLAIM

PLEASE TAKE NOTICE THAT Robert E. Kniesche, 179 Shelby Drive, Newport News, Virginia, 23608-2544, (757) 874-8674, is hereby filing Claim 2406 in the amount of $621.00 paid for Circuit City stock in April, 2003. Charlotte Kniesche. 179 Shelby Drive, Newport News, Virginia, 23608-2544, (757) 874-8674, has personal knowledge of the relevant facts to support said claim.

DATED: July 13, 2009

Robert E. Kniesche

## CERTIFICATION OF SERVICE

I hereby certify that the foregoing Proof of Claim has been served upon all necessary parties.

Robert E. Kniesche

Circuit City's Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245

```
FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049
```

Robert E Kniesche
179 Shelby Dr
Newport News, VA 23608-2544

## PROOF OF CLAIM CONFIRMATION

Your proof of claim filed against **Circuit City Stores, Inc.**,
case no **08-35653** was received on **1/2/2009**
and assigned claim number **2406**

For more information on the status of your claim, please visit
**www.kccllc.net/circuitcity** or call **(866) 381-9100**