Bertram L. Potemken   3602 Gardenview Rd, Balto Md 21208

RICHMOND DIVISION
FILED
JUL 1 4 2009
CLERK
U.S. BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

*****************************************************

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| CIRCUIT CITY STORES, INC. | * | Case No.  08-35653 (KRH) |
| et al., | * | |
| Debtors | * | |

*****************************************************

OBJECTION

RESPONSE TO DEBTORS NINETEENTH OMNIBUS TO CLAIMS

(RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO UNDERSECURED

NON-CLAIMS

1. CLAIMANT

    ESTATE OF JOSEPH Y. EINBINDER
    A/K/A   EINBINDER PROPERTIES, LLC
    3602 GARDENVIEW ROAD, Baltimore, MD. 21208

    Docketed Total $45,375.00   Secured Claim
    Modified as Unsecured.

2. Request said Claim #8047 be Reclassified PRIORITY if Unsecured is disallowed by Court.

3. Said CLAIM is for unpaid rent for month of October 2008. Rent was correctly paid for all months prior and all months thereafter up to date of store closing at final auction sale.

4. Response Person -   Bertram L. Potemken, Pers. Repres.
                       and for the LLC
                       3602 Gardenview Road
                       Baltimore, MD. 21208
                       Telephone   (410) 486-2266

5. Lease requiring payment is already  a part of the record and/or can be furnished upon request.

-1-

6. Responder per Para #4 above declares he has personal knowledge of the relevant facts that support this Response and has authority to reconcile, settle or resolve the Objection on the Claimant's behalf.

Dated:  July 10, 2009
        Baltimore, MD. 21208

Bertram L. Potemken
3602 Gardenview Road
Baltimore, MD. 21208
(410) 486-2266

Principal & Counsel
for Claimant.

CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(c)

pursuant to Local Bankruptcy Rule 9022-1(c) , I hereby certify that the aforegoing Response has been endorsed by or served upon all necessary parties; that is

MCGUIREWOODS, LLP
Douglas M. Foley, Esq.
One James Center
901 E. Cary St.
Richmond, VA. 23219

and

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, Dela 19899-0636
Attn  Ian S. Fredericks, Esq.

-2-

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

Case 08-35653-KRH    Doc 4085    Filed 07/14/09    Entered 07/15/09 09:00:30    Desc Main
Document    Page 15 of 53

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims)

# EXHIBIT C

| CLAIM TO BE MODIFIED | | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim: 4092<br>Date Filed: 01/20/2009<br>Docketed Total: $4,990.00<br>Filing Creditor Name and Address:<br>ERIE COUNTY BUREAU OF WEIGHTS<br>2380 CLINTON ST<br>CHEEKTOWAGA, NY 14227 | | Claim Holder Name and Address<br>ERIE COUNTY BUREAU OF WEIGHTS<br>2380 CLINTON ST<br>CHEEKTOWAGA, NY 14227 | Case Number:<br>08-35653<br>Docketed Total:<br>$4,990.00 | 503(b)(9)<br>Reclamation | Admin | Secured | Priority<br>$4,990.00 | Unsecured | 503(b)(9)<br>Reclamation | Admin | Case Number:<br>08-35653<br>Modified Total:<br>$4,990.00 | Secured | Priority | Unsecured<br>$4,990.00 |
| Claim: 8047<br>Date Filed: 01/29/2009<br>Docketed Total: $45,375.00<br>Filing Creditor Name and Address:<br>ESTATE OF JOSEPH Y EINBINDER<br>AKA EINBINDER PROPERTIES<br>ESTATE OF JOSEPH Y EINBINDER PROPERTIES LLC<br>3602 GARDENVIEW RD<br>BALTIMORE, MD 21208 | | Claim Holder Name and Address<br>ESTATE OF JOSEPH Y EINBINDER AKA EINBINDER PROPERTIES LLC<br>ESTATE OF JOSEPH Y EINBINDER ETC.<br>3602 GARDENVIEW RD<br>BALTIMORE, MD 21208 | Case Number:<br>08-35653<br>Docketed Total:<br>$45,375.00 | 503(b)(9)<br>Reclamation | Admin | Secured<br>$45,375.00 | Priority | Unsecured | 503(b)(9)<br>Reclamation | Admin | Case Number:<br>08-35653<br>Modified Total:<br>$45,375.00 | Secured | Priority | Unsecured<br>$45,375.00 |
| Claim: 11974<br>Date Filed: 03/30/2009<br>Docketed Total: $15,404.00<br>Filing Creditor Name and Address:<br>FABCO METAL PRODUCTS LP<br>1490 FRANCES DR<br>DAYTONA BEACH, FL 32124 | | Claim Holder Name and Address<br>FABCO METAL PRODUCTS LP<br>1490 FRANCES DR<br>DAYTONA BEACH, FL 32124 | Case Number:<br>08-35657<br>Docketed Total:<br>$15,404.00 | 503(b)(9)<br>Reclamation | Admin | Secured<br>$15,404.00 | Priority | Unsecured | 503(b)(9)<br>Reclamation | Admin | Case Number:<br>08-35657<br>Modified Total:<br>$15,404.00 | Secured | Priority | Unsecured<br>$15,404.00 |
| Claim: 8290<br>Date Filed: 01/29/2009<br>Docketed Total: $1,624,315.88<br>Filing Creditor Name and Address:<br>FIRE MATERIALS GROUP LLC<br>HIGGS FLETCHER & MACK LLP<br>401 WEST A ST STE 2600<br>SAN DIEGO, CA 92078 | | Claim Holder Name and Address<br>FIRE MATERIALS GROUP LLC<br>HIGGS FLETCHER & MACK LLP<br>401 WEST A ST STE 2600<br>SAN DIEGO, CA 92078 | Case Number:<br>08-35653<br>Docketed Total:<br>$1,624,315.88 | 503(b)(9)<br>Reclamation | Admin | Secured<br>$1,624,315.88 | Priority | Unsecured | 503(b)(9)<br>Reclamation | Admin | Case Number:<br>08-35653<br>Modified Total:<br>$1,624,315.88 | Secured | Priority | Unsecured<br>$1,624,315.88 |

"UNL" denotes an unliquidated claim.