Karen Buckley
7615 Mineral Spring Ct
Springfield, VA 22153

July 10, 2009



Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, VA 23219

a. United States Bankruptcy Count for the Eastern District of Virginia, Richmond Division

Circuit City Stores, Inc., at al, Debtors

Case No. 08-35653-KRH, Doc 2881, filed 4/1/2009, entered 401/2009, 08:31:29

Debtors Sixteenth Omnibus Objection of Claims (Reclassification of Claims filed by Equity Holders to Interests)

b: Claimant: Karen L Buckley, Claim Number: 7298, Claim Amount: $979.02, claim is for Equity Interests (42 shares of Circuit City stock)

c. Claimant purchased 42 shares of Circuit City stock at $23.31 per share on 7/27/2000 and continues to hold 42 shares of CCTYQ to this date.   The reason the court should overrule the Objection is to compensate the holders of equity interest in Circuit City who faithfully held onto the stock during the company's trying times, waiting patiently for the company to turn itself around, only to loose the full amount invested when the company declared bankruptcy. Equity holders should have as much right as debtors to collect all or at least a portion of what was invested in the company.

I, Karen L Buckley of 7615 Mineral Spring Ct., Springfield, VA 22153 declare that I purchased 42 shares of Circuit City stock at $23.31 per share on 7/27/2000 and continue to hold 42 shares of CCTYQ to this date.

I declare all of the above information to be truthful and correct. Karen L Buckley

Notice Address:   Karen L Buckley, 7615 Mineral Spring Ct, Springfield, VA 22153
Phone: 703-455-4433, Fax: 301-571-1289

Sincerely,

Karen L Buckley

Cc: Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
Attn: Gregg M Galardi; Attn: Ian S. Fredericks

Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606
Attn: Chris L Dickerson

Mcguirewoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attn: Dion W. Hayes; Attn: Douglas M. Foley