My name is Rhonda S Johnson and I oppose the relief requested in the Objection listed below.

## NOTICE OF THE DEBTORS' EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

RICHMOND DIVISION
FILED
JUL 1 4 2009
CLERK
U.S. BANKRUPTCY COURT

---------------x
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :    Case No. 08-35653 (KRH)
et al.,                       :
                              :
        Debtors.              :    Jointly Administered
---------------x

Below is a copy of how my claim is listed. I would like to modify that with a claim in the amount of $5041.00. I apologize for filling out the proof of claim form incorrectly, although I did submit it on time. I am attaching a copy of that form along with a copy of purchase orders for Circuit City stock and a current copy of my IRA account listing the stock in my account.

| TO: | Claim Number | Claim Amount | Claim Classification As Filed | Claim Classification As Modified |
|---|---|---|---|---|
| Johnson, Rhonda S
834 Crosshill Rd
Danville, KY 40422
859 236-8634 | 7688 | $0.00
Change to 5041.00 | Equity | Interests
153 Shares |

**COPY**

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

**Debtor against which claim is asserted :** (Check only one box below:)

- ☑ Circuit City Stores, Inc. (Case No. 08-35653)
- ☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
- ☐ InterTAN, Inc. (Case No. 08-35655)
- ☐ Ventoux International, Inc. (Case No. 08-35656)
- ☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)
- ☐ CC Aviation, LLC (Case No. 08-35658)
- ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
- ☐ Circuit City Stores PR, LLC (Case No. 08-35660)
- ☐ Circuit City Properties, LLC (Case No. 08-35661)
- ☐ Orbyx Electronics, LLC (Case No. 08-35662)
- ☐ Kinzer Technology, LLC (Case No. 08-35663)
- ☐ Courchevel, LLC (Case No. 08-35664)
- ☐ Abbott Advertising, Inc. (Case No. 08-35665)
- ☐ Mayland MN, LLC (Case No. 08-35666)
- ☐ Patapsco Designs, Inc. (Case No. 08-35667)
- ☐ Sky Venture Corporation (Case No. 08-35668)
- ☐ XSStuff, LLC (Case No. 08-35669)
- ☐ PRAHS, INC. (Case No. 08-35670)

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Rhonda S Johnson

**Name and address where notices should be sent:**
Rhonda S Johnson
834 Crosshill Rd
Danville Ky 40422

Telephone number: 859-236-8634

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

**Name and address where payment should be sent** (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 153 Shares

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** 153 Shares
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 7627

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:
Value of Property: $_____  Annual Interest Rate ___%
Amount of arrearage and other charges as of time case filed included in secured claim,
If any: $_____  Basis for perfection: _____
Amount of Secured Claim: $_____  Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**Date:**

**Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
Rhonda S Johnson

FOR COURT USE ONLY
**RECEIVED**
JAN 29 2009
KURTZMAN CARSON CONSULTANTS

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Ameritrade

**CONFIRMATION NOTICE**

──── WE CONFIRM THIS TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE ────

RHONDA JOHNSON  SEP IRA
ADVANCED CLEARING INC CUSTODIAN
834 CROSSHILL RD
DANVILLE  KY  40422

CONFIRMATION

| ACCOUNT NO. | OTHER INFO. | TRANS NO. | CUSIP | QUANTITY | YOUR REPRESENTATIVE |
|---|---|---|---|---|---|
| 766-937827-1 | | 00428804442 | | 3 | CC |

| ACTIVITY | QUANTITY | CUSIP | PRICE | PRINCIPAL AMOUNT | SOLD | A.C. FEE |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 95 | 172737106 | 36.50 | 3,467.50 | | |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION | NET AMOUNT |
|---|---|---|---|---|---|
| | 07/10/2000 | 07/13/2000 | | 8.00 | 3,475.50 |

TRADE DESCRIPTION:

CIRCUIT CITY STORES INC CARMAX    CC
COM

*ADVANCED CLEARING, INC. ACTS AS CLEARING AGENT*

Want to know exactly how long it takes for us to place your trades?  Now, we can tell you -- down to the second!  Place a trade online, and we will tell you when we received your order.  Then, we'll tell you when we received your order execution.  Click your Review Orders page order number for this information.

