IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653 (KRH) |
| et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**SWORN DECLARATION AND STATEMENT OF MICHAEL BACH IN SUPPORT OF CREDITOR GENEREAL ELECTRIC, GE CONSUMER & INDUSTRIAL DIVISION**

Pursuant to Debtors' "Notice of Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to Unsecured, Non-Priority Claims)", subsections (c) and (e), Michael Bach, being duly sworn, deposes and says:

1. I am counsel to General Electric, GE Consumer & Industrial Division ("GE") and, unless otherwise indicated, have personal knowledge of the facts set forth in the "Preliminary Response of General Electric, GE Consumer & Industrial Division to Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims)."

2. On January 28, 2009, I filed GE's initial proof of claim, which was assigned by the Debtor's agent claim number 9027 ("Claim #9027"), in the amount of $28,334,193.54 based on service contracts sold by Circuit City Stores, Inc. (the "Debtor"). Only $2,645,318.31 was designated as secured based on a setoff for funds owed to the Debtor for service work performed by the Debtor under the service contracts.

3. On January 29, 2009, I supervised the filing of GE's amended proof of claim, which was assigned by the Debtor's agent claim number 7935 ("Claim #7935), in the amount of $28,344,193.54 based on the same service contracts sold by the Debtor. Claim #7935



designated the full amount of $28,344,193.54 as a secured claim.

4. I did not file, nor did I supervise, the filing of proof of claim #10894, which appears on the Debtor's claims register and is date stamped received February 3, 2009 by the Debtor's claim agent.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 14, 2009

Michael Bach

STATE/COMMONWEALTH OF: OHIO
CITY/COUNTY OF: HAMILTON

Sworn and subscribed before me in my jurisdiction aforesaid this 14th day of July, 2009.

Notary Public

My Commission Expires: ______________________
Notary Registration No.: ______________________

S0902041




JANET STADERMAN
Notary Public, State of Ohio
My Commission Expires
October 12, 2013