# i Touchless ®

**iTouchless Housewares and Products, Inc.**
551 Foster City Blvd., Unit M, Foster City, CA 94404
Tel: 1-650-578-0578   Fax: 1-650-578-1363

July 8, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219



To Whom It May Concern,

RE: Circuit City Stores, Inc. Chapter 11 Case# 08-35653
Subject: Objection to claims (reclassification to unsecured claims of certain claims filed as
503(B)(9) claims for good received by the debtors not within twenty days of the commencement of
the cases)


We, iTouchless Housewares & Products Inc, are writing to response the object to claims with the
amounted $3,788.00. We confirmed those orders in your objection list were delivered in between
October 21, 2008 to November 9, 2008. They all belong to the secured claim. The delivery proof
and related order information are enclosed.

Please find the following list of enclosed documents to prove that all good were delivered within
twenty days of the commencement of the cases:

1. Summary of Order List, showing all orders were delivered between October 21, 2008 to
   November 9, 2008. (Total 3 Pages)

2. Each order's packing list and its delivery proof downloaded from Fedex. (Total 143 Pages)

3. Product List (Total 1 page)


Best Regards,

Vivian Jin
Senior Manager
iTouchless Housewares & Products, Inc.
Tel: 650-578-0578 ext: 310
Cell: 650-619-9302
Fax: 650-578-0509
e-mail : VivianJ@itouchless.net

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 3704    Filed 06/23/09 ...
Case No. 08-35653 (KRH)

## EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | GOODS OUTSIDE STATUTORY 20 DAY PERIOD | | | | CLAIM AS MODIFIED |
|---|---|---|---|---|---|---|
| Claim: 788<br>Date Filed: 12/11/2008<br>Docketed Total: $16,787.00<br>Filing Creditor Name and Address:<br>1 TOUCHLESS HOUSEWARES & PRODUCTS, INC<br>ADIN VIVIAN JIN<br>551 FOSTER CITY BLVD UNIT M<br>FOSTER CITY, CA 94404 | Claim Holder Name and Address:<br>1 TOUCHLESS HOUSEWARES & PRODUCTS, INC<br>ADIN VIVIAN JIN<br>551 FOSTER CITY BLVD UNIT M<br>FOSTER CITY, CA 94404 | Invoice Detail<br>Filing Creditor Name: 1 TOUCHLESS HOUSEWARES & PRODUCTS, INC<br>Claim: 788<br>Invoice Total: $3,788.00 | | | | |

### CLAIM AS DOCKETED*

| | |
|---|---|
| Case Number: | 08-35653 |
| 503(b)(9): | $16,787.00 |
| Unsecured: | |
| Docketed Total: | $16,787.00 |

### GOODS OUTSIDE STATUTORY 20 DAY PERIOD

| INVOICE DATE | RECEIPT DATE | INVOICE NUMBER | INVOICE AMOUNT |
|---|---|---|---|
| 10/14/2008 | 10/14/2008 | D005031n | $60.50 |
| 10/14/2008 | 10/14/2008 | D005318 | $85.00 |
| 10/14/2008 | 10/14/2008 | D005320 | $35.00 |
| 10/14/2008 | 10/14/2008 | D005321 | $85.00 |
| 10/14/2008 | 10/14/2008 | D005323 | $121.50 |
| 10/15/2008 | 10/15/2008 | D005026 | $125.00 |
| 10/15/2008 | 10/15/2008 | D005327 | $10.00 |
| 10/15/2008 | 10/15/2008 | D005028 | $125.00 |
| 10/15/2008 | 10/15/2008 | D005029 | $85.00 |
| 10/16/2008 | 10/16/2008 | D005031 | $67.00 |
| 10/16/2008 | 10/16/2008 | D005032 | $10.00 |
| 10/16/2008 | 10/16/2008 | D005034 | $29.00 |
| 10/16/2008 | 10/16/2008 | D005335 | $60.50 |
| 10/16/2008 | 10/16/2008 | D005336 | $67.00 |
| 10/16/2008 | 10/16/2008 | D005037 | $60.50 |
| 10/16/2008 | 10/16/2008 | D005338 | $60.50 |
| 10/16/2008 | 10/16/2008 | D005399 | $60.50 |
| 10/16/2008 | 10/16/2008 | D005340 | $25.00 |
| 10/16/2008 | 10/16/2008 | D005341 | $25.00 |
| 10/16/2008 | 10/16/2008 | D005342 | $60.50 |
| 10/16/2008 | 10/16/2008 | D005343 | $60.50 |
| 10/16/2008 | 10/16/2008 | D005344 | $25.00 |
| 10/16/2008 | 10/16/2008 | D005346 | $85.50 |
| 10/16/2008 | 10/16/2008 | D005347 | $60.50 |
| 10/16/2008 | 10/16/2008 | D005349 | $60.50 |
| 10/16/2008 | 10/16/2008 | D005350 | $60.50 |
| 10/16/2008 | 10/16/2008 | D005351 | $60.50 |
| 10/16/2008 | 10/16/2008 | D005352 | $60.50 |
| 10/16/2008 | 10/16/2008 | D005353 | $60.50 |
| 10/16/2008 | 10/16/2008 | D005355 | $25.00 |

### CLAIM AS MODIFIED

| | |
|---|---|
| Case Number: | 08-35653 |
| 503(b)(9): | $12,999.00 |
| Unsecured: | $3,788.00 |
| Modified Total: | $16,787.00 |

* "UNL" denotes an unliquidated claim

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH
Case No. 08-35653 (KRH)

EXHIBIT C

(... Modified Claims Of Certain Claims ... cation Received By The Debtors Not Within Twenty Days Of The Commencement Of The Cases)

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | GOODS OUTSIDE STATUTORY 20 DAY PERIOD | | | | CLAIM AS MODIFIED |
|---|---|---|---|---|---|---|
| | | Invoice Detail | | | | |
| | | Filing Creditor Name: 1 TOUCHLESS HOUSEWARES & PRODUCTS, INC | | | | |
| | | Claim: 788 | | | | |
| | | Invoice Total: $3,788.00 | | | | |
| | | INVOICE DATE | RECEIPT DATE | INVOICE NUMBER | INVOICE AMOUNT | |
| | | 10/16/2008 | 10/16/2008 | D0050356 | $50.50 | |
| | | 10/16/2008 | 10/16/2008 | D0050357 | $25.00 | |
| | | 10/16/2008 | 10/16/2008 | D0050359 | $50.50 | |
| | | 10/16/2008 | 10/16/2008 | D0050360 | $40.50 | |
| | | 10/16/2008 | 10/16/2008 | D0050361 | $25.00 | |
| | | 10/16/2008 | 10/16/2008 | D0050362 | $25.00 | |
| | | 10/16/2008 | 10/16/2008 | D0050363 | $25.00 | |
| | | 10/16/2008 | 10/16/2008 | D0050364 | $25.00 | |
| | | 10/16/2008 | 10/16/2008 | D0050365 | $40.50 | |
| | | 10/16/2008 | 10/16/2008 | D0050366 | $40.50 | |
| | | 10/16/2008 | 10/16/2008 | D0050367 | $50.50 | |
| | | 10/16/2008 | 10/16/2008 | D0050368 | $50.50 | |
| | | 11/11/2008 | 11/11/2008 | D0050599 | $25.00 | |
| | | 11/11/2008 | 11/11/2008 | D0050600 | $10.00 | |
| | | 11/11/2008 | 11/11/2008 | D0050601 | $16.00 | |
| | | 11/11/2008 | 11/11/2008 | D0050602 | $29.00 | |
| | | 11/11/2008 | 11/11/2008 | D0050603 | $125.00 | |
| | | 11/11/2008 | 11/11/2008 | D0050604 | $35.00 | |
| | | 11/11/2008 | 11/11/2008 | D0050606 | $125.00 | |
| | | 11/11/2008 | 11/11/2008 | D0050607 | $85.00 | |
| | | 11/11/2008 | 11/11/2008 | D0050608 | $25.00 | |
| | | 11/11/2008 | 11/11/2008 | D0050609 | $10.00 | |
| | | 11/11/2008 | 11/11/2008 | D0050610 | $85.00 | |
| | | 11/11/2008 | 11/11/2008 | D0050611 | $29.00 | |
| | | 11/11/2008 | 11/11/2008 | D0050612 | $85.00 | |
| | | 11/11/2008 | 11/11/2008 | D0050613 | $16.00 | |
| | | 11/11/2008 | 11/11/2008 | D0050614 | $85.00 | |
| | | 11/11/2008 | 11/11/2008 | D0050615 | $24.50 | |
| | | 11/11/2008 | 11/11/2008 | D0050618 | $50.50 | ← Invoice # should be D0050616 |
| | | 11/11/2008 | 11/11/2008 | D0050619 | $25.00 | |
| | | 11/11/2008 | 11/11/2008 | D0050620 | $40.50 | |

