

*D 00 50B35*

**Contact Circuit City**
*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Ship To:**
MARIA MANAHAN
1201 N HARVEST WALK DR
LA PUENTE, CA 91744

**Bill To:**
MARIA MANAHAN

**Order Number: 4432-0379353**



4 4 3 2 - 0 3 7 9 3 5 3

**Order Date: 10/16/08**

**Shipping Method:** Ground (carrier not specified)

| | |
|---|---|
| Invoice  D0050335   Date  10/16/2008 | SHIPPING    0.00 |
| Customer  circuitcity Wgt  16 0 LBS | SPECIAL    0 00 |
| Dept  1              COD | HANDLING:    0 00 |
| PO Number  5447995   DV. | 0 00 TOTAL:    0.00 |

**Purchase Order Number: 5447995**

5 4 4 7 9 9 5

Svcs: GND THRD PTY
TRCK: 726874460405498

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT14SC | IT14SC | ITH IT14SC iTouchless Stainless Steel Touchless Trashcan SX |

## Return Instructions

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes

☐ Not as expected    ☐ Arrived too late
☐ Defective          ☐ Customer ordering error
☐ Damaged            ☐ Wrong item

5447995
MARIA MANAHAN
1201 N HARVEST WALK DR
LA PUENTE, CA 91744


**RETURNS**
551 Foster City Blvd.
Unit M
Foster City, CA 94404



5 4 4 7 9 9 5    Return Authorization # _____

*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

### Tracking no.: 726874460405498

✉ E-mail notifications

# Delivered

Initiated — Picked up — In transit — Delivered

**Delivered**
Signed for by: Signature not required

**Shipment Dates**

Ship date ⏱ Oct 16, 2008
Delivery date ⏱ Oct 21, 2008 12:21 PM

**Destination**

La Puente, CA
Proof of Delivery ⏱

### Shipment Facts

Help

| | | | |
|---|---|---|---|
| Service type | Ground-Domestic | Reference | circuitcity |
| Weight | 16.0 lbs/7.3 kg | Purchase order number | 5447995 |
| | | Invoice number | D0050335 |
| | | Department number | 1 |

### Shipment Travel History

Help

Select time zone:  Select

Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 21, 2008 12:21 PM | **Delivered** | La Puente, CA | Left at front door. Signature Service not requested. |
| Oct 21, 2008 4:06 AM | Departed FedEx location | CITY OF INDUSTRY, CA | |
| Oct 21, 2008 3:37 AM | On FedEx vehicle for delivery | CITY OF INDUSTRY, CA | |
| Oct 20, 2008 9:59 PM | Arrived at FedEx location | CITY OF INDUSTRY, CA | |
| Oct 20, 2008 5:12 AM | On FedEx vehicle for delivery | CITY OF INDUSTRY, CA | |
| Oct 17, 2008 5:07 PM | Arrived at FedEx location | CITY OF INDUSTRY, CA | |
| Oct 17, 2008 6:00 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 17, 2008 1:03 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 9:36 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 7:56 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |





**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

Order Number: 4418-2664054



| Ship To: | Bill To: |
|---|---|
| JOHN THOMPSON<br>3416 HAZELHURST AVE<br>PITTSBURGH, PA 15227 | JOHN THOMPSON |

```
                                              0.00
                              SHIPPING        0.00
           10/16/2008         SPECIAL         0.00
   Date    20.0 LBS           HANDLING        0.00
Invoice  D0050336 circuitcity Wgt  0.00  TOTAL.
Customer  circuitcity  COD
Dept 1                  DV.
PO Number  5447997
           Svcs: GND THRD PTY
                  TRCK: 726874460405504
```

**Order Date:** 10/16/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5447997

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT16RE | IT16RE | ITH IT16RE iTouchless 2-compartment Touchless Recycle Center Trash Bin NX |

```
        46X721   OCT 30, 2008    ACT WT  6.0 LBS    #PK 1
        SERVICE GNDRES           BILL WT 6.0 LBS
        TRACKING# 1Z46X7219060857494     ALL CURRENCY USD
        INVOICE NO. : EXD0050336
        REF 2:5447997

        HANDLING CHARGE 0.00          FRT: 3RD
        SHIPMENT PUB RATE CHARGES:    SVC T/P
        DV 0.00            COD   0.00     RS   1.00
        DC 0.00            DG    0.00     SD   0.00
        AH 0.00            PR    0.00     SP   0.00
        TOT PUB CHG  9.29    PUB+HANDLING   9.29
        TOT CCC CHG  1.00    CCC+HANDLING   1.00
```

## Return Instructions

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes

- ☐ Not as expected  ☐ Arrived too late
- ☐ Defective       ☐ Customer ordering error
- ☐ Damaged         ☐ Wrong item

5447997
JOHN THOMPSON
3416 HAZELHURST AVE
PITTSBURGH, PA 15227

**RETURNS**
551 Foster City Blvd.
Unit M
Foster City, CA 94404



Return Authorization # _____

*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460405504                    ✉ E-mail notifications

## Delivered

Initiated   Picked up   In transit   Delivered

**Delivered**
Signed for by: Signature not required

| Shipment Dates | Destination |
|---|---|
| Ship date ⓘ  Oct 16, 2008 | Pittsburgh, PA |
| Delivery date ⓘ  Oct 21, 2008 11:17 AM | Proof of Delivery ⓘ |

### Shipment Facts                                                Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 20.0 lbs/9.1 kg | Purchase order number | 5447997 |
| | | Invoice number | D0050336 |
| | | Department number | 1 |

### Shipment Travel History                                      Help

Select time zone:  Select                          Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 21, 2008 11:17 AM | Delivered | Pittsburgh, PA | Left on porch. Signature Service not requested. |
| Oct 21, 2008 6:25 AM | On FedEx vehicle for delivery | PITTSBURGH, PA | |
| Oct 21, 2008 6:15 AM | At local FedEx facility | PITTSBURGH, PA | |
| Oct 21, 2008 1:30 AM | Departed FedEx location | GROVE CITY, OH | |
| Oct 20, 2008 9:28 PM | Arrived at FedEx location | GROVE CITY, OH | |
| Oct 17, 2008 8:48 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 17, 2008 1:55 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 8:13 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 7:59 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |

DOO 50337



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

---

| Ship To: | Bill To: |
|---|---|
| CORBY KASSEBAUM | CORBY KASSEBAUM |
| 13020 MILL HOUSE CT | |
| GERMANTOWN, MD 20874 | |

**Order Number:** 4431-0893368



**Order Date:** 10/16/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5447998

```
Invoice  D0050337    Date  10/16/2008    SHIPPING      0 00
Customer  circuitcity  Wgt  16 0 LBS     SPECIAL       0 00
Dept  1                COD               HANDLING      0 00
PO Number  5447998     DV        0 00    TOTAL         0 00
Svcs  GND THRD PTY
TRCK  726874460405511
```

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT14SW | IT14SW | ITH IT14SW iTouchless White Steel Touchless Trashcan SX |

---

### Return Instructions

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes

☐ Not as expected  ☐ Arrived too late
☐ Defective  ☐ Customer ordering error
☐ Damaged  ☑ Wrong item

5447998
CORBY KASSEBAUM
13020 MILL HOUSE CT
GERMANTOWN, MD 20874

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

 Return Authorization # _____

---

*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460405511                    ✉ E-mail notifications

# Delivered

```
Initiated   Picked up   In transit   Delivered
```
**Delivered**
Signed for by: Signature not required

| Shipment Dates | Destination |
|---|---|
| Ship date ⓒ  Oct 16, 2008 | Germantown, MD |
| Delivery date ⓢ  Oct 22, 2008 4:01 PM | Proof of Delivery ⓪ |

## Shipment Facts                                                              Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 16.0 lbs/7.3 kg | Purchase order number | 5447998 |
| | | Invoice number | D0050337 |
| | | Department number | 1 |

## Shipment Travel History                                                    Help

Select time zone:  Select                    Select time format: **12H** | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 22, 2008 4:01 PM | Delivered | Germantown, MD | Left at front door. Signature Service not requested. |
| Oct 22, 2008 6:16 AM | On FedEx vehicle for delivery | BELTSVILLE, MD | |
| Oct 22, 2008 6:08 AM | At local FedEx facility | BELTSVILLE, MD | |
| Oct 22, 2008 2:35 AM | Departed FedEx location | HAGERSTOWN, MD | |
| Oct 22, 2008 12:23 AM | Arrived at FedEx location | HAGERSTOWN, MD | |
| Oct 17, 2008 10:38 AM | In transit | RENO, NV | |
| Oct 17, 2008 7:26 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 11:07 PM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 8:13 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 8:08 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |

*DOO 50338*



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

---

**Ship To:**

JEFFREY R PRELLETZ
467 BRIARWOOD DR
WHEELING, IL 60090

**Bill To:**

JEFFREY R PRELLETZ

**Order Number: 4427-3669825**


4 4 2 7 - 3 6 6 9 8 2 5

**Order Date:** 10/16/08
**Shipping Method:** Ground (carrier not specified)
**Purchase Order Number:** 5447999

```
Invoice   D0050338
Customer  circuitcity       Date   10/16/2008
Dept   1                    Wgt.   16 0 LBS           SHIPPING        0 00
PO Number   5447999              COD                   SPECIAL        0 00
                            0 00   COD                 HANDLING       0 00
                            0 00   DV.                 TOTAL          0 00
        Svcs:  GND THRD PTY
        TRCK:  726874460405528
```

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT14SC | IT14SC | ITH IT14SC iTouchless Stainless Steel Touchless Trashcan SX |

---

**Return Instructions**

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**

❏ Not as expected      ❏ Arrived too late
❏ Defective            ❏ Customer ordering error
❏ Damaged              ❏ Wrong item

5447999
JEFFREY R PRELLETZ
467 BRIARWOOD DR
WHEELING, IL 60090


**RETURNS**
**551 Foster City Blvd.**
**Unit M**
**Foster City, CA 94404**


5 4 4 7 9 9 9      Return Authorization # _____

---

*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460405528

✉ E-mail notifications

# Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: Signature not required

**Shipment Dates**

Ship date ⑦ Oct 16, 2008
Delivery date ③ Oct 22, 2008 2:45 PM

**Destination**

Wheeling, IL
Proof of Delivery ⑦

## Shipment Facts                                                    Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 16.0 lbs/7.3 kg | Purchase order number | 5447999 |
| | | Invoice number | D0050338 |
| | | Department number | 1 |

## Shipment Travel History                                           Help

Select time zone:  Select    ·

Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 22, 2008 2:45 PM | Delivered | Wheeling, IL | Left at garage. Signature Service not requested. |
| Oct 22, 2008 6:17 AM | On FedEx vehicle for delivery | WHEELING, IL | |
| Oct 22, 2008 6:05 AM | Arrived at FedEx location | WHEELING, IL | |
| Oct 22, 2008 1:48 AM | At local FedEx facility | WHEELING, IL | |
| Oct 21, 2008 10:47 PM | Departed FedEx location | CHAMPAIGN, IL | |
| Oct 21, 2008 7:44 PM | Arrived at FedEx location | CHAMPAIGN, IL | |
| Oct 17, 2008 7:26 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 17, 2008 2:34 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 11:04 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 7:57 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |

D0050339



**Contact Circuit City**

*website:* circuitcity.com
*email:* customercare@cc.circuitcity.com
*phone:* 1-800-843-2489
*Thank you for your order.*

**Ship To:**
SANDRA FRAME
18024 W COUNTY LINE RD
MIDLOTHIAN, VA 23112

**Bill To:**
SANDRA FRAME

Invoice  00050339    Date  10/16/2008
Customer  circuitcity  Wgt  16.0 LBS
Dept  1                COD
PO Number  5448002    DV:

SHIPPING        0.00
SPECIAL         0.00
HANDLING        0.00
TOTAL           0.00

Svcs: GND THRD PTY
TRCK: 726874460405535

**Order Number:** 4431-0893373



**Order Date:** 10/16/08
**Shipping Method:** Ground (carrier not specified)
**Purchase Order Number:** 5448002

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT14SC | IT14SC | ITH IT14SC iTouchless Stainless Steel Touchless Trashcan SX |

**Return Instructions**

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**
- ❏ Not as expected
- ❏ Defective
- ❏ Damaged
- ❏ Arrived too late
- ❏ Customer ordering error
- ❏ Wrong item

5448002
SANDRA FRAME
18024 W COUNTY LINE RD
MIDLOTHIAN, VA 23112

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

   Return Authorization # _____

*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460405535                              ✉ E-mail notifications

# Delivered

| Initiated | Picked up | In transit | Delivered |

**Delivered**
Signed for by: Signature Not Req

**Shipment Dates**                                  **Destination**

Ship date ② Oct 16, 2008                            Midlothian, VA
Delivery date ③ Oct 23, 2008 5:54 PM               Proof of Delivery ②

## Shipment Facts                                                      **Help**

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 16.0 lbs/7.3 kg | Purchase order number | 5448002 |
| | | Invoice number | D0050339 |
| | | Department number | 1 |

## Shipment Travel History                                            **Help**

Select time zone: Select        •                    Select time format: **12H | 24H**

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 23, 2008 5:54 PM | **Delivered** | Midlothian, VA | Signature Service not requested. |
| Oct 23, 2008 5:27 AM | On FedEx vehicle for delivery | ASHLAND, VA | |
| Oct 23, 2008 4:21 AM | At local FedEx facility | ASHLAND, VA | |
| Oct 22, 2008 6:36 AM | Departed FedEx location | NASHVILLE, TN | |
| Oct 21, 2008 2:34 AM | Arrived at FedEx location | NASHVILLE, TN | |
| Oct 19, 2008 2:31 AM | In transit | OLIVE BRANCH, MS | |
| Oct 17, 2008 8:49 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 17, 2008 2:32 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 11:04 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 8:08 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |

*D0050340*



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Ship To:**
SAMUEL C PYRTLE
12321 GLENLIVET WAY
RALEIGH, NC 27613

**Bill To:**
SAMUEL C PYRTLE

Invoice  D0050340     Date: 10/16/2008
Customer: circuitcity  Wgt
Dept  1                4.0 LBS
PO Number  5448004     COD
                       DV
                              SHIPPING
                              SPECIAL     0.00
                       0 00  HANDLING     0.00
                       0 00  TOTAL        0.00
                                          0.00

Svcs:  GND  THRD PTY
TRCK:  726874460405542

**Order Number:** 4428-2639759

`4 4 2 8 - 2 6 3 9 7 5 9 1`

**Order Date:** 10/16/08
**Shipping Method:** Ground (carrier not specified)
**Purchase Order Number:** 5448004

`5 4 4 8 0 0 4`

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT01RC | IT01RC | ITH IT01RC iTouchless 1.5 Gallon Touchless Trashcan TX |

**Return Instructions**

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**
❏ Not as expected   ❏ Arrived too late
❏ Defective         ❏ Customer ordering error
❏ Damaged           ❏ Wrong item

5448004
SAMUEL C PYRTLE
12321 GLENLIVET WAY
RALEIGH, NC 27613

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

`5 4 4 8 0 0 4`   Return Authorization # _____

*Thank You For Your Order!*



Detailed Results

Enter tracking number

| Detailed Results | Notifications |

Tracking no.: 726874460405542                                              ✉ E-mail notifications

**Delivered**          Initiated   Picked up   In transit   Delivered
                                    **Delivered**
                        Signed for by: Signature not required

Shipment Dates                              Destination

Ship date ⑦  Oct 16, 2008                   Raleigh, NC
Delivery date ⑦  Oct 23, 2008 1:41 PM       Proof of Delivery ⑦

Shipment Facts                                                           Help

Service type    Ground-Domestic          Reference           circuitcity
Weight          4.0 lbs/1.8 kg            Purchase order      5448004
                                          number
                                          Invoice number      D0050340
                                          Department number   1

Shipment Travel History                                                  Help

Select time zone:  Select      ▪                Select time format:  12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 23, 2008 1:41 PM | Delivered | Raleigh, NC | Left at front door. Signature Service not requested. |
| Oct 23, 2008 3:42 AM | On FedEx vehicle for delivery | DURHAM, NC | |
| Oct 22, 2008 11:41 AM | Delivery exception | DURHAM, NC | No attempt made, delivery scheduled for next business day |
| Oct 22, 2008 4:23 AM | On FedEx vehicle for delivery | DURHAM, NC | |
| Oct 22, 2008 1:17 AM | At local FedEx facility | DURHAM, NC | |
| Oct 21, 2008 10:33 PM | Departed FedEx location | CHARLOTTE, NC | |
| Oct 21, 2008 6:46 PM | Arrived at FedEx location | CHARLOTTE, NC | |
| Oct 17, 2008 10:34 AM | In transit | RENO, NV | |
| Oct 17, 2008 7:22 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 17, 2008 2:19 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 9:36 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 8:04 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |





**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Ship To:**
DEREK JONES
3306 EASTOVER RIDGE RD
APT 313
CHARLOTTE, NC 28211

Invoice  D0050341    Date  10/16/2008    SHIPPING    0.00
Customer: circuitcity  Wgt: 4.0 LBS    SPECIAL    0.00
Dept: 1    COD:    0.00    HANDLING    0.00
PO Number  5448006    OV:    0.00    TOTAL:    0.00

Svcs: GND THRD PTY
TRCK: 726874460405559

**Bill To:**
DEREK JONES

**Order Number:** 4432-0379367



4432-0379367

**Order Date:** 10/16/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5448006

5448006

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT01RC | IT01RC | ITH IT01RC iTouchless 1.5 Gallon Touchless Trashcan TX |

### Return Instructions

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes

❏ Not as expected    ❏ Arrived too late
❏ Defective    ❏ Customer ordering error
❏ Damaged    ❏ Wrong item

5448006
DEREK JONES
3306 EASTOVER RIDGE RD
APT 313
CHARLOTTE, NC 28211

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404



Return Authorization # _____

*Thank You For Your Order!*

## Detailed Results

Enter tracking number [ ]

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460405559                                    ✉ E-mail notifications

## Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by:  Signature not required

| Shipment Dates | Destination |
|---|---|
| Ship date ⓘ  Oct 16, 2008 | Charlotte, NC |
| Delivery date ⓘ   Oct 22, 2008 10:37 AM | Proof of Delivery ⓘ |

## Shipment Facts                                                        Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 4.0 lbs/1.8 kg | Purchase order number | 5448006 |
| | | Invoice number | D0050341 |
| | | Department number | 1 |

## Shipment Travel History                                              Help

Select time zone:  Select        •                    Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 22, 2008 10:37 AM | Delivered | Charlotte, NC | Left at front door. Signature Service not requested. |
| Oct 22, 2008 6:37 AM | On FedEx vehicle for delivery | CHARLOTTE, NC | |
| Oct 21, 2008 6:45 PM | Arrived at FedEx location | CHARLOTTE, NC | |
| Oct 17, 2008 10:34 AM | In transit | RENO, NV | |
| Oct 17, 2008 7:22 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 17, 2008 2:18 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 9:36 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 8:05 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |

D3e50342



**Contact Circuit City**
*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Ship To:**
MALINI SETH
728 GATESTONE ST
GAITHERSBURG, MD 20878

**Bill To:**
MALINI SETH

**Order Number:** 4440-0377868

**Order Date:** 10/16/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5448008

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT13RCB | IT13RCB | ITH IT13RCB iTouchless Round Stainless Steel Touchless Trashcan NX (13 gallon) |

```
Invoice  D0050342     Date  10/16/2008    SHIPPING        0.00
Customer  circuitcity  Wgt  13.0 LBS      SPECIAL         0.00
Dept  1                COD:        0.00   HANDLING:        0.00
PO Number: 5448008     DV                 TOTAL:          0.00
         Svcs: GND THRD PTY
         TRCK: 726874460405849
```

### Return Instructions

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes

❏ Not as expected   ❏ Arrived too late
❏ Defective   ❏ Customer ordering error
❏ Damaged   ❏ Wrong item

5448008
MALINI SETH
728 GATESTONE ST
GAITHERSBURG, MD 20878

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

Return Authorization # _____



*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460405849                              ✉ E-mail notifications

# Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by:  Signature not required

| Shipment Dates | Destination |
|---|---|
| Ship date ⑦  Oct 16, 2008 | Gaithersburg, MD |
| Delivery date ③  Oct 22, 2008 10:00 AM | Proof of Delivery ⑦ |

### Shipment Facts                                          **Help**

| | | | |
|---|---|---|---|
| Service type | Ground-Domestic | Reference | circuitcity |
| Weight | 13.0 lbs/5.9 kg | Purchase order number | 5448008 |
| | | Invoice number | D0050342 |
| | | Department number | 1 |

### Shipment Travel History                                 **Help**

Select time zone:  Select                     ,          Select time format: **12H** | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 22, 2008 10:00 AM | Delivered | Gaithersburg, MD | Left at front door. Signature Service not requested. |
| Oct 22, 2008 6:54 AM | On FedEx vehicle for delivery | BELTSVILLE, MD | |
| Oct 22, 2008 6:47 AM | At local FedEx facility | BELTSVILLE, MD | |
| Oct 22, 2008 2:35 AM | Departed FedEx location | HAGERSTOWN, MD | |
| Oct 21, 2008 11:20 PM | Arrived at FedEx location | HAGERSTOWN, MD | |
| Oct 17, 2008 10:38 AM | In transit | RENO, NV | |
| Oct 17, 2008 7:26 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 17, 2008 2:36 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 8:13 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 8:04 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |

D805O343



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Ship To:**

JOHN J MONTELIONE
40 MAHOGANY RD
ROCKY POINT, NY 11778

**Bill To:**

JOHN J MONTELIONE

**Order Number:** 4417-3676678



4 4 1 7 - 3 6 7 6 6 7 8

**Order Date:** 10/16/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5448012

5 4 4 8 0 1 2

| | | | | | |
|---|---|---|---|---|---|
| Invoice | D0050343 | Date | 10/16/2008 | SHIPPING | 0.00 |
| Customer | circuitcity | Wgt | 13.0 LBS | SPECIAL | 0.00 |
| Dept. | 1 | COD | | HANDLING | 0.00 |
| PO Number | 5448012 | DV | | TOTAL | 0.00 |

Svcs: GND THRD PTY
TRCK: 726874460405573

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT13RCB | IT13RCB | ITH IT13RCB iTouchless Round Stainless Steel Touchless Trashcan NX (13 gallon) |

### Return Instructions

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes

☐ Not as expected      ☐ Arrived too late
☐ Defective               ☐ Customer ordering error
☐ Damaged               ☐ Wrong item

5448012
JOHN J MONTELIONE
40 MAHOGANY RD
ROCKY POINT, NY 11778

**RETURNS**
551 Foster City Blvd.
Unit M
Foster City, CA 94404

5 4 4 8 0 1 2    Return Authorization # _____



*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

---

Tracking no.: 726874460405573                    ✉ E-mail notifications

# Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by:  Signature not required

**Shipment Dates**                                    **Destination**

Ship date ⊘  Oct 16, 2008                        Rocky Point, NY
Delivery date ⊘  Oct 22, 2008 8:53 AM         Proof of Delivery ⊘

## Shipment Facts                                                                Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 13.0 lbs/5.9 kg | Purchase order number | 5448012 |
| | | Invoice number | D0050343 |
| | | Department number | 1 |

## Shipment Travel History                                                     Help

Select time zone:  Select                          Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 22, 2008 8:53 AM | Delivered | Rocky Point, NY | Left at front door. Signature Service not requested. |
| Oct 22, 2008 3:19 AM | On FedEx vehicle for delivery | HOLBROOK, NY | |
| Oct 21, 2008 8:02 PM | At local FedEx facility | HOLBROOK, NY | |
| Oct 21, 2008 6:08 PM | Departed FedEx location | KEASBEY, NJ | |
| Oct 21, 2008 4:51 AM | Arrived at FedEx location | KEASBEY, NJ | |
| Oct 17, 2008 10:34 AM | In transit | RENO, NV | |
| Oct 17, 2008 7:22 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 17, 2008 2:36 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 8:13 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 8:05 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |

D 0050344



**Contact Circuit City**
*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Ship To:**
ROYAL M LE
3920 HIGHVIEW DR
SILVER SPRING, MD 20906

**Bill To:**
ROYAL M LE

**Order Number:** 4422-0380315

**Order Date:** 10/16/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5448017

Invoice D0050344    Date: 10/16/2008
Customer circuitcity Wgt: 4 0 LBS
Dept 1
PO Number 5448017    COD
DV
SHIPPING    0 00
SPECIAL    0 00
HANDLING    0 00
TOTAL    0 00
0 00
0 00

Svcs: GND THRD PTY
TRCK: 726874460405580

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT01RC | IT01RC | ITH IT01RC iTouchless 1.5 Gallon Touchless Trashcan TX |

**Return Instructions**

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**
❏ Not as expected    ❏ Arrived too late
❏ Defective    ❏ Customer ordering error
❏ Damaged    ❏ Wrong item

5448017
ROYAL M LE
3920 HIGHVIEW DR
SILVER SPRING, MD 20906

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

Return Authorization # _____



*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460405580                                   ✉ E-mail notifications

# Delivered

○▬▬▬▶ ▬▬▬▶ ▬▬▬▶ ▬▬▬○
Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by:  Signature not required

**Shipment Dates**                          **Destination**

Ship date ⓘ  Oct 16, 2008                   Silver Spring, MD
Delivery date ⓘ  Oct 22, 2008 4:07 PM       Proof of Delivery ⓘ

## Shipment Facts                                                    Help

| | | | |
|---|---|---|---|
| Service type | Ground-Domestic | Reference | circuitcity |
| Weight | 4.0 lbs/1.8 kg | Purchase order number | 5448017 |
| | | Invoice number | D0050344 |
| | | Department number | 1 |

## Shipment Travel History                                          Help

Select time zone:  Select                      Select time format: **12H** | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 22, 2008 4:07 PM | Delivered | Silver Spring, MD | Left at front door. Signature Service not requested. |
| Oct 22, 2008 6:12 AM | On FedEx vehicle for delivery | BELTSVILLE, MD | |
| Oct 22, 2008 6:04 AM | At local FedEx facility | BELTSVILLE, MD | |
| Oct 22, 2008 2:35 AM | Departed FedEx location | HAGERSTOWN, MD | |
| Oct 22, 2008 12:21 AM | Arrived at FedEx location | HAGERSTOWN, MD | |
| Oct 17, 2008 10:38 AM | In transit | RENO, NV | |
| Oct 17, 2008 7:26 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 11:55 PM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 8:13 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 7:55 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |

DOC 50346



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Order Number:** 4420-0900922

4420-0900922

**Ship To:**
LUIS VACA
929 CONGRESS ST # 2
PORTLAND, ME 04102

**Bill To:**
LUIS VACA



**Order Date:** 10/16/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5448028

Invoice  D0050346    Date  10/16/2008      SHIPPING      0.00
Customer  circuitcity Wgt  16.0 LBS        SPECIAL       0.00
Dept: 1                         0.00  HANDLING      0.00
PO Number: 5448028              0.00  TOTAL         0.00

Svcs: GND THRD PTY
TRCK: 726874460405603

5448028

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT14SC | IT14SC | ITH IT14SC iTouchless Stainless Steel Touchless Trashcan SX |
| 1 | 1 | ITH_IT01RC | IT01RC | ITH IT01RC iTouchless 1.5 Gallon Touchless Trashcan TX |

Invoice: D0050346    Date  10/16/2008      SHIPPING      0.00
Customer: circuitcity Wgt  4.0 LBS         SPECIAL       0.00
Dept  1                         0.00  HANDLING      0.00
PO Number  5448028              COD:  DV:  0.00  TOTAL         0.00

Svcs: GND THRD PTY
TRCK: 726874460405610

**Return Instructions**

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**
❑ Not as expected    ❑ Arrived too late
❑ Defective          ❑ Customer ordering error
❑ Damaged            ❑ Wrong item

5448028
LUIS VACA
929 CONGRESS ST # 2
PORTLAND, ME 04102

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

5448028    Return Authorization # _____



*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|



Tracking no.: 726874460405603

✉ E-mail notifications

# Delivered

Initiated — Picked up — In transit — Delivered

**Delivered**
Signed for by: PBROWR

**Shipment Dates**

Ship date ⓘ Oct 16, 2008
Delivery date ⓘ Oct 23, 2008 10:00 AM

**Destination**

Portland, ME
Signature Proof of Delivery ⓘ

## Shipment Facts                                                    Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 16.0 lbs/7.3 kg | Purchase order number | 5448028 |
| | | Invoice number | D0050346 |
| | | Department number | 1 |

## Shipment Travel History                                          Help

Select time zone:  Select                      Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 23, 2008 10:00 AM | **Delivered** | Portland, ME | |
| Oct 23, 2008 4:27 AM | On FedEx vehicle for delivery | SACO, ME | |
| Oct 22, 2008 10:51 PM | At local FedEx facility | SACO, ME | |
| Oct 22, 2008 7:47 PM | Departed FedEx location | WILLINGTON, CT | |
| Oct 22, 2008 6:09 PM | Arrived at FedEx location | WILLINGTON, CT | |
| Oct 18, 2008 3:23 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 17, 2008 2:33 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 11:04 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 8:04 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |

Detailed Results



Enter tracking number

| Detailed Results | Notifications |

Tracking no.: 726874460405610                                    ✉ E-mail notifications

## Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: PBROWR

**Shipment Dates**                          **Destination**

Ship date ⏱ Oct 16, 2008                    Portland, ME
Delivery date ⏱ Oct 23, 2008 10:00 AM       Signature Proof of Delivery ⏱

### Shipment Facts                                                      Help

| Service type | Ground-Domestic | Reference | circuitcity |
| Weight | 4.0 lbs/1.8 kg | Purchase order number | S448028 |
| | | Invoice number | D0050346 |
| | | Department number | 1 |

### Shipment Travel History                                             Help

Select time zone: Select                    Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|-----------|----------|----------|---------|
| Oct 23, 2008 10:00 AM | Delivered | Portland, ME | |
| Oct 23, 2008 3:56 AM | On FedEx vehicle for delivery | SACO, ME | |
| Oct 22, 2008 9:30 AM | Delivery exception | SACO, ME | Customer not available or business closed |
| Oct 22, 2008 5:25 AM | On FedEx vehicle for delivery | SACO, ME | |
| Oct 22, 2008 1:04 AM | At local FedEx facility | SACO, ME | |
| Oct 21, 2008 8:33 PM | Departed FedEx location | WILLINGTON, CT | |
| Oct 21, 2008 8:02 PM | Arrived at FedEx location | WILLINGTON, CT | |
| Oct 17, 2008 7:43 AM | In transit | RENO, NV | |
| Oct 17, 2008 4:56 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 17, 2008 2:21 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 9:36 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 8:05 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |

D0050347



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

Order Number: 4441-0377646

4441-0377646

**Order Date:** 10/16/08

**ing Method:** Ground (carrier not specified)

**ase Order Number:** 5448030

**Ship To:**
JANET EDENSTROM
11108 WADDELL RD
BUMPASS, VA 23024

**Bill To:**
JANET EDENSTROM

Invoice   D0050347    Date   10/16/2008    SHIPPING
Customer  circuitcity Wgt   16 0 LBS       SPECIAL
Dept  1                     COD.      0 00  HANDLING
PO Number  5448030         DV.       0 00  TOTAL.

Svcs: GND THRD PTY
TRCK: 726874460405627

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT14SC | IT14SC | ITH IT14SC iTouchless Stainless Steel Touchless Trashcan SX |

### Return Instructions

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes

❏ Not as expected    ❏ Arrived too late
❏ Defective          ❏ Customer ordering error
❏ Damaged            ❏ Wrong item

5448030
JANET EDENSTROM
11108 WADDELL RD
BUMPASS, VA 23024

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

Return Authorization # _____

*Thank You For Your Order!*

## Detailed Results

Enter tracking number ▢

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460405627                                    ✉ E-mail notifications

# Delivered

Initiated → Picked up → In transit → Delivered

**Delivered**
Signed for by: Signature not required

| Shipment Dates | Destination |
|---|---|
| Ship date ⑦   Oct 16, 2008 | Bumpass, VA |
| Delivery date ⑤   Oct 23, 2008 2:30 PM | Proof of Delivery ⑦ |

## Shipment Facts                                                    Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 16.0 lbs/7.3 kg | Purchase order number | 5448030 |
| | | Invoice number | D0050347 |
| | | Department number | 1 |

## Shipment Travel History                                          Help

Select time zone:  Select   ·                     Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 23, 2008 2:30 PM | **Delivered** | Bumpass, VA | Left at front door. Signature Service not requested. |
| Oct 23, 2008 5:27 AM | On FedEx vehicle for delivery | ASHLAND, VA | |
| Oct 23, 2008 4:21 AM | At local FedEx facility | ASHLAND, VA | |
| Oct 22, 2008 6:36 AM | Departed FedEx location | NASHVILLE, TN | |
| Oct 21, 2008 2:34 PM | Arrived at FedEx location | NASHVILLE, TN | |
| Oct 19, 2008 2:31 AM | In transit | OLIVE BRANCH, MS | |
| Oct 17, 2008 8:49 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 17, 2008 2:33 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 11:04 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 8:05 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |

D0050349



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

---

**Ship To:**
KENN CRITTON
4321 W SUNSET DUNES PL
TUCSON, AZ 85743

**Bill To:**
KENN CRITTON

**Order Number:** 4420-0900928

**Order Date:** 10/16/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5448036

| | | |
|---|---|---|
| Invoice 00050349 | Date: 10/16/2008 | SHIPPING. 0.00 |
| Customer. circuitcity | Wgt. 16.0 LBS | SPECIAL. 0.00 |
| Dept 1 | COD 0.00 | HANDLING. 0.00 |
| PO Number 5448036 | DV. 0.00 | TOTAL. 0.00 |

Svcs: GND THRD PTY
TRCK: 726874460405641

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT14SC | IT14SC | ITH IT14SC iTouchless Stainless Steel Touchless Trashcan SX |

---

**Return Instructions**

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**

☐ Not as expected    ☐ Arrived too late
☐ Defective          ☐ Customer ordering error
☐ Damaged            ☐ Wrong item

5448036
KENN CRITTON
4321 W SUNSET DUNES PL
TUCSON, AZ 85743

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

Return Authorization # _____

*Thank You For Your Order!*

Page 1 of 1

## Detailed Results

Enter tracking number



| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460405641

✉ E-mail notifications

# Delivered

Initiated   Picked up   In transit   Delivered

**Delivered**
Signed for by: Signature not required

**Shipment Dates**

Ship date ⑦  Oct 16, 2008
Delivery date ⑦  Oct 21, 2008 7:41 AM

**Destination**

Tucson, AZ
Proof of Delivery ⑦

## Shipment Facts

Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 16.0 lbs/7.3 kg | Purchase order number | 5448036 |
| | | Invoice number | D0050349 |
| | | Department number | 1 |

## Shipment Travel History

Help

Select time zone:  Select

Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 21, 2008 7:41 AM | Delivered | Tucson, AZ | Left at front door. Signature Service not requested. |
| Oct 21, 2008 3:45 AM | On FedEx vehicle for delivery | TUCSON, AZ | |
| Oct 20, 2008 7:03 PM | At local FedEx facility | TUCSON, AZ | |
| Oct 20, 2008 5:32 PM | Departed FedEx location | PHOENIX, AZ | |
| Oct 20, 2008 1:56 PM | Arrived at FedEx location | PHOENIX, AZ | |
| Oct 17, 2008 3:53 PM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 17, 2008 1:00 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 9:36 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 8:00 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |