D0050350



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*

*Thank you for your order.*

**Order Number:** 4424-0379788

**Order Date:** 10/16/08

*Shipping Method: Ground (carrier not specified)*

**Purchase Order Number:** 5448040

| Ship To: | Bill To: |
|---|---|
| SAMEER TALWAR<br>5866 WHISPER WAY<br>ELKRIDGE, MD 21075 | SAMEER TALWAR |

```
Invoice  D0050350   Date  10/16/2008   SHIPPING      0 00
Customer  circuitcity Wgt  13 0 LBS    SPECIAL        0.00
Dept  1             COD            0.00  HANDLING       0.00
PO Number   5448040  DV             0.00  TOTAL          0.00
          Svcs  GND THRD PTY
          TRCK  726874460405658
```

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT13RCB | IT13RCB | ITH IT13RCB iTouchless Round Stainless Steel Touchless Trashcan NX (13 gallon) |

## Return Instructions

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes

❏ Not as expected       ❏ Arrived too late
❏ Defective             ❏ Customer ordering error
❏ Damaged               ❏ Wrong item

5448040
SAMEER TALWAR
5866 WHISPER WAY
ELKRIDGE, MD 21075

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

Return Authorization # _____

*Thank You For Your Order!*



Detailed Results



Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460405658    E-mail notifications

**Delivered**

Initiated — Picked up — In transit — Delivered

**Delivered**
Signed for by: Signature not required

**Shipment Dates**                     **Destination**

Ship date ⑦ Oct 16, 2008             Elkridge, MD
Delivery date ⑦ Oct 22, 2008 1:15 PM  Proof of Delivery ⑦

**Shipment Facts**                                              Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 13.0 lbs/5.9 kg | Purchase order number | 5448040 |
| | | Invoice number | D0050350 |
| | | Department number | 1 |

**Shipment Travel History**                                     Help

Select time zone: Select    ·    Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 22, 2008 1:15 PM | Delivered | Elkridge, MD | Left at front door. Signature Service not requested. |
| Oct 22, 2008 5:35 AM | On FedEx vehicle for delivery | WHITE MARSH, MD | |
| Oct 22, 2008 4:37 AM | At local FedEx facility | WHITE MARSH, MD | |
| Oct 22, 2008 12:27 AM | Departed FedEx location | HAGERSTOWN, MD | |
| Oct 21, 2008 11:40 PM | Departed FedEx location | HAGERSTOWN, MD | |
| Oct 21, 2008 8:37 PM | Arrived at FedEx location | HAGERSTOWN, MD | |
| Oct 18, 2008 3:43 AM | In transit | NORTH SALT LAKE, UT | |
| Oct 17, 2008 12:10 PM | In transit | RENO, NV | |
| Oct 17, 2008 9:07 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 17, 2008 2:36 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 8:13 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 8:05 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |

D0050351



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Order Number: 4432-0379399**

Order Date: 10/16/08

**Shipping Method:** Ground (carrier not specified)

Purchase Order Number: 5448042

**Ship To:**
CARMEN DINARDO
126 CRESTWOOD AVE
NUTLEY, NJ 07110

**Bill To:**
CARMEN DINARDO

| | | |
|---|---|---|
| Invoice D0050351 | Date 10/16/2008 | SHIPPING 0.00 |
| Customer circuitcity | Wgt 16.0 LBS | SPECIAL 0.00 |
| Dept 1 | COD 0.00 | HANDLING 0.00 |
| PO Number 5448042 | DV 0.00 | TOTAL 0.00 |

Svcs GND THRD PTY
TRCK 726874460405665

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT14SC | IT14SC | ITH IT14SC iTouchless Stainless Steel Touchless Trashcan SX |

**Return Instructions**

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**
❑ Not as expected    ❑ Arrived too late
❑ Defective    ❑ Customer ordering error
❑ Damaged    ❑ Wrong item

5448042
CARMEN DINARDO
126 CRESTWOOD AVE
NUTLEY, NJ 07110

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

Return Authorization # _____



*Thank You For Your Order!*

## Detailed Results

Enter tracking number



| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460405665

✉ E-mail notifications

# Delivered

Initiated — Picked up — In transit — Delivered

**Delivered**
Signed for by:  Signature not required

**Shipment Dates**

Ship date ⓘ  Oct 16, 2008
Delivery date ⓘ  Oct 21, 2008 2:58 PM

**Destination**

Nutley, NJ
*Proof of Delivery* ⓘ

## Shipment Facts

Help

| | | | |
|---|---|---|---|
| Service type | Ground-Domestic | Reference | circuitcity |
| Weight | 16.0 lbs/7.3 kg | Purchase order number | 5448042 |
| | | Invoice number | D0050351 |
| | | Department number | 1 |

## Shipment Travel History

Help

Select time zone:  Select

Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 21, 2008 2:58 PM | Delivered | Nutley, NJ | Left at front door. Signature Service not requested. |
| Oct 21, 2008 3:32 AM | On FedEx vehicle for delivery | SOUTH HACKENSACK, NJ | |
| Oct 21, 2008 1:46 AM | At local FedEx facility | SOUTH HACKENSACK, NJ | |
| Oct 21, 2008 1:15 AM | Departed FedEx location | KEASBEY, NJ | |
| Oct 20, 2008 9:57 PM | Arrived at FedEx location | KEASBEY, NJ | |
| Oct 18, 2008 3:43 AM | In transit | NORTH SALT LAKE, UT | |
| Oct 17, 2008 9:02 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 17, 2008 2:34 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 11:04 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 7:59 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |

D0050352



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Order Number: 4441-0377654**

**Order Date:** 10/16/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5448041

| Ship To: | Bill To: |
|---|---|
| MICHAEL C HELLER | MICHAEL C HELLER |
| 4722 E WOBURN LN | |
| CAVE CREEK, AZ 85331 | |

```
Invoice  00050352    Date  10/16/2008    SHIPPING     0 00
Customer  circuitcity Wgt  16 0 LBS      SPECIAL      0 00
Dept  1                     COD          0.00  HANDLING  0 00
PO Number  5448041          DV           0.00  TOTAL     0.00
        Svcs  GND THRD PTY
        TRCK  726874460405672
```

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT14SC | IT14SC | ITH IT14SC iTouchless Stainless Steel Touchless Trashcan SX |

**Return Instructions**

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**

❑ Not as expected      ❑ Arrived too late
❑ Defective            ❑ Customer ordering error
❑ Damaged              ❑ Wrong item

5448041
MICHAEL C HELLER
4722 E WOBURN LN
CAVE CREEK, AZ 85331

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

Return Authorization # _____


*Thank You For Your Order!*

## Detailed Results

Enter tracking number



| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460405672

✉ E-mail notifications

### Delivered

Initiated — Picked up — In transit — Delivered

**Delivered**
Signed for by: Signature not required

**Shipment Dates**

Ship date ⓘ Oct 16, 2008
Delivery date ⓘ Oct 21, 2008 12:14 PM

**Destination**

Cave Creek, AZ
Proof of Delivery ⓘ

### Shipment Facts

Help

| | | | |
|---|---|---|---|
| Service type | Ground-Domestic | Reference | circuitcity |
| Weight | 16.0 lbs/7.3 kg | Purchase order number | 5448041 |
| | | Invoice number | D0050352 |
| | | Department number | 1 |

### Shipment Travel History

Help

Select time zone: Select

Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 21, 2008 12:14 PM | Delivered | Cave Creek, AZ | Left at front door. Signature Service not requested. |
| Oct 21, 2008 1:22 AM | On FedEx vehicle for delivery | PHOENIX, AZ | |
| Oct 20, 2008 4:48 PM | Arrived at FedEx location | PHOENIX, AZ | |
| Oct 17, 2008 9:12 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 11:07 PM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 8:13 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 8:07 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |

D0050353



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

Ship To:
HELEN PRIDGEN
3170 HALE CT
HUNTINGTOWN, MD 20639

Bill To:
HELEN PRIDGEN

Invoice   D0050353   Date 10/16/2008
Customer   circuitcity Wgt   4 0 LBS
Dept 1                COD
PO Number 5448046     DV

SHIPPING      0 00
SPECIAL       0 00
HANDLING      0 00
TOTAL         0 00

Svcs: GND THRD PTY
TRCK: 726874460405689

**Order Number:** 4423-0380080

**Order Date:** 10/16/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5448046

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT01RC | IT01RC | ITH IT01RC iTouchless 1.5 Gallon Touchless Trashcan TX |

**Return Instructions**

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**

❏ Not as expected    ❏ Arrived too late
❏ Defective          ❏ Customer ordering error
❏ Damaged            ❏ Wrong item

5448046
HELEN PRIDGEN
3170 HALE CT
HUNTINGTOWN, MD 20639

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

Return Authorization # _____



*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
| --- | --- |

Tracking no.: 726874460405689                                   ✉ E-mail notifications

# Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: Signature not required

**Shipment Dates**                           **Destination**

Ship date ⑦  Oct 16, 2008                   Huntingtown, MD
Delivery date ③  Oct 22, 2008 4:59 PM        Proof of Delivery ⑦

## Shipment Facts                                                    Help

| | | | | |
| --- | --- | --- | --- | --- |
| Service type | Ground-Domestic | | Reference | circuitcity |
| Weight | 4.0 lbs/1.8 kg | | Purchase order number | 5448046 |
| | | | Invoice number | D0050353 |
| | | | Department number | 1 |

## Shipment Travel History                                           Help

Select time zone:  Select                              Select time format: **12H** | **24H**

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
| --- | --- | --- | --- |
| Oct 22, 2008 4:59 PM | Delivered | Huntingtown, MD | Left at front door. Signature Service not requested. |
| Oct 22, 2008 6:54 AM | On FedEx vehicle for delivery | BRANDYWINE, MD | |
| Oct 22, 2008 6:09 AM | At local FedEx facility | BRANDYWINE, MD | |
| Oct 22, 2008 4:19 AM | Departed FedEx location | HAGERSTOWN, MD | |
| Oct 21, 2008 11:50 PM | Arrived at FedEx location | HAGERSTOWN, MD | |
| Oct 17, 2008 10:38 AM | In transit | RENO, NV | |
| Oct 17, 2008 7:26 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 17, 2008 1:32 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 10:08 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 7:55 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |

D0050355



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Order Number:** 4424-0379800

4424 0379800

**Order Date:** 10/16/08

**Shipping Method:** Ground (carrier not specified)

**Ship To:**

GOKCE S ATALAN
241 WILLIAMSON HALL
DEPARTMENT OF GEOLOGICAL
SCIENCES
GAINESVILLE, FL 32611

**Bill To:**

GOKCE S ATALAN

```
Invoice  D0050355      Date  10/16/2008     SHIPPING      0 00
Customer  circuitcity Wgt  4 0 LBS          SPECIAL       0 00    Order Number: 5448053
Dept. 1                 COD              0 00 HANDLING      0 00
PO Number  5448053      DV               0 00 TOTAL        0 00
```

5448053

```
Svcs: GND THRD PTY
TRCK: 726874460405696
```

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT01RC | IT01RC | ITH IT01RC iTouchless 1.5 Gallon Touchless Trashcan TX |

**Return Instructions**

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit
   the Help & Services section on circuitcity.com or call
   our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the
   box, UPC barcode, packaging, and all accessories.
   Include this packing slip.
5. You are responsible for all shipping and insurance
   charges for returns.

*Please refer to circuitcity.com for additional information
about our Refunds and Returns policy.*

**Return Codes**
- ❏ Not as expected      ❏ Arrived too late
- ❏ Defective            ❏ Customer ordering error
- ❏ Damaged              ❏ Wrong item

5448053
GOKCE S ATALAN
241 WILLIAMSON HALL
DEPARTMENT OF GEOLOGICAL SCIENCES
GAINESVILLE, FL 32611

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

5448053

Return Authorization # _____



*Thank You For Your Order!*

## Detailed Results

Enter tracking number ▢

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460405696                                       ✉ E-mail notifications

# Delivered

Initiated → Picked up → In transit → Delivered

**Delivered**
Signed for by: PHIAENS

| Shipment Dates | Destination |
|---|---|
| Ship date ⑦  Oct 16, 2008 | Gainesville, FL |
| Delivery date ⑦  Oct 23, 2008 11:06 AM | Signature Proof of Delivery ⑦ |

## Shipment Facts                                                                 Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 4.0 lbs/1.8 kg | Purchase order number | 5448053 |
| | | Invoice number | D0050355 |
| | | Department number | 1 |

## Shipment Travel History                                                        Help

Select time zone: Select  ·                          Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 23, 2008 11:06 AM | **Delivered** | Gainesville, FL | |
| Oct 23, 2008 4:59 AM | On FedEx vehicle for delivery | OCALA, FL | |
| Oct 23, 2008 12:24 AM | At local FedEx facility | OCALA, FL | |
| Oct 22, 2008 11:50 PM | Departed FedEx location | ORLANDO, FL | |
| Oct 22, 2008 3:13 PM | Arrived at FedEx location | ORLANDO, FL | |
| Oct 17, 2008 8:02 AM | In transit | RENO, NV | |
| Oct 17, 2008 4:30 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 17, 2008 2:21 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 9:36 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 8:05 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |

P0050356



**Contact Circuit City**
*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Ship To:**
JOE ARDAGNA
365 WATER ST
WAKEFIELD, MA 01880

**Bill To:**
JOE ARDAGNA

**Order Number:** 4424-0379801

**Order Date:** 10/16/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5448055

```
        Invoice 0005356      Date: 10/16/2008      SHIPPING      0.00
        Customer  circuitcity Wgt. 13 0 LBS         SPECIAL:     0.00
        Dept. 1                       COD:    0.00  HANDLING     0.00
        PO Number  5448055            OV.     0.00  TOTAL        0.00

                Svcs: GND THRD PTY
                TRCK: 726874460405702
```

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT13RCB | IT13RCB | ITH IT13RCB iTouchless Round Stainless Steel Touchless Trashcan NX (13 gallon) |

**Return Instructions**

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**
❏ Not as expected   ❏ Arrived too late
❏ Defective   ❏ Customer ordering error
❏ Damaged   ❏ Wrong item

5448055
JOE ARDAGNA
365 WATER ST
WAKEFIELD, MA 01880

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

Return Authorization # _____

*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460405702

✉ E-mail notifications

# Delivered

Initiated — Picked up — In transit — Delivered

**Delivered**
Signed for by: Signature not required

**Shipment Dates**

Ship date ⑦  Oct 16, 2008
Delivery date ③  Oct 22, 2008 10:07 AM

**Destination**

Wakefield, MA
Proof of Delivery ⑦

## Shipment Facts                                                             Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 13.0 lbs/5.9 kg | Purchase order number | 5448055 |
| | | Invoice number | D005356 |
| | | Department number | 1 |

## Shipment Travel History                                                    Help

Select time zone:  Select                                    Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 22, 2008 10:07 AM | Delivered | Wakefield, MA | Left at front door. Signature Service not requested. |
| Oct 22, 2008 2:52 AM | On FedEx vehicle for delivery | WILMINGTON, MA | |
| Oct 22, 2008 12:31 AM | At local FedEx facility | WILMINGTON, MA | |
| Oct 21, 2008 10:55 PM | Departed FedEx location | WILLINGTON, CT | |
| Oct 21, 2008 7:50 PM | Arrived at FedEx location | WILLINGTON, CT | |
| Oct 17, 2008 4:58 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 17, 2008 2:34 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 11:04 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 7:59 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |





**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Ship To:**
ALAN C KOSTRZAK
5046 RIVERMOOR DR
OMRO WN 54963

Invoice   D0050357
Customer
Dept  1      circuitcity   Date  10/16/2008
PO Number  5448059       Wgt  4.0 LBS
                          COD
                          DV
                    Svcs  GND THRD PTY
              TRCK  726874460405719

**Bill To:**
ALAN C KOSTRZAK

SHIPPING                0 00
SPECIAL       0 00
HANDLING      0 00
TOTAL         0 00

**Order Number:** 4432-0379410

**Order Date:** 10/16/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5448059

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT01RC | IT01RC | ITH IT01RC iTouchless 1.5 Gallon Touchless Trashcan TX |

**Return Instructions**

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit
   the Help & Services section on circuitcity.com or call
   our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the
   box, UPC barcode, packaging, and all accessories.
   Include this packing slip.
5. You are responsible for all shipping and insurance
   charges for returns.

*Please refer to circuitcity.com for additional information
about our Refunds and Returns policy.*

**Return Codes**
❏ Not as expected    ❏ Arrived too late
❏ Defective          ❏ Customer ordering error
❏ Damaged            ❏ Wrong item

5448059
ALAN C KOSTRZAK
5046 RIVERMOOR DR
OMRO, WI 54963

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

Return Authorization # _____



**Thank You For Your Order!**

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460405702                                    ✉ E-mail notifications

# Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: Signature not required

**Shipment Dates**                                    **Destination**

Ship date ⓘ  Oct 16, 2008                            Wakefield, MA
Delivery date ⓘ  Oct 22, 2008 10:07 AM              Proof of Delivery ⓘ

## Shipment Facts                                                Help

| Service type | Ground-Domestic | | Reference | circuitcity |
|---|---|---|---|---|
| Weight | 13.0 lbs/5.9 kg | | Purchase order number | 5448055 |
| | | | Invoice number | D005356 |
| | | | Department number | 1 |

## Shipment Travel History                                        Help

Select time zone:  Select                              Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 22, 2008 10:07 AM | Delivered | Wakefield, MA | Left at front door. Signature Service not requested. |
| Oct 22, 2008 2:52 AM | On FedEx vehicle for delivery | WILMINGTON, MA | |
| Oct 22, 2008 12:31 AM | At local FedEx facility | WILMINGTON, MA | |
| Oct 21, 2008 10:55 PM | Departed FedEx location | WILLINGTON, CT | |
| Oct 21, 2008 7:50 PM | Arrived at FedEx location | WILLINGTON, CT | |
| Oct 17, 2008 4:58 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 17, 2008 2:34 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 11:04 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 7:59 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |

DCC70359



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*

*Thank you for your order.*

**Order Number: 4423-0380090**



**Ship To:**

PATRICK REID
3178 ELMENDORF DR NW
KENNESAW, GA 30144

Invoice D0050359   Date: 10/16/2008
Customer: circuitcity   Wgt. 13 0 LBS
Dept. 1   COD
PO Number   5448061   DV

Svcs: GND THRD PTY
TRCK: 726874460405733

**Bill To:**

PATRICK REID

```
                    SHIPPING     G 00
                    SPECIAL      0 00
                    HANDLING     0.00
            0.00    TOTAL        0.00
            0.00
```

rder Date: 10/16/08

ipping Method: Ground (carrier not specified)

rchase Order Number: 5448061

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT13RCB | IT13RCB | ITH IT13RCB iTouchless Round Stainless Steel Touchless Trashcan NX (13 gallon) |

## Return Instructions

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes

❑ Not as expected   ❑ Arrived too late
❑ Defective   ❑ Customer ordering error
❑ Damaged   ❑ Wrong item

5448061
PATRICK REID
3178 ELMENDORF DR NW
KENNESAW, GA 30144

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

Return Authorization # _____



*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460405733                                               ✉ E-mail notifications

# Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: Signature not required

**Shipment Dates**                                  **Destination**

Ship date ⓘ  Oct 16, 2008                           Kennesaw, GA
Delivery date ⓘ  Oct 22, 2008 12:47 PM             Proof of Delivery ⓘ

## Shipment Facts                                                          Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 13.0 lbs/5.9 kg | Purchase order number | 5448061 |
| | | Invoice number | D0050359 |
| | | Department number | 1 |

## Shipment Travel History                                                 Help

Select time zone:  Select                              Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 22, 2008 12:47 PM | **Delivered** | Kennesaw, GA | Left at front door. Signature Service not requested. |
| Oct 22, 2008 6:06 AM | On FedEx vehicle for delivery | KENNESAW, GA | |
| Oct 21, 2008 3:13 PM | Arrived at FedEx location | KENNESAW, GA | |
| Oct 18, 2008 6:06 AM | In transit | RENO, NV | |
| Oct 18, 2008 3:23 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 17, 2008 2:35 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 8:13 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 8:05 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |

D0050360.



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*

*Thank you for your order.*

---

**Ship To:**

MIKE FLEISCHNER
888 8TH AVE
APT 1T
NEW YORK, NY 10019

**Bill To:**

MICHAEL FLEISCHNER

**Order Number: 4431-0893433**

4 4 3 1 - 0 8 9 3 4 3 3

**Order Date:** 10/16/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5448068

5 4 4 8 0 6 8

| | | |
|---|---|---|
| Invoice D0050360 | Date 10/16/2008 | SHIPPING | 0.00 |
| Customer circuitcity | Wgt 16.0 LBS | SPECIAL | 0.00 |
| Dept 1 | COD | HANDLING | 0.00 |
| PO Number 5448068 | DV | TOTAL | 0.00 |

Svcs: GND THRD PTY
TRCK: 726874450405740

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT14SC | IT14SC | ITH IT14SC iTouchless Stainless Steel Touchless Trashcan SX |

---

## Return Instructions

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes

❑ Not as expected ❑ Arrived too late
❑ Defective ❑ Customer ordering error
❑ Damaged ❑ Wrong item

5448068
MIKE FLEISCHNER
888 8TH AVE
APT 1T
NEW YORK, NY 10019

**RETURNS**
551 Foster City Blvd.
Unit M
Foster City, CA 94404

5 4 4 8 0 6 8    Return Authorization # _____



*Thank You For Your Order!*

## Detailed Results

Enter tracking number ▮

| Detailed Results | Notifications |
|---|---|

---

Tracking no.: 726874460405740                                    ✉ E-mail notifications

# Delivered

Initiated  Picked up  In transit  Delivered

**Delivered**
Signed for by: WHARWAT

**Shipment Dates**                                    **Destination**

Ship date ⏱ Oct 16, 2008                            New York, NY
Delivery date ⏱ Oct 22, 2008 12:27 PM              Signature Proof of Delivery ⏱

## Shipment Facts                                                          Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 16.0 lbs/7.3 kg | Purchase order number | 5448068 |
| | | Invoice number | D0050360 |
| | | Department number | 1 |

## Shipment Travel History                                                 Help

Select time zone: Select ▾                          Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 22, 2008 12:27 PM | **Delivered** | New York, NY | |
| Oct 22, 2008 4:00 AM | On FedEx vehicle for delivery | BROOKLYN, NY | |
| Oct 22, 2008 3:52 AM | At local FedEx facility | BROOKLYN, NY | |
| Oct 21, 2008 7:14 PM | Departed FedEx location | KEASBEY, NJ | |
| Oct 21, 2008 3:34 PM | Arrived at FedEx location | KEASBEY, NJ | |
| Oct 17, 2008 6:05 AM | In transit | RENO, NV | |
| Oct 17, 2008 3:16 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 11:07 PM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 8:13 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 8:05 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |

D0050361



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*

*Thank you for your order.*

Order Number: 4429-1987071

| Ship To: | Bill To: |
|---|---|
| LEV BLINCHIK | LEV BLINCHIK |
| 444 WASHINGTON BLVD | |
| APT 1514 | |
| JERSEY CITY, NJ 07310 | |

Order Date: 10/16/08

Shipping Method: Ground (carrier not specified)

Purchase Order Number: 5448073

```
Invoice  D0050361   Date  10/16/2008      SHIPPING    0.00
Customer  circuitcity  Wgt: 4.0 LBS      SPECIAL     0.00
Dept: 1                        0.00      HANDLING    0.00
PO Number: 5448073             0.00      TOTAL:      0.00
           COD:
           DV:
     Svcs: GND THRD PTY
     TRCK: 726874460405757
```

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT01RC | IT01RC | ITH IT01RC iTouchless 1.5 Gallon Touchless Trashcan TX |

### Return Instructions

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. *Check the appropriate return code below.*
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes

❏ Not as expected   ❏ Arrived too late
❏ Defective   ❏ Customer ordering error
❏ Damaged   ❏ Wrong item

5448073
LEV BLINCHIK
444 WASHINGTON BLVD
APT 1514
JERSEY CITY, NJ 07310

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

Return Authorization # _____



*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460405757

✉ E-mail notifications

## Delivered

Initiated — Picked up — In transit — Delivered

**Delivered**
Signed for by: Signature not required

**Shipment Dates**

Ship date ⑦  Oct 16, 2008
Delivery date ③  Oct 21, 2008 6:14 PM

**Destination**

Jersey City, NJ
Proof of Delivery ⑦

### Shipment Facts

Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 4.0 lbs/1.8 kg | Purchase order number | 5448073 |
| | | Invoice number | D0050361 |
| | | Department number | 1 |

### Shipment Travel History

Help

Select time zone:  Select

Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 21, 2008 6:14 PM | Delivered | Jersey City, NJ | Left at front door. Signature Service not requested. |
| Oct 21, 2008 6:11 AM | On FedEx vehicle for delivery | KEASBEY, NJ | |
| Oct 20, 2008 11:09 PM | Arrived at FedEx location | KEASBEY, NJ | |
| Oct 18, 2008 3:43 AM | In transit | NORTH SALT LAKE, UT | |
| Oct 17, 2008 11:48 AM | In transit | RENO, NV | |
| Oct 17, 2008 9:02 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 17, 2008 2:15 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 9:36 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 8:09 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |





**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*

*Thank you for your order.*

**Order Number:** 4440-0377931

| Ship To: | Bill To: |
|---|---|
| THOMAS WALSH | THOMAS WALSH |
| 33162 E 2700 RD N | |
| CAMPUS, IL 60920 | |



Order Date: 10/16/08

Shipping Method: Ground (carrier not specified)

Purchase Order Number: 5448079

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT01RC | IT01RC | ITH IT01RC iTouchless 1.5 Gallon Touchless Trashcan TX |

**Return Instructions**

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**

- ❑ Not as expected
- ❑ Arrived too late
- ❑ Defective
- ❑ Customer ordering error
- ❑ Damaged
- ❑ Wrong item

5448079
THOMAS WALSH
33162 E 2700 RD N
CAMPUS, IL 60920

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

 Return Authorization # _____

*Thank You For Your Order!*

## Detailed Results

Enter tracking number ▮▮▮

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460405764                          ✉ E-mail notifications

# Delivered

● ━━━━━▶ ━━━━━▶ ━━━━━▶ ━━━━━●
Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by:  Signature not required

**Shipment Dates**                                    **Destination**

Ship date ⓘ  Oct 16, 2008                             Campus, IL
Delivery date ⓘ  Oct 22, 2008 9:45 AM                 Proof of Delivery ⓘ

## Shipment Facts                                      Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 4.0 lbs/1.8 kg | Purchase order number | 5448079 |
| | | Invoice number | D0050362 |
| | | Department number | 1 |

## Shipment Travel History                             Help

Select time zone:  Select                             Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 22, 2008 9:45 AM | Delivered | Campus, IL | Left at front door. Signature Service not requested. |
| Oct 22, 2008 3:46 AM | On FedEx vehicle for delivery | LA GRANGE, IL | |
| Oct 22, 2008 3:18 AM | Arrived at FedEx location | LA GRANGE, IL | |
| Oct 22, 2008 12:34 AM | At local FedEx facility | LA GRANGE, IL | |
| Oct 21, 2008 9:57 PM | Departed FedEx location | CHAMPAIGN, IL | |
| Oct 21, 2008 6:19 PM | Arrived at FedEx location | CHAMPAIGN, IL | |
| Oct 17, 2008 8:02 AM | In transit | RENO, NV | |
| Oct 17, 2008 4:30 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 17, 2008 1:00 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 9:36 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 7:56 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |





***Contact Circuit City***

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Order Number: 4419-1959332**

| Ship To: | Bill To: |
|---|---|
| SERGE GURARIY | SERGE GURARIY |
| 35 SEACOAST TER | |
| APT 16K | |
| BROOKLYN, NY 11235 | |

**Order Date: 10/16/08**

0 00  ng Method: Ground (carrier not specified)
0 00
0 00  se Order Number: 5448080
0 00

```
Invoice   00050363   Date: 10/16/2008   SHIPPING
Customer  circuitcity Wgt  4.0 LBS    0 00  SPECIAL
Dept: 1            COD          0 00  HANDLING
PO Number  5448080   DV                 0 00  TOTAL

Svcs: GND THRD PTY
TRCK: 726874460405771
```

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT01RC | IT01RC | ITH IT01RC iTouchless 1.5 Gallon Touchless Trashcan TX |

**Return Instructions**

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**

❏ Not as expected    ❏ Arrived too late
❏ Defective          ❏ Customer ordering error
❏ Damaged            ❏ Wrong item

5448080
SERGE GURARIY
35 SEACOAST TER
APT 16K
BROOKLYN, NY 11235

**RETURNS**
551 Foster City Blvd.
Unit M
Foster City, CA 94404

 Return Authorization # _____

*Thank You For Your Order!*

## Detailed Results

Enter tracking number



| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460405771

✉ E-mail notifications

# Delivered

Initiated — Picked up — In transit — Delivered

**Delivered**
Signed for by: SAM

**Shipment Dates**

Ship date ⑦  Oct 16, 2008
Delivery date ⑤  Oct 22, 2008 2:56 PM

**Destination**

Brooklyn, NY
Signature Proof of Delivery ⑦

## Shipment Facts                                                                 Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 4.0 lbs/1.8 kg | Purchase order number | 5448080 |
| | | Invoice number | D0050363 |
| | | Department number | 1 |

## Shipment Travel History                                                       Help

Select time zone:  Select

Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 22, 2008 2:56 PM | Delivered | Brooklyn, NY | |
| Oct 22, 2008 6:54 AM | On FedEx vehicle for delivery | MASPETH, NY | |
| Oct 21, 2008 10:42 PM | At local FedEx facility | MASPETH, NY | |
| Oct 21, 2008 9:54 PM | Departed FedEx location | KEASBEY, NJ | |
| Oct 21, 2008 3:02 PM | Arrived at FedEx location | KEASBEY, NJ | |
| Oct 17, 2008 6:05 AM | In transit | RENO, NV | |
| Oct 17, 2008 3:16 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 11:56 PM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 8:13 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 7:55 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |



**Contact Circuit City**
*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

Order Number: 4431-0893453



| Ship To: | Bill To: |
|---|---|
| PETER C FU | PETER C FU |
| 6611 14TH AVE | |
| 2ND FL | |
| BROOKLYN, NY 11219 | |

Order Date: 10/16/08
Shipping Method: Ground (carrier not specified)
Purchase Order Number: 5448091

Invoice  00050364    Date  10/16/2008    SHIPPING SPECIAL    0 00
Customer  circuitcity Wgt  4.0 LBS      HANDLING          0 00
Dept  1               COD               TOTAL
PO Number  5448091    DV:
Svcs: GND THRD PTY
TRCK: 726874460405788

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT01RC | IT01RC | ITH IT01RC iTouchless 1.5 Gallon Touchless Trashcan TX |

### Return Instructions

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes

❑ Not as expected    ❑ Arrived too late
❑ Defective          ❑ Customer ordering error
❑ Damaged            ❑ Wrong item

5448091
PETER C FU
6611 14TH AVE
2ND FL
BROOKLYN, NY 11219

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

 Return Authorization # _____

*Thank You For Your Order!*

## Detailed Results

Enter tracking number ▯

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460405788 ✉ E-mail notifications

## Delivered

▮ Initiated ▶ Picked up ▶ In transit ▶ Delivered

**Delivered**
Signed for by: FFFU

| Shipment Dates | Destination |
|---|---|
| Ship date ⑦  Oct 16, 2008 | Brooklyn, NY |
| Delivery date ③  Oct 21, 2008 6:05 PM | Signature Proof of Delivery ⑦ |

### Shipment Facts                                                                 Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 4.0 lbs/1.8 kg | Purchase order number | 5448091 |
| | | Invoice number | D0050364 |
| | | Department number | 1 |

### Shipment Travel History                                                       Help

Select time zone:  Select  ▾            Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 21, 2008 6:05 PM | **Delivered** | Brooklyn, NY | |
| Oct 21, 2008 5:53 AM | On FedEx vehicle for delivery | MASPETH, NY | |
| Oct 21, 2008 2:11 AM | At local FedEx facility | MASPETH, NY | |
| Oct 21, 2008 1:23 AM | Departed FedEx location | KEASBEY, NJ | |
| Oct 20, 2008 9:56 PM | Arrived at FedEx location | KEASBEY, NJ | |
| Oct 18, 2008 3:43 AM | In transit | NORTH SALT LAKE, UT | |
| Oct 17, 2008 11:48 AM | In transit | RENO, NV | |
| Oct 17, 2008 9:02 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 17, 2008 2:34 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |

D0050365



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

| Ship To: | Bill To: |
|---|---|
| MARK TAMETA<br>14231 LAMBETH WAY<br>TUSTIN, CA 92780 | MARK TAMETA |

**Order Number:** 4433-0379188



**Order Date:** 10/16/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5448090

Invoice D0050365    Date 10/16/2008
Customer circuitcity   Wgt 16.0 LBS
Dept 1                 COD
PO Number  5448090      DV

SHIPPING       0.00
SPECIAL        0.00
HANDLING       0.00
TOTAL          0.00

Svcs: GND THRD PTY
TRCK: 726874460405795

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT14SC | IT14SC | ITH IT14SC iTouchless Stainless Steel Touchless Trashcan SX |

## Return Instructions

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes

- ❏ Not as expected
- ❏ Defective
- ❏ Damaged
- ❏ Arrived too late
- ❏ Customer ordering error
- ❏ Wrong item

5448090
MARK TAMETA
14231 LAMBETH WAY
TUSTIN, CA 92780

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

Return Authorization # _____

*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

### Tracking no.: 726874460405795

✉ E-mail notifications

# Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: Signature not required

**Shipment Dates**

Ship date ⓘ   Oct 16, 2008
Delivery date ⓘ   Oct 20, 2008 1:58 PM

**Destination**

Tustin, CA
Proof of Delivery ⓘ

### Shipment Facts                                                                Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 16.0 lbs/7.3 kg | Purchase order number | 5448090 |
| | | Invoice number | D0050365 |
| | | Department number | 1 |

### Shipment Travel History                                                      Help

Select time zone:  Select                                    Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 20, 2008 1:58 PM | **Delivered** | Tustin, CA | Left at front door. Signature Service not requested. |
| Oct 20, 2008 3:04 AM | On FedEx vehicle for delivery | ANAHEIM, CA | |
| Oct 20, 2008 3:01 AM | Arrived at FedEx location | ANAHEIM, CA | |
| Oct 17, 2008 11:38 PM | At local FedEx facility | ANAHEIM, CA | |
| Oct 17, 2008 6:38 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 17, 2008 2:33 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 11:04 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 8:05 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |





**Contact Circuit City**
*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Order Number: 4441-0377692**

4 4 4 1 - 0 3 7 7 6 9 2

| Ship To: | Bill To: |
|---|---|
| MOSTAFA ELGAMAL | MOSTAFA ELGAMAL |
| 23725 NORTHWESTERN HWY | |
| SOUTHFIELD, MI 48075 | |

Invoice  D0050366    Date  10/16/2008        SHIPPING        0 00
Customer  circuitcity  Wgt  16 0 LBS          SPECIAL         0 00
Dept  1                COD.            0 00  HANDLING        0.00
PO Number  5448092     DV.             0.00  TOTAL           0 00

        Svcs  GND THRD PTY
        TRCK:  726874460405801

~~der Date: 10/16/08

pping Method: Ground (carrier not specified)

chase Order Number: 5448092

5 4 4 8 0 9 2

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT14SC | IT14SC | ITH IT14SC iTouchless Stainless Steel Touchless Trashcan SX |

## Return Instructions

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes
❑ Not as expected    ❑ Arrived too late
❑ Defective          ❑ Customer ordering error
❑ Damaged            ❑ Wrong item

5448092
MOSTAFA ELGAMAL
23725 NORTHWESTERN HWY
SOUTHFIELD, MI 48075

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

5 4 4 8 0 9 2    Return Authorization # _____



*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
| --- | --- |

**Tracking no.: 726874460405801**

✉ E-mail notifications

# Delivered

Initiated | Picked up | In transit | Delivered

**Delivered**
Signed for by: RBAYTIYEH

**Shipment Dates**

Ship date ② Oct 16, 2008
Delivery date ② Oct 21, 2008 10:23 AM

**Destination**

Southfield, MI
Signature Proof of Delivery ②

## Shipment Facts

Help

| Service type | Ground-Domestic | Reference | circuitcity |
| --- | --- | --- | --- |
| Weight | 16.0 lbs/7.3 kg | Purchase order number | 5448092 |
| | | Invoice number | D0050366 |
| | | Department number | 1 |

## Shipment Travel History

Help

Select time zone:  Select

Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
| --- | --- | --- | --- |
| Oct 21, 2008 10:23 AM | Delivered | Southfield, MI | |
| Oct 21, 2008 5:23 AM | On FedEx vehicle for delivery | LIVONIA, MI | |
| Oct 21, 2008 4:00 AM | At local FedEx facility | LIVONIA, MI | |
| Oct 21, 2008 2:44 AM | Departed FedEx location | TOLEDO, OH | |
| Oct 20, 2008 9:42 PM | Arrived at FedEx location | TOLEDO, OH | |
| Oct 17, 2008 4:49 AM | In transit | RENO, NV | |
| Oct 17, 2008 1:44 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 11:51 PM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 8:13 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 8:07 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |

D0050367



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

Order Number: 4418-2664146



**Ship To:**
LANCE K SHER
1316 W BLACK WOLF RD
ROUND LAKE, IL 60073

| Invoice | D0050367 | Date | 10/16/2008 | SHIPPING | 0.00 |
| Customer | circuitcity | Wgt | 16.0 LBS | SPECIAL | 0.00 |
| Dept: 1 | | COD | | HANDLING | 0.00 |
| PO Number: | 5448094 | DV. | 0.00 | TOTAL | 0.00 |

Svcs: GND THRD PTY
TRCK: 726874460405818

**Bill To:**
LANCE K SHER

Order Date: 10/16/08

Shipping Method: Ground (carrier not specified)

Purchase Order Number: 5448094



| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT14SB | IT14SB | ITH IT14SB iTouchless Black Steel Touchless Trashcan SX |

**Return Instructions**

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**

❑ Not as expected        ❑ Arrived too late
❑ Defective              ❑ Customer ordering error
❑ Damaged                ❑ Wrong item

5448094
LANCE K SHER
1316 W BLACK WOLF RD
ROUND LAKE, IL 60073

**RETURNS**
551 Foster City Blvd.
Unit M
Foster City, CA 94404

    Return Authorization # _____

*Thank You For Your Order!*

## Detailed Results



Enter tracking number

| Detailed Results | Notifications |
|---|---|

**Tracking no.: 726874460405818**

✉ E-mail notifications

# Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by:  Signature not required

Shipment Dates                          Destination

Ship date ⏱ Oct 16, 2008              Round Lake, IL
Delivery date 🕒 Oct 22, 2008 1:56 PM    Proof of Delivery ⏱

## Shipment Facts                                                  Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 16.0 lbs/7.3 kg | Purchase order number | 5448094 |
| | | Invoice number | D0050367 |
| | | Department number | 1 |

## Shipment Travel History                                        Help

Select time zone:  Select                    Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 22, 2008 1:56 PM | **Delivered** | Round Lake, IL | Left at front door. Signature Service not requested. |
| Oct 22, 2008 6:11 AM | On FedEx vehicle for delivery | WHEELING, IL | |
| Oct 22, 2008 6:07 AM | Arrived at FedEx location | WHEELING, IL | |
| Oct 22, 2008 4:55 AM | At local FedEx facility | WHEELING, IL | |
| Oct 22, 2008 1:16 AM | Departed FedEx location | CHAMPAIGN, IL | |
| Oct 21, 2008 8:03 PM | Arrived at FedEx location | CHAMPAIGN, IL | |
| Oct 17, 2008 10:38 AM | In transit | RENO, NV | |
| Oct 17, 2008 7:26 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 11:52 PM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |

D005 0368



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

---

**Ship To:**

MICHAEL YEUNG
57 WHITFORD ST
ROSLINDALE, MA 02131

**Bill To:**

MICHAEL YEUNG

**Order Number:** 4429-1987092

**Order Date:** 10/16/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5448097

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT14SC | IT14SC | ITH IT14SC iTouchless Stainless Steel Touchless Trashcan SX |

```
Invoice  D0050368      Date  10/16/2008     SHIPPING      0.00
Customer  circuitcity  Wgt   16.0 LBS       SPECIAL       0.00
Dept  1                COD              0.00 HANDLING      0.00
PO Number  5448097     DV               0.00 TOTAL        0.00
```

Svcs: GND THRD PTY
TRCK: 726874460405832

---

**Return Instructions**

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**
- ☐ Not as expected
- ☐ Defective
- ☐ Damaged
- ☐ Arrived too late
- ☐ Customer ordering error
- ☐ Wrong item

5448097
MICHAEL YEUNG
57 WHITFORD ST
ROSLINDALE, MA 02131

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

Return Authorization # _____

---



*Thank You For Your Order!*

## Detailed Results

Enter tracking number _____ ████

| Detailed Results | Notifications |
| --- | --- |

Tracking no.: 726874460405832                    ✉ E-mail notifications

### Delivered

Initiated → Picked up → In transit → Delivered

**Delivered**
Signed for by: Signature not required

| Shipment Dates | Destination |
| --- | --- |
| Ship date ⑦  Oct 16, 2008 | Roslindale, MA |
| Delivery date ⑤  Oct 23, 2008 3:50 PM | Proof of Delivery ⑦ |

### Shipment Facts                                                Help

| Service type | Ground-Domestic | Reference | circuitcity |
| --- | --- | --- | --- |
| Weight | 16.0 lbs/7.3 kg | Purchase order number | 5448097 |
| | | Invoice number | D0050368 |
| | | Department number | 1 |

### Shipment Travel History                                      Help

Select time zone:  Select          ,                    Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
| --- | --- | --- | --- |
| Oct 23, 2008 3:50 PM | Delivered | Roslindale, MA | Left at front door. Signature Service not requested. |
| Oct 23, 2008 4:41 AM | On FedEx vehicle for delivery | BROCKTON, MA | |
| Oct 22, 2008 9:36 PM | At local FedEx facility | BROCKTON, MA | |
| Oct 22, 2008 7:48 PM | Departed FedEx location | WILLINGTON, CT | |
| Oct 22, 2008 6:29 PM | Arrived at FedEx location | WILLINGTON, CT | |
| Oct 18, 2008 6:06 AM | In transit | RENO, NV | |
| Oct 18, 2008 3:23 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 17, 2008 2:36 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 16, 2008 8:13 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 16, 2008 8:04 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 16, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 16, 2008 3:40 PM | Shipment information sent to FedEx | | |