



### Contact Circuit City

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Ship To:**

DIANNE MORRISSEY
9354 PIONEER BLVD
SANTA FE SPRINGS, CA 90670

**Bill To:**

DIANNE MORRISSEY

**Order Number:** 4440-0383524



**Order Date:** 10/30/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5451441

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT01RC | IT01RC | ITH IT01RC iTouchless 1.5 Gallon Touchless Trashcan TX |

```
Invoice    D0050599
Customer   circuitcity   Date: 10/30/2008
Dept    1                Wgt  4 0 LBS
PO Number  5451441       COO:
                         DV:                SHIPPING        0 00
                                     0 00   SPECIAL:        0 00
                                     0 00   HANDLING:       0 00
                                            TOTAL:          0 00
       Svcs: GND THRD PTY
            TRCK: 726874460408949
```

### Return Instructions

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes

☐ Not as expected    ☐ Arrived too late
☐ Defective          ☐ Customer ordering error
☐ Damaged            ☐ Wrong item

5451441
DIANNE MORRISSEY
9354 PIONEER BLVD
SANTA FE SPRINGS, CA 90670

**RETURNS**
551 Foster City Blvd.
Unit M
Foster City, CA 94404



Return Authorization # _____

### *Thank You For Your Order!*

## Detailed Results

Enter tracking number ▮

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460408949                                    ✉ E-mail notifications

# Delivered

Initiated — Picked up — In transit — Delivered

**Delivered**
Signed for by:  Signature not required

| Shipment Dates | | Destination |
|---|---|---|
| Ship date ⓘ  Oct 30, 2008 | | Santa Fe Springs, CA |
| Delivery date ⓘ  Oct 31, 2008 1:32 PM | | Proof of Delivery ⓘ |

## Shipment Facts                                                          Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 4.0 lbs/1.8 kg | Purchase order number | 5451441 |
| | | Invoice number | D0050599 |
| | | Department number | 1 |

## Shipment Travel History                                                  Help

Select time zone:  Select  ◂                        Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 31, 2008 1:32 PM | **Delivered** | Santa Fe Springs, CA | Left at front door. Signature Service not requested. |
| Oct 31, 2008 6:32 AM | On FedEx vehicle for delivery | ANAHEIM, CA | |
| Oct 31, 2008 6:26 AM | Arrived at FedEx location | ANAHEIM, CA | |
| Oct 31, 2008 6:23 AM | At local FedEx facility | ANAHEIM, CA | |
| Oct 31, 2008 6:10 AM | Departed FedEx location | LOS ANGELES, CA | |
| Oct 31, 2008 4:08 AM | Arrived at FedEx location | LOS ANGELES, CA | |
| Oct 30, 2008 8:38 PM | In transit | SAN JOSE, CA | |
| Oct 30, 2008 7:49 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 30, 2008 7:24 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 30, 2008 3:54 PM | Shipment information sent to FedEx | | |
| Oct 30, 2008 3:32 PM | Picked up | SAN LEANDRO, CA | |



*DCT D6CC*

**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Order Number: 4420-0906241**

| Ship To: | Bill To: |
|---|---|
| ERIC J LOPIN | ERIC J LOPIN |
| 1501 SECRET RAVINE PKWY | |
| # 1913 | |
| ROSEVILLE, CA 95661 | |

**Order Date:** 10/30/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5451443

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_PBSDLX | PBSDLX | ITH PBSDLX iTouchless Rechargeable Touchless Power Bug Zapper Swatter |

```
Invoice    D0050600        Date: 10/30/2008
Customer   circuitcity  Wgt  2 0 LBS      SHIPPING        0 00
Dept: 1                   COD:                 SPECIAL     0 00
PO Number  5451443        DV:        0 00     HANDLING     0 00
                                             TOTAL        0 00
          Svcs: GND THRD PTY
              TRCK: 726874460408956
```

**Return Instructions**

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**

- ❏ Not as expected
- ❏ Defective
- ❏ Damaged
- ❏ Arrived too late
- ❏ Customer ordering error
- ❏ Wrong item

5451443
ERIC J LOPIN
1501 SECRET RAVINE PKWY
# 1913
ROSEVILLE, CA 95661

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

Return Authorization # _____



*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460408956

✉ E-mail notifications

# Delivered

| Initiated | Picked up | In transit | Delivered |
|---|---|---|---|

**Delivered**
Signed for by: Signature not required

**Shipment Dates**

Ship date ⑦  Oct 30, 2008
Delivery date ⑦  Oct 31, 2008 11:49 AM

**Destination**

Roseville, CA
Proof of Delivery ⑦

## Shipment Facts

Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 2.0 lbs/0.9 kg | Purchase order number | 5451443 |
| | | Invoice number | D0050600 |
| | | Department number | 1 |

## Shipment Travel History

Help

Select time zone:  Select

Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 31, 2008 11:49 AM | **Delivered** | Roseville, CA | Left at front door. Signature Service not requested. |
| Oct 31, 2008 6:08 AM | On FedEx vehicle for delivery | SACRAMENTO, CA | |
| Oct 31, 2008 1:30 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 30, 2008 9:56 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 30, 2008 7:59 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 30, 2008 3:54 PM | Shipment information sent to FedEx | | |
| Oct 30, 2008 3:32 PM | Picked up | SAN LEANDRO, CA | |

*DOC50601*



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

---

**Ship To:**
CHERYL FELLOWS
47 PORTER ST
,
BERKLEY, MA 02779

**Bill To:**
CHERYL FELLOWS

**Order Number:** 4424-0385501



4 4 2 4 - 0 3 8 5 5 0 1

**Order Date:** 10/30/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5451459

5 4 5 1 4 5 9

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_UV001U | UV001U | ITH UV001U iTouchless UV Toothbrush Sanitizer and Holder |

Invoice    D0050601
Customer    circuitcity    Date: 10/30/2008
Dept   1                     Wgt:  1.0 LBS      SHIPPING:        0.00
PO Number: 5451459     COD                SPECIAL:          0.00
                                     DV:          0.00   HANDLING:      0.00
                                                 0.00   TOTAL:          0.00
Svcs: GND THRD PTY                                        0.00
TRCK: 726874460408963

---

**Return Instructions**

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**

☐ Not as expected     ☐ Arrived too late
☐ Defective           ☐ Customer ordering error
☐ Damaged             ☐ Wrong item

5451459
CHERYL FELLOWS
47 PORTER ST

BERKLEY, MA 02779

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404



5 4 5 1 4 5 9    Return Authorization # _____

*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460408963

✉ E-mail notifications

## Delivered

Initiated — Picked up — In transit — Delivered

**Delivered**
Signed for by: Signature on File

| Shipment Dates | Destination |
|---|---|
| Ship date ⓘ  Oct 30, 2008 | Berkley, MA |
| Delivery date ⓘ  Nov 6, 2008 3:50 PM | Proof of Delivery ⓘ |

### Shipment Facts                                                                 Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 1.0 lbs/0.5 kg | Purchase order number | 5451459 |
| | | Invoice number | D0050601 |
| | | Department number | 1 |

### Shipment Travel History                                                       Help

Select time zone:  Select

Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Nov 6, 2008 3:50 PM | Delivered | Berkley, MA | Signature on file |
| Nov 6, 2008 2:40 AM | On FedEx vehicle for delivery | JOHNSTON, RI | |
| Nov 5, 2008 9:40 PM | At local FedEx facility | JOHNSTON, RI | |
| Nov 5, 2008 8:13 PM | Departed FedEx location | WILLINGTON, CT | |
| Nov 5, 2008 2:15 PM | Arrived at FedEx location | WILLINGTON, CT | |
| Oct 31, 2008 4:20 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 31, 2008 1:35 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 30, 2008 9:56 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 30, 2008 7:36 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 30, 2008 3:54 PM | Shipment information sent to FedEx | | |
| Oct 30, 2008 3:32 PM | Picked up | SAN LEANDRO, CA | |



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

---

**Ship To:**

KATHERINE R FINDLAY
560 BRANCH CV
ODENVILLE, AL 35120

**Bill To:**

KATHERINE R FINDLAY

**Order Number:** 4419-1965102



**Order Date:** 10/30/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5451465

---

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_ESD002S | ESD002S | ITH ESD002S iTouchless Stainless Steel Sensor Soap Dispenser |

Invoice  00050602    Date  10/30/2008
Customer: circuitcity    Wgt: 2 0 LBS
Dept: 1                  COD:        0.00
PO Number  5451465       DV:         0.00

SHIPPING:        0.00
SPECIAL:         0.00
HANDLING:        0.00
TOTAL:           0.00

Svcs: GND  THRD PTY
TRCK: 726874460408970

---

**Return Instructions**

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**

❏ Not as expected    ❏ Arrived too late
❏ Defective          ❏ Customer ordering error
❏ Damaged            ❏ Wrong item

5451465
KATHERINE R FINDLAY
560 BRANCH CV
ODENVILLE, AL 35120

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

 Return Authorization # _____

---

*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460408970          ✉ E-mail notifications

# Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: Signature not required

| Shipment Dates | Destination |
|---|---|
| Ship date ⊘ Oct 30, 2008 | Odenville, AL |
| Delivery date ⊘ Nov 5, 2008 10:46 AM | Proof of Delivery ⊘ |

### Shipment Facts                                                                 Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 2.0 lbs/0.9 kg | Purchase order number | 5451465 |
| | | Invoice number | D0050602 |
| | | Department number | 1 |

### Shipment Travel History                                                        Help

Select time zone: Select                          Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Nov 5, 2008 10:46 AM | Delivered | Odenville, AL | Left at front door. Signature Service not requested. |
| Nov 5, 2008 3:53 AM | On FedEx vehicle for delivery | BIRMINGHAM, AL | |
| Nov 5, 2008 12:56 AM | At local FedEx facility | BIRMINGHAM, AL | |
| Nov 4, 2008 11:20 PM | Departed FedEx location | KENNESAW, GA | |
| Nov 4, 2008 8:10 PM | Arrived at FedEx location | KENNESAW, GA | |
| Nov 1, 2008 7:06 AM | In transit | RENO, NV | |
| Nov 1, 2008 4:20 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 31, 2008 3:19 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 30, 2008 9:58 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 30, 2008 7:23 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 30, 2008 3:54 PM | Shipment information sent to FedEx | | |
| Oct 30, 2008 3:32 PM | Picked up | SAN LEANDRO, CA | |



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

| Ship To: | Bill To: |
|---|---|
| DINA PECCI | DINA PECCI |
| 22151 VINEWOOD BLVD | |
| TAYLOR, MI 48180 | |

**Order Number:** 4439-0384159



**Order Date:** 10/30/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5451494

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT23RC | IT23RC | ITH IT23RC iTouchless Stainless Steel Touchless Trash Can NX (23 gallon) |

```
Invoice    D0050603      Date:  10/30/2008
Customer   circuitcity Wgt   18.0 LBS
Dept: 1                  COD:
PO Number:  5451494      DV
                                       SHIPPING         0.00
                                       SPECIAL:         0.00
                                  0.00 HANDLING:        0.00
                                  0.00 TOTAL:          0.00
          Svcs: GND THRD PTY
            TRCK: 726874460408987
```

## Return Instructions

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes

❏ Not as expected    ❏ Arrived too late
❏ Defective          ❏ Customer ordering error
❏ Damaged            ❏ Wrong item

5451494
DINA PECCI
22151 VINEWOOD BLVD
TAYLOR, MI 48180

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

Return Authorization # _____

*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

### Tracking no.: 726874460408987

✉ E-mail notifications

### Delivered

Initiated | Picked up | In transit | Delivered

**Delivered**
Signed for by:  Signature not required

| Shipment Dates | | Destination |
|---|---|---|

Ship date ⓘ  Oct 30, 2008
Delivery date ⓘ  Nov 5, 2008 12:46 PM

Taylor, MI
Proof of Delivery ⓘ

### Shipment Facts                                                         Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 18.0 lbs/8.2 kg | Purchase order number | 5451494 |
| | | Invoice number | D0050603 |
| | | Department number | 1 |

### Shipment Travel History                                                Help

Select time zone:  Select

Select time format: **12H** | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Nov 5, 2008 12:46 PM | Delivered | Taylor, MI | Left at front door. Signature Service not requested. |
| Nov 5, 2008 4:15 AM | On FedEx vehicle for delivery | LIVONIA, MI | |
| Nov 4, 2008 9:38 PM | At local FedEx facility | LIVONIA, MI | |
| Nov 4, 2008 8:17 PM | Departed FedEx location | TOLEDO, OH | |
| Nov 4, 2008 4:52 PM | Arrived at FedEx location | TOLEDO, OH | |
| Nov 1, 2008 3:01 AM | In transit | RENO, NV | |
| Nov 1, 2008 12:19 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 31, 2008 2:55 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 30, 2008 7:50 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 30, 2008 7:26 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 30, 2008 3:54 PM | Shipment information sent to FedEx | | |
| Oct 30, 2008 3:32 PM | Picked up | SAN LEANDRO, CA | |





**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Order Number:** 4431-0899333

|||||||| 4431-0899333 ||||||||

**Order Date:** 10/30/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5451502

|||||||| 5451502 ||||||||

| Ship To: | Bill To: |
|---|---|
| KENNETH HULL | KENNETH HULL |
| 16905 NORTHCROSS DR | |
| SUITE 200 | |
| HUNTERSVILLE, NC 28078 | |

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_FS001B | FS001B | ITH FS001B iTouchless Fresh Sealer Vacuum Sealed Food Storage Container |

```
Invoice   D0050604    Date  10/30/2008
Customer  circuitcity Wgt  8.0 LBS       SHIPPING       0.00
Dept  1                                  SPECIAL        0.00
PO Number   5451502       COD            HANDLING       0.00
                          DV    0.00     TOTAL          0.00

         Svcs  GND THRD PTY
         TRCK  726874460408994
```

**Return Instructions**

*If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.*

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**

☐ Not as expected    ☐ Arrived too late
☐ Defective    ☐ Customer ordering error
☐ Damaged    ☐ Wrong item

5451502
KENNETH HULL
16905 NORTHCROSS DR
SUITE 200
HUNTERSVILLE, NC 28078

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

|||||||| 5451502 ||||||||    Return Authorization # _____



*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |

Tracking no.: 726874460408994                                    ✉ E-mail notifications

# Delivered

Initiated — Picked up — In transit — Delivered

**Delivered**
Signed for by: KWILLAMS

| Shipment Dates | | Destination | |
| --- | --- | --- | --- |
| Ship date ⑦ | Oct 30, 2008 | Huntersville, NC | |
| Delivery date ⑨ | Nov 6, 2008 10:42 AM | Signature Proof of Delivery ⑦ | |

### Shipment Facts                                                          **Help**

| Service type | Ground-Domestic | Reference | circuitcity |
| --- | --- | --- | --- |
| Weight | 8.0 lbs/3.6 kg | Purchase order number | 5451502 |
| | | Invoice number | D0050604 |
| | | Department number | 1 |

### Shipment Travel History                                                 **Help**

Select time zone:  Select                              Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
| --- | --- | --- | --- |
| Nov 6, 2008 10:42 AM | Delivered | Huntersville, NC | |
| Nov 6, 2008 3:40 AM | On FedEx vehicle for delivery | CHARLOTTE, NC | |
| Nov 5, 2008 4:48 PM | Arrived at FedEx location | CHARLOTTE, NC | |
| Oct 31, 2008 9:22 AM | In transit | RENO, NV | |
| Oct 31, 2008 6:26 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 31, 2008 3:06 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 30, 2008 9:58 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 30, 2008 7:23 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 30, 2008 3:54 PM | Shipment information sent to FedEx | | |
| Oct 30, 2008 3:32 PM | Picked up | SAN LEANDRO, CA | |



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Ship To:**
RAINER BERGMANN
74303 HIGHWAY 111
SUITE 2A
PALM DESERT, CA 92260

**Bill To:**
RAINER BERGMANN

**Order Number:** 4488-0876140



**Order Date:** 10/30/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5451519

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT23RC | IT23RC | ITH IT23RC iTouchless Stainless Steel Touchless Trash Can NX (23 gallon) |

```
Invoice  D0050606    Date  10/30/2008
Customer  circuitcity  Wgt  18 0 LBS      SHIPPING        0 00
Dept. 1              COD                 SPECIAL         0 00
PO Number  5451519   DV       0 00       HANDLING        0 00
                                         TOTAL           0 00
           Svcs: GND THRD PTY
           TRCK: 726874460409021
```

**Return Instructions**

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**
❑ Not as expected      ❑ Arrived too late
❑ Defective            ❑ Customer ordering error
❑ Damaged              ❑ Wrong item

5451519
RAINER BERGMANN
74303 HIGHWAY 111
SUITE 2A
PALM DESERT, CA 92260

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404



Return Authorization # _____

*Thank You For Your Order!*

## Detailed Results

Enter tracking number



| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460409021

✉ E-mail notifications

# Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: JJANEL

**Shipment Dates**

Ship date ⓘ   Oct 30, 2008
Delivery date ⓘ   Nov 3, 2008 12:18 PM

**Destination**

Palm Desert, CA
Signature Proof of Delivery ⓘ

## Shipment Facts

Help

| Service type | Ground-Domestic | | Reference | circuitcity |
|---|---|---|---|---|
| Weight | 18.0 lbs/8.2 kg | | Purchase order number | 5451519 |
| | | | Invoice number | D0050606 |
| | | | Department number | 1 |

## Shipment Travel History

Help

Select time zone: Select

Select time format: **12H** | **24H**

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Nov 3, 2008 12:18 PM | **Delivered** | Palm Desert, CA | |
| Nov 1, 2008 5:03 AM | On FedEx vehicle for delivery | PALM SPRINGS, CA | |
| Nov 1, 2008 3:48 AM | At local FedEx facility | PALM SPRINGS, CA | |
| Oct 31, 2008 9:53 PM | In transit | BLOOMINGTON, CA | |
| Oct 31, 2008 9:07 PM | Departed FedEx location | CITY OF INDUSTRY, CA | |
| Oct 31, 2008 5:22 PM | Arrived at FedEx location | CITY OF INDUSTRY, CA | |
| Oct 31, 2008 3:17 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 30, 2008 9:58 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 30, 2008 7:23 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 30, 2008 3:54 PM | Shipment information sent to FedEx | | |
| Oct 30, 2008 3:32 PM | Picked up | SAN LEANDRO, CA | |

D002607



**Contact Circuit City**
*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
**phone: 1-800-843-2489**
*Thank you for your order.*

---

**Ship To:**
ROBERT D NELSON
900 BRUSH ST
APT 458
LAS VEGAS, NV 89107

**Bill To:**
ROBERT D NELSON

**Order Number: 4429-1993035**


4 4 2 9 - 1 8 9 3 0 3 5

**Order Date:** 10/30/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5451531

5 4 5 1 5 3 1

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_AV002A | AV002A | ITH AV002A iTouchless Automatic Intelligent Robotic Vacuum Cleaner |

```
Invoice  D0050607        Date. 10/30/2008
Customer  circuitcity    Wgt. 10 0 LBS    SHIPPING         0 00
Dept  1                  COD                SPECIAL         0 00
PO Number  5451531       DV:          0.00  HANDLING        0 00
                                      0.00  TOTAL:          0 00
            Svcs: GND THRD PTY
            TRCK: 726874460409038
```

---

**Return Instructions**

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**

- ❏ Not as expected
- ❏ Defective
- ❏ Damaged
- ❏ Arrived too late
- ❏ Customer ordering error
- ❏ Wrong item

5451531
ROBERT D NELSON
900 BRUSH ST
APT 458
LAS VEGAS, NV 89107

**RETURNS**
**551 Foster City Blvd.**
**Unit M**
**Foster City, CA 94404**

5451531    Return Authorization # _____

---

*Thank You For Your Order!*

## Detailed Results

Enter tracking number █████

| Detailed Results | Notifications |

Tracking no.: 726874460409038    ✉ E-mail notifications

# Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: Signature not required

**Shipment Dates**

Ship date ⓘ Oct 30, 2008
Delivery date ⓘ Nov 3, 2008 12:16 PM

**Destination**

Las Vegas, NV
Proof of Delivery ⓘ

## Shipment Facts                                                      Help

| Service type | Ground-Domestic | Reference | circuitcity |
| Weight | 10.0 lbs/4.5 kg | Purchase order number | 5451531 |
| | | Invoice number | D0050607 |
| | | Department number | 1 |

## Shipment Travel History                                            Help

Select time zone:  Select                    Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
| --- | --- | --- | --- |
| Nov 3, 2008 12:16 PM | Delivered | Las Vegas, NV | Left at front door. Signature Service not requested. |
| Nov 1, 2008 4:47 AM | On FedEx vehicle for delivery | HENDERSON, NV | |
| Oct 31, 2008 11:22 PM | At local FedEx facility | HENDERSON, NV | |
| Oct 31, 2008 6:43 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 31, 2008 3:05 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 30, 2008 9:58 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 30, 2008 7:28 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 30, 2008 3:54 PM | Shipment information sent to FedEx | | |
| Oct 30, 2008 3:32 PM | Picked up | SAN LEANDRO, CA | |



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Order Number: 4439-0384220**



4439    0384221

| Ship To: | Bill To: |
|---|---|
| CARLA HUSTON | CARLA HUSTON |
| 1435 W 2ND AVE | |
| COLUMBUS, OH 43212 | |

**Order Date:** 10/30/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5451532

5451532

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT01RC | IT01RC | ITH IT01RC iTouchless 1.5 Gallon Touchless Trashcan TX |

```
Invoice  D0050608    Date: 10/30/2008      SHIPPING        0.00
Customer  circuitcity Wgt  4.0 LBS          SPECIAL         0.00
Dept  1                    COD:      0.00   HANDLING        0.00
PO Number: 5451532         DV:       0.00   TOTAL           0.00

        Svcs: GND THRD PTY
        TRCK: 726874460409045
```

## Return Instructions

*If you are unhappy with any item, you can return it by mail.*
*To expedite your return, please follow the instructions below.*

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes
- ☐ Not as expected
- ☐ Arrived too late
- ☐ Defective
- ☐ Customer ordering error
- ☐ Damaged
- ☐ Wrong item

5451532
CARLA HUSTON
1435 W 2ND AVE
COLUMBUS, OH 43212

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404



5451532    Return Authorization # _____

## Thank You For Your Order!

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460409045

✉ E-mail notifications

# Delivered

| Initiated | Picked up | In transit | Delivered |

**Delivered**
Signed for by: Signature Not Req

| Shipment Dates | Destination |
|---|---|
| Ship date ⓘ  Oct 30, 2008 | Columbus, OH |
| Delivery date ⓘ  Nov 5, 2008 5:37 PM | Proof of Delivery ⓘ |

## Shipment Facts                                                        Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 4.0 lbs/1.8 kg | Purchase order number | 5451532 |
| | | Invoice number | D0050608 |
| | | Department number | 1 |

## Shipment Travel History                                              Help

Select time zone:  Select

Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Nov 5, 2008 5:37 PM | Delivered | Columbus, OH | Signature Service not requested. |
| Nov 5, 2008 3:36 AM | On FedEx vehicle for delivery | GROVE CITY, OH | |
| Nov 4, 2008 5:04 PM | Arrived at FedEx location | GROVE CITY, OH | |
| Oct 31, 2008 9:37 AM | In transit | RENO, NV | |
| Oct 31, 2008 6:21 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 31, 2008 2:51 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 30, 2008 7:50 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 30, 2008 7:26 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 30, 2008 3:54 PM | Shipment information sent to FedEx | | |
| Oct 30, 2008 3:32 PM | Picked up | SAN LEANDRO, CA | |





**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Ship To:**

LICH D TRAN
507 S EUCLID ST # 1
SANTA ANA, CA 92704

**Bill To:**

LICH D TRAN

**Order Number:** 4443-0383332

**Order Date:** 10/30/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5451591

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_BR001U | BR001U | ITH BR001U iTouchless Bag Resealer - 2 sets |

```
Invoice  00050609    Date  10/31/2008      SHIPPING        0 00
Customer: circuitcity  Wgt. 1 0 LBS                 SPECIAL         0 00
Dept: 1                              COD       0 00  HANDLING        0 00
PO Number   5451591               DV             0 00  TOTAL          0 00
                        vces: GND THRD PTY
```



### Return Instructions

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes

❑ Not as expected     ❑ Arrived too late
❑ Defective           ❑ Customer ordering error
❑ Damaged             ❑ Wrong item

5451591
LICH D TRAN
507 S EUCLID ST # 1
SANTA ANA, CA 92704

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

Return Authorization # _____

## Thank You For Your Order!

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
| --- | --- |

Tracking no.: 726874460409052

✉ E-mail notifications

# Delivered

| Initiated | Picked up | In transit | Delivered |

**Delivered**
Signed for by: Signature not required

**Shipment Dates**

Ship date ⓘ  Oct 31, 2008
Delivery date ⓘ  Nov 4, 2008 7:01 PM

**Destination**

Santa Ana, CA
Proof of Delivery ⓘ

## Shipment Facts

Help

| Service type | Ground-Domestic | Reference | circuitcity |
| --- | --- | --- | --- |
| Weight | 1.0 lbs/0.5 kg | Purchase order number | 5451591 |
| | | Invoice number | D0050609 |
| | | Department number | 1 |

## Shipment Travel History

Help

Select time zone:  Select

Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
| --- | --- | --- | --- |
| Nov 4, 2008 7:01 PM | **Delivered** | Santa Ana, CA | Left at front door. Signature Service not requested. |
| Nov 4, 2008 5:48 AM | On FedEx vehicle for delivery | ANAHEIM, CA | |
| Nov 4, 2008 4:47 AM | Arrived at FedEx location | ANAHEIM, CA | |
| Nov 4, 2008 12:55 AM | At local FedEx facility | ANAHEIM, CA | |
| Nov 1, 2008 6:36 AM | Departed FedEx location | SACRAMENTO, CA | |
| Nov 1, 2008 2:04 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 31, 2008 10:23 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 31, 2008 9:31 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 31, 2008 4:00 PM | Shipment information sent to FedEx | | |
| Oct 31, 2008 3:34 PM | Picked up | SAN LEANDRO, CA | |



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

| Ship To: | Bill To: |
|---|---|
| MICHEAL TAT<br>6606 DE MOSS DR # 1707<br>HOUSTON, TX 77074 | MICHEAL TAT |

**Order Number:** 4420-0906514



**Order Date:** 10/30/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5451592



| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_AV002A | AV002A | ITH AV002A iTouchless Automatic Intelligent Robotic Vacuum Cleaner |

```
Invoice  D0050610      Date   10/31/2008
Customer  circuitcity  Wgt    10 0 LBS      SHIPPING      0 00
Dept  1                COD                   SPECIAL       0 00
PO Number   5451592    DV          0 00      HANDLING      0 00
                                    0 00      TOTAL         0 00
         Svcs: GND THRD PTY
            TRCK: 726874460409069
```

## Return Instructions

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy*

### Return Codes

- ☐ Not as expected
- ☐ Defective
- ☐ Damaged
- ☐ Arrived too late
- ☐ Customer ordering error
- ☐ Wrong item

5451592
MICHEAL TAT
6606 DE MOSS DR # 1707
HOUSTON, TX 77074

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

 Return Authorization # _____

*Thank You For Your Order!*

## Detailed Results

Enter tracking number ▢

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460409069                    ✉ E-mail notifications

### Delivered

Initiated  Picked up  In transit  Delivered

**Delivered**
Signed for by: Signature not required

| Shipment Dates | Destination |
|---|---|
| Ship date ⓘ  Oct 31, 2008 | Houston, TX |
| Delivery date ⓘ  Nov 6, 2008 11:25 AM | Proof of Delivery ⓘ |

### Shipment Facts                                                   Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 10.0 lbs/4.5 kg | Purchase order number | 5451592 |
| | | Invoice number | D0050610 |
| | | Department number | 1 |

### Shipment Travel History                                         Help

Select time zone:  Select                    Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Nov 6, 2008 11:25 AM | **Delivered** | Houston, TX | Left at front door. Signature Service not requested. |
| Nov 6, 2008 3:52 AM | On FedEx vehicle for delivery | HOUSTON, TX | |
| Nov 5, 2008 9:29 PM | At local FedEx facility | HOUSTON, TX | |
| Nov 5, 2008 5:15 PM | Departed FedEx location | HUTCHINS, TX | |
| Nov 5, 2008 2:13 PM | Arrived at FedEx location | HUTCHINS, TX | |
| Nov 1, 2008 6:37 AM | Departed FedEx location | SACRAMENTO, CA | |
| Nov 1, 2008 2:34 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 31, 2008 10:23 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 31, 2008 8:17 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 31, 2008 4:00 PM | Shipment information sent to FedEx | | |
| Oct 31, 2008 3:34 PM | Picked up | SAN LEANDRO, CA | |

DCO5C611



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*

*Thank you for your order.*

---

**Ship To:**

LINDA L FINNIGAN
1017 INDIANA ST
RACINE, WI 53405

**Bill To:**

LINDA L FINNIGAN

**Order Number:** 4421-0902104



**Order Date:** 10/30/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5451614

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_ESD002S | ESD002S | ITH ESD002S iTouchless Stainless Steel Sensor Soap Dispenser |

```
Invoice  D0050611     Date  10/31/2008
Customer  circuitcity Wgt  2 0 LBS        SHIPPING    0 00
Dept  1                                   SPECIAL     0 00
PO Number: 5451614    COD:      0 00       HANDLING    0 00
                      DV:       0 00       TOTAL       0 00
          Svcs: GND THRD PTY
          TRCK: 726874460409076
```

---

**Return Instructions**

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**

❑ Not as expected    ❑ Arrived too late
❑ Defective          ❑ Customer ordering error
❑ Damaged            ❑ Wrong item

5451614
LINDA L FINNIGAN
1017 INDIANA ST
RACINE, WI 53405

**RETURNS**
**551 Foster City Blvd.**
**Unit M**
**Foster City, CA 94404**

  Return Authorization # _____

---

*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460409076                          ✉ E-mail notifications

# Delivered

Initiated   Picked up   In transit   Delivered

**Delivered**
Signed for by:  Signature not required

| Shipment Dates | | Destination |
|---|---|---|
| Ship date ⑦  Oct 31, 2008 | | Racine, WI |
| Delivery date ⑦  Nov 6, 2008 8:46 AM | | Proof of Delivery ⑦ |

### Shipment Facts                                                           Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 2.0 lbs/0.9 kg | Purchase order number | 5451614 |
| | | Invoice number | D0050611 |
| | | Department number | 1 |

### Shipment Travel History                                                  Help

Select time zone:  Select                          Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Nov 6, 2008 8:46 AM | Delivered | Racine, WI | Left at front door. Signature Service not requested. |
| Nov 6, 2008 3:49 AM | On FedEx vehicle for delivery | CUDAHY, WI | |
| Nov 6, 2008 3:45 AM | At local FedEx facility | CUDAHY, WI | |
| Nov 6, 2008 12:35 AM | Departed FedEx location | CHICAGO, IL | |
| Nov 5, 2008 7:46 PM | Arrived at FedEx location | CHICAGO, IL | |
| Nov 1, 2008 6:35 AM | Departed FedEx location | SACRAMENTO, CA | |
| Nov 1, 2008 2:29 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 31, 2008 10:23 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 31, 2008 8:34 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 31, 2008 4:00 PM | Shipment information sent to FedEx | | |
| Oct 31, 2008 3:34 PM | Picked up | SAN LEANDRO, CA | |

*DocS0612*



**Contact Circuit City**
*website: circuitcity.com*
email: customercare@cc.circuitcity.com
*phone: 1-800-843-2489*
*Thank you for your order.*

**Ship To:**

JAMES L HALLAHAN
417 S HILL ST
653
LOS ANGELES, CA 90013

**Bill To:**

JAMES L HALLAHAN

**Order Number:** 4431-0899551



**Order Date:** 10/30/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5451638

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_AV002A | AV002A | ITH AV002A iTouchless Automatic Intelligent Robotic Vacuum Cleaner |

```
Invoice  D0050612    Date  10/31/2008    SHIPPING     0 00
Customer  circuitcity Wgt  10.0 LBS      SPECIAL      0 00
Dept  1                COD:       0.00   HANDLING     0 00
PO Number  5451638     DV         0.00   TOTAL        0 00
```

Svcs: GND THRD PTY
TRCK: 726874460409083

### Return Instructions

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes

❑ Not as expected    ❑ Arrived too late
❑ Defective          ❑ Customer ordering error
❑ Damaged            ❑ Wrong item

5451638
JAMES L HALLAHAN
417 S HILL ST
653
LOS ANGELES, CA 90013

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

 Return Authorization # _____

*Thank You For Your Order!*

## Detailed Results



Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460409083

✉ E-mail notifications

# Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: LLENNY

**Shipment Dates**

Ship date ⊘  Oct 31, 2008
Delivery date ⊘  Nov 4, 2008 1:39 PM

**Destination**

Los Angeles, CA
Signature Proof of Delivery ⊘

## Shipment Facts                                    Help

| | | | |
|---|---|---|---|
| Service type | Ground-Domestic | Reference | circuitcity |
| Weight | 10.0 lbs/4.5 kg | Purchase order number | 5451638 |
| | | Invoice number | D0050612 |
| | | Department number | 1 |

## Shipment Travel History                           Help

Select time zone:  Select

Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Nov 4, 2008 1:39 PM | **Delivered** | Los Angeles, CA | |
| Nov 4, 2008 1:39 PM | Delivery exception | LOS ANGELES, CA | Delivered to address other than recipient |
| Nov 4, 2008 6:53 AM | On FedEx vehicle for delivery | LOS ANGELES, CA | |
| Nov 4, 2008 5:46 AM | At local FedEx facility | LOS ANGELES, CA | |
| Nov 4, 2008 4:59 AM | Departed FedEx location | CITY OF INDUSTRY, CA | |
| Nov 3, 2008 6:52 PM | Arrived at FedEx location | CITY OF INDUSTRY, CA | |
| Nov 1, 2008 6:28 AM | Departed FedEx location | SACRAMENTO, CA | |
| Nov 1, 2008 2:52 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 31, 2008 11:02 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 31, 2008 8:28 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 31, 2008 4:00 PM | Shipment information sent to FedEx | | |
| Oct 31, 2008 3:34 PM | Picked up | SAN LEANDRO, CA | |



*Doc 27613*

*Contact Circuit City*

*website:* circuitcity.com
*email:* customercare@cc.circuitcity.com
*phone:* 1-800-843-2489
*Thank you for your order.*

**Ship To:**
CRISTIE E GOLSON
36698 RICHLAND ST
LIVONIA, MI 48150

**Bill To:**
CRISTIE E GOLSON

Order Number: 4422-0386482



4422-038648281

Order Date: 10/31/08

Shipping Method: Ground (carrier not specified)

Purchase Order Number: 5451678

5451678

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_UV001U | UV001U | ITH UV001U iTouchless UV Toothbrush Sanitizer and Holder |

```
Invoice  D0050613        Date  10/31/2008
Customer  circuitcity Wgt   1 0 LBS    SHIPPING        0 00
Dept  1                    COD                SPECIAL         0 00
PO Number  5451678         OV      0 00   HANDLING        0 00
                                   0 00    TOTAL           0 00
          Svcs  GND THRD PTY
          TRCK  726874460409090
```

**Return Instructions**

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**

❏ Not as expected   ❏ Arrived too late
❏ Defective   ❏ Customer ordering error
❏ Damaged   ❏ Wrong item

5451678
CRISTIE E GOLSON
36698 RICHLAND ST
LIVONIA, MI 48150

**RETURNS**
551 Foster City Blvd.
Unit M
Foster City, CA 94404

   Return Authorization # _____

*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460409090

✉ E-mail notifications

# Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: Signature not required

**Shipment Dates**

Ship date ⑦  Oct 31, 2008
Delivery date ③  Nov 6, 2008 12:37 PM

**Destination**

Livonia, MI
Proof of Delivery ⑦

## Shipment Facts

Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 1.0 lbs/0.5 kg | Purchase order number | 5451678 |
| | | Invoice number | D0050613 |
| | | Department number | 1 |

## Shipment Travel History

Help

Select time zone:  Select

Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Nov 6, 2008 12:37 PM | **Delivered** | Livonia, MI | Left at front door. Signature Service not requested. |
| Nov 6, 2008 5:59 AM | On FedEx vehicle for delivery | LIVONIA, MI | |
| Nov 5, 2008 11:16 PM | At local FedEx facility | LIVONIA, MI | |
| Nov 5, 2008 9:59 PM | Departed FedEx location | TOLEDO, OH | |
| Nov 5, 2008 3:53 PM | Arrived at FedEx location | TOLEDO, OH | |
| Nov 1, 2008 2:13 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 31, 2008 10:23 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 31, 2008 9:32 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 31, 2008 4:00 PM | Shipment information sent to FedEx | | |
| Oct 31, 2008 3:34 PM | Picked up | SAN LEANDRO, CA | |



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Ship To:**
AUDRA D PERKINS
611 E CROSS ST
MUENSTER, TX 76252

**Bill To:**
AUDRA D PERKINS

**Order Number:** 4423-0386173

4423 - 0386173

**Order Date:** 10/31/08
**Shipping Method:** Ground (carrier not specified)
**Purchase Order Number:** 5451708

5451708

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_AV002A | AV002A | ITH AV002A iTouchless Automatic Intelligent Robotic Vacuum Cleaner |

```
Invoice   D0050614
Customer  circuitcity    Date  10/31/2008
Dept      1               Wgt   10.0 LBS
PO Number 5451708         COD:
                          DV
                                    0.00       SHIPPING     0.00
                                    0.00       SPECIAL      0.00
          Svcs: GND THRD PTY                   HANDLING     0.00
              TRCK: 726874460409106            TOTAL        0.00
```

**Return Instructions**

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**

☐ Not as expected        ☐ Arrived too late
☐ Defective              ☐ Customer ordering error
☐ Damaged                ☐ Wrong item

5451708
AUDRA D PERKINS
611 E CROSS ST
MUENSTER, TX 76252

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

5451708    Return Authorization # _____



*Thank You For Your Order!*

## Detailed Results

726874460409106

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460409090                                    ✉ E-mail notifications

# Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: Signature not required

| Shipment Dates | Destination |
|---|---|
| Ship date ⑦  Oct 31, 2008 | Livonia, MI |
| Delivery date ⑤  Nov 6, 2008 12:37 PM | Proof of Delivery ⑦ |

## Shipment Facts                                                                        Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 1.0 lbs/0.5 kg | Purchase order number | 5451678 |
| | | Invoice number | D0050613 |
| | | Department number | 1 |

## Shipment Travel History                                                              Help

Select time zone:  Select          ᐟ          Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Nov 6, 2008 12:37 PM | Delivered | Livonia, MI | Left at front door. Signature Service not requested. |
| Nov 6, 2008 5:59 AM | On FedEx vehicle for delivery | LIVONIA, MI | |
| Nov 5, 2008 11:16 PM | At local FedEx facility | LIVONIA, MI | |
| Nov 5, 2008 9:59 PM | Departed FedEx location | TOLEDO, OH | |
| Nov 5, 2008 3:53 PM | Arrived at FedEx location | TOLEDO, OH | |
| Nov 1, 2008 2:13 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 31, 2008 10:23 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 31, 2008 9:32 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 31, 2008 4:00 PM | Shipment information sent to FedEx | | |
| Oct 31, 2008 3:34 PM | Picked up | SAN LEANDRO, CA | |



**Contact Circuit City**
*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Order Number:** 4424-0385999

4424-0385999

**Order Date:** 10/31/08

**Shipping Method:**
Overnight (carrier not specified)

**Purchase Order Number:** 5451739

5451739

| Ship To: | Bill To: |
|---|---|
| JASON DOUGHTY | JASON DOUGHTY |
| 25 WINTER ST | |
| C/O STAPLES COPY CENTER | |
| BOSTON, MA 02108 | |

Ref : circuitcity      Date  10/31/2008      SHIPPING      0 00
Dep   1               Wgt: 1 0 LBS          SPECIAL       0 00
                                            HANDLING      0 00
                      DV:          0.00     TOTAL         0 00

Svcs: STANDARD OVERNIGHT
TRCK: 9763 7644 3771

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_BR001U | BR001U | ITH BR001U iTouchless Bag Resealer - 2 sets |
| 1 | 1 | ITH_PM001C | PM001C | ITH PM001C iTouchless Electronic Pepper Mill and Salt Grinder |

Ref : circuitcity      Date  10/31/2008      SHIPPING      0 00
Dep                   Wgt: 1 0 LBS          SPECIAL       0 00
                                            HANDLING      0 00
                      DV:          0 00     TOTAL         0 00

Svcs: STANDARD OVERNIGHT
TRCK: 9763 7644 3782

### Return Instructions

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes

❏ Not as expected     ❏ Arrived too late
❏ Defective           ❏ Customer ordering error
❏ Damaged             ❏ Wrong item

5451739
JASON DOUGHTY
25 WINTER ST
C/O STAPLES COPY CENTER
BOSTON, MA 02108

**RETURNS**
551 Foster City Blvd.
Unit M
Foster City, CA 94404



5451739          Return Authorization # _____

*Thank You For Your Order!*

Invoice # = D0050615

## Detailed Results

Enter tracking number ▮

| Detailed Results | Notifications |

Tracking no.: 976376443771                          ✉ E-mail notifications

# Delivered

▮ Initiated ▶ Picked up ▶ In transit ▶ Delivered

**Delivered**
Signed for by: .JASON

**Shipment Dates**

Ship date ⑦  Oct 31, 2008
Delivery date ⑤  Nov 3, 2008 11:25 AM

**Destination**

BOSTON, MA
Signature Proof of Delivery ⑦

---

## Shipment Facts                                    Help

| Service type | Standard Overnight | Reference | CIRCUITCITY |

---

## Shipment Travel History                           Help

Select time zone:  Select  ,              Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Nov 3, 2008 11:25 AM | Delivered | BOSTON, MA | |



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

July 7,2009

Dear Customer:

The following is the proof-of-delivery for tracking number **976376443771**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery date: | Nov 3, 2008 11:25 |
| Signed for by: | .JASON | | |
| Service type: | Standard Overnight | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 976376443771 | Ship date: | Oct 31, 2008 |

Recipient:
BOSTON, MA US

Shipper:
HAYWARD, CA US

Reference

CIRCUITCITY

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

*Doc 5261 6*



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Order Number: 4432-0385561**



**Order Date:** 10/31/08
**Shipping Method:** 2nd day (carrier not specified)
**Purchase Order Number:** 5451773

| Ship To: | Bill To: |
|---|---|
| TARA L STILL | TARA L STILL |
| 3052 MARTIN RD | |
| BLAKELY, GA 39823 | |

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT13RCB | IT13RCB | ITH IT13RCB iTouchless Round Stainless Steel Touchless Trashcan NX (13 gallon) |

```
Ref  circuitcity      Date  11/03/2008    SHIPPING     0.00
Dep  1                Wgt   13.0 LBS      SPECIAL      0.00
                                          HANDLING     0.00
                      DV          0 00    TOTAL        0.00
                  ·cs: ** 2DAY **
```



### Return Instructions

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes

☐ Not as expected     ☐ Arrived too late
☐ Defective          ☐ Customer ordering error
☐ Damaged            ☐ Wrong item

5451773
TARA L STILL
3052 MARTIN RD
BLAKELY, GA 39823

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

Return Authorization # _____

*Thank You For Your Order!*