*Invoice #: 54517713*

*Invoice # : D0050616*

## Detailed Results

Enter tracking number    ███████

| Detailed Results | Notifications |
|---|---|

Tracking no.: 976376443793          ✉ E-mail notifications

### Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: 9999999999999

| Shipment Dates | Destination |
|---|---|
| Ship date ⊘ Nov 3, 2008 | BLAKELY, GA |
| Delivery date ⊘ Nov 5, 2008 4:38 PM | Proof of Delivery ⊘ |

### Shipment Facts          Help

| Service type | FedEx 2Day Service | Reference | CIRCUITCITY |
|---|---|---|---|

### Shipment Travel History          Help

Select time zone: Select    ·          Select time format: **12H** | **24H**

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Nov 5, 2008 4:38 PM | Delivered | BLAKELY, GA | Package delivered to recipient address - release authorized |

*DCO SD6 19*



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Order Number:** 4424-0386123

4 4 2 4 - 0 3 8 6 1 2 3

**Order Date:** 10/31/08
**Shipping Method:** Ground (carrier not specified)
**Purchase Order Number:** 5451825

5 4 5 1 8 2 5

| Ship To: | Bill To: |
|---|---|
| ASHA VAKHARIA | ASHA VAKHARIA |
| 3820 222ND PL SE | |
| BOTHELL, WA 98021 | |

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT01RC | IT01RC | ITH IT01RC iTouchless 1.5 Gallon Touchless Trashcan TX |

```
Invoice  00050619        Date  11/03/2008    SHIPPING       0.00
Customer  circuitcity Wgt  4.0 LBS            SPECIAL        0.00
Dept  1                  COD           0.00   HANDLING       0.00
PO Number  5451825       Dv            0.00   TOTAL          0.00
                    Svcs: GND THRD PTY
                    TRCK: 726874460409137
```

**Return Instructions**

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**

❑ Not as expected      ❑ Arrived too late
❑ Defective            ❑ Customer ordering error
❑ Damaged              ❑ Wrong item

5451825
ASHA VAKHARIA
3820 222ND PL SE
BOTHELL, WA 98021

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

5 4 5 1 8 2 5    Return Authorization # _____

*Thank You For Your Order!*

## Detailed Results

Enter tracking number    _____ _____ ████

| Detailed Results | Notifications |
|---|---|

**Tracking no.: 726874460409137**                                    ✉ E-mail notifications

# Delivered

Initiated → Picked up → In transit → Delivered

**Delivered**
Signed for by: Signature not required

| Shipment Dates | Destination |
|---|---|
| Ship date ⓘ  Nov 3, 2008 | Bothell, WA |
| Delivery date ⓘ  Nov 6, 2008 12:52 PM | Proof of Delivery ⓘ |

## Shipment Facts                                                                 Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 4.0 lbs/1.8 kg | Purchase order number | 5451825 |
| | | Invoice number | D0050619 |
| | | Department number | 1 |

## Shipment Travel History                                                        Help

Select time zone:  Select                                    Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Nov 6, 2008 12:52 PM | **Delivered** | Bothell, WA | Left at front door. Signature Service not requested. |
| Nov 6, 2008 3:35 AM | On FedEx vehicle for delivery | AUBURN, WA | |
| Nov 5, 2008 11:15 AM | Delivery exception | AUBURN, WA | Delivery delayed, scheduled for next business day |
| Nov 5, 2008 6:07 AM | On FedEx vehicle for delivery | AUBURN, WA | |
| Nov 5, 2008 12:36 AM | At local FedEx facility | AUBURN, WA | |
| Nov 4, 2008 7:32 AM | Departed FedEx location | SACRAMENTO, CA | |
| Nov 4, 2008 1:29 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Nov 3, 2008 10:27 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Nov 3, 2008 7:37 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Nov 3, 2008 3:47 PM | Shipment information sent to FedEx | | |
| Nov 3, 2008 3:32 PM | Picked up | SAN LEANDRO, CA | |

*DCPSTO62c*



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

| Ship To: | Bill To: |
|---|---|
| HERMAN H ROY SR. | HERMAN H ROY SR. |
| 3714 HOMELAND DR. | |
| LOS ANGELES, CA 90008 | |

**Order Number: 4420-0906990**

4420-0906998

**Order Date:** 11/1/08

**Shipping Method:** 2nd day (carrier not specified)

**Purchase Order Number:** 5451871

5451871

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_TM001S | TM001S | ITH TM001S iTouchless Automatic Paper Towel Dispenser |

```
                        Date. 11/03/2008      SHIPPING.        0.00
                        Wgt  3 0 LBS          SPECIAL          0.00
                                              HANDLING         0.00
        Rel  circuitcity                    0.00  TOTAL.       0.00
        Dep  1
                        DV

                  Svcs: ** 2DAY **
                  TRCK: 9763 7644 3808
```

## Return Instructions

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

## Return Codes

❑ Not as expected     ❑ Arrived too late
❑ Defective           ❑ Customer ordering error
❑ Damaged             ❑ Wrong item

5451871
HERMAN H ROY SR.
3714 HOMELAND DR.
LOS ANGELES, CA 90008

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

5451871

Return Authorization # _____



*Thank You For Your Order!*

*Invoice # : D0050620*

## Detailed Results

Enter tracking number

| **Detailed Results** | Notifications |
| --- | --- |

---

Tracking no.: 976376443808

✉ E-mail notifications

## Delivered

Initiated → Picked up → In transit → Delivered

**Delivered**
Signed for by: 9999999999999

| Shipment Dates | Destination |
| --- | --- |
| Ship date ② Nov 3, 2008 | LOS ANGELES, CA |
| Delivery date ③ Nov 5, 2008 1:44 PM | Proof of Delivery ③ |

### Shipment Facts                                                                 Help

| Service type | FedEx 2Day Service | Reference | CIRCUITCITY |
| --- | --- | --- | --- |

### Shipment Travel History                                                       Help

Select time zone:  Select           '                    Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
| --- | --- | --- | --- |
| Nov 5, 2008 1:44 PM | Delivered | LOS ANGELES, CA | Package delivered to recipient address - release authorized |





**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

---

**Ship To:**
BURT KOONSVITSKY
7361 ALICANTE RD
CARLSBAD, CA 92009

**Bill To:**
BURT KOONSVITSKY

**Order Number:** 4419-1966498

**Order Date:** 11/2/08
**Shipping Method:** Ground (carrier not specified)
Purchase Order Number: 5452249

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_FR001W | FR001W | ITH FR001W Forever Last Radio with Dynamo Flashlight and Nightlight |

```
Invoice: D0050621
Customer: circuitcity      Date: 11/03/2008
Dept: 1                    Wgt: 1.0 LBS
PO Number: 5452249         COD:
                           DV:
                                          0.00
                                          0.00    SHIPPING:    0.00
           Svcs: GND THRD PTY                     SPECIAL:     0.00
           TRCK: 726874460409144                  HANDLING:    0.00
                                                  TOTAL:       0.00
```

---

**Return Instructions**

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**
❏ Not as expected        ❏ Arrived too late
❏ Defective              ☑ Customer ordering error
❏ Damaged                ❏ Wrong item

5452249
BURT KOONSVITSKY
7361 ALICANTE RD
CARLSBAD, CA 92009

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

Return Authorization # _____

---



*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460409014                               ✉ E-mail notifications

### *Delivered*

Initiated   Picked up   In transit   Delivered

**Delivered**
Signed for by: JTOMLINSON

| Shipment Dates | Destination |
|---|---|
| Ship date ⓘ   Oct 30, 2008 | Johnston, IA |
| Delivery date ⓘ   Nov 5, 2008 9:00 AM | Signature Proof of Delivery ⓘ |

### Shipment Facts                                                  Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 1.0 lbs/0.5 kg | Purchase order number | 5451505 |
| | | Invoice number | D0050605, 1/2 |

### Shipment Travel History                                         Help

Select time zone: Select   ʼ                     Select time format: **12H** | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Nov 5, 2008 9:00 AM | **Delivered** | Johnston, IA | |
| Nov 5, 2008 4:49 AM | On FedEx vehicle for delivery | GRIMES, IA | |
| Nov 5, 2008 12:49 AM | At local FedEx facility | GRIMES, IA | |
| Nov 4, 2008 10:03 PM | Departed FedEx location | KANSAS CITY, MO | |
| Nov 4, 2008 3:35 PM | Arrived at FedEx location | KANSAS CITY, MO | |
| Nov 3, 2008 11:44 AM | In transit | LENEXA, KS | |
| Nov 2, 2008 2:29 AM | In transit | NORTH SALT LAKE, UT | |
| Nov 1, 2008 4:11 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 31, 2008 1:46 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 30, 2008 9:56 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 30, 2008 7:39 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 30, 2008 3:54 PM | Shipment information sent to FedEx | | |
| Oct 30, 2008 3:32 PM | Picked up | SAN LEANDRO, CA | |

DO50622



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

---

**Ship To:**

WILLIAM GRAHAM
8000 FORTNEY RD
ORWELL, OH 44076

**Bill To:**

WILLIAM GRAHAM

**Order Number:** 4429-1994432

**Order Date:** 11/2/08

**Shipping Method:** 2nd day (carrier not specified)

**Purchase Order Number:** 5452312

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_AV002A | AV002A | ITH AV002A iTouchless Automatic Intelligent Robotic Vacuum Cleaner |

Ref  circuitcity
Dep  1

Date  11/03/2008
Wgt  10.0 LBS

DV                0.00

SHIPPING:        0.00
SPECIAL          0.00
HANDLING:        0.00
TOTAL            0.00

Svcs: ** 2DAY **
TRCK: 9763 7644 3819

---

### Return Instructions

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes

❏ Not as expected        ❏ Arrived too late
❏ Defective              ❏ Customer ordering error
❏ Damaged                ❏ Wrong item

5452312
WILLIAM GRAHAM
8000 FORTNEY RD
ORWELL, OH 44076

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

Return Authorization # _____



*Thank You For Your Order!*

## Detailed Results

Enter tracking number



| Detailed Results | Notifications |
|---|---|

Tracking no.: 976376443819

✉ E-mail notifications

### Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: 9999999999999

| Shipment Dates | Destination |
|---|---|
| Ship date ⑦ Nov 3, 2008 | ORWELL, OH |
| Delivery date ⑦ Nov 5, 2008 2:44 PM | Proof of Delivery ⑦ |

### Shipment Facts

Help

| Service type | FedEx 2Day Service | Reference | CIRCUITCITY |
|---|---|---|---|

### Shipment Travel History

Help

Select time zone:  Select    ,    Select time format: **12H** | **24H**

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Nov 5, 2008 2:44 PM | Delivered | ORWELL, OH | Package delivered to recipient address - release authorized |



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*

*Thank you for your order.*

---

**Ship To:**

AMBER MILLER
IOWA BANKERS ASSOC
8800 NW 62ND AVE
JOHNSTON, IA 50131

**Bill To:**

AMBER MILLER

**Order Number:** 4440-0383651

|||||||||||  4 4 4 0 - 0 3 8 3 6 5 1

**Order Date:** 10/30/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5451505

|||||||||||  5 4 5 1 5 0 5

```
    Invoic  D0050605  1/2 Date  10/30/2008     SHIPPING     0.00
    Customer  circuitcity Wgt. 8.0 LBS         SPECIAL      0.00
    Dept  1                      COD     0.00  HANDLING     0.00
    PO Number  5451505           DV      0.00  TOTAL        0.00
              Svcs: GND THRD PTY
                 TRCK: 726874460409007
```

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_FS001B | FS001B | ITH FS001B iTouchless Fresh Sealer Vacuum Sealed Food Storage Container |
| 1 | 1 | ITH_EZF003C | EZF003C | ITH EZF003C iTouchless Infared Sensor EZ Faucet Adapter |

```
    Invoic  D0050605  1/2 Date  10/30/2008     SHIPPING     0 00
    Customer  circuitcity Wgt. 1 0 LBS         SPECIAL      0 00
    Dept:                        COD     0 00  HANDLING     0 00
    PO Number  5451505           DV      0 00  TOTAL        0 00
              Svcs: GND THRD PTY
                 TRCK: 726874460409014
```

---

**Return Instructions**

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit
   the Help & Services section on circuitcity.com or call
   our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the
   box, UPC barcode, packaging, and all accessories.
   Include this packing slip.
5. You are responsible for all shipping and insurance
   charges for returns.

*Please refer to circuitcity.com for additional information
about our Refunds and Returns policy.*

**Return Codes**

❏ Not as expected   ❏ Arrived too late
❏ Defective         ❏ Customer ordering error
❏ Damaged           ❏ Wrong item

---

5451505
AMBER MILLER
IOWA BANKERS ASSOC
8800 NW 62ND AVE
JOHNSTON, IA 50131

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

|||||||||||  5 4 5 1 5 0 5     Return Authorization # _____

---

*Thank You For Your Order!*

## Detailed Results

Enter tracking number



| Detailed Results | Notifications |
| --- | --- |

Tracking no.: 726874460409014                                        ✉ E-mail notifications

## Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: JTOMLINSON

| Shipment Dates | Destination |
| --- | --- |
| Ship date ⑦  Oct 30, 2008 | Johnston, IA |
| Delivery date ⑦  Nov 5, 2008 9:00 AM | Signature Proof of Delivery ⑦ |

### Shipment Facts                                                                 Help

| Service type | Ground-Domestic | Reference | circuitcity |
| --- | --- | --- | --- |
| Weight | 1.0 lbs/0.5 kg | Purchase order number | 5451505 |
| | | Invoice number | D0050605, 1/2 |

### Shipment Travel History                                                        Help

Select time zone:  Select          ‹                        Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
| --- | --- | --- | --- |
| Nov 5, 2008 9:00 AM | Delivered | Johnston, IA | |
| Nov 5, 2008 4:49 AM | On FedEx vehicle for delivery | GRIMES, IA | |
| Nov 5, 2008 12:49 AM | At local FedEx facility | GRIMES, IA | |
| Nov 4, 2008 10:03 PM | Departed FedEx location | KANSAS CITY, MO | |
| Nov 4, 2008 3:35 PM | Arrived at FedEx location | KANSAS CITY, MO | |
| Nov 3, 2008 11:44 AM | In transit | LENEXA, KS | |
| Nov 2, 2008 2:29 AM | In transit | NORTH SALT LAKE, UT | |
| Nov 1, 2008 4:11 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 31, 2008 1:46 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 30, 2008 9:56 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 30, 2008 7:39 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 30, 2008 3:54 PM | Shipment information sent to FedEx | | |
| Oct 30, 2008 3:32 PM | Picked up | SAN LEANDRO, CA | |



Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460409007

✉ E-mail notifications

### Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: J.TOMLINSON

**Shipment Dates**

Ship date ⟳ Oct 30, 2008
Delivery date ⟳ Nov 5, 2008 9:00 AM

**Destination**

Johnston, IA
Signature Proof of Delivery ⟳

### Shipment Facts                                                Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 8.0 lbs/3.6 kg | Purchase order number | 5451505 |
| | | Invoice number | D00S0605, 1/2 |
| | | Department number | 1 |

### Shipment Travel History                                       Help

Select time zone:  Select ▸              Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Nov 5, 2008 9:00 AM | Delivered | Johnston, IA | |
| Nov 5, 2008 4:48 AM | On FedEx vehicle for delivery | GRIMES, IA | |
| Nov 5, 2008 12:49 AM | At local FedEx facility | GRIMES, IA | |
| Nov 4, 2008 10:03 PM | Departed FedEx location | KANSAS CITY, MO | |
| Nov 4, 2008 3:59 PM | Arrived at FedEx location | KANSAS CITY, MO | |
| Nov 3, 2008 11:44 AM | In transit | LENEXA, KS | |
| Nov 2, 2008 2:29 AM | In transit | NORTH SALT LAKE, UT | |
| Nov 1, 2008 7:03 AM | In transit | RENO, NV | |
| Nov 1, 2008 4:11 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 31, 2008 3:18 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 30, 2008 9:58 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 30, 2008 7:23 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 30, 2008 3:54 PM | Shipment information sent to FedEx | | |
| Oct 30, 2008 3:32 PM | Picked up | SAN LEANDRO, CA | |

**Contact Circuit City**

*website:* circuitcity.com
*email:* customercare@cc.circuitcity.com
*phone:* 1-800-843-2489
*Thank you for your order.*

| Ship To: | Bill To: |
|---|---|
| MELANIE BOWEN<br>900 E 500 S<br>DECLO, ID 83323<br><br>tel<br>(208)654-2560 | MELANIE BOWEN |

**Order Number:** 4417-3677354

4417-3677354

**Order Date:** 10/17/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5448514

5448514

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_IT14SC | IT14SC | ITH IT14SC iTouchless Stainless Steel Touchless Trashcan SX |

```
Invoice  D0050420      Date: 10/20/2008    SHIPPING:      0.00
Customer  circuitcity Wgt  16.0 LBS       SPECIAL        0.00
Dept:  1               COD:           0.00 HANDLING       0.00
PO Number   5448514    DV:            0.00 TOTAL          0.00
                  Svcs: GND THRD PTY
                  TRCK: 726874460406914
```

### Return Instructions

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

### Return Codes

☐ Not as expected   ☐ Arrived too late
☐ Defective   ☐ Customer ordering error
☐ Damaged   ☐ Wrong item

5448514
MELANIE BOWEN
900 E 500 S
DECLO, ID 83323

### RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

5448514

Return Authorization # _____

*Thank You For Your Order!*

Detailed Results



Enter tracking number

### Detailed Results | Notifications

Tracking no.: 726874460406914                          ☺ E-mail notifications

**Delivered**            Initiated  Picked up  In transit  Delivered
                              **Delivered**
                    Signed for by:  Signature not required

Shipment Dates                          Destination

Ship date ⑦  Oct 20, 2008               Declo, ID
Delivery date ⑦  Oct 23, 2008 2:58 PM   Proof of Delivery ⑦

#### Shipment Facts                                              Help

| Service type | Ground-Domestic | Reference | circuitcity |
| Weight | 16.0 lbs/7.3 kg | Purchase order number | 5448514 |
| | | Invoice number | D0050420 |
| | | Department number | 1 |

#### Shipment Travel History                                    Help

Select time zone:  Select                Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 23, 2008 2:58 PM | Delivered | Declo, ID | Left at front door. Signature Service not requested. |
| Oct 23, 2008 7:50 AM | On FedEx vehicle for delivery | JEROME, ID | |
| Oct 22, 2008 2:01 PM | Delivery exception | JEROME, ID | Customer not available or business closed |
| Oct 22, 2008 7:29 AM | On FedEx vehicle for delivery | JEROME, ID | |
| Oct 22, 2008 7:18 AM | At local FedEx facility | JEROME, ID | |
| Oct 22, 2008 2:35 AM | Departed FedEx location | NORTH SALT LAKE, UT | |
| Oct 21, 2008 6:59 PM | Arrived at FedEx location | NORTH SALT LAKE, UT | |
| Oct 21, 2008 7:06 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 21, 2008 1:17 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 20, 2008 10:01 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 20, 2008 8:34 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 20, 2008 3:55 PM | Shipment information sent to FedEx | | |
| Oct 20, 2008 3:32 PM | Picked up | SAN LEANDRO, CA | |

D0050435

**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Ship To:**
JIM CARTER
211 W MONUMENT AVE
DAYTON, OH 45402

**Bill To:**
JIM CARTER

**Order Number: 4433-0380172**

4433-0380172

**Order Date:** 10/18/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5448691

5448691

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_SF001C | SF001C | ITH SF001C iTouchless Sensor Flush Automatic Flushing System |

```
Invoice  D0050435     Date  10/20/2008      SHIPPING:         0 00
Customer  circuitcity   Wgt   3 0 LBS         SPECIAL:          0 00
Dept  1               COD             0.00   HANDLING:         0 00
PO Number  5448691    DV:             0.00   TOTAL:            0 00

            Svcs:  GND  THRD  PTY
            TRCK:  726874460407065
```

**Return Instructions**

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**

❏ Not as expected    ❏ Arrived too late
❏ Defective          ❏ Customer ordering error
❏ Damaged            ❏ Wrong item

5448691
JIM CARTER
211 W MONUMENT AVE
DAYTON, OH 45402

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404



5448691    Return Authorization # _____

*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
| --- | --- |

Tracking no.: 726874460407065                                        ✉ E-mail notifications

# Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: Signature not required

**Shipment Dates**                                    Destination

Ship date ⑦  Oct 20, 2008                          Dayton, OH
Delivery date ③  Oct 24, 2008 9:02 AM              Proof of Delivery ⑦

## Shipment Facts                                                  Help

| | | | |
| --- | --- | --- | --- |
| Service type | Ground-Domestic | Reference | circuitcity |
| Weight | 3.0 lbs/1.4 kg | Purchase order number | 5448691 |
| | | Invoice number | D0050435 |
| | | Department number | 1 |

## Shipment Travel History                                         Help

Select time zone:  Select                          Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
| --- | --- | --- | --- |
| Oct 24, 2008 9:02 AM | Delivered | Dayton, OH | Left at front door. Signature Service not requested. |
| Oct 24, 2008 3:28 AM | On FedEx vehicle for delivery | VANDALIA, OH | |
| Oct 23, 2008 9:41 PM | At local FedEx facility | VANDALIA, OH | |
| Oct 23, 2008 8:02 PM | Departed FedEx location | INDEPENDENCE, KY | |
| Oct 23, 2008 5:06 PM | Arrived at FedEx location | INDEPENDENCE, KY | |
| Oct 21, 2008 10:26 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 20, 2008 11:06 PM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 20, 2008 8:10 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 20, 2008 7:57 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 20, 2008 3:55 PM | Shipment information sent to FedEx | | |
| Oct 20, 2008 3:32 PM | Picked up | SAN LEANDRO, CA | |

D005038

**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Ship To:**
BRANDY WORKMAN
2632 QUEEN PALM DR
EDGEWATER, FL 32141

**Bill To:**
BRANDY WORKMAN

**Order Number:** 4440-0382202

4440-0382202

**Order Date:** 10/26/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5450581

5450581

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_AV002A | AV002A | ITH AV002A iTouchless Automatic Intelligent Robotic Vacuum Cleaner |

Invoice          D0050538
Customer         Date    10/27/2008
Dept    1        circuitcity Wgt   10.0 LBS
PO Number  5450581      COD
                        DV
                                        SHIPPING        0 00
                                        SPECIAL         0 00
                        Svcs: GND THRD PTY   HANDLING    0 00
                        TRCK: 726874460408284  TOTAL     0 00

0 00
0 00
0 00
0 00

**Return Instructions**

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**

❏ Not as expected    ❏ Arrived too late
❏ Defective          ❏ Customer ordering error
❏ Damaged            ❏ Wrong item

5450581
BRANDY WORKMAN
2632 QUEEN PALM DR
EDGEWATER, FL 32141

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404



5450581          Return Authorization # _____

*Thank You For Your Order!*

## Detailed Results

Enter tracking number  ▮▮▮

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460408284                                          ✉ E-mail notifications

# Delivered

Initiated — Picked up — In transit — Delivered

**Delivered**
Signed for by: Signature not required

| Shipment Dates | Destination |
|---|---|
| Ship date ⓘ  Oct 27, 2008 | Edgewater, FL |
| Delivery date ⓘ  Nov 3, 2008 10:15 AM | Proof of Delivery |

## Shipment Facts                                                                 Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 10.0 lbs/4.5 kg | Purchase order number | 5450581 |
| | | Invoice number | D0050538 |
| | | Department number | 1 |

## Shipment Travel History                                                       Help

Select time zone:  Select                              Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Nov 3, 2008 10:15 AM | Delivered | Edgewater, FL | Left at front door. Signature Service not requested. |
| Nov 1, 2008 3:45 AM | On FedEx vehicle for delivery | SANFORD, FL | |
| Oct 31, 2008 8:12 PM | At local FedEx facility | SANFORD, FL | |
| Oct 31, 2008 7:31 PM | Departed FedEx location | ORLANDO, FL | |
| Oct 31, 2008 2:39 PM | Arrived at FedEx location | ORLANDO, FL | |
| Oct 31, 2008 5:30 AM | Departed FedEx location | ELLENWOOD, GA | |
| Oct 30, 2008 7:14 PM | Arrived at FedEx location | ELLENWOOD, GA | |
| Oct 28, 2008 9:43 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 28, 2008 4:35 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 27, 2008 11:08 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 27, 2008 9:45 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 27, 2008 3:54 PM | Picked up | SAN LEANDRO, CA | |
| Oct 27, 2008 3:45 PM | Shipment information sent to FedEx | | |

D0050419



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

---

**Ship To:**
INAYAH F ZAMAN
5840 CAMERON RUN TER
APT 808
ALEXANDRIA, VA 22303

**Bill To:**
INAYAH F ZAMAN

**Order Number:** 4418-2664671

4 4 1 8 - 2 6 6 4 6 7 1

**Order Date:** 10/17/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5448461

5 4 4 8 4 6 1

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_AV002A | AV002A | ITH AV002A iTouchless Automatic Intelligent Robotic Vacuum Cleaner |

```
Invoice  D0050419      Date:  10/20/2008
Customer  circuitcity  Wgt    10 0 LBS       SHIPPING      0 00
Dept  1                COD:                   SPECIAL       0.00
PO Number  5448461     DV            0.00     HANDLING:     0.00
                                     0.00     TOTAL         0.00
            Svcs: GND THRD PTY
            TRCK: 726874460406907
```

---

**Return Instructions**

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**
- ❑ Not as expected
- ❑ Defective
- ❑ Damaged
- ❑ Arrived too late
- ❑ Customer ordering error
- ❑ Wrong item

5448461
INAYAH F ZAMAN
5840 CAMERON RUN TER
APT 808
ALEXANDRIA, VA 22303

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

5 4 4 8 4 6 1      Return Authorization # _____



*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460406907

✉ E-mail notifications

# Delivered

Initiated → Picked up → In transit → Delivered

**Delivered**
Signed for by: Signature Not Req

**Shipment Dates**

Ship date ⓘ   Oct 20, 2008
Delivery date ⓘ   Oct 27, 2008 11:24 AM

**Destination**

Alexandria, VA
Proof of Delivery ⓘ

## Shipment Facts

Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 10.0 lbs/4.5 kg | Purchase order number | 5448461 |
| | | Invoice number | D0050419 |
| | | Department number | 1 |

## Shipment Travel History

Help

Select time zone:  Select   ·

Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 27, 2008 11:24 AM | Delivered | Alexandria, VA | Signature Service not requested. |
| Oct 25, 2008 4:27 AM | On FedEx vehicle for delivery | ALEXANDRIA, VA | |
| Oct 24, 2008 9:45 PM | At local FedEx facility | ALEXANDRIA, VA | |
| Oct 24, 2008 6:07 PM | Departed FedEx location | HAGERSTOWN, MD | |
| Oct 24, 2008 3:48 PM | Arrived at FedEx location | HAGERSTOWN, MD | |
| Oct 21, 2008 7:05 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 21, 2008 2:32 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 20, 2008 8:48 PM | In transit | SAN JOSE, CA | |
| Oct 20, 2008 7:54 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 20, 2008 7:45 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 20, 2008 3:55 PM | Shipment information sent to FedEx | | |
| Oct 20, 2008 3:32 PM | Picked up | SAN LEANDRO, CA | |

D0050421



**Contact Circuit City**

*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

| Ship To: | Bill To: |
|---|---|
| LOU A THRASH<br>350 HAYMAC DR<br>PARCHMENT, MI 49004 | LOU A THRASH |

**Order Number:** 4443-0378094

‖‖‖‖‖‖‖‖‖‖‖‖‖
4443-0378094

**Order Date:** 10/17/08

**Shipping Method:** Ground (carrier not specified)

**Purchase Order Number:** 5448516

‖‖‖‖‖‖‖‖‖‖‖
5448516

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_AV002A | AV002A | ITH AV002A iTouchless Automatic Intelligent Robotic Vacuum Cleaner |

```
Invoice: D0050421    Date: 10/20/2008    SHIPPING    0.00
Customer: circuitcity Wgt 10.0 LBS      SPECIAL     0.00
Dept: 1              COD         0.00   HANDLING    0.00
PO Number: 5448516   DV          0.00   TOTAL       0.00
            Svcs: GND THRD PTY
            TRCK: 726874460406921
```

**Return Instructions**

If you are unhappy with any item, you can return it by mail. To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit the Help & Services section on circuitcity.com or call our Customer Support team at 1-800-843-2489.
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the box, UPC barcode, packaging, and all accessories. Include this packing slip.
5. You are responsible for all shipping and insurance charges for returns.

*Please refer to circuitcity.com for additional information about our Refunds and Returns policy.*

**Return Codes**
❏ Not as expected    ❏ Arrived too late
❏ Defective          ❏ Customer ordering error
❏ Damaged            ❏ Wrong item

5448516
LOU A THRASH
350 HAYMAC DR
PARCHMENT, MI 49004

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404

‖‖‖‖‖‖‖‖‖‖
5448516    Return Authorization # _____



*Thank You For Your Order!*

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 726874460406921

✉ E-mail notifications

### Delivered

Initiated → Picked up → In transit → Delivered

**Delivered**
Signed for by: NTHRASH

| Shipment Dates | Destination |
|---|---|
| Ship date ⑦  Oct 20, 2008 | Kalamazoo, MI |
| Delivery date ⑦  Oct 24, 2008 4:33 PM | Signature Proof of Delivery ⑦ |

### Shipment Facts                                                                 Help

| Service type | Ground-Domestic | Reference | circuitcity |
|---|---|---|---|
| Weight | 10.0 lbs/4.5 kg | Purchase order number | 5448516 |
| | | Invoice number | D0050421 |
| | | Department number | 1 |

### Shipment Travel History                                                        Help

Select time zone:  Select

Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 24, 2008 4:33 PM | **Delivered** | Kalamazoo, MI | |
| Oct 24, 2008 4:33 PM | Delivery exception | KALAMAZOO, MI | Customer not available or business closed |
| Oct 24, 2008 6:15 AM | On FedEx vehicle for delivery | KALAMAZOO, MI | |
| Oct 23, 2008 11:30 PM | At local FedEx facility | KALAMAZOO, MI | |
| Oct 23, 2008 8:33 PM | Departed FedEx location | TOLEDO, OH | |
| Oct 23, 2008 3:36 PM | Arrived at FedEx location | TOLEDO, OH | |
| Oct 21, 2008 9:51 AM | In transit | RENO, NV | |
| Oct 21, 2008 6:44 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 21, 2008 2:50 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 20, 2008 11:07 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 20, 2008 8:54 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 20, 2008 3:55 PM | Shipment information sent to FedEx | | |
| Oct 20, 2008 3:32 PM | Picked up | SAN LEANDRO, CA | |

D0050471

**Contact Circuit City**
*website: circuitcity.com*
*email: customercare@cc.circuitcity.com*
*phone: 1-800-843-2489*
*Thank you for your order.*

**Ship To:**
JAMES T CUNNINGHAM
9674 EATON WOODS PL
LORTON, VA 22079

**Bill To:**
JAMES T CUNNINGHAM

**Order Number:** 4428-2641143

4428-2641143

**Order Date:** 10/20/08
**Shipping Method:** Ground (carrier not specified)
**Purchase Order Number:** 5449070

5449070

| Quantity Ordered | Quantity Shipped | Item Number | Vendor SKU | Product Description |
|---|---|---|---|---|
| 1 | 1 | ITH_TM001S | TM001S | ITH TM001S iTouchless Automatic Paper Towel Dispenser |

Invoice  D0050471   Date  10/20/2008
Customer  circuitcity   Wgt  3 0 LBS
Dept  1              COD
PO Number  5449070   DV              0 00

SHIPPING        0 00
SPECIAL         0 00
HANDLING        0 00
TOTAL           0 00

Svcs: GND THRD PTY
TRCK: 726874460407454

## Return Instructions

If you are unhappy with any item, you can return it by mail.
To expedite your return, please follow the instructions below.

1. To receive a Return Authorization number, please visit
   the Help & Services section on circuitcity.com or call
   *our Customer Support team at 1-800-843-2489.*
2. Check the appropriate return code below.
3. Cut out the return label to the right.
4. Return the item in its original condition, including the
   box, UPC barcode, packaging, and all accessories.
   Include this packing slip.
5. You are responsible for all shipping and insurance
   charges for returns.

*Please refer to circuitcity.com for additional information
about our Refunds and Returns policy.*

### Return Codes
❏ Not as expected     ❏ Arrived too late
❏ Defective           ❏ Customer ordering error
❏ Damaged             ❏ Wrong item

5449070
JAMES T CUNNINGHAM
9674 EATON WOODS PL
LORTON, VA 22079

RETURNS
551 Foster City Blvd.
Unit M
Foster City, CA 94404



Return Authorization # _____

*Thank You For Your Order!*

Detailed Results -

Enter tracking number



| Detailed Results | Notifications |
|---|---|

**Tracking no.: 726874460407454**    ✉ E-mail notifications

# Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: Signature not required

**Shipment Dates**

Ship date ⓘ  Oct 20, 2008
Delivery date ⓘ  Oct 27, 2008 3:08 PM

**Destination**

Lorton, VA

Proof of Delivery ⓘ

## Shipment Facts    Help

| Service type | Ground-Domestic | | Reference | circuitcity |
|---|---|---|---|---|
| Weight | 3.0 lbs/1.4 kg | | Purchase order number | 5449070 |
| | | | Invoice number | D0050471 |
| | | | Department number | 1 |

## Shipment Travel History    Help

Select time zone:  Select    '

Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 27, 2008 3:08 PM | **Delivered** | Lorton, VA | Left at front door. Signature Service not requested. |
| Oct 25, 2008 6:05 AM | On FedEx vehicle for delivery | ALEXANDRIA, VA | |
| Oct 24, 2008 10:17 PM | At local FedEx facility | ALEXANDRIA, VA | |
| Oct 24, 2008 8:31 PM | Departed FedEx location | HAGERSTOWN, MD | |
| Oct 24, 2008 4:33 PM | Arrived at FedEx location | HAGERSTOWN, MD | |
| Oct 21, 2008 11:57 AM | In transit | RENO, NV | |
| Oct 21, 2008 8:50 AM | Departed FedEx location | SACRAMENTO, CA | |
| Oct 21, 2008 2:12 AM | Arrived at FedEx location | SACRAMENTO, CA | |
| Oct 20, 2008 9:15 PM | Left FedEx origin facility | SAN LEANDRO, CA | |
| Oct 20, 2008 8:25 PM | Arrived at FedEx location | SAN LEANDRO, CA | |
| Oct 20, 2008 3:55 PM | Shipment information sent to FedEx | | |
| Oct 20, 2008 3:32 PM | Picked up | SAN LEANDRO, CA | |

# Product List

| Product Item # | Description |
|---|---|
| AV002A | Robotic Intelligent Automatic Vacuum Cleaner PRO |
| BM001L | Bio-Matic Fingerprint Door Locks (Gold color, left hand side) |
| BM002U | Bio-Matic Fingerprint Door Locks |
| BR001U | Bag Resealer |
| ESD002S | Stainless Steel Sensor Soap Dispenser |
| EZF003C | Sensor Flush Automatic Tank Toilet Flushing System |
| FFLDLX | Forever Everlife Flashlight |
| FR001W | Forever Last Radio (White) |
| FS001B | Fresh Sealer 12 Liter Automatic Vacuum Sealed Food Storage |
| IT01RC | 1.5 Gallon Touchless Trashcan TX model |
| IT08RCB | 8 Gallon Touchless Trashcan NX model |
| IT13RCB | 13 gallon Trashcan NX model |
| IT14SB | 14 gallon black color Touchless Trashcan SX model |
| IT14SC | 14 gallon Stainless Steel Touchless Trashcan SX model |
| IT14SW | 14 gallon white color Touchless Trashcan SX model |
| IT16RE | 16 Gallon Recycle Touchless Trashcan NX model |
| IT18RC | 18 Gallon (68 Liter) Touchless Trashcan NX model |
| IT23RC | 23 Gallon (85 Liter) Touchless Trashcan NX model |
| PBSDLX | Power Bug Zapper Swatter |
| PM001C | Electronic Pepper Mill Combo Pack |
| PM003S | Electronic Pepper Mill |
| SF001C | Automatic sensor toilet flushing system |
| TM001S | Automatic paper towel dispenser |
| UV001U | UV Toothbrush Sanitizer |
| WC001 | Dynamo Foldable Walking Cane |