Bruce H. Matson (VSB No. 29874)
Christopher L. Perkins (VSB No. 41783)
LECLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, VA  23219
Telephone:  (804) 783-2003
Facsimile:  (804) 783-2294

*Counsel for Creative Realty Management, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

---------------------------------------------------------x
:
In re:                                          :         Chapter 11
:
Circuit City Stores, Inc., et al.,              :         Case No. 08-35653
:
Debtors.             :         Jointly Administered
---------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION OF
<u>CREATIVE REALTY MANAGEMENT, LLC</u>**

Creative Realty Management, LLC, by counsel, hereby withdraws its June 23, 2009 Objection to Motion of the Debtors for "Order (I) Pursuant to U.S.C. § 105 and Fed. R. Bankr. P. 9020(A) Finding Creative Realty Management, LLC in Civil Contempt and (B) Compelling Compliance with Order and Imposing Sanctions for Violations Thereof, or (II) Granting the Debtors Relief Under Fed. R. Bankr. P. 9024 and Fed. R. Civ. P. 60 from Order Assuming, Assigning, and Selling Certain Leases to Creative Realty Management, LLC and Motion of the Debtors Pursuant to 11 U.S.C. § 105, and Local Bankruptcy Rule 9013-1(M) for an Order Setting Expedited Hearing" which was filed at Docket No. 3705.

DATED: July 15, 2009            CREATIVE REALTY MANAGEMENT, LLC

                                                   /s/ Christopher L. Perkins
                                                   Counsel

Bruce H. Matson (VSB No. 29874)
Christopher L. Perkins (VSB No. 41783)
LECLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, VA  23219
Telephone:  (804) 783-2003
Facsimile:  (804) 783-2294

*Counsel for Creative Realty Management, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 15th day of July, 2009, a true and correct copy of the foregoing was served on all parties listed on the Court's electronic service list.

                                                   /s/ Christopher L. Perkins
                                                   Counsel