# EXHIBIT A

Darrell W. Clark, Bar No. 43943
Tracey M. Ohm, Bar No. 77150
STINSON MORRISON HECKER LLP
1150 18th Street, NW, Suite 800
Washington, DC  20036-3816
dclark@stinson.com
tohm@stinson.com
Tel. (202) 785-9100
Fax (202) 785-9163 (fax)
*Attorneys for Waste Management, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re | ) | Case No. 08-35653 (KRH) |
| | ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**DECLARATION OF JACQUOLYN E. HATFIELD-MILLS**

Having been first duly sworn, the undersigned, Jacquolyn E. Hatfield-Mills, states and attests as follows:

1.      I am over the age of eighteen and have personal knowledge of the facts set forth herein.

2.      I am the Senior Bankruptcy Paralegal for Waste Management, Inc. ("Waste Management") and its subsidiaries.  My job duties as Senior Bankruptcy Paralegal include reviewing bankruptcy notices and preparing proofs of claim for Waste Management.

3.      Waste Management provides comprehensive waste management and environmental services.  Waste Management provided such services to Circuit City Stores, Inc., *et al.* ("Circuit City") prior to November 10, 2008.

Error! No property name supplied.

4.     At the time of Circuit City's November 10, 2008 bankruptcy filing, Circuit City owed Waste Management $27,545.97 for those services.

5.     The invoices that Waste Management sends to Circuit City include directions to send all correspondence related to bankruptcy filings to Waste Management at an address in Phoenix, AZ.

6.     The notice for the deadline to file proofs of claim against Circuit City was not sent to the bankruptcy notice address included on the invoices sent to Circuit City. Instead the notice was sent to a payment lockbox.

7.     In my experience, whenever correspondence, such as bankruptcy notices, is sent to a payment lockbox it takes a long time for the information to be received by the Waste Management bankruptcy department. The notice was dated December 12, 2009, and the deadline for filing proofs of claim against Circuit City stated in the notice was January 30, 2009.

8.     I promptly prepared a proof of claim for Waste Management as soon as I received the proof of claim deadline notice for Circuit City. As directed in the notice, I mailed the proof of claim to: Circuit City Stores, Inc., et al., Claims Processing Dept., Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245.

9.     I wanted to ensure that the proof of claim for Waste Management was received, so I requested a file-stamped copy of the proof of claim I submitted. When I did not receive the requested file-stamped copy after several days, I sent another copy of the proof of claim to the same address.

2

Error! No property name supplied.

FURTHER AFFIANT SAYETH NAUGHT


Executed on this 26th day of June, 2009.

Jacquolyn E. Hatfield-Mills
Senior Bankruptcy Paralegal
Waste Management, Inc.


STATE OF TEXAS            )
                          ) ss
COUNTY OF HARRIS          )


On this 26th day of June, 2009, before me, the undersigned, a Notary Public in and for the
county and state aforesaid, personally appeared Jacquolyn E. Hatfield-Mills, known to me to be
the identical person whose signature is subscribed to the above and foregoing instrument and
who acknowledged the execution thereof to be the voluntary act and deed of said person.

DEANNA HARRIS
MY COMMISSION EXPIRES
January 12, 2013

Notary Public