Darrell W. Clark, Bar No. 43943
Tracey M. Ohm, Bar No. 77150
STINSON MORRISON HECKER LLP
1150 18th Street, NW, Suite 800
Washington, DC  20036-3816
dclark@stinson.com
tohm@stinson.com
Tel. (202) 785-9100
Fax (202) 785-9163 (fax)
*Attorneys for Waste Management, Inc.*

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re | Case No. 08-35653 (KRH) |
| | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.*, | |
| Debtors. | Jointly Administered |
| | **Objections Due: August 20, 2009** |
| | **Hearing Date: August 27, 2009** |
| | **Hearing Time: 11:00 a.m.** |

### NOTICE OF MOTION AND NOTICE OF HEARING
### FOR WASTE MANAGEMENT, INC.'S MOTION
### TO DEEM PROOF OF CLAIM TIMELY FILED

**PLEASE TAKE NOTICE** that on July 15, 2009, Waste Management, Inc. ("Waste Management")filed the following:

Waste Management, Inc.'s Motion to Deem Proof of Claim Timely Filed (the "Motion").

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases.  (If you do not have an attorney, you may wish to consult one.)** Under Local Bankruptcy Rule 9013-1, unless a written response to the Motion is filed with the Clerk of the Court and served on the moving party, the trustee and those parties as required by the Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures (entered on November 13, 2008 at Docket No. 130) (the "Case Management Order") by the above hearing date, the Court may deem any opposition waived, treat the Motion as conceded,

and issue an order granting the requested relief without further notice or hearing.  If you do not want the Court to approve the Motion, or if you want the Court to consider your views on the Motion, then you or your attorney must:

[X] On or before **August 20, 2009**, file with the Court, either electronically or at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).  If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before **August 20, 2009**.

> Clerk of Court
> United States Bankruptcy Court
> 701 East Broad Street, Suite 4000
> Richmond, Virginia 23219

[X] Pursuant to the Case Management Order, you must also serve a copy of any written response and request for hearing by the foregoing date via electronic mail on the following:(i) the Core Group, which includes the Debtors, co-counsel to the Debtors, the Office of the United States Trustee, co-counsel for any committee, counsel to the agents for the Debtors' prepetition lenders, and counsel to the agents for the Debtors' postpetition lenders; (ii) the 2002 List; and (iii) those additional parties as required by the Case Management Order, including the undersigned (all of which are defined in the Case Management Order, which can be found at www.kccllc.net/circuitcity).

[X] Attend a hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, at **11:00 a.m. (Eastern Time) on August 27, 2009** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219.  **If you or your attorney do not attend the hearing, the Court may grant the relief requested in the Motion.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

Dated: July 15, 2009

>                  /s/ Tracey M. Ohm
> Darrell W. Clark, Bar No. 43943
> Tracey M. Ohm, Bar No. 77150
> Stinson Morrison Hecker LLP
> 1150 18th Street, NW, Suite 800
> Washington, D.C.  20036
> dclark@stinson.com
> tohm@stinson.com
> Tel. (202) 785-9100
> Fax (202) 785-9163 (fax)
> *Counsel for Waste Management, Inc.*

2

DB04/837742.0002/1650890.1 DD02

## CERTIFICATE OF SERVICE

      I hereby certify that on the 15th day of July, 2009, the Notice of Motion and Notice of Hearing for Waste Management, Inc.'s Motion to Deem Proof of Claim Timely Filed was delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system and/or by electronic mail to the following pursuant to the *Order Establishing Certain Notice, Case Management and Administrative Procedures* entered in this case.

      circuitcityservice@mcguirewoods.com
      project.circuitcity@skadden.com


                                        /s/ Tracey M. Ohm
                                        Tracey M. Ohm

DB04/837742.0002/1650890.1 DD02