Annemarie G. McGavin (VSB No. 39984)
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street, N.W., Ste. 300
Washington, DC 20006-3807
Tel: 202-452-7900

-and-

Peter J. Duhig (DE Bar No. 4024)
BUCHANAN INGERSOLL & ROONEY PC
1000 West Street, Suite 1410
Wilmington, DE 19801
Tel: 302-552-4249

Counsel for Motorola Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-35653 (KRH)<br>(Jointly Administered) |

**PRELIMINARY RESPONSE OF MOTOROLA INC. TO DEBTORS' NINETEENTH
OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS)**

Motorola Inc. ("Motorola"), by and through its undersigned counsel, submits its Preliminary Response (the "Preliminary Response") to the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (the "Objection"), and in support respectfully states as follows:

1.　　On or about January 29, 2009, Motorola filed a proof of claim against Debtor Circuit City Stores, Inc. for $1,516,837.80, which is listed by the Debtors as claim number 7552 (the "Claim"). On or about June 22, 2009, the Debtors filed the Objection. Pursuant to the

Objection, the Debtors seek to reclassify a $50,000 secured claim under section 506(a) of the Bankruptcy Code to a general unsecured claim. Motorola objects to the relief requested in the Objection.

  2. Motorola files this Preliminary Response in lieu of a formal pleading pursuant to the Debtors' authorization to Motorola's counsel on July 8, 2009. Accordingly, Motorola reserves all rights with respect to the Claim and the right to supplement the Preliminary Response at a later date.

  3. Contact information for Motorola is as follows:

Motorola, Inc.
101 Tournament Drive
Horsham, PA 19044
ATTN: Angela Urban (215) 323-1760

  WHEREFORE, Motorola respectfully requests that the Claim be excluded from any order approving the Objection and such other relief as is just and proper.

Date: July 15, 2009    **BUCHANAN INGERSOLL & ROONEY PC**

    /s/ Annemarie G. McGavin
    Annemarie G. McGavin (VSB No. 39984)
    1700 K Street, N.W., Ste. 300
    Washington, DC 20006-3807
    Tel: 202-452-7900
    Fax: 202-452-7989

    and

    Peter J. Duhig (No. 4024)
    The Brandywine Building
    1000 West Street, Suite 1410
    Wilmington, Delaware 19801
    Telephone: (302) 552-4200
    Facsimile: (302) 552-4295
    E-mail: peter.duhig@bipc.com

    Counsel to Counsel for Motorola Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing *Preliminary Response of Motorola Inc. to Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims)* was filed electronically with the court via the CM/ECF system on the 15th day of July, 2009 and first-class mail to the following:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street, Room 4000
Richmond, VA 23219

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606

/s/ Annemarie G. McGavin
Annemarie G. McGavin (VSB No. 39984)