In re Circuit City Stores, Inc, et al. Case 08-35653-KRH   Doc 3704   Filed 06/23/09   Entered 06/23/09 11:14:12   Desc Main
Case No. 08-35653 (KRH)   Debtors' Forty-First Omnibus Objection To Claims (Reclassification Of Certain Claims As Unsecured Claims Of Certain Claims
503(b)(9) Claims For Goods Received By The Debtors Not Within Twenty Days Of The Commencement
Of The Cases)

### EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | GOODS OUTSIDE STATUTORY 20 DAY PERIOD | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|---|
| Claim: 954<br>Date Filed: 12/19/2008<br>Docketed Total: $2,901,345.35<br>Filing Creditor Name and Address:<br>AUDIOVOX CORPORATION<br>150 MARCUS BLVD<br>HAUPPAUGE, NY 11788 | Claim Holder Name and Address<br>CREDIT SUISSE INTERNATIONAL<br>11 MADISON AVE 5TH FL<br>NEW YORK, NY 10010<br><br>Case Number: 08-35653<br>503(b)(9): $2,901,345.35<br>Unsecured:<br>Docketed Total: $2,901,345.35 | Invoice Detail<br>Filing Creditor Name: AUDIOVOX CORPORATION<br>Claim: 954<br>Invoice Total: $62,632.32 | | | | Case Number: 08-35653<br>503(b)(9): $2,838,713.03<br>Unsecured: $62,632.32<br>Modified Total: $2,901,345.35 | |
| | | INVOICE DATE | RECEIPT DATE | INVOICE NUMBER | INVOICE AMOUNT | | |
| | | 10/21/2008 | 10/20/2008 | 3872904 | $1,240.20 | | |
| | | 10/29/2008 | 10/01/2008 | 3883850 | $3,577.50 | | |
| | | 10/31/2008 | 11/10/2008 | 3888196 | $3,900.00 | | |
| | | 10/31/2008 | 11/10/2008 | 3888202 | $2,373.00 | | |
| | | 10/31/2008 | 10/10/2008 | 3890847 | $272.04 | | |
| | | 10/31/2008 | 10/10/2008 | 3890848 | $544.08 | | |
| | | 10/31/2008 | 10/10/2008 | 3890849 | $16,537.50 | | |
| | | 10/31/2008 | 10/10/2008 | 3890850 | $33,075.00 | | |
| | | 10/31/2008 | 11/10/2008 | 3890859 | $1,113.00 | | |
| | | Invoice Total: | | | $62,632.32 | | |

* "UNL" denotes an unliquidated claim.

# AUDIOVOX™ CORPORATION

# INVOICE

631-231-7750    FAX: 631-951-2123
P.O. BOX 18000
150 MARCUS BLVD.
HAUPPAUGE NY  11788-0800

| | |
|---|---|
| Page- | 1 |
| Invoice Date- | 10/21/08 |
| Customer No- | 1011122 |
| Invoice No- | 3872904 R6 |
| Order No- | 6768979 792 SE |
| Branch- | 610 |
| Pick Slip No- | 4141792 |

Sold To:  CIRCUIT CITY STORES INC
DEEP RUN 3, 6TH FLOOR
9954 MAYLAND DRIVE
RICHMOND VA 23233

Ship To: 1300664
CIRCUIT CITY #0344
400 LONGFELLOW ST-A
LIVERMORE CA 94550

| Customer P.O.- 2165603 | 9710 Nic | Salesman- 1204101 Roussil Associates, inc. | Terms- Net 45 |
|---|---|---|---|

| Item/Description | Units Ordered | Units Shipped | Units Back Ord | Unit Price | Extension |
|---|---|---|---|---|---|
| XMICRO2 ANTENNA | 60 | 60 | | 20.67 | 1,240.20 |
| Backorders past 120 days from order entry date are cancelled | | | | | |
| Carrier    -   UPS Ground Frieght | | | | | |
| Ship Date  -   10/17/08 | | | | | |
| Shipper # - | | | | | |
| # Cartons -                   3 | | | | | |
| Drop shipped from BR#     692 | | | | | |

*Delivered 10/21*

Please make checks payable to and remit to:
AUDIOVOX ELECTRONICS CORP
P.O. BOX 18000
HAUPPAUGE          NY 11788-0800

PLEASE PAY 
THIS AMOUNT

1,240.20

UPS Freight Tracking Page 1 of 1



Home | About Us | Contact Us

Shipping | Services | Tools & Forms | Coverage

Login
Register

**Shipping**

→ Tracking
  → Technical Information
→ Transit Times
→ Rate Estimate
→ Proof of Delivery
→ Pickup Request
→ Claim Status
→ Rules Tariff
→ Instructions & Guides



## Tracking

Tracking Result for PRO 715785125

| | |
|---|---|
| PRO: | 715785125 R0 |
| BOL: | 828064 |
| PO: | 2165603 |
| Shipper: | AUDIOVOX ELECTRONI |
| Consignee: | CIRCUIT CITY STORE |
| Bill To: | CIRCUIT CITY STORE |
| Weight: | 18 |
| Pieces: | 3 |

| Status | Service Center | Date |
|---|---|---|
| Pickup: | → RENO, NV | 10/17 |
| ACTUAL Delivery: | → SAN LEANDRO, CA | 10/21 |
| Appointment Made: | → SAN LEANDRO, CA | 10/20 |
| Appointment Requested: | 08:00 DROP | 10/21 |

**Shipment Progress**

| Event | Date | Time | Location | Trailer | EventData |
|---|---|---|---|---|---|
| DELIVERED TO CONSIGNEE | 10/21 | 10:30 | SAN LEANDRO, CA | 928881 UPGF | |
| PICKED UP | 10/17 | 18:34 | RENO, NV | 928832 UPGF | |

Tracking provided by UPS Freight: 6/29/2009 1:04:16 PM. Eastern Time (USA).

Home | Shipping | Services | Tools & Forms | Coverage | About Us | Contact Us | Site Guide | Search | UPS.com
Copyright © 1998 - 2008 United Parcel Service of America, Inc. All Rights Reserved.
Website Terms of Use | Privacy Policy | Trademarks | Tariff

10 17 08 09:52:17

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – Not Negotiable
RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading. 5008 – 4    B/L No. 828064    DOOR 7 1 PLLT

FROM: BENDER WAREHOUSE COMPANY
AS AGENT 205 PARR BLVD
RENO, NV, 89512

CARRIER'S NO.    B/L DATE ▶ 10 17 08

FOR: AUDIOVOX ELECTRONIC CORP
CONSIGNED TO:
DESTINATION:
CIRCUIT CITY #0344
400 LONGFELLOW ST-A
LIVERMORE, CA
94550
RAD: 10-18-2008

SOLD TO:    Page 1 of 1
CIRCUIT CITY STORES INC
DEEP RUN 3, 6TH FLOOR
9954 MAYLAND DRIVE
RICHMOND, VA
23233

CARRIER, BILL FREIGHT CHARGES TO:

ID #8295

C.O.D. CHARGE PAID BY
BENDER WHSE. CO.
On Behalf of
AUDIOVOX
ELECTRONIC C
(Signature of Consignor)

C.O.D. REMIT TO:    ADDRESS

| ROUTE | ORDER DATE MO/DAY/YR | REFERENCE NUMBER | CUSTOMER P.O. NUMBER | PREPAID COLLECT |
|---|---|---|---|---|
| UPGF | 10/08/08 | 4141792 | 2165603 | COLLECT |

| LOCATION | MODEL #, ITEM #, OR CODE # | QTY ORDERED | QTY SHIPPED | QTY NOT IN STOCK | DESCRIPTION | FREIGHT CODE | WEIGHT IN LBS |
|---|---|---|---|---|---|---|---|
| | CC ETA 10/22/08 | | | | Ship Date 10/16/08 to | | |
| | 10/18/08 01011122 INSURE 000124020 | | | | | | |
| | XMICRO2 | | | | XM ROOF MOUNT SAT RADIO ANTEN | | |
| | XMICRO2 | | | | ANTENNA | | |
| BK2411 | | 60 | 60 | | 3 CS @ 20 | | 18 |
| | PACKING SLIP | 1 | 1 | | PACKING SLIP ATTACHED TO BOX | | |
| | Total Qty: | | 60 | | | | |
| | | | | | **** NMFC Summary **** | | |
| 3 | UNITS PLAYERS/RECORDERS, CD'S, DVD'S, VCR'S | | | | | | 18 |
| | OR VIDEO DISC | | | | | | |
| | NMFC 63035 CL 125 | | | | 3 PLTS ON | | |
| | Total NMFC Qty: | 3 | | | ONE PLLT | | |
| | Total Cube: | 1.8000 | | | | | |
| | | | 18 | Picker | Checker ME Loader | | |
| | Total Weight: | | | | | | |

In the event of concealed damage or concealed shortage, you must specify such damage or shortage to Audiovox in writing no later than 10 days after delivery. By your failure to timely notify Audiovox, your claim will be denied.

Plus 1 Packing Slip

LIMITATIONS OF LIABILITY APPLY. SUBJECT TO LIMITS OF LIABILITY OF THE CARRIER'S RULES TARIFF. CUSTOMER SERVICE 1-800-333-7400

UPS Freight 715 785 125 REN

PER (signature)
CHRIS N. BENDER
CHIEF OPERATING OFFICER
BENDER WAREHOUSE COMPANY
PERMANENT POST OFFICE ADDRESS OF SHIPPER,
C/O BENDER WAREHOUSE COMPANY-AGENT
P.O. BOX 11430–RENO, NEVADA 89510

Carrier's Agent
This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

ORIGINAL    WS-021 (0501)

# UPS Freight — Delivery Receipt

**CONSIGNEE:**
CIRCUIT CITY STORES
DIST CTR 344 STE A                    S:344
400 LONGFELLOW ST
LIVERMORE               CA 94550-7122
42133501                (925)454-5349
CS 2165603

UPS FREIGHT PHONE NUMBER: (800)333-7400

**SHIPPER:**                          715 785 125
AUDIOVOX ELECTRONIC CORP
% BENDER WAREHOUSE COMP
205 PARR BLVD
RENO                    NV 89512
30608001

**DELIVERING TRAILER:** 928881 UPGF
**FREIGHT BILL NUMBER:** 715 785 125
CITY RTE/BYD SCAC: BEST   SLD   ADV CAR
PICK UP DATE: 10/17/08   12A   REM   DLR 828066

APPT: 20
APPT TIME: 10/21 8:00

| NPCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC |
|---|---|---|---|---|---|
| 3 | | CS | 3 PIECE(S) COUNTED AND VERIFIED ON 1 SK HANDLING UNIT(S) WITH THE FOLLOWING: PLAYERS/RECORDERS, CDS, DVDS VCR/S OR VIDEO DISC LTL FUEL ADJUSTMENT NOTIFICATION CHARGES | 18 | 063035-00 |
| | | | 1.8 CUBIC FEET | | |
| | | | 4141792 BILL-LADING # | | |
| | | | BILL FREIGHT CHARGES TO: | | |
| | | | BILL TO: 09990956 | | |
| | | | CIRCUIT CITY STORES | | |
| | | | XCTSI STE 1750 | | |

CONTD <LTL PCS> 3    TTL WT>
PRINT NAME: B. KAUK    FIRM
SIGNATURE: [signature]    X
RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORDED EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

CHECKS   ARRIVE   DRIVER NAME   DEPART
DATE
SEALS INTACT? YES NO

# AUDIOVOX™ CORPORATION

# INVOICE

```
631-231-7750        FAX: 631-951-2123        Page-                        1
P.O.BOX 18000                                Invoice Date-         10/29/08
150 MARCUS BLVD.                             Customer No-          1011122
HAUPPAUGE NY  11788-0800                     Invoice No-        3883850 R6
                                             Order No-        6790864 439 SE
                                             Branch-                   610
                                             Pick Slip No-         4167439
```

```
Sold                              Ship  1300675
To:   CIRCUIT CITY STORES INC     To:   CIRCUIT CITY #0755
      DEEP RUN 3, 6TH FLOOR             1100 CIRCUIT CITY RD
      9954 MAYLAND DRIVE                MARION IL 62959
      RICHMOND VA 23233
```

| Customer P.O.- | Salesman- | Terms- |
|---|---|---|
| 2176705        9769 Kim | 1204101 Roussil Associates, inc. | Net 45 |

| Item/Description | Units Ordered | Units Shipped | Units Back Ord | Unit Price | Extension |
|---|---|---|---|---|---|
| ANT1500 | 159 | 159 | | 22.50 | 3,577.50 |
| Backorders past 120 days from order entry date are cancelled | | | | | |
| Carrier    - Customer Pickup | | | | | |
| Ship Date  - 10/28/08 | | | | | |
| Shipper #  - | | | | | |
| # Cartons  -       159 | | | | | |

*Pick up 10/28*

```
Please make checks payable to and remit to:          PLEASE PAY  →       3,577.50
AUDIOVOX ELECTRONICS CORP                            THIS AMOUNT
P.O.BOX 18000
HAUPPAUGE            NY 11788-0800
```



B/L No. BL00016438

SCAC/Carrier Pro #: CPU7 / SHAWNEE ✓

Shipper's No: BL00016438
Ship Date: 10/28/2008
Carrier: Customer Pick Up

| CONSIGNEE: | CIRCUIT CITY 0755 | | SHIPPER: | AUDIOVOX ELECTRONICS CORP |
|---|---|---|---|---|
| Street: | 1100 CIRCUIT CITY RD | | Street: | 2532 AIRWEST BLVD |
| Destination: | MARION | | Origin: | PLAINFIELD |
| State: | IL | Zip: 62959 | State: IN | Zip: 46168 |

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Section 1

| Bill Freight To: | CIRCUIT CITY STORES INC | Vehicle #: | |
|---|---|---|---|
| | DEEP RUN 3, 6TH FLOOR | Seal #: | 2982 |
| | RICHMOND, VA 23233 | Route: | 53225 |

| No. Cartons | HM | Pkg. Type | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight\LBS (Subject to Correction) | Class |
|---|---|---|---|---|---|
| 53 | | Ctn | Order #: 4167439   PO #: 2176705 | 349.80 | 100 |

PKG TOTAL: 53 carton(s) on 1 pallet(s)

TOTAL WEIGHT: 349.80

REMIT
C.O.D. TO:
ADDRESS

☐ Freight Charges are prepaid unless marked Collect. Check Box if Collect.
COD Amt $

NOTE - (1) Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property, as follows.
"The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.
(2) Where the applicable tariff provisions specify a limitation of the carrier's liability absent a release or a value declaration by the shipper and the shipper does not release the carrier's liability or declare a value, the carrier's liability shall be limited to the extent provided by such provisions. See NMFC Item 172.

Subject to Section 7 of conditions, if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor)

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | AUDIOVOX ELECTRONICS CORP | CARRIER | Customer Pick Up |
|---|---|---|---|
| PER | [signature] Nally Roonty | PER | [signature] |
| | | DATE | October 28, 2008 |

⊛ Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exemption from this requirement is provided in the Regulations for a particular material.

ⓥ This paragraph does not apply on California intrastate traffic.

STRAIGHT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE

Page 1 of 1

# Packing List

## AUDIOVOX ELECTRONICS CORP c/o MD Logistics

| Order Information | Ship To | Order Details | Carrier |
|---|---|---|---|
| Customer Order # :<br>**2176705** | CIRCUITS4167439<br>CIRCUIT CITY 0755<br>1100 CIRCUIT CITY RD<br>MARION IL 62959<br>US | Internal Order # : 4167439<br>Expected Ship Date: | Customer Pickup |

Containers:  1

| Item | PACKAGE No | Line | SKU / Description | Quantity | |
|---|---|---|---|---|---|
| 1 | 1000406516 | 00001 | ANT1500 / RCA Flat Multi-Directional Indoor Antenna | 159 unit | 53 Case(s) |

**159 UNIT(S)    CASES: 53**

# AUDIOVOX™ CORPORATION

# INVOICE

631-231-7750   FAX: 631-951-2123
P.O. BOX 18000
150 MARCUS BLVD.
HAUPPAUGE NY  11788-0800

| | |
|---|---|
| Page- | 1 |
| Invoice Date- | 10/31/08 |
| Customer No- | 1011122 |
| Invoice No- | 3888196 R6 |
| Order No- | 6794503 521 SE |
| Branch- | 610 |
| Pick Slip No- | 4175521 |

Sold To:  CIRCUIT CITY STORES INC
DEEP RUN 3, 6TH FLOOR
9954 MAYLAND DRIVE
RICHMOND VA 23233

Ship To:  1300663
CIRCUIT CITY #0255
4000 TOWNSHIP LINE RD
BETHLEHEM PA 18020

| Customer P.O.- 2180024 | 9747 Jes | Salesman- 1204101 Roussil Associates, inc. | Terms- Net 45 |
|---|---|---|---|

| Item/Description | Units Ordered | Units Shipped | Units Back Ord | Unit Price | Extension |
|---|---|---|---|---|---|
| CCM5260MGRN  CCM5260M | 195 | 195 | | 20.00 | 3,900.00 |
| Freight | | | 1 | .00 | .00 |

Backorders past 120 days from order entry date are cancelled
Carrier    - United Parcel Service
Ship Date  - 10/30/08
Shipper #  -
# Cartons  -                2
Drop shipped from BR#    939



Please make checks payable to and remit to:
AUDIOVOX ELECTRONICS CORP
P.O. BOX 18000
HAUPPAUGE            NY 11788-0800

PLEASE PAY ➡ THIS AMOUNT    3,900.00



# Delivery Notification

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z 6FA 693 03 0114 453 7 |
| **Service:** | GROUND |
| **Delivered On:** | 11/05/2008 8:08 A.M. |
| **Delivered To:** | 4000 TOWNSHIP LINE RD<br>BETHLEHEM, PA, US  18020 |
| **Signed By:** | GEORGE |
| **Location:** | RECEIVER |

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:  06/29/2009 1:06 P.M.   ET

# AUDIOVOX CORPORATION

# INVOICE

631-231-7750   FAX: 631-951-2123
P.O. BOX 18000
150 MARCUS BLVD.
HAUPPAUGE NY  11788-0800

| | |
|---|---|
| Page- | 1 |
| Invoice Date- | 10/31/08 |
| Customer No- | 1011122 |
| Invoice No- | 3888202 R6 |
| Order No- | 6794561 522 SE |
| Branch- | 610 |
| Pick Slip No- | 4175522 |

Sold To:  CIRCUIT CITY STORES INC
DEEP RUN 3, 6TH FLOOR
9954 MAYLAND DRIVE
RICHMOND VA 23233

Ship To:  CIRCUIT CITY #0255
1300663
4000 TOWNSHIP LINE RD
BETHLEHEM PA 18020

| Customer P.O.- | Salesman- | Terms- |
|---|---|---|
| 2180082    9776 Sha | 1204101  Roussil Associates, inc. | Net 45 |

| Item/Description | Units Ordered | Units Shipped | Units Back Ord. | Unit Price | Extension |
|---|---|---|---|---|---|
| TCL600 | 3 | 3 | | 91.00 | 273.00 |
| TCL265X | 10 | 10 | | 105.00 | 1,050.00 |
| TCL650X | 10 | 10 | | 105.00 | 1,050.00 |
| Freight | | | 1 | .00 | .00 |

Backorders past 120 days from order entry date are cancelled
Carrier     - United Parcel Service
Ship Date   - 10/30/08
Shipper #   -
# Cartons   -         2
Drop shipped from BR#    939


Delivered 11/5

Please make checks payable to and remit to:
AUDIOVOX ELECTRONICS CORP
P.O. BOX 18000
HAUPPAUGE           NY 11788-0800

PLEASE PAY ➡
THIS AMOUNT         2,373.00



## Delivery Notification

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:** 1Z 6FA 693 03 0114 392 1
**Service:** GROUND
**Delivered On:** 11/05/2008 8:08 A.M.
**Delivered To:** 4000 TOWNSHIP LINE RD
BETHLEHEM, PA, US  18020
**Signed By:** GEORGE

**Location:** RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:  06/29/2009 1:10 P.M.  ET



## Delivery Notification

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

Tracking Number: 1Z 6FA 693 03 0114 436 8
Service: GROUND
Delivered On: 11/05/2008 9:24 A.M.
Delivered To: 4000 TOWNSHIPLINE RD
BETHLEHEM, PA, US   18020
Signed By: PEETRS

**Location:** RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:   06/29/2009 1:11 P.M.   ET

# AUDIOVOX CORPORATION

# INVOICE

```
631-231-7750        FAX: 631-951-2123          Page-                        1
P.O.BOX 18000                            Invoice Date-              10/31/08
150 MARCUS BLVD.                         Customer No-                1011122
HAUPPAUGE NY  11788-0800                 Invoice No-              3890859 R6
                                         Order No-             6794497 520 SE
                                         Branch-                         610
                                         Pick Slip No-              4175520
 Sold                             Ship   1300663
 To:   CIRCUIT CITY STORES INC    To:    CIRCUIT CITY #0255
       DEEP RUN 3, 6TH FLOOR             4000 TOWNSHIP LINE RD
       9954 MAYLAND DRIVE                BETHLEHEM PA 18020
       RICHMOND VA 23233
```

| Customer P.O.- 9747 Jes 2180018 | Salesman- 1204101 Roussil Associates, inc. | | | Terms- Net 45 | |
|---|---|---|---|---|---|
| Item/Description | Units Ordered | Units Shipped | Units Back Ord | Unit Price | Extension |
| ERCHWGRN    ERCHW | 42 | 42 | | 26.50 | 1,113.00 |
| Freight | | 1 | | .00 | .00 |

Backorders past 120 days from order entry date are cancelled
Carrier    -  United Parcel Service
Ship Date  -  10/31/08
Shipper #  -
# Cartons  -                     3
Drop shipped from BR#    939



```
Please make checks payable to and remit to:
AUDIOVOX ELECTRONICS   CORP                    PLEASE PAY ➡           1,113.00
P.O.BOX 18000                                  THIS AMOUNT
HAUPPAUGE          NY 11788-0800
```



## Delivery Notification

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:** 1Z 6FA 693 03 0114 457 3
**Service:** GROUND
**Delivered On:** 11/05/2008 8:08 A.M.
**Delivered To:** 4000 TOWNSHIP LINE RD
BETHLEHEM, PA, US  18020
**Signed By:** GEORGE

**Location:** RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:  06/29/2009 1:17 P.M.   ET



# Delivery Notification

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z 6FA 693 03 0114 555 4 |
| **Service:** | GROUND |
| **Delivered On:** | 11/05/2008 9:24 A.M. |
| **Delivered To:** | 4000 TOWNSHIPLINE RD<br>BETHLEHEM, PA, US  18020 |
| **Signed By:** | PEETRS |
| **Location:** | RECEIVER |

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:  06/29/2009 1:17 P.M.   ET



# Delivery Notification

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:** 1Z 6FA 693 03 0114 897 1
**Service:** GROUND
**Delivered On:** 11/05/2008 9:24 A.M.
**Delivered To:** 4000 TOWNSHIPLINE RD
BETHLEHEM, PA, US   18020
**Signed By:** PEETRS

**Location:**    RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:   06/29/2009 1:17 P.M.   ET