Regina J. Cody
8406 Snowden Oaks Place
Laurel, MD 20708-2302



July 13, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street - Room 4000
Richmond, Virginia 23219

Response to the Objection by the Debtors

*United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division*
Debtors are Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH) Jointly Administered.
Title of Objection from copy of court filing: Debtors' Seventeenth Omnibus Objection Claims (Reclassification of Claims Filed by Equity Holders to Interests). [However, in Notice from the Debtors' attorneys, the title said: Debtors Eighteenth Omnibus Objection etc.]

Claimant name: Regina J. Cody
Claim No. 9088
Reason for Response: Claimant objects to Debtors terminating stock ownership by changing method of valuation.
In Exhibit C, page 32 of the above Objection, the Debtors want to modify the claim to an Interest of $0.00, which essentially terminates my interest in any stock ownership. On the Form B10, I described my interest as ownership of 800 shares of common stock, and not in dollar amount. These shares have been owned for many years long before the filing of the bankruptcy petition on November 10, 2008. Form B10 is the only form I have received to declare my interest in stock ownership.

Executed by Regina J. Cody
8406 Snowden Oaks Place
Laurel, MD 20708
(Day voice) 301-286-3782
(Home) 301-490-3821
(Fax) 301-286-1683

Sincerely,

*Regina J. Cody*
Regina J. Cody

Cc:   Skadden, Arps, Slate, Meagher & Flom, LLP, Wilmington, DE
            Attn.: Gregg M. Galardi and Ian S. Fredericks
      McGuirewoods LLP, Richmond, VA, Attn: Dion W. Hayes and Douglas M. Foley
      Skadden, Arps, Slate, Meagher & Flom LLP, Chicago, Illinois
            Attn: Chris L. Dickerson