

UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re<br><br>Circuit City Stores, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653 (KRH)<br>(Jointly Administered)<br><br>Hearing Date: July 23, 2009 at 11:00 a.m. (EDT)<br>Objection Deadline: July 16, 2009 at 4:00 p.m. (EDT) |

### OPPOSITION OF MONSTER, LLC TO OBJECTION TO DEBTORS' TWENTIETH OMNIBUS OBJECTION TO CLAIMS

1.  Monster, LLC ("Monster"), an administrative creditor of chapter 11 debtor Circuit City Stores, Inc. ("Debtor"), hereby files this Opposition to *Debtors' Twentieth Omnibus Objection To Claims (Reclassification To Unsecured Claims Of Certain Claims Filed As 503(B)(9) Claims For Goods Received By The Debtors Not Within Twenty Days Of The Commencement Of The Cases)* ("20th Claim Objection"). By this Opposition, Monster opposes the Debtor's assertion that Monster's Section 503(b)(9) Claim (defined below) should be reduced by the sum of $18,515.04.

2.  On December 19, 2008, Monster timely filed a claim under §503(b)(9) of the Bankruptcy Code against the Debtor's estate in the amount of $159,122.52 (the "Section 503(b)(9) Claim").[1]

3.  Pursuant to the 20th Omnibus Objection (see pages 20 and 100 of the 20th Omnibus Objection) the Debtor asserts that goods delivered under Monster's invoice 20022819 ("Invoice"), in the amount of $18,515.04, were delivered outside the 20 day pre-petition period allowed under Section 503(b)(9) of the Bankruptcy Code. Based on this assertion, the Debtor seek to reduce the Section 503(b)(9) Claim by $18,515.04.

---

[1] According to the 20th Omnibus Objection, the Debtor identifies Monster's Section 503(b)(9) Claim as "claim number 1349."

1139451 v1/SF

4.      However, the allegations in the 20th Omnibus Objection are wrong. As set forth in the Invoice and Bill and Lading, the Debtor took delivery of Monster's goods identified in the Invoice and by Debtor's PO #2153398, on November 3, 2008, 7 days prior to the November 10, 2008 petition date. True and correct copies of the Invoice and Bill and Lading are attached hereto as **Exhibit A**.

5.      Because the Debtor took delivery of the goods identified in the Invoice <u>within 20 days</u> of the filing of the Debtor's Chapter 11 petition, the 20th Claim Objection should be denied and Monster's Section 503(b)(9) Claim should be allowed in full and paid immediately.

**WHEREFORE**, Monster prays for an order denying the relief requested in the 20th Omnibus Objection and requests Monster's Section 503(b)(9) Claim should be allowed in full and paid immediately.

Dated: July 13, 2009

COOLEY GODWARD KRONISH LLP

Robert L. Eisenbach III (CA State Bar #124896)
Gregg S. Kleiner (CA State Bar #141311)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000  •  Fax: (415) 693-2222
Email: reisenbach@cooley.com and
kleinergs@cooley.com

Counsel for Monster, LLC

1139451 v1/SF

## Exhibit A

Invoice and Bill of Lading

# MONSTER

## INVOICE

**MONSTER, LLC**
7251 West Lake Mead Blvd.
Suite 342
Las Vegas NV 89128
United States

Tel:  18778008989
Fax: 415/468-4319
www.monstercable.com

**REMIT TO:**
Monster LLC
Post Office Box 49249
San Jose CA 95161-9249
United States

| | |
|---|---|
| Invoice No: | 20022819 |
| Invoice Date: | October 10, 2008 |
| Page: | Page 1 of 1 |
| Customer: | CIRCUIT CITY |
| Customer No: | 2226 |

**Bill to:** CIRCUIT CITY

EDI CONTACT
9954 MAYLAND DRIVE
EDI - A/C - ATTN MERCH PAYABLE
RICHMOND VA 23233

**Attention:** EDI CONTACT
**Ship to:** CIRCUIT CITY #775 GROVELAND

19925 INDEPENDENCE BLVD
GROVELAND FL 34736

| | |
|---|---|
| Payment Terms: | Net 060 Days |
| Due Date: | December 09, 2008 |
| Order No: | 0000572058 |
| Order Date: | September 18, 2008 |
| Freight: | COLLECT |
| Shipped Via Carrier: | TRUCK |
| Customer P.O. No: | 2153398 |
| Ship From Country: | United States |

**Attention:** EDI CONTACT

| Line | Ordered | Qty / Shipped | Product Code | Description / UPC / Customer Product No. / Customer P.O No. | Master Carton | Unit Price | UOM | Total |
|---|---|---|---|---|---|---|---|---|
| 8 | 210 | 210 | 121566-00 | MP HTFS 450; FLATSCRN PWRCNTR / 050644513220 / / 00000000008 | 6 | 67.4800 | EA | 14,170.80 |
| 9 | 138 | 138 | 121565-00 | FS MP HTS 300; 1PC HTS 300 / 050644513213 / / 00000000009 | 6 | 31.4800 | EA | 4,344.24 |

Sub-Total: 18,515.04

Total: 18,515.04 USD

All sales are subject to our Conditions of Sale, a copy of which is printed on the reverse or available on request. Please note that we do not accept, and we hereby expressly reject, any additional or inconsistent terms and conditions.
The parties expressly agree that these terms and Conditions and all related documents be written in the English language.
Les parties ont exigé que les présents termes et conditions et tous les documents connexes soient rédigés en anglais.

Representative: 9999    House                    Thank you for your Order!

# BILL OF LADING

Ship Date: 11/3/2008   21100

11-3-08
PO

Page 1

## Ship From
MONSTER, LLC
3837 Bay Lake Trail
N Las Vegas, NV 89030

**Bill of Lading Number:** 0000006

## Ship To
Name: CIRCUIT CITY #775 GROVELAND   Location #:
Address: 19925 INDEPENDENCE BLVD
City/State/Zip: GROVELAND, FL 34736
FOB:

**Carrier Name:** Pickup
**Service Level:** TRUCK
**Trailer Number:** CIRCUITCITY-103108
**Seal number(s):**
**Ship ID:** SID0127713

## Third Party Freight Charges Bill To:

**SCAC:**
**Pro Number:** 0000006

trl # 55639

**Freight Charge Terms:** (freight charges are prepaid unless marked otherwise)
Pre-Paid ___   Collect _X_   3rd Party ___

**SPECIAL INSTRUCTIONS:** Load ID: 08771

☐ (check box) Master Bill of Lading: with attached underlying Bills of Lading

### Customer Order Information

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | Pallet/Slip (Circle One) | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 2153398 | 45 | 572.98 | Y / N | |
| 2166983 | 13 | 173.23 | Y / N | |
| | | | Y / N | |
| | | | Y / N | |
| | | | Y / N | |
| **GRAND TOTAL** | **58** | **746.20** | | |

### Carrier Information

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| 2 | Pallets | 2 | Pallets | 746.20 | | Surge Suppressor <1000V | 8536.30.800 | 50 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **2** | | **2** | | **746.20** | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

**COD Amount:** $_____
**Fee Terms:**   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. - 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. _____ Shipper Signature

**SHIPPER SIGNATURE/DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

*[signed]* 11-3-08

**Trailer Loaded:**
☒ By Shipper
☐ By Driver

**Freight Counted:**
☒ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE/PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

*[signed]* 11-3-08

## PROOF OF SERVICE

I, Kris Tsao Cachia, hereby declare:

I am employed in the City of San Francisco, County of San Francisco, California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800.

On July 14, 2009, I served the foregoing document(s) described as:

### OPPOSITION OF MONSTER, LLC TO OBJECTION TO DEBTORS' TWENTIETH OMNIBUS OBJECTION TO CLAIMS

on the interested parties in this action by placing a true copy(ies) thereof, on the above date, enclosed in sealed envelopes for service and prepared for processing as described below, and addressed and served in the manner indicated on the attached service list.

__XX__ (BY FIRST CLASS MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

* * * * * * *

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 14, 2009 at San Francisco, California.

_____
Kris Tsao Cachia

1139518 v1/SF

## SERVICE LIST

*Debtor*
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

*Debtor's Counsel*
Ian S. Fredericks
Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606

Dion W. Hayes
Douglas M. Foley
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

1139518 v1/SF