William H. Schwarzschild, III (VSB No. 15274)          John M. Brom
W. Alexander Burnett (VSB No. 68000)                     QUERREY & HARROW, LTD.
WILLIAMS MULLEN                                          175 West Jackson Boulevard
Two James Center, 17th Floor                             Suite 1600
1021 East Cary Street                                    Chicago, Illinois 60604
Post Office Box 1320                                     Tel: 312.540.7146
Richmond, Virginia  23218-1320                           Fax: 312.540.0578
Tel:  804.783.6489                                       jbrom@querrey.com
Fax:  804.783.6507
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

*Counsel for LumiSource, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | ) |
| | ) Case No. 08-35653-KRH |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

## RESPONSE OF LUMISOURCE, INC.
## TO DEBTORS' NINETEENTH OMNIBUS OBJECTION
## TO CLAIMS (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO
## GENERAL UNSECURED, NON-PRIORITY CLAIMS)

LumiSource, Inc. ("LumiSource"), by counsel, hereby responds to the Debtors'

Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to

General Unsecured, Non-Priority Claims) (the "Objection") as follows:

1.      On January 29, 2009, LumiSource's timely filed claim was acknowledged by

Debtors' agent, Kurtzman Carson Consultants, LLC, and designated as claim number 7792

("Claim No. 7792"). See Exhibit A attached hereto and incorporated herein by reference.

2.      Claim No. 7792 totaled $392,000.00: $235,200.00 of which is alleged to be

secured based upon LumiSource's timely reclamation demand; and $156,800.00 which is alleged

to be unsecured.   See Exhibit B attached hereto.   Claim No. 7792 is based upon goods

LumiSource sold and delivered to Debtors in the ordinary course of their business: a portion of the goods were delivered within the reclamation period.

3.      On or about June 22, 2009, the Debtors filed the Objection.

4.      Debtors have mistakenly classified Claim No. 7792 as follows in their Exhibit C to the Objection: $235,200.00 as "secured"; and $156,800.00 as "priority".

5.      LumiSource agrees that the $156,800.00 portion of Claim No. 7792 should be classified as a "general unsecured claim".

6.      LumiSource disagrees that the $235,200.00 portion of Claim No. 7792 should be classified as a "general unsecured claim" because LumiSource asserts a lien on the proceeds that resulted from the sale of its goods that were subject to LumiSource's timely reclamation demand. See Exhibit C attached hereto.

7.      Attached hereto as Exhibit D is the Declaration of John M. Brom, Counsel for LumiSource, who is familiar with the facts of this case.

8.      LumiSource reserves it right to supplement this Response to address any additional objections that Debtors have expressly reserved, but not set forth, in the Objection.

WHEREFORE, LumiSource prays that (i) the $156,800.00 portion of Claim No. 7792 be classified as a "general unsecured claim"; (ii) the $235,200.00 portion of Claim No. 7792 remain a secured, reclamation claim; (iii) the Objection be overruled to the extent that it seeks disallowance of any portion of Claim No. 7792 except as otherwise acknowledged herein; and (iv) LumiSource be granted a hearing and such other relief as may be appropriate and as its interests may appear.

Dated: Chicago, Illinois
      July 16, 2009

**LUMISOURCE, INC.**

*/s/ John M. Brom*

By: _____

                Counsel

John M. Brom
QUERREY & HARROW, LTD.
175 West Jackson Boulevard
Suite 1600
Chicago, Illinois 60604
Tel: 312.540.7146
Fax: 312.540.0578
jbrom@querrey.com

    *Counsel for LumiSource, Inc.*

Dated: Richmond, Virginia
      July 16, 2009

**LUMISOURCE, INC.**

*/s/ William H. Schwarzschild, III*

By: _____

                Counsel

William H. Schwarzschild, III - VSB No. 15274
WILLIAMS MULLEN
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia 23218-1320
Phone: 804.783.6489
Fax: 804.783.6507
tschwarz@williamsmullen.com

    *Counsel for LumiSource, Inc.*

**EXHIBIT A**

Circuit City Stores, Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA  90245

```
FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049
```

LumiSource Inc
John M Brom Attorney
Querrey & Harrow Ltd
175 W Jackson Blvd No 1600
Chicago, IL 60604

PROOF OF CLAIM CONFIRMATION
Your proof of claim filed against Circuit City Stores, Inc.,
case no 08-35653 was received on 1/29/2009
and assigned claim number 7792

For more information, please visit www.kccllc.net/circuitcity or call 1-888-830-4650



EXHIBIT

**EXHIBIT B**

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

**Debtor against which claim is asserted :** (Check only <u>one</u> box below:)

☑ Circuit City Stores, Inc. (Case No. 08-35653)    ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)    ☐ Abbott Advertising, Inc. (Case No. 08-35665)
☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)    ☐ Circuit City Stores PR, Inc. (Case No. 08-35660)    ☐ Mayland MN, LLC (Case No. 08-35666)
☐ InterTAN, Inc. (Case No. 08-35655)    ☐ Circuit City Properties, LLC (Case No. 08-35661)    ☐ Patapsco Designs, Inc. (Case No. 08-35667)
☐ Ventoux International, Inc. (Case No. 08-35656)    ☐ Orbyx Electronics, LLC (Case No. 08-35662)    ☐ Sky Venture Corporation (Case No. 08-35668)
☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)    ☐ Kinzer Technology, LLC (Case No. 08-35663)    ☐ XSStuff, LLC (Case No. 08-35669)
☐ CC Aviation, LLC (Case No. 08-35658)    ☐ Courchevel, LLC (Case No. 08-35664)    ☐ PRAHS, INC. (Case No. 08-35670)

NOTE: *This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br><br>LumiSource, Inc. | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number: _____<br>*(If known)* |
| Name and address where notices should be sent:<br><br>John M. Brom, Attorney<br>Querrey & Harrow, Ltd.<br>175 W. Jackson Blvd., #1600<br>Chicago, IL 60604       Telephone number: (312) 540-7146 | Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**   $ 392,000.00 _____<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.<br><br>**2. Basis for Claim:** Goods sold/reclamation _____<br>(See instruction #2 on reverse side.)<br><br>**3. Last four digits of any number by which creditor identifies debtor:** 3865 _____<br>    **3a.** Debtor may have scheduled account as: _____<br>    (See instruction #3a on reverse side.)<br><br>**4. Secured Claim (See instruction #4 on reverse side.)**<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☑ Other<br>Describe:<br><br>Value of Property: $235,200.00 Annual Interest Rate N/A %<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>if any: $235,200.00   Basis for perfection: 546(c) et seq. _____<br><br>Amount of Secured Claim: $235,200.00   Amount Unsecured: $156,800.00 _____ | **5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br><br>☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4).<br><br>☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).<br><br>☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).<br><br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).<br><br>**Amount entitled to priority:**<br><br>$ _____ |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment* |
| Date: 1/28/09 | **Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



EXHIBIT
B

**EXHIBIT C**



November 13, 2008

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Circuit City Stores, Inc.
Claims Processing
c/o Kurtzman Carson Consultants, LLC
2335 Alaska Avenue
El Segundo, CA  90245

        Re:    Circuit City Stores, Inc., Debtor
              United States Bankruptcy Court for the Eastern District of Virginia –
              Richmond Division
              Case No. 08-35653-KRH
              Demand for Reclamation of Goods

To Whom It May Concern:

      Notice is hereby given under 11 U.S.C. §546(c)(1) and §2-702 of the Uniform Commercial Code for reclamation of goods delivered to Circuit City Stores, Inc., 9950 Mayland Drive, Richmond, Virginia 23233 ("Debtor") by LumiSource, Inc.("Seller") as reflected on the attached invoices.  Please make arrangements for Seller to take possession of all goods received by Debtor within the time period specified in the foregoing statutes, including but not limited to the goods listed in the attached invoices totaling $235,200.00.

     Your prompt attention to and cooperation in this matter is greatly appreciated.

Sincerely,

**LumiSource, Inc.**

Irene Lee

cc:    Circuit City Stores, Inc.
       9950 Mayland Drive
       Richmond, Virginia 23233
       Attn: Reginald D. Hedgebeth

       See additional distribution list below:



Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, Virginia 23233
Attn: Daniel W. Ramsey

Skadden, Arps, Slate, Meagher & Flom, LLP
333 W. Wacker Drive, Suite 2000
Chicago, IL 60606
Attn: Sarah Baker, Esq.

McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
Sarah B. Boehm, Esq.

Steven J. Thayer
Handler, Thayer & Duggan, LLC
191 N. Wacker Drive, Suite 2300
Chicago, IL 60606

# LumiSource, Inc.
## Stylish Decor • Affordable Prices

Toll-Free: 1-888-461-LUMI (5864)
Toll-Free Fax: 1-888-462-LUMI (5864)

Web Address: www.LumiSource.com
E-mail: salesinfo@lumisource.com

2950 Old Higgins Road • Elk Grove Village, Illinois  60007 • Phone: 847-699-8988 • Fax: 847-699-8869

## COMMERCIAL INVOICE

**SOLD TO PARTY:** Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA 23233
USA

**INVOICE DATE:** 9/4/08

**INVOICE #:** CCY0809-01

**SHIP TO:** Circuit City Walnut Consolidation
501 South Cheryl Lane
Walnut, CA 91789

**VENDOR / SHIPPER:** LumiSource, Inc.
2950 Old Higgins Road
Elk Grove, IL 60007

**SHIP DATE:** 9/7/08

**VENDOR#:** 070816

**Vessel Name:** COSCO FELIXSTOWE
**Vessel Voyage #:** 050E
**Vessel Sail Date:** 9th, Sep., 2008
**Container #:** CBHU8854570, CBHU8855344, UESU5033643
CBHU8825695, CBHU8825340, CBHU8459699
CBHU9776487
**Port of Loading:** Yantian
**Freight Terms:** FOB Yantian

**Customs HTS. #:** 9401.80.4045
**Duty %:** 0.00%
**Country of Origin:** CHINA

**Payment Terms:** Net 60 Days via Check

**Port of Destination:** LOS ANGELES, CA
**Country of final destination:** USA

| Marks & Number | Description of Merchandise | Quantity (PCS) | Total Ctns | Net Unit Price of Merchandise (USD$) FOB Yantian | Total Line Cost (USD$) | Cubic Feet / Ctn | Total Cubic Feet | Carton Weight (lbs) |
|---|---|---|---|---|---|---|---|---|
| **Front & Side Marks**<br>Circuit City P.O.#: 2115130<br>Circuit City Model (SKU)#: 6811441/16996<br>Unit Count per Carton:  1   pieces<br>Carton#     of  4000<br>Gross Weight: 19.2 pounds<br>Carton Dimensions (inches):<br>26 3/4 length x 10 1/4 width x 23 5/8 height<br>Carton Dimensions (cm)<br>_68_ length x _26_ width x _60_ height<br>Made in China | Purchase Order #: 2115130<br><br>Sku # / Model #: 6811441,16996 / BM-STINGRAY<br>Product Description: BM-STINGRAY<br>Multimedia gaming chair / Boom Chair STINGRAY<br><br>Unit Net Weight (LBS): 16.70  LBS<br>Unit Gross Weight (LBS): 19.20  LBS<br><br><br>P.O. Net Weight Total (LBS): 66,800.00 LBS<br>P.O. Gross Weight Total (LBS): 76,800.00  LBS<br>P.O. CUBIC FEET Total: 16,170.72 | 4,000 | 4,000 | $39.20 | $156,800.00 | 4.0427 | 16170.72 | 76,800.00 |
| TOTAL CARTONS: 4,000 | TOTAL UNITS IN SHIPMENT: | 4,000 | 4,000 | | | | 16170.72 | 76,800.00 |
| | | | | | INVOICE TOTAL: | $156,800.00 | | |

Total USD: ONE HUNDRED FIFTY SIX THOUSAND EIGHT HUNDRED DOLLARS AND ZERO CENTS ONLY (USD)

**Manufacturer:** SINOSOURCE, INC.
**Address:** LI BEI LIN DISTRICT
DALANG TOWN, DONG GUAN CITY
GUANG DONG PROVINCE, CHINA
POSTAL CODE: 523773
Contact: Bob Min

"We certify that all merchandise sold to Circuit City Stores, Inc.
did not employ forced labor, convict labor, or indentured child
labor in any stage of it's mining, production or manufacture.
We certify that this shipment contains no solid wood packing material."

LUMISOURCE, INC.

# LumiSource, Inc.
## Stylish Decor • Affordable Prices

Toll-Free: 1-888-461-LUMI (5864)
Toll-Free Fax: 1-888-462-LUMI (5864)

Web Address: www.LumiSource.com
E-mail: salesinfo@lumisource.com

2950 Old Higgins Road • Elk Grove Village, Illinois 60007 • Phone: 847-699-8988 • Fax: 847-699-8869

## PACKING LIST

SOLD TO PARTY: Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA 23233
USA

DATE: 9/4/08

PACKING #: CCY0809-01

SHIP TO: Circuit City Walnut Consolidation
501 South Cheryl Lane
Walnut, CA 91789

Vendor Name: LumiSource, Inc.
2950 Old Higgins Road
Elk Grove, IL 60007

SHIP DATE: 9/7/08

Vendor #: 070816

Vessel Name: COSCO FELIXSTOWE
Vessel Voyage #: 050E

Port of Loading: Yantian
Container #s: CBHU8854570, CBHU8855344, UESU5033643
CBHU8825695, CBHU8825340, CBHU8459699
CBHU5776487

Freight Terms: FOB Yantian

Customs HTS. #: 9401.80.4045
Duty %: 0.0096

Payment Terms: Net 60 Days via Check

Port of Destination: LOS ANGELES, CA
Country of Origin: CHINA

| Marks & Number | Description of Merchandise | Carton Quantity | Units per Carton | Total Units | G.W. Per Carton (LBS) | Total G.W. (LBS) | Cubic Feet per Carton | Total Cubic Feet |
|---|---|---|---|---|---|---|---|---|
| Front & Side Marks | Purchase Order #: 2115130 | | | | | | | |
| Circuit City P.O.#: 2115130 Circuit City Model (SKU)#: 681144116996 Unit Count per Carton: 1 pieces Carton#: of 4000 Gross Weight: 19.2 pounds Carton Dimensions (inches): 26 3/4 length x 10 1/4 width x 23 5/8 height Carton Dimensions (cm) __66_ length x __28_ width x _60_ height Made in China | Sku # / Model #: 681144116996 / BM-STINGRAY Product Description: BM-STINGRAY™ Multimedia gaming chair / Boom Chair STINGRAY<br><br>Unit Net Weight (LBS): 16.70 LBS Unit Gross Weight (LBS): 19.20 LBS<br><br>P.O. Net Weight Total (LBS): 66,800.00 LBS P.O. Gross Weight Total (LBS): 76,800.00 LBS P.O. CUBIC FEET Total: 16,170.72 | 4,000 | 1 | 4,000 | 19.20 | 76,800.00 | 4.0427 | 16170.72 |
| | TOTAL: | 4,000 | | 4,000 | | 76,800.00 | | 16170.72 |

Manufacturer: SINOSOURCE, INC.
Address: LI BEI LIN DISTRICT
DALANG TOWN, DONG GUAN CITY
GUANG DONG PROVINCE, CHINA
POSTAL CODE: 523773
Contact: Bob Min

WE HEREBY STATE THAT THIS SHIPMENT CONTAINS
NO SOLID WOOD PACKAGING MATERIALS (SWPM).

LUMISOURCE, INC.

Circuit City Stores, Inc.
Shipping Documents Receipt



Date Created:                              9/4/2008
P.O.:                                      2115130
Vendor Name:                               Lumisource
Vendor Number:                             70816
Inspection Certificate Number:
L/C Number:
Documents Receipt Date:                    4-Sep-08
Country:                                   China
Port of Loading:                           Yantian
Vessel Name:                               Cosco Felixstowe
Voyage Number:                             V050E
Vessel Sail Date:                          9/9/08
Goods On-Board Date:
Airline:
Flight Number:
Plane Departure Date:
HBL/HAWB:
MBL/MAWB:
Commercial Invoice Number:                 CCY0809-01
Cargo Receipt Date:

| SKU: | Description: | Units: | Ctns: |
|---|---|---|---|
| 681144116996 | MULTIMEDIA GAMING CHAIR | 4000 | 4000 |
| | 9401.80.6010/FREE | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

_Laura Feuerstein_
_____            4-Sep-08
Circuit City Stores, Inc.                   _____
                                            Date



Header Information

# Purchase Order



| Purchase Order Information | | Circuit City Contact Name | |
|---|---|---|---|
| Original | | Information Contact Name | 9636 Chris Traylor |
| Purchase Order Type | Stand-alone Order | F.O.B. Related Instructions | |
| Purchase Order Number | 2115130 | Collect | Origin(Shipping Point) |
| Purchase Order Date | 20080804 | | |
| Vendor Number | 070816 | | |
| Message Text | | | |

| Ship To Party | |
|---|---|
| CCS Distribution Id Code | 0717 |

| Terms of Sale | |
|---|---|
| Terms Type | Basic |
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 60 |
| Description | |

| Date Reference | |
|---|---|
| Delivery Requested | 20080924 |
| Requested Ship | |
| Do Not Ship Before | 20080830 |
| Do Not Ship After | 20080903 |
| Do Not Deliver After | |
| Do Not Deliver Before | |
| Do Not Tender Before | 20080830 |
| Do Not Tender After | 20080903 |

| For Direct Import Orders Only | |
|---|---|
| CIRCUIT CITY | Containerized Ocean |
| Name of City or Port | YANTIAN |



# Purchase Order

| Line # | Model | Unit of Measurement | Quantity | Unit Price |
|---|---|---|---|---|
| 1 | 6511644118006 | Each | 4600 | 20 |

39. 20



COPY FORWARDERS CARGO RECEIPT (NON-NEGOTIABLE)          NO: YAT321939

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| LUMISOURCE, INC.<br>LIBEILING DISTRICT, DALANG TOWN,<br>DONGGUAN CITY, GUANGDONG PROVINCE,<br>CHINA | 03 SEP 2008 | CHINA |

BUYER (NAME AND ADDRESS)

ALSO NOTIFY PARTY

CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

CIRCUIT CITY STORES,INC
DISTRIBUTION CENTER # 717
501 SO.CHERYL LANE
WALNUT,CA 91789 UNITED STATES
ATTN:JUAN LOPEZ OR KRISTINE GREER

EXPORT CARRIER (VESSEL, VOYAGE)

COSCO FELIXSTOWE   050E

NOTIFY PARTY (NAME AND ADDRESS)

CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

| EXPORT REFERENCE | PORT OF LOADING |
|---|---|
|  | YANTIAN, CHINA |

| PORT OF DISCHARGE | FINAL DESTINATION |
|---|---|
| LONG BEACH, CA | LONG BEACH, CA |

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SELLER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
|  |  |  | *FREIGHT COLLECT*<br>KGS. | CBM. |
|  |  |  | 34800.000 | 456.950 |
|  |  | *** SEE ATTACHMENT PAGE 2 THRU   5 *** |  |  |
|  |  | SHIPPERS LOAD AND COUNT |  |  |
|  |  | FOUR THOUSAND CTNS   ONLY |  |  |

STATEMENT : IN ACCORDANCE WITH INSTRUCTIONS OF

CIRCUIT CITY
DOCS RCVD:08 SEP2008 ISSUE DATE:08 SEP2008

| | |
|---|---|
| AMS FEE FROM CARRI | 222.30 |
| CONTAINER SECURITY | 375.10 |
| FCL HNDLING FEE | 2394.50 |
| DOCUMENT ADMINISTR | 142.50 |
| CY RCVING -96'-96 | 16107.20 |
| TOTAL (HKD) | 19241.60 |

WE RECEIVED____ORIGINAL 1 COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2/3 ORIGINAL
BILS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME
OF SHIPMENT AS INSTRUCTED BY THE CUSTOMER.

| | |
|---|---|
| BENEFICIARY'S CERTIFICATE | COPY |
| COMMERCIAL INVOICE | COPY |
| CONTAINER FREIGHT MANIFEST | COPY |
| CERTIFICATE OF ORIGIN | COPY |
| CONTAINER INSPECTION AFFIDAVIT | COPY |
| PACKING LIST | COPY |
| SHIPPING DOCUMENT RECEIPT | COPY   1 |

APL LOGISTICS HONG KONG, LTD. ("APL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES O
OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS") IN APPARENT EXTERN
GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SELLER, BUYER AND ALL OTHE
HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED, AND BY DELIVERING T
GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION AN
FORWARDING OF THE GOODS BY APL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FOR
ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFEREN
ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTE
STAMPED, OR PRINTED.

ORIGINAL OF FORWARDERS CARGO RECEIPT, ISSUED BY
APL LOGISTICS CHINA, LTD.

AS AGENT FOR
APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS CHINA LTD.

CARGO RECEIPT                              NO:YAT321939
--------------------------------------------------------------------------------

CIRCUIT CITY              571 CTNS  BM-STINGRAY ( BOOM CHAIR STINGRAY)
P.O.#: 2115130                      PO NO.:2115130   MODEL NO.:681144116996
CIRCUIT CITY
MODEL (SKU) #
681144116996
UNIT COUNT PER
CARTON 1 PIECE
CARTON # OF 4000
GROSS WEIGHT
_19.20_POUNDS
CARTON DIMENSIONS
(INCHES)
?26 3/4 LENGTH X
10 1/4 WIDTH X
23 5/8 HEIGHT
CARTON
DIMENSIONS (CM)
_68_ LENGTH X
_28_ WIDTH X
_60_ HEIGHT
MADE IN CHINA

CIRCUIT CITY              571 CTNS
P.O.#: 2115130
CIRCUIT CITY
MODEL (SKU) #
681144116996
UNIT COUNT PER
CARTON 1 PIECE
CARTON # OF 4000
GROSS WEIGHT
_19.20_POUNDS
CARTON DIMENSIONS
(INCHES)
?26 3/4 LENGTH X
10 1/4 WIDTH X
23 5/8 HEIGHT
CARTON
DIMENSIONS (CM)
_68_ LENGTH X
_28_ WIDTH X
_60_ HEIGHT
MADE IN CHINA

--------------------------------------------------------------------------------
                              - 2 -

APL LOGISTICS CHINA LTD.

CARGO RECEIPT                                    NO:YAT321939

----------------------------------------------------------------------

CIRCUIT CITY              571 CTNS
P.O.#: 2115130
CIRCUIT CITY
MODEL (SKU) #
681144116996
UNIT COUNT PER
CARTON 1 PIECE
CARTON # OF 4000
GROSS WEIGHT
_19.20_POUNDS
CARTON DIMENSIONS
(INCHES)
?26 3/4 LENGTH X
10 1/4 WIDTH X
23 5/8 HEIGHT
CARTON
DIMENSIONS (CM)
_68_ LENGTH X
_28_ WIDTH X
_60_ HEIGHT
MADE IN CHINA

CIRCUIT CITY              571 CTNS
P.O.#: 2115130
CIRCUIT CITY
MODEL (SKU) #
681144116996
UNIT COUNT PER
CARTON 1 PIECE
CARTON # OF 4000
GROSS WEIGHT
_19.20_POUNDS
CARTON DIMENSIONS
(INCHES)
?26 3/4 LENGTH X
10 1/4 WIDTH X
23 5/8 HEIGHT
CARTON
DIMENSIONS (CM)
_68_ LENGTH X
_28_ WIDTH X
_60_ HEIGHT
MADE IN CHINA

----------------------------------------------------------------------
- 3 -

APL LOGISTICS CHINA LTD.

CARGO RECEIPT                                           NO:YAT321939

--------------------------------------------------------------------------------

CIRCUIT CITY              571 CTNS
P.O.#: 2115130
CIRCUIT CITY
MODEL (SKU) #
681144116996
UNIT COUNT PER
CARTON 1 PIECE
CARTON # OF 4000
GROSS WEIGHT
_19.20_POUNDS
CARTON DIMENSIONS
(INCHES)
?26 3/4 LENGTH X
10 1/4 WIDTH X
23 5/8 HEIGHT
CARTON
DIMENSIONS (CM)
_68_ LENGTH X
_28_ WIDTH X
_60_ HEIGHT
MADE IN CHINA

CIRCUIT CITY              574 CTNS
P.O.#: 2115130
CIRCUIT CITY
MODEL (SKU) #
681144116996
UNIT COUNT PER
CARTON 1 PIECE
CARTON # OF 4000
GROSS WEIGHT
_19.20_POUNDS
CARTON DIMENSIONS
(INCHES)
?26 3/4 LENGTH X
10 1/4 WIDTH X
23 5/8 HEIGHT
CARTON
DIMENSIONS (CM)
_68_ LENGTH X
_28_ WIDTH X
_60_ HEIGHT
MADE IN CHINA

--------------------------------------------------------------------------------

APL LOGISTICS CHINA LTD.

CARGO RECEIPT                                    NO:YAT321939

-----------------------------------------------------------------------

CIRCUIT CITY              571 CTNS
P.O.#: 2115130
CIRCUIT CITY
MODEL (SKU) #
681144116996
UNIT COUNT PER
CARTON 1 PIECE
CARTON # OF 4000
GROSS WEIGHT
__19.20_POUNDS
CARTON DIMENSIONS
(INCHES)
?26 3/4 LENGTH X
10 1/4 WIDTH X
23 5/8 HEIGHT
CARTON
DIMENSIONS (CM)
_68_ LENGTH X
_28_ WIDTH X
_60_ HEIGHT
MADE IN CHINA

                        SHIPPER DECLARE:
                        THIS SHIPMENT DOES NOT CONTAIN
                        WOOD PACKAGING MATERIAL
                        ON BOARD DATE: SEPTEMBER 08,2008
                        CONTAINER#   : CBHU8459699,CBHU8825340,CBHU8825695
                                       CBHU8854570,CBHU8855344,CBHU9776487
                                       UESU5033643
                        SEAL#        : R49152,O98661,P24762,P24722,P11391,
                                       O92038,P24731
                        BILL OF LADING: COSU6017300970
                        PLACE OF RECEIPT: YANTIAN, CHINA

-----------------------------------------------------------------------
                              -  5  -

# LumiSource, Inc.
## Stylish Decor • Affordable Prices

Toll-Free: 1-888-461-LUMI (5864)
Toll-Free Fax: 1-888-462-LUMI (5864)

Web Address: www.LumiSource.com
E-mail: salesinfo@lumisource.com

2950 Old Higgins Road • Elk Grove Village, Illinois  60007 • Phone: 847-699-8988 • Fax: 847-699-8869

## COMMERCIAL INVOICE

SOLD TO PARTY: Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA 23233
USA

SHIP TO: Circuit City Walnut Consolidation
501 South Cheryl Lane
Walnut, CA 91789

VENDOR / SHIPPER: LumiSource, Inc.
2950 Old Higgins Road
Elk Grove, IL 60007

VENDOR#: 070816

Vessel Name: COSCO HAMBURG
Vessel Voyage #: 054E
Vessel Sail Date: 19th, Oct., 2008
Container #s: TGHU8288890, GVCU5069331, CBHU8292955
CBHU8301065, CBHU8107363

Port of Loading: Yantian
Freight Terms: FOB Yantian

INVOICE DATE: 10/16/08

INVOICE #: CCY0810-328-03

SHIP DATE: 10/19/08

Customs HTS #: 9401.80.4045
Duty %: 0.00%
Country of Origin: CHINA

Payment Terms: Net 60 Days via Check

Port of Destination: LONG BEACH, CA
Country of final destination: USA

| Marks & Number | Description of Merchandise | Quantity (PCS) | Total Ctns | Net Unit Price of Merchandise (USD$) FOB Yantian | Total Line Cost (USD$) | Cubic Feet / Ctn | Total Cubic Feet | Carton Weight (lbs) |
|---|---|---|---|---|---|---|---|---|
| Front & Side Marks | Purchase Order #: 2136361 | | | | | | | |
| Circuit City P.O.#: 2136361 | Sku # / Model #: 681144116996 / BM-STINGRAY | 3,000 | 3,000 | $39.20 | $117,600.00 | 4.0427 | 12128.04 | 57,600.00 |
| Circuit City Model (SKU)#: 681144116996 | Product Description: BM-STINGRAY™ | | | | | | | |
| Unit Count per Carton:  1    pieces | Multimedia gaming chair / Boom Chair STINGRAY | | | | | | | |
| Carton#:    of  3000 | | | | | | | | |
| Gross Weight: 19.2 pounds | Unit Net Weight (LBS): 16.70   LBS | | | | | | | |
| Carton Dimensions (inches): | Unit Gross Weight (LBS): 19.20   LBS | | | | | | | |
| 26 3/4 length x 10 1/4 width x 23 5/8 height | | | | | | | | |
| Carton Dimensions (cm) | | | | | | | | |
| _68_ length x _28_ width x _60_ height | | | | | | | | |
| Made in China | P.O. Net Weight Total (LBS): 50,100.00  LBS | | | | | | | |
| | P.O. Gross Weight Total (LBS): 57,600.00  LBS | | | | | | | |
| | P.O. CUBIC FEET Total: 12,128.04 | | | | | | | |
| TOTAL CARTONS: 3,000 | TOTAL UNITS IN SHIPMENT: | 3,000 | 3,000 | | | | 12128.04 | 57,600.00 |
| | | | | INVOICE TOTAL: | $117,600.00 | | | |

Total USD: ONE HUNDRED SEVENTEEN THOUSAND SIX HUNDRED DOLLARS AND ZERO CENTS ONLY (USD)

Manufacturer: SINOSOURCE, INC.
Address: LI BEI LIN DISTRICT
DALANG TOWN, DONG GUAN CITY
GUANG DONG PROVINCE, CHINA
POSTAL CODE: 523773
Contact: Bob Min

"We certify that all merchandise sold to circuit City Stores, Inc.
did not employ forced labor, convict labor, or indentured child
labor in any stage of it's mining, production or manufacture.
We certify that this shipment contains no solid wood packing material."

LUMISOURCE, INC.

# LumiSource, Inc.
## Stylish Decor • Affordable Prices

Toll-Free: 1-888-461-LUMI (5864)
Toll-Free Fax: 1-888-462-LUMI (5864)

Web Address: www.LumiSource.com
E-mail: salesinfo@lumisource.com

2950 Old Higgins Road • Elk Grove Village, Illinois 60007 • Phone: 847-699-8988 • Fax: 847-699-8869

## PACKING LIST

SOLD TO PARTY: Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA 23233
USA

DATE: 10/16/08

PACKING #: CCY0810-328-03

SHIP TO: Circuit City Walnut Consolidation
501 South Cheryl Lane
Walnut, CA 91789

Vendor Name: LumiSource, Inc.
2950 Old Higgins Road
Elk Grove, IL 60007

SHIP DATE: 10/19/08

Vendor #: 070816

Vessel Name: COSCO HAMBURG
Vessel Voyage #: 054E

Customs HTS. #: 9401.80.4045
Duty %: 0.00%

Port of Loading: Yantian
Container #s: TGHU8288890, GVCU5069331, CBHU8292955
CBHU8301065, CBHU8107363

Payment Terms: Net 60 Days via Check

Port of Destination: LONG BEACH, CA
Country of Origin: CHINA

Freight Terms: FOB Yantian

| Marks & Number | Description of Merchandise | Carton Quantity | Units per Carton | Total Units | G.W. Per Carton (LBS) | Total G.W. (LBS) | Cubic Feet per Carton | Total Cubic Feet |
|---|---|---|---|---|---|---|---|---|
| Front & Side Marks | | | | | | | | |
| Circuit City P.O.#: 2136361 | Purchase Order #: 2136361 | | | | | | | |
| Circuit City Model (SKU)#: 681144116996 | Sku # / Model #: 681144116996 / BM-STINGRAY | 3,000 | 1 | 3,000 | 19.20 | 57,600.00 | 4.0427 | 12128.04 |
| Unit Count per Carton:   1   pieces | Product Description: BM-STINGRAY™ | | | | | | | |
| Cartons :       of  3000 | Multimedia gaming chair / Boom Chair STINGRAY | | | | | | | |
| Gross Weight: 19.2  pounds | | | | | | | | |
| Carton Dimensions (inches): | Unit Net Weight (LBS): 16.70   LBS | | | | | | | |
|   26 3/4 length x 10 1/4 width x 23 5/8 height | Unit Gross Weight (LBS): 19.20   LBS | | | | | | | |
| Carton Dimensions (cm): | | | | | | | | |
|   _68_ length x _26_ width x _60_ height | P.O. Net Weight Total (LBS): 50,100.00  LBS | | | | | | | |
| Made in China | P.O. Gross Weight Total (LBS): 57,600.00  LBS | | | | | | | |
| | P.O. CUBIC FEET Total: 12,128.04 | | | | | | | |
| | TOTAL: | 3,000 | | 3,000 | | 57,600.00 | | 12128.04 |

Manufacturer: SINOSOURCE, INC.
Address: LI BEI LIN DISTRICT
DALANG TOWN, DONG GUAN CITY
GUANG DONG PROVINCE, CHINA
POSTAL CODE: 523773
Contact: Bob Min

WE HEREBY STATE THAT THIS SHIPMENT CONTAINS
NO SOLID WOOD PACKAGING MATERIALS (SWPM).

LUMISOURCE, INC.

# Expeditors®

## Expeditors Cargo Management Systems
### NON NEGOTIABLE

FORWARDER'S CARGO RECEIPT

| SHIPPER (Name and Full Address) | BOOKING NUMBER | FORWARDER |
|---|---|---|
| LUMISOURCE, INC.<br>LIBEILING DISTRICT, DALANG TOWN,<br>DONGGUAN CITY,<br>GUANGDONG PROVINCE,<br>CHINA | SINO595112<br>CARGO RECEIVING DATE   10/15/08 | R1NO178737 |

| CONSIGNEE (Name and Full Address) | FORWARDING AGENT REFERENCES |
|---|---|
| CIRCUIT CITY STORES, INC.<br>9950 MAYLAND DRIVE,DR 1, 4TH FLOOR<br>RICHMOND,VA 23233,UNITED STATES.<br>ATTN:CAROL LACKS,LOGISTICS DEPT. | BEIJING KANG JIE KONG INTERNATIONAL<br>CARGO AGENT CO.,LTD.SHENZHEN BRANCH<br>29F SHUN HING SQUARE DI WANG CENTRE |
| | POINT AND COUNTRY OF ORIGIN OF GOODS |

| NOTIFY PARTY / INTERMEDIATE CONSIGNEE (Name and Full Address) | ALSO NOTIFY (Name and Full Agent in) DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/HERE THE INLAND FORWARD ROUTING<br>FROM POINT OF DESTINATION. FOR RELEASE OF CARGO<br>PLEASE CONTACT: |
|---|---|
| CIRCUIT CITY STORES, INC.<br>ATTN:CAROL LACKS,LOGISTICS DEPT.<br>9950 MAYLAND DRIVE DR 1, 4TH FLOOR<br>RICHMOND,VA 23233 UNITED STATES<br>AND CIRCUIT CITY STORES,INC. | DISTRIBUTION CENTER #717 501 S.<br>CHEYL LANE WALNUT,CA 91789 UNITED<br>STATES ATTN:EDGAR SALGADO OR<br>KRISTINE GREER AND CARMICHAEL<br>INTERNATIONAL SERVICES 533 GLENDALE |

| INITIAL CARRIAGE | PLACE OF RECEIPT | |
|---|---|---|
| | YANTIAN | |
| EXPORT CARRIER (Vessel, voyage) | PORT OF LOADING | |
| COSCO HAMBURG | YANTIAN | BLVD.LOS ANGELES,CA 90026 |
| PORT OF DISCHARGE | PLACE OF DELIVERY | TN:DANNY CHANTIM-IMPORT MGR |
| LONG BEACH, CA | LONG BEACH, CA | |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS<br>CONTAINER NUMBER | NOS. OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT KGS. | MEASUREMENT CBM |
|---|---|---|---|---|
| | | Details as per attached commercial invoice. Invoice Number: CCYO810-328-03 | | |
| | 3000 CTNS | PO NO.2136361<br>ITEM NO.681144116996<br>STINGRAY BOOM CHAIR<br>NO WPM | 26100.00 KG | 342.700 M3 |
| TGHU8288890 | CY/CY | Size :40H     600 CTNS Seal:V16750<br>SHIPPER'S LOAD AND COUNT | 5220.00 KG | 68.540 M3 |
| GVCU5069331 | CY/CY | Size :40H     600 CTNS Seal:V00963<br>SHIPPER'S LOAD AND COUNT | 5220.00 KG | 68.540 M3 |
| CBHU8292955 | CY/CY | Size :40H     600 CTNS Seal:U92098<br>SHIPPER'S LOAD AND COUNT | 5220.00 KG | 68.540 M3 |
| CBHU8107363 | CY/CY | Size :40H     600 CTNS Seal:U70634<br>SEE ATTACHED | 5220.00 KG | 68.540 M3 |

**REMARKS:** THE ORIGINAL BILL OF LADING OF THIS SHIPMENT HAS BEEN RELEASED TO THE ABOVE MENTIONED CONSIGNEE AS AGREED AND SPECIFIED ON SHIPPING ORDER

FREIGHT COLLECT

| IN ACCORDANCE WITH INSTRUCTION OF THE ABOVE CONSIGNEE<br>WE RECEIVED THE FOLLOWING DOCUMENTS ON    10/20/08 | FOR CHARGES | THIS DOCUMENT IS EXCHANGED<br>FOR THE DOCKS RECEIPT MATES<br>RECEIPT. IT IS ISSUED AS A RECEIPT<br>OF PAPER AND CARGO ONLY AND<br>WILL NOT BE NEGOTIABLE UNLESS<br>VERIFIED AND ENDORSED BY AN<br>AUTHORIZED SIGNATORY OF<br>EXPEDITORS. |
|---|---|---|
| Documents received                   Originals   Copies | | |
| COMMERCIAL INVOICE                          1         2 | | |
| PACKING LIST                               1         2 | | |
| CONTAINER MANIFEST                          1         2 | | For |
| BENEFICIARY'S SIGNED STATEMENT              1         2 | | |
| 7-POINT CONTAINER INSPECTION AFFIDAVIT 1    2 | | |
| DECLARATION OF ORIGIN                       1         2 | | |
| | | BY |
| | | DATE    10/22/08 |

**Expeditors**

# Expeditors Cargo Management Systems
## NON NEGOTIABLE

FORWARDER'S CARGO RECEIPT

| SHIPPER (Name and Full Address) | | | BOOKING NUMBER | | FCR NUMBER | |
|---|---|---|---|---|---|---|
| LUMISOURCE, INC. | | | S1N0595112 | | R1N0178737 | |
| | | PARTICULARS FURNISHED BY SHIPPER | 1 OF 1 NON NEGOTIABLE | | PAGE | 2 |
| MARKS AND NUMBERS/ CONTAINER NUMBER | NOS. OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | | CARGO WEIGHT KGS | MEASUREMENT CBM | |
| CBHU8301065   CY/CY | Size :40H | SHIPPER'S LOAD AND COUNT | | 5220.00 KG | 68.540 M3 | |
| | | 600 CTNS Seal:U70632 | | | | |
| | | SHIPPER'S LOAD AND COUNT | | | | |
| TOTALS: | | 5 Container(s) | | | | |





# Purchase Order

| Purchase Order Information | | Circuit City Center Name | |
|---|---|---|---|
| Original | | Information Contact Name | 9638 Chris Traylor |
| Purchase Order Type | Stand-alone Order | | |
| Purchase Order Number | 2135361 | F.O.B. Related Instructions | |
| Purchase Order Date | 20060908 | Collect | Origin(Shipping Point) |
| Vendor Number | 070816 | | |
| Message Text | | | |

| Ship To Party | |
|---|---|
| CC5 Distribution Id Code | 0717 |

| Terms of Sale | |
|---|---|
| Terms Type | Basic |
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 60 |
| Description | |

| Date Reference | |
|---|---|
| Delivery Requested | 20061106 |
| Requested Ship | |
| Do Not Ship Before | 20061012 |
| Do Not Ship After | 20061016 |
| Do Not Deliver After | |
| Do Not Deliver Before | |
| Do Not Tender Before | 20061012 |
| Do Not Tender After | 20061016 |

| For Direct Import Orders Only | |
|---|---|
| CIRCUIT CITY | Containerized Ocean |
| Name of City or Port | YANTIAN |

Line Items

# Purchase Order

| Line # | Model Number | Unit of Measurement | Quantity | Unit Price |
|---|---|---|---|---|
| 1 | 881144116006 | Each | 3000 | 39.20 |

# LumiSource, Inc.
## Stylish Decor • Affordable Prices

Toll-Free: 1-888-461-LUMI (5864)
Toll-Free Fax: 1-888-462-LUMI (5864)

Web Address: www.LumiSource.com
E-mail: salesinfo@lumisource.com

2950 Old Higgins Road • Elk Grove Village, Illinois 60007 • Phone: 847-699-8988 • Fax: 847-699-8869

## COMMERCIAL INVOICE

SOLD TO PARTY: Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA 23233
USA

INVOICE DATE: 10/8/08

INVOICE #: CCY0810-314-02

SHIP TO: Circuit City Walnut Consolidation
501 South Cheryl Lane
Walnut, CA 91789

VENDOR / SHIPPER: LumiSource, Inc.
2950 Old Higgins Road
Elk Grove, IL 60007

SHIP DATE: 10/12/08

VENDOR#: 070816

Customs HTS. #: 9401.80.4045
Duty 9%: 0.00%
Country of Origin: CHINA

Vessel Name: COSCO FELIXSTOWE
Vessel Voyage #: 0S1E
Vessel Sail Date: 12th, Oct., 2008
Container #s: CLHU8814582, GVCU5082020, GESU5329246
CBHU9827420, CBHU9970830

Payment Terms: Net 60 Days via Check

Port of Destination: LONG BEACH, CA
Country of final destination: USA

Port of Loading: Yantian
Freight Terms: FOB Yantian

| Marks & Number | Description of Merchandise | Quantity (PCS) | Total Ctns | Net Unit Price of Merchandise (USD$) FOB Yantian | Total Line Cost (USD$) | Cubic Feet / Ctn | Total Cubic Feet | Carton Weight (lbs) |
|---|---|---|---|---|---|---|---|---|
| **Front & Side Marks**<br>Circuit City P.O.#: 2115131<br>Circuit City Model (SKU)#: 681144116996<br>Unit Count per Carton:  1  pieces<br>Carton# :    of  3000<br>Gross Weight: 19.2 pounds<br>Carton Dimensions (inches):<br>26 3/4 length x 10 1/4 width x 23 5/8 height<br>Carton Dimensions (cm)<br>_68_ length x __26_ width x _60_ height<br>Made in China | Purchase Order #: 2115131<br><br>Sku # / Model #: 681144116996 / BM-STINGRAY<br>Product Description: BM-STINGRAY™<br>Multimedia gaming chair / Boom Chair STINGRAY<br><br>Unit Net Weight (LBS): 16.70  LBS<br>Unit Gross Weight (LBS): 19.20  LBS<br><br>P.O. Net Weight Total (LBS): 50,100.00  LBS<br>P.O. Gross Weight Total (LBS): 57,600.00  LBS<br>P.O. CUBIC FEET Total: 12,128.04 | 3,000 | 3,000 | $39.20 | $117,600.00 | 4.0427 | 12128.04 | 57,600.00 |
| TOTAL CARTONS: 3,000 | TOTAL UNITS IN SHIPMENT: | 3,000 | 3,000 | | | | 12128.04 | 57,600.00 |
| | | | | INVOICE TOTAL: | $117,600.00 | | | |

Total USD: ONE HUNDRED SEVENTEEN THOUSAND SIX HUNDRED DOLLARS AND ZERO CENTS ONLY (USD)

Manufacturer: SINOSOURCE, INC.
Address: LI BEI LIN DISTRICT
DALANG TOWN, DONG GUAN CITY
GUANG DONG PROVINCE, CHINA
POSTAL CODE: 523773
Contact: Bob Min

"We certify that all merchandise sold to Circuit City Stores, Inc.
did not employ forced labor, convict labor, or indentured child
labor in any stage of it's mining, production or manufacture.
We certify that this shipment contains no solid wood packing material."

LUMISOURCE, INC.

# LumiSource, Inc.
## Stylish Decor • Affordable Prices

Toll-Free: 1-888-461-LUMI (5864)
Toll-Free Fax: 1-888-462-LUMI (5864)

Web Address: www.LumiSource.com
E-mail: salesinfo@lumisource.com

2950 Old Higgins Road • Elk Grove Village, Illinois 60007 • Phone: 847-699-8988 • Fax: 847-699-8869

## PACKING LIST

SOLD TO PARTY: Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA 23233
USA

DATE: 10/8/08

PACKING #: CCY0810-314-02

SHIP TO: Circuit City Walnut Consolidation
501 South Cheryl Lane
Walnut, CA 91789

Vendor Name: LumiSource, Inc.
2950 Old Higgins Road
Elk Grove, IL 60007

SHIP DATE: 10/12/08

Vendor #: 070816

Vessel Name: COSCO FELIXSTOWE
Vessel Voyage #: 051E

Customs HTS. #: 9401.80.4045
Duty %: 0.00%

Port of Loading: Yantian
Container #s: CLHU8814582, GVCU5082020, GESU5329246
CBHU9827429, CBHU9970830

Payment Terms: Net 60 Days via Check

Port of Destination: LONG BEACH, CA
Country of Origin: CHINA

Freight Terms: FOB Yantian

| Marks & Number | Description of Merchandise | Carton Quantity | Units per Carton | Total Units | G.W. Per Carton (LBS) | Total G.W. (LBS) | Cubic Feet per Carton | Total Cubic Feet |
|---|---|---|---|---|---|---|---|---|
| **Front & Side Marks** | Purchase Order #: 2115131 | | | | | | | |
| Circuit City P.O.#: 2115131 | | | | | | | | |
| Circuit City Model (SKU)#: 681144116996 | Sku # / Model #: 681144116996 / BM-STINGRAY | 3,000 | 1 | 4,000 | 19.20 | 76,800.00 | 4.0427 | 16170.72 |
| Unit Count per Carton:   1   pieces | Product Description: BM-STINGRAY™ | | | | | | | |
| Carton#:        of   3000 | Multimedia gaming chair / Boom Chair STINGRAY | | | | | | | |
| Gross Weight: 19.2 pounds | | | | | | | | |
| Carton Dimensions (inches): | Unit Net Weight (LBS): 16.70   LBS | | | | | | | |
| 26 3/4 length x 10 1/4 width x 23 5/8 he | Unit Gross Weight (LBS): 19.20   LBS | | | | | | | |
| Carton Dimensions (cm): | | | | | | | | |
| _68_ length x _26_ width x _60_ height | P.O. Net Weight Total (LBS): 50,100.00  LBS | | | | | | | |
| Made in China | P.O. Gross Weight Total (LBS): 57,600.00  LBS | | | | | | | |
| | P.O. CUBIC FEET Total: 12,128.04 | | | | | | | |
| | TOTAL: | 3,000 | | 4,000 | | 76,800.00 | | 16170.72 |

Manufacturer: SINOSOURCE, INC.
Address: LI BEI LIN DISTRICT
DALANG TOWN, DONG GUAN CITY
GUANG DONG PROVINCE, CHINA
POSTAL CODE: S23773
Contact: Bob Min

WE HEREBY STATE THAT THIS SHIPMENT CONTAINS
NO SOLID WOOD PACKAGING MATERIALS (SWPM).

LUMISOURCE, INC.

Header Information



# Purchase Order Change

## Purchase Order Change Information

| | |
|---|---|
| Original Purchase Order Number | 2115131 |
| PO Change Date | 2008-09-08 |
| Original Purchase Order Date | 2008-08-04 |
| Vendor Number | 070816 |

## Ship To Party

CCS Distribution Center  0717

## Date Reference

| | |
|---|---|
| Do Not Ship Before | 2008-10-05 |
| Do Not Ship After | 2008-10-09 |
| Do Not Tender Before | 2008-10-05 |

## For Direct Import Orders Only

| | |
|---|---|
| CIRCUIT CITY | Containerized Ocean |
| Name of City or Port | YANTIAN |

## Line Item Information

| Line # | Model | Price | UOM |
|---|---|---|---|
| 1 | 681144115896 | | Each |

| Type of Change | Original Quantity Ordered | QTY to be subtracted from or added to the Original Order QTY |
|---|---|---|
| Quantity Decrease | 6000 | 3000 |

| Do Not Ship Before | Do Not Ship After | Do Not Tender Before |
|---|---|---|
| 2008-10-05 | 2008-10-09 | 2008-10-05 |



# Purchase Order



| Purchase Order Information | | | Circuit City Contact Name | |
|---|---|---|---|---|
| Original | | | Information Contact Name | 9636 Chris Traylor |
| Purchase Order Type | Stand-alone Order | | **F.O.B. Purchase Instructions** | |
| Purchase Order Number | 2115131 | | Collect | Origin(Shipping Point) |
| Purchase Order Date | 20080604 | | | |
| Vendor Number | 070816 | | | |
| Message Text | | | | |

| Ship To Party | |
|---|---|
| CCS Distribution Id Code | 0717 |

| Terms of Sale | |
|---|---|
| Terms Type | Basic |
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 60 |
| Description | |

| Date Reference | |
|---|---|
| Delivery Requested | 20081030 |
| Requested Ship | |
| Do Not Ship Before | 20081005 |
| Do Not Ship After | 20081009 |
| Do Not Deliver After | |
| Do Not Deliver Before | |
| Do Not Tender Before | 20081005 |
| Do Not Tender After | 20081009 |

| For Direct Import Orders Only | |
|---|---|
| CIRCUIT CITY | Containerized Ocean |
| Name of City or Port | YANTIAN |



# Purchase Order

| Line # | Model | Unit of Measurement | Quantity | Unit Price |
|--------|-------|---------------------|----------|------------|
| 1 | 5011441160 | Each | 6000 | 39.20 |

39. 20

**APL Logistics**

COPY FORWARDERS CARGO RECEIPT (NON-NEGOTIABLE)   NO: YAT408541

| SELLER (PRINCIPAL OR LICENSED) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| LUMISOURCE, INC.<br>LIBEILING DISTRICT, DALANG TOWN,<br>DONGGUAN CITY, GUANGDONG PROVINCE,<br>CHINA. | 07 OCT 2008 | CHINA |

BUYER (NAME AND ADDRESS)
CIRCUIT CITY STORES, INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

ALSO NOTIFY PARTY
CIRCUIT CITY STORES,INC
DISTRIBUTION CENTER # 717
501 SO.CHERYL LANE
WALNUT,CA 91789 UNITED STATES
ATTN:JUAN LOPEZ OR KRISTINE GREER

NOTIFY PARTY (NAME AND ADDRESS)
CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

EXPORT CARRIER (VESSEL, VOYAGE)
COSCO FELIXSTOWE    051E

EXPORT REFERENCE

PORT OF LOADING
YANTIAN, CHINA

PORT OF DISCHARGE
LONG BEACH, CA

FINAL DESTINATION
LONG BEACH, CA

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SELLER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | *FREIGHT COLLECT* | |
| | | | KGS. | CBM. |
| | | | 26100.000 | 342.700 |

*** SEE ATTACHMENT PAGE 2 THRU   3 ***

SHIPPERS LOAD AND COUNT
            THREE THOUSAND CTNS   ONLY

STATEMENT : IN ACCORDANCE WITH INSTRUCTIONS OF
CIRCUIT CITY
DOCS RCVD:13 OCT2008 ISSUE DATE:13 OCT2008

| | |
|---|---|
| AMS FEE FROM CARRI | 221.70 |
| CONTAINER SECURITY | 267.20 |
| FCL HNDLING FEE | 1705.70 |
| DOCUMENT ADMINISTR | 142.10 |
| CY RCVING -96'-96 | 11473.70 |
| TOTAL (HKD) | 13810.40 |

1

WE RECEIVED___ ORIGINAL___COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2/3 ORIGINAL
BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME
OF SHIPMENT AS INSTRUCTED BY THE CUSTOMER

| | |
|---|---|
| BENEFICIARY'S CERTIFICATE | COPY |
| COMMERCIAL INVOICE | COPY |
| CONTAINER FREIGHT MANIFEST | COPY |
| CERTIFICATE OF ORIGIN | COPY |
| CONTAINER INSPECTION AFFIDAVIT | COPY |
| PACKING LIST | COPY |
| SHIPPING DOCUMENT RECEIPT | COPY |

APL LOGISTICS HONG KONG, LTD. ("APLL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES C
OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS") IN APPARENT EXTERN
GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SELLER, BUYER AND ALL OTHER
HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED, AND BY DELIVERING TH
GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION AN
FORWARDING OF THE GOODS BY APLL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORI
ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENC
ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTE
STAMPED, OR PRINTED.

ORIGINAL OF FORWARDERS CARGO RECEIPT, ISSUED BY
**APL LOGISTICS CHINA, LTD.**

1

AS AGENT FOR
APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS CHINA LTD.

CARGO RECEIPT                          NO:YAT408541

--------------------------------------------------------------------------------

CIRCUIT CITY P.O.#:      600 CTNS   BM-STINGRAY ( BOOM CHAIR STINGRAY)
2115131                             PO.NO.: 2115131   MODEL NO.: 681144116996
CIRCUIT CITY MODEL
(SKU) # 681144116996
CARTON #  OF
GROSS WEIGHT
  24.20 POUNDS
CARTON DIMENSIONS
(INCHES)
26 3/8 LENGTH
X 10 5/8 WIDTH X
23 1/4 HEIGHT
CARTON DIMENSIONS
(CM)
 67  LENGTH X  27
WIDTH X 59  HEIGHT
MADE IN CHINA

CIRCUIT CITY P.O.#:      600 CTNS   BM-STINGRAY ( BOOM CHAIR STINGRAY)
2115131 ·                          PO.NO.: 2115131   MODEL NO.: 681144116996
CIRCUIT CITY MODEL
(SKU) # 681144116996
CARTON #  OF
GROSS WEIGHT
  24.20 POUNDS
CARTON DIMENSIONS
(INCHES)
26 3/8 LENGTH
X 10 5/8 WIDTH X
23 1/4 HEIGHT
CARTON DIMENSIONS
(CM)
 67  LENGTH X  27
WIDTH X 59  HEIGHT
MADE IN CHINA

CIRCUIT CITY P.O.#:      600 CTNS   BM-STINGRAY ( BOOM CHAIR STINGRAY)
2115131                            PO.NO.: 2115131   MODEL NO.: 681144116996
CIRCUIT CITY MODEL
(SKU) # 681144116996
CARTON #  OF
GROSS WEIGHT
  24.20 POUNDS
CARTON DIMENSIONS
(INCHES)
26 3/8 LENGTH
X 10 5/8 WIDTH X
23 1/4 HEIGHT
CARTON DIMENSIONS
(CM)
 67  LENGTH X  27
WIDTH X 59  HEIGHT
MADE IN CHINA

--------------------------------------------------------------------------------

                           -  2  -

APL LOGISTICS CHINA LTD.

CARGO RECEIPT                                    NO:YAT408541
----------------------------------------------------------------------------

CIRCUIT CITY P.O.#:      600 CTNS   BM-STINGRAY ( BOOM CHAIR STINGRAY)
2115131                             PO.NO.: 2115131   MODEL NO.: 681144116996
CIRCUIT CITY MODEL
(SKU) # 681144116996
CARTON # OF
GROSS WEIGHT
__24.20_POUNDS
CARTON DIMENSIONS
(INCHES)
26 3/8 LENGTH
X 10 5/8 WIDTH X
23 1/4 HEIGHT
CARTON DIMENSIONS
(CM)
_67_ LENGTH X _27_
WIDTH X_59_ HEIGHT
MADE IN CHINA

CIRCUIT CITY P.O.#:      600 CTNS   BM-STINGRAY ( BOOM CHAIR STINGRAY)
2115131                             PO.NO.: 2115131   MODEL NO.: 681144116996
CIRCUIT CITY MODEL
(SKU) # 681144116996
CARTON # OF                         NOTIFY 3:
GROSS WEIGHT                        EXPEDITORS INTERNATIONAL
__24.20_POUNDS                      2550 ELLSMERE AVE.,SUITE B
CARTON DIMENSIONS                   NORFOLK,VA 23513
(INCHES)                            A:IRENE BARON
26 3/8 LENGTH
X 10 5/8 WIDTH X
23 1/4 HEIGHT
CARTON DIMENSIONS
(CM)
_67_ LENGTH X _27_
WIDTH X_59_ HEIGHT
MADE IN CHINA

                                    SHIPPER DECLARE:
                                    THIS SHIPMENT DOES NOT CONTAIN
                                    WOOD PACKAGING MATERIAL
                                    ON BOARD DATE: OCTOBER 12,2008
                                    CONTAINER#  : CBHU9827429,CBHU9970830,CLHU8814582
                                                  GESU5329246,GVCU5082020
                                    SEAL#       : R46801,S92958,R46804,R46800,R46803
                                    BILL OF LADING: COSU6017305410
                                    PLACE OF RECEIPT: YANTIAN, CHINA

----------------------------------------------------------------------------
                          -  3  -

**EXHIBIT D**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | ) |
| | ) Case No. 08-35653-KRH |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

**DECLARATION OF JOHN M. BROM, ESQ. IN SUPPORT OF LUMISOURCE, INC.'S RESPONSE TO DEBTORS' NINETEENTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS)**

I, John M. Brom, Esq., declare:

1.      That I am counsel for LumiSource, Inc.

2.      That I participated in the preparation of LumiSource's reclamation demand letter and proof of claim and am therefore a person with personal knowledge of the relevant facts that support the Response.

FURTHER DECLARANT SAYETH NOT.

Dated July 7, 2009

_____
John M. Brom, Esq.


EXHIBIT
D

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Response of LumiSource, Inc. to Debtors' Nineteenth Omnibus Objection To Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) was served this 16th day of July, 2009, via email and by first class mail, postage prepaid, upon:

**Dion W. Hayes**
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219
dhayes@mcguirewoods.com

**Douglas M. Foley**
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510
dfoley@mcguirewoods.com

**Ian S. Fredericks**
Skadden Arps Slate Meagher
& Flom LLP
One Rodney Sq.
PO Box 636
Wilmington, DE 19899
ian.fredericks@skadden.com

**Chris L. Dickerson**
Skadden Arps Slate Meagher
& Flom LLP
333 West Wacker Drive
Chicago, IL 60606
chris.dickerson@skadden.com

**Robert J. Feinstein**
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017
rfeinstein@pszjlaw.com

**Brad R. Godshall**
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd, 11th Floor
Los Angeles, CA 90067-4100
bgodshall@pszjlaw.com

**Jeffrey N. Pomerantz**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
jpomerantz@pszjlaw.com

**John D. Fiero**
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
jfiero@pszjlaw.com

**Lynn L. Tavenner**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
ltavenner@tb-lawfirm.com

**Paula S. Beran**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
pberan@tb-lawfirm.com

**Robert B. Van Arsdale**
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Robert.B.Van.Arsdale@usdoj.gov

**Adam M. Feinmesser, Esq.**
Esbin & Alter, LLP
497 South Main Street
New City, NY 10956
afeinmesser@esbinalter.com

*/s/ William H. Schwarzschild, III*

By: _____

William H. Schwarzschild, III

William H. Schwarzschild, III - VSB No. 15274
WILLIAMS MULLEN
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone:  804.783.6489
Fax:  804.783.6507
tschwarz@williamsmullen.com

*Counsel for LumiSource, Inc.*

6592518_2.DOC

9