**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
AT RICHMOND**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.** | ) | **Case No. 08-035653** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | **Judge Kevin R. Huennekens** |

**DECLARATION OF JAMES A. WILSON IN SUPPORT OF RESPONSE OF THE PARKES COMPANIES, INC. TO DEBTORS' NINETEENTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CERTAIN MISSCLASSIFIED CLAIMS TO GENERAL UNSECCURED, NON-PRIORITY CLAIMS)**

I, James A. Wilson declare:

1.      I am the Project Manager for The Parkes Companies, Inc. ("Parkes"), and file this Declaration in support of the Response filed by Parkes to the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (the "Nineteenth Omnibus Claim Objection").

2.      I have knowledge of the agreement between Parkes and Circuit City Stores, Inc. ("Circuit City") for the construction of a facility known as "Circuit City Crossings on Spring Hill" (the "Project"), for a contract price of $1,178,169.00, entered into on or about August 31, 2008.

3.      I was the Project Manager for the Project at issue.

4.      Parkes performed in accordance with the contract, completing the facility for which Circuit City contracted.

5.      Despite repeated requests for payment, Parkes has yet to be paid in full for the materials and/or labor provided in the construction of the Project.  The remaining outstanding balance owed Parkes is $35,107.00.

6.      On or about November 11, 2008, Parkes properly filed its Notice of Mechanic's and Materialman's lien against the property and Circuit City's leasehold interest in the property.

7.      On or about January 8, 2009, Parkes timely filed a secured proof of claim against Circuit City in the amount of $35,107.00, asserting the amounts owed pursuant to the aforementioned lien and contract between Circuit City and Parkes.

FURTHER DECLARANT SAYETH NOT

Dated:  July 16, 2009

                                                      /s/ James A. Wilson
                                                      James A. Wilson

2