UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CIRCUIT CITY STORES, INC. | ) Case No. 08-035653 |
| | ) Chapter 11 |
| Debtor. | ) Judge Kevin R. Huennekens |

**VERTIFIED STATEMENT OF MULTIPLE CREDITOR REPRESENTATION BY**
**CULBERT & SCHMITT, PLLC UNDER RULE 2019**

Ann E. Schmitt, and Culbert & Schmitt, PLLC ("C&S") hereby file this verified statement, in accordance with Federal Rule of Bankruptcy Procedure 2019, with respect to their legal representation of in this case.

1. The names and addresses of the creditors represented by Culbert & Schmitt, PLLC in this matter are as follows:

   Plaza Las Palmas, LLC                The Parkes Companies, Inc.
   M.C. Strauss Company                 105 Reynolds Road
   990 Highland Drive, Suite 200        Franklin, TN 37064
   Solana Beach, CA 92075

2. Plaza Las Palmas, LLC ("PLP") was a landlord of the Debtors, and the lease between the Debtors and PLP has been rejected. PLP has filed an administrative claim in the amount of $7,625 for rental amounts incurred following the petition date, and an unsecured proof of claim in the amount of $626,250.

3. The Parkes Companies, Inc. ("Parks") performed construction work for the Debtor for improvements at Circuit City Store #3823, 1037 Crossings Blvd., Maury County, Springhill, TN 37174. Parks has filed a proof of claim in this case in the amount of $35,107.00.

4. PLP retained C&S on or about December 4, 2008. Parks retained C&S on July 16, 2009. Ann Schmitt is the primary contact at C&S for both parties.

1

259339.1

*/s/ Ann E. Schmitt*
Ann E. Schmitt, VSB No. 22030
CULBERT SCHMITT, PLLC
30C Catoctin Circle, SE
Leesburg, Virginia 20175
703-737-6377 telephone
703-737-6370 facsimile
aschmitt@culbert-schmit.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served by first class, U.S. Mail, postage prepaid or electronic means to Office of the U.S. Trustee, 600 E. Main Street, Suite 301, Richmond, VA 23219 on this the 16 day of July, 2009.

*/s/ Ann E. Schmitt*

2

259339.1