GEORGE T. BENTZEN
127 VIA DE LA REINA
MERRITT ISLAND, FL 32953-2426
E-mail: bygeorgeb@bellsouth.net
Telephone: (321)452-2237



July 13, 2009

**VIA FEDERAL EXPRESS**

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, VA 23219

RE:  In re: Circuit City Stores, Inc., et al., Debtors
     Case No. 08-35653 (KRH)
     Claimant: Bentzen, George T.

Gentlemen:

Enclosed please find my Response to the Objection regarding my claim, and my Request for Hearing (pursuant to Rule 3007-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia, and the omnibus objection procedures) with regard to the modification of my claim previously filed with this Court.

By copy of this letter via Federal Express to the objecting party, I am serving him with copies of my Response to the Objection and my Request for Hearing. In the event any of these documents are deemed incomplete, this letter serves as my request for an extension of time to amend my Response to the Objection and my Request for Hearing.

If you should have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

George T. Bentzen

Copy to individuals on attached list

Copy to Counsel for Debtors, via Federal Express, as follows:
    Gregg M. Galardi, Esq.
    Ian S. Fredericks, Esq.
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
    One Rodney Square
    Wilmington, Delaware  19899-0636

    Chris L. Dickerson, Esq.
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
    333 West Wacker Drive
    Chicago, IL  60606

    Dion W. Hayes (VSB No. 34304)
    Douglas M. Foley (VSB No. 34364
    MCGUIREWOODS LLP
    One James Center
    901 E. Cary Street
    Richmond, VA  23219

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

FILED
JUL 1 5 2009
CLERK
U.S. BANKRUPTCY COURT

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| CIRCUIT CITY STORES, INC., Et al., | CASE NO. 08-35653 (KRH) |
| Debtors | Jointly Administered |

## RESPONSE OF CLAIMANT
## GEORGE T. BENTZEN TO OMNIBUS OBJECTION
## AND
## REQUEST FOR HEARING

GEORGE T. BENTZEN, claimant herein, hereby responds to the relief requested in Debtors' Objection, and states as follows:

1. My claim arises from ownership of the following shares of Circuit City Stores, Inc.:

| Trade Date: | CUSIP#, Security #, Symbol | Shares Purchased | Amount |
|---|---|---|---|
| 11/23/06 | CUSIP# 172737-10-8<br>Security #: C421001<br>Symbol: CC | 200 | $5278.68 |
| 02/12/07 | CUSIP# 172737-10-8<br>Security #: C421001<br>Symbol: CC | 200 | $4415.80 |

Claimant's total claim amount is $9694.42.

2. The above referenced 400 shares of Circuit City Stores, Inc. were purchased by Bill Rashid, Financial Advisor, Telephone number 321-725-0050, CITYGROUP GLOBAL MKTS, INC., 1775 W. Hibscus Blvd., Suite 100, Melbourne, FL

1

32901 and were held in citigroup SmithBarney Account Number 830-62883-1-0-016 at the direction of, for and on behalf of George T. Bentzen, CGM IRA Custodian. Mr. Rashid purchased the shares of stock, however, the undersigned has knowledge of the facts of my purchase of the 400 shares of stock, which purchase is further supported by the Confirmation for such purchase attached hereto as Exhibit A.

3.  Claimant makes this response based on the fact that he was defrauded by the Debtor and enticed into purchasing 400 shares of stock based on fraudulent financial reporting by the Debtor of Debtor's true financial condition. Furthermore, Debtor continues to operate business as usual in an online format.

4.  After the satisfaction of the secured creditors, general unsecured creditors are entitled to satisfaction before assets may be allocated to creditors whose interests have been subordinated, whether by express agreement or otherwise. Finally, after all creditors have been paid, provision may be made for stockholders. The standard is currently that when the debtor is insolvent, the stockholders, as such, receive nothing, (see *Northern Pacific Ry. v. Boyd*, 228 U.S. 482, 33 S.Ct. 554, 57 L.Ed. 931 (1913); *Case v. Los Angeles Lumber Co.*, 308 U.S. 106, 60 S.Ct. 1, 84 L.Ed. 110 (1939); *Consolidated Rock Co. v. DuBois*, 312 U.S. 510, 61 S.Ct. 675, 85 L.Ed. 982 (1941); *Protective Committee v. Anderson*, 390 U.S. 414, 88 S.Ct. 1157, 20 L.Ed.2d 1 (1968). See also *Caplin v. Marine Midland Grace Trust Co.*, 406 U.S. 416, 435-38, 92 S.Ct. 1678, 32 L.Ed.2d 195 (1972) (Douglas, J., dissenting). However, the undersigned claimant claims in such a way as to achieve parity with ordinary unsecured tort and contract claimants, should any assets remain after payment to secured creditors.

2

5.  The undersigned is the person with authority to reconcile, settle or otherwise resolve this matter on claimant's behalf.

WHEREFORE, the undersigned Claimant George T. Bentzen hereby requests that his claim be viewed so as to achieve parity with ordinary unsecured tort and contract claimants, should any assets remain after payment to secured creditors.

*George T. Bentzen*
George T. Bentzen, Claimant, pro se
127 Via De La Reina
Merritt Island, FL  32953
(321)452-2237

3

## CERTIFICATE OF SERVICE

Claimant hereby certifies that he sent by Federal Express, standard overnight delivery, this Response of Claimant George T. Bentzen to Omnibus Objection and Request for Hearing on the following:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, VA  23219

>Gregg M. Galardi, Esq.
>Ian S. Fredericks, Esq.
>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
>One Rodney Square
>Wilmington, Delaware  19899-0636
>
>Chris L. Dickerson, Esq.
>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
>333 West Wacker Drive
>Chicago, IL  60606
>
>Dion W. Hayes (VSB No. 34304)
>Douglas M. Foley (VSB No. 34364
>MCGUIREWOODS LLP
>One James Center
>901 E. Cary Street
>Richmond, VA  23219

On this 13th day of July, 2009.

George T. Bentzen, Claimant, pro se
127 Via De La Reina
Merritt Island, FL  32953
(321)452-2237

4

**Confirmation**

**citigroup**
**SMITH BARNEY**

Your Broker/Dealer is
**CITIGROUP GLOBAL MKTS INC.**
1775 W HIBISCUS BLVD
SUITE 100
MELBOURNE, FL 32901

Page 1 of 1

Account Number: 830-62883-1-0-016
Financial Advisor: BILL RASHID
321-725-0050

317ND441 001840
\*\*\* GEORGE T BENTZEN                #1,840
CGM IRA CUSTODIAN
127 VIA DE LA REINA
MERRITT ISLAND FL 32953-2926

Interested in viewing your account daily rather than monthly? To learn more about this and other features of Smith Barney Access, contact your Financial Advisor.

| | |
|---|---|
| Summary For Settlement Date | 11/16/2006 |
| Total Purchases | $ 5,278.62 |
| Total Sales | $ 4,028.87 |
| Net Amount | $ 1,249.75 Debit |

---

**You Bought 200 shares**

CIRCUIT CITY STORES INC
Citigroup : 1H
Argus : 3
Morningstar : 3
S&P : 2
RPT PRICE TO NASDAQ: 25.66000
WE ARE A MARKET MAKER

| | |
|---|---|
| Gross Amount | $ 5,132.00 |
| Charge / Mark-up | 141.62 |
| Transaction Fee | 5.00 |
| **Amount** | **$ 5,278.62** |
| **Settlement Date** | **11/16/2006** |

Trade Date: 11/13/2006       CUSIP#:    172737-10-8       Solicited Order
Market: Over-The-Counter     Security#: C421001            Cash Acct.         HOLD SECURITIES
                             Symbol:    CC                 Ref #: 2157974

e acted as principal in this transaction.

---

**You Sold 200 at a price of 20.17**

GABELLI DIVIDEND & INCOME TR

| | |
|---|---|
| Gross Amount | $ 4,034.00 |
| Other Fee | .13 |
| Transaction Fee | 5.00 |
| **Amount** | **$ 4,028.87** |
| **Settlement Date** | **11/16/2006** |

Trade Date: 11/13/2006       CUSIP#:    36242H-10-4       Solicited Order
Market: New York Stock Exch. Security#: G024048            Cash Acct.         HOLD PROCEEDS
                             Symbol:    GDV                Ref #: 273612

We acted as your agent in this transaction.


EXHIBIT A
Page 1 of 3

Citigroup Global Markets Inc., member NYSE, NASDAQ and other principal exchanges. Smith Barney is a division and service mark of Citigroup Global Markets Inc. and its affiliates and is used and registered throughout the world. CITIGROUP and the Umbrella Device are trademarks and service marks of Citicorp or its affiliates and are used and registered throughout the world. Citigroup Global Markets Inc. is a member of the Securities Investor Protection Corporation (SIPC).
As a reminder, payment for securities purchased or delivery of securities sold must be deposited with us by the Settlement Date.
See reverse for further details. Keep this document for your records. Thank you for doing business with us.           11/13/2006  SD-002303-L

**Confirmation**

**citigroup**
**SMITH BARNEY**

Your Broker/Dealer is
**CITIGROUP GLOBAL MKTS INC.**
1775 W HIBISCUS BLVD
SUITE 100
MELBOURNE, FL 32901

Account Number: 830-62883-1-0-016
Financial Advisor: BILL RASHID
321-725-0050

Page 1 of 1

Interested in viewing your account daily rather than monthly? To learn more about this and other features of Smith Barney Access, contact your Financial Advisor.

043ND441 001431
*** GEORGE T BENTZEN    #1,431
CGM IRA CUSTODIAN
127 VIA DE LA REINA
MERRITT ISLAND FL 32953-2926

| | |
|---|---:|
| Summary For Settlement Date | 02/15/2007 |
| Total Purchases | $4,415.80 |
| Total Sales | $798.82 |
| Net Amount | $3,616.98 Debit |

---

You Bought 200 at a price of 21.43

**CIRCUIT CITY STORES INC**
Citigroup : 1H
Argus : 2
Morningstar : 2
Buckingham : 1
S&P : 2

| | |
|---|---:|
| Gross Amount | $4,286.00 |
| Commission | 124.80 |
| Transaction Fee | 5.00 |
| **Amount** | **$4,415.80** |
| **Settlement Date** | **02/15/2007** |

Trade Date: 02/12/2007          CUSIP#: 172737-10-8       Solicited Order       PREFERENTIAL RATE
Market: Over-The-Counter        Security#: C421001         Cash Acct.            HOLD SECURITIES
                                Symbol: CC                 Ref #: 680795

'e acted as your agent in this transaction.

---

You Sold 25 at a price of 25.72

**HANESBRANDS INC**

| | |
|---|---:|
| Gross Amount | $643.00 |
| Other Fee | .02 |
| Transaction Fee | 5.00 |
| **Amount** | **$637.98** |
| **Settlement Date** | **02/15/2007** |

Trade Date: 02/12/2007          CUSIP#: 410345-10-2       Solicited Order       HOLD PROCEEDS
Market: New York Stock Exch.    Security#: H045775         Cash Acct.
                                Symbol: HBI                Ref #: 683106

We acted as your agent in this transaction.

---

You Sold 5 at a price of 33.17

**IDEARC INC**

| | |
|---|---:|
| Gross Amount | $165.85 |
| Other Fee | .01 |
| Transaction Fee | 5.00 |
| **Amount** | **$160.84** |
| **Settlement Date** | **02/15/2007** |

Trade Date: 02/12/2007          CUSIP#: 451663-10-8       Solicited Order       HOLD PROCEEDS
Market: New York Stock Exch.    Security#: H418881         Cash Acct.
                                Symbol: IAR                Ref #: 683093

We acted as your agent in this transaction.

---

EXHIBIT A
Page 2 of 3

Citigroup Global Markets Inc., member NYSE, NASDAQ and other principal exchar... ...rvice mark of Citigroup Global Markets Inc. and its affiliates and is used and registered throughout the wo... ...ce are trademarks and service marks of Citicorp or its affiliates and are used and registered through... ...s Inc. is a member of the Securities Investor Protection Corporation (SIPC).
As a reminder, payment for securities purchased or delivery of securities sold must be d...
See reverse for further details. Keep this document for your records. Thank you for doing business with us.

02/12/2007   SD-001737-1

# MorganStanley SmithBarney

## Individual Retirement Account
### June 1 – June 30, 2009

GEORGE T BENTZEN

Account number 164-67840-12 530

Ref: 00003970 00105248

Page 4 of 16

## Common stocks & options

Citi Investment Research & Analysis (CIRA), Morgan Stanley & Co. Incorporated (Morgan Stanley) and independent, third-party research ratings may be shown for certain securities. All research ratings represent the "opinions" of the research provider and are not representations or guarantees of performance. Because the research report contains more complete information regarding the analyst's opinions, analysis, and rating, you should read the entire research report and not infer its contents from the rating. Where a particular company is covered by both CIRA and Morgan Stanley, you can and should view both research reports. CIRA and Morgan Stanley research reports may contain different or conflicting information about the subject companies of such research reports because they are prepared separately from each other. CIRA stock recommendations include an investment rating and a risk rating. The Investment Rating Code (1, 2 or 3) is a function of CIRA's expectation of total return (forecast price appreciation and dividend yield within the next twelve months) and a Risk Rating. The Risk Rating (L, M, H or S) represents the stock's expected risk, taking into account price volatility and fundamental criteria. Please refer to the end of this statement for a guide describing CIRA ratings. Morgan Stanley and independent, third-party research ratings have been normalized by these providers to a 1 (Buy), 2 (Hold), and 3 (Sell). CIRA is not the author of, does not take responsibility for, and does not guarantee the accuracy, completeness, or timeliness of the independent, third-party research. Except as noted by an asterisk (*), each independent research provider was selected by an Independent Consultant as required under the Global Research Analyst Settlement.

| Quantity | Description | Symbol | Date acquired | Cost | Share cost | Current price | Current value | Unrealized gain/(loss) | Average % yield | Anticipated Income (annualized) |
|---|---|---|---|---|---|---|---|---|---|---|
| 200 | AT&T INC<br>Rating: Citigroup : 2H<br>Morgan Stanley : 1<br>Argus : 1<br>Morningstar : 2<br>S&P : 1 | T | 09/29/08 | $ 5,959.21 | $ 29.027 | $ 24.84 | $ 4,968.00 | ($ 991.21) ST | 6.602% | $ 328.00 |
| 250 | BRISTOL MYERS SQUIBB CO<br>Rating: Citigroup : 1H<br>Argus : 1<br>Morningstar : 2<br>S&P : 2 | BMY | 06/13/08 | 5,127.55 | 19.927 | 20.31 | 5,077.50 | (50.05) LT | 6.105 | 310.00 |
| 200 | CIRCUIT CITY STORES INC | CCTYQ | 11/13/06 | 5,278.62 | 25.66 | .015 | 3.00 | (5,275.62) LT | | |
| 200 | | | 02/12/07 | 4,415.80 | 21.43 | .015 | 3.00 | (4,412.80) LT | | |
| 400 | | | | 9,694.42 | 24.236 | | 6.00 | (9,688.42) | | |
| 300 | CONAGRA FOODS INC<br>Rating: Citigroup : 2M<br>Morningstar : 2<br>S&P : 2 | CAG | 03/15/06 | 6,340.14 | 20.57 | 19.06 | 5,718.00 | (622.14) LT | 3.987 | 228.00 |
| 90 | CONSOLIDATED EDISON INC<br>Rating: Citigroup : 1L<br>Argus : 2<br>Morningstar : 2<br>S&P : 2 | ED | 06/17/09 | 3,396.40 | 36.56 | | | (28.60) ST | 6.306 | 212.40 |
| 430 | DANA HOLDING CORP | DAN | 04/10/02 | 5,726.19 | 13.31 | | | (5,175.79) LT ρ | | |
| 1 | FAIRPOINT COMMUNICATIONS INC<br>Rating: S&P* : 2 | FRP | 07/31/96 | 6.79 | 12.80 | | | (6.19) LT | | |

EXHIBIT A
page 3 of 3

