# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
CIRCUIT CITY STORES, INC., et al.                       :    Case No. 08-35653-KRH
                                                        :
                    Debtors.                            :    Jointly Administered
                                                        :    Judge Kevin R. Huennekens
------------------------------------------------------- x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Hunton & Williams, LLP, as counsel for Lowe's HIW, Inc. ("Lowe's"), hereby enter their appearance pursuant to section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

Benjamin C. Ackerly [VSB # 09120]
Jason W. Harbour [VSB # 68220]
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8479
Facsimile: (804) 788-8218

Counsel for Lowe's HIW, Inc.

Benjamin C. Ackerly
Jason W. Harbour
**HUNTON & WILLIAMS LLP**
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219
Telephone: (804) 788-8479
Facsimile: (804) 788-8218
backerly@hunton.com
jharbour@hunton.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization and answering or reply briefs whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to recoupments to which Lowe's is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: July 16, 2009
    Richmond, Virginia

        _/s/ Benjamin C. Ackerly_
        Benjamin C. Ackerly [VSB # 09120]
        Jason W. Harbour [VSB # 68220]
        **HUNTON & WILLIAMS LLP**
        Riverfront Plaza, East Tower
        951 E. Byrd Street
        Richmond, VA 23219
        Telephone: (804) 788-8479
        Facsimile: (804) 788-8218

        COUNSEL FOR LOWE'S HIW, INC.

## CERTIFICATE OF SERVICE

    I hereby certify that, on July 16, 2009, the undersigned caused the foregoing *Notice of Appearance and Request for Service* to be served electronically through the Court's CM/ECF system and also via first-class mail, postage pre-paid, on the following:

Circuit City Stores, Llc
4951 Lake Brook Dr
Glen Allen VA 23060-9279

Corporate Sales And Use, Employer
Withholding, And Litter Tax
Virginia Department Of Taxation
3600 West Broad Street
Richmond VA 23230-4915

Department Of Justice Civil Division
Attn: Director Commercial Litigation
Branch
P.O. Box 875
Ben Franklin Station
Washington DC 20044

Fti Consulting, Inc.
Mr. Robert J. Duffy
Mr. Stephen Coulombe
200 State Street, 2nd Floor
Boston MA 02109

Kirkland & Ellis Llp
Attn Linda K Myers Esq
200 E Randolph Dr
Chicago IL 60601

Kurtzman Carson Consultants Llc
Evan Gershbein
2335 Alaska Avenue
El Segundo CA 90245

Kutak Rock Llp
Peter J. Barrett
1111 East Main Street
Suite 800
Richmond VA 23219

LeClair Ryan
Attn Bruce Matson Esq
Riverfront Plaza E Tower
951 E Byrd St 8th Fl
Richmond VA  23219

McGuirewoods, LLP
Attn: Dion W. Hayes
901 E Cary St.
One James Center
Richmond VA 23219

National Association Of Attorneys General
Karen Cordry, Esq.
Naag Bankruptcy Counsel
2030 M Street, N.W., 8th Floor
Washington DC 20036

Office Of The Attorney General
Bob Mcdonnell
Commonwealth Of Virginia
900 E. Main St.
Richmond VA 23219

Office Of The U.S. Trustee
Robert B. Van Arsdale
701 E. Broad St.
Suite 4304
Richmond VA 23219-1888

Pachulski Stang Ziehl & Jones Llp
Jeffrey N Pomerantz Esq
10100 Santa Monica Blvd 11th Fl
Los Angeles  CA 90067-4100

Pachulski Stang Ziehl & Jones Llp
Robert J Feinstein Esq
780 Third Ave 36th Fl
New York NY 10017

Riemer & Braunstein Llp
David S. Berman
Three Center Plaza, 6th Floor
Boston MA 02108

Secretary Of Treasury
15th & Pennsylvania Avenue, N.W.
Washington DC 20020

Securities & Exchange Commission
Attn: Bankruptcy Unit
100 F St Ne
Washington DC 20020

Securities & Exchange Commission
Nathan Fuchs, Esq. Patricia Schrage, Esq.
New York Office
Branch/Reorganization
3 World Financial Ctr Ste 400
New York  NY 10281-1022

Skadden, Arps, Slate, Meagher & Flom, Llp
Gregg M. Galardi, Esq.
One Rodney Square
P.O. Box 636
Wilmington DE  19899-0636

Skadden, Arps, Slate, Meagher & Flom, Llp
Ian S. Fredericks, Esq.
One Rodney Square
P.O. Box 636
Wilmington  DE 19899-0636

Skadden, Arps, Slate, Meagher & Flom, Llp
Timothy G. Pohl, Esq.
Chris L. Dickerson, Esq.
155 N Whacker Dr Ste 2700
Chicago  IL  60606-1720

Tavenner & Beran Plc
Lynn L Tavenner Esq
Paula S Beran Esq
20 N Eighth St 2nd Fl
Richmond VA 23219

        */s/ Benjamin C. Ackerly*