July 10, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street ---Room 4000
Richmond, VA 22319

Debators: Circuit City Store, Inc., et al

Case Number: 08-35653 (KRH)

Objection title: Reclassification of Claims filed by Equity Holders to Interests

Claimant's Name: Youde Wang

Claim Number: 9392

Examination of Claim: 500 shares of Circuit City stock, a total of $6,100

Statement for objection: Equity is equity, not interests

Claimant's Name, Address:   Youde Wang
1296 Grand Cypress SQ,
Virginia Beach, VA 23455
(415) 9908257

*[signature]*

Youde Wang