Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street - Rm 4000
Richmond, Virginia 23219

RICHMOND DIVISION
FILED JUL 15 2009
CLERK U.S. BANKRUPTCY COURT

James H. Norton
P O Box 9566
Marina Del Rey, Ca 90295

Ref: Eleventh Omnibus Objection
(Docket no. 2881)

As a claimant I wish to oppose the Eleventh Omnibus Objection procedure on behalf of Circuit City Stores.

James H. Norton    claim # 3018    amt of claim $333.29 Dec 3rd

Sincerely,
James H. Norton