

To:   Clerk of the Bankruptcy Court
      701 East Broad Street – Courtroom 5100
      Richmond, Virginia 23219

Re: Response to Debtors' 19th Objection to Claims and a Request for Hearing in Circuit City Stores, Inc., et al v. Chapter 11 Case Number 08-35653 (KRH Jointly Administered.)


CC: Debtor's Attorneys:

   Skadden, Arps, Slate, Meagher & Flom, LLP
   One Rodney Square
   PO Box 636
   Wilmington, DE 19899-0636
   Attn: Gregg M. Galardi
   Attn: Ian S. Fredericks

   Skadden, Arps, Slate, Meagher & Flom, LLP
   333 West Wacker Drive
   Chicago, IL 60606
   Attn: Chris L. Dickerson

   McGuire Woods LLP
   One James Center
   901 East Cary Street
   Richmond, VA 23219
   Attn: Dion W. Hayes
   Attn: Douglas M. Foley


As follows:

1) The status of my initial claim (listed as 6260) is based in full accordance with 11 U.S.C. § 507(a)(4).
2) Despite other circular circumstances which, prior to the debtor's cessation of business, demonstrated willful intent in not paying this wage-debt , I am only seeking the priority-amount that has been previously listed.

3) In reviewing my initial claim, the term "wages" along with the timeframes in question is mentioned no less than 18 times. Attempting to reclassify this debt from Priority/General Unsecured to General Unsecured is petty and ignorant.

Jason W. Martinez / Claimant 6260
621 West 7th Street
Pueblo, Colorado 81003
(719) 248-1691

Certificate of Mailing:

I, Jason W. Martinez certify that this document was mailed to the above listed addresses on the 13th of July 2009.

*[signature]*

Jason W. Martinez