**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **CIRCUIT CITY STORES, INC., et al.**, | * | Case No: 08-35653-KRH |
| | | Chapter 11 |
| Debtors, | * | (Jointly Administered) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF CHANGE OF ADDRESS AND FIRM

Please note that counsel to Alliance Entertainment, LLC, now known as Source Interlink Distribution, LLC, ("Alliance") and Source Interlink Media, LLC ("SIM") (Alliance and SIM shall collectively be referred to as "Source") has joined a new law firm and moved. All future notices sent to Source or counsel to Source in the above-captioned matter should be sent to:

> Bradford F. Englander
> Brian M. Nestor
> Whiteford, Taylor & Preston LLP
> 3190 Fairview Park Drive, Suite 300
> Falls Church, Virginia 22042
> (703) 280-9081 (tel)
> (703) 280-3370 (fax)
> benglander@wtplaw.com

Dated: July 16, 2009

Respectfully submitted,

/s/ Bradford F. Englander
Bradford F. Englander, VSB# 36221
Brian M. Nestor, VSB# 77133
Whiteford, Taylor & Preston LLP
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(703) 280-9081 (tel)
(703) 280-3370 (fax)
benglander@wtplaw.com
Counsel for Alliance Entertainment, LLC, now known as Source Interlink Distribution, LLC, and Source Interlink Media, LLC

# CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing Notice of Change of Address and Firm was mailed by first class mail postage prepaid, this 16th day of July, 2009, to the following:

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
Counsel for the Debtors
gregg.galardi@skadden.com
ian.fredericks@skadden.com

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Counsel for the Debtors
dfoley@mcguirewoods.com
dhayes@mcguirewoods.com

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
36th Floor New York, NY 10017
Counsel for the Creditors' Committee Case
rfeinstein@pszjlaw.com

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606
Counsel for the Debtors
chris.dickerson@skadden.com

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street Second Floor
Richmond, VA 23219
Counsel for the Creditors' Committee
ltavenner@tb-lawfirm.com

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Robert.B.Van.Arsdale@usdoj.gov

and that the foregoing Notice was also filed electronically via the Court's CM/ECF system on this date such that it would be served electronically on those parties entitled to receive such notice in this case.

                                            /s/Brian M. Nestor
                                            Brian M. Nestor