July 10, 2009

Clerk of the Bankruptcy Court
Eastern District of Virginia - Richmond Division

Re: Circuit City Stores, Inc
Chapter 11
Case No. 08-35653 (KRH)

RICHMOND DIVISION
FILED
JUL 16 2009
CLERK
U.S. BANKRUPTCY COURT

Purpose: I wish to formerly file a response to debtors objection to my claim. My claim number is 3770. My claim amount is $300,000.00. A copy of this response has been mailed to the debtors attorneys.

Title of the objection: Debtor's Fifteenth Omnibus Objection to Claims [Reclassification of Claims Filed By Equity Holders to Interests]

My name is Gary Kurzenhauser. I was an equity holder of 300,000 common shares of Circuit City stock. Management and Directors of Circuit City lied to me regarding the financial condition of said company. As a result, I had $300,000.00 stolen from me. I am at a loss.

My address is:
P.O. Box 740
Farmingville, NY 11738

My phone number is: 631 255 7549

Sincerely,
Gary Kurzenhauser
GARY KURZENHAUSER