**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **Circuit City Stores, Inc.,** ***et al.*****,** | : | **Case No. 08-35653 (KRH)** |
| | : | |
| **Debtors.** | : | |

**RESPONSE OF DENON ELECTRONICS (USA) LLCTO DEBTORS' NINETEENTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO UNSECURED, NON-PRIORITY CLAIMS)**

COMES NOW **Denon Electronics (USA) LLC** ("Denon"), by the undersigned counsel, for its response to *Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to Unsecured, Non-Priority Claims)* ("Objection"), and states as follows:

1. On or about December 19, 2008, Denon timely filed its claim with Debtors' claims agent, Kurtzman Carson Consultants, in the amount of $589,396.62. The claim has been assigned claim number 1451. A copy of the claim is attached hereto and incorporated in full by this reference as Exhibit A. The Debtor's Objection seeks to reclassify this claim from a reclamation claim, to a general unsecured claim.

2. The claim is based upon goods sold and delivered to Debtor, in Debtor's ordinary course of business, within forty-five (45) days of the commencement of Circuit City's bankruptcy case. See, 11 U.S.C. § 546(c). Additionally, it is based on the reclamation demand letter of November 10, 2008, from John Henderson, Director of Credit, D & M Holdings US,

William A. Gray, Esquire – VSB #46911
W. Ashley Burgess, Esquire – VSB # 67998
C. Thomas Ebel, Esquire – VSB #18637
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
Post Office Box 1998
Richmond, Virginia 23218-1998
(804) 648-1636 Telephone
(804) 783-7291 Facsimile
*Counsel for Denon Electronics (USA) LLC*

Inc.[1], to Bruce H. Besanko, Chief Financial Officer, Circuit City Stores, Inc. A copy of Mr. Henderson's letter is attached to the claim (*See* Exhibit A).[2]

3. The goods delivered to Debtor within forty-five (45) days of its bankruptcy petition were shipped, in general, pursuant to a letter agreement between Denon and the Debtor, dated August 2, 2006 (the "Letter Agreement"). A copy of the Letter Agreement is attached hereto and incorporated in full by the reference as Exhibit B**.**

4. The person with knowledge of this claim is Mr. John Henderson, as identified above. A Declaration of John Henderson is attached hereto and incorporated in full by this reference as Exhibit C.

5. Denon reserves the right to supplement this Response in advance of any final hearing on the Objection.

**WHEREFORE,** Denon respectfully requests that the Court overrule the Objection, and allow Denon's claim as filed, and grant such further relief as is just and proper under the circumstances.

**Respectfully Submitted,**
**Denon Electronics (USA), LLC**
**By Counsel**

/s/ William A. Gray

William A. Gray, Esquire – VSB #46911
W. Ashley Burgess, Esquire – VSB # 67998
C. Thomas Ebel, Esquire – VSB #18637
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
Post Office Box 1998
Richmond, Virginia 23218-1998
(804) 648-1636 Telephone
(804) 783-7291 Facsimile
*Counsel for Denon Electronics (USA) LLC*

[1] D&M Holdings US, Inc. is the parent company of Denon Electronics (USA) LLC.

[2] As identified in Mr. Henderson's letter, some of the goods included in this claim were delivered within twenty (20) days of the bankruptcy petition. As such, Denon reserves its right to administrative expense status for such goods, pursuant to 11 U.S.C. § 503(b)(9).

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of July, 2009, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and was mailed, by U.S. Mail, first class, postage prepaid, to all persons on the Service List below:

**SERVICE LIST**

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
*Counsel for Debtors*

David W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
*Counsel for Debtors*

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
*Counsel for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606
*Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
*U.S. Trustee's Office*

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601
*Special Counsel for Debtors*

David S. Berman, Esquire
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
*Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219
*Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
*Local Counsel for the Official Committee of Unsecured Creditors*

Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 11th Fl
Los Angeles, CA 90067
*Counsel for the Official Committee of Unsecured Creditors*

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 26th Floor
New York, NY 10017
*Counsel for the Official Committee of Unsecured Creditors*

/s/ William A. Gray