IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| **Circuit City Stores, Inc.,** *et al.*, | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |

**RESPONSE OF SNELL ACOUSTICS INC TO DEBTORS'
NINETEENTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF
CERTAIN MISCLASSIFIED CLAIMS TO UNSECURED, NON-PRIORITY CLAIMS)**

COMES NOW **Snell Acoustics Inc.,** a division of Boston Acoustics, Inc. ("Snell Acoustics"), by the undersigned counsel, for its response to *Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to Unsecured, Non-Priority Claims)* ("Objection"), and states as follows:

1.     On or about December 19, 2008, Snell Acoustics timely filed its claim with Debtor's claims agent, Kurtzman Carson Consultants, in the amount of $2,166.39. The claim has been assigned claim number 1450. A copy of the claim is attached hereto and incorporated in full by this reference as Exhibit A. The Debtor's Objection seeks to reclassify this claim from a reclamation claim, to a general unsecured claim.

2.     The claim is based upon goods sold and delivered to Debtor, in Debtor's ordinary course of business, within forty-five (45) days of the commencement of Circuit City's bankruptcy case. See, 11 U.S.C. § 546(c). Additionally, it is based on the reclamation demand letter of November 10, 2008, from John Henderson, Director of Credit, D & M Holdings US,

---

William A. Gray, Esquire – VSB #46911
C. Thomas Ebel, Esquire – VSB # 18637
Ashley Burges, Esquire – VSB # 67998
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone: (804) 648-1636
Fax:    (804) 783-7291
  *Counsel for Snell Acoustics Inc*

Inc.[1], to Bruce H. Besanko, Chief Financial Officer, Circuit City Stores, Inc. A copy of Mr. Henderson's letter is attached to the claim (*See* Exhibit A).

3. The goods delivered to Debtor within forty-five (45) days of its bankruptcy petition were shipped, in general, pursuant to a letter agreement between Boston Acoustics, Inc. and the Debtor, dated August 2, 2006 ("Letter Agreement"). A copy of the Letter Agreement is attached hereto and incorporated in full by the reference as <u>Exhibit B</u>.

4. The person with knowledge of this claim is Mr. John Henderson, as identified above. A Declaration of John Henderson is attached hereto and incorporated in full by this reference as <u>Exhibit C</u>.

5. Snell Acoustics reserves it rights to supplement this Response in advance of any final hearing on the Objection.

**WHEREFORE,** Snell Acoustics respectfully requests the Court overrule the Objection, and allow Snell Acoustics' claim as filed, and grant such further relief as is just and proper under the circumstances.

**Respectfully Submitted,**

**SNELL ACOUSTICS, INC.**

**By Counsel**

 /s/ William A. Gray
William A. Gray, Esquire – VSB #46911
C. Thomas Ebel, Esquire – VSB # 18637
Ashley Burgess, Esquire – VSB # 67998
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(P.O. Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone: (804) 648-1636
Fax: (804) 783-7291
*Counsel for Snell Acoustics Inc*

---

[1] Snell Acoustics Inc. is a division and doing business name of Boston Acoustics, Inc.; D & M Holdings is the parent company to Boston Acoustics.

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2009, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and was mailed, by U.S. Mail, first class, postage prepaid, to all persons on the Service List below:

## SERVICE LIST

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
*Counsel for Debtors*

David W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
*Counsel for Debtors*

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
*Counsel for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606
*Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
*U.S. Trustee's Office*

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601
*Special Counsel for Debtors*

3

| | |
|---|---|
| David S. Berman, Esquire<br>Riemer & Braunstein, LLP<br>Three Center Plaza, 6th Floor<br>Boston, Massachusetts 02108<br>*Counsel for Bank of America, N.A.* | Bruce Matson, Esquire<br>LeClair Ryan<br>Riverfront Plaza, East Tower<br>951 East Byrd Street, 8th Floor<br>Richmond, Virginia 23219<br>*Counsel for Bank of America, N.A.* |
| Lynn L. Tavenner, Esquire<br>Tavenner & Beran, PLC<br>20 North Eighth Street, Second Floor<br>Richmond, Virginia 23219<br>*Local Counsel for the Official Committee of Unsecured Creditors* | Jeffrey N. Pomerantz, Esquire<br>Pachulski Stang Ziehl & Jones, LLP<br>10100 Santa Monica Boulevard, 11th Fl<br>Los Angeles, CA 90067<br>*Counsel for the Official Committee of Unsecured Creditors* |
| Robert J. Feinstein, Esquire<br>Pachulski Stang Ziehl & Jones, LLP<br>780 Third Avenue, 26th Floor<br>New York, NY 10017<br>*Counsel for the Official Committee of Unsecured Creditors* | |

                                                              /s/ William A. Gray