| | | | |
|---|---|---|---|
| **Prebill Number:** | 51480 | | |
| **Billing Timekeeper:** | **JGV** | Verrillo, James G. | |
| **Client:** | **10878** | Seligson/Circuit City | |
| **Matter:** | **00000** | Circuit City Ch.11 (landlord) | |
| Bill Format: | JP01 | Conversion of 01 | |
| Begin Date: | 01/01/1986 | **End Date:** | 03/31/2009 |
| Date of Last Bill | 03/13/2009 | **ITD Amount Billed** | $7,660.88 |
| Date of Last Statement | 01/01/1900 | **ITD Fees Received** | $0.00 |
| **Date of Last Payment** | **01/01/1900** | **ITD Expenses Received** | $0.00 |
| **Amount of Last Payment** | **$0.00** | | |

**A/R Aging:**

| | |
|---|---|
| 0 - 30 | $0.00 |
| 31 - 60 | $1444.04 |
| 61 - 90 | $4269.34 |
| 91 - 120 | $0.00 |
| 121 & up | $1947.50 |

**Action to be taken:**

[ ] None

[ ] Full Detail (Fees and Expenses)

[ ] Expense Only (Hold Fees)

[ ] Summary Bill (Summarize Fees and Expenses)

[ ] Summary with Expense (Summarize Fees, Detail Expenses)

# ZEISLER & ZEISLER, P.C.
## 558 CLINTON AVENUE
### BRIDGEPORT, CONNECTICUT 06605
PHONE (203) 368-4234

April 28, 2009

Invoice#     51480     JGV
Our file#    10878    00000
Billing through 03/31/2009

Stanley Seligson

605 West Avenue
Norwalk, CT 06850

Re: Circuit City Chp. 11 (landlord)

| | | |
|---|---|---|
| Balance forward as of invoice dated March 13, 2009 | | $7,660.88 |
| Payments received since last invoice | | 0.00 |
| Accounts receivable balance carried forward | | $7,660.88 |

**PROFESSIONAL SERVICES**

| | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JGV Bill | 03/02/2009 | | 0.20  0.20 | 475.00 / 475.00 | 95.00 |
| 03/02/2009 | JGV | Telephone conference with Attorney with Fredericks re: relet | 0.20 hrs. | | 95.00 |
| JGV Bill | 03/03/2009 | | 0.20  0.20 | 475.00 / 475.00 | 95.00 |
| 03/03/2009 | JGV | Review of file; Correspondence to and from counsel, auction | 0.20 hrs. | | 95.00 |
| JGV Bill | 03/05/2009 | | 0.50  0.50 | 475.00 / 475.00 | 237.50 |
| 03/05/2009 | JGV | New exhibits; objection; draft | 0.50 hrs. | | 237.50 |
| JGV Bill | 03/05/2009 | | 0.20  0.20 | 475.00 / 475.00 | 95.00 |
| 03/05/2009 | JGV | Review correspondence from client; Correspondence to client re: CAM; Revise motion | 0.20 hrs. | | 95.00 |
| JGV Bill | 03/05/2009 | | 0.20  0.20 | 475.00 / 475.00 | 95.00 |
| 03/05/2009 | JGV | Correspondence to client; Correspondence to client; Correspondence to client re: bidder | 0.20 hrs. | | 95.00 |
| JGV Bill | 03/05/2009 | | 0.50  0.50 | 475.00 / 475.00 | 237.50 |
| 03/05/2009 | JGV | Draft objection to cure and assignment | 0.50 hrs. | | 237.50 |
| JGV Bill | 03/05/2009 | | 0.50  0.50 | 475.00 / 475.00 | 237.50 |
| 03/05/2009 | JGV | Review auction issues, notice, status to clients | 0.50 hrs. | | 237.50 |
| RDZ Bill | 03/05/2009 | | 0.20  0.20 | 525.00 / 525.00 | 105.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/05/2009 | RDZ | Conference with Jim Verrillo | 0.20 hrs. | 105.00 |
| 03/06/2009 | JGV Bill | 0.20  0.20  475.00 | | 95.00 / 475.00 |
| 03/06/2009 | JGV | Review correspondence; Correspondence to P.C. Richards re: bid | 0.20 hrs. | 95.00 |
| 03/06/2009 | JGV Bill | 0.30  0.30  475.00 | | 142.50 / 475.00 |
| 03/06/2009 | JGV | Proof of claim - PC Richards; Review correspondence from client; Correspondence to client; Review correspondence; Correspondence | 0.30 hrs. | 142.50 |
| 03/06/2009 | JGV Bill | 0.20  0.20  475.00 | | 95.00 / 475.00 |
| 03/06/2009 | JGV | Conference with Doug et al re: P.C. Richards | 0.20 hrs. | 95.00 |
| 03/06/2009 | JGV Bill | 0.20  0.20  475.00 | | 95.00 / 475.00 |
| 03/06/2009 | JGV | Correspondence to/from counsel re; offer on property | 0.20 hrs. | 95.00 |
| 03/06/2009 | JGV Bill | 0.30  0.30  475.00 | | 142.50 / 475.00 |
| 03/06/2009 | JGV | Conference with Stanley re: bid | 0.30 hrs. | 142.50 |
| 03/06/2009 | JGV Bill | 0.10  0.10  475.00 | | 47.50 / 475.00 |
| 03/06/2009 | JGV | Review counsel's comments | 0.10 hrs. | 47.50 |
| 03/06/2009 | JGV Bill | 0.10  0.10  475.00 | | 47.50 / 475.00 |
| 03/06/2009 | JGV | Re: sale/auction | 0.10 hrs. | 47.50 |
| 03/06/2009 | JGV Bill | 0.40  0.40  475.00 | | 190.00 / 475.00 |
| 03/06/2009 | JGV | Revise and file objection | 0.40 hrs. | 190.00 |
| 03/09/2009 | JGV Bill | 0.20  0.20  475.00 | | 95.00 / 475.00 |
| 03/09/2009 | JGV | Review court matter; Filing objection; Follow-up | 0.20 hrs. | 95.00 |
| 03/09/2009 | JGV Bill | 0.10  0.10  475.00 | | 47.50 / 475.00 |
| 03/09/2009 | JGV | Filing of objection/confirmation | 0.10 hrs. | 47.50 |
| 03/09/2009 | JGV Bill | 0.30  0.30  475.00 | | 142.50 / 475.00 |
| 03/09/2009 | JGV | Conference with Stanley re: auction | 0.30 hrs. | 142.50 |
| 03/10/2009 | JGV Bill | 0.40  0.40  475.00 | | 190.00 / 475.00 |
| 03/10/2009 | JGV | Review with client/status; Correspondence to/from counsel re: auction and objection | 0.40 hrs. | 190.00 |
| 03/10/2009 | JGV Bill | 0.20  0.20  475.00 | | 95.00 / 475.00 |
| 03/10/2009 | JGV | Correspondence to Attorney re: assignment | 0.20 hrs. | 95.00 |
| 03/11/2009 | JGV Bill | 0.10  0.10  475.00 | | 47.50 / 475.00 |
| 03/11/2009 | JGV | Correspondence to Attorney | 0.10 hrs. | 47.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JGV Bill 03/11/2009 | | | 0.10 / 0.10 | 475.00 / 475.00 | 47.50 |
| 03/11/2009 | JGV | Re: litigation | 0.10 hrs. | | 47.50 |
| JGV Bill 03/11/2009 | | | 0.20 / 0.20 | 475.00 / 475.00 | 95.00 |
| 03/11/2009 | JGV | Review order/sale/bid procedures; Cure to counsel | 0.20 hrs. | | 95.00 |
| JGV Bill 03/11/2009 | | | 0.30 / 0.30 | 475.00 / 475.00 | 142.50 |
| 03/11/2009 | JGV | Review correspondence from client; Correspondence to client; Review correspondence from Attorney; Correspondence to Attorney; Correspondence to and from client and attorney re: cure | 0.30 hrs. | | 142.50 |
| JGV Bill 03/11/2009 | | | 0.10 / 0.10 | 475.00 / 475.00 | 47.50 |
| 03/11/2009 | JGV | Correspondence to and from Mike; Correspondence to Attorney re: cure | 0.10 hrs. | | 47.50 |
| JGV Bill 03/11/2009 | | | 0.70 / 0.70 | 475.00 / 475.00 | 332.50 |
| 03/11/2009 | JGV | Review bid procedure; Correspondence to client | 0.70 hrs. | | 332.50 |
| JGV Bill 03/12/2009 | | | 1.00 / 1.00 | 475.00 / 475.00 | 475.00 |
| 03/12/2009 | JGV | Correspondence to and from Mike; Review of 18 page sale order; Correspondence to and from attorney re: order, cure and hearing | 1.00 hrs. | | 475.00 |
| JGV Bill 03/12/2009 | | | 0.40 / 0.40 | 475.00 / 475.00 | 190.00 |
| 03/12/2009 | JGV | Conference with Doug; Correspondence to Bruce; Correspondence to and from Ian F. | 0.40 hrs. | | 190.00 |
| JGV Bill 03/12/2009 | | | 0.50 / 0.50 | 475.00 / 475.00 | 237.50 |
| 03/12/2009 | JGV | LNR from Doug; Review correspondence from client; Correspondence to Attorney; Correspondence to Attorney re: CAM, cure and obligation | 0.50 hrs. | | 237.50 |
| JGV Bill 03/12/2009 | | | 0.20 / 0.20 | 475.00 / 475.00 | 95.00 |
| 03/12/2009 | JGV | Review cure amounts and CAM charges | 0.20 hrs. | | 95.00 |
| JGV Bill 03/13/2009 | | | 0.20 / 0.20 | 475.00 / 475.00 | 95.00 |
| 03/13/2009 | JGV | Review correspondence from client; Correspondence to client re: assignment | 0.20 hrs. | | 95.00 |
| JGV Bill 03/13/2009 | | | 0.10 / 0.10 | 475.00 / 475.00 | 47.50 |
| 03/13/2009 | JGV | Correspondence to counsel re: cure issue | 0.10 hrs. | | 47.50 |
| JGV Bill 03/13/2009 | | | 0.70 / 0.70 | 475.00 / 475.00 | 332.50 |
| 03/13/2009 | JGV | Review correspondence from Attorney; | 0.70 hrs. | | 332.50 |