10878    Seligson/Circuit City    Invoice# 51480    Page 4

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Correspondence to and from Bruce re: form of sale; Review agenda items | | | |
| 03/16/2009 | JGV Bill | | 0.50 / 0.50 | 475.00 / 475.00 | 237.50 |
| 03/16/2009 | JGV | Review order and numbers; Correspondence to Mike; Conference with Circuit City attorney; Review correspondence from client; Correspondence to client; Correspondence to/from Mike | 0.50 hrs. | | 237.50 |
| 03/16/2009 | JGV Bill | | 0.20 / 0.20 | 475.00 / 475.00 | 95.00 |
| 03/16/2009 | JGV | Review correspondence from client; Correspondence to client re: order on sale | 0.20 hrs. | | 95.00 |
| 03/16/2009 | JGV Bill | | 0.30 / 0.30 | 475.00 / 475.00 | 142.50 |
| 03/16/2009 | JGV | Conference with Mike re: next steps, bankruptcy | 0.30 hrs. | | 142.50 |
| 03/17/2009 | JGV Bill | | 0.10 / 0.10 | 475.00 / 475.00 | 47.50 |
| 03/17/2009 | JGV | Telephone conference with Attorney Filari re: cure | 0.10 hrs. | | 47.50 |
| 03/17/2009 | JGV Bill | | 0.20 / 0.20 | 475.00 / 475.00 | 95.00 |
| 03/17/2009 | JGV | Re: orders on sale | 0.20 hrs. | | 95.00 |
| 03/18/2009 | JGV Bill | | 0.20 / 0.20 | 475.00 / 475.00 | 95.00 |
| 03/18/2009 | JGV | Conference with Bruce re: CAM charges and tax adjustments | 0.20 hrs. | | 95.00 |
| 03/18/2009 | JGV Bill | | 0.30 / 0.30 | 475.00 / 475.00 | 142.50 |
| 03/18/2009 | JGV | Review of case law; cure taxes | 0.30 hrs. | | 142.50 |
| 03/18/2009 | JGV Bill | | 0.60 / 0.60 | 475.00 / 475.00 | 285.00 |
| 03/18/2009 | JGV | Correspondence to Atty.; Correspondence to client re; lease cure; review lease and status | 0.60 hrs. | | 285.00 |
| 03/18/2009 | JGV Bill | | 0.20 / 0.20 | 475.00 / 475.00 | 95.00 |
| 03/18/2009 | JGV | Review per diem tax claim and response to Skadden | 0.20 hrs. | | 95.00 |
| 03/18/2009 | JGV Bill | | 0.20 / 0.20 | 475.00 / 475.00 | 95.00 |
| 03/18/2009 | JGV | Re: cure; taxes; challenge | 0.20 hrs. | | 95.00 |
| 03/18/2009 | JGV Bill | | 0.70 / 0.70 | 475.00 / 475.00 | 332.50 |
| 03/18/2009 | JGV | Telephone conference with Attorney; with Skadden re: cure; Review docket, decision; Correspondence to/from Skadden | 0.70 hrs. | | 332.50 |
| 03/18/2009 | JGV Bill | | 0.20 / 0.20 | 475.00 / 475.00 | 95.00 |
| 03/18/2009 | JGV | Review correspondence from attorney; Review | 0.20 hrs. | | 95.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | correspondence from attorney re: cure issues | | | |
| 03/19/2009 | JGV Bill | | 0.20  0.20 | 475.00  475.00 | 95.00 |
| 03/19/2009 | JGV | Correspondence to Atty. Skadden re: cure; Review correspondence from attorney; Correspondence to attorney | 0.20 hrs. | | 95.00 |
| 03/19/2009 | JGV Bill | | 0.20  0.20 | 475.00  475.00 | 95.00 |
| 03/19/2009 | JGV | Conference with Mike re: payments; disputed amounts | 0.20 hrs. | | 95.00 |
| 03/19/2009 | JGV Bill | | 0.20  0.20 | 475.00  475.00 | 95.00 |
| 03/19/2009 | JGV | Re: cure issues | 0.20 hrs. | | 95.00 |
| 03/19/2009 | JGV Bill | | 0.10  0.10 | 475.00  475.00 | 47.50 |
| 03/19/2009 | JGV | Conference with Stanley re: payments to servicer | 0.10 hrs. | | 47.50 |
| 03/19/2009 | JGV Bill | | 0.20  0.20 | 475.00  475.00 | 95.00 |
| 03/19/2009 | JGV | Review correspondence from client; Correspondence to/from Doug re: tax and CAM adjustments | 0.20 hrs. | | 95.00 |
| 03/19/2009 | JGV Bill | | 0.50  0.50 | 475.00  475.00 | 237.50 |
| 03/19/2009 | JGV | Review correspondence from attorney re: agenda and court matters; Review correspondence from Mike re; taxes; Correspondence to attorney re: cure issues; Correspondence to Bruce re: PC Richards | 0.50 hrs. | | 237.50 |
| 03/20/2009 | JGV Bill | | 0.30  0.30 | 475.00  475.00 | 142.50 |
| 03/20/2009 | JGV | Review docket for objection of landlord to payment of real estate taxes post-petition | 0.30 hrs. | | 142.50 |
| 03/20/2009 | JGV Bill | | 0.10  0.10 | 475.00  475.00 | 47.50 |
| 03/20/2009 | JGV | Court notice on continued hearing | 0.10 hrs. | | 47.50 |
| 03/23/2009 | JGV Bill | | 0.20  0.20 | 475.00  475.00 | 95.00 |
| 03/23/2009 | JGV | Review court orders; Correspondence to Bruce re; taxes | 0.20 hrs. | | 95.00 |
| 03/23/2009 | JGV Bill | | 0.10  0.10 | 475.00  475.00 | 47.50 |
| 03/23/2009 | JGV | Re: objection; distribution | 0.10 hrs. | | 47.50 |
| 03/24/2009 | JGV Bill | | 0.20  0.20 | 475.00  475.00 | 95.00 |
| 03/24/2009 | JGV | Telephone conference with Stanley; Correspondence to/from Atty. Skadden | 0.20 hrs. | | 95.00 |
| 03/24/2009 | JGV Bill | | 0.20  0.20 | 475.00  475.00 | 95.00 |
| 03/24/2009 | JGV | Review proration case | 0.20 hrs. | | 95.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/24/2009 | JGV Bill | | 0.10 / 0.10 | 475.00 / 475.00 | 47.50 |
| 03/24/2009 | JGV | Re: cure issues; PC Richards | 0.10 hrs. | | 47.50 |
| 03/25/2009 | JGV Bill | | 0.20 / 0.20 | 475.00 / 475.00 | 95.00 |
| 03/25/2009 | JGV | Review correspondence from attorney; Correspondence to attorney; Correspondence to client re: undisputed rent | 0.20 hrs. | | 95.00 |
| 03/25/2009 | JGV Bill | | 0.20 / 0.20 | 475.00 / 475.00 | 95.00 |
| 03/25/2009 | JGV | Correspondence to/from client re: PC; cure and CAM | 0.20 hrs. | | 95.00 |
| 03/25/2009 | JGV Bill | | 0.10 / 0.10 | 475.00 / 475.00 | 47.50 |
| 03/25/2009 | JGV | Conference with Jeff re: service | 0.10 hrs. | | 47.50 |
| 03/26/2009 | JGV Bill | | 0.20 / 0.20 | 475.00 / 475.00 | 95.00 |
| 03/26/2009 | JGV | Conference with Stanley; Conference with Folinarin | 0.20 hrs. | | 95.00 |
| 03/26/2009 | JGV Bill | | 0.10 / 0.10 | 475.00 / 475.00 | 47.50 |
| 03/26/2009 | JGV | Correspondence to Atty. Skadden re: checks | 0.10 hrs. | | 47.50 |
| 03/26/2009 | JGV Bill | | 0.20 / 0.20 | 475.00 / 475.00 | 95.00 |
| 03/26/2009 | JGV | Review correspondence from client; Correspondence to attorney; Review correspondence from attorney re: distributions; correspondence to/from Skadden, Doug | 0.20 hrs. | | 95.00 |
| 03/26/2009 | JGV Bill | | 0.10 / 0.10 | 475.00 / 475.00 | 47.50 |
| 03/26/2009 | JGV | Review correspondence from attorney; court notice | 0.10 hrs. | | 47.50 |
| 03/26/2009 | JGV Bill | | 0.20 / 0.20 | 475.00 / 475.00 | 95.00 |
| 03/26/2009 | JGV | Review correspondence from client; Correspondence to client re: cure amount; Telephone conference with Doug Graham | 0.20 hrs. | | 95.00 |
| 03/27/2009 | JGV Bill | | 0.20 / 0.20 | 475.00 / 475.00 | 95.00 |
| 03/27/2009 | JGV | Correspondence to/from client; Circuit City re: cure and assignment | 0.20 hrs. | | 95.00 |
| 03/30/2009 | JGV Bill | | 0.20 / 0.20 | 475.00 / 475.00 | 95.00 |
| 03/30/2009 | JGV | Telephone conference with Graham re: wire; Review correspondence from client; Review correspondence from attorney | 0.20 hrs. | | 95.00 |
| 03/31/2009 | JGV Bill | | 0.10 / 0.10 | 475.00 / 475.00 | 47.50 |
| 03/31/2009 | JGV | Re: PC Richards and CAM | 0.10 hrs. | | 47.50 |

$8,655.00

## EXPENSES

| | | | |
|---|---|---|---|
| FAX Bill | 03/06/2009 | $3.00 | |
| 03/06/2009 | Telefax | | 3.00 |
| POST Bill | 03/06/2009 | $20.00 | |
| 03/06/2009 | Postage | | 20.00 |
| TEL Bill | 03/06/2009 | $2.55 | |
| 03/06/2009 | Long Distance Telephone Call | | 2.55 |
| TEL Bill | 03/06/2009 | $2.55 | |
| 03/06/2009 | Long Distance Telephone Call | | 2.55 |
| TEL Bill | 03/06/2009 | $3.40 | |
| 03/06/2009 | Long Distance Telephone Call | | 3.40 |
| TEL Bill | 03/06/2009 | $1.70 | |
| 03/06/2009 | Long Distance Telephone Call | | 1.70 |
| LDC Bill | 03/26/2009 | $2.00 | |
| 03/26/2009 | Long Distance Phone Charge (CT) | | 2.00 |

$35.20

## TIMEKEEPER FEE SUMMARY

| Timekeeper | Total Hours | Rate | Total Fee |
|---|---|---|---|
| Verrillo, James G. | 18.00 | $475.00 | 8,550.00 |
| Zeisler, Richard D. | 0.20 | $525.00 | 105.00 |
| | 18.20 | | 8,655.00 |

**Billing Summary**

| | |
|---|---|
| Total professional services | $8,655.00 |
| Total expenses incurred | $35.20 |
| Total of new charges for this invoice | $8,690.20 |
| Plus net balance forward | $7,660.88 |
| **Total balance now due** | **$16,351.08** |

**WE NOW ACCEPT MASTERCARD, VISA AND DISCOVER CARDS.**

\*\* Trust account remaining balance is     $0.00

**Zeisler & Zeisler, P.C.**
558 Clinton Avenue
Bridgeport, Connecticut  06605
Phone (203) 368-4234

March 13, 2009

Invoice#   45986   JGV
Our file#   10878   00000
Billing through   02/28/2009

Stanley Seligson

605 West Avenue
Norwalk, CT  06850

Re: Circuit City Chp. 11 (landlord)

| | |
|---|---|
| Balance forward as of invoice dated   February 11, 2009 | $6,216.84 |
| Payments received since last invoice | 0.00 |
| Accounts receivable balance carried forward | $6,216.84 |

**PROFESSIONAL SERVICES**

| | | | | |
|---|---|---|---|---|
| 02/03/2009 | JGV | Message to client re: status | 0.10 hrs. | 47.50 |
| 02/04/2009 | JGV | Correspondence to client Stanley re: Judge's ruling | 0.10 hrs. | 47.50 |
| 02/04/2009 | JGV | Review Proof of Claim / to Graham, letter from agent for landlord | 0.10 hrs. | 47.50 |
| 02/09/2009 | JGV | Conference with Michelle, Adams re: sprinklers | 0.10 hrs. | 47.50 |
| 02/10/2009 | JGV | Review correspondence from client / Correspondence to client / review Proof of Claim for admin. expense filing | 0.20 hrs. | 95.00 |
| 02/11/2009 | JGV | Re: Admin. Proof of Claim | 0.10 hrs. | 47.50 |
| 02/12/2009 | JGV | Draft admin. expenses | 0.10 hrs. | 47.50 |
| 02/12/2009 | JGV | Re: conference call / update docket | 0.10 hrs. | 47.50 |
| 02/13/2009 | JGV | Conference call Adams / Stanley on strategy | 0.50 hrs. | 237.50 |
| 02/17/2009 | JGV | Review correspondence from client and Correspondence to client re: filing Proof of Claim | 0.20 hrs. | 95.00 |
| 02/19/2009 | JGV | Re: issue on Proof of Claim | 0.10 hrs. | 47.50 |
| 02/20/2009 | JGV | Conference with Stanley re: Key Bank, Status of Circuit; Negotiations | 0.20 hrs. | 95.00 |
| 02/21/2009 | RDZ | Call to client | 0.10 hrs. | 52.50 |
| 02/23/2009 | JGV | Review correspondence from client re: R/E takeover | 0.20 hrs. | 95.00 |
| 02/25/2009 | JGV | Review correspondence from client re: leasing of property | 0.10 hrs. | 47.50 |
| 02/25/2009 | JGV | Review correspondence from client and review | 0.20 hrs. | 95.00 |

| Date | | | | |
|---|---|---|---|---|
| | | agency order re: condition of premises | | |
| 02/25/2009 | JGV | Re: release the premises | 0.20 hrs. | 95.00 |
| 02/26/2009 | JGV | Conference with Attorney Richard Zeisler re: rents / admin. | 0.10 hrs. | 47.50 |
| 02/27/2009 | JGV | Re: Circuit City assignment | 0.20 hrs. | 95.00 |

$1,430.00

**EXPENSES**

| | | |
|---|---|---|
| 02/12/2009 | Copying | 0.20 |
| 02/20/2009 | Federal Express | 11.84 |
| 02/20/2009 | Long Distance Phone Charge (CT) | 2.00 |

$14.04

**TIMEKEEPER FEE SUMMARY**

| Timekeeper | Total Hours | Rate | Total Fee |
|---|---|---|---|
| Verrillo, James G. | 2.90 | $475.00 | 1,377.50 |
| Zeisler, Richard D. | 0.10 | $525.00 | 52.50 |
| | 3.00 | | 1,430.00 |

**Billing Summary**

| | |
|---|---|
| Total professional services | $1,430.00 |
| Total expenses incurred | $14.04 |
| Total of new charges for this invoice | $1,444.04 |
| Plus net balance forward | $6,216.84 |
| **Total balance now due** | **$7,660.88** |

We now accept mastercard, visa and discover cards.

Your account is over 30 days past due. Your prompt payment would be appreciated.

**Zeisler & Zeisler, P.C.**
558 Clinton Avenue
Bridgeport, Connecticut 06605
Phone (203) 368-4234

February 11, 2009

Invoice#      45661     JGV
Our file#     10878     00000
Billing through   01/31/2009

Stanley Seligson

605 West Avenue
Norwalk, CT 06850

| | |
|---|---|
| Balance forward as of invoice dated   December 26, 2008 | $1,947.50 |
| Payments received since last invoice | 0.00 |
| Accounts receivable balance carried forward | $1,947.50 |

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/04/2008 | JGV | Re: docket review | 0.20 hrs. | 95.00 |
| 12/05/2008 | JGV | Conference with counsel re: rents / review docket / conference / to Stanley | 0.30 hrs. | 142.50 |
| 12/05/2008 | JGV | Telephone conference with Attorney for Circuit City | 0.10 hrs. | 47.50 |
| 12/05/2008 | JGV | Telephone conference with Attorney Fredericks | 0.10 hrs. | 47.50 |
| 12/08/2008 | JGV | Re: docket, payment, conference with counsel | 0.20 hrs. | 95.00 |
| 12/08/2008 | JGV | Review correspondence from client re: status of rentals | 0.10 hrs. | 47.50 |
| 12/10/2008 | JGV | Conference with counsel re: rent | 0.10 hrs. | 47.50 |
| 12/11/2008 | JGV | Telephone conference with Attorney | 0.10 hrs. | 47.50 |
| 12/12/2008 | JGV | Conference with Stanley | 0.10 hrs. | 47.50 |
| 12/15/2008 | JGV | Conference with Stanley, review docket | 0.30 hrs. | 142.50 |
| 01/05/2009 | JGV | Review docket for stub lease / status | 0.50 hrs. | 237.50 |
| 01/06/2009 | JGV | Review correspondence from client / correspondence to client re: POC and filing | 0.20 hrs. | 95.00 |
| 01/06/2009 | JGV | Local counsel issue | 0.10 hrs. | 47.50 |
| 01/06/2009 | JGV | Correspondence to Stanley re: status | 0.10 hrs. | 47.50 |
| 01/07/2009 | JGV | Review correspondence / court docket re: filing | 0.10 hrs. | 47.50 |
| 01/08/2009 | JGV | Re: "Stub" rent issue | 0.30 hrs. | 142.50 |
| 01/09/2009 | JGV | Re: lease rejection and POA | 0.10 hrs. | 47.50 |
| 01/09/2009 | JGV | Conference with client / review docket / POC | 0.20 hrs. | 95.00 |
| 01/13/2009 | JGV | Review docket | 0.10 hrs. | 47.50 |
| 01/14/2009 | JGV | Review budget, email, §365, draft 2 POCs | 0.60 hrs. | 285.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | including admin and unsecured review | | |
| 01/16/2009 | JGV | Review journal article and notices, conference with Stanley re: status | 0.40 hrs. | 190.00 |
| 01/16/2009 | JGV | Review and draft POC / lease | 1.00 hrs. | 475.00 |
| 01/16/2009 | JGV | Telephone conference with client Michelle conference with Stanley | 0.20 hrs. | 95.00 |
| 01/19/2009 | JGV | Review agency, to Stanley re: Agreement payment of rent | 0.30 hrs. | 142.50 |
| 01/19/2009 | JGV | POC / forms claims agent and status | 0.40 hrs. | 190.00 |
| 01/19/2009 | JGV | Review correspondence from Attorney and Correspondence to Attorney notices from Attorney re: status | 0.20 hrs. | 95.00 |
| 01/19/2009 | JGV | Review POC / send to Graham | 0.20 hrs. | 95.00 |
| 01/19/2009 | JGV | Review correspondence from client from Michelle / conference with Attorney Fredricks re: lease obligations | 0.20 hrs. | 95.00 |
| 01/20/2009 | JGV | Conference with Attorney re: R/E taxes | 0.10 hrs. | 47.50 |
| 01/21/2009 | JGV | Conference with Stanley / status | 0.10 hrs. | 47.50 |
| 01/21/2009 | JGV | Review options on lease, taxes, November rent and status | 0.30 hrs. | 142.50 |
| 01/22/2009 | JGV | Review POC / to Graham | 0.10 hrs. | 47.50 |
| 01/22/2009 | JGV | Review correspondence from client and Correspondence to client re: POC | 0.10 hrs. | 47.50 |
| 01/22/2009 | JGV | To/from Graham / review for POC | 0.20 hrs. | 95.00 |
| 01/23/2009 | JGV | To/from re:: POC and tax issues | 0.20 hrs. | 95.00 |
| 01/24/2009 | JGV | Review recent order / POC | 0.10 hrs. | 47.50 |
| 01/26/2009 | JGV | Review POC / filing / to/from Graham | 0.20 hrs. | 95.00 |
| 01/26/2009 | RDZ | Telephone conference with Stanley | 0.20 hrs. | 105.00 |
| 01/27/2009 | JGV | Re: POC / tax payment | 0.10 hrs. | 47.50 |
| 01/28/2009 | JGV | Review docket, order on Nov. rent / tax issue | 0.40 hrs. | 190.00 |

$4,237.50

**EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 01/19/2009 | Copying | 0.40 |
| 01/26/2009 | Copying | 14.20 |
| 01/26/2009 | Federal Express | 17.24 |

$31.84

**Billing Summary**

Total professional services    $4,237.50

10878      Seligson/Circuit City                Invoice#   45661      Page   3

**TIMEKEEPER FEE SUMMARY**

| Timekeeper | Total Hours | Rate | Total Fee |
|---|---|---|---|
| Verrillo, James G. | 8.70 | $475.00 | 4,132.50 |
| Zeisler, Richard D. | 0.20 | $525.00 | 105.00 |
|  | 8.90 |  | 4,237.50 |

**Billing Summary**

| | |
|---|---|
| Total professional services | $4,237.50 |
| Total expenses incurred | $31.84 |
| Total of new charges for this invoice | $4,269.34 |
| Plus net balance forward | $1,947.50 |
| **Total balance now due** | **$6,216.84** |

We now accept mastercard, visa and discover cards.

**Zeisler & Zeisler, P.C.**
558 Clinton Avenue
Bridgeport, Connecticut  06605
Phone (203) 368-4234

December 26, 2008

Invoice#    45492    JGV
Our file#    10878    00000
Billing through  11/30/2008

Stanley Seligson

605 West Avenue
Norwalk, CT  06850

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/13/2008 | JGV | Conference with Stanley re: Ch. 11 | 0.20 hrs. | 95.00 |
| 11/13/2008 | JGV | Conference with Stanley / status | 0.10 hrs. | 47.50 |
| 11/13/2008 | JGV |  | 1.00 hrs. | 475.00 |
| 11/14/2008 | JGV | Review docket / financing / GOB | 0.50 hrs. | 237.50 |
| 11/14/2008 | JGV | Review lease, status / monthly changes | 0.30 hrs. | 142.50 |
| 11/14/2008 | JGV | Review court Motions, surrender, rejection | 0.50 hrs. | 237.50 |
| 11/17/2008 | JGV | Conference with Adams | 0.10 hrs. | 47.50 |
| 11/19/2008 | JGV | Review papers / conference with Galardi | 0.30 hrs. | 142.50 |
| 11/20/2008 | JGV | Review correspondence from client and Correspondence to client re: rent issues | 0.20 hrs. | 95.00 |
| 11/21/2008 | JGV | Review Motion to Extend, Review Motion to Extend to Pay | 0.50 hrs. | 237.50 |
| 11/25/2008 | JGV | Re: review docket / status | 0.20 hrs. | 95.00 |
| 11/25/2008 | JGV | Review correspondence from client and Correspondence to client re: notices and Objection to Motion to Extend Time | 0.20 hrs. | 95.00 |

$1,947.50

**TIMEKEEPER FEE SUMMARY**

| Timekeeper | Total Hours | Rate | Total Fee |
|---|---|---|---|
| Verrillo, James G. | 4.10 | $475.00 | 1,947.50 |
|  | 4.10 |  | 1,947.50 |

**Billing Summary**

| | |
|---|---|
| Total professional services | $1,947.50 |
| Total of new charges for this invoice | $1,947.50 |
| **Total balance now due** | **$1,947.50** |

We now accept mastercard, visa and discover cards.