7/15/2009

```
RICHMOND DIVISION
FILED
JUL 1 6 2009
CLERK
U.S. BANKRUPTCY COURT
FILED
```

Re: U.S. Bankruptcy Court, Richmond, VA Division
    Debtors – Circuit City Stored, Inc., et al, Chapter 11
    Case #08-35653 (KRH) Jointly Administered

Notice of the Debtors' sixteenth Omnibus Objection to Claims (reclassification of claims filed by equity holders to interests)

Claimant: James W. & Juanita Atwood, 1434 Canterbury Rd., Front Royal, VA 22630, Tel:540-635-5610
Claim #: #9223 Original Claim Classification – Equity – request for modification to Interests, therefore voiding/deleting our original claim amount from $613.89 our original principal(The $658.89 indicated on our original claim includes commission/fees). We are the beneficial holders/owners and purchased equity in Circuit through our brokerage firm – LPL Financial Services, 9785 Towne Centre Dr., San Diego, CA 92121-1968, which can be verified as needed.

**We are hereby requesting that the Bankruptcy Court please overrule the Omnibus Objection #16 as submitted by the Debtors, as to our claim listed above. Under this Objection – The Debtors are seeking to disallow and/or modify our original claim. Pursuant to Rule 3007-1 of the local rules of The United States Bankruptcy Court for the Eastern District, we are hereby requesting a hearing to reinstate our original claim to our original claim amount as Equity Claim Classification filed and request that our claim NOT BE ReClassified or Modified.**

**We are hereby, again, providing copies of the original documents for review by the Bankruptcy Court to serve as legal proof of our original claim in the amount of $613.89. We are hereby requesting to still be included in the Claims Filed by the Equityholders, for our original claim, and request to not be reclassified as indicated in the latest packet received regarding the Omni #16 – Pack #470, Svc No #4, Pref. #16073 from Kurtzman Carson Consultants, 2335 Alaska Ave., El Segundo, CA 90245.**

We sincerely thank you for your time, review, and assistance regarding this matter.

Sincerely,

*[signature: James W. Atwood]*
James W. Atwood &

*[signature: Juanita E. Atwood]*
Juanita Atwood
Equityshareholders

B 10 (Official Form 10) (12/07)

**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA** | **PROOF OF CLAIM**

**Debtor against which claim is asserted:** (Check only one box below:)

- [X] Circuit City Stores, Inc. (Case No. 08-35653)
- [ ] Circuit City Stores West Coast, Inc. (Case No. 08-35654)
- [ ] InterTAN, Inc. (Case No. 08-35655)
- [ ] Ventoux International, Inc. (Case No. 08-35656)
- [ ] Circuit City Purchasing Company, LLC (Case No. 08-35657)
- [ ] CC Aviation, LLC (Case No. 08-35658)
- [ ] CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
- [ ] Circuit City Stores PR, LLC (Case No. 08-35660)
- [ ] Circuit City Properties, LLC (Case No. 08-35661)
- [ ] Orbyx Electronics, LLC (Case No. 08-35662)
- [ ] Kinzer Technology, LLC (Case No. 08-35663)
- [ ] Courchevel, LLC (Case No. 08-35664)
- [ ] Abbott Advertising, Inc. (Case No. 08-35665)
- [ ] Mayland MN, LLC (Case No. 08-35666)
- [ ] Patapsco Designs, Inc. (Case No. 08-35667)
- [ ] Sky Venture Corporation (Case No. 08-35668)
- [ ] XSStuff, LLC (Case No. 08-35669)
- [ ] PRAHS, INC. (Case No. 08-35670)

NOTE: This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):
JAMES W. Atwood + JUANITA

**Name and address where notices should be sent:**
MR. + MRS. JAMES W. Atwood
1434 CANTERBURY Rd.
FRONT ROYAL, VA 22630
Telephone number: 540-635-5610

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

**Name and address where payment should be sent** (if different from above):
SAME
Telephone number: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as Date Case Filed:** $658.89 — 613.89 Principal (fees added)

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

[X] Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** LOSS OF STOCK VALUE
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** PL-2406
   3a. Debtor may have scheduled account as: SSN-5866
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
N/A

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:**

**Value of Property:** $_____  **Annual Interest Rate** ___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**
**if any:** $_____  **Basis for perfection:** _____

**Amount of Secured Claim:** $_____  **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**Date:** 1/29/09

**Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*James W. Atwood*
*Juanita E. Atwood*

**FOR COURT USE ONLY**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Sent by FedEx 1/30/09 @ 9:45AM

Sent FedEx 1/29/09

Cost Basis

*Position Detail View cost basis information for the open tax lots that make up the current holdings.*
Cost Basis Detail

Today's Activity: Not Included
LPL Account Number: 49622106
Account Type: CASH
Firm ID: 1553553

[ Back ]

### Position Held at LPL

| | | | |
|---|---|---|---|
| LPL Account No: | 4962-2106 | Security: CIRCUIT CITY STORES INC | Total Quantity: |
| Account Type: | CASH | | Price: |
| Symbol: | CCTYQ | | Market Value: |
| CUSIP: | 172737108 | | Purchase Cost: |
| Firm ID: | 1553553 | | Gain/Loss: |

### Cost Basis of Open Lots

| PurchaseDate | Quantity | PurchasePrice | PurchaseCost | Price | MarketValue |
|---|---|---|---|---|---|
| 11/27/2007 | 100.0000 | 6.0585 | 605.85  650.85 | 0.0054 | 0.54 |
| 01/15/2008 | 1.0100 | 3.9600 | 8.04  4.00 | 0.0054 | 0.01 |
| 04/15/2008 | 0.8240 | 4.9000 | 613.89  4.04 | 0.0054 | 0.00 |

Server : NCBNWEBPRD05
© LPL Financial - for internal use only


# LPL Financial

LPL Financial
Member FINRA/SIPC
9785 Towne Centre Drive, San Diego, CA 92121-1968
One Beacon Street, 22nd Floor, Boston, MA 02108-3106
(858) 587-5352

**Trade Confirmation**

**Account Number:**
4962-2106
BROKER-NR

REP ID: F5VA

**Mail To:**
KIMBERLY WINES
412 WARREN AVENUE
FRONT ROYAL, VA 22630

**For the Account of:**
JAMES W. ATWOOD AND
JUANITA E. ATWOOD JTTEN
1434 CANTERBURY RD.
FRONT ROYAL VA 22630

## DUPLICATE CONFIRMATION

### YOU BOUGHT

| QUANTITY | SYMBOL | CUSIP | SECURITY DESCRIPTION | YIELD |
|---|---|---|---|---|
| 100.00 | CC | 172737108 | CIRCUIT CITY STORES- CIRCUIT CITY GROUP INC | |

| ACCOUNT TYPE | TRANSACTION TYPE | TRADE DATE | ENTRY DATE | SETTLEMENT DATE |
|---|---|---|---|---|
| 1 | 06 | 11/27/2007 | 11/27/2007 | 11/30/2007 |

| PRICE | PRINCIPAL | COMMISSION | INTEREST | SERVICE CHARGE | SETTLEMENT FEE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 6.05 | 605.85 | 40.00 | 0.00 | 5.00 | 0.00 | $650.85 |

**Additional Information:**

UNSOLICITED
*REDUCED COMMISSION

*Handwritten notes:*
605.85 Principal
+ 45.00 Fees/Charges
650.85

THIS CONFIRMATION IS AN ADVICE, NOT AN INVOICE. REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.
SEE REVERSE SIDE FOR TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION.

## Account Holdings as of December 31, 2008

### EQUITIES AND OPTIONS (continued)

| Date Acquired | Description/Security ID | Quantity | Price | Market Value | Unit Cost | Cost Basis/ Purchase Cost[3] | Unrealized Gain or Loss | Annual Income | Estimated 30-Day Yield |
|---|---|---|---|---|---|---|---|---|---|
| 12/10/08 | AMERICAN ELECTRIC POWER (continued) | 1.379 | 45.89 | | 29.7317 | 41.00 | 4.89 | 2 | |
| Total | | 101.379 | | 3,373.89 | 28.8813 | 2,927.96<br>2,886.96 | 445.93 | 166 | 1.80% |
| 10/10/08 | ARCHER DANIELS MIDLAND[R]<br>COMPANY<br>ADM | 100 | 28.83 | 2,882.99 | 15.4680 | 1,546.80<br>1,546.80 | 1,336.19 | 51 | |
| 12/11/08 | | 0.457 | | 13.18 | 28.4464 | 13.00 | 0.18 | — | |
| Total | | 100.457 | | 2,896.17 | 15.5270 | 1,559.80<br>1,546.80 | 1,336.37 | 51 | 3.94% |
| 10/10/08 | BOEING COMPANY[R]<br>BA | 50 | 42.67 | 2,133.50 | 44.1520 | 2,207.60<br>2,207.60 | -74.10 | 83 | |
| 12/05/08 | | 0.522 | | 22.27 | 38.3142 | 20.00 | 2.27 | — | |
| Total | | 50.522 | | 2,155.77 | 44.0917 | 2,227.60<br>2,207.60 | -71.83 | 83 | 23.08% |
| 11/27/07 | CIRCUIT CITY STORES INC[R]<br>CCTYQ | 100 | 0.13 | 12.99 | 6.5085 | 650.85<br>650.85 | -637.86 | 16 | |
| 01/15/08 | | 1.01 | | 0.13 | 3.9604 | 4.00 | -3.87 | — | |
| 04/15/08 | | 0.824 | | 0.11 | 4.9029 | 4.04 | -3.93 | — | |
| Total | | 101.834 | | 13.23 | 6.4702 | 658.89<br>650.85 | -645.66 | 16 | |

EQUITIES AND OPTIONS continue on page 7

[3] Purchase Cost equals Cost Basis less any reinvested dividends and interest.

**LPL Financial**

**COPY**

## Investment Account

**Statement Period**
December 1 to December 31, 2008

**JAMES W. ATWOOD AND JUANITA E. ATWOOD JTTEN**
Investment Objective                                                                 4962-2106
                                                                                     Growth

### Total Value of Your Account as of December 31, 2008                    $105,265.13

**INVESTMENTS HELD AT LPL FINANCIAL**

| | |
|---|---:|
| Previous Year-End Value as of December 31, 2007 | $158,575.76 |
| Beginning Value as of December 1, 2008 | $103,011.48 |
| Additions | — |
| Withdrawals | -1,500.00 |
| Dividends, Interest and Capital Gains | 1,202.07 |
| Increase/decrease in Market Value[1] | 2,551.58 |
| Ending Value as of December 31, 2008 | $105,265.13 |

| | Year-End Value December 31, 2007 | Value on November 30, 2008 | Value on December 31, 2008 |
|---|---:|---:|---:|
| TOTAL VALUE OF YOUR ACCOUNT | $158,575.76 | $103,011.48 | $105,265.13 |

[1] *Increase/decrease in Market Value reflects the impact of changes in the value of securities held in your LPL Financial account, as well as the impact of any transfers of securities into or out of your account during the statement period.*

JAMES W ATWOOD AND
JUANITA E ATWOOD JTTEN
1434 CANTERBURY RD.
FRONT ROYAL VA 22630

**Your Account Executive:**
Kimberly Wines   (540)622-2011
412 Warren Avenue
Front Royal, VA 22630
kim.wines@LPL.COM

**LPL Financial**
Member FINRA/SIPC
9785 Towne Centre Drive, San Diego, CA 92121-1968
One Beacon Street, 22nd Floor, Boston, MA 02108-3106

## LPL Financial

**COPY**

Investment Account  4962-2106

Page 1 of 20
49622106
000010