IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

RICHMOND DIVISION
FILED
JUL 1 6 2009
CLERK
U.S. BANKRUPTCY COURT

In re:                                : Chapter 11
                                      :
CIRCUIT CITY STORES, INC.,            : Case No. 08-35653 (KRH)
Et al.,                               :
                                      :
        Debtors.                      : Jointly Administered

### BRIEF IN OPPOSITION TO OBJECTION TO CLAIM

Now comes the Respondent, Dish It Up, Inc., claim #8264, and hereby requests a hearing regarding the debtors' objection to its claim as a priority claim.

Respondent indicates that its claim is a priority claim under Code Section 507(a)(4)(B) in that it was earned within one hundred and eighty days by a corporation with only one employee acting as an independent contractor for services for the debtor in the ordinary course of business and that in the preceding months, 100% of the amount earned by the corporation was for services to the debtor. The respondent's last check for these services was refused. (See proof of claim 8264)

Wherefore, Respondent prays that the objection be denied and its claim be allowed as a priority claim as above stated.

Respectfully submitted,

*/s/ Thomas C. Pavlik*

Thomas C. Pavlik (0017305)
Novak, Robenalt & Pavlik, LLP
Skylight Office Tower
1660 W. 2nd Street
Cleveland, Ohio 44113-1419
Phone (216)781-8700
Facsimile (216)781-9227
tpavlik@nrplaw.com

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing was sent on this 14th day of July, 2009, via regular mail, to the following:

Gregg M. Galardi, Esq
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899

Dion W. Hayes
Douglas M. Foley
McGuirewoods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 W. Wacker Drive
Chicago, IL 60606

Thomas C. Pavlik (0017305)