DAVID M. STERN (CA State Bar No. 67697),
MICHAEL L. TUCHIN (CA State Bar No. 150375), and
KORIN A. AVELINO (CA State Bar No. 260363)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
Telephone:    (310) 407-4000
Facsimile:    (310) 407-9090

    -and-

SUSAN R. PODOLSKY (VA State Bar No. 27891)
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone:    (571) 366-1702

Counsel for Claimant (Claim Nos. 1009, 9681)
PARAMOUNT HOME ENTERTAINMENT INC.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | |
|---|---|
| In re<br><br>CIRCUIT CITY STORES, INC., *et al.*,<br><br>Debtors.[1] | Case No.: 08-35653-KRH<br>(Jointly Administered)<br><br>Chapter 11 |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

1.    Pursuant to Local Bankruptcy Rule 2090-1(E)(2), Susan R. Podolsky, a member in good standing of the Bar of the Commonwealth of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia, files this motion with the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

115778.1

Court for an Order permitting admission for Michael L. Tuchin of the law firm Klee, Tuchin, Bogdanoff & Stern LLP to appear and practice *pro hac vice* on behalf of Paramount Home Entertainment Inc. in the above-captioned cases now pending in the United States Bankruptcy Court for the Eastern District of Virginia and any related adversary litigation, the proposed form of which is attached hereto as Exhibit 1. Michael L. Tuchin is a member in good standing of the Bar of the State of California; and is admitted to practice before the Supreme Court of California and all other state courts in California, as well as all federal courts in California, and the United States Court of Appeals for the Ninth Circuit. There are no disciplinary proceedings pending against Mr. Tuchin.

WHEREFORE, Susan R. Podolsky respectfully moves this Court for an Order, substantially in the form attached hereto as Exhibit 1, granting Michael L. Tuchin permission to appear and practice *pro hac vice* on behalf of Paramount Home Entertainment Inc. and for such other relief as the Court deems just and appropriate.

Respectfully submitted,

DATED: July 16, 2009

SUSAN R. PODOLSKY

By: _____
Susan R. Podolsky (VA State Bar No. 27891)
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone: (571) 366-1702
Email: susanpodolsky@verizon.net

Local Counsel for PARAMOUNT HOME
ENTERTAINMENT INC.

## CERTIFICATE OF SERVICE

I, David M. Stern, hereby certify that a true and correct copy of the foregoing *Motion for Admission to Practice Pro Hac Vice* has been served upon the parties listed below via overnight courier on this 16th day of July, 2009.

/s/    *David M. Stern*
David M. Stern (dstern@ktbslaw.com)

**U.S. Trustee**
Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 East Broad St., Suite 4304
Richmond, VA  23219

**Counsel to the Debtors**
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
Wilmington, DE  19899

Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL  60606

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
One James Center
901 E. Carey St.
Richmond, VA  23219

**Counsel to the Official Creditors Committee**
Brad R. Godshall, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth St., 2nd Floor
Richmond, VA  23219

115778.1                                        3

# **Exhibit 1**

DAVID M. STERN (CA State Bar No. 67697),
MICHAEL L. TUCHIN (CA State Bar No. 150375), and
KORIN A. AVELINO (CA State Bar No. 260363)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
Telephone:    (310) 407-4000
Facsimile:    (310) 407-9090

-and-

SUSAN R. PODOLSKY (VA State Bar No. 27891)
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone:    (571) 366-1702

Counsel for Claimant (Claim Nos. 1009, 9681)
PARAMOUNT HOME ENTERTAINMENT INC.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | |
|---|---|
| In re<br><br>CIRCUIT CITY STORES, INC., *et al.*,<br><br>Debtors.[1] | Case No.: 08-35653-KRH<br>(Jointly Administered)<br><br>Chapter 11 |

## ORDER GRANTING ADMISSION PRO HAC VICE

1.  Upon the *Motion for Admission to Practice Pro Hac Vice* (the "Motion"), and the representation by counsel, Susan R. Podolsky, that Michael L. Tuchin is a practicing attorney in good standing in the state of California; it is hereby

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

115779.1

ORDERED that Michael L. Tuchin may appear and practice *pro hac vice* in the above-captioned bankruptcy cases and any related adversary litigation on behalf of Paramount Home Entertainment Inc.; and it is further

ORDERED that the Motion is hereby GRANTED.

DATE: _____

_____
Kevin R. Huennekens,
UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

By: _____
Susan R. Podolsky (VA State Bar No. 27891)
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone: (571) 366-1702
Email: susanpodolsky@verizon.net

Local Counsel for PARAMOUNT HOME
ENTERTAINMENT INC.

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1

1. I HEREBY CERTIFY that the foregoing proposed order has been endorsed by or served upon all necessary parties.

_____
Susan R. Podolsky (VA State Bar No. 27891)

## MAILING LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY OF ORDER GRANTING PRO HAC VICE ADMISSION

### U.S. Trustee
Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 East Broad St., Suite 4304
Richmond, VA 23219

### Counsel to the Debtors
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
One James Center
901 E. Carey St.
Richmond, VA 23219

### Counsel to the Official Creditors Committee
Brad R. Godshall, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth St., 2nd Floor
Richmond, VA 23219