Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                          :   Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :   Case No. 08-35653 (KRH)
et al.,                         :
                                :   Jointly Administered
           Debtors.            :
                                :   **Auction(s): August 18, 2009 at**
                                :   **10:00 a.m. (ET)**
                                :   **Obj. Deadline: August 11, 2009 at**
                                :   **5:00 p.m. (ET)**
                                :   **Sale Hearing: August 27, 2009 at**
                                :   **11:00 a.m. (ET)**
- - - - - - - - - - - - - - x

**NOTICE OF ENTRY OF ORDER UNDER BANKRUPTCY CODE SECTIONS
105 AND 363 (I) APPROVING PROCEDURES IN CONNECTION WITH
SALE OF MISCELLANEOUS INTELLECTUAL PROPERTY ASSETS,
(II) AUTHORIZING SELLERS TO ENTER INTO STALKING HORSE
AGREEMENTS IN CONNECTION THEREWITH, (III) APPROVING THE
PAYMENT OF TERMINATION FEES IN CONNECTION THEREWITH,
(IV) APPROVING FORM AND MANNER OF SALE NOTICE AND
(V) SETTING AUCTION AND HEARING DATES**

**PLEASE TAKE FURTHER NOTICE that <u>your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)**

PLEASE TAKE NOTICE that on July 6, 2009, the above-captioned debtors and debtors in possession (collectively, the "Sellers" or the "Debtors")[1] filed their Motion for Orders pursuant to Bankruptcy Code Sections 105 and 363 (I)(A) Approving Procedures In Connection With Sale of Miscellaneous Intellectual Property Assets, (B) Authorizing Sellers To Enter Into Stalking Horse Agreements In Connection Therewith, (C) Approving Payment Of Termination Fees In Connection Therewith, (D) Approving Form And Manner Of Sale Notice, And (E) Setting Auction And Sale Hearing Dates; (II) Approving Sales Of Miscellaneous Intellectual Property Assets Free And Clear Of All Interests; And (III) Granting Related Relief (Docket No. 3690, the "Motion"). A copy of the Motion is available at www.kccllc.net/circuitcity.

PLEASE TAKE FURTHER NOTICE that, on July 16, 2009, the Court entered the Order Pursuant To Bankruptcy Code Sections 105 and 363 (I) Approving Procedures In Connection With Sale of Miscellaneous Intellectual Property Assets, (II) Authorizing Sellers To Enter Into Stalking Horse Agreements In Connection Therewith,

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, VA 23060.

(III) Approving Payment Of Termination Fees In Connec-
tion Therewith, (IV) Approving Form And Manner Of Sale
Notice And (V) Setting Auction And Sale Hearing Dates
(Docket No. 4157, the "Bidding Procedures Order").[2]

PLEASE TAKE FURTHER NOTICE that, pursuant to
the Bidding Procedures Order and procedures approved
thereby (the "Bidding Procedures"), the Sellers will ac-
cept bids on the Intellectual Property Assets until **Au-
gust 11, 2009 at 5:00 p.m. (ET)** (the "Bid Deadline").
All bids must comply with the Bidding Procedures.  The
Bidding Procedures are attached to the Bidding Proce-
dures Order.

PLEASE TAKE FURTHER NOTICE that, pursuant to
the Bidding Procedures Order and the Bidding Procedures,
in the event that the Sellers receive more than one
Qualified Bid, one or more auctions with respect to the
Sale (the "Auctions") will be conducted at the offices
of Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times
Square, New York, New York 10036, tentatively commencing
at **10:00 a.m. (ET) on August 18, 2009** or such later time
or other place as the Sellers notify all Qualified Bid-
ders who have submitted Qualified Bids.

PLEASE TAKE FURTHER NOTICE that the Debtors
have made the Motion, the Bidding Procedures Order, the
Bidding Procedures and any related documents available
at www.kccllc.net/circuitcity.

PLEASE TAKE FURTHER NOTICE that under Local
Bankruptcy Rule 9013-1, unless a written response to the
Motion is filed with the Clerk of the Court and served
on the moving party, the trustee and those parties as
required by the Order Pursuant to Bankruptcy Code Sec-
tions 102 and 105, Bankruptcy Rules 2002 and 9007, and
Local Bankruptcy Rules 2002-1 and 9013-1 Establishing
Certain Notice, Case Management and Administrative Pro-
cedures (entered on November 13, 2008 at Docket No. 130)

---

[2] Capitalized terms not otherwise defined herein shall have the
meanings ascribed to such terms in the Motion or the Bidding Pro-
cedures Order.

(the "Case Management Order") by **August 11, 2009 at 5:00 p.m. (ET)**, the Court may deem any opposition waived, treat the relief requested in the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you do not want the Court to approve the Motion, or if you want the Court to consider your views on the Motion, then you or you attorney must:

> File with the Court, either electronically or at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive it on or before August 11, 2009 at 5:00 p.m. (ET)**.

> Clerk of Court
> United States Bankruptcy Court
> 701 East Broad Street, Suite 4000
> Richmond, Virginia 23219

> Pursuant to the Case Management Order, you must also serve a copy of any written response and request for hearing by the foregoing date via electronic mail on the following:(i) the Core Group, which includes the Debtors, co-counsel to the Debtors, the Office of the United States Trustee, co-counsel for any committee, counsel to the agents for the Debtors' prepetition lenders, and counsel to the agents for the Debtors' postpetition lenders; (ii) the 2002 List; and (iii) those additional parties as required by the Case Management Order (all of which are defined in the Case Management Order), which can be found at www.kccllc.net/circuitcity.

> Attend a hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, **at 11:00 a.m. (ET) on August 27, 2009** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219.

**If you or your attorney do not attend the
hearing, the Court may grant the relief re-
quested in the Motion**.

　　　PLEASE TAKE FURTHER NOTICE that if you or your at-
torney do not take these steps, the Court may decide
that you do not oppose the relief sought in the Motion
and may enter an order granting the relief requested.

Dated: July 20, 2009　　　　SKADDEN, ARPS, SLATE, MEAGHER &
　　　　Richmond, Virginia　　　FLOM, LLP
　　　　　　　　　　　　　　　　Gregg M. Galardi, Esq.
　　　　　　　　　　　　　　　　Ian S. Fredericks, Esq.
　　　　　　　　　　　　　　　　P.O. Box 636
　　　　　　　　　　　　　　　　Wilmington, Delaware 19899-0636
　　　　　　　　　　　　　　　　(302) 651-3000

　　　　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE, MEAGHER &
　　　　　　　　　　　　　　　　　FLOM, LLP
　　　　　　　　　　　　　　　　Chris L. Dickerson, Esq.
　　　　　　　　　　　　　　　　155 North Wacker Drive
　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　(312) 407-0700

　　　　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　MCGUIREWOODS LLP

　　　　　　　　　　　　　　　　/s/ Douglas M. Foley
　　　　　　　　　　　　　　　　Dion W. Hayes (VSB No. 34304)
　　　　　　　　　　　　　　　　Douglas M. Foley (VSB No. 34364)
　　　　　　　　　　　　　　　　One James Center
　　　　　　　　　　　　　　　　901 E. Cary Street
　　　　　　　　　　　　　　　　Richmond, Virginia 23219
　　　　　　　　　　　　　　　　(804) 775-1000

　　　　　　　　　　　　　　　　Counsel for Debtors and Debtors
　　　　　　　　　　　　　　　　in Possession

Gregg M. Galardi, Esq.     Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.    Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP          One James Center
One Rodney Square      901 E. Cary Street
PO Box 636         Richmond, Virginia 23219
Wilmington, Delaware 19899-0636 (804) 775-1000
(302) 651-3000

       - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:           :  Chapter 11
              :
CIRCUIT CITY STORES, INC.,  :  Case No. 08-35653 (KRH)
et al.,          :
              :
       Debtors.  :  Jointly Administered
- - - - - - - - - - - - - - x

**ORDER UNDER BANKRUPTCY CODE SECTIONS 105 AND 363 AND
BANKRUPTCY RULES 2002 AND 6004 (I) APPROVING PROCEDURES
IN CONNECTION WITH SALES OF MISCELLANEOUS INTELLECTUAL
PROPERTY ASSETS, (II) AUTHORIZING SELLERS TO ENTER INTO
STALKING HORSE AGREEMENTS IN CONNECTION THEREWITH,
(III) APPROVING THE PAYMENT OF TERMINATION FEES IN
CONNECTION THEREWITH, (IV) SETTING AUCTION AND HEARING
DATES AND (V) GRATING RELATED RELIEF**

Upon the motion (the "Motion")[1] of the Sellers,

---

[1]  Capitalized terms not otherwise defined herein shall have the
meanings ascribed to such terms in the Motion.

1

for entry of an orders under Bankruptcy Code
sections 105 and 363 and Bankruptcy Rules 2002 and 6004
(I)(A) approving the Bidding Procedures in connection
with soliciting bids for the Sales of the Intellectual
Property Assets, including (without limitation) those
set forth on <u>Exhibit A</u> hereto, (B) authorizing the
Sellers to enter into stalking horse agreements in
connection therewith, (C) approving the payment of
Termination Fees in connection therewith, (D) approving
the Notice Procedures and (E) scheduling Auction and
Hearing dates; (II) approving the Sales of the
Intellectual Property Assets free and clear of all
Interests; and (III) granting related relief; and the
Court having reviewed the Motion; and the Court having
determined that the relief requested in the Motion is in
the best interests of the Sellers, their estates, their
creditors, and other parties in interest; and it
appearing that proper and adequate notice of the Motion
has been given and that no other or further notice is
necessary; and upon the record herein; and after due
deliberation thereon; and good and sufficient cause
appearing therefor, it is hereby

**FOUND AND DETERMINED THAT:**[2]

A.   The court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334, and this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

B.   Venue of these cases and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.   Good and sufficient notice of the relief sought in the Motion has been given and no further notice is required.  A reasonable opportunity to object has been afforded to those parties that requested notice pursuant to Bankruptcy Rule 2002 and the Core Group (as defined in the Case Management Order).

D.   The Sellers' proposed notice of the Bidding Procedures, the Auctions (if any) and the Hearing, as set forth in the Motion, is appropriate and reasonably calculated to provide all interested parties with timely and proper notice, and no other or further notice is required.

---

2 Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.

E.    The Bidding Procedures substantially in the form attached hereto as <u>Exhibit B</u> are fair, reasonable, and appropriate and are designed to maximize the recovery with respect to the Sales of the Intellectual Property Assets.

F.    The Sellers have demonstrated a compelling and sound business justification for authorizing the Sales of the Intellectual Property Assets and the payment of one or more Termination Fee under the circumstances, timing, and procedures set forth herein and in the Motion.

G.    Each Termination Fee is fair and reasonable and provides a benefit to the Sellers' estates and creditors.

H.    The Sellers' payment of the Termination Fees, under the conditions set forth in the Motion is (a) an actual and necessary cost of preserving the Debtors' estates, within the meaning of section 503(b) of the Bankruptcy Code, (b) of substantial benefit to the Debtors' estates and creditors and all parties in interest herein, (c) reasonable and appropriate and (d) necessary to ensure that any Stalking Horse Bidder

4

will continue to pursue the proposed agreements to undertake the Sale of certain of the Intellectual Property Assets.

I.   The entry of this Order is in the best interests of the Sellers and their estates, creditors, and interest holders and all other parties-in-interest herein; and it is therefore

**ORDERED, ADJUDGED AND DECREED THAT:**

1.   The Motion is GRANTED to the extent set forth herein.

2.   The Bidding Procedures attached hereto as Exhibit B are hereby APPROVED.

3.   The Bid Deadline shall be August 11, 2009 at 5:00 p.m. (ET).

4.   The Auctions shall be held on August 18, 2009 at 10:00 a.m. (ET) or at such later date and time as the Debtors, in their sole discretion (after consultation with counsel to the Creditors' Committee), may advise Qualified Bidders.

5.   The Bidding Procedures shall apply to the Qualified Bidders and the conduct of the Sales of the Intellectual Property Assets and the Auctions.

6.    The Sellers (after consultation with

counsel to the Creditors' Committee) are authorized to

terminate the bidding process or the Auction at any time

if they determine, in their business judgment, that the

bidding process will not maximize the value of the

Sellers' Intellectual Property Assets to be realized by

the Sellers' estates.

7.    With respect to any Stalking Horse

Agreement that the Sellers enter into on or prior to

August 11, 2009, the Sellers (after consultation with

counsel to the Creditors' Committee) are authorized to

offer a Termination Fee of 3% of the cash purchase price

payable on such terms and conditions as set forth in

such Stalking Horse Agreement to a Stalking Horse Bidder

in the Auction with respect to the certain Intellectual

Property Assets subject to the Stalking Horse Agreement

(the "Stalking Horse Assets"); provided, further, that

any Termination Fee will only be paid if (1) the

Stalking Horse Bidder is not the Successful Bidder at

the Auction with respect to the Stalking Horse Assets,

(2) the Stalking Horse Bidder agrees to serve as a back-

up bidder and close the transaction contemplated by the

Stalking Horse Agreement (as may be modified, including, without limitation, modifications as to price, as of the Stalking Horse Bidder's last proposal at any Auction) in the event the transaction with the Successful Bidder does not close, and (3) the transaction proposed by the Successful Bidder actually closes.

8.    The Debtors shall file any Stalking Horse Agreement with the Court prior to the Bid Deadline and provide notice of such Stalking Horse Agreement to the Bankruptcy Rule 2002 and the Core Group and those parties who expressed an interest in the Intellectual Property Assets during the three (3) months prior to the filing of the Motion and after the Motion was filed.

9.    In no event shall any Termination Fee be payable if the Stalking Horse Agreement contains a "due diligence" or financing contingency, and the Debtors shall not be permitted to offer two Termination Fees with respect to any proposal covering the same assets.

10.   Any party that seeks to object to the relief requested in the Motion pertaining to approval of any Sale shall file a formal objection that complies with this Order on or before August 11, 2009 at 5:00 p.m.

(ET).  Each objection shall state the legal and factual basis of such objection and may be orally supplemented at the Hearing.

11.  Any and all written objections as contemplated by this Order must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Eastern District of Virginia, and the Case Management Order, (c) be filed with Bankruptcy Court and (d) served in accordance with the Case Management Order so as to be **received** on or before the appropriate deadline as set forth above or in this Order.

12.  The Hearing, at which the Sellers shall seek approval of Successful Bids shall be held in this Court on August 27, 2009, at 11:00 a.m. (Eastern).  The Hearing may be adjourned or rescheduled without further notice by an announcement of the adjourned date at the Hearing.

13.  Notice of the transactions contemplated by the Motion shall be deemed adequate if (i) within five (5) business days of entry of this Bidding Procedures Order (or as soon as reasonably practicable

8

thereafter), the Sellers (or their agent) serve the Sale
Notice, in substantially the form attached hereto as
Exhibit C, by electronic mail, if possible, or first-
class mail, postage prepaid, upon (A) all entities
reasonably known to have expressed an interest in a
transaction with respect to the Intellectual Property
Assets or similar assets during the past three (3)
months, (B) all entities reasonably known to have
asserted any Lien upon the Intellectual Property Assets,
(C) all federal, state, and local regulatory or taxing
authorities or recording offices, which have a
reasonably known interest in the relief requested by the
Motion, (D) the Attorney Generals for all fifty (50)
States, (E) the CPO; and (F) all parties entitled to
notice under the Order Pursuant to Bankruptcy Code
Sections 102 and 105, Bankruptcy Rules 2002 and 9007,
and Local Bankruptcy Rules 2002-1 and 9013-1
Establishing Certain Notice, Case Management, and
Administrative Procedures (D.I. 130; the "Case
Management Order") and (ii) the Sellers publish a form
substantially similar to Sale Notice in the Wall Street
Journal (International Edition), USA Today (National

9

Edition) and the <u>Richmond Times Dispatch</u> within five (5) business days of entry of this Bidding Procedures Order or as soon as practicable thereafter.

14.   To the extent the Bidding Procedures are inconsistent with this Order, this Order shall control.

15.   The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived.

16.   This Court shall retain jurisdiction with
respect to all matters arising or related to the
implementation of this Order.

Dated:   Richmond, Virginia
      Jul 17 2009      , 2009

                    /s/ Kevin R. Huennekens
                    _____
                    UNITED STATES BANKRUPTCY JUDGE
 Entered on docket: July 17 2009

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

      - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

      - and -

/s/ Douglas M. Foley
_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Sellers and Sellers in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I
hereby certify that the foregoing proposed order has
been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley

## EXHIBIT A

**(IP Schedule)**

**Patents and Patent Applications:**

| Title | Country | Applic. No. | Filing Date | Patent No. | Issue Date | Owner |
|---|---|---|---|---|---|---|
| Temporal compression | United States | 10/155966 | 5/29/2002 | 7170941 | 1/30/2007 | Patapsco Designs, Inc. |
| Method and Device for Determining Adequacy of Space for Television Sets | United States | 10/216805 | 8/13/2002 | 6775915 | 8/17/2004 | Circuit City Stores, Inc. |
| Unpublished | United States | 61/042927 | 4/7/2008 | | | Circuit City Stores, Inc. |

**Trademark Applications for Registration and Registrations:**

**24/24 PICKUP GUARANTEE**

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| United States | 24 MINUTES $24 GIFT CARD PICKUP GUARANTEE and design  | 78/745232 | 11/2/2005 | 3224402 | 4/3/2007 | Registered | Circuit City Stores West Coast, Inc. | 35 | 4/3/2013: Affidavit of Use; 4/3/2017: Renewal |

**ANIKA**

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| United States | ANIKA | 78/477055 | 9/1/2004 | 3005974 | 10/11/2005 | Registered | Circuit City Stores West Coast, Inc. | 9,18 | 10/11/2011: Affidavit of Use; 10/11/2015: Renewal |
| United States | ANIKA (Stylized)  | 76/628584 | 1/18/2005 | 3003528 | 10/4/2005 | Registered | Circuit City Stores West Coast, Inc. | 9,18 | 10/4/2011: Affidavit of Use; 10/4/2015: Renewal |

**CRITERION**

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Canada | CRITERION | 0397170 | 4/22/1976 | TMA221258 | 6/17/1977 | Registered | Circuit City Stores West Coast, Inc. | 9 | |
| United States | CRITERION | 74/257644 | 3/23/1992 | 1783326 | 7/20/1993 | Registered | Circuit City Stores West Coast, Inc. | 9 | |
| United States | CRITERION and design  | 72/126354 | 8/21/1961 | 745725 | 2/26/1963 | Registered | Circuit City Stores West Coast, Inc. | 9 | |

ESA

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| United States | ESA | 78/283674 | 8/6/2003 | 2995848 | 9/13/2005 | Registered | Circuit City Stores West Coast, Inc. | 9 | |
| United States | ESA and Design  | 78/289750 | 8/20/2003 | 3194858 | 1/2/2007 | Registered | Circuit City Stores West Coast, Inc. | 9 | |

**Domain Registrations:**

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| esahelp.net | 2/13/2016 | registered locked | Auto Renewal |
| esahelp.org | 2/13/2016 | registered locked | Auto Renewal |
| esaparts.com | 2/13/2016 | registered locked | Auto Renewal |
| esaparts.net | 2/13/2016 | registered locked | Auto Renewal |
| esaparts.org | 2/13/2016 | registered locked | Auto Renewal |
| esaproducts.net | 2/13/2016 | registered locked | Auto Renewal |
| esaproducts.org | 2/13/2016 | registered locked | Auto Renewal |
| esaservice.org | 2/13/2016 | registered locked | Auto Renewal |
| esastores.com | 2/13/2016 | registered locked | Auto Renewal |
| esastores.net | 2/13/2016 | registered locked | Auto Renewal |
| esastores.org | 2/13/2016 | registered locked | Auto Renewal |
| esasucks.com | 2/13/2016 | registered locked | Auto Renewal |
| esasucks.net | 2/13/2016 | registered locked | Auto Renewal |
| esasucks.org | 2/13/2016 | registered locked | Auto Renewal |
| ihateesa.com | 2/13/2016 | registered locked | Auto Renewal |
| ihateesa.net | 2/13/2016 | registered locked | Auto Renewal |
| ihateesa.org | 2/13/2016 | registered locked | Auto Renewal |
| iloveesa.com | 2/13/2016 | registered locked | Auto Renewal |
| iloveesa.net | 2/13/2016 | registered locked | Auto Renewal |
| iloveesa.org | 2/13/2016 | registered locked | Auto Renewal |

3

**FIREDOG**

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registratio n Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Canada | FIREDOG | 1311957 | 8/4/2006 | | | Allowed | Courchevel, LLC. | Clothing, footwear, headgear. | Notice of Allowance issued – Statement of Use due Aug. 4, 2009 |
| Canada | FIREDOG | 1311618 | 8/2/2006 | | | Allowed | Courchevel, LLC. | Audio, video, and electronic equipment, namely mp3 players, DVD players and recorders, CD players and recorders, portable CD players and recorders, televisions, stereo receivers, audio speakers, VCRs, audio cassette players, portable media players, mini systems, namely speakers, subwoofers, receivers, tuners, amplifiers, microphones, DVD and CD players sold as a unit, home theater systems, namely speakers, subwoofers, receivers, tuners, amplifiers, microphones, DVD and CD players sold as a unit, minidisc players and recorders, two-way radios, cameras, personal computers, satellite navigation systems, namely global positioning systems (GPS) receivers for vehicular and personal location and navigation, and accessories, namely headphones and headsets related to mp3 players, DVD players, CD players, televisions, stereo receivers, VCRs, audio cassette players, mini systems, and home theater systems, storage and carrying cases for electronic equipment, TV and video converters, remote controls related to DVD players, CD players, televisions, stereo receivers, portable media players, mini systems, and home theater systems, display stands and metal audio, video and computer wall and ceiling mounts, cables for electrical or optical signal, transmission cables for electrical transmission, computer game programs and electronic game programs, uninterrupted power supplies, wireless telephones and wireless telephone accessories, namely cases, battery chargers for outlets, battery chargers for cars, mounting brackets and holders, hands free adapters, headsets, earplugs, holsters, electrical power cords, and batteries, computer hardware accessories, namely computer memory hardware, video and audio cards, monitors, and printers. Camera accessories, namely battery checkers, power supplies, camcorder tapes, digital film, SD cards, MMC cards, CF cards, microprocessors, USB cards, camera lenses, lense cleaning brush, wipes and solutions; blank audio tapes, digital and video camera carrying cases, camera bags, USB card readers, input/output and power cables, connectors and adaptors for providing audio and video, electronic data and electrical power related to MP3 players, DVD players, CD players, televisions, stereo receivers, speakers, VCRs, audio cassette players, boom boxes, miniature stereo systems, home theatre systems, computer (desktop, notebook and | Notice of Allowance issued – Statement of Use due Aug. 2, 2009 |

4

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registratio n Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | handheld) hardware and peripherals, digital cameras and telecommunications devices, namely audio-visual cables, coaxial cables, USB cables, electric cables, cable connectors, electrical connectors, car adapters, adapter plugs and power adapters, optical cables, component cables, PDA's (personal digital assistants); printed instructional, educational, and teaching materials, namely pamphlets, books, manuals, brochures, product guides, booklets, magazines, reports and catalogues, all in the field computer hardware, computer software and consumer electronics in the field of multimedia, data communications, computing, telecommunications, security systems, home automation, automotive electronics and appliances. Toy vehicles, hand held units for playing video games. Retail store services, mail order services, and retail services offered through a global computer network, all of which feature audio, video, and electronic equipment, computer hardware, computer software, cameras, camcorders, telephones, satellite receiving equipment, facsimile machines, toys, appliances, automotive electronics and accessories thereof; Providing extended warranties on consumer electronics, toys and appliances; Technical consultation, namely design, selection, diagnostic, implementation, programming, conversion of data or other information and updating of computer hardware, software and consumer electronics in the field of multimedia, data communications, computing, security systems, home automation, automotive electronics, and appliances; Installation, maintenance and repair of computer hardware, computer software and consumer electronics in the field of multimedia, data communications, computing, telecommunications, security systems, home automation, automotive electronics, and appliances. Training in the use and operation of computer hardware, computer software and consumer electronics in the field of multimedia, data communications, computing, telecommunications, security systems, home automation, automotive electronics, and appliances. | |
| Canada | FIREDOG (LOGO)  | 1311968 | 8/4/2006 | | | Allowed | Courchevel, LLC. | Clothing, namely shirts, t-shirts, pullovers, sweaters, sweatshirts, jackets, and coats; headgear, namely caps and hats. | Notice of Allowance issued – Statement of Use due Aug. 4, 2009 |
| Canada | FIREDOG (LOGO)  | 1311617 | 8/2/2006 | | | Allowed | Courchevel, LLC. | Audio, video, and electronic equipment, namely mp3 players, DVD players and recorders, CD players and recorders, portable CD players and recorders, televisions, stereo receivers, audio speakers, VCRs, audio cassette players, portable media players, mini systems, namely speakers, subwoofers, receivers, tuners, amplifiers, microphones, DVD and CD players sold as a unit, home theater systems, namely speakers, subwoofers, receivers, | |

5

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registratio n Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | tuners, amplifiers, microphones, DVD and CD players sold as a unit, minidisc players and recorders, two-way radios, cameras, personal computers, satellite navigation systems, namely global positioning systems (GPS) receivers for vehicular and personal location and navigation, and accessories, namely headphones and headsets related to mp3 players, DVD players, CD players, televisions, stereo receivers, VCRs, audio cassette players, mini systems, and home theater systems, storage and carrying cases for electronic equipment, TV and video converters, remote controls related to DVD players, CD players, televisions, stereo receivers, portable media players, mini systems, and home theater systems, display stands and metal audio, video and computer wall and ceiling mounts, cables for electrical or optical signal, transmission cables for electrical transmission, computer game programs and electronic game programs, uninterrupted power supplies, wireless telephones and wireless telephone accessories, namely cases, battery chargers for outlets, battery chargers for cars, mounting brackets and holders, hands free adapters, headsets, earplugs, holsters, electrical power cords, and batteries, computer hardware accessories, namely computer memory hardware, video and audio cards, monitors, and printers. Camera accessories, namely battery checkers, power supplies, camcorder tapes, digital film, SD cards, MMC cards, CF cards, microprocessors, USB cards, camera lenses, lense cleaning brush, wipes and solutions; blank audio tapes, digital and video camera carrying cases, camera bags, USB card readers, input/output and power cables, connectors and adaptors for providing audio and video, electronic data and electrical power related to MP3 players, DVD players, CD players, televisions, stereo receivers, speakers, VCRs, audio cassette players, boom boxes, miniature stereo systems, home theatre systems, computer (desktop, notebook and handheld) hardware and peripherals, digital cameras and telecommunications devices, namely audio-visual cables, coaxial cables, USB cables, electric cables, cable connectors, electrical connectors, car adapters, adapter plugs and power adapters, optical cables, component cables, PDA's (personal digital assistants) printed instructional, educational, and teaching materials, namely pamphlets, books, manuals, brochures, product guides, booklets, magazines, reports and catalogues, all in the field computer hardware, computer software and consumer electronics in the field of multimedia, data communications, computing, telecommunications, security systems, home automation, automotive electronics and appliances; Toy vehicles, hand held units for playing video games. Retail store services, mail order services, and retail services offered through a global computer network, all of which feature audio, video, and electronic equipment, computer | |

6

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | hardware, computer software, cameras, camcorders, telephones, satellite receiving equipment, facsimile machines, toys, appliances, automotive electronics and accessories thereof; Providing extended warranties on consumer electronics, toys and appliances; Technical consultation, namely design, selection, diagnostic, implementation, programming, conversion of data or other information and updating of computer hardware; software and consumer electronics in the field of multimedia, data communications, computing, security systems, home automation, automotive electronics, and appliances; Installation, maintenance and repair of computer hardware, computer software and consumer electronics in the field of multimedia, data communications, computing, telecommunications, security systems, home automation, automotive electronics, and appliances; Training in the use and operation of computer hardware, computer software and consumer electronics in the field of multimedia, data communications, computing, telecommunications, security systems, home automation, automotive electronics, and appliances. | |
| China | FIREDOG | 6306431 | 9/30/2007 | | | Pending | Circuit City Stores West Coast, Inc. | **Class 25**: Clothing, namely, shirts, t-shirts, pullovers, sweaters, sweatshirts, jackets, and coats; headgear, namely caps and hats | Application pending: 7/22/08 – FA confirms filing response to OA |
| China | FIREDOG | 6313518 | 10/9/2007 | | | Pending | Circuit City Stores West Coast, Inc. | **Class 30**: Confectionery, namely, bubble gum, chewing gum, candy and mints. | Application pending: 7/22/08 – FA confirms filing response to OA |
| China | FIREDOG | 6313517 | 10/9/2007 | | | Pending | Circuit City Stores West Coast, Inc. | **Class 32**: Beverages, namely, drinking waters, flavored waters, mineral and aerated waters and other non-alcoholic beverages, namely, soft drinks, energy drinks, vitamin-fortified soft drinks and sports drinks; fruit drinks and juices; syrups, concentrates and powders for making beverages, namely, flavored waters, mineral and aerated waters, soft drinks, energy drinks, sports drinks, fruit drinks and juices, and concentrates and preparations for making non-alcoholic beverages, namely, soft drinks, vitamin-fortified soft drinks and energy drinks | Application pending: 7/22/08 – FA confirms filing response to OA |
| China | FIREDOG | 6306430 | 9/30/2007 | | | Pending | Circuit City Stores West Coast, Inc. | **Class 35**: Retail store services, mail order services, and online retail store services, all of which feature audio, video, and electronic equipment, computer hardware, computer software, cameras, camcorders, telephones, satellite receiving equipment, facsimile machines, toys, appliances, automotive electronics and accessories thereof | Application pending: 7/22/08 – FA confirms filing response to OA |
| China | FIREDOG | 6306429 | 9/30/2007 | | | Pending | Circuit City Stores West Coast, Inc. | **Class 37**: Installation, maintenance and repair of computer hardware and consumer electronics in the field of multimedia, data communications, computing; security systems, home automation, automotive electronics, and appliances | Application pending: 7/22/08 – FA confirms filing response to OA |

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| China | FIREDOG | 6306428 | 9/30/2007 | | | Pending | Circuit City Stores West Coast, Inc. | **Class 41:** Training in the use and operation of computer hardware, computer software and consumer electronics in the field of multimedia, data communications, computing, security systems, home automation, automotive electronics, and appliances | Application pending; 7/22/08 – FA confirms filing response to OA |
| China | FIREDOG | 6306427 | 9/30/2007 | | | Pending | Circuit City Stores West Coast, Inc. | **Class 42:** Installation, maintenance and repair of computer software in the field of multimedia, data communications, computing, security systems, home automation, automotive electronics, and appliances; technical computer consultation in the fields of computer hardware design, selection, diagnostics, implementation, programming, data conversion and updating of computer hardware and software; technical consultation in the consumer electronics field, namely, multimedia, data communications, computing, security systems, home automation, automotive electronics, and appliances | Application pending; 7/22/08 – FA confirms filing response to OA |
| China | FIREDOG (LOGO) | 6313513 | 10/9/2007 | | | Pending | Circuit City Stores West Coast, Inc. | **Class 25:** Clothing, namely, shirts, t-shirts, pullovers, sweaters, sweatshirts, jackets, and coats; headgear, namely caps and hats | Application pending; 7/22/08 – FA confirms filing response to OA |
| China | FIREDOG (LOGO) | 6313512 | 10/9/2007 | | | Pending | Circuit City Stores West Coast, Inc. | **Class 30:** Confectionery, namely, bubble gum, chewing gum, candy and mints. | Application pending; 7/22/08 – FA confirms filing response to OA |
| China | FIREDOG (LOGO) | 6313511 | 10/9/2007 | | | Pending | Circuit City Stores West Coast, Inc. | **Class 32:** Beverages, namely, drinking waters, flavored waters, mineral and aerated waters and other non-alcoholic beverages, namely, soft drinks, energy drinks, vitamin-fortified soft drinks, and sports drinks; fruit drinks and juices; syrups, concentrates and powders for making beverages, namely, flavored waters, mineral and aerated waters, soft drinks, energy drinks, sports drinks, fruit drinks and juices, and concentrates and preparations for making non-alcoholic beverages, namely, soft drinks, vitamin-fortified soft drinks and energy drinks | Application pending; 7/22/08 – FA confirms filing response to OA |
| China | FIREDOG (LOGO) | 6313510 | 10/9/2007 | | | Pending | Circuit City Stores West Coast, Inc. | **Class 35:** Retail store services, mail order services, and online retail store services, all of which feature audio, video, and electronic equipment, computer hardware, computer software, cameras, camcorders, telephones, satellite receiving equipment, facsimile machines, toys, appliances, automotive electronics and accessories thereof | Application pending; 7/22/08 – FA confirms filing response to OA |
| China | FIREDOG (LOGO) | 6313509 | 10/8/2007 | | | Pending | Circuit City Stores West Coast, Inc. | **Class 37:** Installation, maintenance and repair of computer hardware and consumer electronics in the field of multimedia, data communications, computing, security systems, home automation, automotive electronics, and appliances | Application pending; 7/22/08 – FA confirms filing response to OA |
| China | FIREDOG (LOGO) | 6313640 | 10/9/2007 | | | Pending | Circuit City Stores West Coast, Inc. | **Class 41:** Training in the use and operation of computer hardware, computer software and consumer electronics in the field of multimedia, data communications, computing, | Application pending; 7/22/08 – FA confirms filing response to OA |

8

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| China | FIREDOG (LOGO) | 6313630 | 10/9/2007 | | | Pending | Circuit City Stores West Coast, Inc. | security systems, home automation, automotive electronics, and appliances <br><br> **Class 42:** Installation, maintenance and repair of computer software in the field of multimedia, data communications, computing, security systems, home automation, automotive electronics, and appliances; technical computer consultation in the fields of computer hardware design, selection, diagnosis, implementation, programming, data conversion and updating of computer hardware and software; technical consultation in the consumer electronics field, namely, multimedia, data communications, computing, security systems, home automation, automotive electronics, and appliances | Application pending - 7/22/08 - FA confirms filing response to OA |
| European Community | FIREDOG | 006322408 | 10/1/2007 | | | Pending | Circuit City Stores West Coast, Inc. | **Class 25:** Clothing, namely shirts, t-shirts, pullovers, sweaters, sweatshirts, jackets, and coats; headgear, namely caps and hats. <br> **Class 35:** Retail store services, mail order services, and online retail store services, all of which feature audio, video, and electronic equipment, computer hardware, computer software, cameras, camcorders, telephones, satellite receiving equipment, facsimile machines, toys, appliances, automotive electronics and accessories thereof. <br> **Class 37:** Installation, maintenance and repair of computer hardware and consumer electronics in the field of multimedia, data communications, computing, security systems, home automation, automotive electronics, and appliances. <br> **Class 41:** Training in the use and operation of computer hardware, computer software and consumer electronics in the field of multimedia, data communications, computing, security systems, home automation, automotive electronics, and appliances. <br> **Class 42:** Installation, maintenance and repair of computer software in the field of multimedia, data communications, computing, security systems, home automation, automotive electronics, and appliances; technical computer consultation in the fields of computer hardware design, selection, diagnosis, implementation, programming, data conversion and updating of computer hardware and software; technical consultation in the consumer electronics field, namely, multimedia, data communications, computing, security systems, home automation, automotive electronics, and appliances. | FA advised that application opposed by DARK DOG 6/19/08; Response to opposition filed 03/17/2009. |
| European Community | FIREDOG | 006541961 | 10/8/2007 | | | Pending | Circuit City Stores West Coast, Inc. | **Class 30:** Confectionery, namely, bubble gum, chewing gum, candy and mints. <br> **Class 32:** Beverages, namely, drinking waters, flavored waters, mineral and aerated waters and other non-alcoholic beverages, namely, soft drinks, energy drinks, vitamin- | FA advised that application opposed by DARK DOG 6/19/08; Response to opposition filed 03/17/2009. |

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registratio n Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | fortified soft drinks, and sports drinks; fruit drinks and juices; syrups, concentrates and powders for making beverages, namely, flavored waters, mineral and aerated waters, soft drinks, energy drinks, sports drinks, fruit drinks and juices, and concentrates and preparations for making non-alcoholic beverages, namely, soft drinks, vitamin-fortified soft drinks and energy drinks. | |
| European Community | FIREDOG (LOGO) | 006354617 | 10/11/2007 | 006354617 | 9/18/2008 | Registered | Circuit City Stores West Coast, Inc. | **Class 25**: Clothing, namely shirts, t-shirts, pullovers, sweaters, sweatshirts, jackets, and coats; headgear, namely caps and hats. **Class 30**: Confectionery, namely, bubble gum, chewing gum, candy and mints. **Class 32**: Beverages, namely, drinking waters, flavored waters, mineral and aerated waters and other non-alcoholic beverages, namely, soft drinks, energy drinks, vitamin-fortified soft drinks, and sports drinks; fruit drinks and juices; syrups, concentrates and powders for making beverages, namely, flavored waters, mineral and aerated waters, soft drinks, energy drinks, sports drinks, fruit drinks and juices, and concentrates and preparations for making non-alcoholic beverages, namely, soft drinks, vitamin-fortified soft drinks and energy drinks. **Class 35**: Retail store services, mail order services, and online retail store services, all of which feature audio, video, and electronic equipment, computer hardware, computer software, cameras, camcorders, telephones, satellite receiving equipment, facsimile machines, toys, appliances, automotive electronics and accessories thereof. **Class 37**: Installation, maintenance and repair of computer hardware, installation and repair of electric appliance, installation and repair of household electric appliance. **Class 41**: Training in the use and operation of computer hardware, computer software and consumer electronics in the field of multimedia, data communications, computing, security systems, home automation, automotive electronics, and appliances. **Class 42**: Installation, maintenance and repair of computer software in the field of multimedia, data communications, computing, security systems, home automation, automotive electronics, and appliances; technical computer consultation in the fields of computer hardware design, selection, diagnosis, implementation, programming, data conversion and updating of computer hardware and software; technical consultation in the consumer electronics field, namely, multimedia, data communications, computing, security systems, home automation, automotive electronics, and appliances. | Registered |
| Japan | FIREDOG | 2007-102570 | 10/2/2007 | | | Pending | Circuit City Stores West Coast, Inc. | **Class 25**: Clothing, namely shirts, t-shirts, pullovers, sweaters, sweatshirts, jackets, and coats; headgear, namely caps and hats | 1/7/09 – Local counsel confirmed confirmed office action response has been submitted |

10

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **Class 35.** Advertising by mail order, sales promotion for others, online sales promotion for goods on communication medias for retail purposes, marketing analysis, marketing research. **Class 37.** Installation, maintenance and repair of computer hardware, installation and repair of electric appliance, installation and repair of household electric appliance. **Class 41.** Training in the use and operation of computer hardware, computer software and consumer electronics in the field of multimedia, data communications, computing, security systems, home automation, automotive electronics, and appliances. **Class 42.** Installation of computer software, maintenance of computer software, updating of computer software, consultancy in the field of computer hardware, consultancy in the field of computer software, research and development for others, quality control. | |
| Japan | FIREDOG | 2007-104384 | 10/8/2007 | 5141316 | 6/13/2008 | Registered | Circuit City Stores West Coast, Inc. | **Class 30.** Confectionery, namely bubble gum, chewing gum, candy and mints **Class 32.** Beverages, namely drinking waters, flavored waters, mineral and aerated waters and other non-alcoholic beverages, namely soft drinks, energy drinks, vitamin-fortified soft drinks and sports drinks; fruit drinks and juices; syrups, concentrates and powders for making beverages, namely flavored waters, mineral and aerated waters, soft drinks, energy drinks, sports drinks, fruit drinks and juices, and concentrates and preparations for making non-alcoholic beverages, namely, soft drinks, vitamin-fortified soft drinks and energy drinks | 7/10/08 - rec'd registration certificate |
| Japan | FIREDOG (LOGO)  | 2007-105246 | 10/11/2007 | | | Pending | Circuit City Stores West Coast, Inc. | **Class 25.** Clothing, namely shirts, t-shirts, pullovers, sweaters, sweatshirts, jackets, and coats; headgear, namely caps and hats **Class 30.** Confectionery, namely, bubble gum, chewing gum, candy and mints. **Class 32.** Beverages, namely, drinking waters, flavored waters, mineral and aerated waters and other non-alcoholic beverages, namely, soft drinks, energy drinks, vitamin-fortified soft drinks, and sports drinks; fruit drinks and juices; syrups, concentrates and powders for making beverages, namely, flavored waters, mineral and aerated waters, soft drinks, energy drinks, sports drinks, fruit drinks and juices, and concentrates and preparations for making non-alcoholic beverages, namely, soft drinks, vitamin-fortified soft drinks and energy drinks **Class 35.** Advertising by mail order, sales promotion for others, online sales promotion for others, demonstration of goods on communication medias for retail purposes, marketing analysis, marketing research. Amended as of October 15, 2008 Retail store services and online retail store services, all of which feature audio, video | Proceeded to registration. |

11

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | and electronic equipment, computer hardware, computer software, appliances, telephones, satellite receiving equipment, facsimile machines, camcorders and accessories thereof **Class 37:** Installation, maintenance and repair of computer hardware, installation and repair of electric appliance, installation and repair of household electric appliance. **Class 41:** Training in the use and operation of computer hardware, computer software and consumer electronics in the field of multimedia, data communications, computing, security systems, home automation, automotive electronics, and appliances **Class 42:** Installation of computer software, maintenance of computer software, updating of computer software, consultancy in the field of computer hardware, consultancy in the field of computer software, research and development for others, quality control. | |
| Japan | FIREDOG (LOGO) | 2008-84028 | 10/11/2007 | | | Pending | Circuit City Stores West Coast, Inc. | **Class 35:** Retail store services, mail order services, and online retail store services, all of which feature automotive electronics and accessories thereof | 10/15/08 – this application divided from 108246/2007 to over come 1st office action- deadline to respond to 2nd OA – 7/18/09 |
| Japan | FIREDOG (LOGO) | 2008-84026 | 10/11/2007 | 5188722 | 12/12/08 | Registered | Circuit City Stores West Coast, Inc. | **Class 35:** Retail services or wholesale services for photographic machines and apparatus and photographic supplies | |
| Japan | FIREDOG (LOGO) | 2008-84027 | 10/11/2007 | 5188723 | 12/12/08 | Registered | Circuit City Stores West Coast, Inc. | **Class 35:** Retail services or wholesale services for toys, dolls, game machines and apparatus | |
| Puerto Rico | FIREDOG | 73,932 | 7/19/2007 | 73,932 | 7/19/2007 | Registered | Circuit City Stores West Coast, Inc. | **Class 41:** Training in the use and operation of computer hardware, computer software and consumer electronics in the field of multimedia, data communications, computing, telecommunications, security systems, home automation, automotive electronics, and appliances. | |
| Puerto Rico | FIREDOG | 73,927 | 7/19/2007 | 73,927 | 7/19/2007 | Registered | Circuit City Stores West Coast, Inc. | **Class 37:** Installation, maintenance and repair of computer hardware, computer software and consumer electronics in the field of multimedia, data communications, computing, telecommunications, security systems, home automation, automotive electronics, and appliances. | |
| Puerto Rico | FIREDOG | 73,928 | 7/19/2007 | 73,928 | 7/19/2007 | Registered | Circuit City Stores West Coast, Inc. | **Class 36:** Providing extended warranties on consumer electronics, toys and appliances. | |
| Puerto Rico | FIREDOG | 73,929 | 7/19/2007 | 73,929 | 7/19/2007 | Registered | Circuit City Stores West Coast, Inc. | **Class 42:** Technical consultation, namely design, selection, diagnostic, implementation, programming, conversion of data or other information and updating of computer hardware, software and consumer electronics in the field of multimedia, data communications, computing. | |

12

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | telecommunications, security systems, home automation, automotive electronics, and appliances. | |
| Puerto Rico | FIREDOG | 73,930 | 7/19/2007 | 73,930 | 7/19/2007 | Registered | Circuit City Stores West Coast, Inc. | **Class 35**: Retail store services, mail order services, and retail services offered through a global computer network, all of which feature audio, video, and electronic equipment, computer hardware, computer software, cameras, camcorders, telephones, satellite receiving equipment, facsimile machines, toys, appliances, automotive electronics and accessories thereof. | |
| Puerto Rico | FIREDOG | 73,931 | 7/19/2007 | 73,931 | 7/19/2007 | Registered | Circuit City Stores West Coast, Inc. | **Class 28**: Toy vehicles, hand held units for playing video games. | |
| Puerto Rico | FIREDOG | 73,933 | 7/19/2007 | 73,933 | 7/19/2007 | Registered | Circuit City Stores West Coast, Inc. | **Class 16**: Printed instructional, educational, and teaching materials in the field computer hardware, computer software and consumer electronics in the field of multimedia, data communications, computing, telecommunications, security systems, home automation, automotive electronics and appliances. | |
| Puerto Rico | FIREDOG | 73,940 | 7/19/2007 | 73,940 | 7/19/2007 | Registered | Circuit City Stores West Coast, Inc. | **Class 9**: Audio, video, and electronic equipment, namely mp3 players, DVD players and recorders, CD players and recorders, portable CD players and recorders, televisions, stereo receivers, audio speakers, VCRs, audio cassette players, portable media players, mini systems, namely speakers, subwoofers, receivers, tuners, amplifiers, microphones, DVD and CD players sold as a unit, home theater systems, namely speakers, subwoofers, receivers, tuners, amplifiers, microphones, DVD and CD players sold as a unit, minidisc players and recorders, two-way radios, cameras, personal computers, satellite navigation systems, namely global positioning systems (GPS), and accessories, namely headphones and headsets related to mp3 players, DVD players, CD players, televisions, stereo receivers, VCRs, audio cassette players, mini systems, and home theater systems, storage and carrying cases for electronic equipment, TV and video converters, remote controls related to DVD players, CD players, televisions, stereo receivers, portable media players, mini systems, and home theater systems, display stands and metal audio, video and computer wall and ceiling mounts, cables for electrical or optical signal or electrical transmission, computer game programs and electronic game programs, uninterrupted power supplies, wireless telephones and wireless telephone accessories, namely cases, battery chargers for outlets, battery chargers for cars, mounting brackets and holders, hands free adapters, headsets, earplugs, holsters, electrical power cords, and batteries, computer hardware accessories, namely computer memory hardware, video and audio cards, monitors, and printers, camera accessories, namely battery checkers, power supplies, camcorder tapes, digital film, SD cards, MMC | |

13

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | cards, CF cards,, microprocessors, USB cards, camera lenses, lense cleaning brush, wipes and solutions. blank audio tapes, digital and video camera carrying cases, camera bags, USB card readers, cables, connectors, optical cables, component cables, adapters, PDA's (personal digital assistant) | 12/19/08 – FA advises mark registered |
| South Korea | FIREDOG | 45-2007-4313 | 10/2/2007 | 45-25531 | 12/01/2008 | Pending | Circuit City Stores West Coast, Inc. | **Class 25**: Shirts, t-shirts, pullovers, sweaters, sweatshirts, jackets, and coats; caps and hats **Class 35**: Retail sales services of electric audio/video equipment, retail sales services of electronic appliance equipment, retail sales services of computer hardware, retail sales services of computer software, retail sales services of cameras, retail sales services of camcorders, retail sales services of telephones, retail sales services of satellite receiver, retail sales services of facsimile machines, retail sales services of toys; online retail sales services of electric audio/video equipment, online retail sales services of electronic appliance equipment, online retail sales services of computer hardware, online retail sales services of computer software, online retail sales services of cameras, online retail sales services of camcorders, online retail sales services of telephones, online retail sales services of satellite receiver, online retail sales services of facsimile machines, online retail sales services of toys **Class 37**: Installation, maintenance and repair of computer hardware and consumer electronics in the field of multimedia, data communications, computing, security systems, home automation, automotive electronics, and appliances **Class 41**: Training in the use and operation of computer hardware, computer software and consumer electronics in the field of multimedia, data communications, computing, security systems, home automation, automotive electronics, and appliances **Class 42**: Installation, maintenance and repair of computer software in the field of multimedia, data communications, computing, security systems, home automation, automotive electronics, and appliances; technical computer consultation in the fields of computer hardware design, selection, diagnostics, implementation, programming, data conversion and updating of computer hardware and software; technical consultation in the consumer electronics field, namely, multimedia, data communications, computing, security systems, home automation, automotive electronics, and appliances | |
| South Korea | FIREDOG | 40-2007-52138 | 10/9/2007 | 40-773253 | 12/19/2008 | Pending | Circuit City Stores West Coast, Inc. | **Class 30**: Bubble gum, chewing gum, candy, mint candies, mint chewing gum **Class 32**: Drinking waters, flavored waters, mineral and aerated waters, soft drinks, non-alcoholic energy drinks, vitamin-fortified soft drinks, non-alcoholic sports drinks, | 1/7/09 – FA advises mark registered |

14

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| South Korea | FIREDOG (LOGO) | 45-2007-4409 | 10/9/2007 | 45-25310 | 11/1/2008 | Pending | Circuit City Stores West Coast, Inc. | **Class 25**: shirts, t-shirts, pullovers, sweaters, sweatshirts, jackets, and coats; caps and hats<br>**Class 30**: mint candies and mint chewing gum<br>**Class 32**: drinking waters, flavored waters, mineral and aerated waters and soft drinks, non-alcoholic energy drinks, vitamin fortified drinks, and non-alcoholic sports drinks, fruit drinks and juices; flavored waters, mineral and aerated waters, soft drinks, fruit drinks and juices<br>**Class 35**: Retail sales services of electric audio/video equipment, retail sales services electronic appliance equipment, retail sales services of computer hardware, retail sales services of computer software, retail sales services of cameras, retail sales services of camcorders, retail sales services of telephones, retail sales services of satellite receiver, retail sales services of facsimile machines, retail sales services of toys; online retail sales services of electric audio/video equipment, online retail sales services electronic appliance equipment, online retail sales services of computer hardware, online retail sales services of computer software, online retail sales services of cameras, online retail sales services of camcorders, online retail sales services of telephones, online retail sales services of satellite receiver, online retail sales services of facsimile machines, online retail sales services of toys"<br>**Class 37**: Installation, maintenance and repair of computer hardware and consumer electronics in the field of multimedia, data communications, computing, security systems, home automation, automotive electronics, and appliances<br>**Class 41**: Training in the use and operation of computer hardware, computer software and consumer electronics in the field of multimedia, data communications, computing, security systems, home automation, automotive electronics, and appliances<br>**Class 42**: Installation, maintenance and repair of computer software in the field of multimedia, data communications, computing, security systems, home automation, automotive electronics, and appliances; technical computer consultation in the fields of computer hardware design, selection, diagnostics, implementation, programming, data conversion and updating of computer hardware and software; technical consultation in the consumer electronics field, namely, multimedia, data communications, computing, security systems, home automation, automotive electronics, and appliances | 11/24/08 – FA advises mark registered |
| State of Hawaii | FIREDOG | | | 4063142 | 5/20/2008 | Registered | Circuit City Stores West Coast, Inc. | **Class 37**: Services, including personal computing and home entertainment installation | |

15

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| State of Nebraska | FIREDOG | | | 10095380 | 3/2/2007 | Registered | Circuit City Stores, Inc. | **Class 35**: Advertising and business services | |
| United States | FIREDOG | 77/179612 | 5/12/2007 | 3513384 | 10/7/2008 | Registered | Courchevel, LLC. | **Class 30**: Confectionery, namely, bubble gum, chewing gum, candy and mints **Class 32**: Beverages, namely, drinking waters, flavored waters, mineral and aerated waters and other non-alcoholic beverages, namely, soft drinks, energy drinks, vitamin-fortified soft drinks, and sports drinks. | |
| United States | FIREDOG | 78/979580 | 2/8/2006 | 3390320 | 1/26/2008 | Registered | Courchevel, LLC. | **Class 37**: Installation, maintenance and repair of computer hardware and consumer electronics in the field of multimedia, data communications, computing, telecommunications, security systems, home automation, automotive electronics, and appliances **Class 41**: Training in the use and operation of computer hardware, computer software and consumer electronics in the field of multimedia, data communications, computing, telecommunications, security systems, home automation, automotive electronics, and appliances **Class 42**: Installation, maintenance and repair of computer software in the field of multimedia, data communications, computing, security systems, home automation, automotive electronics and appliances; technical computer consultation in the fields of computer hardware design, selection, diagnostics, implementation, programming, data conversion and updating of computer hardware and software; Technical consultation in the consumer electronics field, namely, multimedia, data communications, computing, security systems, home automation, automotive electronics, and appliances. | |
| United States | FIREDOG | 78/810460 | 2/8/2006 | | | Allowed | Courchevel, LLC. | **Class 9**: Audio, video, and electronic equipment, namely, mp3 players, DVD players and recorders, CD players and recorders, portable CD players and recorders, televisions, stereo receivers, audio speakers, VCRs, audio cassette players, portable media players, mini systems, namely audio speakers, subwoofers, audio-video receivers, stereo tuners, amplifiers, microphones, DVD and CD players sold as a unit; home theater systems, namely audio speakers, subwoofers, audiovisual receivers, stereo tuners, amplifiers, microphones, DVD and CD players sold as a unit; mini-disc players and recorders, two-way radios, cameras, personal computers; satellite navigation systems, namely global positioning system (GPS); headphones and headsets for use with mp3 players, DVD players, CD players, televisions, stereo receivers, VCRs, audio cassette players, miniature stereo systems, and home theater stereo systems; protective carrying cases for portable music players, namely, MP3 players, DVD players and CD players; TV and video converters, remote controls for use with DVD players, CD | Notice of Allowance re-issued following division; e EOT taken; Statement of Use due Oct. 10, 2009 |

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | players, televisions, stereo receivers, portable media players, miniature stereo systems, and home theater stereo systems; cables for electrical or optical signal or electrical transmission; computer game programs and electronic game programs; uninterrupted power supplies; wireless telephones and wireless telephone accessories, namely cases for mobile phones, battery chargers, car chargers for mobile telephone batteries, mounting brackets, hands free adapters, telephone headsets, earplugs not for medical purposes, specialty holster for carrying cellular phones, pagers, portable music players, and personal digital assistants, electrical power extension cords, and batteries. computer hardware accessories, namely computer memory hardware, video and audio cards that are installed into a PC, video monitors, and printers, camera accessories, namely battery testers, power supplies, blank video tapes, digital film recorders, flash memory card, memory cards, microprocessors, chip card readers, camera lenses, blank audio tapes, digital and video camera carrying cases, bags for cameras and photographic equipment, cables for electrical or optical signal transmission, cable connectors, optical fibers sold as a component of fiber optical cables, adapters; personal digital assistants (PDA) **Class 16**: Printed instructional, educational, and teaching materials in the field computer hardware, computer software and consumer electronics in the field of multimedia, data communications, computing, telecommunications, security systems, home automation, automotive electronics and appliances **Class 28**: Toy vehicles, hand held units for playing video games **Class 35**: Retail store services, mail order services, and online retail store services, all of which feature audio, video, and electronic equipment, computer hardware, computer software, cameras, camcorders, telephones, satellite receiving equipment, facsimile machines, toys, appliances, automotive electronics and accessories thereof **Class 36**: Providing extended warranties on consumer electronics, toys and appliances |  |
| United States | FIREDOG (LOGO) | 78/941706 | 7/31/2006 | 3337398 | 11/13/2007 | Registered | Courchevel, LLC. | **Class 25**: Clothing, namely, shirts, t-shirts, jackets, and coats; headgear, namely, caps and hats. |  |
| United States | FIREDOG (LOGO) | 77/179615 | 5/12/2007 | 3513385 | 10/7/2008 | Registered | Courchevel, LLC. | **Class 30**: Confectionery, namely, bubble gum, chewing gum, candy and mints **Class 32**: Beverages, namely, drinking waters, flavored waters, mineral and aerated waters and other non-alcoholic beverages, namely, soft drinks, energy drinks, vitamin-fortified soft drinks, and sports drinks. |  |
| United States | FIREDOG (LOGO) | 78/898042 | 6/1/2006 |  |  | Pending | Courchevel, LLC. | **Class 6**: Metal audio, video and computer wall and ceiling | Request to divide application filed on |

17

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registratio n Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| |  | | | | | | | mounts **Class 9**: Audio, video, and electronic equipment, namely, mp3 players, DVD players and recorders, CD players and recorders, portable CD players and recorders, televisions, stereo receivers, audio speakers, VCRs, audio cassette players, portable media players, mini systems, namely audio speakers, subwoofers, audio-video receivers, stereo tuners, amplifiers, microphones, DVD and CD players sold as a unit, home theater systems, namely audio speakers, subwoofers, audiovisual receivers, stereo tuners, amplifiers, microphones, DVD and CD players sold as a unit; mini-disc players and recorders, two-way radios, cameras, personal computers, satellite navigation systems, namely global positioning system (GPS), headphones and headsets for use with mp3 players, DVD players, CD players, televisions, stereo receivers, VCRs, audio cassette players, miniature stereo systems, and home theater stereo systems; protective carrying cases for portable music players, namely, MP3 players, DVD players and CD players; TV and video converters; remote controls for use with DVD players, CD players, televisions, stereo receivers, portable media players, miniature stereo systems, and home theater stereo systems; cables for electrical or optical signal or electrical transmission; computer game programs and electronic game programs; uninterrupted power supplies; wireless telephones and wireless telephone accessories, namely cases for mobile phones, battery chargers, car chargers for mobile telephone batteries, mounting brackets, hands free adapters, telephone headsets, earplugs not for medical purposes, speciality holster for carrying cellular phones, pagers, portable music players, and personal digital assistants, electrical power extension cords, and batteries, computer hardware accessories, namely computer memory hardware, video and audio cards that are installed into a PC, video monitors, and printers, camera accessories, namely battery testers, power supplies, blank video tapes, digital film recorders, flash memory card, memory cards, microprocessors, chip card readers, camera lenses, blank audio tapes, digital and video camera carrying cases, bags for cameras and photographic equipment, cables connectors, optical cables, adapters; personal digital assistants (PDA) **Class 16**: Printed instructional, educational, and teaching materials in the field of computer hardware, computer software and consumer electronics in the field of multimedia, data communications, computing, security systems, home automation, automotive electronics and appliances **Class 28**: Toy vehicles, hand held units for playing video games **Class 35**: Retail store services, mail order services, and online retail store services, all of which feature audio, video, | 12/7/08; Statement of Use due 12/7/09 |

18

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registratio n Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | and electronic equipment, computer hardware, computer software, cameras, camcorders, telephones, satellite receiving equipment, facsimile machines, toys, appliances, automotive electronics and accessories thereof **Class 36**: Providing extended warranties on consumer electronics, toys and appliances |  |
| United States | FIREDOG (LOGO) | 78/980904 | 6/1/2006 | 3596733 | 03/24/2009 | Pending | Couchevel, LLC. | **Class 37**: Installation, maintenance and repair of computer hardware and consumer electronics in the field of multimedia, data communications, computing, telecommunications, security systems, home automation, automotive electronics, and appliances **Class 41**: Training in the use and operation of computer hardware, computer software and consumer electronics in the field of multimedia, data communications, computing, telecommunications, security systems, home automation, automotive electronics, and appliances **Class 42**: Installation, maintenance and repair of computer software in the field of multimedia, data communications, computing, security systems, home automation, automotive electronics and appliances; technical computer consultation in the fields of computer hardware design, selection, diagnostics, implementation, programming, data conversion and updating of computer hardware and software; Technical consultation in the consumer electronics field, namely, multimedia, data communications, computing, security systems, home automation, automotive electronics, and appliances | Registered |
| United States | FIREDOG RESCUE | 77/531793 | 7/25/2008 |  |  | Allowed | Circuit City Stores West Coast, Inc. | **Class 37**: Installation, maintenance and repair of computer hardware and consumer electronics in the field of multimedia, data communications, computing, telecommunications, security systems, home automation, automotive electronics, and appliances **Class 41**: Training in the use and operation of computer hardware, computer software and consumer electronics in the field of multimedia, data communications, computing, telecommunications, security systems, home automation, automotive electronics, and appliances **Class 42**: Installation, maintenance and repair of computer software in the field of multimedia, data communications, computing, security systems, home automation, automotive electronics and appliances; technical computer consultation in the fields of computer hardware design, selection, diagnostics, implementation, programming, data conversion and updating of computer hardware and software; technology consultation in the consumer electronics field, namely, multimedia, data communications, computing, security systems, home automation, automotive electronics, and appliances | Notice of Allowance issued 06/23/2009. Statement of Use due 12/23/2009. |
| United States | FIREDOG (WORD AND | 78/941727 | 7/31/2006 | 3589175 | 03/10/2009 | Pending | Couchevel, LLC. | **Class 25**: Clothing, namely, shirts, t-shirts, pullovers, | Registered |

19

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| | LOGO) | | | | | | | sweaters, sweatshirts, jackets, and coats sold and distributed as promotional goods associated with the computer and electronics industry; headgear, namely, caps and hats sold and distributed as promotional goods associated with the computer and electronics industry | |

**Domain Registrations:**

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| 1800firedog.com | 7/27/2013 | registered locked | Auto Renewal |
| 800firedog.com | 7/27/2013 | registered locked | Auto Renewal |
| fduonline.com | 2/7/2010 | registered locked | Auto Renewal |
| firdogsux.biz | 2/5/2010 | registered locked | Auto Renewal |
| firdogsux.com | 2/6/2010 | registered locked | Auto Renewal |
| firdogsux.info | 2/6/2010 | registered locked | Auto Renewal |
| firdogsux.net | 2/6/2010 | registered locked | Auto Renewal |
| firdogsux.org | 2/6/2010 | registered locked | Auto Renewal |
| firedog.biz | 2/1/2017 | registered locked | Auto Renewal |
| firedog.com | 7/9/2016 | registered locked | Auto Renewal |
| firedog.com.pr | 7/21/2011 | registered locked | Auto Renewal |
| firedog.mobi | 9/26/2010 | registered locked | Auto Renewal |
| firedog.net.pr | 7/21/2011 | registered locked | Auto Renewal |
| firedog.pr | 7/21/2011 | registered locked | Auto Renewal |
| firedogaa.com | 11/27/2011 | registered locked | Auto Renewal |
| firedogacrossamerica.com | 11/27/2011 | registered locked | Auto Renewal |
| firedogadvisor.com | 5/31/2011 | registered locked | Auto Renewal |
| firedogcar.com | 5/2/2011 | registered locked | Auto Renewal |
| firedogcentral.com | 2/7/2010 | registered locked | Auto Renewal |
| firedogcustomerservice.com | 5/2/2017 | registered locked | Auto Renewal |
| firedogged.biz | 2/5/2010 | registered locked | Auto Renewal |
| firedogged.ca | 2/13/2018 | registered locked | Auto Renewal |
| firedogged.com | 2/6/2010 | registered locked | Auto Renewal |
| firedogged.info | 2/6/2010 | registered locked | Auto Renewal |

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| firedogged.net | 2/6/2010 | registered locked | Auto Renewal |
| firedogged.org | 2/6/2010 | registered locked | Auto Renewal |
| firedoginstall.com | 5/2/2017 | registered locked | Auto Renewal |
| firedoginstallations.com | 3/5/2010 | registered locked | Auto Renewal |
| firedoginstalls.com | 5/2/2017 | registered locked | Auto Renewal |
| firedogonline.com | 7/14/2013 | registered locked | Auto Renewal |
| firedogpc.com | 5/2/2017 | registered locked | Auto Renewal |
| firedogrescue.biz | 7/28/2010 | registered locked | Auto Renewal |
| firedogrescue.cc | 7/28/2010 | registered locked | Auto Renewal |
| firedogrescue.com | 7/28/2010 | registered locked | Auto Renewal |
| firedogrescue.info | 7/28/2010 | registered locked | Auto Renewal |
| firedogrescue.net | 7/28/2010 | registered locked | Auto Renewal |
| firedogrescue.org | 7/28/2010 | registered locked | Auto Renewal |
| firedogrescue.tv | 7/28/2010 | registered locked | Auto Renewal |
| firedogs.ca | 2/13/2018 | registered locked | Auto Renewal |
| firedogs.info | 5/24/2013 | registered locked | Auto Renewal |
| firedogs.us | 2/23/2010 | registered locked | Auto Renewal |
| firedogservice.com | 5/2/2017 | registered locked | Auto Renewal |
| firedogservices.com | 9/11/2009 | registered locked | Auto Renewal |
| firedogsucks.biz | 2/5/2010 | registered locked | Auto Renewal |
| firedogsucks.ca | 2/16/2018 | registered locked | Auto Renewal |
| firedogsucks.com | 2/6/2010 | registered locked | Auto Renewal |
| firedogsucks.info | 2/6/2010 | registered locked | Auto Renewal |
| firedogsucks.net | 2/6/2010 | registered locked | Auto Renewal |
| firedogsucks.org | 2/6/2010 | registered locked | Auto Renewal |
| firedogsupport.com | 5/2/2017 | registered locked | Auto Renewal |
| firedogsux.biz | 2/5/2010 | registered locked | Auto Renewal |
| firedogsux.ca | 2/16/2018 | registered locked | Auto Renewal |
| firedogsux.com | 2/6/2010 | registered locked | Auto Renewal |
| firedogsux.info | 2/6/2010 | registered locked | Auto Renewal |
| firedogsux.net | 2/6/2010 | registered locked | Auto Renewal |
| firedogsux.org | 2/6/2010 | registered locked | Auto Renewal |
| firedogtech.com | 6/2/2011 | registered locked | Auto Renewal |
| firedogu.com | 2/7/2010 | registered locked | Auto Renewal |

21

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| firedoguniversity.com | 2/7/2010 | registered locked | Auto Renewal |
| firedogz.biz | 2/5/2010 | registered locked | Auto Renewal |
| firedogz.ca | 2/13/2018 | registered locked | Auto Renewal |
| firedogz.com | 2/6/2010 | registered locked | Auto Renewal |
| firedogz.info | 2/6/2010 | registered locked | Auto Renewal |
| firedogz.net | 2/6/2010 | registered locked | Auto Renewal |
| firedogz.org | 2/6/2010 | registered locked | Auto Renewal |
| firedogz.us | 5/1/2017 | registered locked | Auto Renewal |
| ihatefiredog.biz | 2/5/2010 | registered locked | Auto Renewal |
| ihatefiredog.ca | 2/13/2018 | registered locked | Auto Renewal |
| ihatefiredog.com | 2/6/2010 | registered locked | Auto Renewal |
| ihatefiredog.info | 2/6/2010 | registered locked | Auto Renewal |
| ihatefiredog.net | 2/6/2010 | registered locked | Auto Renewal |
| ihatefiredog.org | 2/6/2010 | registered locked | Auto Renewal |
| ilovefiredog.biz | 2/5/2010 | registered locked | Auto Renewal |
| ilovefiredog.ca | 2/13/2019 | registered locked | Auto Renewal |
| ilovefiredog.com | 2/6/2010 | registered locked | Auto Renewal |
| ilovefiredog.info | 2/6/2010 | registered locked | Auto Renewal |
| ilovefiredog.net | 2/6/2010 | registered locked | Auto Renewal |
| ilovefiredog.org | 2/6/2010 | registered locked | Auto Renewal |
| whatisfiredog.com | 8/16/2013 | registered locked | Auto Renewal |

## FIRST NORTH AMERICAN NATIONAL BANK

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| United States | IN FIRST NORTH AMERICAN NATIONAL BANK stylized | 74/540337 | 6/20/1994 | 2007398 | 10/15/1996 | Registered | Circuit City Stores West Coast, Inc. | 36 | Renewal 10/15/2016 |

22

**Domain Registrations:**

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| fnanb.biz | 11/18/2011 | registered locked | Auto Renewal |
| fnanb.net | 11/11/2011 | registered locked | Auto Renewal |
| fnanb.org | 11/12/2011 | registered locked | Auto Renewal |

## INTERTAN

| Jurisdiction | Mark/Image | Application Serv. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Switzerland | INTERTAN | 221/1990 | 1/5/1990 | 383390 | 6/6/1991 | Registered | InterTAN, Inc. | 1,4,6-9,14-17,20,28 | |

## IQ CREW

| Jurisdiction | Mark/Image | Application Serv. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| United States | IQ CREW | 78/528815 | 12/8/2004 | 3141250 | 9/12/2006 | Registered | Circuit City Stores West Coast, Inc. | 37,41,42 | |
| United States | IQ CREW (stylized and design) | 78/540423 | 12/31/2004 | 3100282 | 6/6/2006 | Registered | Circuit City Stores West Coast, Inc. | 37,41,42 | |

**Domain Registrations:**

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| ihateiqcrew.com | 9/6/2016 | registered locked | Auto Renewal |
| ihateiqcrew.net | 9/14/2016 | registered locked | Auto Renewal |
| ihateiqcrew.org | 9/23/2016 | registered locked | Auto Renewal |
| iloveiqcrew.com | 9/6/2016 | registered locked | Auto Renewal |

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| iloveiqcrew.net | 9/14/2016 | registered locked | Auto Renewal |
| iloveiqcrew.org | 9/23/2016 | registered locked | Auto Renewal |
| iqcrew.com | 8/26/2016 | registered locked | Auto Renewal |
| iqcrewblows.com | 9/6/2016 | registered locked | Auto Renewal |
| iqcrewblows.net | 9/14/2016 | registered locked | Auto Renewal |
| iqcrewblows.org | 9/23/2016 | registered locked | Auto Renewal |
| iqcrewhelp.com | 9/6/2016 | registered locked | Auto Renewal |
| iqcrewhelp.net | 9/14/2016 | registered locked | Auto Renewal |
| iqcrewhelp.org | 9/23/2016 | registered locked | Auto Renewal |
| iqcrewlocations.com | 9/6/2016 | registered locked | Auto Renewal |
| iqcrewlocations.net | 9/14/2016 | registered locked | Auto Renewal |
| iqcrewlocations.org | 9/23/2016 | registered locked | Auto Renewal |
| iqcrewservice.com | 9/6/2016 | registered locked | Auto Renewal |
| iqcrewservice.net | 9/14/2016 | registered locked | Auto Renewal |
| iqcrewservice.org | 9/23/2016 | registered locked | Auto Renewal |
| iqcrewstores.com | 9/6/2016 | registered locked | Auto Renewal |
| iqcrewstores.net | 9/14/2016 | registered locked | Auto Renewal |
| iqcrewstores.org | 9/23/2016 | registered locked | Auto Renewal |
| iqcrewsucks.com | 9/6/2016 | registered locked | Auto Renewal |
| iqcrewsucks.net | 9/14/2016 | registered locked | Auto Renewal |
| iqcrewsucks.org | 9/23/2016 | registered locked | Auto Renewal |
| iqcrewsux.com | 9/6/2016 | registered locked | Auto Renewal |
| iqcrewsux.net | 9/14/2016 | registered locked | Auto Renewal |
| iqcrewsux.org | 9/23/2016 | registered locked | Auto Renewal |
| screwiqcrew.com | 9/6/2016 | registered locked | Auto Renewal |
| screwiqcrew.net | 9/14/2016 | registered locked | Auto Renewal |
| screwiqcrew.org | 9/23/2016 | registered locked | Auto Renewal |
| theiqcrew.com | 9/6/2016 | registered locked | Auto Renewal |
| theiqcrew.net | 9/14/2016 | registered locked | Auto Renewal |
| theiqcrew.org | 9/23/2016 | registered locked | Auto Renewal |

24

**IRIS**

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registratio n Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| United States | IRIS | 78/309/574 | 10/6/2003 | 2979330 | 7/26/2005 | Registered | Circuit City Stores West Coast, Inc. | 35 | |
| United States | IRIS NO MANUAL REQUIRED | 78/309/575 | 10/6/2003 | 3064308 | 2/28/2006 | Registered | Circuit City Stores West Coast, Inc. | 35 | |

## Domain Registrations:

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| buyiris.biz | 11/10/2011 | registered locked | Auto Renewal |
| buyiris.com | 11/11/2011 | registered locked | Auto Renewal |
| buyiris.net | 11/11/2011 | registered locked | Auto Renewal |
| buyiris.org | 11/11/2011 | registered locked | Auto Renewal |
| ihateiris.biz | 11/10/2011 | registered locked | Auto Renewal |
| ihateiris.com | 11/11/2011 | registered locked | Auto Renewal |
| ihateiris.net | 11/11/2011 | registered locked | Auto Renewal |
| ihateiris.org | 11/11/2011 | registered locked | Auto Renewal |
| iloveiris.biz | 11/10/2011 | registered locked | Auto Renewal |
| iloveiris.com | 11/11/2011 | registered locked | Auto Renewal |
| iloveiris.net | 11/11/2011 | registered locked | Auto Renewal |
| iloveiris.org | 11/11/2011 | registered locked | Auto Renewal |
| shopiris.biz | 11/10/2011 | registered locked | Auto Renewal |
| shopiris.com | 11/11/2011 | registered locked | Auto Renewal |
| shopiris.net | 11/11/2011 | registered locked | Auto Renewal |
| shopiris.org | 11/11/2011 | registered locked | Auto Renewal |

25

## JUST WHAT I NEEDED, JUSTO LO QUE NECESITAS (JUST WHAT YOU NEED)

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| United States | JUST WHAT I NEEDED. JUST WHAT I NEEDED. | 78/445969 | 7/5/2004 | 2992310 | 9/6/2005 | Registered | Circuit City Stores West Coast, Inc. | 35 | |
| United States | JUSTO LO QUE NECESITAS | 78/497132 | 10/8/2004 | 3092391 | 5/16/2006 | Registered | Circuit City Stores West Coast, Inc. | 35 | |

## LIQUID VIDEO

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| United States | LIQUID VIDEO | 76/455200 | 9/30/2002 | 3043163 | 1/17/2006 | Registered | Circuit City Stores West Coast, Inc. | 9 | |

## Domain Registrations:

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| ihateliquidvideo.com | 2/13/2016 | registered locked | Auto Renewal |
| ihateliquidvideo.net | 2/13/2016 | registered locked | Auto Renewal |
| ihateliquidvideo.org | 2/13/2016 | registered locked | Auto Renewal |
| iloveliquidvideo.com | 2/13/2016 | registered locked | Auto Renewal |
| iloveliquidvideo.net | 2/13/2016 | registered locked | Auto Renewal |
| iloveliquidvideo.org | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideohelp.com | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideohelp.net | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideohelp.org | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideoparts.com | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideoparts.net | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideoparts.org | 2/13/2016 | registered locked | Auto Renewal |

26

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| liquidvideoproducts.com | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideoproducts.net | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideoproducts.org | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideoservice.com | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideoservice.net | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideoservice.org | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideostores.com | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideostores.net | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideostores.org | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideosucks.com | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideosucks.net | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideosucks.org | 2/13/2016 | registered locked | Auto Renewal |

## NEXXTECH

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| United States | NEXXTECH | 78/346217 | 12/29/2003 | 3493805 | 8/26/2008 | Registered | Circuit City Stores West Coast, Inc. | 9 | |
| United States | NX2 NEXXTECH & DESIGN | 78/847481 | 3/28/2006 | 3424484 | 5/6/2008 | Registered | Circuit City Stores West Coast, Inc. | 9,1,3,20, 14 | |
| Canada | NEXXTECH | 1,172,358 | | | | | Circuit City Stores West Coast, Inc. | | Declaration of Use/Registration Fee Due 7/11/09 |
| Canada | NEXXTECH | 1,240,418 | | | | | Circuit City Stores West Coast, Inc. | | Response Due – Office Action 6/19/09 |
| Canada | NEXXTECH Design | 1,222,355 | | | | | Circuit City Stores West Coast, Inc. | | Registration Fee Due 6/5/09 |
| Canada | NX2 NEXXTECH & DESIGN | 1,309,813 | | | | | Circuit City Stores West Coast, Inc. | | Declaration of Use/Registration Fee Due 7/19/09 |

27

**OHM**

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| ihateohm.com | 2/13/2016 | registered locked | Auto Renewal |
| ihateohm.net | 2/13/2016 | registered locked | Auto Renewal |
| ihateohm.org | 2/13/2016 | registered locked | Auto Renewal |
| iloveohm.com | 2/13/2016 | registered locked | Auto Renewal |
| iloveohm.net | 2/13/2016 | registered locked | Auto Renewal |
| iloveohm.org | 2/13/2016 | registered locked | Auto Renewal |
| ohmhelp.com | 2/13/2016 | registered locked | Auto Renewal |
| ohmhelp.net | 2/13/2016 | registered locked | Auto Renewal |
| ohmhelp.org | 2/13/2016 | registered locked | Auto Renewal |
| ohmparts.com | 2/13/2016 | registered locked | Auto Renewal |
| ohmparts.net | 2/13/2016 | registered locked | Auto Renewal |
| ohmparts.org | 2/13/2016 | registered locked | Auto Renewal |
| ohmproducts.com | 2/13/2016 | registered locked | Auto Renewal |
| ohmproducts.net | 2/13/2016 | registered locked | Auto Renewal |
| ohmproducts.org | 2/13/2016 | registered locked | Auto Renewal |
| ohmservice.net | 2/13/2016 | registered locked | Auto Renewal |
| ohmservice.org | 2/13/2016 | registered locked | Auto Renewal |
| ohmstores.com | 2/13/2016 | registered locked | Auto Renewal |
| ohmstores.net | 2/13/2016 | registered locked | Auto Renewal |
| ohmstores.org | 2/13/2016 | registered locked | Auto Renewal |
| ohmsucks.com | 2/13/2016 | registered locked | Auto Renewal |
| ohmsucks.net | 2/13/2016 | registered locked | Auto Renewal |
| ohmsucks.org | 2/13/2016 | registered locked | Auto Renewal |

**RAPID SATTELITE**

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| United States | RAPIDSATELLITE | 76/576198 | 2/13/2004 | 2964726 | 7/5/2005 | Registered | Circuit City Stores West Coast, Inc. | 35,37,38 | |

28

| United States | RAPIDSATELLITE.COM and Design | 76/576,201 | 2/13/2004 | 2980573 | 8/2/2005 | Registered | Circuit City Stores West Coast, Inc. | 35,37,38 |

**Domain Registrations:**

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| rapidsatellite.com | 4/5/2011 | registered locked | Auto Renewal |

## SENS

**Domain Registration:**

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| sensproducts.com | 6/26/2010 | registered locked | Auto Renewal |

## TRADING CIRCUIT

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Canada | TRADING CIRCUIT | 1220147 | 6/11/2004 | TMA697635 | 10/2/2007 | Registered | Circuit City Stores West Coast, Inc. | 35 | |
| United States | TC TRADING CIRCUIT and Design | 78/413,288 | 5/5/2004 | 3202617 | 1/23/2007 | Registered | Circuit City Stores West Coast, Inc. | 35 | |
| United States | TRADING CIRCUIT | 78/403,082 | 4/16/2004 | 3202611 | 1/23/2007 | Registered | Circuit City Stores West Coast, Inc. | 35 | |

**Domain Registrations:**

29

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| tradingcircuit.biz | 2/21/2016 | registered locked | Auto Renewal |
| tradingcircuit.ca | 5/4/2010 | registered locked | Auto Renewal |
| tradingcircuit.com | 2/22/2016 | registered locked | Auto Renewal |
| trading-circuit.com | 2/22/2016 | registered locked | Auto Renewal |

## VERGE

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Canada | VERGE | 1220129 | 6/11/2004 | | | Pending | Circuit City Stores West Coast, Inc. | 9 | Intent to Use |
| Canada | VERGE Design | 1318215 | 9/27/2006 | | | Pending | Circuit City Stores West Coast, Inc. | 9 | Intent to Use; New Opposition filed 4/23/09 |
| Japan | V VERGE (Design) | 2006-87545 | 9/20/2006 | 5156042 | 8/1/2008 | Registered | Circuit City Stores West Coast, Inc. | 9 | |
| Japan | VERGE | 2006-87544 | 9/20/2006 | 5156041 | 8/1/2008 | Registered | Circuit City Stores West Coast, Inc. | 9 | |
| United States | V (Stylized) | 77/506739 | 6/24/2008 | | | Pending | Circuit City Stores West Coast, Inc. | 6,9,20 | |
| United States | V VERGE (Design) | 78/848670 | 3/29/2006 | 3420400 | 4/29/2008 | Registered | Circuit City Stores West Coast, Inc. | 9,6,20 | |
| United States | VERGE | 78/359967 | 1/30/2004 | 2984192 | 8/9/2005 | Registered | Circuit City Stores West Coast, Inc. | 9 | |
| United States | VERGE | 78/265758 | 6/23/2003 | 3074267 | 3/28/2006 | Registered | Circuit City Stores West Coast, Inc. | 9 | |

**Domain Registrations:**

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| ihateverge.com | 2/13/2016 | registered locked | Auto Renewal |
| ihateverge.net | 2/13/2016 | registered locked | Auto Renewal |
| ihateverge.org | 2/13/2016 | registered locked | Auto Renewal |
| iloveverge.com | 2/13/2016 | registered locked | Auto Renewal |
| iloveverge.net | 2/13/2016 | registered locked | Auto Renewal |
| iloveverge.org | 2/13/2016 | registered locked | Auto Renewal |
| vergehelp.com | 2/13/2016 | registered locked | Auto Renewal |
| vergehelp.net | 2/13/2016 | registered locked | Auto Renewal |
| vergehelp.org | 2/13/2016 | registered locked | Auto Renewal |
| vergeparts.com | 2/13/2016 | registered locked | Auto Renewal |
| vergeparts.net | 2/13/2016 | registered locked | Auto Renewal |
| vergeparts.org | 2/13/2016 | registered locked | Auto Renewal |
| vergeproducts.net | 2/13/2016 | registered locked | Auto Renewal |
| vergeproducts.org | 2/13/2016 | registered locked | Auto Renewal |
| vergeservice.com | 2/13/2016 | registered locked | Auto Renewal |
| vergeservice.net | 2/13/2016 | registered locked | Auto Renewal |
| vergeservice.org | 2/13/2016 | registered locked | Auto Renewal |
| vergestores.com | 2/13/2016 | registered locked | Auto Renewal |
| vergestores.net | 2/13/2016 | registered locked | Auto Renewal |
| vergestores.org | 2/13/2016 | registered locked | Auto Renewal |
| vergesucks.net | 2/13/2016 | registered locked | Auto Renewal |
| vergesucks.org | 2/13/2016 | registered locked | Auto Renewal |

**WHERE SERVICE IS STATE OF THE ART**

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Mexico | WHERE SERVICE IS STATE OF THE ART | 247269 | 11/6/1995 | 511106 | 11/28/1995 | Registered | Circuit City Stores West Coast, Inc. | 35 | |

31

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registratio n Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Mexico | WHERE SERVICE IS STATE OF THE ART | 167480 | 5/12/1993 | 438940 | 8/5/1993 | Registered | Circuit City Stores West Coast, Inc. | 42 | |
| United States | WHERE SERVICE IS STATE OF THE ART | 74/032284 | 2/26/1990 | 1625410 | 11/27/1990 | Registered | Circuit City Stores West Coast, Inc. | 42 | |

**OTHER MISCELLANEOUS MARKS**

32

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registratio n Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Canada | ANSWER CITY | 0728820 | 5/12/1993 | TMA433454 9/16/1994 | | Registered | Circuit City Stores West Coast, Inc. | 1 | |
| Canada | ANSWER CITY & DESIGN  | 0728819 | 5/12/1993 | TMA433453 9/16/1994 | | Registered | Circuit City Stores West Coast, Inc. | 1 | |
| Canada | APPLIANCE STATION | 809111 | 4/4/1996 | TMA523126 2/15/2000 | | Registered | Circuit City Stores West Coast, Inc. | 42 | |
| Canada | BEST BUY FOR CONSUMER ELECTRONICS AND APPLIANCES  | 737199 | 9/20/1993 | TMA471224 2/18/1997 | | Registered | Circuit City Stores West Coast, Inc. | 35 | |
| Canada | BRINGING STATE OF THE ART SERVICE TO YOUR HOME COMFORT NEEDS | 0792252 | 9/11/1995 | TMA476230 5/14/1997 | | Registered | Circuit City Stores West Coast, Inc. | 1 | |
| Canada | FLYING PLUG DESIGN  | 0701918 | 3/30/1992 | TMA447234 | 9/8/1995 | Registered | Circuit City Stores West Coast, Inc. | 1 | |
| Australia | NETSET | 566538 | 11/1/1991 | 566538 | 8/22/1995 | Registered | InterTAN, Inc. | 9 | |
| United States | DIGITAL DATACATCH | 75/746543 | 7/9/1999 | 2387541 | 9/19/2000 | Registered | Circuit City Stores West Coast, Inc. | 9 | United States |
| United States | OHI ZONE | 78/204648 | 1/17/2003 | 2972962 | 7/19/2005 | Registered | Circuit City Stores West Coast, Inc. | 35 | |
| Australia | POWER UP | 803838 | 8/16/1999 | 803838 | 6/27/2000 | Registered | InterTAN Inc. | 35 | |

33

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Australia | TECHCESSORIES | 652439 | 2/6/1995 | 652439 | 8/1/1997 | Registered | InterTAN, Inc. | 9 | |
| Australia | TECHCESSORIES | 600170 | 4/3/1993 | 600170 | 7/26/1995 | Registered | InterTAN, Inc. | 42 | |
| United States | TOTAL PROTECTION | 76/124315 | 9/8/2000 | 2735190 | 7/8/2003 | Registered | Circuit City Stores West Coast, Inc. | 36 | |

## 800.COM (800 DOT COM)

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| European Union | 800.COM | | | 1087584 | | Registered – Lapsed | 800.COM, Inc. | 9, 35, 42 | Registration can be renewed (Circuit City Stores, Inc. purchased 800.COM, Inc. in 2003) |
| Australia | 800 DOT COM (Device) | | | 786684 | | Registered – Lapsed | 800.COM, Inc. | 35, 42 | Registration can be renewed (Circuit City Stores, Inc. purchased 800.COM, Inc. in 2003) |

**Domain Registrations:**

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| 800.com | 11/9/2011 | registered locked | Auto Renewal |

## OTHER MISCELLANEOUS DOMAIN REGISTRATIONS

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| associatediscount.com | 3/1/2010 | registered locked | Auto Renewal |
| associatediscount.org | 6/30/2010 | registered locked | Auto Renewal |
| buyec.biz | 11/10/2011 | registered locked | Auto Renewal |

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| buyec.com | 11/11/2011 | registered locked | Auto Renewal |
| buyec.net | 11/11/2011 | registered locked | Auto Renewal |
| buyec.org | 11/11/2011 | registered locked | Auto Renewal |
| eccwest.com | 12/30/2011 | registered locked | Auto Renewal |
| econline.biz | 11/10/2011 | registered locked | Auto Renewal |
| econline.org | 11/11/2011 | registered locked | Auto Renewal |
| ecstores.biz | 11/10/2011 | registered locked | Auto Renewal |
| ecstores.net | 11/11/2011 | registered locked | Auto Renewal |
| ecstores.org | 11/11/2011 | registered locked | Auto Renewal |
| ehdc.com | 4/8/2015 | registered locked | Auto Renewal |
| iheartofthecity.com | 5/17/2010 | registered locked | Auto Renewal |
| ihateec.biz | 11/10/2011 | registered locked | Auto Renewal |
| ihateec.com | 11/11/2011 | registered locked | Auto Renewal |
| ihateec.net | 11/11/2011 | registered locked | Auto Renewal |
| Ihateec.org | 11/11/2011 | Registered locked | Auto Renewal |
| iloveec.biz | 11/10/2011 | registered locked | Auto Renewal |
| iloveec.net | 11/11/2011 | registered locked | Auto Renewal |
| iloveec.org | 11/11/2011 | registered locked | Auto Renewal |
| supportcentral.cc | 5/8/2010 | registered locked | Auto Renewal |

35

## EXHIBIT B

**(Bidding Procedures)**

## EXHIBIT B

### BIDDING PROCEDURES

Set forth below are the bidding procedures (the "Bidding Procedures")[1] to be employed with respect to the selection of the highest or otherwise best bid(s) for all or any part of the Sellers' Intellectual Property Assets.

### QUALIFIED BIDS

The Sellers will consider bids for any or all of the Intellectual Property Assets, including, for example, customer lists and various trademarks, servicemarks and the associated domain names and URLs.

The Sellers are permitted to enter into "stalking horse" agreement(s) (each a "Stalking Horse Agreement") with a bidder (the "Stalking Horse Bidder") for the purpose of establishing a minimum acceptable bid at which to begin the Auction and (ii) provide a Stalking Horse Bidder with a fee (the "Termination Fee") up to, but not greater than 3.0%, of the cash purchase price set forth in the Stalking Horse Agreement. However, in no event shall any Termination Fee be payable if the Stalking Horse Agreement contains a "due diligence" or financing contingency, and the Debtors shall not be permitted to offer two Termination Fees with respect to any proposal covering the same assets.

Under the Bidding Procedures only "Qualified Bidders," *i.e.* persons or entities submitting "Qualified Bids", may participate in the Auction.  To be considered a "Qualified Bid," the person or entity submitting the bid must submit an offer in the form of a purchase agreement (redlined against the Stalking Horse Agreement, if applicable) by the Bid Deadline (as defined hereinafter) that specifically identifies (a) the asset(s) to be purchased, (b) the purchase price, (c) identify the potential bidder and the officer(s) or authorized agent(s) who will appear on behalf of such bidder, (d) provide evidence, satisfactory to the Debtors in their reasonable discretion (after consultation with representatives of the Creditors' Committee), of the bidder's financial wherewithal, (e) provide that the bid shall not be conditioned on the outcome of unperformed due diligence

---

[1]     Unless otherwise defined herein, each capitalized term shall have the meaning assigned to it in the Motion or the Order.

by the bidder or any financing contingency, (f) provide a good
faith deposit equal to 10% of the cash component of the purchase
price; (g) provide that the bidder's offer is irrevocable until
the later of 2 business days after the assets subject to the
Sale have been disposed of pursuant to the Bidding Procedures,
and 30 days after the Hearing; (h) an acknowledgement that, in
the event the bidder is the Alternate Bidder (as defined below),
the bidder will proceed with the purchase of the Intellectual
Property Assets pursuant to the terms the Bid submitted at the
Auction (the "Alternate Bid"); and (i) a redline of the form of
order that the bidder would request the Sellers to seek Court
approval at the Hearing. **Whether or not expressly set forth in
the Bid and notwithstanding anything to the contrary in such Bid,
any bid submitted pursuant to the Bidding Procedures Order and
these Bidding Procedures shall be deemed to be irrevocable until
the later of 2 business days after the assets subject to the
Sale have been disposed of pursuant to the Bidding Procedures,
and 30 days after the Hearing; and such bidder shall be deemed
to have acknowledged that, in the event the bidder is the
Alternate Bidder (as defined below), the bidder will proceed
with the purchase of the Intellectual Property Assets pursuant
to the terms the Bid submitted prior to and modified at the
Auction (the "Alternate Bid").**

## BID DEADLINE

Any person or entity wanting to participate in the
Auctions must submit a Qualified Bid on or before **August 11,
2009 at 5:00 p.m. (Eastern)** (the "Bid Deadline") in writing, to:
(1) Circuit City Stores, Inc., P.O. Box 5695, Glen Allen,
Virginia 23058-5695, Attn: Jim Marcum
(jim_marcum@ccswinddown.com); (2) Counsel to the Debtors, Gregg
M. Galardi and Ian S. Fredericks, Skadden, Arps, Slate, Meagher
& Flom LLP, One Rodney Square, P.O. Box 636, Wilmington, DE
19801 (gregg.galardi@skadden.com and ian.fredericks@skadden.com);
(3) Counsel to the Creditors' Committee, Jeff Pomerantz,
Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd.,
11th Floor, Los Angeles, California 90067-4100,
(jpomerantz@pszjlaw.com); and (4) Streambank, LLC, Gabe Fried
and Jack Hazan, 400 Hillside Ave., Suite 19, Needham Heights, MA
02494 (gfried@streambankllc.com and jhazan@streambankllc.com).
The Debtors shall announce the terms of the highest or otherwise
best Qualified Bid, after consultation with representatives of
the Creditors' Committee, on or before the commencement of the
Auctions.

## THE AUCTION

The Auctions will be conducted at the offices of Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, New York, 10036 at 10:00 a.m. (Eastern) on August 18, 2009 or such later dates and times as the Debtors, in their sole discretion after consultation with the Creditors' Committee, may advise Qualified Bidders.  Any Qualified Bidder wishing to participate in the Auction must appear and submit its highest or otherwise best bid at the Auctions.  Bidding at the Auctions will continue until each Qualified Bidder has submitted its highest or otherwise best bid for the any or all of the Intellectual Property Assets.  At the conclusion of the bidding, the Sellers (after consultation the Creditors' Committee) shall announce the bid(s) the Sellers have determined to be the highest or otherwise best bid(s) (the "Successful Bidder(s)").

## AUCTION PROCEDURES

Prior to the commencement of the Auctions, the Sellers will advise all Qualified Bidders of what they believe to be the highest or otherwise best Qualified Bid received.  Only a Qualified Bidder who has submitted a Qualified Bid shall be eligible to participate at the Auctions.  During the Auctions, bidding shall begin initially with the highest or otherwise best proposal and subsequently continue in such minimum increments as the Sellers (after consultation with representatives of the Creditors' Committee) shall determine at the Auction (such bids submitted at the Auctions, the "Auction Bids").

Upon conclusion of the Auctions, the Sellers, in consultation with representatives of the Creditors' Committee, shall (i) review each Auction Bid on the basis of financial and contractual terms and the factors relevant to the Intellectual Property Assets and (ii) identify the highest or otherwise best offer for an asset (the "Successful Bid").  For the Auction, the Sellers may designate multiple Successful Bids for various assets.  If more than one Qualified Bidder submits a Bid on the same Intellectual Property Assets as the Successful Bidder, the Sellers, after consultation with the Creditors' Committee, will announce the bidder submitting the next highest or otherwise best proposal (the "Alternate Bidder") who, pursuant to the Bidding Procedures, would proceed with the purchase of the Intellectual Property pursuant to the terms the Alternate Bid submitted at the Auction, if the Successful Bidder fails to consummate the Sale because of: (i) the failure of a condition precedent beyond the control of either the Seller or the

3

Successful Bidder or (ii) a breach or failure to perform on the part of such Successful Bidder.

At or prior to the start of the Auctions, the Debtors, after consultation with the Creditors' Committee will announce other procedural rules at the Auctions, including (without limitation) initial minimum overbids and bid increments.

## RETURN OF GOOD FAITH DEPOSIT

As noted above, any Stalking Horse Bidder and all Bidders will be required to submit good faith deposits (the "Good Faith Deposits") with the Sellers on or before the Bid Deadline. Such Good Faith Deposits shall be equal to 10% of the cash component of the purchase price. Good Faith Deposits of any Stalking Horse Bidder and all Qualified Bidders shall be held in an segregated account until a proposal is no longer irrevocable as provided herein, at which time they will be returned to the Qualified Bidder; <u>provided</u>, <u>however</u>, that if any Stalking Horse Bidder or a Successful Bidder fails to consummate an approved sale because of a breach or failure to perform on the part of such Stalking Horse Bidder or Successful Bidder, the Sellers will not have any obligation to return the Good Faith Deposit deposited by such Stalking Horse Bidder or Successful Bidder, and such Good Faith Deposit shall irrevocably become property of the Sellers.

## RESERVATION OF RIGHTS

The Sellers reserve the right to (i) determine at their reasonable discretion (after consultation with representatives of the Creditors' Committee) which offer is the highest or otherwise best offer, (ii) reject at any time prior to entry of a Court order approving an offer, without liability, any offer that the Sellers in their reasonable discretion (after consultation with representatives of the Creditors' Committee) deem to be (x) inadequate or insufficient, (y) not in conformity with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, or procedures set forth therein or herein, or (z) contrary to the best interests of the Sellers and their estates, (iii) waive the requirements of any of the Bidding Procedures with respect to a potential or Qualified Bidder if the Sellers (after consultation with representatives of the Creditors' Committee) determine is in their business judgment and in the best interests of their creditors and estates; (iv) extend the Bid Deadline; (vi) change the date of any Auction (after consultation with representatives of the

Creditors' Committee); (vii) reopen the Auction at anytime prior
to entry of an order approving the Successful Bid; and (viii)
alter bid increments or other procedural rules during the
Auction as would be in the best interests of their estates.

The selection of a any Successful Bidder shall be
within the reasonable business judgment of the Sellers (after
consultation with representatives of the Creditors' Committee)
and subject to the approval of the Bankruptcy Court, and
economic considerations shall not be the sole criteria upon
which the Sellers may base their decision.  In assessing whether
a proposal constitutes a higher or otherwise better offer, the
Sellers shall consider, among other things, the net economic
effect upon the Sellers' estates.  The presentation of a
particular proposal to the Bankruptcy Court for approval does
not constitute the Sellers' acceptance of the proposal.  The
Sellers will be deemed to have accepted a proposal only when the
proposal has been approved by the Bankruptcy Court at the
Hearing.  At or before the Hearing, the Debtors, after
consultation with representatives of the Creditors' Committee,
may impose such other terms and conditions on Qualified Bidders
as the Sellers may determine to be in the best interests of the
Sellers, their estates, their creditors, and other parties in
interest.

**<u>EXHIBIT C</u>**

**(Sale Notice)**

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :   Jointly Administered
                              :
          Debtors.            :
                              :   **Auction: _____, 2009 at 10:00**
                              :   **a.m. (ET)**
                              :   **Obj. Deadline: _____, 2009 at**
                              :   **5:00 p.m. (ET)**
                              :   **Sale Hearing: August 27, 2009 at**
                              :   **11:00 a.m. (ET)**
- - - - - - - - - - - - - - - x

**NOTICE OF ENTRY OF ORDER UNDER BANKRUPTCY CODE SECTIONS
105 AND 363 (I) APPROVING PROCEDURES IN CONNECTION WITH
SALE OF MISCELLANEOUS INTELLECTUAL PROPERTY ASSETS,
(II) AUTHORIZING SELLERS TO ENTER INTO STALKING HORSE
AGREEMENTS IN CONNECTION THEREWITH, (III) APPROVING THE
PAYMENT OF TERMINATION FEES IN CONNECTION THEREWITH,
(IV) APPROVING FORM AND MANNER OF SALE NOTICE AND
(V) SETTING AUCTION AND HEARING DATES**

PLEASE TAKE NOTICE that on July [_], 2009, the above-captioned debtors and debtors in possession (collectively, the "Sellers" or the "Debtors")[1] filed their Motion for Orders pursuant to Bankruptcy Code Sections 105 and 363 (I)(A) Approving Procedures In Connection With Sale of Miscellaneous Intellectual Property Assets, (B) Authorizing Sellers To Enter Into Stalking Horse Agreements In Connection Therewith, (C) Approving Payment Of Termination Fees In Connection Therewith, (D) Approving Form And Manner Of Sale Notice, And (E) Setting Auction And Sale Hearing Dates; (II) Approving Sales Of Miscellaneous Intellectual Property Assets Free And Clear Of All Interests; And (III) Granting Related Relief (Docket No. _____, the "Motion"). A copy of the Motion is available at www.kccllc.net/circuitcity.

PLEASE TAKE FURTHER NOTICE that, on July 16, 2009, the Court entered the Order Pursuant To Bankruptcy Code Sections 105 and 363 (I) Approving Procedures In Connection With Sale of Miscellaneous Intellectual Property Assets, (II) Authorizing Sellers To Enter Into Stalking Horse Agreements In Connection Therewith, (III) Approving Payment Of Termination Fees In Connection Therewith, (IV) Approving Form And Manner Of Sale Notice And (V) Setting Auction And Sale Hearing Dates

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, VA 23060.

(Docket No. _____, the "Bidding Procedures Order")[2], at-
tached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that, pursuant to
the Bidding Procedures Order and procedures approved
thereby (the "Bidding Procedures"), the Sellers will ac-
cept bids on the Intellectual Property Assets until **Au-
gust 11, 2009 at 5:00 p.m. (ET)** (the "Bid Deadline").
All bids must comply with the Bidding Procedures.  The
Bidding Procedures are attached to the Bidding Proce-
dures Order.

PLEASE TAKE FURTHER NOTICE that, pursuant to
the Bidding Procedures Order and the Bidding Procedures,
in the event that the Sellers receive more than one
Qualified Bid, an auction with respect to the Sale (the
"Auction") will be conducted at the offices of Skadden,
Arps, Slate, Meagher & Flom, LLP, Four Times Square, New
York, New York 10036, tentatively commencing at **10:00
a.m. (Eastern) on August 18, 2009** or such later time or
other place as the Sellers notify all Qualified Bidders
who have submitted Qualified Bids.

PLEASE TAKE FURTHER NOTICE that the Debtors
have made the Motion, the Bidding Procedures Order, the
Bidding Procedures and any related documents available
at www.kccllc.net/circuitcity.

---

[2]  Capitalized terms not otherwise defined herein shall have the
meanings ascribed to such terms in the Motion or the Bidding Pro-
cedures Order.

```
Dated: _____, 2009        SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia    FLOM, LLP
                             Gregg M. Galardi, Esq.
                             Ian S. Fredericks, Esq.
                             P.O. Box 636
                             Wilmington, Delaware 19899-0636
                             (302) 651-3000

                                    - and -

                             SKADDEN, ARPS, SLATE, MEAGHER &
                             FLOM, LLP
                             Chris L. Dickerson, Esq.
                             155 North Wacker Drive
                             Chicago, Illinois 60606
                             (312) 407-0700

                                    - and -

                             MCGUIREWOODS LLP

                             /s/ Douglas M. Foley
                             Dion W. Hayes (VSB No. 34304)
                             Douglas Foley (VSB No. 34364)
                             One James Center
                             901 E. Cary Street
                             Richmond, Virginia 23219
                             (804) 775-1000

                             Counsel for Debtors and Debtors
                             in Possession
```

**EXHIBIT 1**

**(Bidding Procedures Order)**