William A. Broscious, Esquire (VSB#27436)
Kepley Broscious & Biggs, PLC
2211 Pump Road
Richmond, Virginia 23233
(804) 741.0400 x202

Counsel for Paramount Home Entertainment Inc.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al*. | ) | **Case No. 08-35653 (KRH)** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |

**NOTICE OF APPEARANCE (AND SUBSTITUTION OF COUNSEL)**
**AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that the law firms of Kepley Broscious & Biggs, PLC[1], and Klee Tuchin Bogdanoff & Stern LLP, as counsel for Paramount Home Entertainment Inc. ("Paramount"), hereby enter their appearance pursuant to Fed. R. Bankr. P. 9010(b) in the referenced bankruptcy case commenced by Circuit City Stores, Inc., *et al*. (the "Debtor"), and request that all papers, pleadings, motions, and applications served or required to be served in the case be given to and served on the following:

| | |
|---|---|
| William A. Broscious, Esquire<br>Kepley Broscious & Biggs, PLC<br>2211 Pump Road<br>Richmond, Virginia  23233 | wbroscious@kbbplc.com<br>Tel. No: 804.741.0400 x202<br>Facs. No: 804.741.7165 |
| -and - | |
| David M. Stern, Esquire<br>Klee Tuchin Bogdanoff & Stern LLP<br>1999 Avenue if the Stars, 39th Floor<br>Hollywood, California  90067 | dstern@ktbslaw.com<br>Tel. No: 310.407.4000<br>Facs. No: 310.407.9090 |

---

1   Substitute counsel in the place of Susan R. Podolsky, Esquire.

      PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by ordinary mail, hand delivery, telephone, facsimile, electronic mail or otherwise, that may affect in any way any rights or interests of Paramount with respect to the Debtor, or any related entity(ies), or property or proceeds thereof in which the Debtor may claim an interest.

      PLEASE TAKE FURTHER NOTICE that this appearance and request for service of all pleadings and documents is without prejudice to the rights, remedies, and claims of Paramount against any other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to submit Paramount to the jurisdiction of the Court.  All rights, remedies, and claims of Paramount are hereby expressly reserved, including without limitation, the right to make a motion seeking abstention or a motion for withdrawal of the case or a proceeding therein.

Date: July 21, 2009                                            By:  */s/ William A. Broscious*
                                                                                     Counsel

William A. Broscious, Esquire (VSB #27436)
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, VA 23233
804.741.0400 x202

Counsel for Paramount Home Entertainment Inc.

### CERTIFICATE OF SERVICE

      I hereby certify that on July 21, 2009, an electronic copy of the foregoing Notice of Appearance and Request for Service was filed using the Court's ECF System which caused electronic notification of filing to be served on all registered users of the ECF System that have requested such notification in the Circuit City Stores, Inc., *et al.* bankruptcy proceeding.

                                                             */s/ William A. Broscious*
                                                             William A. Broscious, Esq. (VSB #27436)