Annemarie G. McGavin (VSB No. 39984)
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street, N.W., Ste. 300
Washington, DC 20006-3807
Tel: 202-452-7900

-and-

Peter J. Duhig (DE Bar No. 4024)
BUCHANAN INGERSOLL & ROONEY PC
1000 West Street, Suite 1410
Wilmington, DE 19801
Tel: 302-552-4249



RICHMOND DIVISION
FILED JUL 17 2009
CLERK
U.S. BANKRUPTCY COURT

Counsel for General Instrument Corporation
doing business as the Home and Networks Mobility
business of Motorola Inc.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653 (KRH)<br>(Jointly Administered) |

### PRELIMINARY RESPONSE OF GENERAL INSTRUMENT CORPORATION DOING BUSINESS AS THE HOME & NETWORKS MOBILITY BUSINESS OF MOTOROLA INC. TO DEBTORS' NINETEENTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS)

General Instrument Corporation doing business as the Home and Networks Mobility business of Motorola Inc. ("Home & Networks"), by and through its undersigned counsel, submits its Preliminary Response (the "Preliminary Response") to the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (the "Objection"), and in support respectfully states as follows:

1.      On or about January 29, 2009, Home & Networks filed a proof of claim against Debtor Circuit City Stores, Inc. for $369,280.64, which is listed by the Debtors as claim number 7597 (the "Claim"). On or about June 22, 2009, the Debtors filed the Objection. Pursuant to the Objection, the Debtors seek to reclassify a $50,000 secured claim under section 506(a) of the Bankruptcy Code to a general unsecured claim. Home & Networks objects to the relief requested in the Objection.

2.      Home & Networks files this Preliminary Response in lieu of a formal pleading pursuant to the Debtors' authorization to Home & Network's counsel on July 8, 2009. Accordingly, Home & Networks reserves all rights with respect to the Claim and the right to supplement the Preliminary Response at a later date.

3.      Contact information for Home & Networks is as follows:

General Instrument Corporation dba
The Home & Networks Mobility business of Motorola, Inc.
101 Tournament Drive
Horsham, PA 19044
ATTN: Angela Urban (215) 323-1760

WHEREFORE, Home & Networks respectfully requests that the Claim be excluded from any order approving the Objection and such other relief as is just and proper.

Date: July 15, 2009

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Annemarie G. McGavin
Annemarie G. McGavin (VSB No. 39984)
1700 K Street, N.W., Ste. 300
Washington, DC  20006-3807
Tel: 202-452-7900
Fax: 202-452-7989

                and

Peter J. Duhig (No. 4024)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
E-mail: peter.duhig@bipc.com

*Counsel to Counsel for General Instrument
Corporation doing business as the Home and
Networks Mobility business of Motorola Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing *Preliminary Response of General Instrument Corporation Doing Business As the Home & Networks Mobility Business of Motorola Inc. to Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims)* was filed electronically with the court via the CM/ECF system on the 15th day of July, 2009 and first-class mail to the following:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street, Room 4000
Richmond, VA 23219

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606

/s/ Annemarie G. McGavin
Annemarie G. McGavin (VSB No. 39984)