

Name of Bankruptcy Court:  United States Bankruptcy Court for the Eastern District of
Virginia Richmond Division
Name of Debtor:  Circuit City Stores, Inc. et al.
Case Number:  08-35653 (KRH)
Objection Titled:  Notice of the Debtors' Twenty-Second Omnibus Objection to Claims
(Disallowance of Certain Claims Filed Against the Wrong Debtor)

Claimant:  MiTAC Digital Corp. (Magellan)
Explanation for the amount of claim:  Invoices for which payment was not received
attached hereto as Exhibit A.

The Bankruptcy court should overturn this objection due to the mis-categorization of the
claim as a secured debt.  The claim is in-fact an unsecured debt.  Also it should be known
that as of January 12, 2009 Magellan Navigation, Inc. sold substantially all of their
consumer assets to MiTAC International Corporation which will operate the Magellan
brand under MiTAC Digital Corp.  MiTAC Digital Corp. has assumed all the consumer-
related assets and liabilities of this transaction and as such, filed the claim as of January
23, 2009 on behalf of the Magellan consumer business.

Brandy Green, Controller, MiTAC Digital Corp.
Phone: (408) 615-5147
MiTAC Digital Corp.
471 El Camino Real
Santa Clara, CA 95050

RICHMOND DIVISION

F I L E D   JUL 1 7 2009   F I L E D

CLERK
U.S. BANKRUPTCY COURT

The corrected claim is attached hereto as Exhibit B.

Brandy Green, Controller, MiTAC Digital Corp.
Phone: (408) 615-5147
MiTAC Digital Corp.
471 El Camino Real
Santa Clara, CA 95050

MiTAC Digital Corp. (Magellan)
Attn: Brandy Green
471 El Camino Real
Santa Clara, CA 95050
Phone: (408) 615-5147
Fax: (408) 615-3961

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | | PROOF OF CLAIM |
|---|---|---|

**Debtor against which claim is asserted: (Check only one box below:)**

| | | |
|---|---|---|
| ☐ Circuit City Stores, Inc. (Case No. 08-35653) | ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659) | ☐ Abbott Advertising, Inc. (Case No. 08-35665) |
| ☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654) | | ☐ Mayland MN, LLC (Case No. 08-35666) |
| ☐ InterTAN, Inc. (Case No. 08-35655) | ☐ Circuit City Stores PR, LLC (Case No. 08-35660) | ☐ Patapsco Designs, Inc. (Case No. 08-35667) |
| ☐ Ventoux International, Inc. (Case No. 08-35656) | ☐ Circuit City Properties, LLC (Case No. 08-35661) | ☐ Sky Venture Corporation (Case No. 08-35668) |
| ☒ Circuit City Purchasing Company, LLC (Case No. 08-35657) | ☐ Orbyx Electronics, LLC (Case No. 08-35662) | ☐ XSStuff, LLC (Case No. 08-35669) |
| | ☐ Kinzer Technology, LLC (Case No. 08-35663) | ☐ PRAHS, INC. (Case No. 08-35670) |
| ☐ CC Aviation, LLC (Case No. 08-35658) | ☐ Courchevel, LLC CCase No. 08-35664) | |

NOTE: This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).

| | | |
|---|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | MiTAC Digital Corp. | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent | **Brandy Green**<br>**471 El Camino Real**<br>**Santa Clara, California 95050** | **Court Claim Number:** _____<br>(If known)<br><br>Filed on: _____ |
| Telephone number: | (408) 615-5147 | |
| Name and address where payment should be sent (if different from above): | | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Telephone number: | | ☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1.** Amount of Claim as of Date Case Filed: $2,328,695.86<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5.** Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). |
| **2.** Basis for Claim: Goods Sold<br>(See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier— 11 U.S.C. § 507(a)(4). |
| **3.** Last four digits of any number by which creditor identifies debtor: 0038<br>3a. Debtor may have scheduled account as: _____<br>(See instruction #3a on reverse side.) | ☐ Contributions to an employee benefit plan—11 U.S.C. § 507(a)(5). |
| **4.** Secured Claim (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☑ Other ∅ None  *Exh 7/16/09*<br>Describe: ~~Part of claim may be secured by a right of setoff.~~<br>Value of Property: $_____ Annual Interest Rate _____%<br>Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____<br>Basis for perfection: _____<br>Amount of Secured Claim: $_____ Amount Unsecured: $_____ | ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).<br><br>☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).<br><br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)( ).<br><br>*Amount entitled to priority:*<br>$_____ |
| **6.** Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | • Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment |
| **7.** Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, please explain: | |

| Date | Signature: the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|
| 1/23/09 | *[signature]*    Brandy Green, Vice President, Corporate Controller | |

## Invoices for MiTAC Digital Corp. Proof of Claim

**Customer - 300038**
**Company Code - MN10**

| Document | P.O. Number | Sales Order | Type | Doc. Date | Due Date | Amount of Invoice |
|---|---|---|---|---|---|---|
| 90296106 | 2107751 | 2023160 | RX | 7/30/2008 | 9/28/2008 | $73,697.56 |
| 90331318 | 2136386 | 2025101 | RX | 9/9/2008 | 11/8/2008 | $61,904.92 |
| 90331319 | 2136403 | 2025096 | RX | 9/9/2008 | 11/8/2008 | $11,517.60 |
| 90331320 | 2136385 | 2025092 | RX | 9/9/2008 | 11/8/2008 | $42,609.88 |
| 90331321 | 2136404 | 2025099 | RX | 9/9/2008 | 11/8/2008 | $14,972.88 |
| 90332342 | 2136402 | 2025093 | RX | 9/10/2008 | 11/9/2008 | $32,249.28 |
| 90332343 | 2136406 | 2025100 | RX | 9/10/2008 | 11/9/2008 | $24,186.96 |
| 90332344 | 2136407 | 2025091 | RX | 9/10/2008 | 11/9/2008 | $21,307.56 |
| 90332345 | 2136387 | 2025098 | RX | 9/10/2008 | 11/9/2008 | $61,100.96 |
| 90332346 | 2136389 | 2025090 | RX | 9/10/2008 | 11/9/2008 | $129,437.56 |
| 90332347 | 2136388 | 2025094 | RX | 9/10/2008 | 11/9/2008 | $147,928.64 |
| 90332348 | 2136384 | 2025097 | RX | 9/10/2008 | 11/9/2008 | $260,483.04 |
| 90332349 | 2136405 | 2025095 | RX | 9/10/2008 | 11/9/2008 | $15,548.76 |
| 90356481 | 2153381 | 2027002 | RX | 9/27/2008 | 11/26/2008 | $12,059.40 |
| 90356482 | 2153386 | 2027003 | RX | 9/27/2008 | 11/26/2008 | $11,255.44 |
| 90356483 | 2153385 | 2027001 | RX | 9/27/2008 | 11/26/2008 | $10,451.48 |
| 90356484 | 2153383 | 2026999 | RX | 9/27/2008 | 11/26/2008 | $3,215.84 |
| 90356485 | 2153388 | 2026492 | RX | 9/27/2008 | 11/26/2008 | $1,151.76 |
| 90356486 | 2153387 | 2026493 | RX | 9/27/2008 | 11/26/2008 | $575.88 |
| 90360232 | 2153382 | 2026998 | RX | 10/3/2008 | 12/2/2008 | $75,037.76 |
| 90360233 | 2153385 | 2027001 | RX | 10/3/2008 | 12/2/2008 | $206,353.84 |
| 90360234 | 2153384 | 2027000 | RX | 10/3/2008 | 12/2/2008 | $107,196.80 |
| 90360235 | 2153383 | 2026999 | RX | 10/3/2008 | 12/2/2008 | $91,117.28 |
| 90360236 | 2153381 | 2027002 | RX | 10/3/2008 | 12/2/2008 | $412,707.68 |
| 90360237 | 2153386 | 2027003 | RX | 10/3/2008 | 12/2/2008 | $225,113.28 |
| 90361409 | 2159993 | 2027152 | RX | 10/6/2008 | 12/5/2008 | $575.88 |
| 90361410 | 2159987 | 2027163 | RX | 10/6/2008 | 12/5/2008 | $5,359.84 |
| 90363197 | 2159994 | 2027157 | RX | 10/7/2008 | 12/6/2008 | $1,151.76 |
| 90363198 | 2159988 | 2027158 | RX | 10/7/2008 | 12/6/2008 | $13,399.60 |
| 90364384 | 2159986 | 2027155 | RX | 10/8/2008 | 12/7/2008 | $166,155.04 |
| 90364385 | 2159990 | 2027162 | RX | 10/8/2008 | 12/7/2008 | $85,757.44 |
| 1800000229 | | | DR | 6/10/2008 | 8/9/2008 | $3,114.26 |
| **Total** | | | | | | **$2,328,695.86** |

Customer Name City
Company Code

306039
MDD
CIRCUIT CITY
RICHMOND



| St Documento | Reference | Sale Doc. | Typ | Doc. Date | Net due dt StD | | Amount in DC.ur. | | Amt in loc.cur. | | Clear chrg Doc. Text | Posted on |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8507112 | 0565412 | 4005048 | RX | 11/20/2008 | 11/20/2008 | # | 435.47 | USD | 435.47 | USD | | 11/20/2008 |
| 8507202 | 0564357 | 4000467 | RX | 12/01/2008 | 12/01/2008 | # | 748.00 | USD | 748.00 | USD | | 12/01/2008 |
| 8507303 | 0455201 | 4000469 | RX | 12/01/2008 | 12/01/2008 | # | 174.19 | USD | 174.19 | USD | | 12/01/2008 |
| 8507304 | 0564567 | 4000060 | RX | 12/01/2008 | 12/01/2008 | # | 174.19 | USD | 174.19 | USD | | 12/01/2008 |
| 8507045 | 0455015 | 4005566 | RX | 12/02/2008 | 12/02/2008 | # | 200.59 | USD | 200.59 | USD | | 12/02/2008 |
| 8507045 | 0455075 | 4005646 | RX | 12/02/2008 | 12/02/2008 | # | 87.05 | USD | 87.05 | USD | | 12/02/2008 |
| 8507283 | 4455687 | 4005671 | RX | 12/02/2008 | 12/02/2008 | # | 174.19 | USD | 174.19 | USD | | 12/02/2008 |
| 8507344 | 0564587 | 4005021 | RX | 12/02/2008 | 12/02/2008 | # | 174.19 | USD | 174.19 | USD | | 12/02/2008 |
| 8507344 | 4005521 | 4000562 | RX | 12/22/2008 | 12/22/2008 | # | 632.96 | USD | 632.96 | USD | | 12/22/2008 |
| 8507577 | GRDT LCI | 4005071 | RX | 12/22/2008 | 12/22/2008 | # | 632.96 | USD | 632.96 | USD | | 12/22/2008 |
| 8506106 | GRDT TCL | 2005611 | RX | 12/22/2008 | 12/22/2008 | # | 100.49 | USD | 100.49 | USD | | 12/22/2008 |
| 8030138 | 2105611 | 2005021 | RX | 09/09/2008 | 11/08/2008 | # | 71,607.04 | USD | 71,607.04 | USD | | 09/09/2008 |
| 8031139 | 2106403 | 2005096 | RX | 09/09/2008 | 11/08/2008 | # | 61,904.52 | USD | 61,904.52 | USD | | 09/09/2008 |
| 8031120 | 2106402 | 2005096 | RX | 09/09/2008 | 11/08/2008 | # | 11,517.60 | USD | 11,517.60 | USD | | 09/09/2008 |
| 8031121 | 2136402 | 2005092 | RX | 09/09/2008 | 11/08/2008 | # | 42,629.88 | USD | 42,629.88 | USD | | 09/09/2008 |
| 8032245 | 2136407 | 2005099 | RX | 09/09/2008 | 11/08/2008 | # | 14,973.88 | USD | 14,973.88 | USD | | 09/09/2008 |
| 8032244 | 2136407 | 2005091 | RX | 09/10/2008 | 11/09/2008 | # | 24,249.08 | USD | 24,249.08 | USD | | 09/10/2008 |
| 8032147 | 2136407 | 2005050 | RX | 09/10/2008 | 11/09/2008 | # | 147,928.64 | USD | 147,928.64 | USD | | 09/10/2008 |
| 8032148 | 2136407 | 2005050 | RX | 09/10/2008 | 11/09/2008 | # | 21,307.56 | USD | 21,307.56 | USD | | 09/10/2008 |
| 8032249 | 2136405 | 2005097 | RX | 09/20/2008 | 11/09/2008 | # | 61,100.96 | USD | 61,100.96 | USD | | 09/20/2008 |
| 8032604 | 2136604 | 2005067 | RX | 09/20/2008 | 11/09/2008 | # | 24,186.96 | USD | 24,186.96 | USD | | 09/20/2008 |
| 8034646 | 2136581 | 2005096 | RX | 09/27/2008 | 11/26/2008 | # | 15,548.76 | USD | 15,548.76 | USD | | 09/27/2008 |
| 8034645 | 2136581 | 2005082 | RX | 09/27/2008 | 11/26/2008 | # | 260,483.04 | USD | 260,483.04 | USD | | 09/27/2008 |
| 8034648 | 2135181 | 2005001 | RX | 09/20/2008 | 11/26/2008 | # | 15,059.40 | USD | 15,059.40 | USD | | 09/20/2008 |
| 8032685 | 2135138 | 2005069 | RX | 09/27/2008 | 11/26/2008 | # | 11,259.40 | USD | 11,259.40 | USD | | 09/27/2008 |
| 8035604 | 2135198 | 2007001 | RX | 10/01/2008 | 12/02/2008 | # | 10,401.48 | USD | 10,401.48 | USD | | 10/01/2008 |
| 8036024 | 2135134 | 2007000 | RX | 10/01/2008 | 12/02/2008 | # | 3,215.84 | USD | 3,215.84 | USD | | 10/01/2008 |
| 8035686 | 2135340 | 2007003 | RX | 10/06/2008 | 12/05/2008 | # | 1,151.76 | USD | 1,151.76 | USD | | 10/06/2008 |
| 8039237 | 2135196 | 2007152 | RX | 10/06/2008 | 12/05/2008 | # | 575.88 | USD | 575.88 | USD | | 10/06/2008 |
| 8050469 | 2135992 | 2007152 | RX | 10/06/2008 | 12/05/2008 | # | 575.88 | USD | 575.88 | USD | | 10/06/2008 |
| 8050410 | 2135987 | 2007163 | RX | 10/07/2008 | 12/06/2008 | # | 5,359.84 | USD | 5,359.84 | USD | | 10/07/2008 |
| 8050157 | 2135994 | 2007003 | RX | 10/07/2008 | 12/06/2008 | # | 1,153.76 | USD | 1,153.76 | USD | | 10/07/2008 |
| 8050138 | 2135996 | 2007160 | RX | 10/08/2008 | 12/07/2008 | # | 13,399.60 | USD | 13,399.60 | USD | | 10/08/2008 |
| 8050494 | 2159990 | 2027155 | RX | 11/18/2008 | 11/18/2008 | # | 91,117.28 | USD | 91,117.28 | USD | | 10/08/2008 |
| 8028405 | 2159990 | 2027152 | RX | 06/02/2008 | 08/01/2008 | # | 412,707.68 | USD | 412,707.68 | USD | | 06/01/2008 |
| 18000226 | | | | | | | 225,113.28 | USD | 225,113.28 | USD | | |
| | | | | | | | 75,677.76 | USD | 75,677.76 | USD | | |
| | | | | | | | 206,333.84 | USD | 206,333.84 | USD | | |
| | | | | | | | 107,196.80 | USD | 107,196.80 | USD | | |
| | | | | | | | 85,757.44 | USD | 85,757.44 | USD | | |
| | | | | | | | 166,155.04 | USD | 166,155.04 | USD | | |
| | | | | | | | 150,669.68 | USD | 150,669.68 | USD | | |
| | | | | | 2,175,342.07 | | 3,114.26 | USD | 3,114.26 | USD | | |
| | | | | | | | | | 2,175,342.07 | USD | | |

Balance At Reconciliation 11.18.08 Needs to be Applied

# MAGELLAN®

MiTAC Digital Corp.

960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050

Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

## Credit Memo

Page:1

| | | | |
|---|---|---|---|
| Document No: 85071112 | Document Date: 11/20/2008 | Amount: | -435.47 USD |
| Ship Date: 11/20/2008 | Due Date: 01/19/2009 | PO: 025693412 | |
| Order No: 40005468 | Tax No: | S.Via: FedEx Ground | |
| Terms: 60 days, net | | FOB, ORIGIN | |

300038

Bill-To:

CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

4022613

Ship-To:

CIRCUIT CITY BETHLEHAM DC
4000 TOWNSHIP LINE ROAD
BETHLEHEM PA 18020
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 980919-01A 98091901 | "SKU,MAGELLAN   MAESTRO 4000,US | 5.000 | 0 | 87.09 | -435.47 |

|  |  |
|---|---|
| DOCUMENT SUBTOTAL: | -435.47 |
| REIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| | =============== |
| DOCUMENT TOTAL: | -435.47 |

PO#  025693412

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.

**MAGELLAN®**

MiTAC Digital Corp.

960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050

Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

# Credit Memo

Page:1

| | | |
|---|---|---|
| Document No: 85071260 | Document Date: 11/21/2008 | Amount: -748.60 USD |
| Ship Date: 11/21/2008 | Due Date: 01/20/2009 | PO: 056401587 |
| Order No: 40004047 | Tax No: | S.Via: FedEx Ground |
| Terms: 60 days, net | | FOB, ORIGIN |

300038

Bill-To:
CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

4022617

Ship-To:
CIRCUIT CITY ARDMORE DC
1901 COOPER DIRVE
ARDMORE OK 73401
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 980-0054-001 9800023001 | SKU,MRM1200,US,CLAMSHELL | 7.000 | 0 | 106.94 | -748.60 |

```
                          DOCUMENT SUBTOTAL:        -748.60
                          REIGHT CHARGES:              0.00
                          TAX AMOUNT:                  0.00
                                                 =============
                          DOCUMENT TOTAL:           -748.60
```

PO#  056401587

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life"  products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.

# MAGELLAN'

MiTAC Digital Corp.

960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050

Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

# Credit Memo

Page:1

| | | |
|---|---|---|
| Document No: 85071943 | Document Date: 12/01/2008 | Amount:                    -174.19 USD |
| Ship Date: 12/01/2008 | Due Date: 01/30/2009 | PO: 004650231 |
| Order No: 40005469 | Tax No: | S.Via: FedEx Ground |
| Terms: 60 days, net | | FOB, ORIGIN |

300038

Bill-To:

    CIRCUIT CITY
    9954 MAYLAND DRIVE
    RICHMOND VA 23233-1464
    US

4022622

Ship-To:

    CIRCUIT CITY ORLANDO DC
    19925 INDEPENDENCE BLVD
    GROVELAND FL 34736
    US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 980919-01A 98091901 | "SKU,MAGELLAN    MAESTRO 4000,US | 2.000 | 0 | 87.10 | -174.19 |

DOCUMENT SUBTOTAL:     -174.19
REIGHT CHARGES:     0.00
TAX AMOUNT:     0.00
==============
DOCUMENT TOTAL:     -174.19

PO#  004650231

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.

# MAGELLAN

MITAC Digital Corp.
960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050
Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

## Credit Memo

Page:1

| | | | |
|---|---|---|---|
| Document No: 85071944 | Document Date: 12/01/2008 | Amount: | -200.99 USD |
| Ship Date: 12/01/2008 | Due Date: 01/30/2009 | PO: 056401587 | |
| Order No: 40006869 | Tax No: | S.Via: FedEx Ground | |
| Terms: 60 days, net | | FOB, ORIGIN | |

300038
Bill-To:
CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

4022617
Ship-To:
CIRCUIT CITY ARDMORE DC
1901 COOPER DIRVE
ARDMORE OK 73401
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 980-0019-001 9800019001 | SKU,MM4250,NA | 1.000 | 0 | 200.99 | -200.99 |

DOCUMENT SUBTOTAL:    -200.99
REIGHT CHARGES:          0.00
TAX AMOUNT:              0.00
==============
DOCUMENT TOTAL:       -200.99

PO#  056401587

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life"  products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.



MiTAC Digital

960 Overland Court,  San Dimas CA  91773  /  Phone: (909) 394-5000  /  Fax: (909) 394-7050

Remittance only  ->  P.O.Box  951692  /  Dallas,  TX 75395-1692 -- USA

# Credit Memo

Page:1

| | | | |
|---|---|---|---|
| Document No: 85071945 | Document Date: 12/01/2008 | Amount: | -87.09 USD |
| Ship Date: 12/01/2008 | Due Date: 01/30/2009 | PO: 004650615 | |
| Order No: 40005291 | Tax No: | S.Via: FedEx Ground | |
| Terms: 60 days, net | | FOB, ORIGIN | |

300038                                                4022622

Bill-To:                                          Ship-To:

CIRCUIT CITY                                  CIRCUIT CITY ORLANDO DC
9954 MAYLAND DRIVE                           19925 INDEPENDENCE BLVD
RICHMOND VA 23233-1464                       GROVELAND FL 34736
US                                            US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 980919-01A 98091901 | "SKU,MAGELLAN      MAESTRO 4000,US | 1.000 | 0 | 87.09 | -87.09 |

DOCUMENT SUBTOTAL:          -87.09
REIGHT CHARGES:              0.00
TAX AMOUNT:                  0.00
                        ==============
DOCUMENT TOTAL:             -87.09

PO#  004650615

---

**Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.**

**MAGELLAN**

MITAC Digital Corp.

960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050

Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

# Credit Memo

Page:1

| | | |
|---|---|---|
| Document No: 85072083 | Document Date: 12/02/2008 | Amount: -174.19 USD |
| Ship Date: 12/02/2008 | Due Date: 01/31/2009 | PO: 025693279 |
| Order No: 40005466 | Tax No: | S.Via: FedEx Ground |
| Terms: 60 days, net | | FOB, ORIGIN |

300038

Bill-To:
CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

4022613

Ship-To:
CIRCUIT CITY BETHLEHAM DC
4000 TOWNSHIP LINE ROAD
BETHLEHEM PA 18020
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|------|----------------|-------------|-------------|---------|------------|----------------|
| 1 | 980919-01A 98091901 | "SKU,MAGELLAN    MAESTRO 4000,US | 2.000 | 0 | 87.10 | -174.19 |

|  |  |
|---|---|
| DOCUMENT SUBTOTAL: | -174.19 |
| REIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| DOCUMENT TOTAL: | -174.19 |

PO# 025693279

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life"  products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.



MITAC Digital Corp.
960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050
Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

# Credit Memo

Page:1

| | | | |
|---|---|---|---|
| Document No: 85072934 | Document Date: 12/10/2008 | Amount: | -174.19 USD |
| Ship Date: 12/10/2008 | Due Date: 02/08/2009 | PO: 056401587 | |
| Order No: 40005471 | Tax No: | S.Via: FedEx Ground | |
| Terms: 60 days, net | | FOB, ORIGIN | |

300038
Bill-To:
CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

4022617
Ship-To:
CIRCUIT CITY ARDMORE DC
1901 COOPER DIRVE
ARDMORE OK 73401
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 980919-01A 98091901 | "SKU,MAGELLAN MAESTRO 4000,US | 2.000 | 0 | 87.10 | -174.19 |

DOCUMENT SUBTOTAL:                  -174.19
REIGHT CHARGES:                        0.00
TAX AMOUNT:                            0.00
                               ===============
DOCUMENT TOTAL:                     -174.19

PO#  056401587

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.

# ◁MAGELLAN®

MiTAC Digital Corp.
960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050
Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

# Credit Memo

Page:1

| | | | |
|---|---|---|---|
| Document No: 85075344 | Document Date: 12/22/2008 | Amount: | -602.98 USD |
| Ship Date: 12/22/2008 | Due Date: 02/20/2009 | PO: 05401587 | |
| Order No: 40009621 | Tax No: | S.Via: FedEx Ground | |
| Terms: 60 days, net | | FOB, ORIGIN | |

300038

Bill-To:
CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

4022617

Ship-To:
CIRCUIT CITY ARDMORE DC
1901 COOPER DIRVE
ARDMORE OK 73401
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 980920-01A 98092001 | SKU,MM4040,NA | 2.000 | 0 | 301.49 | -602.98 |

DOCUMENT SUBTOTAL:          -602.98
REIGHT CHARGES:             0.00
TAX AMOUNT:                 0.00
                           ===============
DOCUMENT TOTAL:            -602.98

PO#  05401587

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.



MiTAC Digital

960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050

Remittance only -> P.O.Box  951692  /  Dallas,  TX 75395-1692 -- USA

# Credit Memo

Page:1

| | | |
|---|---|---|
| Document No: 85075907 | Document Date: 12/30/2008 | Amount:     -100.49 USD |
| Ship Date: 12/30/2008 | Due Date: 02/28/2009 | PO: grief log |
| Order No: 40010826 | Tax No: | S.Via: FedEx Ground |
| Terms: 60 days, net | | FOB, ORIGIN |

300038

Bill-To:
  CIRCUIT CITY
  9954 MAYLAND DRIVE
  RICHMOND VA 23233-1464
  US

300038

Ship-To:
  CIRCUIT CITY
  9954 MAYLAND DRIVE
  RICHMOND VA 23233-1464
  US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 980-0007-001 | SKU,MM3200,US | 1.000 | 0 | 100.49 | -100.49 |

DOCUMENT SUBTOTAL:    -100.49
REIGHT CHARGES :    0.00
TAX AMOUNT:    0.00
==============
DOCUMENT TOTAL:    -100.49

PO#  grief log

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life"  products are not  eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.

# MAGELLAN®

MiTAC Digital Corporation
960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050
Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

## Invoice

Page:1

| Document No: 90296106 | Document Date: 07/30/2008 | Amount: | 73697.56 USD |
|---|---|---|---|
| Ship Date: 07/30/2008 | Due Date: 09/28/2008 | PO: 2107751 | |
| Order No: 2023160 | Tax No: | S.Via: FedEx Ground | |
| Terms: 60 days, net | | FOB, FREE ON BOARD | |

300038        4022621

Bill-To:
CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

Ship-To:
CIRCUIT CITY MARION DC
1100 CIRCUIT CITY ROAD
MARION IL 62959
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 980-0019-001 9800019001 | SKU,MM4250,NA | 184 | 0 | 334.99 | 61,638.16 |
| 2 | 980-0145-001 9800145001 | SKU,MRM1412,US | 60 | 0 | 200.99 | 12,059.40 |

PO# 2107751

| | |
|---|---|
| DOCUMENT SUBTOTAL: | 73,697.56 |
| FREIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| DOCUMENT TOTAL: | 73697.56 |

*******************SHIPPING INFORMATION**********************
TRACKING NUMBER:NSH-988517
****************************************************************

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.

# MAGELLAN®

MiTAC Digital Corp.
960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050
Remittance only -> P.O.Box  951692  /  Dallas,  TX 75395-1692 -- USA

## Invoice

Page:1

| | | | |
|---|---|---|---|
| Document No: 90331318 | Document Date: 09/09/2008 | Amount: | 61904.92 USD |
| Ship Date: 09/09/2008 | Due Date: 11/08/2008 | PO: 2136386 | |
| Order No: 2025101 | Tax No: | S.Via: FedEx Ground | |
| Terms: 60 days, net | | FOB, FREE ON BOARD | |

300038

Bill-To:
CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

4022616

Ship-To:
CIRCUIT CITY INDUSTRY DC
680 S LEMON AVENUE
WALNUT CA 91789
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 980-0145-001 9800145001 | SKU,MRM1412,US | 308 | 0 | 200.99 | 61,904.92 |

PO#  2136386

| | |
|---|---|
| DOCUMENT SUBTOTAL: | 61,904.92 |
| FREIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| DOCUMENT TOTAL: | 61904.92 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*SHIPPING INFORMATION\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
TRACKING NUMBER:NSH-969444
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life"  products are not  eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.



MITAC Document

960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050

Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

# Invoice

Page:1

| | | | |
|---|---|---|---|
| Document No: 90331319 | Document Date: 09/09/2008 | Amount: | 11517.60 USD |
| Ship Date: 09/09/2008 | Due Date: 11/08/2008 | PO: 2136403 | |
| Order No: 2025096 | Tax No: | S.Via: FedEx Ground | |
| Terms: 60 days, net | | FOB, FREE ON BOARD | |

300038

**Bill-To:**
CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

4022615

**Ship-To:**
CIRCUIT CITY LIVERMORE DC
400 LONGFELLOW COURT
SUTIE A
LIVERMORE CA 94550
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 950-0077-001 9500077001 | SKU,MAP   UPDATE,SPRING 08,MM,NA,RETAIL | 240 | 0 | 47.99 | 11,517.60 |

PO# 2136403

| | |
|---|---|
| DOCUMENT SUBTOTAL: | 11,517.60 |
| FREIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| DOCUMENT TOTAL: | 11517.60 |

*******************SHIPPING INFORMATION*********************
TRACKING NUMBER:785984377041986
*********************************************************

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.

# MAGELLAN®

MITAC DIGITAL
960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050
Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

# Invoice

Page:1

| | | | |
|---|---|---|---|
| Document No: 90331320 | Document Date: 09/09/2008 | Amount: | 42609.88 USD |
| Ship Date: 09/09/2008 | Due Date: 11/08/2008 | PO: 2136385 | |
| Order No: 2025092 | Tax No: | S.Via: FedEx Ground | |
| Terms: 60 days, net | | FOB, FREE ON BOARD | |

300038
Bill-To:
CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

4022615
Ship-To:
CIRCUIT CITY LIVERMORE DC
400 LONGFELLOW COURT
SUTIE A
LIVERMORE CA 94550
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 980-0145-001 9800145001 | SKU,MRM1412,US | 212 | 0 | 200.99 | 42,609.88 |

PO#  2136385

DOCUMENT SUBTOTAL:                   42,609.88
FREIGHT CHARGES:                         0.00
TAX AMOUNT:                              0.00
                                 ===============
DOCUMENT TOTAL:                      42609.88

*****************SHIPPING INFORMATION**********************
TRACKING NUMBER:NSH-969446
***********************************************************

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.

**MAGELLAN®**

MITAC Digital Corp.
960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050
Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

# Invoice

Page:1

| | | |
|---|---|---|
| Document No: 90331321 | Document Date: 09/09/2008 | Amount : 14972.88 USD |
| Ship Date: 09/09/2008 | Due Date: 11/08/2008 | PO: 2136404 |
| Order No: 2025099 | Tax No: | S.Via: FedEx Ground |
| Terms: 60 days, net | | FOB, FREE ON BOARD |

300038                                                        4022616
Bill-To:                                                    Ship-To:
   CIRCUIT CITY                                          CIRCUIT CITY INDUSTRY DC
   9954 MAYLAND DRIVE                                     680 S LEMON AVENUE
   RICHMOND VA 23233-1464                                 WALNUT CA 91789
   US                                                     US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 950-0077-001 9500077001 | SKU,MAP    UPDATE,SPRING 08,MM,NA,RETAIL | 312 | 0 | 47.99 | 14,972.88 |

PO#  2136404

| | |
|---|---|
| DOCUMENT SUBTOTAL: | 14,972.88 |
| FREIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| DOCUMENT TOTAL: | 14972.88 |

*******************SHIPPING INFORMATION***********************
 TRACKING NUMBER:785984377044376
**************************************************************

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.

# MAGELLAN

MiTAC Digital Corp.
960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050
Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

## Invoice

Page:1

| | | | |
|---|---|---|---|
| Document No: 90332342 | Document Date: 09/10/2008 | Amount: | 32249.28 USD |
| Ship Date: 09/10/2008 | Due Date: 11/09/2008 | PO: 2136402 | |
| Order No: 2025093 | Tax No: | S.Via: FedEx Ground | |
| Terms: 60 days, net | | FOB, FREE ON BOARD | |

300038

Bill-To:
CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

4022613

Ship-To:
CIRCUIT CITY BETHLEHAM DC
400C TOWNSHIP LINE ROAD
BETHLEHEM PA 18020
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 950-0077-001 9500077001 | SKU,MAP    UPDATE,SPRING 08,MM,NA,RETAIL | 672 | 0 | 47.99 | 32,249.28 |

PO#  2136402

| | |
|---|---|
| DOCUMENT SUBTOTAL: | 32,249.28 |
| FREIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| | ============= |
| DOCUMENT TOTAL: | 32249.28 |

******************SHIPPING INFORMATION***********************
TRACKING NUMBER:nsh-968910
***************************************************************

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned
merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum)
will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or
"end-of-life"  products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.

# MAGELLAN®

960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050

Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

# Invoice

Page:1

| | | |
|---|---|---|
| Document No: 90332343 | Document Date: 09/10/2008 | Amount:     24186.96 USD |
| Ship Date: 09/10/2008 | Due Date: 11/09/2008 | PO: 2136406 |
| Order No: 2025100 | Tax No: | S.Via: FedEx Ground |
| Terms: 60 days, net | | FOB, FREE ON BOARD |

300038

Bill-To:
CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

4022621

Ship-To:
CIRCUIT CITY MARION DC
1100 CIRCUIT CITY ROAD
MARION IL 62959
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 950-0077-001 9500077001 | SKU,MAP  UPDATE,SPRING 08,MM,NA,RETAIL | 504 | 0 | 47.99 | 24,186.96 |

PO# 2136406

| | |
|---|---|
| DOCUMENT SUBTOTAL: | 24,186.96 |
| FREIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| DOCUMENT TOTAL: | 24186.96 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*SHIPPING INFORMATION\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
 TRACKING NUMBER:NSh-988574
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life"  products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.



MITAC Digital Corp
960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050
Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

# Invoice

Page:1

| | | | |
|---|---|---|---|
| Document No: 90332344 | Document Date: 09/10/2008 | Amount: | 21307.56 USD |
| Ship Date: 09/10/2008 | Due Date: 11/09/2008 | PO: 2136407 | |
| Order No: 2025091 | Tax No: | S.Via: FedEx Ground | |
| Terms: 60 days, net | | FOB, FREE ON BOARD | |

300038
Bill-To:
CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

4022622
Ship-To:
CIRCUIT CITY ORLANDO DC
19925 INDEPENDENCE BLVD
GROVELAND FL 34736
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 950-0077-001 9500077001 | SKU,MAP UPDATE,SPRING 08,MM,NA,RETAIL | 444 | 0 | 47.99 | 21,307.56 |

PO# 2136407

| | |
|---|---|
| DOCUMENT SUBTOTAL: | 21,307.56 |
| FREIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| | =============== |
| DOCUMENT TOTAL: | 21307.56 |

*******************SHIPPING INFORMATION*********************
TRACKING NUMBER:nsh-968656
**************************************************************

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned
merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum)
will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or
"end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.

# MAGELLAN®

MITAC Digital Corp

960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050

Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

## Invoice

Page:1

| | | | |
|---|---|---|---|
| Document No: 90332345 | Document Date: 09/10/2008 | Amount: | 61100.96 USD |
| Ship Date: 09/10/2008 | Due Date: 11/09/2008 | PO: 2136387 | |
| Order No: 2025098 | Tax No: | S.Via: FedEx Ground | |
| Terms: 60 days, net | | FOB, FREE ON BOARD | |

300038

Bill-To:
CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

4022617

Ship-To:
CIRCUIT CITY ARDMORE DC
1901 COOPER DIRVE
ARDMORE OK 73401
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 980-0145-001 9800145001 | SKU,MRM1412,US | 304 | 0 | 200.99 | 61,100.96 |

PO#  2136387

| | |
|---|---|
| DOCUMENT SUBTOTAL: | 61,100.96 |
| FREIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| DOCUMENT TOTAL: | 61100.96 |

******************SHIPPING INFORMATION***********************
   TRACKING NUMBER:NSH-968879
***********************************************************

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.

**◀ MAGELLAN ▶**

MiTAC Digital Corp.
960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050
Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

# Invoice

Page:1

| | | | |
|---|---|---|---|
| Document No: 90332346 | Document Date: 09/10/2008 | Amount: | 129437.56 USD |
| Ship Date: 09/10/2008 | Due Date: 11/09/2008 | PO: 2136389 | |
| Order No: 2025090 | Tax No: | S.Via: FedEx Ground | |
| Terms: 60 days, net | | FOB, FREE ON BOARD | |

300038
Bill-To:
CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

4022622
Ship-To:
CIRCUIT CITY ORLANDO DC
19925 INDEPENDENCE BLVD
GROVELAND FL 34736
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 980-0145-001 9800145001 | SKU,MRM1412,US | 644 | 0 | 200.99 | 129,437.56 |

PO#  2136389

|  |  |
|---|---|
| DOCUMENT SUBTOTAL: | 129,437.56 |
| FREIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| DOCUMENT TOTAL: | 129437.56 |

```
*******************SHIPPING INFORMATION***********************
  TRACKING NUMBER:NSH-972214
**************************************************************
```

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.



MiTAC Digital Corp.

960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050

Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

# Invoice

Page:1

| | | | |
|---|---|---|---|
| Document No: 90332347 | Document Date: 09/10/2008 | Amount: | 147928.64 USD |
| Ship Date: 09/10/2008 | Due Date: 11/09/2008 | PO: 2136388 | |
| Order No: 2025094 | Tax No: | S.Via: FedEx Ground | |
| Terms: 60 days, net | | FOB, FREE ON BOARD | |

300038

Bill-To:

CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

4022621

Ship-To:

CIRCUIT CITY MARION DC
1100 CIRCUIT CITY ROAD
MARION IL 62959
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 980-0145-001 9800145001 | SKU,MRM1412,US | 736 | 0 | 200.99 | 147,928.64 |

PO# 2136388

| | |
|---|---|
| DOCUMENT SUBTOTAL: | 147,928.64 |
| FREIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| DOCUMENT TOTAL: | 147928.64 |

*******************SHIPPING INFORMATION***********************
TRACKING NUMBER:NSH-968734
**************************************************************

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.

# MAGELLAN®

MiTAC Digital Corp.

960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050

Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

## Invoice

Page:1

| | | |
|---|---|---|
| Document No: 90332348 | Document Date: 09/10/2008 | Amount: 260483.04 USD |
| Ship Date: 09/10/2008 | Due Date: 11/09/2008 | PO: 2136384 |
| Order No: 2025097 | Tax No: | S.Via: FedEx Ground |
| Terms: 60 days, net | | FOB, FREE ON BOARD |

300038
Bill-To:
CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

4022613
Ship-To:
CIRCUIT CITY BETHLEHAM DC
4000 TOWNSHIP LINE ROAD
BETHLEHEM PA 18020
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 980-0145-001 9800145001 | SKU,MRM1412,US | 1,296 | 0 | 200.99 | 260,483.04 |

PO#  2136384

| | |
|---|---|
| DOCUMENT SUBTOTAL: | 260,483.04 |
| FREIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| DOCUMENT TOTAL: | 260483.04 |

*******************SHIPPING INFORMATION***********************
TRACKING NUMBER:NSH-968880
**************************************************************

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.

# MAGELLAN®

MITAC Digital Corp
960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050
Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

# Invoice

Page:1

| | | | |
|---|---|---|---|
| Document No: 90332349 | Document Date: 09/10/2008 | Amount: | 15548.76 USD |
| Ship Date: 09/10/2008 | Due Date: 11/09/2008 | PO: 2136405 | |
| Order No: 2025095 | Tax No: | S.Via: FedEx Ground | |
| Terms: 60 days, net | | FOB, FREE ON BOARD | |

300038                                        4022617

Bill-To:                                      Ship-To:
CIRCUIT CITY                                  CIRCUIT CITY ARDMORE DC
9954 MAYLAND DRIVE                            1901 COOPER DIRVE
RICHMOND VA 23233-1464                        ARDMORE OK 73401
US                                            US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 950-0077-C01 9500077001 | SKU,MAP   UPDATE,SPRING 08,MM,NA,RETAIL | 324 | 0 | 47.99 | 15,548.76 |

PO#  2136405

| | |
|---|---|
| DOCUMENT SUBTOTAL: | 15,548.76 |
| FREIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| | ============= |
| DOCUMENT TOTAL: | 15548.76 |

*******************SHIPPING INFORMATION***********************
TRACKING NUMBER:NSH-968642
**************************************************************

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.

# ◄MAGELLAN►

MITAC Digital Corp.
960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050
Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

## Invoice

Page: 1

| | | | |
|---|---|---|---|
| Document No: 90356481 | Document Date: 09/27/2008 | Amount: | 12059.40 USD |
| Ship Date: 09/27/2008 | Due Date: 11/26/2008 | PO: 2153381 | |
| Order No: 2027002 | Tax No: | S.Via: FedEx Ground | |
| Terms: 60 days, net | | FOB, ORIGIN | |

```
        300038                          4022613
Bill-To:                        Ship-To:
   CIRCUIT CITY                     CIRCUIT CITY BETHLEHAM DC
   9954 MAYLAND DRIVE               4000 TOWNSHIP LINE ROAD
   RICHMOND VA 23233-1464           BETHLEHEM PA 18020
   US                               US
```

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 980-0145-001 9800145001 | SKU,MRM1412,US | 60 | 0 | 200.99 | 12,059.40 |

PO#  2153381

| | |
|---|---|
| DOCUMENT SUBTOTAL: | 12,059.40 |
| FREIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| DOCUMENT TOTAL: | 12059.40 |

```
*******************SHIPPING INFORMATION***********************
   TRACKING NUMBER:785984377300854
*************************************************************
```

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.



MiTAC Digital Corp.

960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050

Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

# Invoice

Page:1

| | | | |
|---|---|---|---|
| Document No: 90356482 | Document Date: 09/27/2008 | Amount: | 11255.44 USD |
| Ship Date: 09/27/2008 | Due Date: 11/26/2008 | PO: 2153386 | |
| Order No: 2027003 | Tax No: | S.Via: FedEx Ground | |
| Terms: 60 days, net | | FOB, ORIGIN | |

300038
Bill-To:
CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

4022622
Ship-To:
CIRCUIT CITY ORLANDO DC
19925 INDEPENDENCE BLVD
GROVELAND FL 34736
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 980-0145-001 9800145001 | SKU,MRM1412,US | 56 | 0 | 200.99 | 11,255.44 |

PO#  2153386

| | |
|---|---|
| DOCUMENT SUBTOTAL: | 11,255.44 |
| FREIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| DOCUMENT TOTAL: | 11255.44 |

*****************SHIPPING INFORMATION***********************
TRACKING NUMBER:785984377301462
*************************************************************

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned
merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum)
will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or
"end-of-life"  products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.

# MAGELLAN

MITAC Digital Corp.
960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050
Remittance only -> P.O.Box 9S1692 / Dallas, TX 75395-1692 -- USA

# Invoice

Page:1

| | | | |
|---|---|---|---|
| Document No: 90356483 | Document Date: 09/27/2008 | Amount: | 10451.48 USD |
| Ship Date: 09/27/2008 | Due Date: 11/26/2008 | PO: 2153385 | |
| Order No: 2027001 | Tax No: | S.Via: FedEx Ground | |
| Terms: 60 days, net | | FOB, ORIGIN | |

300038
4022621

Bill-To:
CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

Ship-To:
CIRCUIT CITY MARION DC
1100 CIRCUIT CITY ROAD
MARION IL 62959
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 980-0145-001 9800145001 | SKU,MRM1412,US | 52 | 0 | 200.99 | 10,451.48 |

PO# 2153385

| | |
|---|---|
| DOCUMENT SUBTOTAL: | 10,451.48 |
| FREIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| DOCUMENT TOTAL: | 10451.48 |

*******************SHIPPING INFORMATION************************
TRACKING NUMBER:785984377302100
*************************************************************

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned
merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum)
will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or
"end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.

# ‹MAGELLAN›

MiTAC Digital Corp.

960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050

Remittance only -> P.O.Box  951692  /  Dallas,  TX 75395-1692 -- USA

## Invoice

Page:1

| | | | |
|---|---|---|---|
| Document No: 90356484 | Document Date: 09/27/2008 | Amount: | 3215.84 USD |
| Ship Date: 09/27/2008 | Due Date: 11/26/2008 | PO: 2153383 | |
| Order No: 2026999 | Tax No: | S.Via: FedEx Ground | |
| Terms: 60 days, net | | FOB, ORIGIN | |

300038

Bill-To:

CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

4022616

Ship-To:

CIRCUIT CITY INDUSTRY DC
680 S LEMON AVENUE
WALNUT CA 91789
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|------|----------------|-------------|-------------|---------|------------|----------------|
| 1 | 980-0145-001 9800145001 | SKU,MRM1412,US | 16 | 0 | 200.99 | 3,215.84 |

PO#  2153383

DOCUMENT SUBTOTAL:          3,215.84
FREIGHT CHARGES:               0.00
TAX AMOUNT:                    0.00
================
DOCUMENT TOTAL:             3215.84

*******************SHIPPING INFORMATION***********************
TRACKING NUMBER:785984377303060
*************************************************************

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.



MiTAC Digital Corp.

960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050

Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

# Invoice

Page:1

| Document No: 90356485 | Document Date: 09/27/2008 | Amount: | 1151.76 USD |
|---|---|---|---|
| Ship Date: 09/27/2008 | Due Date: 11/26/2008 | PO: 2153388 | |
| Order No: 2026492 | Tax No: | S.Via: FedEx Ground | |
| Terms: 60 days, net | | FOB, ORIGIN | |

300038

Bill-To:
CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

4022622

Ship-To:
CIRCUIT CITY ORLANDO DC
19925 INDEPENDENCE BLVD
GROVELAND FL 34736
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 950-0077-001 9500077001 | SKU,MAP   UPDATE,SPRING 08,MM,NA,RETAIL | 24 | 0 | 47.99 | 1,151.76 |

PO#  2153388

| | | |
|---|---|---|
| DOCUMENT SUBTOTAL: | 1,151.76 |
| FREIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| ================ | |
| DOCUMENT TOTAL: | 1151.76 |

*******************SHIPPING INFORMATION***********************
TRACKING NUMBER:785984377320623
*************************************************************

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned
merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum)
will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or
"end-of-life"  products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.

# MAGELLAN

MiTAC Digital Corp.
960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050
Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

## Invoice

Page:1

| | | |
|---|---|---|
| Document No: 90356486 | Document Date: 09/27/2008 | Amount: 575.88 USD |
| Ship Date: 09/27/2008 | Due Date: 11/26/2008 | PO: 2153387 |
| Order No: 2026493 | Tax No: | S.Via: FedEx Ground |
| Terms: 60 days, net | | FOB, ORIGIN |

300038
Bill-To:
CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

4022617
Ship-To:
CIRCUIT CITY ARDMORE DC
1901 COOPER DIRVE
ARDMORE OK 73401
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|------|----------------|-------------|-------------|---------|------------|----------------|
| 1 | 950-0077-001 9500077001 | SKU,MAP UPDATE,SPRING 08,MM,NA,RETAIL | 12 | 0 | 47.99 | 575.88 |

PO# 2153387

| | |
|---|---|
| DOCUMENT SUBTOTAL: | 575.88 |
| FREIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| DOCUMENT TOTAL: | 575.88 |

*****************SHIPPING INFORMATION***********************
TRACKING NUMBER:785984377320760
***********************************************************

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.

# ‹‹MAGELLAN›

MiTAC Digital Corp.
960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050
Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

## Invoice

Page:1

| | | |
|---|---|---|
| Document No: 90360232 | Document Date: 10/03/2008 | Amount: |
| Ship Date: 10/03/2008 | Due Date: 12/02/2008 | PO: 2153382 |
| Order No: 2026998 | Tax No: | S.Via: FedEx Ground |
| Terms: 60 days, net | | FOB, ORIGIN |

Amount: 75037.76 USD

300038                                         4022615
Bill-To:                              Ship-To:
   CIRCUIT CITY                          CIRCUIT CITY LIVERMORE DC
   9954 MAYLAND DRIVE                    400 LONGFELLOW COURT
   RICHMOND VA 23233-1464                SUTIE A
   US                                    LIVERMORE CA 94550
                                         US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|------|----------------|-------------|-------------|---------|------------|----------------|
| 1 | MA4350SGXNA MA4350SGXNA | MM4350,STD,GIFTBOX,NOBU NDLE,NA | 224 | 0 | 334.99 | 75,037.76 |

PO# 2153382

| | |
|---|---|
| DOCUMENT SUBTOTAL: | 75,037.76 |
| FREIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| DOCUMENT TOTAL: | 75037.76 |

*******************SHIPPING INFORMATION**********************
   TRACKING NUMBER:717018911638
*********************************************************

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.



MiTAC Digital Corp.

960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050

Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

# Invoice

Page:1

| | | |
|---|---|---|
| Document No: 90360233 | Document Date: 10/03/2008 | Amount:  206353.84 USD |
| Ship Date: 10/03/2008 | Due Date: 12/02/2008 | PO: 2153385 |
| Order No: 2027001 | Tax No: | S.Via: FedEx Ground |
| Terms: 60 days, net | | FOB, ORIGIN |

300038

Bill-To:
 CIRCUIT CITY
 9954 MAYLAND DRIVE
 RICHMOND VA 23233-1464
 US

4022621

Ship-To:
 CIRCUIT CITY MARION DC
 1100 CIRCUIT CITY ROAD
 MARION IL 62959
 US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | MA4350SGXNA MA4350SGXNA | MM4350,STD,GIFTBOX,NOBU NDLE,NA | 616 | 0 | 334.99 | 206,353.84 |

PO#  2153385

|  |  |
|---|---|
| DOCUMENT SUBTOTAL: | 206,353.84 |
| FREIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| DOCUMENT TOTAL: | 206353.84 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*SHIPPING INFORMATION\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
 TRACKING NUMBER:717018911649
 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair

# ⟨•MAGELLAN•⟩

MITAC Digital Corp.

960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050

Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

## Invoice

Page:1

| Document No: 90360234 | Document Date: 10/03/2008 | Amount: | 107196.80 USD |
|---|---|---|---|
| Ship Date: 10/03/2008 | Due Date: 12/02/2008 | PO: 2153384 | |
| Order No: 2027000 | Tax No: | S.Via: FedEx Ground | |
| Terms: 60 days, net | | FOB, ORIGIN | |

300038

**Bill-To:**
CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

4022617

**Ship-To:**
CIRCUIT CITY ARDMORE DC
1901 COOPER DIRVE
ARDMORE OK 73401
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | MA4350SGXNA MA4350SGXNA | MM4350,STD,GIFTBOX,NOBU NDLE,NA | 320 | 0 | 334.99 | 107,196.80 |

PO#  2153384

|  |  |
|---|---|
| DOCUMENT SUBTOTAL: | 107,196.80 |
| FREIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| DOCUMENT TOTAL: | 1C7196.80 |

*******************SHIPPING INFORMATION***********************

TRACKING NUMBER:717018911682

*************************************************************

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.



MiTAC Digital Corp.

960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050

Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

# Invoice

Page:1

| | | | |
|---|---|---|---|
| Document No: 90360235 | Document Date: 10/03/2008 | Amount: | 91117.28 USD |
| Ship Date: 10/03/2008 | Due Date: 12/02/2008 | PO: 2153383 | |
| Order No: 2026999 | Tax No: | S.Via: FedEx Ground | |
| Terms: 60 days, net | | FOB, ORIGIN | |

300038

Bill-To:

CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

4022616

Ship-To:

CIRCUIT CITY INDUSTRY DC
680 S LEMON AVENUE
WALNUT CA 91789
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | MA4350SGXNA MA4350SGXNA | MM4350,STD,GIFTBOX,NOBU NDLE,NA | 272 | 0 | 334.99 | 91,117.28 |

PO# 2153383

|  |  |
|---|---|
| DOCUMENT SUBTOTAL: | 91,117.28 |
| FREIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| DOCUMENT TOTAL: | 91117.28 |

*******************SHIPPING INFORMATION**********************
TRACKING NUMBER:717018911970
***********************************************************

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.

# MAGELLAN

MiTAC Digital Corp.
960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050
Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

## Invoice

Page:1

| | | |
|---|---|---|
| Document No: 90360236 | Document Date: 10/03/2008 | Amount: 412707.68 USD |
| Ship Date: 10/03/2008 | Due Date: 12/02/2008 | PO: 2153381 |
| Order No: 2027002 | Tax No: | S.Via: FedEx Ground |
| Terms: 60 days, net | | FOB, ORIGIN |

300038

Bill-To:
CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

4022613

Ship-To:
CIRCUIT CITY BETHLEHAM DC
4000 TOWNSHIP LINE ROAD
BETHLEHEM PA 18020
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | MA4350SGXNA MA4350SGXNA | MM4350,STD,GIFTBOX,NOBU NDLE,NA | 1,232 | 0 | 334.99 | 412,707.68 |

PO#  2153381

|  |  |
|---|---|
| DOCUMENT SUBTOTAL: | 412,707.68 |
| FREIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| DOCUMENT TOTAL: | 412707.68 |

********************SHIPPING INFORMATION************************
 TRACKING NUMBER:717018912196
**********************************************************

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.



MITAC Digital Corp.

960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050

Remittance only -> P.O.Box  951692  /  Dallas, TX 75395-1692 -- USA

# Invoice

Page:1

| | | |
|---|---|---|
| Document No: 903€0237 | Document Date: 10/03/2008 | Amount: 225113.28 USD |
| Ship Date: 10/03/2008 | Due Date: 12/02/2008 | PO: 2153386 |
| Order No: 2027003 | Tax No: | S.Via: FedEx Ground |
| Terms: 60 days, net | | FOB, ORIGIN |

300038                                    4022622

Bill-To:                                  Ship-To:
CIRCUIT CITY                              CIRCUIT CITY ORLANDO DC
9954 MAYLAND DRIVE                        19925 INDEPENDENCE BLVD
RICHMOND VA 23233-1464                    GROVELAND FL 34736
US                                        US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | MA4350SGXNA MA4350SGXNA | MM4350,STD,GIFTBOX,NOBU NDLE,NA | 672 | 0 | 334.99 | 225,113.28 |

PO#  2153386

| | |
|---|---|
| DOCUMENT SUBTOTAL: | 225,113.28 |
| FREIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| DOCUMENT TOTAL: | 225113.28 |

*******************SHIPPING INFORMATION***********************
  TRACKING NUMBER:717018912255
*****************************************************************

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.



MITAC Digital Corp

960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050

Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

# Invoice

Page:1

| | | |
|---|---|---|
| Document No: 90361409 | Document Date: 10/06/2008 | Amount: 575.88 USD |
| Ship Date: 10/06/2008 | Due Date: 12/05/2008 | PO: 2159993 |
| Order No: 2027152 | Tax No: | S.Via: FedEx Ground |
| Terms: 60 days, net | | FOB, ORIGIN |

300038

Bill-To:
CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

4022615

Ship-To:
CIRCUIT CITY LIVERMORE DC
400 LONGFELLOW COURT
SUTIE A
LIVERMORE CA 94550
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|------|----------------|-------------|-------------|---------|------------|----------------|
| 1 | 950-0077-C01 9500077001 | SKU,MAP UPDATE,SPRING 08,MM,NA,RETAIL | 12 | 0 | 47.99 | 575.88 |

PO#  2159993

| | |
|---|---|
| DOCUMENT SUBTOTAL: | 575.88 |
| FREIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| DOCUMENT TOTAL: | 575.88 |

*******************SHIPPING INFORMATION***********************
TRACKING NUMBER:785984377398233
************************************************************

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.

# ━MAGELLAN━

MiTAC Digital Corp.
960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050
Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

## Invoice

Page:1

| | | |
|---|---|---|
| Document No: 90361410 | Document Date: 10/06/2008 | Amount: 5359.84 USD |
| Ship Date: 10/06/2008 | Due Date: 12/05/2008 | PO: 2159987 |
| Order No: 2027163 | Tax No: | S.Via: FedEx Ground |
| Terms: 60 days, net | | FOB, ORIGIN |

300038
**Bill-To:**
CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

4022615
**Ship-To:**
CIRCUIT CITY LIVERMORE DC
400 LONGFELLOW COURT
SUTIE A
LIVERMORE CA 94550
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | MA4350SGXNA MA4350SGXNA | MM4350,STD,GIFTBOX,NOBU NDLE,NA | 16 | 0 | 334.99 | 5,359.84 |

PO#  2159987

| | |
|---|---|
| DOCUMENT SUBTOTAL: | 5,359.84 |
| FREIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| DOCUMENT TOTAL: | 5359.84 |

*******************SHIPPING INFORMATION***********************
TRACKING NUMBER:785984377408703
***********************************************************************

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.



MiTAC Digital Corp
960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050
Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

# Invoice

Page:1

| | | | |
|---|---|---|---|
| Document No: 90363197 | Document Date: 10/07/2008 | Amount: | 1151.76 USD |
| Ship Date: 10/07/2008 | Due Date: 12/06/2008 | PO: 2159994 | |
| Order No: 2027157 | Tax No: | S.Via: FedEx Ground | |
| Terms: 60 days, net | | FOB, ORIGIN | |

300038

Bill-To:
CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

4022616

Ship-To:
CIRCUIT CITY INDUSTRY DC
680 S LEMON AVENUE
WALNUT CA 91789
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 950-0077-001 9500077001 | SKU,MAP    UPDATE,SPRING 08,MM,NA,RETAIL | 24 | 0 | 47.99 | 1,151.76 |

PO#  2159994

| | |
|---|---|
| DOCUMENT SUBTOTAL: | 1,151.76 |
| FREIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| DOCUMENT TOTAL: | 1151.76 |

*******************SHIPPING INFORMATION***********************
 TRACKING NUMBER:785984377419402
********************************************************************

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life"  products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.



MITAC Digital Corp.

960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050

Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

# Invoice

Page:1

| | | |
|---|---|---|
| Document No: 90363198 | Document Date: 10/07/2008 | Amount: 13399.60 USD |
| Ship Date: 10/07/2008 | Due Date: 12/06/2008 | PO: 2159988 |
| Order No: 2027158 | Tax No: | S.Via: FedEx Ground |
| Terms: 60 days, net | | FOB, ORIGIN |

300038

Bill-To:
CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

4022616

Ship-To:
CIRCUIT CITY INDUSTRY DC
680 S LEMON AVENUE
WALNUT CA 91789
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | MA4350SGXNA MA4350SGXNA | MM4350,STD,GIFTBOX,NOBU NDLE,NA | 40 | 0 | 334.99 | 13,399.60 |

PO#  2159988

| | |
|---|---|
| DOCUMENT SUBTOTAL: | 13,399.60 |
| FREIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| DOCUMENT TOTAL: | 13399.60 |

*******************SHIPPING INFORMATION***********************
 TRACKING NUMBER:785984377424277
**************************************************************

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.

# MAGELLAN®

MiTAC Digital Corp.
960 Overland Court, San Dimas CA 91773 / Phone: (909) 394-5000 / Fax: (909) 394-7050
Remittance only -> P.O.Box 951692 / Dallas, TX 75395-1692 -- USA

## Invoice

Page:1

| | | | |
|---|---|---|---|
| Document No: 90364384 | Document Date: 10/08/2008 | Amount: | 166155.04 USD |
| Ship Date: 10/08/2008 | Due Date: 12/07/2008 | PO: 2159986 | |
| Order No: 2027155 | Tax No: | S.Via: FedEx Ground | |
| Terms: 60 days, net | | FOB, ORIGIN | |

300038

Bill-To:
CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA 23233-1464
US

4022613

Ship-To:
CIRCUIT CITY BETHLEHAM DC
4000 TOWNSHIP LINE ROAD
BETHLEHEM PA 18020
US

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | MA4350SGXNA MA4350SGXNA | MM4350,STD,GIFTBOX,NOBU NDLE,NA | 496 | 0 | 334.99 | 166,155.04 |

PO# 2159986

| | |
|---|---|
| DOCUMENT SUBTOTAL: | 166,155.04 |
| FREIGHT CHARGES: | 0.00 |
| TAX AMOUNT: | 0.00 |
| DOCUMENT TOTAL: | 166155.04 |

*******************SHIPPING INFORMATION*********************
TRACKING NUMBER:NSH985399
************************************************************

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life" products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.



MITACD COMPUTER
960 Overland Court,  San Dimas CA  91773  /  Phone: (909) 394-5000  /  Fax: (909) 394-7050
Remittance only  ->  P.O.Box  951692  /  Dallas,  TX 75395-1692 -- USA

# Invoice

Page:1

| | | |
|---|---|---|
| Document No: 90364385 | Document Date: 10/08/2008 | Amount:        85757.44 USD |
| Ship Date: 10/08/2008 | Due Date: 12/07/2008 | PO: 2159990 |
| Order No: 2027162 | Tax No: | S.Via: FedEx Ground |
| Terms: 60 days, net | | FOB, ORIGIN |

```
       300038                              4022621
   Bill-To:                            Ship-To:
       CIRCUIT CITY                        CIRCUIT CITY MARION DC
       9954 MAYLAND DRIVE                  1100 CIRCUIT CITY ROAD
       RICHMOND VA 23233-1464              MARION IL 62959
       US                                  US
```

| Item | Product Number | Description | Qty Shipped | B/O Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | MA4350SGXNA MA4350SGXNA | MM4350,STD,GIFTBOX,NOBUNDLE,NA | 256 | 0 | 334.99 | 85,757.44 |

PO#  2159990

```
                        DOCUMENT SUBTOTAL:          85,757.44
                        FREIGHT CHARGES:                 0.00
                        TAX AMOUNT:                      0.00
                                                   =============
                        DOCUMENT TOTAL:             85757.44
```

```
******************SHIPPING INFORMATION************************
   TRACKING NUMBER:NSH985400
   **********************************************************
```

Check shipment for damage/shortage in presence of carrier. File claim immediately. Return Authorization is required. Returned merchandise, if accepted, is subject to a 15% handling charge plus transportation charges. A service of 1.5% per month (18% per annum) will be assessed after the due date. Notice: All close-out sales for refurbished or "end-of-life" products are final. Refurbished or "end-of-life"  products are not eligible for credit returns of any kind and are solely covered by warranty or non-warranty repair.

 **MiTAC Digital Corp.**
960 Overland Court,San Dimas CA 91773
Phone:(909) 394-5000 / Fax:(909) 394-7050
Remittance only -> P.O.Box 95162 / Dallas, TX 75395-1692 -- USA
PageNo:1

## Debit Memo



Document No:1800000229   Document date:06/10/2008   Amount:3,114.26 USD

300038

**Bill-To**
Company
CIRCUIT CITY
9954 MAYLAND DRIVE
RICHMOND VA  23233-1464

### Description

Invoice to rebill for denied shortage deductions on the following
invoices:

Invoice #90041121 - $312.78
Invoice #90031965 - $2,175.92
Invoice #90039145 - $625.56