July 7, 2009



CLERK OF BANKRUPTCY COURT
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

In ref:
Circuit City Stores, Inc., et al., Debtors
Chapter 11, Case No. 08-35653 (KRH)
Jointly Administered

RESPONSE TO NOTICE OF OMNIBUS OBJECTIONS (DOCKET NO. 2881)

I am writing to OPPOSE the relief requested and the objection that seeks to disallow and /or modify my claim as set below.

Cecil M. Booker Family Trust          Claim Number: 7751
Betty B. Dame, Trustee                Claim Amount: $20,320.00
P O Box 953,
Gloucester, VA 23061

I hereby request a hearing.

Yours truly,

*Betty B. Dame, Trustee* (signature)

Betty B. Dame, Trustee
Cecil M. Booker Family Trust
P.O. Box 953
Gloucester, VA 23061

Cc: Gregg M. Galardi, Esq. Skadden, Arps, Slate, Meagher & Flom
    Ian S. Fredericks Esq. Skadden, Arps, Slate, Meagher & Flom
    Chris L. Dickerson, Esq. Skadden, Arps, Slate, Meagher & Flom
    Dion W. Hayes, (VSB no.34304) McQuireWoods, LLP
    Douglas M. Foley (VSB no.34364) McQuireWoods, LLP