IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

IN RE:     CIRCUIT CITY STORES          CASE NO. 09-35653 KRH

**RESPONSE TO OBJECTION TO CLAIM OF DAVID A. RUFF, TAX COLLECTOR OF WASHINGTON COUNTY, ARKANSAS**

COMES now David A. Ruff, and in response to the objection to his claim filed states:

1.   That the claim filed is not for real estate, but is instead, for business personal property as per the attachment to the Proof of Claim filed herein.

WHEREFORE, creditor David A. Ruff, prays that the Court finds that there is still due and owing $15,453.81.

RESPECTFULLY SUBMITTED,

David A. Ruff
Tax Collector

## CERTIFICATE OF SERVICE

I, David A. Ruff, Washington County Tax Collector, do hereby certify that a true and correct copy of the foregoing Response to Objection of Claim was forwarded via U.S. Mail, sufficient postage affixed, on this 17th day of July, 2009 to the following:

Skadden, Arps, Slate, Meagher
& Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636

McGuirewoods LLP
Attn:   Dion W. Hayes
        Douglas M. Foley
One James Center
901 E. Cary Street
Richmond, VA 23219

David A. Ruff

GEORGE E. BUTLER, JR.
County Attorney

## WASHINGTON COUNTY, ARKANSAS
### County Courthouse

280 North College, Suite 501
Fayetteville, AR 72701

July 17, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street—Room 4000
Richmond, VA 23219

       *In Re: Circuit City Stores, Inc., et al, Debtors*
       *Chapter 11*
       *Case No. 08-35653-KRH*

Dear Bankruptcy Clerk:

Enclosed please find an original and two copies of a Response to Objection to be filed in the above-referenced matter.

Please return the file marked copies to me in the enclosed self addressed, stamped envelope.

Thank you for your kind assistance.

Sincerely,

*[signature]*
George E. Butler, Jr.
County Attorney

/rt

Enclosures

cc:    Skadden, Arps, Slate, Meagher & Flom, LLP
       McGuirewoods LLP Attn: Dion W. Hayes & Douglas M. Foley

Telephone: 479 / 973-8415 • FAX: 479 / 444-1889