

To Whom It May Concern:

In regards to the Omnibus Objection for Circuit City Stores, Inc., et al., Chapter 11 case No 08-35653 (KKR), I, Steven F. Draxler, of 2322 Pocono Ct., De Pere, WI 54115, submit the following response:

On 1/28/2009 I filed a claim for $17,737.50, KCC Claim number 6864. This claim is a result of Circuit City Stores, Inc. (the Debtor) granting me a stock option in the amount of 1100 shares, at that time a value of $12.165 per share. This agreement, included in the original claim filed, is dated June 1, 2004. The value of Circuit City Stores, Inc. common stock on the vesting date of June 1, 2006 was $28.29 per share. The value of the grant at this time would therefore be $17,737.50. It has been a common practice of the Debtor to provide "Long-Term Incentives" on a regular basis to its employees in the Store Director position, one I held for over 5 years. The intention of the Long-Term Incentives was to increase performance of such employees and secure their commitment to company direction. It is the result of this direction that this particular incentive was never received.

However, in article four of the stock option, also provided in the initial claim, it is stated that the option value must remain the same should the number of outstanding shares of the Company's common stock decrease prior to receipt. By this statement, the minimum amount due would be the value of the 1100 shares at the time of Agreement between Steven Draxler and Circuit City Stores, Inc. This amount is $13,381.50. It is also stated that this agreement does not expire until 6/1/2014. If the Debtor is not found obligated to acknowledge the initial claim of $17,737.50, I hereby seek resolution in the amount of $13,381.50.

Steven Draxler

Steven Draxler
2322 Pocono Ct.
De Pere, WI 54115
920-217-1631


June 15, 2009


Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad St – Room 4000
Richmond, VA 23219

Mcguirewoods LLP
One James Center
901 E. Cary St.
Richmond, VA 23219
Attn: Dion W. Hayes
Attn: Douglas M. Foley

Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636
Attn: Gregg M. Galardi
Attn: Ian S. Fredericks

Skadden, Arps, Slate, Meagher, & Flom, LLP
333 West Wacker Dr.
Chicago, IL 60606
Attn: Chris L. Dickerson