Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal,
 Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone: (301) 230-5200 or
           (703) 684-5200
Facsimile: (301) 230-2891
ggrant@shulmanrogers.com
csydnor@shulmanrogers.com

*Counsel 99¢ Only Stores*

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, et al. | ) | Case No. 08-35653-KRH |
| | ) | Jointly Administered |
| Debtor | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES

The law firm of Shulman, Rogers, Gandal, Pordy & Ecker, P.A., and Gregory D. Grant and Courtney R. Sydnor, pursuant to Federal Rule of Bankruptcy Procedure 9010, hereby enter their appearance as counsel for 99¢ Only Stores, a party in interest in the above-captioned proceeding.

Request is hereby made, pursuant to Bankruptcy Rule 2002(g), that all notices required to be mailed under Bankruptcy Rule 2002 (and in particular Bankruptcy Rule 2002[i]) be served by electronic means or by first class mail to the following address:

Gregory D. Grant, Esquire
Courtney R. Sydnor, Esquire
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
ggrant@shulmanrogers.com
csydnor@shulmanrogers.com

Respectfully submitted:

99¢ Only Stores
By Counsel

/s/ Courtney R. Sydnor
Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone: (301) 230-5200 or
(703) 684-5200
Facsimile: (301) 230-2891
ggrant@shulmanrogers.com
csydnor@shulmanrogers.com

*Counsel 99¢ Only Stores*

## Certificate of Service

I certify that, on July 21, 2009, the foregoing was filed and served using the Court's ECF system, and was sent by U.S. mail to the persons listed on the attached service list.

/s/ Courtney R. Sydnor
Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone: (301) 230-5200 or
(703) 684-5200
Facsimile: (301) 230-2891
ggrant@shulmanrogers.com
csydnor@shulmanrogers.com

*Counsel for 99¢ Only Stores*

## Service List

Linda K. Myers, Esq.
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, Illinois 60601
*Counsel to Debtors*

Evan Gershbein, Esq.
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, California 90245
*Claims Agent*

Dion W. Hayes, Esq.
McGuire Woods LLP
901 East Cary Street
One James Center
Richmond, Virginia 23219
*Debtor's Local Counsel*

Robert B. Van Arsdale
Office of the U.S. Trustee
701 E. Broad Street
Suite 4304
Richmond, Virginia 23219-1888
*US Trustee*

Jeffrey N. Pomerantz, Esq.
Pachulski, Stang, Ziehl & Jones LLP
10100 Santa Monica Boulevard
11th Floor
Los Angeles, California 90067-4100
*Counsel for The Official Committee of Unsecured Creditors*

Robert J. Feinstein, Esq.
Pachulski, Stang, Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, New York 10017
*Counsel for The Official Committee of Unsecured Creditors*

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
*Counsel to Debtors*

Timothy G. Pohl, Esq.
Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
155 N. Whacker Drive, Ste 2700
Chicago, Illinois  60606-1720
*Counsel to Debtors*


Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran PLC
20 N Eighth Street, 2nd Floor
Richmond, Virginia  23219
*Counsel for The Official Committee o Unsecured Creditors*