Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal,
 Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone: (301) 230-5200 or
            (703) 684-5200
Facsimile: (301) 230-2891
ggrant@shulmanrogers.com
csydnor@shulmanrogers.com

*Counsel 99¢ Only Stores*

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, et al. | ) | Case No. 08-35653-KRH |
| | ) | Jointly Administered |
| Debtor | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF TODD ROSEN

Courtney Sydnor (the "Movant"), a member in good standing with the bar of this Court, and an attorney with the law firm of Shulman, Rogers, Gandal, Pordy & Ecker, P.A., hereby moves this Court to enter the proposed Order attached hereto permitting Todd Rosen, an attorney with the law firm of Munger, Tolles & Olson, LLP, to appear *pro hac vice* before this Court in this Chapter 11 proceeding on behalf of 99¢ Only Stores. In support of this Motion, the Movant respectfully states as follows:

1. Mr. Rosen is admitted to practice law in the State of California, and is a member in good standing of the bars of the United States Court of Appeals for the Ninth Circuit, the United States District Court for the Central District of California, the United States District Court for the District of Delaware, and the United States Bankruptcy Court for the Southern District of

New York. Mr. Rosen has been practicing law since 1999. There are no disciplinary proceedings currently pending against Mr. Rosen.

2. Movant requests that this Court admit Mr. Rosen to the bar of this Court, *pro hac vice*, for the purpose of appearing as counsel for 99¢ Only Stores in these jointly administered Chapter 11 proceedings.

3. Movant and her law firm will serve as local counsel for Mr. Rosen in these proceedings.

4. A copy of this Motion will be served upon all parties that are required to receive notice under the Order establishing Certain Notice, Case Management, and Administrative Procedures.

5. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this Motion, Movant requests waiver of the requirement that all motions be accompanied by written memoranda of law.

**WHEREFORE**, Movant respectfully requests that this Court enter an Order, substantially in the form attached hereto: (i) permitting Todd Rosen to appear *pro hac vice* in this Chapter 11 case, and (ii) granting such other and further relief as may be appropriate and just.

Respectfully submitted,

/s/ Courtney R. Sydnor
Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone: (301) 230-5200 or
 (703) 684-5200
Facsimile: (301) 230-2891
ggrant@shulmanrogers.com
csydnor@shulmanrogers.com

*Counsel for 99¢ Only Stores*

Dated: July 21, 2009

### Certificate of Service

I certify that, on July 21, 2009, the foregoing was filed and served using the Court's ECF system, and was sent by U.S. mail to the persons listed on the attached service list.

/s/ Courtney R. Sydnor
Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone: (301) 230-5200 or
 (703) 684-5200
Facsimile: (301) 230-2891
ggrant@shulmanrogers.com
csydnor@shulmanrogers.com

*Counsel for 99¢ Only Stores*

## Service List

Linda K. Myers, Esq.
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, Illinois 60601
*Counsel to Debtors*

Evan Gershbein, Esq.
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, California 90245
*Claims Agent*

Dion W. Hayes, Esq.
McGuire Woods LLP
901 East Cary Street
One James Center
Richmond, Virginia 23219
*Debtor's Local Counsel*

Robert B. Van Arsdale
Office of the U.S. Trustee
701 E. Broad Street
Suite 4304
Richmond, Virginia 23219-1888
*US Trustee*

Jeffrey N. Pomerantz, Esq.
Pachulski, Stang, Ziehl & Jones LLP
10100 Santa Monica Boulevard
11th Floor
Los Angeles, California 90067-4100
*Counsel for The Official Committee of Unsecured Creditors*

Robert J. Feinstein, Esq.
Pachulski, Stang, Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, New York 10017
*Counsel for The Official Committee of Unsecured Creditors*

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
*Counsel to Debtors*

Timothy G. Pohl, Esq.
Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
155 N. Whacker Drive, Ste 2700
Chicago, Illinois 60606-1720
*Counsel to Debtors*

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran PLC
20 N Eighth Street, 2nd Floor
Richmond, Virginia 23219
*Counsel for The Official Committee of Unsecured Creditors*