Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       : Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   : Case No. 08-35653
et al.,                      :
                             :
            Debtors.         : Jointly Administered
- - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
JULY 23, 2009 AT 11:00 A.M. (EASTERN)**

        Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
July 23, 2009 beginning at 11:00 a.m. Eastern.

## I.    RESOLVED/WITHDRAWN MATTERS

1.    Motion of CC Hamburg NY Partners, LLC for Entry of an
      Order Granting Allowance of and Compelling Payment of
      Administrative Expense Claim (Docket No. 3230)

      Objection
      Deadline:          May 25, 2009 at 5:00 p.m., extended for
                         the Debtors until August 20, 2009 at
                         4:00 p.m.

      Objections/
      Responses
      Filed:             None

      Status:            This matter has been resolved.

2.    Motion for Relief from Automatic Stay, by Nina Winston
      (Docket No. 3651)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 3653)

      Objection
      Deadline:          July 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:             None

      Status:            This matter has been resolved.

3.    Motion and Supporting Memorandum of Wells Fargo Bank,
      N.A., Successor-by-Merger to Wells Fargo Bank
      Minnesota, N.A., in its Capacity as Trustee for the
      Registered Holders of Merrill Lynch Mortgage Investors,
      Inc. Mortgage Pass-Through Certificates, Series 1998-
      C1-CTL, and Bank of America, N.A., Successor by Merger
      to LaSalle Bank, N.A., as Trustee for the Registered
      Holders of GMAC Commercial Mortgage Securities, Inc.
      Mortgage Pass-Through Certificates, Series 1998-C2, for
      the Entry of an Order Determining that the Automatic

Stay is Inapplicable to the Commencement and
Prosecution of Certain Mortgage Foreclosure Actions or,
in the Alternative, Granting Relief from the Automatic
Stay Pursuant to Section 362(d)(2) (Docket No. 3807)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 3944)

Objection
Deadline:       July 11, 2009 at 4:00 p.m.

Objections/
Responses
Filed:          None

Status:         This matter has been resolved.

4.   Motion of AmREIT, a Texas Real Estate Investment Trust
     for Allowance of Administrative Expenses (Docket No.
     3867)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 3868)

     Objection
     Deadline:       July 17, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:          None

     Status:         This matter has been resolved.

5.   Motion of Daly City Partners I, L.P. for Allowance and
     Payment of Administrative Priority Claim and Notice of
     Hearing Thereon (Docket No. 3926)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 3927)

Objection
Deadline:        July 16, 2009 at 5:00 p.m.

Objections/
Responses
Filed:           None

Status:          This matter has been resolved.

6.    Motion of Teachers Insurance and Annuity Association of
      America for Allowance and Immediate Payment of
      Administrative Rent Claims (Docket Nos. 3930 and 4002)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 3935)

      b.    Amended Notice of Motion and Hearing (Docket No.
            4164)

      Objection
      Deadline:        July 18, 2009 at 4:00 p.m., extended for
                       the Debtors until August 20, 2009 at
                       4:00 p.m.

      Objections/
      Responses
      Filed:           None

      Status:          This matter has been resolved.

7.    Motion of Market Heights, Ltd for Allowance and
      Immediate Payment of Administrative Rent Claims (Docket
      No. 3936)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 3937)

      b.    Amended Notice of Motion and Hearing (Docket No.
            4162)

```
Objection
Deadline:         July 18, 2009 at 4:00 p.m., extended for
                  the Debtors until August 20, 2009 at
                  4:00 p.m.

Objections/
Responses
Filed:            None at the time of filing this agenda

Status:           This matter has been resolved.
```

**II.   CONTINUED/ADJOURNED MATTERS**

8.   Motion for Order Under 11 U.S.C. Sections 105, 362 and
     541 and Fed. R. Bankr. P. 3001 and 3002 Establishing
     Notice, Hearing, and Sell-Down Procedures for Trading
     in Equity Securities and Claims Against the Debtors'
     Estates (Docket No. 20)

```
Related
Documents:
```

a.   Interim Order Under 11 U.S.C. 105, 362 And 541 And
     Fed. R. Bankr. P. 3001 And 3002 Establishing
     Notice, Hearing, And Sell-Down Procedures For
     Trading In Equity Securities And Claims Against
     The Debtors Estates And Setting Hearing (Docket
     No. 135)

```
Objection
Deadline:         November 22, 2008 at 4:00 p.m.

Objections/
Responses
Filed:
```

a.   Informal Response of the Securities Exchange
     Commission

b.   Informal Response of the Official Committee of
     Unsecured Creditors

```
Status:           This matter has been adjourned to August
                  27, 2009 at 11:00 a.m.
```

9.     Motion of Motorola Inc. for Allowance and Payment of
       Administrative Expense Claim Pursuant to 11 U.S.C.
       Section 503(b)(9) (Docket No. 1128)

       Related
       Documents:

       a.   Notice of Motion and Hearing (Docket No. 1135)

       b.   Amended Notice of Motion and Hearing (Docket No.
            1242)

       c.   Exhibits to Motion of Motorola Inc. for Allowance
            and Payment of Administrative Expense Claim
            Pursuant to 11 U.S.C. Section 503(b)(9) (Docket
            Nos. 1288, 1289, 1290, 1291, 1292, 1293)

       Objection
       Deadline:        February 6, 2009 at 4:00 p.m., extended
                        for the Debtors until August 20, 2009 at
                        4:00 p.m.

       Objections/
       Responses
       Filed:           None at the time of filing this agenda

       Status:          This matter has been adjourned to August
                        27, 2009 at 11:00 a.m.

10.    Motion of General Instrument Corporation Doing Business
       as the Home & Networks Mobility Business of Motorola
       Inc. for Allowance and Payment of Administrative
       Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9)
       (Docket No. 1134)

       Related
       Documents:

       a.   Notice of Motion and Hearing (Docket No. 1136)

       b.   Amended Notice of Motion and Hearing (Docket No.
            1243)

       c.   Notice of Filing Exhibit to Motion (Docket Nos.
            1281, 1282, 1283, 1284, 1285, 1286, 1287)

|                        |                                                                                                          |
|------------------------|----------------------------------------------------------------------------------------------------------|
| Objection<br>Deadline: | February 6, 2009 at 4:00 p.m., extended for the Debtors until August 20, 2009 at 4:00 p.m.                |
| Objections/<br>Responses<br>Filed: | None at the time of filing this agenda                                                        |
| Status:                | This matter has been adjourned to August 27, 2009 at 11:00 a.m.                                           |

11.  Motion of Federal Warranty Services Corporation, Sureway, Inc., American Bankers Insurance Company of Florida, and United Service Protection, Inc. To Compel Assumption Or Rejection Of Agreements Between The Assurant Companies And Circuit City Stores, Inc., Or In The Alternative Motion For Relief From Stay To Terminate Agreements, And Memorandum In Support (Docket Nos. 1794 and 1813)

Related
Documents:

a.  Notice of Motion and Hearing (Docket Nos. 1796 and 1816)

|                        |                                                                                                          |
|------------------------|----------------------------------------------------------------------------------------------------------|
| Objection<br>Deadline: | February 11, 2009 at 4:00 p.m., extended for the Debtors until August 25, 2009 at 4:00 p.m.               |
| Objections/<br>Responses<br>Filed: | Informal response of the Debtors                                                             |
| Status:                | This matter has been adjourned to August 27, 2009 at 11:00 a.m.                                           |

12.  Debtors' Motion for Orders Under Bankruptcy Code Sections 105, 363, and 365 (I) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Dates and (III) Authorizing and Approving (A) Sale of Certain

Unexpired Nonresidential Real Property Leases Free and
Clear of All Interests, (B) Assumption and Assignment
of Certain Unexpired Nonresidential Real Property
Leases and (C) Lease Rejection Procedures (Docket No.
1946)

Related
Documents:

a.    Notice of Hearing (Docket No. 1947)

b.    Order under Bankruptcy Code Sections 105, 363, and
      265 (I) Approving Bidding and Auction Procedures
      for Sale of Unexpired Nonresidential Real Property
      Leases, (II) Setting Sale Hearing Dates and (III)
      Authorizing and Approving (A) Sale of Certain
      Unexpired Nonresidential Real Property Leases Free
      and Clear of All Interests, (B) Assumption and
      Assignment of Certain Unexpired Nonresidential
      Real Property Leases and (C) Lease Rejection
      Procedures (Docket No. 2242)

c.    Notice of February Lease Bid Deadline, Auction
      Date and Related Objection Deadline and Sale
      Hearing Date (Docket No. 2245)

d.    Supplemental Order Under Bankruptcy Code Sections
      105, 363, and 365 Approving Amended Bid Deadline
      in Connection with Bidding and Auction Procedures
      for Sale of Unexpired Nonresidential Real Property
      Leases (Docket No. 2346)

e.    Notice of Amended March Bid Deadline – New
      Deadline: March 3, 2009 at 4:00 p.m. (Eastern)
      (Docket No. 2351)

f.    Notice of Bids Received (Docket No. 2403)

g.    Cure Schedule (Docket No. 2407)

h.    Notice of Rejection of Unexpired Leases and
      Abandonment of Personal Property (Docket No. 2408)

i.    Notice of Rejection of Unexpired Lease and
      Abandonment of Personal Property (Docket No. 2409)

j.    Notice of Rejection of Unexpired Lease and
      Abandonment of Personal Property (Docket No. 2410)

k.    Notice of Rejection of Unexpired Leases and
      Abandonment of Personal Property (Docket No. 2412)

l.    Notice of Rejection of Unexpired Leases and
      Abandonment of Personal Property (Docket No. 2419)

m.    Supplemental Notice of Bids Received (Docket No.
      2420)

n.    Supplemental Cure Schedule (Docket No. 2421)

o.    Notice of Rejection of Unexpired Leases and
      Abandonment of Personal Property (Docket No. 2434)

p.    Notice of Rejection of Unexpired Leases and
      Abandonment of Personal Property (Docket No. 2463)

q.    Notice of Rejection of Unexpired Leases and
      Abandonment of Personal Property (Docket No. 2503)

r.    Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3697) (Docket No. 2580)

s.    Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3692) (Docket No. 2581)

t.    Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3670) (Docket No. 2582)

u.    Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3669) (Docket No. 2583)

v.    Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #859) (Docket No. 2584)

w.    Order Authorizing Debtors to Assume, Assign and

Sell Unexpired Lease of Non-Residential Real
Property (Store #3690) (Docket No. 2585)

x.    Order Authorizing Debtors to Terminate Unexpired
Lease of Non-Residential Real Property (Store
#785) (Docket No. 2586)

y.    Notice of Rejection of Unexpired Lease and
Abandonment of Personal Property (Docket No. 2592)

z.    Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #3561) (Docket No. 2607)

aa.   Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #3663) (Docket No. 2609)

ab.   Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #3679) (Docket No. 2611)

ac.   Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #3207) (Docket No. 2612)

ad.   Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #854) (Docket No. 2613)

ae.   Order Authorizing Debtors to Terminate Unexpired
Lease of Non-Residential Real Property (Store
#3682A) (Docket No. 2614)

af.   Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #4305) (Docket No. 2651)

ag.   Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #852) (Docket No. 2691)

ah.   Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #3203) (Docket No. 2696)

ai.   Order Authorizing Debtors to Terminate Unexpired
      Lease of Non-Residential Real Property (Store
      #3150) (Docket No. 2731)

aj.   Order Authorizing Debtors to Terminate Unexpired
      Lease of Non-Residential Real Property (Store
      #3699) (Docket No. 2741)

ak.   Order Authorizing Debtors to Terminate Unexpired
      Lease of Non-Residential Real Property (Store
      #3343) (Docket No. 2838)

Objection
Deadline:              March 12, 2009 at 5:00 p.m.

Objections/
Responses
Filed:

a.    Objection of 444 Connecticut Avenue, LLC to
      Assumption and Assignment of Lease, and Cure
      Amounts Associated Therewith (Docket No. 2480)

      Related
      Document:

      i.   Debtors' Reply to Objection of 444
           Connecticut, LLC to Debtors' Proposed Cure
           Amount (Docket No. 4151)

      Status:   This objection has been adjourned to
                August 27, 2009 at 11:00 a.m.

b.    Objection of Gateway Center Properties III, LLC to
      SMR Gateway III, LLC as Tenants in Common, to
      Debtors' Proposed Cure Amount (Docket No. 2542)

      Status:   This objection has been resolved

c.    Objection of Whitestone Development Partners, L.P.
      to Debtors' Proposed Cure Amount (Docket No. 2543)

      Status:   This objection has been resolved

      d.    Objection of Union Square Retail Trust to Debtors'
          Proposed Cure Amount (Docket No. 2544)

          Status:   This objection has been resolved

General
Status:       This matter has been resolved with
         respect to the following objections:
         Gateway Center Properties III, LLC and
         SMR Gateway III, LLC; Whitestone
         Development Partners, L.P.; and Union
         Square Retail Trust.  This matter has
         been adjourned to August 27, 2009 at
         11:00 a.m. with respect to objection of
         444 Connecticut Avenue, LLC.

13.  Motion of DirecTV, Inc. for Relief from the Automatic
    Stay to Effect Setoff and Memorandum of Points and
    Authorities in Support Thereof (Docket No. 2082)

    Objection
    Deadline:      February 26, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:

      a.    Debtors' Objection to Motion of DirecTV, Inc. for
          Relief from the Automatic Stay to Effect Setoff
          and Memorandum of Points and Authorities in
          Support Thereof (Docket No. 2331)

      Status:      This matter has been adjourned to August
          27, 2009 at 11:00 a.m.

14.  Motion of Sony Pictures Home Entertainment Inc. for
    Entry of Order Allowing Administrative Expenses
    Pursuant to 11 U.S.C. Sections 503(b)(1)(A), 503(b)(9)
    and 507(a)(2) (Docket No. 2294)

    Related
    Documents:

      a.   Notice of Motion and Hearing (Docket No. 2295)

Objection
Deadline:        April 20, 2009 at 4:00 p.m., extended
                 for the Debtors until August 20, 2009 at
                 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to August
                 27, 2009 at 11:00 a.m.

15.  Motion of Export Development Canada for Allowance of
     the Late Filed Administrative Expense Claim (Docket No.
     2960)

     Objection
     Deadline:        April 21, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

 a.  Debtors' Preliminary Objection To Motion For Allowance
     Of The Late Filed Administrative Expense Claim Of
     Export Development Canada (Docket No. 3131)

 b.  Reply to Debtors' Preliminary Objection to Motion for
     Allowance of the Late Filed Administrative Expense
     Claim (Docket No. 3152)

 c.  Debtors' Amended Preliminary Objection To Motion For
     Allowance Of The Late Filed Administrative Expense
     Claim Of Export Development Canada (Docket No. 3154)

     Status:          This matter has been adjourned to August
                      27, 2009 at 11:00 a.m.

16.  Motion of Vertis, Inc. to Allow Proof of Claim to be
     Deemed Timely Filed (Docket No. 2989)

     Related
     Documents:

 a.  Notice of Motion and Hearing (Docket No. 2990)

13

Objection
Deadline:          April 24, 2009 at 4:00 p.m., extended
                   for the Debtors until August 20, 2009 at
                   4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to August
                   27, 2009 at 11:00 a.m.

17.  Motion of Michael T. Chalifoux to File Late Proof of
     Claim (Docket No. 2676)

     Related
     Documents:

     a.    Notice of Motion and Hearing (Docket No. 2680)

     b.    Amended Notice of Motion and Hearing (Docket No.
           3607)

     Objection
     Deadline:          April 21, 2009 at 4:00 p.m., extended
                        for the Debtors until September 15, 2009
                        at 4:00 p.m.

     Objections/
     Responses
     Filed:             None at the time of filing this agenda

     Status:            This matter has been adjourned to
                        September 22, 2009 at 11:00 a.m.

18.  Motion of Sennheiser Electronic Corp. for Entry of an
     Order (i) Recognizing Sennheiser's Claim as Timely
     Filed, or Permitting the Filing of a Proof of Claim
     After the Bar Date and (ii) Allowing an Administrative
     Expense Pursuant to Section 503(b)(9) of The Bankruptcy
     Code (Docket No. 2722)

     Related
     Documents:

a.   Corrected Motion of Sennheiser Electronic Corp.
     (Docket No. 2723)

b.   Notice of Motion and Hearing (Docket No. 2724)

Objection
Deadline:          April 7, 2009 at 4:00 p.m., extended for
                   the Debtors until August 20, 2009 at
                   4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to August
                   27, 2009 at 11:00 a.m.

19.  Motion of Southpeak Interactive, LLC for Payment of
     Administrative Expense Claim and Notice of Hearing
     (Docket No. 2758)

Objection
Deadline:          April 7, 2009 at 4:00 p.m., extended for
                   the Debtors until August 25, 2009 at
                   4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to August
                   27, 2009 at 11:00 a.m.

20.  Application of The City of Newport News, Virginia for
     Payment of Taxes (Docket No. 3095)

Objection
Deadline:          June 2, 2009 at 4:00 p.m., extended for
                   the Debtors until July 17, 2009 at 4:00
                   p.m.

Objections/
Responses
Filed:

      a.    Debtors' Response and Objection to Motion for
           Application for Payment of Taxes Filed by the City
           of Newport News (Docket No. 4145)

Status:        This matter has been adjourned to August
           27, 2009 at 11:00 a.m.

21.   Motion of Bond-Circuit IV Delaware Business Trust for
     Entry of an Order Granting Allowance of and Compelling
     Payment of Administrative Expense Claim, by Bond-
     Circuit IV Delaware Business Trust (Docket No. 3229)

Objection
Deadline:     May 25, 2009 at 5:00 p.m., extended for
           the Debtors until August 20, 2009 at
           4:00 p.m.

Objections/
Responses
Filed:        None at the time of filing this agenda

Status:        This matter has been adjourned to August
           27, 2009 at 11:00 a.m.

22.   Amended Request of by Myrtle Beach Farms Company, Inc.
     for Allowance and Payment of Administrative Expense
     Claim (Docket No. 3282)

Related
Documents:

      a.   Notice of Motion and Hearing (Docket No. 3285)

Objection
Deadline:     June 16, 2009 at 4:00 p.m., extended for
           the Debtors until August 20, 2009 at
           4:00 p.m.

Objections/
Responses
Filed:        None at the time of filing this agenda

Status:        This matter has been adjourned to August
           27, 2009 at 11:00 a.m.

23.  Application of Infogain Corporation for Allowance and
     Payment of Administrative Expense Priority Claim
     (Docket No. 3286)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 3287)

     Objection
     Deadline:      May 21, 2009 at 5:00 p.m., extended for
                    the Debtors until July 16, 2009 at 4:00
                    p.m.

     Objections/
     Responses
     Filed:

     a.   Debtors' Preliminary Objection To Application Of
          Infogain Corporation For Allowance And Payment Of
          Administrative Expense Priority Claim (Docket No.
          1430)

     Status:        This matter has been adjourned to
                    September 22, 2009 at 11:00 a.m.

24.  Amended Motion of Site A, LLC for Payment of
     Administrative Expense Claim (Docket No. 3468)

     Related
     Documents:

     a.   Motion of Site A, LLC for Payment of
          Administrative Expense Claim (Docket No. 3052)

     b.   Notice of Motion and Hearing (Docket No. 3469)

     Objection
     Deadline:      June 16, 2009 at 4:00 p.m., extended for
                    the Debtors until August 20, 2009 at
                    4:00 p.m.

     Objections/
     Responses

Filed:                None at the time of filing this agenda

Status:               This matter has been adjourned to August
                      27, 2009 at 11:00 a.m.

25.   Motion of Towne Square Plaza to Allow the Filing of (1)
      Amended Proof of Claim and (2) Late Proof of Claim
      (Docket No. 3582)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 3583)

      b.    Notice of Filing of Affidavit in Support of Motion
            of Towne Square Plaza to Allow the Filing of (1)
            Amended Proof of Claim and (2) Late Proof of Claim
            (Docket No. 3782)

      Objection
      Deadline:       June 26, 2009 at 4:00 p.m., extended for
                      the Debtors until August 20, 2009 at
                      4:00 p.m.

      Objections/
      Responses
      Filed:          None at the time of filing this agenda

      Status:         This matter has been adjourned to August
                      27, 2009 at 11:00 a.m.

26.   Motion of Slam Brands, Inc. for Order Directing Debtors
      to Pay Administrative Expenses Pursuant to 11 U.S.C.
      Sections 503(b) and 507(a) and Request for Related
      Relief (Docket No. 3839)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 3840)

      Objection
      Deadline:       July 17, 2009 at 4:00 p.m., extended for
                      the Debtors until August 20, 2009 at
                      4:00 p.m.

Objections/
Responses
Filed:            None at the time of filing this agenda

Status:           This matter has been adjourned to August
                  27, 2009 at 11:00 a.m.

27.   Amended Motion of the Columbus Dispatch for Allowance
      of Administrative Expense Claim Pursuant to 11 U.S.C.
      Section 503(b)(1) (Docket No. 3874)

      Objection
      Deadline:         July 15, 2009 at 4:00 p.m., extended for
                        the Debtors until August 20, 2009 at
                        4:00 p.m.

      Objections/
      Responses
      Filed:            None at the time of filing this agenda

      Status:           This matter has been adjourned to August
                        27, 2009 at 11:00 a.m.

28.   Motion of Team Retail Westbank, Ltd. for Allowance and
      Immediate Payment of Administrative Rent Claims (Docket
      No. 3939)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 3940)

      b.    Amended Notice of Motion and Hearing (Docket No.
            4163)

      Objection
      Deadline:         July 16, 2009 at 4:00 p.m., extended for
                        the Debtors until August 20, 2009 at
                        4:00 p.m.

      Objections/
      Responses
      Filed:            None at the time of filing this agenda

Status:          This matter has been adjourned to August
                 27, 2009 at 11:00 a.m.

**III.  UNCONTESTED MATTERS**

29.   Debtors' Motion for an Order Under Bankruptcy Code
      Section 1121(d) Further Extending Exclusive Periods
      During Which Debtors and/or Creditors' Committee May
      File and Solicit Acceptances of a Plan of Liquidation
      (Docket No. 3943)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 3944)

      b.   Bridge Order Granting Debtors' Motion for an Order
           Under Bankruptcy Code Section 1121(d) Further
           Extending Exclusive Periods During Which Debtors
           May File and Solicit Acceptances of a Plan of
           Liquidation (Docket No. 4005)

      Objection
      Deadline:        July 21, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter is going forward.

30.   Consent Motion of the Debtors for Entry of Stipulation
      and Agreed Order Regarding Salem Lease (Docket No.
      4058)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 4059)

      Objection
      Deadline:        July 21, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

Status:         This matter is going forward.

31.   Debtors' Seventh Omnibus Motion for Order Pursuant to
      Bankruptcy Code Sections 105(a) and 365(a) and
      Bankruptcy Rule 6006 Authorizing Rejection of Certain
      Executory Contracts (Docket No. 4060)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 4061)

      Objection
      Deadline:      July 21, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:         None at the time of filing this agenda

      Status:        This matter is going forward.

32.   Debtors' Motion for Order Shortening Notice Period and
      Limiting Notice of Debtors' Motion for Order Pursuant
      to Bankruptcy Code Section 363 (I) Authorizing Circuit
      City Stores, Inc. to Enter into Agreement Modifying
      Contract with AAC Cross County Mall, LLC and (II)
      Authorizing Sale, Assignment, and Assumption of the
      Lease (Docket No. 4078)

      Related
      Documents:

      a.   Motion for an Order Setting an Expedited Hearing
           (Docket No. 4079)

      b.   Notice of Motion and Hearing (Docket No. 4080)

      Objection
      Deadline:      July 21, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:         None at the time of filing this agenda

Status:          This matter is going forward.

33.   Motion for Order Pursuant to Bankruptcy Code Section
      363 (I) Authorizing Circuit City Stores, Inc. to Enter
      into Agreement Modifying Contract with AAC Cross County
      Mall, LLC and (II) Authorizing Sale, Assignment, and
      Assumption of the Lease (Docket No. 4077)

      Related
      Documents:

      a.    Order Under Bankruptcy Code Sections 105, 363, And
            365 (I) Approving Bidding And Auction Procedures
            For Sale Of Unexpired Nonresidential Real Property
            Leases, (II) Setting Sale Hearing Dates And (III)
            Authorizing And Approving (A) Sale Of Certain
            Unexpired Nonresidential Real Property Leases Free
            And Clear Of All Interests, (B) Assumption And
            Assignment Of Certain Unexpired Nonresidential
            Real Property Leases And (C) Lease Rejection
            Procedures (Docket No. 2242)

      b.    Motion for an Order Setting an Expedited Hearing
            (Docket No. 4079)

      c.    Notice of Motion and Hearing (Docket No. 4080)

      Objection
      Deadline:        July 21, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter is going forward.

34.   Debtors Motion for Order Shortening Notice Period and
      Limiting Notice of Debtors' Motion for Order Under 11
      U.S.C. Sections 105 and 363, and Fed. R. Bankr. Pro.
      2002, 9006, and 9019 Authorizing the Establishment of
      Procedures to Settle Certain Pre-Petition and Post-
      Petition Claims and Causes of Action Without Further
      Court Approval (Docket No. 4112)

      Related

Documents:

a.    Motion for an Order Setting an Expedited Hearing
      (Docket No. 4113)

b.    Notice of Motion and Hearing (Docket No. 4116)

Objection
Deadline:        July 21, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter is going forward.

35.   Debtors' Motion for Order Under 11 U.S.C. Sections 105
      and 363, and Fed. R. Bankr. P. 2002, 9006, and 9019
      Authorizing the Establishment of Procedures to Settle
      Certain Pre-Petition and Post-Petition Claims and
      Causes of Action Without Further Court Approval (Docket
      No. 4111)

      Related
      Documents:

a.    Motion for an Order Setting an Expedited Hearing
      (Docket No. 4113)

b.    Notice of Motion and Hearing (Docket No. 4116)

Objection
Deadline:        July 21, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter is going forward.

**IV.   CONTESTED MATTERS**

36.   Schimenti Construction Company, LLC's Motion for
      Examination and Order Directing Debtor, Circuit City
      Stores, Inc. to Produce Documents Pursuant to Federal

Rule of Bankruptcy Procedure Rule 2004 and Memorandum
in Support Thereof (Docket No. 3591)

Objection
Deadline:        June 22, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Objection to Schimenti Construction
      Company, LLC's Motion for Examination and Order
      Directing Debtor, Circuit City Stores, Inc. to
      Produce Documents Pursuant to Federal Rule of
      Bankruptcy Procedure Rule 2004 (Docket No. 3701)

Status:          This matter is going forward.

37.   Motion for Orders Under Bankruptcy Code Sections 105,
      363 and 503 and Bankruptcy Rules 2002 and 6004 (I) (b)
      Approving Bidding Procedures for Sale of Certain Real
      Property in Moreno Valley, California, (b) Authorizing
      Sellers to Enter Into Agreement in Connection Therewith
      Subject to Higher and Better Proposals (c) Approving
      Expense Reimbursement in Connection Therewith (d)
      Setting Auction and Sale Hearing Dates; (II) Approving
      Sale of Property Free and Clear of Liens; and (III) and
      Granting Related Relief (Docket No. 3925)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 3928)

Objection
Deadline:        July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Objection Of Lowe's HIW, Inc. to Motion for Orders
      Under Bankruptcy Code Sections 105, 363 and 503
      and Bankruptcy Rules 2002 and 6004 (I) (b)
      Approving Bidding Procedures for Sale of Certain

Real Property in Moreno Valley, California, (b)
Authorizing Sellers to Enter Into Agreement in
Connection Therewith Subject to Higher and Better
Proposals (c) Approving Expense Reimbursement in
Connection Therewith (d) Setting Auction and Sale
Hearing Dates; (II) Approving Sale of Property
Free and Clear of Liens; and (III) and Granting
Related Relief (Docket No. 4138)

Status:        The objection pertains to the underlying
               sale and is not going forward at this
               time.  This matter is going forward with
               respect to approval of the bidding
               procedures.

## V.    OMNIBUS CLAIM OBJECTIONS

38.  Debtors' Second Omnibus Objection to Certain Late
     503(b)(9) Claims (Docket No. 2789)

     Related
     Documents:

     a.    Notice of Motion and Hearing (Docket No. 2790)

     b.    Order on Debtors' Second Omnibus Objection to
           Certain Late 503(b)(9) Claims (Docket No. 3356)

     Objection
     Deadline:     April 29, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:        Please see Exhibit A attached hereto.

     Status:       An order has been entered partially
                   sustaining the objection.  For those
                   claims for which the objection is still
                   pending, this matter has been adjourned
                   to August 27, 2009 at 11:00 a.m., as set
                   forth on Exhibit A.

39.  Debtors' Third Omnibus Objection to Certain Late
     503(b)(9) Claims (Docket No. 2791)

     Related

Documents:

a.    Notice of Motion and Hearing (Docket No. 2792)

b.    Order on Debtors' Third Omnibus Objection to
      Certain Late 503(b)(9) Claims (Docket No. 3357)

Objection
Deadline:      April 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:         Please see Exhibit A attached hereto.

Status:        An order has been entered partially
               sustaining the objection.  For those
               claims for which the objection is still
               pending, this matter has been adjourned
               to August 27, 2009 at 11:00 a.m., as set
               forth on Exhibit A.

40.   Debtors' Fourth Omnibus Objection to Certain
      Duplicative Claims (Docket No. 3096)

      Related
      Documents:

      a.   Order on Debtors' Fourth Omnibus Objection to
           Certain Duplicative Claims (Docket No. 3494)

      Objection
      Deadline:      May 20, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:         Please see Exhibit A attached hereto.

      Status:        An order has been entered partially
                     sustaining the objection.  For those
                     claims for which the objection is still
                     pending, this matter has been adjourned
                     to August 27, 2009 at 11:00 a.m., as set
                     forth on Exhibit A.

41.   Debtors' Fifth Omnibus Objection to Certain

Misclassified Non-Goods 503(b)(9) Claims (Docket No. 3309)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 3310)

b.    Order Adjourning Debtors Fifth Omnibus Objection
to Certain Misclassified Non-Goods 503(b)(9)
Claims (Docket No. 4007)

c.    Order on Debtors Fifth Omnibus Objection to Certain
Misclassified Non-Goods 503(b)(9) Claims (Docket
No. 4008)

Objection
Deadline:          June 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             Please see Exhibit A attached hereto.

Status:            An order has been entered partially
sustaining the objection.  For those
claims for which the objection is still
pending, this matter has been adjourned
to August 27, 2009 at 11:00 a.m., as set
forth on Exhibit A.

42.    Debtors' Sixth Omnibus Objection to Certain
Misclassified Non-Goods 503(b)(9) Claims (Docket No. 3311)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 3312)

b.    Order Adjourning Debtors' Sixth Omnibus Objection
to Certain Misclassified Non-Goods 503(b)(9)
Claims (Docket No. 4011)

c.    Order on Debtors' Sixth Omnibus Objection to
Certain Misclassified Non-Goods 503(b)(9) Claims

(Docket No. 4012)

Objection
Deadline:         June 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            Please see Exhibit A attached hereto.

Status:           An order has been entered partially
                  sustaining the objection.  For those
                  claims for which the objection is still
                  pending, this matter has been adjourned
                  to August 27, 2009 at 11:00 a.m., as set
                  forth on Exhibit A.

43.   Debtors' Seventh Omnibus Objection to Certain Late
      Claims (Docket No. 3506)

      Related
      Documents:

      a.    Order On Debtors' Seventh Omnibus Objection To
            Certain Late Claims (Docket No. 4169)

      Objection
      Deadline:         June 29, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:            Please see Exhibit A attached hereto.

      Status:           An order has been entered partially
                        sustaining the objection.  For those
                        claims for which the objection is still
                        pending, this matter has been adjourned
                        to August 27, 2009 at 11:00 a.m., as set
                        forth on Exhibit A.

44.   Debtors' Eighth Omnibus Objection to Certain Late
      Claims (Docket No. 3507)

      Related
      Documents:

a.    Order On Debtors' Eighth Omnibus Objection To
      Certain Late Claims (Docket No. 4170)

Objection
Deadline:        June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           Please see Exhibit A attached hereto.

Status:          An order has been entered partially
                 sustaining the objection.  For those
                 claims for which the objection is still
                 pending, this matter has been adjourned
                 to August 27, 2009 at 11:00 a.m., as set
                 forth on Exhibit A.

45.  Debtors' Ninth Omnibus Objection to Certain (i) Late
     Claims (ii) Late 503(b)(9) Claims (Docket No. 3509)

Related
Documents:

a.    Amended Exhibit C to Debtors' Ninth Omnibus
      Objection to Certain (i) Late Claims (ii) Late
      503(b)(9) Claims (Docket No. 3512)

b.    Order On Debtors' Ninth Omnibus Objection To
      Certain (I) Late Claims And (Ii) Late 503(B)(9)
      Claims (Docket No. 4171)

Objection
Deadline:        June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           Please see Exhibit A attached hereto.

Status:          An order has been entered partially
                 sustaining the objection.  For those
                 claims for which the objection is still
                 pending, this matter has been adjourned
                 to August 27, 2009 at 11:00 a.m., as set
                 forth on Exhibit A.

46.  Debtors' Tenth Omnibus Objection to Certain Duplicate
     Claims (Docket No. 3513)

     Related
     Documents:

     a.    Order On Debtors' Tenth Omnibus Objection To
           Certain Duplicate Claims (Docket No. 4172)

     Objection
     Deadline:       June 29, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:          Please see Exhibit A attached hereto.

     Status:         An order has been entered partially
                     sustaining the objection.  For those
                     claims for which the objection is still
                     pending, this matter has been adjourned
                     to August 27, 2009 at 11:00 a.m., as set
                     forth on Exhibit A.

47.  Debtors' Eleventh Omnibus Objection to Certain
     Qualified Pension Plan Claims and 401(k) Claims (Docket
     No. 3525)

     Related
     Documents:

     a.    Amended Notice of Debtors' Eleventh Omnibus
           Objection to Certain Qualified Pension Plan Claims
           and 401(k) Claims (Docket No. 3715)

     Objection
     Deadline:       July 16, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:          Please see Exhibit A attached hereto.

     Status:         The status hearing is going forward with
                     respect to those claims which a response
                     was filed.  **However, those parties who
                     filed a response do not need to appear**

30

**at the hearing.  Such parties' rights**
**will not be affected at this hearing.**
The Debtors will submit a revised form
of order granting the relief sought in
the objection with respect to those
claims for which no response was
received.

48.   Debtors' Twelfth Omnibus Objection to Certain Qualified
      Pension Plan Claims and 401(k) Claims (Docket No. 3526)

      Related
      Documents:

      a.    Amended Notice of Debtors' Twelfth Omnibus
            Objection to Certain Qualified Pension Plan Claims
            and 401(k) Claims (Docket No. 3718)

      Objection
      Deadline:          July 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:             Please see Exhibit A attached hereto.

      Status:            The status hearing is going forward with
                         respect to those claims which a response
                         was filed.  **However, those parties who**
                         **filed a response do not need to appear**
                         **at the hearing.  Such parties' rights**
                         **will not be affected at this hearing.**
                         The Debtors will submit a revised form
                         of order granting the relief sought in
                         the objection with respect to those
                         claims for which no response was
                         received.

49.   Debtors' Thirteenth Omnibus Objection to Certain
      Amended Claims (Docket No. 3527)

      Related
      Documents:

      a.    Amended Notice of Debtors' Thirteenth Omnibus
            Objection to Certain Amended Claims (Docket No.

3528)

b.    Second Amended Notice of Debtors' Thirteenth
      Omnibus Objection to Certain Amended Claims
      (Docket No. 3720)

Objection
Deadline:              July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                 Please see Exhibit A attached hereto.

Status:                The status hearing is going forward with
                       respect to those claims which a response
                       was filed.  **However, those parties who
                       filed a response do not need to appear
                       at the hearing.  Such parties' rights
                       will not be affected at this hearing.**
                       The Debtors will submit a revised form
                       of order granting the relief sought in
                       the objection with respect to those
                       claims for which no response was
                       received.

50.   Debtors' Fourteenth Omnibus Objection to Claims
      (Reclassification of Certain Non-Goods 503(b)(9) Claims
      to General Unsecured Non-Priority Claims) (Docket No.
      3672)

Objection
Deadline:              July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                 Please see Exhibit A attached hereto.

Status:                The status hearing is going forward with
                       respect to those claims which a response
                       was filed.  **However, those parties who
                       filed a response do not need to appear
                       at the hearing.  Such parties' rights
                       will not be affected at this hearing.**
                       The Debtors will submit a revised form
                       of order granting the relief sought in

the objection with respect to those claims for which no response was received.

51. Debtors' Fifteenth Omnibus Objection to Claims (Reclassification of Claims Filed By Equity Holders to Interests) (Docket No. 3676)

Objection
Deadline:          July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             Please see <u>Exhibit A</u> attached hereto.

Status:            The status hearing is going forward with respect to those claims which a response was filed.  **However, those parties who filed a response do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**  The Debtors will submit a revised form of order granting the relief sought in the objection with respect to those claims for which no response was received.

52. Debtors' Sixteenth Omnibus Objection to Claims (Reclassification of Claims Filed By Equity Holders to Interests) (Docket No. 3677)

Objection
Deadline:          July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             Please see <u>Exhibit A</u> attached hereto.

Status:            The status hearing is going forward with respect to those claims which a response was filed.  **However, those parties who filed a response do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**  The Debtors will submit a revised form

of order granting the relief sought in
the objection with respect to those
claims for which no response was
received.

53.  Debtors' Seventeenth Omnibus Objection to Claims
     (Reclassification of Claims Filed By Equity Holders to
     Interests) (Docket No. 3678)

     Objection
     Deadline:         July 16, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:            Please see <u>Exhibit A</u> attached hereto.

     Status:           The status hearing is going forward with
                       respect to those claims which a response
                       was filed.  **However, those parties who
                       filed a response do not need to appear
                       at the hearing.  Such parties' rights
                       will not be affected at this hearing.**
                       The Debtors will submit a revised form
                       of order granting the relief sought in
                       the objection with respect to those
                       claims for which no response was
                       received.

54.  Debtors' Eighteenth Omnibus Objection to Claims
     (Reclassification of Claims Filed By Equity Holders to
     Interests) (Docket No. 3679)

     Objection
     Deadline:         July 16, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:            Please see <u>Exhibit A</u> attached hereto.

     Status:           The status hearing is going forward with
                       respect to those claims which a response
                       was filed.  **However, those parties who
                       filed a response do not need to appear
                       at the hearing.  Such parties' rights
                       will not be affected at this hearing.**

The Debtors will submit a revised form of order granting the relief sought in the objection with respect to those claims for which no response was received.

55.   Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 3703)

Objection
Deadline:          July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             Please see Exhibit A attached hereto.

Status:            The status hearing is going forward with respect to those claims which a response was filed.  **However, those parties who filed a response do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**  The Debtors will submit a revised form of order granting the relief sought in the objection with respect to those claims for which no response was received.

56.   Debtors' Twentieth Omnibus Objection to Claims (Reclassification to Unsecured Claims of Certain Claims Filed as 503(b)(9) Claims for Goods Received by the Debtors Not Within Twenty Days of the Commencement of the Cases (Docket No. 3704)

Objection
Deadline:          July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             Please see Exhibit A attached hereto.

Status:            The status hearing is going forward with respect to those claims which a response

was filed.  **However, those parties who
filed a response do not need to appear
at the hearing.  Such parties' rights
will not be affected at this hearing.**
The Debtors will submit a revised form
of order granting the relief sought in
the objection with respect to those
claims for which no response was
received.

57.   Debtors' Twenty-First Omnibus Objection to Claims
      (Disallowance of Certain Duplicate Claims) (Docket No.
      3709)

      Objection
      Deadline:        July 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           Please see <u>Exhibit A</u> attached hereto.

      Status:          [The status hearing is going forward The
                       status hearing is going forward with
                       respect to those claims which a response
                       was filed.  **However, those parties who
                       filed a response do not need to appear
                       at the hearing.  Such parties' rights
                       will not be affected at this hearing.**
                       The Debtors will submit a revised form
                       of order granting the relief sought in
                       the objection with respect to those
                       claims for which no response was
                       received.

58.   Debtors' Twenty-Second Omnibus Objection to Claims
      (Disallowance of Certain Claims Filed Against the Wrong
      Debtor) (Docket No. 3710)

      Objection
      Deadline:        July 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           Please see <u>Exhibit A</u> attached hereto.

Status:         The status hearing is going forward with
                respect to those claims which a response
                was filed.  **However, those parties who
                filed a response do not need to appear
                at the hearing.  Such parties' rights
                will not be affected at this hearing.**
                The Debtors will submit a revised form
                of order granting the relief sought in
                the objection with respect to those
                claims for which no response was
                received.

59.   Debtors' Twenty-Third Omnibus Objection to Claims
      (Modification of Certain Duplicate 503(b)(9) Claims)
      (Docket No. 3711)

      Objection
      Deadline:       July 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:          Please see Exhibit A attached hereto.

      Status:         The status hearing is going forward with
                      respect to those claims which a response
                      was filed.  **However, those parties who
                      filed a response do not need to appear
                      at the hearing.  Such parties' rights
                      will not be affected at this hearing.**
                      The Debtors will submit a revised form
                      of order granting the relief sought in
                      the objection with respect to those
                      claims for which no response was
                      received.

## VI.   FEE APPLICATIONS

60.   Second Interim Fee Application of KPMG LLP as
      Independent Auditors and Tax Consultants to the Debtors
      for Allowance of Compensation and Reimbursement of
      Expenses for the Period Beginning February 1, 2009
      through April 30, 2009 (Docket No. 3602)

      Related
      Documents:

a.   Notice of Motion and Hearing (Docket No. 3603)

Objection
Deadline:        July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter is going forward.

61. Second Interim Fee Application of DJM Realty Services,
    LLP as Real Estate Consultant and Advisor to the
    Debtors for Reimbursement of Expenses and Allowance of
    Compensation for the Period Beginning February 1, 2009
    through April 30, 2009 (Docket No. 3604)

    Related
    Documents:

    a.   Notice of Motion and Hearing (Docket No. 3606)

    Objection
    Deadline:        July 16, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:           None at the time of filing this agenda

    Status:          This matter is going forward.

62. Second Interim Fee Application of Skadden, Arps, Slate,
    Meagher & Flom, LLP for Compensation for Services
    Rendered and Reimbursement of Expenses as Counsel to
    the Debtors for the Period from February 1, 2009
    through and including April 30, 2009 (Docket No. 3609)

    Related
    Documents:

    a.   Notice of Motion and Hearing (Docket No. 3610)

    Objection
    Deadline:        July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            None at the time of filing this agenda

Status:           This matter is going forward.

63.   Corrected Second Interim Fee Application of Kirkland &
      Ellis LLP for Compensation and Reimbursement of
      Expenses For Services Rendered By Special Counsel for
      the Debtors For the Period of February 1, 2009 Through
      April 30, 2009 (Docket No. 3626)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 3627)

      Objection
      Deadline:      July 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:         None at the time of filing this agenda

      Status:        This matter is going forward.

64.   Second Interim Application for Compensation and
      Reimbursement of Expenses for McGuireWoods LLP as Co-
      Counsel to the Debtors for Services Rendered from
      February 1, 2009 through April 30, 2009 (Docket No.
      3619)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 3620)

      Objection
      Deadline:      July 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:         None at the time of filing this agenda

      Status:        This matter is going forward.

65. Second Interim Fee Application for Compensation and
Reimbursement of Expenses of Ernst & Young LLP as
Accounting and Tax Consultants for the Debtors for the
Period of February 1, 2009 to April 30, 2009 (Docket
No. 3624)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 3625)

Objection
Deadline:        July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter is going forward.

66. Second Interim Fee Application of FTI Consulting, Inc.
for Compensation For Services Rendered and
Reimbursement of Expenses as Financial Advisor to the
Debtors For the Period of February 1, 2009 Through and
Including April 30, 2009 (Docket No. 3628)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 3629)

Objection
Deadline:        July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter is going forward.

67. Second Interim and Final Application for Compensation
and Reimbursement of Expenses of Rothschild Inc. as
Financial Advisor and Investment Banker to the Debtors
for the Period From November 10, 2008 Through May 19,

2009 (Docket No. 3630)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 3631)

Objection
Deadline:        July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.   Informal Response of the Creditors' Committee

Status:          The informal response has been resolved.
                 This matter is going forward.

68.   Second Interim Application of Pachulski Stang Ziehl &
      Jones for Compensation for Services Rendered and
      Reimbursement of Expenses as Counsel to the Official
      Committee of Unsecured Creditors For the Period From
      February 1, 2009 through April 30, 2009 (Docket No.
      3616)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 3633)

      Objection
      Deadline:        July 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter is going forward.

69.   Application of Protiviti, Inc. for Second Interim
      Allowance of Compensation and Reimbursement of Expenses
      as Financial Advisor for the Official Committee of
      Unsecured Creditors For the Period February 1, 2009
      through April 30, 2009 (Docket No. 3617)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 3633)

Objection
Deadline:        July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter is going forward.

70.   Second Interim Application of Tavenner & Beran, PLC for
      Allowance of Compensation and Expense Reimbursement as
      Local Counsel to the Official Committee of Unsecured
      Creditors (Docket No. 3618)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 3633)

      Objection
      Deadline:        July 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter is going forward.

71.   Final Application of Jefferies & Company, Inc. for
      Compensation for Services Rendered and Reimbursement of
      Expenses as Financial Advisor to the Official Committee
      of Unsecured Creditors For the Period From November 18,
      2008 through April 30, 2009 (Docket No. 3632)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 3633)

      Objection

Deadline:         July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            None at the time of filing this agenda

Status:           This matter is going forward.

Dated: July 21, 2009          SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia        FLOM, LLP
                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000

                                    - and -

                              SKADDEN, ARPS, SLATE, MEAGHER &
                                 FLOM, LLP
                              Chris L. Dickerson, Esq.
                              333 West Wacker Drive
                              Chicago, Illinois 60606
                              (312) 407-0700

                                    - and -

                              MCGUIREWOODS LLP


                              _/s/ Douglas M. Foley_____
                              Dion W. Hayes (VSB No. 34304)
                              Douglas M. Foley (VSB No. 34364)
                              One James Center
                              901 E. Cary Street
                              Richmond, Virginia 23219
                              (804) 775-1000

                              Counsel for Debtors and Debtors
                              in Possession

\9689801.2

<u>**EXHIBIT A**</u>

<u>**Responses to Debtors' Omnibus Claims Objections**</u>
<u>**Scheduled for Status Hearing on July 23, 2009**</u>

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| 2 | Hayden Meadows Joint Venture (TMT Development Company, Inc.) 3161 | | Status Hearing went forward on May 13, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 2 | Orange County Treasurer-Tax Collector 3206 | | Debtors have withdrawn their objection pursuant to Stipulation and Consent Order (Docket No. 4009) |
| 2 | Export Development Canada 3209 | | Status Hearing went forward on May 13, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 2 | Gamergraffix 3222 | | Status Hearing went forward on May 13, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| | | | |
| 3 | Tasler Pallet, Inc. 3162 | | Status Hearing went forward on May 13, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |

[1]  For all responses for which a status hearing will go forward on July 23, 2009, the respondent does not need to appear at the hearing.  Their rights will not be affected at this hearing.

[2]  For all responses which have been adjourned to a date and time to be determined, the respondent does not need to appear at the July 23, 2009 hearing.  Their rights will not be affected at this hearing.

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | | | |
| 4 | ION Audio, LLC | 3380 | Status Hearing went forward on May 13, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 4 | Mitsubishi Digital Electronics America, Inc. | 3384 | Status Hearing went forward on May 13, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 4 | Onkyo USA Corporation | 3389 | Status Hearing went forward on May 13, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 4 | Bethesda Softworks LLC | N/A | The status hearing is going forward. |
| | | | |
| 5 | Charleston Newspapers | 3561 | Status Hearing went forward on June 23, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 5 | Retail MDS, Inc. | 3563 | Status Hearing went forward on June 23, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 5 | Magnus Magnusson | 3573 | Status Hearing went forward on June 23, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 5 | Graphic Communications, Inc. | 3600 | Status Hearing went forward on June 23, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 5 | Miner Fleet Management Group, Ltd. | 3608 | Status Hearing went forward on June 23, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 5 | Vector Security, Inc. | 3612 | Status Hearing went forward on June 23, 2009.  This response is adjourned |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | | | until August 27, 2009 at 11:00 a.m. |
| 5 | Schimenti Construction Company, LLC | 3622 | Status Hearing went forward on June 23, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 5 | U.S. Signs | 3623 | Status Hearing went forward on June 23, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| | | | |
| 6 | Touchpoint Retail Design, Inc. | 3409 | Status Hearing went forward on June 23, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 6 | Lexington County Treasurer | 3410 | Status Hearing went forward on June 23, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 6 | E-Z Spread n' Lift Industries | 3492 | Status Hearing went forward on June 23, 2009.  This response is adjourned until a date and time to be determined by the Debtors. |
| 6 | Consumer Vision, LLC | 3521 | Status Hearing went forward on June 23, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 6 | Winn Bus Lines, Inc. | 3522 | Status Hearing went forward on June 23, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 6 | Lee County Tax Collector | 3559 | Status Hearing went forward on June 23, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 6 | Towne Square Plaza | 3586 | Status Hearing went forward on June 23, 2009  This response is adjourned until August 27, 2009 at 11:00 a.m. |

3

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| 6 | County of Albemarle | 3613 | Status Hearing went forward on June 23, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 6 | AA Home Services, LLC | 3634 | Status Hearing went forward on June 23, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 6 | Town of Enfield, Connecticut | 3637 | Status Hearing went forward on June 23, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 6 | Performance Printing Corporation | 3644 | Status Hearing went forward on June 23, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 6 | Eastern Security Corp | 4094 | This response is adjourned until August 27, 2009 at 11:00 a.m. |
|  |  |  |  |
| 7 | Kim E's Flowers, Inc. | 3611 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 7 | Marian B. Frauenglass | 3636 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 7 | Sie Ling Chiang | 3639 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 7 | Cheryl Daves | 3661 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 7 | David Cates | 3690 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| 7 | Louis C. Jones III | 3791 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 7 | Ty Holbrook | 3792 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 7 | Marilyn N. Campbell | 3794 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 7 | Michael Lay | 3795 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 7 | Richard L. Schurz | 3802 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 7 | Barbara Lay | 3803 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 7 | Cheryl Daves | 3811 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 7 | Philip C. Baxa of MercerTrigiani on behalf of Renukaben S. Naik | 3812 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 7 | Dino Bazdar | 3814 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 7 | Austin James Harthun | 3815 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| 7 | Mikael Salovaara | 3835 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 7 | Edward A. Winfree | 3878 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 7 | Jean Abdallah | 3880 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 7 | Jakob Joffe | 3886 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 7 | Michael McCabe | 3887 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 7 | Elton J. Turnage | 3889 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 7 | Michael Boger | 3905 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 7 | WINK TV - Fort Myers Broadcasting | 3920 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| | | | |
| 8 | Times and News Publishing Company | 3640 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 8 | Dr. Robert A. Koenig | 3642/ 3643 | Status Hearing went forward on July 6, 2009.  This response is adjourned |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | | | until August 27, 2009 at 11:00 a.m. |
| 8 | Ismay Gayle | 3659 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 8 | First Baptist Church of Sunrise | 3662 | Status Hearing went forward on July 6, 2009.  This response is adjourned until a date and time to be determined by the Debtors. |
| 8 | PuntoAparte Communications, Inc. | 3785 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 8 | Taylor B. Phillips | 3788 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 8 | Ervin C. Olson | 3789 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 8 | Gloria E. Scarnati | 3790 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 8 | Ty Holbrook | 3793 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 8 | Marsha L. Blanchette | 3798 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 8 | Alex P. Thorson | 3804 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 8 | Michael Alexander | 3805 | Status Hearing went forward on July 6, 2009.  This response is adjourned |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | | | until August 27, 2009 at 11:00 a.m. |
| 8 | Richard Daly | 3806 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 8 | American Power Conversion Corp. | 3818 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 8 | Vertis, Inc. | 3827 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 8 | Cornella Diane Beverly | 3832 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 8 | Waste Management, Inc | 3834 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 8 | Snagajob.com | 3857 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 8 | Connie Y. Boyer | 3883 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 8 | Margaret L. Given. | 3894 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 8 | Craig Bender | 3897 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 8 | KPLR TV | 3903/ 3904 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| 8 | Dirley L. Ball | 3906 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 8 | Cornella Diane Beverly | 3908 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 8 | Nicholas S. Weeks | 3913 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 8 | WXCW TV - Sun Broadcasting | 3919 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 8 | John P. Raleigh | 3921 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 8 | Ollie L. Stukes | N/A | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 8 | Natalia Hilton | 3964/ 3965/ 3966 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
|  |  |  |  |
| 9 | Kenneth Giacone | 3635 3955 | Status Hearing went forward on July 6, 2009.  This response is adjourned until a date and time to be determined by the Debtors. |
| 9 | United States Customs and Border | 3656 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | Jerry L. Knighten | 3658 | Status Hearing went forward on July 6, |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | | | 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | Mary H. Stienemann | 3660 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | Kisha T. Buchanan | 3692 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | Patricia A. Bean | 3693 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | C & A Consulting | 3694 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | Sennheiser Electronic Corp. | 3707 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | Compass Group USA, Inc. | 3712 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | Declaration of Richard Stevens | 3786 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | Lacrosse Technology, Ltd. | 3787 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | Alice Norton | 3801 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | Chang Rao, Chuan Fa Liu | 3809 | Status Hearing went forward on July 6, 2009.  This response is adjourned |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | | | until August 27, 2009 at 11:00 a.m. |
| 9 | Sharon Brown Hope | 3813 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | SimpleTech by Hitachi Global Storage Technologies | 3821/ 3848 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | Michael T. Chalifoux | 3826 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | Laura L. Scannell | 3838 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | Belkin International | 3851 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | Oklahoma Gas & Electric Company | 3858 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | Tec-Com Services, Inc. | 3865 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | Deanna Heckman-Harding | 3885 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | Michael Karpinski | 3890/ 3963 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | Sheryl A. Borger | 3891/ 4000 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| 9 | Adam Drake | 3896 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | Marin Municipal Water District | 3900 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | John Batioff | 3901/ 3902 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | WPBF TV | 3903/ 3904 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | Mary Ann Hudspeth | 3911 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | Harris County Toll Road Authority | 3912 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | Lyle Alonso Epps | 3914 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | Mary Riordan | 3918 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| | | | |
| 10 | Martin Garcia | 3667 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 10 | Syed Asrar Naqvi | 3691 | Status Hearing went forward on July 6, 2009.  This response is adjourned |

12

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | | | until August 27, 2009 at 11:00 a.m. |
| 10 | Catellus Operating Limited Partnership | 3708 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 10 | Plaza Las Americas, Inc. | 3777 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 10 | Cormark, Inc. | 3800 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 10 | Spring Hill Development Partners, GP, Dickson Management Associates, LLC and Gallatin Management Associates, LLC | 3828 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 10 | M&M Berman Enterprises | 3829 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 10 | Cottonwood Corners-Phase V, LLC | 3833 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 10 | Southroads, L.L.C. | 3836 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 10 | TKG Coffee Tree, L.P. | 3841 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 10 | Alliance Entertainment, LLC, now known as Source Interlink Distribution, LLC, and (II) Source Interlink Media | 3844 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 10 | Eagleridge Associates, LLC, | 3849 | Status Hearing went forward on July 6, |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | Torrance Towne Center Associates, LLC. | | 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 10 | Belkin International | 3852 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 10 | Greenback Associates LLC | 3854 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 10 | Donahue Schriber Realty Group, L.P. | 3855 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 10 | 1251 Fourth Street Investors, LLC and Beverly Gemini Investments | 3876/ 3877 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 10 | WEND/WRFX-FM | 3903/ 3904 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 10 | Satchidananda Mims | 3907 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| | | | |
| 11 | Bobby G. Wilson | 3638 | The status hearing is going forward. |
| 11 | Johnny L. Ferguson | 3646 | The status hearing is going forward. |
| 11 | Erica  and Jerome Randolph | 3784 | The status hearing is going forward. |
| 11 | Marcea Wolfe | 3931 | The status hearing is going forward. |
| 11 | August E. Spalding | 4021 | The status hearing is going forward. |
| 11 | Barbara A. Koesel, Robert F. Koesel | 4067 | The status hearing is going forward. |
| 11 | Michael Tucker | 4082 | The status hearing is going forward. |
| 11 | James H. Morton | 4137 | The status hearing is going forward. |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | | | |
| 12 | Maria-Teresa R.P. Turner | 3783 | The status hearing is going forward. |
| 12 | Rick Sharp | 3810 | The status hearing is going forward. |
| 12 | Victoria G. Moore | 3881 | The status hearing is going forward. |
| 12 | Nancy a. Darling | 3882 | The status hearing is going forward. |
| 12 | Alexander M. Russell | 3888 | The status hearing is going forward. |
| 12 | Julia Given | 3895 | The status hearing is going forward. |
| 12 | Carole Shook | 3909 | The status hearing is going forward. |
| 12 | Anna Maccanelli | 3910 | The status hearing is going forward. |
| 12 | Mary Ella Holm | 4018 | The status hearing is going forward. |
| 12 | Susan M. Johnson | 4023 | The status hearing is going forward. |
| 12 | Mark H. Turner, Maria Teresa Turner | 4052 | The status hearing is going forward. |
| 12 | Richard Thompson | 4054 | The status hearing is going forward. |
| 12 | Normand C. Dionne | 4083 | The status hearing is going forward. |
| 12 | Christopher Borglin, Rebecca Hylton DeCamps, Hilton Ellis Epps Sr., Phyllis M Pearson, Paul Schaapman | 4150 | The status hearing is going forward. |
| | | | |
| 13 | The Columbus Dispatch | 3924 | The status hearing is going forward. |
| 13 | General Electric Company's Consumer & Industrial Division | 4089 | The status hearing is going forward. |
| | | | |
| 14 | NONE | | |
| | | | |
| 15 | Donald F. & Rebecca A. Peterson | 3899 | The status hearing is going forward. |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| 15 | Cynda Ann Berger | 3934 | The status hearing is going forward. |
| 15 | Derek Laumbach | 3987 | The status hearing is going forward. |
| 15 | Edwin Ellis | 4001 | The status hearing is going forward. |
| 15 | Bruce Davis | 4030 | The status hearing is going forward. |
| 15 | Tony F. Esposito | 4053 | The status hearing is going forward. |
| 15 | Robert J. Appleby | 4055 | The status hearing is going forward. |
| 15 | George T. Bentzen | 4131 | The status hearing is going forward. |
| 15 | Allan M. Anderson | 4140 | The status hearing is going forward. |
| 15 | Gary Kurzenhauser | 4147 | The status hearing is going forward. |
| 15 | Steven Draxler | 4184 | The status hearing is going forward. |
| | | | |
| 16 | Herman and Marion Gallati | 3996 | The status hearing is going forward. |
| 16 | Muriel To Yang | 4015 | The status hearing is going forward. |
| 16 | James Shober | 4031 | The status hearing is going forward. |
| 16 | Nancy E. Mirshah, Hassan Mirshah | 4033 | The status hearing is going forward. |
| 16 | John H. Davis-El | 4039 | The status hearing is going forward. |
| 16 | Lourena Pruett Cole Irrevocable Trust | 4056 | The status hearing is going forward. |
| 16 | Jean Theodule | 4070 | The status hearing is going forward. |
| 16 | Benjamin R. Knighton. | 4071 | The status hearing is going forward. |
| 16 | Delores I. Luchak, Louis A. Luchak | 4072 | The status hearing is going forward. |
| 16 | Robert E. Kniesche | 4084 | The status hearing is going forward. |
| 16 | Karen L. Buckley | 4086 | The status hearing is going forward. |
| 16 | James Lubary | 4101 | The status hearing is going forward. |
| 16 | Juanita Atwood, James W. Atwood | 4153 | The status hearing is going forward. |
| | | | |
| 17 | Virginia V. Phillips | 3929 | The status hearing is going forward. |
| 17 | Seth Kranz | 3932 | The status hearing is going forward. |
| 17 | Anna L. Ubben | 3978 | The status hearing is going forward. |

16

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| 17 | Pauline B. Griskey, Richard G. Griskey* (Obj. to 17 & 18) | 4028 | The status hearing is going forward. |
| 17 | Shirley A. Munselle | 4029 | The status hearing is going forward. |
| 17 | Andrea Wright | 4032 | The status hearing is going forward. |
| 17 | Richard Smith* (Obj to 18) | 4038 | The status hearing is going forward. |
| 17 | Susan Grace Strickland | 4069 | The status hearing is going forward. |
| 17 | Joan M. Keller, Raymond E. Keller | 4088 | The status hearing is going forward. |
| 17 | Regina J. Cody | 4109 | The status hearing is going forward. |
| 17 | Youde Wang | 4134 | The status hearing is going forward. |
| | | | |
| 18 | Thomas Tecza | 4068 | The status hearing is going forward. |
| 18 | Rhonda S. Johnson | 4087 | The status hearing is going forward. |
| | | | |
| 19 | Thomas Gibson | 3933 | The status hearing is going forward. |
| 19 | Donna M. Kincheloe | 3985 | The status hearing is going forward. |
| 19 | The Landing at Arbor Place II, LLC | 4019 | The status hearing is going forward. |
| 19 | Imation Enterprises Corp. | 4026 | The status hearing is going forward. |
| 19 | Jack Hernandez | 4027 | This response is adjourned until a date and time to be determined by the Debtors. |
| 19 | Henrico County, Virginia | 4062/ 4108 | The status hearing is going forward. |
| 19 | Walter E. Hartman & Sally J. Hartman, as Trustee of the Hartman 1995 Ohio Property | 4065 | The status hearing is going forward. |
| 19 | Slam Brands, Inc. | 4081 | The status hearing is going forward. |
| 19 | Estate of Joseph Y. Einbinder | 4085 | The status hearing is going forward. |
| 19 | General Electric Company's Consumer & Industrial Division | 4090 | The status hearing is going forward. |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| 19 | Arboretum of South Barrington, LLC | 4092 | This response is adjourned until a date and time to be determined by the Debtors. |
| 19 | General Instrument Corporation d/b/a Home & Networks Mobility Business of Motorola Inc. | 4098 | The status hearing is going forward. |
| 19 | Motorola Inc. | 4099 | The status hearing is going forward. |
| 19 | Laurel Plumbing, Inc | 4102 | The status hearing is going forward. |
| 19 | Union County Construction Group, Inc. | 4103 | The status hearing is going forward. |
| 19 | Inland Continental Property Management Corp., Inland US Management LLC | 4106 | The status hearing is going forward. |
| 19 | Seagate Technology, LLC | 4115 | The status hearing is going forward. |
| 19 | Plantronics, Inc. | 4118 | The status hearing is going forward. |
| 19 | Cisco-Linksys, LLC | 4120 | The status hearing is going forward. |
| 19 | LumiSource, Inc. | 4122 | The status hearing is going forward. |
| 19 | The Parkes Companies Inc. | 4125 | The status hearing is going forward. |
| 19 | Toshiba America Information Systems, Inc. | 4128 | The status hearing is going forward. |
| 19 | Toshiba America Consumer Products, L.L.C. | 4141 | The status hearing is going forward. |
| 19 | Jason W. Martinez | 4142 | The status hearing is going forward. |
| 19 | Denon Electronics | 4148 | The status hearing is going forward. |
| 19 | Snell Acoustics, Inc. | 4149 | The status hearing is going forward. |
| 19 | Phillip Lee Steele | 4152 | The status hearing is going forward. |
| 19 | Paramount Home Entertainment | 4154 | The status hearing is going forward. |
| 19 | Dish It Up, Inc. | 4156 | The status hearing is going forward. |
| 20 | Mitsubishi Digital Electronics | 3946 | The status hearing is going forward. |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | America, I | | |
| 20 | Cyber Acoustics | 4014 | The status hearing is going forward. |
| 20 | Actiontec Electronics, Inc. | 4023 | The status hearing is going forward. |
| 20 | Kinyo Company, Inc | 4057 | The status hearing is going forward. |
| 20 | Averatec/Trigem USA | 4063 | The status hearing is going forward. |
| 20 | Fujitsu Ten Corp. of America | 4066 | The status hearing is going forward. |
| 20 | Integrated Label Corporation | 4073 | This response is adjourned until a date and time to be determined by the Debtors. |
| 20 | iTouchless Housewares and Products, Inc. | 4091 | The status hearing is going forward. |
| 20 | Audiovox Corporation | 4107 | The status hearing is going forward. |
| 20 | Monster, LLC | 4110 | The status hearing is going forward. |
| 20 | Alliance Entertainment Corporation, Source Interlink Media, LLC (obj. to 20, 22 & 23) | 4135 | The status hearing is going forward. |
| 20 | Toshiba America Consumer Products, L.L.C. | 4143 | The status hearing is going forward. |
| 20 | Paramount Home Entertainment | 4155 | The status hearing is going forward. |
| | | | |
| 21 | Tuscaloosa County Tax Collector | 3980 | This response is adjourned until a date and time to be determined by the Debtors. |
| 21 | Blount County Trustee | 4024 | The status hearing is going forward. |
| 21 | U. S. Attorney on behalf of Internal Revenue Service | 4075/ 4097 | The status hearing is going forward. |
| | | | The status hearing is going forward. |
| | | | |
| 22 | Del Rito Partners Development, | 3864 | The status hearing is going forward. |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | Inc. | | |
| 22 | 1251 Fourth Street Investors, LLC, Beverly Gemini Investments, LLC | 4022 | The status hearing is going forward. |
| 22 | Hayward 880,LLC | 4076 | The status hearing is going forward. |
| 22 | Cormark, Inc. | 4100 | The status hearing is going forward. |
| 22 | Bear Valley Road Partners, LLC; Laguna Gateway Phase 2 LP; Manteca Stadium Park, L.P.; Otr-Clairemont Square; Pont West Plaza II Investors ("Responding Landlords") | 4173 | The status hearing is going forward. |
| | | | |
| 23 | Mitsubishi Digital Electronics America, I | 3946 | The status hearing is going forward. |
| 23 | SouthPeak Interactive | 4123 | The status hearing is going forward. |
| 23 | Vonage Marketing Inc. | 4124 | The status hearing is going forward. |
| 23 | Monster, LLC | 4129 | The status hearing is going forward. |
| 23 | Digital Innovations, LLC | 4132 | The status hearing is going forward. |
| 23 | Samsung Electronics America, Inc. | 4136 | The status hearing is going forward. |
| 23 | D-Link Systems, Inc. | 4139 | The status hearing is going forward. |

\9689802.1