IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------x
In re                                    :    Chapter 11
                                         :
CIRCUIT CITY STORES, INC., et al.,       :    Case No. 08-35653 (KRH)
                                         :
              Debtors                    :    Jointly Administered
------------------------------------------------------x

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Bank of America, N.A. | Panasonic Corporation of North America |
|---|---|
| Name of Transferee | Name of Transferor |
| Proof of Claim Amount | Proof of Claim No. |
| $4,251,352.72 | 1256 |

You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE: Bank of America, N.A.
Address:    Bank of America Tower, 3rd Floor
            One Bryant Park
            New York, NY 10036
            Attention: Gary Cohen, Ronald Torok

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

**BANK OF AMERICA, N.A.**

By: _____                    Date: July 1, 2009
Name: Frank Kofsen
Title: Managing Director

*Penalty for making a false statement: fine of up to $500,000 or Imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

12580337.1

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Eastern District of Virginia (Richmond Division)

AND TO: Panasonic Corporation of North America

    Panasonic Corporation of North America, a corporation organized under the laws of Delaware, with offices located at 1 Panasonic Way, Secaucus, NJ 07094 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Bank of America N.A., its successors and assigns, with offices located at Bank of America Tower, 3rd Floor, One Bryant Park, New York, NY 10036 ("Buyer"), all right, title and interest in and to the claims of Seller against Circuit City Stores, Inc., docketed as Claim No. 1256 (the "Claim") in the United States Bankruptcy Court, Eastern District of Virginia (Richmond Division), Case No. 08-35653 (Jointly Administered).

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

    IN WITNESS WHEREOF, dated as of the 26TH day of June, 2009.

PANASONIC CORPORATION OF NORTH AMERICA

WITNESS:

_(Signature)_

Name: Kenji Matsuura
Title: Vice President
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: SHIRO KITAJIMA
Title: PRESIDENT, PANASONIC CONSUMER ELECTRONICS COMPANY, DIVISION OF PANASONIC CORPORATION OF NORTH AMERICA
Tel.: 201-348-7014

BANK OF AMERICA N.A.

WITNESS:

_(Signature)_

Name:
Title:
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name:
Title:
Tel.:

### EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Eastern District of Virginia (Richmond Division)

AND TO: Panasonic Corporation of North America

    Panasonic Corporation of North America, a corporation organized under the laws of Delaware, with offices located at 1 Panasonic Way, Secaucus, NJ 07094 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Bank of America N.A., its successors and assigns, with offices located at Bank of America Tower, 3rd Floor, One Bryant Park, New York, NY 10036 ("Buyer"), all right, title and interest in and to the claims of Seller against Circuit City Stores, Inc., docketed as Claim No. 1256 (the "Claim") in the United States Bankruptcy Court, Eastern District of Virginia (Richmond Division), Case No. 08-35653 (Jointly Administered).

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

    IN WITNESS WHEREOF, dated as of the ____ day of June, 2009.

PANASONIC CORPORATION OF NORTH AMERICA

WITNESS:

_____
(Signature)

Name:
Title:
(Print name and title of witness)

By:_____
(Signature of authorized corporate officer)

Name:
Title:
Tel.:


BANK OF AMERICA N.A.

WITNESS:
_____
(Signature)
Name: Ronald Tomik
Title: Director
(Print name and title of witness)

By:_____
(Signature of authorized corporate officer)
Name: Francis Kotsen
Title: Managing Director
Tel.: 646 855 8226

# NIXON PEABODY LLP
ATTORNEYS AT LAW

100 Summer Street
Boston, MA 02110-2131
(617) 345-1000
Fax: (617) 345-1300
Direct Dial: (617) 345-1146
E-Mail: ahorn@nixonpeabody.com



July 9, 2009

**VIA OVERNIGHT MAIL**

U.S. Bankruptcy Court
701 East Broad Street
Richmond, VA 23219-1888

      In Re: Circuit City Stores, Inc., et al.
      Chapter 11
      Case No.: 08-35653 (KRH)

Dear Sir or Madam:

    Enclosed for filing in the above-captioned case please find (i) a Notice of Transfer of Claim relating to Proof of Claim #1256; and (ii) a Notice of Transfer of Claim relating to Proof of Claim #13203. Please date stamp the enclosed copy of each of the Notices and return them to me in the enclosed self-addressed, postage pre-paid envelope.

    Please do not hesitate to call me at the above number with any questions. Thank you for your assistance in this matter.

Very truly yours,

Alexander S. B. Horn

Enclosures
AH:rj

12625054.1