### EVIDENCE OF TRANSFER OF SECTION 503(b)(9) ADMINISTRATIVE CLAIM

Exhibit B

TO:  United States Bankruptcy Court ("Bankruptcy Court")
Eastern District of Virginia (Richmond Division)
1100 East Main Street
Richmond, VA 23219
Attn:  Clerk

AND TO:  Circuit City Stores, Inc. ("Debtor")
Case No. 08-35653 (KRH)

Claim # 1249

*[FILED stamp: RICHMOND DIVISION, JUN 2 5 2009, CLERK U.S. BANKRUPTCY COURT]*

CISCO-LINKSYS, LLC., its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

LONGACRE OPPORTUNITY FUND, L.P.
810 Seventh Avenue, 33rd Floor
New York, NY 10019
Attn: Vladimir Jelisavcic

its successors and assigns ("Buyer"), all rights, title and interest in and to the Administrative Claim of Seller under Section 503(b)(9) of the Bankruptcy Code in the principal amount of $4,156,411.56 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated JUNE 19, 2009.

CISCO-LINKSYS, LLC.

By: *[signature]* Vincent Hussel
Name: Vincent Hussel
Title: D - Finance / CFO

LONGACRE OPPORTUNITY FUND, L.P.

By: *[signature]*
Name: Vladimir Jelisavcic
Title: Manager

6/9/2009 3:24:15 PM

**LONGACRE**

LONGACRE FUND MANAGEMENT, LLC

810 Seventh Avenue, 33rd Floor
New York, New York 10019
Tel: 212-259-4300
Fax: 212-259-4345
www.longacrellc.com

June 24, 2009

United States Bankruptcy Court
Eastern District of Virginia
1100 East Main Street
Richmond, Virginia 23219
Attn: Clerk

[FILED RICHMOND DIVISION JUN 2 5 2009 CLERK U.S. BANKRUPTCY COURT]

Re:   **In re: Circuit City Stores, Inc.**
      **Case No. 08-35653**

To Whom It May Concern:

Enclosed please find three (3) copies of an Evidence of Transfer of Section 503(b)(9) Administrative Claims in the above-referenced bankruptcy case. Kindly process same and return a file-stamped copy to my attention in the enclosed self-addressed stamped envelope.

Thank you for your attention to this matter.

Very truly yours,

Stephanie Skowronski