IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:  ) | Chapter 11 |
| ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC.,  ) | Jointly Administered |
| et al.,  ) | |
| ) | **NOTICE OF TRANSFER OF** |
| ) | **CLAIM OTHER THAN FOR** |
| ) | **SECURITY** |
| Debtors.  ) | |
| ) | Bankruptcy Rule 3001(e)(2) |

PLEASE TAKE NOTICE that the claim of **CC EAST LANSING 98, L.L.C.**, (the "Transferor") against Debtor Circuit City Stores, Inc., designated as Claim No. 5002 in the amount of $1,046,008.75 have been transferred and assigned other than for security to **CMAT 1999-C1 GRAND RIVER AVENUE, LLC** (the "Transferee"), pursuant to the Assignment of Claim executed by the Transferor, a true and correct copy of which is attached hereto as **Exhibit A** (the "Assignment").

The undersigned hereby submits this Notice and the Assignment as evidence of the transfer pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure, of all rights, title and interest in and to the claim originally held by **CC EAST LANSING 98, L.L.C.** to **CMAT 1999-C1 GRAND RIVER AVENUE, LLC**. The Clerk of the Court and claims agent Kurtzman Carson Consultants LLC are each authorized to change the address on Claim No. 5002 filed by Transferor to that of the Transferee listed below.

**TRANSFEROR:**
CC EAST LANSING 98, L.L.C.
c/o Simon Marciano, Esq.
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, MD 21202

**TRANSFEREE:**
CMAT 1999-C1 GRAND RIVER AVENUE, LLC
c/o Mindy A. Mora, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131



MIAMI 1841832.1 7249631413

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on   June 12, 2009   at Miami Beach, Florida.

**CMAT 1999-C1 GRAND RIVER AVENUE, LLC**

By: LNR Partners, Inc., its Manager

By: _[signature]_

Name: Larry Golinsky

Title: Vice President

MIAMI 1841832.1 7249631413



Bilzin Sumberg
ATTORNEYS AT LAW

Luisa M. Flores
Direct Dial: 305-350-7205
Direct Fax: 305-351-2271
E-mail: lflores@bilzin.com

**VIA FEDERAL EXPRESS**

June 23, 2009

United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219-1888



Re:   **In re: Circuit City Stores, Inc., et al., Case No. 08-35653**

Dear Clerk:

Enclosed please find eight (8) *Notices of Transfer of Claim Other than for Security* for filing in the above-referenced bankruptcy case.

Please note that copies of these Notices are simultaneously being filed with the Claims Processing Dept. of Kurtzman Carson Consultants LLC.

We have also enclosed a separate copy of each notice. Please date, stamp and return to us in the self addressed, postage prepaid envelope that has been provided for your convenience.

Should you have any questions or comments regarding any of the foregoing, please feel free to contact me.

Respectfully submitted,

Luisa M. Flores
Sr. Bankruptcy Paralegal

Enclosure

## ASSIGNMENT OF CLAIM

**CC EAST LANSING 98, L.L.C.**, a Delaware limited liability company ("Assignor") for good and valuable consideration, hereby absolutely and unconditionally assigns to **CMAT 1999-C1 GRAND RIVER AVENUE, LLC,** a Michigan limited liability company ("Assignee") all of its interest in (1) that certain claim filed by or on behalf of Assignor in the bankruptcy of Circuit City Stores, Inc., or any of its affiliates (collectively, "CCS") pending in the United States Bankruptcy Court for the Eastern District of Virginia, Case No. 08-35653, Claim No. 5002, filed on January 21, 2009 which evidences a claim in the amount of $1,046,008.75, a copy of which is attached hereto as **Exhibit A**; and (2) any and all other claims which Assignor has against CCS in any and all respects. Assignor agrees that, in the event Assignor receives any payments or distributions with respect to any such claims after the date hereof, Assignor shall accept the same as Assignee's agent and shall hold the same in trust on behalf of, and for the sole benefit of, Assignee and shall promptly deliver the same to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative this 7th day of May, 2009.

**CC EAST LANSING 98, L.L.C.**, a Delaware
limited liability company

By:   Lucknow G.P., Inc., a Maryland
      corporation,
      Manager

      By: _____
           Robert P. Legg, Vice President

MIAMI 1800718.1 7249631394

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

Debtor against which claim is asserted : (Check only one box below:)

☒ Circuit City Stores, Inc. (Case No. 08-35653)   ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)   ☐ Abbott Advertising, Inc. (Case No. 08-35665)
☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)   ☐ Circuit City Stores PR, LLC (Case No. 08-35660)   ☐ Mayland MN, LLC (Case No. 08-35666)
☐ InterTAN, Inc. (Case No. 08-35655)   ☐ Circuit City Properties, LLC (Case No. 08-35661)   ☐ Patapsco Designs, Inc. (Case No. 08-35667)
☐ Ventoux International, Inc. (Case No. 08-35656)   ☐ Orbyx Electronics, LLC (Case No. 08-35662)   ☐ Sky Venture Corporation (Case No. 08-35668)
☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)   ☐ Kinzer Technology, LLC (Case No. 08-35663)   ☐ XSStuff, LLC (Case No. 08-35669)
☐ CC Aviation, LLC (Case No. 08-35658)   ☐ Courchevel, LLC (Case No. 08-35664)   ☐ PRAHS, INC. (Case No. 08-35670)

NOTE: This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).

Name of Creditor (the person or other entity to whom the debtor owes money or property):
CC East Lansing 98 L.L.C.

Name and address where notices should be sent:
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, MD 21202
Attn: Simon Marciano, Esquire
Telephone number: 410-332-8514

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(if known)

Filed on: _____

Name and address where payment should be sent (if different from above):
LNR Partners
Real Estate Finance and Servicing Group
1601 Washington Ave.
Miami Beach, FL 33139
Attn: Dmitri Sulsky
Telephone number: 305-695-5099

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:   $ $1,046,008.75

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: Unpaid lease payments-See attached summary
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 3875

3a. Debtor may have scheduled account as: see attached summary
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 1/20/09

Signature: the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.


Deborah H Devan, attorney

FOR COURT USE ONLY
RECEIVED
JAN 21 2009
KURTZMAN CARSON CONSULTANTS

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



## Summary of Claims of CC East Lansing 98 L.L.C. against Circuit City Stores, Inc. as of November 10, 2008

The following is a summary of the sources of claims by CC East Lansing 98 L.L.C. ("**Creditor**") against Circuit City Stores, Inc. ("**Debtor**") set forth in Box 1 of the attached Proof of Claim form. Creditor and Debtor are parties to that certain Lease between Circuit City Stores, Inc. as Tenant, and CC East Lansing 98 L.L.C, as Landlord, dated May 29, 2008, for the property known as 2655 East Grand and located in East Lansing, Michigan (the "**Lease**"), which Lease commenced on May 29, 1998 and extends through May 31, 2020 (the "**Initial Term**").

Pursuant to Section 4 of the Lease and Exhibit B attached thereto, Debtor is obligated to make equal monthly payments of base rent in arrears on the last day of each month at an annual rate of $388,350.00. Debtor failed to make the base rent payment for the months of October and November, which were due on October 31, 2008 and November 30, 2008, respectively. Debtor filed for bankruptcy protection on November 10, 2008.

Based on the foregoing, the total base rent due to Creditor, but uncollected for the period prior to the Debtor's bankruptcy petition, is $43,150.00. This is equal to the sum of (i) one month's base rent of $32,362.50 for the month of October; and (ii) the prorated amount of November Rent for the period of November 1-10, which is equal to $10,787.50. The sum of the foregoing and the total prepetition claims (the "**Prepetition Claims**") by Creditor against Debtor are $43,150.00.

In addition, Creditor is entitled to lease rejection damage claims (the "**Damage Claim**") equal to the greater of (i) one year's total rent; or (ii) 15% of the total rents due under the Lease from the date of the Debtor's petition filing, November 10, 2008 (the "**Petition Date**"), through the Lease term, June 1, 2020 (the "**Termination Date**"). In this case, because the Lease term exceeds 80 months, the Damage Claims will be equal to the 15% figure set forth in (ii) above, which will be greater than one year's total rents.

The period between the Petition Date and Termination Date is 138.67 months (the "**Rejection Term**"). Monthly Base Rent for that period is $32,362.50. Monthly Additional Rent (as hereinafter defined) for that period is $15,850.70. The total monthly rent is $48,213.20. The total rents due for the Rejection Term of 138.67 months is $6,685,723.02. 15% of that amount, which is the total Damage Claim, is $1,002,858.75. The total of the Damage Claim and Prepetition Claims set forth on the Proof of Claim is $1,046,008.75.

As used herein, Monthly Additional Rent is equal to the monthly share of the annual amount of (i) insurance; (ii) real property taxes; and (iii) common area maintenance ("CAM") fees. Insurance and real property taxes used in calculating

273764/704.6

Additional Monthly Rent were those amounts billed in 2008. CAM fees are estimated at $1.25 per sq. ft. of space on the subject property.

The Lease documents are too voluminous to attach to the Proof of Claim; however, copies of documents can be obtained by contacting:

Simon Marciano, Esquire
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202
Tel (410)-332-8514

## BOX 3A INFORMATION.

Please note that the Creditor is listed on Debtor's Schedule of Assets and Liabilities as:
CC East Lansing 98, L.L.C.
Attn: No Name Specified
C/O Lucknow Associates
4025 Crooked Hill Road
Harrisburg, PA 17110

273764/704.6