**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.** | ) | Case No. 08-35653-KRH |
| | ) | **(Jointly Administered)** |
| Debtors | ) | |

**NOTICE OF CHANGE OF ADDRESS**

The Clerk of the Court will note the change of address of Stephen A. Metz, Esquire, to 12505 Park Potomac Avenue, Sixth Floor, Potomac, Maryland 20854.

             Respectfully submitted,

             **SHULMAN, ROGERS, GANDAL,
             PORDY & ECKER, P.A.**

By:  /s/ Stephen A. Metz
             Stephen A. Metz, Esquire
             12505 Park Potomac Avenue, Sixth Floor
             Potomac, Maryland 20854
             TEL: (301) 230-6564
             FAX: (301) 230-2891
             Email: smetz@srgpe.com

             *Attorneys for Saul Holdings Limited Partnership*

g:\27\clients\saul-107891.16 (circuit city)\pleadings\notice of change of address 7-09.doc

Stephen A. Metz, Esquire
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland  20854
TEL: (301) 230-6564
FAX: (301) 230-2891
Counsel for Saul Holdings Limited Partnership