Hearing Date: August 27, 2009 at 11:00 a.m.
Supplemental Response Deadline: August 20, 2009, at 4:00 p.m.

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| et al., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF HEARING ON THE APPLICABLE DEFINITION AND LEGAL STANDARD OF "GOODS" UNDER 11 U.S.C. § 503(B)(9) FOR RESPONDING CLAIMANTS TO DEBTORS' PENDING OMNIBUS OBJECTIONS TO CERTAIN MISCLASSIFIED NON-GOODS 503(B)(9) CLAIMS**

**PLEASE TAKE NOTICE** that on (i) May 12, 2009, the Debtors filed their Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 3309); (ii) May 12, 2009, the Debtors filed their Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 3311); and (iii) on June 18, 2009, the Debtors filed their Fourteenth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 3672)

(collectively, the "Omnibus Objections to Certain Misclassified Non-Goods 503(b)(9) Claims").

**PLEASE TAKE FURTHER NOTICE** that certain parties filed responses to the Omnibus Objections to Certain Misclassified Non-Goods 503(b)(9) Claims (the "Responding Claimants"). A listing of the Responding Claimants and the docket numbers of their responses is attached hereto as <u>Exhibit A</u>.

**PLEASE TAKE FURTHER NOTICE** that the hearing to determine the proper applicable definition and legal standard of "goods" under 11 U.S.C. § 503(b)(9) shall be heard at 11:00 a.m. (Eastern) on August 27,2009 at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219. **If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors**.

**PLEASE TAKE FURTHER NOTICE** that if any of the Responding Claimants want to amend and/or supplement their responses to the Omnibus Objections to Certain Misclassified Non-Goods 503(b)(9) Claims or to have the Court consider additional considerations (the "Supplemental Responses"),[1] then they or their attorneys must

    [X]  File with the Court, either electronically or at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your Supplemental Responses to the Court for filing, you must mail it early enough so the Court will **receive it on or before August 20, 2009 at 4:00 p.m.**

                Clerk of Court
                United States Bankruptcy Court
                701 East Broad Street, Suite 4000
                Richmond, Virginia 23219

    [X]  Pursuant to the Case Management Order, you must also serve a copy of any written Supplemental Responses by the foregoing date via electronic

---

[1] As set forth on <u>Exhibit A</u>, all of the Responding Claimants filed responses to the Omnibus Objections to Certain Misclassified Non-Goods 503(b)(9) Claims. Nothing herein shall require any of the Responding Claimants to file Supplemental Responses.

mail on the following:(i) the Core Group, which includes the Debtors, co-counsel to the Debtors, the Office of the United States Trustee, co-counsel for any committee, counsel to the agents for the Debtors' prepetition lenders, and counsel to the agents for the Debtors' postpetition lenders; (ii) the 2002 List; and (iii) those additional parties as required by the Case Management Order (all of which are defined in the Case Management Order), which can be found at www.kccllc.net/circuitcity.

**PLEASE TAKE FURTHER NOTICE** that if any of the Responding Claimants want the Court to consider their views, then they or their attorneys must attend a hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, **at 11:00 a.m. (Eastern Time) on August 27, 2009** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219.  **If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors**.

**Your rights may be affected**.  **You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases.  (If you do not have an attorney, you may wish to consult one.)**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought by the Debtors and may enter an order granting the relief requested.

Dated: July 22, 2009          SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia     FLOM, LLP
                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000

                                     - and -

                              SKADDEN, ARPS, SLATE, MEAGHER &
                              FLOM, LLP
                              Chris L. Dickerson, Esq.
                              155 North Wacker Drive
                              Chicago, Illinois 60606
                              (312) 407-0700

                                     - and -

                              MCGUIREWOODS LLP

                              /s/ Douglas M. Foley          .
                              Dion W. Hayes (VSB No. 34304)
                              Douglas M. Foley (VSB No. 34364)
                              One James Center
                              901 E. Cary Street
                              Richmond, Virginia 23219
                              (804) 775-1000

                              Counsel for Debtors and Debtors
                              in Possession

**EXHIBIT A**

| Omnibus Objection | Responding Claimant | Docket Number of Response |
|---|---|---|
| 5 | Charleston Newspapers | 3561 |
| 5 | Retail MDS, Inc. | 3563 |
| 5 | Magnus Magnusson | 3573 |
| 5 | Graphic Communications, Inc.) | 3600 |
| 5 | Miner Fleet Management Group, Ltd., | 3608 |
| 5 | Vector Security, Inc. | 3612 |
| 5 | Schimenti Construction Company, LLC | 3622 |
| 5 | U.S. Signs | 3623 |
| 6 | Touchpoint Retail Design, Inc. | 3409 |
| 6 | Lexington County Treasurer | 3410 |
| 6 | E-Z Spread n' Lift Industries | 3492 |
| 6 | Consumer Vision, LLC | 3521 |
| 6 | Winn Bus Lines, Inc. | 3522 |
| 6 | Lee County Tax Collector | 3559 |
| 6 | Towne Square Plaza | 3586 |
| 6 | County of Albemarle | 3613 |
| 6 | AA Home Services, LLC | 3634 |
| 6 | Town of Enfield, Connecticut | 3637 |
| 6 | Performance Printing Corporation | 3644 |
| 6 | Eastern Security Corp | 4094 |
| 14 | NONE | |

\9688941.1