**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

.............................................................. x
                                         :   Chapter 11

In re:                           :

                                    :   Case No. 08-35653 (KRH)

CIRCUIT CITY STORES, INC.,         :

et al.,                         :

                                    :   Jointly Administered

                     Debtors.[1]       :

                                    :
.............................................................. x

## AFFIDAVIT OF SERVICE

I, Isidro N. Panizales, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On July 22, 2009, copies of the following document were served via electronic mail upon the parties set forth on the service lists attached hereto as **Exhibit A**, facsimile upon the parties set forth on the service lists attached hereto as **Exhibit B**, and first class mail upon the parties set forth on the service lists attached hereto as **Exhibit C**:

1. Notice of Hearing on the Applicable Definition and Legal Standard of "Goods" Under 11 § U.S.C. 503(b)(9) for Responding Claimants to Debtors' Pending Omnibus Objections to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 4204)

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

Dated: July _22_ , 2009

_Isidro N. Panizales_ signature
Isidro N. Panizales

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this _22nd_ day of July, 2009, by
Isidro N. Panizales, proved to me on the basis of satisfactory evidence to be the person who
appeared before me.

Signature: _____

GARY CHRISTENSEN
Commission # 1620624
Notary Public - California
Yolo County
My Comm. Expires Nov 12, 2009

# EXHIBIT A

Circuit City Stores, Inc.
Core List

| NAME | ATTENTION | Email |
|---|---|---|
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | bob.duffy@fticonsulting.com<br>steve.coulombe@fticonsulting.com |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | bruce.matson@leclairryan.com |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | dberman@riemerlaw.com |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | dhayes@mcguirewoods.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | gregg.galardi@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | IAN S. FREDERICKS, ESQ. | Ian.Fredericks@skadden.com |
| PACHULSKI STANG ZIEHL & JONES LLP | JEFFREY N POMERANTZ ESQ | jpomerantz@pszjlaw.com |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | kcordry@naag.org |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | lmyers@kirkland.com |
| TAVENNER & BERAN PLC | LYNN L TAVENNER ESQ<br>PAULA S BERAN ESQ | ltavenner@tb-lawfirm.com<br>pberan@tb-lawfirm.com |
| KUTAK ROCK LLP | PETER J. BARRETT | peter.barrett@kutakrock.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ROBERT J FEINSTEIN ESQ | rfeinstein@pszjlaw.com |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | Robert.B.Van.Arsdale@usdoj.gov |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | TIMOTHY G. POHL, ESQ. | tim.pohl@skadden.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Quintrall & Associates LLP | Albert F Quintrall Esq | a.quintrall@quintrallaw.com |
| Lazer Aptheker Rosella & Yedid PC | Robin S Abramowitz | abramowitz@larypc.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com rhicks@shutts.com |
| Hangley Aronchick Segal & Pudlin | Ashely M Chan Esq | achan@hangley.com |
| Ciardi Ciardi & Astin PC | Albert A Ciardi III Esq Thomas D Bielli Esq | aciardi@ciardilaw.com tbielli@ciardilaw.com |
| Krokidas & Bluestein LLP | Anthony J Cichello Esq | acichello@kb-law.com |
| Franklin & Prokopik PC | Andrew L Cole | acole@fandpnet.com |
| Andrew S Conway Esq | | Aconway@taubman.com |
| The Meiburger Law Firm PC | Janet M Meiburger Esq | admin@meiburgerlaw.com |
| Christian & Barton LLP | Augustus C Epps Jr Esq Michael D Mueller Esq Jennifer M McLemore Esq Noelle M James Esq | aepps@cblaw.com mmueller@cblaw.com jmclemore@cblaw.com njames@cblaw.com |
| Kaufman & Canoles | Ann K Crenshaw Esq Paul K Campsen Esq | akcrenshaw@kaufcan.com |
| Miami Dade County Paralegal Unity | Alberto Burnstein | alberto@miamidade.gov MDTCBKC@miamidade.gov |
| Foster Pepper PLLC | Christopher M Alston | alstc@foster.com |
| K&L Gates LLP | Amy Pritchard Williams | amy.williams@klgates.com |
| Monarch Alternative Capital LP | Andrew Herenstein | Andrew.Herenstein@monarchlp.com |
| Vonage Holdings Inc | Angelique Electra | angelique.electra@vonage.com |
| DLA Piper LLP | Anne Braucher Esq | anne.braucher@dlapiper.com |
| Greenberg Traurig LLP | Daniel J Ansell Esq Heath B Kushnick Esq | AnsellD@GTLaw.com kushnickh@gtlaw.com |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda Yolanda Humphrey | arlbank@pbfcm.com ebanda@pbfcm.com yhumphrey@pbfcm.com |
| Lindquist Kleissler & Company LLC | Arthur Lindquist Kleissler | arthurlindquistkleissler@msn.com |
| Culbert & Schmitt PLLC | Ann E Schmitt | aschmitt@culbert-schmitt.com |
| Noland Hamerly Etienne & Hoss PC | Anne Secker Esq Lisa K Omori | asecker@nheh.com |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | austin.bankruptcy@publicans.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Hunton & Williams LLP | Benjamin C Ackerly | backerly@hunton.com |
| | JR Smith | jrsmith@hunton.com |
| | Henry Toby P Long III | hlong@hunton.com |
| | Thomas N Jamerson | tjamerson@hunton.com |
| Kern County Treasurer and Tax Collector Office | Angelica Leon | bankruptcy@co.kern.ca.us |
| Morrison Cohen LLP | Michael R Dal Lago Esq | bankruptcy@morrisoncohen.com |
| Lieber & Lieber LLP | Barbie D Lieber | barbie@lieberlegal.com |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | batteberry@mdea.com |
| Arnold Gallagher Saydack Percell Roberts & Potter PC | Bradley S Copeland | bcopeland@agsprp.com |
| Loudoun County Attorney | John R Roberts | |
| | Belkys Escobar | Belkys.Escobar@loudoun.gov |
| Linowes and Blocher LLP | Bradford F Englander Esq | benglander@linowes-law.com |
| | Brian M Nestor Esq | bnestor@linowes-law.com |
| Clement & Wheatley | Darren W Bentley Esq | bentleyd@clementwheatley.com |
| Greenberg Traurig LLP | Howard J Berman Esq | bermanH@gtlaw.com |
| Mullins Riley & Scarborough LLP | Betsy Johnson Burn | betsy.burn@nelsonmullins.com |
| Smith Gambrell & Russell LLP | Brian P Hall Esq | bhall@sgrlaw.com |
| Brian T Hanlon | | bhanlon@pbcgov.org |
| Akerman Senterfitt | William C Crenshaw | bill.crenshaw@akerman.com |
| Hamilton Beach Brands Inc | Bill Ray | bill.ray@hamiltonbeach.com |
| Moldo Davidson Fraioli Seror & Sestanovich LLP | Byron Z Moldo | bmoldo@mdfslaw.com |
| | Kenneth Miller Esq | kmiller@mdfslaw.com |
| Office of Joe G Tedder CFC | Bonnie Holly | bonnieholly@polktaxes.com |
| Borges & Associates LLC | Wanda Borges Esq | borgeslawfirm@aol.com |
| Troutman Sanders LLP | Bradfute W Davenport Jr | bradfute.davenport@troutmansanders.com |
| Katten Muchin Rosenman LLP | c o Brian D Huben | brian.huben@kattenlaw.com |
| | c o Thomas J Leanse | dustin.branch@kattenlaw.com |
| | c o Dustin P Branch | thomas.leanse@kattenlaw.com |
| Arent Fox LLP | Timothy F Brown Esq | brown.timothy@arentfox.com |
| | Mary Joanne Dowd Esq | dowd.mary@arentfox.com |
| | Christopher J Giaimo Esq | giaimo.christopher@arentfox.com |
| LeClairRyan A Professional Corporation | Bruce H Matson | Bruce.Matson@leclairryan.com |

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| | Brian Sirower Esq | bsirower@quarles.com |
| | Lori L Winkelman Esq | lwinkelm@quarles.com |
| Quarles & Brady LLP | Catherine M Guastello Esq | cguastel@quarles.com |
| | William L Wallander | bwallander@velaw.com |
| Vinson & Elkins LLP | Angela B Degeyter | adegeyter@velaw.com |
| Mesch Clark & Rothschild PC | Brenda Moody Whinery Esq | bwhinery@mcrazlaw.com |
| | Blanka Wolfe | bwolfe@sheppardmullin.com |
| Sheppard Mullin Richter & Hampton LLC | Margaret Mann | Mmann@sheppardmullin.com |
| Carter Ledyard & Milburn LLP | Aaron R Cahn | cahn@clm.com |
| | Paul J Laurin Esq | |
| Laurin & Associates | Stephen M Astor Esq | CalendarClerk@laurinlawfirm.com. |
| Miami Dade County Attorneys Office | Erica S Zaron | cao.bkc@miamidade.gov |
| Regency Centers | Catherine L Strauss | catherinestrauss@regencycenters.com |
| Acxiom Corporation | C B Blackard III | cbblac@acxiom.com |
| | Christopher R Belmonte Esq | cbelmonte@ssbb.com |
| | Pamela A Bosswick Esq | pbosswick@ssbb.com |
| Satterlee Stephens Burke & Burke LLP | Abigail Snow Esq | asnow@ssbb.com |
| Winthrop & Weinstine PA | Christopher A Camardello | ccamardello@winthrop.com |
| Buchalter Nemer A Professional | Craig C Chiang Esq | cchiang@buchalter.com |
| Corporation | Shawn M Christianson Esq | schristianson@buchalter.com |
| | Dennis J Drebsky | |
| Nixon Peabody LLP | Christopher M Desiderio | cdesiderio@nixonpeabody.com |
| | Clement J Farley | cfarley@mccarter.com |
| McCarter & English LLP | Angela Sheffler Abreu | aabreu@mccarter.com |
| | Constantinos G Panagopoulos Esq | cgp@ballardspahr.com |
| Ballard Spahr Andrews & Ingersoll LLP | Charles W Chotvacs Esq | chotvacsc@ballardspahr.com |
| Quarles & Brady LLP | Catherine M Guastello Esq | cguastel@quarles.com |
| City of Fort Worth Sr Assistant City Attorney | Christopher B Mosley | Chris.Mosley@fortworthgov.org |
| Attorney General of New Jersey | Anne Milgram | citizens.services@lps.state.nj.us |
| Recovery Management Systems Corp | Ramesh Singh | claims@recoverycorp.com |
| | Christine D Lynch Esq | clynch@goulstonstorrs.com |
| Goulston & Storrs PC | Peter D Bilowz Esq | pbilowz@goulstonstorrs.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| | A Carter Magee Jr | cmagee@mfgs.com |
| Magee Foster Goldstein & Sayers PC | W Joel Charboneau | jcharboneau@mfgs.com |
| Squire Sanders & Dempsey LLP | G Christopher Meyer | cmeyer@ssd.com |
| Palmer Law Firm Inc | R Chase Palmer | cpalmerplf@gmail.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Glass & Reynolds | David G Reynolds Esq | dave@glassandreynolds.com |
| City & County of Denver | David V Cooke | david.cooke@denvergov.org |
| Moore & Van Allen PLLC | David B Wheeler Esq | davidwheeler@mvalaw.com |
| Riemer & Braunstein LLP | David S Berman | Dberman@riemerlaw.com |
| Chiariello & Chiariello | Dominic L Chiariello | dc@chiariello.com |
| | David H Cox Esq | dcox@jackscamp.com |
| Jackson & Campbell PC | John J Matteo Esq | jmatteo@jackscamp.com |
| Cole Schotz Meisel Forman & Leonard PA | G David Dean Esq | ddean@coleschotz.com |
| Cook Heyward Lee Hopper & Feehan PC | David D Hopper Esq | ddhopper@chlhf.com |
| Office of the Attorney General | Denise Mondell | Denise.Mondell@po.state.ct.us |
| Weiss Serota Helfman Pastoriza Cole & Boniske PL | Douglas R Gonzales | dgonzales@wsh-law.com |
| The Law Offices of David A Greer PLC | David A Greer Esq | dgreer@davidgreerlaw.com |
| Vinson & Elkins LLP | David E Hawkins | dhawkins@velaw.com |
| Neuberger Quinn Gielen Rubin & Gibber PA | Deborah H Devan Esq | dhd@nqgrg.com |
| Morris Manning & Martin LLP | David W Cranshaw Esq | dhp@mmmlaw.com |
| | Rudolph J Di Massa Jr Esq | DiMassa@duanemorris.com |
| | Matthew E Hoffman Esq | MEHoffman@duanemorris.com |
| | Lauren Lonergan Taylor Esq | LLTaylor@duanemorris.com |
| Duane Morris LLP | Matthew E Hoffman Esq | MEHoffman@duanemorris.com |
| Robinson Diamant & Wolkowitz | Douglas D Kappler Esq | dkappler@rdwlawcorp.com |
| | Darryl S Laddin | dladdin@agg.com |
| Arnall Golden Gregory LLP | Frank N White | frank.white@agg.com |
| Brown Connery LLP | Donald K Ludman | dludman@brownconnery.com |
| Wolff Hill McFarlin & Herron PA | David R McFarlin Esq | dmcfarlin@whmh.com |
| | David M Poitras PC | dpoitras@jmbm.com |
| Jeffer Mangels Butler & Marmaro LLP | Caroline R Djang | crd@jmbm.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
| --- | --- | --- |
| McSweeney Crump Childress & Temple PC | David R Ruby Esq | druby@mcsweeneycrump.com |
| Munsch Hardt Kopf & Harr PC | Davor Rukavina Esq | drukavina@munsch.com |
| Duane Morris LLP | Denyse Sabagh | dsabagh@duanemorris.com |
| McDowell Rice Smith & Buchanan PC | Donald G Scott | dscott@mcdowellrice.com |
| Nixon Peabody LLP | Daniel R Sovocool | dsovocool@nixonpeabody.com |
| | Louis J Cisz III | lcisz@nixonpeabody.com |
| | Gina M Fornario | gfornario@nixonpeabody.com |
| Cantor Arkema PC | David K Spiro Esq | dspiro@cantorarkema.com |
| | Neil E McCullagh Esq | nmccullagh@cantorarkema.com |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | eagle.sara@pbgc.gov |
| | | efile@pbgc.gov |
| Saul Ewing LLP | Edith K Altice Esq | ealtice@saul.com |
| Weltman Weinberg & Reis Co LPA | Scott D Fink | ecfndoh@weltman.com |
| Stein & Lubin LLP | Eugene Chang | echang@steinlubin.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| Hunton & Williams LLP | J Eric Crupi | ecrupi@hunton.com |
| Missouri Department of Revenue | Attn Richard M Maseles | edvaecf@dor.mo.gov |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | efriedman@friedumspring.com |
| Stutman Treister & Glatt PC | Eric D Goldberg | egoldberg@stutman.com |
| Stempel Bennett Claman & Hochberg PC | Edmond P O Brien Esq | eobrien@sbchlaw.com |
| K&L Gates LLP | Eric C Rusnak | eric.rusnak@klgates.com |
| Bewley Lassleben & Miller LLP | Ernie Zachary Park | ernie.park@bewleylaw.com |
| Weycer Kaplan Pulaski & Zuber PC | Edward L Rothberg | erothberg@wkpz.com |
| | Jessica L Hickford | jhickford@wkpz.com |
| Siller Wilk LP | Eric J Snyder | esnyder@sillerwilk.com |
| Panattoni Law Firm | Fredric Albert | falbert@czmlaw.com |
| Quarles & Brady LLP | Faye B Feinstein Esq | fbf@quarles.com |
| | Christopher Combest Esq | ccombest@quarles.com |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | fbr@robinsonbrog.com |
| Bartlett Hackett Feinberg PC | Frank F McGinn | ffm@bostonbusinesslaw.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Bronwen Price | Gail B Price Esq | gail@bronwenprice.com |
| | Gary T Holtzer Esq | gary.holtzer@weil.com |
| Weil Gotshal & Manges LLP | Joseph W Gelb Esq | joseph.gelb@weil.com |
| | Gay Richey | |
| Envision Peripherals Inc | Sr Credit Manager | gay@epius.com |
| Michael A Cardozo | Gabriela P Cacuci Esq | gcacuci@law.nyc.gov |
| Siegfried Bingham Levy Selzer & Gee | Gary V Fulghum | gfulghum@sblsg.com |
| Hodgson Russ LLP | Garry M Graber Esq | Ggraber@HodgsonRuss.com |
| Tennessee Department of Revenue | TN Attorney Generals Office | Gina.Hantel@ag.tn.gov |
| Roussos Lassiter Glanzer & Marcus PLC | Lawrence H Glanzer Esq | glanzer@rlglegal.com |
| Howard Rice Nemerovski Canady Falk & Rabkin | Gary M Kaplan Esq | gmkaplan@howardrice.com |
| Procopio Cory Hargreaves & Savitch LLP | Gerald P Kennedy | gpk@procopio.com |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | graicht@mwe.com |
| | | grosenberg@co.arapahoe.co.us |
| The Arapahoe County Treasurer | George Rosenberg Esq | jholmgren@co.arapahoe.co.us |
| Schnader Harrison Segal & Lewis LLP | Gordon S Woodward Esq | gwoodward@schnader.com |
| Finn Dixon & Herling LLP | Henry P Baer Jr Esq | hbaer@fdh.com |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | hdawson@kkgpc.com |
| | Hollace Topol Cohen | hollace.cohen@troutmansanders.com |
| Troutman Sanders LLP | Vivieon E Kelley | vivieon.kelley@troutmansanders.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@publicans.com |
| Jaspan Schlesinger LLP | Hale Yazicioglu Esq | hyazicioglu@jaspanllp.com |
| Landsberg Margulies LLP | Ian S Landsberg Esq | ilandsberg@lm-lawyers.com |
| Haynes and Boone LLP | Jason Binford | jason.binford@haynesboone.com |
| Jay T Blount | | jay.blount@dcsg.com |
| | Jeffrey B Ellman | jbellman@jonesday.com |
| Jones Day | Brett J Berlin | bjberlin@jonesday.com |
| | James E Bird | jbird@polsinelli.com |
| Polsinelli Shalton Flanigan Suelthaus PC | Amy E Hatch | ahatch@polsinelli.com |
| Cox Castle & Nicholson LLP | Jess R Bressi Esq | jbressi@coxcastle.com |
| Querrey & Harrow Ltd | John M Brom | jbrom@querrey.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| | Jeremy Dacks | jdacks@osler.com |
| Osler Hoskin & Hardcourt LLP | Marc S Wasserman | mwasserman@osler.com |
| | Jaime S Dibble | jdibble@stinson.com |
| | Katherine M Sutcliffe Becker | kbecker@stinson.com |
| | Darrell W Clark Esq | dclark@stinson.com |
| Stinson Morrison Hecker LLP | Tracey M Ohm Esq | tohm@stinson.com |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | jdoran@haslaw.com |
| City of Newport News VA City Attorney | Joseph M Durant | jdurant@nngov.com |
| | Chris Koster | |
| Missouri Attorney General Office | Jeff Klusmeier | Jeff.Klusmeier@ago.mo.us |
| Carmody MacDonald PC | John E Hilton | jeh@carmodymacdonald.com |
| | Jeremy S Friedberg Esq | jeremy.friedberg@lfff.com |
| Leitess Leitess Friedberg & Fedder PC | Gordon S Young Esq | gordon.young@lfff.com |
| | Joseph D Frank | |
| Frank Gecker LLP | Jeremy C Kleinman | jfrank@fgllp.com |
| Hamburg Karic Edwards & Martin LLP | J Bennett Friedman Esq | jfriedman@hkemlaw.com |
| | Jonathan L Gold | jgold@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | Catherine E Creely | ccreely@akingump.com |
| | H Jason Gold Esq | jgold@wileyrein.com |
| | Dylan G Trache Esq | dtrache@wileyrein.com |
| | Rebecca L Saitta Esq | rsaitta@wileyrein.com |
| | Valerie P Morrison Esq | vmorrison@wileyrein.com |
| Wiley Rein LLP | Dylan G Trache Esq | dtrache@wileyrein.com |
| Taft Stettinius & Hollister LLP | Jeffrey J Graham | jgraham@taftlaw.com |
| | Jessica Hughes Esq | jhughes@seyfarth.com |
| | Rhett Petcher Esq | rpetcher@seyfarth.com |
| Seyfarth Shaw LLP | Alexander Jackins | ajackins@seyfarth.com |
| Ford Parshall & Baker | Jordan M Humphreys | jhumphreys@fpb-law.com |
| Weingarten Realty Investors | Jenny J Hyun Esq | jhyun@weingarten.com |
| Holland & Knight LLP | James H Rollins | jim.rollins@hklaw.com |
| Core Properties Inc | James Donaldson | jim@coreproperties.com |
| Greenberg Glusker Fields Claman & Machtinger LLP | Jeffrey A Krieger Esq | jkrieger@ggfirm.com |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Jeffrey Kurtzman Esq | jkurtzma@klehr.com |
| Carlton Fields PA | John J Lamoureux Esq | jlamoureux@carltonfields.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Ball Janik LLP | Justin D Leonard | jleonard@balljanik.com |
| White & Case LLP | Peter J Carney<br>William Sloan Coats<br>Julieta L Lerner | jlerner@whitecase.com |
| McKenna Long & Aldridge LLP | John G McJunkin Esq<br>J David Folds Esq | jmcjunkin@mckennalong.com |
| McKenna Long & Alridge LLP | John G McJunkin Esq<br>J David Folds | jmcjunkin@mckennalong.com<br>dfolds@mckennalong.com |
| Beirne Maynard & Parsons L.L.P. | J Seth Moore<br>Sarah Davis | jmoore@bmpllp.com<br>sdavis@bmpllp.com<br>bankruptcyemail@bmpllp.com |
| McKay Burton & Thurman | Joel T Marker | joel@mbt-law.com |
| Husch Blackwell Sanders LLP | John J Cruciani Esq | john.cruciani@huschblackwell.com |
| John Marshall Collins PC | John Marshall Collins Esq | johnolaw@gmail.com |
| Khang & Khang LLP | Joon M Khang | joon@khanglaw.com |
| Latham & Watkins LLP | Josef S Athanas | josef.athanas@lw.com |
| King & Spalding LLP | James A Pardo Jr<br>Thaddeus D Wilson | jpardo@kslaw.com<br>thadwilson@kslaw.com |
| Saul Ewing LLP | Jeremy W Ryan Esq | jryan@saul.com |
| J Scott Douglass | | jsdlaw@msn.com |
| Womble Carlyle Sandridge & Rice PLLC | Jeffrey L Tarkenton<br>Todd D Ross | jtarkenton@wcsr.com<br>toross@wcsr.com |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | jvlombardi@rossbanks.com |
| PriceGrabber com Inc | Katerina Canyon | katerina@pricegrabber.com |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq<br>Christina M Thompson Esq | kbifferato@cblh.com<br>cthompson@cblh.com |
| Bernstein Law Firm PC | Stacey Suncine<br>Kirk B Burkley | kburkley@bernsteinlaw.com |
| Kelley Drye & Warren LLP | James S Carr Esq<br>Robert L LeHane Esq | KDWBankruptcyDepartment@kelleydrye.com |
| Blank Rome LLP | Regina Stango Kelbon Esq<br>John Lucian Esq | Kelbon@blankrome.com<br>Lucian@blankrome.com |
| Allen & Overy LLP | Ken Coleman | ken.coleman@allenovery.com |
| Law Office of Kenneth B Roseman & Assoc PC | Kenneth B Roseman | kenroseman@hotmail.com |
| Wolff & Samson PC | Karen L Gilman Esq | kgilman@wolffsamson.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Trout Jones Gledhill Fuhrman PA | Kimbell D Gourley | kgourley@idalaw.com |
| Reed Smith LLP | Kurt F Gwynne Esq | kgwynne@reedsmith.com |
| | Kathleen A Murphy Esq | kmurphy@reedsmith.com |
| Whiteford Taylor Preston LLP | Kevin G Hroblak Esq | khroblak@wtplaw.com |
| Bricker & Eckler LLP | Kenneth C Johnson | kjohnson@bricker.com |
| | Andria M Beckham | abeckham@bricker.com |
| Pentiuk Couvreur & Kobiljak PC | Kurt M Kobiljak | kkobiljak@pck-law.com |
| Cooley Godward Kronish LLP | Gregg S Kleiner | kleinergs@cooley.com |
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | knewman@menterlaw.com |
| McDermott Will & Emery LLP | Karla L Palmer Esq | kpalmer@mwe.com |
| Nicholls & Crampton PA | Kevin L Sink | ksink@nichollscrampton.com |
| Venable LLP | Lawrence A Katz | lakatz@venable.com |
| | Kristen E Burgers | keburgers@venable.com |
| Carroll & Carroll PLLC | Scott P Carroll Esq | lawcarroll@aol.com |
| Linda J Brame | | lbrame@winterslaw.com |
| Schreeder Wheeler & Flint LLP | Lawrence S Burnat Esq | lburnat@swfllp.com |
| | J Carole Thompson Hord Esq | chord@swfllp.com |
| Wise DelCotto PLLC | Laura Day DelCotto Esq | ldelcotto@wisedel.com |
| | Allison Fridy Arbuckle Esq | aarbuckle@wisedel.com |
| Enterprise Asset Management Inc | Lee Sudakoff | Lee.Sudakoff@eassets.com |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Lei Lei Wang Ekvall Esq | lekvall@wgllp.com |
| Hong Kong Export Credit Insurance Corporation | Leung Shing | leung.shing@hkecic.com |
| Hewitt & O Neil LLP | Lawrence J Hilton | lhilton@hewittoneil.com |
| Orange Grove Properties | Linda Taylor | linda@tayloruns.com |
| Magruder Cook Carmody & Koutsouftikis | Anne M Magruder Esq | |
| | Leon Koutsouftikis Esq | lkouts@magruderpc.com |
| Sony Electronics Inc | Lloyd B Sarakin | lloyd.sarakin@am.sony.com |
| Duane Morris LLP | Lauren Lonergan Taylor | lltaylor@duanemorris.com |
| | Matthew E Hoffman | mehoffman@duanemorris.com |
| Hatch Allen & Shepherd PA | Leslie D Maxwell Esq | lmaxwell@hatchlaw.com |
| Empire Blue Cross Blue Shield | Louis Benza Esq | louis.benza@empireblue.com |
| Lionel J Postic PC | Lionel J Postic Esq | lpostic@mindspring.com |
| | | aarusso@mindspring.com |
| Gary & Regenhardt PLLC | Linda D Regenhardt | lregenhardt@garyreg.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Levy Stopol & Camelo LLP | Larry Stopol Esq | lstopol@levystopol.com |
| K&L Gates LLP | Marc Barreca | marc.barreca@klgates.com bankruptcyecf@klgates.com |
| Smith Moore Leatherwood LLP | F Marion Hughes | marion.hughes@smithmoorelaw.com |
| DLA Piper LLP | Mark J Friedman | mark.friedman@dlapiper.com |
| Stromberg & Associates PC | Mark Stromberg | mark@stromberglawfirm.com |
| Taxing Authority Consulting Services PC | Mark K Ames Jeffrey Scharf | mark@taxva.com |
| Righetti Law Firm PC | Matthew Righetti | matt@righettilaw.com erin@righettilaw.com |
| Womble Carlyle Sandridge & Rice PLLC | Michael Busenkell | mbusenkell@wcsr.com |
| Gibbons PC | Mark B Conlan Esq | mconlan@gibbonslaw.com |
| Hirschler Fleischer PC | Michael P Falzone Esq Sheila deLa Cruz Esq Robert S Westermann | mfalzone@hf-law.com sdelacruz@hf-law.com rwestermann@hf-law.com |
| Ravich Meyer Kirkman McGrath Nauman & Tansey PA | Michael F McGrath Esq | mfmcgrath@ravichmeyer.com |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox Esq Frederick J Levy Esq | mfox@olshanlaw.com flevy@olshanlaw.com |
| Hunton & Williams LLP | Michael S Held Esq | mheld@hunton.com |
| Kutak Rock LLP | Michael A Condyles Esq Loc Pfeiffer Esq Peter J Barrett Esq Kimberly A Pierro | michael.condyles@kutakrock.com loc.pfeiffer@kutakrock.com peter.barrett@kutakrock.com kimberly.pierro@kutakrock.com |
| Schulte Roth & Zabel LLP | Michael L Cook David M Hillman Meghan M Breen | michael.cook@srz.com david.hillman@srz.com meghan.breen@srz.com |
| LeClairyan a Professional Corporation | Michael E Hastings Esq | michael.hastings@leclairryan.com |
| Troutman Sanders LLP | Michael E Lacy | michael.lacy@troutmansanders.com |
| Binder & Malter LLP | Michael W Malter Esq Julie H Rome Banks Esq | michael@bindermalter.com julie@bindermalter.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Frost Brown Todd LLC | Michael J O Grady Esq | mjogrady@fbtlaw.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| | Michael S Kogan | mkogan@ecjlaw.com |
| Ervin Cohen & Jessup LLP | Kenneth Miller Esq | Kmiller@ecjlaw.com |
| Travelers | Mike Lynch | mlynch2@travelers.com |
| Barnes & Thornburg LLP | Michael K McCrory Esq | mmccrory@btlaw.com |
| | Malcolm M Mitchell Jr | mmmitchell@vorys.com |
| | Suparna Banerjee | sbanerjee@vorys.com |
| Vorys Sater Seymour and Pease LLP | Kara D Lehman | kdlehman@vorys.com |
| | Mary E Olden Esq | molden@mhalaw.com |
| | Andre K Campbell Esq | acampbell@mhalaw.com |
| McDonough Holland & Allen PC | Sean Thomas Thompson Esq | sthompson@mhalaw.com |
| Connolly Bove Lodge & Hutz LLP | Min Park Esq | mpark@cblh.com |
| McCreary Veselka Bragg & Allen PC | Michael Reed | mreed@mvbalaw.com |
| Polsinelli Shalton Flanigan Suelthaus PC | Michael F Ruggio | mruggio@polsinelli.com |
| | Michael J Sage Esq | msage@omm.com |
| O Melveny & Myers LLP | Karyn B Zeldman Esq | kzeldman@omm.com |
| Michael J Sawyer | Quincy Ctr Plaza | msawyer@stopandshop.com |
| Macdermid Reynolds & Glissman PC | Michael S Stiebel | mstiebel@mrglaw.com |
| Klee Tuchin Bogdanoff & Stern LLP | Michael L Tuchin | mtuchin@ktbslaw.com |
| Gust Rosenfeld PLC | Madeleine C Wanslee | mwanslee@gustlaw.com |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | Mweitzman@beankinney.com |
| Walter Wilhelm Law Group | Michael L Wilhelm Esq | mwilhelm@W2LG.com |
| Saiber LLC | Nancy A Washington Esq | naw@saiber.com |
| | Neil P Goldman Esq | |
| Young Goldman & Van Beek PC | John P Van Beek Esq | ngoldman@ygvb.com |
| | Neil E Herman Esq | nherman@morganlewis.com |
| Morgan Lewis & Bockius LLP | Menachem O Zelmanovitz Esq | mzelmanovitz@morganlewis.com |
| Trainor Fairbrook | Nancy Hotchkiss Esq | nhotchkiss@trainorfairbrook.com |
| | Nancy Klemstine Real Estate | |
| Micro Center Sales Corporation | Mgr | nklemstine@microcenter.com |
| Neal Gerber Eisenberg LLP | Nicholas M Miller | nmiller@ngelaw.com |
| Miller & Martin PLLC | Nicholas W Whittenburg | nwhittenburg@millermartin.com |
| Spilman Thomas & Battle PLLC | Paul M Black Esq | pblack@spilmanlaw.com |
| | | Peter@dntpc.com |
| Donchess Notinger & Tamposi | Peter N Tamposi | nontrustee@dntpc.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Peter J Gurfein | pgurfein@akingump.com |
| MercerTrigiani LLP | Philip C Baxa Esq | phil.baxa@mercertrigiani.com |
| Dilworth Paxson LLP | Peter C Hughes Esq | phughes@dilworthlaw.com |
| Receivable Management Services | Phyllis A Hayes | Phyllis.Hayes@rmsna.com |
| Kaufman & Canoles | Paul K Campsen Esq | pkcampsen@kaufcan.com |
| | David L Pollack Esq | pollack@ballardspahr.com |
| | Jeffrey Meyers Esq | meyers@ballardspahr.com |
| Ballard Spahr Andrews & Ingersoll LLP | Jesse N Silverman Esq | silvermanj@ballardspahr.com |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | ppascuzzi@ffwplaw.com |
| | C Thomas Ebel Esq | ppearl@sandsanderson.com |
| | William A Gray Esq | lhudson@sandsanderson.com |
| | Peter M Pearl Esq | bgray@sandsanderson.com |
| Sands Anderson Marks & Miller PC | Lisa Taylor Hudson Esq | tebel@sandsanderson.com |
| Southwinds Ltd | Paul Resnick | pr@southwindsltd.com |
| Herrick Feinstein LLP | Paul Rubin | prubin@herrick.com |
| Caparra Center Associates SE | Penny R Stark Esq | pstarkesq@yahoo.com |
| | Peter E Strniste | pstrniste@rc.com |
| Robinson & Cole | Patrick M Birney | pbirney@rc.com |
| Jorden Burt LLP | Raul A Cuervo | rac@wdc.jordenusa.com |
| Oppenheimer Blend Harrison & Tate Inc | Raymond W Battaglia | Rbattaglia@obht.com |
| Stites & Harbison PLLC | Ron C Bingham II | rbingham@stites.com |
| Mulinix Ogden Hall Andres & Ludlam PLLC | Richard C Ogden Esq | rco@lawokc.com |
| | Martin A Brown Esq | martin.brown@kawokc.com |
| The Cafaro Company | Richard T Davis | rdavis@cafarocompany.com |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | rdremluk@seyfarth.com |
| Gleason Dunn Walsh & O Shea | Ronald G Dunn Esq | rdunn@qdwo.net |
| | Robert A Dybing | rdybing@t-mlaw.com |
| Thompson McMullan PC | Robert R Musick | bmusick@t-mlaw.com |
| | Michael A Cox | |
| State of Michigan Department of Treasury | Victoria A Reardon | ReardonV@michigan.gov |
| Pennsylvania Dept of Revenue | Robert C Edmundson | redmundson@attorneygeneral.gov |
| | Robert E Greenberg Esq | |
| Friedlander Misler PLLC | Thomas F Murphy Esq | rgreenberg@dclawfirm.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Troutman Sanders LLP | Richard Hagerty | richard.hagerty@troutmansanders.com |
| Holland & Knight LLP | Richard E Lear | richard.lear@hklaw.com |
| Law Offices of Ronald K Brown Jr | Ronald K Brown Jr | rkbgwhw@aol.com |
| Broad and Cassel | Roy S Kobert Esq | rkobert@broadandcassel.com |
| Romero Law Firm | Martha E Romero | romero@mromerolawfirm.com |
| Posternak Blankstein & Lund LLP | Robert Somma Esq | rsomma@pbl.com |
|  | Laura A Otenti Esq | lotenti@pbl.com |
| Schenk Annes Brookman & Tepper Ltd | Robert D Tepper Esq | rtepper@sabt.com |
| Durrette Bradshaw PLC | Roy M Terry Jr Esq | rterry@durrettebradshaw.com |
|  | John C Smith Esq | jsmith@durrettebradshaw.com |
|  | Elizabeth L Gunn Esq | egunn@durrettebradshaw.com |
| Ronald M Tucker Esq |  | rtucker@simon.com |
| Canon USA Inc | Ruth Weinstein | rweinstein@cusa.canon.com |
| Hunton & Williams LLP | Robert S Westermann Esq | rwestermann@hunton.com |
| Elliott Greenleaf | Rafael X Zahralddin Aravena | rxza@elliottgreenleaf.com |
|  | Neil R Lapinski | nrl@elliottgreenleaf.com |
| Lim Ruger & Kim LLP | Samuel S Oh Esq | sam.oh@limruger.com |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | sanantonio.bankruptcy@publicans.com |
| Sonnenschein Nath & Rosenthal LLP | Sara L Chenetz Esq | schenetz@sonnenschein.com |
| Honigman Miller Schwartz and Cohn LLP | Seth A Drucker Esq | sdrucker@honigman.com |
|  | Adam K Keith Esq | akeith@honigman.com |
|  | Joseph R Sgroi Esq | jsgroi@honigman.com |
| Miller Canfield Paddock and Stone PLC | John L Senica | senica@millercanfield.com |
| Munger Tolles & Olsen LLP | Seth Goldman | seth.goldman@mto.com |
| Pachulski Stang Ziehl & Jones | Stanley E Goldich | sgoldich@pszjlaw.com |
| Law Office of Robert E Luna PC | Andrea Sheehan | sheehan@txschoollaw.com |
| US Securities and Exchange Commission | Susan R Sherrill Beard | sherrill-beards@sec.gov |
| Stevens & Lee PC | Steven J Adams Esq | sja@stevenslee.com |
| Goodwin & Goodwin LLP | Suzanne Jett Trowbridge | sjt@goodwingoodwin.com |
| Hofheimer Gartlir & Gross LLP | Scott R Kipnis Esq | skipnis@hgg.com |
|  | Rachel N Greenberger Esq | rgreenberger@hgg.com |
|  | Nicholas B Malito Esq | nmalito@hgg.com |

Email List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Lehnardt & Lehnardt LLC | Detlef G Lehnardt<br>Stephen K Lehnardt | skleh@lehnardt-law.com |
| Leach Travell Britt PC | Stephen E Leach Esq<br>D Marc Sarata Esq | sleach@ltblaw.com<br>msarata@ltblaw.com |
| Jones Day | Sheila L Shadmand Esq | slshadmand@jonesday.com |
| Shulman Rogers Gandal Pordy & Ecker PA | Stephen A Metz Esq<br>Courtney R Sydnor Esq<br>Gregory D Grant Esq | smetz@srgpe.com<br>ggrant@srgpe.com<br>csydnor@srgpe.com |
| Wharton Aldhizer & Weaver PLC | Stephan W Milo Esq | smilo@wawlaw.com |
| Katsky Korins LLP | Steven H Newman Esq | snewman@katskykorins.com |
| County of Henrico Attorneys Office | Rhysa Griffith South Esq | Sou06@co.henrico.va.us |
| Orrick Herrington & Sutcliffe LLP | Scott A Stengel Esq<br>Jonathan P Guy Esq | sstengel@orrick.com<br>jguy@orrick.com |
| Womac & Associates | Brian D Womac<br>Stacy Kremling | Stacey@brianwomac.com<br>brianwomac@aol.com |
| Phillips Goldman & Spence PA | Stephen W Spence Esq<br>Scott L Adkins Esq | sws@pgslaw.com<br>sla@pgslaw.com |
| Kupelian Ormond & Magy PC | Terrance A Hiller Jr Esq<br>David M Blau Esq | tah@kompc.com<br>dmb@kompc.com |
| Oklahoma County Treasurer | Tammy Jones Pro Se | tammik@oklahomacounty.org |
| Greer Herz & Adams LLP | Frederick Black<br>Tara B Annweiler | tannweiler@greerherz.com |
| Madison County Alabama Tax Collector | Lynda Hall | taxcol@co.madison.al.us<br>swells@co.madison.al.us |
| Farrell Fritz PC | Ted A Berkowitz | tberkowitz@farrellfritz.com |
| Office of Unemployment Compensation Tax Services | Timothy A Bortz | tbortz@state.pa.us |
| Patton Boggs LLP | R Timothy Bryan<br>Alan M Noskow | tbryan@pattonboggs.com<br>anoskow@pattonboggs.com |
| Nelson Mullins Riley & Scarborough LLP | Terri L Gardner<br>Anitra Goodman Royster | terri.gardner@nelsonmullins.com<br>anitra.royster@nelsonmullins.com |
| Pima County Attorney Civil Division | German Yusufov<br>Terri A Roberts | terri.roberts@pcao.pima.gov<br>german.yusufov@pcao.pima.gov |
| DLA Piper LLP | Timothy W Brink Esq<br>Forrest Lammiman<br>Ann Marie Bredin Esq | timothy.brink@dlapiper.com<br>forrest.lammiman@dlapiper.com<br>ann.bredin@dlapiper.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Thomas G King | | tking@kech.com |
| Bracewell & Giuliani LLP | William A Trey Wood III | Trey.Wood@bgllp.com |
| Reed Smith LLP | Travis A Sabalewski Esq | tsabalewski@reedsmith.com |
| Gregory Kaplan PLC | Troy Savenko Esq | tsavenko@gregkaplaw.com |
| Williams Mullen | William H Schwarzschild III | tschwarz@williamsmullen.com |
| | W Alexander Burnett | aburnett@williamsmullen.com |
| Vorys Sater Seymour and Pease LLP | Tiffany Strelow Cobb Esq | tscobb@vssp.com |
| Lowenstein Sandler PC | Vincent A D Agostino Esq | vdagostino@lowenstein.com |
| IBM Corporation | Vicky Namken | vnamken@us.ibm.com |
| Kepley Broscious & Biggs PLC | William A Broscious Esq | wbroscious@kbbplc.com |
| Buckner Alani & Mirkovich | William D Buckner | wbuckner@bamlaw.net |
| | Catherine J Weinberg | cweinberg@bamlaw.net |
| Blankingship & Keith PC | William H Casterline Jr Esq | wcasterlinejr@bklawva.com |
| | Jeremy B Root Esq | jroot@bklawva.com |
| Four Star International Trade | Wendy M Mead PC | wendymeadpc@verizon.net |
| Seyfarth Shaw LLP | William J Factor Esq | wfactor@seyfarth.com |
| | David C Christian II | dchristian@seyfarth.com |
| Torys LLP | William F Gray Jr Esq | wgray@torys.com |
| | Timothy B Martin Esq | tmartin@torys.com |
| Hemar Rousso & Heald LLP | Wayne R Terry | wterry@hemar-rousso.com |
| Internal Revenue Service | Attn L Lorello | Linda.Lorello@irs.gov |
| Jackson Kelly PLLC | Mary Elisabeth Naumann | kybankruptcy@jacksonkelly.com |
| Duane Morris LLP | Junghye June Yeum Esq | |
| | John Dellaportas Esq | |
| | William C Heuer Esq | wheur@duanemorris.com |

Email List

# EXHIBIT B

Circuit City Stores, Inc.
Core List

| NAME | ATTENTION | FAX |
|------|-----------|-----|
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 202-772-9293 |
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX | VIRGINIA DEPARTMENT OF TAXATION | 804-254-6111 |

Facsimile List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Fax |
|---|---|---|
| Locke Lord Bissell & Liddell LLP | Thomas G Yoxall<br>Thomas A Connop<br>Melissa S Hayward | 214-740-8800 |
| Pasadena Independent School District | Dexter D Joyner | 281-991-6012 |
| Draper & Goldberg PLLC | Adam Hiller | 302-213-0043 |
| Draper & Goldberg PLLC | James E Clarke<br>L Darren Goldberg | 703-995-4542 |
| Poyner Spruill LLP | Shannon E Hoff Esq | 704-342-5264 |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman | 713-223-3717 |
| G&W Service Co LP | Georgette Treece | 713-227-3410 |
| Attorney General of the United States | Robert P McIntosh | 804-819-7417 |
| Attorney General of the US | Richard F Stein<br>Dana J Boente | 804-916-3939 |
| Ornelas Castillo & Ornelas PLLC | Sylvia M Ornelas<br>Mario A Castillo Jr | 956-725-4594 |
| Gay McCall Isaacks Gordon & Roberts PC | David McCall | 972-424-5619 |

Fax List

# EXHIBIT C

Circuit City Stores, Inc.

Core List

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| CIRCUIT CITY STORES, LLC | REGINALD D. HEDGEBETH | 9950 MAYLAND DRIVE | | RICHMOND | VA | 23233 | USA |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | WASHINGTON | DC | 20020 | USA |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN DIRECTOR | P O BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 | USA |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS ESQ PATRICIA SCHRAGE ESQ | 3 WORLD FINANCIAL CTR STE 400 | | NEW YORK | NY | 10281-1022 | USA |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | 900 E MAIN ST | | RICHMOND | VA | 23219 | USA |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country |
|------|------------|-----------|-----------|------|-------|-----|---------|
| Attorney General of the US | Robert K Coulter | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | USA |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 | USA |
| UrbanCal Oakland II LLC | c o Urban Retail Properties LLC | 900 N Michigan Ave Ste 900 | | Chicago | IL | 60611 | USA |
| Eaton Corporation | David J Persichetti | Eaton Ctr 1111 Superior Ave | | Cleveland | OH | 44114-2584 | USA |
| Thomas W Daniels | | 1265 Scottsville Rd | | Rochester | NY | 14624 | USA |
| Broward County | Jeffrey J Newton | Government Center | 115 S Andrews Ave | Ft Lauderdale | FL | 33301 | USA |
| Griffith McCague & Wallace PC | Judy Gawlowski | 200 Allegheny Center Mall | | Pittsburgh | PA | 15212 | USA |
| Gregory Lee McCall | FCI Forrest City Low | PO Box 9000 | | Forrest City | AR | 72336 | USA |
| Millman 2000 Charitable Trust | David Bennett | 2400 Cherry Creek Dr S | Ste 7002 | Denver | CO | 80209-3261 | USA |
| Parsons Kinghorn Harris | George B Hofmann | 111 E Broadway 11th Fl | | Salt Lake City | UT | 84111 | USA |
| Hamilton Chase Santa Maria LLC | Stefani Batastini Asst to Chris Larson | 828 Ballard Canyon Rd | | Solvang | CA | 93463 | USA |

Circuit City Stores, Inc.
Exhibit A Claimants

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country |
|------|-------------|-----------|-----------|-----------|------|-------|-----|---------|
| AA Home Services LLC | Andrew E Farley Owner | 570 Tresham Rd | | | Columbus | OH | 43230 | USA |
| Albemarle County Attorneys Office | Larry W Davis Andrew H Herrick | 401 McIntire Rd | | | Charlottesville | VA | 22902 | USA |
| Bean Kinney & Korman PC | Thomas W Repczynski | 2300 Wilson Blvd 7th Fl | | | Arlington | VA | 22201 | USA |
| Cantor Arkema PC | Neil McCullagh Ronald A Page Jr | 1111 E Main St 16th Fl | PO Box 561 | | Richmond | VA | 23218-0561 | USA |
| Charleston Newspapers | Beth Canterbery Credit Manager | PO Box 3942 | | | Charleston | WV | 25339 | USA |
| Consumer Vision LLC | Dan Vanderberg Owner | 2110 Ute Ct | | | Estes Park | CO | 80517 | USA |
| E Z Spread n Lift Industries | Leo Lapat | 1815 Buck Rd | | | Feasterville | PA | 19053 | USA |
| Fullerton & Knowles PC | Richard I Hutson | 12642 Chapel Rd | | | Clifton | VA | 20124 | USA |
| Gershman Law Offices PC | Howard Gershman Esquire | 610 York Rd Ste 200 | | | Jenkintown | PA | 19046 | USA |
| Hirschler Fleischer PC | Michael P Falzone Sheila deLa Cruz Robert S Westermann | 2100 E Cary St | The Edgeworth Building | PO Box 500 | Richmond | VA | 23223 23218-0500 | |
| Joseph Nolty | | 45 53 Auburndale Ln | | | Flushing | NY | 11358 | USA |
| Law Offices of Peter E Meltzer & Associates PC | Peter E Meltzer | 1530 Locust St Ste L | | | Philadelphia | PA | 19102 | USA |
| LeClairRyan a Professional Corporation | Christopher L Perkins | 951 E Byrd St Eighth Fl | Riverfront Plz East Tower | PO Box 2499 | Richmond | VA | 23219 | USA |
| LeClairRyan a Professional Corporation | Christopher L Perkins | 951 E Byrd St Eighth Fl | Riverfront Plz East Tower | PO Box 2499 | Richmond | VA | 23219 | USA |
| Lee County Tax Collector | Leroy E Belk Jr | 201 W Jefferson | PO Box 271 | | Tupelo | MS | 38804 38802 | USA |
| Lexington County Treasurers Office | Cynthia Hamilton Bankruptcy Specialist | 212 S Lake Dr | | | Lexington | SC | 29072 | USA |
| Oppenheimer Blend Harrison & Tate Inc | Raymond W Battaglia Robert K Sugg | 711 Navarro 6th Fl | | | San Antonio | TX | 78205 | USA |
| Performance Printing Corporation | John T White President | 2929 Stemmons | | | Dallas | TX | 75247 | USA |
| Pietragallo Gordon Alfano Bosick & Raspanti LLP | Ronald D Morelli | One Oxford Ctr 38th Fl | | | Pittsburgh | PA | 15219 | USA |
| Robinson & Cole LLP | Michael R Enright Peter E Strniste Jr Patrick Birney | 280 Trumbull St | | | Hartford | CT | 06103 | USA |
| Samuel E Kramer | | 225 Broadway Ste 3300 | | | New York | NY | 10007 | USA |
| Touchpoint Retail Design Inc | Debby Prudhomme Joshua Hanson | 118 E 26th St Ste 300 | | | Minneapolis | MN | 55404 | USA |
| Town of Enfield Connecticut | Mark J Cerrato | Assistant Town Attorney | 820 Enfield St | | Enfield | CT | 06082 | USA |
| Winn Bus Lines Inc | Robert Mark Pounders | Director of Operations | 1831 Westwood Ave | | Richmond | VA | 23227 | USA |