| | |
|---|---|
| Linda J. Brame | A. Carter Magee, Jr., Esq. (VSB #20284) |
| P.O. Box 700 | W. Joel Charboneau, Esq. (VSB #68025) |
| Marion, IL 62959 | Magee, Foster, Goldstein & Sayers, P.C. |
| Phone: (618) 997-5611 | Post Office Box 404 |
| Fax: (618) 997-6522 | Roanoke, Virginia 24003-0404 |
| lbrame@winterslaw.com | (540) 343-9800 |
| | (540) 343-9898 FAX |
| | cmagee@mfgs.com |
| | jcharboneau@mfgs.com |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.,* | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | |
| | ) | |

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice that Magee, Foster, Goldstein & Sayers, P.C. withdraws its appearance and request for service of papers on behalf of William Gower, Name ID: 5000072 and 5000073 and Pack ID: 374710 and 374711 and Kina Thompson Name ID:5059815, 5059816 and 5059817 and Pack ID:433493, 433494 and 433495.

| | |
|---|---|
| Linda J. Brame | A. Carter Magee, Jr., Esq. (VSB #20284) |
| P.O. Box 700 | W. Joel Charboneau, Esq. (VSB #68025) |
| Marion, IL 62959 | Magee, Foster, Goldstein & Sayers, P.C. |
| Phone: (618) 997-5611 | Post Office Box 404 |
| Fax: (618) 997-6522 | Roanoke, Virginia 24003-0404 |
| lbrame@winterslaw.com | (540) 343-9800 |
| | (540) 343-9898 FAX |
| | cmagee@mfgs.com |
| | jcharboneau@mfgs.com |
| | |
| Date: July 24, 2009 | Respectfully submitted, |
| | /s/ W. Joel Charboneau |
| | A. Carter Magee, Jr., Esq. (VSB #20284) |
| | W. Joel Charboneau (VSB#68025) |
| | Magee, Foster, Goldstein & Sayers, P.C. |
| | Post Office Box 404 |
| | Roanoke, Virginia 24003 |
| | 540-343-9800; 540-343-9898 (f) |
| | cmagee@mfgs.com |
| | jcharboneau@mfgs.com |

## CERTIFICATE OF SERVICE

  I certify that on July 24, 2009, I electronically filed the foregoing notice with the United States Bankruptcy Court for the Eastern District of Virginia which caused electronic notifications of filing to be served on all registered users of the ECF system that have filed notices of appearance in this case.

  On this same date, I electronically mailed copies of this notice to the notice list maintained pursuant to the administrative procedures Order entered in this case.

            /s/ W. Joel Charboneau

U:\A CLIENTS\Winters, Brewster   9888\Notice of Withdrawal of Appearance.doc