| | |
|---|---|
| Martha E. Romero | A. Carter Magee, Jr., Esq. (VSB #20284) |
| Romero Law Firm | W. Joel Charboneau, Esq. (VSB #68025) |
| BMR Professional Building | Magee, Foster, Goldstein & Sayers, P.C. |
| 6516 Bright Avenue | Post Office Box 404 |
| Whittier, California 90601 | Roanoke, Virginia 24003-0404 |
| 562-907-6800 | (540) 343-9800 |
| 562-907-6820 FAX | (540) 343-9898 FAX |
| romero@mromerolawfirm.com | cmagee@mfgs.com |
| | jcharboneau@mfgs.com |

ATTORNEY FOR RIVERSIDE, CALIFORNIA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.,* | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Magee, Foster, Goldstein & Sayers, P.C. withdraws its appearance and request for service of papers on behalf of Riverside, California.

| | |
|---|---|
| Martha E. Romero | A. Carter Magee, Jr., Esq. (VSB #20284) |
| Romero Law Firm | W. Joel Charboneau, Esq. (VSB #68025) |
| BMR Professional Building | Magee, Foster, Goldstein & Sayers, P.C. |
| 6516 Bright Avenue | Post Office Box 404 |
| Whittier, California 90601 | Roanoke, Virginia 24003-0404 |
| 562-907-6800 | (540) 343-9800 |
| 562-907-6820 FAX | (540) 343-9898 FAX |
| romero@mromerolawfirm.com | cmagee@mfgs.com |
| | jcharboneau@mfgs.com |

Date: July 24, 2009         Respectfully submitted,

/s/ W. Joel Charboneau
A. Carter Magee, Jr., Esq. (VSB #20284)
W. Joel Charboneau (VSB#68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003
540-343-9800
540-343-9898 (f)
cmagee@mfgs.com
jcharboneau@mfgs.com

## CERTIFICATE OF SERVICE

I certify that on July 24, 2009, I electronically filed the foregoing notice with the United States Bankruptcy Court for the Eastern District of Virginia which caused electronic notifications of filing to be served on all registered users of the ECF system that have filed notices of appearance in this case.

On this same date, I electronically mailed copies of this notice to the notice list maintained pursuant to the administrative procedures Order entered in this case.

/s/ W. Joel Charboneau

U:\A CLIENTS\Arlington ISD, et al. 9298\Riverside\Riverside Notice of Withdrawal of Appearance.doc