Brian T. Hanlon                                    A. Carter Magee, Jr., Esq. (VSB #20284)
Post Office Box 3715                               W. Joel Charboneau, Esq. (VSB #68025)
West Palm Beach, Florida 33402                     Magee, Foster, Goldstein & Sayers, P.C.
561-355-2266                                       Post Office Box 404
561-355-6879 FAX                                   Roanoke, Virginia 24003-0404
bhanlon@pbcgov.org                                 (540) 343-9800
                                                   (540) 343-9898 FAX
                                                   cmagee@mfgs.com
                                                   jcharboneau@mfgs.com

ATTORNEY FOR PALM BEACH COUNTY TAX COLLECTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.,* | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | |
| | ) | |

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice that Magee, Foster, Goldstein & Sayers, P.C. withdraws its appearance and request for service of papers on behalf of Palm Beach County Tax Collector.

Brian T. Hanlon                                    A. Carter Magee, Jr., Esq. (VSB #20284)
Post Office Box 3715                               W. Joel Charboneau, Esq. (VSB #68025)
West Palm Beach, Florida 33402                     Magee, Foster, Goldstein & Sayers, P.C.
561-355-2266                                       Post Office Box 404
561-355-6879 FAX                                   Roanoke, Virginia 24003-0404
bhanlon@pbcgov.org                                 (540) 343-9800
                                                   (540) 343-9898 FAX
                                                   cmagee@mfgs.com
                                                   jcharboneau@mfgs.com

Date: July 24, 2009                                Respectfully submitted,

                                                   /s/ W. Joel Charboneau
                                                   A. Carter Magee, Jr., Esq. (VSB #20284)
                                                   W. Joel Charboneau (VSB#68025)
                                                   Magee, Foster, Goldstein & Sayers, P.C.
                                                   Post Office Box 404
                                                   Roanoke, Virginia 24003
                                                   540-343-9800
                                                   540-343-9898 (f)
                                                   cmagee@mfgs.com
                                                   jcharboneau@mfgs.com

# **CERTIFICATE OF SERVICE**

I certify that on July 24, 2009, I electronically filed the foregoing notice with the United States Bankruptcy Court for the Eastern District of Virginia which caused electronic notifications of filing to be served on all registered users of the ECF system that have filed notices of appearance in this case.

On this same date, I electronically mailed copies of this notice to the notice list maintained pursuant to the administrative procedures Order entered in this case.

/s/ W. Joel Charboneau

U:\A CLIENTS\Arlington ISD, et al. 9298\Palm Beach\Palm Beach Notice of Withdrawal of Appearance.doc