Elizabeth Banda
Yolanda Humphrey
Post Office Box 13430
Arlington, Texas  76094-0430
(817) 461-3344
(817) 860-6509 FAX
ebanda@pbfcm.com
yhumphrey@pbfcm.com

A. Carter Magee, Jr., Esq. (VSB #20284)
W. Joel Charboneau, Esq. (VSB #68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003-0404
(540) 343-9800
(540) 343-9898 FAX
cmagee@mfgs.com
jcharboneau@mfgs.com

ATTORNEY FOR ARLINGTON ISD, *ET AL.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.,* | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Magee, Foster, Goldstein & Sayers, P.C. withdraws its appearance

and request for service of papers on behalf of Arlington ISD *et al.*

Elizabeth Banda
Yolanda Humphrey
Post Office Box 13430
Arlington, Texas  76094-0430
(817) 461-3344
(817) 860-6509 FAX
ebanda@pbfcm.com
yhumphrey@pbfcm.com

A. Carter Magee, Jr., Esq.
W. Joel Charboneau, Esq.
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003-0404
(540) 343-9800
(540) 343-9898 FAX
cmagee@mfgs.com
jcharboneau@mfgs.com

Date: July 24, 2009

Respectfully submitted,

/s/ W. Joel Charboneau
A. Carter Magee, Jr., Esq. (VSB #20284)
W. Joel Charboneau (VSB#68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003
540-343-9800
540-343-9898 (f)
cmagee@mfgs.com
jcharboneau@mfgs.com

## CERTIFICATE OF SERVICE

    I certify that on July 24, 2009, I electronically filed the foregoing notice with the United States Bankruptcy Court for the Eastern District of Virginia which caused electronic notifications of filing to be served on all registered users of the ECF system that have filed notices of appearance in this case.

    On this same date, I electronically mailed copies of this notice to the notice list maintained pursuant to the administrative procedures Order entered in this case.

        /s/ W. Joel Charboneau

U:\A CLIENTS\Arlington ISD, et al. 9298\Arlington ISD et al\Banda Notice of Withdrawal of Appearance.doc