Gregg M. Galardi, Esq.                   Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                  Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &          MCGUIREWOODS LLP
FLOM, LLP                                One James Center
One Rodney Square                        901 E. Cary Street
PO Box 636                               Richmond, Virginia 23219
Wilmington, Delaware 19899-0636          (804) 775-1000
(302) 651-3000

                    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :    Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :    Jointly Administered
- - - - - - - - - - - - - - x

**DEBTORS' TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN TAX CLAIMS FOR NO TAX LIABILITY)**

The debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors"),[1] hereby file
their Twenty-Seventh Omnibus Objection to Claims
(Disallowance of Certain Tax Claims for No Tax Liability)
(the "Objection"), and hereby move this Court, pursuant to
sections 105 and 502 of title 11 of the United States Code,
11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy
Code"), Rule 3007 of the Federal Rules of Bankruptcy
Procedure (the "Bankruptcy Rules"), and Local Bankruptcy
Rule 3007-1, for an order, the proposed form of which is
attached hereto as Exhibit A, granting the relief sought by
this Objection, and in support thereof states as follows:

## JURISDICTION AND VENUE

1.    This Court has jurisdiction to consider this
Objection under 28 U.S.C. §§ 157 and 1334.  This is a core
proceeding under 28 U.S.C. § 157(b).  Venue of these cases
and this Objection in this district is proper under 28

---

[1]    The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc. (3875),
Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC
(5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia,
Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC
(2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs,
Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC
(9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
LLC (3360), and Circuit City Stores PR, LLC (5512). The address for
Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard,
Westminster, Colorado 80031. For all other Debtors, the address was 9950
Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook
Drive, Glen Allen, Virginia 23060.

U.S.C. §§ 1408 and 1409.  The statutory and legal predicates

for the relief requested herein are Bankruptcy Code sections

105 and 502, and Rule 3007 of the Bankruptcy Rules.

### BACKGROUND

2.    On November 10, 2008 (the "Petition Date"), the

Debtors filed voluntary petitions in this Court for relief

under chapter 11 of the Bankruptcy Code.

3.    The Debtors continue to manage and operate their

businesses as debtors in possession pursuant to Bankruptcy

Code sections 1107 and 1108.

4.    On November 12, 2008, the Office of the United

States Trustee for the Eastern District of Virginia

appointed a statutory committee of unsecured creditors (the

"Creditors' Committee").  To date, no trustee or examiner

has been appointed in these chapter 11 cases.

5.    On November 12, 2008, the Court appointed Kurtzman

Carson Consultants LLC ("KCC") as claims, noticing and

balloting agent for the Debtors in these chapter 11 cases

pursuant to 28 U.S.C. § 156(c).

6.    On December 10, 2009, the Court entered that

certain Order Pursuant to Bankruptcy Code Sections 105 and

502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I)

Setting General Bar Date and Procedures for Filing Proofs of

Claim; and (II) Approving Form and Manner of Notice Thereof

(Docket No. 890) (the "Claims Bar Date Order").

7.    Pursuant to the Claims Bar Date Order, the

deadline for filing all "claims" (as defined in 11 U.S.C. §

105(5)) arising before November 10, 2008 against the Debtors

by any non-governmental entity was 5:00 p.m. (Pacific) on

January 30, 2009 (the "General Bar Date").   The deadline for

governmental units to file claims that arose before November

10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the

"Governmental Bar Date").   Pursuant to the Claims Bar Date

Order, this Court approved the form and manner of the claims

bar date notice, which was attached as Exhibit A to the

Claims Bar Date Order (the "Claims Bar Date Notice").

8.    On December 17 and 19, 2008, KCC served a copy of

the Claims Bar Date Notice on all parties who filed notices

of appearance pursuant to Bankruptcy Rule 2002, all of the

Debtors' scheduled creditors in these cases, the Debtors'

equity holders, and certain other parties (Docket No. 1314).

In addition, the Debtors published the Claims Bar Date

Notice in The Wall Street Journal (Docket No. 1395) and The

Richmond Times-Dispatch (Docket No. 1394).

9.    On January 16, 2009, the Court authorized the

Debtors, among other things, to conduct going out of

business sales at the Debtors' remaining 567 stores pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.  As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had been completed.

10.  On April 1, 2009, this Court entered an Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

### OBJECTIONS TO CLAIMS

11.  By this Objection, the Debtors seek entry of an order, in substantially the form annexed as Exhibit A, pursuant to Bankruptcy Code sections 105(a) and 502 and Bankruptcy Rule 3007, disallowing the claims listed on Exhibit C attached hereto.  The basis for the disallowance of the claims listed on Exhibit C attached hereto is that all of the claims (the "Claims") are asserted by taxing authorities to whom the Debtors do not have any tax liability with respect to the liabilities asserted in the claims.

12.  The Debtors do not have tax liability for the Claims listed on <u>Exhibit C</u> attached hereto because the Claims have either been paid in full or the Debtors did not conduct business and/or own property within the taxing authorities' jurisdictions.  Therefore, the Claims should be disallowed because the Debtors have no outstanding tax liability with respect to the Claims.

13.  For ease of reference, attached as <u>Exhibit B</u> is an alphabetical listing of all claimants whose Claims are included in this Objection (the "Claimants"), with a cross-reference by claim number.

14.  At this time, the Debtors have not completed their review of the validity of all claims/expenses filed against their estates, including the Claims.  Accordingly, the Claims may be the subject of additional subsequently filed objections.  To that end, the Debtors reserve the right to further object to any and all claims, whether or not the subject of this Objection, for allowance, voting, and/or distribution purposes, and on any other grounds. Furthermore, the Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

## <u>RESERVATION OF RIGHTS</u>

6

15.   As noted above, the Debtors reserve their rights
to file objections to these Claims at a later time on any
grounds that bankruptcy or non-bankruptcy law permits.  The
Debtors likewise reserve the right to modify, supplement
and/or amend this Objection as it pertains to any claim or
claimant herein.

## NOTICE AND PROCEDURE

16.   Notice of this Objection has been provided to all
claimants with claims that are the subject to this Objection
as identified on Exhibit C, respectively, and to parties-in-
interest in accordance with the Court's Order Pursuant to
Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002
and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1
Establishing Certain Notice, Case Management and
Administrative Procedures (Docket No. 130) (the "Case
Management Order").  The Debtors submit that the following
methods of service upon the Claimants should be deemed by
the Court to constitute due and sufficient service of this
Objection: (a) service in accordance with Bankruptcy Rule
7004 and the applicable provisions of Federal Rule of Civil
Procedure 4; (b) to the extent counsel for a Claimant is not
known to the Debtors, by first class mail, postage prepaid,
on the signatory of the Claimant's proof of claim form or

other representative identified in the proof of claim form

or any attachment thereto; or (c) by first class mail,

postage prepaid, on any counsel that has appeared on the

Claimant's behalf in the Debtors' bankruptcy cases.  The

Debtors are serving the Claimant with this Objection and the

exhibit on which the Claimant's claim is listed.

17.  To the extent any Claimant timely files and

properly serves a response to this Objection by **4:00 p.m. on**

**August 20, 2009** as required by the Case Management Order and

under applicable law, and the parties are unable to

otherwise resolve the Objection, the Debtors request that

the Court conduct a status conference with respect to any

such responding claimant at **11:00 a.m. on August 27, 2009**

and thereafter schedule the matter for a future hearing as

to the merits of such claim.[2]  However, to the extent any

Claimant fails to timely file and properly serve a response

to this Objection as required by the Case Management Order

and applicable law, the Debtors request that the Court enter

an order, substantially in the form attached hereto as

Exhibit A, disallowing the Claims set forth on Exhibit C

attached hereto for all purposes in these bankruptcy cases.

---

[2]  In accordance with the Omnibus Objection Procedures Order, claimants
who respond to the Objection do not need to appear at the status
conference.

8

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND
## THE OMNIBUS OBJECTION PROCEDURES ORDER

18.    This Objection complies with Bankruptcy Rule 3007(e).  Additionally, the Debtors submit that this Objection is filed in accordance with the Omnibus Objection Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

19.    Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion, the Debtors request that the requirement that all motions be accompanied by a written memorandum of law be waived.

## NO PRIOR RELIEF

20.    No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Debtors request the Court to enter an
Order sustaining this Objection and granting such other and
further relief as the Court deems appropriate.

Dated: Richmond, Virginia     SKADDEN, ARPS, SLATE, MEAGHER &
       July 24, 2009          FLOM, LLP
                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000

                                     - and -

                              SKADDEN, ARPS, SLATE, MEAGHER &
                              FLOM, LLP
                              Chris L. Dickerson, Esq.
                              155 North Wacker Drive
                              Chicago, Illinois 60606-7120
                              (312) 407-0700

                                     - and -

                              MCGUIREWOODS LLP

                              _/s/ Douglas M. Foley_____
                              Dion W. Hayes (VSB No. 34304)
                              Douglas M. Foley (VSB No. 34364)
                              One James Center
                              901 E. Cary Street
                              Richmond, Virginia 23219
                              (804) 775-1000

                              Counsel for Debtors and Debtors
                              in Possession

## EXHIBIT A

Gregg M. Galardi, Esq.                  Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                 Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &         MCGUIREWOODS LLP
FLOM, LLP                               One James Center
One Rodney Square                       901 E. Cary Street
PO Box 636                              Richmond, Virginia 23219
Wilmington, Delaware 19899-0636         (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

              IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
                         RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x

         **ORDER SUSTAINING DEBTORS' TWENTY-SEVENTH OMNIBUS
         OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN TAX
                CLAIMS FOR NO TAX LIABILITY)**

     THIS MATTER having come before the Court on the

Debtors' Twenty-Seventh Omnibus Objection to Claims

(Disallowance of Certain Tax Claims for No Tax Liability)

(the "Objection"), which requested, among other things, that

the claims specifically identified on <u>Exhibit C</u> attached to

the Objection be disallowed for those reasons set forth in

the Objection; and it appearing that due and proper notice

and service of the Objection as set forth therein was good

and sufficient and that no other further notice or service

of the Objection need be given; and it further appearing

that no response was timely filed or properly served by the

Claimants being affected by this Order; and it appearing

that the relief requested on the Objection is in the best

interest of the Debtors, their estates and creditors and

other parties-in-interest; and after due deliberation

thereon good and sufficient cause exists for the granting of

the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is GRANTED.

2.    The Claims identified on <u>Exhibit A</u> as attached

hereto and incorporated herein, are forever disallowed in

their entirety for all purposes in these bankruptcy cases.

Dated: Richmond, Virginia

_____, 2009

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

        - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


   **CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

     Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                      __/s/ Douglas M. Foley____
                      Douglas M. Foley

\9696241.1

In re: Circuit City Stores, Inc, et al.                   Debtors' Twenty-Seventh Omnibus Objection to Claims
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Twenty-Seventh Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ARKANSAS UNCLAIMED PROPERTY | 3351 | EXHIBIT C - TAX NO LIABILITY |
| AUGUSTA TREASURER OF STATE | 12774 | EXHIBIT C - TAX NO LIABILITY |
| BENTON COUNTY TREASURER | 12235 | EXHIBIT C - TAX NO LIABILITY |
| BENTON COUNTY TREASURER | 12301 | EXHIBIT C - TAX NO LIABILITY |
| BEXAR COUNTY | 1518 | EXHIBIT C - TAX NO LIABILITY |
| CALHOUN COUNTY TAX COLLECTOR | 5871 | EXHIBIT C - TAX NO LIABILITY |
| CALIFORNIA SELF INSURERS SECURITY FUND | 11811 | EXHIBIT C - TAX NO LIABILITY |
| CALIFORNIA SELF INSURERS SECURITY FUND | 11819 | EXHIBIT C - TAX NO LIABILITY |
| CALIFORNIA SELF INSURERS SECURITY FUND | 11896 | EXHIBIT C - TAX NO LIABILITY |
| CALIFORNIA SELF INSURERS SECURITY FUND | 11895 | EXHIBIT C - TAX NO LIABILITY |
| CALIFORNIA SELF INSURERS SECURITY FUND | 11721 | EXHIBIT C - TAX NO LIABILITY |
| CALIFORNIA SELF INSURERS SECURITY FUND | 12028 | EXHIBIT C - TAX NO LIABILITY |
| CATAWBA COUNTY | 7638 | EXHIBIT C - TAX NO LIABILITY |
| CITY OF BARBOURSVILLE | 500 | EXHIBIT C - TAX NO LIABILITY |
| CITY OF EL PASO | 35 | EXHIBIT C - TAX NO LIABILITY |
| CITY OF FRISCO | 516 | EXHIBIT C - TAX NO LIABILITY |
| CITY OF GLENDALE | 6468 | EXHIBIT C - TAX NO LIABILITY |
| CITY OF MCALLEN | 1408 | EXHIBIT C - TAX NO LIABILITY |
| CLARK COUNTY TREASURER | 2073 | EXHIBIT C - TAX NO LIABILITY |
| COUNTY OF BRAZOS ET AL | 54 | EXHIBIT C - TAX NO LIABILITY |
| COUNTY OF COMAL ET AL | 59 | EXHIBIT C - TAX NO LIABILITY |
| COUNTY OF DENTON | 57 | EXHIBIT C - TAX NO LIABILITY |
| COUNTY OF SAN BERNANDINO | 13359 | EXHIBIT C - TAX NO LIABILITY |
| COUNTY OF SAN BERNARDINO | 11630 | EXHIBIT C - TAX NO LIABILITY |
| COUNTY OF TAYLOR ET AL | 60 | EXHIBIT C - TAX NO LIABILITY |
| COUNTY OF WILLIAMSON ET AL | 62 | EXHIBIT C - TAX NO LIABILITY |
| CYPRESS FAIRBANKS ISD | 174 | EXHIBIT C - TAX NO LIABILITY |
| DALLAS COUNTY | 286 | EXHIBIT C - TAX NO LIABILITY |
| EAST BATON ROUGE PARISH ASSESSOR | 3524 | EXHIBIT C - TAX NO LIABILITY |
| FORT BEND COUNTY | 219 | EXHIBIT C - TAX NO LIABILITY |
| GOLDEN, CITY OF | 12015 | EXHIBIT C - TAX NO LIABILITY |
| GRAYSON COUNTY | 435 | EXHIBIT C - TAX NO LIABILITY |
| GREGG COUNTY | 1593 | EXHIBIT C - TAX NO LIABILITY |
| HARRIS COUNTY ET AL | 220 | EXHIBIT C - TAX NO LIABILITY |

In re: Circuit City Stores, Inc, et al.                                    Debtors' Twenty-Seventh Omnibus Objection to Claims
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Twenty-Seventh Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| INDIANA DEPARTMENT OF STATE REVENUE | 12984 | EXHIBIT C - TAX NO LIABILITY |
| IRVING ISD | 288 | EXHIBIT C - TAX NO LIABILITY |
| JACKSON COUNTY | 3688 | EXHIBIT C - TAX NO LIABILITY |
| JACKSON COUNTY PAYMENT CENTER | 1510 | EXHIBIT C - TAX NO LIABILITY |
| JEFFERSON COUNTY | 1577 | EXHIBIT C - TAX NO LIABILITY |
| LA COUNTY TREASURER AND TAX COLLECTOR | 11862 | EXHIBIT C - TAX NO LIABILITY |
| LAFAYETTE PARISH TAX COLLECTOR | 13396 | EXHIBIT C - TAX NO LIABILITY |
| LAKE COUNTY TREASURER | 13406 | EXHIBIT C - TAX NO LIABILITY |
| LAKE COUNTY TREASURER | 13403 | EXHIBIT C - TAX NO LIABILITY |
| LONGVIEW INDEPENDENT SCHOOL DISTRICT | 56 | EXHIBIT C - TAX NO LIABILITY |
| LOUISIANA DEPARTMENT OF REVENUE | 520 | EXHIBIT C - TAX NO LIABILITY |
| LOUISIANA DEPARTMENT OF REVENUE | 13515 | EXHIBIT C - TAX NO LIABILITY |
| MAINE STATE TREASURERS OFFICE | 12773 | EXHIBIT C - TAX NO LIABILITY |
| MCALLEN ISD | 1449 | EXHIBIT C - TAX NO LIABILITY |
| MCLENNAN COUNTY | 1446 | EXHIBIT C - TAX NO LIABILITY |
| MISSISSIPPI STATE TAX COMMISSION | 10428 | EXHIBIT C - TAX NO LIABILITY |
| MONTEREY COUNTY TAX COLLECTOR | 4733 | EXHIBIT C - TAX NO LIABILITY |
| MONTGOMERY TOWNSHIP BD SPRVSRS | 5446 | EXHIBIT C - TAX NO LIABILITY |
| NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE | 11474 | EXHIBIT C - TAX NO LIABILITY |
| NORTH CAROLINA DEPARTMENT OF REVENUE | 13037 | EXHIBIT C - TAX NO LIABILITY |
| NUECES COUNTY | 1440 | EXHIBIT C - TAX NO LIABILITY |
| PENNSYLVANIA STATE TREASURY | 12891 | EXHIBIT C - TAX NO LIABILITY |
| PENNSYLVANIA STATE TREASURY | 12895 | EXHIBIT C - TAX NO LIABILITY |
| PENNSYLVANIA STATE TREASURY | 12892 | EXHIBIT C - TAX NO LIABILITY |
| PENNSYLVANIA STATE TREASURY | 12899 | EXHIBIT C - TAX NO LIABILITY |
| PENNSYLVANIA STATE TREASURY | 12889 | EXHIBIT C - TAX NO LIABILITY |
| PENNSYLVANIA STATE TREASURY | 12910 | EXHIBIT C - TAX NO LIABILITY |
| PENNSYLVANIA STATE TREASURY | 13016 | EXHIBIT C - TAX NO LIABILITY |
| PENNSYLVANIA STATE TREASURY | 12890 | EXHIBIT C - TAX NO LIABILITY |
| PENNSYLVANIA STATE TREASURY | 12893 | EXHIBIT C - TAX NO LIABILITY |
| PENNSYLVANIA STATE TREASURY | 12894 | EXHIBIT C - TAX NO LIABILITY |
| PENNSYLVANIA STATE TREASURY | 12900 | EXHIBIT C - TAX NO LIABILITY |
| PENNSYLVANIA STATE TREASURY | 12888 | EXHIBIT C - TAX NO LIABILITY |
| PENNSYLVANIA STATE TREASURY | 12909 | EXHIBIT C - TAX NO LIABILITY |

In re: Circuit City Stores, Inc, et al.                                    Debtors' Twenty-Seventh Omnibus Objection to Claims
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Twenty-Seventh Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| PIMA COUNTY | 11261 | EXHIBIT C - TAX NO LIABILITY |
| PRATTVILLE, CITY OF | 12800 | EXHIBIT C - TAX NO LIABILITY |
| ROCKWALL CAD | 1576 | EXHIBIT C - TAX NO LIABILITY |
| ROCKWALL COUNTY | 1579 | EXHIBIT C - TAX NO LIABILITY |
| ROUND ROCK ISD | 1439 | EXHIBIT C - TAX NO LIABILITY |
| SHASTA COUNTY TAX COLLECTOR | 13381 | EXHIBIT C - TAX NO LIABILITY |
| SOUTH TEXAS COLLEGE | 1409 | EXHIBIT C - TAX NO LIABILITY |
| SOUTH TEXAS ISD | 1404 | EXHIBIT C - TAX NO LIABILITY |
| STATE OF ILLINOIS | 11246 | EXHIBIT C - TAX NO LIABILITY |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY | 2257 | EXHIBIT C - TAX NO LIABILITY |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY | 2259 | EXHIBIT C - TAX NO LIABILITY |
| TARRANT COUNTY | 279 | EXHIBIT C - TAX NO LIABILITY |
| TENNESSEE DEPARTMENT OF REVENUE | 12969 | EXHIBIT C - TAX NO LIABILITY |
| THE COMMISSIONER OF REVENUE OF THE STATE OF TENNESSEE | 12960 | EXHIBIT C - TAX NO LIABILITY |
| THURSTON COUNTY TREASURER | 4509 | EXHIBIT C - TAX NO LIABILITY |
| TOM GREEN CAD | 1539 | EXHIBIT C - TAX NO LIABILITY |
| TOWN OF BRAINTREE | 4394 | EXHIBIT C - TAX NO LIABILITY |

In re: Circuit City Stores, Inc, et al.          Debtors' Twenty-Seventh Omnibus Objection to Claims  Tax No
Case No. 08-35653-KRH                                                                                  Liability

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ARKANSAS UNCLAIMED PROPERTY UNCLAIMED PROPERTY DIVISION LITTLE ROCK, AR 72201-1811 | 3351 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL | 01/12/2009 | INTERTAN, INC. (08-35655) |
| AUGUSTA TREASURER OF STATE LUCINDA E WHITE ASSISTANT ATTORNEY GENERAL OFFICE OF THE ATTORNEY GENERAL 6 STATE HOUSE STATION AUGUSTA, ME 04333-0006 | 12774 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $49,514.58 $49,514.58 | 05/01/2009 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| BENTON COUNTY TREASURER BENTON COUNTY PROSECUTING ATTORNEY 7122 W OKANOGAN PL BLDG A KENNEWICK, WA 99336-2359 | 12235 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL UNL | 04/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BENTON COUNTY TREASURER PO BOX 630 PROSSER, WA 99350 | 12301 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL | 04/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BEXAR COUNTY DAVID G AELVOET LINEBARGER GOGGAN BLAIR & SAMPSON LLP 711 NAVARRO STE 300 SAN ANTONIO, TX 78205 | 1518 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $168,137.32 $168,137.32 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CALHOUN COUNTY TAX COLLECTOR KAREN ROPER 1702 NOBLE ST STE 104 ANNISTON, AL 36201 | 5871 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $1,565.60 $1,565.60 | 01/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Twenty-Seventh Omnibus Objection to Claims  Tax No
Case No. 08-35653-KRH                                                                        Liability

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CALIFORNIA SELF INSURERS SECURITY FUND LOUIS J CISZ ESQ AND GINA FORNARIO ESQ NIXON PEABODY LLP ONE EMBARCADERO CENTER 18TH FL SAN FRANCISCO, CA 94111 | 11895 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL | 03/18/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CALIFORNIA SELF INSURERS SECURITY FUND LOUIS J CISZ ESQ AND GINA FORNARIO ESQ NIXON PEABODY LLP ONE EMBARCADERO CENTER 18TH FL SAN FRANCISCO, CA 94111 | 11896 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL | 03/18/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| CALIFORNIA SELF INSURERS SECURITY FUND LOUIS J CISZ ESQ AND GINA FORNARIO ESQ NIXON PEABODY LLP ONE EMBARCADERO CENTER 18TH FL SAN FRANCISCO, CA 94111 | 12028 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL | 03/10/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CALIFORNIA SELF INSURERS SECURITY FUND LOUIS J CISZ ESQ AND GINA FORNARIO ESQ NIXON PEABODY LLP ONE EMBARCADERO CENTER 18TH FL SAN FRANCISCO, CA 94111 | 11811 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL | 03/06/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| CALIFORNIA SELF INSURERS SECURITY FUND LOUIS J CISZ ESQ AND GINA FORNARIO ESQ NIXON PEABODY LLP ONE EMBARCADERO CENTER 18TH FL SAN FRANCISCO, CA 94111 | 11819 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL UNL | 03/10/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.        Debtors' Twenty-Seventh Omnibus Objection to Claims  Tax No
Case No. 08-35653-KRH                                                                                Liability

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CALIFORNIA SELF INSURERS SECURITY FUND LOUISE J CISZ ESQ GINA FORNARIO ESQ NIXON PEABODY LLP ONE EMBARCADERO CTR 18TH FL SAN FRANCISCO, CA 94111 | 11721 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: | UNL<br>UNL<br><br><br>UNL | 03/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CATAWBA COUNTY TAX COLLECTOR NEWTON, NC 28658 | 7638 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: | <br>$6,446.18<br><br><br>$6,446.18 | 01/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF BARBOURSVILLE PO BOX 266 BARBOURSVILLE, WV 25504 | 500 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF EL PASO DAVID G AELVOET LINEBARGER GOGGAN BLAIR & SAMPSON LLP 711 NAVARRO STE 300 SAN ANTONIO, TX 78205 | 35 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: | $119,801.93<br><br><br><br>$119,801.93 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF FRISCO ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST STE 1600 DALLAS, TX 75201 | 516 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: | $8,594.85<br><br><br><br>$8,594.85 | 12/05/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF GLENDALE 141 N GLENDALE AVE LEVEL 2 GLENDALE, CA 91206 | 6468 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: | <br><br><br>$9,809.88<br>$9,809.88 | 01/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                    Debtors' Twenty-Seventh Omnibus Objection to Claims  Tax No
Case No. 08-35653-KRH                                                                                            Liability

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY OF MCALLEN<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>THE TERRACE II 2700 VIA<br>FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 1408 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $11,124.70<br><br><br><br><br>$11,124.70 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CLARK COUNTY TREASURER<br>ATTY FRANK BALLARD<br>425 E 7TH ST<br>JEFFERSONVILLE, IN 47130 | 2073 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br>$5,357.36<br><br><br><br>$5,357.36 | 12/30/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COUNTY OF BRAZOS ET AL<br>700 JEFFREY WAY STE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | 54 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $45,036.56<br><br><br><br><br>$45,036.56 | 11/25/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COUNTY OF COMAL ET AL<br>700 JEFFREY WAY STE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | 59 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $39,725.27<br><br><br><br><br>$39,725.27 | 11/25/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COUNTY OF DENTON<br>MICHAEL REED<br>MCCREARY VESELKA BRAGG &<br>ALLEN PC<br>700 JEFFREY WAY STE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | 57 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $11,158.92<br><br><br><br><br>$11,158.92 | 11/25/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.          Debtors' Twenty-Seventh Omnibus Objection to Claims  Tax No
Case No. 08-35653-KRH                                                                              Liability

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| COUNTY OF SAN BERNANDINO OFFICE OF THE TAX COLLECTOR 172 W 3RD ST SAN BERNANDINO, CA 92415 | 13359 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $56,868.45 $56,868.45 | 06/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| COUNTY OF SAN BERNARDINO OFFICE OF THE TAX COLLECTOR 172 W 3RD ST SAN BERNARDINO, CA 92415 | 11630 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $660.38 $660.38 | 02/25/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| COUNTY OF TAYLOR ET AL 700 JEFFREY WAY STE 100 PO BOX 1269 ROUND ROCK, TX 78680 | 60 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $47,326.89 $47,326.89 | 11/25/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COUNTY OF WILLIAMSON ET AL 700 JEFFREY WAY STE 100 PO BOX 1269 ROUND ROCK, TX 78680 | 62 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $66,594.12 $66,594.12 | 11/25/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CYPRESS FAIRBANKS ISD JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLC PO BOX 3064 HOUSTON, TX 77253-3064 | 174 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $30,237.49 $30,237.49 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DALLAS COUNTY ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST STE 1600 DALLAS, TX 75201 | 286 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $218,146.83 $218,146.83 | 11/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Twenty-Seventh Omnibus Objection to Claims  Tax No
Case No. 08-35653-KRH    Liability

EXHIBIT C

| CREDITOR'S  NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| EAST BATON ROUGE PARISH ASSESSOR 222 ST LOUIS ST RM 126 BATON ROUGE, LA 70802 | 3524 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $34,941.86 $34,941.86 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FORT BEND COUNTY JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064 HOUSTON, TX 77253-3064 | 219 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $15,831.96 $15,831.96 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GOLDEN, CITY OF 911 10TH ST GOLDEN, CO 80401 | 12015 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $300.00 $300.00 | 03/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| GRAYSON COUNTY ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST STE 1600 DALLAS, TX 75201 | 435 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $51,412.40 $51,412.40 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GREGG COUNTY ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST STE 1600 DALLAS, TX 75201 | 1593 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $11,823.41 $11,823.41 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| HARRIS COUNTY ET AL JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064 HOUSTON, TX 77253-3064 | 220 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $290,151.33 $290,151.33 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Twenty-Seventh Omnibus Objection to Claims  Tax No
Case No. 08-35653-KRH    Liability

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| INDIANA DEPARTMENT OF STATE REVENUE CAROL LUSHELL BANKRUPTCY SECTION 100 N SENATE AVE RM N203 INDIANAPOLIS, IN 46204 | 12984 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $1,899,065.83 $1,899,065.83 | 05/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| IRVING ISD ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST STE 1600 DALLAS, TX 75201 | 288 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $29,842.37 $29,842.37 | 11/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JACKSON COUNTY PO BOX 1569 DEPT OF TAXATION MEDFORD, OR 97501 | 3688 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $4,712.33 $4,712.33 | 01/13/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| JACKSON COUNTY PAYMENT CENTER PO BOX 1569 MEDFORD, OR 97501 | 1510 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $4,712.33 $4,712.33 $9,424.66 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JEFFERSON COUNTY CLAYTON E MAYFIELD LINEBARGER GOGGAN BLAIR & SAMPSON LLP 1148 PARK ST BEAUMONT, TX 77701-3614 | 1577 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $95,612.20 $95,612.20 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LA COUNTY TREASURER AND TAX COLLECTOR PO BOX 54110 LOS ANGELES, CA 90054-0110 | 11862 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $228,180.77 $228,180.77 | 02/18/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Twenty-Seventh Omnibus Objection to Claims  Tax No
Case No. 08-35653-KRH    Liability

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LAFAYETTE PARISH TAX COLLECTOR PO DRAWER 92590 LAFAYETTE, LA 705092590 | 13396 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $57,488.34 $57,488.34 | 06/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LAKE COUNTY TREASURER LAKE COUNTY TREASURER BANKRUPTCY 2293 N MAIN ST CROWN POINT, IN 46307 | 13406 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $7,295.75 $7,295.75 | 06/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LAKE COUNTY TREASURER LAKE COUNTY TREASURER BANKRUPTCY 2293 N MAIN ST CROWN POINT, IN 46307 | 13403 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $4,667.48 $4,667.48 | 06/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LONGVIEW INDEPENDENT SCHOOL DISTRICT 700 JEFFREY WAY STE 100 PO BOX 1269 ROUND ROCK, TX 78680 | 56 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $20,567.19 $20,567.19 | 11/25/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LOUISIANA DEPARTMENT OF REVENUE 617 N THIRD ST PO BOX 66658 BATON ROUGE, LA 70896-6658 | 13515 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $6,770.96 $6,770.96 | 06/25/2009 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| LOUISIANA DEPARTMENT OF REVENUE STATE OF LOUISIANA PO BOX 66658 BATON ROUGE, LA 70896 | 520 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL | 12/05/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.   Debtors' Twenty-Seventh Omnibus Objection to Claims  Tax No
Case No. 08-35653-KRH                                                                         Liability

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MAINE STATE TREASURERS OFFICE LUCINDA E WHITE ASSISTANT ATTORNEY GENERAL OFFICE OF THE ATTORNEY GENERAL 6 STATE HOUSE STATION AUGUSTA, ME 04333-0006 | 12773 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $49,514.58 $49,514.58 | 05/01/2009 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| MCALLEN ISD DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP THE TERRACE II 2700 VIA FORTUNA DR STE 400 PO BOX 17428 AUSTIN, TX 78760-7428 | 1449 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $30,234.47 $30,234.47 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MCLENNAN COUNTY DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP THE TERRANCE II 2700 VIA FORTUNA DR STE 400 PO BOX 17428 AUSTIN, TX 78760-7428 | 1446 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $11,726.89 $11,726.89 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MISSISSIPPI STATE TAX COMMISSION BANKRUPTCY SECTION MSTC PO BOX 22808 JACKSON, MS 39225 | 10428 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $550.00 $425.00 $975.00 | 02/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MONTEREY COUNTY TAX COLLECTOR ATTN COLLECTORS OFFICE P O BOX 891 SALINAS, CA | 4733 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $5,861.58 $5,861.58 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

* "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  Debtors' Twenty-Seventh Omnibus Objection to Claims  Tax No
Case No. 08-35653-KRH  Liability

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MONTGOMERY TOWNSHIP BD SPRVSRS 1001 STUMP RD MONTGOMERYVILLE, PA 18936 | 5446 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $22,875.00 <br><br><br> $22,875.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 11474 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $9,316.53 <br><br> $1,916.31 <br> $11,232.84 | 02/26/2009 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| NORTH CAROLINA DEPARTMENT OF REVENUE ANGELA C FOUNTAIN BANKRUPTCY MANAGER COLLECTIONS EXAMINATION DIVISION NORTH CAROLINA DEPARTMENT OF REVENUE PO BOX 1168 RALEIGH, NC 27602-1168 | 13037 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $1,106,016.25 <br><br><br> $1,106,016.25 | 05/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| NUECES COUNTY DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP THE TERRACE II 2700 VIA FORTUNA DR STE 400 PO BOX 17428 AUSTIN, TX 78760-7428 | 1440 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $46,552.83 <br><br><br> $46,552.83 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12889 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | <br><br><br> UNL <br> UNL | 05/07/2009 | CC DISTRIBUTION COMPANY OF VIRGINIA, INC. (08-35659) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                        Debtors' Twenty-Seventh Omnibus Objection to Claims  Tax No
Case No. 08-35653-KRH                                                                                                Liability

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12899 | Secured: Priority: Administrative 503(b)(9): Unsecured: UNL Total: UNL | 05/07/2009 | VENTOUX INTERNATIONAL, INC. (08-35656) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12892 | Secured: Priority: Administrative 503(b)(9): Unsecured: UNL Total: UNL | 05/07/2009 | ABBOTT ADVERTISING AGENCY, INC. (08-35665) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12891 | Secured: Priority: Administrative 503(b)(9): Unsecured: UNL Total: UNL | 05/07/2009 | MAYLAND MN, LLC (08-35666) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12895 | Secured: Priority: Administrative 503(b)(9): Unsecured: UNL Total: UNL | 05/07/2009 | ORBYX ELECTRONICS, LLC (08-35662) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12910 | Secured: Priority: Administrative 503(b)(9): Unsecured: UNL Total: UNL | 05/07/2009 | CIRCUIT CITY STORES PR, LLC (08-35660) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 13016 | Secured: Priority: Administrative 503(b)(9): Unsecured: UNL Total: UNL | 05/07/2009 | XSSTUFF, LLC (08-35669) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Twenty-Seventh Omnibus Objection to Claims  Tax No
Case No. 08-35653-KRH    Liability

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12888 | Secured: Priority: Administrative 503(b)(9): Unsecured:     UNL Total:     UNL | 05/07/2009 | PRAHS, INC. (08-35670) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12894 | Secured: Priority: Administrative 503(b)(9): Unsecured:     UNL Total:     UNL | 05/07/2009 | KINZER TECHNOLOGY, LLC (08-35663) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12890 | Secured: Priority: Administrative 503(b)(9): Unsecured:     UNL Total:     UNL | 05/07/2009 | PATAPSCO DESIGNS, INC. (08-35667) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12909 | Secured: Priority: Administrative 503(b)(9): Unsecured:     UNL Total:     UNL | 05/07/2009 | CIRCUIT CITY PROPERTIES, LLC (08-35661) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12900 | Secured: Priority: Administrative 503(b)(9): Unsecured:     UNL Total:     UNL | 05/07/2009 | INTERTAN, INC. (08-35655) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12893 | Secured: Priority: Administrative 503(b)(9): Unsecured:     UNL Total:     UNL | 05/07/2009 | COURCHEVEL, LLC (08-35664) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                    Debtors' Twenty-Seventh Omnibus Objection to Claims  Tax No
Case No. 08-35653-KRH                                                                                            Liability

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PIMA COUNTY<br>PIMA COUNTY ATTYS OFFICE<br>32 N STONE AVE STE 2100<br>TUCSON, AZ 85701 | 11261 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL<br><br><br><br>UNL | 02/02/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| PRATTVILLE, CITY OF<br>PO BOX 680190<br>PRATTVILLE, AL 36068 | 12800 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br>$3,404.42<br><br><br>$3,404.42 | 04/30/2009 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| ROCKWALL CAD<br>ELIZABETH WELLER<br>LAURIE A SPINDLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201-2691 | 1576 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $40,283.60<br><br><br><br>$40,283.60 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROCKWALL COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 1579 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $7,656.15<br><br><br><br>$7,656.15 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROUND ROCK ISD<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>THE TERRACE II 2700 VIA FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 1439 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $31,624.27<br><br><br><br>$31,624.27 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                          Debtors' Twenty-Seventh Omnibus Objection to Claims  Tax No
Case No. 08-35653-KRH                                                                                                 Liability

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SHASTA COUNTY TAX COLLECTOR<br>PO BOX 99 1830<br>REDDING, CA 96099-1830 | 13381 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $5,160.82<br><br>$5,160.82 | 06/15/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SOUTH TEXAS COLLEGE<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>THE TERRACE II 2700 VIA<br>FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 1409 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $3,955.57<br><br><br><br>$3,955.57 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SOUTH TEXAS ISD<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>THE TERRACE II 2700 VIA<br>FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 1404 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $1,299.16<br><br><br><br>$1,299.16 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| STATE OF ILLINOIS<br>SECRETARY OF STATE<br>DEPT OF BUSINESS SERVICES<br>351 HOWLETT BUILDING<br>SPRINGFIELD, IL 62756 | 11246 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $24,685.04<br><br><br><br>$24,685.04 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>VICTORIA A REARDON<br>ASSISTANT ATTORNEY GENERAL<br>CADILLAC PL STE 10 200<br>3030 W GRAND BLVD<br>DETROIT, MI 48202 | 2257 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $125,000.00<br>$125,000.00 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.          Debtors' Twenty-Seventh Omnibus Objection to Claims  Tax No
Case No. 08-35653-KRH                                                                                 Liability

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF MICHIGAN DEPARTMENT OF TREASURY VICTORIA A REARDON ASSISTANT ATTORNEY GENERAL CADILLAC PL STE 10 200 3030 W GRAND BLVD DETROIT, MI 48202 | 2259 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $521,916.68 $521,916.68 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TARRANT COUNTY ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST STE 1600 DALLAS, TX 75201 | 279 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $197,174.51 $197,174.51 | 11/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TENNESSEE DEPARTMENT OF REVENUE C O ATTORNEY GENERAL PO BOX 20207 NASHVILLE, TN 37202-0207 | 12969 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $346.80 $346.80 | 05/11/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| THE COMMISSIONER OF REVENUE OF THE STATE OF TENNESSEE WILBUR E HOOKS DIRECTOR C O ATTORNEY GENERAL TAX ENFORCEMENT DIVISION PO BOX 20207 NASHVILLE, TN 37202-0207 | 12960 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $649.60 $649.60 | 05/11/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| THURSTON COUNTY TREASURER 2000 LAKERIDGE DR SW OLYMPIA, WA 98502-6080 | 4509 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $2,250.51 $2,250.51 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TOM GREEN CAD ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST STE 1600 DALLAS, TX 75201 | 1539 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                       Debtors' Twenty-Seventh Omnibus Objection to Claims  Tax No
Case No. 08-35653-KRH                                                                                                Liability

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TOWN OF BRAINTREE<br>TAX COLLECTOR<br>PO BOX 859209<br>BRAINTREE, MA 02185 | 4394 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $296.57<br><br><br><br><br>$296.57 | 01/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:      85                    $5,914,889.29

\*      "UNL" denotes an unliquidated claim.