DAVID M. STERN (CA State Bar No. 67697),
MICHAEL L. TUCHIN (CA State Bar No. 150375), and
KORIN A. AVELINO (CA State Bar No. 260363)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
Telephone:    (310) 407-4000
Facsimile:    (310) 407-9090

-and-

SUSAN R. PODOLSKY (VA State Bar No. 27891)
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone:    (571) 366-1702

Counsel for Claimant (Claim Nos. 1009, 9681)
PARAMOUNT HOME ENTERTAINMENT INC.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re<br><br>CIRCUIT CITY STORES, INC., *et al.*,<br><br>Debtors.[1] | Case No.: 08-35653-KRH<br>(Jointly Administered)<br><br>Chapter 11 |

## ORDER GRANTING ADMISSION PRO HAC VICE

1.    Upon the *Motion for Admission to Practice Pro Hac Vice* (the "Motion"), and the representation by counsel, Susan R. Podolsky, that David M. Stern is a practicing attorney in good standing in the state of California; it is hereby

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

115777.2

ORDERED that David M. Stern may appear and practice *pro hac vice* in the above-captioned bankruptcy cases and any related adversary litigation on behalf of Paramount Home Entertainment Inc.; and it is further

ORDERED that the Motion is hereby GRANTED.

DATE: Jul 23 2009

/s/ Kevin Huennekens

Kevin R. Huennekens,
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: 7/24/09

I ASK FOR THIS:

By: _____
Susan R. Podolsky (VA State Bar No. 27891)
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone: (571) 366-1702
Email: susanpodolsky@verizon.net

Local Counsel for PARAMOUNT HOME ENTERTAINMENT INC.

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1**

1. I HEREBY CERTIFY that the foregoing proposed order has been endorsed by or served upon all necessary parties.

_____
Susan R. Podolsky (VA State Bar No. 27891)

115777.2

2

## MAILING LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY OF ORDER GRANTING PRO HAC VICE ADMISSION

**U.S. Trustee**
Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 East Broad St., Suite 4304
Richmond, VA 23219

**Counsel to the Debtors**
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
One James Center
901 E. Carey St.
Richmond, VA 23219

**Counsel to the Official Creditors Committee**
Brad R. Godshall, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth St., 2nd Floor
Richmond, VA 23219

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj          Page 1 of 1          Date Rcvd: Jul 24, 2009
Case: 08-35653                Form ID: pdforder        Total Noticed: 2

The following entities were noticed by first class mail on Jul 26, 2009.
aty         +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636
            +Chris Dickerson, Esq.,   Skadden Arps et al,   333 West Wacker Dr.,   Chicago, IL 60606-1220
The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 26, 2009**          **Signature:** _Joseph Speetjens_