**JAMES P. MORAN**
**54 TWIN OAKS**
**NEW MILFORD, CT 06776**
**TEL/FAX 860 354 3272**



JULY 20, 2009

CLERK OF THE BANKRUPTCY COURT
UNITED STATES BANKRUPTCY COURT
701 EAST BROAD ST.
RICHMOND, VA. 23219

NAME OF DEBTOR: CIRCUIT CITY STORES, INC, et al (3875) - CASE NO. 08 35653

CLAIM NUMBERS: 3880, 6285, 6413

ABOVE CLAIMS FOR UNUSED, ACCRUED PAID TIME OFF (PTO) WERE EARNED, GRANDFATHERED PRIOR TO THE FILING OF THE PETITION. **NOTICE OF PETITION/REVISIONS WAS NEVER, I REPEAT NEVER, PROVIDED BY CIRCUIT CITY STORES OR THEIR REPRESENTATIVES IN BANKRUPTCY. <u>THE PTO WAS EARNED, ACCRUED AND GRANDFATHERED THEREFORE, PAYABLE</u>.**

CLAIM: 231.81 HOURS @ $16.56 PER HOUR = $3834.63
DOCUMENTATION: COPY OF PAYROLL STATEMENT DATED MAR. 09, 2009

BANKRUPTCY COURT:  U.S. BANKRUPTCY COURT
                                        FOR EASTERN DISTRICT OF VIRGINIA
                                        RICHMOND DIVISION

<u>OBJECTION</u>: PAID TIME OFF.

CLAIMANTS NAME:  JAMES P. MORAN
                                    54 TWIN OAKS
                                    NEW MILFORD, CT 06776
                                    TEL.: 860 354 3272

JAMES P. MORAN

ENCLOSED: COPY OF PAYROLL STATEMENT DATED 03 09 2009

```
CIRCUIT CITY PAYROLL              Pay Group:      HLF    EC Hourly           Pay Begin Date: 02/26/2009    Advice #:    3330668
PO BOX 563986                     Business Unit:  USA01                      Pay End Date:   03/11/2009    Advice Date: 03/09/2009
CHARLOTTE, NC 28256-3986
1-800-288-6353                    Employee ID:    10154401                   TAX DATA:
                                  Department:     366800 Danbury Superstore                                Federal       CT State
JAMES P MORAN                     Location:       CT Danbury
54 Twin Oaks                                                                 Marital Status   Single       Connecticut With
New Milford, CT  06776-1047                                                  Allowances:      0            0
                                                                             Addl. Pct:
                                                                             Addl. Amt:
```

| HOURS AND EARNINGS | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| | ........Current........ | | | ....YTD.... | | | | |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Hourly | 16.560000 | 72.00 | 1,192.32 | 479.25 | 7,936.38 | Fed Withholdng | 130.93 | 1,021.91 |
| Average Overtime | | | 0.00 | 24.50 | 202.86 | Fed MED/EE | 15.58 | 117.34 |
| Supervisor Bonus | | | 0.00 | | 292.50 | Fed OASDI/EE | 66.60 | 501.72 |
| Paid Time Off | | | 0.00 | 11.00 | 182.16 | CT Withholdng | 18.68 | 251.68 |
| Total: | | 72.00 | 1,192.32 | 514.75 | 8,613.90 | Total: | 231.79 | 1,892.65 |

*handwritten: 16.56/Hr*

| BEFORE TAX DEDUCTIONS | | | AFTER TAX DEDUCTIONS | | | PTO Plan | |
|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | | |
| Employee Dental | 13.56 | 47.46 | Long Term Disability | 33.10 | 115.85 | PY PTO | |
| Employee Medical | 100.00 | 344.60 | | | | Earned | 0.00 |
| Employee Vision | 4.62 | 4.62 | | | | Taken | 0.00 |
| Health Care Flex Spending Acct | 0.00 | 125.00 | | | | Balance | 0.00 |
| 401K | 0.00 | 321.23 | | | | | |
| | | | | | | Current PTO | |
| | | | | | | Earned | 236.83 |
| | | | | | | Taken | 15.03 |
| | | | | | | Balance | 231.81 |
| | | | | | | IMPUTED INCOME | |
| | | | | | | Current: | 0.00 |
| Total: | 118.18 | 842.91 | Total: | 33.10 | 115.85 | YTD: | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,192.32 | 1,074.14 | 231.79 | 151.28 | 809.25 |
| YTD: | 8,613.90 | 7,770.99 | 1,892.65 | 958.76 | 5,762.49 |

MESSAGE  VERIFY YOUR PERSONAL INFO FOR 2007 W2 ACCURACY

▼ FOLD AND TEAR HERE ▼