# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

In re:

Circuit city Stores, Inc.,

        Debtor.

) Chapter 11
)
) Case No.: 08-35653
)
) Judge Kevin R. Huennekens
)

**NOTICE OF TRANSFER OF POST-PETITION ADMINISTRATIVE EXPENSE PURSUANT TO B.R.B.P RULE 3001(e)(2)**

**Name of Proposed Transferor:**
Funai Service Corporation
5653 Creekside Parkway
Suite A
Lockbourne, OH 43137

**Name of Transferee:**
United States Debt Recovery LLC
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOUR MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

    **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Eastern District of Virginia
    310 United States Courthouse Annex 1100 East Main St
    Richmond, VA 23219-3538
    **SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

FOR CLERK'S OFFICE ONLY:

This notice was filed to the first party, by first class mail, postage prepaid on _____

INTERNAL CONTROL NO._____

Copy (check)  Claims Agent_____    Transfereee_____    Debtor's Attorney_____

                                                                        _____
                                                                            Deputy Clerk

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

Debtors.

) Chapter 11
)
) Case No.: 08-35653
)
) Judge Kevin R. Huennekens
)
) **TRANSFER OF CLAIM**
) **BANKRUPTCY RULE 3001(E)(2)**
)
) Jointly Administered

PLEASE TAKE NOTICE that the administrative priority (section 503(b)(9)) claim, claim number 1028 of Funai Service Corporation (underlying creditor or "Transferor") against the above captioned Debtor in the amount of $1,036.31, as listed within the debtor's docket and/or creditor register, have been sold, transferred and assigned (absolutely and not for security) to United States Debt Recovery LLC., ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby sell, assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. I represent and warrant that the claim is not less than $1,036.31 and has not been previously objected to, sold, or satisfied. Other that as stated above, USDR assumes all risks associated with the debtor's ultimate payment, if any upon the claim. I agree that upon request, I will deliver to USDR any correspondence, payment received after the date of this agreement and any supporting materials (if requested by USDR) documenting the claim. The clerk of the court is authorized to changed the address and holder of this claim from Transferor to that of the Transferee, USDR below.

**TRANSFEROR:**

Print Name Yoshihiro Sasaki   Title: CFO

Signature: [signature]   Date: 7/15/'09

Corrected Address (if req.) _____

Phone: 614-302-9440   E-Mail: ysasaki@funaiservice.com

**TRANSFEREE:**
United States Debt Recovery LLC
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: [signature]
Nathan E. Jones, Managing Director
and General Counsel

7 07 09 006-503-I-JM-Z:Circuit City/503(b)(9) Objection Databases