**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>,[1] | **:** | Case No. 08-35653-KRH |
| | **:** | (Jointly Administered) |
| Debtors. | **:** | |
| | **:** | |
| | **:** | |
| | **:** | |

**ORDER ALLOWING INTERIM**
**COMPENSATION AND EXPENSE REIMBURSEMENT**
**(Pachulski Stang Ziehl & Jones LLP)**

This matter came before the Court upon the Second Interim Application Of Pachulski

Stang Ziehl & Jones LLP For Allowance Of Compensation And Expense Reimbursement As

Local Counsel To The Official Committee of Unsecured Creditors (the "Application") filed by

Pachulski Stang Ziehl & Jones LLP ("PSZJ"); and it appearing to the Court that (i) PSZJ provided

proper notice of the Application to all necessary parties; (ii) no objections to the Application have

been filed; and (iii) the request for compensation and reimbursement of expenses as allowed herein

is reasonable, it is hereby ORDERED that:

1.      The Application is hereby approved;

2.      The requests for compensation in the amount of $585,692.00 and reimbursement of

expenses in the amount of $35,411.28 by PSZJ be and hereby are allowed; and,

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City West Coast is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

3.      The Debtors are authorized and directed to pay to PSZJ the amount of

compensation and reimbursement of expenses allowed herein as an administrative expense.

4.      Upon entry the Clerk shall serve by electronic delivery or first class mail, postage

prepaid, copies of this Order on the Office of the United States Trustee and Pachulski Stang Ziehl &

Jones LLP.

ENTER:                                  _____

                                        UNITED STATES BANKRUPTCY JUDGE


We ask for this:

/s/ Lynn L. Tavenner_____
Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178

        Co-Counsel for the Official
        Committee of Unsecured Creditors


Seen and No Objection:

/s/ Robert B. Van Arsdale (per email dated 07/23/2009)
Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia  23219

        Assistant United States Trustee


2

## **LOCAL RULE 9022-1 CERTIFICATION**

  In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

       /s/ Lynn L. Tavenner     
           Co-Counsel