## EXHIBIT A

### LEGAL DESCRIPTION OF PROPERTY

PARCEL A OF LOT LINE ADJUSTMENT NO. 933, AS EVIDENCED BY A LOT LINE ADJUSTMENT RECORDED OCTOBER 14, 2003 AS INSTRUMENT NO. 2003-805311 OF OFFICIAL RECORDS, BEING THAT PORTION OF PARCELS 4, 5, AND 6 OF PARCEL MAP NO. 30278, AS SHOWN BY PARCEL MAP ON FILE IN BOOK 200 PAGES 59 THROUGH 62 OF PARCEL MAPS, RECORDS OF RIVERSIDE COUNTY CALIFORNIA, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

PARCELS 4, 5, AND 6 OF PARCEL MAP NO. 30278 AS SHOWN BY MAP ON FILE IN BOOK 200 OF PARCEL MAPS AT PAGES 59 THROUGH 62, INCLUSIVE THEREOF, RECORDS OF RIVERSIDE COUNTY CALIFORNIA;

EXCEPTING THEREFROM, THE NORTHERLY 29.75 FEET OF THE WESTERLY 168.56 FEET OF SAID PARCEL 6.

SAID PARCEL CONTAINS 3.53 ACRES.

APN: 291-590-004-4 and 291-590-005-5 and 291-590-006-6

CCSWCI: Moreno Valley, CA Sale [5/15/2009]

EXHIBIT B

FORM OF GRANT DEED

RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:

MAIL TAX STATEMENTS TO:

APNs:                                SPACE ABOVE LINE FOR RECORDER'S USE ONLY

## GRANT DEED

**Documentary transfer tax is not shown pursuant to Revenue and Taxation Code Section 11932.**

FOR VALUABLE CONSIDERATION, the receipt and sufficiency of which are hereby acknowledged, CIRCUIT CITY STORES WEST COAST, INC., a California corporation ("**Grantor**"), hereby grants to _____ ("**Grantee**"), all that certain real property located in the City of Moreno Valley County of Riverside, State of California, more particularly described on Exhibit "A" attached hereto and incorporated herein by this reference, together with all improvements and all of Grantor's right, title and interest in and to all rights and appurtenances pertaining to such real property, including any right, title and interest of Grantor in and to adjacent streets, alleys or rights-of-way, subject to (i) liens for real property taxes that are not yet due and payable, (ii) zoning ordinances, building codes and other land use laws and applicable governmental regulations, (iii) all covenants, agreements, conditions, easements, restrictions and rights, whether of record or otherwise (excluding, however, mortgages, deeds of trust, mechanics liens, tax liens, judgment liens, any other liens securing monetary amounts, leases, licenses, any other similar agreements conveying possessory rights (other than easements and similar rights), purchase option rights, rights of first refusal and any other similar rights of purchase), and (iv) any and all matters that would be shown by a physical inspection of the Property (the "Property").

This grant deed is made pursuant to that certain "[insert title of Sale Order]".

*[Remainder of page intentionally left blank.]*

CCSWCI: Moreno Valley, CA Sale [5/15/2009]

22

IN WITNESS WHEREOF, this Grant Deed has been executed this ___ day of _____.

"GRANTOR"

CIRCUIT CITY STORES WEST COAST, INC.,
a California corporation

By:_____
Name:_____
Title: _____


State of _____
County of _____ } ss.

On _____ before me, _____, Notary Public, personally appeared _____
_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.


_____
Signature

(seal)

23

CCSWCI: Moreno Valley, CA Sale [5/15/2009]

EXHIBIT "A" to GRANT DEED

Property Legal Description

## EXHIBIT C

## FORM OF OWNER'S AFFIDAVIT

The undersigned hereby declares that to the undersigned's actual knowledge, without investigation, as follows:

1. Declarant ("Owner") is the owner or lessee, as the case may be, of certain premises located at _____, further described as follows: See Preliminary Report/Commitment No. _____ for full legal description (the "Land").

2. Intentionally Deleted.

3. The Land is currently in use as unoccupied commercial property; and the following are all of the leases or other occupancy rights affecting the land: None.

4. There are no other persons or entities that assert an ownership interest in the Land, nor has the undersigned received actual notice of unrecorded easements, claims of easement, or boundary disputes that affect the Land.

5. There are no outstanding options to purchase or rights of first refusal affecting the Land.

This declaration is made subject to all matters set forth in that certain "[insert title of Sale Order]".

This declaration is made with the intention that Stewart Title Insurance Company (the "Company") and its policy issuing agents will rely upon it in issuing their title insurance policies and endorsements.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on _____, 2009 at Richmond, Virginia.

CIRCUIT CITY STORES WEST COAST, INC.,
a California corporation

By: _____

Print Name: _____

Title: _____

891018.5 -- 89079.076

EXHIBIT D

FORM OF BILL OF SALE

BILL OF SALE

For valuable consideration, the receipt and sufficiency of which are hereby acknowledged, _____ ("Seller"), in connection with the sale of certain real property located in the _____, California, which is more particularly described on Exhibit "A" attached hereto and by this reference incorporated herein ("Property"), hereby grants, assigns, transfers, conveys and delivers to _____ (collectively, "Buyer"), all of Seller's right, title and interest in and to the personal property ("Personal Property") situated on the Property. The Personal Property is being transferred on an "as is" basis, *without any representations or warranties, express, implied or statutory, of any kind whatsoever by Seller, including, without limitation, any warranty of title, merchantability, or fitness for a particular purpose.*

IN WITNESS WHEREOF, Seller has executed this Bill of Sale as of _____, 20\_\_.

CIRCUIT CITY STORES WEST COAST, INC.,
a California corporation

By: _____
Name: _____
Title: _____

891018.5 -- 89079.076

EXHIBIT "A"

LEGAL DESCRIPTION
---

PARCEL A OF LOT LINE ADJUSTMENT NO. 933, AS EVIDENCED BY A LOT LINE ADJUSTMENT RECORDED OCTOBER 14, 2003 AS INSTRUMENT NO. 2003-805311 OF OFFICIAL RECORDS, BEING THAT PORTION OF PARCELS 4, 5, AND 6 OF PARCEL MAP NO. 30278, AS SHOWN BY PARCEL MAP ON FILE IN BOOK 200 PAGES 59 THROUGH 62 OF PARCEL MAPS, RECORDS OF RIVERSIDE COUNTY CALIFORNIA, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

PARCELS 4, 5, AND 6 OF PARCEL MAP NO. 30278 AS SHOWN BY MAP ON FILE IN BOOK 200 OF PARCEL MAPS AT PAGES 59 THROUGH 62, INCLUSIVE THEREOF, RECORDS OF RIVERSIDE COUNTY CALIFORNIA;

EXCEPTING THEREFROM, THE NORTHERLY 29.75 FEET OF THE WESTERLY 168.56 FEET OF SAID PARCEL 6.

SAID PARCEL CONTAINS 3.53 ACRES.

APN: 291-590-004-4 and 291-590-005-5 and 291-590-006-6

891018.5 -- 89079.076