Case 08-35653-KRH    Doc 4308    Filed 07/28/09    Entered 07/28/09 11:37:08    Desc Main
Document      Page 1 of 3

Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal,
 Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone: (301) 230-5200 or
           (703) 684-5200
Facsimile:  (301) 230-2891
ggrant@shulmanrogers.com
csydnor@shulmanrogers.com

*Local Counsel for 99¢ Only Stores*

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, et al. | ) | Case No. 08-35653-KRH |
| | ) | Jointly Administered |
| Debtors. | ) | |

## ORDER GRANTING MOTION FOR LEAVE OF COURT TO ATTEND HEARING BY TELEPHONE

Upon consideration of the Unopposed Motion for Leave of Court to Attend Hearing by Telephone filed by 99¢ Only Stores, and it appearing that the motion having been served upon counsel for the Debtors, counsel for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that 99¢ Only's Motion for Leave of Court to Attend Hearing by Telephone is GRANTED, and Todd Rosen is permitted to appear and be heard by telephone at the hearing on July 23, 2009 at 11:00 a.m. EDT on behalf of 99¢ Only.

Dated:  July ___, 2009          _____
                                Kevin R. Huennekens
                                United States Bankruptcy Judge

WE ASK FOR THIS:

/s/  Courtney R. Sydnor
Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone:  (301) 230-5200 or
            (703) 684-5200
Facsimile:   (301) 230-2891
ggrant@shulmanrogers.com
csydnor@shulmanrogers.com

*Local Counsel for 99¢ Only Stores*

**Local Rule 9022-1(C) Certification**

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/  Courtney Sydnor
Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal,
  Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone: (301) 230-5200 or
            (703) 684-5200
Facsimile: (301) 230-2891
ggrant@shulmanrogers.com
csydnor@shulmanrogers.com

*Local Counsel for 99¢ Only Stores*