Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal,
 Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone: (301) 230-5200 or
          (703) 684-5200
Facsimile:  (301) 230-2891
ggrant@shulmanrogers.com
csydnor@shulmanrogers.com

*Counsel 99¢ Only Stores*

1UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, et al. | ) | Case No. 08-35653-KRH |
| | ) | Jointly Administered |
| Debtor | ) | |

**ORDER GRANTING MOTION FOR ADMISSION**
***PRO HAC VICE* OF TODD ROSEN**

This matter came before the Court on the Motion of Courtney R. Sydnor for the admission *pro hac vice* of Todd Rosen in the above-captioned matter on behalf of 99¢ Only Stores. Upon consideration of the motion, and the record in this case, and finding that cause exists for the relief requested in the motion, it is hereby ORDERED that the Motion is GRANTED. Todd Rosen may appear *pro hac vice* as counsel for 99¢ Only Stores in the above-captioned bankruptcy case.

Dated: July ___, 2009

                                                  Kevin R. Huennekens
                                                  United States Bankruptcy Judge

WE ASK FOR THIS:

/s/  Courtney R. Sydnor
Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone:  (301) 230-5200 or
                    (703) 684-5200
Facsimile:  (301) 230-2891
ggrant@shulmanrogers.com
csydnor@shulmanrogers.com

*Local Counsel for 99¢ Only Stores*

### Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/  Courtney R. Sydnor
Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone:  (301) 230-5200 or
                    (703) 684-5200
Facsimile:  (301) 230-2891
ggrant@shulmanrogers.com
csydnor@shulmanrogers.com

*Local Counsel for 99¢ Only Stores*