Gregg M. Galardi, Esq.　　　　　　　Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.　　　　　　　Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &　　MCGUIREWOODS LLP
FLOM, LLP　　　　　　　　　　　　　　One James Center
One Rodney Square　　　　　　　　　　901 E. Cary Street
PO Box 636　　　　　　　　　　　　　　Richmond, Virginia 23219
Wilmington, Delaware 19899-0636　　(804) 775-1000
(302) 651-3000

　　　　- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

　　　　　　IN THE UNITED STATES BANKRUPTCY COURT
　　　　　　　FOR THE EASTERN DISTRICT OF VIRGINIA
　　　　　　　　　　　RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   1Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER GRANTING DEBTORS' MOTION FOR ORDER SHORTENING NOTICE
PERIOD AND LIMITING NOTICE OF DEBTORS' MOTION FOR ORDER
PURSUANT TO BANKRUPTCY CODE SECTION 363 (I) AUTHORIZING
CIRCUIT CITY STORES, INC. TO ENTER INTO AGREEMENT MODIFYING
CONTRACT WITH AAC CROSS COUNTY MALL, LLC AND (II) AUTHORIZING
SALE, ASSIGNMENT, AND ASSUMPTION OF THE LEASE**

　　Upon consideration of the Debtors' Motion for Order Shortening Notice Period and Limiting Notice (the "Motion to Shorten Notice") of Debtors' Motion for Order Pursuant to Bankruptcy Code Section 363 (I) Authorizing Circuit City

Stores, Inc. To Enter into agreement Modifying Contract with AAC Cross County Mall, LLC and (II) Authorizing Sale, Assignment, and Assumption of the Lease (the "Motion"); and the Court having reviewed the Motion to Shorten Notice; and the Court having determined that the relief requested in the Motion to Shorten Notice is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion to Shorten Notice has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion to Shorten Notice is GRANTED.

2. Notice of the Motion is shortened so that it may be heard, considered and ruled upon by the Court at a hearing on July 23, 2009 at 11:00 a.m.

3. Notice of the Motion is limited to the parties as set forth in the Motion to Shorten Notice.

4. This Court will retain jurisdiction with respect to any dispute concerning the relief granted hereunder.

Dated:  Richmond, Virginia
            _____, 2009

```
                        _____
                         UNITED STATES BANKRUPTCY JUDGE
```

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

      /s/ Douglas M. Foley

\9666875.1