IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------------------------------x
:
In re:                                              :    Case No. 08-35653 (KRH)
:
CIRCUIT CITY STORES, INC., et al.,                  :    Chapter 11
:
                 Debtors.          :    (Jointly Administered)
:
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

    PLEASE TAKE NOTICE that P.C. Richard & Son, Inc., and its attorneys, Farrell Fritz, P.C., hereby withdraw their appearance and request for service of papers in the above-captioned jointly administered cases.

    PLEASE TAKE FURTHER NOTICE that request is also made that the undersigned be removed from all official service lists maintained for notices in these cases.

Dated: Uniondale, New York               FARRELL FRITZ, P.C.
       July 28, 2009

                                       By:   /s/ Ted A. Berkowitz   .
                                             Ted A. Berkowitz
                                             1320 RexCorp Plaza
                                             Uniondale, New York 11556-1320
                                             Tel:   (516) 227-0700
                                             Fax:   (516) 227-0777

                                             *Attorneys for P.C. Richard & Son, Inc.*

Interwoven\1150200.1