United States Bankruptcy Court
701 East Broad Street - Courtroom 5100
Richmond, Virginia, 23219

Case Number 08-35653-KRH   Doc 2881
Circuit City Stores Inc. (08-35653)
Circuit City P.O. Box 563986 Charlotte, N.C. 28256

I, Kenneth R. Porter object to Circuit City's omnibus objection.

Circuit City owes Kenneth R. Porter, of 3608 Crosswicks Court, Fort Worth Texas 76137 Home phone 817-306-4784 $3,137.93 - Reason, Kenneth R. Porter was an employee and has earned this money payable in U.S. Dollars.

Porter, Kenneth Robert, 3608 Crosswicks Court, Fort Worth Texas, 76137 Claim Number 4847, Claim Amount $3137.93 Filed as Priority.

Respectfully

Kenneth R. Porter
3608 Crosswicks Court
Fort Worth, Texas
76137

phone 817-306-4784


RICHMOND DIVISION
FILED JUL 27 2009
CLERK
U.S BANKRUPTCY COURT

| CIRCUIT CITY PAYROLL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PO BOX 563986 | | | | | | | | |
| CHARLOTTE, NC 28256-3986 | | | | | | | | |
| 1-800-288-6353 | | | | | | | | |

KENNETH ROBERT PORTER
3608 Crosswicks Ct
Fort Worth, TX  76137-0000

Employee ID: 10274325
Department: 350500 North Richland
Location: 12 North Richland

Marital Status: Married

### HOURS AND EARNINGS

| Description | Rate | Hours | Earnings | Hours | Earnings |
|---|---|---|---|---|---|
| Back Pay | 20.330000 | | | 82.00 | |
| Bonus | | | | | |
| BLay Bonus | | | | | |
| Average Overtime | | | | | |
| Regular Hourly | | | | | |
| PTO Hours Adjustment | | | | | |
| Supervisor Bonus | | 0.00 | | | |
| Overtime 2 | | 0.00 | | | |
| Paid Time Off | | 0.00 | 62.00 | | 1,067.16 |
| Total | | 150 | 2,681.05 | 196.88 | 15,014.31 |

### BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total | 0.00 | 0.00 |

### AFTER TAX DEDUCTIONS

$3920
144 / $2880

### TOTAL

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,681.05 | | 584.00 | 0.00 | |
| YTD | 15,014.31 | | | 0.00 | |




THE FACE OF THIS DOCUMENT HAS A COLORED BACK

CIRCUIT CITY PAYROLL
PO BOX 563986
CHARLOTTE, NC 28256
1-800-288-6353

Deposit Amount:  $******1,99

To The             KENNETH RC
Account(s) Of    3608 Crosswic
                      Fort Worth, TX

NON

Cicuit City's Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA  90245

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

Kenneth Robert Porter
3608 Crosswicks Ct
Fort Worth, TX 76137

### PROOF OF CLAIM CONFIRMATION

Your proof of claim filed against **Circuit City Stores, Inc.**, case no **08-35653** was received on **1/26/2009** and assigned claim number **4847**

For more information, please visit www.kcclllc.net/circuitcity or call **(866) 381-9100.**

"Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to disallow certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO | Claim Number | Asserted Claim Amount | Classification As Filed |
|---|---|---|---|
| Porter, Kenneth Robert<br>3608 Crosswicks Ct<br>Fort Worth, TX 76137 | 4847 | $3,137.93 | Priority |

YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION.  YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION.  THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY 4:00 P.M. (EASTERN) ON AUGUST 10, 2009, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.