RE: CASE NO: 08-35653 KRH  DOC #4320  #2,815.33

"RESPONSE": TO NOTICE OF DEBTORS' NINTH OMNIBUS OBJECTION TO CERTAIN (I) LATE CLAIMS AND (II) LATE 503(B)(9) CLAIMS.

To Judge HUENEKKENS and or to whom it may concern, ☆

I am responding and disputing your decision to disqualify my claim based on "untimely filing."
Please strongly consider the fact that I am a mere consumer. And as such, was not given the privilege of being made aware of the Circuit City bankruptcy, or any filing deadlines until they had already taken place. I was not granted any notice for filing prior to the deadline. I was not served notice, or in any way otherwise informed. (as is stated on the "Llc hotline" that --"all creditors were informed by notice prior to the deadline". (AS YOU KNOW THE PUBLIC WAS NOT PRIVY TO THIS INFORMATION)
Therefore I should strongly be considered as an exception to it's enforcement.
It wasn't until January 14th, having incidentally walked by a coffee shop with the local news on, that I became aware of the "official" bankruptcy, well after the filing deadline.
Then, having heard this, I resumed fervently trying to resolve my issue with the merchant, where the store personnel strung me along with false promises until the chains were on the doors. And thus I found my only recourse to be reluctantly forced into these proceedings. At that point I had to educate myself rapidly as to how to file this claim.
I am respectful of the magnitude of this case, however, as a mere consumer, my claim represents a relatively substantial loss. As I never received the merchandise I paid Circuit City for. And they detoured me until they ultimately refused to provide me a proper refund, or a proper receipt for the refund they insisted they had already made. I'm out over $2,500.00.
Also, in January, the merchant insisted that despite some rumors of Circuit City possibly closing some stores, that "their store (Burbank) would most definitely not be affected." This again, causing me to forfiet my rights to file a claim by a deadline. And as you can surely understand, filing a claim in a corporate bankruptcy case wouldn't normally seem necessary, or even appropriate in my case, until I was ultimately forced to do so.
Furthermore, once I HAD filed, I invested consistent time following up on it, and was advised by the reps handling the claims, that there was no further action I could take outside of having filed, and awaitng a decision in writing some months later. But this very notice of objections didn't arrive to my mailbox until July 12th 09, apparently after the proposed deadline for this response!!
Please take careful consideration to these facts before lumping me in with the corporate creditors, which probably were notified appropriately. I wasn't.
Thank You,
Sincerely

Scott Warren



RICHMOND DIVISION
FILED
JUL 28 2009
CLERK
U.S. BANKRUPTCY COURT

☆ TO THE COURT FOR ———— CIRCUIT CITY
☆ IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA - RICHMOND VIRGINIA.

Scott Warren
10816 1/2 Blix ST
No. Hollywood, CA
91602
(818) 508-0239

| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & | MCGUIREWOODS LLP |
| FLOM, LLP | One James Center |
| One Rodney Square | 901 E. Cary Street |
| PO Box 636 | Richmond, Virginia 23219 |
| Wilmington, Delaware 19899-0636 | (804) 775-1000 |
| (302) 651-3000 | |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                         : Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     : Case No. 08-35653 (KRH)
et al.,                        :
                               :
              Debtors.         : Jointly Administered
- - - - - - - - - - - - - - - x

**NOTICE OF DEBTORS' NINTH OMNIBUS OBJECTION TO
CERTAIN (I) LATE CLAIMS AND (II) LATE 503(B)(9) CLAIMS**

**PLEASE TAKE NOTICE THAT** the above-captioned Debtors (the "Debtors") filed the Debtors' Ninth Omnibus Objection to Certain (i) Late Claims and (ii) Late 503(b)(9) Claims (the "Omnibus Objection") with the Bankruptcy Court. A copy of the Omnibus Objection is attached to this notice (this "Notice"). By the Omnibus Objection, the Debtors are seeking to disallow certain claims on the ground that the claims were filed after the applicable bar date.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus

Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (individually, a "Claim" and collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Omnibus Objection seeks to disallow Claims, including your Claim(s), listed below

| TO: | Claim Number | Asserted Claim Amount |
|---|---|---|
| Scott Warren<br>10816 1/2 Blix St<br>N Hollywood, CA 91602 | 12784 | $2,875.33 |

YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OMNIBUS OBJECTION. <u>YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION</u>. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OMNIBUS OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY WITHIN THIRTY (30) DAYS OF THE SERVICE OF THE OMNIBUS OBJECTION, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OMNIBUS OBJECTION CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.

### Critical Information for Claimants
### Choosing to File a Response to the Omnibus Objection

Who Needs to File a Response: If you oppose the reclassification of your Claim(s) listed above and if you are unable to resolve the Omnibus Objection with the Debtors before the deadline to object, then you must file and serve a written response (the "Response") to the Omnibus Objection in accordance with this Notice.

If you do not oppose the reclassification of your Claim(s) listed above, then you do not need to file a written Response to the Omnibus Objection and you do not need to appear at the hearing.

Response Deadline: The Response Deadline is **4:00 p.m. (Eastern Time) on June 29, 2009 (the "Response Deadline")**.

THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED AND RECEIVED BY THE RESPONSE DEADLINE.

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

> Clerk of the Bankruptcy Court
> United States Bankruptcy Court
> 701 East Broad Street - Room 4000
> Richmond, Virginia 23219

3

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Debtors' attorneys:

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, DE 19899-0636<br>Attn: Gregg M. Galardi<br>Attn: Ian S. Fredericks | MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219<br>Attn: Dion W. Hayes<br>Attn: Douglas M. Foley |

- and -

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
333 West Wacker Drive
Chicago, IL 60606
Attn:  Chris L. Dickerson

The status hearing on the Omnibus Objection will be held at **2:00 p.m. prevailing Eastern Time on July 6, 2009 at:**

> United States Bankruptcy Court
> 701 East Broad Street - Courtroom 5000
> Richmond, Virginia 23219

If you file a timely Response, in accordance with the Omnibus Objection Procedures, you do not need to appear at the status hearing on the Omnibus Objection.

### Procedures for Filing a Timely Response and Information Regarding the Hearing on the Omnibus Objection

**Contents**.  Each Response must contain the following (at a minimum):

1. a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Omnibus Objection to which the Response is directed;

4

2. the claimant's name and an explanation for the amount of the Claim(s);

3. a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection, including, without limitation, the specific factual and legal bases upon which the claimant will rely in opposing the Omnibus Objection;

4. a copy of any other documentation or other evidence of the Claim, to the extent not already included with the Claim, upon which the claimant will rely in opposing the Omnibus Objection at the hearing;

5. a declaration of a person with personal knowledge of the relevant facts that support the Response; and

6. your name, address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of your attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Addresses"). If a Response contains Notice Addresses that are different from the name and/or address listed on the Claim, the Notice Addresses will control and will become the service address for future service of papers with respect to all of your Claims listed in the Omnibus Objection (including all Claims to be reclassified) and only for those Claims in the Omnibus Objection.

**Additional Information**. To facilitate a resolution of the Omnibus Objection, your Response should also include the name, address, telephone number and facsimile number of the party with authority to reconcile, settle or otherwise resolve the Omnibus Objection on the claimant's behalf (the "Additional Addresses"). Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will not become the service address for future service of papers.

5

**Failure to File Your Timely Response.** If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Debtors will present to the Bankruptcy Court an appropriate order granting the relief requested in the Omnibus Objection <u>without further notice</u> to you.

**Each Objection Is a Contested Matter.** Each Claim subject to an Omnibus Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such Claim.

### Additional Information

**Requests for Information.** You may also obtain a copy of the Omnibus Objection or related documents on the internet, by accessing the website of Kurtzman Carson Consultants LLC, the claims, noticing and balloting agent for the Debtors in these bankruptcy cases at <u>www.kccllc.net/circuitcity</u>.

**Reservation of Rights.** Nothing in this Notice or the Omnibus Objection constitutes a waiver of the Debtors' right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you of the Debtors. Unless the Bankruptcy Court allows your Claim(s) or specifically orders otherwise, the Debtors have the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date. In such event, you will receive a separate notice of any such objections.

Dated: June 3, 2009
       Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

\9287784.1

7



Case No. 08-35653
PRF 15406

SCOTT WARREN
10816 1/2 BLIX ST
N HOLLYWOOD, CA 91602

PACK NO: 335
OMNI 9