## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## <u>NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM</u>

CC - Virginia Beach, LLC (the "Creditor"), by counsel, pursuant to Fed.R.Bankr.P. 3006, and in accordance with this Court's *Order Under Bankruptcy Code Sections 105, 363, 365 and 503 and Bankruptcy Rules 2002 and 6004 Authorizing and Approving the Sale by Seller of Certain Real Property Located in Virginia Beach, Virginia Free and Clear of Liens and Interests* (the "Sale Order"), dated July 16, 2009, hereby withdraws the original and amended proofs of claim (claim nos. 7153 and 12170) filed on account of general unsecured claims for unpaid rents and charges and lease rejection damages in accordance with 11 U.S.C. § 502(b)(6).

**THE CREDITOR <u>DOES NOT</u> RELEASE AND EXPRESSLY RESERVES ALL OF ITS RIGHTS WITH RESPECT TO ITS UNPAID ADMINISTRATIVE CLAIMS INCLUDING, WITHOUT LIMITATION, CLAIM NO. 13620.**

_____
Christopher L. Perkins (VSB No. 41783)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
(804) 783-7550
(804) 783-7686 facsimile

Niclas A. Ferland, Esq. (admitted *pro hac vice*)
Ilan Markus, Esq.
LeClairRyan, A Professional Corporation
555 Long Wharf Drive, 8th Floor
New Haven, Connecticut 06511
(203) 773-5026
(203) 773-5027 facsimile

Counsel for CC- Virginia Beach, LLC

Dated: July 29, 2009
      Richmond, Virginia

                                LeClairRyan, A Professional Corporation

                                /s/ Christopher L. Perkins
                                Christopher L. Perkins (VSB No. 41783)
                                Riverfront Plaza, East Tower
                                951 East Byrd Street, Eighth Floor
                                Richmond, Virginia 23219
                                Tel:  (804) 783-7550
                                Fax:  (804) 783-7686
                                christopher.perkins@leclairryan.com

                                - and -

                                Niclas A. Ferland (NAF-5367)
                                Ilan Markus (IM-7174)
                                555 Long Wharf Drive, 8th Floor
                                New Haven, CT  06511
                                Tel:  (203) 773-5026
                                Fax:  (203) 773-5027
                                niclas.ferland@leclairryan.com
                                ilan.markus@leclairryan.com

                                *Counsel for CC-Virginia Beach, LLC*

## <u>CERTIFICATE OF SERVICE</u>

That on the 29th day of July 2009, I caused the foregoing to be (i) electronically

filed with the Clerk of the Bankruptcy Court using the CM/ECF System, which causes

notices of the electronic filing to be served all registered users of the CM/ECF System

that have filed notices of appearance, and (ii) electronically mailed to all parties on the

"Rule 2002 Service List" maintained on the website of the Debtors' Court-approved

noticing agent in accordance with the Order Pursuant to Bankruptcy Code Sections 102

and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and

9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures.


/s/ Christopher L. Perkins
Christopher L. Perkins