UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br>CIRCUIT CITY STORES, INC.<br>Debtor. | Chapter: 11<br>Case No: 08-35653 krh |

**MOTION FOR RECONSIDERATION OF THE COURT'S JULY 20, 2009, ORDER ON DEBTORS' NINTH OMNIBUS OBJECTION (Dkt. No. 4171) FOR THE PURPOSE OF VACATING ITS DISALLOWANCE OF THE STATE OF WISCONSIN'S CLAIM FILED PRIOR TO THE MAY 11, 2009, GOVERNMENTAL BAR DATE**

The State of Wisconsin – Office of State Treasurer ("the State"), pursuant to 11 U.S.C. §502(j) and F.R.B.P 3008, moves the Court for reconsideration of its July 20, 2009, Order On Debtors' Ninth Omnibus Objection To Certain (I) Late Claims and (II) Late 503(B)(9) Claims (Dkt. 4171), for the purpose of vacating the Court's disallowance of the State's Claim filed on April 3, 2009, well before the May 11, 2009, Governmental Bar Date.

The Grounds for this motion are that, on April 3, 2009, the State filed the attached proof of claim, which the Debtors acknowledge was received on April 3, 2009. (Ex. A). On May 1, 2009, the State filed an Amended proof of claim, merely including additional documentation with its claim. (Ex. B.). The Debtors acknowledge that the claim was originally received on April 3, 2009. *See* Exhibit C attached to Debtors' Ninth Omnibus Objection at p. 39 of 45 (Dkt. 3509); Exhibit A attached to the Court's July 20, 2009 Order at p. 47 of 55 (Dkt. 4171). On June 9, 2009, the State received Debtors' Ninth Omnibus Objection. Regarding the Late Claims, the motion objected to the allowance of claims listed in Exhibit C, "a list of claims that were filed by non-governmental

William H. Ramsey, AAG
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
Telephone: (608) 266-7477
Facsimile: (608) 267-2223
ramseywh@doj.state.wi.us

entities who filed claims alleging claims after the General Bar Date (the "Late General Unsecured Claims"). (Dkt. #3509, ¶18). Because the list purported to address only non-governmental claims, the State's undersigned counsel did not review Exhibit C, which erroneously included the State's Claim. Upon receipt of the Court's Order On Debtor's Ninth Omnibus Objection To Certain (I) Late Claims and (II) Late 503(B)(9) Claims, the State's undersigned counsel became aware that its claim had been disallowed as late, although the Claim was filed well before the May 11, 2009, Governmental Bar Date.

Section 502(j) of the Bankruptcy Code provides, in relevant part, that "[a] claim that has been allowed or disallowed may be reconsidered for cause. A reconsidered claim may be allowed or disallowed according to the equities of the case." 11 U.S.C. §502(j). In assessing whether cause exists, courts pay particular attention to (1) possible prejudice to the Debtor, (2) a creditors explanation for its delay in contesting an objection to a claim and, (3) possible prejudice to the creditor absent reconsideration. *In re Cassell*, 206 B.R. 853, 856 (Bankr. W.D. Va. 1997).

Here, allowance of the State's claim, filed prior to the May 11, 2009, Governmental Bar Date will not prejudice the Debtors because it was timely filed. The State's reliance on the representation in the Ninth Omnibus Objection that it dealt only with non-governmental claims is reasonable under the circumstances, and it promptly filed this motion for reconsideration upon learning of the disallowance of its claim. Finally, the State will be prejudiced by the erroneous disallowance of its claim when it was, in fact, timely filed.

## CONCLUSION

Because the State plainly is a "governmental unit" and because it undisputedly filed its proof of claim on April 3, 2009 – before the May 11, 2009 Governmental Bar Date – its claim

was timely filed. Therefore, for the reasons set forth herein, the State respectfully requests that the Court reconsider and vacate its disallowance of State's claim on the basis that it was timely filed.

Dated: July 29, 2009.

J.B. VAN HOLLEN
Attorney General

WILLIAM H. RAMSEY
Assistant Attorney General
State Bar #1031922

Attorneys for State of Wisconsin

CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2009, a true and correct copy of the foregoing MOTION FOR RECONSIDERATION OF THE COURT'S JULY 20, 2009, ORDER ON DEBTORS' NINTH OMNIBUS OBJECTION (DKT. NO. 4171) FOR THE PURPOSE OF VACATING ITS DISALLOWANCE OF THE STATE OF WISCONSIN'S CLAIM FILED PRIOR TO THE MAY 11, 2009, GOVERNMENTAL BAR DATE, was electronically filed with the Clerk of the Court using the CM/ECF system, which will thereby cause the above to be electronically served on all registered users of the ECF system who have filed notices of appearance in this matter, and mailed, by U.S. Mail, first class, postage prepaid, to the following:

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
*Counsel for Debtor*

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Becket Boehm, Esq.
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
*Counsel for Debtor*

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P. O. Box 636
Wilmington, DE 19899-0636
*Counsel for Debtor*

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meaher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219
*Co-counsel for Official Committee of Unsecured Creditors*

Jeffrey N. Pomerantz, Esq.
Brad R. Godshall, Esq.
Pachulski Stang Zielh & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100
*Counsel for Official Committee of Unsecured Creditors*

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024
*Counsel for Official Committee of Unsecured Creditors*

Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219
*Counsel for U.S. Trustee*

Bruce H. Besanko
9950 Maryland Drive
Richmond, VA 23233

/s/ William H. Ramsey
WILLIAM H. RAMSEY
Assistant Attorney General
State Bar #1031922

# EXHIBIT A

Circuit City Stores, Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

State of Wisconsin Office of State Treasurer
William H Ramsey Assistant Attorney General
Department of Justice
PO Box 7857
Madison, WI 53707-7857

**PROOF OF CLAIM CONFIRMATION**
Your proof of claim filed against **Circuit City Stores, Inc.**,
case no **08-35653** was received on **4/3/2009**
and assigned claim number **12064**

For more information, please visit www.kccllc.net/circuitcity or call 1-866-381-9100

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|
| Name of Debtor: CIRCUIT CITY STORES, INC. | Case Number: 08-35653 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
STATE OF WISCONSIN -- OFFICE OF STATE TREASURER

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
WILLIAM H. RAMSEY, ASSISTANT ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
P. O. BOX 7857
MADISON, WI 53707-7857
Telephone number: 608-266-7477

**Court Claim Number:** _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

COPY

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $92,096.06

If all or part of your claim is secured, complete item 4 below, however, if all of your claim is unsecured, do not complete item 4.

If all of part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** CHECK RETURNED DUE TO INSUFFICIENT FUNDS; UNCLAIMED REBATE CHECKS
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side).
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe:

   Value of Property: $_____   Annual Interest Rate ___%

   Amount of arrearage and other charges as of time case filed included in secured claim.
   if any: $_____   Basis for perfection: _____

   Amount of Secured Claim $_____   Amount of Unsecured Claim $92,096.06

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain.

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).

☐ Up to $2425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(___).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 03/30/09   Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*[signature]*
WILLIAM H. RAMSEY, ASSISTANT ATTORNEY GENERAL SBN 1031922

FOR COURT USE ONLY
RECEIVED
APR 03 2009
KURTZMAN CARSON CONSULTANTS

*Penalty for presenting fraudulent claims.* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Mail Report To: Wisconsin State Treasurer's Office
Unclaimed Property Division
PO Box 2114
Madison, WI 53701-2114



## REPORT OF PROPERTY PRESUMED ABANDONED
(Payment of accounts MUST accompany report)

5550144

Date 10/20/2008    Federal ID # 54-0493875 000    St. of Incorp. VA    Dt. of Incorp. 09/13/1949

1. Name of Agency/Company/Holder
   CIRCUIT CITY STORES, INC.
   9954 MAYLAND DRIVE
   RICHMOND VA 23233

   Contact 1  LESLIE SPRINKLE                          Phone (804) 486-3984 Ext:
   E-mail  LESLIE_SPRINKLE@CIRCUITCITY.COM             Fax   (804) 967-8831

   Contact 2                                           Phone                  Ext:
   E-mail

2. Did you file a report of abandoned property last year? ✓ Yes ___ No
   If not, please explain: _____

3. NAICS Code

4. Business Classification of Holder (Bank, Credit Union, Savings & Loan, Courts, etc.) _____

5. Summary and Classification of Property Reported/Remitted:

   |   | AMOUNT |
   |---|---|
   | A. Accounts under $50.00 | $ 1096.43 |
   | B. Accounts over $50.00 with name UNKNOWN | $ |
   | C. Accounts over $50.00 with name, etc. | $ 8999.63 |
   | Shares of Stock _____ Total Remitted | $ 10,096.06 |
   | Number of safe deposit boxes _____ (To be delivered after February 1) | |

   RECEIVED NOV 0 3 2008 WISCONSIN STATE TREASURER

   12/29/08
   Amount Received  10,096.06
   Check #  000457192 5
   Cert #
   Share #

6. Name of previous holder: If you are a successor to a previous holder of unclaimed property, or if you have changed your name, please list such prior names below.

   Name _____ Address _____
   Name _____ Address _____

**Verification**

State of Virginia    County of Henrico

I, Scott Ash, state that I have prepared or have cause to be prepared, and have examined this report as to property presumed abandoned under Chapter 177, Wis. Stats. I am duly authorized to execute this report on behalf of the holder and by law. To the best of my knowledge and belief, said report is true, correct and complete.

Signature _____    Title Tax Manager

Subscribed and sworn to before me this 29 day of Oct, 20 08

Name of Notary Public _Leslie Sprinkle_ State VA    Commission Exp. Date 1/31/2011

My Comm. Exps. 1/31/2011

**CIRCUIT CITY®**

CIRCUIT CITY STORES, INC. (SU)
9950 MAYLAND DRIVE
RICHMOND, VA 23233
(804) 418-8148
VENDOR NUMBER: 0001019519

SUNTRUST BANK
ATLANTA, GEORGIA

64-79 / 611

CHECK NUMBER: 0004571925

PAY  Ten thousand ninety six and 06/100 Dollars

PAY EXACTLY *****$10,096.06

TO THE ORDER OF
STATE OF WISCONSIN
PO BOX 2114
UNCLAIMED PROP DIV TREASURER
MADISON, WI 53701-2114

$550160

DATE: 10/30/08

VOID IF OVER 90 DAYS
CDA NUMBER  8800606660

VOID IF OVER $200,000.00

⑆0045 71925⑆ ⑈061100790⑈ 8800606660⑈



Account Number: 111851166   MICR Acct. #: 8800606660   Routing #: 061100790
Check #: 4571925   Store #: 0000000300   Type: Return   Return Reason: Stop Payment
Amount: $10,096.06   Date: 01/12/2009   Sequence #: 0001010364

Front:

Back:

```
FUNCTION:                    DOCID: CR   585  RI900000006      01/14/09 09:41:07 AM
  STATUS:                    BATID:                  ORG:           000-000 OF 000
01-
      LINE NUMBER: 01    REFERENCE DOC ID:                        REF LINE NO:
   VEND/PROV/CUST:                       NAME:
     BILLING CODE:           REFERENCE NUMBER:
             FUND: 100              AGENCY: 585        ORG/SUB-ORG:
        APPR UNIT: 9 93   B      ACTIVITY:             REV/SUB-REV:
         FUNCTION:             OBJ/SUB-OBJ:            PROJ NUMBER:
         REPT CAT:        BS ACCT: 3630   DESC: RETURN ITEM 1-12-09 UNC. PROP.
           AMOUNT: 10096.06          I/D: D         P/F:
02-
      LINE NUMBER:       REFERENCE DOC ID:                        REF LINE NO:
   VEND/PROV/CUST:                       NAME:
     BILLING CODE:           REFERENCE NUMBER:
             FUND:                   AGENCY: 585        ORG/SUB-ORG:
        APPR UNIT:              ACTIVITY:               REV/SUB-REV:
         FUNCTION:             OBJ/SUB-OBJ:             PROJ NUMBER:
         REPT CAT:        BS ACCT:          DESC:
           AMOUNT:                    I/D:           P/F:
```

Case 08-35653-KRH    Doc 4327    Filed 07/29/09    Entered 07/29/09 10:41:58    Desc Main
Document      Page 13 of 17

SUBJECT TO THE PROTECTIVE AND NON-DISCLOSURE ORDER CONFIDENTIAL AND NON-PUBLIC INFORMATION SUBJECT TO THE PROTECTIVE AND NON-DISCLOSURE ORDER ENTERED BY THE IOWA DISTRICT COURT FOR POLK COUNTY DATED NOVEMBER 14, 2006

## SUMMARY OF UNCLAIMED REBATE CHECKS ISSUED BY CIRCUIT CITY
## DUE TO OWNERS WITH LAST KNOWN ADDRESS IN WISCONSIN

| | |
|---|---:|
| Property due November 1, 2006: | $7,000.00 |
| Property due November 1, 2007: | $25,000.00 |
| Property due November 1, 2008: | $50,000.00 |
| **ESTIMATED PROPERTY REPORTABLE:** | **$82,000.00** |

expertise in action™

ACS

# EXHIBIT B

Circuit City Stores, Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

State of Wisconsin Office of State Treasurer
William H Ramsey Assistant Attorney General
Department of Justice
PO Box 7857
Madison, WI 53707-7857

**PROOF OF CLAIM CONFIRMATION**
Your proof of claim filed against **Circuit City Stores, Inc.**,
case no **08-35653** was received on **5/1/2009**
and assigned claim number **12767**

For more information, please visit www.kccllc.net/circuitcity or call 1-866-381-9100

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|
| Name of Debtor: CIRCUIT CITY STORES, INC. | Case Number: 08-35653 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
STATE OF WISCONSIN – OFFICE OF STATE TREASURER

Name and address where notices should be sent:
WILLIAM H. RAMSEY, ASSISTANT ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
P. O. BOX 7857
MADISON, WI 53707-7857
Telephone number: 608-266-7477

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on: 04/03/2008

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $92,096.06

If all or part of your claim is secured, complete item 4 below, however, if all of your claim is unsecured, do not complete item 4.

If all of part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** CHECK RETURNED DUE TO INSUFFICIENT FUNDS; UNCLAIMED REBATE CHECKS
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side).
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☒ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____ Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim.

if any: $_____ Basis for perfection: _____

Amount of Secured Claim $_____ Amount of Unsecured Claim $92,096.06

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain.

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).

☐ Up to $2425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(___).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 04/27/09   Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[signature]

WILLIAM H. RAMSEY, ASSISTANT ATTORNEY GENERAL SBN 1031922

FOR COURT USE ONLY
RECEIVED
MAY 01 2009
KURTZMAN CARSON CONSULTANTS

*Penalty for presenting fraudulent claims.* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.