UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC.<br>Debtor. | Chapter:  11<br>Case No:  08-35653 krh |

## NOTICE OF WITHDRAWAL OF MOTION FOR RECONSIDERATION

The State of Wisconsin – Office of State Treasurer, by counsel, hereby withdraws its July 29, 2009,

Motion For Reconsideration Of The Court's July 20, 2009, Order On Debtors Ninth Omnibus Objection

(Dkt. 4171) For The Purpose Of Vacating Its Disallowance Of The State Of Wisconsin's Claim Filed Prior

To The May 11, 2009, Government Bar Date. (Dkt. No. 4327).

Dated:  July 29, 2009.

J.B. VAN HOLLEN
Attorney General

WILLIAM H. RAMSEY
Assistant Attorney General
State Bar #1031922

Attorneys for State of Wisconsin

William H. Ramsey,  AAG
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin  53707-7857
Telephone:  (608) 266-7477
Facsimile:  (608) 267-2223
ramseywh@doj.state.wi.us

CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2009, a true and correct copy of the foregoing NOTICE

OF WITHDRAWAL OF MOTION FOR RECONSIDERATION, was electronically filed with

the Clerk of the Court using the CM/ECF system, which will thereby cause the above to be

electronically served on all registered users of the ECF system who have filed notices of

appearance in this matter, and mailed, by U.S. Mail, first class, postage prepaid, to the following:

DANIEL F. BLANKS, ESQ.
DOUGLAS M. FOLEY, ESQ.
MCGUIRE WOODS LLP
9000 WORLD TRADE CENTER
101 W. MAIN STREET
NORFOLK, VA  23510
*Counsel for Debtor*

DION W. HAYES, ESQ.
JOSEPH S. SHEERIN, ESQ.
SARAH BECKET BOEHM, ESQ.
MCGUIRE WOODS LLP
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA  23219
*Counsel for Debtor*

GREG M. GALARDI, ESQ.
IAN S. FREDERICKS, ESQ.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
ONE RODNEY SQUARE
P. O. BOX 636
WILMINGTON, DE  19899-0636
*Counsel for Debtor*

CHRIS L. DICKERSON, ESQ.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 WEST WACKER DRIVE
CHICAGO, IL  60606

LYNN L. TAVENNER, ESQ.
PAULA S. BERAN, ESQ.
TAVENNER & BERAN, PLC
20 NORTH EIGHTH STREET, 2ND FLOOR
RICHMOND, VA  23219
*Co-counsel for Official Committee of Unsecured Creditors*

- 2 -

JEFFREY N. POMERANTZ, ESQ.
BRAD R. GODSHALL, ESQ.
PACHULSKI STANG ZIELH & JONES LLP
10100 SANTA MONICA BLVD.,11TH FLOOR
LOS ANGELES, CA  90067-4100
*Counsel for Official Committee of Unsecured Creditors*

ROBERT J. FEINSTEIN, ESQ.
PACHULSKI STANG ZIEHL & JONES LLP
780 THIRD AVENUE, 36TH FLOOR
NEW YORK, NY  10017-2024
*Counsel for Official Committee of Unsecured Creditors*

ROBERT B. VAN ARSDALE, ESQ.
OFFICE OF THE U.S. TRUSTEE
701 E. BROAD STREET, SUITE 4304
RICHMOND, VA  23219
*Counsel for U.S. Trustee*

BRUCE H. BESANKO
9950 MARYLAND DRIVE
RICHMOND, VA  23233

WILLIAM H. RAMSEY
Assistant Attorney General
State Bar #1031922

- 3 -