William A. Broscious, Esquire (VSB#27436)
Kepley Broscious & Biggs, PLC
2211 Pump Road
Richmond, Virginia 23233
(804) 741.0400 x202

David M. Stern, Esquire
Michael L. Tuchin, Esquire
Korin E. Avelino, Esquire
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue if the Stars, 39th Floor
Los Angeles, California  90067
(310) 407.4000

Counsel for Paramount Home Entertainment Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al*. | ) | **Case No. 08-35653 (KRH)** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |

## MOTION FOR ORDER PERMITTING WITHDRAWAL OF COUNSEL

Paramount Home Entertainment Inc., a creditor and party in interest ("Paramount"), by counsel and pursuant to Local Bankruptcy Rule 2090-1(G) hereby moves for entry of an Order permitting the withdrawal of Susan R. Podolsky, Esquire, as its counsel of record herein and, in support thereof, states as follows:

1. Susan R. Podolsky, Esquire, made an initial appearance as counsel to Paramount in the referenced bankruptcy cases commenced by Circuit City Stores, Inc., *et al*. (the "Debtors"). Ms. Podolsky made such appearance as an accommodation to Paramount in connection with responsive pleadings that required immediate filing and the filing of motions seeking the *pro hac vice* admission of certain attorneys with the law firm of Klee Tuchin Bogdanoff & Stern LLP as counsel to Paramount in the Debtors' bankruptcy proceeding.

2.      Following the filing of the responsive pleadings, Paramount engaged the law firm of Kepley Broscious & Biggs, PLC, to serve as co-counsel in the Debtors' bankruptcy proceeding.  Paramount promptly notified Ms. Podolsky of the substitution of counsel, and Ms. Podolsky requests that she no longer receive ECF notices concerning the filing of pleadings in the Debtors' bankruptcy proceeding.

3.      The law firms of Kepley Broscious & Biggs, PLC, and Klee Tuchin Bogdanoff & Stern LLP, filed a Notice of Appearance (and Substitution of Counsel) and Request for Service (Docket No. 4175) on July 21, 2009, in the Debtors' bankruptcy proceeding.

WHEREFORE, Paramount respectfully requests that the Court enter an Order permitting the withdrawal of Ms. Podolsky as counsel to Paramount in the Debtors' bankruptcy proceeding, directing that Ms. Podolsky be removed from the ECF system with respect to the Debtors' bankruptcy proceeding, and granting such other relief as is just and appropriate.

Date: July 30, 2009                         By:  */s/ William A. Broscious*
                                                 Counsel

William A. Broscious, Esquire (VSB #27436)
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, VA 23233
804.741.0400 x202

David M. Stern, Esquire
Michael L. Tuchin, Esquire
Korin E. Avelino, Esquire
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue if the Stars, 39th Floor
Los Angeles, California  90067
(310) 407.4000

Counsel for Paramount Home Entertainment Inc.

## **CERTIFICATE OF SERVICE**

   I hereby certify that on July 30, 2009, an electronic copy of the foregoing Motion for Order Permitting Withdrawal of Counsel and accompanying Order was filed using the Court's ECF System which caused electronic notification of filing to be served on all registered users of the ECF System that have requested such notification in the Circuit City Stores, Inc., *et al.* bankruptcy proceeding.

            */s/ William A. Broscious*
            William A. Broscious, Esq. (VSB #27436)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC.**, *et al.* | ) | Case No. 08-35653 (KRH) |
| | ) | Jointly Administered |
| **Debtors.** | ) | |

**ORDER PERMITTING WITHDRAWAL
OF SUSAN R. PODOLSKY
AS COUNSEL TO PARAMOUNT HOME ENTERTAINMENT INC.**

Upon consideration of the Motion for Order Permitting Withdrawal of Counsel (the "Motion") filed by Paramount Home Entertainment Inc. ("Paramount") and it appearing to the Court that good and sufficient notice having been provided pursuant to Local Rule 2090-1(G) and due deliberation having been had thereon and sufficient cause appearing therefore; it is hereby:

ORDERED that the relief requested in the Motion be and hereby is granted;

ORDERED that Susan R. Podolsky, Esquire, be and hereby is permitted to withdrawal as counsel of record to Paramount in this bankruptcy proceeding and such withdrawal be and hereby is approved; and

ORDERED that the Clerk be and hereby is directed to remove Ms. Podolsky from the ECF system with respect to the Debtors' bankruptcy proceeding.

Dated: _____, 2009      _____
United States Bankruptcy Judge

Entered on Docket: _____

WE ASK FOR THIS:

*/s/ William A. Broscious*
William A. Broscious, Esquire (VSB #27436)
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, VA 23233
804.741.0400 x202

David M. Stern, Esquire
Michael L. Tuchin, Esquire
Korin E. Avelino, Esquire
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue if the Stars, 39th Floor
Los Angeles, California  90067
(310) 407.4000

Counsel for Paramount Home Entertainment Inc.

## LOCAL RULE 9022-1 CERTIFICATION

I hereby certify that the foregoing Order has been endorsed by all necessary parties.

*/s/ William A. Broscious*
William A. Broscious, Esq. (VSB #27436)