# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| In re: Circuit City Stores, Inc., *et al.*, | ) ) ) Case No. 08-35653-KRH |
| | ) Chapter 11 |
| Debtors | ) |
| _____ | ) Jointly Administered |

## AMENDED NOTICE OF APPEARANCE OF COUNSEL
## AND REQUEST FOR ALL NOTICES

Pursuant to FED.R.BANKR.PROC. 2002(g) and 9010(b), the undersigned enters his appearance as counsel for the Pulaski County Treasurer, a creditor and party in interest in the above-captioned case ("Creditor").

Counsel hereby requests pursuant FED.R.BANKR.PROC. 2002, 9007 and 9010 and 11 U.S.C. § 342 that all notices given or required to be given in these proceedings, and all papers served or required to be served in these proceedings, be served upon the undersigned at the address listed below, and that the undersigned be scheduled on any limited service list or the like. This request includes not only the notices and papers required to be served pursuant to FED.R.BANKR.PROC. 2002, but additionally includes, without limitation, all orders, notices of any kind, applications, disclosure statements, plans of reorganization, complaints, demands, motions, petitions, pleadings or requests, whether formal or informal, written or oral, transmitted or conveyed electronically, by mail, delivery, facsimile, telephone or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this appearance and request for service is without prejudice to Creditor's rights, remedies or claims against other entities; that it does not waive any objection that may be made to the subject matter jurisdiction of the Court; and shall not be deemed to subject the Creditor to the jurisdiction of the Court. This appearance shall not be deemed to constitute a waiver of the rights of the Creditor to: seek de novo review by the District Court of rulings in non-core matters; to request a trial by jury in any matter so triable; to move the District Court to withdraw the reference in any matter; or to seek to enforce any right that the Creditor may possess or be entitled, in law or equity, all of which the Creditor expressly reserves.

DOUGLAS A. SCOTT, PLC
1805 Monument Avenue, Suite 311
Richmond, Virginia 23220
Counsel for Treasurer of Pulaski County, Arkansas

\s\ Douglas Scott
Douglas Scott, VSB No. 28211
DOUGLAS A. SCOTT, PLC
1805 Monument Avenue, Suite 311
Richmond, Virginia 23220
☎804.257.9860
BankruptcyCounsel@gmail.com
Counsel for Treasurer of Pulaski County, Arkansas
Dated:  July 30, 2009

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the foregoing was sent *via* the U.S. Bankruptcy Court ECF system on this, the 30th day of July, 2009, to the following:

Greg Galardi, Esquire
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636

Chris L. Dickerson, Esquire
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120

Dion W. Haynes, Esquire
Douglas M. Foley, Esquire
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

/s/ Douglas Scott

PC Case Files:P:Pulaski County AR_ Circuit City Claim:Notice of Appearance