Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000

- and –

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700

Counsel to the Debtors and  
Debtors in Possession

```
              IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
                          RICHMOND DIVISION

    - - - - - - - - - - - - - - -x
    In re:                        :   Chapter 11
                                  :
    CIRCUIT CITY STORES, INC.,    :   1Case No. 08-35653 (KRH)
    et al.,                       :
                                  :
                        Debtors.  :   Jointly Administered
    - - - - - - - - - - - - - - -x
```

**ORDER GRANTING SECOND INTERIM FEE APPLICATION OF
ERNST & YOUNG LLP, AS ACCOUNTING AND TAX CONSULTANTS
FOR THE DEBTORS, FOR THE PERIOD BEGINNING
<u>FEBRUARY 1, 2009 THROUGH APRIL 30, 2009</u>**

Upon consideration of the Second Interim Fee Application of Ernst & Young LLP as Accounting and Tax Consultants for the Debtors for the Period of February 1, 2009 through April 30, 2009 (the "Application"); and the Court having reviewed the Application and the Court having

determined that the relief requested in the Application is necessary and appropriate; and it appearing that proper and adequate notice of the Application has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

      **ORDERED, ADJUDGED, AND DECREED that:**

1. The Application meets the requirements of the Bankruptcy Code and the compensation and reimbursement of expenses sought in the Application is both fair and reasonable.

2. The Application is hereby approved in its entirety, and compensation in the total amount of $520,883.08 and reimbursement in the total amount of $3,799.93 for the Application Period is hereby approved, and the Debtors are hereby authorized and directed to pay the unpaid portion of such compensation.

3. This Court will retain jurisdiction with respect to any dispute concerning the relief granted hereunder.

Dated: Richmond, Virginia
_____Jul 27 2009_____, 2009

                        /s/ Kevin Huennekens
                        _____
                        UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:        Entered On Docket: 7/28/09

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley

\9422636.1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj           Page 1 of 1           Date Rcvd: Jul 28, 2009
Case: 08-35653                Form ID: pdforder         Total Noticed: 1
```

The following entities were noticed by first class mail on Jul 30, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 30, 2009**                          **Signature:**    _Joseph Speetjens_