IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | : | 1Case No. 08-35653 (KRH) |
| Debtors. | : | Jointly Administered |

**ORDER GRANTING REIMBURSEMENT OF EXPENSES INCURRED AND ALLOWANCE AND PAYMENT OF COMPENSATION REQUESTED IN SECOND INTERIM FEE APPLICATION OF DJM REALTY SERVICES, LLC FOR THE PERIOD FROM FEBRUARY 1, 2009 THROUGH APRIL 30, 2009**

This Court having previously authorized the retention of DJM Realty Services, LLC ("DJM") in the cases of the above-captioned debtors (collectively, the "Debtors"); and the Second Interim Fee Application of DJM Realty Services, LLC for Reimbursement of Expenses Incurred and for Allowance and Payment of Compensation for Services Rendered for the Period from February 1, 2009 through April 30, 2009 (the "Second Interim Application")[1] having been filed and served pursuant to the Plan and no other or further notice being necessary; and the Court having determined that granting the relief requested therein is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that no party-in-interest has filed any objections to the allowance of the amounts set forth in the Second Interim Application or that any such objection has been resolved or is hereby overruled; and upon the

---

[1] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Second Interim Application.

record herein; and after due deliberation thereon; and good and sufficient cause appearing thereof, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

The reimbursement of expenses incurred requested in the Second Interim Application are hereby approved and allowed on an interim basis in the amount of $37,289.22. The fees requested in the Second Interim Application are hereby approved and allowed on an interim basis in the amount of $740,606.69.

The Debtors are hereby authorized to promptly (i) reimburse DJM for expenses incurred in the amount of $37,289.22, and (ii) pay DJM $740,606.69, the allowed amounts of fees approved by this Order.

This Order is without prejudice to the right of DJM to seek further allowance and payment of compensation upon application to this Court.

Dated:  Richmond, Virginia
       Jul 27 2009          , 2009

                                          /s/ Kevin Huennekens
                                      UNITED STATES BANKRUPTCY JUDGE

Entered On Docket:  7/28/09

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                                     /s/ Douglas M. Foley

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj           Page 1 of 1                  Date Rcvd: Jul 28, 2009
Case: 08-35653                Form ID: pdforder         Total Noticed: 1

The following entities were noticed by first class mail on Jul 30, 2009.
aty         +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 30, 2009**              **Signature:** _Joseph Speetjens_