UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

ORDER ALLOWING FINAL
**COMPENSATION AND EXPENSE REIMBURSEMENT**
(Jefferies & Company, Inc.)

This matter came before the Court upon the Final Interim Application Of Jefferies & Company, Inc. For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisors To The Official Committee of Unsecured Creditors For The Period From November 18, 2008 Through April 30, 2009 (the "Application") filed by the Official Committee of Unsecured Creditors; and it appearing to the Court that (i) proper notice of the Application to all necessary parties; (ii) no objections to the Application have been filed; and (iii) the request for compensation and reimbursement of expenses as allowed herein is reasonable, it is hereby ORDERED that:

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

| | |
|---|---|
| Richard M. Pachulski (CA Bar No. 90073) | Lynn L. Tavenner (VA Bar No. 30083) |
| Robert J. Feinstein (NY Bar No. RF – 2836) | Paula S. Beran (VA Bar No. 34679) |
| Jeffrey N. Pomerantz (CA Bar No. 143717) | Tavenner & Beran, PLC |
| Pachulski Stang Ziehl & Jones LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard, 11th Floor | Richmond, VA 23219 |
| Los Angeles, CA 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy: (804) 783-0178 |
| Telecopy: (310) 201-0760 | |
| Counsel for the Official | Co-Counsel for the Official |
| Committee of Unsecured Creditors | Committee of Unsecured Creditors |

1. Capitalized terms used herein shall have the same meaning as used in the Application.

2. The Application is hereby approved;

3. The requests for compensation for the Second Application Period in the amount of $132,258.00 and reimbursement of expenses in the amount of $2,091.53 be and hereby are allowed; and,

4. All amounts sought for the Entire Compensation Period are hereby allowed and approved on a final basis.

5. The Debtors are authorized and directed to pay to Jefferies & Company, Inc. the amount of compensation and reimbursement of expenses allowed herein as an administrative expense.

6. Upon entry the Clerk shall serve by electronic delivery or first class mail, postage prepaid, copies of this Order on the Office of the United States Trustee and Tavenner & Beran, PLC.

ENTER:  Jul 27 2009

/s/ Kevin Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: 7/28/09

We ask for this:

/s/ Lynn L. Tavenner
Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178

    Co-Counsel for the Official
    Committee of Unsecured Creditors

Seen and No Objection:

/s/ Robert B. Van Arsdale (per email dated 07/23/2009)
Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia  23219

    Assistant United States Trustee

## LOCAL RULE 9022-1 CERTIFICATION

    In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

    /s/ Lynn L. Tavenner
    Co-Counsel

# CERTIFICATE OF NOTICE

```
District/off: 0422-7         User: jafarbayj           Page 1 of 1              Date Rcvd: Jul 28, 2009
Case: 08-35653               Form ID: pdforder         Total Noticed: 1

The following entities were noticed by first class mail on Jul 30, 2009.
aty          +Gregg M. Galardi,    Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,    PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 30, 2009**                    **Signature:** _Joseph Speetjens_