Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal,
 Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone: (301) 230-5200 or
         (703) 684-5200
Facsimile: (301) 230-2891
ggrant@shulmanrogers.com
csydnor@shulmanrogers.com

*Counsel 99¢ Only Stores*

# 1UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, et al. | ) | Case No. 08-35653-KRH |
| | ) | Jointly Administered |
| Debtor | ) | |

## ORDER GRANTING MOTION FOR ADMISSION
## *PRO HAC VICE* OF TODD ROSEN

This matter came before the Court on the Motion of Courtney R. Sydnor for the admission *pro hac vice* of Todd Rosen in the above-captioned matter on behalf of 99¢ Only Stores. Upon consideration of the motion, and the record in this case, and finding that cause exists for the relief requested in the motion, it is hereby ORDERED that the Motion is GRANTED. Todd Rosen may appear *pro hac vice* as counsel for 99¢ Only Stores in the above-captioned bankruptcy case.

Dated: July ___, 2009            /s/ Kevin Huennekens
     Jul 27 2009                 _____
                                 Kevin R. Huennekens
                                 United States Bankruptcy Judge

Entered on docket: 7/28/09

WE ASK FOR THIS:

/s/  Courtney R. Sydnor
Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone:  (301) 230-5200 or
             (703) 684-5200
Facsimile:  (301) 230-2891
ggrant@shulmanrogers.com
csydnor@shulmanrogers.com

*Local Counsel for 99¢ Only Stores*

## Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/  Courtney R. Sydnor
Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone:  (301) 230-5200 or
             (703) 684-5200
Facsimile:  (301) 230-2891
ggrant@shulmanrogers.com
csydnor@shulmanrogers.com

*Local Counsel for 99¢ Only Stores*

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj           Page 1 of 1           Date Rcvd: Jul 28, 2009
Case: 08-35653                Form ID: pdforder         Total Noticed: 1

The following entities were noticed by first class mail on Jul 30, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 30, 2009**               **Signature:** *Joseph Speetjens*