**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC. | ) | Case No.: 08-35653-KRH |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**AMENDED MOTION OF THE COLUMBUS DISPATCH FOR ALLOWANCE OF**
**ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §503(b)(1)(A)**

The Columbus Dispatch ("Columbus Dispatch"), by and through its counsel, hereby

moves for Allowance of its Administrative Expense Claim in the amount of $82,001.44 pursuant

to § 503(b)(1)(A) of Title 11 of the United States Code (the "Bankruptcy Code") and in support

of its Motion respectfully sets forth as follows:

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue of this case and this Motion are proper pursuant to 28 U.S.C. §§ 1408

and 1409.

**BACKGROUND**

3.      On November 10, 2008 (the "Petition Date"), the above-captioned debtor and

debtor-in-possession (collectively, the "Debtor") filed a petition for reorganization under Chapter

11 of the Bankruptcy Code and continued the management of its business and properties as

debtor-in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

4.      After the Petition Date, Columbus Dispatch provided certain advertising services

to enable the Debtor to sell its assets, which benefitted the estate and all its creditors.  These were

actual, necessary costs in order to preserve and obtain the maximum value for estate assets,

which were sold to third parties.

5.        Columbus Dispatch previously filed a Motion on June 30, 2009, making an

Administrative Expense claim for $37,074.42.  In the Motion, Columbus Dispatch reserved the

right to "amend, modify and/or supplement" its motion.  Subsequently, Columbus Dispatch

learned that it had not made a claim for the full amount of services provided and had omitted

$44,927.02.  The full amount of its administrative expense claim is $82,001.44, as set forth in the

statement (the "Statement") attached hereto as Exhibit "A" and "B".

## RELIEF REQUESTED

6.        By this Motion, Columbus Dispatch requests that this Court enter an order

allowing Columbus Dispatch an administrative claim pursuant to § 503(b)(1)(A) of the

Bankruptcy Code for the full value of the services provided to the Debtor in the ordinary course

of its business after the Petition Date in the aggregate amount of $82,001.44.

7.        As evidenced by the Statement, Columbus Dispatch provided services to the

Debtor, which were actual and necessary services and the Debtor received the benefit of the

services after the Petition Date, and the value is not less than $82,001.44. Accordingly,

Columbus Dispatch is entitled to an allowed administrative claim in the amount of $82,001.44

pursuant to § 503 (b)(1)(A) of the Bankruptcy Code.

8.        Columbus Dispatch hereby expressly reserves its right to assert additional claims

against the Debtor of any nature for any other amounts and to amend, modify and/or supplement

this Motion.  Further Columbus Dispatch reserves its right to seek to compel payment at a later

date.

WHEREFORE, Columbus Dispatch respectfully requests that the Court enter an order

allowing Columbus Dispatch an administrative claim pursuant to § 503(b)(1)(A) of the

Bankruptcy Code in the amount of $82,001.44 and granting to Columbus Dispatch such other

relief as is just and proper.


Dated: July 31, 2009                                    THE COLUMBUS DISPATCH


                                                        /s/ Richard E. Biemiller with permission
                                              By:    For Carl A. Eason
                                                        Carl A. Eason (VSB#18636)
                                                        Richard E. Biemiller (VSB#29017)
                                                        Convergence Center IV
                                                        301 Bendix Road, Suite 500
                                                        Virginia Beach, VA 23452
                                                        Telephone: (757) 497-6633

## CERTIFICATION OF SERVICE

        I hereby certify that on the 31st day of July, 2009, a true copy of the foregoing Motion for
Allowance of Administrative Expenses and Notice of Motion was mailed or electronically
transmitted to the following:

Daniel F. Blanks, Esquire
9000 World Trade Center,
101 W. Main Street
Norfolk, VA 23510
Counsel for debtor

Circuit City Stores, Inc., et al.
Claims Processing Dept.
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

W. Clarkson McDow, Jr. Esquire
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA, 23219

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

*Creditor Committee*
**Brad R. Godshall, Esquire**
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

*Creditor Committee*
**Jeffrey N. Pomerantz, Esquire**
10100 Santa Monica Blvd., Suite 1100
Los Angeles, VA 90067

*Creditor Committee*
**John D. Fiero, Esquire**
150 California Street, 15th Floor
San Francisco, CA 9411-4500

*Creditor Committee*
**Lynn L. Tavenner, Esquire**
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

*Creditor Committee*
**Robert J. Feinstein, Esquire**
780 Third Avenue, 36th Floor
New York, NY 10017

        /s/ Richard E. Biemiller with permission for
          Carl A. Eason