# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC.**, *et al*. | ) | Case No. 08-35653 (KRH) |
| | ) | Jointly Administered |
| **Debtors.** | ) | |

## ORDER PERMITTING WITHDRAWAL
## OF SUSAN R. PODOLSKY
## AS COUNSEL TO PARAMOUNT HOME ENTERTAINMENT INC.

Upon consideration of the Motion for Order Permitting Withdrawal of Counsel (the "Motion") filed by Paramount Home Entertainment Inc. ("Paramount") and it appearing to the Court that good and sufficient notice having been provided pursuant to Local Rule 2090-1(G) and due deliberation having been had thereon and sufficient cause appearing therefore; it is hereby:

ORDERED that the relief requested in the Motion be and hereby is granted;

ORDERED that Susan R. Podolsky, Esquire, be and hereby is permitted to withdrawal as counsel of record to Paramount in this bankruptcy proceeding and such withdrawal be and hereby is approved; and

ORDERED that the Clerk be and hereby is directed to remove Ms. Podolsky from the ECF system with respect to the Debtors' bankruptcy proceeding.

Dated: _____, 2009        _____
                                       United States Bankruptcy Judge

                                       Entered on Docket:
_____

WE ASK FOR THIS:

*/s/ William A. Broscious*
William A. Broscious, Esquire (VSB #27436)
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, VA 23233
804.741.0400 x202

David M. Stern, Esquire
Michael L. Tuchin, Esquire
Korin E. Avelino, Esquire
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue if the Stars, 39th Floor
Los Angeles, California  90067
(310) 407.4000

Counsel for Paramount Home Entertainment Inc.


## LOCAL RULE 9022-1 CERTIFICATION

   I hereby certify that the foregoing Order has been endorsed by all necessary parties.

          */s/ William A. Broscious*
          William A. Broscious, Esq. (VSB #27436)