# I/O MAGIC CORP.

4 MARCONI
IRVINE, CA  92656
Ph# (949) 707-4818
Fx# (949) 707-4850
E. Mail:  mstgeorge@iomagic.com

July 27, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia  23219

Reference:  Case # 08-35653 (Circuit City)

Dear Sir/Madame:



Please know that our facility was closed for several weeks and we were not able to respond to your "Notice of the debtors' fourteenth omnibus objection to claims" in a timely manner according to your request.

We provided adequate information of the balance that is due by Circuit City to I/O Magic Corp. in the amount of 60,630.23, at the time that we filed our claim. For your convenience, I am attaching another copy of the above summary and detailed balance.

Thank you.

Very truly yours,

Mary St. George
Collections Manager
4 Marconi
Irvine, Ca  92618
PH:  (949) 707-4818
FX:  (949) 707-4850
EML:  mstgeore@iomagic.com

## SUMMARY OF IOM & CC'S BALANCES AS OF 12/02/08

| Description | Amount | Notes |
|---|---:|---|
| 2005 RMA DISCREPANCY DUE TO QUANTITY SHORTAGE: | 3,485.20 | IOM IS DISPUTING THIS BAL DUE TO QUANTITY SHORTAGE (SEE ATTACHED PINK HIGHLIGHTED ITEMS) |
| RMA DISCREPANCY DUE TO PRICE (SEE ATTACHED DETAILED INFO): | 20,596.10 | RMA OVER DEDUCTION DUE TO PRICE AND/OR QTY DISCREPANCY WHICH WILL BE PAID BACK BY CIRCUIT CITY PER THEIR VENDOR UNPAID LIABILITY REPORT AS OF 9/25/08 (SEE ATTACHED PURPLE HIGHLIGHTED ITEMS) |
| 2006 POS # 8635 IOM IS DISPUTING DUE TO INCORRECT INVENTORY: | 32,000.00 | IOM IS DISPUTING THIS OVER DEDUCTION OF POS DUE TO THE INCORRECT REPORTING OF INVENTORY AT THE TIME OF POS (SEE ATTACHED GREEN HIGHLIGHTED ITEM) |
| 2003-2006 FREIGHT DEDUCTIONS REF# MPA041238, MPA061207, MPA071211: | 102,892.03 | IOM SALES IS DISPUTING THESE FREIGHT DEDUCTIONS FROM 2003 THRU 2006 DUE TO COUPLE OF REASONS: PRODUCT SPECIFIC AND TIMING ISSUE (TIME FRAME PAST THE ONE YEAR WARRANTY) (SEE THE ATTACHED BROWN HIGHLIGHTED ITEMS) |
| VPM DEDUCTIONS FOR DEC' 06, JAN'07 & FEB'07, PROMISED TO BE PAID BY CC: | 1,433.64 | SHIPNG PENALTIES PROMISED BY CC'S STANDARDS DEPT TO PAY BACK PAYMENT PER THEIR OPEN LIABILITY REPORT (SEE THE ATTACHED BLUE HIGHLIGHTED ITEMS) |
| TTL BAL PER IOM ON ITEMS THAT HAVE ALREADY BEEN DEDUCTED AS OF 12/02/08: | 160,406.97 | |
| BELOW ARE CIRUIT CITY'S PENDING DEDUCTIONS LISTED ON THEIR VENDOR LIABILITY REPORT AS OF 9/25/08: | | |
| PAYMENT OF RMA OVER DEDUCTIONS DUE TO PRICE DISCREPANCY FOR MAY, JUNE, JULY, AUG, SEP, NOV, DEC 07: | 21,367.40 | THIS IS CC'S PAYMENT THAT WILL BE MADE TOWARD THE OVER DEDUCTIONS OF RMA DUE TO PRICE ON THE PENDING RMA DEDUCTIONS OF (117,396.30) (SEE THE ATTACHED LIGHT YELLOW HIGHLIGHTED ITEMS) |
| RETURNED PRODUCTS (SEE ATTACHED DETAILED INFO) | (117,396.30) | |
| PENDING POS DEDUCTION # AV073048 | (3,684.00) | POS # 8799 DATE 03/11/07 IOM APPROVED AND WILL ADJ WHEN THE DEDUCTION IS TAKEN |
| PENDING PENALTIES VPMAY2007 | (109.12) | THIS DEDUCTION WAS DENIED BY IOM AND SC_STANDARDS @CIRCUITCITY.COM APPROVED AND CONFIRM THE PAYBACK ON 09/06/07 (CC WILL PAY BACK THIS BAL BELOW LINE) |
| PAYBACK OF THE ABOVE PENDING PENALTIES VPMAY2007 | 109.12 | CONFIRM THE PAYBACK ON 09/06/07 (CC WILL PAY BACK THIS BAL) |
| PENDING PENALTIES VPJULY2007 | (63.84) | THIS DEDUCTION IS APPROVED AND IOM WILL ADJ WHEN THE DEDCTION IS TAKEN |
| NET BALANCE OWED TO IOM AFTER ALL THE PENDING DEDUCTIONS AND PAYBACKS: | 60,630.23 | SEE CC UNPAID LIBILITY SHEET AS OF 9/25/08 |

## CC'S ACCOUNT ANALYSIS (DETAILED) AS OF 12/02/08

### RMA OVER DEDUCTION (ALREADY DEDUCTED FROM PREVIOUS PAYMENTS):

| DEDCTN DT | RMA # | RTV # | CREDIT AMT | RTV AMT | REMNG BAL | I / O MAGIC'S COMMENT |
|---|---|---|---|---|---|---|
| 08/13/03 | 10352 | 56465366 | (6,288.00) | (7,287.00) | 999.00 | RMA OVER DEDUCTION DUE TO QTY DISCREPANCY ON PART# DRCDR56 1PC, ICDRW5252 11PCS, DRDA750 1 PC. TAG NUMBER WERE PROVIDED ON RMA WORKSHEET VIA E-MAIL IN AUGUST 2003. RMA SPREADSHEET TO LLOYD ON 05/11/05 / A FOLLOW UP E-MAIL WAS SENT TO CHRISTINE TO FINALIZE THIS DISCREPANCY ON 04/25/06 / 03/07/07 SENT AN E-MAIL TO CHRISTINE TO FINALIZE THIS ISSUE / 04/24/07 SENT AN E-MAIL TO KELLY/CHRISTINE WITH BACK UP INFO NEEDED / 07/24/07 SEND AN E-MAIL TO KELLY AND CHRISTINE FOR AN UPDATE / A REQUEST FOR PAYBACK WAS SENT REGULARLY. |
| 10/02/03 | 10429 | 2551168 | (11,383.80) | (12,945.50) | 1,562.00 | RMA OVER DEDUCTION ON YOUR CK# 949055 DUE TO QTY OR PRICE DISCREPANCY / RECEIVED PYT OF 2,590.00 ON CK# 951072 PLEASE REMIT THE BAL / E-MAIL OCTOBER 2003 RMA SPREADSHEET TO LLOYD ON 05/11/05 / A FOLLOW UP EMAIL WAS SENT TO CHRISTINE TO FINALIZE THIS DISCREPANCY ON 04/25/06 / 03/07/07 SEND AN E-MAIL TO CHRISTINE TO FINALIZE THIS ISSUE / 04/24/07 SENT AN E-MAIL TO KELLY/CHRISTINE WITH BACK UP INF NEEDED / 07/24/07 SEND AN E-MAIL TO KELLY AND CHRISTINE FOR AN UPDATE / A REQUEST FOR PAYBACK WAS SENT REGULARLY. |
| 08/16/05 | 4017974 | 34592494 | (9,831.10) | (9,951.10) | 120.00 | RMA OVER DEDUCTION DUE QTY DISCREPANCY REFERENCING ON IUSB4HD 1pc MISSING / PLEASE REFER BACK TO THE AUGUST 2005 RMA WORKSHEET / RECEIVED PROOF OF DELIVERY IO MAGIC RESEARCHING / A FOLLOW UP E-MAIL WAS SENT TO CHRISTINE TO FINALIZE THIS DISCREPANCY ON 04/25/06 / 03/07/07 SEND AN E-MAIL TO CHRISTINE TO FINALIZE THIS ISSUE. / 04/30/07 SENT AN E-MAIL TO KELLY/CHRISTINE WITH BACK UP INF NEEDED / 07/24/07 SEND AN E-MAIL TO KELLY AND CHRISTINE FOR AN UPDATE / A REQUEST FOR PAYBACK WAS SENT REGULARLY. |
| 08/01/05 | 4017980 | 4617980 | (9,082.70) | (9,166.70) | 104.00 | RMA OVER DEDUCTION DUE QTY DISCREPANCY AN EMPTY BOX OF YOUR PRODUCT # IUSB22HD PLEASE REFER BACK TO THE JULY 2005 RMA WORKSHEET / A FOLLOW UP E-MAIL WAS SENT TO CHRISTINE TO FINALIZE THIS DISCREPANCY ON 04/25/06 / 03/07/07 SEND AN E-MAIL TO CHRISTINE TO FINALIZE THIS ISSUE. / 04/30/07 SENT AN E-MAIL TO KELLY/CHRISTINE WITH BACK UP INF NEEDED / 07/24/07 SEND AN E-MAIL TO KELLY AND CHRISTINE FOR AN UPDATE / A REQUEST FOR PAYBACK WAS SENT REGULARLY. |
| 08/01/05 | 4018204 | 2563935I | (4,484.00) | (4,569.00) | 85.00 | RMA OVER DEDUCTION DUE TO QTY DISCREPANCY ON YOUR PART# IDVD16DD 1pc IN THE AMT OF 85.00 / REFER BACK TO THE AUGUST 2005 RMA WORKSHEET / RECEIVED PROOF OF DELIVERY IO MAGIC RESEARCHING / 03/07/07 SEND AN E-MAIL TO CHRISTINE TO FINALIZE THIS ISSUE. / 04/30/07 SENT AN E-MAIL TO KELLY/CHRISTINE WITH BACK UP INF NEEDED / 07/24/07 SEND AN E-MAIL TO KELLY AND CHRISTINE FOR AN UPDATE / A REQUEST FOR PAYBACK WAS SENT REGULARLY. |
| 08/09/05 | 4018348 | 75662705 | (13,929.00) | (14,036.20) | 106.50 | RMA OVER DEDUCTION DUE TO PRICE AND QTY DISCREPANCY 1 pc MISSING OF YOUR PART # IUSB4HD IN THE AMT OF 106.50 / REFER BACK TO THE AUGUST 2005 RMA WORKSHEET / RECEIVED PROOF OF DELIVERY IO MAGIC RESEARCHING / A FOLLOW UP E-MAIL WAS SENT TO CHRISTINE TO FINALIZE THIS DISCREPANCY ON 04/25/06 / 03/07/07 SEND AN E-MAIL TO CHRISTINE TO FINALIZE THIS ISSUE / 07/24/07 SEND AN E-MAIL TO KELLY AND CHRISTINE FOR AN UPDATE / A REQUEST FOR PAYBACK WAS SENT REGULARLY. |
| 08/09/05 | 4018362 | 35516724 | (4,851.20) | (4,881.20) | 30.00 | RMA OVER DEDUCTION DUE QTY DISCREPANCY AN EMPTY BOX OF YOUR PRODUCT # I523252B TAG# 3426-14872 / PLEASE REFER BACK TO THE AUGUST 2005 RMA WORKSHEET / SEND E-MAIL TO LLOYD ON 11/17/05 REGARDING THE PAYBACK OF THE NON VENDOR PRODUCT / A FOLLOW UP E-MAIL WAS SENT TO CHRISTINE TO FINALIZE THIS DISCREPANCY ON 04/25/08 / 03/07/07 SENT AN E-MAIL TO CHRISTINE TO FINALIZE THIS ISSUE / 04/30/07 SENT AN E-MAIL TO KELLY/CHRISTINE WITH BACK UP INF NEEDED / 07/24/07 SEND AN E-MAIL TO KELLY AND CHRISTINE FOR AN UPDATE / A REQUEST FOR PAYBACK WAS SENT REGULARLY. |

| Date | Col2 | Col3 | Col4 | Col5 | Amount | Description | Status |
|---|---|---|---|---|---|---|---|
| 08/26/05 | 4018453 | 56479655 | (5,975.40) | (6,092.40) | 117.00 | RMA OVER DEDUCTION DUE TO PRICE AND QTY DISCREPANCY 1 pc MISSING OF YOUR PART# IUSB22HD IN THE AMT OF 117.00 / REFER BACK TO THE AUGUST 2005 RMA WORKSHEET / RECEIVED PROOF OF DELIVERY IO MAGIC RESEARCHING / A FOLLOW UP E-MAIL WAS SENT TO CHRISTINE TO FINALIZE THIS DISCREPANCY ON 04/25/06 / 03/07/07 SEND AN E-MAIL TO CHRISTINE ON FINALIZE THIS ISSUE / 04/30/07 SENT AN E-MAIL TO KELLY/CHRISTINE WITH BACK UP INF NEEDED. / 07/24/07 SEND AN E-MAIL TO KELLY AND CHRISTINE FOR AN UPDATE / A REQUEST FOR PAYBACK WAS SENT REGULARLY. | |
| 08/26/05 | 4018712 | 75663097 | (12,105.20) | (12,465.80) | 361.60 | RMA OVER DEDUCTION DUE QTY DISCREPANCY AN EMPTY BOX OF YOUR PRODUCT # IDVD16DD 3PCS ALSO PART# IDVD16DDBE 1PC / PLEASE REFER BACK TO THE AUGUST 2005 RMA WORKSHEET / SEND E-MAIL TO LLOYD ON 11/17/05 REGARDING THE PAYBACK OF THE NON VENDOR PRODUCT / A FOLLOW UP E-MAIL WAS SENT TO CHRISTINE TO FINALIZE THIS DISCREPANCY ON 04/25/06 / 03/07/07 SEND AN E-MAIL TO CHRISTINE TO FINALIZE THIS ISSUE / 04/30/07 SENT AN E-MAIL TO KELLY/CHRISTINE WITH BACK UP INF NEEDED / 07/24/07 SEND AN E-MAIL TO KELLY AND CHRISTINE FOR AN UPDATE / A REQUEST FOR PAYBACK WAS SENT REGULARLY. | |
| 05/04/07 | 4034558 | 35531334 | (2,537.50) | (3,042.00) | 504.50 | RMA OVER DEDUCTION DUE TO PRICE AND/OR QTY DISCREPANCY WILL BE PAID BACK BY CIRCUIT CITY PER THEIR VENDOR UNPAID LIABILITY REPORT. | PER CC'S VENDOR LIABILITY REPORT, THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 05/02/07 | 4034850 | 4636973 | (7,667.20) | (9,648.60) | 1,981.40 | RMA OVER DEDUCTION DUE TO PRICE AND/OR QTY DISCREPANCY WILL BE PAID BACK BY CIRCUIT CITY PER THEIR VENDOR UNPAID LIABILITY REPORT. | PER CC'S VENDOR LIABILITY REPORT, THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 05/11/07 | 4035084 | 25667414 | (3,265.10) | (4,080.30) | 815.20 | RMA OVER DEDUCTION DUE TO PRICE AND/OR QTY DISCREPANCY WILL BE PAID BACK BY CIRCUIT CITY PER THEIR VENDOR UNPAID LIABILITY REPORT. | PER CC'S VENDOR LIABILITY REPORT, THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 05/22/07 | 4035560 | 25667998 | (5,236.50) | (6,212.40) | 975.90 | RMA OVER DEDUCTION DUE TO PRICE AND/OR QTY DISCREPANCY WILL BE PAID BACK BY CIRCUIT CITY PER THEIR VENDOR UNPAID LIABILITY REPORT. | PER CC'S VENDOR LIABILITY REPORT, THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 05/22/07 | 4035574 | 75684041 | (12,669.10) | (14,964.50) | 2,295.40 | RMA OVER DEDUCTION DUE TO PRICE AND/OR QTY DISCREPANCY WILL BE PAID BACK BY CIRCUIT CITY PER THEIR VENDOR UNPAID LIABILITY REPORT. | PER CC'S VENDOR LIABILITY REPORT, THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 05/29/07 | 4035871 | 34503918 | (4,771.20) | (5,961.02) | 1,189.80 | RMA OVER DEDUCTION DUE TO PRICE AND/OR QTY DISCREPANCY WILL BE PAID BACK BY CIRCUIT CITY PER THEIR VENDOR UNPAID LIABILITY REPORT. | PER CC'S VENDOR LIABILITY REPORT, THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 05/30/07 | 4035936 | 4636731 | (6,331.50) | (7,234.20) | 902.70 | RMA OVER DEDUCTION DUE TO PRICE AND/OR QTY DISCREPANCY WILL BE PAID BACK BY CIRCUIT CITY PER THEIR VENDOR UNPAID LIABILITY REPORT. | PER CC'S VENDOR LIABILITY REPORT, THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 06/21/07 | 4036481 | 4637116 | (2,000.00) | (2,261.20) | 261.20 | RMA OVER DEDUCTION DUE TO PRICE AND/OR QTY DISCREPANCY WILL BE PAID BACK BY CIRCUIT CITY PER THEIR VENDOR UNPAID LIABILITY REPORT. | PER CC'S VENDOR LIABILITY REPORT, THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 06/14/07 | 4036482 | 56493370 | (5,252.50) | (6,066.10) | 813.60 | RMA OVER DEDUCTION DUE TO PRICE AND/OR QTY DISCREPANCY WILL BE PAID BACK BY CIRCUIT CITY PER THEIR VENDOR UNPAID LIABILITY REPORT. | PER CC'S VENDOR LIABILITY REPORT, THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 06/14/07 | 4036483 | 75684722 | (2,918.40) | (3,584.20) | 665.80 | RMA OVER DEDUCTION DUE TO PRICE AND/OR QTY DISCREPANCY WILL BE PAID BACK BY CIRCUIT CITY PER THEIR VENDOR UNPAID LIABILITY REPORT. | PER CC'S VENDOR LIABILITY REPORT, THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 06/25/07 | 4036846 | 35532740 | (7,523.50) | (8,932.30) | 1,408.80 | RMA OVER DEDUCTION DUE TO PRICE AND/OR QTY DISCREPANCY WILL BE PAID BACK BY CIRCUIT CITY PER THEIR VENDOR UNPAID LIABILITY REPORT. | PER CC'S VENDOR LIABILITY REPORT, THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 07/11/07 | 4037440 | 55494114 | (4,376.00) | (5,727.60) | 1,351.60 | RMA OVER DEDUCTION DUE TO PRICE AND/OR QTY DISCREPANCY WILL BE PAID BACK BY CIRCUIT CITY PER THEIR VENDOR UNPAID LIABILITY REPORT. | PER CC'S VENDOR LIABILITY REPORT, THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 07/27/07 | 4037444 | 25669629 | (9,144.70) | (11,530.10) | 2,385.40 | RMA OVER DEDUCTION DUE TO PRICE AND/OR QTY DISCREPANCY WILL BE PAID BACK BY CIRCUIT CITY PER THEIR VENDOR UNPAID LIABILITY REPORT. | PER CC'S VENDOR LIABILITY REPORT, THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 07/13/07 | 4037447 | 34504614 | (3,110.00) | (3,672.20) | 562.20 | RMA OVER DEDUCTION DUE TO PRICE AND/OR QTY DISCREPANCY WILL BE PAID BACK BY CIRCUIT CITY PER THEIR VENDOR UNPAID LIABILITY REPORT. | PER CC'S VENDOR LIABILITY REPORT, THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 07/15/07 | 4037449 | 35533025 | (1,628.00) | (2,110.80) | 482.80 | RMA OVER DEDUCTION DUE TO PRICE AND/OR QTY DISCREPANCY WILL BE PAID BACK BY CIRCUIT CITY PER THEIR VENDOR UNPAID LIABILITY REPORT. | PER CC'S VENDOR LIABILITY REPORT, THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 07/12/07 | 4037454 | 4638140 | (7,658.60) | (8,665.80) | 1,007.20 | RMA OVER DEDUCTION DUE TO PRICE AND/OR QTY DISCREPANCY WILL BE PAID BACK BY CIRCUIT CITY PER THEIR VENDOR UNPAID LIABILITY REPORT. | PER CC'S VENDOR LIABILITY REPORT, THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 07/27/07 | 4037932 | 25670821 | (8,007.30) | (10,514.90) | 2,507.60 | RMA OVER DEDUCTION DUE TO PRICE AND/OR QTY DISCREPANCY WILL BE PAID BACK BY CIRCUIT CITY PER THEIR VENDOR UNPAID LIABILITY REPORT. | PER CC'S VENDOR LIABILITY REPORT, THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 08/09/07 | 4038188 | 35533432 | (3,098.00) | (3,583.00) | 485.00 | RMA OVER DEDUCTION DUE TO PRICE AND/OR QTY DISCREPANCY WILL BE PAID BACK BY CIRCUIT CITY PER THEIR VENDOR UNPAID LIABILITY REPORT. | PER CC'S VENDOR LIABILITY REPORT, THIS PAYBACK IS APPROVED AND WILL BE PAID |
| TTL RMA OVER DEDUCTIONS ALRE | | | (175,126.10) | (199,207.40) | 24,081.30 | | |

| CIRCUIT CITY'S CHARGE BACKS (ALREADY DEDUCTED FROM PREVIOUS PAYMENTS): | | | | | |
|---|---|---|---|---|---|
| CHECK DATE | CK # | REF # | DEDUCTION AMT | PAID / ADJ | REMNG BAL | I / O MAGIC'S COMMENT |
| 12/23/04 | 966711 | MP041238 | 41,269.74 | 1,229.33 | 40,040.41 | 2002 & 2003 FREIGHT DEDUCTION. IOM SALES HAS ONLY APPROVED 1,229.33 OF THE 41,269.74 OF THE AUDIT CLAIM REFERENCING 2002 AND 2003 FRT NOT TAKEN ON RETURN PRODUCTS. THIS LEAVES A BAL OF 40,040.41, WHICH IS DUE TO IOM. / 06/23/06 AN- E-MAIL WAS SENT TO CC'S AUDIT DEPART / IOM SALES IS DISPUTING THIS CHARGE BACK FOR COUPLE OF REASONS, PRODUCT SPECIFIC (DRFLP-01 AND H56IP-00R) AND TIMING ISSUE (PAST THE TIME FRAME OF ONE YEAR) |
| 04/06/06 | 988156 | MPA061207 | 38,017.81 | | 38,017.81 | 2004 & 2005 FREIGHT DEDUCTION. IOM SALES IS DENYING THIS FREIGHT AUDIT CLAIM REFERENCING 2004 AND 2005 FREIGHT NOT TAKEN ON RETURN PRODUCT. / 06/23/06 AN E-MAIL WAS SENT TO CC AUDIT DEPT / IOM SALES IS DISPUTING THIS CHARGE BACK FOR COUPLE OF REASONS, PRODUCT SPECIFIC AND TIMING ISSUE (PAST THE TIME FRAME OF ONE YEAR) |
| | | | | | | POS DEDUCTION # 8635 DATED 1/12/06 THRU 1/12/06 WAITING FOR INVENTORY REPORT FROM CIRCUIT CITY TO FINALIZE OUR RESEARCH. THE REASON THIS IS BEING DISPUTED IS BECAUSE OUR INVENTORY DOES NOT AGREE WITH CC'S INVENTORY/ 03/26/07 SEND A FOLLOW UP E-MAIL. / 04/16/07 SND AN E-MAIL TO IOM SALES / 05/03/07 SEND A FOLLOW UP E-MAIL TO CHRISTINE / 05/04/07 SEND A DENIEL E-MAIL TO RYAN @ CIRCUIT CITY / 05/21/07 SENT A FOLLOW UP E-MAIL TO JACKIE AT CIRCUIT CITY. / 06/18/07 SEND A FOLLOW UP E-MAIL TO JACKIE AT CC FOR AN UPDATE. / 08/10/07 FOLLOW UP WITH JACKIE / JAKIE @ CC SENT THE INFO TO CHRISTINE / IOM SALES IS DISPUTING THIS OVER DEDUCTION OF POS. |
| 02/22/07 | 1005425 | AV064225 | 216,800.00 | 184,800.00 | 32,000.00 | |
| 05/03/07 | 1009102 | VPDEC2006 | 1,053.00 | | 1,053.00 | DENIED VENDOR PERFORMANCE FOR DEC 2006 DEDUCTION / IO MAGIC FINALIZE THE VPDEC2006 SEND AN E-MAIL TO SC_STANDARDS@CC.COM ON 05/23/07 / 06/18/07 AN E-MAIL WAS SENT TO CC FOR AN UPDATE OF THE PAYBACK / PER RYAN @ CC THIS PAYBACK IS IN CC UNPAID LIABILITY REPORT. PER CC'S VENDOR LIABILITY REPORT, THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 06/14/07 | 1011302 | VPJAN2007 | 280.64 | | 280.64 | DENIED VENDOR PERFORMANCE FOR JAN 2007 DEDUCTION / IO MAGIC FINALIZE THE VPJAN2007 SEND AN E-MAIL TO SC_STANDARDS@CC.COM ON 03/20/07 / 05/07/07 AN E-MAIL WAS SENT TO CC FOR AN UPDATE OF THE PAYBACK / 07/17/07 PER RYAN @ CC THIS PAYBACK IS IN CC UNPAID LIABILITY REPORT. PER CC'S VENDOR LIABILITY REPORT, THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 07/06/07 | 1012571 | VPFEB2007 | 100.00 | | 100.00 | DENIED VENDOR PERFORMANCE FOR FEB 2007 DEDUCTION / IO MAGIC FINALIZE THE VPFEB2007 SEND AN E-MAIL TO SC_STANDARDS@CC.COM ON 05/24/07 / 06/12/07 PER SC_STANDARS THIS DEDUCTION IS APPROVE AND WILL BE ADJUSTED. PER CC'S VENDOR LIABILITY REPORT, THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 08/08/07 | 1014363 | MPA071211 | 24,833.81 | | 24,833.81 | 2005 & 2006 FREIGHT DEDUCTIONS THAT IOM SALES IS DISPUTING DUE TO COUPLE OF REASONS, PRODUCT SPECIFIC AND TIMING ISSUE (PAST THE TIME FRAME OF ONE YEAR). |
| TTL CHARGE BACKS: | | | 322,355.00 | 186,029.33 | 136,325.67 | PREVIOUSLY DEDUCTED |
| TTL BAL PREVIOUSLY DEDUCTED: | | | | | 160,406.97 | BAL DUE TO IOM BEFORE INCLUDING CC'S PENDING DEDUCTIONS |

CIRCUIT CITY'S PENDING DEDUCTIONS, THAT HAVE BEEN RESEARCHED BY IOM AND PORTION OF THE DEDUCTION BAL IS BEING DISPUTED:

RECEIVED RMA, PENDING CC'S DEDUCTION, HOWEVER IOM IS DISPUTED THE OVER DEDUCTION OF RMA DUE TO PRICE:

| DEDCTN DT | RMA # | RTV # | CREDIT AMT | RTV AMT | REMNG BAL | I / O MAGIC'S COMMENT | |
|---|---|---|---|---|---|---|---|
| 8/21/2007 | 4038517 | 75686678 | (15,589.00) | (19,030.80) | 3,441.80 | RMA OVER DEDUCTION DUE TO PRICE DISCREPANCY / 10/16/07 SEND RMA WORKSHEET TO RYAN @ CIRCUIT CITY FOR THE DISCREPANCY. A REQUEST FOR PAY BACK WAS SENT REGULARLY | PER CC'S VENDOR LIABILITY REPORT THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 9/22/2007 | 4038518 | 56494907 | (5,734.00) | (7,425.00) | 1,591.00 | RMA OVER DEDUCTION DUE TO PRICE DISCREPANCY / 10/16/07 SEND RMA WORKSHEET TO RYAN @ CIRCUIT CITY FOR THE DISCREPANCY. A REQUEST FOR PAY BACK WAS SENT REGULARLY | PER CC'S VENDOR LIABILITY REPORT THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 8/30/2007 | 4039307 | 34505737 | (4,421.50) | (5,439.50) | 1,018.00 | RMA OVER DEDUCTION DUE TO PRICE DISCREPANCY / 10/16/07 SEND RMA WORKSHEET TO RYAN @ CIRCUIT CITY FOR THE DISCREPANCY. A REQUEST FOR PAY BACK WAS SENT REGULARLY | PER CC'S VENDOR LIABILITY REPORT THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 9/4/2007 | 4039086 | 25672236 | (8,802.00) | (10,728.00) | 1,926.00 | RMA OVER DEDUCTION DUE TO PRICE DISCREPANCY / 10/16/07 SEND RMA WORKSHEET TO RYAN @ CIRCUIT CITY FOR THE DISCREPANCY. A REQUEST FOR PAY BACK WAS SENT REGULARLY | PER CC'S VENDOR LIABILITY REPORT THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 9/12/2007 | 4039483 | 4639527 | (7,566.00) | (9,241.00) | 1,675.00 | RMA OVER DEDUCTION DUE TO PRICE DISCREPANCY / 10/16/07 SEND RMA WORKSHEET TO RYAN @ CIRCUIT CITY FOR THE DISCREPANCY. A REQUEST FOR PAY BACK WAS SENT REGULARLY | PER CC'S VENDOR LIABILITY REPORT THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 10/11/2007 | 4040582 | 4640255 | (3,816.00) | (4,474.00) | 658.00 | 10/16/07 SEND RMA WORKSHEET TO RYAN @ CIRCUIT CITY FOR THE DISCREPANCY. A REQUEST FOR PAY BACK WAS SENT REGULARLY | PER CC'S VENDOR LIABILITY REPORT THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 10/31/2007 | 4041304 | 35534925 | (7,682.00) | (9,212.40) | 1,530.40 | RMA OVER DEDUCTION DUE TO PRICE DISCREPANCY / 10/16/07 SEND RMA WORKSHEET TO RYAN @ CIRCUIT CITY FOR THE DISCREPANCY. A REQUEST FOR PAY BACK WAS SENT REGULARLY | PER CC'S VENDOR LIABILITY REPORT THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 10/24/2007 | 4041305 | 34506860 | (3,145.00) | (3,578.00) | 433.00 | RMA OVER DEDUCTION DUE TO PRICE DISCREPANCY / 10/16/07 SEND RMA WORKSHEET TO RYAN @ CIRCUIT CITY FOR THE DISCREPANCY. A REQUEST FOR PAY BACK WAS SENT REGULARLY | PER CC'S VENDOR LIABILITY REPORT THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 10/29/2007 | 4041306 | 4640888 | (2,102.00) | (2,585.80) | 483.80 | RMA OVER DEDUCTION DUE TO PRICE DISCREPANCY / 10/16/07 SEND RMA WORKSHEET TO RYAN @ CIRCUIT CITY FOR THE DISCREPANCY. A REQUEST FOR PAY BACK WAS SENT REGULARLY | PER CC'S VENDOR LIABILITY REPORT THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 10/24/2007 | 4041307 | 56496033 | (5,370.00) | (6,472.40) | 1,102.40 | RMA OVER DEDUCTION DUE TO PRICE DISCREPANCY / 10/16/07 SEND RMA WORKSHEET TO RYAN @ CIRCUIT CITY FOR THE DISCREPANCY. A REQUEST FOR PAY BACK WAS SENT REGULARLY | PER CC'S VENDOR LIABILITY REPORT THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 10/29/2007 | 4041309 | 25675061 | (8,206.80) | (10,188.20) | 1,981.40 | RMA OVER DEDUCTION DUE TO PRICE DISCREPANCY / 10/16/07 SEND RMA WORKSHEET TO RYAN @ CIRCUIT CITY FOR THE DISCREPANCY. A REQUEST FOR PAY BACK WAS SENT REGULARLY | PER CC'S VENDOR LIABILITY REPORT THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 10/31/2007 | 4041313 | 35535214 | (248.00) | (274.60) | 26.60 | RMA OVER DEDUCTION DUE TO PRICE DISCREPANCY / 10/16/07 SEND RMA WORKSHEET TO RYAN @ CIRCUIT CITY FOR THE DISCREPANCY. A REQUEST FOR PAY BACK WAS SENT REGULARLY | PER CC'S VENDOR LIABILITY REPORT THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 11/5/2007 | 4041301 | 75688345 | (7,164.60) | (9,724.40) | 2,559.80 | RMA OVER DEDUCTION DUE TO PRICE DISCREPANCY / 10/16/07 SEND RMA WORKSHEET TO RYAN @ CIRCUIT CITY FOR THE DISCREPANCY. A REQUEST FOR PAY BACK WAS SENT REGULARLY | PER CC'S VENDOR LIABILITY REPORT THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 11/5/2007 | 4041308 | 75688768 | (132.00) | (132.00) | 0.00 | RMA OVER DEDUCTION DUE TO PRICE DISCREPANCY / 10/16/07 SEND RMA WORKSHEET TO RYAN @ CIRCUIT CITY FOR THE DISCREPANCY. A REQUEST FOR PAY BACK WAS SENT REGULARLY | PER CC'S VENDOR LIABILITY REPORT THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 11/23/2007 | 4042210 | 75690034 | (957.00) | (1,148.20) | 191.20 | RMA OVER DEDUCTION DUE TO PRICE DISCREPANCY / 10/16/07 SEND RMA WORKSHEET TO RYAN @ CIRCUIT CITY FOR THE DISCREPANCY. A REQUEST FOR PAY BACK WAS SENT REGULARLY | PER CC'S VENDOR LIABILITY REPORT THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 11/30/2007 | 4042649 | 34507540 | (745.00) | (916.00) | 171.00 | RMA OVER DEDUCTION DUE TO PRICE DISCREPANCY / 10/16/07 SEND RMA WORKSHEET TO RYAN @ CIRCUIT CITY FOR THE DISCREPANCY. A REQUEST FOR PAY BACK WAS SENT REGULARLY | PER CC'S VENDOR LIABILITY REPORT THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 12/26/2007 | 4043983 | 75691435 | (1,236.00) | (1,394.20) | 158.20 | RMA OVER DEDUCTION DUE TO PRICE DISCREPANCY / 10/16/07 SEND RMA WORKSHEET TO RYAN @ CIRCUIT CITY FOR THE DISCREPANCY. A REQUEST FOR PAY BACK WAS SENT REGULARLY | PER CC'S VENDOR LIABILITY REPORT THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 12/26/2007 | 4043992 | 35536692 | (1,752.00) | (2,197.80) | 445.80 | RMA OVER DEDUCTION DUE TO PRICE DISCREPANCY / 10/16/07 SEND RMA WORKSHEET TO RYAN @ CIRCUIT CITY FOR THE DISCREPANCY. A REQUEST FOR PAY BACK WAS SENT REGULARLY | PER CC'S VENDOR LIABILITY REPORT THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 12/28/2007 | 4046592 | 56497195 | (2,260.00) | (2,397.00) | 137.00 | RMA OVER DEDUCTION DUE TO PRICE DISCREPANCY / 10/16/07 SEND RMA WORKSHEET TO RYAN @ CIRCUIT CITY FOR THE DISCREPANCY. A REQUEST FOR PAY BACK WAS SENT REGULARLY | PER CC'S VENDOR LIABILITY REPORT THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 2/6/2008 | 4047993 | 25681416 | (3,892.00) | (4,686.00) | 794.00 | RMA OVER DEDUCTION DUE TO PRICE DISCREPANCY / 10/16/07 SEND RMA WORKSHEET TO RYAN @ CIRCUIT CITY FOR THE DISCREPANCY. A REQUEST FOR PAY BACK WAS SENT REGULARLY | PER CC'S VENDOR LIABILITY REPORT THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 2/8/2008 | 4047987 | 35538321 | (684.00) | (684.00) | 0.00 | RMA OVER DEDUCTION DUE TO PRICE DISCREPANCY / 10/16/07 SEND RMA WORKSHEET TO RYAN @ CIRCUIT CITY FOR THE DISCREPANCY. A REQUEST FOR PAY BACK WAS SENT REGULARLY | PER CC'S VENDOR LIABILITY REPORT THIS PAYBACK IS APPROVED AND WILL BE PAID |

| Date | | | | | | Amount | Description | Note |
|---|---|---|---|---|---|---|---|---|
| 2/19/2008 | 4049031 | 35538769 | | (568.00) | (700.00) | 132.00 | RMA OVER DEDUCTION DUE TO PRICE DISCREPANCY / 10/16/07 SEND RMA WORKSHEET TO RYAN @ CIRCUIT CITY FOR THE DISCREPANCY. A REQUEST FOR PAY BACK WAS SENT REGULARLY | PER CC'S VENDOR LIABILITY REPORT THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 2/27/2008 | 4049263 | 46944559 | | (2,764.00) | (3,240.00) | 476.00 | RMA OVER DEDUCTION DUE TO PRICE DISCREPANCY / 10/16/07 SEND RMA WORKSHEET TO RYAN @ CIRCUIT CITY FOR THE DISCREPANCY. A REQUEST FOR PAY BACK WAS SENT REGULARLY | PER CC'S VENDOR LIABILITY REPORT THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 3/17/2008 | 4049871 | 056493387 | | (128.00) | (144.00) | 16.00 | RMA OVER DEDUCTION DUE TO PRICE DISCREPANCY | PER CC'S VENDOR LIABILITY REPORT THIS PAYBACK IS APPROVED AND WILL BE PAID |
| 3/20/2008 | 4050636 | 034510075 | | (1,064.00) | (1,383.00) | 319.00 | RMA OVER DEDUCTION DUE TO PRICE DISCREPANCY | |
| TTL RMA OVER DEDCTNS: | | | | | (117,396.30) | 21,367.40 | DISPUTED PORTION OF THE TTL RMA RECEIVED | |
| TTL RMA RECVD BUT PENDING DEDUCTIONS: | | | (96,028.90) | | | (117,396.30) | TOTAL OF THE ABOVE PENDING RMA | |
| PENDING POS DEDUCTION: | | | | | | (3,684.00) | PENDING POS # 8799 (IOM APPROVES AND WILL ADJ) | |
| PENDING VP 2007 DEDUCTION: | | | | | | (63.84) | PENDING VP JULY 2007 (IOM APPROVES AND WILL ADJ) | |
| NET TOTAL DUE TO IOM: | | | | | | 60,630.23 | | |