08ML0064

LAW OFFICES OF
TAYLOR, LEONG & CHEE

KIMO C. LEONG    #2977-0
737 Bishop Street, #2060
Honolulu, Hawaii    96813
Telephone: (808)528-2222
Facsimile: (808)523-1869
Email: kcleong@hawaii.rr.com

Attorney for Creditor
HAWAIIAN ELECTRIC COMPANY, INC.

```
                    RICHMOND DIVISION
                    FILED
                    JUL 3 0 2009
                    CLERK
                    U.S. BANKRUPTCY COURT
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| CIRCUIT CITY STORES, INC., ) | CASE NO. 08-35653-KRH |
| et al., ) | |
| ) | NOTICE OF APPEARANCE OF |
| Debtors. ) | COUNSEL AND REQUEST FOR |
| ) | NOTICE; CERTIFICATE OF |
| ) | SERVICE |
| ) | |

NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

TO:  CLERK OF THE ABOVE-ENTITLED COURT AND THE DEBTOR

PLEASE TAKE NOTICE that the law firm of TAYLOR, LEONG & CHEE hereby enters its appearance in this case as counsel for HAWAIIAN ELECTRIC COMPANY, INC., a party in interest herein, and requests that all pleadings, documents and other papers served or filed in this case by the above-referenced Debtor or by any other party, be served upon HAWAIIAN ELECTRIC COMPANY, INC. by serving its counsel, Kimo C. Leong, Esq., via electronic mail at: kcleong@hawaii.rr.com

or via U. S. Mail at the following address: Law Offices of Taylor, Leong & Chee, 737 Bishop Street, #2060, Honolulu, Hawai`i  96813.

DATED: Honolulu, Hawai`i, _____July 27, 2009_____.

_____
KIMO C. LEONG
Attorney for Creditor
HAWAIIAN ELECTRIC COMPANY, INC.

---

Bk. Case No. 08-35653-KRH; <u>In re Circuit City Stores, Inc., et al.</u>,
*Notice of Appearance of Counsel and Request for Notice*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | CASE NO. 08-35653-KRH |
| et al., | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Debtors. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing pleading will be served by emailing said pleading to the following interested persons upon filing.

GREGG M. GALARDI, ESQ.
IAN S. FREDERICKS, ESQ.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
ian.fredericks@skadden.com

DION W. HAYES (VSB No. 34304)
DOUGLAS M. FOLEY (VSB No. 34364)
Mcguirewoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
dfoley@mcguirewoods.com

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher
& Flom, LLP
333 West Wacker Drive
Chicago, IL 60606
chris.dickerson@skadden.com

Counsel to the Debtors
and Debtors in Possession

DATED:   Honolulu, Hawai`i,  _July 27, 2009_____.

_____
KIMO C. LEONG
Attorney for Creditor
HAWAIIAN ELECTRIC COMPANY, INC.

---

Bk. Case No. 08-35653-KRH; In re Circuit City Stores, Inc., et al., *Certificate of Service*

2

LAW OFFICES OF

# Taylor, Leong & Chee

| | | |
|---|---|---|
| CARROLL S. TAYLOR<br>KIMO C. LEONG | 737 BISHOP STREET, SUITE 2060<br>HONOLULU, HAWAII 96813<br>TELEPHONE (808) 528-2222<br>FACSIMILE (808) 523-1869 | GREGORY W. K. CHEE<br>(1956-2006) |

## LETTER OF TRANSMITTAL

TO:	Bankruptcy Clerk's Office
	United States Bankruptcy Court
	Eastern District of Virginia, Richmond Division
	701 East Broad Street
	Richmond, Virginia 23219

DATE:	July 27, 2009

RE:	In re Circuit City Stores, Inc., et al., Case No. 08-35653-KRH

## DESCRIPTION

PLEASE FIND ENCLOSED:

1. Original + 4 copies of the Notice of Appearance of Counsel; Certificate of Service; and

2. Return envelope.

| | | | |
|---|---|---|---|
| [ ] | For Your Review, Signature in BLACK INK and Return | [ ] | For Your Review and Response |
| [ ] | Per Your Request | [x] | **For Your Information/Files** |
| [ ] | Per Our Conversation | [ ] | For Payment |

[x]	Please return the file-stamped copies in the self-addressed, stamped envelope enclosed for your convenience. Thank you for your assistance. Should you have any questions, please do not hesitate to call me at 808-528-2222 ext. 21 or email at taylorL003@hawaii.rr.com..

By:	Michelle K. Portlock
	Secretary to Kimo C. Leong

Enclosures