

**RECEIVABLE MANAGEMENT SERVICES**

307 International Circle, Suite. 270
Hunt Valley, MD 21030
Tel: 410-773-4089
Fax: 410-773-4057
Email: Phyllis.Hayes@rmsna.com
www.rmsna.com

Phyllis A. Hayes
Paralegal – Bankruptcy Services

July 29, 2009



Clerk
U. S. Bankruptcy Court
Eastern District of Virginia
701 East Broad St., Rm. 4000
Richmond, VA 23219

In re: Circuit City Stores, Inc. ("Debtor")
Case No. 08-35653 Chapter 11
Creditor: Naples Daily News

Dear Clerk:

    We are acting as the agent for the creditor Naples Daily News ("Naples") as it relates to the above referenced case. Naples has not transferred or assigned its claim to Receivable Management Services.

    We would like to be added to the mailing list to receive all documents, etc. relating to the creditor Naples. Our mailing address is shown below.

Naples Daily News
c/o Receivable Management Services
P.O. Box 5126
Timonium, MD 21094

    If any additional information is needed, please do not hesitate to contact me.

Sincerely,

Phyllis A. Hayes
Receivable Management Services

Enclosure
cc:

Dion W. Hayes, Esq
McGuireWoods, LLP
901 E. Cary St.
Richmond, VA 23219

Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
P.O. Box 636
Wilmington, DE 19899-0636

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Dr., Ste. 2000
Chicago, IL 60606

Kurtzman Carson Consultants, LLC
Attn.: Circuit City Claims
2335 Alaska Avenue
El Segundo, CA 90245