To whom it may concern                    7/29/09

    I was employed as of the Day
Circuit city closed its Doors. The
PTO of $176.03 was earned as a
reward. I was never informed
that I would lose my PTo if I
DiD Not take it. IF I had known
that I would loss it I would of
taken that time off. I should not
be punished for helping circuit city
by staying aboard to their very
end. They DiD not give me the
opportunity to take the time off
or accept the monetary amount
Due to me.

Sincerely,

Amy FIAA



RICHMOND DIVISION
F
I
L
E
D                AUG - 3 2009                F
I
L
E
D
CLERK
U.S. BANKRUPTCY COURT

RICHMOND DIVISION
F
I
L
E
D                AUG - 3 2009                F
I
L
E
D
CLERK
U.S. BANKRUPTCY COURT

"Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to disallow certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO | Claim Number | Asserted Claim Amount | Classification As Filed |
|---|---|---|---|
|  | 7633 | 176.03 | Unsecured |
| [Claimant Name][1] | Amy FIAA |  |  |
| [Claimant Address] | 410 Roosevelt Ave |  |  |
|  | Lindenwold NJ 08021 |  |  |

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY 4:00 P.M. (EASTERN) ON AUGUST 10, 2009, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

### Critical Information for Claimants
### Choosing to File a Response to the Objection

_____

[1] Personalized claim information is included in the personalized notices served on the claimants listed on Exhibit B to the Objection.

SOUTH JERSEY NJ 080

30 JUL 2009    PM 4 L

Clerk of the bankrooptry Court
United States Bankruptcy Court
701 East Broad Street - Room 4000
Richmond, Virginia 23214

U.S. MARSHALS
INSPECTED

Amy Fraa
410 Research Ave
Lyndonwillo NS 1