

## North Carolina Department of Revenue

Beverly Eaves Perdue
Governor

Kenneth R. Lay
Secretary

July 28, 2009

Mr. William C. Redden, Clerk
US Bankruptcy Court
701 East Broad Street
Richmond, VA 23219

RICHMOND DIVISION
FILED
AUG - 3 2009
CLERK
U.S. BANKRUPTCY COURT

RE: Circuit City Stores, Inc.
Case No.: 08-35653

Mr. Redden:

Please cancel the cost of administration claim filed on May 13, 2009 by the North Carolina Department of Revenue in the amount of $1,106,016.25. The claim has been paid in full.

Sincerely,

Angela C. Fountain, Manager
Bankruptcy Unit
Collection Division
(919) 733-4027

ACF/lbc

501 N. Wilmington St., Raleigh, NC 27604
PO Box 1168 Raleigh NC 27602
An Equal Opportunity Employer