# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re:<br><br>CH-11 CIRCUIT CITY STORES, INC<br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653<br><br><br><br>Claim. No.:5125 |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, UNIVERSAL PROTECTION SERVICE, IN THE AMOUNT OF $66,465.42, TO VONWIN CAPITAL MANAGEMENT, LP

**To Transferor:**

Universal Protection Service
Stephen S. Martin, VP-Finance
PO Box 512719
Los Angeles, CA 90051-0719

PLEASE TAKE NOTICE that the transfer of $66,465.42 of the above-captioned §503 (b) (9) claim has been transferred to:

**Transferee:** VonWin Capital Management, LP
Attn: Roger Von Spiegel, Managing Director
261 Fifth Avenue, 22nd Floor
New York, NY 10016

The evidence of transfer of claim is attached hereto. A copy of the claims agent website listing the claim and a copy of the Proof of claim is attached.

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2009.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

| In re: | Case No. 08-35653 |
|---|---|
| Ch-11 Circuit City Stores, Inc. | Chapter 11 |
| Debtor | |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of UNIVERSAL PROTECTION SERVICE ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $66,465.42 | 5125 |

have been transferred and assigned to VonWin Capital Management, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: VonWin Capital Management, L.P.
Address:   261 Fifth Avenue, 22nd Floor
           New York, NY 10016

Signature: Roger Von Spiegel
Name:
Title: Managing Director
Date:

ASSIGNOR: UNIVERSAL PROTECTION SERVICE
Address:   PO Box 512719
           Los Angeles, CA 90051-0719

Signature:
Name: Stephen S. Martin
Title: VP - Finance
Date: 7/23/09

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

## Section 503(b)(9) Claim Request Form

**DEADLINE FOR FILING 503(b)(9) CLAIMS**
5:00 P.M. Pacific Time
December 19, 2008

| Circuit City Stores, Inc., et al., Claims Processing c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 | Circuit City Stores, Inc., et al. Case Nos. 08-35653 through 08-35670 Chapter 11 Jointly Administered |
|---|---|

**NOTE:** Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases (see Docket No. 107), to have claims allowed as administrative expense under 11 U.S.C. § 503(b)(9), this form must be served upon Circuit City Stores, Inc., et al., Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 by December 19, 2008, the Bar Date for Section 503(b)(9) claims in the above-referenced cases. The form may be submitted in person or by regular mail, overnight mail, or hand delivery. Facsimile, email or electronic submissions will not be accepted. Requests shall be deemed filed when actually received by Kurtzman Carson Consultants LLC.

**Name and Address of Creditor:** (The person or other entity to whom the debtor owes money or property) NameID: 4562154  (P2) PackID: 18079

UNIVERSAL PROTECTION SERVICE
PO BOX 512719
LOS ANGELES, CA 90051-0719

Telephone: 714-619-9700
Fax: 714-619-9750

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have made any demand(s) to reclaim goods sold to the debtor under 11 U.S.C. § 546(c). (attach copies of any such demand(s))

☐ Check box if you have transferred the rights of your claim to any third party. If so please list name of transferee:

☒ Check box if you have never received any notices from the bankruptcy court in this case.

**Debtor against which claim is asserted:** (Check one box below:)

☒ Circuit City Stores, Inc. (Tax I.D. No. 54-0493875)
☐ Abbott Advertising, Inc. (Tax I.D. No. 54-1624659)
☐ Circuit City Stores West Coast, Inc. (Tax I.D. No. 95-4460785)
☐ CC Distribution Company of Virginia, Inc. (Tax I.D. No. 54-1712821)
☐ Circuit City Properties, LLC (Tax I.D. No. 54-0793353)
☐ Patapsco Designs, Inc. (Tax I.D. No. 52-1086796)
☐ Ventoux International, Inc. (Tax I.D. No. 20-1071838)
☐ Sky Venture Corporation (Tax I.D. No. 54-1760311)
☐ Prahs, Inc. (n/a)
☐ XS Stuff, LLC (Tax I.D. No. 54-2029263)
☐ Kinzer Technology, LLC (Tax I.D. No. 54-2022157)
☐ Circuit City Purchasing Company, LLC (Tax I.D. No. 20-0995170)
☐ Orbyx Electronics, LLC (Tax I.D. No. 20-1203360)
☐ InterTAN, Inc. (Tax I.D. No. 75-2130875)
☐ CC Aviation, LLC (Tax I.D. No. 20-5290841)
☐ Courchevel, LLC (n/a)
☐ Circuit City Stores PR, LLC (Tax I.D. No. 66-0695512)
☐ Mayland MN, LLC (Tax I.D. No. 20-0896116)

**Name and address where notices should be sent** (if different from above)

Telephone: ___
Fax: ___

**ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:** 11027 + 11028

Check here if this claim ☐ replaces ☒ amends a previously filed claim, dated: 12/1/08

**1. BASIS FOR CLAIM:** Goods received by the Debtor within 20 days before the date of commencement of the case.  Value of Goods: $ ___

**2. DATE OF SHIPMENT:** ___  METHOD OF SHIPMENT: ___  DATE OF RECEIPT: ___
NAME OF CARRIER: ___  PLACE OF DELIVERY: ___

**3. TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM:** $ $66,465.42
☐ Check the box if claim includes interest or other charges, in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**4. BRIEF DESCRIPTION OF CLAIM:** $66,465.42 in the Amount of
Describe goods sold: SECURITY GUARD SERVICES  _Attach support for your claim._

**5. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**6. SUPPORTING DOCUMENTS:** _Attach copies of supporting documents_, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, or contracts. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Attachments must be printed on 8-1/2" by 11" paper.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this claim request form.

**8. ORDINARY COURSE CERTIFICATION:** By signing this claim request form, you are certifying that the goods for which payment is sought hereby, were sold to the debtor in the ordinary course of the debtor's business as required by 11 U.S.C. § 503(b)(9).

_Penalty for presenting fraudulent claim:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**FOR COURT USE ONLY**

Date: 12/1/08

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): [signature] Jackie Rice, A/R & Collections

0835653081113193802076965

# Creditor Data for Claim Number 5125

| | |
|---|---|
| Creditor Name: UNIVERSAL PROTECTION SERVICE<br>Creditor Notice Name: | Date Claim Filed: 1/22/2009<br>KCC Claim #: 5125<br>Amend/Replace? Amend   A/R Date: 12/1/2008 |
| Debtor Name: Circuit City Stores, Inc.<br>Case Number: 08-35653 | |
| Claim Nature: General Unsecured<br>Amount of Claim: $66,465.42 | Creditor Info Altered? N |
| Schedule:<br>Schedule Amt: | |

**Objection History**

| Date | Name | Basis | Status |
|---|---|---|---|
| 5/12/2009 | Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims | Exhibit C - Non-Goods 503(b)(9) Claims | Resolved Not Expunged |

Case 08-35653-KRH    Doc 2914    Filed 04/03/09    Entered 04/03/09 15:31:02    Desc Main
Document      Page 11 of 11

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

First Omnibus Claims Objection

**EXHIBIT B - AMENDED 503(b)(9) CLAIMS**

| CLAIM TO BE EXPUNGED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 1266 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 914 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/18/2008 | Secured: | Date Filed: 12/19/2008 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| SONY ELECTRONICS INC | Administrative: $42,345,539.70 | SONY ELECTRONICS INC | Administrative: $42,510,747.60 |
| TIM GRIEBERT | Unsecured: | TIM GRIEBERT | Unsecured: |
| 1 SONY DR | | 1 SONY DR | |
| PARK RIDGE, NJ 07656 | Total: $42,345,539.70 | PARK RIDGE, NJ 07656 | Total: $42,510,747.60 |
| | | | |
| Claim: 474 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 5125 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/03/2008 | Secured: | Date Filed: 01/22/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| UNIVERSAL PROTECTION SERVICE | Administrative: $59,487.54 | UNIVERSAL PROTECTION SERVICE | Administrative: $66,465.42 |
| PO BOX 512719 | Unsecured: | PO BOX 512719 | Unsecured: |
| LOS ANGELES, CA 90051-0719 | Total: $59,487.54 | LOS ANGELES, CA 90051-0719 | Total: $66,465.42 |
| | | | |
| Claim: 1352 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 1309 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/17/2008 | Secured: | Date Filed: 12/18/2008 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| US SIGNS INC | Administrative: $103,209.17 | US SIGNS INC | Administrative: $108,844.38 |
| 1800 BERING STE 700 | Unsecured: | 1800 BERING STE 700 | Unsecured: |
| HOUSTON, TX 77057 | Total: $103,209.17 | HOUSTON, TX 77057 | Total: $108,844.38 |
| | | | |
| Claim: 137 | Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) | Claim: 351 | Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| Date Filed: 11/19/2008 | Secured: | Date Filed: 11/24/2008 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| WIRELESS SOLUTIONS LLC | Administrative: $15,000.04 | WIRELESS SOLUTIONS LLC | Administrative: $37,122.64 |
| 2720 E PHILLIPS RD | Unsecured: | 2720 E PHILLIPS RD | Unsecured: |
| GREER, SC 29650 | Total: $15,000.04 | GREER, SC 29650 | Total: $37,122.64 |

Total Claims To Be Expunged: 9
Total Asserted Amount To Be Expunged: $125,967,168.21