# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| CH-11 CIRCUIT CITY STORES, INC | Case No. 08-35653 |
| ("the Debtors") | |
| | Claim. No.: Sched F |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHED CREDITOR, UNIVERSAL PROTECTION SERVICE, IN THE AMOUNT OF $59,202.06, TO VONWIN CAPITAL MANAGEMENT, LP

**To Transferor:**   Universal Protection Service
Stephen S. Martin, VP-Finance
PO Box 512719
Los Angeles, CA 90051-0719

PLEASE TAKE NOTICE that the transfer of $59,202.06 of the above-captioned general unsecured claim has been transferred to:

**Transferee:**   VonWin Capital Management, LP
Attn: Roger Von Spiegel, Managing Director
261 Fifth Avenue, 22nd Floor
New York, NY 10016

The evidence of transfer of claim is attached hereto. A copy of Schedule F-Creditors Holding Unsecured nonpriority claims and a copy of the claims agent website listing the claim are attached.

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2009.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

| In re: | |
|---|---|
| Ch-11 Circuit City Stores, Inc. | Case No. 08-35653 |
| | Chapter 11 |
| Debtor | |

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of UNIVERSAL PROTECTION SERVICE ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Scheduled Claim Amount | Schedule Claim No. |
|---|---|
| $59,202.06 | Schedule F |

have been transferred and assigned to VonWin Capital Management, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: VonWin Capital Management, L.P.
Address:   261 Fifth Avenue, 22nd Floor
           New York, NY 10016
Signature: Roger Von Spiegel
Name:      Managing Director
Title:
Date:

ASSIGNOR: UNIVERSAL PROTECTION SERVICE
Address:   PO Box 512719
           Los Angeles, CA 90051-0719
Signature:
Name:      Stephen S. Martin
Title:     VP - Finance
Date:      7/23/09

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO | CONTINGENT, UNLIQUIDATED, DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1128028 - 10170744<br>UNITED SITE SERVICES OF CA INC<br>3408 HILLCAP AVE<br>SAN JOSE  CA  95136 | EXPENSE PAYABLE | | $569.77 |
| 2700239 - 10208641<br>UNITED STATES DEPT OF JUSTICE<br>KAREN TRICOLI/ASSET FORFEITURE<br>BUFFALO  NY  14202 | POTENTIAL REFUND CLAIM | Disputed | $32,817.33 |
| 2707737 - 10140101<br>UNITED WATER NEW JERSEY/HARRINGTON PARK<br>190 MOORE ST<br>HACKENSACK  NJ  7601 | UTILITIES | | $258.41 |
| 2707738 - 10140102<br>UNITED WATER PENNSYLVANIA<br>8189 ADAMS DR<br>HUMMELSTOWN  PA  17036 | UTILITIES | | $154.95 |
| 1155855 - 10169364<br>UNITED WAY RICHMOND<br>2001 MAYWILL ST<br>PO BOX 11807<br>RICHMOND  VA  23230 | EXPENSE PAYABLE | | $12,372.06 |
| 2707739 - 10140103<br>UNITIL CONCORD ELECTRIC COMPANY/2013<br>P.O. BOX 2013<br>CONCORD  NH  03302-2013 | UTILITIES | | $13,935.48 |
| 2704723 - 10135813<br>UNIVERSAL MUSIC GROUP<br>Attn GLENN D. POMERANTZ<br>MUNGER, TOLLES & OLSON<br>355 S. GRAND AVE., 35TH FLOOR<br>LOS ANGELES  CA  90071 | CODEFENDANT<br>MAD RHINO, INC. V. BEST BUY, INC., ET AL. | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1150829 - 10170140<br>UNIVERSAL PROTECTION SERVICE<br>PO BOX 512719<br>LOS ANGELES  CA  90051-0719 | EXPENSE PAYABLE | | $59,202.06 |

## Creditor Data

| | |
|---|---|
| **Creditor Name:** UNIVERSAL PROTECTION SERVICE<br>**Creditor Notice Name:** | **Date Claim Filed:**<br>**KCC Claim #:**<br>**Amend/Replace?** No |
| **Debtor Name:** Circuit City Stores, Inc.<br>**Case Number:** 08-35653 | |
| **Claim Nature:** General Unsecured<br>**Amount of Claim:** | **Creditor Info Altered?** N |
| **Schedule:** F<br>**Schedule Amt:** $59,202.06 | |