Paul S. Bliley, Jr., VSB #13973
Williams Mullen
P.O. Box 1320
Richmond, VA 23218-1320
Telephone:    (804) 783-6448
Fax:          (804) 783-6507
pbliley@williamsmullen.com

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., et al., | ) |
| | ) Jointly Administered |
| Debtors. | ) |

**RESPONSE OF DOUG BELDEN, HILLSBOROUGH, FLORIDA
TAX COLLECTOR TO TWENTY-FOURTH
OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN REAL ESTATE
TAX CLAIMS ON REAL PROPERTY
IN WHICH DEBTORS LEASEDTHE REAL PROPERTY)**

Comes now Doug Belden the Hillsborough County, Florida Tax Collector, by counsel, and for his response to the Twenty-Fourth Omnibus Objection filed by Circuit City Stores, Inc. ("Debtor") regarding the disallowance of certain real estate tax claims on real property which the Debtors leased the real property, states as follows:

1.  On or about January 16, 2009, Doug Belden, Tax Collector for Hillsborough County, Florida, filed a Proof of Claim herein in the amount of $13,386.90, designated as Claim Number 3969, indicating that the claim was for 2008 <u>tangible personal</u> property taxes assessed in Hillsborough County, Florida. A copy of the tax bill is attached hereto as Exhibit A.

2.  Pursuant to Omnibus Claims Objection Twenty-Four filed by the Debtor herein, the Debtor has objected to the Hillsborough County Proof of Claim, on the basis that the claim asserted in this Proof of Claim is for alleged real estate taxes on real property that the Debtor

leased, but did not own. Hillsborough County denies this. The Proof of Claim in question is for tangible personal property taxes, as evidenced on its face.

**WHEREFORE**, Doug Belden, Hillsborough County, Florida Tax Collector prays that the Twenty-Fourth Omnibus Objection to the extent that it is applicable to Hillsborough County, Florida Tax Collector, be and hereby is overruled and the claim filed by Hillsborough County, Florida be allowed as the 2008 tangible personal property tax assessed against tangible personal property owned by the Debtor and that Hillsborough County, Florida may have such other and further relief as is appropriate under the circumstances.

Dated: August 4, 2009
                                           DOUG BELDEN, HILLSBOROUGH COUNTY
                                           FLORIDA TAX COLLECTOR

                                           By  /s/ Paul S. Bliley, Jr.
                                                      Of Counsel

Paul S. Bliley, Jr., VSB No. 13973
Williams Mullen
P.O. Box 1320
Richmond, VA  23218-1320
Phone:     (804) 783-6448
Fax:       (804) 783-6507
pbliley@williamsmullen.com
Counsel for Hillsborough County, Florida Tax Collector

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

                                        /s/ Paul S. Bliley, Jr.
                                        Paul S. Bliley, Jr.

6645647_1.DOC

EXHIBIT A

**Doug Belden, Hillsborough County Tax Collector**

**2008 Notice of Tangible Personal Property Taxes**

Skip the Trip - Pay online at www.hillstax.org
- E-Check - A FREE electronic payment from your checking account
- Credit Card - 2.5% fee is charged

| Folio No. | 027333.0000 | P/M ID | 3883220 |

| Pay this amount | 12,851.42 | 12,985.29 | 13,119.16 | 13,253.03 | 13,386.90 |
|---|---|---|---|---|---|
| If postmarked by | Nov 30 08 | Dec 31 08 | Jan 31 09 | Feb 28 09 | Mar 31 09 |
| Discount | 4% | 3% | 2% | 1% | None |

**Owner Name & Property Location**
CIRCUIT CITY STORES INC #0857
1712 N DALE MABRY HWY

CIRCUIT CITY STORES INC #0857
PO BOX 42304
RICHMOND VA 23242-2304

Legal Description: 1712 N DALE MABRY HWY

### Ad Valorem Taxes

Tax District TEN

| Taxing Authority | Telephone | Exemption | Taxable Value | Millage | Tax Amount |
|---|---|---|---|---|---|
| COUNTY OPERATING | 813-272-5890 | 25000 | 617930 | 5.74390 | 3,549.33 |
| ENVIRONMENTAL LAND | 813-272-5890 | 25000 | 617930 | 0.06040 | 37.32 |
| LIBRARY-SERVICE | 813-272-5890 | 25000 | 617930 | 0.55830 | 344.99 |
| SCHOOL - LOCAL | 813-272-4047 | 25000 | 617930 | 2.47300 | 1,528.14 |
| SCHOOL - STATE | 813-272-4047 | 25000 | 617930 | 5.30400 | 3,277.50 |
| PORT AUTHORITY | 813-905-5132 | 25000 | 617930 | 0.19500 | 120.50 |
| HILLS CO TRANSIT AUTHORITY | 813-623-5835 | 25000 | 617930 | 0.46820 | 289.31 |
| CHILDRENS BOARD | 813-229-2884 | 25000 | 617930 | 0.50000 | 308.97 |
| WATER MANAGEMENT | 800-423-1476 | 25000 | 617930 | 0.38660 | 238.89 |
| WATER MANAGEMENT N | 800-423-1476 | 25000 | 617930 | 0.24210 | 149.60 |
| TAMPA CITY | 813-274-8552 | 25000 | 617930 | 5.73260 | 3,542.35 |

| Assessed Value | 642930 |
|---|---|
| Exemptions | |
| A1 | 25000 |

| Total Millage | 21.66410 |
| Combined Taxes & Assessments | 13,386.90 |
| Filling Penalty | 0.00 |
| Total Due | 13,386.90 |

Bankruptcy Number
BKY#2008-35653 FILED 11/10/08

Doug Belden, Hillsborough County Tax Collector

2008 Notice of Tangible Personal Property Taxes

| Folio Number | 027333.0000 | P/M ID | 3883220 | Assessed Value | 642930 | Tax District | TEN |

Legal Description: 1712 N DALE MABRY HWY

Pay online at www.hillstax.org. Partial payments are not accepted

| Pay this amount | 12,851.42 | 12,985.29 | 13,119.16 | 13,253.03 | 13,386.90 |
|---|---|---|---|---|---|
| If postmarked by | Nov 30 08 | Dec 31 08 | Jan 31 09 | Feb 28 09 | Mar 31 09 |
| Discount | 4% | 3% | 2% | 1% | None |

Make checks payable in US funds to
DOUG BELDEN, TAX COLLECTOR
P.O. BOX 172920
TAMPA FL 33672-0920

CIRCUIT CITY STORES INC #0857
PO BOX 42304
RICHMOND VA 23242-2304

Bankruptcy Number
BKY#2008-35653 FILED 11/10/08

0002   02733300004   0013386909   00000000