IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.  Case No. 08-35653-KRH |
| | ) | |
| CIRCUIT CITY STORES, INC., et al. | ) | CHAPTER 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| on behalf of Its agency the U.S. Department | ) | |
| of Commerce, National Telecommunications | ) | |
| Information Administration, | ) | Contested Matter |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF LODGING PROPOSED ORDER

It is hereby certified that the proposed ORDER GRANTING UNITED STATES' MOTION FOR COURT APPROVAL OF RECOUPMENT (attached hereto as Exhibit 1) has been lodged with the United States Bankruptcy Court for the Eastern District of Virginia in the above-captioned case on this __4th__ day of August, 2009.  With the filing of this Notice, all parties registered with the Court to receive ECF notice are herby notified that the proposed Order has been lodged.

/ / / /

/ / / /

Robert P. McIntosh
Assistant United States Attorney
1800 Main Street Centre
600 East Main Street
Richmond, Virginia  23219
Tel. No. (804) 819-5400
Counsel for U.S. Department of Commerce/NTIA

Additionally, the following have been served a true and correct copy of the proposed

ORDER by United States mail, first-class postage prepaid:

> Daniel F. Blanks, Esq.
> Douglas M. Foley, Esq.
> McGuire Woods LLP
> 9000 World Trade Center
> 101 W. Main Street
> Norfolk, Virginia 23510
> *Counsel for Debtor*
>
> Dion W. Hayes, Esq.
> Joseph S. Sheerin, Esq.
> Sarah Becket Boehm, Esq.
> McGuire Woods LLP
> One James Center
> 901 East Cary Street
> Richmond, Virginia 23219
> *Counsel for Debtor*
>
> Greg M. Galardi, Esq.
> Ian S. Fredericks, Esq.
> Skadden, Arps, Slate, Meagher & Flom, LLP
> One Rodney Square
> P.O. Box 636 Wilmington, Delaware 19899-0636
> *Counsel for Debtor*
>
> Chris L. Dickerson, Esq.
> Skadden, Arps, Slate, Meagher & Flom, LLP
> 333 West Wacker Drive Chicago, Illinois 60606
> *Counsel for Debtor*
>
> Lynn L. Tavenner, Esq.
> Paula S. Beran, Esq.
> Tavenner & Beran, PLC
> 20 North Eighth Street, 2nd Floor
> Richmond, Virginia 23219
> *Co-counsel for Official Committee of Unsecured Creditors*

        Jeffrey N. Pomerantz, Esq.
        Brad R. Godshall, Esq.
        Pachulski Stang Ziehl & Jones LLP
        10100 Santa Monica Boulevard, 11th Floor
        Los Angeles, CA 90067-4100
        *Counsel for Official Committee of Unsecured Creditors*

        Robert J. Feinstein, Esq.
        Pachulski Stang Ziehl & Jones LLP
        780 Third Avenue, 36th Floor
        New York, New York 10017-2024
        *Counsel for Official Committee of Unsecured Creditors*

        Robert B. Van Arsdale, Esq.
        Office of the U. S. Trustee
        701 E. Broad St., Suite 4304
        Richmond, Virginia 23219
        *Counsel for U.S. Trustee*

        Bruce H. Besanko
        9950 Mayland Drive
        Richmond, VA 23233


DATED this _4_ day of August, 2009.
                Respectfully submitted,

                DANA J. BOENTE
                UNITED STATES ATTORNEY


        By:   /s/Robert P. McIntosh
            Robert P. McIntosh
            Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on August __4__, 2009, a true and correct copy of the foregoing NOTICE OF LODGING PROPOSED ORDER with attached proposed ORDER GRANTING UNITED STATES' MOTION FOR COURT APPROVAL OF RECOUPMENT was filed using the Courts ECF system, which in turn will serve a copy of the Notice and proposed Order on all parties who have requested ECF notification.

It is further certified that service of the foregoing has been made this __4___ day of August by placing a true and correct copy in the United States mail, first class, postage prepaid, on the following:

>Daniel F. Blanks, Esq.
>Douglas M. Foley, Esq.
>McGuire Woods LLP
>9000 World Trade Center
>101 W. Main Street
>Norfolk, Virginia 23510
>*Counsel for Debtor*
>
>Dion W. Hayes, Esq.
>Joseph S. Sheerin, Esq.
>Sarah Becket Boehm, Esq.
>McGuire Woods LLP
>One James Center
>901 East Cary Street
>Richmond, Virginia 23219
>*Counsel for Debtor*
>
>Greg M. Galardi, Esq.
>Ian S. Fredericks, Esq.
>Skadden, Arps, Slate, Meagher & Flom, LLP
>One Rodney Square
>P.O. Box 636 Wilmington, Delaware 19899-0636
>*Counsel for Debtor*

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive Chicago, Illinois 60606
*Counsel for Debtor*

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
*Co-counsel for Official Committee of Unsecured Creditors*

Jeffrey N. Pomerantz, Esq.
Brad R. Godshall, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100
*Counsel for Official Committee of Unsecured Creditors*

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, New York 10017-2024
*Counsel for Official Committee of Unsecured Creditors*

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, Virginia 23219
*Counsel for U.S. Trustee*

Bruce H. Besanko
9950 Mayland Drive
Richmond, VA 23233


   /s/Robert P. McIntosh
Robert P. McIntosh
Assistant U.S. Attorney