# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., | ) Case No.: 08-35653 |
| | ) |
| Debtor. | ) Judge Kevin R. Hennekens |
| | ) |
| | ) |
| | ) |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(e)(2)

**Name of Proposed Transferor:**
Micro Product Distributors
89450 NW 27th St
Miami, FL 33172
**Claim #974**

**Name of Transferee:**
United States Debt Recovery III, LP
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF

YOUR CLAIM, YOUR MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
United States Bankruptcy Court
Eastern District of Virginia
310 United States Courthouse Annex
1100 East Main St.
Richmond,VA 23219-3538

**SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court
records as the claimant.

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on
_____
INTERNAL CONTROL NO._____
Copy  (check)   Claims Agent_____      Transferee_____      Debtor's
Attorney_____

_____
Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISIION

|  |  |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC.,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No.: 08-35653<br>)<br>) Judge Kevin R. Huennekens<br>)<br>) **TRANSFER OF CLAIM**<br>) **BANKRUPTCY RULE 3001(E)(2)**<br>)<br>) |

PLEASE TAKE NOTICE that the administrative priority claim (Bankruptcy Code section 503(b)(9) claim, claim number 974) of Micro Product Distributors (underlying creditor or "Transferor") against the above captioned Debtor in the amount of **$72,109.25** claim number 974 and all priority claims of Transferor associated with such claim have been transferred and assigned (absolutely and not for security) to United States Debt Recovery III LP., ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. I represent and warrant that the claim is not less than $72,109.25 and has not been previously objected to, sold, or satisfied. Other that as stated above, USDR assumes all risks associated with the debtor's ultimate payment, if any upon the claims. I agree that upon request, I will deliver to USDR any correspondence, payment received after the date of this agreement and any supporting materials  (if requested by USDR) documenting the claim. The clerk of the court is authorized to changed the address and holder of this claim from Transferor to that of the Transferee, USDR below.

**TRANSFEROR:**  Micro Products Distributors

Print Name _RAÚL ARBANTE_    Title: _VP-Gral Mgr._

Signature: _[signature]_    Date: _08/03/09._

Corrected Address (if req.)_____

Phone: _315-594-3022_    E-Mail: _raul@hssi.com_ ,

**TRANSFEREE:**

United States Debt Recovery III LP
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: _[signature]_

Nathan E. Jones, Managing Director