July 31, 2009

```
RICHMOND DIVISION
F I L E D    AUG  4 2009    F I L E D
CLERK
U.S. BANKRUPTCY COURT
```

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, VA  23219

Re:   **Case No: 08-35653**
      **Claim #3071 / James A Cameron and Maria Teresa Cameron, Jt Ten**
      **Notice of Change of Mailing Address**

Dear Clerk of the Bankruptcy Court,

Please change the mailing address you have on file for the above-referenced Claimant for all future correspondence with the U.S. Bankruptcy Court regarding Case No: 08-35653, as follows:

Former mailing address:

James A Cameron and Maria Teresa Cameron, Jt Ten
5903 MacLaren St. - Ste. 2
Yakima, WA  98908

*New* mailing address:

**James A Cameron and Maria Teresa Cameron, Jt Ten**
**P.O. Box 3751**
**Costa Mesa, CA  92628-3751**

Sincerely,

*[signatures]*

James A Cameron and Maria Teresa Cameron, Jt Ten