**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al*. | ) | Case No. 08-35653 (KRH) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## ORDER PERMITTING WITHDRAWAL OF SUSAN R. PODOLSKY AS COUNSEL TO PARAMOUNT HOME ENTERTAINMENT INC.

Upon consideration of the Motion for Order Permitting Withdrawal of Counsel (the "Motion") filed by Paramount Home Entertainment Inc. ("Paramount") and it appearing to the Court that good and sufficient notice having been provided pursuant to Local Rule 2090-1(G) and due deliberation having been had thereon and sufficient cause appearing therefore; it is hereby:

ORDERED that the relief requested in the Motion be and hereby is granted;

ORDERED that Susan R. Podolsky, Esquire, be and hereby is permitted to withdrawal as counsel of record to Paramount in this bankruptcy proceeding and such withdrawal be and hereby is approved; and

ORDERED that the Clerk be and hereby is directed to remove Ms. Podolsky from the ECF system with respect to the Debtors' bankruptcy proceeding.

Dated: Jul 31 2009, 2009

/s/ Kevin Huennekens
United States Bankruptcy Judge

Entered on Docket: 8/3/09

WE ASK FOR THIS:

*/s/ William A. Broscious*
William A. Broscious, Esquire (VSB #27436)
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, VA 23233
804.741.0400 x202

David M. Stern, Esquire
Michael L. Tuchin, Esquire
Korin E. Avelino, Esquire
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue if the Stars, 39th Floor
Los Angeles, California  90067
(310) 407.4000

Counsel for Paramount Home Entertainment Inc.

## LOCAL RULE 9022-1 CERTIFICATION

I hereby certify that the foregoing Order has been endorsed by all necessary parties.

*/s/ William A. Broscious*
William A. Broscious, Esq. (VSB #27436)

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj           Page 1 of 1              Date Rcvd: Aug 03, 2009
Case: 08-35653                Form ID: pdforder         Total Noticed: 1
```

The following entities were noticed by first class mail on Aug 05, 2009.
            +David  Stern, Esq., Michael Tuchin, Esq. &,   Korin Avelino, Esq., Klee Tuchin et al,
               1999 Avenue of the Stars, 39th Fl.,   Los Angeles, CA 90067-6049
The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 05, 2009**                          **Signature:**       *Joseph Speetjens*