# United States Bankruptcy Court

### Eastern District of Virginia

Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   08–35653–KRH
**Chapter**   11
**Judge**   Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Circuit City Stores, Inc.
 9950 Mayland Drive
Richmond, VA 23233


Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s).,(if any):
   Debtor: NA

Employer Tax–Identification (EIN) No(s).(if any):
   Debtor: 54–0493875


## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION


A transcript was filed on  August 4, 2009 in the above–referenced case, event text as shown below:

Transcript filed Re: Hearing Held 7/16/2009, Remote electronic access to the transcript is restricted until 11/2/2009. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber J&J Court Transcribers, Inc., Telephone number 609–586–2311.] [Transcript Purchased by Karen Cain / McGuire Woods.] (RE: related document(s) [4104] Hearing held; MOTION GRANTED; order has been submitted, [4105] Hearing held; MOTION GRANTED; order to be submitted). Notice of Intent to Request Redaction Deadline Due By 08/10/2009. Redaction Request Due By 08/24/2009. Redacted Transcript Submission Due By 09/3/2009. Transcript access will be restricted through 11/2/2009. (Bowen, James)


    The parties have [until August 11, 2009] [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is [ August 25, 2009] [21 days from the date of filing of the transcript].

    If a request for redaction is filed, the redacted transcript is due [ September 4, 2009] [31 days from the date of filing of the transcript].

    If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [ November 2, 2009] [90 calendar days from the date of filing of the transcript] unless extended by court order.

    To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date:   August 4, 2009


[ntctranredact.jsp 3/2009]

# CERTIFICATE OF NOTICE

District/off: 0422-7         User: jafarbayj          Page 1 of 32            Date Rcvd: Aug 04, 2009
Case: 08-35653              Form ID: redacttr         Total Noticed: 1084

The following entities were noticed by first class mail on Aug 06, 2009.
db           +Circuit City Stores, Inc.,   9950 Mayland Drive,   Richmond, VA 23233-1463
aty           A. Carter Magee, Jr.,   Magee, Foster, Goldstein & Sayers, P.C.,   P.O. Box 404,
              Roanoke, VA  24003-0404
aty          +Andrea Sheehan,   Law Offices of Robert E. Luna, P.C.,   4411 North Central Expressway,
              Dallas, TX 75205-4210
aty          +Andria M. Beckham,   Bricker & Eckler, LLP,   100 South Third Street,   Columbus, OH 43215-4291
aty          +Angela B. Degeyter,   Vinson & Elkins LLP,   2001 Ross Ave. Suite 3700,   Dallas, TX  75201-2975
aty          +Ann E. Schmitt,   Culbert & Schmitt, PLLC,   30C Catoctin Circle, SE,   Leesburg, VA 20175-3614
aty          +Ann K. Crenshaw,   Kaufman & Canoles, P.C.,   2100 Parks Avenue, Suite 700,
              Virginia Beach, VA 23451-4164
aty          +Arthur Lindquist-Kleissler,   950 South Cherry St., Ste. 720,   Denver, CA 80246-2665
aty          +Ashley M. Chan,   Hangley Aronchick Segal & Pudlin,   One Logan Sq.,   27th Floor,
              Philadelphia, PA 19103-6995
aty          +Bertram L. Potemken,   3602 Gardenview Road,   Baltimore, MD 21208-1510
aty          +Betsy Johnson Burn,   PO Box 11070(29211-1070),   Columbia, SC 29211-1070
aty          +Brad D. Krasnoff,   Lewis Brisbois Bisgaard & Smith,   221 N. Figueroa St., Ste. 1200,
              Los Angeles, CA 90012-2663
aty           Bradley S. Copeland,   PO Box 1758,   Eugene, OR  97440-1758
aty          +Brian D. Womac,   Two Memorial City Plaza,   820 Gessner, Ste. 1540,   Houston, TX 77024-4463
aty          +Brian K. Larkin,   One Court Place - Ste. 301,   Rockford, IL 61101-1088
aty           Brian P. Hall,   Smith, Gambrell & Russell, LLP,   Suite 3100, Promenade II,
              1230 Peachtree Street, N.E.,   Atlanta, GA  30309-3592
aty           C. B. Blackard, III,   301 E. Dave Ward Drive,   PO Box 2000,   Conway, AR  72033-2000
aty          +Carl P. McDonald,   Goddard & Gamble, Attorneys,   Suite 208,   101 West Broadway Ave.,
              Maryville, TN 37801-4716
aty          +Caroline R. Djang,   Jeffer Mangels Butler et al,   Seventh Floor,   1900 Avenue of the Stars,
              Los Angeles, CA 90067-4301
aty           Catherine J. Weinberg,   Buckner, Alani & Mirkovich,   3146 Redhill Ave., Ste. 200,
              Costa Mesa, CA 92626-3415
aty          +Christi M. Carrano,   270 Quinnipiac Avenue,   North Haven, CT 06473-3716
aty          +Christopher A. Camardello,   Winthrop & Weinstine, PA,   225 South Sixth Street,   Suite 3500,
              Mimmeapolis, MN 55402-4629
aty          +Christopher B. Mosley,   City of Fort Worth,   1000 Throckmorton Street,
              Fort Worth, TX 76102-6311
aty          +Christopher Combest,   Suite 3700,   500 West Madison St.,   Chicago, IL 60661-4591
aty           Constantinos G. Panagopoulos,   Ballard Spahr Andrews & Ingersoll, LLP,   601 13th Street, NW,
              Suite 1000 South,   Washington, DC  20005-3807
aty           Courtney R. Sydnor,   Shulman, Rogers Gandal, Pordy & Ecker,
              12505 Park Potomac Avenue, 6th Floor,   Potomac, MD  20854
aty          +Craig C. Chiang,   Buchalter, Nemer, Fields & Younger,   333 Market Street 25th Floor,
              San Francisco, CA 94105-2126
aty          +Darren W. Bentley,   Clement & Wheatley,   P.O. Box 8200,   Danville, VA  24543-8200
aty          +David G. Reynolds,   Glass & Reynolds,   P.O. Box 1700,   Corrales, NM 87048-1700
aty          +David L. Pollack,   Ballard Spahr Andrews & Ingersoll LLP,   51st Fl-Mellon Bank Center,
              1735 Market Street,   Philadelphia, PA 19103-7501
aty          +David R. Heil,   2324 Lee Road,   Winter Park, FL 32789-1750
aty          +David S. Berman,   Riemer & Braunstein, LLP,   Three Center Plaza,   6th Floor,
              Boston, MA 02108-2003
aty          +David S. Sun,   Law Offices of John L. Sun,   Ste. 1250,   3550 Wildhire Boulevard,
              Los Angeles, CA 90010-2416
aty           David V. Cooke,   Municipal Operations,   201 West Colfax Ave.,   Dept. 1207,
              Denver, CO  80202-5332
aty          +David W. Cranshaw,   Morris Manning & Martin LLP,   1600 Atlanta Financial Center,
              3343 Peachtree Rd., N.E.,   Atlanta, GA 30326-1085
aty          +Davor Rukavina,   Munsch Hardt Kopt & Harr, P.C.,   3800 Lincoln Plaza,   500 N. Akard Street,
              Dallas, TX 75201-3302
aty          +Dean Farmer,   Hodges, Doughty & Carson,   617 Main St.,   Knoxville, TN 37902-2602
aty          +Deborah J. Piazza,   Hodgson Russ LLP,   140 Pearl St.,   Suite 100,   Buffalo, NY 14202-4040
aty          +Diane W. Sanders,   1949 South I.H. 35 (78784l),   P.O. Box 17428,   Austin, TX 78760-7428
aty          +Donald G. Scott,   McDowell Rice et al,   605 West 47th St., Ste. 350,
              Kansas City, MO 64112-1900
aty          +Edmond Patrick O'Brien,   Stempel Bennett Claman & Hochberg, P.C.,   675 Third Ave. 31st Floor,
              New York, NY 10017-5704
aty          +Elan S. Levey,   Levinson Arshonsky & Kurtz,   15303 Ventura Blvd,   Suite 1650,
              Sherman Oaks, CA 91403-6620
aty          +Elizabeth Banda,   Perdue, Brandon, Fielder, Collins & Mott,   4025 Woodland Park Blvd Suite 300,
              Arlington, TX 76013-4398
aty          +Elizabeth Weller,   Linebarger Goggan Blair & Sampson,LLP,   2323 Bryan Street, Suite 1600,
              Dallas, TX 75201-2644
aty          +Eric D. Goldberg,   Stutman, Treister & Glatt, P.C.,   1901 Ave of the Stars-12th Floor,
              Los Angeles, CA 90067-6001
aty          +Eric Lopez Schnabel,   Dorsey & Whitney,   1105 North Market St.,   Suite 1600,
              Wilmington, DE 19801-1201
aty           Ernie Zachary Park,   Bewley,Lassleben & Miller, LLP,   13215 E. Penn Street,   Suite 510,
              Whittier, CA  90602-1797
aty          +Ferrell A. Weber,   Law Office of Ferrell Weber,   2203 E. Lincoln Ave.,   Anaheim, CA 92806-4108
aty          +Frank F. Rennie, IV,   1930 Huguenot Road,   P. O. Box 35655,   Richmond, VA 23235-0655
aty          +Frank J. Haupel,   DelBello Donnellan Weingarten Wise,   One North Lexington Ave.,
              White Plains, NY 10601-1712
aty          +Fredrick J. Levy,   Olshan Grundman Frome et al,   65 East 55th Street,   New York, NY 10022-3402
aty          +Gail B. Price,   Bronwen Price Attys at Law,   2600 Mission St., Ste. 206,
              San Marino, CA 91108-1676

```
aty        +Garbiela P. Cacuci,   Corp. Counsel of the City of New york,   100 Church St.,   Room 5-223,
            New York, NY 10007-2601
aty        +Gary H. Cunningham,   Giarmarco Mullins & Horton,   101 W. Big Beaver Rd,   Floor 10,
            Troy, MI 48084-5253
aty        +Gary T. Holtzer,   Weil, Gotshal & Manges LLP,   767 Fifth Avenue,   New York, NY 10153-0119
aty        +George Hofmann,   Parsons Kinghorn Harris,   111 East Broadway, 11th FL,
            Salt Lake City, UT 84111-5225
aty        +George Rosenberg,   Arapahoe County Attorney,   5334 S. Prince Street,   Littleton, CO 80166-0001
aty         Gilbert L. Hamberg,   1038 Darby Drive,   Yardley, PA  19067-4519
aty        +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
            Wilmington, DE 19899-0636
aty        +Gregg S. Kleiner,   Cooley Godward LLP,   One Maritime Plaza, 20th Floor,
            San Francisco, CA 94111-3510
aty        +H. Brent Patrick,   Smith Cashion & Orr, PLC,   231 Third Avenue North,
            Nashville, TN 37201-1603
aty        +H. Slayton Dabney, Jr.,   King & Spalding LLP,   1185 Avenue of the Americas,
            New York, NY 10036-2686
aty        +Howard Gershman,   Gershman Law Offices, PC,   610 York Rd., Ste. 200,
            Jenkintown, PA 19046-2867
aty        +Ian S. Fredericks,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
            Wilmington, DE 19899-0636
aty        +J. Bennett Friedman,   Hamburg, Karic, Edwards & Martin, LLP,   1900 Ave. of the stars,
            Suite 1800,   Los Angeles, CA 90067-4409
aty        +James A. Pardo, Jr.,   King & Spalding,   1180 Peachtree Street,   Atlanta, GA 30309-3531
aty        +James B. Holden,   Assistant Atty. General,   1525 Sherman St. 7th Floor,   Denver, CO 80203-1760
aty        +James D. Newell,   Buchanan Ingersoll & Rooney,   One Oxford Centre,   20th Floor,
            Pittsburgh, PA 15219-1400
aty         Jeffrey A. Krieger,   Greenberg Glusker Fields, et al,   1900 Avenue of the Stars, Suite 2100,
            Los Angeles, CA  90067-4590
aty         Jeffrey Cohen,   The Grace Building,   1114 Avenue of the Americas,   New York, NY  10036-7798
aty        +Jeffrey D. Saferstein,   Paul, Weiss, Rifkind, Wharton & Garrison,   1285 Ave. of the Americas,
            New York, NY 10019-6031
aty        +Jeffrey G. Olsen,   Fennell & Olsen,   90 Blue Ravine Road, Ste. 170,   Folsom, CA 95630-4730
aty        +Jeffrey Kurtzman,   Klehr, Harrison, Harvey, Branzburg & Ell,   260 South Broad Street,
            Philadelphia, PA 19102-5021
aty        +Jeffrey Meyers,   Ballard Spahr Andrews & Ingersoll,   51st Fl- Mellon Bank Center,
            1735 Market Street,   Philadelphia, PA 19103-7501
aty        +Jennifer L. Rando,   Hodgson Russ LLP,   The Guaranty Bldg,   140 Pearl Street,   Suite 100,
            Buffalo, NY 14202-4014
aty        +Jeremy C. Kleinman,   Frank/Gecker LLP,   325 North LaSalle St. Suite 625,
            Chicago, IL 60654-6465
aty        +Jess R. Bressi,   Cox, Castle & Nicholson LLP,   19800 MacArthur Blvd. Suite 500,
            Irvine, CA 92612-2480
aty        +John E. Lucian,   Blank Rome LLP,   One Logan Square,   Philadelphia, PA 19103-6998
aty        +John F. Higgins,   Porter Hedges, L.L.P.,   1000 Main St., 36th Floor,   Houston, TX 77002-6336
aty        +John L. Senica,   Miller,Canfield,Paddock and Stone, PLC,   225 W. Washington, Suite 2600,
            Chicago, IL 60606-2418
aty        +John P. Dillman,   Linebarge Goggan Blair & Sampson LLP,   P.O. Box 3064,
            Houston, TX 77253-3064
aty        +Joon M. Khang,   Khang & Khang, LLC,   1901 Avenue of the Stars,,   2nd Floor,
            Los Angeles, CA 90067-6001
aty        +Joseph R. Sgroi,   Honigman Miller Schwartz & Cohn LLP,   660 Woodward Ave.,
            2290 First National Building,   Detroit, MI 48226-3506
aty        +Julie H. Rome-Banks,   Binder & Malter, LLP,   2775 Park Avenue,   Santa Clara, CA 95050-6004
aty        +Karon Y. Wright,   Travis County, Texas,   P.O. Box 1748,   Austin, TX 78767-1748
aty        +Kenneth B. Roseman,   Kenneth B. Roseman & Assoc., P.C.,   Suite 810,   105 West Madison Street,
            Chicago, IL 60602-4668
aty        +Kenneth C. Johnson,   Bricker & Eckler LLP,   100 South Third Street,   Columbus, OH 43215-4291
aty        +Kenneth Miller,   Moldo Davidson Fraioli et al,   Suite 2100,   2029 Century Park East,
            Los Angeles, CA 90067-3007
aty        +Kenneth R. Rhoad,   Gebhardt & Smith LLP,   1 South St. Suite 2200,   Baltimore, MD 21202-3281
aty        +Kepley Broscious & Biggs, PLC,   7201 Glen Forest Drive,   Suite 102,   Richmond, VA 23226-3759
aty        +Kimo C. Leong,   Law Offices of Taylor, Leong & Chee,   737 Bishop Street,   # 2060,
            Honolulu, HI 96813-3214
aty         Kirk B. Burkley,   Bernstein Law Firm, P.C.,   Suite 2200 Gulf Tower,   Pittsburgh, PA  15219
aty        +Kyra E. Andrassy,   Weiland, Golden. Smiley et al,   Suite 950,   650 Town Center Drive,
            Costa Mesa, CA 92626-7021
aty        +Larry D. Henin,   Edwards Angell Palmer et al,   750 Lexington Ave.,   New York, NY 10022-1253
aty        +Lawrence J. Hilton,   Hewitt & O'Neil LLP,   19900 MacArthur Blvd. Suite 1050,
            Irvine, CA 92612-8414
aty        +Lawrence S. Burnat,   Schreeder, Wheeler & Flint, LLP,   1100 Peachtree Street, N.E.,   Suite 800,
            Atlanta, GA 30309-4516
aty        +LeClair Ryan, A Professional Corporation,   951 East Byrd Street,   Richmond, VA 23219-4040
aty        +Linda Dianne Regenhardt,   Gary & Regenhardt PLLC,   8500 Leesburg Pike, Suite 7000,
            Vienna, VA 22182-2498
aty        +Lionel J. Postic,   Law Firm Of Lionel J. Postic, PC,   125 Townpark Drive,   Suite 300,
            Kennesaw, GA 30144-5812
aty        +Lisa Taylor Hudson,   Sands Anderson Marks & Miller,   P. O. Box 1998,
            801 East Main Street, Suite 1800,   Richmond, VA 23219-2906
aty        +Lori L. Winkelman,   Quarles & Brady LLP,   2 North Central Avenue,   Phoenix, AZ 85004-2322
aty         Mark B. Conlan,   One Gateway Center,   Newark, NJ  07102-5310
aty         Mark B. Conlan,   One Gateway Center,   Newwark, NJ  07102-5310
aty        +Mark C. McCullough,   Skaar & McCullough,   The Colonnade,   5500 Wayzata Blvd,   Suite 1450,
            Minneapolis, MN 55416-1241
```

District/off: 0422-7          User: jafarbayj          Page 3 of 32                    Date Rcvd: Aug 04, 2009
Case: 08-35653               Form ID: redacttr        Total Noticed: 1084

```
aty        +Mark J. Cerrato,   820 Enfield Street,   Enfield, CT 06082-2964
aty         Mark J. Friedman,   DLA Piper LLP (US),   6225 Smith Avenue,   Baltimore, MD  21209-3600
aty        +Mark Stromberg,   Stromberg & Associates, PC,   Two Lincoln Centre,   5420 LBJ Freeway,
             Suite 300,   Dallas, TX 75240-6271
aty        +Mary Elisabeth Naumann,   Jackson Kelly PLLC,   175 E. Main St., Ste. 500,
             Lexington, KY 40507-1328
aty        +Meegan B. Casey,   Riemer & Branustein, LLP,   Three Center Plaza,   6th Floor,
             Boston, MA 02108-2003
aty        +Menachem O. Zelmanovitz,   Morgan, Lewis & Bockius,   101 Park Ave.,   New York, NY 10178-0060
aty        +Michael Deitch,   Law Offices of Michael Deitch,   800 Rio Grande,   Austin, TX 78701-2220
aty        +Michael F. McGrath,   Ravich Meyer Kirkman McGrath,   4545 IDS Center,   80 South Eighth St.,
             Minneapolis, MN 55402-2100
aty        +Michael J. Darlow,   Perdue Brandon Fielder et al.,   Ste. 600,   1235 North Loop West,
             Houston, TX 77008-1772
aty        +Michael R. Murphy,   301 South Sixth Street,   Paducah, KY 42003-1700
aty        +Michael W. Malter,   Binder & Malter,   2775 Park Ave.,   Santa Clara, CA 95050-6004
aty        +Michelle McMahon,   Bryan Cave LLP,   1290 Avenue of the Americas,   New York, NY 10104-0101
aty        +Mio Technology USA Ltd. also known as MiTAC USA In,   c/o Orrick Herrington & Sutcliffe LLP,
             1152 15th Street, N.W.,   Washington, DC 20005-1723,   UNITED STATES
aty        +Nancy A. Washington,   Saiber LLC,   One Gateway Center 13th Floor,   Newark, NJ 07102-5323
aty        +Nancy Hotchkiss,   Trainor Robertson,   701 University Ave, Ste 200,   Post Office Box 255824,
             Sacramento, CA 95865-5824
aty        +Neil E. Herman,   Morgan, Lewis & Bockius, LLP,   101 Park Ave.,   New York, NY 10178-0060
aty        +Nicholas M. Miller,   DLA Piper LLP,   203 North LaSalle St.,   Suite 1900,
             Chicago, IL 60601-1263
aty        +Paul J. Laurin,   Laurin & Associates,   Suite 304,   280 South Beverly Dr.,
             Beverly Hills, CA 90212-3903
aty        +Paul Rubin,   Herrick, Feinstein LLP,   Two Park Avenue,   New York, NY 10016-9302
aty        +Paul S. Samson,   Riemer & Braunstein, LLP,   Three Center Plaza,   6th Floor,
             Boston, MA 02108-2003
aty        +Penny R. Stark,   Suite 308,   9861 Sunrise Lakes Blvd.,   Sunrise, FL 33322-6288
aty        +Peter N. Tamposi,   Donchess Notinger & Tamposi, P.C.,   547 Amherst St. Suite 204,
             Nashua, NH 03063-4000
aty        +Regina Stango Kelbon,   Blank Rome LLP,   One Logan Square,   Philadelphia, PA 19103-6998
aty         Rhysa Griffith South,   Office of the County Attorney,   PO Box 90775,   Henrico, VA  23273-0775
aty        +Robert E. Scully, Jr.,   Stites & Harbison PLLC,   1199 North Fairfax St. Suite 900,
             Alexandria, VA 22314-1445
aty        +Robert L. Eisenbach,   Cooley Godward Kronish LLP,   101 California St. 5th Floor,
             San Francisco, VA 94111-3580
aty        +Robert W. Mallard,   Dorsey & Whitney,   1105 N. Market St.,   Suite 1600,
             Wilmington, DE 19801-1201
aty        +Robert W. Mallard,   Dorsey & Whitney,   1105 North Market St.,   Suite 1600,
             Wilmington, DE 19801-1201
aty        +Roderick A. J. Cavanagh,   148 Main Street,   Wakefield, RI 02879-3567
aty        +Rodney F. Page,   Bryan Cave LLP,   700 Thirteenth St. N.W.,   Washington, DC 20005-5921
aty        +Ronald K. Brown, Jr.,   Law Offices of Ronald K. Brown, Jr.,   901 Dove Street, Suite 120,
             Newport Beach, CA 92660-3018,   92660
aty         Roy S. Kobert,   Broad and Cassell,   390 N. Orange Ave, Ste 1100,   P.O. Box 4961,
             Orlando, FL 32802-4961
aty        +Sarah Davis,   Beirne Maynard & Parsons LLP,   Suite 4400,   1700 Pacific Ave.,
             Dallas, TX 75201-7324
aty        +Scott A. Semenek,   Wildman, Harrold, Allen & Dixion,   225 West Wacker Drive,
             Chicago, IL 60606-1349
aty        +Scott A. Stengel,   Orrick, Herrington & Sutliffe, LLP,   Columbia Center,   1152 15th Street, NW,
             Washington, DC 20005-1723
aty        +Scott L. Adkins,   Phillips, Goldman & Spence,   1200 North Broom Street,
             Wilmington, DE 19806-4204
aty         Scott N. Brown, Jr.,   801 Broad St., Sixth Floor,   PO Box 1749,   Chattanooga, TN 37401-1749
aty        +Scott P. Carroll,   Carroll & Carroll, P.L.L.C.,   Suite 440,   831 East Morehead Street,
             Charlotte, NC 28202-2784
aty        +Scott R. Kipnis,   Hofheimer Gartlir & Gross LLP,   530 Fifth Ave.,   New York, NY 10036-5101
aty        +Shannon E. Hoff,   Poyner Spruill, LLP,   301 South College St.,   Suite 2300,
             Charlotte, NC 28202-6041
aty        +Shawn M. Christianson,   Buchalter, Nemer, Fields & Younger,   333 Market St. 25th Floor,
             San Francisco, CA 94105-2126
aty        +Stephen W. Spence,   Phillips, Goldman & Spence,   1200 North Broom Street,
             Wilmington, DE 19806-4204
aty        +Steven N. Leitess,   Leitess Leitess Friedberg & Fedder PC,   Owings Mills, MD 21117
aty        +Stinson Morrison Hecker LLP,   Attn: Darrell W. Clark, Esq.,   1150 18th Street, NW,   Suite 800,
             Washington, DC 20036-3845
aty        +Synde Keywell,   Bryan Cave LLP,   161 North Clark St.,   Ste 4300,   Chicago, IL 60601-3430
aty         Tara L. Grundemeier,   Linbarger,Goggan, Blair & Sampson,   PO Box 3064,
             Houston, TX  77253-3064
aty        +Thomas C. Pavlik,   1660 W. 3nd Street,   Cleveland, OH  44113-1419
aty        +Thomas D. Bielli,   Ciardi Ciardi & Astin, PC,   One Commerce Sq.,   Suite 1930,
             2005 Market Square,   Philadelphia, PA 19103-7011
aty        +Thomas Francis Murphy,   Friedlander, Misler, Sloan, Kletzkin,Och,   1101 17th St. N.W. Suite 700,
             Washington, DC 20036-4711
aty         Thomas Schultz,   PO Box 3040,   Farmington Hills, MI  48333-3040
aty        +Thomas W. Daniels,   Wilmorite Management Group, LLC,   1265 Scottsville, Road,
             Rochester, NY 14624-5177
aty         Timothy P. Cairns,   Pachulski Stang Ziehl et al,   919 North Market St., 17th FL,   PO Box 8705,
             Wilmington, DE  19899-8705
aty        +Ttomas L. Schulman,   600 West Santa Ana Boulevard,   Suite 955,   Santa Ana, CA  92701-4509
```

District/off: 0422-7          User: jafarbayj          Page 4 of 32               Date Rcvd: Aug 04, 2009
Case: 08-35653               Form ID: redacttr         Total Noticed: 1084

```
aty        +Walter W. Kelley.,   Kelley, Lovett & Blakey, P.C.,   PO Box 70879,   Albany, GA 31708-0879
aty         Wayne R. Terry,   Hemar, Rosusso & Heald, LLP,   15910 Venturea Boulevard,   12th Floor,
             Encino, CA  91436-2829
aty        +William C. Crenshaw,   Akerman Senterfitt,   801 Pennsylvania Avenue,   Suite 600,
             Washington, DC 20004-2664
aty        +William J. Factor,   Seyfarth Shaw LLP,   131 S. Dearborn St. Suite 2400,
             Chicago, IL 60603-5863
aty         William L. Wallander,   Vinson & Elkins L.L.P.,   3700 Trammell Crow Center,   2001 Ross Avenue,
             Dallas, TX  75201-2975
aty        +Zakarij O. Thomas,   Buchanan Ingersoll & Rooney,   One Oxford Centre,   20th Floor,
             Pittsubrgh, PA 15219-1400
cr         +1890 Ranch, Ltd.,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr         +44 North Properties, LLC,   Miles & Stockbridge P.C.,   1751 Pinnacle Drive,   Suite 500,
             McLean, VA 22102-3833
cr         +507 Northgate LLC,   c/o Christopher M. Alston,   1111 Third Ave., #3400,
             Seattle, WA 98101-3264
cr         +A.D.D. Holdings, L.P.,   c/o Lisa Taylor Hudson, Esq.,   Sands Anderson Marks & Miller, P.C.,
             801 E. Main Street,   P.O. Box 1998,   Richmond, VA 23218-1998
cr         +AA Home Services, LLC,   570 Tresham Road,   Columbus, OH 43230-2227
cr         +ACCO Brands Corporation,   c/o William H. Casterline, Jr.,   4020 University Drive, #300,
             Fairfax, VA 22030-6802
cr         +Accent Energy California LLC,   6065 Memorial Drive,   Dublin, OH 43017-8218
cr         +Acer American Holdings Corp.,   c/o Jeffrey L. Tarkenton,   Womble Carlyle Sandridge & Rice, PLLC,
             1401 Eye Street, N.W.,   Seventh Floor,   Washington, DC 20005-2225
cr         +ActionLink, LLC,   c/o Kenneth R. Rhoad, Esq.,   Gebhardt & Smith LLP,
             One South Street, Suite 2200,   Baltimore, MD 21202-3281
cr         +Actiontec Electronics, Inc.,   Attn: Irene Chen, Controller,   760 North Mary Ave.,
             Sunnyvale, CA 94085-2908
cr         +Adam Drake,   4349 Wilcot Drive,   Midlothian, VA 23113-3639
cr         +Albert D, Phelps, Inc.,   Agent for Yorkcon Prop., Inc.,   401 Merritt 7,   PO Box 5101,
             Norwalk, CT 06856-5101
cr         +Alex P. Thorson,   C207,   910 NE Providence Court,   Pullman, WA 99163-4487
cr         +Alexander H Bobinski, as Trustee under Trust No. 1,   c/o David R McFarlin,
             Wolff, Hill, McFarlin & Herron, PA,   1851 West Colonial Drive,   Orlando, FL 32804-7013
cr         +Alexander M. Russell,   3198 Vermont Route 100,   Waterbury, VT 05676-9547
cr         +Alexander's Rego Park Center, Inc.,   c/o Lisa Taylor Hudson, Esquire,
             Sands Anderson Marks & Miller, P.C.,   801 E. Main Street, Suite 1800,   P.O. Box 1998,
             Richmond, VA 23218-1998
cr         +Alice Norton,   5308 Antelope Ln.,   Stone Mountain, GA 30087-1207
cr         +Allan M. Anderson,   345 E. 211 St.,   Euclid, OH 44123-1848
cr         +Alliance-Rocky Mount LLC,   Carroll & Carroll PLLC,   831 East Morehead St,   Ste 440,
             Charlotte, NC 28202-2784
cr         +AmREIT, a Texas real estate investment trust,   c/o James V. Lombardi, III,
             Ross, Banks, May, Cron & Cavin, P.C.,   2 Riverway, Suite 700,   Houston, TX 77056-1918
cr         +Amcor Sunclipse North America,   c/o Jeffrey L. Tarkenton,
             Womble Carlyle Sandridge & Rice, PLLC,   1401 Eye Street, N.W.,   Seventh Floor,
             Washington, DC 20005-2225
intp       +American Computer Development, Inc.,   Gary & Regenhardt, PLLC,   8500 Leesburg Pike,
             Suite 7000,   Vienna, VA 22182-2498
cr         +Amherst VF LLC,   c/o Lisa Taylor Hudson, Esquire,   Sand Anderson Marks & Miller, P.C.,
             801 E. Main Street, Ste. 1800,   Post Office Box 1998,   Richmond, VA 23218-1998
cr         +Amy Fiaa,   410 Roosevelt Ave.,   Lindenwold, NJ 08021-1224
cr         +Andrea Wright,   5805 Kistler Court,   Fayetteville, NC 28304-0602
cr         +Anna L. Ubben,   6634 W. 141st St., Apt. 1905,   Overland Park, KS 66223-3747
cr         +Anna Maccanelli,   482-1/2 South Main Street,   Farmington, IL 61531-1433
cr         +Arapahoe County Treasurer,   c/o County Attorney Office,   5334 S. Prince Street,
             Littleton, CO 80166-0001
cr         +Archon Group, L.P.,   6011 Connection Drive,   Irving, TX 75039-2607
cr         +Aubina Yates,   24355 Bay Ave.,   Moreno Valley, CA 92553-3305
cr         +Audio Innovations Inc.,   Attn: Francisco Moreno,   133 N.E. 91st St.,
             Kansas City, MO 64155-3329
cr         +August E. Spalding,   1041 Arlington Way,   Warrenton, MO 63383-1383
cr         +Austin James Harthun,   19032 Taylor Ave.,   Morgan Hill, CA 95037-2719
cr         +BBP-Muncy LLC,   c/o Sands Anderson Marks & Miller, P.C.,   P.O. Box 1998,
             Richmond, VA 23218-1998
cr         +BPP Conn LLC f/k/a WEC 95 Manchester Limited Partn,   c/o Sands Anderson Marks & Miller,
             PO Box 1998,   Richmond, VA 23218-1998
cr         +BPP-NY LLC,   c/o Sands Anderson Marks & Miller, P.C.,   PO Box 1998,   Richmond, VA 23218-1998
cr         +BPP-OH LLC,   c/o Sands Anderson Marks & Miller, P.C.,   PO Box 1998,   Richmond, VA 23218-1998
cr         +BPP-Redding LLC,   c/o Sands Anderson Marks & Miller, P.C.,   PO Box 1998,
             Richmond, VA 23218-1998
cr         +BPP-SC LLC,   c/o Sands Anderson Marks & Miller, P.C.,   PO Box 1998,   Richmond, VA 23218-1998
cr         +BPP-VA LLC,   c/o Sands Anderson Marks & Miller, P.C.,   PO Box 1998,   Richmond, VA 23218-1998
cr         +BPP-WB LLC,   c/o Sands Anderson Marks & Miller, P.C.,   P.O. Box 1998,   Richmond, VA 23218-1998
cr         +Baker Natick Promenade LLC,   Sands Anderson Marks & Miller, P.C.,   Post Office Box 1998,
             Richmond, VA 23218-1998
cr         +Bank One Delaware, National Association n/k/a Chas,   c/o Michael A. Condyles, Esquire,
             Kutak Rock LLP,   1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr         +Barbara A. Koesel,   11261 Scenic View Lane,   Orlando, FL 32821-7902
intp       +Barbara Gillis,   340 Pinetree Drive,   Indialantic, FL 32903-2640
cr          Basile Limited Liability Company,   c/o Hirschler Fleischer PC,   c/o Michael P. Falzone,
             P.O. Box 500,   Richmond, VA 23218-0500
cr         +Bay County Florida tax collector,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
             Richmond, Va 23218-1320
```

District/off: 0422-7          User: jafarbayj          Page 5 of 32                 Date Rcvd: Aug 04, 2009
Case: 08-35653               Form ID: redacttr         Total Noticed: 1084

```
cr        +Bell Canada and 4458729 Canada, Inc,   c/o Virginia Robinson,   Greenberg Traurig LLP,
            1750 Tysons Boulevard, Suite 1200,   McLean, VA 22102-4211
cr        +Benjamin R. Knighton,   28631 N James Madison Hwy.,   New Canton, VA 23123-2132
cr        +Bernice Spilaw,   521 Tuckahoe Club Court,   Richmond, VA 23229-7289
cr        +BevCon I, LLC,   c/o Lisa Taylor Hudson,   Sands Anderson Marks & Miller, P.C.,
            801 East Main Street, Suite 1800,   Post Office Box 1998,   Richmond, VA 23218-1998
cr        +Bobby G. Wilson,   6509 N 63rd Avenue,   Glendale, AZ 85301-3702
cr         Brandon C. Schaffner,   60 Don Rene Road,   Mt. Wolf, PA 17347-9655
cr        +Bruce Davis,   76 Webwood Circle,   Rochester, NY 14626-4036
desig     +Bruce H. Besanko,   9950 Mayland Drive,   Richmond, VA 23233-1463
cr         Bruce Senator,   #F-99302, CA Men's Colony,   State Prison, PO Box 8101,
            San Luis Obispo, CA  93409-8101
cr        +Burbank Mall Associates, LLC,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
            Richmond, Va 23218-1320
cr        +C & A Consulting,   Attn:  Alicia Miranda,   5125 Belle Dr.,   Metairie, LA 70006-1906
intp      +C1 West Mason Street, LLC, a Wisconsin Limited Lia,   Bilzin Sumberg Baena Price & Axelrod, LL,
            200 Couth Biscayne Blvd,   Suite 2500,   Miami, FL 33131-2154
cr        +CBL & Associates Management, Inc.,   c/o Kimberly A. Pierro, Esquire,   Kutak Rock LLP,
            1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr        +CC Countryside 98 L.L.C.,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr        +CC Countryside 98, LLC,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr        +CC Indianapolis 98, CC Jackson 98, CC Harper Woods,   c/o Deborah H. Devan, Esquire,
            One South Street, 27th Floor,   Baltimore, MD 21202-3298
cr        +CC Wichita Falls 98, L.L.C.,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
            Richmond, Va 23218-1320
cr        +CC-Investors 1996-6,   c/o Kamin Realty Company,   490 South Highland Avenue,
            Pittsburgh, PA 15206-4274
cr        +CC-Investors 1997-4,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
intp      +CMAT 1992-C2 MOLLER ROAD LLC,   Bilzin Sumberg Baena Price & Axelrod LLP,
            200 South Biscayne Blvd,   Suite 2500,   Miami, FL 33131-5340
intp      +CMAT 1999-C1 GRAND RIVER AVENUE LLC,   Bilzin Sumberg Baena Price & Axelrod LLP,
            200 South Biscayne Blvd,   Suite 2500,   Miami, FL 33131-5340
intp      +CMAT 1999-C2 EMPORIUM DRIVE LLC,   Bilzin Sumberg Baena Price & Axelrod LLP,
            200 South Biscayne Blvd,   Suite 2500,   Miami, FL 33131-5340
intp      +CMAT 1999-C2 LAWENCE  ROAD , LLC,   Bilzin Sumberg Baena Price & Axelrod LLP,
            200 South Biscayne Blvd,   Suite 2500,   Miami, FL 33131-5340
intp      +CMAT 1999-C2 RIDGELAND RETAIL, LLC,   Bilzin Sumberg Baena Price & Axelrod LLP,
            200 South Biscayne Blvd,   Suite 2500,   Miami, FL 33131-5340
intp      +CMAT 1999-C3 BUSTLETON AVENUE LIMITED PARTNERSHIP,   Bilzin Sumberg Baena Price & Axelrod LLP,
            200 South Biscayne Blvd,   Suite 2500,   Miami, FL 33131-5340
intp      +CMAT 1999-CI KELLY ROAD, LLC,   Bilzin Sumberg Baena Price & Axelrod LLP,
            200 South Biscayne Blvd,   Suite 2500,   Miami, FL 33131-5340
cr        +CP Management Corp. as agent for Orland Towne Cent,   c/o Robert D. Tepper,
            311 South Wacker Dr.,   Suite 5125,   Chicago, IL 60606-6657
cr        +CSI Construction Company,   c/o Lisa Taylor Hudson,   Sands Anderson Marks & Miller,
            Post Office Box 1998,   18th Floor,   Richmond, VA 23218-1998
cr        +California Self-Insurers' Security Fund,   c/o Gina M. Fornario,   Nixon Peabody LLP,
            One Embarcadero Center,   18th Floor,   San Francisco, CA 94111-3667
cr        +Cameron Bayonne, LLC,   c/o Menter, Rudin & Trivelpiece, P.C.,   Attn:  Kevin M. Newman, Esq.,
            308 Maltbie Street, Suite 200,   Syracuse, NY 13204-1439,   U.S.A.
cr        +CapTech Ventures, Inc.,   c/o Richard E. Lear,   Holland & Knight LLP,
            2099 Pennsylvania Avenue, NW,   Suite 100,   Washington, DC 20006-6801
cr        +Caparra Center Associates, S.E.,   Attn:  Penny R. Stark, Esq.,   17 Bon Pinck Way,
            East Hampton, NY 11937-3001
cr        +CarMax, Inc.,   12800 Tuckahoe Creek Pkwy,   Richmond, VA 23238-1124
cr        +Cardinal Court, LLC,   c/o Sands, Anderson, Marks & Miller, P.C,   Post Office Box 1998,
            801 E. Main Street,   Suite 1800,   Richmond, VA 23219-2906
intp      +Carmax Business Services, LLC,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
            Richmond, Va 23218-1320
cr        +Carnegie Management and Development Corporation,   c/o John D. McIntyre,   Willcox & Savage, P.C.,
            One Commercial Place, Suite 1800,   Norfolk, Va 23510-2197
cr        +Carole Cone,   5 Sycoamore Dr.,   Florence, KY 41042-9638
cr        +Carousel Center Company, L.P.,   c/o Menter, Rudin & Trivelpiece, P.C.,
            Attn:  Kevin M. Newman, Esq.,   308 Maltbie Street, Suite 200,   Syracuse, NY 13204-1439,
            U.S.A.
cr        +Cecil M. Booker Family Trust,   c/o Betty B. Dame,   PO Box 953,   Gloucester, VA 23061-0953
cr        +Chang Rao,   15 Kings Way, #33,   Waltham, MA 02451-9004
cr        +Charleston Newspapers,   PO Box 3942,   Charleston, WV 25339-3942
cr        +Charlotte (Archdale) UY, LLC,   c/o Menter, Rudin & Trivelpiece, P.C.,
            Attn:  Kevin M. Newman, Esq.,   308 Maltbie Street, Suite 200,   Syracuse, NY 13204-1439,
            U.S.A.
cr         Chatham County, GA Tax Commissioner,   c/o William A. Gray, Esquire,
            Sands, Anderson, Marks & Miller, P.C.,   801 East Main Street, Suite 1800,   P.O. Box 1998,
            Richmond, VA  23218-1998
cr        +Cheryl Daves,   8601 E. Old Spanish Trl 320,   Tucson, AZ 85710-4338
cr        +Chino South Retail PG, LLC,   David K. Spiro, Esq.,   Neil E. McCullagh, Esquire,
            Cantor Arkema, P.C.,   P.O. Box 561,   Richmond, VA 23218-0561
intp      +Christopher Borglin,   c/o Sands Anderson Marks & Miller PC,   P.O. Box 1998,
            Richmond, VA 23218-1998
cr        +Chuan Fa Liu,   15 Kings Way, #33,   Waltham, MA 02451-9004
cr        +Circuit Sports, L.P.,   Weycer, Kaplan, Pulaski & Zuber, PC,   c/o Edward L. Rothberg,
            11 Greenway Plaza, Suite 1400,   Houston, Te   77046-1130,   UNITED STATES
cr        +Citrus Park CC, LLC,   c/o Lawrence H. Glanzer, Esq.,   580 E. Main Street, Suite 300,
            Norfolk, VA 23510-2322
```

District/off: 0422-7          User: jafarbayj          Page 6 of 32          Date Rcvd: Aug 04, 2009
Case: 08-35653               Form ID: redacttr         Total Noticed: 1084

```
cr        City of Cedar Hill, Burleson ISD, Arlington ISD,   PO Box 13430,   Arlington, TX 76094-0430
cr       +City of Coral Springs,   Sherry Whitacre, Esq.,   9551 West Sample Road,
          Coral Springs, FL 33065-4182
cr        City of Hurst, Mansfiled ISD, Carroll ISD,   PO Box 13430,   Arlington, TX 76094-0430
cr        City of Lake Worth,   PO Box 13430,   Arlington, TX 76094-0430
cr       +City of Overland Park, Kansas,   Attn: Law Dept.,   8500 Santa Fe Drive,
          Overland Park, KS 66212-2899
cr       +Cleveland Construction, Inc.,   c/o Daniel Wireman, Esq.,   5390 Courseview Drive,
          Mason, OH 45040-2333
cr       +Cleveland Towne Center, LLC,   Miller & Martin PLLC,   c/o Nicholas W. Whittenburg,
          832 Georgia Avenue,   Suite 1000,   Chattanooga, TN 37402-2289
cr       +Cobb Corners II, Limited Partnership,   214 North Tryon Street,   Suite 4700,
          Attention: Amy Pritchard Williams,   Charlotte, NC 28202-2367
tor      +Cobra Electronics, a Delaware Corporation,   6500 West Cortland,   Chicago, IL 60707-4013
cr       +Cole CC Aurora CO, LLC,   c/o Kimberly A. Pierro, Esquire,   Kutak Rock LLP,
          1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr       +Cole CC Groveland FL, LLC,   c/o Peter J. Barrett,   Kutak Rock LLP,   1111 E. Main Street,
          Suite 800,   Richmond, VA 23219-3521
cr       +Cole CC Kennesaw GA, LLC,   c/o Kimberly A. Pierro, Esq.,   Kutak Rock LLP,
          1111 East Main Street,   Suite 800,   Richmond, VA 23219-3521
cr       +Cole CC Mesquite TX, LLC,   c/o Kimberly A. Pierro, Esquire,   Kutak Rock LLP,
          1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr       +Cole CC Taunton MA, LLC,   c/o Kimberly A. Pierro, Esquire,   Kutak Rock LLP,
          1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr       +Cole Capital Partners, LLC,   c/o Michael A. Condyles, Esquire,   Kutak Rock LLP,
          1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
mvnt     +Colonial Heights Holdings, LLC,   c/o Peter M. Pearl, Esquire,
          Sands Anderson Marks & Miller, P.C.,   801 E. Main Street, Suite 1800,   (Post Office Box 1998),
          Richmond, VA 23218-1998
cr       +Colorado Structures, Inc. dba CSI Construction Co.,   McDonough Holland & Allen PC,
          c/o Mary E. Olden/Sean Thompson,   555 Capitol Mall,9th Floor,   Sacramento, CA 95814-4692
cr        Columbia Plaza Joint Venture,   Columbia, MO
cr       +Condan Enterprises LLC,   c/o Siller Wilk LLP,   675 Third Avenue,   New York, NY 10017-5704
cr       +Congressional North Associates Limited Partnership,   2701 Tower Oaks Blvd,   Ste 200,
          Rockville, MD 20852-4239
cr       +Connie Y. Boyer,   11909 Rutgers Drive,   Richmond, VA 23233-1630
cr       +Cornella Diane Beverly,   c/o Robert A. Canfield,   2201 Libbie Avenue, Suite 200,
          Richmond, VA 23230-2364
cr        County of Kern, State of California,   c/o Treasurer/Tax Collector's Office,
          Attn: Angelica Leon,   PO Box 579,   Bakersfield, CA 93302-0579
cr        County of Loudoun, VA,   c/o Belkys Escobar, Asst Cty Atty,   One Harrison St SE (MSC #06),
          Leesburg, VA  20175-3102
cr       +County of Loudoun, Virginia,   c/o K. Stapleton, Asst. Cty. Atty.,   P. O. Box 7000,
          Leesburg, VA 20177-7000
cr        Cousins Properties Incorporated,   c/o Katten Muchin Rosenman LLP,
          2029 Century Park East, Suite 2600,   Los Angeles, CA 90067-3012
cr       +Craig Bender,   457 East Water St.,   Hughesville, PA 17737-1811
crtrptr  +Crane-Snead & Associates, Inc.,   4914 Fitzhugh Ave, Ste 203,   Richmond, VA 23230-3534
unk      +Creative Realty Management, LLC,   c/o Christopher L. Perkins,   LeClairRyan,
          Riverfront Plaza, East Tower,   951 East Byrd Street,   Richmond, VA 23219-4040
cr       +Crown CCI, LLC,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr       +Cyber Acoustics,   3109 NE 109th Ave.,   Vancouver, WA 98682-7750
cr       +Cynda Ann Berger,   1525 Crawford Wood Drive,   Midlothian, VA 23114-5133
cr       +Cynthia A. McCarter,   5307 Live Oak View Ave.,   Los Angeles, CA 90041-1028
mvnt     +Cynthia Olloway, Individually and as Special Admin,   c/o Lisa Taylor Hudson, Esquire,
          Sands Anderson Marks & Miller, P.C.,   Post Office Box 1998,   801 East Main Street, Suite 1800,
          Richmond, VA 23219-2906
cr        Cypress-Fairbanks ISD,   c/o John P. Dillman,   Post Office Box 3064,   Houston, TX 77253-3064
cr       +D-Link Systems, Inc.,   Gary & Regenhardt, PLLC,   8500 Leesburg Pike,   Suite 7000,
          Vienna, VA 22182-2498
cr       +DEV Limited Partnership,   c/o Sands Anderson Marks & Miller, P.C.,   P.O. Box 1998,
          Richmond, VA 23218-1998
cr       +DIM Vastgoed, N.V.,   214 North Tryon Street,   Suite 4700,   c/o Amy Pritchard Williams,
          Charlotte, NC 28202-2367
cr       +DIRECTV, Inc.,   c/o Joseph R. Sgroi,   HONIGMAN MILLER SCHWARTZ AND COHN LLP,
          2290 First National Building,   Detroit, MI 48226-3583
cr       +Daniel G. Kamin Baton Rouge LLC,   c/o Kamin Realty Company,   490 South Highland Avenue,
          Pittsburgh, PA 15206-4274
cr       +David A. Ruff,   Washington County, Arkansas,   280 North College,   Suite 501,
          Fayetteville, AR 72701-4284
cr       +David Cates,   1075 Chalcedony St., Apt. G,   San Diego, CA 92109-2631
intp     +David J. Cacciotti,   9812 Fernleigh Dr.,   Richmond, VA 23235-1834
cr       +David Marciniszyn,   633 Willow Street,   Waterbury, CT 06710-1213
cr        DeSoto County, Mississippi,   c/o William A. Gray, Esq.,   Sands Anderson Marks & Miller, PC,
          PO Box 1998,   Richmond, VA  23218-1998
cr       +Deanna Heckman-Harding,   7201 Hughes Road,   Sandston, VA 23150-5714
cr       +Decarla Taylor-Conyers,   203 Peakside Way, Apt D,   Petersburg, VA 23805-1286
cr       +Delores I. Louchak,   4219 Ave. J,   Sante Fe, TX 77510-8698
cr        Denon Electronics,   c/o William A. Gray,   PO Box 1998,   Richmond, VA  23218-1998
cr       +Dentici Family Limited Partnership,   Neil E. McCullagh, Esquire,   David K. Spiro, Esquire,
          Cantor Arkema, O.C.,   P.O. Box 561,   Richmond, VA 23218-0561
cr       +Derek Laumbach,   191 S. River Ridge Circle,   Burnsville, MN 55337-1627
cr        Developers Realty, Inc.,   c/o Christopher L. Perkins,   LeClairRyan,
          951 East Byrd Street, Eighth Floor,   PO Box 2499,   Richmond, VA  23218-2499
```

District/off: 0422-7        User: jafarbayj           Page 7 of 32            Date Rcvd: Aug 04, 2009
Case: 08-35653             Form ID: redacttr          Total Noticed: 1084

| | |
|---|---|
| cr | Dickson Management Associates, LLC,  Hirschler Fleischer PC,  c/o Michael P. Falzone,  P.O. Box 500,  Richmond, VA 23218-0500 |
| cr | +Dino Bazdar,  11470 W. Irving St.,  Boise, ID 83713-7884 |
| cr | +Dirley L. Ball,  14029 Rockbasket Place,  Chester, VA 23836-9711 |
| cr | +Donahue Schriber Realty Group, L.P.,  c/o Nancy Hotchkiss,  Trainor Fairbrook,  980 Fulton Avenue,  Sacramento, CA 95825-4558 |
| cr | +Donald Peterson,  6510 Charles Court,  Legacy Oaks,  Macungie, PA 18062-8970 |
| cr | +Donna M. Kincheloe,  1229 Brighton Ave. No. 137,  Modesto, CA 95355-3174 |
| cr | +E-Z Spread n' Lift,  1815 Buck Road,  Feasterville, PA 19053-2309 |
| cns | +Easley, McCaleb & Associates, Inc.,  Attn: Darwin Embser, VP,  Suite 755,  3980 DeKalb Technology Pkwy,  Atlanta, GA 30340-2768 |
| cr | +East Brunswick VF LLC,  c/o Lisa Taylor Hudson, Esquire,  Sands Anderson Marks & Miller, P.C.,  801 E. Main Street, Suite 1800,  P.O. Box 1998,  Richmond, VA 23218-1998 |
| cr | +East BrunswickVF, LLC,  c/o William A. Gray, Esquire,  Sands, Anderson, Marks & Miller, P.C.,  801 East Main Street, Suite 1800,  P.O. Box 1998,  Richmond, VA 23218-1998 |
| cr | +Eastern Security Corp.,  c/o Michael E. Hastings, Esq.,  LeClairRyan, A Professional Corporation,  1800 Wachovia Tower, Drawer 1200,  Roanoke, VA 24006-1200 |
| cr | +Edward A. Winfree,  1467 Bethany Church Road,  Bumpass, VA 23024-3506 |
| cr | +Edwin Ellis,  3050 Airhaven St.,  Dallas, TX 75229-2451 |
| cr | +EklecCo NewCo, LLC,  c/o Menter, Rudin & Trivelpiece, P.C.,  Attn: Kevin M. Newman, Esq.,  308 Maltbie Street, Suite 200,  Syracuse, NY 13202-1439,  U.S.A. |
| cr | Elton J. Turnage,  PO Box 301,  Youngstown, OH  44501-0301 |
| cr | +Encinitas PFA, LLC,  214 North Tryon Street,  Suite 4700,  Attention: Amy Pritchard Williams,  Charlotte, NC 28202-2367 |
| cr | +Envision Peripherals,Inc,  47490 Seabridge Drive,  Fremont, CA 94538-6548 |
| cr | +Equitable Gas Company LLC,  Equitable Gas Bankruptcy Dept.,  Attn: Judy Gawlowski,  200 Allegheny Center Mall,  Pittsburgh, PA 15212-5339 |
| cr | +Erica and Jerome Randolph,  284 Pindak Lane,  Frederick, MD 21701-6405 |
| cr | +Ervin C. Olson,  478 Summer Hill Dr.,  Hoschton, GA 30548-3059 |
| cr | +Evening Post Publishing Company d/b/a The Post and,  c/o B. Shawan Gillians, Esquire,  5 Exchange Street,  Charleston, SC 29401-2530 |
| cr | Export Development Canada (EDC),  Att: Jo-Ann Keech-Barker,  KIA IK3 151 O'Connor St.,  Ottawa Ontario,  CANADA |
| intp | F.R.O., L.L.C. IX,  703 Palm Island Drive,  Palm Beach, FL  33480 |
| cr | +Faram Muskegon, LLC,  c/o Paul K. Campsen,  Kaufman & Canoles, P.C.,  P. O. Box 3037,  Norfolk, VA 23514-3037 |
| cr | Fayetteville Developers, LLC,  c/o Christopher L. Perkins,  LeClairRyan,  951 East Byrd Street, Eighth Floor,  PO Box 2499,  Richmond, VA  23218-2499 |
| cr | +Fingerlakes Crossing, LLC,  c/o Menter, Rudin & Trivelpiece, P.C.,  Attn: Kevin M. Newman, Esq.,  308 Maltbie Street, Suite 200,  Syracuse, NY 13204-1439,  U.S.A. |
| cr | +First Baptist Church of Sunrise,  Rev. Amos N. Farquharson, Pastor,  6401 Sunset Strip,  Sunrise, FL 33313-2856 |
| cr | +Florence County,  Treasurer's Off/Deliquent Tax,  180 North Irby St. MSCTT,  Florence, SC 29501-3431 |
| cr | +Forecast Danbury Limited Partnership,  c/o Forest Property Management,  19 Needham Street,  Newton, MA 02461-1624 |
| cr | Fort Bend County,  c/o John P. Dillman,  Post Office Box 3064,  Houston, TX  77253-3064 |
| cr | +Four Star International Trade,  c/o Wendy M. Mead,  11 Pleasant Street,  Ste 30,  Worcester, MA 01609-3232 |
| cr | Foursquare Properties, Inc.,  c/o Katten Muchin Rosenman LLP,  2029 Century Park East,  Suite 2600,  Los Angeles, CA  90067-3012 |
| cr | +Fujitsu Ten Corp. of America,  Attn: Eiko Kubota-Cywinski,  19600 S. Vermont Ave.,  Torrance, CA 90502-1140 |
| cr | +GE Fleet,  c/o Michael A. Condyles, Esquire,  Kutak Rock LLP,  1111 East Main Street, Suite 800,  Richmond, VA 23219-3521 |
| cr | Gallatin Management Associates, LLC,  Hirschler Fleischer PC,  c/o Michael P. Falzone,  P.O. Box 500,  Richmond, VA 23218-0500 |
| cr | +Gamergraffix,  Attn: Anne Marie Gleason,  400 Harris Ave.,  Providence, RI 02909-1018 |
| cr | +Gary Kurzenhauser,  P.O. Box 740,  Farmingville, NY 11738-0740 |
| cr | +Gateway, Inc.,  c/o Jeffrey L. Tarkenton,  Womble Carlyle Sandridge & Rice, PLLC,  1401 Eye Street, N.W.,  Seventh Floor,  Washington, DC 20005-2225 |
| cr | +Geenen DeKock Properties, L.L.C.,  c/o Kupelian Ormond & Magy, P.C.,  25800 Northwestern Highway,  Suite 950,  Southfield, MI 48075-6116 |
| cr | +George T. Bentzen,  127 Via De La Reina,  Merritt Island, FL 32953-2926 |
| cr | +Georgia Pension Associates Realty Corp,  60 Cuttermill Road,  Suite 303,  Great Neck, NY 11021-3104 |
| cr | +Glenmoor Limited Partnership,  c/o Kevin L. Sink,  P.O. Box 18237,  Raleigh, NC 27619-8237 |
| cr | Gloria E. Scarnati,  #119,  3567 Mountain View Dr.,  Pittsburgh, PA  15122-2447 |
| cr | +Golfsmith International, L.P.,  c/o Sarah Link Schultz,  Akin Gump Strauss Hauer & Feld LLP,  1700 Pacific Avenue,  Suite 4100,  Dallas, TX 75201-4675 |
| cr | +Google Inc.,  Kaufman & Canoles,  150 W. Main Street,  Suite 2100,  Norfolk, VA 23510-1681 |
| liq | +Gordon Brothers Retail Partners, LLC,  101 Huntington Avenue, 10th Floor,  Boston, MA 02199-7607 |
| cr | +Gould Investors, L.P.,  60 Cuttermill Road,  Suite 303,  Great Neck, NJ 11021-3104 |
| cr | +Graphic Communications, Inc.,  c/o Thomas M. Repczynski,  Bean, Kinney & Korman, P.C.,  2300 Wilson Blvd, 7th Floor,  Arlington, VA 22201-5424 |
| cr | +Green Acres Mall, LLC,  c/o Lisa Taylor Hudson, Esquire,  Sands Anderson Marks & Miller, P.C.,  801 E. Main Street, Suite 1800,  P.O. Box 1998,  Richmond, VA 23218-1998 |
| cr | +Greenback Associates,  c/o Nancy Hotchkiss,  Trainor Fairbrook,  980 Fulton Avenue,  Sacramento, CA 95825-4558 |
| cr | +Greenwood Point, LP,  c/o Jeffrey J. Graham,  Taft Stettinius & Hollister LLP,  One Indiana Square, Suite 3500,  Indianapolis, IN 46204-2023 |

```
District/off: 0422-7        User: jafarbayj          Page 8 of 32              Date Rcvd: Aug 04, 2009
Case: 08-35653             Form ID: redacttr          Total Noticed: 1084

cr         +Gregory Lee McCall,   U.S.M. #15064-045,   F.C.I. Forest City-Low,   PO Box 9000,
            Forest City, AR 72336-9000
cr         +Hamilton Chase - Santa Maria LLC,   c/o Gregory D. Grant, Esq.,   11921 Rockville Pike, #300,
            Rockville, MD 20852-2737
intp       +Harold Patton,   5178 Old N. Rd.,   Christoperh, IL 62822-2307
cr          Harris County, et al,   c/o John P. Dillman,   Post Office Box 3064,   Houston, TX 77253-3064
cr         +Hassan Mirshah,   851 Cliffs Dr., #301C,   Ypsilanti, MI 48198-7315
cr         +Hayward 880,LLC,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr          Henrico County, Virginia,   County Attorney,   P.O. Box 90775,   Henrio, VA 23273-0775
cr         +Herman Gallati,   2086 Fir Street,   Wantagh, NY 11793-4132
liq        +Hilco Merchant Resources, LLC,   5 Revere Dr., Suite 206,   Northbrook, IL 60062-1568
cr         +Hillsborough County, FL,   Attorney's Office,   601 E. Kennedy Blvd.,   27th Floor,
            Tampa, FL 33602-4932
cr          Hillson Electric Incorporated,   c/o Gary V. Fulghum,   2800 Commerce Tower, 911 Main St.,
            Kansas City, MO 64105
intp       +Hilton Ellis Epps, Sr.,   c/o Sands Anderson Marks & Miller, P.C.,   P.O. Box 1998,
            Richmond, VA 23218-1998
            Hong Kong Export Credit Insurance Corporation,   Attn:  Leung Shing,
             2/F., Tower 1, South Seas Ctr,   75 Moody Road,   Tsimshatsui East,   HONG KONG
cr         +Hoprock Limonite, LLC,   c/o Dewey & LeBoeuf LLC,   Attn: Lisa Hill Fenning,
            333 South Grand Avenue, 26th Floor,   Los Angeles, CA 90071-1504
intp       +Howard Morehead,   10712 Calaveras Cove,   Belton, TX 76513-5314
cr          Howland Commons Partnership, an Ohio gen partnership,   Richard T. Davis, Esq.,
            2445 Belmont Avenue,   P.O. Box 2186,   Youngstown, OH 44504-0186
cr         +Huntington Mall Company,   c/o Sheila deLa Cruz, Esq.,   Hirschler Fleischer, PC,   P.O. Box 500,
            Richmond, VA 23218-0500
cr         +I/O Magic Corp.,   c/o Mary St. George,   4 Marconi,   Irvine, CA 92618-2525
cr         ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
            PHILADELPHIA PA 19114-0326
            (address filed with court:  Internal Revenue Service,   400 N 8th Street, Box 76,   Stop Room 898,
            Richmond, VA 23219)
cr         +Imation Enterprises Corp.,   c/o Spotts Fain PC,   411 E. Franklin Street,   Suite 600,
            Richmond, VA 23219-2200
cr         +InfoPrint Solutions Company,   c/o Vicky Namken,   13800 Diplomat Dr.,   Dallas, TX 75234-8812
cr         +International Business Machines Corporation,   c/o Satterlee Stephens Burke & Burke LLP,
            230 Park Avenue, 11th Floor,   New York, NY 10169-0005
cr         +Ismay Gayle,   1242 Summerstone Trace,   Austell, GA 30168-6120
crtrprtr    +J&J Court Transcribers, Inc.,   268 Evergreen Avenue,   Hamilton, NJ 08619-1808
cr         +JP Thornton, LLC,   1601 Blake Street,   Unit 600,   Denver, CO 80202-1329
cr         +Jack Hernandez,   Righetti Law Firm,   456 Montgomery Street,   #1400,
            San Francisco, CA 94104-1247
cr         +Jakob Joffe,   10708 Chipewyan Dr.,   Richmond, VA 23238-4141
cr         +James C. Blair, Sr.,   1921 Whitelake Dr.,   Fredericksburg, VA 22407-1483
cr         +James H. Morton,   P.O. Box 9566,   Marina del Ray, CA 90295-1966
cr         +James Lubary,   3161 Druid Lane,   Rosemoor, CA 90720-5214
cr         +James P. Moran,   54 Twin Oaks,   New Milford, CT 06776-5424
cr         +James Shober,   26 School Lane,   Stevens, PA 17578-9404
cr         +James W. Atwood,   1434 Canterbury Rd.,   Front Royal, VA 22630-4594
cr         +Jason W. Martinez,   621 West 7th Street,   Pueblo, CO 81003-2317
cr          Jean Abdallah,   4855 Gouin Blvd West,   Montreal Quebec H4J 1B9,   Canada
cr         +Jean Theodule,   22841 SW 88 PL Unit 206,   Cutter Bay, FL 33190-2030
cr         +Jerry L. Knighten,   226 Barrington Dr.,   Apt. 226,   Bossier City, LA 71112-3183
cr         +Joan M. Keller,   9537 W Oak Ridge Dr.,   Sun City, AZ 85351-2042
cr         +John H. Davis-El,   4709 Three Oaks Rd.,   Pikesville, MD 21208-2037
cr         +John P. Raleigh,   3621 Meadow Pond Court,   Glen Allen, VA 23060-2518
cr          John Rohrer Contracting Company, Inc.,   c/o Gary V. Fulghum,   2800 Commerce Tower, 911 Main St.,
            Kansas City, MO 64105
intp       +Jonathan Lee Riches,   FCI Williamsburg,   PO Box 340,   Salters, SC 29590-0340
cr         +Jonthan Card,   Righetti Law Firm, P.C.,   456 Montgomery St.,   1400,
            San Francisco, CA 94104-1247
cr         +Jose A. Garcia,   807 64th Ave., Dr. E,   Bradenton, FL 34203-7628
cr         +Joseph M. Stroh,   48 Bethnal Way,   Douglasville, GA 30134-7800
cr         +Joseph Skaf,   Righetti Law Firm, P.C.,   456 Montgomery St.,   #1400,
            San Francisco, CA 94104-1247
cr         +Juanita Atwood,   1434 Canterbury Rd.,   Front Royal, VA 22630-4594
cr         +Julia M. Given,   432 Ednam Drive,   Charlottesville, VA 22903-4716
cr         +Jurupa Bolingbrook LLC,   122 Aspen Lakes Drive,   Hailey, ID 83333-5115
cr         +KPLR,   Szabo Associates,   c/o Jennifer Toolan,   3355 Lenox Road N.E.,   Ninth Floor,
            Atlanta, GA 30326-1394
cr         +Kamin Realty Company,   490 South Highland Avenue,   Pittsburgh, PA 15206-4274
cr         +Karen L. Buckley,   7615 Mineral Spring Ct.,   Springfield, VA 22153-2307
intp       +Kelly Breitenbecher,   c/o Sands Anderson Marks & Miller, PC,   P.O. Box 1998,
            Richmond, VA 23218-1998
cr         +Kenneth Giacone,   502 Palm Court,   Crystal Lake, IL 60014-2034
cr         +Kenneth Robert Porter,   3608 Crosswicks Court,   Fort Worth, TX 76137-1333
cr          Kentucky Oaks Mall Company,   c/o Sheila deLa Cruz, Esq.,   Hirschler Fleischer PC,
            P.O. Box 500,   Richmond, VA 23218-0500
cr         +Kim E's Flowers, Inc.,   Attn:  Kim E. Jemison,   350 East Broad Street,
            Groveland, FL 34736-2585
cr         +Kisha T. Buchanan,   523 Joe B. Jackson Pkwy,   Murfreesboro, TN 37127-7109
cr         +Klipsch, LLC,   c/o Barnes & Thornburg LLP,   Attn: Michael K. McCrory,   ll S. Meridian Street,
            Indianapolis, IN 46204-3535
cr         +Lacrosse Technology, ltd.,   Manda Shah,   2809 Losey Blvd. South,   La Crosse, WI 54601-7366
```

```
cr        +Landmark Communications, Inc. d/b/a The Virginian,   c/o Paul A. Driscoll,
           222 Central Park Avenue, Suite 400,   Virginia Beach, VA 23462-3026
cr        +Landover (Landover Crossing), LLC,   c/o Menter, Rudin & Trivelpiece, P.C.,
           Attn:  Kevin M. Newman, Esq.,   308 Maltbie Street, Suite 200,   Syracuse, NY 13204-1439,
           U.S.A.
cr         Lang Construction, Inc.,   c/o: Gary V. Fulghum,   2800 Commerce Tower, 911 Main St.,
           Kansas City, MO  64105
cr        +Laura L Scannell,   c/o Law Office of Raymond R. Pring, Jr.,   9431 Main Street,
           Manassas, VA 20110-5423
cr        +Lee County Tax Collector,   Leroy E. Belk, Jr.,   PO Box 271,   Lee County Court House,
           Tupelo, MS  38802-0271
cr         Lee County, Mississippi Tax Collector,   c/o William A. Gray, Esq.,
           Sands Anderson Marks & Miller, PC,   PO Box 1998,   Richmond, VA 23218-1998
cr        +Lexington County Treasurer's Office,   Treasurer's Office,   Attn:  Cynthia Hamilton,
           212 South Lake Dr.,   Lexington, SC 29072-3410
intp      +Longacre Opportunity Fund, LP,   810 Seventh Ave.,   33rd Floor,   New York, NY 10019-5869
cr        +Louis A. Luchak,   4219 Ave. J,   Sante Fe, TX 77510-8698
cr        +Louis C. Jones,   17 Spring Harbor,   Aliso Viejo, CA 92656-4249
cr         Lourena Pruett Cole Irrevocable Trust,   Charles H. Cole, Trustee,   4016 Diamond Loch East,
           Fort Worth, TX  76180-8718
cr        +LumiSource, Inc.,   c/o John M. Brom,   QUERREY & HARROW, LTD.,
           175 West Jackson Blvd. - Ste 1600,   Chicago, IL 60604-2686
cr        +Lyle Alonso Epps,   12412 East 207th Street,   Lakewood, CA 90715-1620
cr        +MD-GSI Associates,   c/o Polsinelli Shalton Flanigan Suelthau,   1152 15th Street, NW,
           Suite 800,   Washington, DC 20005-1723
intp       Madeleine C. Wanslee,   GUST ROSENFELD,   201 E. WASHINGTON ST., STE 800,
           PHOENIX, AZ  85004-2327
cr        +Madison County, Alabama Tax Collector,   Attn:  Lynda Hall, Tax Collector,
           Madison County Courthouse,   100 Northside Square,   Huntsville, AL 35801-4876
cr        +Madison Waldorf, LLC,   c/o Madison Marquette Realty Service,   c/o Mitchell B. Weitzman, Esq.,
           2001 Pennsylvania Ave., N.W., 10th Floor,   Washington, DC 20006-1851,   U.S.A.
cr        +Magna Trust Company, Trustee,   c/o Kimberly A. Pierro, Esquire,   Kutak Rock LLP,
           1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr        +Magnus Magnusson,   % Joseph Nolty,   45-53 Auburndale Lane,   Flushing, NY 11358-3337
cr        +Mallview Plaza Company, Ltd.,   c/o John D. McIntyre,   Willcox & Savage, P.C.,
           One Commercial Place, Suite 1800,   Norfolk, Va 23510-2197
cr        +Mansfield SEQ 287 and Debbie, Ltd.,   c/o William A. Gray, Esquire,
           Sands Anderson Marks & Miller, P.C.,   801 E. Main Street, Suite 1800,   P.O. Box 1998,
           Richmond, VA 23218-1998
intp      +Manufacturers & Traders Trust Company, as Trustee,   c/o Hodgson Russ LLP,
           Garry M. Graber, Esq.,   The Guaranty Building,   140 Pearl Street, Suite 100,
           Buffalo, NY 14202-4014
tor       +Manufactures and Traders Trust Company, as Trustee,   % Hidgson Russ LLP,
           Attn:  Deborah J. Piazza, Esq.,   60 East 42nd St., 37th Floor,   New York, NY 10165-3700
intp      +Marblegate Asset Management,   150 East 22nd Street,   10th Floor,   New York, NY 10009-8400
cr        +Marcea Wolfe,   49 Rowland Street,   Wilkes-Barre, PA 18702-3518
cr        +Margaret L. Given,   c/o Julia M. Given,   432 Ednam Drive,   Charlottesville, VA 22903-4716
cr        +Maria Teresa Turner,   18479 Cattail Srping Drive,   Leesburg, VA 20176-6846
cr        +Marian B. Frauenglass,   105 Brian Drive,   Warner Robins, GA 31088-7918
cr        +Marilyn N. Campbell,   9 Hastings Dr.,   Victor, ID 83455-5281
cr        +Marin Municipal Water District,   c/o Mary Casey,   220 Nellen Ave.,
           Corte Madera, CA 94925-1169
cr        +Marion Gallati,   2086 Fir Street,   Wantagh, NY 11793-4132
intp      +Mark H. Turner,   18479 Cattail Spring Dr.,   Leesburg, VA 20176-6846
cr        +Mark Murdock,   25590 Noble Dr.,   Chesterfield, MI 48051-3262
cr         Marlton VF LLC,   c/o William A. Gray, Esq.,   Post Office Box 1998,   Richmond, VA  23218-1998
cr        +Marsha Blanchette,   750 Six Flags Rd., Lot. 553,   Austell, GA 30168-7641
intp      +Mary Ella Holm,   219 Nottingham Drive,   Lot 182,   Greenville, TX  75401-8319
cr        +Mary H. Stienemann,   Apt. B,   1037 Maiden Choice Ln.,   Baltimore, MD 21229-5339
intp      +Mary J. Radack,   14561 Legends Blvd., N 302,   Fort Myers, FL 33912-0364
cr        +Mary Riordan,   3216 Blackhawk Meadow Dr.,   Danville, CA 94506-5804
cr        +Maryland Acquisitions, LLC,   Miles & Stockbridge P.C.,   1751 Pinnacle Drive,   Suite 500,
           McLean, VA 22102-3833
cr        +Mayfair MDCC,   c/o Peter J. Barrett, Esquire,   Kutak Rock LLP,
           1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr        +Mayfair ORCC,   c/o Peter J. Barrett, Esquire,   Kutak Rock LLP,
           1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr        +McAlister Square Partners, Ltd.,   c/o William A. Gray, Esquire,
           Sands Anderson Marks & Miller, P.C.,   801 E. Main Street, Suite 1800,   P.O. Box 1998,
           Richmond, VA 23218-1998
intp      +McCandlish Holton, PC,   P.O. Box 796,   Richmond, VA 23218-0796
cr         McCorkendale Construction,   c/o William A. Gray, Esq.,   Sands Anderson Marks & Miller, PC,
           PO Box 1998,   Richmond, VA  23218-1998
cr        +McKinley, Inc.,   320 N. Main Street,   Suite 200,   Ann Arbor, MI 48104-1100
cr        +Melanie J. Finch,   22056 Gilmore Street,   Woodland Hills, CA 91303-2504
cr        +MiTAC Digital Corp. (Magellan),   c/o Brandy Green,   471 El Camino Real,
           Santa Clara, CA 95050-4481
cr        +Michael Alexander,   3313 Kensington Ave.,   Richmond, VA 23221-2303
cr        +Michael Boger,   22 Carteret Rd.,   Hopatcong, NJ 07843-1005
cr        +Michael Karpinski,   263 Bodega Drive,   Romeoville, IL 60446-3717
cr        +Michael McCabe,   P.O. Box B,   Villa Grande, CA 95486-0090
cr         Michael T. Chalifoux,   c/o Troutman Sanders LLP,   Richard E. Hagerty,
           I660 International Drive,   Suite 600,   McLean, VA  22102
```

District/off: 0422-7          User: jafarbayj          Page 10 of 32                    Date Rcvd: Aug 04, 2009
Case: 08-35653              Form ID: redacttr          Total Noticed: 1084

```
cr        +Michael Tucker,    11310 Wycombe Park Lane,    Glenn Dale, MD 20769-2029
cr         Mid-American Insulation, Inc.,    c/o William A. Gray, Esq.,     Sands Anderson Marks & Miller, PC,
           PO Box 1998,    Richmond, VA  23218-1998
cr         Midwest Block & Brick, Inc.,    c/o William A. Gray, Esquire,     Sands Anderson Marks & Miller, PC,
           PO Box 1998,    Richmond, VA  23218-1998
cr         Mikael Salovaara,    c/o Andrew Sherman, Esq.,    Sills Cummis & Gross P.C.,    One Riverfront Plaza,
           Newark, NJ  07102
cr        +Millman 2000 Charitable Trust,    2400 Cherry Creek Dr. South,    Suite 702,
           Denver, CO 80209-3261
cr        +Miner Corporation,    111 W. San Antonio Street,    Suite 200,    New Braunfels, TX 78130-5156
cr        +Miner Fleet Management Group, Ltd.,    Ronald A. Page, Jr.,    Cantor Arkema, P.C.,    P.O. Box 561,
           Richmond, VA 23218-0561
cr        +Missouri Attorney General's Office,    Jeff Klusmeier,    P.O. Box 899,
           Jefferson City, Mo 65102-0899
cr        +Mitsubishi Digital Electronics America, Inc.,    c/o James A. Pardo, Jr.,    King & Spalding LLP,
           1180 Peachtree Street,    Atlanta, GA 30309-3531
cr        +Mitsubishi Electric & Electronics USA, Inc.,    c/o James A. Pardos, Jr.,    King & Spalding,
           1180 Peachtree Street,    Atlanta, GA 30309-3531
cr         Montgomery County,    c/o Joh P. Dillman,    Post Office Box 3064,    Houston, TX  77253-3064
cr        +Monument Consulting, LLC,    Sands, Anderson, Marks & Miller, P.C.,
           801 East Main Street, Suite 1800,    P.O. Box 1998,    Richmond, VA  23218-1998
cr        +Mount Berry Square, LLC,    c/o Kevin M. Newman, Esq.,    308 Maltbie Street,    Suite 200,
           Syracuse, NY 13204-1444
cr        +Muriel To Yang,    645 Farnham Circle,    Richmond, VA 23236-4173
cr        +Nancy E. Mirshah,    851 Cliffs Dr., #301C,    Ypsilanti, MI 48198-7315
cr        +Naples Daily News,    % Receivable Management,    Services,    PO Box 5126,
           Timonium, MD 21094-5126
cr        +Natalia Hilton,    3525 Wheat Drive,    Beaumont, TX 77706-3028
cr        +Nicholas S. Weeks,    4512 Staten Island Court,    Plano, TX 75024-4712
cr         Nintendo of America, Inc.,    Attn: Elizabeth Aurelio, VP,    -Credit, 4820-150th Ave. NE,
           Redmond, WA  98052-5115
cr        +Normand C. Dionne,    268 Bartlett St., Unit 2,    Manchester, NH 03102-3604
cr        +North Attleboro Marketplace II, LLC,    1414 Atwood Avenue,    Johnston, RI 02919-4839
cr         North Bergen Tonnelle Plaza, LLC,    c/o Lisa Taylor Hudson,    Sands Anderson Marks & Miller, P.C.,
           801 E. Main Street, Suite 1800,    Post Office Box 1998,    Richmond, VA  23218-1998
cr        +North Plainfield VF LLC,    c/o Lisa Taylor Hudson,    Sands Anderson Marks & Miller, P.C.,
           801 East Main Street, Suite 1800,    P.O. Box 1998,    Richmond, VA 23218-1998
cr        +NorthMarq,    Emily J. Voss, Property Man.,    Suite 200,    3500 American Blvd. W.,
           Minneapolis, MN 55431-1096
cr        +OLP 6609 Grand, LLC,    60 Cuttermill Road,    Suite 303,    Great Neck, NY 11021-3104
cr        +OLP CCAntioch, LLC,    60 Cuttermill Road,    Suite 303,    Great Neck, NY 11021-3104
cr        +OLP CCFairview Heights, LLC,    60 Cuttermill Road,    Suite 303,    Great Neck, NY 11021-3104
cr        +OLP CCFerguson, LLC,    60 Cuttermill Road,    Suite 303,    Great Neck, NY 11021-3104
cr        +OLP CCFlorence, LLC,    60 Cuttermill Road,    Suite 303,    Great Neck, NY 11021-3104
cr        +OLP CCSt.Louis, LLC,    60 Cuttermill Road,    Suite 303,    Great Neck, NY 11021-3104
tee       +ON Corp. USA, Inc. and ON Corp.,    Oldshan Grundman Frome,    65 East 55th Street,
           New York, VA 10022-3402
cr         Office of Unemployment Compensation Tax Svcs.,    Dept. of Labor & Industry, Commonwealth,
           of PA, Reading Bankruptcy & Compl. Unit,    Attn: Timothy Bortz, UC Tax Agent,
           625 Cherry St. - Room 203,    Reading, PA 19602-1184
cr        +Oklahoma County Treasurer,    c/o Tammy Jones,    320 Robert S. Kerr,    Room 307,
           Oklahoma City, OK 73102-3441
cr        +Oracle USA, Inc.,    Buchalter Nemer,    Shawn M. Christianson,    333 Market St., 25th Fl.,
           San Francisco, CA 94105-2126
cr         Orange County California Treasurer-Tax Collector,    Laurie A. Shade, Esq.,
           Office of the County Counsel,    10 Civic Center Plaza, 4th Floor,    P.O. Box 1379,
           Santa Ana, CA  92702-1379
cr        +Orange Grove Apartments LLC dba Camelback Center P,    c/o Valerie L. Marciano, Esq.,
           Jaburg & Wilk, PC,    3200 North Central Ave., #2000,    Phoenix, AZ 85012-2463
cr        +Osceola County Florida Tax Collector,    c/o Paul S. Bliley, Jr.,    P.O. Box 1320,
           Richmond, VA 23218-1320
cr        +PULASKI COUNTY TREASURER,    ATTN: MS. CHASITITY SCIFRES,    POST OFFICE BOX 430,
           LITTLE ROCK, AR 72203-0430
cr        +Pan Am Equities,    c/o David A. Greer PLC,    500 East Main St Ste 1225,    Norfolk, VA 23510-2274
cr        +Panattoni Development Company, Inc. as Agent for C,    David K. Spiro, Esquire,
           Neil E. McCullagh, Esquire,    Cantor Arkema, P.C.,    P.O. Box 561,    Richmond, VA 23218-0561
cr        +Panattoni Development Company, Inc. as Agent for E,    David K. Spiro, Esquire,
           Neil E. McCullagh, Esquire,    Cantor Arkema, P.C.,    P.O. Box 561,    Richmond, VA 23218-0561
cr        +Panattoni Development Company, Inc. as Agent for V,    David K. Spiro, Esquire,
           Neil E. McCullagh, Esquire,    Cantor Arkema, P.C.,    P.O. Box 561,    Richmond, VA 23218-0561
cr        +Paramount Home Entertainment Inc,    c/o Susan R Podolsky,    1800 Diagonal Road,    Suite 600,
           Alexandria, VA 22314-2840
cr        +Pasadena Independent School District,    c/o Dexter D. Joyner,    Law Office of Dexter D. Joyner,
           4701 Preston Avenue,    Pasadena, TX 77505-2050
cr        +Patricia A. Bean,    11734 Chisholm Trail,    Victorville, CA  92392-9277
cr        +Patricia L. Adams,    c/o Nancy A. Darling,    713 E. Boston Street,    Broekn Arrow, OK 74012-7280
cr        +Patricia Shapiro,    3662 Mountcles Blvd.,    Thousand Oaks, CA 91360-2642
intp      +Paul Schaapman,    c/o Sands Anderson Marks & Miller, PC,    P.O. Box 1998,
           Richmond, VA 23218-1998
cr        +Pauline B. Griskey,    88 Pine Grove Ave.,    Summit, NJ 07901-2465
cr        +Pelkar Muskegon, LLC,    c/o Paul K. Campsen,    Kaufman & Canoles, P.C.,    P. O. Box 3037,
           Norfolk, VA 23514-3037
cr        +Pension Benefit Guaranty Corporation,    Office of the Chief Counsel,    1200 K Street, N.W.,
           Suite 340,    Washington, DC 20005-4030
```

```
cr       +Performance Printing Corporation,    Attn:  John T. White, Pres.,    2929 Stemmons,
          Dallas, TX 75247-6102
cr        Philip S. Allen,    40454 Regatta Drive,    Discovery Bay, CA  94505
cr       +Phillip Lee Steele,    1208 Dawkins St.,    Unit B,   Durham, NC 27707-2314
cr       +Photoco, Inc.,    30305 Solon Road,    Solon, OH 44139-3413
intp     +Phyllis M Pearson,    c/o Sands Anderson Marks & Miller, P.C.,    P.O. Box 1998,
          Richmond, VA 23218-1998
cr       +Pima County, Arizona,    c/o Pima County Attorney's Office,
          32 N. Stone Ave., Ste. 2100,   Tucson, AZ 85701-1416
cr       +Plaza Las Palmas, LLC,    Culbert & Schmitt, PLLC,    30C Catoctin Circle, SE,
          Leesburg, VA 20175-3614
cr       +Polaris Circuit City, LLC,    8800 Lyra Drive, Suite 550,    Attn:  Franz A. Geiger,
          Columbus, OH 43240-2107
cr       +Port Arthur Holdings, III, Ltd.,    c/o David H. Cox, Esquire,    Jackson & Campbell, PC,
          1120 20th Street, NW, Suite 300-S,   Washington, DC 20036-3437
cr       +Portland Investment Company of America,    c/o Katten Muchin Rosenman LLP,
          2029 Century Park East,   Suite 2600,    Los Angeles, CA 90067-3012
cr       +PrattCenter, LLC,    c/o Lisa Taylor Hudson, Esquire,    Sands Anderson Marks & Miller, P.C.,
          801 E. Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
cr        Premier Contracting, Inc.,    c/o William A. Gray, Esq.,    Sands Anderson Marks & Miller, PC,
          PO Box 1998,   Richmond, VA  23218-1998
cr       +PrimeShares,    261 Fifth Avenue,    22nd Floor,   New York, NY 10016-7701
cr       +Prosite Business Solutions, LLC,    c/o Spotts Fain PC,    411 E. Franklin Street,    Suite 600,
          Richmond, VA 23219-2200
cr       +Prudential Insurance Company of America,    c/o Katten Muchin Rosenman LLP,
          2029 Century Park East,   Suite 2600,    Los Angeles, CA 90067-3012
cr        PuntoAparte Communications, Inc.,    Attn:  Orlando J. Salichs,    PO Box 9066636,
          San Juan,    00906-6636,   PUERTO RICO
cr       +RJ Ventures LLC, K&G Dearborn LLC,    c/o Jess R Bressi Esq,    Cox Castle & Nicholson LLP,
          19800 MacArthur Blvd Ste 500,   Irvine, CA 92612-2480
cr       +RLV Village Plaza, LP,    c/o Paul K. Campsen,    Kaufman & Canoles, P.C.,    P. O. Box 3037,
          Norfolk, VA 23514-3037
cr       +RREEF Management Company,    c/o Katten Muchin Rosenman LLP,    2029 Century Park East,
          Suite 2600,   Los Angeles, CA 90067-3012
cr        RTS Marketing, Inc.,    c/o Michael P. Falzone, Esq.,    Hirschler Fleischer PC,    P.O. Box 500,
          Richmond, VA  23218-0500
cr       +Ramco JW, LLC,    c/o Paul K. Campsen,    Kaufman & Canoles, P.C.,    P. O. Box 3037,
          Norfolk, VA 23514-3037
cr       +Ramco West Oaks I, LLC,    c/o Paul K. Campsen,    Kaufman & Canoles P.C.,    P. O. Box 3037,
          Norfolk, VA 23514-3037
cr       +Raymond & Main Retail, LLC,    David K. Spiro, Esquire,    Neil E. McCullagh, Esq.,
          Cantor Arkema, P.C.,    P.O. Box 561,   Richmond, VA 23218-0561
cr       +Raymond E. Keller,    9537 W Oak Ridge Dr.,    Sun City, AZ 85351-2042
cr       +Rebecca Hylton DeCamps,    c/o Lisa Taylor Hudson,    Sands Anderson Marks & Miller, P.C.,
          PO Box 1998,   801 E. Main Street, Ste 1800,   Richmond, VA 23219-2906
cr       +Rebecca Peterson,    6510 Charles Court,    Legacy Oaks,   Macungie, PA 18062-8970
cr       +Rebs Muskegon, LLC,    c/o Paul K. Campsen,    Kaufman & Canoles, P.C.,    P. O. Box 3037,
          Norfolk, VA 23514-3037
cr       +Regina J. Cody,    8406 Snowden Oaks Place,    Laurel, MD 20708-2302
cr        Remount Road Associates Limited Partnership,    c/o Michael P. Falzone,    Hirschler Fleischer PC,
          P.O. Box 500,   Richmond, VA  23218-0500
cr       +Reverend Dwayne Funches,    c/o Lisa Taylor Hudson, Esquire,    Sands Anderson Marks & Miller, P.C.,
          P.O. Box 1998,   801 E. Main Street. Suite 1800,   Richmond, VA 23219-2906
cr       +Rhonda S. Johnson,    834 Crosshill Rd.,    Danville, KY 40422-1135
cr       +Richard Daly,    8621 Basswood Rd. No. 33,    Eden Prarie, MN 55344-4177
cr       +Richard G. Griskey,    88 Pine Grove Avenue,    Summit, NJ 07901-2465
cr       +Richard L. Schurz,    12117 Jamieson Pl,    Glen Allen, VA 23059-5386
cr        Richard Smith,    5904 Forest Rd.,    Cheverly, MD  20785-2946
cr       +Richard Stevens,    221 West 82nd Street,    New York, NY 10024-5406
cr       +Richard Thompson,    11313 Edgewood Farm Ct.,    Richmond, VA 23233-1823
cr       +Rick Sharp,    1008 Wedgeland Drive,    Raleigh, NC 27615-5928
cr       +Ricmac Equities Corporation,    430-440 Plainview Road,    Hicksville, NY 11801-4372
cr        Rio Associates Limited Partnership,    c/o David D. Hopper, Esquire,    4551 Cox Road, Suite 210,
          P. O. Box 3059,   Glen Allen, VA  23058-3059
cr        Ritz Motel Company,    6735 Telegraph Road,    Suite 110,   Bloomfield Hills, MI  48301-3143
cr       +Riverside County California,    California Taxing Authority,    c/o Martha E. Romero,
          Romero Law Firm,   6516 Bright Avenue,    Whittier, CA 90601-4503
cr       +Riverside, California,    c/o Martha E. Romero,    6516 Bright Ave,    Whittier, CA 90601-4503
cr       +Robert A. Koenig,    PO Box 41,    Manchester, NH 03105-0041
cr       +Robert E. Greenberg Gateway Woodside, Inc.,    Friedlander Misler, PLLC,    1101 17th Street, NW,
          Suite 700,   Washington, DC 20036-4711
cr        Robert E. Kniesche,    179 Shelby Drive,    Newport News, VA  23608-2544
cr       +Robert F. Koesel,    11261 Scenic View Lane,    Orlando, FL 32821-7902
cr       +Robert Gentry,    Righetti Law Firm, P.C.,    456 Montgomery St.,    1400,
          San Francisco, CA 94104-1247
cr       +Robert J. Appleby,    14320 Winter Ridge Lane,    Midlothian, VA 23113-6709
cr       +SAP Retail Inc. and Business Objects,    c/o Brown & Connery LLP,    Attn:  Donald K. Ludman,
          6 North Broad Street,   Suite 100,   Woodbury, NJ 08096-4635
cr        SEA Properties I, LLC,    c/o Clement & Wheatley,    ATTN.:  Darren W. Bentley, Esq.,
          P. O. Box 8200,   Danville, VA  24543-8200
cr       +Sacco of Maine, LLC,    Young, Goldman & Van Beek, P.C.,    c/o John P. Van Beek, Esq.,
          510 King Street, Suite 416,   Alexandria, VA 23314-3142
cr       +Safeway Inc.,    Gary & Regenhardt, PLLC,    8500 Leesburg Pike,    Suite 7000,
          Vienna, VA 22182-2498
```

```
District/off: 0422-7          User: jafarbayj         Page 12 of 32          Date Rcvd: Aug 04, 2009
Case: 08-35653               Form ID: redacttr        Total Noticed: 1084
```

intp  +Salem Rockingham LLC,  c/o The MEG Companies,   25 Orchard View Drive,
       Londonderry, NH 03053-3324,  UNITED STATES
cr    +Samsung Electronics America, Inc.,  c/o Akerman Senterfitt,   8100 Boone Blvd., Suite 700,
       Vienna, VA 22182-2683
cr    +Sangertown Square, L.L.C.,  c/o Menter, Rudin & Trivelpiece, P.C.,
       Attn: Kevin M. Newman, Esq.,   308 Maltbie Street, Suite 200,   Syracuse, NY 13204-1439,
       U.S.A.
cr    +Satchidananda Mims,  PO Box 19304,  Oakland, CA 94619-0304
cr     Saul Holdings Limited Partnership,  c/o Stephen A. Metz, Esquire,
       Shulman Rogers Gandal Pordy & Ecker, PA,  11921 Rockville Pike, 3rd Floor,
       Rockville, MD 20852-2743
cr    +Save Mart Supermarkets,  c/o Paul S. Bliley, Jr.,  P.O. Box 1320,  Richmond, Va 23218-1320
cr    +Schottenstein Property Group, Inc.,  c/o Loc Pfeiffer, Esquire,  Kutak Rock LLP,
       1111 East Main Street, Suite 800,  Richmond, VA 23219-3521
cr    +Scott Warren,  10816 1/2 Blix Street,  N. Hollywood, CA 91602-1353
cr     Seth Kranz,  5337 FM 2642,  Royse City, TX  75189
cr    +Sharon Brown Hope,  4219 Grand Street, Apt. J.,  Columbia, SC 29203-6666
intp  +Sharon Joyce Savary,  2612 Kirkland Rd.,  Dover, FL 33527-3413
cr    +Sharp Electronics Corporation,  c/o Borges & Associates, LLC,  575 Underhill Blvd,
       Syosset, NY 11791-3426
cr    +Sheryl A. Borger,  31654 Lynne Drive,  Rockwood, MI 48173-1029
cr    +Shirley A. Munselle,  805 Lisa Street,  Burleson, TX 76028-6489
cr    +Shopping.com, Inc.,  c/o Michael A. Condyles, Esq.,  Kutak Rock LLP,  1111 East Main Street,
       Suite 800,  Richmon, VA 23219-3521
cr    +Sie Ling Chiang,  13503 Point Pleasant Dr.,  Chantilly, VA 20151-2442
cr    +Simon Property Group, Inc.,  Attn: Ronald M. Tucker, Esq.,  225 W. Washington Street,
       Indianapolis, IN 46204-3438
cr    +Sir Barton Place, LLC,  2517 Sir Barton Way,  Suite 210,  Lexington, KY 40509-2275
cr    +Snagajob.com,  4800 Cox Road, Ste 200,  Glen Allen, VA 23060-6292
cr    +Snell Acoustics, Inc.,  c/o William A. Gray, Esquire,  Sands Anderson Marks & Miller, P.C.,
       Post Office Box 1998,  Richmond, VA 23218-1998
cr    +Sony Electronics, Inc.,  c/o Peter J. Barrett, Esquire,  Kutak Rock LLP,
       1111 East Main Street, Suite 800,  Richmond, VA 23219-3521
cr    +SouthPeak Interactive, LLC,  2900 Polo Parkway, Suite 200,  Midlothian, VA 23113-1423
cr     Southland Acquisitions, LLC,  c/o Thomas G. King / DS Holmgren,  Kreis, Enderle, et al,
       PO Box 4010,  Kalamazoo, MI  49003-4010
cr    +Southroads, L.L.C.,  Troutman Sanders LLP,  1660 International Drive,  Suite 600,
       McLean, VA 22102-4877
cr     Spring Hill Development Partners, GP,  Hirschler Fleischer, PC,  c/o Michael P. Falzone, Esq.,
       P.O. Box 500,  Richmond, VA 23218-0500
cr     St. Cloud Associates,  c/o Adam M. Spence,  Spence & Buckler, PC,  (Brandywine/CircuitCity),
       Baltimore, MD 21284
cr    +Star Universal, LLC,  Lisa Taylor Hudson, Esquire,  Sands Anderson Marks & Miller, P.C.,
       801 East Main Street, Suite 1800,  Post Office Box 1998,  Richmond, VA  23218-1998
cr     State Board of Equalization,  State of California,  450 N Street, MIC:55,  PO Box 942879,
       Sacramento, CA  94279-0055
cr    +State of Connecticut, Departments of Labor and Rev,  Office of the Attorney General,
       55 Elm Street,  Hartford, CT 06106-1746
cr    +State of Michigan, Department of Treasury,  Cadillac Place,  3030 W. Grand Blvd., Ste. 10-200,
       Detroit, MI 48202-6030,  US
cr     State of New Jersey, Division of Taxation,  Attorney General of New Jersey,
       R.J. Hughes Justice Complex,  25 Market St., POB 106,  Trenton, NJ  08625-0106
cr     State of Wisconsin - Office of the State Treasurer,  P. O. Box 7857,  Madison, WI  53707-7857
unk   +Stephanie Krajchir,  LAPD - Topanga Area,  Los Angeles Police Dept.,  PO Box 30158,
       Los Angeles, CA 90030-0158
cr    +Steve Nicholson,  713 Cannon Road,  Glen Gardner, NJ 08826-3027
cr    +Steven Draxler,  2322 Pocono Ct.,  De Pere, WI 54115-8076
cr    +Stillwater Designs and Audio, Inc.,  attn: Kim Wright,  3100 North Husband,
       Stillwater, OK 74075-2516
cr    +Susan Grace Stickland,  2640 Saturn Street,  Harvey, LA 70058-2922
cr    +Susan Grace Strickland,  2640 Saturn Street,  Harvey, LA 70058-2922
cr    +Syed Asrar Naqvi,  3720 Westwood Blvd., Apt. #7,  Los Angeles, CA 90034-6716
cr    +Symantec Corp,  c/o Rafael X. Zahralddin-Aravena,  Elliott Greenleaf,
       1000 West Street, Suite 1440,  Wilmington, DE 19801-1051
cr     T. J. Maxx of CA, LLC,  c/o Lisa Taylor Hudson, Esquire,  Sands Anderson Marks & Miller, P.C.,
       801 East Main Street, Suite 1800,  Post Office Box 1998,  Richmond, VA  23218-1998
cr    +TARGUS, INC.,  Lawrence J. Hilton, Esq.,  HEWITT & O'NEIL LLP,  19900 MacArthur Blvd,
       Suite 1050,  Irvine, CA 92612-8614
intp  +THQ, Inc.,  c/o David M. Poitras, P.C.,  Jeffer, Mangels, Butler & Marmaro LLP,
       1900 Ave. of the Stars, 7th Fl.,  Los Angeles, CA 90067-4308
cr    +TMT Development Company, Inc.,  Attn: Jill Hollowell,  805 SW Broadway, Ste. 2020,
       Portland, OR 97205-3360
cr    +TSA Stores, Inc.,  c/o John P. Van Beek, Esq.,  510 King Street,  Suite 416,
       Alexandria, VA 22314-3132
cr    +Tasler Pallett, Inc.,  Attn: Lewis Olson, Cred Mngr,  H.C. 73  Box 11,
       Marietta, OK 73448-9502
cr    +Taubman Landlords,  c/o The Taubman Company,  Attn. Andrew S. Conway,  200 East Long Lake Road,
       Suite 300,  Bloomfield Hills, MI 48304-2324
cr     Tax Collector, Polk County, Florida,  Joe G. Tedder, CFC,  Delinquency and Enforcement,
       PO Box 2016,  Bartow, FL 33831-2016
cr    +Taylor B. Phillips,  Apt. 511,  8875 Costa Verde Blvd.,  San Diego, CA 92122-6659
cr    +Tennessee Dept. Of Revenue,  c/o TN Attorney General's Office,  Bankruptcy Division,
       POB 20207,  Nashville, TN 37202-4015

```
cr          The Cafaro Northwest Partnership, dba South Hill M,   c/o Sheila deLa Cruz, Esq.,
            Hirschler Fleischer PC,   P.O. Box 500,   Richmond, VA 23218-0500
cr          The Irvine Company,   Bewley, Lassleben & Miller, LLP,   13215 E. Penn Street,   Suite 510,
            Whittier, CA 90602-1797
cr         +The Landing at Arbor Place II, LLC,   c/o Kimberly A. Pierro,   Kutak Rock LLP,
            1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr         +The Macerich Company,   c/o Katten Muchin Rosenman LLP,   2029 Century Park East,   Suite 2600,
            Los Angeles, CA 90067-3012
cr         +The Marketplace of Rochester Hills Parcel B, LLC,   c/o John D. McIntyre,
            Willcox & Savage, P.C.,   One Commercial Place, Suite 1800,   Norfolk, Va 23510-2197
cr         +The Marvin L. Oates Trust,   c/o Nancy Hotchkiss,   Trainor Fairbrook,   980 Fulton Avenue,
            Sacramento, CA 95825-4558
cr         +The McClatchy Company,   c/o Paul J. Pascuzzi,   Felderstein Fitzgerald,
            Willoughby & Pascuzzi LLP,   400 Capitol Mall, Suite 1450,   Sacramento, CA 95814-4434
cr         +The Stop & Shop Supermarket Company LLC,   c/o Sands Anderson Marks & Miller, P.C.,
            P/O. Box 1998,   Richmond, VA 23218-1998
cr         +Thomas Gibson,   66 Athens St.,   San Francisco, CA 94112-1602
cr         +Thomas Tecza,   11700 Wembley Dr.,   Huntley, IL 60142-6309
cr         +TomTom, Inc.,   c/o Nixon Peabody LLP,   Attn: Dennis J. Drebsky,   437 Madison Ave.,
            New York, NY 10022-7039
cr          Tony F. Esposito,   76 Coquina Ridge Way,   Ormond Beach, FL 32174-1816
cr         +Torrington Tripletts, LLC,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr         +Toshiba America Consumer Products, L.L.C.,   Leitess Leitess Friedberg + Fedder PC,
            One Corporate Center,   10451 Mill Run Circle, Suite 1000,   Owings Mills, MD 21117-5519
cr         +Toshiba America Information Systems, Inc.,   Leitess Leitess Friedberg + Fedder PC,
            One Corporate Center,   10451 Mill Run Circle, Suite 1000,   Owings Mills, MD 21117-5519
cr         +Touchpoint Retail Design, Inc.,   Attn: Debby Prudhomme,   118 E. 26th St., Ste. 300,
            Minneapolis, MN 55404-4352
cr         +Towson VF LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
            801 E. Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
cr         +Toys R Us - Delaware, Inc.,   c/o Wolff & Samson PC,   Attn: Karen L. Gilman, Esq.,
            One Boland Drive,   West Orange, NJ 07052-3687
cr         +Travelers,   One Tower Square, 5MN,   Hartford, CT 06183-0002
cr         +Tritronics, Inc.,   c/o Ronald S. Gellert,   Eckert Seamans Cherin & Mellott, LLC,
            300 Delaware Avenue, Suite 1210,   Wilmington, DE 19801-1670
cr         +Tuscaloosa County Tax Collector,   Attn: Peyton C. Cochrane,   124 Courthouse,
            714 Greensboro Ave.,   Tuscaloosa, AL 35401-1864
cr         +Ty Holbrook,   5915 Crockett,   Lumberton, TX 77657-7833
cr         +Tysons 3, LLC,   c/o Mitchell B. Weitzman, Esq.,   Bean Kinney & Korman, PC,
            2300 Wilson Blvd., 7th Floor,   Arlington, VA 22201-5424,   UNITED STATES
cr         +UPS Ground Freight, Inc.,   c/o Christopher Combest,   Quarles & Brady LLP,
            500 W. Madison Street,   Suite 3700,   Chicago, IL 60661-4591
cr         +UTC I, LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
            P.O. Box 1998,   801 E. Main Street, Suite 1800,   Richmond, VA 23219-2906
cr         +United Parcel Service, Inc.,   c/o Christopher Combest,   Quarles & Brady LLP,
            500 W. Madison Street,   Suite 3700,   Chicago, IL 60661-4591
intp       +United States Environmental Protection Agency,   Office of General Counsel,
            U.S. EPA Mailcode 2377R,   1300 Pennsylvania Ave., NW,   Washington, DC 20004-3002
cr         +VNO Mundy Street, LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
            801 E. Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
cr         +VNO TRU Dale Mabry, LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
            801 E. Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
cr         +Valley Corners Shopping Center, LLC,   c/o Lisa Taylor Hudson, Esquire,
            Sands Anderson Marks & Miller, P.C.,   801 E. Main Street, Suite 1800,   P.O. Box 1998,
            Richmond, VA 23218-1998
cr         +Vance Baldwin, Inc.,   c/o Robert S. Gellert,   Eckert Seamans Cherin & Mellott, LLC,
            300 Delaware Avenue, Suite 1210,   Wilmington, DE 19801-1670
cr          Vermont Gas,   PO Box 467,   Burlington, VT 05402-0467
cr         +Vertis, Inc.,   c/o Sheila deLa Cruz, Esq.,   Hirschler Fleischer PC,   P.O. Box 500,
            Richmond, VA 23218-0500
cr         +Victoria G. Moore,   1306 Elmshadow Drive,   Richmond, VA 23231-4727
intp       +Vincent E. Rhynes,   1514 W. Manchester Ave. # 5,   LA, CA 90047-5427
cr         +Virginia V. Phillips,   344 Sassafras Road,   Baltimore, MD 21221-3023
cr         +Vonage Holdings, Inc.,   attn: Angelique Electra,   23 Main Street, D2-180,
            Holmdel, NJ 07733-2136
cr         +Vornado Caguas LP,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
            801 E. Main Street, Suite 1800,   Post Office Box 1998,   Richmond, VA 23218-1998
cr         +Vornado Finance, LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
            801 East Main Street, Suite 1800,   Post Office Box 1998,   Richmond, VA 23218-1998
cr         +Vornado Gun Hill Road, LLC,   c/o Lisa Taylor Hudson, Esquire,
            Sands Anderson Marks & Miller, P.C.,   801 E. Main Street, Suite 1800,   P.O. Box 1998,
            Richmond, VA 23218-1998
mvnt       +Vornado Realty Trust,   210 Route 4 East,   Paramus, NJ 07652-5108
cr         +WINK TV-Fort Myers Broadcasting,   2824 Palm Beach Blvd,   Fort Myers, FL 33916-1503
cr         +WPBF,   Szabo,,   c/o Jennifer Toolan,   3355 Lenox Road N.E.,   9th Floor,
            Atlanta, GA 30326-1394
cr         +WXCW TV Sun Broadcasting,   2824 Palm Beach Blvd,   Fort Myers, FL 33916-1503
cr         +Washington Corner, LP,   c/o Jeffrey J. Graham,   Taft Stettinius & Hollister LLP,
            One Indiana Square, Suite 3500,   Indianapolis, IN 46204-2023
cr         +Waste Management, Inc.,   c/o Stinson Morrison Hecker LLP,   Attn: Darrell W. Clark,
            1150 18th Street, NW,   Suite 800,   Washington, DC 20036-3845
cr         +Watercress Associates, LP, LLP dba Pearlridge Cent,   c/o Douglas D. Kappler, Esq.,
            Robinson, Diamant & Wolkowitz, APC,   1888 Century Park East,   Suite 1500,
            Los Angeles, CA 90067-1719
```

```
District/off: 0422-7        User: jafarbayj          Page 14 of 32         Date Rcvd: Aug 04, 2009
Case: 08-35653             Form ID: redacttr         Total Noticed: 1084
```

```
cr        +Watt Management Company,   c/o Katten Muchin Rosenman LLP,   2029 Century Park East,   Suite 2600,
           Los Angeles, CA 90067-3012
cr        +Wayne VF LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
           801 E. Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
cr         Westgate Village, LP,   c/o Heather D. Dawson,   Kitchens Kelley Gaynes, P.C.,
           Eleven Piedmont Center, Suite 900,   3495 Piedmont Rd. N.E.,   Atlanta, GA 30305
cr        +Westlake Limited Partnership,   406 SW Washington Street,   Peoria, IL 61602-1503
cr        +Williamson County et al,   co Michael Reed,   Round Rock, TX 78680
cr        +Winn Bus Lines,   1831 Westwood Avenue,   Richmond, VA 23227-4338
cr        +Youde Wang,   1296 Grand Cypress Sq.,   Virginia Beach, VA 23455-6838
cr        +Yvette Mack,   c/o Spotts Fain PC,   P.O. Box 1555,   Richmond, VA 23218-1555
cr         c/o Ron C. Bingham Stites & Harbison, PLLC T.D. Fa,   303 Peachtree Street, NE,
           2800 SunTrust Plaza,   Atlanta, GA 30308
cr        +c/o William A. Wood Panattoni Construction, Inc.,   Bracewell & Giuliani, LLP,
           711 Louisiana St., Suite 2300,   Houston, TX 77002-2849
cr        +c/o William S. Coats Pinnacle Systems, Inc.,   White & Case LLP,   3000 El Camino Real,
           5 Palo Alto Square, 9th Flr.,   Palo Alto, CA 94306-2116
cr        +iTouchless Housewares and Products, Inc.,   551 Foster City Blvd., Unit M,
           Foster City, CA 94404-1632
8676078   +3725 Airport Boulevard, LP,   20 Westwoods Drive,   Liberty, MO 64068-3519
8693216   +44 North Properties, LLC,   c/o Miles & Stockbridge, P.C.,   1751 Pinnacle Drive,   Suite 500,
           Mclean, VA 22102-3833
8585686   +507 Northgate, LLC,   c/o Christopher M. Alston,   1111 - 3rd Ave., #3400,
           Seattle, WA 98101-3264
8634777   +553 Retail, Inc.,   c/o Peter C. Hughes, Esquire,   Dilworth Paxson LLP,   1500 Market Street,
           Suite 3500E,   Philadelphia, PA 19102-2101
8773697   +610 & San Felipe, Inc.,   c/o David H. Cox, Esquire,   Jackson & Campbell, PC,
           1120 20th Street, NW, Suite 300-S,   Washington, DC 20036-3437
8593307   +ACCO Brands Corporation,   Wildman, Harrold, Allen & Dixion,   225 West Wacker Dr.,
           Chicago, IL 60606-1349
8596226   +AOL LLC,   c/o Tiffany Strelow Cobb,   VOrys, Sater, Seymour and Pease LLP,   52 East Gay Street,
           Columbus, OH 43215-3161
8600375   +AOL LLC,   c/o Tiffany Strelow Cobb,   Vorys, Sater, Seymour and Pease LLP,   52 East Gay Street,
           Columbus, Ohio 43215-3161
8602569   +AT&T,   Attn: Julie Quagliano, Esq.,   QUAGLIANO & SEEGER, P.C.,   2620 P Street, NW,
           Washington DC 20007-3062
8593447   +AT&T,   c/o Julie Quagliano, Esq.,   QUAGLIANO & SEEGER, P.C.,   2620 P Street, NW,
           Washington DC 20007-3062
8665859    ATMOS ENERGY CORPORATION,   PO BOX 650205,   DALLAS TX  75265-0205
8602439   +AVR CPC Associates, LLC,   C/O Jaspan Schlesinger LLP,   300 Garden City Plaza,
           Garden City, New York 11530-3302,   (516) 746-8000
8589789   +Accent Energy California LLC,   6065 Memorial Drive,   Dublin, Ohio 43017-8218
8603024   +Alexander H Bobinski, as Trustee,   under Trust No. 1001,   c/o David R McFarlin,
           1851 West Colonial Drive,   Orlando, FL 32804-7013
8710991   +All American Installs,   Michael Caputo,   422 Madison Ave,   Penndel, PA 19047-7546
8578230   +Alliance Entertainment,   Attn: Douglas J. Bates,   27500 Riverview Center Blvd.,
           Bonita Springs, FL 34134-4325
9003362   +Allsop Inc.,   Ryan Allsop, VP of Operations,   4201 Meridan,   Bellingham, WA 98226-5532
9003365   +Allsop Inc.,   Ryan Allsop, VP of Operations,   P.O. Box 23,   Bellingham, WA 98227-0023
8570942   +AmREIT, a Texas real estate investment trust,   c/o James V. Lombardi, III,
           Ross,Banks,May,Cron & Cavin, P.C.,   2 Riverway, Suite 700,   Houston, Texas 77056-1918
8691729   +Ammon Properties LC,   c/o Joel T. Marker,   McKay, Burton & Thurman,
           170 South Main St., Suite 800,   Salt Lake City, UT 84101-1656
8580932   +Amore Construction Company,   c/o John J. Lamoureux,   Carlton Fields, P.A.,   P. O. Box 3239,
           Tampa, FL 33601-3239
8585810   +Andrews Electronics,   c/o Justin D. Leonard,   Ball Janik LLP,   101 SW Main, Ste. 1100,
           Portland, OR 97204-3219
9075931   +Apex Digital Inc.,   301 Brea Canyon Road,   Walnut Creek, CA 91789-3075
8615037   +Arapahoe County Treasurer,   c/o Arapahoe County Attorney Office,   Attn: George Rosenberg,
           5334 S. Prince Street,   Littleton, CO 80166-0001
8831410   +Atlantic Inc.,   10018 Santa Fe Springs,   Santa Fe Springs, CA 90670-2922
8831415   +Atlantic Inc.,   c/o Charles Cross,   10018 Santa Fe Springs,   Santa Fe Springs CA 90670-2922
8590220    Audiovox Corporation,   c/o Levy, Stopol & Camelo, LLP,   Larry Stopol, Esquire,
           1425 RexCorp Plaza,   Uniondale, NY 11556-1425
8825928   +Audiovox Corporation,   150 Marcus Blvd.,   Hauppauge, NY 11788-3794
8590219   +Audiovox Corporation,   c/o Duane Morris LLP,   Rudolph J. Di Massa, Jr., Esquire,
           Matthew E. Hoffman, Esquire,   30 South 17th Street,   Philadelphia, Pennsylvania 19103-4001
8588191   +Averatec/Trigem USA,   c/o Samuel S. Oh,   1055 West 7th Street - Suite 2800,
           Los Angeles, CA 90017-2554
8710627   +BAW Plastics Inc.,   Administrative Priority Claim #662,   2148 Century Drive,
           Century III Business Ctr,   Jefferson Hills PA 15025-3654
8615829   +BB Fonds International 1 USA, L.P.,   c/o Jason Binford,   Haynes and Boone, LLP,
           2323 Victory Avenue, Suite 700,   Dallas, TX 75219-7673
8577768   +Bank of America,   c/o Bruce Matson,   951 East Byrd St.,   Richmond, VA 23219-4040
8645826    Barbara O. Cararway,   City Treasurer,   City of Chesapeake,   P.O. Box 16495,
           Chesapeake, VA  23328-6495
8683969    Basile Limited Liability Company,   c/o Michael P. Falzone,   Hirschler Fleischer PC,
           P.O. Box 500,   Richmond, VA 23218-0500
8570394   +Basser-Kaufman aka Basser,   c/o James S. Carr,   Kelley Dryer & Warren,   101 Park Avenue,
           New York, NY 10178-0062
8570395   +Basser-Kaufman aka Basser,   c/o Robert L. LeHane,   Kelley Dryer & Warren,   101 Park AVe.,
           New York, NY 10178-0062
8900768   +Becker Trust, LLC,   50 South Jones Boulevard,   Suite 100,   Las Vegas, NV 89107-2672
```

District/off: 0422-7         User: jafarbayj        Page 15 of 32          Date Rcvd: Aug 04, 2009
Case: 08-35653              Form ID: redacttr        Total Noticed: 1084

```
8588379    +Bedford Properties, L.L.C.,   c/o Catherine Guastello,   Quarles & Brady LLP,
            Two North Central Avenue,   Phoenix, AZ 85004-2322
8608535    +Bell'O International Corp.,   Henry P. Baer, Jr., Esq.,   Finn Dixon & Herling LLP,
            177 Broad Street, 15th Floor,   Stamford, CT 06901-5002
8601460    +Bond Circuit VIII Delaware Business Trust,   c/o Lazer, Aptheker, Rosella & Yedid,
            Attn: Robin S. Abramowitz,   225 Old Country Road,   Melville, NY 11747-2719
8698490     Bond-Circuit IV Delaware Business Trust,   c/o Mark B. Conlan, Esq.,   Gibbons P.C.,
            One Gateway Center,   Newark, NJ 07102-5310
8750450    +Boulder County Treasurer,   P.O. Box 471,   Boulder, Colorado 80306-0471
8764332    +Brian Brown,   c/o Charles D. Whelan III, Esq.,   114 Bayard Street,
            New Brunswick, NJ 08901-1956
8588462    +Bush Industries, Inc.,   c/o Olshan Grundman Frome Rosenzweig & W,   65 East 55th Street,
            New York, New York 10022-3219
8601456    +CC Colonial Trust,   c/o Lazer, Aptheker, Rosella & Yedid, P.,   Attn: Robin S. Abramowitz,
            225 Old Country Road,   Melville, NY 11747-2719
8698499     CC Hamburg NY Partners, LLC,   c/o Mark B. Conlan, Esq.,   Gibbons P.C.,   One Gateway Center,
            Newark, NJ 07102-5310
8601457    +CC Joliet Trust,   c/o Lazer, Aptheker, Rosella & Yedid,   Attn: Robin S. Abramowitz,
            225 Old Country Road,   Melville, NY 11747-2719
8601459    +CC Merrillville Trust,   c/o Lazer, Aptheker, Rosella & Yedid,   Attn: Robin S. Abramowitz,
            225 Old Country Road,   Melville, NY 11747-2719
8677685    +CIT Technology Financing Services, Inc.,   10201 Centurion Parkway N. #100,
            Jacksonville, OH 32256-4114
8799625   ++CITY OF CHESAPEAKE,   PO BOX 16495,   CHESAPEAKE VA 23328-6495
            (address filed with court:   Barbara O. Carraway, City Treasurer,   City of Chesapeake,
            P.O. Box 16495,   Chesapeake, VA 23328-6495)
8996124    +CMAT 1999-C2 Ridgeland Retail, LLC,   c/o Mindy A. Mora, Esq.,
            Bilzin Sumberg Baena Price & Axelrod LLP,   200 South Biscayne Boulevard, Suite 2500,
            Miami, FL 33131-5340
8623810    +COLE CC GROVELAND FL, LLC,   c/o Jeffrey T. Wegner, Esquire,   KUTAK ROCK LLP,
            The Omaha Building,   1650 Farnam Street,   Omaha, NE 68102-2104
8641633     CPS Energy - Bankruptcy Section,   145 Navarro - Mail Drop 101013,   San Antonio, TX   78205
8601395    +Cameron Group Associates, LLP,   c/o Andrew M. Brumby, Esq.,   Shutts & Bowen LLP,
            300 S. Orange Avenue, Suite 1000,   Orlando, FL 32801-5403
8670517    +Carlyle-Cypress Tuscaloosa, LLC,   c/o Lyndel Anne Mason,
            CAVAZOS HENDRICKS POIROT & SMITHAM P.C.,   900 Jackson St. - Ste 570, Founders Sq.,
            Dallas, TX 75202-2413
8577737    +Centro Properties Group,   c/o Ballard Spahr Andrews & Ingersoli,   51st Floor-Mellon Bank Center,
            1735 Market Street,   Philadelphia, PA 19103-7501
8699201    +Century PLaza Development Corporation,   c/o Law Offices of David A. Greer PLC,
            500 East Main Street, Suite 1225,   Norfolk, Virginia 23510-2274
8667801    +Charlotte Co Tax Collector,   Vickie L Potts, Tax Collector,   18500 Murdock Circle,
            Port Charlotte FL 33948-1068
8584110    +Chatham County Tax Commissioner,   c/o Daniel T. Powers,   PO Box 8321,   Savannah, GA 31412-8321
8832124    +Circsan Limited Partnership,   c/o Kin Properties, Inc.,   185 NW Spanish River Blvd, Ste 100,
            Boca Raton, FL  33431-4230,   ATTN:  Allen P. Lev, Esq.
8575617     City Hurst, Mansfiled ISD, Carroll ISD,   c/o Elizabeth Banda,   PO Box 13430,
            Arlington, TX 76094-0430
9033831    +City of Avondale,   c/o Sean P. O'Brien,   Gust Rosenfeld PLC,   201 E. Washington St., #800,
            Phoenix, AZ 85004-2327
8575615     City of Cedar Hill, Burleson ISD, Arlington ISD,   c/o Elizabeth Banda,   PO Box 13430,
            Arlington, TX 76094-0430
8782773     City of Florence,   PO Box 1357,   Florence KY 41022-1357
8693721    +City of Frisco,   c/o Elizabeth Weller,   Linebarger Goggan Blair & Sampson, LLP,
            2323 Bryan Street, Suite 1600,   Dallas, TX 75201-2644
8575618     City of Lake Worth,   c/o Elizabeth Banda,   PO Box 13430,   Arlington,TX 76094-0430
8693766    +City of Memphis,   c/o Elizabeth Weller,   Linebarger Goggan Blair & Sampson, LLP,
            2323 Bryan Street, Suite 1600,   Dallas, TX 75201-2644
8631491    +City of Newport News,   Office of the City Attorney,   2400 Washington Ave.,
            Newport News, VA 23607-4301
8614927    +City of Philadelphia,   c/o Ashley M. Chan,   One Logan Sq. 27th Floor,
            Philadelphia, PA 19103-6910
8656193    +City of Taylor Michigan,   c/o Kurt M. Kobiljak,   Edelson Building, Suite 200,
            2915 Biddle Avenue,   Wyandotte, MI 48192-5267
8908573    +City of Trotwood,   Income Tax Department,   4 Strader Dr,   Trotwood, OH 45426-3343
8710993    +Clean Carton Co Inc,   8437 Delport,   St. Louis, MO 63114-5996
8680885    +Cleveland Towne Center, LLC,   c/o Miller & Martin PLLC,   Attn:  Nicholas W. Whittenburg,
            832 Georgia Avenue, Suite 1000,   Chattanooga, TN 37402-2289
8615096    +Cobb Corners II, LP,   c/o Amy Pritchard Williams,   214 North Tryon Street,   Suite 4700,
            Charlotte, NC 28202-2367
8629815    +Cohesion Products, Inc.,   c/o Receivable Management Services,   PO Box 5126,
            Timonium, MD 21094-5126
8591390     Colorado Structures, Inc. dba CSI Constr. Co,   c/o Mary E. Olden,   McDonough Holland & Allen PC,
            555 Capitol Mall, 9th Floor,   Sacramento, CA 95814-4692
8591383    +Colorado Structures, Inc., dba CSI Construction Co,   c/o Mary E. Olden; Andre K. Campbell; Se,
            McDonough Holland & Allen PC,   555 Capitol Mall, 9th Floor,   Sacramento, CA 95814-4692
8616162    +Columbia Plaza Joint Venture,   % Jordan Humphreys, Attorney,   3210 Bluff Creek,
            Columbia, MO 65201-3525,   573-449-2503,   jhumphreys@fpb-law.com
8570388     Commonwealth of VA Dept. of Taxation,   c/o Jeffrey Scharf,   PO Box 771476,   Richmond, VA 23255
8570386     Commonwealth of VA, Dept. of Taxation,   c/o Mark Ames,   PO Box 2156,   Richmond, VA 23218-2156
8649740    +Commonwealth of Virginia,   Department of Taxation,   PO Box 2156,   Richmond VA 23218-2156
8902009    +Commonwealth of Virginia,   Department of Taxation,   Taxing Authority Consulting Services PC,
            PO Box 71476,   Richmond VA 23255-1476
```

```
8570381      Comptroller of Public Accounts of State of Texas,    c/o Mark Browning, Asst. Atty. General,
             Bankruptcy & Collections Division,    PO Box 12548,    Austin, TX 78711-2548
8625449     +Condan Enterprises LLC,   c/o Siller Wilk LLP,   675 Third Avenue,   New York, NY 10017-5704,
             Attention: Eric J. Snyder, Esq.
8716640     +Convergys Customer Management Group Inc.,    c/o Michael J. O'Grady, Esq.,   Frost Brown Todd LLC,
             201 E. Fifth Street, Suite 2200,    Cincinnati, OH 45202-4182
9079347     +Cormark, Inc.,   1701 Winthrop,   Des Plaines, IL 60018-1941
8825768     +Credit Suisse International,    11 Madison Avenue,   5th Floor,   New York, NY 10010-3643
8697582     +Crossways Financial Associates, LLC,   Paul K. Campsen,   Kaufman & Canoles, P.C.,
             150 W. Main Street, Suite 2100,    Norfolk, VA 23510-1681
8600964      Cypress Fairbanks ISD,   c/o John P Dillman,    Linebarger Goggan Blair & Sampson LLP,
             P.O. Box 3064,   Houston, Tx. 77253-3064
8825775     +D-Link Systems, Inc.,   17595 Mt. Herrmann Street,    Fountain Valley, CA 92708-4160
8571205     +DFS SERVICES LLC,   C/O BRIAN SIROWER, ESQ.,   QUARLES & BRADY LLP,   TWO NORTH CENTRAL AVENUE,
             PHOENIX, AZ 85004-2322
8615095     +DIM Vastgoed, N.V.,   c/o Amy Pritchard Williams,    214 North Tryon Street,   Suite 4700,
             Charlotte, NC 28202-2367
8578489     +Dallas County,   Linebarger Goggan Blair & Sampson LLP,    Elizabeth Weller,
             2323 Bryan Street, Suite 1600,    Dallas, TX 75201-2637
8572197     +Dallas County and Tarrant County,    % Linebarger Goggan Blair & Sampson LLP,
             Attn: Elizabeth Weller, Esq.,   2323 Bryan St., Ste. 1600,    Dallas, TX 75201-2637
8703551      Dawn vonBechmann,   Attn: Neil E. McCullagh, Esq.,    Cantor Arkema, P.C.,   P.O. Box 561,
             Richmond, Va 23218-0561
8581072     +DeMatteo Management, Inc.,   c/o Jennifer V. Doran, Esq.,    Hinckley Allen & Snyder LLP,
             28 State Street,   Boston, MA 02109-1776
8578346     +Developers Diversified Realty Corp.,   Attn: Eric C. Cotton,    3300 Enterprise Parkway,
             Beachwood, OH 44122-7200
8570420     +Developers Diversified Realty Corp.,   c/o Eric Cotton,    3300 Enterprise Parkway,
             PO Box 227042,   Beachwood, OH 44122-7200
8570418     +Developers Diversified Realty Corp.-DDR,    c/o James Carr,   Kelley Drye & Warren,
             101 Park Ave.,   New York, NY 10178-0062
8570419     +Developers Diversified Realty Corp.-DDR,    c/o Robert L. LeHane,   Kelley Drye & Warren,
             101 Park Ave.,   New York, NY 10178-0062
8577114     +Dicker-Warmington Properties,   c/o Stephen Spence & Scott Adkins,    1200 North Broom Street,
             Wilmington, DE 19806-4204
8592221     +Discovery Communications, Inc. (4109),    c/o Szabo Associates, Inc.,
             3355 Lenox Road NE, 9th Floor,    Atlanta, GA 30326-1394
8582907     +Ditan Distribution LLC,   c/o Michael S. Kogan, Esq.,    Ervin, Cohen & Jessup LLP,
             9401 Wilshire Boulevard, Suite 900,    Beverly Hills, California 90212-2974
8572548     +Dollar Tree Store, Inc.,   % Scott Kipnis, Rachel Greenberger &,
             Nicholas Malito Esqs, Hofheimer Gartlir,    530 Fifth Ave.,   New York, NY 10036-5101
8712287     +Donahue Schriber Realty Group, L.P.,   c/o Nancy Hotchkiss, Esquire,    Trainor Fairbrook,
             980 Fulton Avenue,   Sacramento, CA 95825-4558
8719787     +Donahue Schriber Realty Group, L.P.,   c/o Trainor Fairbrook,   Nancy Hotchkiss, Esq.,
             980 Fulton Avenue,   Sacramento, CA 95825-4558
8649784     +Dunwell, Donovan,   c/o Chiariello & Chiariello,    118-21 Queens Boulevard, Ste. 603,
             Forest Hills, NY 11375-7206
8617383      Duquesne Light Company,   c/o Kirk B. Burkley, Esquire,    Bernstein Law Firm, P.C.,
             Suite 2200, Gulf Tower,   Pittsburgh, PA 15219
8568654      E&A Northeast Limited Partnership,    c/o Christine D. Lynch, Esq.,   Peter D. Bilowz, Esq.,
             Goulston & Storrs, PC,   400 Atlantic Avenue,   Boston, MA 02110-3333
8695142      Edwin Watts Golf Shops, LLC,   c/o Stephen E. Scarce,    6802 Paragon Place, Suite 300,
             Richmond, VA 23230-1655
8620569     +Eel McKee LLC,   c/o Howard, Rice et al.,   Attn: Gary M. Kaplan, Esq.,
             Three Embarcadero Center, 7th Floor,    San Francisco, California 94111-4078
8996666     +Electra Craft Inc,   41 Woodbine Street,    Bergenfield, NJ 07621-3513
8615100     +Encinitas PFA, LLC,   c/o Amy Pritchard Williams,    214 North Tryon Street,   Suite 4700,
             Charlotte, NC 28202-2367
8607425     +Engineered Structures, Inc,   c/o Kimbrell Gourley,    The 9th & Idaho Center,
             225 N. 9th St. # 820,   PO Box 1097,   Boise, ID 83701-1097
8622528     +Engineered Structures, Inc.,   c/o Rob Shockley,    12400 W. Overland Rd.,   Boise, ID 83709-0021
8593280     +Entergy Arkansas Inc,   c/o Robert W. Mallard,    1105 North Market St. # 1600,
             Wilimington, DE 19801-1201
8593279     +Entergy Gulf States Louisiana,   c/o Robert W. Mallard,    1105 North Market St. # 1600,
             Wilimington, DE 19801-1201
8593278     +Entergy Louisiana, LLC,   c/o Robert W. Mallard,    1105 North Market St. # 1600,
             Wilimington, DE 19801-1201
8593277     +Entergy Mississippi,   c/o Robert W. Mallard,    1105 North Market St. # 1600,
             Wilimington, DE 19801-1201
8593281     +Entergy Texas, Inc,   c/o Robert W. Mallard,    1105 North Market St. # 1600,
             Wilimington, DE 19801-1201
8575375     +Envision Peripherals, Inc,   c/o Gay Richey, Sr. Creidt Manager,    47490 Seabridge Drive,
             Fremont, CA 94538-6548
8667374     +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,    200 Allegheny Center Mall,
             Pittsburgh, Pa 15212-5339
8571855     +Evergreen Plaza Associates,   c/o John L. Senica,    225 W. Washington, Suite 2600,
             Chicago, IL 60606-2418
8577124     +Expesite, LLC,   c/o Andria Beckham & Kenneth Johnson,    105 S. Third Street,
             Columbus, OH 43215-4236
8868147     +Express Services, Inc.,   P.O. Box 179,   Piedmont, OK 73078-0179
8572509     +F&M Properties, Inc.,   % Fred B. Ringel, Esq.,    Robinson Brog Leinwand Greene et al,
             1345 Ave. of the Americas,   New York, NY 10105-0302
8574638     +F.R.O., LLC IX,   c/o Timothy F. Brown,    Arent Fox LLP,   1050 Connecticut Ave. NW,
             Washington, DC 20036-5303
```

```
8891336   +Fairfax County, VA,   Office of the County Attorney,   12000 Government Center Pkwy.,   Suite 549,
           Fairfax, Virginia 22035-0001
8593129   +Faram Muskegon, LLC,   c/o Paul K. Campsen, Esq.,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
           Norfolk, VA 23514-3037
8577738   +Federal Realty Investment Trust,   c/o Ballard Spahr Andrews & Ingersoli,
           51st Floor-Mellon Bank Center,   1735 Market Street,   Philadelphia, PA 19103-7501
8696163   +Food Lion LLC,   c/o Linda Lemmon Najjoum,   Hunton & Williams LLP,
           1751 Pinnacle Drive, Suite 1700,   McLean, Virginia 22102-3836
8600914    Fort Bend County,   c/o John P Dillman,   Linebarger Goggan Blair & Sampson LLP,   P.O. Box 3064,
           Houston, Tx. 77253-3064
8641709   +Four Star International Trade,   c/o Wendy M. Mead,   11 Pleasant St. # 30,
           Worcester, MA 01609-3232
9076343   +Funai Service Corporation,   5653 Creekside Parkway,   Suite A,   Lockbourne, OH 43137-9272
8578296   +Garmin International, Inc.,   Attn: Andrew Etkind,   1200 East 151st Street,
           Olathe, KS 66062-3426
8615571   +General Growth Properties, Onc,   c/o Robert L. LeHane,   101 Park Ave.,
           New York, NY 10178-0002
8687309    Giant Eagle, Inc.,   c/o Darlene M. Nowak, Esq.,   Marcus & Shapira LLP,
           35th Floor One Oxford Centre,   Pittsburgh PA  15219
8686083   +Giant Eagle, Inc.,   101 Kappa Drive,   Pittsburgh PA 15238-2833
8888216   +Glenmoor Limited Partnership,   c/o Kevin L. Sink, Attorney,   P.O. Box 18237,
           Raleigh, NC 27619-8237
8614959   +Greece Ridge, LLC,   c/o Thomas W. Daniels,   1265 Scottsville Rd.,   Rochester, NY 14624-5104
8601826   +Green 521 5th Avenue LLC,   c/o Stempel Bennett Claman & Hochberg, P,
           675 Third Avenue, 31st floor,   New York, New York 10017-5704,   Attn: Edmond P. O'Brien, Esq.
8719786   +Greenback Associates,   c/o Trainor Fairbrook,   Nancy Hotchkiss, Esq.,   980 Fulton Avenue,
           Sacramento, CA 95825-4558
8693654   +Gregg County,   c/o Elizabeth Weller,   Linebarger Goggan Blair & Sampson, LLP,
           2323 Bryan Street, Suite 1600,   Dallas, TX 75201-2644
8626594   +Gregg County,   c/o Laurie A. Spindler,   Linebarger Goggan Blair & Sampson, LLP,
           2323 Bryan Street, Suite 1600,   Dallas, TX 75201-2644
8654027    HENRICO COUNTY,   P.O. BOX 90775,   HENRICO, VIRGINIA 23273-0775
8643402   +Hallaian,   Walter Wilhelm Law Group,   Attn: Michael L. Wilhelm, Esq.,
           7110 N. Fresno Street, Suite 400,   Fresno, CA 93720-2933
8620770   +Hallaian,   c/o Walter Wilhelm Law Group,   Attention: Michael L. Wilhelm, Esq.,
           7110 N. Fresno Street, Suite 400,   Fresno, CA 93720-2933
8572463   +Hamilton Beach Brands, Inc.,   Bill Ray,   4421 Waterfront Drive,   Glen Allen, VA 23060-3375
8919898    Harris County TRA,   c/o John P Dillman,   Linebarger Goggan Blair & Sampson LLP,   P.O. Box 3064,
           Houston, Tx. 77253-3064
8600909    Harris County et al,   c/o John P Dillman,   Linebarger Goggan Blair & Sampson LLP,
           P.O. Box 3064,   Houston, Tx. 77253-3064
8685598    Heartland Regional Medical Center,   c/o Michael I. Mossman, Attorney at Law,   P.O. Box 330129,
           Nashville, TN 37203-7501
8574843   +Hewlett Packard Company,   c/o Roy Terry, Jr.,   600 E. Main Street, 20th Floor,
           Richmond, VA 23219-2430
8578136   +Hewlett-Packard Company,   Attn: Ramona Neal/Chris Patafio,   11307 Chinden Blvd., MS 314,
           Boise, ID 83714-1021
8672552    Hillson Electric Incorporated,   c/o: Gary V. Fulghum,   Seigfreid, Bingham,
           2800 Commerce Tower, 911 Main Street,   Kansas City, MO  64105
8607208   +Home Depot USA, Inc.,   c/o Melissa S. Hayward,   LOCKE LORD BISSELL & LIDDELL LLP,
           2200 Ross Avenue, Suite 2200,   Dallas, Texas 75201-2748
8607207   +Home Depot USA, Inc.,   c/o Elizabeth C. Freeman,   LOCKE LORD BISSELL & LIDDELL LLP,
           600 Travis Street, Suite 3400,   Houston, Texas 77002-2926
8582425   +Homero Alonso Mata,   c/o David G. Reynolds, Esq.,   PO Box 1700,   Corrales, NM 87048-1700
8581311   +Homero Mata,   c/o David G. Reynolds, Esq.,   PO Box 1700,   Corrales, NM 87048-1700
8840578   +Horizon Connections, Inc,   c/o Robert Dodd & Associates, LLC,   303 S. Mattis, Ste. 201,
           Champaign, IL 61821-3070
8596848   +IBM Corporation,   c/o Vicky Namken,   13800 Diplomat Dr.,   Dallas, TX 75234-8812
8601627   +Illinois Dept. of Employment Security,   Attorney General Section - 9th Floor,   33 S. State St.,
           Chicago, IL 60603-2804
8981838    Imagination Entertainment,   Kristen Fleming, COO,   Attention: 6161 Santa Monica Blvd,
           Suite 100,   Los Angeles, CA 90038
8673700   +Impressions Marketing Group,   7951 Angleton Ct.,   Lorton, VA 22079-1012
8596898   +InfoPrint Solutions Company,   c/o IBM Corporation,   ATTN: Vicky Namken,   13800 Diplomat Dr.,
           Dallas, TX 75234-8812
8568677    Interstate Augusta Properties LLC,   c/o Christine D. Lynch, Esq.,   Peter D. Bilowz, Esq.,
           Gouslton & Storrs, P.C.,   400 Atlantic Avenue,   Boston, MA 02110-3333
8680886   +Interstate Waste Services,   c/o RMS Bankruptcy Recovery Services,   P.O. Box 5126,
           Timonium, Maryland 21094-5126
8825927   +Ion Audio, LLC,   200 Scenic View Drive,   Suite 201,   Cumberland, RI 02864-1847
8672723   +Iron Mountain Information Management, Inc.,   c/o Frank F. McGinn, Esq.,
           Bartlett Hackett Feinberg P.C.,   155 Federal Street, 9th Floor,   Boston, MA 02110-1610
8578547   +Irving ISD,   Linebarger Goggan Blair & Sampson LLP,   Elizabeth Weller,
           2323 Bryan Street, Suite 1600,   Dallas, TX 75201-2637
8596627   +JWC/Loftus LLC,   2595 Canyon Blvd. Suite 250,   Boulder, CO 80302-6744
8575334   +James Donaldson,   Core Properties, Inc.,   831 East Morehead St. Ste 445,
           Charlotte, NC 28202-2784
9020448   +John E. Hilton,   Carmody MacDonald, P.C.,   120 South Central Ave.,   Suite 1800,
           Clayton, MO 63105-1726
8672551    John Rohrer Contracting Company, Inc.,   c/o: Gary V. Fulghum,   Seigfreid, Bingham,
           2800 Commerce Tower, 911 Main Street,   Kansas City, MO  64105
8723692   +Johnson City Crossing L.P.,   950 East Paces Ferry Road, Suite 975,   Atlanta, GA 30326-1180
8684467   +K&G/Dearborn, LLC,   c/o Jess R Bressi Esq,   19800 MacArthur Blvd Ste 500,
           Irvine CA 92612-2480
```

```
8701318   +KCOP Television (303),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8748595   +KENTUCKY DEPARTMENT OF REVENUE,   LEGAL BRANCH - BANKRUPTCY SECTION,   ATTN: LEANNE WARREN,
           P O BOX 5222,   FRANKFORT KY 40602-5222
8767332   +KPLR Television (8097),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8605100   +KPNX-TV (367),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8623647   +KSDK-TV (0361),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8581075   +KTNV Television (0869),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8701392   +KTTV Television (1795),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8623660   +KTVD-TV (8982),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8692432   +KTVI Television (372),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8581016   +KTVK/KASW Television (7070),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8623708   +KUSA-TV (0295),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8623704   +KXTV-TV (1475),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8687440   +Katsky Korins LLP,   Attn:  Steven H. Newman, Esquire,   605 Third Avenue,
           New York, NY 10158-0180
8584107    Ken Burton, Jr., Manatee County Tax Collector,   PO Box 25300,   Bradenton, FL 34206-5300
8681046   +Kina Thompson,   c/o Linda J. Brame,   111 W. Main St. P.O. box 700,   Marion, IL 62959-0700
8658711   +Klipsch, LLC,   c/o Michael K. McCrory,   BARNES & THORNBURG LLP,   11 S. Meridian Street,
           Indianapolis, IN 46204-3535
8578229   +L.G. Electronics USA, Inc,   Attn:  Brian Wehr % H. Jason Gold,   Wiley Rein LLP,
           7925 Jones Branch Dr.,   McLean, VA 22102-3365
8610452   +LA Dept of Revenue,   PO Box 66658,   Baton Rouge, LA 70896-6658
8617068   +Landmark Communications, Inc.,   c/o Paul A. Driscoll,   Pender & Coward, P.C.,
           222 Central Park Avenue, Suite 400,   Virginia Beach, VA 23462-3026
8672553    Lang Construction, Inc.,   c/o: Gary V. Fulghum,   Seigfreid, Bingham,
           2800 Commerce Tower, 911 Main Street,   Kansas City, MO  64105
9075643   +Lenovo (United States) Inc.,   1009 Think Place,   Morrisville, NV 27560-9002
8578183   +Lexington Lion Weston I LP,   c/o Brian P. Hall,   1230 Peachtree St., N.E.,
           Suite 3100, Promenade II,   Atlanta, GA 30309-3574
8720848    MDS Realty II, LLC,   c/o Meredith L. Yoder, Esq.,   Parker, Pollard & Brown, P.C.,
           6802 Paragon Place, Suite 300,   Richmond, VA 23230-1655
8567308   +Madison Waldorf, LLC,   c/o Madison Marquette Realty Services,   c/o Mitchell B. Weitzman, Esq.,
           Bean Kinney & Korman, PC,   2300 Wilson Blvd., 7th Floor,   Arlington, VA 22201-5424
8608684   +Mall Properties and U.S. 41 & I-285 Company,   c/o Morgan Lewis & Bockius LLP,   101 Park Avenue,
           New York, NY 10178-0002,   Attn: Neil E. Herman
8691414   +Mallview Plaza Company, Ltd.,   c/o Carnegie Management and Development,
           27500 Detroit Rd., Ste. 300,   Westlake, Ohio 44145-5913
8701307   +Marco Portland General Partnership,   Attention: Carol Southard,   29435 Weeping Willow Drive,
           Agoura Hills, CA 91301-4136
8567200    Mark Browning,   Assistant Attorney General,   Bankruptcy & Collections Division,   PO Box 12548,
           Austin, TX 78711 2548
8693218   +Maryland Acquisitions, LLC,   c/o Miles & Stockbridge P.C.,   1751 Pinnacle Drive,   Suite 500,
           McLean, VA 22102-3833
8589705   +McKinley, Inc.,   c/o Seth A. Drucker, Esq.,   Honigman Miller Schwartz and Cohn LLP,
           2290 First National Building,   660 Woodward Avenue,   Detroit, MI 48226-3516
8592418   +Middle Tennessee Electric Membership Corporation,   555 New Salem Road,
           Murfreesboro, TN 37129-3390
8644353   +Mike B. Dohrmann,   34945 N Karan Swiss Circle,   Queen Creek, AZ 85143-4856
8582426   +Monarch Alternative Capital LP,   c/o Andrew Herenstein,   535 Madison Ave.,
           New York, NY 10022-4212
8583090   +Monte Vista Crossings, LLC,   c/o Donahue Gallagher Woods LLP,   attn:  William R. Hill, Esq.,
           300 Lakeside Drive, Suite 1900,   Oakland, California 94612-3570
8600989    Montgomery County,   c/o John P Dillman,   Linebarger Goggan Blair & Sampson LLP,   P.O. Box 3064,
           Houston, Tx. 77253-3064
8583956    NPP Development LLC,   c/o Christine D. Lynch, Esq.,   Goulston & Storrs, P.C.,
           400 Atlantic Avenue,   Boston, MA 02110-3333
8667550   +National Glass & Gate,   c/o Coface North America, Inc.,   50 Millstone Rd., Bldg. 100, Ste. 360,
           East Windsor, NJ 08520-1415
8697812   +Newport News Shopping Center, LLC,   Paul K. Campsen,   Kaufman & Canoles, P.C.,
           150 W. Main Street, Suite 2100,   Norfolk, VA 23510-1681
8749372   +North American Roofing Services, Inc.,   c/o Doug Frankey,   3 Winner Circle,
           Arden, NC 28704-3156
8701894   +Northeast Verizon Wireless,   PO Box 3397,   Bloomington, IL 61702-3397
8669976   ++OHIO BUREAU OF WORKERS COMPENSATION,   LAW SECTION BANKRUPTCY UNIT,   P O BOX 15567,
           COLUMBUS OH 43215-0567
           (address filed with court: Ohio Bureau of Workers' Compensation,   PO Box 15567,
           Columbus, Ohio 43215-0567)
8607718    OHIO DEPARTMENT OF TAXATION,   BANKRUPTCY DIVISION,   P.O. BOX 530, COLUMBUS, OH. 43216
8588482   +ON Corp US, Inc., ON Corp,   c/o Olshan Grundman Frome Rosenzweig & W,   65 East 55th Street,
           New York, New York 10022-3219
8596806   +Oklahoma County Treasurer,   c/o Tammy Jones,   320 Robert S. Kerr,
           Oklahoma City, OK 73102-3457
```

```
8681901   +Oracle USA, Inc.,   c/o Shawn M. Christianson,   Buchalter Nemer,   333 Market St., 25th Floor,
           San Francisco, CA 94105-2126
8700430   +Orange Grove Apartments, LLC dba Camelback Center,   c/o Valerie L. Marciano, Esq.,
           Jaburg & Wilk, PC,   3200 North Central Avenue, #2000,   Phoenix, Arizona 85012-2463
8831952   +PC Mall, Inc.,   c/o Jeffrey M. Galen, Esq.,   Galen & Davis, LLP,
           16255 Ventura Blvd., Suite 900,   Encino, CA 91436-2317
8587594   +PNY Technologies, Inc.,   c/o Angela Abreu,   McCarter & English, LLP,   Four Gateway Center,
           100 Mulberry Street,   Newark, NJ 07102-4056
8569508   +Pamela Gale Johnson,   Baker & Hostetler, LLP,   1000 Louisiana, Ste. 2000,
           Houston, TX 77002-5018
8699198   +Pan AM Equities, Inc.,   c/o Law Offices of David A. Greer PLC,
           500 East Main Street, Suite 1225,   Norfolk, Virginia 23510-2274
8578076   +Pan AM Equities, Inc.,   c/o Michael J. Sage,   O'Melveny & Myers,   7 Times Square,
           New York, NY 10036-6524
8607210   +Parago, Inc.,   c/o Melissa S. Hayward,   LOCKE LORD BISSELL & LIDDELL LLP,
           2200 Ross Avenue, Suite 2200,   Dallas, Texas 75201-2748
8571089   +Paramount Home Entertainment,   c/o Michael L. Tuchin,   Klee, Tuchin, Bogdanoff & Stern LLP,
           1999 Avenue of the Stars, 39th Fl.,   Los Angeles, CA 90067-6049
8691730   +Parker Bullseye LLC,   c/o Joel T. Marker,   McKay, Burton & Thurman,
           170 South Main St., Suite 800,   Salt Lake City, UT 84101-1656
8603698   +Pasadena Independent School District,   c/o Dexter D. Joyner,   Law Office of Dexter D. Joyner,
           4701 Preston Avenue,   Pasadena, Texas 77505-2050
8673969   +Patrick S. Legood,   8124 Hampton Spring Road,   Chesterfield, Virginia 23832-2030
8593127   +Pelkar Muskegon, LLC,   c/o Paul K. Campsen, Esq.,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
           Norfolk, VA 23514-3037
8615828   +Phoenix Property Company,   c/o Jason Binford,   Haynes and Boone, LLP,
           2323 Victory Avenue, Suite 700,   Dallas, TX 75219-7673
8601078   +Pima County Treasurer & Pima County, Arizona,   c/o Pima County Attorney's Office,
           32 N. Stone Avenue, Ste 2100,   Tucson, AZ 85701-1416
8785786   +Pinnacle Systems, Inc.,   c/o Bill Coats, Esq.,   White & Case LLP,
           3000 El Camino Real. 5 Palo Alto Sq.,   Palo Alto, CA 94306
8785819    Pinnacle Systems, Inc.,   c/o William Sloan Coats/Peter J. Carney,   WHITE & CASE LLP.,
           3000 El Camino Real,5 Palo Alto Sq., 9th,   Palo Alto, CA 94306
8670516   +Plantation Point Development, LLC,   c/o Lyndel Anne Mason,
           CAVAZOS HENDRICKS POIROT & SMITHAM P.C.,   900 Jackson St.,Ste 570, Founders Sq.,
           Dallas, TX 75202-2413
8710804   +Plasti Cart Inc,   116B Walton Park Ln,   Midlothian VA 23114-3028
8600376   +Platform-A Inc.,   c/o Tiffany Strelow Cobb,   Vorys, Sater, Seymour and Pease LLP,
           52 East Gay Street,   Columbus, Ohio 43215-3161
8655675   +Plaza Las Americas, Inc.,   c/o Holland & Knight LLP,   James H. Rollins, Esq.,
           Suite 2000, One Atlantic Center,   1201 West Peachtree Street, N.E.,   Atlanta, GA 30361-6301
8589805   +Polaris Circuit City, LLC,   8800 Lyra Drive, Suite 550,   Columbus, Ohio 43240-2107,
           Attn:  Franz A. Geiger
8692842   +Port Arthur Holdings, III, Ltd.,   c/o David H. Cox, Esq.,   Jackson & Campbell, PC,
           1120 20th Street, NW, Suite 300-S,   Washington, DC 20036-3437
8710856   +Power Sales,   Attn: Toni Evans,   801 N Meadowbrook,   Olathe, KS 66062-5443
8615097   +PrattCenter, LLC,   c/o Amy Pritchard Williams,   214 North Tryon Street,   Suite 4700,
           Charlotte, NC 28202-2367
8685620   +Pretlow & Pretlow, P.C.,   200 N. Main Street,   Suffolk, VA 23434-4421
8685623   +Pretlow & Pretlow, PC,   200 N. Main Street,   Suffolk, VA 23434-4421
8648811   +PriceGrabber.com, Inc.,   c/o Joseph D. Frank,   Frank/Gecker LLP,
           325 North LaSalle Street, Suite 625,   Chicago, Illinois 60654-6465
8586830   +Prince George's Station Office, LLC,   c/o Taylor Development and Land,
           7201 Wisconsin Avenue, Suite 500,   Bethesda, MD 20814-4848
8586669   +Prince George's Station Retail, LLC,   c/o Taylor Development and Land,
           7201 Wisconsin Avenue, Suite 500,   Bethesda, MD 20814-4848
8604948   +Public Service of North Carolina,   c/o David B. Wheeler, Esq.,   Moore & Van Allen PLLC,
           P.O. Box 22828,   Charleston, SC 29413-2828
8670283   +RAY FOGG CORPORATE PROPERTIES, LLC.,   C/O WELTMAN, WEINBERG & REIS,
           323 W. LAKESIDE AVE., 2ND FL,   CLEVELAND, OH 44113-1009
8593049   +RLV Village Plaza, LP,   c/o Paul K. Campsen, Esq.,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
           Norfolk, VA 23514-3037
8593124   +RLV Vista Plaza, LP,   c/o Paul K. Campsen, Esq.,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
           Norfolk, VA 23514-3037
8593048   +Ramco JW, LLC,   c/o Paul K. Campsen, Esq.,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
           Norfolk, VA 23514-3037
8593047   +Ramco West Oaks I, LLC,   c/o Paul K. Campsen, Esq.,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
           Norfolk, VA 23514-3037
8582821    Ray Mucci's Inc.,   c/o Christine D. Lynch, Esq.,   Goulston & Storrs, P.C.,
           400 Atlantic Avenue,   Boston, MA 02110-3333
8593126   +Rebs Muskegon, LLC,   c/o Paul K. Campsen, Esq.,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
           Norfolk, VA 23514-3037
8656186   +Reliance Figueroa Associates, L.P.,   c/o Lambert Development LLC,   5 Hanover Square,
           New York, NY 10004-2614
8656800   +Reliance Figueroa Associates, L.P.,   c/o Aaron R. Cahn,   Carter Ledyard & Milburn LLP,
           Two Wall Street,   New York, New York 10005-2072
9016305   +Renukaben S. Naik,   C/o Philip C. Baxa, Esquire,   MercerTrigiani LLP,   16 South Second Street,
           Richmond, VA 23219-3723
9016264   +Renukaben S. Naik,   c/o Philip C. Baxa, Esquire,   MercerTrigiani LLP,   16 South Second Street,
           Richmond, Virginia 23219-3723
8703450    Richard T. Miller, Jr.,   Attn: Neil E. McCullagh, Esq.,   Cantor Arkema, P.C.,   P.O. Box 561,
           Richmond, VA 23218-0561
8875433   +Ricmac Equities Corporation,   6 Harbour Point Drive,   Northport, NY 11768-1557
```

```
8590045   +Ritz Motel Company,   c/o Seth A. Drucker, Esq.,   Honigman Miller Schwartz and Cohn LLP,
            2290 First National Building,   660 Woodward Avenue,   Detroit, MI 48226-3516
8673707   +Riverside Claims LLC,   P.O. Box 626,   New York, NY 10024-0626
8673699   +Riverside Claims LLC,   P.O. Box 626,   Planetarium Station,   New York, NY 10024-0626
8619562   +Rockwall CAD,   Linebarger Goggan Blair & Sampson, LLP,   c/o Elizabeth Weller,
            2323 Bryan Street, Suite 1600,   Dallas, TX 75201-2644
8619466   +Rockwall County,   Linebarger Goggan Blair & Sampson, LLP,   c/o Elizabeth Weller,
            2323 Bryan Street, Suite 1600,   Dallas, TX 75201-2644
8723691   +Ronus Meyerland Plaza L.P.,   3290 Northside Parkway, Suite 250,   Atlanta, GA 30327-2215
8568676    Route 146 Millbury LLC,   c/o Christine D. Lynch, Esq.,   Peter D. Bilowz, Esq.,
            Goulston & Storrs, P.C.,   400 Atlantic Avenue,   Boston, MA 02110-3333
8568678    S.R. Weiner & Associates Inc.,   c/o Christine D. Lynch, Esq.,   Peter D. Bilowz, Esq.,
            Goulston & Storrs, P.C.,   400 Atlantic Avenue,   Boston, MA 02110-3333
8593405   +SAP Retail, Inc. and Business Objects,   c/o Brown & Connery LLP,   6 North Broad Street,
            Woodbury, NJ 08096-4635
8868285   +Salamander Designs,   Attention: Salvatore R. Carraba,   811 Blue Hills Avenue,
            Bloomfield, CT 06002-3709
8659743   +Samsung Electronics America, Inc.,   Attn:  Joseph McNamara,   105 Challenger Rd.,
            Ridgefield Park, NJ 07660-2113
8578159   +Samsung Electronics America, Inc.,   Phillip J. Landau, Esq.,   Akerman Senterfitt,
            350 E. Las Olas Blvd, Ste. 1600,   Ft. Lauderdale, FL 33301-4247
8749458   +Sara L. Chenetz, Esq.,   Sonnenschein Nath & Rosenthal LLP,
            601 South Figueroa Street, Suite 2500,   Los Angeles, CA 90017-5709
8619522   +Savitri Cohen,   c/o Ronald G. Dunn,   40 Beaver St.,   Albany, NY 12207-1511
8616777   +Savitri Cohen,   c/o Ronald G. Dunn,   Gleason, Dunn, Walsh & O'Shea,   40 Beaver Street,
            Albany, New York 12207-1511
8975901   +Screamin Express,   1112 Little Spring Hill Dr,   Ocoee, FL 34761-1829
9059599   +Seferino Sanchez,   1511 North California,   Chicago, IL 60622-1673
8580933   +Sharp Electronics Corporation,   c/o Borges & Associates, LLC,   Counsel for Sharp Electronics,
            575 Underhill Blvd. - Ste 118,   Syosset, NY 11791-3438
8623541   +Shimenti Construction Company LLC,   118 North Bedford Road,   Mount Kisco, New York 10549-2553
8975019   +Signature Home Furnishings Marco Lin,   14104 Arbor Place,   Cerritos, CA 90703-2404
8578297   +Simon Property Group, Inc.,   Attn: Ronald M. Tucker,   225 W. Washington St.,
            Indianapolis, IN 46204-3438
8606930    Sir Barton Place, LLC,   c/o John P. Brice,   WYATT, TARRANT & COMBS, LLP,
            250 West Main Street, Suite 1600,   Lexington, KY 40507-1746
8577090   +Sirius XM Radio, Inc.,   c/o Eric D. Goldberg,   Stutman, Treister & Glatt,
            1901 Avenue of the Stars, 12th Floor,   Los Angeles, CA 90067-6001
8619471   +Smith County,   Linebarger Goggan Blair & Sampson, LLP,   c/o Elizabeth Weller,
            2323 Bryan Street, Suite 1600,   Dallas, TX 75201-2644
8582379   +Sony Electronic, Inc,   c/o Lloyd Sarakin,   1 Sony Drive, MD #1E-4,   Park Ridge, NJ 07656-8002
8825783   +Sony Electronics Inc.,   16530 Via Esprillo,   San Diego, CA 92127-1708
8620865   +Sony Pictures Entertainment Inc.,   c/o Sara L. Chenetz, Esq.,
            Sonnenschein Nath & Rosenthal LLP,   601 S. Figueroa Street, Suite 2500,
            Los Angeles, CA 90017-5709
8749457   +Sony Pictures Home Entertainment Inc.,   c/o Paul M. Black, Esq.,   Spilman Thomas & Battle, PLLC,
            P. O. Box 90,   Roanoke, VA 24002-0090
8604947   +South Carolina Electric & Gas Company,   c/o David B. Wheeler, Esq.,   Moore & Van Allen PLLC,
            P.O. Box 22828,   Charleston, SC 29413-2828
8657405   +Southland Acquisitions, LLC,   c/o Thomas G. King / DS Holmgren,
            Kreis, Enderle, Hudgins & Borsos,   PO Box 4010,   Kalamazoo, MI 49003-4010
8624896    Sprint Nextel  Correspondence,   Attn Bankruptcy Dept,   PO Box 7949,
            Overland Park KS 66207-0949
8624897    Sprint Nextel Distribution,   Attn: Bankruptcy Dept,   P.O. Box 3326,   Englewood, CO 80155-3326
8886304   +St. Cloud Associates,   c/o Adam M. Spence,   Spence & Buckler, P.C.,   (Brandywine/CircuitCity),
            P.O. Box 20369,   Baltimore, MD 21284-0369
8639905   +State of Michigan, Department of Treasury,   3030 W. Grand Blvd.,   Suite 10-200,
            Detroit, MI 48202-6030
8826229   +Sylvania Lighting Services,   100 Endicott Street,   Danvers, MA 01923-3782
8569340   +THQ, Inc.,   c/o Jeffer Mangels Butler & Marmaro LLP,   1900 Avenue of the Stars 7th Floor,
            Los Angeles, CA 90067-4308,   Attn: David M. Poitras P.C.
8641143   +TKG Coffee Tree, L.P.,   c/o Eugene Chang,   Stein & Lubin LLP,
            600 Montgomery Street, 14th Floor,   San Francisco, CA 94111-2716
8571856   +TPG Management Inc.,   c/o John L. Senica,   225 W. Washington, Suite 2600,
            Chicago, IL 60606-2418
8578535   +Tarrant County,   Linebarger Goggan Blair & Sampson LLP,   Elizabeth Weller,
            2323 Bryan Street, Suite 1600,   Dallas, TX 75201-2637
8566899   +Taubman Landlords,   c/o The Taubman Landlords,   Attn. Andrew S. Conway,
            200 East Long Lake Road, Suite 300,   Bloomfield Hills, MI 48304-2324
8596783   +Tax Collector of Madison County, AL.,   c/o Lynda Hall,   100 Northside Sq.,
            Huntsville, AL 35801-8815
8614653   +The City of New York,   ATTN: Gabriela Cacuci,   100 Church St. Room 5/223,
            New York, NY 10007-2601
9024540   +The Columbus Dispatch,   c/o Carl A. Eason, Equire,   Convergence Center IV,
            301 Bendix Road, Suite 500,   Virginia Beach, VA 23452-1388
8676701    The Columbus Dispatch,   c/o Weltman, Weinberg & Reis Co.,   PO Box 93596,
            Cleveland, OH 44101-5596
8888934   +The Dispatch Printing Co.,   34 South Third Street,   Columbus, OH 43215-4201
8575594   +The Goldenberg Group,   c/o Jeffrey Kurtzman,   260 S. Broad Street,
            Philadelphia, PA 19102-5021
8719785   +The Marvin L. Oates Trust,   c/o Trainor Fairbrook,   Nancy Hotchkiss, Esq.,   980 Fulton Avenue,
            Sacramento, CA 95825-4558
8603636   +The McClatchy Company, et al.,   c/o Paul J. Pascuzzi,   Felderstein Fitzgerald,
            Willoughby & Pascuzzi LLP,   400 Capitol Mall, Suite 1450,   Sacramento, CA 95814-4434
```

District/off: 0422-7        User: jafarbayj        Page 21 of 32        Date Rcvd: Aug 04, 2009
Case: 08-35653             Form ID: redacttr        Total Noticed: 1084

```
8578816   +The Miner Corporation,   c/o Ray Battaglia,   OPPENHEIMER, BLEND, ET.AL.,
           711 Navarro, Suite 600,   San Antonio, Texas 78205-1796
8577766   +The Ziegler Companies,   c/o Mitchell Weitzman,   2300 Wilson Blvd. 7th Floor,
           Arlington, VA 22201-5424
8633296   +Thirty & 141, L.P.,   John E. Hilton,   Carmody MacDonald,   120 S. Central Ave., Ste. 1800,
           Clayton, MO 63105-1726
8619458   +Tom Green CAD,   Linebarger Goggan Blair & Samspon, LLP,   c/o Elizabeth Weller,
           2323 Bryan Street, Suite 1600,   Dallas, TX 75201-2644
8571346   +Toshiba America Consumer Products, LLC,   82 Totowa Road,   Wayne, NJ 07470-3191
8574859   +Toshiba America Consumer Products, LLC,   c/o Jeremy S. Friedberg,   One Corporate Center,
           10451 Mill Run Circle, Suite 1000,   Owings Mills, Maryland 21117-5519
8574860   +Toshiba America Information Systems, Inc,   c/o Jeremy S. Friedberg,   One Corporate Center,
           10451 Mill Run Circle, Suite 1000,   Owings Mills, Maryland 21117-5519
8571347   +Toshiba America Information Systems, Inc.,   9740 Irvine Blvd.,   Irvine, CA 92618-1608
8582354   +Travelers,   One Tower Square, 5MN,   Hartford, CT 06183-0002,   ATTN: Mike Lynch
8691381   +Traverse Square Company, Ltd.,   c/o Carnegie Management and Development,
           27500 Detroit Rd., Ste. 300,   Westlake, Ohio 44145-5913
8566065   +Tysons 3, LLC and its management agent,   The Ziegler Companies, LLC,
           c/o Mitchell B. Weitzman, Esq.,   Bean Kinney & Korman, PC,   2300 Wilson Blvd., 7th Floor,
           Arlington, VA 22201-5424
8577745   +Tysons3, LLC,   c/o Mitchell Weitzman,   2300 Wilson Blvd., 7th Floor,   Arlington, VA 22201-5424
8632561   +UBI Soft, Inc.,   c/o Coface North America, Inc.,   50 Millstone Rd., Bldg. 100, Ste. 360,
           East Windsor, NJ 08520-1415
8588378   +UPS Ground Freight, Inc.,   c/o Faye Feinstein/Christopher Combest,   Quarles & Brady LLP,
           500 W. Madison St., Suite 3700,   Chicago, IL 60661-4591
8708084   +US Debt Recovery LLC,   PO Box 5241,   Incline Village, NV 89450-5241
8615098   +UTC I, LLC,   c/o Amy Pritchard Williams,   214 North Tryon Street,   Suite 4700,
           Charlotte, NC 28202-2367
8588377   +United Parcel Service, Inc.,   c/o Faye Feinstein/Christopher Combest,   Quarles & Brady LLP,
           500 W. Madison St., Suite 3700,   Chicago, IL 60661-4591
9093606    Universal Protection Service,   Stephen S. Martin, VP-Finance,   PO Box 512719,
           Los Angeles, CA 90051-0719
8695517   +Universal Remote Control, Inc.,   c/o Rattet Pasternak & Gordon-Oliver, LL,
           550 Mamaroneck Avenue, Suite 510,   Harrison, NY 10528-1609
8566500   +UrbanCal Oakland, II LLC,   c/o Baker & Hostetler, LLP,   ATTN: Laura Lawton Gee,
           1000 Louisiana Street, Suite 2000,   Houston, TX 77002-5018
8615099   +Valley Corners Shopping Center, LLC,   c/o Amy Pritchard Williams,   214 North Tryon Street,
           Suite 4700,   Charlotte, NC 28202-2367
8868289   +VonWin Capital Management, LP,   261 Fifth Avenue, 22nd Floor,   New York, NY 10016-7701
8868287   +VonWin Capital Management, LP,   Attn: Roger Von Spiegel, Managing Direc,
           261 Fifth Avenue, 22nd Floor,   New York, NY 10016-7701
8605185   +WATL-TV (3477),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8633430   +WBNX-TV (2749),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8701781   +WBC 99A-2, LLC,   116 Gulfstream Road,   Palm Beach, Florida 33480-4708,   Attn: Robert K. Wood
8572555   +WEND-FM Radio/WRFX-FM Radio,   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8680609   +WESH Television (72),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8680080   +WFLA Television (78),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8680604   +WFTS Television (1742),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8581096   +WFTX Television (8669),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8592226   +WGAL-TV (0762),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8605098   +WHP-TV (5666),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8680138   +WKCF Television (8783),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8605133   +WKYC-TV (2038),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8605053   +WLYH-TV (507),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8692484   +WMAR Television (158),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8592232   +WNCN-TV (8602),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8613532   +WOFL Television (862),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8819815   +WPBF Television 6663,   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, Ste. 945,
           Atlanta GA 30326-1357
8611389   +WRBW Television (7079),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8680608   +WSOC Television (227),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8623705   +WTSP-TV (6307),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8623567   +WUSA-TV (0518),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
8605048   +WXIA-TV (0277),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
           Atlanta, GA 30326-1394
```

```
8691383     +Water Tower Square Limited Partnership,   c/o Carnegie Management and Development,
             27500 Detroit Rd., Ste. 300,   Westlake, Ohio 44145-5913
8588453     +Watercress Assoc., LP, LLP, dba Pearlridge Ctr.,   c/o Douglas D. Kappler, Esq.,
             Robinson, Diamant & Wolkowitz, APC,   1888 Century Park East, Suite 1500,
             Los Angeles, CA 90067-1719
8698394     +Wayne VF, LLC and Vornado Realty Trust,   c/o W. Williams,   Wilson Elser,
             8444 Westpark Dr #510,   Mclean VA 22102-5138
8698392     +Wayne VF, LLC and Vornado Realty Trust,   c/o Walter L. Williams, Esquire,
             Wilson Elser Moskowitz Edelman & Dicker,,   8444 Westpark Drive - Ste. 510,
             McLea, VA 22102-5138
8578345     +Weidler Settlement Class,   Attn: C. Jones & Martin Fletcher,   Whiteford Taylor & Preston LLP,
             3190 Fairview Park Dr., Ste. 300,   Falls Church, VA 22042-4559
8584581     +Weidler Settlement Class,   David M. deRubertis, Esq.,   The deRubertis Law Firm,
             21800 Oxnard Street,   Suite 1180,   Woodland Hills, California 91367-7911
8570467     +Weingarten Realty Ivestors,   c/o Jenny J. Hyun,   2600 Citadel Plaza Drive,
             Houston, TX 77008-1390
8570465     +Weingarten Realty Ivestors-WRI,   c/o James S. Carr,   Kelley Drye & Warren,   101 Park Ave.,
             New York, NY 10178-0062
8570466     +Weingarten Realty Ivestors-WRI,   c/o Robert L. LeHane,   Kelley Drye & Warren,   101 Park Ave.,
             New York, NY 10178-0062
8681045     +William Gower,   c/o Linda J. Brame,   111 W. Main St. P.O. box 700,   Marion, IL 62959-0700
8574760     +Williamson County et al,   co Michael Reed,   P.O. Box 1269,   Round Rock, TX 78680-1269
8700961     +Windsail Properties LLC,   Brenda Moody Whinery, Esq.,   Mesch Clark & Rothschild PC,
             259 North Meyer Avenue,   Tucson AZ 85701-1090
8683953      Woodlawn Trustees, Incorporated,   c/o Michael P. Falzone,   Hirschler Fleischer, PC,
             P.O. Box 500,   Richmond, VA 23218-0500
8683086     +Yellow Transporation,   c/o RMS Bankruptcy Recovery Services,   P.O. Box 5126,
             Timonium, Maryland 21094-5126
8683088     +Yellow Transportation,   c/o RMS Bankruptcy Recovery Services,   P.O. Box 5126,
             Timonium, Maryland 21094-5126
The following entities were noticed by electronic transmission on Aug 05, 2009.
aty         +E-mail/Text: jsdlaw@msn.com                         J. Scott Douglass,   909 Fannin, Ste. 1800,
             Houston, TX 77010-1016
aty         +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM                     S. James Wallace,
             Griffith, McCague & Wallace, P.C.,   The Gulf Tower, #3626,   707 Grant Street, 38th Floor,
             Pittsburgh, PA 15219-1908
aty         +E-mail/Text: HOUBANK@PBFCM.COM                       Yolanda M. Humphrey,
             1235 North Loop West,   Suite 600,   Houston, TX 77008-1772
cr          +Fax: 954-764-7770 Aug 05 2009 03:17:46   City of Homestead, Florida,   Weiss Serota Helfman,
             c/o Douglas R. Gonzales,   200 E. Broward Blvd.,   Suite 1900,   Fort Lauderdale, FL 33301-1949
cr          +Fax: 954-764-7770 Aug 05 2009 03:17:46   City of Miramar, FL,   Weiss Serota Helfman,
             c/o Douglas R. Gonzales,   200 E. Broward Blvd.,   suite 1900,   Fort Lauderdale, FL 33301-1949
cr           E-mail/Text: ecfnotices@dor.mo.gov            Missouri Department of Revenue,
             General Counsel's Office,   301 W. High Street, Room 670,   PO Box 475,
             Jefferson City, MO  65105-0475
cr           E-mail/Text: tc_legal_services@co.palm-beach.fl.us
             Palm Beach County Tax Collector,   PO Box 3715,   West Palm Beach, FL 33402-3715
cr          +E-mail/PDF: rmscedi@recoverycorp.com Aug 05 2009 06:23:44
             Recovery Management Systems Corporation,   25 SE 2nd Ave Ste 1120,   Miami, FL 33131-1605
cr           E-mail/Text: bankruptcynoticing@polktaxes.com
             Tax Collector for Polk County, FL,   Of Joe G. Tedder,   PO Box 2016,   Bartow, FL  33831-2016
cr          +E-mail/Text: tsignor@sburgtimes.com                 Times & News Publishing Company,
             1570 Fairfield Road,   Gettysburg, PA 17325-7252
8750450     +E-mail/Text: hcosta@bouldercounty.org            Boulder County Treasurer,
             P.O. Box 471,   Boulder, Colorado 80306-0471
8628131     +Fax: 954-764-7770 Aug 05 2009 03:17:46   City of Homestead, FL,   c/o Douglas R. Gonzales, Esq.,
             Weiss Serota Helfman,   200 E. Broward Blvd., Suite 1900,   Fort Lauderdale, FL 33301-1949,
             954-763-4242
8628132     +Fax: 954-764-7770 Aug 05 2009 03:17:46   City of Miramar, FL,   c/o Douglas R. Gonzales,
             Weiss Serota Helfman,   200 E. Broward Blvd., Suite 1900,   Fort Lauderdale, FL 33301-1949,
             954-763-4242
8671825     +E-mail/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM Aug 05 2009 06:10:57   City of Richmond,
             Department of Public Utilities,   730 E. Broad Street, 5th Floor,
             Richmond, Virginia 23219-1861
8689371      E-mail/Text: bankruptcynotificationsltd@embarq.com                 Embarq,   PO Box 7971,
             Shawnee Mission, KS 66207-0971
9075509     +E-mail/Text: jjwilliams@haincapital.com          Hain Capital Group, LLC,
             301 Route 17 N, 7th Floor,   Rutherford, NJ 07070-2599
8660718      E-mail/Text: resurgentbknotifications@resurgent.com                 LVNV Funding LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
8996723     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM            Liquidity Solutions Inc.,
             One University Plaza,   Suite 312,   Hackensack, NJ 07601-6205
8608600      E-mail/PDF: rmscedi@recoverycorp.com Aug 05 2009 06:22:20
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
8580805      E-mail/Text: bankruptcynoticing@polktaxes.com
             Tax Collector for Polk County, Florida,   Office of Joe G. Tedder, CFC,   c/o Bonnie Holly,
             PO Box 2016,   Bartow, Florida  33831-2016
8687596     +E-mail/Text: GLOVIERL@CHESTERFIELD.GOV             Treasurer Chesterfield County,
             PO Box 70,   Chesterfield VA 23832-0001,   attn: Laura Glovier,   (804) 751-4915
8691506     +E-mail/PDF: bankruptcyverizoncom@afni.com Aug 05 2009 06:25:58   Verizon Inc.,
             404 Brock Drive,   Bloomington, IL 61701-2654
```

```
District/off: 0422-7              User: jafarbayj          Page 23 of 32             Date Rcvd: Aug 04, 2009
Case: 08-35653                   Form ID: redacttr         Total Noticed: 1084

The following entities were noticed by electronic transmission (continued)
8583553       +E-mail/Text: priscilla.lacey@vonage.com                    Vonage Marketing Inc.,
               Angelique Electra,  Vice President - Law,  23 Main Street,  Holmdel, NJ 07733-2136
8583494       +E-mail/Text: priscilla.lacey@vonage.com                    Vonage Marketing Inc.,
               c/o Angelique Electra,  Vice President - Law,  23 Main Street,  Holmdel, NJ 07733-2136
                                                                                         TOTAL: 24


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Alan J. Kornfeld
aty          Gillian N. Brown
aty          Ivan M. Gold
aty          John A. Morris
aty          John M. Brom,   Querrey & Harrow, Ltd.
aty          Lauren Lonergan Taylor,   Duane Morris, LLP
aty          Nicholas B Malito
aty          Rachel N. Greenberger
aty          Scott Shaw
aty          Troutman Sanders LLP
aty          Vivieon E. Kelley
cr           1030 W. North Ave. Bldg. LLC
cr           120 Orchard LLC
cr           1251 Fourth Street Investors, LLC
cr           13630 Victory Boulevard, LLC
intp         36 Monmouth Plaza LLC
cr           3725 Airport Boulevard, LP
cr           427 Orchard LLC
cr           444 Connecticut Avenue, LLC, Store #3690
cr           502-12 86th Street LLC
cr           553 Retail, LLC
cr           601 Plaza LLC
cr           680 S. Lemon Ave. Co.
intp         99 Cents Only Stores
cr           AAC Management Corp.
cr           ACXIOM CORPORATION
cr           ALCAL/Arcade Contracting, Inc.
cr           AOL LLC
cr           AT&T
cr           AT&T Corp.
cr           AVR CPC Associates, LLC
cr           Acadia Realty Limited Partnership
cr           Ada Alicea, on behalf of herself and all others si
cr           Advance Real Estate Management, LLC
cr           Advertising.com Inc.
cr           Akamai Technologies, Inc.
cr           Alliance Entertainment Corporation
cr           Altamonte Springs Real Estate Associates, LLC
intp         Alvarez & Marsal Canada, ULC
intp         AmCap Arborland LLC
intp         AmCap NorthPoint LLC
cr           AmREIT, a Texas Real Estate Investment Trust
cr           Amargosa Palmdale Investments, LLC
cr           American Electric Power
cr           American National Insurance Company
cr           American Power Conversion Corp.
cr           Ammon Properties, LC
cr           Andrews Electronics
cr           Annapolis Plaza LLC
cr           Apex Digital, Inc.
cr           Applied Predictive Technologies, Inc.
intp         Arboretum of South Barrington, LLC
cr           Arlington ISD, et al.
cr           Ashkenazy Management Corp.
cr           Audiovox Corporation
cr           Austin Community College
cr           Austin Independent School District
cr           Averatec/Trigem USA
cr           Bagby & Russell Electric Company, Inc.
cr           Baltimore Gas and Electric Company
cr           Bank of America, N.A.
cr           Bank of America, N.A., as Agent
cr           Barbara Lay
cr           Basser-Kaufman
cr           Bear Valley Road Partners LLC
cr           Becker Trust LLC
cr           Belkin International
cr           Bell County, County of Denton, Midland Central App
cr           Bell'O International Corp.
cr           Bella Terra Associates, LLC
cr           Belleville News-Democrat
cr           Bellingham Herald
cr           Benderson Development Company, LLC
cr           Benenson Capital Company
cr           Bethesda Softworks, LLC
cr           Beverly Gemini Investments, LLC
```

District/off: 0422-7          User: jafarbayj          Page 24 of 32          Date Rcvd: Aug 04, 2009
Case: 08-35653               Form ID: redacttr         Total Noticed: 1084

```
            ***** BYPASSED RECIPIENTS (continued) *****
cr          Bexar Co., Cameron Co., Dallas Co., El Paso, Frisc
cr          Biloxi Sun Herald
cr          Bizport, Ltd.
cr          Blount County Trustee
cr          Bond C.C. I Delaware Business Trust
cr          Bond Circuit IV Delaware Business Trust
cr          Bond Circuit VIII Delaware Business Trust
cr          Bond-Circuit IV Delaware Business Trust
intp        Bond-Circuit IX Delaware Business Trust
cr          Boston Gas Company
cr          Boulevard North, LP
intp        Bradenton Herald
cr          Brandywine Grande C, L.P.
cr          Brazoria County Tax Office
intp        Brick-70, LLC
cr          Brighton Commercial, L.L.C.
cr          Brownsville Independent School District
cr          Brownsville Public Utilities Board
cr          Bush Industries, Inc.
cr          CAP Brunswick, LLC
cr          CC - Virginia Beach, LLC
cr          CC Colonial Trust
cr          CC Grand Junction Investors 1998, LLC
cr          CC Hamburg NY Partners, LLC
cr          CC Joilet Trust
cr          CC Joliet Trust
cr          CC Kingsport 98, LLC
cr          CC Merrilville Trust
cr          CC Plaza Joint Venture, LLP
cr          CC Springs, L.L.C.
cr          CC-Investors 1995-6
intp        CCDC Marion Portfolio, L.P.
cr          CDB Falcon Sunland Plaza, LP
cr          CHK, LLC
cr          CIM/Birch St., Inc.
cr          CK Richmond Business Services #2, LLC
cr          COFAL Partners, L.P
cr          COMSYS Information Technology Services, Inc. and C
unk         CT
cr          Cameron County
cr          Canon U.S.A., Inc
cr          Cardinal Capital Partners
cr          Caribbean Display & Construction, Inc.
cr          Carlyle-Cypress Tuscalosa, LLC
cr          Carolina Power & Light Company d/b/a Progress Ener
cr          Carriage Crossing Market Place LLC
cr          Carrollton Arms, LLC
cr          Catellus Operating Limited Partnership
cr          Catellus Operating Limited Partnership
cr          Cedar Development Ltd., a Florida Limited Partners
cr          Cellco Partnership d/b/a Verizon Wireless
cr          Cencor Realty
cr          Central Georgia Electric Membership Corporation
intp        Centre Daily Times (State College)
cr          Centre at 38th Street TIC, LLC
cr          Centro Properties Group
cr          Chalek Company LLC
cr          Charlotte Observer
cr          Chase Bank USA, National Association
cr          Chelmsford Realty Associates
cr          Children's Discovery Centers of America, Inc.
cr          Chung Hee Kim (Ridgehaven Plaza Shopping Center)
cr          Circuit City Stores, Inc.
cr          Circuit Investors #2, Ltd.
cr          Circuit Realty NJ LLC
cr          Cisco-Linksys, LLC
cr          City and County of Denver
cr          City of Austin
cr          City of Colorado Springs
cr          City of Fort Worth
cr          City of Garland Tax Assessor/Collector
cr          City of McAllen
cr          City of Novi, MIchigan
cr          City of Philadelphia
cr          City of Round Rock
cr          City of Southlake, Texas
cr          Clean Carton Co., Inc.
cr          Cohab Realty, LLC
cr          Collin County Tax Assessor/Collector
cr          Colorado Department of Revenue
cr          Columbia Equities Limited Partnership
cr          Columbia Plaza Shopping Ceter Venture
cr          Columbia State
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
cr            Columbus Ledger-Enquier
cr            Commerce Technologies, Inc.
cr            Commonwealth Edison Company
cr            Commonwealth of Virginia, Department of Taxation
cr            Compass Group U.S.A. Inc.
cr            Computer Resource Team, Inc.
cr            Concar Enterprises, Inc.
cr            Connecticut Light and Power Company
cr            Connecticut Natural Gas Company
cr            Connexion Technologies
cr            Consolidated Edison Company of New York, Inc.
cr            Consumer Vision, LLC
cr            Continental Properties Company, Inc.
cr            Convergys Customer Management Group Inc.
cr            Cosmo-Eastgate, ltd
cr            Cottonwood Corners-Phase V, LLC
cr            County of Albemarle
cr            County of Henrico
cr            Crossgates Commons NewCo, LLC
cr            Crossroads Associates, Ltd.
cr            Crossroads Shopping Center
cr            Crossways Financial Associates, LLC
cr            Cypress Equities
cr            Cypress/CC Marion I, L.P.
cr            DL Peterson Trust, as Assignee of PHH Vehicle Mana
cr            Dallas County
cr            Daly City Partners I, L.P
cr            Daly City Partners I, L.P.
cr            De Rito Partners
cr            De Rito Partners Development, Inc.
cr            De Rito Pavilions 139, LLC
cr            DeMatteo Management, Inc.
cr            Dennis Morgan
cr            Descanso TIC, LLC
cr            Developers Diversified Realty Corporation
cr            Dick's Sporting Goods Inc.
cr            Dick's Sporting Goods, Inc.
cr            Dicker-Warmington Properties
cr            Digital Innovations, LLC
cr            Dish It Up, Inc
cr            Ditan Distribution LLC
cr            Dollar Tree Stores, Inc.
cr            Dominion East Ohio
cr            Dominion Hope
cr            Dominion Peoples
cr            Donovan Dunwell
cr            Drexel Delaware Limited Partnership
cr            Duke Energy Carolinas, LLC
cr            Duke Energy Indiana, Inc.
cr            Duke Energy Kentucky, Inc.
cr            Duke Energy Ohio, Inc.
cr            Duquesne Light Company
cr            E&A Northeast Limited Partnership
cr            ELL MCKEE LLC
cr            Eagleridge Associates, LLC
cr            Eastman Kodak Company
intp          Eatontown Commons Shopping  Center
cr            Edwin Targonski
cr            Empire HealthChoice Assurance, Inc. d/b/a Empire B
cr            EnergyNorth Natural Gas, Inc. d/b/a National Grid
cr            Engineered Structures, Inc.
cr            Entergy Arkansas, Inc.
cr            Entergy Gulf States Louisiana, L.L.C.
cr            Entergy Louisiana, LLC
cr            Entergy Mississippi, Inc.
cr            Entergy Texas, Inc.
cr            Estate of Joseph Y. Einbinder,   % Einbinder Properties, LLC
cr            Evergreen Plaza Associates
cr            Expesite, LLC
cr            Express Services, Inc.
cr            F&M Properties, Inc.
cr            FJL-MVP, LLC
cr            FM Facility Maintenance
cr            FM Facility Maintenance, f/k/a IPT, LLC
cr            FR E2 Property Holding, L.P.
cr            FT Orchard LLC
cr            FW CA-BREA Marketplace, LLC,  Regency Centers, L.P
intp          Faber Bros., Inc.
cr            Federal Realty Investment Trust
intp          Federal Warranty Service Corporation
cr            First Industrial Realty Trust, Inc.
cr            Fishers Station Development Co.
cr            Flintlock Northridge LLC
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
cr          Florida Power & Light Company
cr          Florida Power Corporation d/b/a Progress Energy Fl
intp        Food Lion LLC
cr          Fort Bend Independent School District
cr          Fort Steuben Mall
cr          Fort Worth Star-Telegram
cr          Fox Broadcasting Company
cr          Fox Cable Network Services, LLC
intp        Fresno Bee
cr          Frisco ISD Tax Assessor/Collector
cr          Fuel Creative, Inc.
cr          GC Acquisition Corp.
cr          GMS Golden Valley Ranch, LLC
cr          GRI-EQY (Sparkleberry Square) LLC
cr          Galleria Plaza, Ltd.
cr          Garland ISD Tax Assessor/Collector
intp        Garmin International, Inc.
cr          Gateway Center Properties III, LLC and SMR Gateway
intp        General Electric Company's Consumer & Industrial D
cr          General Growth Properties, Inc.
cr          General Instrument Corporation d/b/a Home & Networ
cr          Generation One and Two, LP
cr          Geraldine B. Spink
cr          Glimcher Properties Limited Partnership
cr          Golf Galaxy, Inc.
cr          Goodmill LLC
cr          Gould Livermore LLC
cr          Granite State Electric
cr          Greater Orlando Aviation Authority
cr          Greece Ridge, LLC
cr          Green 521 5th Avenue LLC
cr          Greystone Data Systems, Inc.
cr          Hagan Properties, Inc.
cr          Hamilton County, Tennessee
cr          Hamilton Crossing
cr          Hamilton Crossing I, LLC
cr          Harris County Toll Road Authority
cr          Harry Hallaian
cr          Harvest/HPE LP
cr          Hawaiian Electric Company, Inc
cr          Hewlett Packard Company
cr          Holyoke Crossing Limited Partnership II
cr          Home Depot USA, Inc.
cr          IKON Office Solutions, Inc.
cr          Idaho Statesman
cr          Industriaplex, Inc.
cr          Infogain Corporation
cr          Inland American Retail Management LLC
cr          Inland Commercial Property Management,  Inc.
cr          Inland Commercial Property Management, Inc.
cr          Inland Continental Property Management Corp.
cr          Inland Pacific Property Services LLC
cr          Inland Southwest Management LLC
cr          Inland Southwest Management LLC, Inland American R
cr          Inland US Management LLC
cr          InnerWorkings, Inc.
cr          Integrated Label Corporation
cr          International Speedway Square, Ltd.
cr          Interstate Augusta Properties LLC
cr          Island Packet
cr          J. Scott Douglass
cr          JP Morgan Chase & Co.
cr          JWC Loftus LLC
cr          Jack Hernandez
cr          Jackson EMC
intp        James H. Wimmer, Jr., personally
cr          James H. Wimmer, Jr., personally
intp        James M. Stacia
intp        Jeff Leopold
cr          Jeffrey R. Leopold
cr          Jersey Central Power & Light Company
cr          John Batioff
cr          Johnny L. Ferguson
cr          Johnson City Crossing, L.P.
cr          Jones Lang LaSalle Americas, Inc.
unk         Jose Felix Infante Vasques
cr          Judith Rae Minnite
cr          KB Columbus 1-CC, LLC
cr          KNP
cr          KRG Market Street Village, LP
cr          Kansas City Star
cr          KeySpan Gas East Corporation
cr          Kimco Realty Corporation
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
cr          Kina Thompson
cr          Kinyo Company, Inc.
sp          Kirkland & Ellis LLP
cr          Kite Coral Springs, LLC
cr          Knoxville Utilities Board
tee         Korea Export Insurance Corporation
cr          LC White Plains Retail LLC
cr          LG Electronics USA, Inc.
cr          La Habra Imperial, LLC
cr          Laguna Gateway Phase 2, LP
cr          Laurel Plumbing, Inc.
cr          Lea Company, a Virginia general partnership, the A
cr          Leon Hallaian
cr          Lewisville Independent School District
cr          Lexar Media, Inc.
intp        Lexington Herald-Leader
cr          Lexington Lion Weston I LP
cr          Lexmark International, Inc.
cr          Lilly Hallaian
cr          Liquid Asset Partners, LLC
cr          Little Britain Holding, LLC
cr          Long Island Lighting Company d/b/a LIPA
cr          Loop West, LLC, by its Managing Agent The Wilder C
intp        Lowe's HIW, Inc.
cr          Luckoff Land Company, LLC
cr          M and M Berman Enterprises
cr          M.I.A. Brookhaven, LLC
cr          MHW Warner Robins, LLC
cr          Macon Telegraph
cr          Macy's Retail Holdings, Inc.
cr          Mall Properties and U.S. 41 & I-285 Company
cr          Manteca Stadium Park, L.P.
cr          Manufacturers and Traders Trust Company, as Truste
cr          Marc Realty
cr          Market Heights, Ltd
cr          Marple XYZ Associates
cr          Martin Garcia
cr          Martinair, Inc.
cr          Massachusetts Electric Company
cr          McAllen ISD
cr          McClatchy Company
cr          McCracken County Clerk
cr          McLennan County
cr          Media General, Inc.
cr          Melvin Walton Hone
intp        Merced Sun Star
cr          Merge Computer Group, Inc.
cr          Metropolitan Edison Company
intp        Miami Herald
cr          Miami-Dade County Tax Collector
cr          Michael Lay
cr          Michigan Consolidated Gas Company
cr          Microsoft Corporation
cr          Modelogic, Inc.
intp        Modesto Bee
cr          Moncayo Settlement Class
cr          Monster, LLC
cr          Monte Vista Crossings, LLC
cr          Morgan Hill Retail Venture, LP
cr          Morse-Sembler Villages Partnership #4
cr          Motorola Inc.
cr          Mount Berry Square, LLC
cr          Myrtle Beach Farms
cr          Myrtle Beach Farms Co., Inc.
cr          Myrtle Beach Sun News
cr          N.P. Huntsville Limited Liability Company
cr          NBT Bank, N.A.
cr          NMC Stratford, LLC
cr          NPP Development LLC
cr          Narragansett Electric Company
cr          National Retail Properties, Inc.
cr          Navarre Corporation
cr          New River Properties, LLC
cr          New York State Electric and Gas Corporation
cr          Niagara Mohawk Power Corporation
mvnt        Nina Winston
cr          North Carolina Department of Revenue
cr          Northcliff Residual Parcel 4 LLC
cr          Nueces County
cr          ON Corp US, Inc. & ON Corp
tee         ON Corp. USA, Inc. and ON Corp.
cr          OTR-Clairemont Square
cr          Office of Attorney General, Pennsylvania Departmen
```

```
                   ***** BYPASSED RECIPIENTS (continued) *****
crcm       Official Committee of Unsecured Creditors
cr         Oklahoma Gas & Electric Company
cr         Old Republic Insurance Company
cr         Olympian
intp       Olympian
cr         Onkyo USA Corporation
cr         Orange and Rockland Utilities
cr         Orangefair Marketplace, LLC
intp       P.C. Richard & Son, Inc.
cr         P/A Acadia Pelham Manor, LLC
cr         PECO Energy Company
cr         PL Mesa Pavilions LLC
cr         PM Construction Inc.
cr         PR Christiana LLC
cr         PREIT SERVICES, LLC
cr         PRGL Paxton LP
cr         Pacific Castle Groves, LLC
cr         Panasonic Corporation of North America
cr         Parago, Inc.
intp       Park National Bank
cr         Park Side Realty LP
cr         Parkdale Village, LP
cr         Parker Bullseye, LLC
intp       Parker Central Plaza Ltd
cr         Pat Minnite
cr         Pennsylvania Electric Company
cr         Pep Boys - Manny, Moe & Jack
cr         Perimeter Mall
cr         Petrovich
cr         Philips International
cr         Philips International Holding Corp.
cr         Piedmont Natural Gas Company
cr         Plantation Point Development, LLC
cr         Plantronics, Inc.
cr         Platform-A Inc.
cr         Plaza Las Americas, Inc.
cr         Plaza Las Palmas LLC., Store 449
mvnt       PlumChoice, Inc.
cr         PlumChoice, Inc.
cr         Point West Plaza II Investors
cr         Premier Retail Interiors, Inc.
cr         Premier Retail Networks, Inc
cr         PriceGrabber.com, Inc.
cr         Principal Life Insurance Company
cr         Public Service Company of New Hampshire
cr         Public Service Electric And Gas Company
cr         RD Bloomfield Associates Limited Partnership
cr         RMRG Portfolio TIC, LLC
cr         Raleigh News & Observer
cr         Ramco West Oaks I, LLC
cr         Rancon Realty Fund IV
cr         Ray Mucci's Inc.
cr         Red Rose Commons Associates, L.P.
cr         Regency Centers, L.P.
unk        Reliance Figueroa Associates, L.P.
cr         Retail MDS, Inc.
cr         Ricardo Benjamin Salinas Pliego
cr         Rolling Acres Plaza Shopping Center
cr         Ronus Meyerland Plaza L.P.
cr         Rossmoor Shops, LLC
cr         Roth Tanglewood LLC
cr         Roth Tanglewood, LLC
cr         Route 146 Millbury LLC
cr         Ruby Hallaian
cr         S.J. Collins Enterprises, Goodman Enterprises, DeH
cr         S.R. Weiner & Associates Inc.
cr         Sacco of Maine, LLC
intp       Sacramento Bee
cr         Salt River Project
intp       San Luis Obispo Tribune
cr         Savitri Cohen
cr         Savitri Cohen
cr         Schimenti Construction Company LLC
cr         Seagate Technology, LLC
cr         Sennheisser Electronic Corp.
unk        Servpro
cr         Shelbyville Road Plaza, LLC
cr         Sherwood
cr         Sherwood America, Inc.
cr         Sherwood Properties, LLC
cr         Shops at Kildeer, LLC
cr         Signal Hill Gateway, LLC
cr         SimVest Real Estate II, LLC
```

```
District/off: 0422-7          User: jafarbayj          Page 29 of 32          Date Rcvd: Aug 04, 2009
Case: 08-35653               Form ID: redacttr         Total Noticed: 1084
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
cr          SimpleTech by Hitachi Global Storage Technologies
cr          Sirius XM Radio, Inc
cr          Site A, LLC
cr          Slam Brands, Inc.
cr          Sony Pictures Entertainment Inc.
cr          Sony Pictures Home Entertainment Inc.
intp        Source Interlink Companies, Inc.
cr          Source Interlink Media, LLC
cr          South Carolina Electric & Gas Company and Public S
cr          South Texas College
cr          South Texas ISD
cr          Southern California Edison Company
cr          Southern Connecticut Gas Company
cr          Southwest Gas Corporation
cr          Southwinds. Ltd.
cr          Sparkleberry Two Notch, LLC
cr          Starpoint Property Management, LLC
cr          Sun Belt General Contractors, Inc
cr          Susan M. Johnson
cr          Swanblossom Investments, LP
cr          Sweetwater Associates, L.P.
intp        Systemax, Inc.
cr          T & T Enterprises
cr          T.D. Farrell Construction, Inc.
cr          THE GOLDENBERG GROUP
cr          THF Chesterfield Two Development, L.L.C.
cr          THF Clarksburg Development One, Limited Liability
cr          THF Harrisonburg Crossing, L.L.C.
cr          THF ONC Development, L.L.C.
cr          THF St. Clairsville Development, L.P.
cr          THQ, Inc.
cr          TPG Management, Inc
cr          Tacoma News, Inc.
cr          Tamarack Village Shopping Center Limited Partnersh
cr          Tanglewood Park LLC
cr          Tanglewood Park, LLC
cr          Tanglewood Park, LLC; Roth Tanglewood, LLC and Luc
cr          Tarrant County
cr          Taubman Auburn Hills Associates Limited Partnershi
cr          Tax Collector of Madison County, Alabama,   c/o Lynda Hall, Tax Collector
cr          Teachers Insurance and Annuity Association of Amer
cr          Team Retail Westbank, Ltd.
cr          Tec-Com Services, Inc.,   dba Micro Tech
cr          Texas Comptroller of Public Accounts
cr          Texas Comptroller of Public Accounts and Texas Wor
cr          Texas Instruments Incorporated
intp        The Agency for Workforce Innovation
cr          The Balogh Companies
cr          The Balogh Companies
cr          The Brooklyn Union Gas Company d/b/a National Grid
cr          The City Portfolio TIC, LLC
cr          The City of New York
cr          The Cleveland Electric Illuminating Company
cr          The Columbus Dispatch
cr          The Daniel Group
cr          The Detroit Edison Company
cr          The Hutensky Group
cr          The Leben Family Limited Partnership
cr          The MacNaughton Group
cr          The Morris Companies Affiliates
cr          The PM Company
cr          The Parkes Companies Inc.
cr          The Parkes Companies, Inc. d/b/a Parkes Constructi
cr          The West Campus Square Company, LLC
cr          The Woodmont Company
cr          The Ziegler Companies
cr          Thoroughbred Village Tennessee, GP
cr          Toledo Edison Company
cr          Torrance Towne Center Associates, LLC
cr          Tourboullin Co.
cr          Town of Enfield Connecticut
cr          Towne Square Plaza
cr          Travis County
cr          Travis County Hospital District
cr          Travis County Tax Assessor-Collector
mvnt        Tremor Media, Inc.
cr          Tri-City Herald
cr          Triangle Equities Junction LLC
cr          Tritronics, Inc.
cr          Turner Broadcasting System, Inc.
cr          Tutwiler Properties, LTD
cr          U.S. 41 & I 285 Company
cr          UBS Realty Investors, LLC
```

```
District/off: 0422-7          User: jafarbayj          Page 30 of 32          Date Rcvd: Aug 04, 2009
Case: 08-35653                Form ID: redacttr        Total Noticed: 1084
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
cr          US Signs, Inc.
cr          UnCommon, Ltd., a Florida Limited Partnership
cr          Union County Construction Group, Inc.
cr          Union Square Retail Trust
cr          United States of America
cr          Uniwest Commercial Realty
cr          VIWY, L.P.
cr          Vance Baldwin, Inc.
cr          Vector Security, Inc.
cr          Ventura In Manhattan, Inc.
cr          Verizon Communications Inc.
cr          Virginia Electric and Power Company d/b/a Dominion
cr          WEC 99A-2LLC
cr          WGHP-TV
cr          Wal-Mart Stores, Inc.
cr          Walter E. Hartman & Sally J. Hartman, as Trustee o
cr          Warner Home Video
cr          Washington Commons Associates
cr          Washington Green TIC
cr          Washington Real Estate Investment Trust
mvnt        Wayne VF, LLC
cr          Wayne-Dalton Corp.
cr          Weidler Settlement Class
cr          Weingarten Realty Investors and Its Affiliates
intp        Wells Fargo Bank Northwest, National Association
cr          Wells Fargo Bank, N.A.
cr          Wells Fargo Business Credit, Inc.
cr          West Marine Products, Inc.
cr          Western Digital Technologies, Inc.
cr          Western Massachusetts Electric Company
cr          Westfield, LLC
cr          Whitestone Development Partners, L.P.
cr          Wichita Eagle
cr          William Foster
cr          William Gower
cr          Windsail Properties
cr          Woodlawn Trustees Incorporated
cr          Yankee Gas Services Company
8679885     American National Insurance Company
8631387     Benderson Development Company, LLC
8631405     Benderson Development Company, LLC
8574814     CCCC
8844408     California Self-Insurers' Security Fund
8703740     Caribbean Display & Construction, Inc.
8661433     Cleveland Construction, Inc.
8616160     Columbia Plaza
8725222     Concar Enterprises
8725223     Concar Enterprises
8631388     Continental Properties Company, Inc.
8631407     Continental Properties Company, Inc.
8617709     Cosmo-Eastgate, Ltd.
8994292     DeMatteo Management, Inc.
8586883     Eagleridge Associates, LLC,
8686079     Giant Eagle, Inc.
8695903     Holyoke Crossing Limited Partnership II
8695921     Holyoke Crossing Limited Partnership II
8700221     Holyoke Crossing Limited Partnership II
8700253     Holyoke Crossing Limited Partnership II
8700255     Holyoke Crossing Limited Partnership II
8596604     JWC/Loftus, LLC
8596607     JWC/Loftus, LLC
8704061     MD GSI Associates LLC
8749717     Macy's Retail Holdings, Inc.
8598861     Majesco Entertainment Company
8606972     McClatchy Company
8586885     NMC Stratford, LLC
8617713     Northcliff Residual Parcel 4 LLC
8617717     Northcliff Residual Parcel 4 LLC
9065118     Panasonic Corporation of North America
8596668     Rio Associates Limited Partnership
8703741     SOUTHROADS LLC
8904594     Salem Rockingham LLC
8622658     Shimenti Construction Company, LLC
9017335     SimpleTech by Hitachi Global Storage Technologies
9017445     SimpleTech by Hitachi Global Storage Technologies
8679372     Spring Hill Development Partners, GP, Dickson Mana
8586884     Torrance Torrance Towne Center Associates, LLC
8703678     US Signs, Inc.
8574813     VVV
8605305     Ventura In Manhattan, Inc.
8571794     Verizon Wireless
8592402     colorado structures
```

```
District/off: 0422-7          User: jafarbayj          Page 31 of 32          Date Rcvd: Aug 04, 2009
Case: 08-35653               Form ID: redacttr         Total Noticed: 1084
```

```
aty*       Constantinos G. Panagopoulos,   Ballard Spahr Andrews & Ingersoll, LLP,   601 13th Street, NW,
             Suite 1000 South,   Washington, DC  20005-3807
aty*      +David S. Berman,   Riemer & Braunstein,   Three Center Plaza, 6th Floor,   Boston, MA 02108-2003
aty*      +Jeffrey Kurtzman,   Klehr, Harrison, Harvey, Branzburg & Ell,   260 South Broad Street,
             Philadelphia, PA 19102-5021
aty*      +Julie H. Rome-Banks,   Binder & Malter, LLP,   2775 Park Avenue,   Santa Clara, CA 95050-6004
aty*      +Plaza Las Palmas, LLC,   Culbert & Schmitt, PLLC,   30C Catoctin Circle, SE,
             Leesburg, VA 20175-3614
cr*       +610 & San Felipe, Inc.,   c/o David H. Cox, Esquire,   Jackson & Campbell, PC,
             1120 20th Street, NW, Suite 300-S,   Washington, DC 20036-3437
cr*       +Amore Construction Company,   c/o John J. Lamoureux,   Carlton Fields, P.A.,   P. O. Box 3239,
             Tampa, FL 33601-3239
cr*       +BB Fonds International 1 USA, L.P.,   c/o Jason Binford,   Haynes and Boone, LLP,
             2323 Victory Avenue, Suite 700,   Dallas, TX 75219-7673
cr*       +Bedford Properties, L.L.C.,   c/o Catherine Guastello,   Quarles & Brady LLP,
             Two North Central Avenue,   Phoenix, AZ 85004-2322
cr*       +Cameron Group Associates LLP,   c/o Andrew M. Brumby, Esq.,   Shutts & Bowen LLP,
             300 S. Orange Avenue,   Suite 1000,   Orlando, FL 32801-5403
cr*       +Chatham County Tax Commissioner,   c/o Daniel T. Powers,   P.O. Box 8321,
             Savannah, GA 31412-8321
cr*       +City of Taylor Michigan,   c/o Kurt M. Kobiljak,   Edelson Building, Suite 200,
             2915 Biddle Avenue,   Wyandotte, MI 48192-5267
cr*       +Cohesion Products, Inc,   c/o Receivable Management Services,   PO Box 5126,
             Timonium, MD 21094-5126
cr*       +Cormark, Inc.,   1701 Winthrop,   Des Plaines, IL 60018-1941
cr*       +Credit Suisse International,   11 Madison Avenue, 5th Floor,   New York, NY 10010-3643
cr*       +DFS SERVICES LLC,   c/o Brian Sirower, Esq.,   QUARLES & BRADY LLP,   Two North Central Avenue,
             Phoenix, AZ 85004-2322
intp*     +DIRECTV, Inc.,   c/o Joseph R. Sgroi,   HONIGMAN MILLER SCHWARTZ AND COHN LLP,
             2290 First National Building,   Detroit, MI 48226-3583
cr*       +Eastern Security Corp.,   c/o Michael E. Hastings, Esq.,
             LeClairRyan, A Professional Corporation,   1800 Wachovia Tower, Drawer 1200,
             Roanoke, VA 24006-1200
cr*       +Giant Eagle, Inc.,   101 Kappa Drive,   Pittsburgh, PA 15238-2833
tee*      +Hain Capital Group, LLC,   301 Route 17 N,   7th Floor,   Rutherford, NJ 07070-2599
cr*       +Hamilton Beach Brands, Inc.,   Bill Ray,   4421 Waterfront Drive,   Glen Allen, VA 23060-3375
cr*       +Homero Alonso Mata,   c/o David G. Reynolds, Esq.,   PO Box 1700,   Corrales, NM 87048-1700
cr*       +IBM Corporation,   c/o Vicky Namken,   13800 Diplomat Dr.,   Dallas, TX 75234-8812
cr*       +ION Audio, LLC,   200 Scenic View Drive,   Suite 201,   Cumberland, RI 02864-1847
cr*       +Iron Mountain Information Management, Inc.,   c/o Frank F. McGinn, Esq.,
             Bartlett Hackett Feinberg P.C.,   155 Federal Street, 9th Floor,   Boston, MA 02110-1610
cr*        Ken Burton, Jr., Manatee County Tax Collector,   PO Box 25300,   Bradenton, FL  34206-5300
cr*       +Liquidity Solutions Inc.,   One University Plaza,   Suite 312,   Hackensack, NJ 07601-6205
cr*       +MDS Realty II, LLC,   c/o Meredith L. Yoder, Esq.,   Parker, Pollard & Brown, P.C.,
             6802 Paragon Place, Suite 300,   Richmond, VA 23230-1655
cr*       +Monarch Alternative Capital, LP,   c/o Andrew Herenstein,   535 Madison Ave.,
             New York, NY 10022-4212
cr*       +North American Roofing Services, Inc.,   c/o Doug Frankey,   3 Winner Circle,
             Arden, NC 28704-3156
cr*       +PNY Technologies, Inc.,   c/o Angela Abreu,   McCarter & English, LLP,   Four Gateway Center,
             100 Mulberry Street,   Newark, NJ 07102-4056
cr*        Paramount Home Entertainment,   c/o Michael L. Tuchin,   Klee, Tuchin, Bogdanoff & Stern LLP,
             1999 Avenue of the Stars, 39th Floor,   Los Angeles, CA  90067-6049
cr*       +Phoenix Property Company,   c/o Jason Binford,   Haynes and Boone, LLP,
             2323 Victory Avenue, Suite 700,   Dallas, TX 75219-7673
cr*       +Prince George's Station Retail, LLC,   c/o Taylor Development and Land,   7201 Wisconsin Avenue,
             Suite 500,   Bethesda, MD 20814-4848
cr*       +RLV Vista Plaza, LP,   c/o Paul K. Campsen, Esq.,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
             Norfolk, VA 23514-3037
cr*       +Renukaben S. Naik,   c/o Philip C. Baxa, Esquire,   MercerTrigiani LLP,   16 South Second Street,
             Richmond, VA 23219-3723
cr*       +TKG Coffee Tree, L.P.,   c/o Eugene Chang,   Stein & Lubin LLP,
             600 Montgomery Street, 14th Floor,   San Francisco, CA 94111-2716
cr*       +Thirty & 141, L.P.,   John E. Hilton,   Carmody MacDonald,   120 S. Central Ave., Ste. 1800,
             Clayton, MO 63105-1726
tee*      +US Debt Recovery LLC,   PO Box 5241,   Incline Village, NV 89450-5241
cr*       +UrbanCal Oakland, II LLC,   c/o Baker & Hostetler, LLP,   ATTN: Laura Lawton Gee,
             1000 Louisiana Street, Suite 2000,   Houston, TX 77002-5018
cr*       +VonWin Capital Management, LP,   261 Fifth Avenue,   22nd Floor,   New York, NY 10016-7701
cr*       +Vonage Marketing Inc.,   c/o Angelique Electra,   Vice President - Law,   23 Main Street,
             Holmdel, NJ 07733-2136
8693221*  +44 North Properties, LLC,   c/o Miles & Stockbridge P.C.,   1751 Pinnacle Drive,   Suite 500,
             McLean, VA 22102-3833
8693222*  +44 North Properties, LLC,   c/o Miles & Stockbridge P.C.,   1751 Pinnacle Drive,   Suite 500,
             McLean, VA 22102-3833
8590206*  +507 Northgate LLC,   c/o Christopher M. Alston,   1111 - 3rd Ave., #3400,
             Seattle, WA 98101-3264
8896620*   CC Hamburg NY Partners, LLC,   c/o Mark B. Conlan, Esq.,   Gibbons P.C.,   One Gateway Center,
             Newark, NJ 07102-5310
8782830*   City of Florence,   PO Box 1357,   Florence, KY 41022-1357
8664584*  +City of Newport News,   Office of the City Attorney,   2400 Washington Ave.,
             Newport News, VA 23607-4301
8665345*  +City of Newport News,   Office of the City Attorney,   2400 Washington Ave.,
             Newport News, VA 23607-4301
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
8786555*   +City of Newport News,   Office of the City Attorney,   2400 Washington Ave.,
            Newport News, VA 23607-4301
8686257*   +Giant Eagle, Inc.,   101 Kappa Drive,   Pittsburgh PA 15238-2833
9020555*   +John E. Hilton,   Carmody MacDonald, P.C.,   120 South Central Ave.,   Suite 1800,
            Clayton, MO 63105-1726
8687445*   +Katsky Korins LLP,   Attn:  Steven H. Newman, Esquire,   605 Third Avenue,
            New York, NY 10158-0180
8617071*   +Landmark Communications, Inc.,   c/o Paul A. Driscoll,   Pender & Coward, P.C.,
            222 Central Park Avenue, Suite 400,   Virginia Beach, VA 23462-3026
8693223*   +Maryland Acquisitions, LLC,   c/o Miles & Stockbridge P.C.,   1751 Pinnacle Drive,   Suite 500,
            McLean, VA 22102-3833
8667551*   +National Glass and Gate,   c/o Coface North America, Inc.,
            50 Millstone Rd., Bldg. 100, Ste. 360,   East Windsor, NJ 08520-1415
8571095*   +Paramount Home Entertainment,   c/o Michael L. Tuchin,   Klee, Tuchin, Bogdanoff & Stern LLP,
            1999 Avenue of the Stars, 39th Fl.,   Los Angeles, CA 90067-6049
8710864*   +Power Sales,   Attn: Toni Evans,   801 N Meadowbrook,   Olathe, KS 66062-5443
8625007*   +Shimenti Construction Company,   118 North Bedford Road,   Mount Kisco, New York 10549-2553
8657412*    Southland Acquisitions, LLC,   c/o Thomas G. King / DS Holmgren,
            Kreis, Enderle, Hudgins & Borsos,   PO Box 4010,   Kalamazoo, MI  49003-4010
8566900*   +Taubman Landlords,   c/o The Taubman Landlords,   Attn. Andrew S. Conway,
            200 East Long Lake Road, Suite 300,   Bloomfield Hills, MI 48304-2324
8583746*   +Vonage Marketing Inc.,   c/o Angelique Electra,   Vice President - Law,   23 Main Street,
            Holmdel, NJ 07733-2136
                                                                        TOTALS: 656, * 62

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 06, 2009**                    **Signature:**   *Joseph Speetjens*