**FORESTCITY**

REBECCA E. WARD
Corporate Counsel

Direct Number (216) 416-3262
rebeccaward@forestcity.net

Legal Department
50 Public Square
Suite 1360
Cleveland, OH 44113-2267

Phone (216) 621-6060
Fax (216) 263-6206
www.forestcity.net

August 5, 2009



**VIA FEDERAL EXPRESS**

U.S. Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

Re: **Preliminary Response to Debtor's 24th Omnibus Objection**

Gentlemen:

Creditor's Name:   Forest City Commercial Management, Inc.
                   Agent for Laburnum Investment LLC
                   50 Public Square, Suite 1360
                   Cleveland, OH 44113
                   216-621-6060

Circuit City Stores, Inc. – Case #08-35653
Claim Number:   12035

With this letter response creditor objects to relief requested in Debtor's objection. Creditor reserves the right to supplement this response at a later date.

Very truly yours,

Forest City Commercial Management, Inc.

Rebecca E. Ward

REW/jmf
Enclosures

cc:   Roberta Ayres