**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

To: _____

In Re: _____

Case No: _____

Adversary Proceeding No: _____

Chapter: _____

**NOTICE TO CURE FILING FEE DEFICIENCY**

Pursuant to 28 U.S.C. 1930 and Local Bankruptcy Rule 1006-3, the papers filed by you are deficient due to the lack of payment of the statutory filing fee as noted below. **Failure to provide payment, or the appropriate Application as set forth under Voluntary/Involuntary Petitions, by 4:00 p.m. on the business day following this notice will result in the pleading being stricken or the bankruptcy case or adversary proceeding being dismissed.** Fees may be paid by credit card, *cash, check or money order payable to "Clerk, U.S. Bankruptcy Court." If debtor *pro se*, payment must be in the form of *cash, money order or certified check. **\*(Cash is not accepted at the Newport News division.)**

**VOLUNTARY/INVOLUNTARY PETITIONS:**

_____ Filing Fee Due:  $ _____ , or Application to Pay Filing Fee in Installments, with first installment of  $ _____ . [See Interim Procedure 1006-1(A) and (B)], or an Application for Waiver of the Chapter 7 Filing Fee for Individuals [See Interim Procedure 1006-1(F)(2)]]

**ADVERSARY PROCEEDINGS and REMOVALS:**

_____ Filing Fee Due:  $250.00.

**MOTIONS:  [Motion to terminate, annul, modify, or condition the automatic stay provided under 11 U.S.C. 362(a) of title 11, a motion to compel abandonment of property of the estate pursuant to Federal Rule of Bankruptcy Procedure 6007(b), or a motion to withdraw the reference of a case under 28 U.S.C. 157(d).]**

_____ Filing Fee Due:  $150.00.

**MOTIONS TO REOPEN CLOSED CASE:**

_____ Filing Fee Due: \_\_$260 [chapter 7], \_\_ $235 [chapter 13] \_\_\_$1,000 [chapter 11], \_\_$200 [chapter 12].

**FILING OR INDEXING A PAPER NOT IN A PENDING CASE OR PROCEEDING:**

_____ Filing Fee Due:  $39.00

**AMENDMENT FEE for Adding/Deleting Creditors, changing the amount of debt or classification of a debt**

Filing Fee Due:  $26.00
_____ Make Payment by docketing **Payment of Amendment Filing Fee** through **Miscellaneous**

_____ Make Payment by docketing **Supplemental Creditor Matrix Uploaded/Diskette Received**

_____ Make Payment through **Reports>Credit Card Payments Due**

**MOTIONS TO CONVERT:**

_____ Conversion Fee Due: \_\_$25.00 [13 to 7]; \_\_$60.00 [12 to 7]; \_\_$15.00 [11 to 7] \_\_\_$35.00 [12 to 13]

**NOTICES OF CONVERSION FROM CHAPTERS 13 OR 12 TO CHAPTER 7:**
**Failure of the debtor to pay the conversion filing fee in a voluntary conversion will be subject to the Court's Order To Show Cause Why The Case Should Not Be DISMISSED.**

__ $25.00 [13 to 7]      __$60.00 [12 to 7]

CLERK, UNITED STATES BANKRUPTCY COURT

Date: _____        By: _____
                                     Deputy Clerk

                              Telephone Number: _____

Electronic Notice    _____
Telephonic Notice    _____
Personal Notice      _____
Notice by Mail       _____   [Fee due within 3 days after notice is mailed.  LBR 1006-3(D)]

[Cure4pm ver. 08/09]