**Hearing Date: August 27, 2009 at 11:00 a.m.**
**Objection Deadline: August 20, 2009 at 4:00 p.m.**

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| et al., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF MOTION AND NOTICE OF HEARING ON DEBTORS' MOTION FOR ORDER UNDER BANKRUPTCY CODE SECTIONS 105, 363 AND 503 AND BANKRUPTCY RULES 2002 AND 6004 (A) AUTHORIZING SELLER TO ENTER INTO AGREEMENT FOR SALE OF CERTAIN REAL PROPERTY IN ATLANTA, GEORGIA SUBJECT TO HIGHER OR OTHERWISE BETTER BIDS, (B) APPROVING EXPENSE REIMBURSEMENT IN CONNECTION THEREWITH, (C) APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF ALL INTERESTS AND (D) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on August 7, 2009, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the Debtors' Motion for Order Under Bankruptcy Code Sections 105, 363 and 503 and Bankruptcy Rules 2002 and 6004 (A) Authorizing Seller to Enter into Agreement for Sale of

Certain Real Property in Atlanta, Georgia Subject to Higher
or Otherwise Better Bids, (B) Approving Expense
Reimbursement in Connection Therewith, (C) Approving Sale of
Real Property Free and Clear of All Interests and (D)
Granting Related Relief (the "Motion").

**Your rights may be affected.  You should read these
papers carefully and discuss them with your attorney, if you
have one in these bankruptcy cases.  (If you do not have an
attorney, you may wish to consult one.)**  Under Local
Bankruptcy Rule 9013-1, unless a written response to the
Motion is filed with the Clerk of the Court and served on
the moving party, the trustee and those parties as required
by the Order Pursuant to Bankruptcy Code Sections 102 and
105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy
Rules 2002-1 and 9013-1 Establishing Certain Notice, Case
Management and Administrative Procedures (entered on
November 13, 2008 at Docket No. 130) (the "Case Management
Order") no later than five (5) business days before the
scheduled hearing date, the Court may deem any opposition
waived, treat the Motion as conceded, and issue an order
granting the requested relief without further notice or
hearing.  If you do not want the Court to approve the
Motion, or if you want the Court to consider your views on
the Motion, then you or you attorney must:

[X]    File with the Court, either electronically or at
       the address shown below, a written response
       pursuant to Local Bankruptcy Rule 9013-1(H).  If
       you mail your response to the Court for filing,
       you must mail it early enough so the Court will
       **receive it on or before August 20, 2009 at 4:00
       p.m.**

                    Clerk of Court
                    United States Bankruptcy Court
                    701 East Broad Street, Suite 4000
                    Richmond, Virginia 23219

[X]    Pursuant to the Case Management Order, you must
       also serve a copy of any written response and
       request for hearing by the foregoing date via
       electronic mail on the following:(i) the Core
       Group, which includes the Debtors, co-counsel to
       the Debtors, the Office of the United States

Trustee, co-counsel for any committee, counsel to the agents for the Debtors' prepetition lenders, and counsel to the agents for the Debtors' postpetition lenders; (ii) the 2002 List; and (iii) those additional parties as required by the Case Management Order (all of which are defined in the Case Management Order), which can be found at www.kccllc.net/circuitcity.

[X]  Attend a hearing before the Honorable Kevin Huennekens, United States Bankruptcy Judge, **at 11:00 a.m. (Eastern) on August 27, 2009** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219.  **If you or your attorney do not attend the hearing, the Court may grant the relief requested in the Motion**.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

Dated: August 7, 2009     SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia  FLOM, LLP
                             Gregg M. Galardi, Esq.
                             Ian S. Fredericks, Esq.
                             P.O. Box 636
                             Wilmington, Delaware 19899-0636
                             (302) 651-3000

                             - and -

                             SKADDEN, ARPS, SLATE, MEAGHER &
                             FLOM, LLP
                             Chris L. Dickerson, Esq.
                             155 North Wacker Drive
                             Chicago, Illinois 60606
                             (312) 407-0700

                             - and -

                             MCGUIREWOODS LLP

                             /s/ Douglas M. Foley     .
                             Dion W. Hayes (VSB No. 34304)
                             Douglas M. Foley (VSB No. 34364)
                             One James Center
                             901 E. Cary Street
                             Richmond, Virginia 23219
                             (804) 775-1000

                             Counsel for Debtors and Debtors
                             in Possession

\9743194.1