# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**TO:**

Ashley Issac
617 South 76th Street South
Birmingham, AL 35206

**In re:**  Circuit City Stores, Inc.

**Case Number**   08–35653–KRH
**Chapter**   11

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*4392* – Motion for Relief from Stay Re: pursue a Federal Court Action Pending In The Federal Court Of The State of Alabama, Jefferson County with Notice of Hearing, filed by Ashley Isaac. Hearing scheduled 8/27/2009 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (French, Suzanne)

### REQUIREMENTS OF FORM/PROCESS:

_    All motions, unless otherwise directed by the Court and with certain exceptions, shall be accompanied by a written memorandum setting forth a concise statement of facts and supporting reasons, along with a citation of authorities. [LBR 9013–1(G)]

_    Motions for continuance shall not be granted by mere agreement of counsel but will be considered by the Court only in the presence of all counsel. [LBR 9013–1(J)]

_    Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

_    Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*

_

### MOTION FOR EXPEDITED HEARING [LBR 9013–1(N)]:

_    Not accompanied by Certification Regarding Request for Expedited Hearing*.

_

### MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:

_    Not accompanied by proof of service indicating service of motion upon parties required to be served.

_    Notice as required by LBR 4001(a)–1(C) not clearly stated or conspicuously provided in motion.

_    Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.

_

### NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:

 **X**    Official Form 20A* – Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.

_    Official Form 20B* – Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.

 **X**    Date, time and/or location omitted or incorrect in Notice of Hearing.

_    Notice of Hearing/Response not properly linked to Motion/Application/Objection

_

***A copy of the above–referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov**

Date:  August 7, 2009

CLERK, UNITED STATES BANKRUPTCY COURT

By /s/ Suzanne French, Deputy Clerk
Direct Dial Telephone No. 804–916–2419

[genchksht_Motion.jsp ver. 6/2007]

# CERTIFICATE OF NOTICE

```
District/off: 0422-7        User: frenchs            Page 1 of 1              Date Rcvd: Aug 07, 2009
Case: 08-35653              Form ID: igmotion        Total Noticed: 2

The following entities were noticed by first class mail on Aug 09, 2009.
mvnt          +Ashley Isaac,   617 South 76th Street South,   Birmingham, AL 35206-5227
8645826        Barbara O. Cararway, City Treasurer,   City of Chesapeake,   P.O. Box 16495,
               Chesapeake, VA  23328-6495

The following entities were noticed by electronic transmission.
NONE.                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 09, 2009**                    **Signature:**