| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :  Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :  1Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**SUPPLEMENTAL ORDER UNDER BANKRUPTCY CODE SECTIONS 105, 363, 365 AND 503 AND BANKRUPTCY RULES 2002 AND 6004 AUTHORIZING AND APPROVING THE SALE BY SELLER OF CERTAIN REAL PROPERTY LOCATED IN VIRGINIA BEACH, VIRGINIA FREE AND CLEAR OF LIENS AND INTERESTS**

Upon the motion of Circuit City Stores, Inc.

(collectively, the debtors and debtors in possession in the

above-captioned jointly administered cases, the "Debtors")

Debtors' Motion for Order under Bankruptcy Code Sections

105, 363 and 503 and Bankruptcy Rules 2002 and 6004 (A)

Authorizing Seller to Enter into Agreement for Sale of Certain Real Property in Virginia Beach, Virginia Subject to Higher or Otherwise Better Bids, (B) Approving Termination Fee in Connection Therewith, (C) Approving Sale of Real Property Free and Clear of All Interests and (D) Granting Related Relief (Docket No. 3819) (the "Motion"), the Court entered that certain Order Under Bankruptcy Code Sections 105, 363, 365 and 503 and Bankruptcy Rule 2002 and 6004 Authorizing and Approving The Sale By Seller Of Certain Real Property Located In Virginia Beach, Virginia Free and Clear of Liens and Interests (Docket No. 4127) (the "Sale Order"), which authorized the sale of that certain real property having an address of 110 South Independence Boulevard, Virginia Beach, Virginia (the "Property"); due to a clerical scrivener's error in the Motion and Sale Order, the Property was listed as having an address of 110 South Independence Boulevard, Virginia Beach, Virginia, which was and is already owned by an affiliate of the purchaser of the Property; and whereas the title company for the purchaser of the Property has requested a supplemental order correcting the physical address of the Property; and after due deliberation thereon, and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. For all purposes under the Sale Order, the physical address of the Property listed in the Motion, the Sale Order and the Agreement is hereby corrected to be 100 South Independence Boulevard, Virginia Beach, Virginia.

2. This Order shall be effective and enforceable immediately upon entry and shall not be stayed pursuant to Rule 6004(h).

3. The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived.

4. This Court retains exclusive jurisdiction to interpret, construe, enforce, and implement the terms and provisions of this Order

Dated:  Richmond, Virginia

_____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                              /s/ Douglas M. Foley