Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - -x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   Case No. 08-35653 (KRH)
et al.,                        :
                               :
        Debtors.               :   Jointly Administered
- - - - - - - - - - - - - - - -x
```

**SUPPLEMENTAL ORDER ON DEBTORS' TENTH OMNIBUS
<u>OBJECTION TO CERTAIN DUPLICATE CLAIMS</u>**

THIS MATTER having come before the Court on the Debtors' Tenth Omnibus Objection to Certain Duplicate Claims (the "Objection"), and it appearing that due and proper notice and service of the Objection has been given in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good and sufficient and that no other further

notice or service of the Objection need be given; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. Notwithstanding the Order on Debtor's Tenth Omnibus Objection to Certain Duplicate Claims entered on July 20, 2009 (Docket No. 4172), the Objection to the claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein, is withdrawn and the claims identified on <u>Exhibit A</u> are not disallowed; <u>provided</u>, <u>however</u>, that the Debtors' rights and abilities to object to the claims on any grounds and bases are hereby preserved in their entirety.

2. The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases are hereby preserved in their entirety.

3. To the extent that this order conflicts with the Order on Debtor's Tenth Omnibus Objection to Certain Duplicate Claims entered on July 20, 2009 (Docket No. 4172), this order shall control.

2

4.   The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
       August __, 2009

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                        _/s/ Douglas M. Foley_____
                                        Douglas M. Foley

In re: Circuit City Stores, Inc., et al.
Case No. 08-35653-KRH

Debtors' Tenth Omnibus Objection to Claims  Supplemental Order - (Withdraw Certain Duplicate Claims)

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CATELLUS OPERATING LIMITED PARTNERSHIP A DELAWARE LIMITED PARTNERSHIP<br>EDWARD J TREDINNICK ESQ<br>GREENE RADOVSKY MALONEY SHARE & HENNICK LLP<br>FOUR EMBARCADERO CENTER<br>40TH FL<br>SAN FRANCISCO, CA 94111 | 7933 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $1,903,434.65<br>Total: $1,903,434.65 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| COTTONWOOD CORNERS PHASE V LLC<br>C O SHEILA DELA CRUZ ESQ<br>HIRSCHLER FLEISHER PC<br>PO BOX 500<br>RICHMOND, VA 23218-0500 | 12337 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $892,465.98<br>Total: $892,465.98 | 04/22/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| GREENBACK ASSOCIATES<br>ATTN NANCY HOTCHKISS<br>TRAINOR FAIRBROOK<br>980 FULTON AVE<br>SACRAMENTO, CA 95825 | 12871 | Secured:<br>Priority:<br>Administrative: $60,831.93<br>503(b)(9):<br>Unsecured:<br>Total: $60,831.93 | 04/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| GREENBACK ASSOCIATES<br>ATTN NANCY HOTCHKISS<br>TRAINOR FAIRBROOK<br>980 FULTON AVE<br>SACRAMENTO, CA 95825 | 12681 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $737,801.12<br>Total: $737,801.12 | 04/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| HIP STEPHANIE LLC<br>C O CHRISTINE COERS MITCHELL<br>COERS MITCHELL LAW LLC<br>1631 NE BROADWAY NO 539<br>PORTLAND, OR 97232 | 12366 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $683,730.94<br>Total: $683,730.94 | 04/24/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |

\*    "UNL" denotes an unliquidated claim.

Page 1 of 2

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Tenth Omnibus Objection to Claims  Supplemental Order -  
(Withdraw Certain Duplicate Claims)

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JANTZEN DYNAMIC CORPORATION<br>ATTN BRETT BERLIN ESQ<br>JONES DAY<br>1420 PEACHTREE ST NE STE 800<br>ATLANTA, GA 30309 | 12610 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>$266,633.75<br>$266,633.75 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| S W ALBUQUERQUE LP<br>ATTN JENNY J HYUN ESQ<br>C O WEINGARTEN REALTY INVESTORS<br>2600 CITADEL PLZ DR STE 125<br>HOUSTON, TX 77008 | 12740 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>$969,312.29<br>$969,312.29 | 04/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| SPRING HILL DEVELOPMENT PARTNERS GP DICKSON MANAGEMENT ASSOCIATES LLC GALLATIN MANAGEMENT ASSOCIATES LLC<br>ATTN SHEILA DELA CRUZ ESQ<br>C O HIRSCHLER FLEISCHER PC<br>PO BOX 500<br>RICHMOND, VA 23218-0500 | 3853 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>$348,060.75<br>$348,060.75 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:    8    $5,862,271.41

\*    "UNL" denotes an unliquidated claim.

Page 2 of 2