**VIRGINIA:**

FILED
2009 AUG -7 AM 11: 45
RICHMOND DIVISION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**DEBORAH J. KOENEMAN,**
           **Plaintiff,**

**Chapter 11**

v.

**Case No.: 08-35653 (KRH)**

**In re:**

**CIRCUIT CITY STORES, INC.**
**et al.,**
           **Debtors.**        **Jointly Administered**

### RESPONSE TO NOTICE OF DEBTORS' TWENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (Disallowance of Certain claims for Paid Time off)

PLEASE TAKE NOTICE that I, Deborah J. Koeneman oppose this objection in that the company policy had been that any accrued paid time off ("PTO") would be "cashed out" at the end of one's employment. However, prior to the end of my employment, I was denied the ability to use the PTO that I accrued. My supervisor, Sherry Hicks, told me that I could not take any time off as the company needed me to help the Music Payable Department run smoothly and that if I was unable to use the PTO, I would be "cashed out." The subsequent change of the company policy on the eve of their Bankruptcy petition to deny the "cashing out" of PTO is not only deceitful but fraudulently duped myself and others out of our rightly earned vacation. To deny payment of accrued PTO that was unused at the end of my employment will amount to a windfall for Circuit City and their many creditors at the expense of myself and Circuit

1

City's many former employees who can scarcely afford to forego what little sums we are seeking.

Therefore I, Deborah J. Koeneman deserve the same respect and wages coming to me, as that was given to other employees including Supervisor, Managers and Corporate Executives that received a bonus to finalize closing the Circuit City Stores.

Respectfully submitted,

Deborah J. Koeneman    8/7/09
9321 Totopotomoy Trail
Ashland, Virginia 23005
Telephone: (804) 550-0056