UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



In Re:　　　　　　　　　　　　　　　　CASE NO. 11

CIRCUIT CITY STORES, INC.,　　　　　　CHAPTER 08-35653 (KRH)

et al.,　　　　　　　　　　　　　　　　Jointly Administered

　　　Debtors

# Robert Conat's Response to Debtor in Possession's Objection (in Debtor's 25th Omnibus Objection) to Robert Conat's Priority Claim

Robert Conat responds to Debtor's objection (in Debtor's 25th Omnibus Objection) (to Robert Conat's filed Proof of [priority] Claim as follows:

1. I am Robert Conant. My address is:

　　Robert Conat
　　313 Spinnaker
　　Lansing, Michigan 48917

　　My phone number is (810) 730-0266

2. I was an employee of Debtor during the 180 day period before Debtor's Relief Date.

3. My $755.16 claim is a Bankruptcy Code § 507 (a) Class (4) priority claim, because it was earned by me within 180 days before Debtor's Relief Date, as:

"(A) Wages, salaries or commissions, including vacation severance and sick leave pay earned by an individual . . ." [Quoting Bankruptcy Code § 507 (a) (4)(A)]

4. My $755.16 claim is valid and allowable as a priority claim under Bankruptcy Code § 507 (a) (4) (A).

5. Debtor's objection (in Debtor's 25th Omnibus Objection) to my $755.16 priority claim should be overruled, because my underlying claim is allowable and has priority under Bankruptcy Code § 507 (a) (4)(A).

6. My statements in this paper are declared by me to be "a declaration by a person with personal knowledge of the relevant facts that support [my] Response."

Dated: __8-1__, 2009

Robert Conat
313 Spinnaker
Lansing, Michigan 48917