IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



In re:

CIRCUIT CITY STORES, INC.,
et al.,

          Debtors.

Chapter 11
Case No. 08-35653 (KRH)

Jointly Administered

## NOTICE OF DEBTOR' TWENTY – SIXTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN CLAIMS FOR PAID TIME OFF)

In the Matter of JAMES HARVEY MARTIN –
Accrued EARNED Paid Time Off
As stipulated as a compensation of employment by the above mentioned Debtor.

The Honorable Kevin R. Huennekens;

If it may please the Court, it is my belief that the Debtor has the responsibility to honor the payment of my promised benefit for Paid Time Off during my tenure with Circuit City. I voluntarily resigned my position in early December 2008. Neither the Company nor the Management made any attempt to inform me that I would not be eligible to receive the Paid Time Off that I had accumulated through diligent hard work. My first indication was when it did not appear on my final paycheck.

I object to the idea that an entity of this magnitude is able to ask to be relieved from this type of responsibility and yet continue to operate, regroup and prosper while the individuals who sacrificed to better their Company are penalized.

It seems to me that the situation should be reversed. Instead of the Conglomerates using Lawyers to find a way to manipulate their funds and perhaps even hide behind the laws intended for the common person, the individual's rights and benefits should be considered relevant as well as honored.

Thank you for your time and consideration,

James Harvey Martin
August 4, 2009