August 4, 2009

To: Clerk of the Bankruptcy Court
   United States Bankruptcy Court
   701 East Broad St. – Room 4000
   Richmond, Va. 23219
Case # 08-35653 KRH – Chapter 11

```
    RICHMOND DIVISION
    FILED
    AUG  7 2009
    CLERK
    U.S. BANKRUPTCY COURT
```

In The United States Bankruptcy Court
For The Eastern District of Virginia
Richmond Division
In Re : Circuit City, Inc, et al., Debtors

Re : Suzanne Laxson, P.O. Box 621, Franktown, Co. 80116, 720-987-7086
Claim # 4424
Asserted Claim Amount - $782,28
Classification : Priority

This is my formal response to the " Notice of Debtors' Twenty-Fifth Omnibus Objection To Claims (Disallowance of Certain Claims For Paid Time Off)" filed by Circuit City on 4-1-09, 08-35653, Doc. 2881, PRF 17206.

My claim for $782.28 is for paid time off/holiday & vacation time. At Circuit City we were not paid as Holidays occurred, it was added to our PTO.

I feel I earned my vacation and Holiday pay and should be compensated.

When we were first told about the store closings and lay offs, we had a private meeting with our Store Director, Jamie White(cell # 208-521-5871).. I asked her about the PTO pay and she said we would be compensated.

Later, after the Bankruptcy was filed, I discussed the PTO with another member of management. I spoke with Shawn Ragsdale(cell# 214-642-2981), a Regional Representative for our store. He also assured me that I would receive my PTO compensation.

At no time, were we told that we might not receive our PTO pay. If I had known I might not get paid, I would have taken time off while I was still employed. I was a very loyal employee and stayed to the very end to help close the store. I feel I deserve to receive what is owed to me.

I am still trying to recover from being laid off. I cannot afford an attorney. This letter is what I am submitting to the Omnibus Objection. I hope I can get my money.

Thank You.

Sincerely,

*Suzanne Laxson*

Suzanne Laxson

CC : Skadden, Arps, Slate, Meagher
& Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, De. 19899-0636
Attn: Gregg M. Galardi
Attn : Ian S. Fredericks

CC : McGuirewoods LLP
One James Center
901 E. Carey St.
Richmond, Va. 23219
Attn : Dion W. Hayes
Attn: Douglas M. Foley

CC : Skadden, Arps, Slate, Meagher
& Flom, LLP
155 N Wacker Dr.
Chicago, Ill. 60606
Attn : Chris L. Dickerson