In the United States Bankruptcy Court
for the Eastern District of Virginia
Richmond Division

In re:
   Circuit City Stores, Inc.
   Et. Al.

   Debtors

RICH... ...DIVISION
F                          F
I        AUG   7 2009      I
L                          L
E                          E
D           ...ERK         D
U.S. ...... ..PTCY COURT

Chapter 11
Case No. 08-35653 (KRH)
Jointly Administered

Jason Lee Binkley
Request for payment of accrued paid leave in the amount of $ 422.72 earned through
approximately 6 months of employment.

I Jason L. Binkley, respectfully ask that the court overrule the prior decision of the court
in Case No.08-35653.In re Circuit City Stores, Inc. ,et al. as it pertains to claim 7966.
This claim involves a promise of paid time accrued through work starting at the opening
of Circuit City in Spring Hill Tennessee through it closure in December 2008. Payment
was earned through hard work and dedication to the company and should be paid
accordingly, especially since finding new employment is proving very difficult and the
money is very much needed to make ends meet. Enclosed is all the evidence in my
possession of the claim, along with a declaration from the former general manager of the
store who has personal knowledge of the claim. I thank the court for its time and
attention.

Respectfully Submitted

*Jason Lee Binkley*

Jason L. Binkley

3091 Verona Caney Rd.
Lewisburg, TN 37091
(931) 580 4764
Bear90_2000@yahoo.com

**B 10 (Official Form 10) (12/07)**

UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA    **PROOF OF CLAIM**

| Debtor against which claim is asserted :  (Check only _one_ box below) | | |
|---|---|---|
| ☒ Circuit City Stores, Inc. (Case No. 08-35653) | CC Distribution Company of Virginia, Inc. (Case No. ...) | ... ... ... ... Inc. (Case No. 08-35665) |
| Circuit City Stores West Coast, Inc. (Case No. 08-35654) | Circuit City Stores PR, LLC (Case No. 08-35660) | ... ... ... LLC (Case No. 08-35666) |
| InterTAN, Inc. (Case No. 08-35655) | Circuit City Properties, LLC (Case No. 08-35661) | ... ... ... Inc. (Case No. 08-35667) |
| Ventoux International, Inc. (Case No. 08-35656) | Orbyx Electronics, LLC (Case No. 08-35662) | ... ... ... (Case No. 08-35668) |
| Circuit City Purchasing Company, LLC (Case No. 08-35657) | Kinzer Technology, LLC (Case No. 08-35663) | XSStuff, LLC (Case No. 08-35669) |
| CC Aviation, LLC (Case No. 08-35658) | Courchevel, LLC (Case No. 08-35664) | PRAHS, INC. (Case No. 08-35670) |

NOTE: *This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>**BINKLEY, JASON LEE** | Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:    NameID: 4966934    PackID: 346527<br><br>    BINKLEY, JASON LEE<br>    3091 VERONA CANEY RD<br>    LEWISBURG TN 37091<br>    Telephone number: ... | **Court Claim Number:**<br>_(if known)_<br><br>Filed on: |
| Name and address where payment should be sent (if different from above):<br><br><br>    Telephone number: ... | Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>Check this box if you are the debtor or trustee in this case. |
| **1. Amount of Claim as of Date Case Filed:**    $ _722.72_<br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br>If all or part of your claim is entitled to priority, complete item 5.<br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br>Specify the priority of the claim. |
| **2. Basis for Claim:**  _Pre Earned_<br>(See instruction #2 on reverse side.) | ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). |
| **3. Last four digits of any number by which creditor identifies debtor:** ____<br>    3a.  **Debtor may have scheduled account as:** _____<br>    (See instruction #3a on reverse side.) | ☒ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4). |
| **4. Secured Claim (See instruction #4 on reverse side.)**<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br>**Describe:**<br><br>**Value of Property:** $_____  **Annual Interest Rate** ___%<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br>if any: $_____  **Basis for perfection:** _____<br><br>**Amount of Secured Claim:** $_____  **Amount Unsecured:** $_____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).<br><br>☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br>*If the documents are not available, please explain:* | **Amount entitled to priority:**<br>$ _421.72_<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |
| **Date:** _1/13/09_ | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>_Jason Binkley_ | **FOR COURT USE ONLY** |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

MasterCode: 10040026



0835653081218074128184282

| HOURS AND EARNINGS | | | | | | | TAXES | | |

| | Current | | | YTD | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | | Current | YTD |
| Regular Hourly | 10.550000 | 15.84 | 188.86 | 15.84 | 188.86 | Fed Withholding | | 24.12 | 24.12 |
| | | | | | | Fed MED EE | | 4.83 | 4.83 |
| | | | | | | Fed OASDI EE | | 19.66 | 19.66 |
| Total | | 15.84 | 188.86 | 15.84 | 188.86 | Total: | | 48.61 | 48.61 |

| BEFORE TAX DEDUCTIONS | | | AFTER TAX DEDUCTIONS | | | PTO Plan | |
|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | | |
| Employee Dental | 6.78 | 6.78 | | | | PY PTO | |
| Employee Medical | 48.92 | 48.92 | | | | Earned | 0.00 |
| | | | | | | Taken | 0.00 |
| | | | | | | Balance | 0.00 |
| | | | | | | Current PTO | |
| | | | | | | Earned | 56.96 |
| | | | | | | Taken | 38.00 |
| | | | | | | Balance | 18.96 |

Remaining PTO

| | | | | | | IMPUTED INCOME | |
| Total | 55.70 | 55.70 | Total | 0.00 | 0.00 | Current | 0.00 |
| | | | | | | YTD | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 188.86 | 133.16 | 48.61 | 55.70 | 284.55 |
| YTD | 188.86 | 133.16 | 48.61 | 55.70 | 284.55 |

MESSAGE  VERIFY YOUR PERSONAL INFO FOR 2007 W2 ACCURACY

August 3, 2009

Robert Moelter
4025 Oakwood Dr Apt 214
Chattanooga, TN 37416



To whom it may concern,

  I am the former Store Director for Circuit City Store #3823, previously located in Spring Hill, TN.  I am writing this letter to support the claims of one of my former employees, Jason Binkley.  Jason was a full-time member of my Product Flow Team from June 2008 through December 2008.

  At the time of the end of his employment with Circuit City, Jason had a total 38.96 hours of unused Paid Time Off (PTO).  Under normal circumstances, Jason would have been allowed to use his PTO during the course of his employment; however, our store was one of the first to close under Circuit City's restructuring and eventual bankruptcy.  On Sunday, Nov 2, 2008, Circuit City announced that our store would be closing.  Our store was immediately turned over to a liquidation company, and none of the employees were allowed to use any of their PTO once the liquidator took over operations.  As a result, Jason ended his career at Circuit City with a balance of 38.96 hours of unused, and unpaid, PTO.

  If you have any questions pertaining to this matter, please feel free to contact me. I can be reached at 423-290-1882.

Sincerely,

Robert Moelter