IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| CIRCUIT CITY STORES, INC., | x | Chapter 11 |
| et al., | x | Case No.    **08-35653 (KRH)** |
| | x | Claim No.    **8198** |
| Debtors. | x | Amount Claimed    $1137.87 |

**DEBTORS' TWENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN CLAIMS FOR PAID TIME OFF)**

Subject: Objection to Disallowance for Paid Time Off

I, George H. Burns, earned, as part of the conditions of my employment with CIRCUIT CITY STORES, INC., Paid Time Off (PTO). This Paid Time Off had to be earned first and was to be paid afterward as a vacation bank. I was not allowed to take this PTO from November 2008 (no time off during holiday shopping season) to the final date of closing of the store (all employees required during store closing period) in which I worked. By their rules I was not allowed to take any time off during this period. This is my time bank and I submit that it was already earned by me and should be turned over to me.

As all claims had to be sent in by a specific date, the amount claimed is less than shown on the included copy of a direct deposit paycheck statement dated **03/19/2009**. This document clearly shows that I was earning **$13.00** per hour and had **120.61** hours of PTO earned. That means $1567.93 of earnings in my vacation bank. I am assuming that the amount claimed in the filing I received of **$1137.87** is after taxes or before additional PTO was earned and may not reflect additional hours earned as a CIRCUIT CITY STORES, INC. employee after the initial filing date.

I, George H. Burns, am residing at 11110 Woodmeadow Parkway #1405, Dallas, TX, 75228, telephone # 972-681-8154, object to this disallowance of my claim for Paid Time Off. This Objection should be rejected and my back pay (earned paid time off) should be forwarded to me without further delay.

George H. Burns

*/s/ George H. Burns*    Date: 3 Aug 2009

11110 Woodmeadow Parkway #1405
Dallas, TX, 75228

Telephone # 972-681-8154



# CIRCUIT CITY PAYROLL

PO BOX 563986
CHARLOTTE, NC 28256-3986
1-800-288-6353

| | |
|---|---|
| Pay Group: | HLF  EC Hourly |
| Business Unit: | USANE |
| Employee ID: | 10416640 |
| Department: | 352200 TX Garland |
| Location: | TX Garland |

| | |
|---|---|
| Pay Begin Date: | 02/26/2009 |
| Pay End Date: | 03/11/2009 |
| Advice #: | 3334658 |
| Advice Date: | 03/19/2009 |

**TAX DATA:** Federal / TX State
Marital Status: Single / Not applicable
Allowances: 0 / 0
Addl. Pct:
Addl. Amt:

GEORGE HAROLD BURNS
1110 Woodmeadow Parkway
# 1405
Dallas, TX 75228-0000

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Hourly | 13.000000 | 24.00 | 312.00 | 451.00 | 5,774.01 |
| Paid Time Off | | 0.00 | 0.00 | 2.50 | 31.25 |
| Total: | | 24.00 | 312.00 | 453.50 | 5,805.26 |

## BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Employee Dental | 0.00 | 47.46 |
| Employee Medical | 0.00 | 344.60 |
| Total: | 0.00 | 392.06 |

## AFTER TAX DEDUCTIONS

| Description | Current |
|---|---|
| Supplemental Life Insurance | 0.00 |
| Long Term Disability | 0.00 |
| Dental ATAX Retro Ded | 0.00 |
| Medical ATAX Retro Ded | 0.00 |
| Total: | 0.00 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 21.01 | 14.30 |
| Fed MED/EE | 4.52 | 31.02 |
| Fed OASDI/EE | 19.35 | 6.78 |
| | | 48.92 |
| | 44.88 | 101.02 |

## PTO Plan

| | Current | YTD |
|---|---|---|
| PY PTO Earned | | 0.00 |
| Taken | | 0.00 |
| Balance | | 0.00 |
| Current PTO Earned | 153.11 | |
| Taken | 32.50 | |
| Balance | 120.61 | |
| IMPUTED INCOME | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 312.00 | 312.00 | 44.88 | 0.00 | 267.12 |
| YTD: | 5,805.26 | 5,413.20 | 1,019.14 | 493.08 | 4,293.04 |

YTD: 605.03 / 78.49 / 335.62 / 1,019.14

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER-THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE WHEN CHECKING THE ENDORSEMENT

MESSAGE  VERIFY YOUR PERSONAL INFO FOR 2007 W2 ACCURACY    ▼ FOLD AND TEAR HERE ▼

CIRCUIT CITY PAYROLL
PO BOX 563986
CHARLOTTE, NC 28256-3986
1-800-288-6353

Date: 03/19/2009

Advice No. 3334658