Kevin A. Lake, Esquire (VSB#34286)
VANDEVENTER BLACK LLP
Eighth & Main Building
707 E. Main Street, Suite 1700
P.O. Box 1558
Richmond, VA 23218-1558
Tel: 804.237.8811
Fax: 804.3l47.8801
klake@vanblk.com

Judge: Kevin Huennekens
Chapter: 11
Hearing Location: Richmond, Virginia
Hearing Date: August 18, 2009
Hearing Time: 2:00 p.m.
Response Date: August 10, 2009 (4:00 pml)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

| In re:<br>CIRCUIT CITY STORES, INC., ET AL.,<br>Debtors | Cause No. 08-35653 (KRH)<br>Chapter **Error! Reference source not found.**<br><br>CATAWBA COUNTY NORTH CAROLINA RESPONSE TO CLAIM OBJECTION AND REQUEST FOR HEARING THEREON (24TH AND 27TH OMNIBUS CLAIM OBJECTIONS) |
|---|---|

## 1) Relief Requested

Catawba County requests that this Court deny the debtor's objection to the County's claims and schedule a hearing thereon. Its proof of claim is prima facie evidence that is owed the amounts set forth therein and the burden is upon the Debtor to adduce evidence that it should be disallowed.

Dated this 10th day of August, 2009

Respectfully Submitted,

Dated: August 10, 2009                **VANDEVENTER BLACK LLP**

/s/ Kevin A. Lake
Kevin A. Lake
Eighth & Main Building

707 E. Main Street, Suite 1700
P.O. Box 1558
Richmond, VA  23218-1558
Tel: 804.237.8811
Fax: 804.3l47.8801
klake@vanblk.com

Anne Marie Pease
Deputy Co. Attorney
PO Box 389
Newton, NC 28658
(828)465-8206

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Response to Debtor's Twenty-fourth and Twenty-seventh Omnibus Objections to Claims to all parties receiving notice via ECF on August 10, 2009.

/s/  Kevin A. Lake
Kevin A. Lake