2401 South 35th Street Rm 142
(253)798-6111
(800)992-2456 (outside local area, WA only)

2009 Tax Information
CIRCUIT CITY #3736
9950 MAYLAND DR
RICHMOND VA 23233-1463

Printed: 3/2/2009    1200055784

Printed By: ARICHAR

| Tax Property Description | |
|---|---|
| Parcel Location: | 3500 S MERIDIAN |
| TAX AREA CODE: | 090 |

| GENERAL TAX DISTRIBUTION | |
|---|---|
| THE 1% LIMIT HAS BEEN APPLIED | |
| City | $1,368.38 |
| Conservation Futures | $19.97 |
| County Tax | $533.61 |
| Local School | $2,156.55 |
| Port | $93.60 |
| State of Washington | $1,035.72 |
| TOTAL GENERAL TAX DISTRIBUTION: | $5,207.83 |

$2,488.85 OF THE GENERAL TAX WAS APPROVED BY VOTERS

| VALUE INFORMATION FOR 2009 TAX | |
|---|---|
| LAND: | $0 |
| IMPROVEMENTS: | $0 |
| TOTAL MARKET: | $511,880 |
| SENIOR FROZEN VALUE: | |
| QUALIFYING EXEMPTIONS: | |
| | |
| TOTAL TAXABLE VALUE: | $511,880 |
| GENERAL LEVY RATE PER $1000 OF VALUE: | 10.1739 |
| CALCULATED GENERAL TAX: | $5,207.83 |

GENERAL PROPERTY TAX =
TOTAL TAXABLE VALUE / 1000 x LEVY RATE

TAX REDUCTION: If your property is damaged or destroyed, you may be eligible for reduced assessed value for taxes payable in the year that the loss occurred.

For further information regarding possible tax reductions and exemptions, please call (253)798-6111, or go to www.piercecountywa.org/atr.

| 2009 Taxes | |
|---|---|
| GENERAL PROPERTY TAX | $5,207.83 |
| ASSESSMENTS / CHARGES | |
| | |
| 2009 ORIGINAL TAX AMOUNT DUE: | $5,207.83 |

...... DELINQUENCY DUE SECTION ......

| | TAXES | INT/PEN TO MAR 31 | TOTAL |
|---|---|---|---|
| 2009 | | $0.00 | $0.00 |
| Total Delinquencies Due: | | | $0.00 |
| TOTAL AMOUNT BILLED FOR THE YEAR 2009: | | | $5,207.83 |

---



**2009 SECOND HALF PAYMENT**
Parcel Number: 1200055784

PAY OR POSTMARK BY
NOVEMBER 2, 2009

| TAX AREA CODE: | 090 | | Enter Amount Enclosed ▶ | $ |
|---|---|---|---|---|
| PARCEL LOCATION: | | | | |
| DELINQUENT PAYMENTS RECEIVED WITHOUT INTEREST AND PENALTIES WILL BE RETURNED. (253) 798-6111. | INTEREST DATE: 3/2/2009 | 2009 2nd Half Tax Amount Due | | $2,603.92 |

Place stub this side up in envelope so address shows through window.

1200055784
CIRCUIT CITY #3736
9950 MAYLAND DR
RICHMOND VA 23233-1463

Make Checks Payable To:

PIERCE COUNTY BUDGET & FINANCE
P.O. BOX 11621
TACOMA, WA 98411-6621

0  0000260392  1200055784  6

---



**2009 FIRST HALF PAYMENT**
Parcel Number: 1200055784

PAY OR POSTMARK BY
MARCH 31, 2009

| TAX AREA CODE: | 090 | | Enter Amount Enclosed ▶ | $ |
|---|---|---|---|---|
| PARCEL LOCATION: | | | | |
| DELINQUENT PAYMENTS RECEIVED WITHOUT INTEREST AND PENALTIES WILL BE RETURNED (253) 798-6111. | INTEREST DATE: 3/2/2009 | Please pay one of the amounts below: | | |
| | | Prior Years Plus 2009 Half Amount | | |
| | | 2009 Full Tax Amount | | $5,207.83 |
| | | 2009 Half Tax Amount | | $2,603.91 |

Place stub this side up in envelope so address shows through window.

1200055784
CIRCUIT CITY #3736
9950 MAYLAND DR
RICHMOND VA 23233-1463

Make Checks Payable To:

PIERCE COUNTY BUDGET & FINANCE
P.O. BOX 11621
TACOMA, WA 98411-6621

0  0000260391  1200055784  9

UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM

Debtor against which claim is asserted: (Check only one box below:)

- ☑ Circuit City Stores, Inc. (Case No. 08-35653)
- ☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
- ☐ InterTAN, Inc. (Case No. 08-35655)
- ☐ Ventoux International, Inc. (Case No. 08-35656)
- ☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)
- ☐ CC Aviation, LLC (Case No. 08-35658)
- ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
- ☐ Circuit City Stores PR, LLC (Case No. 08-35660)
- ☐ Circuit City Properties, LLC (Case No. 08-35661)
- ☐ Orbyx Electronics, LLC (Case No. 08-35662)
- ☐ Kinzer Technology, LLC (Case No. 08-35663)
- ☐ Courchevel, LLC (Case No. 08-35664)
- ☐ Abbott Advertising, Inc. (Case No. 08-35665)
- ☐ Mayland MN, LLC (Case No. 08-35666)
- ☐ Patapsco Designs, Inc. (Case No. 08-35667)
- ☐ Sky Venture Corporation (Case No. 08-35668)
- ☐ XSStuff, LLC (Case No. 08-35669)
- ☐ PRAHS, INC. (Case No. 08-35670)

NOTE: *This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
PIERCE COUNTY BUDGET & FINANCE

☐ Check this box to indicate that this claim amends a previously filed claim.

**Name and address where notices should be sent:**
NameID: 4585923    PackID: 265402

PIERCE COUNTY BUDGET & FINANCE
PO BOX 11621
TACOMA WA 98411-6621

Telephone number: 253-798-7458

Court Claim Number: _____
(If known)

Filed on: _____

**Name and address where payment should be sent (if different from above):**

COPY

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 5207.83

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Property Tax
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 1200055784

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☑ Other
Describe:
**Value of Property:** $ 511880  **Annual Interest Rate** 12 %  Personal Property

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $ _____   **Basis for perfection:** Statutory Lien

**Amount of Secured Claim:** $ 5207.83  **Amount Unsecured:** $ RCW 84.60.010 + .020

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**Date:** 3-2-09

**Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Allen /s/ Allen Richardson Field Agent

RECEIVED MAR 06 2009 KURTZMAN CARSON CONSULTANTS

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



0835653081208144823030275

2401 South 35th Street Rm 142
Tacoma, WA 98409-7493
(253)798-6111
(800)992-2456 (outside local area, WA only)

Printed: 3/2/2009     2097003410

2009 Tax Information
CIRCUIT CITY STORES INC #3321
TAX DEPT
PO BOX 42304
RICHMOND VA 23242-2304
Printed By: ARICHAR

### Tax Property Description

| | |
|---|---|
| Parcel Location: | 4124 TACOMA MALL BLVD |
| TAX AREA CODE: | 005 |

### VALUE INFORMATION FOR 2009 TAX

| | |
|---|---|
| LAND: | $0 |
| IMPROVEMENTS: | $0 |
| TOTAL MARKET: | $104,562 |
| SENIOR FROZEN VALUE: | |
| QUALIFYING EXEMPTIONS: | |

| | |
|---|---|
| TOTAL TAXABLE VALUE: | $104,562 |
| GENERAL LEVY RATE PER $1000 OF VALUE: | 11.6206 |
| CALCULATED GENERAL TAX: | $1,215.07 |

GENERAL PROPERTY TAX = TOTAL TAXABLE VALUE / 1000 x LEVY RATE

TAX REDUCTION: If your property is damaged or destroyed, you may be eligible for reduced assessed value for taxes payable in the year that the loss occurred.

For further information regarding possible tax reductions and exemptions, please call (253)798-6111, or go to www.piercecountywa.org/atr.

### GENERAL TAX DISTRIBUTION

THE 1% LIMIT HAS BEEN APPLIED

| | |
|---|---|
| City | $293.89 |
| Conservation Futures | $4.08 |
| County Tax | $109.00 |
| Local School | $502.10 |
| Metro Parks | $75.32 |
| Port | $19.12 |
| State of Washington | $211.56 |
| TOTAL GENERAL TAX DISTRIBUTION: | $1,215.07 |

$591.81 OF THE GENERAL TAX WAS APPROVED BY VOTERS

| 2009 Taxes | |
|---|---|
| GENERAL PROPERTY TAX | $1,215.07 |
| ASSESSMENTS / CHARGES | |

| | |
|---|---|
| 2009 ORIGINAL TAX AMOUNT DUE: | $1,215.07 |

...... DELINQUENCY DUE SECTION ......

| | TAXES | INT/PEN TO MAR 31 | TOTAL |
|---|---|---|---|
| 2009 | | $0.00 | $0.00 |
| Total Delinquencies Due: | | | $0.00 |
| TOTAL AMOUNT BILLED FOR THE YEAR 2009: | | | $1,215.07 |

---

**2009 SECOND HALF PAYMENT**
Parcel Number: 2097003410

PAY OR POSTMARK BY
NOVEMBER 2, 2009

| TAX AREA CODE: 005 | | Enter Amount Enclosed ▶ $ | |
|---|---|---|---|
| PARCEL LOCATION: | | | |
| DELINQUENT PAYMENTS RECEIVED WITHOUT INTEREST AND PENALTIES WILL BE RETURNED. (253) 798-6111. | INTEREST DATE: 3/2/2009 | 2009 2nd Half Tax Amount Due | $607.54 |

Place stub this side up in envelope so address shows through window.
Make Checks Payable To:

2097003410
CIRCUIT CITY STORES INC #3321
TAX DEPT /JAMES E KING
PO BOX 42304
RICHMOND VA 23242-2304

PIERCE COUNTY BUDGET & FINANCE
P.O. BOX 11621
TACOMA, WA 98411-6621

0 0000060754 2097003410 0

---

**2009 FIRST HALF PAYMENT**
Parcel Number: 2097003410

PAY OR POSTMARK BY
MARCH 31, 2009

| TAX AREA CODE: 005 | | Enter Amount Enclosed ▶ $ | |
|---|---|---|---|
| PARCEL LOCATION: | | | |
| DELINQUENT PAYMENTS RECEIVED WITHOUT INTEREST AND PENALTIES WILL BE RETURNED (253) 798-6111. | INTEREST DATE: 3/2/2009 | Please pay one of the amounts below: | |
| | | Prior Years Plus 2009 Half Amount | |
| | | 2009 Full Tax Amount | $1,215.07 |
| | | 2009 Half Tax Amount | $607.53 |

Place stub this side up in envelope so address shows through window.
Make Checks Payable To:

2097003410
CIRCUIT CITY STORES INC #3321
TAX DEPT /JAMES E KING
PO BOX 42304
RICHMOND VA 23242-2304

PIERCE COUNTY BUDGET & FINANCE
P.O. BOX 11621
TACOMA, WA 98411-6621

0 0000060753 2097003410 3

**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA** — PROOF OF CLAIM

Debtor against which claim is asserted: (Check only one box below):

- ☒ Circuit City Stores, Inc. (Case No. 08-35653)
- ☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
- ☐ InterTAN, Inc. (Case No. 08-35655)
- ☐ Ventoux International, Inc. (Case No. 08-35656)
- ☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)
- ☐ CC Aviation, LLC (Case No. 08-35658)
- ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
- ☐ Circuit City Stores PR, LLC (Case No. 08-35660)
- ☐ Circuit City Properties, LLC (Case No. 08-35661)
- ☐ Orbyx Electronics, LLC (Case No. 08-35662)
- ☐ Kinzer Technology, LLC (Case No. 08-35663)
- ☐ Courchevel, LLC (Case No. 08-35664)
- ☐ Abbott Advenising, Inc. (Case No. 08-35665)
- ☐ Mayland MN, LLC (Case No. 08-35666)
- ☐ Patapsco Designs, Inc. (Case No. 08-35667)
- ☐ Sky Venture Corporation (Case No. 08-35668)
- ☐ XSStuff, LLC (Case No. 08-35669)
- ☐ PRAHS, INC. (Case No. 08-35670)

NOTE: This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**PIERCE COUNTY BUDGET & FINANCE**

Name and address where notices should be sent:    NameID: 4585923    PackID: 265402

PIERCE COUNTY BUDGET & FINANCE
PO BOX 11621
TACOMA WA 98411-6621

Telephone number: 253-798-7458

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

**COPY**

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $1215.07

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: Property Tax
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 2097003410

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☒ Other
Describe: Personal Property
Value of Property: $104562   Annual Interest Rate 12%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____
Basis for perfection: Statutory Lien

Amount of Secured Claim: $1215.07   Amount Unsecured: $ RCW 84.60.010 + .020

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority:

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.


RECEIVED
MAR 06 2009
KURTZMAN CARSON CONSULTANTS

Date: 3-2-09

Signature: the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Allen Richardson Field Agent*

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FOR COURT USE ONLY

0835653081208144823030275