## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653 (KRH) |
| et al., | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## RESPONSE TO THE DEBTORS' TWENTY-FOURTH
## OMNIBUS OBJECTION TO CLAIMS
## (DISALLOWANCE OF CERTAIN REAL ESTATE TAX CLAIMS ON REAL
## PROPERTY IN WHICH THE DEBTORS LEASED THE REAL PROPERTY)

**COMES NOW**, Escambia County Tax Collector ("Escambia County"), by counsel and for its Response to Debtor's Twenty-Fourth Omnibus Objection to Claims states as follows:

1.     Escambia County filed Claim No. 1624 (the "Claim") in the above referenced matter prior to the bar date set by this Court.

2.     The Claim asserts Escambia County's claim for pre-petition personal property taxes which were accessed under Florida law.

3.     Under Florida law, the personal property taxes constituted a first priority lien against the Debtor's personal property.

4.     Under the Bankruptcy Code, Escambia County's claim constitutes a secured priority claim.

5.     Upon information and belief, the Debtors sold or otherwise disposed of the personal property subject to the Escambia County's lien.   Pursuant to this Court's prior orders, Escambia County's lien transferred to the proceeds of such sales.

6.      The Debtor has objected to the Claim on the basis that the Claim is a claim for taxes assessed against real property.  Such objection misconstrues the nature of the Claim and should be overruled.

WHEREFORE, Escambia County requests that the Debtor's objection be overruled, that the Court enter an order allowing the Claim and for such other relief as the Court deems just and proper.

Dated: August 10, 2009                    Respectfully submitted,

Escambia County Tax Collector


By:   /s/ Jeremy W. Martin
        Jeremy W. Martin, Counsel

Jeremy W. Martin (VSB #73183)
McCANDLISH HOLTON, P.C.
1111 East Main Street, Suite 1500
P.O. Box 796
Richmond, Virginia 23218
(804) 775-3863 (telephone)
(804) 775-7201 (facsimile)

*Counsel for Escambia County*

## Certificate of Service

I certify that on August 10, 2009, a true and correct copy of the Response to the Debtors' Twenty-Fourth Omnibus Objection to Claims (Disallowance of Certain Real Estate Tax Claims on Real Property in Which the Debtors Leased the Real Property was served via the Court's electronic case filing system or by regular, First-Class United States Mail, postage pre-paid, upon all necessary parties required to receive notice including the following:

Skadden, Arps, Slate, Meagher & Flom, LLP
Attn: Gregg M. Galardi, Esq.
One Rodney Square
PO Box 636
Wilmington, Delaware  19899-0636

McGuirewoods LLP
Attn: Dion W. Hayes (VSB No. 34304)
One James Center
901 E. Cary Street
Richmond, Virginia  23219

Skadden, Arps, Slate, Meagher & Flom, LLP
Attn:  Chris L. Dickerson, Esq.
155 North Wacker Drive
Chicago, Illinois 60606

By:   /s/ Jeremy W. Martin
Jeremy W. Martin, Counsel

Jeremy W. Martin (VSB #73183)
McCANDLISH HOLTON, P.C.
1111 East Main Street, Suite 1500
P.O. Box 796
Richmond, Virginia 23218
(804) 775-3863 (telephone)
(804) 775-7201 (facsimile)

*Counsel for Escambia County*