**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| | ) | **Case No. 08-35653-KRH** |
| **CIRCUIT CITY STORES, INC., et. al.** | ) | **Jointly Administered** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

## NOTICE OF CHANGE OF ADDRESS

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN, that Amargosa Palmdale Investments, LLC, Bella Terra Associates, LLC and The West Campus Square Company, LLC continues to be represented by J. Bennett Friedman, Esquire at the following address: Friedman Law Group, 1900 Avenue of the Stars, Suite 1800 Los Angeles, CA 90067. Use this address for any and all future matters related to Amargosa Palmdale Investments, LLC, Bella Terra Associates, LLC, The West Campus Square Company, LLC's claims in this case.

DATED: August 11, 2009                           Respectfully Submitted,


/s/ Jennifer M. McLemore
Jennifer M. McLemore

Local Counsel to Amargosa Palmdale Investments, LLC, Bella Terra Associates, LLC and The West Campus Square Company, LLC

---

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Noelle M. James, Esquire (VSB No. 76011)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Tel: 804-697-4129
Fax: 804-697-6129

Local Counsel to Amargosa Palmdale Investments, LLC, Bella Terra Associates, LLC and The West Campus Square Company, LLC

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of August, 2009, a true and correct copy of the foregoing *Notice of Change of Address* was served on all persons receiving electronic notice in these cases and to the following:

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
*Counsel to the Debtors*

Timothy G. Pohl, Esquire
Chris L. Dickerson, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2000
Chicago, Illinois 60606
*Counsel to the Debtors*

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
*Counsel to the Debtors*

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219-1888
*Assistant United States Trustee*


/s/ Jennifer M. McLemore
Jennifer M. McLemore

973740

2