David M. Anderson
1415 26th St. W
Bradenton, Fl 34205

To: Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O Box 636
Wilmington, De 19899-0636
Attn: Gregg M. Galardi
Attn: Ian S. Fredericks



- and-

Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn: Chris L. Dickerson

- and-

McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attn: Dion W. Hayes
Attn: Douglas M. Foley

- and –

The United States Bankruptcy Court for the Eastern District of Virginia Richmond Division

In regards to Case No. 08-35653 Circuit City Stores, Inc. Claim 10397 for the amount of $1,665.88

I, David M. Anderson, am subject to the amounts set forth in claim 10397 for accrued unpaid time off during my employment with Circuit City at store #0897 in Bradenton, Florida.

I, David M. Anderson, have not seeked legal council for this matter so my statement regarding the reasons for overruling the omnibus objections are those of my own and no one else. I ask the court to overrule the omnibus objection based on how unfair it was to all the circuit city employees who worked hard and long for those paid time off hours. During the last few months of our employment we were forbidden to input such hours to be paid for and were told by the liquidators and corporate leaders that we would not be paid for the time.

I do not have any other declarations from other persons with personal knowledge on this subject. I have not been in contact with any of my former coworkers but if declarations are needed about this subject any of the 34,000 employees that were let go in April 2009 could be asked.

Any further needs for this matter can be addressed to:

David M. Anderson
1415 26th St. W
Bradenton, Fl 34205


Thank you for you time and consideration

David M. Anderson