LANE COUNTY DEPARTMENT OF
ASSESSMENT AND TAXATION
Anette Spickard, Lane County Assessor
Lane County Public Services Building
125 East 8th Avenue
Eugene, OR 97401
Telephone:   (541) 682-6798
       For Lane County



RICHMOND DIVISION
F I L E D
AUG 1 0 2009
CLERK
U.S. BANKRUPTCY COURT
F I L E D

## IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF VIRGINIA

## RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

                    Debtors,

Jointly Administered

Case No. 08-35653 (KRH)

Chapter 11

**RESPONSE TO DEBTOR'S TWENTY FOURTH OMNIBUS OBJECTION**

**Date:   August 18, 2009**
**Place:  U.S. Bankruptcy Court**

Lane County, Oregon, is filing concurrently herewith, an Amended Claim. County incorrectly listed the claim as secured, real property. The claim is on business personal property, and is <u>not</u> secured. A copy of the amended claim is attached.

Lane County requests that its claim not be dismissed, but instead be correctly reflected as per the attached

Wherefore, Creditor Lane County prays for an Order:

1.      Denying the Objection;

2.      Allowing its tax claim herein;

3.     For such other and further relief as the Court may deem just and

appropriate.

DATED this _7th_ day of August, 2009.

LANE COUNTY DEPARTMENT OF
ASSESSMENT AND TAXATION

*Anette B. Spickard*

ANETTE SPICKARD,
Lane County Assessor

**Response to Debtor's Twenty Fourth Omnibus Objection          Page 2**

| **UNITED STATES BANKRUPTCY COURT** **District of Virginia (Eastern)** | **PROOF OF CLAIM** | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|---|

| Name of Debtor: Circuit City Stores, Inc. | Case Number: 08-35653-KRH |
|---|---|

| Name of Creditor: (the person or other entity to whom the debtor owes money or property) *(NOTE: STRIKE any pre-printed text that is incorrect AND type or print correct information):*<br><br>Lane County Tax Assessor | ☒ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim #1621** *(if known)*<br><br>Filed on: 12/12/2008 |
|---|---|

| Name and address where notices should be sent:<br><br>Lane County Tax Assessor<br>Department of Assessment & Taxation<br>125 E. 8th Ave.<br>Eugene, OR 97401<br><br>Creditor's Soc. Sec./Tax I.D. No.: ___93 6002303___<br><br>Telephone Number: ___(541) 682-3827___ | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |
|---|---|

Name and address where payment should be sent (if different from above):

Telephone Number:

---

**1. Amount of Claim as of Date Case Filed:**    $ 5,876.96

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim: Property Taxes (5525363)**
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor: 5363**

    **3a. Debtor may have scheduled account as:**
    *(See instruction #3a on reverse side.)*

**4. Secured Claim** (See instruction #4 on verse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:**

**Value of property: $____**    **Annual Interest Rate: ____%**

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$____ Basis for perfection:

**Amount of Secured Claim: $ ____**    **Amount Unsecured: $ ____**

---

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4)

☐ Contributions to an employee benefit plan- 11 U.S.C. §507 (a)(5)

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7)

☒ Taxes or penalties owed to governmental units - 11 U.S.C. §507(a)(8)

☐ Other - Specify applicable paragraph of 11 U.S.C. §507(a)(__)

**Amount Entitled to Priority**

**$ 5,876.96**

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

---

**6. Credits.** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7. Documents.** Attach *NO MORE THAN FIVE (5), 8 1/2 x11 INCH, PAGES* of redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

---

| DATE:<br><br>8/7/09 | SIGN AND PRINT the name AND title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>x *Anette B. Spickard*<br>Anette Spickard, Director | *MAIL CLAIM TO:*<br><br>Clerk, U.S. Bankruptcy Court |
|---|---|---|

**NOTE: DO NOT FILE A CLAIM IF SAME ONE ALREADY FILED IN THIS CASE!!**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years or both-18 U.S.C. §§152 and 3571

## 2008 LANE COUNTY PERSONAL PROPERTY TAX STATEMENT

**Account:** 5525363                                    **Alternate Property Number:**

**TCA:** 01900

**Legal Desc:**

**Location:** 2730 GATEWAY LOOP

**Bill To Party:** CIRCUIT CITY STORES WEST COAST INC
% TAX DEPT-#3332
PO BOX 42304
RICHMOND VA  23242

**Lender:**

**Delinquent Interest Computed Through:**   11/10/2008

| ACCOUNT VALUES | | |
|---|---|---|
| Description | 2007 | 2008 |
| MKTTL | $347,830 | $345,052 |
| AVR | $347,830 | $345,052 |
| TVR | $347,830 | $345,052 |

| TAXES AND SPECIAL ASSESSMENTS | | | |
|---|---|---|---|
| Year | Description | Amount Assessed | Balance Due |
| 2008 | Property Tax Principal | $5,876.96 | $5,876.96 |
| | | **Total for Tax Year 2008** | **$5,876.96** |
| | | *Total Taxes and Assessments* | **$5,876.96** |

**Comment:**

**Payment Terms**

| PAYMENT OPTIONS WITH DISCOUNTS | | | | PAYMENT INSTALLMENTS | |
|---|---|---|---|---|---|
| Pay amount includes any unpaid prior year tax | | | | Amount includes any unpaid prior year tax | |
| | | To Receive Discount | | Pay This Amount | Due By |
| Pay This Amount | Due By | Amount | Pct. | | |
| $5,700.65 | 11/17/2008 | $176.31 | 3.0% | $1,958.98 | 11/17/2008 |
| $3,839.61 | 11/17/2008 | $78.36 | 2.0% | $1,958.99 | 2/17/2009 |
| | | | | $1,958.99 | 5/15/2009 |

---

### PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

| PAYMENT OPTIONS WITH DISCOUNTS | | | | PAYMENT INSTALLMENTS | |
|---|---|---|---|---|---|
| Pay amount includes any unpaid prior year tax | | | | Amount includes any unpaid prior year tax | |
| | | To Receive Discount | | Pay This Amount | Due By |
| Pay This Amount | Due By | Amount | Pct. | | |
| $5,700.65 | 11/17/2008 | $176.31 | 3.0% | $1,958.98 | 11/17/2008 |
| $3,839.61 | 11/17/2008 | $78.36 | 2.0% | $1,958.99 | 2/17/2009 |
| | | | | $1,958.99 | 5/15/2009 |

**DISCOUNT IS LOST & INTEREST APPLIES AFTER DUE DATES**          **Total Taxes and Assessments:**          $5,876.96

CIRCUIT CITY STORES WEST COAST INC
% TAX DEPT-#3332                                    **Account:**  5525363
PO BOX 42304
RICHMOND VA  23242

**Enter Payment Amount**

$

Make payment to:
Lane County Tax Collector   125 E. 8th Avenue   Eugene OR 97401-2968

CERTIFICATE OF SERVICE

I certify that on the ___7th___ day of August 2009 I served an exact and complete copy

of Lane County's RESPONSE TO DEBTOR'S TWENTY FOURTH OMNIBUS OBJECTION on:

> Gregg M. Galardi
> Ian S. Fredericks
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
> Attorneys at Law
> One Rodney Square
> PO Box 636
> Wilmington, DE  19899-0636
>
> Chris L. Dickerson
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
> Attorneys at Law
> 155 North Wacker Drive
> Chicago, IL  60606-1720
>
> Dion W. Hayes
> Douglas M. Foley
> MCGUIREWOODS, LLP
> Attorneys at Law
> One James Center
> 901 East Cary Street
> Richmond, VA  23219

by depositing it, or causing it to be deposited in the United States Post Office at Eugene,

Oregon, in a sealed envelope with postage paid, addressed as above.

LANE COUNTY DEPARTMENT OF ASSESSMENT AND
TAXATION

BY: _Anette B Spickard_

Anette Spickard
Lane County Assessor