6140 NW 60th Avenue
Parkland, Florida 33067

August 5, 2009

Honorable Judge Kevin R. Huennekens
United States Bankruptcy Court
701 East Broad St., Courtroom 5100
Richmond, Virginia 23219



RE: Circuit City Stores, Inc, Et. Al.
Chapter 11
Case No. 08-35653 (KRH)

Dear Honorable Judge Huennekens:

My name is Andrew Francis Belovich. My claim number is 7302 in the amount of $954.80. This money is owed to me by my previous employer, Circuit City Stores, Coral Springs, Florida, (Store #0863), the subject of this bankruptcy case. I worked at that store for a total of 2 years before I was laid off on March 8, 2009.

I write to object to the motion that I should not be paid for my earned time off. I have attached a copy of my original claim for you to review in considering this matter. I earned a total of 89.61 hours of paid time off that I would like to be compensated for. Had I known and been told by company management that I would not be paid, I would have used my earned time prior to my lay off date. Instead, management told me that I would be compensated and asked that I work through the period of liquidation without taking any time off. I was also told and understood from management that I would be paid for my unused paid time off in my final pay check. Obviously, this never occurred. I respectfully request that I be compensated by Circuit City for my unused time off which is a total of $954.80. I offer a copy of my earnings statement as proof that I was an employee of the company and it also depicts my unpaid time off.

I have one witness, Lisa Leitsch, who can be reached at telephone number 954-604-9241 and verify my claim. Her signed statement supporting my claim is attached. I also attached as proof of my claim a later pay stub for the pay period ending January 29, 2009 which reflects I accrued additional hours of paid time off. I would be willing to accept the original amount claimed versus asking for an opportunity to revise my claim for additional compensation.

I cannot afford an attorney to represent me in the scheduled court hearing on August 18, 2009 and ask that this be taken into consideration of my claim.

[signature]    8/5/2009

I respectfully request that the court consider my claim and attached documents as proof of my claim and that reimbursement be ordered. Please contact me at telephone number 954-341-9344 if you have any questions.

Very Respectfully,

*[signature]*

Andrew F. Belovich

Attachments:

1.) Original Claim dated January 25, 2009

2.) Copy of pay stub for pay period ending January 28, 2009

3.) Lisa Leitsch's statement.

Cc: Gregg M. Galardi, Ian S Fredericks; Skaden, Arps, Slate, Meager & Flom, LLP

Cc: Chris L. Dickerson; Skadden, Arps Slate, Meager & Flom, LLP

Cc: Dion W. Hayes, Douglas M Foley; McGuirewoods, LLP

Cc: Clerk of the Bankruptcy Court

# 7302

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |

Debtor against which claim is asserted: (Check only **one** box below:)

- [X] Circuit City Stores, Inc. (Case No. 08-35653)
- [ ] CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
- [ ] Abbott Advertising, Inc. (Case No. 08-35665)
- [ ] Circuit City Stores West Coast, Inc. (Case No. 08-35654)
- [ ] Circuit City Stores PR, LLC (Case No. 08-35660)
- [ ] Mayland MN, LLC (Case No. 08-35666)
- [ ] InterTAN, Inc. (Case No. 08-35655)
- [ ] Circuit City Properties, LLC (Case No. 08-35661)
- [ ] Patapsco Designs, Inc. (Case No. 08-35667)
- [ ] Ventoux International, Inc. (Case No. 08-35656)
- [ ] Orbyx Electronics, LLC (Case No. 08-35662)
- [ ] Sky Venture Corporation (Case No. 08-35668)
- [ ] Circuit City Purchasing Company, LLC (Case No. 08-35657)
- [ ] Kinzer Technology, LLC (Case No. 08-35663)
- [ ] XSStuff, LLC (Case No. 08-35669)
- [ ] CC Aviation, LLC (Case No. 08-35658)
- [ ] Courchevel, LLC (Case No. 08-35664)
- [ ] PRAHS, INC. (Case No. 08-35670)

The Debtor has listed your claim as Contingent and Unliquidated on Schedule E as a General Unsecured Claim. If you believe that you have a claim against the Debtor, you are required to complete and return this form.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**BELOVICH, ANDREW FRANCIS**

[ ] Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

NameID: 4965773      PackID: 345445

BELOVICH, ANDREW FRANCIS
6140 NW 60TH AVE
PARKLAND FL 33067

Telephone number: 954-341-9344

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

[ ] Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

[ ] Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ **954.80+**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete item 5.

[ ] Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Unpaid vacation totaling 69.61+ hours
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: [ ] Real Estate   [ ] Motor Vehicle   [ ] Other
Describe:

Value of Property: $_____  Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

- [ ] Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- [X] Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier – 11 U.S.C. § 507(a)(4).
- [ ] Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).
- [ ] Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).
- [ ] Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).
- [ ] Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: **1/25/2009**

Signature: the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*[signed]* **Andrew Belovich**  P.C. Technician  Firedog

FOR COURT USE ONLY
**RECEIVED**
JAN 28 2009
KURTZMAN CARSON CONSULTANTS

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

MasterCode: 10038646



0835653081218074126183499

| CIRCUIT CITY PAYROLL<br>PO BOX 563986<br>CHARLOTTE, NC 28256-3986<br>1-800-228-6351<br><br>ANDREW FRANCIS BELOVICH<br>6140 NW 50th Ave<br>Parkland, FL 33067-0000 | Pay Group: MH    NC Hourly<br>Business Unit: OBMA<br>Employee ID: 10378010<br>Department: 006300 Coral Springs SS<br>Location: FL Coral Springs | Pay Begin Date: 01/01/2009    Check #: 5507404<br>Pay End Date: 01/14/2009    Check Date: 01/22/2009<br>TAX DATA:    Federal    FL State<br>Marital Status:    Single    Not applicable<br>Allowances:    0    0<br>Addl. Pct:<br>Addl. Amt: |

### HOURS AND EARNINGS / TAXES

| Description | Current Rate | Hours | Earnings | YTD Hours | YTD Earnings | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Regular Hourly | 10.850000 | 48.75 | 528.94 | 102.50 | 1,112.13 | Fed Withholdng | 49.15 | 106.44 |
|  |  |  |  |  |  | Fed MED/EE | 7.67 | 16.13 |
|  |  |  |  |  |  | Fed OASDI/EE | 32.75 | 68.95 |
| Total: |  | 48.75 | 528.94 | 102.50 | 1,112.13 | Total: |  | 89.57 | 191.52 |

### BEFORE TAX DEDUCTIONS / AFTER TAX DEDUCTIONS / PTO Plan

| Description | Current | YTD | Description | Current | YTD |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | FY PTO<br>Earned    0.00<br>Taken    0.00<br>Balance    0.00 |  |
|  |  |  |  |  |  | Current PTO<br>Earned    83.46<br>Taken    1.42<br>Balance    89.86 |  |
|  |  |  |  |  |  | IMPUTED INCOME<br>Current:    0.00<br>YTD:    0.00 |  |
| Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 |  |  |

|  | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 528.94 | 528.94 | 89.61 | 0.00 | 439.33 |
| YTD: | 1,112.13 | 1,112.13 | 191.52 | 0.00 | 920.61 |

MESSAGE: VERIFY YOUR PERSONAL INFO FOR 2007 W2 ACCURACY

▽ FOLD AND TEAR HERE ▽

August 4, 2009

To Whom It May Concern:

My name is Lisa Liesch. I worked for Circuit City from September of 2003 until March of 2009.

The reason for my writing this letter is to be a witness for Andrew Belovich. It is my understanding that Andrew received a letter denying him his PTO because he didn't work for Circuit City. I personally worked along side Andrew as a coworker, manager and supervisor. Andrew worked for Circuit City for approximately two years. Andrew legitimately earned all his PTO that he claimed. We worked together at Circuit City store 0863 located at 6001 West Sample Road, Coral Springs, FL 33067.

The management team encouraged all employees to work their scheduled hours and not take time off, as employees would be able to claim any unused PTO after the store closed. To my knowledge, no members of management were allowed to put PTO in for any employee for any reason unless the employee requested off at least two weeks in advance.

If you would like to contact me, you can reach me by email, [illegible], or by phone, (954) 604-9241. Thank you for your time.

Sincerely,
Lisa Liesch

| CIRCUIT CITY PAYROLL<br>PO BOX 563986<br>CHARLOTTE, NC 28256-3986<br>1-800-288-6353<br><br>ANDREW FRANCIS BELOVICH<br>6140 Nw 60th Ave<br>Parkland, FL 33067-0000 | Pay Group: HLP EC Hourly<br>Business Unit: USANA<br>Employee ID: 10378018<br>Department: 086300 Coral Springs SS<br>Location: FL Coral Springs | Pay Begin Date: 01/15/2009   Check #: 5526580<br>Pay End Date: 01/28/2009   Check Date: 02/05/2009<br>TAX DATA:     Federal         FL State<br>Marital Status   Single       Not applicable<br>Allowances:     0            0<br>Addl. Pct:<br>Addl. Amt: |
|---|---|---|

### HOURS AND EARNINGS

| Description | Current Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Hourly | 10.850000 | 69.25 | 751.37 | 171.75 | 1,863.50 |
| Total: | | 69.25 | 751.37 | 171.75 | 1,863.50 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 82.51 | 188.95 |
| Fed MED/EE | 10.89 | 27.02 |
| Fed OASDI/EE | 46.59 | 115.54 |
| Total: | 139.99 | 331.51 |

### BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### PTO Plan

| | |
|---|---|
| PY PTO Earned | 0.00 |
| Taken | 0.00 |
| Balance | 0.00 |
| Current PTO Earned | 85.12 |
| Balance | 91.46 |

### IMPUTED INCOME

| | |
|---|---|
| Current: | 0.00 |
| YTD: | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 751.37 | 751.37 | 139.99 | 0.00 | 611.38 |
| YTD: | 1,863.50 | 1,863.50 | 331.51 | 0.00 | 1,531.99 |

MESSAGE  VERIFY YOUR PERSONAL INFO FOR 2007 W2 ACCURACY

FOLD A