RE: United States Bankruptcy Court for the Eastern District of Virginia –
Richmond Division
Circuit City Stores, Inc., et al.
Case # 08-35653 (KRH)
Claim # 6897
Classification: Priority
Debtors Twenty-fifth Omnibus Objection to Claims (Disallowance of Certain Claims for Paid Time Off)



Thomas Fox – The amount of the claim ($874.83) is for the accrued unused paid time off (PTO) owed to the claimant at the time of filing. All relevant documents pertaining to this claim were submitted at the time of filing and would already be in the hands of the court.

Sincerely, Thomas Fox

Thomas Fox
47 Bridgewater Rd
New Milford, CT 06776
860-354-1242
tfox999@msn.com