IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

**CIRCUIT CITY STORES, INC., et al.**

Debtors.

*Case No.: 08-35653 (KRH)*

---

### Claimant's (Claim Number 5623) Preliminary Objection to Debtors' Twenty-Fifth Omnibus Objection to Claims (Disallowance of Certain Claims for Paid Time Off)

I, Claimant Joshua L. Adams, Claim #5623, residing at: 2045 Monaco Street, Flint, MI 48532; Phone: (810) 691-0969, objects to Debtors' Twenty-Fifth Omnibus Objection to Claims (Disallowance of Certain Claims for Paid Time Off) and am of the belief that I am entitled to Paid Time Off (PTO) in the amount of $412.97 for the following reasons:

I worked for Circuit City from 1999 – May 2007 (terminated due to my position being eliminated) and again from approximately October 2007 to November 20, 2008 as I was called back to work. As my last day with Circuit City was November 20, 2008, I submitted a two-week notice on either November 5 or 6, 2008. I was told by my Manager at the time of my two-week notice that I was entitled to my accrued PTO in the amount of $412.97. It was not until after I had submitted my two-week notice that Circuit City filed for Bankruptcy as Circuit City filed for Bankruptcy on November 10, 2008, also called the Petition Date.

By the Debtors own admission on page #6 in the Twenty-Fifth Omnibus Objection to Claims, the debtors, namely Circuit City, amended their former Paid Time Off Policy effective as of the Petition Date. Because it was my intention to terminate my employment with Circuit City prior to the Bankruptcy filing on November 10, 2008 and I complied with policy and informed my supervisor/Manager that I was terminating my employment with

Circuit City prior to the Petition Date, my employment term fell under the agreements of the original Paid Time Off Policy, therefore, I am entitled to the PTO time I have accrued in the amount of $412.97. Additionally, I reserve all rights to respond going forward.

Respectfully Submitted,

Dated: August 7, 2009     By: _____
Joshua L. Adams

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.

Debtors.

Case No.: 08-35653 (KRH)

## Proof of Mailing

On the date below, I sent by express mail a copy of Claimant's (Claim Number 5623) Preliminary Objection to Debtors' Twenty-Fifth Omnibus Objection to Claims (Disallowance of Certain Claims for Paid Time Off) to:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636
Attn: Gregg M. Galardi
Attn: Ian S. Fredericks

MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attn: Dion W. Hayes
Attn: Douglas M. Foley

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attn: Chris L. Dickerson

I declare this statement is true to the best of my information, knowledge and belief.

Dated: August  7 , 2009

Joshua L. Adams

Joshua L. Adams
2045 Monaco Street
Flint, MI 48532

(810) 691-0969

**EXPRESS MAIL**

August 7, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219-1888

>    *Re: Circuit City Stores, Inc., et. al.*
>    *Case No.: 08-35653 (KRH)*

To Whom It May Concern:

Enclosed, please find Claimant's (Claim Number 5623) Preliminary Objection to Debtors' Twenty-Fifth Omnibus Objection to Claims (Disallowance of Certain Claims for Paid Time Off).

If you have any questions regarding this matter, please do not hesitate to contact me directly at (810) 691-0969.

>    Respectfully Submitted,
>
>    *[signature]*
>
>    Joshua Adams
>    Claim #5623

cc w/ encl:   Mr. Gregg M. Galardi/Mr. Ian S. Fredericks
              Mr. Dion W. Hayes/Mr. Douglas M. Foley
              Mr. Chris L. Dickerson