1  JON R. SMITH
   Yuma County Attorney
2

3  George J. Romero
   State Bar No. 018895
4  Yuma County Attorney's Office
   250 West Second Street, Suite G
5  Yuma, Arizona 85364
   Telephone: (928) 817-4300
6  Facsimile: (928) 817-4302
7  George.Romero@co.yuma.az.us



8

9              IN THE UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF VIRGINIA
10                         Richmond Division

11  IN RE:                              )    Chapter 11
                                        )
12  CIRCUIT CITY STORES, INC., et al.,  )    Case No. 08-35653 (KRH)
13                                      )
                    Debtors.            )    Jointly Administered
14                                      )
                                        )
15  _____    )

16         **RESPONSE OF YUMA COUNTY, ARIZONA TAX
             COLLECTOR TO TWENTY-FOURTH OMNIBUS
17              OBJECTION TO CLAIMS (DISALLOWANCE
               OF CERTAIN REAL ESTATE TAX CLAIMS ON
18           REAL PROPERTY <u>IN WHICH DEBTORS LEASED
                       THE REAL PROPERTY</u>)**
19

20

21      Comes now Yuma County, Arizona Tax Collector, by counsel, and for his response to the
22  Twenty-Fourth Omnibus Objection filed by Circuit City Stores, Inc. ("Debtor") regarding the
23  disallowance of certain real estate tax claims on real property which the Debtors leased the real property,
24  states as follows:
25      1.    On or about December 8, 2008, the Yuma County Treasurer, filed a Proof of Claim
26  herein in the amount of $3,133.10, indicating that the claim was for 2008 <u>personal</u> property taxes
27  assessed in Yuma County, Arizona.
28  ///

2. Pursuant to Omnibus Claims Objection Twenty-Four filed by the Debtor herein, the Debtor has objected to the Yuma County Proof of Claim, Claim Number 1515 on the basis that the claim asserted in this Proof of Claim is for alleged real estate taxes on real property that the Debtor leased, but did not own. Yuma County takes issue with this. The Proof of Claim in question is for tangible personal property taxes, as evidenced on the Yuma County Assessor's screen printout. (See Exhibit "A")

WHEREFORE, the Yuma County, Arizona Tax Collector prays that the Twenty-Fourth Omnibus Objection to the extent that it is applicable to Yuma County, Arizona Tax Collector, be and hereby is overruled and the claim filed by Yuma County, Arizona be allowed as the 2008 tangible personal property tax assessed against tangible personal property owned by the Debtor and that Yuma County, Arizona may have such other and further relief as is appropriate under the circumstances.

Dated: August 4, 2009

JON R. SMITH
Yuma County Attorney

George D. Romero
Deputy County Attorney
250 W. 2nd Street, Suite G
Yuma, AZ 85364
(928) 817-4300
Fax - (928) 817-4302
Email – George.Romero@co.yuma.az.us

2

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | |
| 3 | I hereby certify that a copy of the foregoing was served upon those herein listed below by mailing the same to each named party by the United States postal service on this 4th day of August, 2009: |
| 4 | |
| 5 | SKADDEN, ARPS, SLATE, MEAGER & FLOM, LLP |
| 6 | Attn: Grey M. Galardi<br>Attn: Ian S. Fredericks |
| 7 | One Rodney Square<br>P.O. Box 636 |
| 8 | Wilmington, DE 19899-0636 |
| 9 | |
| 10 | MCQUIREWOODS LLP<br>Attn: Dion W. Hayes |
| 11 | Attn: Douglas M. Foley<br>One James Center |
| 12 | 901 E. Cary Street |
| 13 | Richmond, VA 23219 |
| 14 | SKADDEN, ARPS, SLATE, MEAGHER FLOM, LLP |
| 15 | Attn: Chris L. Dickerson<br>155 North Wacker Drive |
| 16 | Chicago, Illinois 60606 |
| 17 | _[signature]_ |
| 18 | Desarae Doten |

3

# EXHIBIT "A"

| | | | | STR | | Mill Levy | | 12.333600 | AFIC | |
|---|---|---|---|---|---|---|---|---|---|---|
| <-- | --> | Cancel | Owner Name/Address | | | | | | | |

| Account | | Owner Name/Address | | L | Legal Description |
|---|---|---|---|---|---|
| P0005345 | N | CIRCUIT CITY STORES WEST COAST INC | | | |
| | District | C/O TAX DEPT - LOC # 03748 | | | |
| | 0150 | P O BOX 42304 | | | |
| | | RICHMOND VA 23242 | | | |

| NBHD | | St A | |
|---|---|---|---|

| Parcel Number | | | ALPHA | | CHK |
|---|---|---|---|---|---|
| 14-007-00-557-00-0 | | | | | 0 |

| Street No | Dir | Street Name | | Type | No# |
|---|---|---|---|---|---|
| 1232 | S | CASTLE DOME | | AVE | |

| Location City | | Location Zip | Acct Type | Lagt |
|---|---|---|---|---|
| YUMA | ? | 85365 | | |

| Parcel Size | Acre/SqFt | Owner Location | SECURED TO |
|---|---|---|---|

| Business Name | Version | V. Date | Time | ID | Appl | New Version |
|---|---|---|---|---|---|---|
| CIRCUIT CITY | 20081232001 | 21-NOV-2008 | 03:21 PM | MM | TIMS | 20081232002 |

| | | | | TYPE | ACTUAL | ASSD | ACRES | SQ FT |
|---|---|---|---|---|---|---|---|---|
| Name | Tax Items | Protes(T) | CAM(A) | PP | 297,643 | 68,458 | | |
| Situs | Pre/Suc | M(o)bile Auth | P(e)rmit | | | | | |
| Mobile | Remarks | Value | (P)ersonal | | | | | |
| Tract | Tax (S)ale | State Asd | Oil and Gas | | | | | |
| Condo | Spc Asmt | Control | Recor(d)ing | | | | | |
| Block | M(i)nes | | Imaging W | TOTAL | 297,643 | 68,458 | | |
| Sales | Si(b)ling | PPCert(L)tr | P(h)oto | Queries | | | Correction? | |
| Misc (M) | Flags | Exemption | Sketch | ACCOUNT | Current Year | Prior VersionQ | Tax Trx | |
| Mail (F) | Tax (C)hg | Mtg Trac(k) | Deed Proc H | | Prior (Y)ear | Ne(x)t Version | Abatement | |
| | (V)alue Sum | | | | (N)ext Year | Characteristics | Property Card | |
| | | | | | Update | Clear | Exit | |

Acct Chg    Accountno    COPYCURROW

**OFFICE OF THE YUMA COUNTY ATTORNEY**

250 W. Second Street, Suite G
Yuma, Arizona 85364
Telephone: (928) 817-4300

Jon R. Smith
County Attorney

Roger A. Nelson
Chief Criminal Deputy

William J. Kerekes
Chief Civil Deputy

Ronald R. Perkins
Director Victim Services

August 4, 2009

U.S. Bankruptcy Court, Eastern District of Virginia
Richmond Division
701 East Broad Street, Suite 4000
Richmond, VA 23219

Re:   Circuit City Stores, Inc., et al.
      Case No. 08-35653 (KRH)

Dear Clerk:

Enclosed please find the original and one (1) copy of the RESPONSE OF YUMA COUNTY, ARIZONA TAX COLLECTOR TO TWENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN REAL ESTATE TAX CLAIMS ON REAL PROPERTY IN WHICH DEBTORS LEASED THE REAL PROPERTY) in the above referenced case.

Please file the original with the court, and return a conformed copy of the same to our office in the self-addressed stamped envelope.

If you have any questions, please do not hesitate to contact our office. Your assistance in this matter is greatly appreciated.

Sincerely,

Desarae Doten
Paralegal, Civil Division

Enclosures: as noted