August 3, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

Re: Claim 8337, Claim Amount $2,309.61
    Files 01/29/2009



Dear Sir:

I am writing to oppose this objection to grant relief to Circuit City for my claim listed above. I was employed at Circuit City for over 31 years and it has been in the past few years where I was transferred over to an hourly associated with the benefit of PTO. I have accrued and taken my vacation and time away at the time that my supervisors saw was a good time, never allowed to take more than 1 week at a time and then most recently, was told to take it when they thought it was an appropriate time. As an hourly associate, instructions are given to try to take time off each month not to build up time and not taking in consideration that if sickness occurred and you had used all the PTO, then you were either off without pay or work no matter how you felt. As a salary associate, if you were sick, no pay was lost.

As time pass and more layoffs happened, you were barely allowed to take PTO because the department was understaffed.

I have enclosed my last payroll check that show my PTO balance was 149.31 hours, but I am not requesting that, because I did not work that entire time. The second payroll check shows a balance of 107.55 hours which amounts to $2275.75 which is a little less than the amount of my original claim of $2309.31. The 107.55 hours are what I earned before I left Circuit City. This is the changed amount that I am requesting, $2275.75. I know that these are difficult times for all, but I hope to recoup some of my loss as I still search for a job.

I was a very dedicated employee and I volunteered and supported Circuit City through many functions and I feel that my PTO is due to me. Thank you for your time.

Sincerely,

Sheila Lewis

```
CIRCUIT CITY PAYROLL          Pay Group:     HME    Home Hourly and Salaried    Pay Begin Date: 03/13/2009    Advice #:      3346004
PO BOX 563986                 Business Unit: USANA                              Pay End Date:   03/26/2009    Advice Date:   04/01/2009
CHARLOTTE, NC 28256-3986      Employee ID:   10038471                           TAX DATA:
1-800-288-6353                Department:    900004 Staffing                                        Federal        VA State
SHEILA R LEWIS                Location:      Deep Run - CCS Corporate           Marital Status      Single         Single
128 N. Beech Ave                                                                Allowances:         4              1
Highland Springs, VA 23075                                                      Addl. Pct:
                                                                                Addl. Amt:
```

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Hourly | 21.160000 | 48.00 | 1,015.68 | 480.00 | 10,156.80 |
| Paid Time Off | | | 0.00 | 50.25 | 1,063.29 |
| **Total:** | | **48.00** | **1,015.68** | **530.25** | **11,220.09** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 11.89 | 1,044.86 |
| Fed MED/EE | 13.87 | 156.10 |
| Fed OASDI/EE | 59.31 | 667.48 |
| VA Withholdng | 36.41 | 495.96 |
| **Total:** | **121.48** | **2,364.40** |

### BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Employee Dental | 6.78 | 47.46 |
| Employee Medical | 50.00 | 344.60 |
| Employee Vision | 2.31 | 4.62 |
| Health Care Flex Spending Acct | 0.00 | 57.66 |
| 401K | 0.00 | 137.33 |
| **Total:** | **59.09** | **591.67** |

### AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K Loan Deduction 1 | 0.00 | 435.60 |
| Accidental Death/Dismemberment | 0.00 | 3.50 |
| Supplemental Life Insurance | 0.00 | 88.30 |
| Long Term Disability | 0.00 | 61.05 |
| **Total:** | **0.00** | **588.45** |

### PTO Plan

| | |
|---|---|
| PY PTO Earned | 0.00 |
| Taken | 0.00 |
| Balance | 0.00- |
| Current PTO Earned | 279.67 |
| Taken | 137.50 |
| Balance | 149.31 |

### IMPUTED INCOME

| | |
|---|---|
| Current: | 0.00 |
| YTD: | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,015.68 | 956.59 | 121.48 | 59.09 | 835.11 |
| YTD: | 11,220.09 | 10,628.42 | 2,364.40 | 1,180.12 | 7,675.57 |

MESSAGE   VERIFY YOUR PERSONAL INFO FOR 2007 W2 ACCURACY

▼ FOLD AND TEAR HERE ▼




THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER-THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE WHEN CHECKING THE ENDORSEMENT

CIRCUIT CITY PAYROLL
PO BOX 563986
CHARLOTTE, NC 28256-3986
1-800-288-6353

Date: 04/01/2009      Advice No. 3346004

**Deposit Amount:** $*******835.11

To The Account(s) Of   SHEILA R LEWIS
128 N. Beech Ave
Highland Springs, VA 23075

NON NEGOTIABLE

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | XXXXXXXXXXXXXXXX6500 | $10.00 |
| Savings | XXXXXXXXXXXXXXXX2087 | $25.00 |
| Checking | XXXXXXXXXXXXXXXX8208 | $800.11 |
| **TOTAL** | | **$835.11** |

NON-NEGOTIABLE
THIS IS NOT A CHECK



## Statement of Earnings Details

Print   Close

### Employee Details

| | |
|---|---|
| Employee ID | 10038471 |
| Name | Sheila R Lewis |
| Home Address | 128 N. Beech Ave<br>Highland Springs, VA |
| Company | Circuit City Stores, Inc |
| Payroll Address | 7201 Hewitt Associates Drive<br>Charlotte, NC 28262<br>1 (800) 288-6353 |
| Business Unit | USANA |
| Department | 900004 - Staffing |
| Location | Deep Run - CCS Corporate |

### Payroll Details

| | |
|---|---|
| Pay Group | HME - Home Hourly and Salaried |
| Pay Begin Date | Jan 30, 2009 |
| Pay End Date | Feb 12, 2009 |
| Advice # | 3285942 |
| Pay Date | Feb 18, 2009 |

### Tax Details

| | |
|---|---|
| Federal Tax Marital Status | Single |
| Federal Allowances | 1 |
| Federal Addl Withholding | |
| VA Tax Marital Status | Single |
| VA Allowances | 1 |
| VA Addl Withholding | 5.00% |

### Hours & Earnings

| Description | Current Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Hourly | 21.16 | 80.00 | 1,692.80 | 272 | 5,755.52 |
| Paid Time Off | | | 0.00 | 50.25 | 1,063.29 |
| Total Earnings | | 80.00 | 1,692.80 | 322.25 | 6,818.81 |

### Before Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Employee Dental | 6.78 | 27.12 |
| Health Care Flex Spending Acct | 11.54 | 46.16 |
| Employee Medical | 48.92 | 195.68 |
| 401K | 0.00 | 137.33 |
| Total | 67.24 | 406.29 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 204.95 | 697.38 |
| Fed MED/EE | 23.57 | 94.97 |
| Fed OASDI/EE | 100.78 | 406.09 |
| VA Withholdng | 79.87 | 304.33 |
| Total Taxes | 409.17 | 1,502.77 |

### After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| 401K Loan Deduction 1 | 72.60 | 290.40 |
| Accidental Death/Dismemberment | 0.70 | 2.80 |
| Supplemental Life Insurance | 17.66 | 70.64 |
| Long Term Disability | 12.21 | 48.84 |
| Total | 103.17 | 412.68 |

### Imputed Income

| | |
|---|---|
| Current | 0.00 |
| YTD | 0.00 |

### PTO Plans

| Description | Balance |
|---|---|
| Current Year (CY) PTO | |
| + Earned: | 237.91 |
| - Taken: | 137.50 |
| Ending Balance | 107.55 |
| Prior Year (PY) PTO | |
| + Earned: | 0.00 |
| - Taken: | 0.00 |
| Ending Balance | 0.00 |

| | Total Gross | Federal Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,692.80 | 1,625.56 | 409.17 | 170.41 | 1,113.22 |
| YTD | 6,818.81 | 6,412.52 | 1,502.77 | 818.97 | 4,497.07 |