Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

- and –

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   Case No. 08-35653 (KRH)
et al.,                        :
                               :
              Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER ON DEBTORS' THIRTEENTH OMNIBUS
<u>OBJECTION TO CERTAIN AMENDED CLAIMS</u>**

THIS MATTER having come before the Court on the Debtors' Thirteenth Omnibus Objection to Certain Amended Claims (the "Objection"), and it appearing that due and proper notice and service of the Objection has been given in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good and sufficient and that no other further

notice or service of the Objection need be given; and it further appearing that certain parties filed responses to the Objection; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The claims identified on <u>Exhibit A – Thirteenth Omnibus Objection to Certain Amended Claims – Disallowed Claims</u> as attached hereto and incorporated herein, are forever disallowed in their entirety for all purposes in these bankruptcy cases.

2. The status hearing on the Objection to the claims identified on <u>Exhibit B – Thirteenth Omnibus Objection to Certain Amended Claims – Adjourned Claims</u> as attached hereto and incorporated herein, is hereby adjourned to August 27, 2009, at 11:00 a.m. (Eastern) or until such later time as agreed by the parties.

3. The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases are hereby preserved in their entirety.

      4.   The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
       August __, 2009


```
                              _____
                              HONORABLE KEVIN R. HUENNEKENS
                              UNITED STATES BANKRUPTCY JUDGE
```

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                    _/s/ Douglas M. Foley_____
                                    Douglas M. Foley

\9708203.1

Case 08-35653-KRH    Doc 4446    Filed 08/12/09    Entered 08/12/09 11:22:20    Desc Main
Document    Page 5 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Thirteenth Omnibus Objection to Claims Amended Claims - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 134<br>Date Filed: 11/18/2008<br>Creditor's Name and Address:<br>ACTIONTEC ELECTRONICS INC<br>760 N MARY AVE<br>SUNNYVALE, CA 94085<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $156,301.27<br>Total: $156,301.27 | Claim: 3032<br>Date Filed: 01/08/2009<br>Creditor's Name and Address:<br>ACTIONTEC<br>TONG KHUC<br>760 NORTH MARY AVE<br>SUNNYVALE, CA 94085<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $149,312.83<br>Total: $149,312.83 |
| Claim: 25<br>Date Filed: 11/17/2008<br>Creditor's Name and Address:<br>ARCHOS INC<br>7951 E MAPPLEWOOD AVE STE 260<br>GREENWOOD VILLAGE, CO 80111<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $891,383.79<br>Total: $891,383.79 | Claim: 239<br>Date Filed: 12/03/2008<br>Creditor's Name and Address:<br>ARCHOS INC<br>JENNIFER HAMMOND<br>7951 E MAPLEWOOD AVE STE 260<br>GREENWOOD VILLAGE, CO 80111<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $613,133.79<br>Total: $613,133.79 |
| Claim: 3609<br>Date Filed: 01/13/2009<br>Creditor's Name and Address:<br>AVAYA INC<br>C O RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $202,729.59<br>Total: $202,729.59 | Claim: 12975<br>Date Filed: 05/11/2009<br>Creditor's Name and Address:<br>AVAYA INC<br>C O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $984.25<br>Unsecured: $154,024.27<br>Total: $155,008.52 |
| Claim: 2673<br>Date Filed: 01/13/2009<br>Creditor's Name and Address:<br>BAW PLASTICS INC<br>JAMES D SLOVONIC<br>2148 CENTURY DR<br>CENTURY III BUSINESS CTR<br>JEFFERSON HILLS, PA 15025<br><br>Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Secured:<br>Priority:<br>Administrative: $73,096.21<br>Unsecured: $21,796.26<br>Total: $94,892.47 | Claim: 11165<br>Date Filed: 02/03/2009<br>Creditor's Name and Address:<br>UNITED STATES DEBT RECOVERY LLC<br>940 SOUTHWOOD BL STE 101<br>INCLINE VILLAGE, NV 89451<br><br>Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Secured:<br>Priority:<br>Administrative: $59,246.55<br>Unsecured:<br>Total: $59,246.55 |
| Claim: 1675<br>Date Filed: 12/17/2008<br>Creditor's Name and Address:<br>BROADWAY NEON SIGN CORP DBA<br>BROADWAY NATIONAL SIGN & LIGHTING<br>CARL PAPARELLA VP & GENERAL COUNSEL<br>2150 5TH AVE<br>RONKONKOMA, NY 11779<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $30,857.67<br>Total: $30,857.67 | Claim: 10476<br>Date Filed: 02/02/2009<br>Creditor's Name and Address:<br>BROADWAY NEON SIGN CORP DBA<br>BROADNSAR NATIONAL SIGN AND LIGHTING<br>CARL PAPARELLA VP AND GEN COUNSEL<br>2150 5TH AVE<br>RONKONKOMA, NY 11779<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $42,140.61<br>Total: $42,140.61 |

*UNL denotes an unliquidated claim

Case 08-35653-KRH    Doc 4446    Filed 08/12/09    Entered 08/12/09 11:22:20    Desc Main
Document    Page 6 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Thirteenth Omnibus Objection to Claims Amended Claims - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 10542<br>Date Filed: 02/02/2009<br>Creditor's Name and Address:<br>CITY OF THORNTON UTILITY BILLING<br>CITY ATTORNEYS OFFICE<br>9500 CIVIC CENTER DR<br>THORNTON, CO 80229-4326<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $226.08<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $226.08 | Claim: 11959<br>Date Filed: 03/30/2009<br>Creditor's Name and Address:<br>CITY OF THORNTON UTILITY BILLING<br>CITY ATTORNEYS OFFICE<br>9500 CIVIC CENTER DR<br>THORNTON, CO 80229-4326<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $316.49<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $316.49 |
| Claim: 547<br>Date Filed: 11/26/2008<br>Creditor's Name and Address:<br>CLASSIC TECH DEVELOPMENT LIMITED<br>11 F TO 12 F<br>YUE XIU INDUSTRIAL BUILDING<br>87 HUNG TO ROAD<br>KWUN TONG KOWLOON, HONG KONG<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $272,233.26<br>Total: $272,233.26 | Claim: 4559<br>Date Filed: 01/20/2009<br>Creditor's Name and Address:<br>CLASSIC TECH DEVELOPMENT LTD<br>11/F 12/F YUE XIU INDL BLDG<br>87 HUNG TO RD KWUN TUNG<br>KOWLOON HONG KONG, UNKNOWN<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $267,452.90<br>Total: $267,452.90 |
| Claim: 9204<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>COCA COLA ENTERPRISES INC<br>C O CATHERINE HARRISON KING<br>MILLER & MARTIN PLLC<br>1170 PEACHTREE ST NE STE 800<br>ATLANTA, GA 30309-7706<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $217,262.63<br>Unsecured: $66,266.56<br>Total: $283,529.19 | Claim: 12875<br>Date Filed: 05/05/2009<br>Creditor's Name and Address:<br>COCA COLA ENTERPRISES INC<br>C O CATHERINE HARRISON KING<br>MILLER & MARTIN PLLC<br>1170 PEACHTREE ST NE STE 800<br>ATLANTA, GA 30309-7706<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $217,262.63<br>Unsecured: $78,352.56<br>Total: $295,615.19 |
| Claim: 183<br>Date Filed: 12/05/2008<br>Creditor's Name and Address:<br>CORPORATE GRAPHICS INTERNATIONAL<br>1885 NORTHWAY DR<br>N MANKATO, MN 56003<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $17,641.45<br>Unsecured:<br>Total: $17,641.45 | Claim: 11698<br>Date Filed: 03/05/2009<br>Creditor's Name and Address:<br>CORPORATE GRAPHICS INTERNATIONAL<br>1885 NORTHWAY DR<br>N MANKATO, MN 56003<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $2,028.75<br>Unsecured:<br>Total: $2,028.75 |
| Claim: 3073<br>Date Filed: 01/09/2009<br>Creditor's Name and Address:<br>CORPORATE GRAPHICS INTERNATIONAL<br>PO BOX 8464<br>NORTH MANKATO, MN 56003<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $17,641.45<br>Total: $17,641.45 | Claim: 11683<br>Date Filed: 03/05/2009<br>Creditor's Name and Address:<br>CORPORATE GRAPHICS INTERNATIONAL<br>PO BOX 8464<br>NORTH MANKATO, MN 56003<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $15,612.70<br>Total: $15,612.70 |

*UNL denotes an unliquidated claim

Case 08-35653-KRH    Doc 4446    Filed 08/12/09    Entered 08/12/09 11:22:20    Desc Main
Document      Page 7 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Thirteenth Omnibus Objection to Claims Amended Claims - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 912<br>Date Filed: 11/26/2008<br>Creditor's Name and Address:<br>CYBER POWER SYSTEMS INC<br>WILLIAM J JOANIS ESQ<br>4241 12TH AVENUE E STE 400<br>SHAKOPEE, MN 55379<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $185,329.10<br>Unsecured:<br>Total: $185,329.10 | Claim: 1037<br>Date Filed: 12/19/2008<br>Creditor's Name and Address:<br>CYBER POWER SYSTEMS INC<br>6F NO 32 SEC 1 CHENGGONG RD<br>NANGANG DISTRICT TAIPEI, TAIWAN,<br>PROVINCE OF CHINA<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $36,882.50<br>Unsecured:<br>Total: $36,882.50 |
| Claim: 910<br>Date Filed: 11/26/2008<br>Creditor's Name and Address:<br>CYBER POWER SYSTEMS USA INC<br>WILLIAM J JOANIS ESQ<br>4241 12TH AVENUE E STE 400<br>SHAKOPEE, MN 55379<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $103,123.70<br>Unsecured:<br>Total: $103,123.70 | Claim: 1250<br>Date Filed: 12/18/2008<br>Creditor's Name and Address:<br>CYBERPOWER SYSTEMS USA INC<br>ATTN GEN COUNSEL<br>4241 12TH AVE E STE 400<br>SHAKOPEE, MN 55379<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $49,360.45<br>Unsecured:<br>Total: $49,360.45 |
| Claim: 4837<br>Date Filed: 01/21/2009<br>Creditor's Name and Address:<br>DENTON, DIANA W<br>6102 BREMO RD<br>RICHMOND, VA 23226<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 11660<br>Date Filed: 03/03/2009<br>Creditor's Name and Address:<br>DENTON, DIANA INDIVIDUAL OWNERSHIP &<br>JOINT WITH RONALD DENTON<br>DIANA W DENTON<br>6102 BREMO RD<br>RICHMOND, VA 23226<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 9690<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>DFS SERVICES LLC<br>PO BOX 3000<br>NEW ALBANY, OH 43054<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $111,083.12<br>Total: $111,083.12 | Claim: 11557<br>Date Filed: 02/25/2009<br>Creditor's Name and Address:<br>DFS SERVICES LLC<br>PO BOX 3000<br>NEW ALBANY, OH 43054<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $113,708.12<br>Total: $113,708.12 |
| Claim: 6<br>Date Filed: 11/12/2008<br>Creditor's Name and Address:<br>DIRECT BROADCAST SATELLITE CENTER<br>HOME WIRE LLC<br>12602 NE MARX ST<br>PORTLAND, OR 97230<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,130.00<br>Total: $3,130.00 | Claim: 358<br>Date Filed: 11/24/2008<br>Creditor's Name and Address:<br>DIRECT BROADCAST SATELLITE CENTER<br>HOME WIRE LLC<br>12602 NE MARX ST<br>PORTLAND, OR 97230<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,560.00<br>Total: $3,560.00 |

*UNL denotes an unliquidated claim

Case 08-35653-KRH    Doc 4446    Filed 08/12/09    Entered 08/12/09 11:22:20    Desc Main
Document    Page 8 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Thirteenth Omnibus Objection to Claims Amended Claims - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | | | SURVIVING CLAIM * | | |
|---|---|---|---|---|---|
| Claim: 702<br>Date Filed: 12/09/2008<br>Creditor's Name and Address:<br><br>EXCEL BEST INDUSTRIES LIMITED<br>LIN LIM UNIT 1603<br>16/F TOWER 2 SILVERCORD NO 30 CANTON RD<br>TSIMSHATSUI KOWLOON, HONG KONG | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: | $244,378.68<br><br>Total: $244,378.68 | Claim: 5591<br>Date Filed: 01/23/2009<br>Creditor's Name and Address:<br><br>EXCEL BEST INDUSTRIES LIMITED<br>LIN LIM UNIT 1603<br>16/F TOWER 2 SILVERCORD NO 30 CANTON RD<br>TSIMSHATSUI KOWLOON, HONG KONG | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: | $128,479.44<br><br>Total: $128,479.44 |
| Claim: 7102<br>Date Filed: 01/28/2009<br>Creditor's Name and Address:<br><br>FAY, LAWRENCE W<br>2500 MAPLE HALL COURT<br>MIDLOTHIAN, VA 23113 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: | $641,722,000.00<br><br>Total: $641,722,000.00 | Claim: 10842<br>Date Filed: 02/12/2009<br>Creditor's Name and Address:<br><br>FAY, LAWRENCE W<br>2500 MAPLE HALL COURT<br>MIDLOTHIAN, VA 23113 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: | $641,722.00<br><br>Total: $641,722.00 |
| Claim: 8775<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br><br>GOVANI, CHIRAG<br>CHIRAG BRADSHAW ESQ<br>MARK BRADSHAW & BASTIAN LLP<br>26632 TOWNE CENTER DR NO 300<br>FOOTHILL RANCH, CA 92610 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: | UNL<br><br>Total: UNL | Claim: 12329<br>Date Filed: 04/22/2009<br>Creditor's Name and Address:<br><br>CHIRAG GOVANI<br>MARK BRADSHAW ESQ<br>SHULMAN HODGES & BASTIAN LLP<br>26632 TOWNE CTR DR STE 300<br>FOOTHILL RANCH, CA 92610 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: | $3,400,680.10<br><br>Total: $3,400,680.10 |
| Claim: 8721<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br><br>GREEN ACRES MALL LLC<br>ATTN MEI CHENG<br>C O VORNADO REALTY TRUST<br>210 ROUTE 4 E<br>PARAMUS, NJ 07652 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: | <br>UNL<br><br>Total: UNL | Claim: 12701<br>Date Filed: 04/30/2009<br>Creditor's Name and Address:<br><br>GREEN ACRES MALL LLC<br>ATTN MEI CHENG<br>C O VORNADO REALTY TRUST<br>210 ROUTE 4 E<br>PARAMUS, NJ 07652 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: | $3,162,363.00<br><br>Total: $3,162,363.00 |
| Claim: 2247<br>Date Filed: 01/02/2009<br>Creditor's Name and Address:<br><br>HENRICO COUNTY VIRGINIA<br>RHYSA GRIFFITH SOUTH ASSISTANT<br>COUNTY ATTORNEY<br>PO BOX 90775<br>HENRICO, VA 23273-0775 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $10,868.69<br>Priority:<br>Administrative:<br>Unsecured: | <br><br>Total: $10,868.69 | Claim: 13002<br>Date Filed: 04/30/2009<br>Creditor's Name and Address:<br><br>HENRICO COUNTY VIRGINIA ACCT NO<br>0078201 1019<br>RHYSA GRIFFITH SOUTH<br>ASSISTANT COUNTY ATTORNEY<br>PO BOX 90775<br>HENRICO VIRGINIA, 23273-0775 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $10,888.32<br>Priority:<br>Administrative:<br>Unsecured: | <br><br>Total: $10,888.32 |

*UNL denotes an unliquidated claim

Case 08-35653-KRH   Doc 4446   Filed 08/12/09   Entered 08/12/09 11:22:20   Desc Main
Document   Page 9 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Thirteenth Omnibus Objection to Claims Amended Claims - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 2254<br>Date Filed: 01/02/2009<br>Creditor's Name and Address:<br>HENRICO COUNTY VIRGINIA<br>RHYSA GRIFFITH SOUTH ASSISTANT<br>COUNTY ATTORNEY<br>PO BOX 90775<br>HENRICO, VA 23273-0775<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $10,064.39<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $10,064.39 | Claim: 13007<br>Date Filed: 04/30/2009<br>Creditor's Name and Address:<br>HENRICO COUNTY VIRGINIA ACCOUNT NO<br>00646911016<br>RHYSA GRIFFITH SOUTH<br>ASSISTANT COUNTY ATTORNEY<br>PO BOX 90775<br>HENRICO, VA 23273-0775<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $13,053.59<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $13,053.59 |
| Claim: 1721<br>Date Filed: 12/16/2008<br>Creditor's Name and Address:<br>JAMES J KENNEY & CO INC<br>6218 CAMDEN ST<br>HARAHAN, LA 70123<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $171,031.38<br>Total: $171,031.38 | Claim: 12244<br>Date Filed: 04/10/2009<br>Creditor's Name and Address:<br>JAMES J KENNEY & CO INC<br>6218 CAMDEN ST<br>HARAHAN, LA 70123<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $172,553.38<br>Total: $172,553.38 |
| Claim: 7213<br>Date Filed: 01/28/2009<br>Creditor's Name and Address:<br>JONES WALKER<br>201 ST CHARLES AVE<br>NEW ORLEANS, LA 70170<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $66,930.84<br>Total: $66,930.84 | Claim: 11118<br>Date Filed: 02/10/2009<br>Creditor's Name and Address:<br>JONES WALKER<br>201 ST CHARLES AVE<br>NEW ORLEANS, LA 70170<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $68,255.24<br>Total: $68,255.24 |
| Claim: 4590<br>Date Filed: 01/16/2009<br>Creditor's Name and Address:<br>MACK, YVETTE<br>C O SPOTTS FAIN PC<br>PO BOX 1555<br>RICHMOND, VA 23218-1555<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 10462<br>Date Filed: 02/17/2009<br>Creditor's Name and Address:<br>MACK, YVETTE<br>C O SPOTTS FAIN PC<br>PO BOX 1555<br>RICHMOND, VA 23218-1555<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $100,000.00<br>Total: $100,000.00 |
| Claim: 3894<br>Date Filed: 01/13/2009<br>Creditor's Name and Address:<br>MACK, YVETTE<br>C O SPOTTS FAIN PC<br>PO BOX 1555<br>RICHMOND, VA 23218-1555<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1.00<br>Total: $1.00 | Claim: 10462<br>Date Filed: 02/17/2009<br>Creditor's Name and Address:<br>MACK, YVETTE<br>C O SPOTTS FAIN PC<br>PO BOX 1555<br>RICHMOND, VA 23218-1555<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $100,000.00<br>Total: $100,000.00 |

*UNL denotes an unliquidated claim

Case 08-35653-KRH    Doc 4446    Filed 08/12/09    Entered 08/12/09 11:22:20    Desc Main
Document    Page 10 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Thirteenth Omnibus Objection to Claims Amended Claims - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 1633<br>Date Filed: 11/28/2008<br>Creditor's Name and Address:<br>MAJESCO ENTERTAINMENT COMPANY<br>PORZIO BROMBERG & NEWMAN PC<br>PO BOX 1997<br>MORRISTOWN, NJ 07962-1997<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: UNL | Claim: 8767<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>MAJESCO ENTERTAINMENT COMPANY<br>WARREN J MARTIN JR ESQ<br>PORZIO BROMBERG & NEWMAN PC<br>100 SOUTHGATE PKWY<br>MORRISTOWN, NJ 07962<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $258,432.00<br>Total: $258,432.00 |
| Claim: 710<br>Date Filed: 12/09/2008<br>Creditor's Name and Address:<br>MAJESCO SALES INC<br>ROSENTHAL & ROSENTHAL<br>1370 BROADWAY<br>NEW YORK, NY 10018<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $150,528.00<br>Unsecured:<br>Total: $150,528.00 | Claim: 1385<br>Date Filed: 12/19/2008<br>Creditor's Name and Address:<br>MAJESCO ENTERTAINMENT COMPANY<br>C O ADAM SULTAN<br>160 RARITAN CTR PKWY<br>EDISON, NJ 08837<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $153,600.00<br>Unsecured:<br>Total: $153,600.00 |
| Claim: 1528<br>Date Filed: 12/08/2008<br>Creditor's Name and Address:<br>MARCONI, NOELLE<br>865 WILLOW AVE<br>LANGHORNE, PA 19047<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,145.63<br>Total: $5,145.63 | Claim: 11639<br>Date Filed: 02/11/2009<br>Creditor's Name and Address:<br>MARCONI, NOELLE L<br>865 WILLOW AVE<br>LANGHORNE, PA 19047<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,145.63<br>Total: $5,145.63 |
| Claim: 3283<br>Date Filed: 01/12/2009<br>Creditor's Name and Address:<br>MERCURY INSURANCE COMPANY<br>PO BOX 10730<br>SANTA ANA, CA 92711<br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured: $20,898.00<br>Priority:<br>Administrative:<br>Unsecured: $3,067.59<br>Total: $23,965.59 | Claim: 11585<br>Date Filed: 03/12/2009<br>Creditor's Name and Address:<br>MERCURY INSURANCE COMPANY<br>PO BOX 10730<br>SANTA ANA, CA 92711<br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured: $23,965.59<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $23,965.59 |
| Claim: 2216<br>Date Filed: 01/05/2009<br>Creditor's Name and Address:<br>MICHIGAN DEPT OF TREASURY<br>UNCLAIMED PROPERTY DIVISION<br>PO BOX 30756<br>LANSING, MI 48909<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 12534<br>Date Filed: 04/27/2009<br>Creditor's Name and Address:<br>STATE OF MICHIGAN<br>MICHIGAN DEPT OF TREASURY<br>UNCLAIMED PROPERTY DIVISION<br>PO BOX 30756<br>LANSING, MI 48909<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $256,478.00<br>Total: $256,478.00 |

*UNL denotes an unliquidated claim

Case 08-35653-KRH    Doc 4446    Filed 08/12/09    Entered 08/12/09 11:22:20    Desc Main
Document    Page 11 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Thirteenth Omnibus Objection to Claims Amended Claims - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 405<br>Date Filed: 12/02/2008<br>Creditor's Name and Address:<br>MINWA ELECTRONICS CO LTD<br>22F FAR EAST FINANCE CENTRE<br>16 HARCOURT ROAD<br>ADMIRALTY, HONG KONG<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $131,664.64<br>Total: $131,664.64 | Claim: 2626<br>Date Filed: 01/05/2009<br>Creditor's Name and Address:<br>MINWA ELECTRONICS CO LTD<br>22F FAR EAST FINANCE CENTRE<br>16 HARCOURT RD<br>ADMIRALTY, UNKNOWN<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $132,495.24<br>Total: $132,495.24 |
| Claim: 2266<br>Date Filed: 12/30/2008<br>Creditor's Name and Address:<br>MUNSELLE, SHIRLEY A<br>805 LISA ST<br>BURLESON, TX 76028-6488<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $3,413.69<br>Priority: $3,413.69<br>Administrative:<br>Unsecured:<br>Total: $6,827.38 | Claim: 11650<br>Date Filed: 02/27/2009<br>Creditor's Name and Address:<br>MUNSELLE, SHIRLEY A<br>4726 BENTREE AVE<br>LONG BEACH, CA 90807-1006<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $3,413.69<br>Administrative:<br>Unsecured:<br>Total: $3,413.69 |
| Claim: 4186<br>Date Filed: 01/21/2009<br>Creditor's Name and Address:<br>OERY, CHRIS<br>4775 SUMMIT RIDGE DR NO 2011<br>RENO, NV 89523<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $260.00<br>Total: $260.00 | Claim: 11592<br>Date Filed: 03/17/2009<br>Creditor's Name and Address:<br>OERY, CHRIS<br>3545 BALBOA DR<br>RENO, NV 89503<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $260.00<br>Total: $260.00 |
| Claim: 7390<br>Date Filed: 01/28/2009<br>Creditor's Name and Address:<br>OLYMPUS IMAGING AMERICA INC AKA TO DEBTOR AS OLYMPUS CORPORATION<br>ANDREW ST CLAIR<br>3500 CORPORATE PKWY<br>CENTER VALLEY, PA 18034<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $17,367,527.47<br>Total: $17,367,527.47 | Claim: 9006<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>OLYMPUS IMAGING AMERICA INC AKA TO DEBTOR AS OLYMPUS CORPORATION<br>ANDREW ST CLAIR<br>3500 CORPORATE PKWY<br>CENTER VALLEY, PA 18034<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $17,367,527.47<br>Total: $17,367,527.47 |
| Claim: 2180<br>Date Filed: 01/05/2009<br>Creditor's Name and Address:<br>PARKERSBURG NEWS SENTINEL<br>PO BOX 1787<br>PARKERSBURG, WV 26102<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $18,686.85<br>Total: $18,686.85 | Claim: 10561<br>Date Filed: 02/03/2009<br>Creditor's Name and Address:<br>PARKERSBURG NEWS SENTINEL<br>PO BOX 1787<br>PARKERSBURG, WV 26102<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $10,717.50<br>Total: $10,717.50 |

*UNL denotes an unliquidated claim

Case 08-35653-KRH    Doc 4446    Filed 08/12/09    Entered 08/12/09 11:22:20    Desc Main
Document    Page 12 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Thirteenth Omnibus Objection to Claims Amended Claims - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 5088<br>Date Filed: 01/21/2009<br>Creditor's Name and Address:<br>PLATFORM A INC FKA ADVERTISING COM<br>AN AOL LLC COMPANY<br>TIFFANY STRELOW COBB ESQ<br>VORYS SATER SEYMOUR AND PEASE LLP<br>52 EAST GAY ST<br>PO BOX 1008<br>COLUMBUS, OH 43216-1008<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,253,227.44<br>Total: $3,253,227.44 | Claim: 10273<br>Date Filed: 02/17/2009<br>Creditor's Name and Address:<br>PLATFORM A INC FKA ADVERTISINGCOM AN<br>AOL LLC COMPANY<br>TIFFANY STRELOW COBB ESQ<br>VORYS SATER SEYMOUR AND PEASE LLP<br>52 EAST GAY ST<br>PO BOX 1008<br>COLUMBUS, OH 43215<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,069,878.57<br>Total: $3,069,878.57 |
| Claim: 741<br>Date Filed: 11/26/2008<br>Creditor's Name and Address:<br>ROSENTHAL & ROSENTHAL INC<br>DONALD S LEONARD<br>1370 BROADWAY 3RD FL<br>NEW YORK, NY 10018<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $255,360.00<br>Total: $255,360.00 | Claim: 1710<br>Date Filed: 12/11/2008<br>Creditor's Name and Address:<br>ROSENTHAL & ROSENTHAL INC<br>DONALD S LEONARD<br>1370 BROADWAY<br>NEW YORK, NY 10018<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $104,832.00<br>Total: $104,832.00 |
| Claim: 8032<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>SCRIPPS NETWORKS LLC DBA<br>DIYNETWORK COM<br>ATTN BONNIE KRABBENHOFT<br>9721 SHERRILL BLVD<br>KNOXVILLE, TN 37932<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,610.00<br>Total: $3,610.00 | Claim: 12155<br>Date Filed: 03/30/2009<br>Creditor's Name and Address:<br>SCRIPPS NETWORKS LLC DBA DIYNETWORK<br>COM<br>ATTN WENDY GIBSON<br>BAKER & HOSTETLER LLP<br>3200 NATIONAL CITY CTR<br>1900 E 9TH ST<br>CLEVELAND, OH 44114-3485<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,571.43<br>Total: $3,571.43 |
| Claim: 8028<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>SCRIPPS NETWORKS LLC DBA FINELIVING<br>COM<br>ATTN BONNIE KRABBENHOFT<br>9721 SHERRILL BLVD<br>KNOXVILLE, TN 37932<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,233.00<br>Total: $5,233.00 | Claim: 12156<br>Date Filed: 03/30/2009<br>Creditor's Name and Address:<br>SCRIPPS NETWORKS LLC DBA FINELIVING<br>COM<br>ATTN WENDY GIBSON<br>BAKER & HOSTETLER<br>3200 NATIONAL CITY CTR<br>1900 E 9TH ST<br>CLEVELAND, OH 44114-3485<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $10,626.19<br>Total: $10,626.19 |

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Thirteenth Omnibus Objection to Claims Amended Claims - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 8033<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>SCRIPPS NETWORKS LLC DBA GACTV COM<br>ATTN BONNIE KRABBENHOFT<br>9721 SHERRILL BLVD<br>KNOXVILLE, TN 37932<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,544.00<br>Total: $1,544.00 | Claim: 12157<br>Date Filed: 03/30/2009<br>Creditor's Name and Address:<br>SCRIPPS NETWORKS LLC DBA GACTV COM<br>ATTN WENDY GIBSON<br>BAKER & HOSTETLER LLP<br>3200 NATIONAL CITY CTR<br>1900 E 9TH ST<br>CLEVELAND, OH 44114-3485<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,428.57<br>Total: $1,428.57 |
| Claim: 4165<br>Date Filed: 01/16/2009<br>Creditor's Name and Address:<br>THE COLUMBUS DISPATCH<br>WELTMAN WEINBERG & REIS CO LPA<br>175 S THIRD ST STE 900<br>COLUMBUS, OH 43215<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $98,246.66<br>Total: $98,246.66 | Claim: 12386<br>Date Filed: 04/24/2009<br>Creditor's Name and Address:<br>THE COLUMBUS DISPATCH<br>WELTMAN WEINBERG & REIS CO LPA<br>175 S THIRD ST STE 900<br>COLUMBUS, OH 43215<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $98,246.66<br>Total: $98,246.66 |
| Claim: 7618<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>THE LANDING AT ARBOR PLACE II LLC<br>C O SCOTT M SHAW<br>HUSCH BLACKWELL SANDERS LLP<br>2030 HAMILTON PL BLVD STE 150<br>CHATTANOOGA, TN 37421<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $3,630.92<br>Unsecured:<br>Total: $3,630.92 | Claim: 11814<br>Date Filed: 03/20/2009<br>Creditor's Name and Address:<br>THE LANDING AT ARBOR PLACE II LLC<br>C O SCOTT M SHAW<br>HUSCH BLACKWELL SANDERS LLP<br>2030 HAMILTON PL BLVD STE 150<br>CHATTANOOGA, TN 37421<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $1,815.46<br>Administrative:<br>Unsecured:<br>Total: $1,815.46 |
| Claim: 208<br>Date Filed: 12/01/2008<br>Creditor's Name and Address:<br>UMEDISC LTD<br>UNITS 1 7 6/F METRO LOFT 38 KWAI HEI ST<br>KWAI CHUNG<br>NEW TERRITORIES, HONG KONG<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,413,037.38<br>Total: $1,413,037.38 | Claim: 4608<br>Date Filed: 01/20/2009<br>Creditor's Name and Address:<br>UMEDISC LTD<br>1 4/F HALE WEAL INDUSTRIAL<br>22 28 TAI CHUNG RD<br>TSUEN WAN NT, UNKNOWN<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,319,501.66<br>Total: $1,319,501.66 |
| Claim: 1774<br>Date Filed: 12/11/2008<br>Creditor's Name and Address:<br>UNIDEN AMERICA CORPORATION<br>EULER HERMES ACI<br>AGENT OF UNIDEN AMERICA CORPORATION<br>800 RED BROOK BLVD<br>OWINGS MILLS, MD 21117<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $703,485.97<br>Total: $703,485.97 | Claim: 10334<br>Date Filed: 02/09/2009<br>Creditor's Name and Address:<br>UNIDEN CORP OF AMERICA<br>LEGAL DEPT<br>4700 AMON CARTER BLVD<br>FORT WORTH, TX 76155<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $459,778.85<br>Total: $459,778.85 |

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Thirteenth Omnibus Objection to Claims Amended Claims - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 1267<br>Date Filed: 12/18/2008<br>Creditor's Name and Address:<br>UNIVERSAL STUDIOS HOME ENTERTAINMENT LLC<br>100 UNIVERSAL CITY PLAZA 1440 6<br>UNIVERSAL CITY, CA 91608<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $1,985,239.31<br>Unsecured:<br>Total: $1,985,239.31 | Claim: 12255<br>Date Filed: 04/09/2009<br>Creditor's Name and Address:<br>UNIVERSAL STUDIOS HOME ENTERTAINMENT LLC<br>100 UNIVERSAL CITY PLAZA 1440 6<br>UNIVERSAL CITY, CA 91608<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,985,239.31<br>Total: $1,985,239.31 |
| Claim: 8612<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>VANCE BALDWIN INC<br>C O RONALD S GELLERT ESQ<br>ECKERT SEAMANS CHERIN & MELLOTT LLC<br>2 LIBERTY PL 50 S 16TH ST 22ND FL<br>PHILADELPHIA, PA 19102-0000<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 10948<br>Date Filed: 02/03/2009<br>Creditor's Name and Address:<br>VANCE BALDWIN INC<br>C O RONALD S GELLERT ESQ<br>ECKERT SEAMANS CHERIN & MELLOTT LLC<br>2 LIBERTY PL 50 S 16TH ST 22ND FL<br>PHILADELPHIA, PA 19102-0000<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $298,004.96<br>Total: $298,004.96 |

Total Claims To Be Disallowed: 46
Total Asserted Amount To Be Disallowed: $670,022,597.36

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Thirteenth Omnibus Objection to Claims Amended Claims - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GENERAL ELECTRIC GE CONSUMER & INDUSTRIAL DIVISION GE CONSUMER & INDUSTRIAL DIVISION C O DEHAAN & BACH 11256 CORNELL PARK DR STE 500 CINCINNATI, OH 45242 | 9027 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $28,334,193.54 $28,334,193.54 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:    1    $28,334,193.54

\*    "UNL" denotes an unliquidated claim.

Page 1 of 1