Gregg M. Galardi, Esq.            Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.           Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &   MCGUIREWOODS LLP
FLOM, LLP                         One James Center
One Rodney Square                 901 E. Cary Street
PO Box 636                        Richmond, Virginia 23219
Wilmington, Delaware 19899-0636   (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - x

**ORDER ON DEBTORS' NINETEENTH OMNIBUS OBJECTION TO CLAIMS
(RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL
UNSECURED, NON-PRIORITY CLAIMS)**

THIS MATTER having come before the Court on the

Debtors' Nineteenth Omnibus Objection To Claims

(Reclassification of Certain Misclassified Claims to General

Unsecured, Non-Priority Claims)(the "Objection"), and it

appearing that due and proper notice and service of the

Objection has been given in compliance with Fed. R. Bankr.

P. 3007 and 7004 and LBR 3007-1 and was good and sufficient

and that no other further notice or service of the Objection

need be given; and it further appearing that certain parties

filed responses to the Objection; and it appearing that the

relief requested on the Objection is in the best interest of

the Debtors, their estates and creditors and other parties-

in-interest; and after due deliberation thereon good and

sufficient cause exists for the granting of the relief as

set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.   The claims identified on Exhibit A – Nineteenth

Omnibus Objection To Claims (Reclassification of Certain

Misclassified Claims to General Unsecured, Non-Priority

Claims) – Reclassified Claims as attached hereto and

incorporated herein, are forever reclassified as set forth

on Exhibit A for all purposes in these bankruptcy cases.

2.   The status hearing on the Objection to the claims

identified on Exhibit B – Nineteenth Omnibus Objection To

Claims (Reclassification of Certain Misclassified Claims to

General Unsecured, Non-Priority Claims) – Adjourned Claims

as attached hereto and incorporated herein, is hereby

adjourned to August 27, 2009, at 11:00 a.m. (Eastern) or until such later time as agreed by the parties.

3.    The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases are hereby preserved in their entirety.

4.    The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
       August  __, 2009

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -


 _/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                        _/s/ Douglas M. Foley_____
                        Douglas M. Foley

\9708615.1

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

### EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 3019**
Date Filed: 01/08/2009
Docketed Total: $9,860.00
Filing Creditor Name and Address:
  ADVENTURE SATELLITE TV
  4443 COUNTY RD 218 WEST
  STE 105
  MIDDLEBURG, FL 32068

Claim Holder Name and Address
  ADVENTURE SATELLITE TV
  4443 COUNTY RD 218 WEST
  STE 105
  MIDDLEBURG, FL 32068

Case Number: 08-35653
Docketed Total: $9,860.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $9,860.00 |

Case Number: 08-35653
Modified Total: $9,860.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $9,860.00 |

---

**Claim: 4492**
Date Filed: 01/21/2009
Docketed Total: $2,515.00
Filing Creditor Name and Address:
  ALL STAR MEDIA CONCEPTS
  72 IRONDALE RD
  WHARTON, NJ 07885

Claim Holder Name and Address
  ALL STAR MEDIA CONCEPTS
  72 IRONDALE RD
  WHARTON, NJ 07885

Case Number: 08-35653
Docketed Total: $2,515.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $2,515.00 | |

Case Number: 08-35653
Modified Total: $2,515.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,515.00 |

---

**Claim: 17**
Date Filed: 11/19/2008
Docketed Total: $2,315.00
Filing Creditor Name and Address:
  ANCHOR INSTALLATIONS LLC
  6712 ELMWOOD AVE
  CHEYENNE, WY 82007

Claim Holder Name and Address
  ANCHOR INSTALLATIONS LLC
  6712 ELMWOOD AVE
  CHEYENNE, WY 82007

Case Number: 08-35653
Docketed Total: $2,315.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $2,315.00 | |

Case Number: 08-35653
Modified Total: $2,315.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,315.00 |

---

**Claim: 333**
Date Filed: 11/21/2008
Docketed Total: $1,455.00
Filing Creditor Name and Address:
  ANCHOR INSTALLATIONS LLC
  6712 ELMWOOD AVE
  CHEYENNE, WY 82007

Claim Holder Name and Address
  ANCHOR INSTALLATIONS LLC
  6712 ELMWOOD AVE
  CHEYENNE, WY 82007

Case Number: 08-35653
Docketed Total: $1,455.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $1,455.00 | |

Case Number: 08-35653
Modified Total: $1,455.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,455.00 |

---

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4449    Filed 08/12/09    Entered 08/12/09 11:33:27    Desc Main
Case No. 08-35653 (KRH)                              Document      Page 6 of 52

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 7481**
Date Filed: 01/28/2009
Docketed Total: $291,630.23
Filing Creditor Name and Address:
AR INVESTMENTS, L P
C/O TERRA ENTERPRISES INC
11812 SAN VICENTE BLVD SUITE
510
LOS ANGELES, CA 90049

Claim Holder Name and Address
AR INVESTMENTS, L P
C/O TERRA ENTERPRISES INC
11812 SAN VICENTE BLVD SUITE 510
LOS ANGELES, CA 90049

Case Number: 08-35653
Docketed Total: $291,630.23

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $291,630.23 | |

Case Number: 08-35653
Modified Total: $291,630.23

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $291,630.23 |

**Claim: 3216**
Date Filed: 01/09/2009
Docketed Total: $11,143.79
Filing Creditor Name and Address:
ARCHITECTURAL CAST STONE
INCORPORATED
2775 NORTON CREEK DR
WEST CHICAGO, IL 60185-6411

Claim Holder Name and Address
ARCHITECTURAL CAST STONE
INCORPORATED
2775 NORTON CREEK DR
WEST CHICAGO, IL 60185-6411

Case Number: 08-35653
Docketed Total: $11,143.79

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $11,143.79 | | |

Case Number: 08-35653
Modified Total: $11,143.79

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $11,143.79 |

**Claim: 8753**
Date Filed: 01/30/2009
Docketed Total: $1,544,305.00
Filing Creditor Name and Address:
AT&T CAPITAL SERVICES INC
ERIC H HORN ESQ
LOWENSTEIN SANDLER PC
65 LIVINGSTON AVE
ROSELAND, NJ 07068

Claim Holder Name and Address
AT&T CAPITAL SERVICES INC
ERIC H HORN ESQ
LOWENSTEIN SANDLER PC
65 LIVINGSTON AVE
ROSELAND, NJ 07068

Case Number: 08-35653
Docketed Total: $1,544,305.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $1,544,305.00 | | |

Case Number: 08-35653
Modified Total: $1,544,305.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,544,305.00 |

**Claim: 6270**
Date Filed: 01/26/2009
Docketed Total: $2,360.00
Filing Creditor Name and Address:
AUDIO INNOVATIONS INC
133 NE 91 ST
KANSAS CITY, MO 64155

Claim Holder Name and Address
AUDIO INNOVATIONS INC
133 NE 91 ST
KANSAS CITY, MO 64155

Case Number: 08-35653
Docketed Total: $2,360.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $2,360.00 | |

Case Number: 08-35653
Modified Total: $2,360.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,360.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 4790**
Date Filed:  01/21/2009
Docketed Total:     $2,135.00
Filing Creditor Name and Address:
  AUDIO VIDEO EXCELLENCE
  611 W MANLIUS ST
  E SYRACUSE, NY 13057

Claim Holder Name and Address
  AUDIO VIDEO EXCELLENCE
  611 W MANLIUS ST
  E SYRACUSE, NY 13057

Case Number:  08-35653
Docketed Total:  **$2,135.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $2,135.00 | $2,135.00 |

Case Number:  08-35653
Modified Total:  **$2,135.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,135.00 |

---

**Claim: 4792**
Date Filed:  01/21/2009
Docketed Total:     $2,135.00
Filing Creditor Name and Address:
  AUDIO VIDEO EXCELLENCE
  611 W MANLIUS ST
  E SYRACUSE, NY 13057

Claim Holder Name and Address
  AUDIO VIDEO EXCELLENCE
  611 W MANLIUS ST
  E SYRACUSE, NY 13057

Case Number:  08-35653
Docketed Total:  **$2,135.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $2,135.00 | |

Case Number:  08-35653
Modified Total:  **$2,135.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,135.00 |

---

**Claim: 9047**
Date Filed:  01/30/2009
Docketed Total:     $103,771.00
Filing Creditor Name and Address:
  BAGBY & RUSSELL ELECTRIC
  COMPANY INC
  SIROTE & PERMUTT PC
  1 ST LOUIS CTR STE 1000
  MOBILE, AL 36652

Claim Holder Name and Address
  BAGBY & RUSSELL ELECTRIC
  COMPANY INC
  SIROTE & PERMUTT PC
  1 ST LOUIS CTR STE 1000
  MOBILE, AL 36652

Case Number:  08-35653
Docketed Total:  **$103,771.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $103,771.00 | | |

Case Number:  08-35653
Modified Total:  **$103,771.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $103,771.00 |

---

**Claim: 3661**
Date Filed:  01/13/2009
Docketed Total:     $0.00
Filing Creditor Name and Address:
  BAR B Q EXPRESS
  NO 55 TIFFANY PLAZA
  ARDMORE, OK 73401

Claim Holder Name and Address
  BAR B Q EXPRESS
  NO 55 TIFFANY PLAZA
  ARDMORE, OK 73401

Case Number:  08-35653
Docketed Total:  **UNL**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $0.00 | | |

Case Number:  08-35653
Modified Total:  **$0.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

---

\*    "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 2088<br>Date Filed:   01/02/2009<br>Docketed Total:   $343.75<br>Filing Creditor Name and Address:<br>  BASSETT & ASSOCIATES, RW<br>  621 E FOSTER AVE<br>  ROSELLE, IL 60172 | Claim Holder Name and Address<br><br>BASSETT & ASSOCIATES, RW<br>621 E FOSTER AVE<br>ROSELLE, IL 60172<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                                   $343.75 | Case Number:                     08-35653<br>Docketed Total:               $343.75 | Case Number:                     08-35653<br>Modified Total:               $343.75<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                                   $343.75 | |
| Claim: 8963<br>Date Filed:   01/30/2009<br>Docketed Total:   $22,222.00<br>Filing Creditor Name and Address:<br>  BEST VENDORS<br>  2400 YORKMONT RD<br>  CHARLOTTE, NC 28217 | Claim Holder Name and Address<br><br>BEST VENDORS<br>2400 YORKMONT RD<br>CHARLOTTE, NC 28217<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                           $22,222.00 | Case Number:                     08-35653<br>Docketed Total:               $22,222.00 | Case Number:                     08-35653<br>Modified Total:               $22,222.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                                   $22,222.00 | |
| Claim: 1690<br>Date Filed:   12/19/2008<br>Docketed Total:   $697.50<br>Filing Creditor Name and Address:<br>  BOWMAN JR, JOHN G<br>  2329 ASHLEY PL DR<br>  ST CHARLES, MO 63303 | Claim Holder Name and Address<br><br>BOWMAN JR, JOHN G<br>2329 ASHLEY PL DR<br>ST CHARLES, MO 63303<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                           $697.50 | Case Number:                     08-35653<br>Docketed Total:               $697.50 | Case Number:                     08-35653<br>Modified Total:               $697.50<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                                   $697.50 | |
| Claim: 7451<br>Date Filed:   01/28/2009<br>Docketed Total:   $199,393.04<br>Filing Creditor Name and Address:<br>  BR FRIES & ASSOCIATES LLC<br>  355 LEXINGTON AVE STE 1400<br>  NEW YORK, NY 10017 | Claim Holder Name and Address<br><br>BR FRIES & ASSOCIATES LLC<br>355 LEXINGTON AVE STE 1400<br>NEW YORK, NY 10017<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                          $199,393.04 | Case Number:                     08-35653<br>Docketed Total:               $199,393.04 | Case Number:                     08-35653<br>Modified Total:               $199,393.04<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                                   $199,393.04 | |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4449    Filed 08/12/09    Entered 08/12/09 11:33:27    Desc Main
Case No. 08-35653 (KRH)                                    Document    Page 9 of 52

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 6900**
Date Filed: 01/28/2009
Docketed Total: $2,232.76
Filing Creditor Name and Address:
BRIAN ROBERT PERLEBERG
15N848 MEADOW CT
HAMPSHIRE, IL 60140

Claim Holder Name and Address
BRIAN ROBERT PERLEBERG
15N848 MEADOW CT
HAMPSHIRE, IL 60140

Case Number: 08-35653
Docketed Total: $2,232.76

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,232.76 |

Case Number: 08-35653
Modified Total: $2,232.76

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,232.76 |

---

**Claim: 8669**
Date Filed: 01/29/2009
Docketed Total: $88,305.00
Filing Creditor Name and Address:
BRINKMANN CONSTRUCTION CO, RG
16650 CHESTERFIELD GROVE RD STE 100
CHESTERFIELD, MO 63005

Claim Holder Name and Address
BRINKMANN CONSTRUCTION CO, RG
16650 CHESTERFIELD GROVE RD STE 100
CHESTERFIELD, MO 63005

Case Number: 08-35653
Docketed Total: $88,305.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $88,305.00 | | |

Case Number: 08-35653
Modified Total: $88,305.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $88,305.00 |

---

**Claim: 2389**
Date Filed: 01/02/2009
Docketed Total: $350.00
Filing Creditor Name and Address:
BROCKTON, CITY OF
BROCKTON CITY OF
WEIGHTS & MEASURES DEPT
45 SCHOOL ST CITY HALL
BROCKTON, MA 02301

Claim Holder Name and Address
BROCKTON, CITY OF
BROCKTON CITY OF
WEIGHTS & MEASURES DEPT
45 SCHOOL ST CITY HALL
BROCKTON, MA 02301

Case Number: 08-35653
Docketed Total: $350.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $350.00 | |

Case Number: 08-35653
Modified Total: $350.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $350.00 |

---

**Claim: 8205**
Date Filed: 01/29/2009
Docketed Total: $211.98
Filing Creditor Name and Address:
CAN 2 OF COLUMBUS
744 TAYLOR AVE
COLUMBUS, OH 43219

Claim Holder Name and Address
CAN 2 OF COLUMBUS
744 TAYLOR AVE
COLUMBUS, OH 43219

Case Number: 08-35653
Docketed Total: $211.98

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $211.98 | |

Case Number: 08-35653
Modified Total: $211.98

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $211.98 |

---

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4449    Filed 08/12/09    Entered 08/12/09 11:33:27    Desc Main
Case No. 08-35653 (KRH)    Document    Page 10 of 52

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10508**
Date Filed: 02/02/2009
Docketed Total: $0.00
Filing Creditor Name and Address:
CHRISTOPHER, TAMARA
22 FAIRVIEW TER
ANNISTON, AL 36207

Claim Holder Name and Address
CHRISTOPHER, TAMARA
22 FAIRVIEW TER
ANNISTON, AL 36207
Case Number: 08-35653
Docketed Total: UNL

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $0.00 | | |

Case Number: 08-35653
Modified Total: $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

**Claim: 5424**
Date Filed: 01/26/2009
Docketed Total: $2,715.00
Filing Creditor Name and Address:
CINEMA PROS INSTALLATIONS
10320 HIDDEN OAK DR
SUNLAND, CA 91040

Claim Holder Name and Address
CINEMA PROS INSTALLATIONS
10320 HIDDEN OAK DR
SUNLAND, CA 91040
Case Number: 08-35653
Docketed Total: $2,715.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $2,715.00 | |

Case Number: 08-35653
Modified Total: $2,715.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,715.00 |

**Claim: 2007**
Date Filed: 12/29/2008
Docketed Total: $239.50
Filing Creditor Name and Address:
CITY OF FRANKLIN
PO BOX 705
FRANKLIN, TN 37065

Claim Holder Name and Address
CITY OF FRANKLIN
PO BOX 705
FRANKLIN, TN 37065
Case Number: 08-35653
Docketed Total: $239.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $239.50 | | |

Case Number: 08-35653
Modified Total: $239.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $239.50 |

**Claim: 5450**
Date Filed: 01/26/2009
Docketed Total: $444.54
Filing Creditor Name and Address:
CITY OF GRANDVILLE
3195 WILSON AVE
GRANDVILLE, MI 49418

Claim Holder Name and Address
CITY OF GRANDVILLE
3195 WILSON AVE
GRANDVILLE, MI 49418
Case Number: 08-35653
Docketed Total: $444.54

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $444.54 | | |

Case Number: 08-35653
Modified Total: $444.54

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $444.54 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4449    Filed 08/12/09    Entered 08/12/09 11:33:27    Desc Main
Case No. 08-35653 (KRH)                                    Document    Page 11 of 52

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED |
|---|---|---|---|

**Claim: 5253**
Date Filed: 01/26/2009
Docketed Total: $72.14
Filing Creditor Name and Address:
CITY OF MELBOURNE, FL
900 EAST STRAWBRIDGE AVENUE
MELBOURNE, FL 32901

Claim Holder Name and Address
CITY OF MELBOURNE, FL
900 EAST STRAWBRIDGE AVENUE
MELBOURNE, FL 32901

Case Number: 08-35653
Docketed Total: $72.14

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $72.14 | | |

Case Number: 08-35653
Modified Total: $72.14

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $72.14 |

---

**Claim: 9790**
Date Filed: 01/30/2009
Docketed Total: $21.00
Filing Creditor Name and Address:
CITY OF MUSKEGON
PO BOX 536
MUSKEGON, MI 49443

Claim Holder Name and Address
CITY OF MUSKEGON
PO BOX 536
MUSKEGON, MI 49443

Case Number: 08-35653
Docketed Total: $21.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $21.00 | | |

Case Number: 08-35653
Modified Total: $21.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $21.00 |

---

**Claim: 11959**
Date Filed: 03/30/2009
Docketed Total: $316.49
Filing Creditor Name and Address:
CITY OF THORNTON UTILITY BILLING
9500 CIVIC CENTER DR
THORNTON, CO 80229-4326

Claim Holder Name and Address
CITY OF THORNTON UTILITY BILLING
9500 CIVIC CENTER DR
THORNTON, CO 80229-4326

Case Number: 08-35653
Docketed Total: $316.49

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $316.49 | | |

Case Number: 08-35653
Modified Total: $316.49

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $316.49 |

---

**Claim: 251**
Date Filed: 12/03/2008
Docketed Total: $1,210.00
Filing Creditor Name and Address:
CLASSIC 1 INSTALLATIONS
1110 MACEDONIA RD
ARDMORE, AL 35739

Claim Holder Name and Address
CLASSIC 1 INSTALLATIONS
1110 MACEDONIA RD
ARDMORE, AL 35739

Case Number: 08-35653
Docketed Total: $1,210.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $1,210.00 | |

Case Number: 08-35653
Modified Total: $1,210.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,210.00 |

---

\*    "UNL" denotes an unliquidated claim.

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |

**Claim: 1771**
Date Filed: 12/18/2008
Docketed Total: $1,787.96
Filing Creditor Name and Address:
  CLEAVERS CORNERS INC
  3117 HARROW RD
  SPRING HILL, FL 34606

| Claim Holder Name and Address | Case Number: | 08-35653 |
| CLEAVERS CORNERS INC
3117 HARROW RD
SPRING HILL, FL 34606 | Docketed Total: | $1,787.96 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,787.96 |

| Case Number: | 08-35653 |
| Modified Total: | $1,787.96 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,787.96 |

**Claim: 3854**
Date Filed: 01/15/2009
Docketed Total: $1,787.96
Filing Creditor Name and Address:
  CLEAVERS CORNERS INC
  3117 HARROW RD
  SPRING HILL, FL 34606

| Claim Holder Name and Address | Case Number: | 08-35653 |
| CLEAVERS CORNERS INC
3117 HARROW RD
SPRING HILL, FL 34606 | Docketed Total: | $1,787.96 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $1,787.96 | |

| Case Number: | 08-35653 |
| Modified Total: | $1,787.96 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,787.96 |

**Claim: 7119**
Date Filed: 01/28/2009
Docketed Total: $73,589.00
Filing Creditor Name and Address:
  COLONIAL HEIGHTS HOLDING,
  LLC
  C/O CRONACHER
  DEVELOPMENT
  1076 GOODLETTE RD NORTH
  ATTN  JOHN CHANDLER
  NAPLES, FL 34102

| Claim Holder Name and Address | Case Number: | 08-35653 |
| COLONIAL HEIGHTS HOLDING, LLC
C/O CRONACHER DEVELOPMENT
1076 GOODLETTE RD NORTH
ATTN  JOHN CHANDLER
NAPLES, FL 34102 | Docketed Total: | $73,589.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $73,589.00 | |

| Case Number: | 08-35653 |
| Modified Total: | $73,589.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $73,589.00 |

**Claim: 1714**
Date Filed: 12/18/2008
Docketed Total: $7,300.00
Filing Creditor Name and Address:
  COMMUNICATIONS WIRING INC
  14390 ADAMSVILLE RD
  GREENWOOD, DE 19950

| Claim Holder Name and Address | Case Number: | 08-35653 |
| COMMUNICATIONS WIRING INC
14390 ADAMSVILLE RD
GREENWOOD, DE 19950 | Docketed Total: | $7,300.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $7,300.00 | |

| Case Number: | 08-35653 |
| Modified Total: | $7,300.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $7,300.00 |

*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 7758**
Date Filed: 01/29/2009
Docketed Total: $3,000.00
Filing Creditor Name and Address:
CORMIER, JOSEPH BOWMAN
804 E ALEXANDER ST
LAFAYETTE, LA 70501

Claim Holder Name and Address | Case Number: 08-35653
CORMIER, JOSEPH BOWMAN 804 E ALEXANDER ST LAFAYETTE, LA 70501 | Docketed Total: $3,000.00
Case Number: 08-35653 | Modified Total: $3,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $3,000.00 | | | | | | | $3,000.00 |

**Claim: 1507**
Date Filed: 12/08/2008
Docketed Total: $5,810.00
CRAWFORD COMMUNICATIONS INC
925 WOODSIDE DR
DELAND, FL 32720
Case Number: 08-35653 / Docketed Total: $5,810.00 / Modified Total: $5,810.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $5,810.00 | | | | | | | $5,810.00 |

**Claim: 312**
Date Filed: 11/20/2008
Docketed Total: $3,590.00
CUSTOM MEDIA DESIGNS
15 HOUSTON AVE
MIDDLETOWN, NY 10940
Case Number: 08-35653 / Docketed Total: $3,590.00 / Modified Total: $3,590.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $3,590.00 | | | | | | | $3,590.00 |

**Claim: 2938**
Date Filed: 01/06/2009
Docketed Total: $4,765.00
CUSTOM MEDIA DESIGNS
15 HOUSTON AVE
MIDDLETOWN, NY 10940
Case Number: 08-35653 / Docketed Total: $4,765.00 / Modified Total: $4,765.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $4,765.00 | | | | | | | $4,765.00 |

*    "UNL" denotes an unliquidated claim.

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 6220**
Date Filed: 01/27/2009
Docketed Total: $7,531.30
Filing Creditor Name and Address:
  CUSTOM PLUMBING OF LEE
  COUNTY INC
  JOHN MYERS
  PO BOX 50357
  FORT MYERS, FL 33905

Claim Holder Name and Address
  CUSTOM PLUMBING OF LEE
  COUNTY INC
  JOHN MYERS
  PO BOX 50357
  FORT MYERS, FL 33905

| Case Number: | 08-35653 |
| Docketed Total: | $7,531.30 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $7,531.30 |

| Case Number: | 08-35653 |
| Modified Total: | $7,531.30 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $7,531.30 |

---

**Claim: 5829**
Date Filed: 01/13/2009
Docketed Total: $14,955.00
Filing Creditor Name and Address:
  DANS ROOFING INC
  19011 MERMACK AVE
  LAKE ELSINORE, CA 92532

Claim Holder Name and Address
  DANS ROOFING INC
  19011 MERMACK AVE
  LAKE ELSINORE, CA 92532

| Case Number: | 08-35653 |
| Docketed Total: | $14,955.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $14,955.00 |

| Case Number: | 08-35653 |
| Modified Total: | $14,955.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $14,955.00 |

---

**Claim: 3423**
Date Filed: 01/13/2009
Docketed Total: $2,264.57
Filing Creditor Name and Address:
  DAVIS, CLEAVON
  3718 BAYCRES
  CHESAPEAKE, VA 23321

Claim Holder Name and Address
  DAVIS, CLEAVON
  3718 BAYCRES
  CHESAPEAKE, VA 23321

| Case Number: | 08-35653 |
| Docketed Total: | $2,264.57 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $2,264.57 | | |

| Case Number: | 08-35653 |
| Modified Total: | $2,264.57 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,264.57 |

---

**Claim: 4033**
Date Filed: 01/19/2009
Docketed Total: $500.00
Filing Creditor Name and Address:
  DAVIS, DANECE D
  7106 NORTH 50TH ST
  TAMPA, FL 33617

Claim Holder Name and Address
  DAVIS, DANECE D
  7106 NORTH 50TH ST
  TAMPA, FL 33617

| Case Number: | 08-35653 |
| Docketed Total: | $500.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $500.00 | | |

| Case Number: | 08-35653 |
| Modified Total: | $500.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $500.00 |

---

\*    "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1538**
Date Filed:  12/10/2008
Docketed Total:  $4,983.90
Filing Creditor Name and Address:
  DENNIS CORRY PORTER & SMITH
  LLP
  3535 PIEDMONT RD STE 900 BLDG
  14
  ATLANTA, GA 30305

Claim Holder Name and Address
DENNIS CORRY PORTER & SMITH LLP
3535 PIEDMONT RD STE 900 BLDG 14
ATLANTA, GA 30305

Case Number:  08-35653
Docketed Total:  **$4,983.90**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $4,983.90 | |

Case Number:  08-35653
Modified Total:  **$4,983.90**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,983.90 |

---

**Claim: 1677**
Date Filed:  12/16/2008
Docketed Total:  $21,770.00
Filing Creditor Name and Address:
  DIAMOND AUDIO VISUAL LLC
  7704 PECAN LEAF RD
  SEVERN, MD 21144

Claim Holder Name and Address
DIAMOND AUDIO VISUAL LLC
7704 PECAN LEAF RD
SEVERN, MD 21144

Case Number:  08-35653
Docketed Total:  **$21,770.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $21,770.00 | |

Case Number:  08-35653
Modified Total:  **$21,770.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $21,770.00 |

---

**Claim: 9788**
Date Filed:  01/30/2009
Docketed Total:  $5,149,648.48
Filing Creditor Name and Address:
  DL PETERSON TRUST AS
  ASSIGNEE OF PHH VEHICLE
  MANAGEMENT SERVICES LLC
  FKA PHH VEHICLE
  MANAGEMENT SERVICES
  CORPORATION
  PHH VEHICLE MANAGEMENT
  SERVICES LLC
  940 RIDGEBROOK RD
  SPARKS, MD 21152

Claim Holder Name and Address
DL PETERSON TRUST AS ASSIGNEE
OF PHH VEHICLE MANAGEMENT
SERVICES LLC FKA PHH VEHICLE
MANAGEMENT SERVICES
CORPORATION
PHH VEHICLE MANAGEMENT
SERVICES LLC
940 RIDGEBROOK RD
SPARKS, MD 21152

Case Number:  08-35653
Docketed Total:  **$5,149,648.48**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $5,089,302.89 | | $60,345.59 |

Case Number:  08-35653
Modified Total:  **$5,149,648.48**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $5,149,648.48 |

---

\*     "UNL" denotes an unliquidated claim.

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 3006**
Date Filed: 01/08/2009
Docketed Total: $613.36
Filing Creditor Name and Address:
EDWARDS, DONNA
9234 CHERRY LANE
LAUREL, MD 20708

Claim Holder Name and Address | Case Number: 08-35653
EDWARDS, DONNA
9234 CHERRY LANE
LAUREL, MD 20708 | Docketed Total: $613.36

Case Number: 08-35653
Modified Total: $613.36

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $613.36 | | | | | | $613.36 |

**Claim: 1611**
Date Filed: 12/12/2008
Docketed Total: $248,709.47
Filing Creditor Name and Address:
ENGINEERED STRUCTURES INC
TROUT JONES GLEDHILL
FUHRMAN PA
PO BOX 1097
BOISE, ID 83701

Claim Holder Name and Address | Case Number: 08-35653
ENGINEERED STRUCTURES INC
TROUT JONES GLEDHILL FUHRMAN PA
PO BOX 1097
BOISE, ID 83701 | Docketed Total: $248,709.47

Case Number: 08-35653
Modified Total: $248,709.47

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $248,709.47 | | | | | | | | $248,709.47 |

**Claim: 1612**
Date Filed: 12/12/2008
Docketed Total: $120,172.26
Filing Creditor Name and Address:
ENGINEERED STRUCTURES INC
TROUT JONES GLEDHILL
FUHRMAN PA
PO BOX 1097
BOISE, ID 83701

Claim Holder Name and Address | Case Number: 08-35653
ENGINEERED STRUCTURES INC
TROUT JONES GLEDHILL FUHRMAN PA
PO BOX 1097
BOISE, ID 83701 | Docketed Total: $120,172.26

Case Number: 08-35653
Modified Total: $120,172.26

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $120,172.26 | | | | | | | | $120,172.26 |

*     "UNL" denotes an unliquidated claim.

### EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| **Claim:** 1613<br>Date Filed:  12/12/2008<br>Docketed Total:   $753,349.93<br>Filing Creditor Name and Address:<br>ENGINEERED STRUCTURES INC<br>TROUT JONES GLEDHILL<br>FUHRMAN PA<br>PO BOX 1097<br>BOISE, ID 83701 | Claim Holder Name and Address     Case Number:          08-35653<br>ENGINEERED STRUCTURES INC     Docketed Total:     **$753,349.93**<br>TROUT JONES GLEDHILL FUHRMAN<br>PA<br>PO BOX 1097<br>BOISE, ID 83701<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                    $753,349.93                  $753,349.93 | Case Number:          08-35653<br>Modified Total:     **$753,349.93**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                               $753,349.93 |
| **Claim:** 1625<br>Date Filed:  12/12/2008<br>Docketed Total:   $828,093.12<br>Filing Creditor Name and Address:<br>ENGINEERED STRUCTURES INC<br>TROUT JONES GLEDHILL<br>FUHRMAN PA<br>PO BOX 1097<br>BOISE, ID 83701 | Claim Holder Name and Address     Case Number:          08-35653<br>ENGINEERED STRUCTURES INC     Docketed Total:     **$828,093.12**<br>TROUT JONES GLEDHILL FUHRMAN<br>PA<br>PO BOX 1097<br>BOISE, ID 83701<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                    $828,093.12                  $828,093.12 | Case Number:          08-35653<br>Modified Total:     **$828,093.12**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                               $828,093.12 |
| **Claim:** 4092<br>Date Filed:  01/20/2009<br>Docketed Total:   $4,990.00<br>Filing Creditor Name and Address:<br>ERIE COUNTY BUREAU OF<br>WEIGHTS<br>2380 CLINTON ST<br>CHEEKTOWAGA, NY 14227 | Claim Holder Name and Address     Case Number:          08-35653<br>ERIE COUNTY BUREAU OF WEIGHTS     Docketed Total:     **$4,990.00**<br>2380 CLINTON ST<br>CHEEKTOWAGA, NY 14227<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                              $4,990.00 | Case Number:          08-35653<br>Modified Total:     **$4,990.00**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                               $4,990.00 |
| **Claim:** 11974<br>Date Filed:  03/30/2009<br>Docketed Total:   $15,404.00<br>Filing Creditor Name and Address:<br>FABCO METAL PRODUCTS LP<br>1490 FRANCES DR<br>DAYTONA BEACH, FL 32124 | Claim Holder Name and Address     Case Number:          08-35657<br>FABCO METAL PRODUCTS LP     Docketed Total:     **$15,404.00**<br>1490 FRANCES DR<br>DAYTONA BEACH, FL 32124<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                    $15,404.00 | Case Number:          08-35657<br>Modified Total:     **$15,404.00**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                               $15,404.00 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4449    Filed 08/12/09    Entered 08/12/09 11:33:27    Desc Main
Case No. 08-35653 (KRH)                                    Document    Page 18 of 52

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8290**
Date Filed: 01/29/2009
Docketed Total: $1,624,315.88
Filing Creditor Name and Address:
FIRE MATERIALS GROUP LLC
HIGGS FLETCHER & MACK LLP
401 WEST A ST STE 2600
SAN DIEGO, CA 92101

Claim Holder Name and Address
FIRE MATERIALS GROUP LLC
HIGGS FLETCHER & MACK LLP
401 WEST A ST STE 2600
SAN DIEGO, CA 92101

Case Number: 08-35653
Docketed Total: $1,624,315.88

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $1,624,315.88 | | |

Case Number: 08-35653
Modified Total: $1,624,315.88

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,624,315.88 |

**Claim: 344**
Date Filed: 11/25/2008
Docketed Total: $1,625.00
Filing Creditor Name and Address:
FUTURE AUDIO VIDEO
18330 GREENLEAF DR
SOUTH BEND, IN 46637

Claim Holder Name and Address
FUTURE AUDIO VIDEO
18330 GREENLEAF DR
SOUTH BEND, IN 46637

Case Number: 08-35653
Docketed Total: $1,625.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $1,625.00 | |

Case Number: 08-35653
Modified Total: $1,625.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,625.00 |

**Claim: 2907**
Date Filed: 01/07/2009
Docketed Total: $31,084.26
Filing Creditor Name and Address:
G & W SERVICE CO LP
2503 CAPITOL AVE
HOUSTON, TX 77003-3203

Claim Holder Name and Address
G & W SERVICE CO LP
2503 CAPITOL AVE
HOUSTON, TX 77003-3203

Case Number: 08-35653
Docketed Total: $31,084.26

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $31,084.26 | | |

Case Number: 08-35653
Modified Total: $31,084.26

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $31,084.26 |

**Claim: 2071**
Date Filed: 12/30/2008
Docketed Total: $4,983.00
Filing Creditor Name and Address:
G&R FALCON
COMMUNICATIONS INC
9400 LAGUNA NIGUEL DR NO 103
LAS VEGAS, NV 89134

Claim Holder Name and Address
G&R FALCON COMMUNICATIONS
INC
9400 LAGUNA NIGUEL DR NO 103
LAS VEGAS, NV 89134

Case Number: 08-35653
Docketed Total: $4,983.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $4,983.00 | |

Case Number: 08-35653
Modified Total: $4,983.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,983.00 |

\*    "UNL" denotes an unliquidated claim.

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED |
| --- | --- | --- | --- |
| Claim: 4867<br>Date Filed: 01/26/2009<br>Docketed Total: $15,729,938.78<br>Filing Creditor Name and Address:<br>GELCO CORPORATION DOING BUSINESS AS GE FLEET SERVICES<br>THREE CAPITAL DR<br>EDEN PRAIRIE, MN 55344 | Claim Holder Name and Address    Case Number:  08-35653<br>GELCO CORPORATION DOING BUSINESS AS GE FLEET SERVICES<br>THREE CAPITAL DR<br>EDEN PRAIRIE, MN 55344   Docketed Total:  **$15,729,938.78**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                           $15,729,938.78 | | Case Number:  08-35653<br><br>Modified Total:  **$15,729,938.78**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                           $15,729,938.78 |
| Claim: 5254<br>Date Filed: 01/23/2009<br>Docketed Total: $40,472.30<br>Filing Creditor Name and Address:<br>GENERAL MASONRY & CONCRETE INC<br>2445 E GUASTI RD 1ST FL<br>ONTARIO, CA 91761 | Claim Holder Name and Address    Case Number:  08-35653<br>GENERAL MASONRY & CONCRETE INC<br>2445 E GUASTI RD 1ST FL<br>ONTARIO, CA 91761   Docketed Total:  **$40,472.30**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                      $40,472.30 | | Case Number:  08-35653<br><br>Modified Total:  **$40,472.30**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                          $40,472.30 |
| Claim: 6511<br>Date Filed: 01/23/2009<br>Docketed Total: $37,647.77<br>Filing Creditor Name and Address:<br>GENERAL MASONRY & CONCRETE INC<br>2445 E GUASTI RD 1ST FL<br>ONTARIO, CA 91761 | Claim Holder Name and Address    Case Number:  08-35653<br>GENERAL MASONRY & CONCRETE INC<br>2445 E GUASTI RD 1ST FL<br>ONTARIO, CA 91761   Docketed Total:  **$37,647.77**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                      $37,647.77 | | Case Number:  08-35653<br><br>Modified Total:  **$37,647.77**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                          $37,647.77 |
| Claim: 4560<br>Date Filed: 01/16/2009<br>Docketed Total: $1,060.00<br>Filing Creditor Name and Address:<br>GERSHFELD, SEMYON<br>2111 HILLTOP COURT<br>FULLERTON, CA 92831 | Claim Holder Name and Address    Case Number:  08-35653<br>GERSHFELD, SEMYON<br>2111 HILLTOP COURT<br>FULLERTON, CA 92831   Docketed Total:  **$1,060.00**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                      $1,060.00 | | Case Number:  08-35653<br><br>Modified Total:  **$1,060.00**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                        $1,060.00 |

*   "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | | CLAIM AS MODIFIED | | | | | |

**Claim: 3317**
Date Filed: 01/12/2009
Docketed Total: $538.20
Filing Creditor Name and Address:
GRANTHAM, JENNIFER
616 S MAIN ST
SUITE 206
TULSA, OK 74119

Claim Holder Name and Address
GRANTHAM, JENNIFER
616 S MAIN ST
SUITE 206
TULSA, OK 74119
Case Number: 08-35653
Docketed Total: $538.20

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $538.20 | | |

Case Number: 08-35653
Modified Total: $538.20

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $538.20 |

**Claim: 4062**
Date Filed: 01/20/2009
Docketed Total: $897.72
Filing Creditor Name and Address:
GREENTEAM OF SAN JOSE
133 OAKLAND RD
SAN JOSE, CA 95112

Claim Holder Name and Address
GREENTEAM OF SAN JOSE
133 OAKLAND RD
SAN JOSE, CA 95112
Case Number: 08-35653
Docketed Total: $897.72

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $897.72 | |

Case Number: 08-35653
Modified Total: $897.72

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $897.72 |

**Claim: 6916**
Date Filed: 01/28/2009
Docketed Total: $1,000.00
Filing Creditor Name and Address:
GREER, ELAINE
119 SOUTH 22ND ST
SAGINAW, MI 48601

Claim Holder Name and Address
GREER, ELAINE
119 SOUTH 22ND ST
SAGINAW, MI 48601
Case Number: 08-35653
Docketed Total: $1,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $1,000.00 | |

Case Number: 08-35653
Modified Total: $1,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,000.00 |

**Claim: 3844**
Date Filed: 01/15/2009
Docketed Total: $577.00
Filing Creditor Name and Address:
HADDAD, RALPH
22763 E DAVIES DR
AURORA, CO 80016

Claim Holder Name and Address
HADDAD, RALPH
22763 E DAVIES DR
AURORA, CO 80016
Case Number: 08-35654
Docketed Total: $577.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $577.00 | |

Case Number: 08-35654
Modified Total: $577.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $577.00 |

\*     "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 4602**
Date Filed: 01/16/2009
Docketed Total: $20,000.00
Filing Creditor Name and Address:
HALIMAS SEN AND KILAB EL
2951 VERANDA LN
CORONA, CA 92882

Claim Holder Name and Address
HALIMAS SEN AND KILAB EL
2951 VERANDA LN
CORONA, CA 92882
Case Number: 08-35653
Docketed Total: $20,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $15,000.00 | | $5,000.00 |

Case Number: 08-35653
Modified Total: $20,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $20,000.00 |

---

**Claim: 4722**
Date Filed: 01/23/2009
Docketed Total: $1,000.00
Filing Creditor Name and Address:
HAMPTON, HERMAN DESEAN
4902 HARVEST FIELDS CIR
MEMPHIS, TN 38125-4725

Claim Holder Name and Address
HAMPTON, HERMAN DESEAN
4902 HARVEST FIELDS CIR
MEMPHIS, TN 38125-4725
Case Number: 08-35653
Docketed Total: $1,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $1,000.00 | |

Case Number: 08-35653
Modified Total: $1,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,000.00 |

---

**Claim: 1701**
Date Filed: 12/19/2008
Docketed Total: $255.00
Filing Creditor Name and Address:
HEWITT, THOMAS F
7001 KATIE CORRAL DR
BENBROOK, TX 76126

Claim Holder Name and Address
HEWITT, THOMAS F
7001 KATIE CORRAL DR
BENBROOK, TX 76126
Case Number: 08-35653
Docketed Total: $255.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $255.00 | |

Case Number: 08-35653
Modified Total: $255.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $255.00 |

---

**Claim: 5168**
Date Filed: 01/23/2009
Docketed Total: $1,293,435.13
Filing Creditor Name and Address:
HEWLETT PACKARD FINANCIAL
SERVICES COMPANY
420 MOUNTAIN AVE
PO BOX 6
MURRAY HILL, NJ 07974-0006

Claim Holder Name and Address
HEWLETT PACKARD FINANCIAL
SERVICES COMPANY
420 MOUNTAIN AVE
PO BOX 6
MURRAY HILL, NJ 07974-0006
Case Number: 08-35653
Docketed Total: $1,293,435.13

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $1,293,435.13 | | |

Case Number: 08-35653
Modified Total: $1,293,435.13

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,293,435.13 |

---

\*    "UNL" denotes an unliquidated claim.

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

## EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 10263**
Date Filed: 01/30/2009
Docketed Total: $0.00
Filing Creditor Name and Address:
HILGENBERG, JOHN & EVELYN
GILMAN & PASTOR LLP
225 FRANKLIN ST 16TH FL
BOSTON, MA 02110

Claim Holder Name and Address
HILGENBERG, JOHN & EVELYN
GILMAN & PASTOR LLP
225 FRANKLIN ST 16TH FL
BOSTON, MA 02110

Case Number: 08-35653
Docketed Total: UNL

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

Case Number: 08-35653
Modified Total: $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

---

**Claim: 4015**
Date Filed: 01/19/2009
Docketed Total: $51,187.09
Filing Creditor Name and Address:
HILLSON ELECTRIC INC
2800 COMMERCE TOWER
911 MAIN ST
KANSAS CITY, MO 64105

Claim Holder Name and Address
HILLSON ELECTRIC INC
2800 COMMERCE TOWER
911 MAIN ST
KANSAS CITY, MO 64105

Case Number: 08-35653
Docketed Total: $51,187.09

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $51,187.09 | | |

Case Number: 08-35653
Modified Total: $51,187.09

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $51,187.09 |

---

**Claim: 5739**
Date Filed: 01/26/2009
Docketed Total: $4,914.15
Filing Creditor Name and Address:
HOLLAND BOARD OF PUBLIC
WORKS
625 HASTINGS AVE
HOLLAND, MI 49423

Claim Holder Name and Address
HOLLAND BOARD OF PUBLIC
WORKS
625 HASTINGS AVE
HOLLAND, MI 49423

Case Number: 08-35653
Docketed Total: $4,914.15

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $4,914.15 | | |

Case Number: 08-35653
Modified Total: $4,914.15

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,914.15 |

---

**Claim: 3652**
Date Filed: 01/13/2009
Docketed Total: $10,000.00
Filing Creditor Name and Address:
HOLLINGSWORTH, ALTOR
6409 53RD CT WEST
TACOMA, WA 98467

Claim Holder Name and Address
HOLLINGSWORTH, ALTOR
6409 53RD CT WEST
TACOMA, WA 98467

Case Number: 08-35653
Docketed Total: $10,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $10,000.00 | | |

Case Number: 08-35653
Modified Total: $10,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $10,000.00 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4449    Filed 08/12/09    Entered 08/12/09 11:33:27    Desc Main
Case No. 08-35653 (KRH)                          Document      Page 23 of 52

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 1944**
Date Filed: 12/23/2008
Docketed Total: $2,290.00
Filing Creditor Name and Address:
HOME SWEET HOME THEATRE
CIRCUIT CITY STORES INC
9950 MAYLAND DR
RICHMOND, VA 23233

Claim Holder Name and Address

HOME SWEET HOME THEATRE
CIRCUIT CITY STORES INC
9950 MAYLAND DR
RICHMOND, VA 23233

Case Number: 08-35653
Docketed Total: $2,290.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,290.00 |

Case Number: 08-35653
Modified Total: $2,290.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,290.00 |

---

**Claim: 3186**
Date Filed: 01/12/2009
Docketed Total: $14,739.00
Filing Creditor Name and Address:
HOWELLS HEATING & AC
PO BOX 2048
ASHLAND, VA 23005

Claim Holder Name and Address

HOWELLS HEATING & AC
PO BOX 2048
ASHLAND, VA 23005

Case Number: 08-35653
Docketed Total: $14,739.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $14,739.00 | | |

Case Number: 08-35653
Modified Total: $14,739.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $14,739.00 |

---

**Claim: 6222**
Date Filed: 01/27/2009
Docketed Total: $2,750,000.00
Filing Creditor Name and Address:
HUNTER BRAVELL
PO BOX 8632
REDLANDS, CA 92375

Claim Holder Name and Address

HUNTER, BRAVELL
PO BOX 8632
REDLANDS, CA 92375

Case Number: 08-35653
Docketed Total: $2,750,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $2,750,000.00 | |

Case Number: 08-35653
Modified Total: $2,750,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,750,000.00 |

---

**Claim: 6970**
Date Filed: 01/28/2009
Docketed Total: $2,351.66
Filing Creditor Name and Address:
INDUSTRIAL SERVICES CO
PO BOX 225
SANTA CLARA, CA 95052

Claim Holder Name and Address

INDUSTRIAL SERVICES CO
PO BOX 225
SANTA CLARA, CA 95052

Case Number: 08-35654
Docketed Total: $2,351.66

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $2,351.66 | |

Case Number: 08-35654
Modified Total: $2,351.66

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,351.66 |

---

\*    "UNL" denotes an unliquidated claim.

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 363**
Date Filed: 11/24/2008
Docketed Total: $1,100.00
Filing Creditor Name and Address:
   INFINITY SOLUTIONS
   110 TAPPIN RD
   MOOERS, NY 12958

Claim Holder Name and Address
   INFINITY SOLUTIONS
   110 TAPPIN RD
   MOOERS, NY 12958

Case Number: 08-35653
Docketed Total: $1,100.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $1,100.00 | |

Case Number: 08-35653
Modified Total: $1,100.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,100.00 |

---

**Claim: 4171**
Date Filed: 01/20/2009
Docketed Total: $1,100.00
Filing Creditor Name and Address:
   INFINITY SOLUTIONS
   110 TAPPIN RD
   MOOERS, NY 12958

Claim Holder Name and Address
   INFINITY SOLUTIONS
   110 TAPPIN RD
   MOOERS, NY 12958

Case Number: 08-35653
Docketed Total: $1,100.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $1,100.00 | |

Case Number: 08-35653
Modified Total: $1,100.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,100.00 |

---

**Claim: 1572**
Date Filed: 12/11/2008
Docketed Total: $10,655.00
Filing Creditor Name and Address:
   INNOVATIVE COMMUNICATION
   OF FARMINGTON LLC
   17738 FLINT AVE
   FARMINGTON, MN 55024

Claim Holder Name and Address
   INNOVATIVE COMMUNICATION OF
   FARMINGTON LLC
   17738 FLINT AVE
   FARMINGTON, MN 55024

Case Number: 08-35653
Docketed Total: $10,655.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $10,655.00 | |

Case Number: 08-35653
Modified Total: $10,655.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $10,655.00 |

---

**Claim: 10806**
Date Filed: 02/06/2009
Docketed Total: $387.75
Filing Creditor Name and Address:
   INTERACTIVE TOY CONCEPTS
   INC
   1192 MARTIN GROVE RD
   TORONTO, ON M9W 5M9
   CANADA

Claim Holder Name and Address
   INTERACTIVE TOY CONCEPTS INC
   1192 MARTIN GROVE RD
   TORONTO, ON M9W 5M9
   CANADA

Case Number: 08-35653
Docketed Total: $387.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $387.75 | |

Case Number: 08-35653
Modified Total: $387.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $387.75 |

---

\*     "UNL" denotes an unliquidated claim.

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 10917**
Date Filed:    02/10/2009
Docketed Total:    $363.00
Filing Creditor Name and Address:
    INTERACTIVE TOY CONCEPTS INC
    1192 MARTIN GROVE RD
    TORONTO, ON M9W 5M9
    CANADA

Claim Holder Name and Address

INTERACTIVE TOY CONCEPTS INC
1192 MARTIN GROVE RD
TORONTO, ON M9W 5M9
CANADA

Case Number:    08-35653
Docketed Total:    **$363.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $363.00 |

Case Number:    08-35653
Modified Total:    **$363.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $363.00 |

---

**Claim: 11082**
Date Filed:    02/06/2009
Docketed Total:    $754.75
Filing Creditor Name and Address:
    INTERACTIVE TOY CONCEPTS INC
    1192 MARTIN GROVE RD
    TORONTO, ON M9W 5M9
    CANADA

Claim Holder Name and Address

INTERACTIVE TOY CONCEPTS INC
1192 MARTIN GROVE RD
TORONTO, ON M9W 5M9
CANADA

Case Number:    08-35653
Docketed Total:    **$754.75**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $754.75 |

Case Number:    08-35653
Modified Total:    **$754.75**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $754.75 |

---

**Claim: 11318**
Date Filed:    02/06/2009
Docketed Total:    $380.50
Filing Creditor Name and Address:
    INTERACTIVE TOY CONCEPTS INC
    1192 MARTIN GROVE RD
    TORONTO, ON M9W 5M9
    CANADA

Claim Holder Name and Address

INTERACTIVE TOY CONCEPTS INC
1192 MARTIN GROVE RD
TORONTO, ON M9W 5M9
CANADA

Case Number:    08-35653
Docketed Total:    **$380.50**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $380.50 | |

Case Number:    08-35653
Modified Total:    **$380.50**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $380.50 |

---

**Claim: 1537**
Date Filed:    12/10/2008
Docketed Total:    $89,964.00
Filing Creditor Name and Address:
    INTERACTIVE TOY CONCEPTS INC
    1192 MARTINGROVE RD
    TORONTO, ON M9W 5M9
    CANADA

Claim Holder Name and Address

INTERACTIVE TOY CONCEPTS INC
1192 MARTINGROVE RD
TORONTO, ON M9W 5M9
CANADA

Case Number:    08-35653
Docketed Total:    **$89,964.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $89,964.00 | |

Case Number:    08-35653
Modified Total:    **$89,964.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $89,964.00 |

---

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4449    Filed 08/12/09    Entered 08/12/09 11:33:27    Desc Main

Case No. 08-35653 (KRH)    Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

Document    Page 26 of 52

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

---

Claim: 10721
Date Filed:    02/06/2009
Docketed Total:    $457.75
Filing Creditor Name and Address:
INTERACTIVE TOY CONCEPTS
INC
1192 MARTINGROVE RD
TORONTO, ON M9W 5M9
CANADA

| | |
|---|---|
| Claim Holder Name and Address | Case Number:    08-35653 |
| INTERACTIVE TOY CONCEPTS INC<br>1192 MARTINGROVE RD<br>TORONTO, ON M9W 5M9<br>CANADA | Docketed Total:    **$457.75** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $457.75 | |

| | |
|---|---|
| Case Number:    08-35653 |
| Modified Total:    **$457.75** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $457.75 |

---

Claim: 5690
Date Filed:    01/27/2009
Docketed Total:    $213,664.30
Filing Creditor Name and Address:
INTERNATIONAL
CONTRACTORS INC
977 S ROUTE 83
ELMHURST, IL 60126

| | |
|---|---|
| Claim Holder Name and Address | Case Number:    08-35653 |
| INTERNATIONAL CONTRACTORS INC<br>977 S ROUTE 83<br>ELMHURST, IL 60126 | Docketed Total:    **$213,664.30** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $213,664.30 | | |

| | |
|---|---|
| Case Number:    08-35653 |
| Modified Total:    **$213,664.30** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $213,664.30 |

---

Claim: 282
Date Filed:    11/17/2008
Docketed Total:    $88,640.20
Filing Creditor Name and Address:
JACK NADEL INC
9950 JEFFERSON BLVD
CULVER CITY, CA 90232

| | |
|---|---|
| Claim Holder Name and Address | Case Number:    08-35653 |
| JACK NADEL INC<br>9950 JEFFERSON BLVD<br>CULVER CITY, CA 90232 | Docketed Total:    **$88,640.20** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $88,640.20 | |

| | |
|---|---|
| Case Number:    08-35653 |
| Modified Total:    **$88,640.20** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $88,640.20 |

---

Claim: 4294
Date Filed:    01/21/2009
Docketed Total:    $373.13
Filing Creditor Name and Address:
JACKSONVILLE, CITY OF
PO BOX 128
JACKSONVILLE, NC 28541-0128

| | |
|---|---|
| Claim Holder Name and Address | Case Number:    08-35653 |
| JACKSONVILLE, CITY OF<br>PO BOX 128<br>JACKSONVILLE, NC 28541-0128 | Docketed Total:    **$373.13** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $373.13 | | |

| | |
|---|---|
| Case Number:    08-35653 |
| Modified Total:    **$373.13** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $373.13 |

---

*    "UNL" denotes an unliquidated claim.

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2458**
Date Filed: 01/05/2009
Docketed Total: $0.00
Filing Creditor Name and Address:
JAMES, SALLY
309 PINEVIEW AVE
BAXLEY, GA 31513

Claim Holder Name and Address
JAMES, SALLY
309 PINEVIEW AVE
BAXLEY, GA 31513

Case Number: 08-35653
Docketed Total: **UNL**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $0.00 | | |

Case Number: 08-35653
Modified Total: **$0.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

---

**Claim: 135**
Date Filed: 11/18/2008
Docketed Total: $4,475.00
Filing Creditor Name and Address:
JAMIE E CORREA DBA JEC HOME
INTERIORS
13 WILSHIRE LN
PELHAM, NH 03076

Claim Holder Name and Address
JAMIE E CORREA DBA JEC HOME
INTERIORS
13 WILSHIRE LN
PELHAM, NH 03076

Case Number: 08-35653
Docketed Total: **$4,475.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $4,475.00 | |

Case Number: 08-35653
Modified Total: **$4,475.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,475.00 |

---

**Claim: 4016**
Date Filed: 01/19/2009
Docketed Total: $49,315.86
Filing Creditor Name and Address:
JOHN ROHRER CONTRACTING
CO
2800 COMMERCE TOWER
911 MAIN ST
KANSAS CITY, MO 64105

Claim Holder Name and Address
JOHN ROHRER CONTRACTING CO
2800 COMMERCE TOWER
911 MAIN ST
KANSAS CITY, MO 64105

Case Number: 08-35653
Docketed Total: **$49,315.86**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $49,315.86 | | |

Case Number: 08-35653
Modified Total: **$49,315.86**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $49,315.86 |

---

**Claim: 6856**
Date Filed: 01/28/2009
Docketed Total: $25.75
Filing Creditor Name and Address:
JORGE A RODRIGUEZ
11101 SW 122ND CT
MIAMI, FL 33186-3723

Claim Holder Name and Address
JORGE A RODRIGUEZ
11101 SW 122ND CT
MIAMI, FL 33186-3723

Case Number: 08-35653
Docketed Total: **$25.75**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $25.75 | |

Case Number: 08-35653
Modified Total: **$25.75**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $25.75 |

---

*       "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 283**
Date Filed: 11/17/2008
Docketed Total: $22,611.07
Filing Creditor Name and Address:
KYOZOU INC
LARRY VELMAN
510 4580 DUFFERIN ST
TORONTO, ON M3H5Y2
CANADA

| | Claim Holder Name and Address | | Case Number: | | | 08-35653 | | | | Case Number: | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | KYOZOU INC LARRY VELMAN 510 4580 DUFFERIN ST TORONTO, ON M3H5Y2 CANADA | | Docketed Total: | | | $22,611.07 | | | | Modified Total: | | | $22,611.07 |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| | | | | | $22,611.07 | | | | | | | $22,611.07 |

**Claim: 544**
Date Filed: 11/26/2008
Docketed Total: $2,060.00
Filing Creditor Name and Address:
L&L COMMUNICATIONS
5550 BAYNTON ST
PHILADELPHIA, PA 19144

| | Claim Holder Name and Address | | Case Number: | | | 08-35653 | | | | Case Number: | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L&L COMMUNICATIONS 5550 BAYNTON ST PHILADELPHIA, PA 19144 | | Docketed Total: | | | $2,060.00 | | | | Modified Total: | | | $2,060.00 |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| | | | | | $2,060.00 | | | | | | | $2,060.00 |

**Claim: 4018**
Date Filed: 01/19/2009
Docketed Total: $43,623.16
Filing Creditor Name and Address:
LANG CONSTRUCTION INC
2800 COMMERCE TOWER
911 MAIN ST
KANSAS CITY, MO 64105

| | Claim Holder Name and Address | | Case Number: | | | 08-35653 | | | | Case Number: | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LANG CONSTRUCTION INC 2800 COMMERCE TOWER 911 MAIN ST KANSAS CITY, MO 64105 | | Docketed Total: | | | $43,623.16 | | | | Modified Total: | | | $43,623.16 |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| | | | | $43,623.16 | | | | | | | | $43,623.16 |

**Claim: 2449**
Date Filed: 01/05/2009
Docketed Total: $30,000.00
Filing Creditor Name and Address:
LAZARRE, SAINCIA
P O BOX 364
MAUGANSVILLE, MD 21767

| | Claim Holder Name and Address | | Case Number: | | | 08-35653 | | | | Case Number: | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LAZARRE, SAINCIA P O BOX 364 MAUGANSVILLE, MD 21767 | | Docketed Total: | | | $30,000.00 | | | | Modified Total: | | | $30,000.00 |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| | | | | | $30,000.00 | | | | | | | $30,000.00 |

\*  "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 559**
Date Filed: 11/28/2008
Docketed Total: $5,200.00
Filing Creditor Name and Address:
LOUISVILLE JEFFERSON COUNTY
METRO GOVERNMENT
FALSE ALARM REDUCTION UNIT
LOUISVILLE METRO POLICE DEPT
768 BARRET AVE RM 410
LOUISVILLE, KY 40204

Claim Holder Name and Address: Case Number: 08-35653
LOUISVILLE JEFFERSON COUNTY METRO GOVERNMENT FALSE ALARM REDUCTION UNIT LOUISVILLE METRO POLICE DEPT 768 BARRET AVE RM 410 LOUISVILLE, KY 40204
Docketed Total: $5,200.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $5,200.00 | |

Case Number: 08-35653
Modified Total: $5,200.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $5,200.00 |

**Claim: 2146**
Date Filed: 12/30/2008
Docketed Total: $38.84
Filing Creditor Name and Address:
LUTZ, NADYA
4646 13TH ST N
ARLINGTON, VA 22207-2102

Claim Holder Name and Address: Case Number: 08-35653
LUTZ, NADYA 4646 13TH ST N ARLINGTON, VA 22207-2102
Docketed Total: $38.84

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $38.84 | | |

Case Number: 08-35653
Modified Total: $38.84

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $38.84 |

**Claim: 7261**
Date Filed: 01/26/2009
Docketed Total: $119,131.00
Filing Creditor Name and Address:
LUZER ELECTRIC INC
3371 NW 154TH TERR
MIAMI, FL 33054

Claim Holder Name and Address: Case Number: 08-35653
LUZER ELECTRIC INC 3371 NW 154TH TERR MIAMI, FL 33054
Docketed Total: $119,131.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $119,131.00 | | |

Case Number: 08-35653
Modified Total: $119,131.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $119,131.00 |

**Claim: 7446**
Date Filed: 01/27/2009
Docketed Total: $71,307.05
Filing Creditor Name and Address:
MADISON WALDORF LLC
2300 WILSON BLVD 7TH FL
ARLINGTON, VA 22201

Claim Holder Name and Address: Case Number: 08-35653
MADISON WALDORF LLC 2300 WILSON BLVD 7TH FL ARLINGTON, VA 22201
Docketed Total: $71,307.05

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $71,307.05 | | |

Case Number: 08-35653
Modified Total: $71,307.05

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $71,307.05 |

\*    "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2731**
Date Filed: 01/06/2009
Docketed Total: $149.00
Filing Creditor Name and Address:
MAY, HERBERT
20 BROOKHAVEN DR
GLASTONBURY, NY 06033

Claim Holder Name and Address
MAY, HERBERT
20 BROOKHAVEN DR
GLASTONBURY, NY 06033

Case Number: 08-35653
Docketed Total: $149.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $149.00 | | |

Case Number: 08-35653
Modified Total: $149.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $149.00 |

---

**Claim: 5544**
Date Filed: 01/16/2009
Docketed Total: $1,279.72
Filing Creditor Name and Address:
MCWATERS, RANDY
16348 ANNA LOOP
CHEYENNE, WY 82009

Claim Holder Name and Address
MCWATERS, RANDY
16348 ANNA LOOP
CHEYENNE, WY 82009

Case Number: 08-35653
Docketed Total: $1,279.72

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $1,279.72 | | |

Case Number: 08-35653
Modified Total: $1,279.72

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,279.72 |

---

**Claim: 11585**
Date Filed: 03/12/2009
Docketed Total: $23,965.59
Filing Creditor Name and Address:
MERCURY INSURANCE
COMPANY
PO BOX 10730
SANTA ANA, CA 92711

Claim Holder Name and Address
MERCURY INSURANCE COMPANY
PO BOX 10730
SANTA ANA, CA 92711

Case Number: 08-35654
Docketed Total: $23,965.59

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $23,965.59 | | |

Case Number: 08-35654
Modified Total: $23,965.59

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $23,965.59 |

---

**Claim: 20**
Date Filed: 11/17/2008
Docketed Total: $930.00
Filing Creditor Name and Address:
MICHAEL CAPUTO ALL
AMERICAN INSTALLS
422 MADISON AVE
PENNDEL, PA 19047

Claim Holder Name and Address
UNITED STATES DEBT RECOVERY
LLC
940 SOUTHWOOD BL STE 101
INCLINE VILLAGE, NV 89451

Case Number: 08-35653
Docketed Total: $930.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $930.00 | |

Case Number: 08-35653
Modified Total: $930.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $930.00 |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | | CLAIM AS MODIFIED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Claim: 9448<br>Date Filed: 01/30/2009<br>Docketed Total: $26,045.83<br>Filing Creditor Name and Address:<br>MILLMAN 2000 CHARITABLE<br>TRUST<br>2400 CHERRY CREEK DR SOUTH<br>SUITE 702<br>LUBA RODMAN  SECRETARY<br>DENVER, CO 80209-3261 | Claim Holder Name and Address<br>MILLMAN 2000 CHARITABLE TRUST<br>2400 CHERRY CREEK DR SOUTH<br>SUITE 702<br>LUBA RODMAN  SECRETARY<br>DENVER, CO 80209-3261 | Case Number: 08-35653<br>Docketed Total: $26,045.83 |

**Claim: 9448**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $26,045.83 | | | | | | | | $26,045.83 |

Case Number: 08-35653
Modified Total: $26,045.83

---

**Claim: 8234**
Date Filed: 01/29/2009
Docketed Total: $1,174.93
Filing Creditor Name and Address:
MORGAN, DENNIS
P O  DRAWER M
MARSHALL, TX 75670

Claim Holder Name and Address
MORGAN, DENNIS
P O  DRAWER M
MARSHALL, TX 75670
Case Number: 08-35653
Docketed Total: $1,174.93

Case Number: 08-35653
Modified Total: $1,174.93

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $1,174.93 | | | | | | | $1,174.93 |

---

**Claim: 10162**
Date Filed: 01/30/2009
Docketed Total: $35,130.00
Filing Creditor Name and Address:
MORRISON, LYNN
27 GALT ST
HAMILTON, ON L9C 6G6
CANADA

Claim Holder Name and Address
MORRISON, LYNN
27 GALT ST
HAMILTON, ON L9C 6G6
CANADA
Case Number: 08-35653
Docketed Total: $35,130.00

Case Number: 08-35653
Modified Total: $35,130.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $35,130.00 | | | | | | | | $35,130.00 |

---

**Claim: 9792**
Date Filed: 01/30/2009
Docketed Total: $9.91
Filing Creditor Name and Address:
MUSKEGON, CITY OF
PO BOX 536
MUSKEGON, MI 49443

Claim Holder Name and Address
MUSKEGON, CITY OF
PO BOX 536
MUSKEGON, MI 49443
Case Number: 08-35653
Docketed Total: $9.91

Case Number: 08-35653
Modified Total: $9.91

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $9.91 | | | | | | | | $9.91 |

---

*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11756**
Date Filed: 03/04/2009
Docketed Total: $218,000.00
Filing Creditor Name and Address:
  NATIONWIDE LIFE INSURANCE
  COMPANY OF AMERICA
  C O CRISTIAN I DONOSO
  1 NATIONWIDE PLZ
  01 05 801
  COLUMBUS, OH 43215

Claim Holder Name and Address

NATIONWIDE LIFE INSURANCE
COMPANY OF AMERICA
C O CRISTIAN I DONOSO
1 NATIONWIDE PLZ
01 05 801
COLUMBUS, OH 43215

Case Number: 08-35653
Docketed Total: $218,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $218,000.00 | | |

Case Number: 08-35653
Modified Total: $218,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $218,000.00 |

---

**Claim: 5963**
Date Filed: 01/27/2009
Docketed Total: $25,000.00
Filing Creditor Name and Address:
  NETHERY, NANCY
  1006 N ARMENIA AVE
  TAMPA, FL 33607

Claim Holder Name and Address

NETHERY, NANCY
1006 N ARMENIA AVE
TAMPA, FL 33607

Case Number: 08-35653
Docketed Total: $25,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $25,000.00 | |

Case Number: 08-35653
Modified Total: $25,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $25,000.00 |

---

**Claim: 3282**
Date Filed: 01/09/2009
Docketed Total: $3,245.00
Filing Creditor Name and Address:
  NEVAEH ELECTRONICS
  1182 OLD BOONES CRK RD
  JONESBOROUGH, TN 37659

Claim Holder Name and Address

NEVAEH ELECTRONICS
1182 OLD BOONES CRK RD
JONESBOROUGH, TN 37659

Case Number: 08-35653
Docketed Total: $3,245.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $3,245.00 | |

Case Number: 08-35653
Modified Total: $3,245.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,245.00 |

---

**Claim: 23**
Date Filed: 11/14/2008
Docketed Total: $3,530.00
Filing Creditor Name and Address:
  NEVAEH ELECTRONICS LLC
  1182 OLD BOONES CRK RD
  JONESBORO, TN 37659

Claim Holder Name and Address

NEVAEH ELECTRONICS LLC
1182 OLD BOONES CRK RD
JONESBORO, TN 37659

Case Number: 08-35653
Docketed Total: $3,530.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $3,530.00 | |

Case Number: 08-35653
Modified Total: $3,530.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,530.00 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.Case 08-35653-KRH    Doc 4449    Filed 08/12/09    Entered 08/12/09 11:33:27    Desc Main

Case No. 08-35653 (KRH)                           Document        Page 33 of 52

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 7225**
Date Filed: 01/28/2009
Docketed Total: $553,083.00
Filing Creditor Name and Address:
NORTH AMERICAN ROOFING
SERVICES INC
JOHNSTON BARTON PROCTOR &
ROSE LLP
569 BROOKWOOD VILLAGE STE
901
BIRMINGHAM, AL 35209

| Claim Holder Name and Address | | Case Number: | | 08-35653 | | | Case Number: | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|
| NORTH AMERICAN ROOFING SERVICES INC JOHNSTON BARTON PROCTOR & ROSE LLP 569 BROOKWOOD VILLAGE STE 901 BIRMINGHAM, AL 35209 | | Docketed Total: | | $553,083.00 | | | Modified Total: | | $553,083.00 |
| 503(b)(9) | Reclamation | Admin | Secured $553,083.00 | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured $553,083.00 |

**Claim: 2595**
Date Filed: 01/05/2009
Docketed Total: $120.55
Filing Creditor Name and Address:
ORTIZ, JOSH
1401 BERKSHIRE RD
BAKERSFIELD, CA 93307-0000

| Claim Holder Name and Address | | Case Number: | | 08-35653 | | | Case Number: | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|
| ORTIZ, JOSH 1401 BERKSHIRE RD BAKERSFIELD, CA 93307-0000 | | Docketed Total: | | $120.55 | | | Modified Total: | | $120.55 |
| 503(b)(9) | Reclamation | Admin | Secured | Priority $120.55 | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured $120.55 |

**Claim: 6026**
Date Filed: 01/27/2009
Docketed Total: $109,182.46
Filing Creditor Name and Address:
PATRIOT ENTERPRISES OF NY
LLC
C O BOND SCHOENECK & KING
PLLC
1 LINCOLN CENTER
SYRACUSE, NY 13202

| Claim Holder Name and Address | | Case Number: | | 08-35653 | | | Case Number: | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT ENTERPRISES OF NY LLC C O BOND SCHOENECK & KING PLLC 1 LINCOLN CENTER SYRACUSE, NY 13202 | | Docketed Total: | | $109,182.46 | | | Modified Total: | | $109,182.46 |
| 503(b)(9) | Reclamation | Admin | Secured $109,182.46 | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured $109,182.46 |

**Claim: 4508**
Date Filed: 01/20/2009
Docketed Total: $50,000.00
Filing Creditor Name and Address:
PIERSON, JOYCE
2503 TRACY DR
GULFPORT, MS 39503

| Claim Holder Name and Address | | Case Number: | | 08-35653 | | | Case Number: | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|
| PIERSON, JOYCE 2503 TRACY DR GULFPORT, MS 39503 | | Docketed Total: | | $50,000.00 | | | Modified Total: | | $50,000.00 |
| 503(b)(9) | Reclamation | Admin | Secured | Priority $50,000.00 | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured $50,000.00 |

\*      "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

### Claim 7105

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 7105<br>Date Filed: 01/28/2009<br>Docketed Total: $15,000.00<br>Filing Creditor Name and Address:<br>PORTILLO, CARLOS<br>PO BOX 412403<br>LOS ANGELES, CA 90041 | Claim Holder Name and Address<br><br>PORTILLO, CARLOS<br>PO BOX 412403<br>LOS ANGELES, CA 90041 | Case Number: 08-35654<br>Docketed Total: $15,000.00 | Case Number: 08-35654<br>Modified Total: $15,000.00 | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $15,000.00 | | | | | | | $15,000.00 |

### Claim 7106

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7106<br>Date Filed: 01/28/2009<br>Docketed Total: $1,558.80<br>Filing Creditor Name and Address:<br>PORTILLO, CARLOS E<br>PO BOX 412403<br>LOS ANGELES, CA 90042 | Claim Holder Name and Address<br><br>PORTILLO, CARLOS E<br>PO BOX 412403<br>LOS ANGELES, CA 90042<br><br>Case Number: 08-35654<br>Docketed Total: $1,558.80 | Case Number: 08-35654<br>Modified Total: $1,558.80 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $1,558.80 | | | | | | | $1,558.80 |

### Claim 397

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 397<br>Date Filed: 12/02/2008<br>Docketed Total: $2,510.00<br>Filing Creditor Name and Address:<br>PRO AUDIO VIDEO<br>3616 ENSLOW AVE<br>RICHMOND, VA 23222 | Claim Holder Name and Address<br><br>PRO AUDIO VIDEO<br>3616 ENSLOW AVE<br>RICHMOND, VA 23222<br><br>Case Number: 08-35653<br>Docketed Total: $2,510.00 | Case Number: 08-35653<br>Modified Total: $2,510.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $2,510.00 | | | | | | | $2,510.00 |

### Claim 5866

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5866<br>Date Filed: 01/16/2009<br>Docketed Total: $2,304.00<br>Filing Creditor Name and Address:<br>PRO FORMANCE BLDG MNT INC<br>11509 DORSETT RD<br>MARYLAND HEIGHTS, MO 63043 | Claim Holder Name and Address<br><br>PRO FORMANCE BLDG MNT INC<br>11509 DORSETT RD<br>MARYLAND HEIGHTS, MO 63043<br><br>Case Number: 08-35653<br>Docketed Total: $2,304.00 | Case Number: 08-35653<br>Modified Total: $2,304.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $2,304.00 | | | | | | | $2,304.00 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4449    Filed 08/12/09    Entered 08/12/09 11:33:27    Desc Main
Document      Page 35 of 52
Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

Case No. 08-35653 (KRH)

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 5872**
Date Filed: 01/16/2009
Docketed Total: $2,304.00
Filing Creditor Name and Address:
PRO FORMANCE BLDG MNT INC
11509 DORSETT RD
MARYLAND HEIGHTS, MO 63043

Claim Holder Name and Address — Case Number: 08-35653
PRO FORMANCE BLDG MNT INC
11509 DORSETT RD
MARYLAND HEIGHTS, MO 63043
Docketed Total: $2,304.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,304.00 |

Case Number: 08-35653
Modified Total: $2,304.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,304.00 |

**Claim: 5164**
Date Filed: 01/21/2009
Docketed Total: $43,955.58
Filing Creditor Name and Address:
PUBLIC SERVICE OF NEW HAMPSHIRE
PO BOX 330
MANCHESTER, NH 03105

Claim Holder Name and Address — Case Number: 08-35653
PUBLIC SERVICE OF NEW HAMPSHIRE
PO BOX 330
MANCHESTER, NH 03105
Docketed Total: $43,955.58

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $43,955.58 | |

Case Number: 08-35653
Modified Total: $43,955.58

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $43,955.58 |

**Claim: 8778**
Date Filed: 01/30/2009
Docketed Total: $1,828.12
Filing Creditor Name and Address:
R GARZA OD PA RAYMUND GARZA
777 N TEXAS BLVD
ALICE, TX 78332

Claim Holder Name and Address — Case Number: 08-35653
R GARZA OD PA RAYMUND GARZA
777 N TEXAS BLVD
ALICE, TX 78332
Docketed Total: $1,828.12

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $1,828.12 | |

Case Number: 08-35653
Modified Total: $1,828.12

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,828.12 |

**Claim: 6235**
Date Filed: 01/26/2009
Docketed Total: $12,000.00
Filing Creditor Name and Address:
RABENS, EDWIN THEODORE
1808 PURDUE DR
FAYETTEVILLE, NC 28304

Claim Holder Name and Address — Case Number: 08-35653
RABENS, EDWIN THEODORE
1808 PURDUE DR
FAYETTEVILLE, NC 28304
Docketed Total: $12,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $12,000.00 | |

Case Number: 08-35653
Modified Total: $12,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $12,000.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH   Doc 4449   Filed 08/12/09   Entered 08/12/09 11:33:27   Desc Main
Case No. 08-35653 (KRH)                                    Document     Page 36 of 52

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3851<br>Date Filed: 01/15/2009<br>Docketed Total: $53,694.20<br>Filing Creditor Name and Address:<br>RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR IMPRESSIONS MARKETING GROUP<br>PO BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10023 | Claim Holder Name and Address<br>RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR IMPRESSIONS MARKETING GROUP<br>PO BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10023<br>Case Number: 08-35653<br>Docketed Total: $53,694.20<br>503(b)(9) $7,762.82  Unsecured $45,931.38 | Case Number: 08-35653<br>Modified Total: $53,694.20<br>Unsecured $53,694.20 |
| Claim: 4159<br>Date Filed: 01/16/2009<br>Docketed Total: $11.00<br>Filing Creditor Name and Address:<br>ROBERT D TURMELL<br>1071 W 15TH ST UNIT 304<br>CHICAGO, IL 60608 | Claim Holder Name and Address<br>TURMELL, ROBERT D<br>1071 W 15TH ST UNIT 304<br>CHICAGO, IL 60608<br>Case Number: 08-35653<br>Docketed Total: $11.00<br>Priority $11.00 | Case Number: 08-35653<br>Modified Total: $11.00<br>Unsecured $11.00 |
| Claim: 6039<br>Date Filed: 01/13/2009<br>Docketed Total: $7,070,131.60<br>Filing Creditor Name and Address:<br>ROBERT GENTRY AND ALL THOSE SIMILARLY SITUATED<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104 | Claim Holder Name and Address<br>ROBERT GENTRY AND ALL THOSE SIMILARLY SITUATED<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104<br>Case Number: 08-35653<br>Docketed Total: $7,070,131.60<br>Priority $7,070,131.60 | Case Number: 08-35653<br>Modified Total: $7,070,131.60<br>Unsecured $7,070,131.60 |
| Claim: 1745<br>Date Filed: 12/17/2008<br>Docketed Total: $3,545.09<br>Filing Creditor Name and Address:<br>RUSH ELECTRONICS<br>4402 EMERALD ST<br>BOISE, ID 83706 | Claim Holder Name and Address<br>RUSH ELECTRONICS<br>4402 EMERALD ST<br>BOISE, ID 83706<br>Case Number: 08-35653<br>Docketed Total: $3,545.09<br>Priority $3,545.09 | Case Number: 08-35653<br>Modified Total: $3,545.09<br>Unsecured $3,545.09 |

\*   "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | | CLAIM AS MODIFIED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Claim: 2723
Date Filed:    01/07/2009
Docketed Total:    $4,779.96
Filing Creditor Name and Address:
  RUSH ELECTRONICS
  4402 W EMERALD ST
  BOISE, ID 83706

Claim Holder Name and Address
  RUSH ELECTRONICS
  4402 W EMERALD ST
  BOISE, ID 83706

Case Number: 08-35653
Docketed Total: $4,779.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,779.96 |

Case Number: 08-35653
Modified Total: $4,779.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,779.96 |

---

Claim: 6671
Date Filed:    01/28/2009
Docketed Total:    $1,505.21
Filing Creditor Name and Address:
  SANTA MONICA, CITY OF
  PO BOX 2200
  SANTA MONICA, CA 90407-2200

Claim Holder Name and Address
  SANTA MONICA, CITY OF
  PO BOX 2200
  SANTA MONICA, CA 90407-2200

Case Number: 08-35653
Docketed Total: $1,505.21

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $1,505.21 | |

Case Number: 08-35653
Modified Total: $1,505.21

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,505.21 |

---

Claim: 3464
Date Filed:    01/13/2009
Docketed Total:    $191.26
Filing Creditor Name and Address:
  SANTANA, MILNA I
  1201 CARSON AVE
  KISSIMMEE, FL 34744

Claim Holder Name and Address
  SANTANA, MILNA I
  1201 CARSON AVE
  KISSIMMEE, FL 34744

Case Number: 08-35653
Docketed Total: $191.26

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $191.26 | |

Case Number: 08-35653
Modified Total: $191.26

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $191.26 |

---

Claim: 2618
Date Filed:    01/09/2009
Docketed Total:    $94.99
Filing Creditor Name and Address:
  SCHATTE, MARGARET
  260 HOBBS LN
  CLINTON CORS, NY 12514-2441

Claim Holder Name and Address
  SCHATTE, MARGARET
  260 HOBBS LN
  CLINTON CORS, NY 12514-2441

Case Number: 08-35653
Docketed Total: $94.99

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $94.99 | |

Case Number: 08-35653
Modified Total: $94.99

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $94.99 |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8244**
Date Filed:   01/29/2009
Docketed Total:   $160,000.00
Filing Creditor Name and Address:
  SCOTT, PATRICIA
  8224 PILGRIM TERRACE
  RICHMOND, VA 232271666

Claim Holder Name and Address
  SCOTT, PATRICIA
  8224 PILGRIM TERRACE
  RICHMOND, VA 232271666

Case Number:   08-35653
Docketed Total:   $160,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $36,000.00 | $124,000.00 |

Case Number:   08-35653
Modified Total:   $160,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $160,000.00 |

---

**Claim: 3959**
Date Filed:   01/15/2009
Docketed Total:   $250.00
Filing Creditor Name and Address:
  SEEKONK, TOWN OF
  SEEKONK TOWN OF
  PO BOX 504
  MEDFORD, MA

Claim Holder Name and Address
  SEEKONK, TOWN OF
  SEEKONK TOWN OF
  PO BOX 504
  MEDFORD, MA

Case Number:   08-35653
Docketed Total:   $250.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $250.00 | | |

Case Number:   08-35653
Modified Total:   $250.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $250.00 |

---

**Claim: 11759**
Date Filed:   02/24/2009
Docketed Total:   $219.52
Filing Creditor Name and Address:
  SFPUC WATER DEPARTMENT CA
  1155 MARKET ST 1ST FL
  SAN FRANCISCO, CA 94103

Claim Holder Name and Address
  SFPUC WATER DEPARTMENT CA
  1155 MARKET ST 1ST FL
  SAN FRANCISCO, CA 94103

Case Number:   08-35653
Docketed Total:   $219.52

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $219.52 | | |

Case Number:   08-35653
Modified Total:   $219.52

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $219.52 |

---

**Claim: 4161**
Date Filed:   01/20/2009
Docketed Total:   $2,974.00
Filing Creditor Name and Address:
  SIERRA SOUND & SECURITY
  4995 HALLGARTEN DR
  SPARKS, NV 89436

Claim Holder Name and Address
  SIERRA SOUND & SECURITY
  4995 HALLGARTEN DR
  SPARKS, NV 89436

Case Number:   08-35653
Docketed Total:   $2,974.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $2,974.00 | |

Case Number:   08-35653
Modified Total:   $2,974.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,974.00 |

---

\*     "UNL" denotes an unliquidated claim.

### EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 3429**
Date Filed: 01/13/2009
Docketed Total: $750.00
Filing Creditor Name and Address:
SLICER & ASSOCIATES LLC
PO BOX 1647
WEST CHATHAM, NJ 02669-1647

Claim Holder Name and Address
SLICER & ASSOCIATES LLC
PO BOX 1647
WEST CHATHAM, NJ 02669-1647

Case Number: 08-35653
Docketed Total: $750.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $750.00 |

Case Number: 08-35653
Modified Total: $750.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $750.00 |

---

**Claim: 9813**
Date Filed: 01/29/2009
Docketed Total: $428.18
Filing Creditor Name and Address:
SMITH, SAMONNE
6919 GATEWAY BLVD
DISTRICT HEIGHTS, MD
20747-0000

Claim Holder Name and Address
SMITH, SAMONNE
6919 GATEWAY BLVD
DISTRICT HEIGHTS, MD 20747-0000

Case Number: 08-35653
Docketed Total: $428.18

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $428.18 | |

Case Number: 08-35653
Modified Total: $428.18

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $428.18 |

---

**Claim: 3005**
Date Filed: 01/05/2009
Docketed Total: $400.00
Filing Creditor Name and Address:
SOUTH BRUNSWICK TOWNSHIP
PO BOX 190
VIOLATIONS BUREAU
MONMOUTH JUNCTION, NJ 08852

Claim Holder Name and Address
SOUTH BRUNSWICK TOWNSHIP
PO BOX 190
VIOLATIONS BUREAU
MONMOUTH JUNCTION, NJ 08852

Case Number: 08-35653
Docketed Total: $400.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $400.00 | |

Case Number: 08-35653
Modified Total: $400.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $400.00 |

---

**Claim: 5559**
Date Filed: 01/23/2009
Docketed Total: $975,624.35
Filing Creditor Name and Address:
SOUTHWINDS LTD
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 AVENUE OF THE STARS STE
2100
LOS ANGELES, CA 90067

Claim Holder Name and Address
SOUTHWINDS LTD
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 AVENUE OF THE STARS STE
2100
LOS ANGELES, CA 90067

Case Number: 08-35653
Docketed Total: $975,624.35

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $975,624.35 | | |

Case Number: 08-35653
Modified Total: $975,624.35

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $975,624.35 |

---

\*    "UNL" denotes an unliquidated claim.

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

## EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1632**
Date Filed: 11/28/2008
Docketed Total: $11,614.50
Filing Creditor Name and Address:
STRUCTURED WIRING
SOLUTIONS INC
1503 5 VILLAGE DR
WILMINGTON, NC 28401

Claim Holder Name and Address
STRUCTURED WIRING SOLUTIONS INC
1503 5 VILLAGE DR
WILMINGTON, NC 28401

Case Number: 08-35653
Docketed Total: $11,614.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $11,614.50 | |

Case Number: 08-35653
Modified Total: $11,614.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $11,614.50 |

---

**Claim: 9273**
Date Filed: 01/30/2009
Docketed Total: $20,000.00
Filing Creditor Name and Address:
SUNTECH SERVICES OF FLORIDA
1024 ROYAL BIRKDALE DR
TARPON SPRINGS, FL 34688

Claim Holder Name and Address
SUNTECH SERVICES OF FLORIDA
1024 ROYAL BIRKDALE DR
TARPON SPRINGS, FL 34688

Case Number: 08-35653
Docketed Total: $20,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $20,000.00 | | |

Case Number: 08-35653
Modified Total: $20,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $20,000.00 |

---

**Claim: 5227**
Date Filed: 01/26/2009
Docketed Total: $5,000.00
Filing Creditor Name and Address:
SWATZEL, DANNY
700 LINDELL BLVD
NO 7 218A
DEL RAY BEACH, FL 33444

Claim Holder Name and Address
SWATZEL, DANNY
700 LINDELL BLVD
NO 7 218A
DEL RAY BEACH, FL 33444

Case Number: 08-35653
Docketed Total: $5,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $900.00 | | $4,100.00 |

Case Number: 08-35653
Modified Total: $5,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $5,000.00 |

---

**Claim: 304**
Date Filed: 11/20/2008
Docketed Total: $20,070.00
Filing Creditor Name and Address:
TECH CONNECTORS LLC
470 MISSION ST STE 2
CAROL STREAM, IL 60188

Claim Holder Name and Address
TECH CONNECTORS LLC
470 MISSION ST STE 2
CAROL STREAM, IL 60188

Case Number: 08-35653
Docketed Total: $20,070.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $20,070.00 | |

Case Number: 08-35653
Modified Total: $20,070.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $20,070.00 |

---

\*    "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 1746**
Date Filed: 12/16/2008
Docketed Total: $19,118.50
Filing Creditor Name and Address:
TECHEAD
111 N 17TH ST
RICHMOND, VA 23219

| Claim Holder Name and Address | | | | Case Number: | 08-35653 |
|---|---|---|---|---|---|

TECHEAD
111 N 17TH ST
RICHMOND, VA 23219

Docketed Total: **$19,118.50**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $19,118.50 | | | | | | | $19,118.50 |

Case Number: 08-35653
Modified Total: **$19,118.50**

---

**Claim: 4712**
Date Filed: 01/23/2009
Docketed Total: $19,118.50
Filing Creditor Name and Address:
TECHEAD
111 N 17TH ST
RICHMOND, VA 23219

Claim Holder Name and Address    Case Number: 08-35653

TECHEAD
111 N 17TH ST
RICHMOND, VA 23219

Docketed Total: **$19,118.50**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $19,118.50 | | | | | | | $19,118.50 |

Case Number: 08-35653
Modified Total: **$19,118.50**

---

**Claim: 3624**
Date Filed: 01/15/2009
Docketed Total: $79,156.55
Filing Creditor Name and Address:
THE IRVINE COMPANY FASHION
ISLAND SHOPPING CENTER
BEWLEY LASSLEBEN & MILLER
13215 E PENN ST STE 510
WHITTIER, CA 90602

Claim Holder Name and Address    Case Number: 08-35653

THE IRVINE COMPANY FASHION
ISLAND SHOPPING CENTER
BEWLEY LASSLEBEN & MILLER
13215 E PENN ST 510
WHITTIER, CA 90602

Docketed Total: **$79,156.55**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $79,156.55 | | | | | | | $79,156.55 |

Case Number: 08-35653
Modified Total: **$79,156.55**

---

**Claim: 3919**
Date Filed: 01/15/2009
Docketed Total: $90,560.09
Filing Creditor Name and Address:
THE IRVINE COMPANY THE
MARKET PLACE
C O ERNIE ZACHARY PARK
BEWLEY LASSLEBEN & MILLER
13215 E PENN ST STE 510
WHITTIER, CA 90602

Claim Holder Name and Address    Case Number: 08-35654

THE IRVINE COMPANY THE
MARKET PLACE
C O ERNIE ZACHARY PARK
BEWLEY LASSLEBEN & MILLER
13215 E PENN ST STE 510
WHITTIER, CA 90602

Docketed Total: **$90,560.09**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $90,560.09 | | | | | | | $90,560.09 |

Case Number: 08-35654
Modified Total: **$90,560.09**

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4449    Filed 08/12/09    Entered 08/12/09 11:33:27    Desc Main
Case No. 08-35653 (KRH)                                          Document      Page 42 of 52

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|

**Claim: 5327**
Date Filed: 01/23/2009
Docketed Total: $1,923.27
Filing Creditor Name and Address:
 THOMPSON BUILDING
 MATERIALS FONTANA
 PO BOX 950
 FONTANA, CA 92334

| | Claim Holder Name and Address | Case Number: | 08-35653 | | Case Number: | 08-35653 |
|---|---|---|---|---|---|---|
| | THOMPSON BUILDING MATERIALS FONTANA PO BOX 950 FONTANA, CA 92334 | Docketed Total: | $1,923.27 | | Modified Total: | $1,923.27 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $1,923.27 | | | | | | | | $1,923.27 |

**Claim: 5363**
Date Filed: 01/23/2009
Docketed Total: $9,420.53
Filing Creditor Name and Address:
 THOMPSON BUILDING
 MATERIALS FONTANA
 PO BOX 950
 FONTANA, CA 92334

| | Claim Holder Name and Address | Case Number: | 08-35653 | | Case Number: | 08-35653 |
|---|---|---|---|---|---|---|
| | THOMPSON BUILDING MATERIALS FONTANA PO BOX 950 FONTANA, CA 92334 | Docketed Total: | $9,420.53 | | Modified Total: | $9,420.53 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $9,420.53 | | | | | | | | $9,420.53 |

**Claim: 1459**
Date Filed: 12/16/2008
Docketed Total: $14,958.40
Filing Creditor Name and Address:
 TMLP
 PO BOX 870
 TAUNTON, MA 02780-0870

| | Claim Holder Name and Address | Case Number: | 08-35653 | | Case Number: | 08-35653 |
|---|---|---|---|---|---|---|
| | TMLP PO BOX 870 TAUNTON, MA 02780-0870 | Docketed Total: | $14,958.40 | | Modified Total: | $14,958.40 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $14,958.40 | | | | | | | | $14,958.40 |

**Claim: 5470**
Date Filed: 01/26/2009
Docketed Total: $1,200.00
Filing Creditor Name and Address:
 TOWN OF NATICK
 MASSACHUSETTS
 13 E CENTRAL ST
 NATICK, MA 01760

| | Claim Holder Name and Address | Case Number: | 08-35653 | | Case Number: | 08-35653 |
|---|---|---|---|---|---|---|
| | TOWN OF NATICK MASSACHUSETTS 13 E CENTRAL ST NATICK, MA 01760 | Docketed Total: | $1,200.00 | | Modified Total: | $1,200.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $1,200.00 | | | | | | | | $1,200.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH   Doc 4449   Filed 08/12/09   Entered 08/12/09 11:33:27   Desc Main
Case No. 08-35653 (KRH)                Document      Page 43 of 52    Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
                                                                     Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8373**
Date Filed: 01/29/2009
Docketed Total: $619,202.40
Filing Creditor Name and Address:
 TRANE US INC
 MARK O ANDERSON
 1700 IDS CTR
 MINNEAPOLIS, MN 55402

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| TRANE US INC MARK O ANDERSON 1700 IDS CTR MINNEAPOLIS, MN 55402 | Docketed Total: | $619,202.40 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $619,202.40 | | $619,202.40 |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | $619,202.40 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $619,202.40 |

**Claim: 9205**
Date Filed: 01/30/2009
Docketed Total: $37,119.74
Filing Creditor Name and Address:
 TRANE US INC
 MARK O ANDERSON
 1700 IDS CTR
 MINNEAPOLIS, MN 55402

| Claim Holder Name and Address | Case Number: | 08-35654 |
|---|---|---|
| TRANE US INC MARK O ANDERSON 1700 IDS CTR MINNEAPOLIS, MN 55402 | Docketed Total: | $37,119.74 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $37,119.74 | | |

| | Case Number: | 08-35654 |
|---|---|---|
| | Modified Total: | $37,119.74 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $37,119.74 |

**Claim: 9206**
Date Filed: 01/30/2009
Docketed Total: $105,247.60
Filing Creditor Name and Address:
 TRANE US INC
 MARK O ANDERSON
 1700 IDS CTR
 MINNEAPOLIS, MN 55402

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| TRANE US INC MARK O ANDERSON 1700 IDS CTR MINNEAPOLIS, MN 55402 | Docketed Total: | $105,247.60 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $105,247.60 | | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | $105,247.60 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $105,247.60 |

**Claim: 9207**
Date Filed: 01/30/2009
Docketed Total: $294,806.74
Filing Creditor Name and Address:
 TRANE US INC
 MARK O ANDERSON
 1700 IDS CTR
 MINNEAPOLIS, MN 55402

| Claim Holder Name and Address | Case Number: | 08-35657 |
|---|---|---|
| TRANE US INC MARK O ANDERSON 1700 IDS CTR MINNEAPOLIS, MN 55402 | Docketed Total: | $294,806.74 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $294,806.74 | | |

| | Case Number: | 08-35657 |
|---|---|---|
| | Modified Total: | $294,806.74 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $294,806.74 |

*    "UNL" denotes an unliquidated claim.

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

### EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9171**
Date Filed: 01/30/2009
Docketed Total: $20,000.00
Filing Creditor Name and Address:
  TRAVIS, RAYANNA
  4575 FULCHER RD
  HEPHZIBAH, GA 30815

Claim Holder Name and Address
TRAVIS, RAYANNA
4575 FULCHER RD
HEPHZIBAH, GA 30815

Case Number: 08-35653
Docketed Total: $20,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $20,000.00 | | |

Case Number: 08-35653
Modified Total: $20,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $20,000.00 |

---

**Claim: 7434**
Date Filed: 01/27/2009
Docketed Total: $22,440.00
Filing Creditor Name and Address:
  TYSONS 3 LLC C O ZIEGLER
  COMPANIES LLC
  2300 WILSON BLVD 7TH FL
  ARLINGTON, VA 22201

Claim Holder Name and Address
TYSONS 3 LLC C O ZIEGLER
COMPANIES LLC
2300 WILSON BLVD 7TH FL
ARLINGTON, VA 22201

Case Number: 08-35653
Docketed Total: $22,440.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $22,440.00 | | |

Case Number: 08-35653
Modified Total: $22,440.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $22,440.00 |

---

**Claim: 3952**
Date Filed: 01/12/2009
Docketed Total: $241.00
Filing Creditor Name and Address:
  VALLEY FAMILY PHYSICIAN
  CARE
  1868 SPARKMAN DR
  HUNTSVILLE, AL 35816

Claim Holder Name and Address
VALLEY FAMILY PHYSICIAN CARE
1868 SPARKMAN DR
HUNTSVILLE, AL 35816

Case Number: 08-35653
Docketed Total: $241.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $241.00 | |

Case Number: 08-35653
Modified Total: $241.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $241.00 |

---

**Claim: 10435**
Date Filed: 02/17/2009
Docketed Total: $338,000.00
Filing Creditor Name and Address:
  VELEZ, JOSE
  EEOC ATLANTA OFFICE
  100 ALABAMA ST SW STE 4R30
  ATLANTA, GA 30303

Claim Holder Name and Address
VELEZ, JOSE
EEOC ATLANTA OFFICE
100 ALABAMA ST SW STE 4R30
ATLANTA, GA 30303

Case Number: 08-35653
Docketed Total: $338,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $10,000.00 | $328,000.00 |

Case Number: 08-35653
Modified Total: $338,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $338,000.00 |

---

\*   "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 3476**
Date Filed: 01/13/2009
Docketed Total: $91.70
Filing Creditor Name and Address:
WILSON, LONNIE
2531 EL CAPITAN DR
TURLOCK, CA 95380-0000

Claim Holder Name and Address
WILSON, LONNIE
2531 EL CAPITAN DR
TURLOCK, CA 95380-0000
Case Number: 08-35653
Docketed Total: $91.70

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $91.70 | | |

Case Number: 08-35653
Modified Total: $91.70

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $91.70 |

**Claim: 5898**
Date Filed: 01/26/2009
Docketed Total: $561.62
Filing Creditor Name and Address:
WYOMING, STATE OF
2515 WARREN AVE STE 502
CHEYENNE, WY 82002

Claim Holder Name and Address
WYOMING, STATE OF
2515 WARREN AVE STE 502
CHEYENNE, WY 82002
Case Number: 08-35654
Docketed Total: $561.62

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $561.62 | | |

Case Number: 08-35654
Modified Total: $561.62

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $561.62 |

**Claim: 2591**
Date Filed: 01/05/2009
Docketed Total: $599.99
Filing Creditor Name and Address:
YOUNG, JACKSON H
1958 FARLEY DR
WILMINGTON, NC 28405

Claim Holder Name and Address
YOUNG, JACKSON H
1958 FARLEY DR
WILMINGTON, NC 28405
Case Number: 08-35653
Docketed Total: $599.99

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $599.99 | | |

Case Number: 08-35653
Modified Total: $599.99

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $599.99 |

**Total Claims To Be Modified: 161**

**Total Amount As Docketed:** $43,084,312.06

**Total Amount As Modified:** $43,084,312.06

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Page 46 of 52 nth Omnibus Objection to Claims (Reclassification Of
Certain Misclassified Claims To General Unsecured, Non-Priority
Claims) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ARBORETUM OF SOUTH BARRINGTON LLC DAVID C CHRISTIAN II SEYFARTH SHAW LLP 131 S DEARBORN ST STE 2400 CHICAGO, IL 60603 | 7423 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $4,655,150.55 $4,655,150.55 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CISCO LINKSYS LLC LAWRENCE SCHWAB THOMAS GAA BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL STE 300 PALO ALTO, CA 94306 | 5076 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $833,696.57 $7,453,957.38 $8,287,653.95 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DENON ELECTRONICS JOHN HENDERSON 100 COPORATE DRIVE MAHWAH, NJ 07430 | 1451 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $589,396.62 $589,396.62 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DISH IT UP INC 3361 FAULKNER BLVD BRUNSWICK, OH 44212 | 8264 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $4,430.00 $4,430.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ESTATE OF JOSEPH Y EINBINDER AKA EINBINDER PROPERTIES LLC C O BERTRAM L POTEMKEN PERSONAL REPRESENTATIVE ESTATE OF JOSEPH Y EINBINDER 3602 GARDENVIEW RD BALTIMORE, MD 21208 | 8047 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $45,375.00 $45,375.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

* "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtor's Nineteenth Omnibus Objection to Claims (Reclassification Of
Case No. 08-35653-KRH    Certain Misclassified Claims To General Unsecured, Non-Priority
Claims) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GENERAL ELECTRIC<br>PO BOX 640138<br>GE APPLIANCES RETAIL<br>PITTSBURGH, PA 15264-0138 | 7935 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $28,344,193.54<br><br><br><br><br><br>$28,344,193.54 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GENERAL INSTRUMENT CORPORATION DBA THE HOME AND NETWORKS MOBILITY BUSINESS OF MOTOROLA INC<br>101 TOURNAMENT DR<br>HORSHAM, PA 19044 | 7597 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $50,000.00<br><br>$85,321.74<br><br>$233,958.90<br><br>$369,280.64 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GIBSON, THOMAS<br>66 ATHENS ST<br>SAN FRANCISCO, CA 94112 | 3995 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$250,000.00<br><br><br><br><br>$250,000.00 | 01/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HENRICO COUNTY VIRGINIA<br>RHYSA GRIFFITH SOUTH<br>ASSISTANT COUNTY ATTORNEY<br>PO BOX 90775<br>HENRICO, VA 23273-0775 | 2290 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $532.40<br><br><br><br><br><br>$532.40 | 01/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HENRICO COUNTY VIRGINIA<br>RHYSA GRIFFITH SOUTH<br>ASSISTANT COUNTY ATTORNEY<br>PO BOX 90775<br>HENRICO, VA 23273-0775 | 12394 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $10,888.32<br><br><br><br><br><br>$10,888.32 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Thirteenth Omnibus Objection to Claims (Reclassification Of
Case No. 08-35653-KRH    Certain Misclassified Claims To General Unsecured, Non-Priority
Claims) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HENRICO COUNTY VIRGINIA ACCOUNT NO 00646911016 RHYSA GRIFFITH SOUTH ASSISTANT COUNTY ATTORNEY PO BOX 90775 HENRICO, VA 23273-0775 | 13007 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $13,053.59 $13,053.59 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HENRICO COUNTY VIRGINIA ACCT NO 0078201 1019 RHYSA GRIFFITH SOUTH ASSISTANT COUNTY ATTORNEY PO BOX 90775 HENRICO VIRGINIA, 23273-0775 | 13002 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $10,888.32 $10,888.32 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| IMATION ENTERPRISES CORP ON BEHALF OF ITSELF AND ITS AFFILIATES MONICA CLARK ESQ DORSEY & WHITNEY LLP 50 S 6TH ST STE 1500 MINNEAPOLIS, MN 55402-1498 | 9627 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $180,169.31 $180,169.31 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| INLAND SOUTHEAST DARIEN LLC C O BERT BITTOURNA ESQ INLAND REAL ESTATE GROUP 2901 BUTTERFIELD RD 3RD FL OAK BROOK, IL 60523 | 10024 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $529,004.09 $529,004.09 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| INLAND WESTERN OSWEGO GERRY CENTENNIAL LLC C O BERT BITTOURNA ESQ INLAND REAL ESTATE GROUP 2901 BUTTERFIELD RD 3RD FL OAK BROOK, IL 60523 | 9722 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $452,584.49 $452,584.49 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Seventeenth Omnibus Objection to Claims (Reclassification Of
Case No. 08-35653-KRH    Certain Misclassified Claims To General Unsecured, Non-Priority
Claims) - Adjourned

EXHIBIT B

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JACK HERNANDEZ AND ALL THOSE SIMILARLY SITUATED C O RIGHETTI LAW FIRM PC MATTHEW RIGHETTI 456 MONTGOMERY ST STE 1400 SAN FRANCISCO, CA 94104 | 6045 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $23,940,292.00 $23,940,292.00 | 01/13/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| KINCHELOE, DONNA M 1229 BRIGHTON AVE NO 137 MODESTO, CA 95355 | 5166 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $60,344.68 $60,344.68 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LAUREL PLUMBING INC JOHN C KILGANNON ESQ STEVENS & LEE PC 1818 MARKET ST 29TH FL PHILADELPHIA, PA 19103 | 5163 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $47,700.00 $47,700.00 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LUMISOURCE INC JOHN M BROM ATTORNEY QUERREY & HARROW LTD 175 W JACKSON BLVD NO 1600 CHICAGO, IL 60604 | 7792 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $235,200.00 $156,800.00 $392,000.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MARTINEZ, JASON WARWICK 621 WEST 7TH ST PUEBLO, CO 81003 | 6260 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $5,291.97 $81.94 $5,373.91 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Fourteenth Omnibus Objection to Claims (Reclassification Of
Case No. 08-35653-KRH    Certain Misclassified Claims To General Unsecured, Non-Priority
Claims) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MEMORIAL SQUARE 1031 LLC C O BERT BITTOURNA ESQ INLAND REAL ESTATE GROUP 2901 BUTTERFIELD RD 3RD FL OAK BROOK, IL 60523 | 10020 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $71,264.80 $71,264.80 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MOTOROLA INC 101 TOURNAMENT DR HORSHAM, PA 19044 | 7552 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $50,000.00 $495,963.00 $970,874.80 $1,516,837.80 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PARAMOUNT HOME ENTERTAINMENT ATTN ANDI MARYGOLD 5555 MELROSE AVE HOLLYWOOD, CA 90038-3197 | 9681 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,695,610.26 $14,801,853.41 $16,497,463.67 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PHOTOCO INC KEITH TEICHER 30305 SOLON RD SOLON, OH 44139 | 1493 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $383,040.17 $383,040.17 | 11/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PLANTRONICS INC LAWRENCE SCHWAB THOMAS GAA BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL STE 300 PALO ALTO, CA 94306 | 5096 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $296,365.00 $60,391.22 $20,062.40 $376,818.62 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twentieth Omnibus Objection to Claims (Reclassification Of
Certain Misclassified Claims To General Unsecured, Non-Priority
Claims) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SEAGATE TECHNOLOGY LLC LAWRENCE SCHWAB & PATRICK COSTELLO BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL STE 300 PALO ALTO, CA 94306 | 9495 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $130,920.00 $769,502.70 $864,710.05 $1,765,132.75 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SLAM BRANDS INC MICHAEL BOWERS 2260 152ND AVE NE REDMOND, WA 98052 | 6033 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $539,270.86 $440,476.30 $979,747.16 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SNELL ACOUSTICS INC JOHN HENDERSON 100 CORPORATE DRIVE MAHWAH, NJ 07430 | 1450 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $2,166.39 $2,166.39 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| STEELE, PHILLIP LEE 1208 DAWKINS ST UNIT B DURHAM, NC 27707 | 8828 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $3,189.74 $3,189.74 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THE LANDING AT ARBOR PLACE II LLC C O SCOTT M SHAW HUSCH BLACKWELL SANDERS LLP 2030 HAMILTON PL BLVD STE 150 CHATTANOOGA, TN 37421 | 11814 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,815.46 $1,815.46 | 03/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fifteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| THE PARKES COMPANIES INC H BRENT PATRICK SMITH CASHION & ORR PLC 231 THIRD AVE N NASHVILLE, TN 37201 | 5079 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $35,107.00 $35,107.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TOSHIBA AMERICA CONSUMER PRODUCTS LLC C O LEITESS LEITESS FRIEDBERG & FEDDER PC 1 CORPORATE CTR 10451 MILL RUN CIR STE 1000 OWINGS MILLS, MD 21117 | 9648 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $6,393,681.50 $6,393,681.50 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TOSHIBA AMERICA INFORMATION SYSTEMS INC ATTN STEVEN N LEITESS C O LEITESS LEITESS FRIEDBERG & FEDDER PC 1 CORPORATE CTR 10451 MILL RUN CIR STE 1000 OWINGS MILLS, MD 21117 | 9391 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $14,400,858.33 $14,400,858.33 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| UNION COUNTY CONSTRUCTION GROUP INC JOHN C KILGANNON ESQ STEVENS & LEE PC 1818 MARKET ST 29TH FL PHILADELPHIA, PA 19103 | 3739 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $120,225.00 $120,225.00 | 01/14/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WALTER E HARTMAN & SALLY J HARTMAN AS TRUSTEES OF THE HARTMAN 1995 OHIO PROPERTY WALTER E HARTMAN PO BOX 3416 VENTURA, CA 93006 | 5300 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $27,498.74 $27,498.74 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| **Total:** | 35 | | $110,763,158.54 | | |

* "UNL" denotes an unliquidated claim.