IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In Re: ) | |
| ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.* ) | |
| ) | **Case No. 08-35653 KRH** |
| Debtors. ) | **Chapter 11** |
| ) | |

### NOTICE OF TAX LIEN BY
### DESOTO COUNTY, MISSISSIPPI

COMES NOW DeSoto County, Mississippi, by and through the undersigned counsel, and files its Notice of Tax Lien and states:

1. Circuit City Stores, Inc. ("Debtor") owes Desoto County, Mississippi a total of $49,021.65, plus interest and penalties for 2008 personal property taxes arising from furniture, fixtures and equipment located in the County. *See* Tax Statement, attached hereto as **Exhibit A**.

2. Pursuant to Miss. Code § 27-35-1, "[t]axes (state, county and municipal) assessed upon lands or personal property, . . . , shall bind the same and, except for environmental covenants created pursuant to the Mississippi Environmental Covenants Act, shall be entitled to preference over all judgments, executions, encumbrances or liens whensoever created; and all such taxes assessed shall be a lien upon and bind the property assessed."

3. To the extent Debtor or any of its affiliates attempts to sell or transfer any of its applicable furniture, fixtures or equipment or otherwise, DeSoto County, Mississippi hereby

---

William A. Gray, Esquire – VSB No. 46911
C. Thomas Ebel, Esquire – VSB No. 18637
W. Ashley Burgess, Esquire – VSB No. 67998
SANDS, ANDERSON, MARKS & MILLER, P.C.
801 East Main Street, Suite 1800 (23219)
P.O. Box 1998
Richmond, Virginia 23218-1998
(804) 648-1636 Telephone
(804) 783-7291 Telefax
   *Counsel for Desoto County, Mississippi*

provides notice of its statutory lien in the applicable property and/or, in the alternative, in the proceeds from the sale of any property under 11 U.S.C. § 363 or other applicable code provisions.

**Respectfully Submitted,**

**DESOTO COUNTY, MISSISSIPPI**

**By Counsel**

_/s/ William A. Gray_
William A. Gray, Esquire – VSB No. 46911
C. Thomas Ebel, Esquire – VSB No. 18637
W. Ashley Burgess, Esquire – VSB No. 67998
SANDS, ANDERSON, MARKS & MILLER, P.C.
801 East Main Street, Suite 1800 (23219)
P.O. Box 1998
Richmond, Virginia 23218-1998
(804) 648-1636 Telephone
(804) 783-7291 Telefax
   *Counsel for Desoto County, Mississippi*

**CERTIFICATE OF SERVICE**

I, William A. Gray, on this 12th day of August, 2009, do hereby certify that a true and correct copy of the foregoing Notice of Tax Lien by DeSoto County, Mississippi, was filed was electronically filed with the Clerk of the Court for the Eastern District of Virginia, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed Notices of Appearance in this matter, and was mailed, by U.S. Mail, first class, postage prepaid, on the following parties

Gregory M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219

Chris L. Dickerson, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, Illinois 60606

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

                              */s/ William A. Gray*

LOC - [redacted]

\* PERSONAL \*
\* REPRINT \*

NO. 837

\* PERSONAL \*
\* REPRINT \*

TAXES DUE PAYABLE TO:
**JOEY TREADWAY**, *Tax Collector*
365 Losher St., Suite 110
Hernando, MS 38632

FOR TAXES FOR REAL AND PERSONAL PROPERTY FOR FISCAL YEAR 2008

DESCRIBED AND VALUED AS FOLLOWS:
IT IS THE DUTY OF THE TAXPAYER TO CHECK HIS RECEIPT(S) TO SEE IF ALL HIS PROPERTY IS LISTED.

PROPERTY IDENTIFICATION NUMBER: 2896-000

| TOT. ACRES | FOR PROT. AC. | TRUE VALUE | ASS'D. VALUE | TAX RATE | TOTAL AD. VAL. TAX |
|---|---|---|---|---|---|
| | | 2301000 | 345150 | 142.03 | 49021.65 |

SEC:     TWP:     RGE:

**HOMESTEAD EXEMPTION CREDIT**
| VALUE | AMOUNT |
|---|---|

**SPECIAL HOMESTEAD CREDIT**
| NET AD. VAL. TAX VALUE | FOREST PROT. TAX RATE | AMOUNT |
|---|---|---|
| | | 49021.65 |

TAXING DISTRICT DESCRIPTION:
2405 -DIST 2/S'HAVEN/TOWNE CENTER
6680 SOUTHCREST PK

TAX PAYER
CIRCUIT CITY STORES INC
TAX DEPT
P O BOX 42304
RICHMOND     VA 23242-0000

COUNTY  57.28   RATE   19770.19
CITY    84.75          29251.46
                NET ADV

▶ TOTAL TAXES DUE   49021.65

LEGAL DESCRIPTION
FURN & FIX    90518   BANKS
MACH & EQ             DEBTS
LEASED EQ             MISCEL
INVENTORY   254632

DELINQUENT AFTER: FEBRUARY 1, 2009
REC'VD. BY: 0/00/00
PAID BY: CIRCUIT CITY STORES
☐ CASH  ☐ CHECK  ☐ MAIL

| INTEREST | |
|---|---|
| FEES | DISTRESS |
| TOWN | ENROLLMENT |
| **GRAND TOTAL PAID** | 49021.65 |


EXHIBIT A