IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

*In re*

CIRCUIT CITY STORES, INC.

*Debtor*

Chapter 11

Case No. **08-35653-KRH**

### MOTION OF PREMIERE RESOURCES INTERNATIONAL, LLC FOR ALLOWANCE OF ADMINISTRATIVE CLAIM

Comes now Premiere Resources International, LLC ("PRI"), by and through counsel and moves for allowance of its administrative claim in the amount of $28,179.47 and for cause states:

1.   This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.   PRI through counsel filed an administrative claim in this case on June 19, 2009, a file stamped copy of that claim and its accompanying supporting papers are attached hereto.

3.   The aforesaid filing of the subject administrative claim was prior to the bar date for administrative claims of June 30, 2009, in this case.

4.   Counsel for PRI used and adaptation of Official Bankruptcy Form 10, thereby raising the possibility that the aforesaid filing may be questioned. Nevertheless, the aforesaid filing contained all information and supporting papers required for proper

filing.

WHEREFORE, PRI requests that this Court enter an order allowing its administrative claim in the amount of $28,179.47.

Dated: August 12, 2009

        Respectfully submitted,

        GREENBURG, SPENCE & TAYLOR, LLC


        By:   /s/   Peter A. Greenburg
           Peter A. Greenburg
           51 Monroe Place
           Suite 707
           Rockville, Maryland 20850
           301-610-0010

        Attorneys for Premiere Resources International, LLC


**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of August, 2009, a true copy of the foregoing motion for allowance of administrative claim, notice of motion, and proposed order were mailed or electronically transmitted to the following:


        Daniel F. Blanks, Esquire
        9000 World Trade Center
        101 W. Main Street
        Norfolk, VA 23510
        Counsel for debtor

W. Clarkson McDow, Jr., Esquire
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Creditor Committee
Brad R. Godshall, Esquire
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA  90067-4100

Creditor Committee
Jeffrey N. Pomerantz, Esquire
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA  90067

Creditor Committee
John D. Fiero, Esquire
150 California Street, 15th Floor
San Francisco, CA 9411-4500

Creditor Committee
Lynn L. Tavenner, Esquire
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Creditor Committee
Robert J. Feinstein, Esquire
780 Third Avenue, 36th Floor
New York, NY 10017

                                                /s/   Peter A. Greenburg
                                             Peter A. Greenburg

K:\WordPerfect\WPFILES.PAG\7350\MotionAllowanceAdministrativeClaim.wpd