Case 08-35653-KRH    Doc 4453-1    Filed 08/12/09    Entered 08/12/09 16:09:12    Desc
Exhibit(s) Filed claim and supporting documentation    Page 1

COPY

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT  Eastern District of Virginia | PROOF OF CLAIM |
|---|---|

Name of Debtor: Circuit City Stores, Inc.

Case Number: 08-35653

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Premier Resources International, LLC

Name and address where notices should be sent:
Peter A. Greenburg, Esquire
51 Monroe Place, Suite 707
Rockville, MD 20850

Telephone number: (301) 610-0020

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
Premier Resouces International, LLC
7905A Cessna Avenue
Gaithersburg, MD 20879

Telephone number: (310) 948-8161

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 28,179.47

   *Not as of Petition Date*
   *This is a claim for administrative expense*
   *See attached sheet and invoices*

   If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

   If all or part of your claim is entitled to priority, complete item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: Post petition services
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____

   3a. Debtor may have scheduled account as: _____
       (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe:

   Value of Property: $_____  Annual Interest Rate _____ %

   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any: $_____  Basis for perfection: _____

   Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim.

   ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

   Amount entitled to priority: $_____

   *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 06/09/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  *Peter A. Greenburg, Attorney*

FOR COURT USE ONLY
RECEIVED
JUN 19 2009
KURTZMAN CARSON CONSULTANTS

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## ATTACHMENT TO ADMINISTRATIVE CLAIM AGAINST CIRCUIT CITY

After the filing of the petition in this case, Premiere Resources, International, LLC facilitated the debtor's sourcing of merchandise in the ordinary course of the debtor's business. This claim is for such post petition services. The description, quantity, and cost of the subject merchandise is itemized on the five (5) attached invoices.

K:\WordPerfect\WPFILES.PAG\7350\AttchmnttoAdministrativeClaim.wpd

# Premier Resources International

3615 Mayland Court
Richmond, Virginia 23233
Phone (804) 290-0513  Fax (804) 290-0517

DATE: December 3, 2008
Quote 266
Factory Umedisc

**Sourcing Fee Invoice**

PREMIER RESOURCES INTERNATIONAL

| Sourcing Contact | City | Purchase Order | Ship Date | from | Port | | TERMS |
|---|---|---|---|---|---|---|---|
| Huey Long | | 2172732 | 11/28/2008 | | | | On receipt of invoice |

| QUANTITY | Model | DESCRIPTION | UNIT NET COST | PRI SOURCING | AMOUNT |
|---|---|---|---|---|---|
| 0 | NDVDDL15 | 15 Pack Dual Layer | $8.25 | 0.25 | $ - |
| 0 | NDVDDL5J | 5 Pack Dual Layer | $3.50 | 0.11 | $ - |
| 0 | NDVD1625M - R | DVD-R 25 Pack | $3.50 | 0.11 | $ - |
| 0 | NDVD1625P + R | DVD+R 25 Pack | $3.50 | 0.11 | $ - |
| 0 | NDVD1650M - R | DVD - R 50 Pack | $7.00 | 0.21 | $ - |
| 0 | NDVD1650P + R | DVD + R 50 Pack | $7.00 | 0.21 | $ - |
| 5004 | NDVD16100M | DVD-R 100 Pack | $11.76 | 0.35 | $ - |
| | ECDR48 X 50 PK | CDR 50 Pack | $4.55 | 0.14 | 683.05 |
| 24996 | ECDR48 X 100 PK | CDR 100 Pack | $9.00 | 0.27 | 6,748.92 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | SUBTOTAL | $ 7,431.97 |
| | | | | TOTAL | $ 7,431.97 |

Conditions

THANK YOU FOR YOUR BUSINESS!

confidential

# Premier Resources International

3615 Mayland Court
Richmond, Virginia 23233
Phone (804) 290-0513  Fax (804) 290-0517

DATE: November 17, 2008
Quote: 265
Factory: Umedisc

| Sourcing Contact | Circuit City Purchase Order | Ship Date from Port | | TERMS |
|---|---|---|---|---|
| Huey Long | 2152064 | 11/10/2008 | | On receipt of invoice |

| QUANTITY | Model | DESCRIPTION | UNIT NET COST | PRI-SOURCING | AMOUNT |
|---|---|---|---|---|---|
| 0 | NDVDDL15 | 15 Pack Dual Layer | $8.25 | 0.25 | |
| 0 | NDVDDL5J | 5 Pack Dual Layer | $3.50 | 0.11 | |
| 0 | NDVD1625M - R | DVD-R 25 Pack | $3.50 | 0.11 | |
| 0 | NDVD1625P + R | DVD+R 25 Pack | $3.50 | 0.11 | |
| 0 | NDVD1650M - R | DVD - R 50 Pack | $7.00 | 0.21 | |
| 20004 | NDVD1650P + R | DVD + R 50 Pack | $7.00 | 0.21 | 4,200.84 |
| 0 | NDVD16100M | DVD-R 100 Pack | $11.76 | 0.35 | |
| 0 | ECDR48 X 50 PK | CDR 50 Pack | $4.75 | 0.14 | |
| 0 | ECDR48 X 100 PK | CDR 100 Pack | $8.79 | 0.26 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | SUBTOTAL | $ 4,200.84 |
| | | | | TOTAL | $ 4,200.84 |

Conditions

THANK YOU FOR YOUR BUSINESS!

confidential

# Premier Resources International

3615 Mayland Court
Richmond, Virginia 23233
Phone (804) 290-0513   Fax (804) 290-0517

DATE: December 3, 2008
Quote 267
Factory Umedisc

| Sourcing Contact | rcuit-City-Purchase Ord | hip Date from Port | | TERMS |
|---|---|---|---|---|
| Huey Long | 2172733 | 11/17/2008 | | On receipt of Invoice |

| QUANTITY | Model | DESCRIPTION | UNIT NET COST | PRI SOURCING | AMOUNT |
|---|---|---|---|---|---|
| 0 | NDVDDL15 | 15 Pack Dual Layer | $8.25 | 0.25 | $ |
| 1000 | NDVDDL5J | 5 Pack Dual Layer | $3.35 | 0.10 | $ 100.50 |
| 0 | NDVD1625M - R | DVD-R 25 Pack | $3.50 | 0.11 | $ |
| 0 | NDVD1625P + R | DVD+R 25 Pack | $3.50 | 0.11 | $ |
| 10008 | NDVD1650M - R | DVD - R 50 Pack | $6.71 | 0.20 | $ 2014.61 |
| 0 | NDVD1650P + R | DVD + R 50 Pack | $7.00 | 0.21 | $ |
| 0 | NDVD16100M | DVD-R 100 Pack | $11.76 | 0.35 | $ |
| 0 | ECDR48 X 50 PK | CDR 50 Pack | $4.55 | 0.14 | $ |
| 0 | ECDR48 X 100 PK | CDR 100 Pack | $9.00 | 0.27 | $ |
| | | | | SUBTOTAL | $ 2115.11 |
| | | | | TOTAL | $ 2115.11 |

Conditions

THANK YOU FOR YOUR BUSINESS!

confidential

Circuit_City_PRI_Invoice_for_267_PO_2172733_12-03-08[1]

confidential

# Premier Resources International

3615 Mayland Court
Richmond, Virginia 23233
Phone (804) 290-0513  Fax (804) 290-0517

DATE: December 3, 2008
Quote 268
Factory Umedisc

**Sourcing for Invoice**
PREMIER RESOURCES INTERNATIONAL

| Sourcing Contact | Circuit City Purchase Order | Ship Date from Port | | | TERMS |
|---|---|---|---|---|---|
| Huey Long | 2175516 | 11/17/2008 | | | On receipt of Invoice |

| QUANTITY | Model | DESCRIPTION | UNIT NET COST | PRI SOURCING | AMOUNT |
|---|---|---|---|---|---|
| 0 | NDVDDL15 | 15 Pack Dual Layer | $8.25 | 0.25 | $ |
| 0 | NDVDDL5J | 5 Pack Dual Layer | $3.35 | 0.10 | $ |
| 0 | NDVD1625M - R | DVD-R 25 Pack | $3.50 | 0.11 | $ |
| 0 | NDVD1625P + R | DVD+R 25 Pack | $3.50 | 0.11 | $ |
| 0 | NDVD1650M - R | DVD - R 50 Pack | $6.71 | 0.20 | $ |
| 0 | NDVD1650P + R | DVD + R 50 Pack | $7.00 | 0.21 | $ |
| 0 | NDVD16100M | DVD-R 100 Pack | $11.76 | 0.35 | $ |
| 0 | ECDR48 X 50 PK | CDR 50 Pack | $4.55 | 0.14 | $ |
| 5004 | ECDR48 X 100 PK | CDR 100 Pack | $9.00 | 0.27 | $ 1,351.08 |
| | | | | | $ |
| | | | | | $ |
| | | | | | $ |
| | | | | | $ |
| | | | | SUBTOTAL | $ 1,351.08 |
| Conditions | | | | TOTAL | $ 1,351.08 |

THANK YOU FOR YOUR BUSINESS!

# Premier Resources International

3615 Mayland Court
Richmond, Virginia 23233
Phone (804) 290-0513  Fax (804) 290-0517

DATE: December 3, 2008
Quote 269
Factory Umedisc

**TERMS:** On receipt of invoice

| Sourcing Contact | Circuit City Purchase Order | Ship Date from Port |
|---|---|---|
| Huey Long | 2175517 | 11/28/2008 |

| QUANTITY | Model | DESCRIPTION | UNIT NET COST | PRI SOURCING | AMOUNT |
|---|---|---|---|---|---|
| 0 | NDVDDL15 | 15 Pack Dual Layer | $8.25 | 0.25 | $ - |
| 0 | NDVDDL5J | 5 Pack Dual Layer | $3.35 | 0.10 | $ - |
| 0 | NDVD1625M-R | DVD-R 25 Pack | $3.50 | 0.11 | $ - |
| 0 | NDVD1625P+R | DVD+R 25 Pack | $3.50 | 0.11 | $ - |
| 24984 | NDVD1650M-R | DVD-R 50 Pack | $6.71 | 0.20 | $5,029.28 |
| 39996 | NDVD1650P+R | DVD+R 50 Pack | $6.71 | 0.20 | $8,051.19 |
| 0 | NDVD16100M | DVD-R 100 Pack | $11.76 | 0.35 | $ - |
| 0 | ECDR48 X 50 PK | CDR 50 Pack | $4.55 | 0.14 | $ - |
| 0 | ECDR48 X 100 PK | CDR 100 Pack | $9.00 | 0.27 | $ - |
| | | | | SUBTOTAL | $13,080.47 |
| | | | | TOTAL | $13,080.47 |

Conditions

THANK YOU FOR YOUR BUSINESS!

confidential

Circuit_City_PRI_Invoice_for_269_PO_2175517_12-03-08[1]