IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *In re* <br><br> CIRCUIT CITY STORES, INC. <br><br> *Debtor* | Chapter 11 <br> Case No. **08-35653-KRH** |

# NOTICE OF MOTION OF PREMIERE RESOURCES INTERNATIONAL, LLC FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)

Premiere Resources International, LLC has filed papers with the Court for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A).

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have on in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, then on or before September 2, 2009, you or your attorney must:

☒ File with the court, at the address shown below, a written request for

a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

>   Clerk of Court
>   United States Bankruptcy Court
>   701 East Broad Street, Suite 4000
>   Richmond, VA 23219-3515

You must also mail a copy to:

>   Peter A. Greenburg, Esquire
>   Greenburg, Spence & Taylor, LLC
>   51 Monroe Place, Suite 707
>   Rockville, MD 20850
>
>   Daniel F. Blanks, Esquire
>   9000 World Trade Center
>   101 W. Main Street
>   Norfolk, VA 23510
>   Counsel for debtor
>
>   W. Clarkson McDow, Jr., Esquire
>   Office of the U.S. Trustee
>   701 E. Broad Street, Suite 4304
>   Richmond, VA 23219

☒ Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

2

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sough in the motion and may enter an order granting that relief.

Date: August 12, 2009

        Respectfully submitted,

        GREENBURG, SPENCE & TAYLOR, LLC


       By: /s/ Peter A. Greenburg
        Peter A. Greenburg
        51 Monroe Place
        Suite 707
        Rockville, Maryland 20850
        301-610-0010

        Attorneys for Premiere Resources International, LLC


### CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August, 2009, a true copy of the foregoing notice of motion for allowance of administrative expenses and notice of motion was mailed or electronically transmitted to the following:

  Daniel F. Blanks, Esquire
  9000 World Trade Center
  101 W. Main Street
  Norfolk, VA 23510
  Counsel for debtor

W. Clarkson McDow, Jr., Esquire
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Creditor Committee
Brad R. Godshall, Esquire
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA  90067-4100

Creditor Committee
Jeffrey N. Pomerantz, Esquire
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA  90067

Creditor Committee
John D. Fiero, Esquire
150 California Street, 15th Floor
San Francisco, CA 9411-4500

Creditor Committee
Lynn L. Tavenner, Esquire
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Creditor Committee
Robert J. Feinstein, Esquire
780 Third Avenue, 36th Floor
New York, NY 10017

                                                        /s/   Peter A. Greenburg
                                                         Peter A. Greenburg

K:\WordPerfect\WPFILES.PAG\7350\NoticeMotionforAllowanceofAdministrativeClaim.wpd