IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

*In re*

CIRCUIT CITY STORES, INC.

*Debtor*

Chapter 11
Case No. **08-35653-KRH**

**ORDER APPROVING ADMINISTRATIVE CLAIM OF
PREMIERE RESOURCES INTERNATIONAL, LLC**

Upon the motion of Premiere Resources International, LLC for approval of its administrative claim in the amount of $28,179.47, and no opposition having been fired thereto, it is, by the Court, this _____ day of _____, 2009,

ORDERED, that the administrative claim of Premiere Resources International, LLC in the above captioned case be, and the same is hereby, approved in the amount of $28, 179.47.

_____
Judge

K:\WordPerfect\WPFILES.PAG\7350\OrderApprovingAdminClaim.wpd