**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.  ) | Case No. 08-35653-KRH |
| ) | |
| Debtors.  ) | Jointly Administered |
| _____) | |

### NOTICE OF APPEARANCE

PLEASE NOTE the appearance of Thomas W. Repczynski, Martin J. A. Yeager, and the law firm of Bean, Kinney & Korman, P.C., as counsel for Creditor, Loren Stocker, d/b/a Vanity International, in the above-styled matter.

> Respectfully submitted,
> Loren Stocker, d/b/a Vanity International
> By counsel,
>
> */s/ Thomas W. Repczynski*
> Thomas W. Repczynski (VSB No. 39967)
> trepczynski@beankinney.com
> Martin J. Yeager (VSB No. 38303
> myeager@beankinney.com
> BEAN, KINNEY & KORMAN, P.C.
> 2300 Wilson Blvd., 7th Floor
> Arlington, Virginia  22201
> (703) 525-4000; (703) 525-2207 (Fax)

### CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2009, the foregoing Notice of Appearance is being filed with the Court using the Court's CM/ECF system and is to be served electronically upon all receiving notice thereby.

> */s/ Thomas W. Repczynski*
> Thomas W. Repczynski