### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.  ) | Case No. 08-35653-KRH |
| ) | |
| Debtors.  ) | Jointly Administered |
| _____) | |

### NOTICE OF HEARING ON CREDITOR'S LIMITED OBJECTION
### TO THE BIDDING PROCEDURES IN CONNECTION WITH SALES OF
### MISCELLANEOUS INTELLECTUAL PROPERTY ASSETS AND
### THE ANTICIPATED SALE MOTION RELATING TO THE
### DOMAIN NAME "800.COM" AND ASSOCIATED TRADEMARKS

**Your client's and/or your rights may be affected.**  **You should read these papers carefully and discuss them with your client or your counsel as you deem appropriate.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then not later than August 24, 2009, you must file a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H) with the Court at the following address:

> **Clerk of Court**
> **United States Bankruptcy Court**
> **200 S. Washington Street**
> **Alexandria, Virginia 22320**

and serve a copy on counsel for the moving party at the address shown below:

> **Thomas W. Repczynski, Esquire**
> **BEAN, KINNEY & KORMAN, P.C.**
> **2300 Wilson Boulevard, 7th Floor**
> **Arlington, Virginia 22201**

**Under Local Bankruptcy Rule 9013-1, unless a written response to this motion and supporting memorandum are filed with the Clerk of Court and served on the moving party on or before August 24, 2009, the Court may deem any opposition waived, treat the objection as conceded, and issue an order granting the requested relief without further notice or hearing.**  If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before August 24, 2009.

If you do not take these steps, the Court may decide that you do not oppose the relief sought in the objection and may enter an order granting the relief sought.

## NOTICE OF HEARING

Please take notice that, if you do file a timely written response to this Motion, the Defendant has scheduled a hearing on this Motion before the United States Bankruptcy Court for the Eastern District of Virginia for **August 27, 2009 at 11:00 a.m.**, or as soon thereafter as counsel for the Defendant may be heard, which hearing shall be held at the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, 701 East Broad Street, Richmond, Virginia 23219, before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge for the Eastern District of Virginia.

Respectfully submitted,
Loren Stocker, d/b/a Vanity International
By counsel,

*/s/ Thomas W. Repczynski*
Thomas W. Repczynski (VSB No. 39967)
trepczynski@beankinney.com
Martin J. Yeager (VSB No. 38303
myeager@beankinney.com
BEAN, KINNEY & KORMAN, P.C.
2300 Wilson Blvd., 7th Floor
Arlington, Virginia 22201
(703) 525-4000; (703) 525-2207 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2009, the foregoing Limited Objection is being filed with the Court using the Court's CM/ECF system and is to be served electronically upon all receiving notice thereby.

*/s/ Thomas W. Repczynski*
Thomas W. Repczynski