```
Gregg M. Galardi, Esq.             Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.            Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &    MCGUIREWOODS LLP
FLOM, LLP                          One James Center
One Rodney Square                  901 E. Cary Street
PO Box 636                         Richmond, Virginia 23219
Wilmington, Delaware 19899-0636    (804) 775-1000
(302) 651-3000

         - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   1Case No. 08-35653 (KRH)
et al.,                        :
                               :
              Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**SUPPLEMENTAL ORDER UNDER BANKRUPTCY CODE SECTIONS 105, 363, 365 AND 503 AND BANKRUPTCY RULES 2002 AND 6004 AUTHORIZING AND APPROVING THE SALE BY SELLER OF CERTAIN REAL PROPERTY LOCATED IN VIRGINIA BEACH, VIRGINIA FREE AND CLEAR OF LIENS AND INTERESTS**

Upon the motion of Circuit City Stores, Inc. (collectively, the debtors and debtors in possession in the above-captioned jointly administered cases, the "Debtors") Debtors' Motion for Order under Bankruptcy Code Sections 105, 363 and 503 and Bankruptcy Rules 2002 and 6004 (A)

Authorizing Seller to Enter into Agreement for Sale of Certain Real Property in Virginia Beach, Virginia Subject to Higher or Otherwise Better Bids, (B) Approving Termination Fee in Connection Therewith, (C) Approving Sale of Real Property Free and Clear of All Interests and (D) Granting Related Relief (Docket No. 3819) (the "Motion"), the Court entered that certain Order Under Bankruptcy Code Sections 105, 363, 365 and 503 and Bankruptcy Rule 2002 and 6004 Authorizing and Approving The Sale By Seller Of Certain Real Property Located In Virginia Beach, Virginia Free and Clear of Liens and Interests (Docket No. 4127) (the "Sale Order"), which authorized the sale of that certain real property having an address of 110 South Independence Boulevard, Virginia Beach, Virginia (the "Property"); due to a clerical scrivener's error in the Motion and Sale Order, the Property was listed as having an address of 110 South Independence Boulevard, Virginia Beach, Virginia, which was and is already owned by an affiliate of the purchaser of the Property; and whereas the title company for the purchaser of the Property has requested a supplemental order correcting the physical address of the Property; and after due deliberation thereon, and sufficient cause appearing therefor,

2

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. For all purposes under the Sale Order, the physical address of the Property listed in the Motion, the Sale Order and the Agreement is hereby corrected to be 100 South Independence Boulevard, Virginia Beach, Virginia.

2. This Order shall be effective and enforceable immediately upon entry and shall not be stayed pursuant to Rule 6004(h).

3. The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived.

4. This Court retains exclusive jurisdiction to interpret, construe, enforce, and implement the terms and provisions of this Order

Dated:  Richmond, Virginia

__Aug 7 2009__, 2009

/s/ Kevin R. Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: August 10 2009

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs            Page 1 of 1               Date Rcvd: Aug 10, 2009
Case: 08-35653                Form ID: pdforder        Total Noticed: 1
```

The following entities were noticed by first class mail on Aug 12, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 12, 2009**                       **Signature:** _Joseph Speetjens_