Gregg M. Galardi, Esq.     Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.    Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP           One James Center
One Rodney Square      901 E. Cary Street
PO Box 636          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

      - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x
```

**ORDER ON DEBTORS' TWENTY-THIRD OMNIBUS OBJECTION TO CLAIMS**
**(MODIFICATION OF CERTAIN DUPLICATIVE 503(9)(B) CLAIMS)**

THIS MATTER having come before the Court on the

Debtors' Twenty-Third Omnibus Objection To Claims

(Modification of Certain Duplicative 503(9)(B) Claims)(the

"Objection"), and it appearing that due and proper notice

and service of the Objection has been given in compliance

with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was

good and sufficient and that no other further notice or
service of the Objection need be given; and it further
appearing that certain parties filed responses to the
Objection; and it appearing that the relief requested on the
Objection is in the best interest of the Debtors, their
estates and creditors and other parties-in-interest; and
after due deliberation thereon good and sufficient cause
exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The claims identified on Exhibit A – Twenty-Third
Omnibus Objection To Claims (Modification of Certain
Duplicative 503(9)(B) Claims) – Modified Claims as attached
hereto and incorporated herein, are forever modified as set
forth on Exhibit A for all purposes in these bankruptcy
cases.

2.    The status hearing on the Objection to the claims
identified on Exhibit B – Twenty-Third Omnibus Objection To
Claims (Modification of Certain Duplicative 503(9)(B)
Claims) – Adjourned Claims as attached hereto and
incorporated herein, is hereby adjourned to August 27, 2009,
at 11:00 a.m. (Eastern) or until such later time as agreed
by the parties.

3.    The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases are hereby preserved in their entirety.

4.    The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.


Dated: Richmond, Virginia
        August __, 2009


                    _____
                    HONORABLE KEVIN R. HUENNEKENS
                    UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -


__/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

        Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                    __/s/ Douglas M. Foley_____
                    Douglas M. Foley

\9708719.1

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims - (Modification of Certain Duplicate 503(b)(9) Claims) - Modified

**Exhibit A**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 26 | 11/17/2008 | ANTONIO PRECISE PRODUCTS MANUFACTORY LTD | ANTONIO PRECISE PRODUCTS HONG KONG SCIENCE PARK SHATIN 3/F PHOTONICS NO 2 SCIENCE PK HONG KONG | ANTONIO PRECISE PRODUCTS HONG KONG SCIENCE PARK SHATIN 3/F PHOTONICS NO 2 SCIENCE PK HONG KONG | CIRCUIT CITY STORES, INC. | Unsecured | $ 206,095.56 | $ 51,454.34 |
| 1471 | 12/16/2008 | ANTONIO PRECISE PRODUCTS | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 154,641.22 | $ 154,641.22 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims - (Modification of Certain Duplicate 503(b)(9) Claims) - Modified

**Exhibit A**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 224 | 11/28/2008 | SDI TECHNOLOGIES | SDI TECHNOLOGIES INC 1299 MAIN ST RAHWAY, NJ 07065 | SDI TECHNOLOGIES INC 1299 MAIN ST RAHWAY, NJ 07065 | CIRCUIT CITY STORES, INC. | Unsecured | $ 848,576.55 | $ 848,576.55 |
| 224 | 11/28/2008 | SDI TECHNOLOGIES | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 48,984.00 | $ - |
| 651 | 12/2/2008 | SDI TECHNOLOGIES INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 48,984.00 | $ 48,984.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims - (Modification of Certain Duplicate 503(b)(9) Claims) - Modified

**Exhibit A**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 281 | 11/17/2008 | EBC MARKETING INC | EB CARLSON MARKETING<br>45 STERLING ST<br>WEST BOYLSTON, MA 01583 | EB CARLSON MARKETING<br>45 STERLING ST<br>WEST BOYLSTON, MA 01583 | CIRCUIT CITY STORES, INC. | Unsecured | $ 349,628.25 | $ 307,981.75 |
| 452 | 12/1/2008 | EB CARLSON MARKETING | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 43,047.90 | $ 43,047.90 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims - (Modification of Certain Duplicate 503(b)(9) Claims) - Modified

**Exhibit A**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 1785 | 12/19/2008 | NYKO TECHNOLOGIES INC | NYKO TECHNOLOGIES PO BOX 822424 PHILADELPHIA, PA 19182-2424 | NYKO TECHNOLOGIES PO BOX 822424 PHILADELPHIA, PA 19182-2424 | CIRCUIT CITY STORES, INC. | Unsecured | $ 295,785.60 | $ 258,332.20 |
| 1307 | 12/18/2008 | NYKO TECHNOLOGIES | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 42,409.80 | $ 37,453.40 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims - (Modification of Certain Duplicate 503(b)(9) Claims) - Modified

**Exhibit A**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 2385 | 1/2/2009 | HEALDTON OIL CO INC | HEALDTON OIL CO INC PO BOX 208 HEALDTON, OK 73438 | HEALDTON OIL CO INC PO BOX 208 HEALDTON, OK 73438 | CIRCUIT CITY STORES, INC. | Unsecured | $ 1,305.65 | $ - |
| 439 | 12/1/2008 | HEALDTON OIL CO INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 1,305.65 | $ 1,305.65 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims - (Modification of Certain Duplicate 503(b)(9) Claims) - Modified

**Exhibit A**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 2765 | 1/6/2009 | AMERIWOOD INDUSTRIES | AMERIWOOD INDUSTRIES ATTN JULEE HARLAN 410 EAST FIRST ST SOUTH WRIGHT CITY, MO 63390 | AMERIWOOD INDUSTRIES ATTN JULEE HARLAN 410 EAST FIRST ST SOUTH WRIGHT CITY, MO 63390 | CIRCUIT CITY STORES, INC. | Unsecured | $ 295,763.08 | $ 196,599.24 |
| 32 | 11/28/2008 | AMERIWOOD INDUSTRIES | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 99,534.28 | $ 99,534.28 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims - (Modification of Certain Duplicate 503(b)(9) Claims) - Modified

**Exhibit A**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 2951 | 1/8/2009 | ATLANTIC INC | ATLANTIC INC<br>ATTN CHARLES CROSS<br>10018 SANTA FE SPRINGS<br>SANTA FE SPRINGS, CA 90670 | UNITED STATES DEBT RECOVERY LLC<br>940 SOUTHWOOD BL SUITE 101,<br>INCLINE VILLAGE, NV 89451 | CIRCUIT CITY STORES, INC. | Unsecured | $ 70,490.05 | $ 58,285.04 |
| 720 | 12/9/2008 | ATLANTIC INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 70,490.05 | $ 12,205.01 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims - (Modification of Certain Duplicate 503(b)(9) Claims) - Modified

**Exhibit A**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 4014 | 1/19/2009 | NAMSUNG AMERICA INC | NAMSUNG AMERICA INC PO BOX 501206 ST LOUIS, MO 63150-1206 | NAMSUNG AMERICA INC PO BOX 501206 ST LOUIS, MO 63150-1206 | CIRCUIT CITY STORES, INC. | Unsecured | $ 596,192.33 | $ 430,463.07 |
| 980 | 12/16/2008 | NAMSUNG AMERICA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 327,848.20 | $ 204,364.26 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims - (Modification of Certain Duplicate 503(b)(9) Claims) - Modified

Exhibit A

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 4110 | 1/16/2009 | VTECH COMMUNICATIONS INC | VTECH COMMUNICATIONS INC PO BOX 1450 NW 7858 MINNEAPOLIS, MN 55485-7858 | VTECH COMMUNICATIONS INC PO BOX 1450 NW 7858 MINNEAPOLIS, MN 55485-7858 | CIRCUIT CITY STORES, INC. | Unsecured | $ 975,901.29 | $ 975,901.29 |
| 4110 | 1/16/2009 | VTECH COMMUNICATIONS INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Administrative | $ 1,031,993.96 | $ - |
| 1243 | 12/18/2008 | VTECH COMMUNICATIONS INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 1,031,993.96 | $ 1,031,993.96 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims - (Modification of Certain Duplicate 503(b)(9) Claims) - Modified

**Exhibit A**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 4150 | 1/20/2009 | AIPTEK INC | AIPTEK INC 51 DISCOVERY STE 100 IRVINE, CA 92618 | AIPTEK INC 51 DISCOVERY STE 100 IRVINE, CA 92618 | CIRCUIT CITY STORES, INC. | Unsecured | $ 760,200.00 | $ 407,830.00 |
| 140 | 11/21/2008 | AIPTEK INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 352,370.00 | $ 352,370.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims - (Modification of Certain Duplicate 503(b)(9) Claims) - Modified

**Exhibit A**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 5692 | 1/16/2009 | SIMA PRODUCTS CORPORATION | SIMA PRODUCTS CORP 140 PENNSYLVANIA AVE BLDG 5 OAKMONT, PA 15139 | SIMA PRODUCTS CORP 140 PENNSYLVANIA AVE BLDG 5 OAKMONT, PA 15139 | CIRCUIT CITY STORES, INC. | Unsecured | $ 74,900.36 | $ 74,900.36 |
| 5692 | 1/16/2009 | SIMA PRODUCTS CORPORATION | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Administrative | $ 24,663.36 | $ - |
| 1282 | 12/18/2008 | SIMA PRODUCTS CORP | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 24,663.36 | $ 24,663.36 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims - (Modification of Certain Duplicate 503(b)(9) Claims) - Modified

**Exhibit A**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 6079 | 1/26/2009 | NIKON INC | NIKON INC 1300 WALT WHITMAN RD MELVILLE, NY 11747 | NIKON INC 1300 WALT WHITMAN RD MELVILLE, NY 11747 | CIRCUIT CITY STORES, INC. | Unsecured | $ 15,554,073.52 | $ 15,537,109.72 |
| 933 | 12/8/2008 | NIKON INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 16,963.80 | $ 16,963.80 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims - (Modification of Certain Duplicate 503(b)(9) Claims) - Modified

**Exhibit A**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 6573 | 1/28/2009 | NAVARRE DISTRIBUTION SERVICES INC | NAVARRE DISTRIBUTION SERVICES INC A SUBSIDIARY OF NAVARRE CORPORATION 7400 49TH AVE N NEW HOPE, MN 55428 | NAVARRE DISTRIBUTION SERVICES INC A SUBSIDIARY OF NAVARRE CORPORATION 7400 49TH AVE N NEW HOPE, MN 55428 | CIRCUIT CITY STORES, INC. | Unsecured | $ 1,491,727.28 | $ 1,491,727.28 |
| 6573 | 1/28/2009 | NAVARRE DISTRIBUTION SERVICES INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Administrative | $ 541,432.33 | $ - |
| 1242 | 12/18/2008 | INC A SUBSIDIARY OF NAVARRE CORPORATION | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 541,432.33 | $ 541,432.33 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims - (Modification of Certain Duplicate 503(b)(9) Claims) - Modified

**Exhibit A**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 7167 | 1/28/2009 | MIDLAND RADIO CORPORATION | MIDLAND RADIO CORPORATION 5900 PARRETTA DR KANAS CITY, MO 64120 | MIDLAND RADIO CORPORATION 5900 PARRETTA DR KANAS CITY, MO 64120 | CIRCUIT CITY STORES, INC. | Unsecured | $ 56,862.85 | $ 47,616.05 |
| 1010 | 12/19/2008 | MIDLAND RADIO CORPORATION | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 9,246.80 | $ 9,246.80 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims - (Modification of Certain Duplicate 503(b)(9) Claims) - Modified

**Exhibit A**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 7801 | 1/29/2009 | TIVO INC | TIVO INC ATTN DOUG BIETER 2160 GOLD ST ALVISO, CA 95002 | TIVO INC ATTN DOUG BIETER 2160 GOLD ST ALVISO, CA 95002 | CIRCUIT CITY STORES, INC. | Unsecured | $ 349,181.32 | $ 313,781.32 |
| 1222 | 12/18/2008 | TIVO INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 35,400.00 | $ 35,400.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims - (Modification of Certain Duplicate 503(b)(9) Claims) - Modified

**Exhibit A**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 7995 | 1/29/2009 | DOREL JUVENILE GROUP INC | DOREL JUVENILE GROUP INC<br>C O DORIS LUCAS<br>2525 STATE ST<br>COLUMBUS, IN 47201-7494 | DOREL JUVENILE GROUP INC<br>C O DORIS LUCAS<br>2525 STATE ST<br>COLUMBUS, IN 47201-7494 | CIRCUIT CITY STORES, INC. | Unsecured | $ 13,037.01 | $ 13,037.01 |
| 7995 | 1/29/2009 | DOREL JUVENILE GROUP INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Administrative | $ 1,196.05 | $ - |
| 1301 | 12/18/2008 | DOREL JUVENILE GROUP INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 1,196.05 | $ 1,196.05 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims - (Modification of Certain Duplicate 503(b)(9) Claims) - Modified

**Exhibit A**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 8157 | 1/29/2009 | RANDOM HOUSE PUBLISHING INC | RANDOM HOUSE PUBLISHING INC 400 HAHN RD WESTMINSTER, MD 21157 | RANDOM HOUSE PUBLISHING INC 400 HAHN RD WESTMINSTER, MD 21157 | CIRCUIT CITY STORES, INC. | Unsecured | $ 231,541.88 | $ 231,541.88 |
| 8157 | 1/29/2009 | RANDOM HOUSE PUBLISHING INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Administrative | $ 23,988.00 | $ - |
| 1394 | 12/17/2008 | RANDOM HOUSE PUBLISHING INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 23,988.00 | $ 23,988.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims - (Modification of Certain Duplicate 503(b)(9) Claims) - Modified

Exhibit A

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 8743 | 1/30/2009 | MADCOW INTERNATIONAL GROUP LTD | MADCOW INTERNATIONAL GROUP LTD UNIT 1005 10/F FUTURA PLAZA 111 113 HOW MING ST KWUN TONG KOWLOON HONG KONG | MADCOW INTERNATIONAL GROUP LTD UNIT 1005 10/F FUTURA PLAZA 111 113 HOW MING ST KWUN TONG KOWLOON HONG KONG | CIRCUIT CITY STORES, INC. | Unsecured | $ 970,642.00 | $ 862,830.24 |
| 1297 | 12/18/2008 | MADCOW INTERNATIONAL GROUP LTD | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 452,794.40 | $ 452,794.40 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims - (Modification of Certain Duplicate 503(b)(9) Claims) - Modified

**Exhibit A**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 9006 | 1/30/2009 | OLYMPUS IMAGING AMERICA AKA TO DEBTOR AS OLYMPUS CORPORATION | OLYMPUS CORPORATION ATTN ERIC VAUTRIN 3500 CORPORATE PARKWAY CENTER VALLEY, PA 18034 | OLYMPUS CORPORATION ATTN ERIC VAUTRIN 3500 CORPORATE PARKWAY CENTER VALLEY, PA 18034 | CIRCUIT CITY STORES, INC. | Unsecured | $ 17,367,527.47 | $ 12,789,923.61 |
| 1201 | 12/17/2008 | OLYMPUS CORPORATION | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 5,891,051.28 | $ 5,891,051.28 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims - (Modification of Certain Duplicate 503(b)(9) Claims) - Modified

**Exhibit A**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 9010 | 1/30/2009 | BISSELL HOMECARE INC | BISSELL HOMECARE INC 2345 WALKER RD GRAND RAPIDS, MI 49544 | BISSELL HOMECARE INC 2345 WALKER RD GRAND RAPIDS, MI 49544 | CIRCUIT CITY STORES, INC. | Unsecured | $    23,377.36 | $    23,377.36 |
| 9010 | 1/30/2009 | BISSELL HOMECARE INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Administrative | $    48,916.54 | $    - |
| 1293 | 12/18/2008 | BISSELL HOMECARE INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $    48,916.54 | $    48,916.54 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims - (Modification of Certain Duplicate 503(b)(9) Claims) - Modified

**Exhibit A**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 9267 | 1/30/2009 | PINNACLE SYSTEMS INC | PINNACLE SYSTEMS, INC ATTN GEMMA SUIZO 280 N BERNARDO AVENUE MOUNTAIN VIEW, CA 94043 | PINNACLE SYSTEMS, INC ATTN GEMMA SUIZO 280 N BERNARDO AVENUE MOUNTAIN VIEW, CA 94043 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 204,812.96 | $ 39,079.17 |
| 9267 | 1/30/2009 | PINNACLE SYSTEMS INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Secured | $ 95,354.34 | $ 95,354.34 |
| 9267 | 1/30/2009 | PINNACLE SYSTEMS INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $ 885,785.01 | $ 885,785.01 |
| 1376 | 12/19/2008 | PINNACLE SYSTEMS INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 204,812.96 | $ 204,812.96 |

Debtors' Twenty-Third Omnibus Objection to Claims - (Modification of Certain Duplicate 503(b)(9) Claims) - Modified

**Exhibit A**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 9528 | 1/30/2009 | PIONEER ELECTRONICS USA INC | PIONEER ELECTRONICS USA INC ATTN GARY M HICKMAN 2265 E 220TH ST LONG BEACH, CA 90810 | PIONEER ELECTRONICS USA INC ATTN GARY M HICKMAN 2265 E 220TH ST LONG BEACH, CA 90810 | CIRCUIT CITY STORES, INC. | Administrative | $ 2,983,237.66 | $ - |
| 9528 | 1/30/2009 | PIONEER ELECTRONICS USA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Secured | $ 236,510.40 | $ 236,510.40 |
| 9528 | 1/30/2009 | PIONEER ELECTRONICS USA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $ 449,340.92 | $ 449,340.92 |
| 3 | 11/12/2008 | PIONEER ELECTRONICS USA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 2,983,237.66 | $ 2,983,237.66 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims - (Modification of Certain Duplicate 503(b)(9) Claims) - Modified

**Exhibit A**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 9984 | 1/30/2009 | CYBERPOWER SYSTEMS USA INC | CYBERPOWER SYSTEMS USA INC 4241 12TH AVE E STE 400 SHAKOPEE, MN 55379 | CYBERPOWER SYSTEMS USA INC 4241 12TH AVE E STE 400 SHAKOPEE, MN 55379 | CIRCUIT CITY STORES, INC. | Administrative | $ 49,360.45 | $ 4,923.10 |
| 9984 | 1/30/2009 | CYBERPOWER SYSTEMS USA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $ 114,938.02 | $ 114,938.02 |
| 1250 | 12/18/2008 | CYBERPOWER SYSTEMS USA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 49,360.45 | $ 49,360.45 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims - (Modification of Certain Duplicate 503(b)(9) Claims) - Modified

**Exhibit A**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 10053 | 1/30/2009 | CYBER POWER SYSTEMS INC | CYBER POWER SYSTEMS INC 6F NO 32 SEC 1 CHENGGONG RD NANGANG DISTRICT TAIPEI,  TWN | CYBER POWER SYSTEMS INC 6F NO 32 SEC 1 CHENGGONG RD NANGANG DISTRICT TAIPEI,  TWN | CIRCUIT CITY STORES, INC. | Unsecured | $      122,698.05 | $          122,698.05 |
| 10053 | 1/30/2009 | CYBER POWER SYSTEMS INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Priority | $        36,882.50 | $                     - |
| 1037 | 12/19/2008 | CYBER POWER SYSTEMS INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $        36,882.50 | $            36,882.50 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims - (Modification of Certain Duplicate 503(b)(9) Claims) - Modified

**Exhibit A**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 12146 | 3/9/2009 | CENTON ELECTRONICS INC | CENTON ELECTRONICS INC ATTN JANET MISCIONE 15 ARGONAUT ALISO VIEJO, CA 92656-1423 | CENTON ELECTRONICS INC ATTN JANET MISCIONE 15 ARGONAUT ALISO VIEJO, CA 92656-1423 | CIRCUIT CITY STORES, INC. | Unsecured | $ 332,203.93 | $ 278,147.00 |
| 775 | 12/10/2008 | CENTON ELECTRONICS INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 54,056.93 | $ 54,056.93 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims - (Modification of Certain Duplicate 503(b)(9) Claims) - Modified

**Exhibit A**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 4953 | 1/21/2009 | FUJI | FUJIFILM USA INC ATTN DENNIS FENNELL DIRECTOR OF CREDIT 200 SUMMIT LAKE DR VALHALLA, NY 10595 | FUJIFILM USA INC ATTN DENNIS FENNELL DIRECTOR OF CREDIT 200 SUMMIT LAKE DR VALHALLA, NY 10595 | CIRCUIT CITY STORES, INC. | Unsecured | $  7,181,834.23 | $  6,219,083.83 |
| 877 | 12/8/2008 | FUJIFILM USA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $  962,750.40 | $  962,750.40 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) - Adjourned

**Exhibit B**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 11/11/2008 | SOUTHPEAKE INTERACTIVE LLC | SOUTHPEAK INTERACTIVE ATTN KAREN JOSEPHSEN 2900 POLO PKWY MIDLOTHIAN, VA 23113 | SOUTHPEAK INTERACTIVE ATTN KAREN JOSEPHSEN 2900 POLO PKWY MIDLOTHIAN, VA 23113 | CIRCUIT CITY STORES, INC. | Unsecured | $  215,984.16 | $  31,226.40 |
| 1221 | 12/18/2008 | SOUTHPEAK INTERACTIVE | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $  184,757.76 | $  184,757.76 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) - Adjourned

Exhibit B

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 2425 | 1/2/2009 | SAMSUNG ELECTRONICS AMERICA INC | SAMSUNG ELECTRONICS AMERICA ATTN JOSEPH MCNAMARA 105 CHALLENGER ROAD RIDGEFIELD PARK, NJ 07660 | SAMSUNG ELECTRONICS AMERICA ATTN JOSEPH MCNAMARA 105 CHALLENGER ROAD RIDGEFIELD PARK, NJ 07660 | CIRCUIT CITY STORES, INC. | Unsecured | $ 122,577,855.01 | $ 103,501,602.98 |
| 1425 | 12/18/2008 | SAMSUNG ELECTRONICS AMERICA | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 19,262,466.96 | $ 19,262,466.96 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) - Adjourned

**Exhibit B**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 7223 | 1/28/2009 | DIGITAL INNOVATIONS LLC | DIGITAL INNOVATIONS LLC 3436 N KENNICOTT STE 200 ARLINGTON HEIGHTS, IL 60004 | DIGITAL INNOVATIONS LLC 3436 N KENNICOTT STE 200 ARLINGTON HEIGHTS, IL 60004 | CIRCUIT CITY STORES, INC. | Unsecured | $ 135,503.78 | $ 135,503.78 |
| 7223 | 1/28/2009 | DIGITAL INNOVATIONS LLC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Priority | $ 27,740.00 | $ - |
| 1373 | 12/17/2008 | DIGITAL INNOVATIONS LLC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 27,740.00 | $ 27,740.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) - Adjourned

**Exhibit B**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 7552 | 1/29/2009 | MOTOROLA INC | MOTOROLA INC 101 TOURNAMENT DR HORSHAM, PA 19044 | MOTOROLA INC 101 TOURNAMENT DR HORSHAM, PA 19044 | CIRCUIT CITY STORES, INC. | Secured | $ 50,000.00 | $ 50,000.00 |
| 7552 | 1/29/2009 | MOTOROLA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Administrative | $ 495,963.00 | $ - |
| 7552 | 1/29/2009 | MOTOROLA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $ 970,874.80 | $ 970,874.80 |
| 1320 | 12/19/2008 | MOTOROLA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 495,963.74 | $ 495,963.74 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) - Adjourned

**Exhibit B**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 7597 | 1/29/2009 | GENERAL INSTRUMENT CORPORATION DBA THE HOME AND NETWORKS MOBILITY BUSINESS OF MOTOROLA INC | GENERAL INSTRUMENT CORPORATION DBA THE HOME AND NETWORKS MOBILITY BUSINESS OF MOTOROLA INC 101 TOURNAMENT DR HORSHAM, PA 19044 | GENERAL INSTRUMENT CORPORATION DBA THE HOME AND NETWORKS MOBILITY BUSINESS OF MOTOROLA INC 101 TOURNAMENT DR HORSHAM, PA 19044 | CIRCUIT CITY STORES, INC. | Secured | $ 50,000.00 | $ 50,000.00 |
| 7597 | 1/29/2009 | GENERAL INSTRUMENT CORPORATION DBA THE HOME AND NETWORKS MOBILITY BUSINESS OF MOTOROLA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Administrative | $ 85,321.74 | $ - |
| 7597 | 1/29/2009 | GENERAL INSTRUMENT CORPORATION DBA THE HOME AND NETWORKS MOBILITY BUSINESS OF MOTOROLA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $ 233,958.90 | $ 233,958.90 |
| 1321 | 12/19/2008 | GENERAL INSTRUMENT CORPORATION DBA THE HOME & NETWORKS MOBILITY BUSINESS OF MOTOROLA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 85,321.74 | $ 85,321.74 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) - Adjourned

**Exhibit B**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 7807 | 1/29/2009 | MONSTER LLC | MONSTER LLC 7251 W LAKE MEAD BLVD STE 342 LAS VEGAS, NV 89128 | MONSTER LLC 7251 W LAKE MEAD BLVD STE 342 LAS VEGAS, NV 89128 | CIRCUIT CITY STORES, INC. | Unsecured | $  2,118,299.31 | $        1,977,691.83 |
| 1349 | 12/19/2008 | MONSTER LLC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $     159,122.52 | $           159,122.52 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) - Adjourned

**Exhibit B**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 7969 | 1/29/2009 | D LINK SYSTEMS INC | D LINK SYSTEMS INC ATTN NANCY LEMM 17595 MT HERRMANN ST FOUNTAIN VALLEY, CA 92708 | D LINK SYSTEMS INC ATTN NANCY LEMM 17595 MT HERRMANN ST FOUNTAIN VALLEY, CA 92708 | CIRCUIT CITY STORES, INC. | Unsecured | $ 2,430,013.81 | $ 2,430,013.81 |
| 7969 | 1/29/2009 | D LINK SYSTEMS INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Administrative | $ 1,041,711.25 | $ - |
| 913 | 12/19/2008 | D LINK SYSTEMS INC | SEE ABOVE | D LINK SYSTEMS INC 17595 MT HERRMANN ST FOUNTAIN VALLEY, CA 92708 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 441,599.64 | $ 441,599.64 |
| 913 | 12/19/2008 | D LINK SYSTEMS INC | SEE ABOVE | CREDIT SUISSE INTERNATIONAL 11 MADISON AVE 5TH FL, NEW YORK, NY 10010 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 600,111.61 | $ 600,111.61 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) - Adjourned

**Exhibit B**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 8012 | 1/29/2009 | VONAGE MARKETING LLC | VONAGE MARKETING INC ATTN ANGELIQUE ELECTRA ESQ 23 MAIN ST HOLMDEL, NJ 07733 | VONAGE MARKETING INC ATTN ANGELIQUE ELECTRA ESQ 23 MAIN ST HOLMDEL, NJ 07733 | CIRCUIT CITY STORES, INC. | Secured | $ 555,979.26 | $ 486,956.68 |
| 1056 | 12/19/2008 | VONAGE MARKETING INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 69,022.58 | $ 69,022.58 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) - Adjourned

Exhibit B

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 9637 | 1/30/2009 | SOURCE INTERLINK MEDIA LLC | SOURCE INTERLINK MEDIA LLC C O SOURCE INTERLINK COMPANIES INC 27500 RIVERVIEW CENTER BLVD BONITA SPRINGS, FL 34134 | SOURCE INTERLINK MEDIA LLC C O SOURCE INTERLINK COMPANIES INC 27500 RIVERVIEW CENTER BLVD BONITA SPRINGS, FL 34134 | CIRCUIT CITY STORES, INC. | Unsecured | $ 875,724.31 | $ 521,031.31 |
| 1345 | 12/17/2008 | SOURCE INTERLINK MEDIA LLC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 360,345.31 | $ 360,345.31 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) - Adjourned

**Exhibit B**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 12300 | 4/17/2009 | MITSUBISHI DIGITAL ELECTRONICS AMERICA INC | MITSUBISHI DIGITAL ELECTRONICS AMERICA INC ATTN BRIAN ATTEBERRY CREDIT MGR 9351 JERONIMA RD IRVINE, CA 92618-1904 | MITSUBISHI DIGITAL ELECTRONICS AMERICA INC ATTN BRIAN ATTEBERRY CREDIT MGR 9351 JERONIMA RD IRVINE, CA 92618-1904 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 4,965,976.18 | $ - |
| 12300 | 4/17/2009 | MITSUBISHI DIGITAL ELECTRONICS AMERICA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Secured | $ 3,110,267.24 | $ 3,110,267.24 |
| 12300 | 4/17/2009 | MITSUBISHI DIGITAL ELECTRONICS AMERICA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $ 7,181,834.23 | $ 7,181,834.23 |
| 132 | 11/18/2008 | MITSUBISHI DIGITAL ELECTRONICS AMERICA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 4,965,976.18 | $ 4,965,976.18 |