Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

- and -

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER ON DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION  
TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATIVE CLAIMS)**

THIS MATTER having come before the Court on the Debtors' Twenty-First Omnibus Objection To Claims (Disallowance of Certain Duplicative Claims) (the "Objection"), and it appearing that due and proper notice and service of the Objection has been given in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was

good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain parties filed responses to the Objection; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The claims identified on <u>Exhibit A – Twenty-First Omnibus Objection To Claims (Disallowance of Certain Duplicative Claims) – Disallowed Claims</u> as attached hereto and incorporated herein, are forever disallowed in their entirety for all purposes in these bankruptcy cases.

2. The status hearing on the Objection to the claims identified on <u>Exhibit B - Twenty-First Omnibus Objection To Claims (Disallowance of Certain Duplicative Claims) – Adjourned Claims</u> as attached hereto and incorporated herein, is hereby adjourned to August 27, 2009, at 11:00 a.m. (Eastern) or until such later time as agreed by the parties.

3. The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases are hereby preserved in their entirety.

4.   The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
       August __, 2009

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

   - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

   - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


     **CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                 _/s/ Douglas M. Foley_____
                                 Douglas M. Foley

\9708660.1

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-First Omnibus Objection to Claims (Disallowance Of Certain Duplicate Claims) - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 1929<br>Date Filed: 12/23/2008<br>Creditor's Name and Address:<br>ALACHUA CO TAX COLLECTOR<br>12 SE 1ST ST<br>GAINESVILLE, FL 32601<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $1,829.60<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $1,829.60 | Claim: 2293<br>Date Filed: 12/23/2008<br>Creditor's Name and Address:<br>ALACHUA CO TAX COLLECTOR<br>12 SE 1ST ST<br>GAINESVILLE, FL 32601<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $1,829.60<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $1,829.60 |
| Claim: 1779<br>Date Filed: 12/19/2008<br>Creditor's Name and Address:<br>ARIZONA DEPARTMENT OF REVENUE<br>ANGELA ENCINAS<br>BANKRUPTCY LITIGATION SECTION<br>1600 W MONROE ST<br>PHOENIX, AZ 85007<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $160,500.00<br>Administrative:<br>Unsecured:<br>Total: $160,500.00 | Claim: 5102<br>Date Filed: 01/22/2009<br>Creditor's Name and Address:<br>ARIZONA DEPARTMENT OF REVENUE<br>ANGELA ENCINAS<br>BANKRUPTCY LITIGATION SECTION<br>1600 W MONROE ST<br>PHOENIX, AZ 85007<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $160,500.00<br>Administrative:<br>Unsecured:<br>Total: $160,500.00 |
| Claim: 5185<br>Date Filed: 01/21/2009<br>Creditor's Name and Address:<br>BOONE COUNTY COLLECTOR<br>PATRICIA S LENSMEYER<br>801 E WALNUT RM 118<br>COLUMBIA, MO 65201-4890<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $4,335.40<br>Administrative:<br>Unsecured:<br>Total: $4,335.40 | Claim: 4041<br>Date Filed: 01/21/2009<br>Creditor's Name and Address:<br>BOONE COUNTY COLLECTOR<br>PATRICIA S LENSMEYER<br>801 E WALNUT RM 118<br>COLUMBIA, MO 65201-4890<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $4,335.40<br>Administrative:<br>Unsecured:<br>Total: $4,335.40 |
| Claim: 11117<br>Date Filed: 02/10/2009<br>Creditor's Name and Address:<br>BOULDER COUNTY TREASURER<br>BOB HULLINGHORST<br>PO BOX 471<br>BOULDER, CO 80306-0000<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $13,311.66<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $13,311.66 | Claim: 10419<br>Date Filed: 02/09/2009<br>Creditor's Name and Address:<br>BOULDER COUNTY TREASURER<br>BOB HULLINGHORST<br>PO BOX 471<br>BOULDER, CO 80306-0000<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $7,224.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $7,224.00 |
| Claim: 11216<br>Date Filed: 02/24/2009<br>Creditor's Name and Address:<br>BOULDER COUNTY TREASURER<br>BOB HULLINGHORST<br>PO BOX 471<br>BOULDER, CO 80306-0000<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $7,224.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $7,224.00 | Claim: 10847<br>Date Filed: 02/13/2009<br>Creditor's Name and Address:<br>BOULDER COUNTY TREASURER<br>BOB HULLINGHORST<br>PO BOX 471<br>BOULDER, CO 80306-0000<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $7,224.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $7,224.00 |

*UNL denotes an unliquidated claim

Case 08-35653-KRH    Doc 4466    Filed 08/13/09    Entered 08/13/09 14:03:14    Desc Main
Document    Page 6 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-First Omnibus Objection to Claims (Disallowance Of Certain Duplicate Claims) - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 11866<br>Date Filed: 03/09/2009<br>Creditor's Name and Address:<br>BROWNSVILLE ISD<br>C O SETH MOORE<br>BEIRNE MAYNARD & PARSONS LLP<br>1700 PACIFIC AVE STE 4400<br>DALLAS, TX 75201<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $53,012.94<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $53,012.94 | Claim: 12048<br>Date Filed: 04/08/2009<br>Creditor's Name and Address:<br>BROWNSVILLE ISD<br>C O SETH MOORE<br>BEIRNE MAYNARD & PARSONS LLP<br>1700 PACIFIC AVE STE 4400<br>DALLAS, TX 75201<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $53,012.94<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $53,012.94 |
| Claim: 11850<br>Date Filed: 02/23/2009<br>Creditor's Name and Address:<br>BUNCOMBE COUNTY TAX COLLECTOR<br>BUNCOMBE COUNTY TAX DEPARTMENT<br>60 COURT PLZ RM 320<br>ASHEVILLE, NC 28801<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,700.43<br>Total: $2,700.43 | Claim: 5195<br>Date Filed: 01/20/2009<br>Creditor's Name and Address:<br>BUNCOMBE COUNTY TAX DEPARTMENT<br>60 COURT PLAZA ROOM 320<br>ASHEVILLE, NC 28801<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,700.43<br>Total: $2,700.43 |
| Claim: 11561<br>Date Filed: 02/24/2009<br>Creditor's Name and Address:<br>CITY OF CHATTANOOGA<br>101 E 11TH ST RM 100<br>CHATTANOOGA, TN 37402<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $42,556.71<br>Priority: $24,780.90<br>Administrative:<br>Unsecured: $996.24<br>Total: $68,333.85 | Claim: 11565<br>Date Filed: 02/24/2009<br>Creditor's Name and Address:<br>CITY OF CHATTANOOGA<br>101 E 11TH ST RM 100<br>CHATTANOOGA, TN 37402<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $42,556.71<br>Priority: $24,780.90<br>Administrative:<br>Unsecured: $996.24<br>Total: $68,333.85 |
| Claim: 328<br>Date Filed: 11/21/2008<br>Creditor's Name and Address:<br>CITY OF EL PASO<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $119,801.93<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $119,801.93 | Claim: 35<br>Date Filed: 12/01/2008<br>Creditor's Name and Address:<br>CITY OF EL PASO<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $119,801.93<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $119,801.93 |
| Claim: 11654<br>Date Filed: 02/27/2009<br>Creditor's Name and Address:<br>CITY OF LAKEWOOD<br>480 S ALLISON PKWY<br>LAKEWOOD, CO 80226<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $7,007.75<br>Administrative:<br>Unsecured:<br>Total: $7,007.75 | Claim: 12034<br>Date Filed: 03/10/2009<br>Creditor's Name and Address:<br>CITY OF LAKEWOOD<br>480 S ALLISON PKWY<br>LAKEWOOD, CO 80226<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $7,007.75<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $7,007.75 |

*UNL denotes an unliquidated claim

Case 08-35653-KRH    Doc 4466    Filed 08/13/09    Entered 08/13/09 14:03:14    Desc Main
Document    Page 7 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-First Omnibus Objection to Claims (Disallowance Of Certain Duplicate Claims) - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 12906<br>Date Filed: 05/04/2009<br>Creditor's Name and Address:<br>CITY OF TROTWOOD<br>INCOME TAX DEPARTMENT<br>4 STRADER DR<br>TROTWOOD, OH 45426 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $25.00<br>Administrative:<br>Unsecured:<br>Total: $25.00 | Claim: 13011<br>Date Filed: 05/04/2009<br>Creditor's Name and Address:<br>CITY OF TROTWOOD<br>INCOME TAX DEPARTMENT<br>4 STRADER DR<br>TROTWOOD, OH 45426 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $25.00<br>Administrative:<br>Unsecured:<br>Total: $25.00 |
| Claim: 5838<br>Date Filed: 01/16/2009<br>Creditor's Name and Address:<br>CYPRESS FAIRBANKS ISD<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLC<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $30,237.49<br>Unsecured:<br>Total: $30,237.49 | Claim: 7143<br>Date Filed: 01/26/2009<br>Creditor's Name and Address:<br>CYPRESS FAIRBANKS ISD<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLC<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $30,237.49<br>Unsecured:<br>Total: $30,237.49 |
| Claim: 269<br>Date Filed: 11/17/2008<br>Creditor's Name and Address:<br>DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $218,146.83<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $218,146.83 | Claim: 286<br>Date Filed: 11/17/2008<br>Creditor's Name and Address:<br>DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $218,146.83<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $218,146.83 |
| Claim: 3747<br>Date Filed: 01/14/2009<br>Creditor's Name and Address:<br>DAVIS, DELROY A<br>P O BOX 911421<br>LOS ANGELES, CA 90091 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: $75,418.35<br>Total: $75,418.35 | Claim: 3748<br>Date Filed: 01/14/2009<br>Creditor's Name and Address:<br>DAVIS, DELROY<br>P O BOX 911421<br>LOS ANGELES, CA 90091 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: $75,418.35<br>Total: $75,418.35 |
| Claim: 3746<br>Date Filed: 01/14/2009<br>Creditor's Name and Address:<br>DAVIS, DELROY A<br>PO BOX 911421<br>LOS ANGELES, CA 90091-1238 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: $75,418.35<br>Total: $75,418.35 | Claim: 3748<br>Date Filed: 01/14/2009<br>Creditor's Name and Address:<br>DAVIS, DELROY<br>P O BOX 911421<br>LOS ANGELES, CA 90091 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: $75,418.35<br>Total: $75,418.35 |

*UNL denotes an unliquidated claim

Case 08-35653-KRH    Doc 4466    Filed 08/13/09    Entered 08/13/09 14:03:14    Desc Main
Document    Page 8 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-First Omnibus Objection to Claims (Disallowance Of Certain Duplicate Claims) - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 2274<br>Date Filed: 12/29/2008<br>Creditor's Name and Address:<br>EL PASO COUNTY TREASURER<br>ATTN SANDRA J DAMRON<br>PO BOX 2007<br>COLORADO SPRINGS, CO 80901-2007<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $9,919.56<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $9,919.56 | Claim: 1935<br>Date Filed: 12/23/2008<br>Creditor's Name and Address:<br>EL PASO COUNTY TREASURER<br>ATTN SANDRA J DAMRON<br>PO BOX 2007<br>COLORADO SPRINGS, CO 80901-2007<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $9,919.56<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $9,919.56 |
| Claim: 1852<br>Date Filed: 12/22/2008<br>Creditor's Name and Address:<br>EL PASO COUNTY TREASURER<br>ATTN SANDRA J DAMRON<br>PO BOX 2007<br>COLORADO SPRINGS, CO 80901-2007<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $9,919.56<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $9,919.56 | Claim: 1935<br>Date Filed: 12/23/2008<br>Creditor's Name and Address:<br>EL PASO COUNTY TREASURER<br>ATTN SANDRA J DAMRON<br>PO BOX 2007<br>COLORADO SPRINGS, CO 80901-2007<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $9,919.56<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $9,919.56 |
| Claim: 12961<br>Date Filed: 05/11/2009<br>Creditor's Name and Address:<br>EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO, CA 94280-0001<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $725,980.63<br>Administrative:<br>Unsecured: $94,328.24<br>Total: $820,308.87 | Claim: 12316<br>Date Filed: 04/21/2009<br>Creditor's Name and Address:<br>EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO, CA 94280-0001<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $725,980.63<br>Administrative:<br>Unsecured: $94,328.24<br>Total: $820,308.87 |
| Claim: 386<br>Date Filed: 12/02/2008<br>Creditor's Name and Address:<br>FORREST BUTCH FREEMAN OKLAHOMA COUNTY TREASURER<br>OKLAHOMA COUNTY TREASURER<br>320 ROBERT S KERR RM 307<br>OKLAHOMA CITY, OK 73102<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $90,774.32<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: $90,774.32 | Claim: 11421<br>Date Filed: 02/02/2009<br>Creditor's Name and Address:<br>FORREST BUTCH FREEMAN<br>OK COUNTY TREASURER<br>320 ROBERT S KERR RM 307<br>OKLAHOMA CITY, OK 73102<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $90,774.32<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: $90,774.32 |
| Claim: 1787<br>Date Filed: 11/26/2008<br>Creditor's Name and Address:<br>FORREST BUTCH FREEMAN OKLAHOMA COUNTY TREASURER<br>OKLAHOMA COUNTY TREASURER<br>320 ROBERT S KERR RM 307<br>OKLAHOMA CITY, OK 73102<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $90,774.32<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: $90,774.32 | Claim: 11421<br>Date Filed: 02/02/2009<br>Creditor's Name and Address:<br>FORREST BUTCH FREEMAN<br>OK COUNTY TREASURER<br>320 ROBERT S KERR RM 307<br>OKLAHOMA CITY, OK 73102<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $90,774.32<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: $90,774.32 |

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-First Omnibus Objection to Claims (Disallowance Of Certain Duplicate Claims) - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 1630<br>Date Filed: 11/26/2008<br>Creditor's Name and Address:<br>FORREST BUTCH FREEMAN OKLAHOMA COUNTY TREASURER<br>OKLAHOMA COUNTY TREASURER<br>320 ROBERT S KERR RM 307<br>OKLAHOMA CITY, OK 73102<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $90,774.32<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $90,774.32 | Claim: 11421<br>Date Filed: 02/02/2009<br>Creditor's Name and Address:<br>FORREST BUTCH FREEMAN<br>OK COUNTY TREASURER<br>320 ROBERT S KERR RM 307<br>OKLAHOMA CITY, OK 73102<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $90,774.32<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: $90,774.32 |
| Claim: 5841<br>Date Filed: 01/16/2009<br>Creditor's Name and Address:<br>FORT BEND COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $15,831.96<br>Unsecured:<br>Total: $15,831.96 | Claim: 7144<br>Date Filed: 01/26/2009<br>Creditor's Name and Address:<br>FORT BEND COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $15,831.96<br>Unsecured:<br>Total: $15,831.96 |
| Claim: 1946<br>Date Filed: 12/23/2008<br>Creditor's Name and Address:<br>GLYNN COUNTY TAX COMMISSIONER<br>PO BOX 1259<br>BRUNSWICK, GA 31520<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $19,680.00<br>Administrative:<br>Unsecured:<br>Total: $19,680.00 | Claim: 2269<br>Date Filed: 12/23/2008<br>Creditor's Name and Address:<br>GLYNN COUNTY TAX COMMISSIONER<br>PO BOX 1259<br>BRUNSWICK, GA 31520<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $19,680.00<br>Administrative:<br>Unsecured:<br>Total: $19,680.00 |
| Claim: 522<br>Date Filed: 12/05/2008<br>Creditor's Name and Address:<br>GRAYSON COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $51,412.40<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $51,412.40 | Claim: 435<br>Date Filed: 12/01/2008<br>Creditor's Name and Address:<br>GRAYSON COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $51,412.40<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $51,412.40 |
| Claim: 5556<br>Date Filed: 01/16/2009<br>Creditor's Name and Address:<br>HIDALGO COUNTY<br>JOHN T BANKS<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>3301 NORTHLAND DR STE 505<br>AUSTIN, TX 78731<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $17,427.73<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $17,427.73 | Claim: 7259<br>Date Filed: 01/28/2009<br>Creditor's Name and Address:<br>HIDALGO COUNTY<br>JOHN T BANKS<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>3301 NORTHLAND DR STE 505<br>AUSTIN, TX 78731<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $17,427.73<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $17,427.73 |

*UNL denotes an unliquidated claim

Case 08-35653-KRH    Doc 4466    Filed 08/13/09    Entered 08/13/09 14:03:14    Desc Main
Document    Page 10 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-First Omnibus Objection to Claims (Disallowance Of Certain Duplicate Claims) - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 278<br>Date Filed: 11/17/2008<br>Creditor's Name and Address:<br>IRVING ISD<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $29,842.37<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $29,842.37 | Claim: 288<br>Date Filed: 11/17/2008<br>Creditor's Name and Address:<br>IRVING ISD<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $29,842.37<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $29,842.37 |
| Claim: 12904<br>Date Filed: 04/20/2009<br>Creditor's Name and Address:<br>LAFAYETTE CONSOLIDATED GOVERNMENT<br>PO BOX 4024<br>LAFAYETTE, LA 70502-4024<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $5,766.78<br>Administrative:<br>Unsecured:<br>Total: $5,766.78 | Claim: 12948<br>Date Filed: 05/11/2009<br>Creditor's Name and Address:<br>LAFAYETTE CONSOLIDATED GOVERNMENT<br>PO BOX 4024<br>LAFAYETTE, LA 70502-4024<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $5,766.78<br>Administrative:<br>Unsecured:<br>Total: $5,766.78 |
| Claim: 13023<br>Date Filed: 05/18/2009<br>Creditor's Name and Address:<br>MACOMB COUNTY TREASURER<br>ATTN TED B WAHBY TREASURER<br>MACOMB COUNTY TREASURERS OFFICE<br>1 S MAIN 2ND FL<br>MT CLEMENS, MI 48043<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $5,084.49<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $5,084.49 | Claim: 12978<br>Date Filed: 05/13/2009<br>Creditor's Name and Address:<br>MACOMB COUNTY TREASURER<br>ATTN TED B WAHBY TREASURER<br>MACOMB COUNTY TREASURERS OFFICE<br>1 S MAIN 2ND FL<br>MT CLEMENS, MI 48043<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $5,084.49<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $5,084.49 |
| Claim: 1514<br>Date Filed: 12/08/2008<br>Creditor's Name and Address:<br>MIAMI DADE COUNTY TAX COLLECTOR<br>MIAMI DADE COUNTY BANKRUPTCY UNIT<br>140 W FLAGLER ST STE 1403<br>MIAMI, FL 33130<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $48,799.57<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $48,799.57 | Claim: 11747<br>Date Filed: 03/16/2009<br>Creditor's Name and Address:<br>MIAMI DADE COUNTY TAX COLLECTOR<br>MIAMI DADE COUNTY BANKRUPTCY UNIT<br>140 W FLAGLER ST STE 1403<br>MIAMI, FL 33130<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $48,799.57<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $48,799.57 |
| Claim: 1536<br>Date Filed: 12/10/2008<br>Creditor's Name and Address:<br>MIKE HOGAN TAX COLLECTOR<br>C O EDWARD C TANNEN<br>ASSISTANT GENERAL COUNSEL<br>117 W DUVAL ST 480 CITY HALL<br>JACKSONVILLE, FL 32202<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $16,703.97<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $16,703.97 | Claim: 1610<br>Date Filed: 12/12/2008<br>Creditor's Name and Address:<br>MIKE HOGAN TAX COLLECTOR<br>C O EDWARD C TANNEN<br>ASSISTANT GENERAL COUNSEL<br>117 W DUVAL ST 480 CITY HALL<br>JACKSONVILLE, FL 32202<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $16,703.97<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $16,703.97 |

*UNL denotes an unliquidated claim

Case 08-35653-KRH    Doc 4466    Filed 08/13/09    Entered 08/13/09 14:03:14    Desc Main
Document    Page 11 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-First Omnibus Objection to Claims (Disallowance Of Certain Duplicate Claims) - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 12106<br>Date Filed: 03/23/2009<br>Creditor's Name and Address:<br>MIKE HOGAN TAX COLLECTOR<br>C O EDWARD C TANNEN<br>ASSISTANT GENERAL COUNSEL<br>117 W DUVAL ST 480 CITY HALL<br>JACKSONVILLE, FL 32202<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $4,755.59<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $4,755.59 | Claim: 11978<br>Date Filed: 04/02/2009<br>Creditor's Name and Address:<br>MIKE HOGAN TAX COLLECTOR<br>C O EDWARD C TANNEN<br>ASSISTANT GENERAL COUNSEL<br>117 W DUVAL ST 480 CITY HALL<br>JACKSONVILLE, FL 32202<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $4,755.59<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $4,755.59 |
| Claim: 10369<br>Date Filed: 02/09/2009<br>Creditor's Name and Address:<br>MISSISSIPPI STATE TAX COMMISSION<br>BANKRUPTCY SECTION MSTC<br>PO BOX 22808<br>JACKSON, MS 39225<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $550.00<br>Administrative:<br>Unsecured: $425.00<br>Total: $975.00 | Claim: 10428<br>Date Filed: 02/09/2009<br>Creditor's Name and Address:<br>MISSISSIPPI STATE TAX COMMISSION<br>BANKRUPTCY SECTION MSTC<br>PO BOX 22808<br>JACKSON, MS 39225<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $550.00<br>Administrative:<br>Unsecured: $425.00<br>Total: $975.00 |
| Claim: 9802<br>Date Filed: 01/26/2009<br>Creditor's Name and Address:<br>MONTGOMERY COUNTY MARYLAND<br>OFFICE OF COUNTY ATTORNEY FOR<br>MONTGOMERY COUNTY MD<br>101 MONROE ST 3RD FL<br>ROCKVILLE, MD 20850<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $23,764.24<br>Administrative:<br>Unsecured:<br>Total: $23,764.24 | Claim: 9606<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>MONTGOMERY COUNTY MARYLAND<br>OFFICE OF COUNTY ATTORNEY FOR<br>MONTGOMERY COUNTY MD<br>101 MONROE ST 3RD FL<br>ROCKVILLE, MD 20850<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $23,764.24<br>Administrative:<br>Unsecured:<br>Total: $23,764.24 |
| Claim: 4174<br>Date Filed: 01/16/2009<br>Creditor's Name and Address:<br>MONTGOMERY COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $59,846.59<br>Unsecured:<br>Total: $59,846.59 | Claim: 7145<br>Date Filed: 01/26/2009<br>Creditor's Name and Address:<br>MONTGOMERY COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $59,846.59<br>Unsecured:<br>Total: $59,846.59 |
| Claim: 12944<br>Date Filed: 04/27/2009<br>Creditor's Name and Address:<br>ORANGE COUNTY TREASURER TAX COLLECTOR<br>ATTN BANKRUPTCY UNIT<br>PO BOX 1438<br>SANTA ANA, CA 92702<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $45,532.36<br>Administrative:<br>Unsecured: $222.22<br>Total: $45,754.58 | Claim: 12377<br>Date Filed: 04/24/2009<br>Creditor's Name and Address:<br>ORANGE COUNTY TREASURER TAX COLLECTOR<br>ATTN BANKRUPTCY UNIT<br>PO BOX 1438<br>SANTA ANA, CA 92702<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $45,532.36<br>Administrative:<br>Unsecured: $222.22<br>Total: $45,754.58 |

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-First Omnibus Objection to Claims (Disallowance Of Certain Duplicate Claims) - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 9152<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Secured:<br>Priority: $2,441.00<br>Administrative:<br>Unsecured: $175.00<br>Total: $2,616.00 | Claim: 9305<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Secured:<br>Priority: $2,441.00<br>Administrative:<br>Unsecured: $175.00<br>Total: $2,616.00 |
| Claim: 8055<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>RICHMOND COUNTY TAX COMMISSIONER<br>530 GREENE ST RM 117<br>AUGUSTA, GA 30901 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $27,402.66<br>Administrative:<br>Unsecured:<br>Total: $27,402.66 | Claim: 10012<br>Date Filed: 01/28/2009<br>Creditor's Name and Address:<br>RICHMOND COUNTY TAX COMMISSIONER<br>530 GREENE ST RM 117<br>AUGUSTA, GA 30901 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $27,402.66<br>Administrative:<br>Unsecured:<br>Total: $27,402.66 |
| Claim: 4832<br>Date Filed: 01/23/2009<br>Creditor's Name and Address:<br>RIVERSIDE COUNTY TREASURER TAX COLLECTOR<br>PAUL MCDONNELL TREASURER TAX COLLECTOR<br>PO BOX 12005<br>RIVERSIDE, CA 92502-2205 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $104,422.96<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $104,422.96 | Claim: 9508<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>RIVERSIDE COUNTY TREASURER TAX COLLECTOR<br>PAUL MCDONNELL TREASURER TAX COLLECTOR<br>PO BOX 12005<br>RIVERSIDE, CA 92502-2205 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $104,422.96<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $104,422.96 |
| Claim: 3152<br>Date Filed: 01/12/2009<br>Creditor's Name and Address:<br>SANWEN INTERNATIONAL CO LTD<br>NO 24 3 SIN LO RD<br>TAINAN 702, UNKNOWN | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $35,741.80<br>Total: $35,741.80 | Claim: 352<br>Date Filed: 11/24/2008<br>Creditor's Name and Address:<br>SANWEN HK INTERNATIONAL CO LTD<br>ATTN WINDY WANG<br>NO 24 3 SINLE ROAD<br>TAINAN 702TAIWAN, PROVINCE OF CHINA | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $35,741.80<br>Total: $35,741.80 |
| Claim: 11621<br>Date Filed: 03/12/2009<br>Creditor's Name and Address:<br>SOLOMAN, JUDITH<br>80 CENTRAL PARK W 8G<br>NEW YORK, NY 10023 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $113.79<br>Unsecured:<br>Total: $113.79 | Claim: 11622<br>Date Filed: 03/12/2009<br>Creditor's Name and Address:<br>SOLOMAN, JUDITH<br>80 CENTRAL PARK W APT 8G<br>NEW YORK, NY 10023 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $113.79<br>Total: $113.79 |

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-First Omnibus Objection to Claims (Disallowance Of Certain Duplicate Claims) - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 12239<br>Date Filed: 04/20/2009<br>Creditor's Name and Address:<br>SPOKANE COUNTY TREASURER<br>PO BOX 199<br>SPOKANE, WA 99210<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $6,148.23<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $6,148.23 | Claim: 12322<br>Date Filed: 04/22/2009<br>Creditor's Name and Address:<br>SPOKANE COUNTY TREASURER<br>PO BOX 199<br>SPOKANE, WA 99210<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $6,148.23<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $6,148.23 |
| Claim: 9687<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>SULEKHA ANAND ON BEHALF OF HERSELF<br>AND ALL OTHERS SIMILARLY SITUATED<br>SULEKHA ANAND<br>C O CHRISTOPHER A BANDAS<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 | Claim: 7973<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 |
| Claim: 5642<br>Date Filed: 01/16/2009<br>Creditor's Name and Address:<br>SVG DISTRIBUTION<br>ATTN JACKIE FARLEY<br>5000 BIRCH ST STE 6500<br>NEWPORT BEACH, CA 92660<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $23,520.00<br>Administrative:<br>Unsecured:<br>Total: $23,520.00 | Claim: 728<br>Date Filed: 12/09/2008<br>Creditor's Name and Address:<br>SVG DISTRIBUTION<br>PO BOX 51237<br>LOS ANGELES, CA 90051-5537<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $23,520.00<br>Unsecured:<br>Total: $23,520.00 |
| Claim: 287<br>Date Filed: 11/17/2008<br>Creditor's Name and Address:<br>TARRANT COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $197,174.51<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $197,174.51 | Claim: 279<br>Date Filed: 11/17/2008<br>Creditor's Name and Address:<br>TARRANT COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $197,174.51<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $197,174.51 |
| Claim: 228<br>Date Filed: 11/28/2008<br>Creditor's Name and Address:<br>TEMPLEINLAND<br>ATTN DANNY MCDONALD LEGAL DEPT<br>1300 S MOPAC 3RD FL<br>AUSTIN, TX 78746<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $40,380.49<br>Unsecured:<br>Total: $40,380.49 | Claim: 1185<br>Date Filed: 12/15/2008<br>Creditor's Name and Address:<br>TEMPLEINLAND<br>PO BOX 360853M<br>PITTSBURGH, PA 15251-6853<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $40,380.49<br>Unsecured: UNL<br>Total: $40,380.49 |

*UNL denotes an unliquidated claim

Case 08-35653-KRH    Doc 4466    Filed 08/13/09    Entered 08/13/09 14:03:14    Desc Main
Document    Page 14 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-First Omnibus Objection to Claims (Disallowance Of Certain Duplicate Claims) - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 9617<br>Date Filed: 01/28/2009<br>Creditor's Name and Address:<br>THE LANDING AT ARBOR PLACE II LLC<br>C O SCOTT M SHAW<br>HUSCH BLACKWELL SANDERS LLP<br>2030 HAMILTON PL BLVD STE 150<br>CHATTANOOGA, TN 37421<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $3,630.92<br>Unsecured:<br>Total: $3,630.92 | Claim: 7618<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>THE LANDING AT ARBOR PLACE II LLC<br>C O SCOTT M SHAW<br>HUSCH BLACKWELL SANDERS LLP<br>2030 HAMILTON PL BLVD STE 150<br>CHATTANOOGA, TN 37421<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $3,630.92<br>Unsecured:<br>Total: $3,630.92 |
| Claim: 11127<br>Date Filed: 02/03/2009<br>Creditor's Name and Address:<br>TRAVIS COUNTY<br>C O KAREN Y WRIGHT<br>TRAVIS COUNTY ATTYS OFFICE<br>PO BOX 1748<br>AUSTIN, TX 78767-0000<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $121,008.34<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $121,008.34 | Claim: 10531<br>Date Filed: 02/02/2009<br>Creditor's Name and Address:<br>TRAVIS COUNTY<br>C O KAREN Y WRIGHT<br>TRAVIS COUNTY ATTYS OFFICE<br>PO BOX 1748<br>AUSTIN, TX 78767-0000<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $121,008.34<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $121,008.34 |
| Claim: 3828<br>Date Filed: 01/15/2009<br>Creditor's Name and Address:<br>TREMOR MEDIA<br>122 W 26TH ST 8TH FL<br>NEW YORK, NY 10001<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $986,649.49<br>Total: $986,649.49 | Claim: 6930<br>Date Filed: 01/28/2009<br>Creditor's Name and Address:<br>TREMOR MEDIA INC<br>ATTN MARK PINNEY CHIEF FINANCIAL OFFICER<br>122 W 26TH ST 8TH FL<br>NEW YORK, NY 10001<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $986,649.49<br>Total: $986,649.49 |
| Claim: 13001<br>Date Filed: 04/30/2009<br>Creditor's Name and Address:<br>VIRGINIA DEPARTMENT OF TAXATION<br>TAXING AUTHORITY CONSULTING SVCS PC<br>COMMONWEALTH OF VIRGINA<br>PO BOX 71476<br>RICHMOND, VA 23255<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $2,151,914.45<br>Administrative:<br>Unsecured: $72,000.00<br>Total: $2,223,914.45 | Claim: 12898<br>Date Filed: 05/05/2009<br>Creditor's Name and Address:<br>VIRGINIA DEPARTMENT OF TAXATION<br>TAXING AUTHORITY CONSULTING SVCS PC<br>COMMONWEALTH OF VIRGINA<br>PO BOX 71476<br>RICHMOND, VA 23255<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $2,151,914.45<br>Administrative:<br>Unsecured: $72,000.00<br>Total: $2,223,914.45 |

**Total Claims To Be Disallowed:** 49

**Total Asserted Amount To Be Disallowed:** $26,068,143.44

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Twenty-First Omnibus Objection to Claims (Disallowance Of Certain Duplicate Claims) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BLOUNT COUNTY TRUSTEE<br>BLOUNT COUNTY COURTHOUSE<br>347 COURT ST<br>MARYVILLE, TN 37804 | 13019 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $2,992.00<br><br><br><br><br>$2,992.00 | 05/18/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BLOUNT COUNTY TRUSTEE<br>BLOUNT COUNTY COURTHOUSE<br>347 COURT ST<br>MARYVILLE, TN 37804 | 13024 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $2,992.00<br><br><br><br><br>$2,992.00 | 05/18/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | 1998 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br>$9,293.85<br><br><br>$9,775.22<br>$19,069.07 | 12/29/2008 | PATAPSCO DESIGNS, INC. (08-35667) |
| PEYTON C COCHRANE TAX COLLECTOR<br>714 GREENSBORO AVE RM 124<br>TUSCALOOSA, AL 35401 | 198 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $4,967.69<br><br><br><br><br>$4,967.69 | 12/02/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:    4         $30,020.76**

\*    "UNL" denotes an unliquidated claim.

Page 1 of 1