# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

In re:                                    ) Chapter 11
                                          )
CIRCUIT CITY STORES, INC.,                ) Case No.: 08-35653
                                          )
                        Debtor.           ) Judge Kevin R. Hennekens
                                          )

NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(e)(2)

**Name of Proposed Transferor:**
Market Force Information, Inc.
248 Centennial Parkway
Suite 150
Louisville, CO 80027

**Name of Transferee:**
United States Debt Recovery LLC
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOUR MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
United States Bankruptcy Court
Eastern District of Virginia
310 United States Courthouse Annex
1100 East Main St.
Richmond, VA 23219-3538

SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on
_____
INTERNAL CONTROL NO._____
Copy  (check)    Claims Agent_____    Transferee_____   Debtor's Attorney_____

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC.,

Debtors.

) Chapter 11
)
) Case No.: 08-35653
)
) Judge Kevin R. Huennekens
)
) **TRANSFER OF CLAIM**
) **BANKRUPTCY RULE 3001(E)(2)**
)
)

PLEASE TAKE NOTICE that the general unsecured claims of Market Force Information Inc. (underlying creditor or "Transferor") against the above captioned Debtor in the amount of $306,102 (KCC Claim No. 5098 filed 1-22-09) and all unsecured claims of Transferor associated with such claims have been sold, transferred and assigned (absolutely and not for security) to United States Debt Recovery III LP ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby sell, assign and transfer my claims and all rights there under to USDR upon the terms as set forth in the offer letter received. USDR assumes any and all risks associated with the subject claim that is hereby being transferred including but not limited to the bankruptcy court allowance of and debtor's ultimate payment, if any on such claim. I agree that upon request, I will deliver to USDR any correspondence, payment received after the date of this agreement and any supporting materials (if requested by USDR) documenting the claim. The clerk of the court is authorized to changed the address and holder of this claim from Transferor to that of the Transferee, USDR below.

**TRANSFEROR:** Market Force Information Inc.

Print Name: Karen Frame    Title: Associate General Counsel & Assistant Corporate Secretary

Signature: Karen Frame    Date: 8/12/09

Corrected Address (if req.): 248 Centennial Parkway, Ste. 150 P.O. Box 270355 Louisville, CO 80027

Phone: (303) 402-6940    E-Mail: kframe@marketforce.com

**TRANSFEREE:**
United States Debt Recovery III, LP
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: _____
Nathan E. Jones, Managing Director