UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DEVELOPERS DIVERSIFIED REALTY CORPORATION, et al., ) ) ) Appellants, ) ) v. ) CIRCUIT CITY STORES, INC., et al., ) Debtors-in-Possession ) ) Appellees. ) | No. 3:09-CV-123-HEH |
| BRIGHTON COMMERCIAL, L.L.C., et al., ) ) Appellants, ) ) v. ) CIRCUIT CITY STORES, INC., et al., ) Debtors-in-Possession ) ) Appellees. ) | No. 3:09-CV-286-HEH |

FILED AUG 13 2009
CLERK
U.S. BANKRUPTCY COURT

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY *CMcCracken*
DEPUTY CLERK

### AGREED ORDER GRANTING MOTION TO DISMISS BANKRUPTCY APPEAL AS MOOT

**WHEREAS** on June 29, 2009, Circuit City Stores, Inc. and its affiliated appellees (the "Appellees") filed their Motion to Dismiss Bankruptcy Appeal as Moot (the "Motion")[1]; and

WHEREAS, the Appellees and appellants in the bankruptcy appeal styled Port Arthur Holdings III, LTD v. Circuit City Stores, Inc., Case No. 09-232 (the "Port Arthur Appeal"), the appellants in the bankruptcy appeal styled 502-12 86th Street LLC, et al. v. Circuit City Stores, Inc., et al., Case No. 09-190 (the "502-12 Appeal"), and appellants (collectively, the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

"Appellants") in the above-captioned consolidated bankruptcy appeal (the "Appeal") hereby agree to the relief sought in the Motion.

1. The Appeal is dismissed as moot.

2. This Order shall be dispositive, to the extent applicable, to the issues raised in the Port Arthur Appeal and the 502-12 Appeal pursuant to the Agreed Order Granting Motion to Consolidate Appeals, Establish Briefing Schedule, and Stay Appeals entered in the Appeal on May 11, 2009.

Signed: _____/s/_____

Entered: Aug. 10, 2009

United States District Court for
The Eastern District of Virginia,
Richmond Division

2

WE AGREE TO THIS

Gregg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

-and-

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

-and-

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000
*Counsel for Appellees*

---

Augustus C. Epps, Jr.
Michael D. Mueller
Noelle M. James
Jennifer M. McLemore
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100
*Counsel to Appellants Brighton Commercial L.L.C, et al.*

---

Michael P. Falzone
Sheila deLa Cruz
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street

3

WE AGREE TO THIS

Gregg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

-and-

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

-and-

---

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000
*Counsel for Appellees*

---

Augustus C. Epps, Jr.
Michael D. Mueller
Noelle M. James
Jennifer M. McLemore
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100
*Counsel to Appellants Brighton Commercial L.L.C, et al.*

---

Michael P. Falzone
Sheila deLa Cruz
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street

3

WE AGREE TO THIS

Gregg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

-and-

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

-and-

_____

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000
*Counsel for Appellees*

_____

Augustus C. Epps, Jr.
Michael D. Mueller
Noelle M. James
Jennifer M. McLemore
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100
*Counsel to Appellants Brighton Commercial L.L.C, et al.*

Michael P. Falzone
Sheila deLa Cruz
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street

3

P.O. Box 500
Richmond, Virginia 23218
(804) 771-9500
*Counsel to Appellants 502, 12 86th Street, et al.*

_____
James S. Carr
Robert L. LeHane
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178-0002
(212) 808-7800

-and-

David J. Ervin
Joseph D. Wilson
KELLEY DRYE & WARREN LLP
Washington Harbour
Suite 400
3050 K Street, N.W.
Washington, DC 20007
(202) 342-8400
*Counsel to Appellants Developers Diversified Realty Corporation, et al.*

_____
David Howard Cox
David A Rahnis
JACKSON & CAMPBELL PC
1120 Twentieth Street, N.W.
South Tower
Washington, DC 200036
(202) 457-1600
*Counsel to Appellant Port Arthur Holdings III, LTD*

\9597549.1

4

P.O. Box 500
Richmond, Virginia 23218
(804) 771-9500
*Counsel to Appellants 502-12 86th Street, et al.*

---

James S. Carr
Robert L. LeHane
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178-0002
(212) 808-7800

-and-

David J. Ervin
Joseph D. Wilson
KELLEY DRYE & WARREN LLP
Washington Harbour
Suite 400
3050 K Street, N.W.
Washington, DC 20007
(202) 342-8400
*Counsel to Appellants Developers Diversified Realty Corporation, et al.*

David Howard Cox
David A Rahnis
JACKSON & CAMPBELL PC
1120 Twentieth Street, N.W.
South Tower
Washington, DC 200036
(202) 457-1600
*Counsel to Appellant Port Arthur Holdings III, LTD*

\9597549.1

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DEVELOPERS DIVERSIFIED REALTY CORPORATION, et al., <br><br> Appellants, <br><br> v. <br><br> CIRCUIT CITY STORES, INC., et al., Debtors-in-Possession <br><br> Appellees. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    No. 3:09-CV-123-HEH |
| BRIGHTON COMMERCIAL, L.L.C., et al., <br><br> Appellants, <br><br> v. <br><br> CIRCUIT CITY STORES, INC., et al., Debtors-in-Possession <br><br> Appellees. | ) ) ) ) ) ) ) ) ) ) ) ) )    No. 3:09-CV-286-HEH |

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY *CMcCracken*
DEPUTY CLERK

**AGREED ORDER GRANTING MOTION TO
DISMISS BANKRUPTCY APPEAL AS MOOT**

**WHEREAS** on June 29, 2009, Circuit City Stores, Inc. and its affiliated appellees (the "Appellees") filed their Motion to Dismiss Bankruptcy Appeal as Moot (the "Motion")[1]; and

WHEREAS, the Appellees and appellants in the bankruptcy appeal styled <u>Port Arthur Holdings III, LTD v. Circuit City Stores, Inc.</u>, Case No. 09-232 (the "Port Arthur Appeal"), the appellants in the bankruptcy appeal styled <u>502-12 86th Street LLC, et al. v. Circuit City Stores, Inc., et al.</u>, Case No. 09-190 (the "502-12 Appeal"), and appellants (collectively, the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

"Appellants") in the above-captioned consolidated bankruptcy appeal (the "Appeal") hereby agree to the relief sought in the Motion.

1. The Appeal is dismissed as moot.

2. This Order shall be dispositive, to the extent applicable, to the issues raised in the Port Arthur Appeal and the 502-12 Appeal pursuant to the Agreed Order Granting Motion to Consolidate Appeals, Establish Briefing Schedule, and Stay Appeals entered in the Appeal on May 11, 2009.

Entered: Aug. 10, 2005

Signed: /s/

United States District Court for
The Eastern District of Virginia,
Richmond Division

2

WE AGREE TO THIS

Gregg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

-and-

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

-and-

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000
*Counsel for Appellees*

---

Augustus C. Epps, Jr.
Michael D. Mueller
Noelle M. James
Jennifer M. McLemore
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100
*Counsel to Appellants Brighton Commercial L.L.C, et al.*

---

Michael P. Falzone
Sheila deLa Cruz
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street

3

WE AGREE TO THIS

Gregg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

-and-

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

-and-

---

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000
*Counsel for Appellees*

Augustus C. Epps, Jr.
Michael D. Mueller
Noelle M. James
Jennifer M. McLemore
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100
*Counsel to Appellants Brighton Commercial L.L.C. et al.*

---

Michael P. Falzone
Sheila deLa Cruz
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street

3

WE AGREE TO THIS

Gregg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

-and-

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

-and-

____________________
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000
*Counsel for Appellees*

____________________
Augustus C. Epps, Jr.
Michael D. Mueller
Noelle M. James
Jennifer M. McLemore
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100
*Counsel to Appellants Brighton Commercial L.L.C, et al.*

____________________
Michael P. Falzone
Sheila deLa Cruz
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street

P.O. Box 500
Richmond, Virginia 23218
(804) 771-9500
*Counsel to Appellants 502-12 86th Street, et al.*

James S. Carr
Robert L. LeHane
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178-0002
(212) 808-7800

-and-

David J. Ervin
Joseph D. Wilson
KELLEY DRYE & WARREN LLP
Washington Harbour
Suite 400
3050 K Street, N.W.
Washington, DC 20007
(202) 342-8400
*Counsel to Appellants Developers Diversified Realty Corporation, et al.*

David Howard Cox
David A Rahnis
JACKSON & CAMPBELL PC
1120 Twentieth Street, N.W.
South Tower
Washington, DC 200036
(202) 457-1600
*Counsel to Appellant Port Arthur Holdings III, LTD*

\9597549.1

4

P.O. Box 500
Richmond, Virginia 23218
(804) 771-9500
*Counsel to Appellants 502-12 86th Street, et al.*


---

James S. Carr
Robert L. LeHane
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178-0002
(212) 808-7800

-and-

David J. Ervin
Joseph D. Wilson
KELLEY DRYE & WARREN LLP
Washington Harbour
Suite 400
3050 K Street, N.W.
Washington, DC 20007
(202) 342-8400
*Counsel to Appellants Developers Diversified Realty Corporation, et al.*

*/s/ David H. Cox*

David Howard Cox
David A Rahnis
JACKSON & CAMPBELL PC
1120 Twentieth Street, N.W.
South Tower
Washington, DC 200036
(202) 457-1600
*Counsel to Appellant Port Arthur Holdings III, LTD*


\9597549.1

4