Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM LLP                              One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

```
              IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
                         RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        : Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    : Case No. 08-35653
et al.,                       :
                              :
              Debtors.        : Jointly Administered
- - - - - - - - - - - - - - - x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
AUGUST 18, 2009 AT 2:00 P.M. (EASTERN)**

Set forth below are the matters scheduled to be heard before the Honorable Kevin Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, VA 23219-1888, on August 18, 2009 beginning at 2:00 p.m. Eastern.

## I. OMNIBUS CLAIM OBJECTIONS

1. Debtors' Twenty-Fourth Omnibus Objection to Claims (Disallowance of Certain Real Estate Tax Claims on Real Property in Which the Debtors Leased the Real Property) (Docket No. 4017)

    Objection
    Deadline:          August 10, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:             Please see Exhibit A attached hereto.

    Status:            The status hearing is going forward with respect to those claims which a response was filed.  **However, those parties who filed a response do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**  The Debtors will submit a revised form of order granting the relief sought in the objection with respect to those claims for which no response was received.

2. Debtors' Twenty-Fifth Omnibus Objection to Claim (Disallowance of Certain Claims for Paid Time Off) (Docket No. 4165)

    Related
    Documents:         Notice of Motion and Hearing (Docket No. 4166)

    Objection
    Deadline:          August 10, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:             Please see Exhibit A attached hereto.

    Status:            The status hearing is going forward with respect to those claims which a response was filed.  **However, those parties who**

        **filed a response do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**  The Debtors will submit a revised form of order granting the relief sought in the objection with respect to those claims for which no response was received.

3. Debtors' Twenty-Sixth Omnibus Objection to Claim (Disallowance of Certain Claims for Paid Time Off) (Docket No. 4167)

    Objection
    Deadline:        August 10, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:           Please see <u>Exhibit A</u> attached hereto.

    Status:          The status hearing is going forward with respect to those claims which a response was filed.  **However, those parties who filed a response do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**  The Debtors will submit a revised form of order granting the relief sought in the objection with respect to those claims for which no response was received.

3

Dated: August 14, 2009  SKADDEN, ARPS, SLATE, MEAGHER &
Richmond, Virginia      FLOM LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and –

SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM LLP
Chris L. Dickerson, Esq.
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

- and –

MCGUIREWOODS LLP


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors
in Possession

\9763502.1

4

**EXHIBIT A**

**Responses to Debtors' Omnibus Claims Objections
Scheduled for Status Hearing on August 18, 2009**

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 24 | David Ruff, Tax Collector, Washington County, Arkansas | 4183 | The status hearing is going forward. |
| 24 | McCracken County Clerk | 4286 | The status hearing is going forward. |
| 24 | Bay County Florida Tax Collector | 4291 | The status hearing is going forward. |
| 24 | Hillsborough County, FL | 4379 | The status hearing is going forward. |
| 24 | Pulaski County Treasurer | 4382 | The status hearing is going forward. |
| 24 | Forest City Commercial Management Inc as Agent for Laburnum Investment LLC | 4390 | The status hearing is going forward. |
| 24 | City of Meriden, Connecticut | 4411 | The status hearing is going forward. |
| 24 | Travis County Texas | 4420 | The status hearing is going forward. |
| 24 | Henrico County, Virginia | 4422 | The status hearing is going forward. |
| 24 | Pierce County | 4423 | The status hearing is going forward. |
| 24 | Catawba County North Carolina | 4424 | The status hearing is going forward. |
| 24 | Escambia County Tax Collector | 4426 | The status hearing is going forward. |
| 24 | Lane County Department of Assessment & Taxation | 4431 | The status hearing is going forward. |
| 24 | The Woodlands Metro Center MUD | 4437 | The status hearing is going forward. |
| 24 | Yuma County | 4440 | The status hearing is going forward. |

---

[1] For all responses for which a status hearing will go forward on August 18, 2009, the respondent does not need to appear at the hearing. Their rights will not be affected at this hearing.

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 25 | James P. Moran | 4285 | The status hearing is going forward. |
| 25 | Kenneth Robert Porter | 4318 | The status hearing is going forward. |
| 25 | Jose A. Garcia | 4319 | The status hearing is going forward. |
| 25 | Amy Flaa | 4372 | The status hearing is going forward. |
| 25 | Joseph M. Stroh | 4375 | The status hearing is going forward. |
| 25 | Ann M. Karr | 4391 | The status hearing is going forward. |
| 25 | Deborah J. Koeneman | 4408 | The status hearing is going forward. |
| 25 | Joshua G. Bowden | 4409 | The status hearing is going forward. |
| 25 | Robert Conat | 4410 | The status hearing is going forward. |
| 25 | Kevin J. Stephens | 4413 | The status hearing is going forward. |
| 25 | Suzanne Laxson | 4414 | The status hearing is going forward. |
| 25 | Bryan Seymour | 4416 | The status hearing is going forward. |
| 25 | Jason L. Binkley | 4417 | The status hearing is going forward. |
| 25 | George H. Burns | 4418 | The status hearing is going forward. |
| 25 | Mary A. Garza | 4419 | The status hearing is going forward. |
| 25 | Wendy T. Housden | 4421 | The status hearing is going forward. |
| 25 | David M. Anderson | 4430 | The status hearing is going forward. |
| 25 | Andrew F. Belovich | 4432 | The status hearing is going forward. |
| 25 | Thomas Fox | 4433 | The status hearing is going forward. |
| 25 | John L. Morrison, II | 4434 | The status hearing is going forward. |
| 25 | John W. Walker | 4435 | The status hearing is going forward. |
| 25 | Robert M. Sayen | 4436 | The status hearing is going forward. |
| 25 | Joshua L. Adams | 4438 | The status hearing is going forward. |
| 25 | Christopher E. Gibson | 4439 | The status hearing is going forward. |
| 25 | Sheila Lewis | 4441 | The status hearing is going forward. |
| 25 | Terrell A. Woods | 4442 | The status hearing is going forward. |
| 26 | James H. Martin | 4412 | The status hearing is going forward. |

\9763507.2