Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

- and –

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :  Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :  Case No. 08-35653 (KRH)
et al.,                       :
                              :
           Debtors.           :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER ON DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CERTAIN NON-GOODS 503(B)(9)CLAIMS TO <u>GENERAL UNSECURED NON-PRIORITY CLAIMS)</u>**

THIS MATTER having come before the Court on the Debtors' Fourteenth Omnibus Objection To Claims (Reclassification Of Certain Non-Goods 503(B)(9) Claims To General Unsecured Non-Priority Claims) (the "Objection"), and it appearing that due and proper notice and service of

the Objection has been given in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.  The claims identified on <u>Exhibit A – Fourteenth Omnibus Objection To Claims (Reclassification Of Certain Non-Goods 503(B)(9) Claims To General Unsecured Non-Priority Claims)- Reclassified Claims</u> as attached hereto and incorporated herein, are forever reclassified in their entirety for all purposes in these bankruptcy cases.

2.  The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases are hereby preserved in their entirety.

3.  The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

```
Dated: Richmond, Virginia
       August __, 2009
           Aug 12 2009
                                    /s/ Kevin R. Huennekens
                            _____
                            HONORABLE  KEVIN  R.  HUENNEKENS
                            UNITED  STATES  BANKRUPTCY  JUDGE
```

Entered on docket: Aug 12 2009

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                          _/s/ Douglas M. Foley_____
                          Douglas M. Foley

\9708275.1

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Debtors' Fourteenth Omnibus Objection to Claims**
**503(B)(9) Non-Goods - Modified**

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| Claim: 480<br>Date Filed: 12/03/2008<br>Docketed Total: $569.70<br>Filing Creditor Name and Address:<br>AQUAPERFECT INC<br>2061 N MORLEY<br>MOBERLY, MO 65270 | Claim Holder Name and Address<br>AQUAPERFECT INC<br>2061 N MORLEY<br>MOBERLY, MO 65270 | Docketed Total: | $569.70 | | Modified Total: | $569.70 |
| | Case Number<br>08-35653 | 503(b)(9)<br>$569.70 | Unsecured | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$569.70 |
| Claim: 834<br>Date Filed: 12/15/2008<br>Docketed Total: $9,618.17<br>Filing Creditor Name and Address:<br>BEAUMONT ENTERPRISE<br>801 TEXAS AVE<br>HOUSTON, TX 77002 | Claim Holder Name and Address<br>BEAUMONT ENTERPRISE<br>801 TEXAS AVE<br>HOUSTON, TX 77002 | Docketed Total: | $9,618.17 | | Modified Total: | $9,618.17 |
| | Case Number<br>08-35653 | 503(b)(9)<br>$9,618.17 | Unsecured | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$9,618.17 |
| Claim: 1483<br>Date Filed: 12/16/2008<br>Docketed Total: $570,468.36<br>Filing Creditor Name and Address:<br>BOSTON FIXTURES LLC<br>79 BROOK ST<br>NEW BEDFORD, MA 02746 | Claim Holder Name and Address<br>BOSTON FIXTURES LLC<br>79 BROOK ST<br>NEW BEDFORD, MA 02746 | Docketed Total: | $570,468.36 | | Modified Total: | $570,468.36 |
| | Case Number<br>08-35657 | 503(b)(9)<br>$570,468.36 | Unsecured | Case Number<br>08-35657 | 503(b)(9) | Unsecured<br>$570,468.36 |
| Claim: 1069<br>Date Filed: 12/19/2008<br>Docketed Total: $143,420.91<br>Filing Creditor Name and Address:<br>COLUMBUS PRODUCTIONS INC<br>4580 CARGO DR<br>COLUMBUS, GA 31907-1958 | Claim Holder Name and Address<br>COLUMBUS PRODUCTIONS INC<br>4580 CARGO DR<br>COLUMBUS, GA 31907-1958 | Docketed Total: | $143,420.91 | | Modified Total: | $143,420.91 |
| | Case Number<br>08-35653 | 503(b)(9)<br>$143,420.91 | Unsecured | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$143,420.91 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Fourteenth Omnibus Objection to Claims
503(B)(9) Non-Goods - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| Claim: 1082<br>Date Filed: 12/19/2008<br>Docketed Total: $3,816.66<br>Filing Creditor Name and Address:<br>DAILY CAMERA<br>PO BOX 591<br>BOULDER, CO 80306-0591 | Claim Holder Name and Address<br>DAILY CAMERA<br>PO BOX 591<br>BOULDER, CO 80306-0591 | Docketed Total: | $3,816.66 | | Modified Total: | $3,816.66 |
| | <u>Case Number</u><br>08-35653 | <u>503(b)(9)</u> | <u>Unsecured</u><br>$3,816.66 | <u>Case Number</u><br>08-35653 | <u>503(b)(9)</u> | <u>Unsecured</u><br>$3,816.66 |
| Claim: 1429<br>Date Filed: 12/19/2008<br>Docketed Total: $3,770.70<br>Filing Creditor Name and Address:<br>DIGITAL MEDIA SOLUTIONS INC<br>707 E WELLESLY AVE<br>SPOKANE, WA 99207 | Claim Holder Name and Address<br>DIGITAL MEDIA SOLUTIONS INC<br>707 E WELLESLY AVE<br>SPOKANE, WA 99207 | Docketed Total: | $3,770.70 | | Modified Total: | $3,770.70 |
| | <u>Case Number</u><br>08-35653 | <u>503(b)(9)</u> | <u>Unsecured</u><br>$3,770.70 | <u>Case Number</u><br>08-35653 | <u>503(b)(9)</u> | <u>Unsecured</u><br>$3,770.70 |
| Claim: 158<br>Date Filed: 12/01/2008<br>Docketed Total: $4,001.80<br>Filing Creditor Name and Address:<br>ELECTRONIC PARTS UNLIMITED INC<br>2629 US HWY 19<br>HOLIDAY, FL 34691 | Claim Holder Name and Address<br>ELECTRONIC PARTS UNLIMITED INC<br>2629 US HWY 19<br>HOLIDAY, FL 34691 | Docketed Total: | $4,001.80 | | Modified Total: | $4,001.80 |
| | <u>Case Number</u><br>08-35653 | <u>503(b)(9)</u> | <u>Unsecured</u><br>$4,001.80 | <u>Case Number</u><br>08-35653 | <u>503(b)(9)</u> | <u>Unsecured</u><br>$4,001.80 |
| Claim: 1043<br>Date Filed: 12/09/2008<br>Docketed Total: $2,800.00<br>Filing Creditor Name and Address:<br>FOXS CLEANERS<br>1102 W MAIN ST<br>MARION, IL 62959 | Claim Holder Name and Address<br>FOXS CLEANERS<br>1102 W MAIN ST<br>MARION, IL 62959 | Docketed Total: | $2,800.00 | | Modified Total: | $2,800.00 |
| | <u>Case Number</u><br>08-35653 | <u>503(b)(9)</u> | <u>Unsecured</u><br>$2,800.00 | <u>Case Number</u><br>08-35653 | <u>503(b)(9)</u> | <u>Unsecured</u><br>$2,800.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
EXHIBIT A

Debtors' Fourteenth Omnibus Objection to Claims
503(B)(9) Non-Goods - Modified

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| Claim: 829<br>Date Filed: 12/15/2008<br>Docketed Total: $190,253.75<br>Filing Creditor Name and Address:<br>HOUSTON CHRONICLE<br>801 TEXAS AVE<br>HOUSTON, TX 77002 | Claim Holder Name and Address<br>HOUSTON CHRONICLE<br>801 TEXAS AVE<br>HOUSTON, TX 77002 | Docketed Total: | $190,253.75 | | Modified Total: | $190,253.75 |
| | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$190,253.75 | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$190,253.75 |
| Claim: 188<br>Date Filed: 12/05/2008<br>Docketed Total: $60,630.23<br>Filing Creditor Name and Address:<br>I O MAGIC<br>4 MARCONI<br>IRVINE, CA 92618 | Claim Holder Name and Address<br>I O MAGIC<br>4 MARCONI<br>IRVINE, CA 92618 | Docketed Total: | $60,630.23 | | Modified Total: | $60,630.23 |
| | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$60,630.23 | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$60,630.23 |
| Claim: 622<br>Date Filed: 12/08/2008<br>Docketed Total: $438,704.37<br>Filing Creditor Name and Address:<br>J & F MANUFACTURING INC<br>104 46 DUNKIRK ST<br>JAMAICA, NY 11412 | Claim Holder Name and Address<br>J & F MANUFACTURING INC<br>104 46 DUNKIRK ST<br>JAMAICA, NY 11412 | Docketed Total: | $438,704.37 | | Modified Total: | $438,704.37 |
| | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$438,704.37 | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$438,704.37 |
| Claim: 461<br>Date Filed: 12/01/2008<br>Docketed Total: $300.00<br>Filing Creditor Name and Address:<br>J&B ELECTRONICS<br>725 KNOX BLVD<br>RADCLIFF, KY 40160 | Claim Holder Name and Address<br>J&B ELECTRONICS<br>725 KNOX BLVD<br>RADCLIFF, KY 40160 | Docketed Total: | $300.00 | | Modified Total: | $300.00 |
| | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$300.00 | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$300.00 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
EXHIBIT A

Debtors' Fourteenth Omnibus Objection to Claims
503(B)(9) Non-Goods - Modified

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| Claim: 798<br>Date Filed: 12/11/2008<br>Docketed Total: $40.00<br>Filing Creditor Name and Address:<br>PRIORITY CARE INC<br>3010 WESTLAKE RD<br>ERIE, PA 16505 | Claim Holder Name and Address<br>PRIORITY CARE INC<br>3010 WESTLAKE RD<br>ERIE, PA 16505<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br><br><br>503(b)(9)<br>$40.00 | $40.00<br><br><br><br><br>Unsecured | <br><br><br><br><br>Case Number<br>08-35653 | Modified Total:<br><br><br><br><br>503(b)(9) | $40.00<br><br><br><br><br>Unsecured<br>$40.00 |
| Claim: 1458<br>Date Filed: 12/16/2008<br>Docketed Total: $1,425.60<br>Filing Creditor Name and Address:<br>PRIVACY & INFORMATION MGMT SER<br>4355 COBB PKY STE J 280<br>ATLANTA, GA 30339 | Claim Holder Name and Address<br>PRIVACY & INFORMATION MGMT SER<br>4355 COBB PKY STE J 280<br>ATLANTA, GA 30339<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br><br><br>503(b)(9)<br>$1,425.60 | $1,425.60<br><br><br><br><br>Unsecured | <br><br><br><br><br>Case Number<br>08-35653 | Modified Total:<br><br><br><br><br>503(b)(9) | $1,425.60<br><br><br><br><br>Unsecured<br>$1,425.60 |
| Claim: 1180<br>Date Filed: 12/15/2008<br>Docketed Total: $166.12<br>Filing Creditor Name and Address:<br>STANDARD COFFEE SERVICE<br>PO BOX 4836<br>FLORENCE, SC 29501 | Claim Holder Name and Address<br>STANDARD COFFEE SERVICE<br>PO BOX 4836<br>FLORENCE, SC 29501<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br><br><br>503(b)(9)<br>$166.12 | $166.12<br><br><br><br><br>Unsecured | <br><br><br><br><br>Case Number<br>08-35653 | Modified Total:<br><br><br><br><br>503(b)(9) | $166.12<br><br><br><br><br>Unsecured<br>$166.12 |
| Claim: 1075<br>Date Filed: 12/15/2008<br>Docketed Total: $90.90<br>Filing Creditor Name and Address:<br>STANDARD COFFEE SERVICE<br>PO BOX 62291<br>NEW ORLEANS, LA 70162 | Claim Holder Name and Address<br>STANDARD COFFEE SERVICE<br>PO BOX 62291<br>NEW ORLEANS, LA 70162<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br><br><br>503(b)(9)<br>$90.90 | $90.90<br><br><br><br><br>Unsecured | <br><br><br><br><br>Case Number<br>08-35653 | Modified Total:<br><br><br><br><br>503(b)(9) | $90.90<br><br><br><br><br>Unsecured<br>$90.90 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Fourteenth Omnibus Objection to Claims
503(B)(9) Non-Goods - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| Claim: 1844<br>Date Filed: 12/22/2008<br>Docketed Total: $3,234.52<br>Filing Creditor Name and Address:<br>UNITED RADIO INC<br>5703 ENTERPRISE PKY<br>E SYRACUSE, NY 13057 | Claim Holder Name and Address<br>UNITED RADIO INC<br>5703 ENTERPRISE PKY<br>E SYRACUSE, NY 13057<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br>503(b)(9)<br>$3,234.52 | $3,234.52<br><br><br>Unsecured | Case Number<br>08-35653 | Modified Total:<br><br><br>503(b)(9) | $3,234.52<br><br><br>Unsecured<br>$3,234.52 |

**Total Claims To Be Modified: 17**

**Total Amount As Docketed:**   $1,433,311.79

**Total Amount As Modified:**   $1,433,311.79

\*   "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7              User: frenchs              Page 1 of 1                 Date Rcvd: Aug 12, 2009
Case: 08-35653                    Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Aug 14, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 14, 2009**                    **Signature:** _Joseph Speetjens_