Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :    Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :    Jointly Administered
- - - - - - - - - - - - - - x

**ORDER ON DEBTORS' THIRTEENTH OMNIBUS
OBJECTION TO CERTAIN AMENDED CLAIMS**

THIS MATTER having come before the Court on the

Debtors' Thirteenth Omnibus Objection to Certain Amended

Claims (the "Objection"), and it appearing that due and

proper notice and service of the Objection has been given in

compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR

3007-1 and was good and sufficient and that no other further

notice or service of the Objection need be given; and it further appearing that certain parties filed responses to the Objection; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.   The claims identified on <u>Exhibit A – Thirteenth Omnibus Objection to Certain Amended Claims – Disallowed Claims</u> as attached hereto and incorporated herein, are forever disallowed in their entirety for all purposes in these bankruptcy cases.

2.   The status hearing on the Objection to the claims identified on <u>Exhibit B – Thirteenth Omnibus Objection to Certain Amended Claims – Adjourned Claims</u> as attached hereto and incorporated herein, is hereby adjourned to August 27, 2009, at 11:00 a.m. (Eastern) or until such later time as agreed by the parties.

3.   The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases are hereby preserved in their entirety.

4.    The Debtors shall serve a copy of this Order on
the claimants included on the exhibits to this Order on or
before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
        August __, 2009
            Aug 12 2009


                    /s/ Kevin R. Huennekens
                    _____
                    HONORABLE KEVIN R. HUENNEKENS
                    UNITED STATES BANKRUPTCY JUDGE

        Entered on docket:  Aug 12 2009

3

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                        _/s/ Douglas M. Foley_____
                        Douglas M. Foley

\9708203.1

4

In re: Circuit City Stores, Inc, et al.

Debtors' Thirteenth Omnibus Objection to Claims Amended Claims - Disallowed

Case No. 08-35653-KRH

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | | | SURVIVING CLAIM * | | |
|---|---|---|---|---|---|
| Claim: 134 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 3032 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 11/18/2008 | | | Date Filed: 01/08/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| ACTIONTEC ELECTRONICS INC | Administrative: | | ACTIONTEC | Administrative: | |
| 760 N MARY AVE | Unsecured: | $156,301.27 | TONG KHUC | Unsecured: | $149,312.83 |
| SUNNYVALE, CA 94085 | | | 760 NORTH MARY AVE | | |
| | | | SUNNYVALE, CA 94085 | | |
| | Total: | $156,301.27 | | Total: | $149,312.83 |
| Claim: 25 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 239 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 11/17/2008 | | | Date Filed: 12/03/2008 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| ARCHOS INC | Administrative: | | ARCHOS INC | Administrative: | |
| 7951 E MAPPLEWOOD AVE STE 260 | Unsecured: | $891,383.79 | JENNIFER HAMMOND | Unsecured: | $613,133.79 |
| GREENWOOD VILLAGE, CO 80111 | | | 7951 E MAPLEWOOD AVE STE 260 | | |
| | | | GREENWOOD VILLAGE, CO 80111 | | |
| | Total: | $891,383.79 | | Total: | $613,133.79 |
| Claim: 3609 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 12975 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/13/2009 | | | Date Filed: 05/11/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| AVAYA INC | Administrative: | | AVAYA INC | Administrative: | $984.25 |
| C O RMS BANKRUPTCY SERVICES | Unsecured: | $202,729.59 | C O RMS BANKRUPTCY RECOVERY SERVICES | Unsecured: | $154,024.27 |
| PO BOX 5126 | | | PO BOX 5126 | | |
| TIMONIUM, MD 21094 | | | TIMONIUM, MD 21094 | | |
| | Total: | $202,729.59 | | Total: | $155,008.52 |
| Claim: 2673 | Debtor: | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) | Claim: 11165 | Debtor: | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| Date Filed: 01/13/2009 | | | Date Filed: 02/03/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| BAW PLASTICS INC | Administrative: | $73,096.21 | UNITED STATES DEBT RECOVERY LLC | Administrative: | $59,246.55 |
| JAMES D SLOVONIC | Unsecured: | $21,796.26 | 940 SOUTHWOOD BL STE 101 | Unsecured: | |
| 2148 CENTURY DR | | | INCLINE VILLAGE, NV 89451 | | |
| CENTURY III BUSINESS CTR | | | | | |
| JEFFERSON HILLS, PA 15025 | Total: | $94,892.47 | | Total: | $59,246.55 |
| Claim: 1675 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 10476 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/17/2008 | | | Date Filed: 02/02/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| BROADWAY NEON SIGN CORP DBA | Administrative: | | BROADWAY NEON SIGN CORP DBA | Administrative: | |
| BROADWAY NATIONAL SIGN & LIGHTING | Unsecured: | $30,857.67 | BROADNSAR NATIONAL SIGN AND | Unsecured: | $42,140.61 |
| CARL PAPARELLA VP & GENERAL | | | LIGHTING | | |
| COUNSEL | | | CARL PAPARELLA VP AND GEN COUNSEL | | |
| 2150 5TH AVE | | | 2150 5TH AVE | | |
| RONKONKOMA, NY 11779 | Total: | $30,857.67 | RONKONKOMA, NY 11779 | Total: | $42,140.61 |

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.

Debtors' Thirteenth Omnibus Objection to Claims Amended Claims - Disallowed

Case No. 08-35653-KRH

## EXHIBIT A

| CLAIM TO BE DISALLOWED * | | | SURVIVING CLAIM * | | |
|---|---|---|---|---|---|
| Claim: 10542 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 11959 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 02/02/2009 | | | Date Filed: 03/30/2009 | | |
| Creditor's Name and Address: | Secured: | $226.08 | Creditor's Name and Address: | Secured: | $316.49 |
| | Priority: | | | Priority: | |
| CITY OF THORNTON UTILITY BILLING | Administrative: | | CITY OF THORNTON UTILITY BILLING | Administrative: | |
| CITY ATTORNEYS OFFICE | Unsecured: | | CITY ATTORNEYS OFFICE | Unsecured: | |
| 9500 CIVIC CENTER DR | | | 9500 CIVIC CENTER DR | | |
| THORNTON, CO 80229-4326 | | | THORNTON, CO 80229-4326 | | |
| | Total: | $226.08 | | Total: | $316.49 |
| Claim: 547 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 4559 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 11/26/2008 | | | Date Filed: 01/20/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| CLASSIC TECH DEVELOPMENT LIMITED | Administrative: | | CLASSIC TECH DEVELOPMENT LTD | Administrative: | |
| 11 F TO 12 F | Unsecured: | $272,233.26 | 11/F 12/F YUE XIU INDL BLDG | Unsecured: | $267,452.90 |
| YUE XIU INDUSTRIAL BUILDING | | | 87 HUNG TO RD KWUN TUNG | | |
| 87 HUNG TO ROAD | | | KOWLOON HONG KONG, UNKNOWN | | |
| KWUN TONG KOWLOON, HONG KONG | Total: | $272,233.26 | | Total: | $267,452.90 |
| Claim: 9204 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 12875 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/30/2009 | | | Date Filed: 05/05/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| COCA COLA ENTERPRISES INC | Administrative: | $217,262.63 | COCA COLA ENTERPRISES INC | Administrative: | $217,262.63 |
| C O CATHERINE HARRISON KING | Unsecured: | $66,266.56 | C O CATHERINE HARRISON KING | Unsecured: | $78,352.56 |
| MILLER & MARTIN PLLC | | | MILLER & MARTIN PLLC | | |
| 1170 PEACHTREE ST NE STE 800 | | | 1170 PEACHTREE ST NE STE 800 | | |
| ATLANTA, GA 30309-7706 | Total: | $283,529.19 | ATLANTA, GA 30309-7706 | Total: | $295,615.19 |
| Claim: 183 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 11698 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/05/2008 | | | Date Filed: 03/30/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| CORPORATE GRAPHICS INTERNATIONAL | Administrative: | $17,641.45 | CORPORATE GRAPHICS INTERNATIONAL | Administrative: | $2,028.75 |
| 1885 NORTHWAY DR | Unsecured: | | 1885 NORTHWAY DR | Unsecured: | |
| N MANKATO, MN 56003 | | | N MANKATO, MN 56003 | | |
| | Total: | $17,641.45 | | Total: | $2,028.75 |
| Claim: 3073 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 11683 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/09/2009 | | | Date Filed: 03/05/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| CORPORATE GRAPHICS INTERNATIONAL | Administrative: | | CORPORATE GRAPHICS INTERNATIONAL | Administrative: | |
| PO BOX 8464 | Unsecured: | $17,641.45 | PO BOX 8464 | Unsecured: | $15,612.70 |
| NORTH MANKATO, MN 56003 | | | NORTH MANKATO, MN 56003 | | |
| | Total: | $17,641.45 | | Total: | $15,612.70 |

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.

Debtors' Thirteenth Omnibus Objection to Claims Amended Claims - Disallowed

Case No. 08-35653-KRH

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | | | SURVIVING CLAIM * | | |
|---|---|---|---|---|---|
| Claim:          912 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim:          1037 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed:     11/26/2008 | | | Date Filed:     12/19/2008 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| CYBER POWER SYSTEMS INC | Administrative: | $185,329.10 | CYBER POWER SYSTEMS INC | Administrative: | $36,882.50 |
| WILLIAM J JOANIS ESQ | Unsecured: | | 6F NO 32 SEC 1 CHENGGONG RD | Unsecured: | |
| 4241 12TH AVENUE E STE 400 | | | NANGANG DISTRICT TAIPEI, TAIWAN, | | |
| SHAKOPEE, MN 55379 | | | PROVINCE OF CHINA | | |
| | Total: | $185,329.10 | | Total: | $36,882.50 |
| Claim:          910 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim:          1250 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed:     11/26/2008 | | | Date Filed:     12/18/2008 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| CYBER POWER SYSTEMS USA INC | Administrative: | $103,123.70 | CYBERPOWER SYSTEMS USA INC | Administrative: | $49,360.45 |
| WILLIAM J JOANIS ESQ | Unsecured: | | ATTN GEN COUNSEL | Unsecured: | |
| 4241 12TH AVENUE E STE 400 | | | 4241 12TH AVE E STE 400 | | |
| SHAKOPEE, MN 55379 | | | SHAKOPEE, MN 55379 | | |
| | Total: | $103,123.70 | | Total: | $49,360.45 |
| Claim:          4837 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim:          11660 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed:     01/21/2009 | | | Date Filed:     03/03/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| DENTON, DIANA W | Administrative: | | DENTON, DIANA INDIVIDUAL OWNERSHIP & | Administrative: | |
| 6102 BREMO RD | Unsecured: | UNL | JOINT WITH RONALD DENTON | Unsecured: | UNL |
| RICHMOND, VA 23226 | | | DIANA W DENTON | | |
| | | | 6102 BREMO RD | | |
| | | | RICHMOND, VA 23226 | | |
| | Total: | UNL | | Total: | UNL |
| Claim:          9690 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim:          11557 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed:     01/30/2009 | | | Date Filed:     02/25/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| DFS SERVICES LLC | Administrative: | | DFS SERVICES LLC | Administrative: | |
| PO BOX 3000 | Unsecured: | $111,083.12 | PO BOX 3000 | Unsecured: | $113,708.12 |
| NEW ALBANY, OH 43054 | | | NEW ALBANY, OH 43054 | | |
| | Total: | $111,083.12 | | Total: | $113,708.12 |
| Claim:          6 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim:          358 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed:     11/12/2008 | | | Date Filed:     11/24/2008 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| DIRECT BROADCAST SATELLITE CENTER | Administrative: | | DIRECT BROADCAST SATELLITE CENTER | Administrative: | |
| HOME WIRE LLC | Unsecured: | $3,130.00 | HOME WIRE LLC | Unsecured: | $3,560.00 |
| 12602 NE MARX ST | | | 12602 NE MARX ST | | |
| PORTLAND, OR 97230 | | | PORTLAND, OR 97230 | | |
| | Total: | $3,130.00 | | Total: | $3,560.00 |

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.

Debtors' Thirteenth Omnibus Objection to Claims Amended Claims - Disallowed

Case No. 08-35653-KRH

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 702<br>Date Filed: 12/09/2008<br>Creditor's Name and Address:<br><br>EXCEL BEST INDUSTRIES LIMITED<br>LIN LIM UNIT 1603<br>16/F TOWER 2 SILVERCORD NO 30 CANTON RD<br>TSIMSHATSUI KOWLOON, HONG KONG | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $244,378.68<br>Total: $244,378.68 | Claim: 5591<br>Date Filed: 01/23/2009<br>Creditor's Name and Address:<br><br>EXCEL BEST INDUSTRIES LIMITED<br>LIN LIM UNIT 1603<br>16/F TOWER 2 SILVERCORD NO 30 CANTON RD<br>TSIMSHATSUI KOWLOON, HONG KONG | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $128,479.44<br>Total: $128,479.44 |
| Claim: 7102<br>Date Filed: 01/28/2009<br>Creditor's Name and Address:<br><br>FAY, LAWRENCE W<br>2500 MAPLE HALL COURT<br>MIDLOTHIAN, VA 23113 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $641,722,000.00<br>Total: $641,722,000.00 | Claim: 10842<br>Date Filed: 02/12/2009<br>Creditor's Name and Address:<br><br>FAY, LAWRENCE W<br>2500 MAPLE HALL COURT<br>MIDLOTHIAN, VA 23113 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $641,722.00<br>Total: $641,722.00 |
| Claim: 8775<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br><br>GOVANI, CHIRAG<br>CHIRAG BRADSHAW ESQ<br>MARK BRADSHAW & BASTIAN LLP<br>26632 TOWNE CENTER DR NO 300<br>FOOTHILL RANCH, CA 92610 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 12329<br>Date Filed: 04/22/2009<br>Creditor's Name and Address:<br><br>CHIRAG GOVANI<br>MARK BRADSHAW ESQ<br>SHULMAN HODGES & BASTIAN LLP<br>26632 TOWNE CTR DR STE 300<br>FOOTHILL RANCH, CA 92610 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,400,680.10<br>Total: $3,400,680.10 |
| Claim: 8721<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br><br>GREEN ACRES MALL LLC<br>ATTN MEI CHENG<br>C O VORNADO REALTY TRUST<br>210 ROUTE 4 E<br>PARAMUS, NJ 07652 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | Claim: 12701<br>Date Filed: 04/30/2009<br>Creditor's Name and Address:<br><br>GREEN ACRES MALL LLC<br>ATTN MEI CHENG<br>C O VORNADO REALTY TRUST<br>210 ROUTE 4 E<br>PARAMUS, NJ 07652 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,162,363.00<br>Total: $3,162,363.00 |
| Claim: 2247<br>Date Filed: 01/02/2009<br>Creditor's Name and Address:<br><br>HENRICO COUNTY VIRGINIA<br>RHYSA GRIFFITH SOUTH ASSISTANT COUNTY ATTORNEY<br>PO BOX 90775<br>HENRICO, VA 23273-0775 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $10,868.69<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $10,868.69 | Claim: 13002<br>Date Filed: 04/30/2009<br>Creditor's Name and Address:<br><br>HENRICO COUNTY VIRGINIA ACCT NO 0078201 1019<br>RHYSA GRIFFITH SOUTH ASSISTANT COUNTY ATTORNEY<br>PO BOX 90775<br>HENRICO VIRGINIA, 23273-0775 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $10,888.32<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $10,888.32 |

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.                                    Debtors' Thirteenth Omnibus Objection to Claims Amended Claims - Disallowed
Case No. 08-35653-KRH

EXHIBIT A

| CLAIM TO BE DISALLOWED * | | | SURVIVING CLAIM * | | |
|---|---|---|---|---|---|
| Claim: 2254 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 13007 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/02/2009 | | | Date Filed: 04/30/2009 | | |
| Creditor's Name and Address: | Secured: | $10,064.39 | Creditor's Name and Address: | Secured: | $13,053.59 |
| | Priority: | | | Priority: | |
| HENRICO COUNTY VIRGINIA | Administrative: | | HENRICO COUNTY VIRGINIA ACCOUNT NO | Administrative: | |
| RHYSA GRIFFITH SOUTH ASSISTANT | Unsecured: | | 00646911016 | Unsecured: | |
| COUNTY ATTORNEY | | | RHYSA GRIFFITH SOUTH | | |
| PO BOX 90775 | | | ASSISTANT COUNTY ATTORNEY | | |
| HENRICO, VA 23273-0775 | Total: | $10,064.39 | PO BOX 90775 | Total: | $13,053.59 |
| | | | HENRICO, VA 23273-0775 | | |
| Claim: 1721 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 12244 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/16/2008 | | | Date Filed: 04/10/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| JAMES J KENNEY & CO INC | Administrative: | | JAMES J KENNEY & CO INC | Administrative: | |
| 6218 CAMDEN ST | Unsecured: | $171,031.38 | 6218 CAMDEN ST | Unsecured: | $172,553.38 |
| HARAHAN, LA 70123 | | | HARAHAN, LA 70123 | | |
| | Total: | $171,031.38 | | Total: | $172,553.38 |
| Claim: 7213 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 11118 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/28/2009 | | | Date Filed: 02/10/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| JONES WALKER | Administrative: | | JONES WALKER | Administrative: | |
| 201 ST CHARLES AVE | Unsecured: | $66,930.84 | 201 ST CHARLES AVE | Unsecured: | $68,255.24 |
| NEW ORLEANS, LA 70170 | | | NEW ORLEANS, LA 70170 | | |
| | Total: | $66,930.84 | | Total: | $68,255.24 |
| Claim: 4590 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 10462 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/16/2009 | | | Date Filed: 02/17/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| MACK, YVETTE | Administrative: | | MACK, YVETTE | Administrative: | |
| C O SPOTTS FAIN PC | Unsecured: | UNL | C O SPOTTS FAIN PC | Unsecured: | $100,000.00 |
| PO BOX 1555 | | | PO BOX 1555 | | |
| RICHMOND, VA 23218-1555 | Total: | UNL | RICHMOND, VA 23218-1555 | Total: | $100,000.00 |
| Claim: 3894 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 10462 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/13/2009 | | | Date Filed: 02/17/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| MACK, YVETTE | Administrative: | | MACK, YVETTE | Administrative: | |
| C O SPOTTS FAIN PC | Unsecured: | $1.00 | C O SPOTTS FAIN PC | Unsecured: | $100,000.00 |
| PO BOX 1555 | | | PO BOX 1555 | | |
| RICHMOND, VA 23218-1555 | Total: | $1.00 | RICHMOND, VA 23218-1555 | Total: | $100,000.00 |

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.                                  Debtors' Thirteenth Omnibus Objection to Claims Amended Claims - Disallowed
Case No. 08-35653-KRH

EXHIBIT A

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

| | | | |
|---|---|---|---|
| **Claim:** 1633 | **Debtor:** CIRCUIT CITY STORES, INC. (08-35653) | **Claim:** 8767 | **Debtor:** CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 11/28/2008 | | Date Filed: 01/30/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| MAJESCO ENTERTAINMENT COMPANY | Administrative: | MAJESCO ENTERTAINMENT COMPANY | Administrative: |
| PORZIO BROMBERG & NEWMAN PC | | WARREN J MARTIN JR ESQ | |
| PO BOX 1997 | Unsecured: | PORZIO BROMBERG & NEWMAN PC | Unsecured: $258,432.00 |
| MORRISTOWN, NJ 07962-1997 | | 100 SOUTHGATE PKWY | |
| | | MORRISTOWN, NJ 07962 | |
| | **Total:** UNL | | **Total:** $258,432.00 |

| | | | |
|---|---|---|---|
| **Claim:** 710 | **Debtor:** CIRCUIT CITY STORES, INC. (08-35653) | **Claim:** 1385 | **Debtor:** CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/09/2008 | | Date Filed: 12/19/2008 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| MAJESCO SALES INC | Administrative: $150,528.00 | MAJESCO ENTERTAINMENT COMPANY | Administrative: $153,600.00 |
| ROSENTHAL & ROSENTHAL | | C O ADAM SULTAN | |
| 1370 BROADWAY | Unsecured: | 160 RARITAN CTR PKWY | Unsecured: |
| NEW YORK, NY 10018 | | EDISON, NJ 08837 | |
| | **Total:** $150,528.00 | | **Total:** $153,600.00 |

| | | | |
|---|---|---|---|
| **Claim:** 1528 | **Debtor:** CIRCUIT CITY STORES, INC. (08-35653) | **Claim:** 11639 | **Debtor:** CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/08/2008 | | Date Filed: 02/11/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| MARCONI, NOELLE | Administrative: | MARCONI, NOELLE L | Administrative: |
| 865 WILLOW AVE | | 865 WILLOW AVE | |
| LANGHORNE, PA 19047 | Unsecured: $5,145.63 | LANGHORNE, PA 19047 | Unsecured: $5,145.63 |
| | **Total:** $5,145.63 | | **Total:** $5,145.63 |

| | | | |
|---|---|---|---|
| **Claim:** 3283 | **Debtor:** CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | **Claim:** 11585 | **Debtor:** CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| Date Filed: 01/12/2009 | | Date Filed: 03/12/2009 | |
| Creditor's Name and Address: | Secured: $20,898.00 | Creditor's Name and Address: | Secured: $23,965.59 |
| | Priority: | | Priority: |
| MERCURY INSURANCE COMPANY | Administrative: | MERCURY INSURANCE COMPANY | Administrative: |
| PO BOX 10730 | | PO BOX 10730 | |
| SANTA ANA, CA 92711 | Unsecured: $3,067.59 | SANTA ANA, CA 92711 | Unsecured: |
| | **Total:** $23,965.59 | | **Total:** $23,965.59 |

| | | | |
|---|---|---|---|
| **Claim:** 2216 | **Debtor:** CIRCUIT CITY STORES, INC. (08-35653) | **Claim:** 12534 | **Debtor:** CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/05/2009 | | Date Filed: 04/27/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| MICHIGAN DEPT OF TREASURY | Administrative: | STATE OF MICHIGAN | Administrative: |
| UNCLAIMED PROPERTY DIVISION | | MICHIGAN DEPT OF TREASURY | |
| PO BOX 30756 | Unsecured: UNL | UNCLAIMED PROPERTY DIVISION | Unsecured: $256,478.00 |
| LANSING, MI 48909 | | PO BOX 30756 | |
| | | LANSING, MI 48909 | |
| | **Total:** UNL | | **Total:** $256,478.00 |

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.                                          Debtors' Thirteenth Omnibus Objection to Claims Amended Claims - Disallowed
Case No. 08-35653-KRH

EXHIBIT A

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim:              405<br>Date Filed:      12/02/2008<br>Creditor's Name and Address:<br><br>MINWA ELECTRONICS CO LTD<br>22F FAR EAST FINANCE CENTRE<br>16 HARCOURT ROAD<br>ADMIRALTY, HONG KONG | Debtor:  CIRCUIT CITY STORES, INC. (08-35653)<br><br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:              $131,664.64<br><br>Total:              $131,664.64 | Claim:              2626<br>Date Filed:      01/05/2009<br>Creditor's Name and Address:<br><br>MINWA ELECTRONICS CO LTD<br>22F FAR EAST FINANCE CENTRE<br>16 HARCOURT RD<br>ADMIRALTY, UNKNOWN | Debtor:  CIRCUIT CITY STORES, INC. (08-35653)<br><br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:              $132,495.24<br><br>Total:              $132,495.24 |
| Claim:              2266<br>Date Filed:      12/30/2008<br>Creditor's Name and Address:<br><br>MUNSELLE, SHIRLEY A<br>805 LISA ST<br>BURLESON, TX 76028-6488 | Debtor:  CIRCUIT CITY STORES, INC. (08-35653)<br><br>Secured:              $3,413.69<br>Priority:              $3,413.69<br>Administrative:<br>Unsecured:<br><br>Total:              $6,827.38 | Claim:              11650<br>Date Filed:      02/27/2009<br>Creditor's Name and Address:<br><br>MUNSELLE, SHIRLEY A<br>4726 BENTREE AVE<br>LONG BEACH, CA 90807-1006 | Debtor:  CIRCUIT CITY STORES, INC. (08-35653)<br><br>Secured:<br>Priority:              $3,413.69<br>Administrative:<br>Unsecured:<br><br>Total:              $3,413.69 |
| Claim:              4186<br>Date Filed:      01/21/2009<br>Creditor's Name and Address:<br><br>OERY, CHRIS<br>4775 SUMMIT RIDGE DR NO 2011<br>RENO, NV 89523 | Debtor:  CIRCUIT CITY STORES, INC. (08-35653)<br><br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:              $260.00<br><br>Total:              $260.00 | Claim:              11592<br>Date Filed:      03/17/2009<br>Creditor's Name and Address:<br><br>OERY, CHRIS<br>3545 BALBOA DR<br>RENO, NV 89503 | Debtor:  CIRCUIT CITY STORES, INC. (08-35653)<br><br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:              $260.00<br><br>Total:              $260.00 |
| Claim:              7390<br>Date Filed:      01/28/2009<br>Creditor's Name and Address:<br><br>OLYMPUS IMAGING AMERICA INC AKA TO<br>DEBTOR AS OLYMPUS CORPORATION<br>ANDREW ST CLAIR<br>3500 CORPORATE PKWY<br>CENTER VALLEY, PA 18034 | Debtor:  CIRCUIT CITY STORES, INC. (08-35653)<br><br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:              $17,367,527.47<br><br>Total:              $17,367,527.47 | Claim:              9006<br>Date Filed:      01/30/2009<br>Creditor's Name and Address:<br><br>OLYMPUS IMAGING AMERICA AKA TO<br>DEBTOR AS OLYMPUS CORPORATION<br>ANDREW ST CLAIR<br>3500 CORPORATE PKWY<br>CENTER VALLEY, PA 18034 | Debtor:  CIRCUIT CITY STORES, INC. (08-35653)<br><br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:              $17,367,527.47<br><br>Total:              $17,367,527.47 |
| Claim:              2180<br>Date Filed:      01/05/2009<br>Creditor's Name and Address:<br><br>PARKERSBURG NEWS SENTINEL<br>PO BOX 1787<br>PARKERSBURG, WV 26102 | Debtor:  CIRCUIT CITY STORES, INC. (08-35653)<br><br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:              $18,686.85<br><br>Total:              $18,686.85 | Claim:              10561<br>Date Filed:      02/03/2009<br>Creditor's Name and Address:<br><br>PARKERSBURG NEWS SENTINEL<br>PO BOX 1787<br>PARKERSBURG, WV 26102 | Debtor:  CIRCUIT CITY STORES, INC. (08-35653)<br><br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:              $10,717.50<br><br>Total:              $10,717.50 |

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.

Debtors' Thirteenth Omnibus Objection to Claims Amended Claims - Disallowed

Case No. 08-35653-KRH

EXHIBIT A

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Claim: 5088 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | | Claim: 10273 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | |
| Date Filed: 01/21/2009 | | | Date Filed: 02/17/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| PLATFORM A INC FKA ADVERTISING COM | Administrative: | | PLATFORM A INC FKA ADVERTISINGCOM AN | Administrative: | |
| AN AOL LLC COMPANY | | | AOL LLC COMPANY | | |
| TIFFANY STRELOW COBB ESQ | Unsecured: | $3,253,227.44 | TIFFANY STRELOW COBB ESQ | Unsecured: | $3,069,878.57 |
| VORYS SATER SEYMOUR AND PEASE LLP | | | VORYS SATER SEYMOUR AND PEASE LLP | | |
| 52 EAST GAY ST | Total: | $3,253,227.44 | 52 EAST GAY ST | Total: | $3,069,878.57 |
| PO BOX 1008 | | | PO BOX 1008 | | |
| COLUMBUS, OH 43216-1008 | | | COLUMBUS, OH 43215 | | |
| Claim: 741 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | | Claim: 1710 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | |
| Date Filed: 11/26/2008 | | | Date Filed: 12/11/2008 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| ROSENTHAL & ROSENTHAL INC | Administrative: | | ROSENTHAL & ROSENTHAL INC | Administrative: | |
| DONALD S LEONARD | | | DONALD S LEONARD | | |
| 1370 BROADWAY 3RD FL | Unsecured: | $255,360.00 | 1370 BROADWAY | Unsecured: | $104,832.00 |
| NEW YORK, NY 10018 | | | NEW YORK, NY 10018 | | |
| | Total: | $255,360.00 | | Total: | $104,832.00 |
| Claim: 8032 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | | Claim: 12155 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | |
| Date Filed: 01/29/2009 | | | Date Filed: 03/30/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| SCRIPPS NETWORKS LLC DBA | Administrative: | | SCRIPPS NETWORKS LLC DBA DIYNETWORK | Administrative: | |
| DIYNETWORK COM | | | COM | | |
| ATTN BONNIE KRABBENHOFT | Unsecured: | $3,610.00 | ATTN WENDY GIBSON | Unsecured: | $3,571.43 |
| 9721 SHERRILL BLVD | | | BAKER & HOSTETLER LLP | | |
| KNOXVILLE, TN 37932 | Total: | $3,610.00 | 3200 NATIONAL CITY CTR | Total: | $3,571.43 |
| | | | 1900 E 9TH ST | | |
| | | | CLEVELAND, OH 44114-3485 | | |
| Claim: 8028 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | | Claim: 12156 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | |
| Date Filed: 01/29/2009 | | | Date Filed: 03/30/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| SCRIPPS NETWORKS LLC DBA FINELIVING | Administrative: | | SCRIPPS NETWORKS LLC DBA FINELIVING | Administrative: | |
| COM | | | COM | | |
| ATTN BONNIE KRABBENHOFT | Unsecured: | $5,233.00 | ATTN WENDY GIBSON | Unsecured: | $10,626.19 |
| 9721 SHERRILL BLVD | | | BAKER & HOSTETLER | | |
| KNOXVILLE, TN 37932 | Total: | $5,233.00 | 3200 NATIONAL CITY CTR | Total: | $10,626.19 |
| | | | 1900 E 9TH ST | | |
| | | | CLEVELAND, OH 44114-3485 | | |

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.                                                    Debtors' Thirteenth Omnibus Objection to Claims Amended Claims - Disallowed
Case No. 08-35653-KRH

EXHIBIT A

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

| | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|
| Claim: 8033 | | Claim: 12157 | |
| Date Filed: 01/29/2009 | | Date Filed: 03/30/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| SCRIPPS NETWORKS LLC DBA GACTV COM | Administrative: | SCRIPPS NETWORKS LLC DBA GACTV COM | Administrative: |
| ATTN BONNIE KRABBENHOFT | Unsecured: $1,544.00 | ATTN WENDY GIBSON | Unsecured: $1,428.57 |
| 9721 SHERRILL BLVD | | BAKER & HOSTETLER LLP | |
| KNOXVILLE, TN 37932 | | 3200 NATIONAL CITY CTR | |
| | Total: $1,544.00 | 1900 E 9TH ST | Total: $1,428.57 |
| | | CLEVELAND, OH 44114-3485 | |

| Claim: 4165 | | Claim: 12386 | |
|---|---|---|---|
| Date Filed: 01/16/2009 | | Date Filed: 04/24/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| THE COLUMBUS DISPATCH | Administrative: | THE COLUMBUS DISPATCH | Administrative: |
| WELTMAN WEINBERG & REIS CO LPA | Unsecured: $98,246.66 | WELTMAN WEINBERG & REIS CO LPA | Unsecured: $98,246.66 |
| 175 S THIRD ST STE 900 | | 175 S THIRD ST STE 900 | |
| COLUMBUS, OH 43215 | | COLUMBUS, OH 43215 | |
| | Total: $98,246.66 | | Total: $98,246.66 |

| Claim: 7618 | | Claim: 11814 | |
|---|---|---|---|
| Date Filed: 01/29/2009 | | Date Filed: 03/20/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: $1,815.46 |
| THE LANDING AT ARBOR PLACE II LLC | Administrative: $3,630.92 | THE LANDING AT ARBOR PLACE II LLC | Administrative: |
| C O SCOTT M SHAW | Unsecured: | C O SCOTT M SHAW | Unsecured: |
| HUSCH BLACKWELL SANDERS LLP | | HUSCH BLACKWELL SANDERS LLP | |
| 2030 HAMILTON PL BLVD STE 150 | | 2030 HAMILTON PL BLVD STE 150 | |
| CHATTANOOGA, TN 37421 | Total: $3,630.92 | CHATTANOOGA, TN 37421 | Total: $1,815.46 |

| Claim: 208 | | Claim: 4608 | |
|---|---|---|---|
| Date Filed: 12/01/2008 | | Date Filed: 01/20/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| UMEDISC LTD | Administrative: | UMEDISC LTD | Administrative: |
| UNITS 1 7 6 /F METRO LOFT 38 KWAI HEI ST | Unsecured: $1,413,037.38 | 1 4 /F HALE WEAL INDUSTRIAL | Unsecured: $1,319,501.66 |
| KWAI CHUNG | | 22 28 TAI CHUNG RD | |
| NEW TERRITORIES, HONG KONG | | TSUEN WAN NT, UNKNOWN | |
| | Total: $1,413,037.38 | | Total: $1,319,501.66 |

| Claim: 1774 | | Claim: 10334 | |
|---|---|---|---|
| Date Filed: 12/11/2008 | | Date Filed: 02/09/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| UNIDEN AMERICA CORPORATION | Administrative: | UNIDEN CORP OF AMERICA | Administrative: |
| EULER HERMES ACI | Unsecured: $703,485.97 | LEGAL DEPT | Unsecured: $459,778.85 |
| AGENT OF UNIDEN AMERICA | | 4700 AMON CARTER BLVD | |
| CORPORATION | | FORT WORTH, TX 76155 | |
| 800 RED BROOK BLVD | Total: $703,485.97 | | Total: $459,778.85 |
| OWINGS MILLS, MD 21117 | | | |

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.    Debtors' Thirteenth Omnibus Objection to Claims Amended Claims - Disallowed
Case No. 08-35653-KRH

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | | | SURVIVING CLAIM * | | |
|---|---|---|---|---|---|
| Claim: 1267 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 12255 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/18/2008 | | | Date Filed: 04/09/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| UNIVERSAL STUDIOS HOME | Administrative: | $1,985,239.31 | UNIVERSAL STUDIOS HOME | Administrative: | |
| ENTERTAINMENT LLC | Unsecured: | | ENTERTAINMENT LLC | Unsecured: | $1,985,239.31 |
| 100 UNIVERSAL CITY PLAZA 1440 6 | | | 100 UNIVERSAL CITY PLAZA 1440 6 | | |
| UNIVERSAL CITY, CA 91608 | | | UNIVERSAL CITY, CA 91608 | | |
| | Total: | $1,985,239.31 | | Total: | $1,985,239.31 |
| Claim: 8612 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 10948 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/29/2009 | | | Date Filed: 02/03/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| VANCE BALDWIN INC | Administrative: | | VANCE BALDWIN INC | Administrative: | |
| C O RONALD S GELLERT ESQ | Unsecured: | UNL | C O RONALD S GELLERT ESQ | Unsecured: | $298,004.96 |
| ECKERT SEAMANS CHERIN & MELLOTT LLC | | | ECKERT SEAMANS CHERIN & MELLOTT LLC | | |
| 2 LIBERTY PL 50 S 16TH ST 22ND FL | | | 2 LIBERTY PL 50 S 16TH ST 22ND FL | | |
| PHILADELPHIA, PA 19102-0000 | Total: | UNL | PHILADELPHIA, PA 19102-0000 | Total: | $298,004.96 |

Total Claims To Be Disallowed:    46

Total Asserted Amount To Be Disallowed:    $670,022,597.36

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc., et al.    Thirty-Fifth Omnibus Objection to Claims Amended
Case No. 08-35653-KRH    Claims - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GENERAL ELECTRIC GE CONSUMER & INDUSTRIAL DIVISION GE CONSUMER & INDUSTRIAL DIVISION C O DEHAAN & BACH 11256 CORNELL PARK DR STE 500 CINCINNATI, OH 45242 | 9027 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $28,334,193.54 $28,334,193.54 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:    1    $28,334,193.54

*    "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7        User: frenchs          Page 1 of 1              Date Rcvd: Aug 12, 2009
Case: 08-35653             Form ID: pdforder      Total Noticed: 1

The following entities were noticed by first class mail on Aug 14, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 14, 2009**               **Signature:**