```
Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
           Debtors.           :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER ON DEBTORS' EIGHTEENTH OMNIBUS OBJECTION
TO CLAIMS (RECLASSIFIED OF CLAIMS FILED
<u>BY EQUITY HOLDERS TO INTERESTS)</u>**

THIS MATTER having come before the Court on the

Debtors' Eighteenth Omnibus Objection To Claims

(Reclassified Of Claims Filed By Equity Holders To

Interests)(the "Objection"), and it appearing that due and

proper notice and service of the Objection has been given in

compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.   The claims identified on <u>Exhibit A – Eighteenth Omnibus Objection To Claims (Reclassified Of Claims Filed By Equity Holders To Interests) – Reclassified Claims</u> as attached hereto and incorporated herein, are forever reclassified as set forth on <u>Exhibit A</u> for all purposes in these bankruptcy cases..

2.   The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases are hereby preserved in their entirety.

3.   The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
      August \_\_, 2009
        Aug 12 2009

                        /s/ Kevin R. Huennekens
                        _____
                        HONORABLE KEVIN R. HUENNEKENS
                        UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Aug 12 2009

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                              _/s/ Douglas M. Foley_____
                              Douglas M. Foley

\9708591.1

4

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Eighteenth Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 7843<br>Date Filed: 01/29/2009<br>Docketed Total: $200.00<br>Filing Creditor Name and Address:<br>YAOHUA WANG<br>5304 TRACTOR LN<br>FAIRFAX, VA 22030 | Claim Holder Name and Address<br><br>WANG, YAOHUA<br>5304 TRACTOR LN<br>FAIRFAX, VA 22030 | Docketed Total: | | $200.00 | Modified Total: | $200.00 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$200.00 | Case Number<br>08-35653 | Interest<br>$200.00 |
| Claim: 5953<br>Date Filed: 01/27/2009<br>Docketed Total: $437.27<br>Filing Creditor Name and Address:<br>YASHWIN PATEL<br>9522 MARSHALL RD<br>EDEN PRAIRIE, MN 55347 | Claim Holder Name and Address<br><br>PATEL, YASHWIN<br>9522 MARSHALL RD<br>EDEN PRAIRIE, MN 55347 | Docketed Total: | | $437.27 | Modified Total: | $437.27 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$437.27 | Case Number<br>08-35653 | Interest<br>$437.27 |
| Claim: 3680<br>Date Filed: 01/13/2009<br>Docketed Total: $112.98<br>Filing Creditor Name and Address:<br>YEBER, ANTHONY AKA AUSTIN YEBER<br>120 E 37 ST<br>HALEAN, FL 33013 | Claim Holder Name and Address<br><br>YEBER, ANTHONY AKA AUSTIN YEBER<br>120 E 37 ST<br>HALEAN, FL 33013 | Docketed Total: | | $112.98 | Modified Total: | $112.98 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$112.98 | Case Number<br>08-35653 | Interest<br>$112.98 |
| Claim: 4520<br>Date Filed: 01/20/2009<br>Docketed Total: $16,315.00<br>Filing Creditor Name and Address:<br>YI SHENG LI<br>470 52ST 3FL<br>BROOKLYN, NY 11220 | Claim Holder Name and Address<br><br>LI, YI SHENG<br>470 52ST 3FL<br>BROOKLYN, NY 11220 | Docketed Total: | | $16,315.00 | Modified Total: | $16,315.00 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$16,315.00 | Case Number<br>08-35653 | Interest<br>$16,315.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Eighteenth Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 6259<br>Date Filed: 01/27/2009<br>Docketed Total: $100.00<br>Filing Creditor Name and Address:<br>YI ZHAO<br>1404 NW 179 ST<br>EDMOND, OK 73012 | Claim Holder Name and Address<br>ZHAO, YI<br>1404 NW 179 ST<br>EDMOND, OK 73012 | Docketed Total: | | $100.00 | Modified Total: | $100.00 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$100.00 | Case Number<br>08-35653 | Interest<br>$100.00 |
| Claim: 4054<br>Date Filed: 01/20/2009<br>Docketed Total: $3,710.95<br>Filing Creditor Name and Address:<br>YIMIN ZHANG<br>4816 OAKBARK CT<br>ERIE, PA 16506-5236 | Claim Holder Name and Address<br>ZHANG, YIMIN<br>4816 OAKBARK CT<br>ERIE, PA 16506-5236 | Docketed Total: | | $3,710.95 | Modified Total: | $3,710.95 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$3,710.95 | Case Number<br>08-35653 | Interest<br>$3,710.95 |
| Claim: 8409<br>Date Filed: 01/29/2009<br>Docketed Total: $738.20<br>Filing Creditor Name and Address:<br>YING CAI<br>10123 ARBOR DR<br>SHREWBURY, MA 01545 | Claim Holder Name and Address<br>CAI, YING<br>10123 ARBOR DR<br>SHREWSBURY, MA 01545 | Docketed Total: | | $738.20 | Modified Total: | $738.20 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$738.20 | Case Number<br>08-35653 | Interest<br>$738.20 |
| Claim: 9968<br>Date Filed: 01/30/2009<br>Docketed Total: $4,010.00<br>Filing Creditor Name and Address:<br>YINGCHUN HU AND JIANG QIU<br>2213 NELSON AVE NO C<br>REDONDO BCH, CA 90278 | Claim Holder Name and Address<br>YINGCHUN HU AND JIANG QIU<br>2213 NELSON AVE NO C<br>REDONDO BCH, CA 90278 | Docketed Total: | | $4,010.00 | Modified Total: | $4,010.00 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$4,010.00 | Case Number<br>08-35653 | Interest<br>$4,010.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Eighteenth Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2466<br>Date Filed:   01/05/2009<br>Docketed Total:   $26.68<br>Filing Creditor Name and Address:<br>  YOUMAN, ALVIN AND ELAINE S<br>  40 BEECHWOOD DR<br>  DARTMOUTH, MA 02748 | Claim Holder Name and Address<br>  YOUMAN, ALVIN AND ELAINE S    Docketed Total:    $26.68<br>  40 BEECHWOOD DR<br>  DARTMOUTH, MA 02748<br><br>Case Number    Secured    Priority    Unsecured<br>08-35653                                            $26.68 | Modified Total:    $26.68<br><br>Case Number                                              Interest<br>08-35653                                                    $26.68 |
| Claim: 2488<br>Date Filed:   01/05/2009<br>Docketed Total:   $13.50<br>Filing Creditor Name and Address:<br>  YOX, JOHN E & MARY E<br>  2220 CENTER ST<br>  GARDEN CITY, KS 67846 | Claim Holder Name and Address<br>  YOX, JOHN E & MARY E    Docketed Total:    $13.50<br>  2220 CENTER ST<br>  GARDEN CITY, KS 67846<br><br>Case Number    Secured    Priority    Unsecured<br>08-35653                                            $13.50 | Modified Total:    $13.50<br><br>Case Number                                              Interest<br>08-35653                                                    $13.50 |
| Claim: 5913<br>Date Filed:   01/26/2009<br>Docketed Total:   $12,500.00<br>Filing Creditor Name and Address:<br>  YU CHEN<br>  250 MIDDLE LN APT 205<br>  GROTON, CT 06340 | Claim Holder Name and Address<br>  CHEN, YU    Docketed Total:    $12,500.00<br>  250 MIDDLE LN APT 205<br>  GROTON, CT 06340<br><br>Case Number    Secured    Priority    Unsecured<br>08-35653    $12,500.00 | Modified Total:    $12,500.00<br><br>Case Number                                              Interest<br>08-35653                                                    $12,500.00 |
| Claim: 2984<br>Date Filed:   01/08/2009<br>Docketed Total:   $6,229.90<br>Filing Creditor Name and Address:<br>  YU, ALEXANDRA & DANIEL<br>  7604 BELLS MILL<br>  BETHESDA, MD 20817 | Claim Holder Name and Address<br>  YU, ALEXANDRA & DANIEL    Docketed Total:    $6,229.90<br>  7604 BELLS MILL<br>  BETHESDA, MD 20817<br><br>Case Number    Secured    Priority    Unsecured<br>08-35653                                            $6,229.90 | Modified Total:    $6,229.90<br><br>Case Number                                              Interest<br>08-35653                                                    $6,229.90 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Eighteenth Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4144<br>Date Filed: 01/20/2009<br>Docketed Total: $3,506.10<br>Filing Creditor Name and Address:<br>YUEN MING CHAN<br>154 04 BAYSIDE AVE<br>FLUSHING, NY 11354 | Claim Holder Name and Address<br>CHAN, YUEN MING<br>154 04 BAYSIDE AVE<br>FLUSHING, NY 11354<br><br>Docketed Total: $3,506.10<br><br>Case Number / Secured / Priority / Unsecured<br>08-35653 / / / $3,506.10 | Modified Total: $3,506.10<br><br>Case Number / Interest<br>08-35653 / $3,506.10 |
| Claim: 4170<br>Date Filed: 01/20/2009<br>Docketed Total: $46,300.00<br>Filing Creditor Name and Address:<br>YUEN YIU CHEN & NGAR YUK CHEN<br>154 04 BAYSIDE AVE<br>FLUSHING, NY 11354 | Claim Holder Name and Address<br>CHEN, YUEN YIU & NGAR YUK<br>154 04 BAYSIDE AVE<br>FLUSHING, NY 11354<br><br>Docketed Total: $46,300.00<br><br>Case Number / Secured / Priority / Unsecured<br>08-35653 / / / $46,300.00 | Modified Total: $46,300.00<br><br>Case Number / Interest<br>08-35653 / $46,300.00 |
| Claim: 7846<br>Date Filed: 01/29/2009<br>Docketed Total: $50.00<br>Filing Creditor Name and Address:<br>YUNYAN SHENG<br>5304 TRACTOR LN<br>FAIRFAX, VA 22030 | Claim Holder Name and Address<br>SHENG, YUNYAN<br>5304 TRACTOR LN<br>FAIRFAX, VA 22030<br><br>Docketed Total: $50.00<br><br>Case Number / Secured / Priority / Unsecured<br>08-35653 / / / $50.00 | Modified Total: $50.00<br><br>Case Number / Interest<br>08-35653 / $50.00 |
| Claim: 6150<br>Date Filed: 01/26/2009<br>Docketed Total: $384.79<br>Filing Creditor Name and Address:<br>ZAHI SAMEEH DARAWSHEH<br>429 WEDGEWOOD ARMS<br>GREENVILLE, NC 27858 | Claim Holder Name and Address<br>DARAWSHEH, ZAHI SAMEEH<br>429 WEDGEWOOD ARMS<br>GREENVILLE, NC 27858<br><br>Docketed Total: $384.79<br><br>Case Number / Secured / Priority / Unsecured<br>08-35653 / / / $384.79 | Modified Total: $384.79<br><br>Case Number / Interest<br>08-35653 / $384.79 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Eighteenth Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 3422<br>Date Filed: 01/13/2009<br>Docketed Total: $26,316.98<br>Filing Creditor Name and Address:<br>ZAKA SULEHRIA<br>5873 S ESPANA ST<br>CENTENNIAL, CO 80015 | Claim Holder Name and Address<br>SULEHRIA, ZAKA<br>5873 S ESPANA ST<br>CENTENNIAL, CO 80015<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br><br>Secured | $26,316.98<br><br><br><br>Priority<br>$26,316.98 | <br><br><br><br>Unsecured | Modified Total:<br><br><br><br>Case Number<br>08-35653 | $26,316.98<br><br><br><br>Interest<br>$26,316.98 |
| Claim: 3698<br>Date Filed: 01/13/2009<br>Docketed Total: $276.25<br>Filing Creditor Name and Address:<br>ZAKA SULEHRIA<br>5873 S ESPANA ST<br>CENTENNIAL, CO 80015 | Claim Holder Name and Address<br>SULEHRIA, ZAKA<br>5873 S ESPANA ST<br>CENTENNIAL, CO 80015<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br><br>Secured | $276.25<br><br><br><br>Priority<br>$276.25 | <br><br><br><br>Unsecured | Modified Total:<br><br><br><br>Case Number<br>08-35653 | $276.25<br><br><br><br>Interest<br>$276.25 |
| Claim: 7463<br>Date Filed: 01/29/2009<br>Docketed Total: $1,125.60<br>Filing Creditor Name and Address:<br>ZAKARIA A KHALID<br>4502 JAVINS PL<br>WOODBRIDGE, VA 22192 | Claim Holder Name and Address<br>KHALID, ZAKARIA A<br>4502 JAVINS PL<br>WOODBRIDGE, VA 22192<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br><br>Secured | $1,125.60<br><br><br><br>Priority | <br><br><br><br>Unsecured<br>$1,125.60 | Modified Total:<br><br><br><br>Case Number<br>08-35653 | $1,125.60<br><br><br><br>Interest<br>$1,125.60 |
| Claim: 8245<br>Date Filed: 01/29/2009<br>Docketed Total: $102,100.00<br>Filing Creditor Name and Address:<br>ZAKIR, MUHAMMAD<br>50 25 60TH ST<br>WOODSIDE, NY 11377 | Claim Holder Name and Address<br>ZAKIR, MUHAMMAD<br>50 25 60TH ST<br>WOODSIDE, NY 11377<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br><br>Secured | $102,100.00<br><br><br><br>Priority | <br><br><br><br>Unsecured<br>$102,100.00 | Modified Total:<br><br><br><br>Case Number<br>08-35653 | $102,100.00<br><br><br><br>Interest<br>$102,100.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Eighteenth Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 9235<br>Date Filed: 01/30/2009<br>Docketed Total: $101,200.00<br>Filing Creditor Name and Address:<br>ZAKIR, MUHAMMAD<br>50 25 60TH ST<br>WOODSIDE, NY 11377 | Claim Holder Name and Address<br><br>ZAKIR, MUHAMMAD<br>50 25 60TH ST<br>WOODSIDE, NY 11377 | Docketed Total: | | $101,200.00 | Modified Total: | $101,200.00 |
| | <u>Case Number</u><br>08-35653 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$101,200.00 | <u>Case Number</u><br>08-35653 | <u>Interest</u><br>$101,200.00 |
| Claim: 5545<br>Date Filed: 01/26/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>ZAMUDIO, CORINE<br>PO BOX 2566<br>SAN BERNARDINO, CA 92406 | Claim Holder Name and Address<br><br>ZAMUDIO, CORINE<br>PO BOX 2566<br>SAN BERNARDINO, CA 92406 | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | <u>Case Number</u><br>08-35653 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>UNL | <u>Case Number</u><br>08-35653 | <u>Interest</u><br>$0.00 |
| Claim: 3301<br>Date Filed: 01/12/2009<br>Docketed Total: $850.00<br>Filing Creditor Name and Address:<br>ZHAN, JIYU<br>10109 CARILLON DR<br>ELLICOTT CITY, MD 21042 | Claim Holder Name and Address<br><br>ZHAN, JIYU<br>10109 CARILLON DR<br>ELLICOTT CITY, MD 21042 | Docketed Total: | | $850.00 | Modified Total: | $850.00 |
| | <u>Case Number</u><br>08-35653 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$850.00 | <u>Case Number</u><br>08-35653 | <u>Interest</u><br>$850.00 |
| Claim: 9418<br>Date Filed: 01/30/2009<br>Docketed Total: $7,897.00<br>Filing Creditor Name and Address:<br>ZHANG, XINGDONG<br>30221 FRONTERA DEL NORTE<br>HIGHLAND, CA 92346 | Claim Holder Name and Address<br><br>ZHANG, XINGDONG<br>30221 FRONTERA DEL NORTE<br>HIGHLAND, CA 92346 | Docketed Total: | | $7,897.00 | Modified Total: | $7,897.00 |
| | <u>Case Number</u><br>08-35653 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$7,897.00 | <u>Case Number</u><br>08-35653 | <u>Interest</u><br>$7,897.00 |

\*   "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 4517    Filed 08/14/09    Entered 08/15/09 01:19:56    Desc
Imaged Certificate of Service    Page 11 of 12

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Eighteenth Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9409<br>Date Filed: 01/30/2009<br>Docketed Total: $4,997.35<br>Filing Creditor Name and Address:<br>ZHENG, XUEHE<br>935 N PARK AVE<br>POMONA, CA 91768 | Claim Holder Name and Address<br>ZHENG, XUEHE<br>935 N PARK AVE<br>POMONA, CA 91768<br>Docketed Total: $4,997.35<br><br>Case Number    Secured    Priority    Unsecured<br>08-35653                                            $4,997.35 | Modified Total: $4,997.35<br><br><br>Case Number                                            Interest<br>08-35653                                            $4,997.35 |
| Claim: 3606<br>Date Filed: 01/13/2009<br>Docketed Total: $375.02<br>Filing Creditor Name and Address:<br>ZIELINSKI, JASON & CYNTHIA L MACOIT<br>51413 BAKER RD<br>CHESTERFIELD TOWNSHIP, MI 48047 | Claim Holder Name and Address<br>ZIELINSKI, JASON & CYNTHIA L MACOIT<br>51413 BAKER RD<br>CHESTERFIELD TOWNSHIP, MI 48047<br>Docketed Total: $375.02<br><br>Case Number    Secured    Priority    Unsecured<br>08-35653                                            $375.02 | Modified Total: $375.02<br><br><br>Case Number                                            Interest<br>08-35653                                            $375.02 |
| Claim: 3521<br>Date Filed: 01/13/2009<br>Docketed Total: $9,280.00<br>Filing Creditor Name and Address:<br>ZISSELMAN, MARC D<br>67 KNOLLS DR N<br>MANHASSET HILLS, NY 11040 | Claim Holder Name and Address<br>ZISSELMAN, MARC D<br>67 KNOLLS DR N<br>MANHASSET HILLS, NY 11040<br>Docketed Total: $9,280.00<br><br>Case Number    Secured    Priority    Unsecured<br>08-35653                                            $9,280.00 | Modified Total: $9,280.00<br><br><br>Case Number                                            Interest<br>08-35653                                            $9,280.00 |
| | | **Total Claims To Be Modified: 27**<br>**Total Amount As Docketed:** $349,053.57<br>**Total Amount As Modified:** $349,053.57 |

\*    "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1               Date Rcvd: Aug 12, 2009
Case: 08-35653                Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Aug 14, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 14, 2009**                    **Signature:** _Joseph Speetjens_