──── THANK YOU FOR ALLOWING US TO SERVE YOU ────

▼ DETACH HERE        PLEASE INCLUDE THIS ADVICE WITH ANY COMMUNICATIONS TO OUR OFFICE        DETACH HERE ▼

| 00428804442 | 766-937827-1 |
|---|---|
| 3,475.50 | 07/13/2000 |

RHONDA JOHNSON  SEP IRA
ADVANCED CLEARING INC CUSTODIAN
834 CROSSHILL RD
DANVILLE  KY  40422

FORWARD TO:

Ameritrade (Inc.)
PO Box 2209
Omaha, NE  68103-2209

**ADDRESS CHANGE?** ☐
CHECK BOX & COMPLETE REVERSE SIDE OF FORM.

# Ameritrade

**CONFIRMATION NOTICE**

--- WE CONFIRM THIS TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE ---

RHONDA JOHNSON  SEP IRA
ADVANCED CLEARING INC CUSTODIAN
834 CROSSHILL RD
DANVILLE  KY  40422

| ACCOUNT NO. | OTHER INFO | TRANS NO. | CUSIP | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 788-937827-1 | | 00478952828 | 3 | CC | | |
| ACTIVITY | QUANTITY | SYMBOL | PRICE | PRINCIPAL AMOUNT | FEES | SEC FEE |
| YOU BOUGHT | 58 | 172737108 | 27.125 | 1,573.25 | | |
| AS OF DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION | NET AMOUNT | |
| | 09/13/2000 | 09/18/2000 | | 8.00 | 1,581.25 | |

CIRCUIT CITY STORES INC CARMAX    CC
COM

ADVANCED CLEARING, INC. ACTS AS CLEARING AGENT

You can place an online trade in minutes, but it takes days for official
confirmation to reach you by mail when the order fills? Not at Ameritrade!
Subscribe to our Electronic Trade Confirmation service, and say goodbye to
waiting. Log on to your account and click on "Customize" to subscribe today.



**THANK YOU FOR ALLOWING US TO SERVE YOU**

▼ DETACH HERE          PLEASE INCLUDE THIS ADVICE WITH ANY COMMUNICATIONS TO OUR OFFICE          DETACH HERE ▼

| 00478952828 | 788-937827-1 |
|---|---|
| 1,581.25 | 09/18/2000 |

RHONDA JOHNSON  SEP IRA
ADVANCED CLEARING INC CUSTODIAN
834 CROSSHILL RD
DANVILLE  KY  40422

FORWARD TO:

**ADDRESS CHANGE?** ☐

CHECK BOX &
COMPLETE REVERSE
SIDE OF FORM.



Ameritrade (Inc.)
PO Box 2209
Omaha, NE  68103-2209

**Statement for Account # 766-937627**
06/01/09 - 06/30/09

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Ordinary Dividends | $ 25.32 | $ 25.32 |
| Interest Income Credit Balance | 1.30 | 1.31 |
| Money Market Fund Dividends | 0.14 | 6.98 |

*This section displays current and year to date taxation values for this account. The current totals may not equate to the total payments listed on this statement as corrections to tax reporting may also be included. These corrections can include changes made to previous payments and removal of payments reportable in a previous tax year (spillover dividends). The year to date totals will accurately reflect your cumulative amount for the year.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| ALCATEL LUCENT SPONSORED ADR COM | ALU | 11 | $ 2.48 | $27.28 | | $ - | $ - | $ - | $ | |
| CIRCUIT CITY STORES INC COM | CCTYQ | 153 | 0.0151 | 2.31 | | - | - | - | | |
| LSI CORP COM | LSI | 2 | 4.56 | 9.12 | | - | - | - | | |
| MODUSLINK GLOBAL SOLUTIONS INC COM | MLNK | 32 | 6.86 | 219.52 | | - | - | - | | |
| SAFEGUARD SCIENTIFICS INC COM | SFE | 200 | 1.32 | 264.00 | | - | - | - | | |
| WORLDCOM INC WORLDCOM GROUP COM | WCOEQ | 60 | NP | NP | | - | - | - | | |
| WORLDCOM INC MCI GROUP COM | MCWEQ | 2 | NP | NP | | - | - | - | | |
| **Total Stocks** | | | | **$522.23** | | **$0.00** | | **$0.00** | **$0.00** | **0.0%** |
| **Mutual Funds - Cash** | | | | | | | | | | |
| JANUS INVT FD RESEARCH FUND | JAMRX | 234.617 | $ 19.80 | $ 4,645.42 | | $ - | $ - | $ | $0.00 | 0.0% |
| **Total Mutual Funds** | | | | **$4,645.42** | | **$0.00** | | **$0.00** | **$0.00** | **0.0%** |
| **Total Cash Account** | | | | **$5,167.65** | | **$0.00** | | **$0.00** | **$0.00** | **0.0%** |