* 'UNL' denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

Debtors' Twenty-Ninth Omnibus Objection To Claims (Reclassification Of Certain Administrative Claims, Reduction And Reclassification Of Certain Partially Secured Claims, And Reclassification And Modification Of Certain Misclassified Claims) — Modification Of Certain Claims Asserting Reclamation Claims For Goods Not Received By The Debtors Not Within Twenty Days Of The Commencement Of The Cases

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | GOODS OUTSIDE STATUTORY 20 DAY PERIOD | CLAIM AS MODIFIED |
|---|---|---|---|

**GOODS OUTSIDE STATUTORY 20 DAY PERIOD**

Invoice Detail

Filing Creditor Name:    1 TOUCHLESS HOUSEWARES & PRODUCTS, INC

Claim:    788
Invoice Total:    $3,788.00

| INVOICE DATE | RECEIPT DATE | INVOICE NUMBER | INVOICE AMOUNT |
|---|---|---|---|
| 11/11/2008 | 11/11/2008 | D0058621 | $16.00 |
| 11/11/2008 | 11/11/2008 | D0058622 | $85.00 |
| 11/11/2008 | 11/11/2008 | D0058565 | $72.00 |
| 11/12/2008 | 11/12/2008 | D0058420 | $60.50 |
| 11/12/2008 | 11/12/2008 | D0058435 | $85.00 |
| 11/12/2008 | 11/12/2008 | D0058538 | $85.00 |
| 11/12/2008 | 11/12/2008 | D0058419 | $85.00 |
|  |  | D0058421 | $85.00 |
|  |  | D0058471 | $40.50 |

Invoice Total:    $3,788.00

← Invoice # should be D0058565

Page 52 of 176

* "UNL" denotes an unliquidated claim.

## Orders delivered between October 21, 2008 to November 9, 2008

| Delivery Date & Time | Circuit City PO# | Invoice # | Product Item# | Unit Price | Qty | Order Amount | Method of Delivery | Fedex tracking number |
|---|---|---|---|---|---|---|---|---|
| 10/21/08 14:01 | 5447248 | D0050316 | IT14SC | $ 60.50 | 1 | $ 60.50 | Fedex Ground | 726874460405313 |
| 10/21/08 8:58 | 5447274 | D0050318 | AV002A | $ 85.00 | 1 | $ 85.00 | Fedex Ground | 726874460405320 |
| 10/21/08 12:09 | 5447290 | D0050320 | FS001B | $ 35.00 | 1 | $ 35.00 | Fedex Ground | 726874460405344 |
| 10/21/08 12:20 | 5447313 | D0050321 | AV002A | $ 85.00 | 1 | $ 85.00 | Fedex Ground | 726874460405351 |
| 10/21/08 10:21 | 5447513 | D0050323 | TM001S | $ 40.50 | 3 | $ 121.50 | Fedex Ground | 726874460405375 |
| 10/21/08 12:48 | 5447695 | D0050326 | IT23RC | $ 125.00 | 1 | $ 125.00 | Fedex Ground | 726874460405405 |
| 10/21/08 8:24 | 5447698 | D0050327 | BR001U | $ 10.00 | 1 | $ 10.00 | Fedex Ground | 726874460405412 |
| 10/21/08 15:43 | 5447822 | D0050328 | IT23RC | $ 125.00 | 1 | $ 125.00 | Fedex Ground | 726874460405429 |
| 10/21/08 12:27 | 5447802 | D0050329 | AV002A | $ 85.00 | 1 | $ 85.00 | Fedex Ground | 726874460405436 |
| 10/21/08 16:35 | 5447887 | D0050331 | IT16RE | $ 67.00 | 1 | $ 67.00 | Fedex Ground | 726874460405467 |
| 10/22/08 17:04 | 5447926 | D0050332 | PBSDLX | $ 10.00 | 1 | $ 10.00 | Fedex Ground | 726874460405474 |
| 10/23/08 13:26 | 5447987 | D0050334 | ESD002S | $ 29.00 | 1 | $ 29.00 | Fedex Ground | 726874460405481 |
| 10/21/08 12:21 | 5447995 | D0050335 | IT14SC | $ 60.50 | 1 | $ 60.50 | Fedex Ground | 726874460405498 |
| 10/21/08 11:17 | 5447997 | D0050336 | IT16RE | $ 67.00 | 1 | $ 67.00 | Fedex Ground | 726874460405504 |
| 10/21/08 16:01 | 5447998 | D0050337 | IT14SW | $ 60.50 | 1 | $ 60.50 | Fedex Ground | 726874460405511 |
| 10/22/08 14:45 | 5447999 | D0050338 | IT14SC | $ 60.50 | 1 | $ 60.50 | Fedex Ground | 726874460405528 |
| 10/23/08 17:54 | 5448002 | D0050339 | IT14SC | $ 60.50 | 1 | $ 60.50 | Fedex Ground | 726874460405535 |
| 10/23/08 13:41 | 5448004 | D0050340 | IT01RC | $ 25.00 | 1 | $ 25.00 | Fedex Ground | 726874460405542 |
| 10/22/08 10:37 | 5448006 | D0050341 | IT01RC | $ 25.00 | 1 | $ 25.00 | Fedex Ground | 726874460405559 |
| 10/22/08 10:00 | 5448008 | D0050342 | IT13RCB | $ 50.50 | 1 | $ 50.50 | Fedex Ground | 726874460405849 |
| 10/22/08 8:53 | 5448012 | D0050343 | IT13RCB | $ 50.50 | 1 | $ 50.50 | Fedex Ground | 726874460405573 |
| 10/22/08 16:07 | 5448017 | D0050344 | IT01RC | $ 25.00 | 1 | $ 25.00 | Fedex Ground | 726874460405580 |
| 10/23/08 10:00 | 5448028 | D0050346 | IT14SC | $ 60.50 | 1 | $ 60.50 | Fedex Ground | 726874460405603 |
| 10/23/08 10:00 | 5448028 | D0050346 | IT01RC | $ 25.00 | 1 | $ 25.00 | Fedex Ground | 726874460405610 |
| 10/23/08 14:30 | 5448030 | D0050347 | IT14SC | $ 60.50 | 1 | $ 60.50 | Fedex Ground | 726874460405627 |
| 10/21/08 7:41 | 5448036 | D0050349 | IT14SC | $ 60.50 | 1 | $ 60.50 | Fedex Ground | 726874460405641 |

Orders delivered between October 21, 2008 to November 9, 2008

| Delivery Date & Time | Circuit City PO# | Invoice # | Product Item# | Unit Price | Qty | Order Amount | Method of Delivery | Fedex tracking number |
|---|---|---|---|---|---|---|---|---|
| 10/22/08 13:15 | 5448040 | D0050350 | IT13RCB | $ 50.50 | 1 | $ 50.50 | Fedex Ground | 726874460405658 |
| 10/21/08 14:58 | 5448042 | D0050351 | IT14SC | $ 60.50 | 1 | $ 60.50 | Fedex Ground | 726874460405665 |
| 10/21/08 12:14 | 5448041 | D0050352 | IT14SC | $ 60.50 | 1 | $ 60.50 | Fedex Ground | 726874460405672 |
| 10/22/08 16:59 | 5448046 | D0050353 | IT01RC | $ 25.00 | 1 | $ 25.00 | Fedex Ground | 726874460405689 |
| 10/23/08 11:06 | 5448053 | D0050355 | IT01RC | $ 25.00 | 1 | $ 25.00 | Fedex Ground | 726874460405696 |
| 10/22/08 10:07 | 5448055 | D0050356 | IT13RCB | $ 50.50 | 1 | $ 50.50 | Fedex Ground | 726874460405702 |
| 10/22/08 7:28 | 5448059 | D0050357 | IT01RC | $ 25.00 | 1 | $ 25.00 | Fedex Ground | 726874460405719 |
| 10/22/08 12:47 | 5448061 | D0050359 | IT13RCB | $ 50.50 | 1 | $ 50.50 | Fedex Ground | 726874460405733 |
| 10/22/08 12:27 | 5448068 | D0050360 | IT14SC | $ 60.50 | 1 | $ 60.50 | Fedex Ground | 726874460405740 |
| 10/21/08 18:14 | 5448073 | D0050361 | IT01RC | $ 25.00 | 1 | $ 25.00 | Fedex Ground | 726874460405757 |
| 10/22/08 9:45 | 5448079 | D0050362 | IT01RC | $ 25.00 | 1 | $ 25.00 | Fedex Ground | 726874460405764 |
| 10/22/08 14:56 | 5448080 | D0050363 | IT01RC | $ 25.00 | 1 | $ 25.00 | Fedex Ground | 726874460405771 |
| 10/21/08 18:05 | 5448091 | D0050364 | IT01RC | $ 25.00 | 1 | $ 25.00 | Fedex Ground | 726874460405788 |
| 10/21/08 18:05 | 5448090 | D0050365 | IT14SC | $ 60.50 | 1 | $ 60.50 | Fedex Ground | 726874460405795 |
| 10/21/08 10:23 | 5448092 | D0050366 | IT14SC | $ 60.50 | 1 | $ 60.50 | Fedex Ground | 726874460405801 |
| 10/22/08 13:56 | 5448094 | D0050367 | IT14SB | $ 60.50 | 1 | $ 60.50 | Fedex Ground | 726874460405818 |
| 10/23/08 15:50 | 5448097 | D0050368 | IT14SC | $ 60.50 | 1 | $ 60.50 | Fedex Ground | 726874460405832 |
| 10/31/08 13:32 | 5451441 | D0050599 | IT01RC | $ 25.00 | 1 | $ 25.00 | Fedex Ground | 726874460408949 |
| 10/31/08 11:49 | 5451443 | D0050600 | PBSDLX | $ 10.00 | 1 | $ 10.00 | Fedex Ground | 726874460408956 |
| 11/6/08 15:50 | 5451459 | D0050601 | UV001U | $ 16.00 | 1 | $ 16.00 | Fedex Ground | 726874460408963 |
| 11/5/08 10:46 | 5451465 | D0050602 | ESD002S | $ 29.00 | 1 | $ 29.00 | Fedex Ground | 726874460408970 |
| 11/5/08 12:46 | 5451494 | D0050603 | IT23RC | $ 125.00 | 1 | $ 125.00 | Fedex Ground | 726874460408987 |
| 11/6/08 10:42 | 5451502 | D0050604 | FS001B | $ 35.00 | 1 | $ 35.00 | Fedex Ground | 726874460408994 |
| 11/3/08 12:18 | 5451519 | D0050606 | IT23RC | $ 125.00 | 1 | $ 125.00 | Fedex Ground | 726874460409021 |
| 11/3/08 12:16 | 5451531 | D0050607 | AV002A | $ 85.00 | 1 | $ 85.00 | Fedex Ground | 726874460409038 |
| 11/5/08 17:37 | 5451532 | D0050608 | IT01RC | $ 25.00 | 1 | $ 25.00 | Fedex Ground | 726874460409045 |

2 of 3

7/8/2009

## Orders delivered between October 21, 2008 to November 9, 2008

| Delivery Date & Time | Circuit City PO# | Invoice # | Product Item# | Unit Price | Qty | Order Amount | Method of Delivery | Fedex tracking number |
|---|---|---|---|---|---|---|---|---|
| 11/4/08 19:01 | 5451591 | D0050609 | BR001U | $ 10.00 | 1 | $ 10.00 | Fedex Ground | 726874460409052 |
| 11/6/08 11:25 | 5451592 | D0050610 | AV002A | $ 85.00 | 1 | $ 85.00 | Fedex Ground | 726874460409069 |
| 11/6/08 8:46 | 5451614 | D0050611 | ESD002S | $ 29.00 | 1 | $ 29.00 | Fedex Ground | 726874460409076 |
| 11/4/08 13:39 | 5451638 | D0050612 | AV002A | $ 85.00 | 1 | $ 85.00 | Fedex Ground | 726874460409083 |
| 11/6/08 12:37 | 5451678 | D0050613 | UV001U | $ 16.00 | 1 | $ 16.00 | Fedex Ground | 726874460409090 |
| 11/6/08 12:49 | 5451708 | D0050614 | AV002A | $ 85.00 | 1 | $ 85.00 | Fedex Ground | 726874460409106 |
| 11/3/08 11:25 | 5451739 | D0050615 | PM001C | $ 14.50 | 1 | $ 14.50 | Fedex 2nd day | 97637643782 |
| 11/3/08 11:25 | 5451739 | D0050615 | BR001U | $ 10.00 | 1 | $ 10.00 | Fedex 2nd day | 97637643771 |
| 11/5/08 16:38 | 5451773 | *D0050616 | IT13RCB | $ 50.50 | 1 | $ 50.50 | Fedex 2nd day | 97637643793 |
| | | * This inovice number was wrongly typed as D0050618 in Exhibit C. | | | | | | |
| 11/6/08 12:52 | 5451825 | D0050619 | IT01RC | $ 25.00 | 1 | $ 25.00 | Fedex Ground | 726874460409137 |
| 11/5/08 13:44 | 5451871 | D0050620 | TM001S | $ 40.50 | 1 | $ 40.50 | Fedex 2nd day | 97637643808 |
| 11/5/08 12:58 | 5452249 | D0050621 | FR001W | $ 16.00 | 1 | $ 16.00 | Fedex Ground | 726874460409144 |
| 11/5/08 14:44 | 5452312 | D0050622 | AV002A | $ 85.00 | 1 | $ 85.00 | Fedex 2nd day | 97637643819 |
| 11/5/08 9:00 | 5451505 | *D0050605 | EZF003C | $ 36.00 | 1 | $ 36.00 | Fedex Ground | 726874460409014 |
| 11/5/08 9:00 | 5451505 | *D0050605 | FS001B | $ 35.00 | 1 | $ 35.00 | Fedex Ground | 726874460409007 |
| | | * This inovice number was wrongly typed as D005065 in Exhibit C. | | | | | | |
| 10/23/08 14:58 | 5448514 | D0050420 | IT14SC | $ 60.50 | 1 | $ 60.50 | Fedex Ground | 726874460406914 |
| 10/24/08 9:02 | 5448691 | D0050435 | SF001C | $ 55.00 | 1 | $ 55.00 | Fedex Ground | 726874460407065 |
| 11/3/08 10:15 | 5450581 | D0050538 | AV002A | $ 85.00 | 1 | $ 85.00 | Fedex Ground | 726874460408284 |
| 10/27/08 11:24 | 5448461 | D0050419 | AV002A | $ 85.00 | 1 | $ 85.00 | Fedex Ground | 726874460406907 |
| 10/24/08 16:33 | 5448516 | D0050421 | AV002A | $ 85.00 | 1 | $ 85.00 | Fedex Ground | 726874460406921 |
| 10/27/08 15:08 | 5449070 | D0050471 | TM001S | $ 40.50 | 1 | $ 40.50 | Fedex Ground | 726874460407454 |
| | | | | | Total | $ 3,788.00 | | |

7/8/2009

3 of 3



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Order Number: 4423-0379054**

**Order Date:** 10/13/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5447248

**Ship To:**
SETH FOSTER
535 LARGOVISTA DR
OAKLAND, FL 34787

**Bill To:**
SETH FOSTER

| Invoice  00050316 | Date  10/14/2008 | SHIPPING | 0.00 |
| Customer  circuitcity | Wgt  16 0 LBS | SPECIAL | 0.00 |
| Dept  1 | COD | 0 00 | HANDLING | 0 00 |
| PO Number  5447248 | DV | 0 00 | TOTAL | 0 00 |

Svcs: GND THRD PTY
TRCK: 726874460405313

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT14SC | IT14SC | ITH IT14SC iTouchless Stainless Steel Touchless Trashcan SX |

### Return Instructions

*If you are unhappy with any item, you can return it by mail.*
*To expedite your return, please follow the instructions below.*

1. To receive a Return Authorization number, please visit the *Help & Services* section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. *Cut out the return label to the right.*
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. *Include this packing slip.*
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes

❏ Not as expected     ❏ Arrived too late
❏ Defective             ❏ Customer ordering error
❏ Damaged              ❏ Wrong item

5447248
SETH FOSTER
535 LARGOVISTA DR
OAKLAND, FL 34787

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

  Return Authorization # _____

*Thank You For Your Order!*

## Detailed Results

Enter tracking number



| Detailed Results | Notifications |
|---|---|

**Tracking no.: 726874460405313**

✉ E-mail notifications

# Delivered

Initiated  Picked up  In transit  Delivered

**Delivered**
Signed for by: Signature not required

**Shipment Dates**

Ship date ⓘ   Oct 14, 2008
Delivery date ⓘ  Oct 21, 2008 2:01 PM

**Destination**

Winter Garden, FL
Proof of Delivery ⓘ

## Shipment Facts                                                                 **Help**

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 16.0 lbs/7.3 kg | Purchase order number | 5447248 |
| | | Invoice number | D0050316 |
| | | Department number | 1 |

## Shipment Travel History                                                        **Help**

Select time zone:  Select        ▾                        Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 21, 2008 2:01 PM | **Delivered** | Winter Garden, FL | Left at front door. Signature Service not requested. |
| Oct 20, 2008 6:50 PM | Arrived at FedEx location | ORLANDO, FL | |
| Oct 17, 2008 10:34 AM | In transit | MEMPHIS, TN | |
| Oct 16, 2008 3:50 AM | In transit | NORTH SALT LAKE, UT | |
| Oct 15, 2008 9:02 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 14, 2008 11:29 PM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 14, 2008 10:01 PM | :Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 14, 2008 7:05 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 14, 2008 5:13 PM | Picked up | SAN LEANDRO, CA | |
| Oct 14, 2008 3:33 PM | Shipment information sent to FedEx | | |



**Contact Circuit City**
*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Order Number:** 4422-0379348



Order Date: 10/13/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5447274

| Ship To: | Bill To: |
|---|---|
| JOSEPH BANAR | JOSEPH BANAR |
| 4066 SKYVIEW DR | |
| APT 198 | |
| BRUNSWICK, OH 44212 | |

```
        Invoice  D0050318    Date  10/14/2008    SHIPPING       0 00
        Customer: circuitcity Wgt  10.0 LBS       SPECIAL        0 00
        Dept: 1              COD          0 00    HANDLING       0 00
        PO Number: 5447274   DV:          0.00    TOTAL          0 00
             Svcs: GND THRD PTY
             TRCK: 726874460405320
```

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_AV002A | AV002A | ITH AV002A iTouchless Automatic Intelligent Robotic Vacuum Cleaner |

### Return Instructions

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes

❏ Not as expected    ❏ Arrived too late
❏ Defective          ❏ Customer ordering error
❏ Damaged            ❏ Wrong item

5447274
JOSEPH BANAR
4066 SKYVIEW DR
APT 198
BRUNSWICK, OH 44212

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

Return Authorization # _____



*Thank You For Your Order!*



Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460405320                                   ✉ E-mail notifications

**Delivered**          Initiated   Picked up   In transit   Delivered
                                    *Delivered*
                          Signed for by: Signature Not Req

**Shipment Dates**                              **Destination**

Ship date ⏱ Oct 14, 2008                        Brunswick, OH
Delivery date ⏱ Oct 21, 2008 8:58 AM            Proof of Delivery ⏱

**Shipment Facts**                                                    Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 10.0 lbs/4.5 kg | Purchase order number | 5447274 |
| | | Invoice number | D0050318 |
| | | Department number | 1 |

**Shipment Travel History**                                           Help

Select time zone: Select                        Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 21, 2008 8:58 AM | Delivered | Brunswick, OH | Signature Service not requested. |
| Oct 21, 2008 8:58 AM | Delivery exception | RICHFIELD, OH | Delivered to address other than recipient |
| Oct 21, 2008 4:58 AM | On FedEx vehicle for delivery | RICHFIELD, OH | |
| Oct 21, 2008 4:50 AM | Shipment exception | RICHFIELD, OH | Barcode label unreadable and replaced |
| Oct 20, 2008 9:41 AM | Delivery exception | RICHFIELD, OH | Customer not available or business closed |
| Oct 18, 2008 8:16 AM | On FedEx vehicle for delivery | RICHFIELD, OH | |
| Oct 18, 2008 8:13 AM | Arrived at FedEx location | RICHFIELD, OH | |
| Oct 17, 2008 8:32 PM | At local FedEx facility | RICHFIELD, OH | |
| Oct 17, 2008 6:09 PM | Departed FedEx location | GROVE CITY, OH | |
| Oct 17, 2008 4:19 PM | Arrived at FedEx location | GROVE CITY, OH | |
| Oct 15, 2008 11:18 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 15, 2008 12:11 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 14, 2008 10:01 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 14, 2008 7:07 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 14, 2008 5:13 PM | Picked up | SAN LEANDRO, CA | |
| Oct 14, 2008 3:33 PM | Shipment information sent to FedEx | | |



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

---

**Ship To:**
BARTON B POLIZOTTO
405 ROCKBURN CT
PURCELLVILLE, VA 20132

| | | |
|---|---|---|
| Invoice D0050320 | Date 10/14/2008 | SHIPPING 0.00 |
| Customer circuitcity | Wgt 8.0 LBS | SPECIAL 0.00 |
| Dept 1 | COD 0.00 | HANDLING 0.00 |
| PO Number 5447290 | DV 0.00 | TOTAL 0.00 |

Svcs: GND THRD PTY
TRCK: 726874460405344

**Bill To:**
BARTON B POLIZOTTO

**Order Number:** 4427-3668870

**Order Date:** 10/13/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5447290

---

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_FS001B | FS001B | ITH FS001B iTouchless Fresh Sealer Vacuum Sealed Food Storage Container |

---

### Return Instructions

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes

❏ Not as expected      ❏ Arrived too late
❏ Defective               ❏ Customer ordering error
❏ Damaged               ❏ Wrong item

5447290
BARTON B POLIZOTTO
405 ROCKBURN CT
PURCELLVILLE, VA 20132

**RETURNS**
551 Foster City Blvd.
Unit M
Foster City, CA 94404

 Return Authorization # _____

*Thank You For Your Order!*

## Detailed Results



Enter tracking number

| Detailed Results | Notifications |
|---|---|

**Tracking no.: 726874460405344**

✉ E-mail notifications

# Delivered

Initiated  Picked up  In transit  Delivered

**Delivered**
Signed for by: Signature not required

**Shipment Dates**

Ship date ⓘ  Oct 14, 2008
Delivery date ⓘ  Oct 21, 2008 12:09 PM

**Destination**

Purcellville, VA
Proof of Delivery ⓘ

### Shipment Facts                                      Help

| Service type | Ground-Domestic | | Reference | circuitcity |
|---|---|---|---|---|
| Weight | 8.0 lbs/3.6 kg | | Purchase order number | 5447290 |
| | | | Invoice number | D0050320 |
| | | | Department number | 1 |

### Shipment Travel History                              Help

Select time zone:  Select

Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 21, 2008 12:09 PM | **Delivered** | Purcellville, VA | Left at front door. Signature Service not requested. |
| Oct 21, 2008 5:22 AM | On FedEx vehicle for delivery | WINCHESTER, VA | |
| Oct 20, 2008 8:59 PM | At local FedEx facility | WINCHESTER, VA | |
| Oct 20, 2008 8:02 PM | Departed FedEx location | HAGERSTOWN, MD | |
| Oct 20, 2008 4:42 PM | Arrived at FedEx location | HAGERSTOWN, MD | |
| Oct 16, 2008 3:50 AM | In transit | NORTH SALT LAKE, UT | |
| Oct 15, 2008 7:13 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 14, 2008 11:27 PM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 14, 2008 10:01 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 14, 2008 7:06 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 14, 2008 5:13 PM | Picked up | SAN LEANDRO, CA | |
| Oct 14, 2008 3:33 PM | Shipment information sent to FedEx | | |



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Ship To:**
ABELARDO C BELLO
7250 SW 8TH ST
MIAMI, FL 33144

**Bill To:**
ABELARDO C BELLO

```
                                SHIPPING          0.00
                                SPECIAL           0.00
Invoice  D0050321   Date 10/14/2008   Wgt    HANDLING   0.00
Customer  circuitcity      COD    0.00  TOTAL.    0.00
Dept 1                     DV
PO Number    5447313
        Svcs: GND THRD PTY
        TRCK: 726874460405351
```

**Order Number:** 4432-0378435

**Order Date:** 10/13/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5447313

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_AV002A | AV002A | ITH AV002A iTouchless Automatic Intelligent Robotic Vacuum Cleaner |

**Return Instructions**

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**
❏ Not as expected   ❏ Arrived too late
❏ Defective   ❏ Customer ordering error
❏ Damaged   ❏ Wrong item

5447313
ABELARDO C BELLO
7250 SW 8TH ST
MIAMI, FL 33144

**RETURNS**
551 Foster City Blvd.
Unit M
Foster City, CA 94404

Return Authorization # _____

*Thank You For Your Order!*

## Detailed Results

Enter tracking number ▮

| Detailed Results | Notifications |
|---|---|



Tracking no.: 726874460405351                                    ✉ E-mail notifications

# Delivered

Initiated — Picked up — In transit — Delivered

**Delivered**
Signed for by: ABELLO

**Shipment Dates**                                    **Destination**

Ship date ⓘ   Oct 14, 2008                            Miami, FL
Delivery date ⓘ   Oct 21, 2008 12:20 PM               Signature Proof of Delivery ⓘ

## Shipment Facts                                                    Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 10.0 lbs/4.5 kg | Purchase order number | 5447313 |
| | | Invoice number | D0050321 |
| | | Department number | 1 |

## Shipment Travel History                                           Help

Select time zone:  Select        ,                    Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 21, 2008 12:20 PM | **Delivered** | Miami, FL | |
| Oct 21, 2008 4:46 AM | On FedEx vehicle for delivery | MIAMI, FL | |
| Oct 21, 2008 4:44 AM | At local FedEx facility | MIAMI, FL | |
| Oct 21, 2008 12:44 AM | Departed FedEx location | ORLANDO, FL | |
| Oct 20, 2008 1:43 PM | Arrived at FedEx location | ORLANDO, FL | |
| Oct 15, 2008 4:45 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 15, 2008 12:47 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 14, 2008 9:57 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 14, 2008 7:09 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 14, 2008 5:13 PM | Picked up | SAN LEANDRO, CA | |
| Oct 14, 2008 3:33 PM | Shipment information sent to FedEx | | |



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

| Ship To: | Bill To: |
|---|---|
| SANDRA BOBROW<br>224 COMMODORE DR<br>JUPITER, FL 33477 | SANDRA BOBROW |

Order Number: 4420-0900179

Order Date: 10/14/08

Shipping Method: Ground (carrier not specified)

Purchase Order Number: 5447513

```
Invoice  00050323, 3  Date  10/14/2008      SHIPPING      0.00
Customer  circuitcity Wgt     9 0 LBS       SPECIAL:      0.00
Dept: 3                COD:           0 00  HANDLING      0 00
PO Number  5447513     DV             0 00  TOTAL         0 00
              Svcs: GND THRD PTY
              TRCK: 726874460405375
```

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 3 | 3 | ITH_TM001S | TM001S | ITH TM001S iTouchless Automatic Paper Towel Dispenser |

### Return Instructions

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes

❏ Not as expected    ❏ Arrived too late
❏ Defective          ❏ Customer ordering error
❏ Damaged            ❏ Wrong item

5447513
SANDRA BOBROW
224 COMMODORE DR
JUPITER, FL 33477

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404



Return Authorization # _____

*Thank You For Your Order!*

Detailed Results

Enter tracking number

| Detailed Results | Notifications |
| --- | --- |

Tracking no.: 726874460405375                                        ✉ E-mail notifications

**Delivered**          ● Initiated  ● Picked up  ● In transit  ● Delivered
                                    **Delivered**
                            Signed for by: Signature not required

**Shipment Dates**                              **Destination**

Ship date ⊃ Oct 14, 2008                        Jupiter, FL
Delivery date ⊃ Oct 21, 2008 10:21 AM            Proof of Delivery ⊃

**Shipment Facts**                                                      Help

| | | | |
| --- | --- | --- | --- |
| Service type | Ground-Domestic | Reference | circuitcity |
| Weight | 9.0 lbs/4.1 kg | Purchase order number | 5447513 |
| | | Invoice number | D0050323, 3 |
| | | Department number | 3 |

**Shipment Travel History**                                            Help

Select time zone:  Select      ‡                Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
| --- | --- | --- | --- |
| Oct 21, 2008 10:21 AM | Delivered | Jupiter, FL | Left at front door. Signature Service not requested. |
| Oct 21, 2008 4:04 AM | On FedEx vehicle for delivery | WEST PALM BEACH, FL | |
| Oct 20, 2008 11:22 PM | At local FedEx facility | WEST PALM BEACH, FL | |
| Oct 20, 2008 8:49 PM | Departed FedEx location | ORLANDO, FL | |
| Oct 20, 2008 6:59 PM | Arrived at FedEx location | ORLANDO, FL | |
| Oct 17, 2008 10:34 AM | In transit | MEMPHIS, TN | |
| Oct 16, 2008 3:50 AM | In transit | | |
| Oct 15, 2008 11:54 AM | In transit | RENO, NV | |
| Oct 15, 2008 8:02 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 14, 2008 10:11 PM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 14, 2008 7:30 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 14, 2008 7:04 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 14, 2008 5:13 PM | Picked up | SAN LEANDRO, CA | |
| Oct 14, 2008 3:33 PM | Shipment information sent to FedEx | | |



**Contact Circuit City**
*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Ship To:**
TERESA P SOMMA
2975 CULLISON CT
HARRISONBURG, VA 22801

**Bill To:**
TERESA P SOMMA

**Order Number:** 4419-1958734

**Order Date:** 10/14/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5447695

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT23RC | IT23RC | ITH IT23RC iTouchless Stainless Steel Touchless Trash Can NX (23 gallon) |

```
Invoice  D0050326    Date  10/15/2008    SHIPPING     0 00
Customer  circuitcity  Wgt  19.0 LBS     SPECIAL      0 00
Dept  1               COD         0 00   HANDLING     0.00
PO Number  5447695    DV          0 00   TOTAL        0 00
         Svcs  GND THRD PTY
         TRCK  726874460405405
```

### Return Instructions

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes
❏ Not as expected ❏ Arrived too late
❏ Defective ❏ Customer ordering error
❏ Damaged ❏ Wrong item

5447695
TERESA P SOMMA
2975 CULLISON CT
HARRISONBURG, VA 22801

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

 Return Authorization # _____

*Thank You For Your Order!*

## Detailed Results

Enter tracking number ▉

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460405405                                      ✉ E-mail notifications

# Delivered

Initiated — Picked up — In transit — Delivered

**Delivered**
Signed for by:  Signature not required

**Shipment Dates**                               **Destination**

Ship date ② Oct 15, 2008                         Harrisonburg, VA
Delivery date ② Oct 21, 2008 12:48 PM            Proof of Delivery ②

## Shipment Facts                                                         Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 19.0 lbs/8.6 kg | Purchase order number | 5447695 |
| | | Invoice number | D0050326 |
| | | Department number | 1 |

## Shipment Travel History                                                Help

Select time zone:  Select   ·                     Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 21, 2008 12:48 PM | **Delivered** | Harrisonburg, VA | Left at front door. Signature Service not requested. |
| Oct 21, 2008 7:17 AM | On FedEx vehicle for delivery | FISHERSVILLE, VA | |
| Oct 21, 2008 6:22 AM | At local FedEx facility | FISHERSVILLE, VA | |
| Oct 21, 2008 4:00 AM | Departed FedEx location | HAGERSTOWN, MD | |
| Oct 21, 2008 | Arrived at FedEx location | HAGERSTOWN, MD | |
| Oct 16, 2008 10:09 AM | In transit | RENO, NV | |
| Oct 16, 2008 7:00 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 15, 2008 11:43 PM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 15, 2008 8:29 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 15, 2008 6:45 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 15, 2008 3:45 PM | Picked up | SAN LEANDRO, CA | |
| Oct 15, 2008 3:33 PM | Shipment information sent to FedEx | | |



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Ship To:**
TAMMY WALKER
8817 JOANN RD
MOSS POINT, MS 39562

**Bill To:**
TAMMY WALKER

**Order Number:** 4422-0379772

**Order Date:** 10/14/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5447698

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_BR001U | BR001U | ITH BR001U iTouchless Bag Resealer - 2 sets |

```
Invoice  D0050327    Date. 10/15/2008    SHIPPING:       0 00
Customer  circuitcity Wgt  1 0 LBS       SPECIAL:        0 00
Dept  1              COD          0 00    HANDLING:       0 00
PO Number  5447698   DV.          0 00    TOTAL:          0 00
            Svcs:  GND THRD PTY
            TRCK :  726874460405412
```

## Return Instructions

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit
   the Help & Services section on circuitcity.com or call
   our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the
   box, UPC barcode, packaging, and all accessories.
   *Include this packing slip.*
5. You are responsible for all shipping and insurance
   charges for returns.

*Please refer to circuitcity.com for additional information
about our Refunds and Returns policy.*

### Return Codes
❑ Not as expected    ❑ Arrived too late
❑ Defective          ❑ Customer ordering error
❑ Damaged            ❑ Wrong item

5447698
TAMMY WALKER
8817 JOANN RD
MOSS POINT, MS 39562

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

Return Authorization # _____



*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460405412

✉ E-mail notifications

# Delivered

Initiated — Picked up — In transit — Delivered

**Delivered**
Signed for by: Signature not required

**Shipment Dates**

Ship date ⑦  Oct 15, 2008
Delivery date ⑤  Oct 21, 2008 8:24 AM

**Destination**

Moss Point, MS
Proof of Delivery ⑦

## Shipment Facts                                                                    Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 1.0 lbs/0.5 kg | Purchase order number | 5447698 |
| | | Invoice number | D0050327 |
| | | Department number | 1 |

## Shipment Travel History                                                           Help

Select time zone:  Select    ‚

Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 21, 2008 8:24 AM | Delivered | Moss Point, MS | Left on porch. Signature Service not requested. |
| Oct 21, 2008 3:57 AM | On FedEx vehicle for delivery | GULFPORT, MS | |
| Oct 21, 2008 3:42 AM | At local FedEx facility | GULFPORT, MS | |
| Oct 20, 2008 8:04 PM | Departed FedEx location | OLIVE BRANCH, MS | |
| Oct 20, 2008 6:33 PM | Arrived at FedEx location | OLIVE BRANCH, MS | |
| Oct 17, 2008 8:49 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 12:35 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 15, 2008 9:44 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 15, 2008 7:25 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 15, 2008 3:45 PM | Picked up | SAN LEANDRO, CA | |
| Oct 15, 2008 3:33 PM | Shipment information sent to FedEx | | |



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Order Number: 4478-0875459**

4 4 7 8 - 0 8 7 5 4 5 9

**Order Date:** 10/15/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5447822

5 4 4 7 8 2 2

| Ship To: | Bill To: |
|---|---|
| SHERYL MADDEN | SHERYL MADDEN |
| 4815 COYLE RD | |
| CONDO #303 | |
| OWINGS MILLS, MD 21117 | |

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT23RC | IT23RC | ITH IT23RC iTouchless Stainless Steel Touchless Trash Can NX (23 gallon) |

```
Invoice  D0050328    Date  10/15/2008   SHIPPING      0.00
Customer  circuitcity Wgt  19 0 LBS     SPECIAL       0.00
Dept  1              COD       0.00     HANDLING      0.00
PO Number  5447822   DV        0.00     TOTAL         0.00
            Svcs  GND THRD PTY
            TRCK  726874460405429
```

## Return Instructions

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**

❏ Not as expected    ❏ Arrived too late
❏ Defective          ❏ Customer ordering error
❏ Damaged            ❏ Wrong item

5447822
SHERYL MADDEN
4815 COYLE RD
CONDO #303
OWINGS MILLS, MD 21117

**RETURNS**
551 Foster City Blvd.
Unit M
Foster City, CA 94404

5 4 4 7 8 2 2    Return Authorization # _____

*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460405429        ✉ E-mail notifications

# Delivered

Initiated — Picked up — In transit — Delivered

**Delivered**
Signed for by: Signature Not Req

**Shipment Dates**                    **Destination**

Ship date ⓘ  Oct 15, 2008          Owings Mills, MD
Delivery date ⓘ Oct 21, 2008 3:43 PM   Proof of Delivery ⓘ

## Shipment Facts                                Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 19.0 lbs/8.6 kg | Purchase order number | 5447822 |
| | | Invoice number | D0050328 |
| | | Department number | 1 |

## Shipment Travel History                         Help

Select time zone: Select

Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 21, 2008 3:43 PM | **Delivered** | Owings Mills, MD | Signature Service not requested. |
| Oct 21, 2008 4:07 AM | On FedEx vehicle for delivery | WHITE MARSH, MD | |
| Oct 21, 2008 4:03 AM | At local FedEx facility | WHITE MARSH, MD | |
| Oct 21, 2008 1:48 AM | Departed FedEx location | HAGERSTOWN, MD | |
| Oct 20, 2008 11:58 PM | Arrived at FedEx location | HAGERSTOWN, MD | |
| Oct 16, 2008 10:09 AM | In transit | RENO, NV | |
| Oct 16, 2008 7:00 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 15, 2008 11:45 PM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 15, 2008 8:29 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 15, 2008 6:37 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 15, 2008 3:45 PM | Picked up | SAN LEANDRO, CA | |
| Oct 15, 2008 3:33 PM | Shipment information sent to FedEx | | |



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

---

**Ship To:**
KIET NGUYEN
10122 WILLIAMS FIELD DR
HOUSTON, TX 77064

**Bill To:**
KIET NGUYEN

**Order Number:** 4424-0379410



**Order Date:** 10/15/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5447802

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_AV002A | AV002A | ITH AV002A iTouchless Automatic Intelligent Robotic Vacuum Cleaner |

```
Invoice   D0050329    Date   10/15/2008        SHIPPING            0.00
Customer  circuitcity  Wgt   10 0 LBS          SPECIAL             0.00
Dept   1                     COD               HANDLING            0.00
PO Number:  5447802         DV          0.00   TOTAL               0.00
                                        0.00
              Svcs: GND THRD PTY
              TRCK: 726874460405436
```

## Return Instructions

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes

❏ Not as expected      ❏ Arrived too late
❏ Defective            ❏ Customer ordering error
❏ Damaged              ❏ Wrong item

5447802
KIET NGUYEN
10122 WILLIAMS FIELD DR
HOUSTON, TX 77064

**RETURNS**
551 Foster City Blvd.
Unit M
Foster City, CA 94404

  Return Authorization # _____

---

*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460405436

✉ E-mail notifications

# Delivered

Initiated — Picked up — In transit — Delivered

**Delivered**
Signed for by: Signature not required

| Shipment Dates | Destination |
|---|---|
| Ship date ⑦  Oct 15, 2008 | Houston, TX |
| Delivery date ⑦  Oct 21, 2008 12:27 PM | Proof of Delivery ⑦ |

## Shipment Facts

Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 10.0 lbs/4.5 kg | Purchase order number | 5447802 |
| | | Invoice number | D0050329 |
| | | Department number | 1 |

## Shipment Travel History

Help

Select time zone:  Select

Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 21, 2008 12:27 PM | Delivered | Houston, TX | Left at front door. Signature Service not requested. |
| Oct 21, 2008 4:05 AM | On FedEx vehicle for delivery | HOUSTON, TX | |
| Oct 21, 2008 3:54 AM | At local FedEx facility | HOUSTON, TX | |
| Oct 20, 2008 11:34 PM | Departed FedEx location | HUTCHINS, TX | |
| Oct 20, 2008 3:23 PM | Arrived at FedEx location | HUTCHINS, TX | |
| Oct 16, 2008 8:29 AM | In transit | RENO, NV | |
| Oct 16, 2008 5:28 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 15, 2008 11:31 PM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 15, 2008 8:29 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 15, 2008 6:39 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 15, 2008 3:45 PM | Picked up | SAN LEANDRO, CA | |
| Oct 15, 2008 3:33 PM | Shipment information sent to FedEx | | |



**Contact Circuit City**
*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Ship To:**
JENNIFER JONES
309 ODOMS MILL BLVD
PONTE VEDRA BEACH, FL 32082

**Bill To:**
JENNIFER JONES

**Order Number:** 4428-2639493

4 4 2 8 - 2 6 3 9 4 9 3

**Order Date:** 10/15/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5447887

5 4 4 7 8 8 7

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT16RE | IT16RE | ITH IT16RE iTouchless 2-compartment Touchless Recycle Center Trash Bin NX |

```
Invoice  00050331      Date   10/16/2008      SHIPPING:        0.00
Customer  circuitcity  Wgt    20 0 LBS        SPECIAL.         0 00
Dept: 1                COD                     HANDLING         0 00
PO Number. 5447887     DV:              0.00   TOTAL.           0.00
                                          0 00
Svcs: GND THRD PTY
        TRCK: 726874460405467
```

### Return Instructions

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes

- ❏ Not as expected
- ❏ Defective
- ❏ Damaged
- ❏ Arrived too late
- ❏ Customer ordering error
- ❏ Wrong item

5447887
JENNIFER JONES
309 ODOMS MILL BLVD
PONTE VEDRA BEACH, FL 32082

**RETURNS**
551 Foster City Blvd.
Unit M
Foster City, CA 94404

5 4 4 7 8 8 7      Return Authorization # _____



*Thank You For Your Order!*

## Detailed Results

Enter tracking number ▬

| Detailed Results | Notifications |
|------------------|---------------|

Tracking no.: 726874460405467                                    ✉ E-mail notifications

# Delivered

Initiated → Picked up → In transit → Delivered

**Delivered**
Signed for by: Signature not required

| Shipment Dates | | Destination |
|---|---|---|
| Ship date ② Oct 16, 2008 | | Ponte Vedra Beach, FL |
| Delivery date ③ Oct 21, 2008 4:35 PM | | Proof of Delivery ② |

## Shipment Facts                                                    Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 20.0 lbs/9.1 kg | Purchase order number | 5447887 |
| | | Invoice number | D0050331 |
| | | Department number | 1 |

## Shipment Travel History                                          Help

Select time zone: Select                                  Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 21, 2008 4:35 PM | Delivered | Ponte Vedra Beach, FL | Left at front door. Signature Service not requested. |
| Oct 21, 2008 5:07 AM | On FedEx vehicle for delivery | JACKSONVILLE, FL | |
| Oct 21, 2008 4:54 AM | At local FedEx facility | JACKSONVILLE, FL | |
| Oct 20, 2008 10:13 PM | Departed FedEx location | ELLENWOOD, GA | |
| Oct 20, 2008 9:01 PM | Arrived at FedEx location | ELLENWOOD, GA | |
| Oct 17, 2008 4:58 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 17, 2008 2:32 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 11:04 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 8:33 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |

Doc 50332



**Contact Circuit City**

*website:* circuitcity.com
*email:* customercare@cc.circuitcity.com
*phone:* 1-800-843-2489

*Thank you for your order.*

**Ship To:**

STEPHANIE BELL
3S098 LAKEVIEW DR
WARRENVILLE, IL 60555

**Bill To:**

STEPHANIE BELL

**Order Number:** 4420-0900682



4 4 2 0 - 0 9 0 0 6 8 2

**Order Date:** 10/15/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5447926

5 4 4 7 9 2 6

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_PBSDLX | PBSDLX | ITH PBSDLX iTouchless Rechargeable Touchless Power Bug Zapper Swatter |

```
Invoice  D0050332      Date  10/16/2008    SHIPPING      0.00
Customer  circuitcity  Wgt  2.0 LBS        SPECIAL       0.00
Dept:  3               COD:        0.00    HANDLING      0.00
PO Number  5447926     DV:         0.00    TOTAL:        0.00
         Svcs:  GND THRD PTY
         TRCK:  726874460405474
```

## Return Instructions

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes

- ☐ Not as expected
- ☐ Defective
- ☐ Damaged
- ☐ Arrived too late
- ☐ Customer ordering error
- ☐ Wrong item

5447926
STEPHANIE BELL
3S098 LAKEVIEW DR
WARRENVILLE, IL 60555

**RETURNS**
551 Foster City Blvd.
Unit M
Foster City, CA 94404



5 4 4 7 9 2 6      Return Authorization # _____

*Thank You For Your Order!*

Detailed Results



Enter tracking number

| Detailed Results | Notifications |
| --- | --- |

Tracking no.: 726874460405474                                    ✉ E-mail notifications

## Delivered
Initiated    Picked up    In transit    Delivered
**Delivered**
Signed for by: Signature not required

**Shipment Dates**
Ship date ⑦   Oct 16, 2008
Delivery date ⑦  Oct 22, 2008 5:04 PM

**Destination**
Warrenville, IL
Proof of Delivery ⑦

## Shipment Facts                                                              Help

| Service type | Ground-Domestic | Reference | circuitcity |
| --- | --- | --- | --- |
| Weight | 2.0 lbs/0.9 kg | Purchase order number | 5447926 |
| | | Invoice number | D0050332 |
| | | Department number | 1 |

## Shipment Travel History                                                    Help

Select time zone:  Select                              Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
| --- | --- | --- | --- |
| Oct 22, 2008 5:04 PM | Delivered | Warrenville, IL | Left at front door. Signature Service not requested. |
| Oct 22, 2008 3:24 AM | On FedEx vehicle for delivery | CAROL STREAM, IL | |
| Oct 22, 2008 3:19 AM | Arrived at FedEx location | CAROL STREAM, IL | |
| Oct 22, 2008 1:22 AM | At local FedEx facility | CAROL STREAM, IL | |
| Oct 22, 2008 1:18 AM | In transit | CAROL STREAM, IL | |
| Oct 21, 2008 8:54 AM | Departed FedEx location | LENEXA, KS | |
| Oct 20, 2008 3:56 PM | Arrived at FedEx location | LENEXA, KS | |
| Oct 17, 2008 9:12 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 17, 2008 2:25 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 17, 2008 2:20 AM | Shipment exception | SACRAMENTO, CA | Barcode label unreadable and replaced |
| Oct 16, 2008 11:04 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 7:58 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |

D 0050 334



**Contact Circuit City**
*website:* circuitcity.com
*email:* customercare@cc.circuitcity.com
*phone:* 1-800-843-2489
*Thank you for your order.*

---

| Ship To: | Bill To: |
|---|---|
| CHARLES J SEGELBAUM | CHARLES J SEGELBAUM |
| 1256 S MILITARY TRL | |
| UNIT 916 | |
| DEERFIELD BEACH, FL 33442 | |

**Order Number:** 4417-3676589

4 4 1 7 - 3 6 7 6 5 8 9

**Order Date:** 10/16/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5447987

5 4 4 7 9 8 7

| | | | | |
|---|---|---|---|---|
| Invoice D0050334 | Date 10/16/2008 | SHIPPING | | 0.00 |
| Customer circuitcity | Wgt 2.0 LBS | SPECIAL | 0.00 | |
| Dept 1 | COD | HANDLING | | 0.00 |
| PO Number 5447987 | DV | TOTAL | 0.00 | 0.00 |

Svcs GND THRD PTY
TRCK; 726874460405481

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_ESD002S | ESD002S | ITH ESD002S iTouchless Stainless Steel Sensor Soap Dispenser |

---

### Return Instructions

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes
☐ Not as expected    ☐ Arrived too late
☐ Defective    ☐ Customer ordering error
☐ Damaged    ☐ Wrong item

5447987
CHARLES J SEGELBAUM
1256 S MILITARY TRL
UNIT 916
DEERFIELD BEACH, FL 33442

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404



Return Authorization # _____

*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460405481                                        ✉ E-mail notifications

# Delivered

Initiated   Picked up   In transit   Delivered

**Delivered**
Signed for by:  Signature not required

| Shipment Dates | Destination |
|---|---|
| Ship date ⓘ   Oct 16, 2008 | Deerfield Beach, FL |
| Delivery date ⓘ   Oct 23, 2008 1:26 PM | Proof of Delivery ⓘ |

## Shipment Facts                                                      Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 2.0 lbs/0.9 kg | Purchase order number | 5447987 |
| | | Invoice number | D0050334 |
| | | Department number | 1 |

## Shipment Travel History                                            Help

Select time zone:  Select                                              Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 23, 2008 1:26 PM | Delivered | Deerfield Beach, FL | Left at front door. Signature Service not requested. |
| Oct 23, 2008 6:56 AM | On FedEx vehicle for delivery | POMPANO BEACH, FL | |
| Oct 23, 2008 5:12 AM | Arrived at FedEx location | POMPANO BEACH, FL | |
| Oct 23, 2008 3:09 AM | At local FedEx facility | POMPANO BEACH, FL | |
| Oct 22, 2008 11:37 PM | Departed FedEx location | ORLANDO, FL | |
| Oct 22, 2008 6:38 PM | Arrived at FedEx location | ORLANDO, FL | |
| Oct 17, 2008 11:48 AM | In transit | RENO, NV | |
| Oct 17, 2008 9:02 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 17, 2008 2:38 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 10:06 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 9:13 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |