Gregg M. Galardi, Esq.                    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                   Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &           MCGUIREWOODS LLP
FLOM, LLP                                 One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

                    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
                          RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :    Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :    Case No. 08-35653 (KRH)
et al.,                      :
                             :
            Debtors.         :    Jointly Administered
- - - - - - - - - - - - - - x

**ORDER ON DEBTORS' NINETEENTH OMNIBUS OBJECTION TO CLAIMS
(RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL
UNSECURED, NON-PRIORITY CLAIMS)**

THIS MATTER having come before the Court on the

Debtors' Nineteenth Omnibus Objection To Claims

(Reclassification of Certain Misclassified Claims to General

Unsecured, Non-Priority Claims)(the "Objection"), and it

appearing that due and proper notice and service of the

Objection has been given in compliance with Fed. R. Bankr.
P. 3007 and 7004 and LBR 3007-1 and was good and sufficient
and that no other further notice or service of the Objection
need be given; and it further appearing that certain parties
filed responses to the Objection; and it appearing that the
relief requested on the Objection is in the best interest of
the Debtors, their estates and creditors and other parties-
in-interest; and after due deliberation thereon good and
sufficient cause exists for the granting of the relief as
set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.   The claims identified on <u>Exhibit A – Nineteenth
Omnibus Objection To Claims (Reclassification of Certain
Misclassified Claims to General Unsecured, Non-Priority
Claims) - Reclassified Claims</u> as attached hereto and
incorporated herein, are forever reclassified as set forth
on <u>Exhibit A</u> for all purposes in these bankruptcy cases.

2.   The status hearing on the Objection to the claims
identified on <u>Exhibit B – Nineteenth Omnibus Objection To
Claims (Reclassification of Certain Misclassified Claims to
General Unsecured, Non-Priority Claims) - Adjourned Claims</u>
as attached hereto and incorporated herein, is hereby

2

adjourned to August 27, 2009, at 11:00 a.m. (Eastern) or

until such later time as agreed by the parties.

    3.   The Debtors' rights and abilities to object to any

claim included in the Objection on any grounds and on any

bases are hereby preserved in their entirety.

    4.   The Debtors shall serve a copy of this Order on

the claimants included on the exhibits to this Order on or

before five (5) business days from the entry of this Order.


Dated: Richmond, Virginia
       August  __, 2009

Aug 12 2009

/s/ Kevin R. Huennekens
_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket:  Aug 12 2009

3

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

     Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                              _/s/ Douglas M. Foley_____
                              Douglas M. Foley

\9708615.1

4

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 3019**
Date Filed: 01/08/2009
Docketed Total: $9,860.00
Filing Creditor Name and Address:
ADVENTURE SATELLITE TV
4443 COUNTY RD 218 WEST
STE 105
MIDDLEBURG, FL 32068

Claim Holder Name and Address
ADVENTURE SATELLITE TV
4443 COUNTY RD 218 WEST
STE 105
MIDDLEBURG, FL 32068

Case Number: 08-35653
Docketed Total: $9,860.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $9,860.00 | |

Case Number: 08-35653
Modified Total: $9,860.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $9,860.00 |

---

**Claim: 4492**
Date Filed: 01/21/2009
Docketed Total: $2,515.00
Filing Creditor Name and Address:
ALL STAR MEDIA CONCEPTS
72 IRONDALE RD
WHARTON, NJ 07885

Claim Holder Name and Address
ALL STAR MEDIA CONCEPTS
72 IRONDALE RD
WHARTON, NJ 07885

Case Number: 08-35653
Docketed Total: $2,515.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $2,515.00 | |

Case Number: 08-35653
Modified Total: $2,515.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,515.00 |

---

**Claim: 17**
Date Filed: 11/19/2008
Docketed Total: $2,315.00
Filing Creditor Name and Address:
ANCHOR INSTALLATIONS LLC
6712 ELMWOOD AVE
CHEYENNE, WY 82007

Claim Holder Name and Address
ANCHOR INSTALLATIONS LLC
6712 ELMWOOD AVE
CHEYENNE, WY 82007

Case Number: 08-35653
Docketed Total: $2,315.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $2,315.00 | |

Case Number: 08-35653
Modified Total: $2,315.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,315.00 |

---

**Claim: 333**
Date Filed: 11/21/2008
Docketed Total: $1,455.00
Filing Creditor Name and Address:
ANCHOR INSTALLATIONS LLC
6712 ELMWOOD AVE
CHEYENNE, WY 82007

Claim Holder Name and Address
ANCHOR INSTALLATIONS LLC
6712 ELMWOOD AVE
CHEYENNE, WY 82007

Case Number: 08-35653
Docketed Total: $1,455.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $1,455.00 | |

Case Number: 08-35653
Modified Total: $1,455.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,455.00 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7481<br>Date Filed:    01/28/2009<br>Docketed Total:    $291,630.23<br>Filing Creditor Name and Address:<br>AR INVESTMENTS, L P<br>C/O TERRA ENTERPRISES INC<br>11812 SAN VICENTE BLVD SUITE 510<br>LOS ANGELES, CA 90049 | Claim Holder Name and Address        Case Number:        08-35653<br>AR INVESTMENTS, L P        Docketed Total:    **$291,630.23**<br>C/O TERRA ENTERPRISES INC<br>11812 SAN VICENTE BLVD SUITE 510<br>LOS ANGELES, CA 90049<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                            $291,630.23 | Case Number:        08-35653<br>Modified Total:    **$291,630.23**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                            $291,630.23 |
| Claim: 3216<br>Date Filed:    01/09/2009<br>Docketed Total:    $11,143.79<br>Filing Creditor Name and Address:<br>ARCHITECTURAL CAST STONE INCORPORATED<br>2775 NORTON CREEK DR<br>WEST CHICAGO, IL 60185-6411 | Claim Holder Name and Address        Case Number:        08-35653<br>ARCHITECTURAL CAST STONE INCORPORATED        Docketed Total:    **$11,143.79**<br>2775 NORTON CREEK DR<br>WEST CHICAGO, IL 60185-6411<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                    $11,143.79 | Case Number:        08-35653<br>Modified Total:    **$11,143.79**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                            $11,143.79 |
| Claim: 8753<br>Date Filed:    01/30/2009<br>Docketed Total:    $1,544,305.00<br>Filing Creditor Name and Address:<br>AT&T CAPITAL SERVICES INC<br>ERIC H HORN ESQ<br>LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVE<br>ROSELAND, NJ 07068 | Claim Holder Name and Address        Case Number:        08-35653<br>AT&T CAPITAL SERVICES INC        Docketed Total:    **$1,544,305.00**<br>ERIC H HORN ESQ<br>LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVE<br>ROSELAND, NJ 07068<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                    $1,544,305.00 | Case Number:        08-35653<br>Modified Total:    **$1,544,305.00**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                            $1,544,305.00 |
| Claim: 6270<br>Date Filed:    01/26/2009<br>Docketed Total:    $2,360.00<br>Filing Creditor Name and Address:<br>AUDIO INNOVATIONS INC<br>133 NE 91 ST<br>KANSAS CITY, MO 64155 | Claim Holder Name and Address        Case Number:        08-35653<br>AUDIO INNOVATIONS INC        Docketed Total:    **$2,360.00**<br>133 NE 91 ST<br>KANSAS CITY, MO 64155<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                            $2,360.00 | Case Number:        08-35653<br>Modified Total:    **$2,360.00**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                            $2,360.00 |

*        "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 4790**
Date Filed: 01/21/2009
Docketed Total: $2,135.00
Filing Creditor Name and Address:
AUDIO VIDEO EXCELLENCE
611 W MANLIUS ST
E SYRACUSE, NY 13057

Claim Holder Name and Address
AUDIO VIDEO EXCELLENCE
611 W MANLIUS ST
E SYRACUSE, NY 13057

Case Number: 08-35653
Docketed Total: $2,135.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $2,135.00 | |

Case Number: 08-35653
Modified Total: $2,135.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,135.00 |

---

**Claim: 4792**
Date Filed: 01/21/2009
Docketed Total: $2,135.00
Filing Creditor Name and Address:
AUDIO VIDEO EXCELLENCE
611 W MANLIUS ST
E SYRACUSE, NY 13057

Claim Holder Name and Address
AUDIO VIDEO EXCELLENCE
611 W MANLIUS ST
E SYRACUSE, NY 13057

Case Number: 08-35653
Docketed Total: $2,135.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $2,135.00 | |

Case Number: 08-35653
Modified Total: $2,135.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,135.00 |

---

**Claim: 9047**
Date Filed: 01/30/2009
Docketed Total: $103,771.00
Filing Creditor Name and Address:
BAGBY & RUSSELL ELECTRIC
COMPANY INC
SIROTE & PERMUTT PC
1 ST LOUIS CTR STE 1000
MOBILE, AL 36652

Claim Holder Name and Address
BAGBY & RUSSELL ELECTRIC
COMPANY INC
SIROTE & PERMUTT PC
1 ST LOUIS CTR STE 1000
MOBILE, AL 36652

Case Number: 08-35653
Docketed Total: $103,771.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $103,771.00 | | |

Case Number: 08-35653
Modified Total: $103,771.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $103,771.00 |

---

**Claim: 3661**
Date Filed: 01/13/2009
Docketed Total: $0.00
Filing Creditor Name and Address:
BAR B Q EXPRESS
NO 55 TIFFANY PLAZA
ARDMORE, OK 73401

Claim Holder Name and Address
BAR B Q EXPRESS
NO 55 TIFFANY PLAZA
ARDMORE, OK 73401

Case Number: 08-35653
Docketed Total: UNL

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $0.00 | | |

Case Number: 08-35653
Modified Total: $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

---

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| Claim: 2088<br>Date Filed:  01/02/2009<br>Docketed Total:     $343.75<br>Filing Creditor Name and Address:<br>  BASSETT & ASSOCIATES, RW<br>  621 E FOSTER AVE<br>  ROSELLE, IL 60172 | Claim Holder Name and Address<br><br>BASSETT & ASSOCIATES, RW<br>621 E FOSTER AVE<br>ROSELLE, IL 60172 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>**$343.75** | | Case Number:<br><br>Modified Total: | 08-35653<br><br>**$343.75** |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority<br>$343.75 | | Unsecured<br>$343.75 | 503(b)(9)   Reclamation   Admin   Secured   Priority | | Unsecured<br>$343.75 |
| Claim: 8963<br>Date Filed:  01/30/2009<br>Docketed Total:     $22,222.00<br>Filing Creditor Name and Address:<br>  BEST VENDORS<br>  2400 YORKMONT RD<br>  CHARLOTTE, NC 28217 | Claim Holder Name and Address<br><br>BEST VENDORS<br>2400 YORKMONT RD<br>CHARLOTTE, NC 28217 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>**$22,222.00** | | Case Number:<br><br>Modified Total: | 08-35653<br><br>**$22,222.00** |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority<br>$22,222.00 | | Unsecured<br>$22,222.00 | 503(b)(9)   Reclamation   Admin   Secured   Priority | | Unsecured<br>$22,222.00 |
| Claim: 1690<br>Date Filed:  12/19/2008<br>Docketed Total:     $697.50<br>Filing Creditor Name and Address:<br>  BOWMAN JR, JOHN G<br>  2329 ASHLEY PL DR<br>  ST CHARLES, MO 63303 | Claim Holder Name and Address<br><br>BOWMAN JR, JOHN G<br>2329 ASHLEY PL DR<br>ST CHARLES, MO 63303 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>**$697.50** | | Case Number:<br><br>Modified Total: | 08-35653<br><br>**$697.50** |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority<br>$697.50 | | Unsecured<br>$697.50 | 503(b)(9)   Reclamation   Admin   Secured   Priority | | Unsecured<br>$697.50 |
| Claim: 7451<br>Date Filed:  01/28/2009<br>Docketed Total:     $199,393.04<br>Filing Creditor Name and Address:<br>  BR FRIES & ASSOCIATES LLC<br>  355 LEXINGTON AVE STE 1400<br>  NEW YORK, NY 10017 | Claim Holder Name and Address<br><br>BR FRIES & ASSOCIATES LLC<br>355 LEXINGTON AVE STE 1400<br>NEW YORK, NY 10017 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>**$199,393.04** | | Case Number:<br><br>Modified Total: | 08-35653<br><br>**$199,393.04** |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority<br>$199,393.04 | | Unsecured | 503(b)(9)   Reclamation   Admin   Secured   Priority | | Unsecured<br>$199,393.04 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|

**Claim: 6900**
Date Filed:   01/28/2009
Docketed Total:   $2,232.76
Filing Creditor Name and Address:
  BRIAN ROBERT PERLEBERG
  15N848 MEADOW CT
  HAMPSHIRE, IL 60140

Claim Holder Name and Address
BRIAN ROBERT PERLEBERG
15N848 MEADOW CT
HAMPSHIRE, IL 60140

| | Case Number: | 08-35653 |
| Docketed Total: | | **$2,232.76** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $2,232.76 | |

| | Case Number: | 08-35653 |
| Modified Total: | | **$2,232.76** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,232.76 |

---

**Claim: 8669**
Date Filed:   01/29/2009
Docketed Total:   $88,305.00
Filing Creditor Name and Address:
  BRINKMANN CONSTRUCTION
  CO, RG
  16650 CHESTERFIELD GROVE RD
  STE 100
  CHESTERFIELD, MO 63005

Claim Holder Name and Address
BRINKMANN CONSTRUCTION CO,
RG
16650 CHESTERFIELD GROVE RD STE
100
CHESTERFIELD, MO 63005

| | Case Number: | 08-35653 |
| Docketed Total: | | **$88,305.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $88,305.00 | | |

| | Case Number: | 08-35653 |
| Modified Total: | | **$88,305.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $88,305.00 |

---

**Claim: 2389**
Date Filed:   01/02/2009
Docketed Total:   $350.00
Filing Creditor Name and Address:
  BROCKTON, CITY OF
  BROCKTON CITY OF
  WEIGHTS & MEASURES DEPT
  45 SCHOOL ST CITY HALL
  BROCKTON, MA 02301

Claim Holder Name and Address
BROCKTON, CITY OF
BROCKTON CITY OF
WEIGHTS & MEASURES DEPT
45 SCHOOL ST CITY HALL
BROCKTON, MA 02301

| | Case Number: | 08-35653 |
| Docketed Total: | | **$350.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $350.00 | |

| | Case Number: | 08-35653 |
| Modified Total: | | **$350.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $350.00 |

---

**Claim: 8205**
Date Filed:   01/29/2009
Docketed Total:   $211.98
Filing Creditor Name and Address:
  CAN 2 OF COLUMBUS
  744 TAYLOR AVE
  COLUMBUS, OH 43219

Claim Holder Name and Address
CAN 2 OF COLUMBUS
744 TAYLOR AVE
COLUMBUS, OH 43219

| | Case Number: | 08-35653 |
| Docketed Total: | | **$211.98** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $211.98 | |

| | Case Number: | 08-35653 |
| Modified Total: | | **$211.98** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $211.98 |

---

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10508**
Date Filed: 02/02/2009
Docketed Total: $0.00
Filing Creditor Name and Address:
CHRISTOPHER, TAMARA
22 FAIRVIEW TER
ANNISTON, AL 36207

Claim Holder Name and Address
CHRISTOPHER, TAMARA
22 FAIRVIEW TER
ANNISTON, AL 36207

Case Number: 08-35653
Docketed Total: **UNL**

Case Number: 08-35653
Modified Total: **$0.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $0.00 | | | | | | | | $0.00 |

**Claim: 5424**
Date Filed: 01/26/2009
Docketed Total: $2,715.00
Filing Creditor Name and Address:
CINEMA PROS INSTALLATIONS
10320 HIDDEN OAK DR
SUNLAND, CA 91040

Claim Holder Name and Address
CINEMA PROS INSTALLATIONS
10320 HIDDEN OAK DR
SUNLAND, CA 91040

Case Number: 08-35653
Docketed Total: **$2,715.00**

Case Number: 08-35653
Modified Total: **$2,715.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $2,715.00 | | | | | | | $2,715.00 |

**Claim: 2007**
Date Filed: 12/29/2008
Docketed Total: $239.50
Filing Creditor Name and Address:
CITY OF FRANKLIN
PO BOX 705
FRANKLIN, TN 37065

Claim Holder Name and Address
CITY OF FRANKLIN
PO BOX 705
FRANKLIN, TN 37065

Case Number: 08-35653
Docketed Total: **$239.50**

Case Number: 08-35653
Modified Total: **$239.50**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $239.50 | | | | | | | | $239.50 |

**Claim: 5450**
Date Filed: 01/26/2009
Docketed Total: $444.54
Filing Creditor Name and Address:
CITY OF GRANDVILLE
3195 WILSON AVE
GRANDVILLE, MI 49418

Claim Holder Name and Address
CITY OF GRANDVILLE
3195 WILSON AVE
GRANDVILLE, MI 49418

Case Number: 08-35653
Docketed Total: **$444.54**

Case Number: 08-35653
Modified Total: **$444.54**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $444.54 | | | | | | | | $444.54 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Claim: 5253 | Claim Holder Name and Address | Case Number: | | | | 08-35653 | | Case Number: | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Filed: 01/26/2009 | | | | | | | | | | | | |
| Docketed Total: $72.14 | CITY OF MELBOURNE, FL | Docketed Total: | | | | **$72.14** | | Modified Total: | | | | **$72.14** |
| Filing Creditor Name and Address: | 900 EAST STRAWBRIDGE AVENUE | | | | | | | | | | | |
| CITY OF MELBOURNE, FL | MELBOURNE, FL 32901 | | | | | | | | | | | |
| 900 EAST STRAWBRIDGE AVENUE | | | | | | | | | | | | |
| MELBOURNE, FL 32901 | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| | | | | | $72.14 | | | | | | | | $72.14 |

| Claim: 9790 | Claim Holder Name and Address | Case Number: | | | | 08-35653 | | Case Number: | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Filed: 01/30/2009 | | | | | | | | | | | | |
| Docketed Total: $21.00 | CITY OF MUSKEGON | Docketed Total: | | | | **$21.00** | | Modified Total: | | | | **$21.00** |
| Filing Creditor Name and Address: | PO BOX 536 | | | | | | | | | | | |
| CITY OF MUSKEGON | MUSKEGON, MI 49443 | | | | | | | | | | | |
| PO BOX 536 | | | | | | | | | | | | |
| MUSKEGON, MI 49443 | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| | | | | | $21.00 | | | | | | | | $21.00 |

| Claim: 11959 | Claim Holder Name and Address | Case Number: | | | | 08-35653 | | Case Number: | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Filed: 03/30/2009 | | | | | | | | | | | | |
| Docketed Total: $316.49 | CITY OF THORNTON UTILITY | Docketed Total: | | | | **$316.49** | | Modified Total: | | | | **$316.49** |
| Filing Creditor Name and Address: | BILLING | | | | | | | | | | | |
| CITY OF THORNTON UTILITY | 9500 CIVIC CENTER DR | | | | | | | | | | | |
| BILLING | THORNTON, CO 80229-4326 | | | | | | | | | | | |
| 9500 CIVIC CENTER DR | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| THORNTON, CO 80229-4326 | | | | | $316.49 | | | | | | | | $316.49 |

| Claim: 251 | Claim Holder Name and Address | Case Number: | | | | 08-35653 | | Case Number: | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Filed: 12/03/2008 | | | | | | | | | | | | |
| Docketed Total: $1,210.00 | CLASSIC 1 INSTALLATIONS | Docketed Total: | | | | **$1,210.00** | | Modified Total: | | | | **$1,210.00** |
| Filing Creditor Name and Address: | 1110 MACEDONIA RD | | | | | | | | | | | |
| CLASSIC 1 INSTALLATIONS | ARDMORE, AL 35739 | | | | | | | | | | | |
| 1110 MACEDONIA RD | | | | | | | | | | | | |
| ARDMORE, AL 35739 | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| | | | | | | $1,210.00 | | | | | | | $1,210.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1771<br>Date Filed:   12/18/2008<br>Docketed Total:     $1,787.96<br>Filing Creditor Name and Address:<br>  CLEAVERS CORNERS INC<br>  3117 HARROW RD<br>  SPRING HILL, FL 34606 | Claim Holder Name and Address      Case Number:                08-35653<br>CLEAVERS CORNERS INC            Docketed Total:            $1,787.96<br>3117 HARROW RD<br>SPRING HILL, FL 34606<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                    $1,787.96 | Case Number:                08-35653<br>Modified Total:            $1,787.96<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                    $1,787.96 |
| Claim: 3854<br>Date Filed:   01/15/2009<br>Docketed Total:     $1,787.96<br>Filing Creditor Name and Address:<br>  CLEAVERS CORNERS INC<br>  3117 HARROW RD<br>  SPRING HILL, FL 34606 | Claim Holder Name and Address      Case Number:                08-35653<br>CLEAVERS CORNERS INC            Docketed Total:            $1,787.96<br>3117 HARROW RD<br>SPRING HILL, FL 34606<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                    $1,787.96 | Case Number:                08-35653<br>Modified Total:            $1,787.96<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                    $1,787.96 |
| Claim: 7119<br>Date Filed:   01/28/2009<br>Docketed Total:     $73,589.00<br>Filing Creditor Name and Address:<br>  COLONIAL HEIGHTS HOLDING,<br>  LLC<br>  C/O CRONACHER<br>  DEVELOPMENT<br>  1076 GOODLETTE RD NORTH<br>  ATTN  JOHN CHANDLER<br>  NAPLES, FL 34102 | Claim Holder Name and Address      Case Number:                08-35653<br>COLONIAL HEIGHTS HOLDING, LLC    Docketed Total:        $73,589.00<br>C/O CRONACHER DEVELOPMENT<br>1076 GOODLETTE RD NORTH<br>ATTN  JOHN CHANDLER<br>NAPLES, FL 34102<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                    $73,589.00 | Case Number:                08-35653<br>Modified Total:            $73,589.00<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                    $73,589.00 |
| Claim: 1714<br>Date Filed:   12/18/2008<br>Docketed Total:     $7,300.00<br>Filing Creditor Name and Address:<br>  COMMUNICATIONS WIRING INC<br>  14390 ADAMSVILLE RD<br>  GREENWOOD, DE 19950 | Claim Holder Name and Address      Case Number:                08-35653<br>COMMUNICATIONS WIRING INC        Docketed Total:            $7,300.00<br>14390 ADAMSVILLE RD<br>GREENWOOD, DE 19950<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                    $7,300.00 | Case Number:                08-35653<br>Modified Total:            $7,300.00<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                    $7,300.00 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 7758<br>Date Filed: 01/29/2009<br>Docketed Total: $3,000.00<br>Filing Creditor Name and Address:<br>  CORMIER, JOSEPH BOWMAN<br>  804 E ALEXANDER ST<br>  LAFAYETTE, LA 70501 | Claim Holder Name and Address                Case Number:            08-35653<br>  CORMIER, JOSEPH BOWMAN        Docketed Total:          $3,000.00<br>  804 E ALEXANDER ST<br>  LAFAYETTE, LA 70501<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                          $3,000.00    $3,000.00 | Case Number:            08-35653<br>Modified Total:          $3,000.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                        $3,000.00 |
| Claim: 1507<br>Date Filed: 12/08/2008<br>Docketed Total: $5,810.00<br>Filing Creditor Name and Address:<br>  CRAWFORD COMMUNICATIONS<br>  INC<br>  925 WOODSIDE DR<br>  DELAND, FL 32720 | Claim Holder Name and Address                Case Number:            08-35653<br>  CRAWFORD COMMUNICATIONS        Docketed Total:          $5,810.00<br>  INC<br>  925 WOODSIDE DR<br>  DELAND, FL 32720<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                          $5,810.00 | Case Number:            08-35653<br>Modified Total:          $5,810.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                        $5,810.00 |
| Claim: 312<br>Date Filed: 11/20/2008<br>Docketed Total: $3,590.00<br>Filing Creditor Name and Address:<br>  CUSTOM MEDIA DESIGNS<br>  15 HOUSTON AVE<br>  MIDDLETOWN, NY 10940 | Claim Holder Name and Address                Case Number:            08-35653<br>  CUSTOM MEDIA DESIGNS          Docketed Total:          $3,590.00<br>  15 HOUSTON AVE<br>  MIDDLETOWN, NY 10940<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                          $3,590.00 | Case Number:            08-35653<br>Modified Total:          $3,590.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                        $3,590.00 |
| Claim: 2938<br>Date Filed: 01/06/2009<br>Docketed Total: $4,765.00<br>Filing Creditor Name and Address:<br>  CUSTOM MEDIA DESIGNS<br>  15 HOUSTON AVE<br>  MIDDLETOWN, NY 10940 | Claim Holder Name and Address                Case Number:            08-35653<br>  CUSTOM MEDIA DESIGNS          Docketed Total:          $4,765.00<br>  15 HOUSTON AVE<br>  MIDDLETOWN, NY 10940<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                          $4,765.00 | Case Number:            08-35653<br>Modified Total:          $4,765.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                        $4,765.00 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.    Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
Case No. 08-35653 (KRH)    Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 6220**
Date Filed:    01/27/2009
Docketed Total:    $7,531.30
Filing Creditor Name and Address:
  CUSTOM PLUMBING OF LEE
  COUNTY INC
  JOHN MYERS
  PO BOX 50357
  FORT MYERS, FL 33905

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| CUSTOM PLUMBING OF LEE COUNTY INC JOHN MYERS PO BOX 50357 FORT MYERS, FL 33905 | Docketed Total: | $7,531.30 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $7,531.30 | | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | $7,531.30 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $7,531.30 |

---

**Claim: 5829**
Date Filed:    01/13/2009
Docketed Total:    $14,955.00
Filing Creditor Name and Address:
  DANS ROOFING INC
  19011 MERMACK AVE
  LAKE ELSINORE, CA 92532

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| DANS ROOFING INC 19011 MERMACK AVE LAKE ELSINORE, CA 92532 | Docketed Total: | $14,955.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $14,955.00 | | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | $14,955.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $14,955.00 |

---

**Claim: 3423**
Date Filed:    01/13/2009
Docketed Total:    $2,264.57
Filing Creditor Name and Address:
  DAVIS, CLEAVON
  3718 BAYCRES
  CHESAPEAKE, VA 23321

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| DAVIS, CLEAVON 3718 BAYCRES CHESAPEAKE, VA 23321 | Docketed Total: | $2,264.57 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $2,264.57 | | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | $2,264.57 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,264.57 |

---

**Claim: 4033**
Date Filed:    01/19/2009
Docketed Total:    $500.00
Filing Creditor Name and Address:
  DAVIS, DANECE D
  7106 NORTH 50TH ST
  TAMPA, FL 33617

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| DAVIS, DANECE D 7106 NORTH 50TH ST TAMPA, FL 33617 | Docketed Total: | $500.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $500.00 | | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | $500.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $500.00 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1538<br>Date Filed:    12/10/2008<br>Docketed Total:    $4,983.90<br>Filing Creditor Name and Address:<br>DENNIS CORRY PORTER & SMITH LLP<br>3535 PIEDMONT RD STE 900 BLDG 14<br>ATLANTA, GA 30305 | Claim Holder Name and Address<br><br>DENNIS CORRY PORTER & SMITH LLP<br>3535 PIEDMONT RD STE 900 BLDG 14<br>ATLANTA, GA 30305<br><br>Case Number:    08-35653<br>Docketed Total:    $4,983.90 | Case Number:    08-35653<br>Modified Total:    $4,983.90 |

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|
| | | | | | $4,983.90 | $4,983.90 |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1677<br>Date Filed:    12/16/2008<br>Docketed Total:    $21,770.00<br>Filing Creditor Name and Address:<br>DIAMOND AUDIO VISUAL LLC<br>7704 PECAN LEAF RD<br>SEVERN, MD 21144 | Claim Holder Name and Address<br><br>DIAMOND AUDIO VISUAL LLC<br>7704 PECAN LEAF RD<br>SEVERN, MD 21144<br><br>Case Number:    08-35653<br>Docketed Total:    $21,770.00 | Case Number:    08-35653<br>Modified Total:    $21,770.00 |

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|
| | | | | | $21,770.00 | $21,770.00 |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9788<br>Date Filed:    01/30/2009<br>Docketed Total:    $5,149,648.48<br>Filing Creditor Name and Address:<br>DL PETERSON TRUST AS ASSIGNEE OF PHH VEHICLE MANAGEMENT SERVICES LLC FKA PHH VEHICLE MANAGEMENT SERVICES CORPORATION<br>PHH VEHICLE MANAGEMENT SERVICES LLC<br>940 RIDGEBROOK RD<br>SPARKS, MD 21152 | Claim Holder Name and Address<br><br>DL PETERSON TRUST AS ASSIGNEE OF PHH VEHICLE MANAGEMENT SERVICES LLC FKA PHH VEHICLE MANAGEMENT SERVICES CORPORATION<br>PHH VEHICLE MANAGEMENT SERVICES LLC<br>940 RIDGEBROOK RD<br>SPARKS, MD 21152<br><br>Case Number:    08-35653<br>Docketed Total:    $5,149,648.48 | Case Number:    08-35653<br>Modified Total:    $5,149,648.48 |

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|
| | | | | $5,089,302.89 | | $60,345.59 |
| | | | | | | $5,149,648.48 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 3006<br>Date Filed:    01/08/2009<br>Docketed Total:     $613.36<br>Filing Creditor Name and Address:<br>  EDWARDS, DONNA<br>  9234 CHERRY LANE<br>  LAUREL, MD 20708 | Claim Holder Name and Address<br><br>EDWARDS, DONNA<br>9234 CHERRY LANE<br>LAUREL, MD 20708 — Case Number:    08-35653<br>Docketed Total:    **$613.36** | Case Number:    08-35653<br>Modified Total:    **$613.36** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$613.36 | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$613.36 |
| Claim: 1611<br>Date Filed:    12/12/2008<br>Docketed Total:    $248,709.47<br>Filing Creditor Name and Address:<br>  ENGINEERED STRUCTURES INC<br>  TROUT JONES GLEDHILL<br>  FUHRMAN PA<br>  PO BOX 1097<br>  BOISE, ID 83701 | Claim Holder Name and Address<br><br>ENGINEERED STRUCTURES INC<br>TROUT JONES GLEDHILL FUHRMAN<br>PA<br>PO BOX 1097<br>BOISE, ID 83701 — Case Number:    08-35653<br>Docketed Total:    **$248,709.47** | Case Number:    08-35653<br>Modified Total:    **$248,709.47** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$248,709.47 | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$248,709.47 |
| Claim: 1612<br>Date Filed:    12/12/2008<br>Docketed Total:    $120,172.26<br>Filing Creditor Name and Address:<br>  ENGINEERED STRUCTURES INC<br>  TROUT JONES GLEDHILL<br>  FUHRMAN PA<br>  PO BOX 1097<br>  BOISE, ID 83701 | Claim Holder Name and Address<br><br>ENGINEERED STRUCTURES INC<br>TROUT JONES GLEDHILL FUHRMAN<br>PA<br>PO BOX 1097<br>BOISE, ID 83701 — Case Number:    08-35653<br>Docketed Total:    **$120,172.26** | Case Number:    08-35653<br>Modified Total:    **$120,172.26** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$120,172.26 | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$120,172.26 |

*        "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1613<br>Date Filed: 12/12/2008<br>Docketed Total: $753,349.93<br>Filing Creditor Name and Address:<br>ENGINEERED STRUCTURES INC<br>TROUT JONES GLEDHILL<br>FUHRMAN PA<br>PO BOX 1097<br>BOISE, ID 83701 | Claim Holder Name and Address      Case Number: 08-35653<br>ENGINEERED STRUCTURES INC      Docketed Total: **$753,349.93**<br>TROUT JONES GLEDHILL FUHRMAN PA<br>PO BOX 1097<br>BOISE, ID 83701<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                      $753,349.93                    $753,349.93 | Case Number: 08-35653<br>Modified Total: **$753,349.93**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                    $753,349.93 |
| Claim: 1625<br>Date Filed: 12/12/2008<br>Docketed Total: $828,093.12<br>Filing Creditor Name and Address:<br>ENGINEERED STRUCTURES INC<br>TROUT JONES GLEDHILL<br>FUHRMAN PA<br>PO BOX 1097<br>BOISE, ID 83701 | Claim Holder Name and Address      Case Number: 08-35653<br>ENGINEERED STRUCTURES INC      Docketed Total: **$828,093.12**<br>TROUT JONES GLEDHILL FUHRMAN PA<br>PO BOX 1097<br>BOISE, ID 83701<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                      $828,093.12 | Case Number: 08-35653<br>Modified Total: **$828,093.12**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                    $828,093.12 |
| Claim: 4092<br>Date Filed: 01/20/2009<br>Docketed Total: $4,990.00<br>Filing Creditor Name and Address:<br>ERIE COUNTY BUREAU OF WEIGHTS<br>2380 CLINTON ST<br>CHEEKTOWAGA, NY 14227 | Claim Holder Name and Address      Case Number: 08-35653<br>ERIE COUNTY BUREAU OF WEIGHTS      Docketed Total: **$4,990.00**<br>2380 CLINTON ST<br>CHEEKTOWAGA, NY 14227<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                      $4,990.00 | Case Number: 08-35653<br>Modified Total: **$4,990.00**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                    $4,990.00 |
| Claim: 11974<br>Date Filed: 03/30/2009<br>Docketed Total: $15,404.00<br>Filing Creditor Name and Address:<br>FABCO METAL PRODUCTS LP<br>1490 FRANCES DR<br>DAYTONA BEACH, FL 32124 | Claim Holder Name and Address      Case Number: 08-35657<br>FABCO METAL PRODUCTS LP      Docketed Total: **$15,404.00**<br>1490 FRANCES DR<br>DAYTONA BEACH, FL 32124<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                      $15,404.00 | Case Number: 08-35657<br>Modified Total: **$15,404.00**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                    $15,404.00 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8290**
Date Filed:   01/29/2009
Docketed Total:     $1,624,315.88
Filing Creditor Name and Address:
   FIRE MATERIALS GROUP LLC
   HIGGS FLETCHER & MACK LLP
   401 WEST A ST STE 2600
   SAN DIEGO, CA 92101

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| FIRE MATERIALS GROUP LLC HIGGS FLETCHER & MACK LLP 401 WEST A ST STE 2600 SAN DIEGO, CA 92101 | Docketed Total: | $1,624,315.88 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $1,624,315.88 | | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | $1,624,315.88 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,624,315.88 |

---

**Claim: 344**
Date Filed:   11/25/2008
Docketed Total:     $1,625.00
Filing Creditor Name and Address:
   FUTURE AUDIO VIDEO
   18330 GREENLEAF DR
   SOUTH BEND, IN 46637

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| FUTURE AUDIO VIDEO 18330 GREENLEAF DR SOUTH BEND, IN 46637 | Docketed Total: | $1,625.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $1,625.00 | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | $1,625.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,625.00 |

---

**Claim: 2907**
Date Filed:   01/07/2009
Docketed Total:     $31,084.26
Filing Creditor Name and Address:
   G & W SERVICE CO LP
   2503 CAPITOL AVE
   HOUSTON, TX 77003-3203

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| G & W SERVICE CO LP 2503 CAPITOL AVE HOUSTON, TX 77003-3203 | Docketed Total: | $31,084.26 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $31,084.26 | | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | $31,084.26 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $31,084.26 |

---

**Claim: 2071**
Date Filed:   12/30/2008
Docketed Total:     $4,983.00
Filing Creditor Name and Address:
   G&R FALCON
   COMMUNICATIONS INC
   9400 LAGUNA NIGUEL DR NO 103
   LAS VEGAS, NV 89134

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| G&R FALCON COMMUNICATIONS INC 9400 LAGUNA NIGUEL DR NO 103 LAS VEGAS, NV 89134 | Docketed Total: | $4,983.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $4,983.00 | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | $4,983.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,983.00 |

---

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

### Claim 4867

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 4867<br>Date Filed:  01/26/2009<br>Docketed Total:  $15,729,938.78<br>Filing Creditor Name and Address:<br>GELCO CORPORATION DOING BUSINESS AS GE FLEET SERVICES<br>THREE CAPITAL DR<br>EDEN PRAIRIE, MN 55344 | Claim Holder Name and Address<br><br>GELCO CORPORATION DOING BUSINESS AS GE FLEET SERVICES<br>THREE CAPITAL DR<br>EDEN PRAIRIE, MN 55344 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>**$15,729,938.78** | | | | Case Number:<br><br>Modified Total: | 08-35653<br><br>**$15,729,938.78** | | | |
| | 503(b)(9) | Reclamation | Admin | Secured<br>$15,729,938.78 | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$15,729,938.78 |
| Claim: 5254<br>Date Filed:  01/23/2009<br>Docketed Total:  $40,472.30<br>Filing Creditor Name and Address:<br>GENERAL MASONRY & CONCRETE INC<br>2445 E GUASTI RD 1ST FL<br>ONTARIO, CA 91761 | Claim Holder Name and Address<br><br>GENERAL MASONRY & CONCRETE INC<br>2445 E GUASTI RD 1ST FL<br>ONTARIO, CA 91761 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>**$40,472.30** | | | | Case Number:<br><br>Modified Total: | 08-35653<br><br>**$40,472.30** | | | |
| | 503(b)(9) | Reclamation | Admin | Secured<br>$40,472.30 | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$40,472.30 |
| Claim: 6511<br>Date Filed:  01/23/2009<br>Docketed Total:  $37,647.77<br>Filing Creditor Name and Address:<br>GENERAL MASONRY & CONCRETE INC<br>2445 E GUASTI RD 1ST FL<br>ONTARIO, CA 91761 | Claim Holder Name and Address<br><br>GENERAL MASONRY & CONCRETE INC<br>2445 E GUASTI RD 1ST FL<br>ONTARIO, CA 91761 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>**$37,647.77** | | | | Case Number:<br><br>Modified Total: | 08-35653<br><br>**$37,647.77** | | | |
| | 503(b)(9) | Reclamation | Admin | Secured<br>$37,647.77 | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$37,647.77 |
| Claim: 4560<br>Date Filed:  01/16/2009<br>Docketed Total:  $1,060.00<br>Filing Creditor Name and Address:<br>GERSHFELD, SEMYON<br>2111 HILLTOP COURT<br>FULLERTON, CA 92831 | Claim Holder Name and Address<br><br>GERSHFELD, SEMYON<br>2111 HILLTOP COURT<br>FULLERTON, CA 92831 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>**$1,060.00** | | | | Case Number:<br><br>Modified Total: | 08-35653<br><br>**$1,060.00** | | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority<br>$1,060.00 | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$1,060.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

Claim: 3317
Date Filed:  01/12/2009
Docketed Total:    $538.20
Filing Creditor Name and Address:
  GRANTHAM, JENNIFER
  616 S  MAIN ST
  SUITE 206
  TULSA, OK 74119

Claim Holder Name and Address

GRANTHAM, JENNIFER
616 S  MAIN ST
SUITE 206
TULSA, OK 74119

Case Number:        08-35653
Docketed Total:        **$538.20**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $538.20 | | |

Case Number:        08-35653
Modified Total:        **$538.20**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $538.20 |

---

Claim: 4062
Date Filed:  01/20/2009
Docketed Total:    $897.72
Filing Creditor Name and Address:
  GREENTEAM OF SAN JOSE
  133 OAKLAND RD
  SAN JOSE, CA 95112

Claim Holder Name and Address

GREENTEAM OF SAN JOSE
133 OAKLAND RD
SAN JOSE, CA 95112

Case Number:        08-35653
Docketed Total:        **$897.72**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $897.72 | |

Case Number:        08-35653
Modified Total:        **$897.72**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $897.72 |

---

Claim: 6916
Date Filed:  01/28/2009
Docketed Total:    $1,000.00
Filing Creditor Name and Address:
  GREER, ELAINE
  119 SOUTH 22ND ST
  SAGINAW, MI 48601

Claim Holder Name and Address

GREER, ELAINE
119 SOUTH 22ND ST
SAGINAW, MI 48601

Case Number:        08-35653
Docketed Total:        **$1,000.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $1,000.00 | |

Case Number:        08-35653
Modified Total:        **$1,000.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,000.00 |

---

Claim: 3844
Date Filed:  01/15/2009
Docketed Total:    $577.00
Filing Creditor Name and Address:
  HADDAD, RALPH
  22763 E  DAVIES DR
  AURORA, CO 80016

Claim Holder Name and Address

HADDAD, RALPH
22763 E  DAVIES DR
AURORA, CO 80016

Case Number:        08-35654
Docketed Total:        **$577.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $577.00 | |

Case Number:        08-35654
Modified Total:        **$577.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $577.00 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4602<br>Date Filed: 01/16/2009<br>Docketed Total: $20,000.00<br>Filing Creditor Name and Address:<br>HALIMAS SEN AND KILAB EL<br>2951 VERANDA LN<br>CORONA, CA 92882 | Claim Holder Name and Address    Case Number: 08-35653<br>HALIMAS SEN AND KILAB EL    Docketed Total: **$20,000.00**<br>2951 VERANDA LN<br>CORONA, CA 92882 | Case Number: 08-35653<br>Modified Total: **$20,000.00** |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$15,000.00  $5,000.00 | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$20,000.00 |
| Claim: 4722<br>Date Filed: 01/23/2009<br>Docketed Total: $1,000.00<br>Filing Creditor Name and Address:<br>HAMPTON, HERMAN DESEAN<br>4902 HARVEST FIELDS CIR<br>MEMPHIS, TN 38125-4725 | Claim Holder Name and Address    Case Number: 08-35653<br>HAMPTON, HERMAN DESEAN    Docketed Total: **$1,000.00**<br>4902 HARVEST FIELDS CIR<br>MEMPHIS, TN 38125-4725 | Case Number: 08-35653<br>Modified Total: **$1,000.00** |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,000.00 | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,000.00 |
| Claim: 1701<br>Date Filed: 12/19/2008<br>Docketed Total: $255.00<br>Filing Creditor Name and Address:<br>HEWITT, THOMAS F<br>7001 KATIE CORRAL DR<br>BENBROOK, TX 76126 | Claim Holder Name and Address    Case Number: 08-35653<br>HEWITT, THOMAS F    Docketed Total: **$255.00**<br>7001 KATIE CORRAL DR<br>BENBROOK, TX 76126 | Case Number: 08-35653<br>Modified Total: **$255.00** |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$255.00 | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$255.00 |
| Claim: 5168<br>Date Filed: 01/23/2009<br>Docketed Total: $1,293,435.13<br>Filing Creditor Name and Address:<br>HEWLETT PACKARD FINANCIAL<br>SERVICES COMPANY<br>420 MOUNTAIN AVE<br>PO BOX 6<br>MURRAY HILL, NJ 07974-0006 | Claim Holder Name and Address    Case Number: 08-35653<br>HEWLETT PACKARD FINANCIAL    Docketed Total: **$1,293,435.13**<br>SERVICES COMPANY<br>420 MOUNTAIN AVE<br>PO BOX 6<br>MURRAY HILL, NJ 07974-0006 | Case Number: 08-35653<br>Modified Total: **$1,293,435.13** |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,293,435.13 | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,293,435.13 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Claim: 10263
Date Filed: 01/30/2009
Docketed Total: $0.00
Filing Creditor Name and Address:
HILGENBERG, JOHN & EVELYN
GILMAN & PASTOR  LLP
225 FRANKLIN ST 16TH FL
BOSTON, MA 02110

| | Claim Holder Name and Address | | | Case Number: | | 08-35653 | | | Case Number: | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HILGENBERG, JOHN & EVELYN GILMAN & PASTOR  LLP 225 FRANKLIN ST 16TH FL BOSTON, MA 02110 | | | Docketed Total: | | UNL | | | Modified Total: | | | | $0.00 |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority $0.00 | Unsecured $0.00 | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured $0.00 |

Claim: 4015
Date Filed: 01/19/2009
Docketed Total: $51,187.09
Filing Creditor Name and Address:
HILLSON ELECTRIC INC
2800 COMMERCE TOWER
911 MAIN ST
KANSAS CITY, MO 64105

| | Claim Holder Name and Address | | | Case Number: | | 08-35653 | | | Case Number: | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HILLSON ELECTRIC INC 2800 COMMERCE TOWER 911 MAIN ST KANSAS CITY, MO 64105 | | | Docketed Total: | | $51,187.09 | | | Modified Total: | | | | $51,187.09 |
| | 503(b)(9) | Reclamation | Admin | Secured $51,187.09 | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured $51,187.09 |

Claim: 5739
Date Filed: 01/26/2009
Docketed Total: $4,914.15
Filing Creditor Name and Address:
HOLLAND BOARD OF PUBLIC
WORKS
625 HASTINGS AVE
HOLLAND, MI 49423

| | Claim Holder Name and Address | | | Case Number: | | 08-35653 | | | Case Number: | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HOLLAND BOARD OF PUBLIC WORKS 625 HASTINGS AVE HOLLAND, MI 49423 | | | Docketed Total: | | $4,914.15 | | | Modified Total: | | | | $4,914.15 |
| | 503(b)(9) | Reclamation | Admin | Secured $4,914.15 | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured $4,914.15 |

Claim: 3652
Date Filed: 01/13/2009
Docketed Total: $10,000.00
Filing Creditor Name and Address:
HOLLINGSWORTH, ALTOR
6409 53RD CT WEST
TACOMA, WA 98467

| | Claim Holder Name and Address | | | Case Number: | | 08-35653 | | | Case Number: | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HOLLINGSWORTH, ALTOR 6409 53RD CT WEST TACOMA, WA 98467 | | | Docketed Total: | | $10,000.00 | | | Modified Total: | | | | $10,000.00 |
| | 503(b)(9) | Reclamation | Admin | Secured $10,000.00 | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured $10,000.00 |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1944<br>Date Filed:    12/23/2008<br>Docketed Total:    $2,290.00<br>Filing Creditor Name and Address:<br>  HOME SWEET HOME THEATRE<br>  CIRCUIT CITY STORES INC<br>  9950 MAYLAND DR<br>  RICHMOND, VA 23233 | Claim Holder Name and Address      Case Number:              08-35653<br><br>HOME SWEET HOME THEATRE      Docketed Total:          **$2,290.00**<br>CIRCUIT CITY STORES INC<br>9950 MAYLAND DR<br>RICHMOND, VA 23233<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                           $2,290.00 | Case Number:              08-35653<br><br>Modified Total:          **$2,290.00**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                           $2,290.00 |
| Claim: 3186<br>Date Filed:    01/12/2009<br>Docketed Total:    $14,739.00<br>Filing Creditor Name and Address:<br>  HOWELLS HEATING & AC<br>  PO BOX 2048<br>  ASHLAND, VA 23005 | Claim Holder Name and Address      Case Number:              08-35653<br><br>HOWELLS HEATING & AC      Docketed Total:          **$14,739.00**<br>PO BOX 2048<br>ASHLAND, VA 23005<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                        $14,739.00 | Case Number:              08-35653<br><br>Modified Total:          **$14,739.00**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                           $14,739.00 |
| Claim: 6222<br>Date Filed:    01/27/2009<br>Docketed Total:    $2,750,000.00<br>Filing Creditor Name and Address:<br>  HUNTER BRAVELL<br>  PO BOX 8632<br>  REDLANDS, CA 92375 | Claim Holder Name and Address      Case Number:              08-35653<br><br>HUNTER, BRAVELL      Docketed Total:          **$2,750,000.00**<br>PO BOX 8632<br>REDLANDS, CA 92375<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                           $2,750,000.00 | Case Number:              08-35653<br><br>Modified Total:          **$2,750,000.00**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                           $2,750,000.00 |
| Claim: 6970<br>Date Filed:    01/28/2009<br>Docketed Total:    $2,351.66<br>Filing Creditor Name and Address:<br>  INDUSTRIAL SERVICES CO<br>  PO BOX 225<br>  SANTA CLARA, CA 95052 | Claim Holder Name and Address      Case Number:              08-35654<br><br>INDUSTRIAL SERVICES CO      Docketed Total:          **$2,351.66**<br>PO BOX 225<br>SANTA CLARA, CA 95052<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                           $2,351.66 | Case Number:              08-35654<br><br>Modified Total:          **$2,351.66**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                           $2,351.66 |

*       "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| Claim: 363<br>Date Filed: 11/24/2008<br>Docketed Total: $1,100.00<br>Filing Creditor Name and Address:<br>INFINITY SOLUTIONS<br>110 TAPPIN RD<br>MOOERS, NY 12958 | Claim Holder Name and Address<br><br>INFINITY SOLUTIONS<br>110 TAPPIN RD<br>MOOERS, NY 12958 | Case Number: 08-35653<br><br>Docketed Total: $1,100.00 | | | Case Number: 08-35653<br><br>Modified Total: $1,100.00 | |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority $1,100.00   Unsecured | | | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured $1,100.00 | | |
| Claim: 4171<br>Date Filed: 01/20/2009<br>Docketed Total: $1,100.00<br>Filing Creditor Name and Address:<br>INFINITY SOLUTIONS<br>110 TAPPIN RD<br>MOOERS, NY 12958 | Claim Holder Name and Address<br><br>INFINITY SOLUTIONS<br>110 TAPPIN RD<br>MOOERS, NY 12958 | Case Number: 08-35653<br><br>Docketed Total: $1,100.00 | | | Case Number: 08-35653<br><br>Modified Total: $1,100.00 | |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority $1,100.00   Unsecured | | | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured $1,100.00 | | |
| Claim: 1572<br>Date Filed: 12/11/2008<br>Docketed Total: $10,655.00<br>Filing Creditor Name and Address:<br>INNOVATIVE COMMUNICATION<br>OF FARMINGTON LLC<br>17738 FLINT AVE<br>FARMINGTON, MN 55024 | Claim Holder Name and Address<br><br>INNOVATIVE COMMUNICATION OF<br>FARMINGTON LLC<br>17738 FLINT AVE<br>FARMINGTON, MN 55024 | Case Number: 08-35653<br><br>Docketed Total: $10,655.00 | | | Case Number: 08-35653<br><br>Modified Total: $10,655.00 | |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority $10,655.00   Unsecured | | | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured $10,655.00 | | |
| Claim: 10806<br>Date Filed: 02/06/2009<br>Docketed Total: $387.75<br>Filing Creditor Name and Address:<br>INTERACTIVE TOY CONCEPTS<br>INC<br>1192 MARTIN GROVE RD<br>TORONTO, ON M9W 5M9<br>CANADA | Claim Holder Name and Address<br><br>INTERACTIVE TOY CONCEPTS INC<br>1192 MARTIN GROVE RD<br>TORONTO, ON M9W 5M9<br>CANADA | Case Number: 08-35653<br><br>Docketed Total: $387.75 | | | Case Number: 08-35653<br><br>Modified Total: $387.75 | |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority $387.75   Unsecured | | | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured $387.75 | | |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| Claim: 10917 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
|---|---|---|---|---|
| Date Filed:  02/10/2009 | | | | |
| Docketed Total:   $363.00 | INTERACTIVE TOY CONCEPTS INC | Docketed Total: $363.00 | | Modified Total: $363.00 |
| Filing Creditor Name and Address: | 1192 MARTIN GROVE RD | | | |
|   INTERACTIVE TOY CONCEPTS INC | TORONTO, ON M9W 5M9 | | | |
|   1192 MARTIN GROVE RD | CANADA | | | |
|   TORONTO, ON M9W 5M9 | | | | |
|   CANADA | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured | |
| | $363.00  $363.00 | | $363.00 | |

| Claim: 11082 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
|---|---|---|---|---|
| Date Filed:  02/06/2009 | | | | |
| Docketed Total:   $754.75 | INTERACTIVE TOY CONCEPTS INC | Docketed Total: $754.75 | | Modified Total: $754.75 |
| Filing Creditor Name and Address: | 1192 MARTIN GROVE RD | | | |
|   INTERACTIVE TOY CONCEPTS INC | TORONTO, ON M9W 5M9 | | | |
|   1192 MARTIN GROVE RD | CANADA | | | |
|   TORONTO, ON M9W 5M9 | | | | |
|   CANADA | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured | |
| | $754.75  $754.75 | | $754.75 | |

| Claim: 11318 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
|---|---|---|---|---|
| Date Filed:  02/06/2009 | | | | |
| Docketed Total:   $380.50 | INTERACTIVE TOY CONCEPTS INC | Docketed Total: $380.50 | | Modified Total: $380.50 |
| Filing Creditor Name and Address: | 1192 MARTIN GROVE RD | | | |
|   INTERACTIVE TOY CONCEPTS INC | TORONTO, ON M9W 5M9 | | | |
|   1192 MARTIN GROVE RD | CANADA | | | |
|   TORONTO, ON M9W 5M9 | | | | |
|   CANADA | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured | |
| | $380.50  $380.50 | | $380.50 | |

| Claim: 1537 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
|---|---|---|---|---|
| Date Filed:  12/10/2008 | | | | |
| Docketed Total:   $89,964.00 | INTERACTIVE TOY CONCEPTS INC | Docketed Total: $89,964.00 | | Modified Total: $89,964.00 |
| Filing Creditor Name and Address: | 1192 MARTINGROVE RD | | | |
|   INTERACTIVE TOY CONCEPTS INC | TORONTO, ON M9W 5M9 | | | |
|   1192 MARTINGROVE RD | CANADA | | | |
|   TORONTO, ON M9W 5M9 | | | | |
|   CANADA | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured | |
| | $89,964.00  $89,964.00 | | $89,964.00 | |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10721<br>Date Filed:  02/06/2009<br>Docketed Total:  $457.75<br>Filing Creditor Name and Address:<br>INTERACTIVE TOY CONCEPTS INC<br>1192 MARTINGROVE RD<br>TORONTO, ON M9W 5M9<br>CANADA | Claim Holder Name and Address    Case Number:  08-35653<br>INTERACTIVE TOY CONCEPTS INC    Docketed Total:  $457.75<br>1192 MARTINGROVE RD<br>TORONTO, ON M9W 5M9<br>CANADA<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                       $457.75      $457.75 | Case Number:  08-35653<br>Modified Total:  $457.75<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                            $457.75 |
| Claim: 5690<br>Date Filed:  01/27/2009<br>Docketed Total:  $213,664.30<br>Filing Creditor Name and Address:<br>INTERNATIONAL CONTRACTORS INC<br>977 S ROUTE 83<br>ELMHURST, IL 60126 | Claim Holder Name and Address    Case Number:  08-35653<br>INTERNATIONAL CONTRACTORS INC    Docketed Total:  $213,664.30<br>977 S ROUTE 83<br>ELMHURST, IL 60126<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                       $213,664.30 | Case Number:  08-35653<br>Modified Total:  $213,664.30<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                            $213,664.30 |
| Claim: 282<br>Date Filed:  11/17/2008<br>Docketed Total:  $88,640.20<br>Filing Creditor Name and Address:<br>JACK NADEL INC<br>9950 JEFFERSON BLVD<br>CULVER CITY, CA 90232 | Claim Holder Name and Address    Case Number:  08-35653<br>JACK NADEL INC    Docketed Total:  $88,640.20<br>9950 JEFFERSON BLVD<br>CULVER CITY, CA 90232<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                   $88,640.20 | Case Number:  08-35653<br>Modified Total:  $88,640.20<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                            $88,640.20 |
| Claim: 4294<br>Date Filed:  01/21/2009<br>Docketed Total:  $373.13<br>Filing Creditor Name and Address:<br>JACKSONVILLE, CITY OF<br>PO BOX 128<br>JACKSONVILLE, NC 28541-0128 | Claim Holder Name and Address    Case Number:  08-35653<br>JACKSONVILLE, CITY OF    Docketed Total:  $373.13<br>PO BOX 128<br>JACKSONVILLE, NC 28541-0128<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                       $373.13 | Case Number:  08-35653<br>Modified Total:  $373.13<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                            $373.13 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2458**
Date Filed:    01/05/2009
Docketed Total:     $0.00
Filing Creditor Name and Address:
JAMES, SALLY
309 PINEVIEW AVE
BAXLEY, GA 31513

Claim Holder Name and Address

JAMES, SALLY
309 PINEVIEW AVE
BAXLEY, GA 31513

Case Number:    08-35653
Docketed Total:    **UNL**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $0.00 | | |

Case Number:    08-35653
Modified Total:    **$0.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

---

**Claim: 135**
Date Filed:    11/18/2008
Docketed Total:    $4,475.00
Filing Creditor Name and Address:
JAMIE E CORREA DBA JEC HOME
INTERIORS
13 WILSHIRE LN
PELHAM, NH 03076

Claim Holder Name and Address

JAMIE E CORREA DBA JEC HOME
INTERIORS
13 WILSHIRE LN
PELHAM, NH 03076

Case Number:    08-35653
Docketed Total:    **$4,475.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $4,475.00 | |

Case Number:    08-35653
Modified Total:    **$4,475.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,475.00 |

---

**Claim: 4016**
Date Filed:    01/19/2009
Docketed Total:    $49,315.86
Filing Creditor Name and Address:
JOHN ROHRER CONTRACTING
CO
2800 COMMERCE TOWER
911 MAIN ST
KANSAS CITY, MO 64105

Claim Holder Name and Address

JOHN ROHRER CONTRACTING CO
2800 COMMERCE TOWER
911 MAIN ST
KANSAS CITY, MO 64105

Case Number:    08-35653
Docketed Total:    **$49,315.86**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $49,315.86 | | |

Case Number:    08-35653
Modified Total:    **$49,315.86**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $49,315.86 |

---

**Claim: 6856**
Date Filed:    01/28/2009
Docketed Total:    $25.75
Filing Creditor Name and Address:
JORGE A RODRIGUEZ
11101 SW 122ND CT
MIAMI, FL 33186-3723

Claim Holder Name and Address

JORGE A RODRIGUEZ
11101 SW 122ND CT
MIAMI, FL 33186-3723

Case Number:    08-35653
Docketed Total:    **$25.75**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $25.75 | |

Case Number:    08-35653
Modified Total:    **$25.75**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $25.75 |

---

*        "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | Claim Holder Name and Address | | Case Number: | | | 08-35653 | | | Case Number: | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 283<br>Date Filed: 11/17/2008<br>Docketed Total: $22,611.07<br>Filing Creditor Name and Address:<br>KYOZOU INC<br>LARRY VELMAN<br>510 4580 DUFFERIN ST<br>TORONTO, ON M3H5Y2<br>CANADA | KYOZOU INC<br>LARRY VELMAN<br>510 4580 DUFFERIN ST<br>TORONTO, ON M3H5Y2<br>CANADA | | Docketed Total: | | | **$22,611.07** | | | Modified Total: | | | | **$22,611.07** |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority<br>$22,611.07 | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$22,611.07 | |

| | Claim Holder Name and Address | | Case Number: | | | 08-35653 | | | Case Number: | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 544<br>Date Filed: 11/26/2008<br>Docketed Total: $2,060.00<br>Filing Creditor Name and Address:<br>L&L COMMUNICATIONS<br>5550 BAYNTON ST<br>PHILADELPHIA, PA 19144 | L&L COMMUNICATIONS<br>5550 BAYNTON ST<br>PHILADELPHIA, PA 19144 | | Docketed Total: | | | **$2,060.00** | | | Modified Total: | | | | **$2,060.00** |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority<br>$2,060.00 | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$2,060.00 | |

| | Claim Holder Name and Address | | Case Number: | | | 08-35653 | | | Case Number: | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 4018<br>Date Filed: 01/19/2009<br>Docketed Total: $43,623.16<br>Filing Creditor Name and Address:<br>LANG CONSTRUCTION INC<br>2800 COMMERCE TOWER<br>911 MAIN ST<br>KANSAS CITY, MO 64105 | LANG CONSTRUCTION INC<br>2800 COMMERCE TOWER<br>911 MAIN ST<br>KANSAS CITY, MO 64105 | | Docketed Total: | | | **$43,623.16** | | | Modified Total: | | | | **$43,623.16** |
| | 503(b)(9) | Reclamation | Admin | Secured<br>$43,623.16 | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$43,623.16 | |

| | Claim Holder Name and Address | | Case Number: | | | 08-35653 | | | Case Number: | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 2449<br>Date Filed: 01/05/2009<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>LAZARRE, SAINCIA<br>P O BOX 364<br>MAUGANSVILLE, MD 21767 | LAZARRE, SAINCIA<br>P O BOX 364<br>MAUGANSVILLE, MD 21767 | | Docketed Total: | | | **$30,000.00** | | | Modified Total: | | | | **$30,000.00** |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority<br>$30,000.00 | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$30,000.00 | |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 559<br>Date Filed:   11/28/2008<br>Docketed Total:     $5,200.00<br>Filing Creditor Name and Address:<br>  LOUISVILLE JEFFERSON COUNTY<br>  METRO GOVERNMENT<br>  FALSE ALARM REDUCTION UNIT<br>  LOUISVILLE METRO POLICE DEPT<br>  768 BARRET AVE RM 410<br>  LOUISVILLE, KY 40204 | Claim Holder Name and Address<br><br>LOUISVILLE JEFFERSON COUNTY<br>METRO GOVERNMENT<br>FALSE ALARM REDUCTION UNIT<br>LOUISVILLE METRO POLICE DEPT<br>768 BARRET AVE RM 410<br>LOUISVILLE, KY 40204<br><br>Case Number:     08-35653<br>Docketed Total:     **$5,200.00** | Case Number:     08-35653<br>Modified Total:     **$5,200.00** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                     $5,200.00    $5,200.00 | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                                            $5,200.00 |
| Claim: 2146<br>Date Filed:   12/30/2008<br>Docketed Total:     $38.84<br>Filing Creditor Name and Address:<br>  LUTZ, NADYA<br>  4646 13TH ST N<br>  ARLINGTON, VA 22207-2102 | Claim Holder Name and Address<br><br>LUTZ, NADYA<br>4646 13TH ST N<br>ARLINGTON, VA 22207-2102<br><br>Case Number:     08-35653<br>Docketed Total:     **$38.84** | Case Number:     08-35653<br>Modified Total:     **$38.84** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                            $38.84 | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                                            $38.84 |
| Claim: 7261<br>Date Filed:   01/26/2009<br>Docketed Total:     $119,131.00<br>Filing Creditor Name and Address:<br>  LUZER ELECTRIC INC<br>  3371 NW 154TH TERR<br>  MIAMI, FL 33054 | Claim Holder Name and Address<br><br>LUZER ELECTRIC INC<br>3371 NW 154TH TERR<br>MIAMI, FL 33054<br><br>Case Number:     08-35653<br>Docketed Total:     **$119,131.00** | Case Number:     08-35653<br>Modified Total:     **$119,131.00** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                            $119,131.00 | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                                            $119,131.00 |
| Claim: 7446<br>Date Filed:   01/27/2009<br>Docketed Total:     $71,307.05<br>Filing Creditor Name and Address:<br>  MADISON WALDORF LLC<br>  2300 WILSON BLVD 7TH FL<br>  ARLINGTON, VA 22201 | Claim Holder Name and Address<br><br>MADISON WALDORF LLC<br>2300 WILSON BLVD 7TH FL<br>ARLINGTON, VA 22201<br><br>Case Number:     08-35653<br>Docketed Total:     **$71,307.05** | Case Number:     08-35653<br>Modified Total:     **$71,307.05** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                            $71,307.05 | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                                            $71,307.05 |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2731<br>Date Filed:   01/06/2009<br>Docketed Total:     $149.00<br>Filing Creditor Name and Address:<br>  MAY, HERBERT<br>  20 BROOKHAVEN DR<br>  GLASTONBURY, NY 06033 | Claim Holder Name and Address<br><br>MAY, HERBERT<br>20 BROOKHAVEN DR<br>GLASTONBURY, NY 06033<br><br>Case Number:              08-35653<br>Docketed Total:            **$149.00**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                      $149.00 | Case Number:              08-35653<br>Modified Total:            **$149.00**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                      $149.00 |
| Claim: 5544<br>Date Filed:   01/16/2009<br>Docketed Total:     $1,279.72<br>Filing Creditor Name and Address:<br>  MCWATERS, RANDY<br>  16348 ANNA LOOP<br>  CHEYENNE, WY 82009 | Claim Holder Name and Address<br><br>MCWATERS, RANDY<br>16348 ANNA LOOP<br>CHEYENNE, WY 82009<br><br>Case Number:              08-35653<br>Docketed Total:            **$1,279.72**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                      $1,279.72 | Case Number:              08-35653<br>Modified Total:            **$1,279.72**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                      $1,279.72 |
| Claim: 11585<br>Date Filed:   03/12/2009<br>Docketed Total:     $23,965.59<br>Filing Creditor Name and Address:<br>  MERCURY INSURANCE<br>  COMPANY<br>  PO BOX 10730<br>  SANTA ANA, CA 92711 | Claim Holder Name and Address<br><br>MERCURY INSURANCE COMPANY<br>PO BOX 10730<br>SANTA ANA, CA 92711<br><br>Case Number:              08-35654<br>Docketed Total:            **$23,965.59**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                      $23,965.59 | Case Number:              08-35654<br>Modified Total:            **$23,965.59**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                      $23,965.59 |
| Claim: 20<br>Date Filed:   11/17/2008<br>Docketed Total:     $930.00<br>Filing Creditor Name and Address:<br>  MICHAEL CAPUTO ALL<br>  AMERICAN INSTALLS<br>  422 MADISON AVE<br>  PENNDEL, PA 19047 | Claim Holder Name and Address<br><br>UNITED STATES DEBT RECOVERY<br>LLC<br>940 SOUTHWOOD BL STE 101<br>INCLINE VILLAGE, NV 89451<br><br>Case Number:              08-35653<br>Docketed Total:            **$930.00**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                      $930.00 | Case Number:              08-35653<br>Modified Total:            **$930.00**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                      $930.00 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 9448<br>Date Filed: 01/30/2009<br>Docketed Total: $26,045.83<br>Filing Creditor Name and Address:<br>  MILLMAN 2000 CHARITABLE<br>  TRUST<br>  2400 CHERRY CREEK DR SOUTH<br>  SUITE 702<br>  LUBA RODMAN  SECRETARY<br>  DENVER, CO 80209-3261 | Claim Holder Name and Address    Case Number: 08-35653<br><br>MILLMAN 2000 CHARITABLE TRUST   Docketed Total: **$26,045.83**<br>2400 CHERRY CREEK DR SOUTH<br>SUITE 702<br>LUBA RODMAN  SECRETARY<br>DENVER, CO 80209-3261 | Case Number: 08-35653<br><br>Modified Total: **$26,045.83** |

503(b)(9) — Reclamation — Admin — Secured $26,045.83 — Priority — Unsecured | 503(b)(9) — Reclamation — Admin — Secured — Priority — Unsecured $26,045.83

| | | |
|---|---|---|
| Claim: 8234<br>Date Filed: 01/29/2009<br>Docketed Total: $1,174.93<br>Filing Creditor Name and Address:<br>  MORGAN, DENNIS<br>  P O  DRAWER M<br>  MARSHALL, TX 75670 | Claim Holder Name and Address    Case Number: 08-35653<br><br>MORGAN, DENNIS   Docketed Total: **$1,174.93**<br>P O  DRAWER M<br>MARSHALL, TX 75670 | Case Number: 08-35653<br><br>Modified Total: **$1,174.93** |

503(b)(9) — Reclamation — Admin — Secured — Priority $1,174.93 — Unsecured | 503(b)(9) — Reclamation — Admin — Secured — Priority — Unsecured $1,174.93

| | | |
|---|---|---|
| Claim: 10162<br>Date Filed: 01/30/2009<br>Docketed Total: $35,130.00<br>Filing Creditor Name and Address:<br>  MORRISON, LYNN<br>  27 GALT ST<br>  HAMILTON, ON L9C 6G6<br>  CANADA | Claim Holder Name and Address    Case Number: 08-35653<br><br>MORRISON, LYNN   Docketed Total: **$35,130.00**<br>27 GALT ST<br>HAMILTON, ON L9C 6G6<br>CANADA | Case Number: 08-35653<br><br>Modified Total: **$35,130.00** |

503(b)(9) — Reclamation — Admin — Secured $35,130.00 — Priority — Unsecured | 503(b)(9) — Reclamation — Admin — Secured — Priority — Unsecured $35,130.00

| | | |
|---|---|---|
| Claim: 9792<br>Date Filed: 01/30/2009<br>Docketed Total: $9.91<br>Filing Creditor Name and Address:<br>  MUSKEGON, CITY OF<br>  PO BOX 536<br>  MUSKEGON, MI 49443 | Claim Holder Name and Address    Case Number: 08-35653<br><br>MUSKEGON, CITY OF   Docketed Total: **$9.91**<br>PO BOX 536<br>MUSKEGON, MI 49443 | Case Number: 08-35653<br><br>Modified Total: **$9.91** |

503(b)(9) — Reclamation — Admin — Secured $9.91 — Priority — Unsecured | 503(b)(9) — Reclamation — Admin — Secured — Priority — Unsecured $9.91

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11756**
Date Filed: 03/04/2009
Docketed Total: $218,000.00
Filing Creditor Name and Address:
NATIONWIDE LIFE INSURANCE
COMPANY OF AMERICA
C O CRISTIAN I DONOSO
1 NATIONWIDE PLZ
01 05 801
COLUMBUS, OH 43215

Claim Holder Name and Address
NATIONWIDE LIFE INSURANCE
COMPANY OF AMERICA
C O CRISTIAN I DONOSO
1 NATIONWIDE PLZ
01 05 801
COLUMBUS, OH 43215

Case Number: 08-35653
Docketed Total: $218,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $218,000.00 | | |

Case Number: 08-35653
Modified Total: $218,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $218,000.00 |

**Claim: 5963**
Date Filed: 01/27/2009
Docketed Total: $25,000.00
Filing Creditor Name and Address:
NETHERY, NANCY
1006 N ARMENIA AVE
TAMPA, FL 33607

Claim Holder Name and Address
NETHERY, NANCY
1006 N ARMENIA AVE
TAMPA, FL 33607

Case Number: 08-35653
Docketed Total: $25,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $25,000.00 | |

Case Number: 08-35653
Modified Total: $25,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $25,000.00 |

**Claim: 3282**
Date Filed: 01/09/2009
Docketed Total: $3,245.00
Filing Creditor Name and Address:
NEVAEH ELECTRONICS
1182 OLD BOONES CRK RD
JONESBOROUGH, TN 37659

Claim Holder Name and Address
NEVAEH ELECTRONICS
1182 OLD BOONES CRK RD
JONESBOROUGH, TN 37659

Case Number: 08-35653
Docketed Total: $3,245.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $3,245.00 | |

Case Number: 08-35653
Modified Total: $3,245.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,245.00 |

**Claim: 23**
Date Filed: 11/14/2008
Docketed Total: $3,530.00
Filing Creditor Name and Address:
NEVAEH ELECTRONICS LLC
1182 OLD BOONES CRK RD
JONESBORO, TN 37659

Claim Holder Name and Address
NEVAEH ELECTRONICS LLC
1182 OLD BOONES CRK RD
JONESBORO, TN 37659

Case Number: 08-35653
Docketed Total: $3,530.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $3,530.00 | |

Case Number: 08-35653
Modified Total: $3,530.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,530.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

### Claim: 7225

Date Filed: 01/28/2009
Docketed Total: $553,083.00
Filing Creditor Name and Address:
  NORTH AMERICAN ROOFING
  SERVICES INC
  JOHNSTON BARTON PROCTOR &
  ROSE LLP
  569 BROOKWOOD VILLAGE STE
  901
  BIRMINGHAM, AL 35209

Claim Holder Name and Address

NORTH AMERICAN ROOFING
SERVICES INC
JOHNSTON BARTON PROCTOR &
ROSE LLP
569 BROOKWOOD VILLAGE STE 901
BIRMINGHAM, AL 35209

Case Number: 08-35653
Docketed Total: $553,083.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $553,083.00 | | |

Case Number: 08-35653
Modified Total: $553,083.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $553,083.00 |

### Claim: 2595

Date Filed: 01/05/2009
Docketed Total: $120.55
Filing Creditor Name and Address:
  ORTIZ, JOSH
  1401 BERKSHIRE RD
  BAKERSFIELD, CA 93307-0000

Claim Holder Name and Address

ORTIZ, JOSH
1401 BERKSHIRE RD
BAKERSFIELD, CA 93307-0000

Case Number: 08-35653
Docketed Total: $120.55

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $120.55 | |

Case Number: 08-35653
Modified Total: $120.55

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $120.55 |

### Claim: 6026

Date Filed: 01/27/2009
Docketed Total: $109,182.46
Filing Creditor Name and Address:
  PATRIOT ENTERPRISES OF NY
  LLC
  C O BOND SCHOENECK & KING
  PLLC
  1 LINCOLN CENTER
  SYRACUSE, NY 13202

Claim Holder Name and Address

PATRIOT ENTERPRISES OF NY LLC
C O BOND SCHOENECK & KING
PLLC
1 LINCOLN CENTER
SYRACUSE, NY 13202

Case Number: 08-35653
Docketed Total: $109,182.46

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $109,182.46 | | |

Case Number: 08-35653
Modified Total: $109,182.46

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $109,182.46 |

### Claim: 4508

Date Filed: 01/20/2009
Docketed Total: $50,000.00
Filing Creditor Name and Address:
  PIERSON, JOYCE
  2503 TRACY DR
  GULFPORT, MS 39503

Claim Holder Name and Address

PIERSON, JOYCE
2503 TRACY DR
GULFPORT, MS 39503

Case Number: 08-35653
Docketed Total: $50,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $50,000.00 | |

Case Number: 08-35653
Modified Total: $50,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $50,000.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

### Claim 7105

**CLAIM TO BE MODIFIED**
Claim: 7105
Date Filed:   01/28/2009
Docketed Total:    $15,000.00
Filing Creditor Name and Address:
PORTILLO, CARLOS
PO BOX 412403
LOS ANGELES, CA 90041

**CLAIM AS DOCKETED***
Claim Holder Name and Address
PORTILLO, CARLOS
PO BOX 412403
LOS ANGELES, CA 90041
Case Number: 08-35654
Docketed Total: $15,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $15,000.00 | |

**CLAIM AS MODIFIED**
Case Number: 08-35654
Modified Total: $15,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $15,000.00 |

### Claim 7106

**CLAIM TO BE MODIFIED**
Claim: 7106
Date Filed:   01/28/2009
Docketed Total:    $1,558.80
Filing Creditor Name and Address:
PORTILLO, CARLOS E
PO BOX 412403
LOS ANGELES, CA 90042

**CLAIM AS DOCKETED***
Claim Holder Name and Address
PORTILLO, CARLOS E
PO BOX 412403
LOS ANGELES, CA 90042
Case Number: 08-35654
Docketed Total: $1,558.80

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $1,558.80 | |

**CLAIM AS MODIFIED**
Case Number: 08-35654
Modified Total: $1,558.80

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,558.80 |

### Claim 397

**CLAIM TO BE MODIFIED**
Claim: 397
Date Filed:   12/02/2008
Docketed Total:    $2,510.00
Filing Creditor Name and Address:
PRO AUDIO VIDEO
3616 ENSLOW AVE
RICHMOND, VA 23222

**CLAIM AS DOCKETED***
Claim Holder Name and Address
PRO AUDIO VIDEO
3616 ENSLOW AVE
RICHMOND, VA 23222
Case Number: 08-35653
Docketed Total: $2,510.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $2,510.00 | |

**CLAIM AS MODIFIED**
Case Number: 08-35653
Modified Total: $2,510.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,510.00 |

### Claim 5866

**CLAIM TO BE MODIFIED**
Claim: 5866
Date Filed:   01/16/2009
Docketed Total:    $2,304.00
Filing Creditor Name and Address:
PRO FORMANCE BLDG MNT INC
11509 DORSETT RD
MARYLAND HEIGHTS, MO 63043

**CLAIM AS DOCKETED***
Claim Holder Name and Address
PRO FORMANCE BLDG MNT INC
11509 DORSETT RD
MARYLAND HEIGHTS, MO 63043
Case Number: 08-35653
Docketed Total: $2,304.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $2,304.00 | |

**CLAIM AS MODIFIED**
Case Number: 08-35653
Modified Total: $2,304.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,304.00 |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5872<br>Date Filed:  01/16/2009<br>Docketed Total:      $2,304.00<br>Filing Creditor Name and Address:<br>  PRO FORMANCE BLDG MNT INC<br>  11509 DORSETT RD<br>  MARYLAND HEIGHTS, MO 63043 | Claim Holder Name and Address         Case Number:           08-35653<br><br>PRO FORMANCE BLDG MNT INC          Docketed Total:            **$2,304.00**<br>11509 DORSETT RD<br>MARYLAND HEIGHTS, MO 63043<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                        $2,304.00        $2,304.00 | Case Number:           08-35653<br><br>Modified Total:            **$2,304.00**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                            $2,304.00 |
| Claim: 5164<br>Date Filed:  01/21/2009<br>Docketed Total:      $43,955.58<br>Filing Creditor Name and Address:<br>  PUBLIC SERVICE OF NEW<br>  HAMPSHIRE<br>  PO BOX 330<br>  MANCHESTER, NH 03105 | Claim Holder Name and Address         Case Number:           08-35653<br><br>PUBLIC SERVICE OF NEW          Docketed Total:            **$43,955.58**<br>HAMPSHIRE<br>PO BOX 330<br>MANCHESTER, NH 03105<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                        $43,955.58      $43,955.58 | Case Number:           08-35653<br><br>Modified Total:            **$43,955.58**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                            $43,955.58 |
| Claim: 8778<br>Date Filed:  01/30/2009<br>Docketed Total:      $1,828.12<br>Filing Creditor Name and Address:<br>  R GARZA OD PA RAYMUND<br>  GARZA<br>  777 N TEXAS BLVD<br>  ALICE, TX 78332 | Claim Holder Name and Address         Case Number:           08-35653<br><br>R GARZA OD PA RAYMUND GARZA          Docketed Total:            **$1,828.12**<br>777 N TEXAS BLVD<br>ALICE, TX 78332<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                        $1,828.12        $1,828.12 | Case Number:           08-35653<br><br>Modified Total:            **$1,828.12**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                            $1,828.12 |
| Claim: 6235<br>Date Filed:  01/26/2009<br>Docketed Total:      $12,000.00<br>Filing Creditor Name and Address:<br>  RABENS, EDWIN THEODORE<br>  1808 PURDUE DR<br>  FAYETTEVILLE, NC 28304 | Claim Holder Name and Address         Case Number:           08-35653<br><br>RABENS, EDWIN THEODORE          Docketed Total:            **$12,000.00**<br>1808 PURDUE DR<br>FAYETTEVILLE, NC 28304<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                        $12,000.00      $12,000.00 | Case Number:           08-35653<br><br>Modified Total:            **$12,000.00**<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                            $12,000.00 |

*        "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3851<br>Date Filed: 01/15/2009<br>Docketed Total: $53,694.20<br>Filing Creditor Name and Address:<br>RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR IMPRESSIONS MARKETING GROUP<br>PO BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10023 | Claim Holder Name and Address    Case Number:   08-35653<br>RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR IMPRESSIONS MARKETING GROUP    Docketed Total:   **$53,694.20**<br>PO BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10023<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$7,762.82                        $45,931.38 | Case Number:   08-35653<br>Modified Total:   **$53,694.20**<br><br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$53,694.20 |
| Claim: 4159<br>Date Filed: 01/16/2009<br>Docketed Total: $11.00<br>Filing Creditor Name and Address:<br>ROBERT D TURMELL<br>1071 W 15TH ST UNIT 304<br>CHICAGO, IL 60608 | Claim Holder Name and Address    Case Number:   08-35653<br>TURMELL, ROBERT D    Docketed Total:   **$11.00**<br>1071 W 15TH ST UNIT 304<br>CHICAGO, IL 60608<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$11.00 | Case Number:   08-35653<br>Modified Total:   **$11.00**<br><br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$11.00 |
| Claim: 6039<br>Date Filed: 01/13/2009<br>Docketed Total: $7,070,131.60<br>Filing Creditor Name and Address:<br>ROBERT GENTRY AND ALL THOSE SIMILARLY SITUATED<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104 | Claim Holder Name and Address    Case Number:   08-35653<br>ROBERT GENTRY AND ALL THOSE SIMILARLY SITUATED    Docketed Total:   **$7,070,131.60**<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$7,070,131.60 | Case Number:   08-35653<br>Modified Total:   **$7,070,131.60**<br><br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$7,070,131.60 |
| Claim: 1745<br>Date Filed: 12/17/2008<br>Docketed Total: $3,545.09<br>Filing Creditor Name and Address:<br>RUSH ELECTRONICS<br>4402 EMERALD ST<br>BOISE, ID 83706 | Claim Holder Name and Address    Case Number:   08-35653<br>RUSH ELECTRONICS    Docketed Total:   **$3,545.09**<br>4402 EMERALD ST<br>BOISE, ID 83706<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$3,545.09 | Case Number:   08-35653<br>Modified Total:   **$3,545.09**<br><br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$3,545.09 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2723<br>Date Filed: 01/07/2009<br>Docketed Total: $4,779.96<br>Filing Creditor Name and Address:<br>RUSH ELECTRONICS<br>4402 W EMERALD ST<br>BOISE, ID 83706 | Claim Holder Name and Address<br><br>RUSH ELECTRONICS<br>4402 W EMERALD ST<br>BOISE, ID 83706<br><br>Case Number: 08-35653<br>Docketed Total: $4,779.96<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$4,779.96 | Case Number: 08-35653<br>Modified Total: $4,779.96<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$4,779.96 |
| Claim: 6671<br>Date Filed: 01/28/2009<br>Docketed Total: $1,505.21<br>Filing Creditor Name and Address:<br>SANTA MONICA, CITY OF<br>PO BOX 2200<br>SANTA MONICA, CA 90407-2200 | Claim Holder Name and Address<br><br>SANTA MONICA, CITY OF<br>PO BOX 2200<br>SANTA MONICA, CA 90407-2200<br><br>Case Number: 08-35653<br>Docketed Total: $1,505.21<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,505.21 | Case Number: 08-35653<br>Modified Total: $1,505.21<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,505.21 |
| Claim: 3464<br>Date Filed: 01/13/2009<br>Docketed Total: $191.26<br>Filing Creditor Name and Address:<br>SANTANA, MILNA I<br>1201 CARSON AVE<br>KISSIMMEE, FL 34744 | Claim Holder Name and Address<br><br>SANTANA, MILNA I<br>1201 CARSON AVE<br>KISSIMMEE, FL 34744<br><br>Case Number: 08-35653<br>Docketed Total: $191.26<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$191.26 | Case Number: 08-35653<br>Modified Total: $191.26<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$191.26 |
| Claim: 2618<br>Date Filed: 01/09/2009<br>Docketed Total: $94.99<br>Filing Creditor Name and Address:<br>SCHATTE, MARGARET<br>260 HOBBS LN<br>CLINTON CORS, NY 12514-2441 | Claim Holder Name and Address<br><br>SCHATTE, MARGARET<br>260 HOBBS LN<br>CLINTON CORS, NY 12514-2441<br><br>Case Number: 08-35653<br>Docketed Total: $94.99<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$94.99 | Case Number: 08-35653<br>Modified Total: $94.99<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$94.99 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 8244<br>Date Filed:   01/29/2009<br>Docketed Total:    $160,000.00<br>Filing Creditor Name and Address:<br>  SCOTT, PATRICIA<br>  8224 PILGRIM TERRACE<br>  RICHMOND, VA 232271666 | Claim Holder Name and Address<br>SCOTT, PATRICIA<br>8224 PILGRIM TERRACE<br>RICHMOND, VA 232271666 | Case Number:                        08-35653<br>Docketed Total:          **$160,000.00** | | Case Number:                        08-35653<br>Modified Total:          **$160,000.00** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                   $36,000.00   $124,000.00 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                        $160,000.00 | |
| Claim: 3959<br>Date Filed:   01/15/2009<br>Docketed Total:    $250.00<br>Filing Creditor Name and Address:<br>  SEEKONK, TOWN OF<br>  SEEKONK TOWN OF<br>  PO BOX 504<br>  MEDFORD, MA | Claim Holder Name and Address<br>SEEKONK, TOWN OF<br>SEEKONK TOWN OF<br>PO BOX 504<br>MEDFORD, MA | Case Number:                        08-35653<br>Docketed Total:          **$250.00** | | Case Number:                        08-35653<br>Modified Total:          **$250.00** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                     $250.00 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                        $250.00 | |
| Claim: 11759<br>Date Filed:   02/24/2009<br>Docketed Total:    $219.52<br>Filing Creditor Name and Address:<br>  SFPUC WATER DEPARTMENT CA<br>  1155 MARKET ST 1ST FL<br>  SAN FRANCISCO, CA 94103 | Claim Holder Name and Address<br>SFPUC WATER DEPARTMENT CA<br>1155 MARKET ST 1ST FL<br>SAN FRANCISCO, CA 94103 | Case Number:                        08-35653<br>Docketed Total:          **$219.52** | | Case Number:                        08-35653<br>Modified Total:          **$219.52** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                     $219.52 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                        $219.52 | |
| Claim: 4161<br>Date Filed:   01/20/2009<br>Docketed Total:    $2,974.00<br>Filing Creditor Name and Address:<br>  SIERRA SOUND & SECURITY<br>  4995 HALLGARTEN DR<br>  SPARKS, NV 89436 | Claim Holder Name and Address<br>SIERRA SOUND & SECURITY<br>4995 HALLGARTEN DR<br>SPARKS, NV 89436 | Case Number:                        08-35653<br>Docketed Total:          **$2,974.00** | | Case Number:                        08-35653<br>Modified Total:          **$2,974.00** |
| | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                              $2,974.00 | | 503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                        $2,974.00 | |

*       "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3429<br>Date Filed: 01/13/2009<br>Docketed Total: $750.00<br>Filing Creditor Name and Address:<br>SLICER & ASSOCIATES LLC<br>PO BOX 1647<br>WEST CHATHAM, NJ 02669-1647 | Claim Holder Name and Address<br><br>SLICER & ASSOCIATES LLC<br>PO BOX 1647<br>WEST CHATHAM, NJ 02669-1647<br><br>Case Number: 08-35653<br>Docketed Total: $750.00<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$750.00 $750.00 | Case Number: 08-35653<br>Modified Total: $750.00<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$750.00 |
| Claim: 9813<br>Date Filed: 01/29/2009<br>Docketed Total: $428.18<br>Filing Creditor Name and Address:<br>SMITH, SAMONNE<br>6919 GATEWAY BLVD<br>DISTRICT HEIGHTS, MD 20747-0000 | Claim Holder Name and Address<br><br>SMITH, SAMONNE<br>6919 GATEWAY BLVD<br>DISTRICT HEIGHTS, MD 20747-0000<br><br>Case Number: 08-35653<br>Docketed Total: $428.18<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$428.18 | Case Number: 08-35653<br>Modified Total: $428.18<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$428.18 |
| Claim: 3005<br>Date Filed: 01/05/2009<br>Docketed Total: $400.00<br>Filing Creditor Name and Address:<br>SOUTH BRUNSWICK TOWNSHIP<br>PO BOX 190<br>VIOLATIONS BUREAU<br>MONMOUTH JUNCTION, NJ 08852 | Claim Holder Name and Address<br><br>SOUTH BRUNSWICK TOWNSHIP<br>PO BOX 190<br>VIOLATIONS BUREAU<br>MONMOUTH JUNCTION, NJ 08852<br><br>Case Number: 08-35653<br>Docketed Total: $400.00<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$400.00 | Case Number: 08-35653<br>Modified Total: $400.00<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$400.00 |
| Claim: 5559<br>Date Filed: 01/23/2009<br>Docketed Total: $975,624.35<br>Filing Creditor Name and Address:<br>SOUTHWINDS LTD<br>GREENBERG GLUSKER FIELDS<br>CLAMAN & MACHTINGER LLP<br>1900 AVENUE OF THE STARS STE 2100<br>LOS ANGELES, CA 90067 | Claim Holder Name and Address<br><br>SOUTHWINDS LTD<br>GREENBERG GLUSKER FIELDS<br>CLAMAN & MACHTINGER LLP<br>1900 AVENUE OF THE STARS STE 2100<br>LOS ANGELES, CA 90067<br><br>Case Number: 08-35653<br>Docketed Total: $975,624.35<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$975,624.35 | Case Number: 08-35653<br>Modified Total: $975,624.35<br><br>503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$975,624.35 |

* "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| Claim: 1632 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
|---|---|---|---|---|
| Date Filed: 11/28/2008 | | | | |
| Docketed Total: $11,614.50 | STRUCTURED WIRING SOLUTIONS INC | Docketed Total: $11,614.50 | | Modified Total: $11,614.50 |
| Filing Creditor Name and Address: | 1503 5 VILLAGE DR | | | |
| STRUCTURED WIRING SOLUTIONS INC | WILMINGTON, NC 28401 | | | |
| 1503 5 VILLAGE DR | | | | |
| WILMINGTON, NC 28401 | 503(b)(9) Reclamation Admin Secured Priority $11,614.50 Unsecured | | 503(b)(9) Reclamation Admin Secured Priority Unsecured $11,614.50 |

| Claim: 9273 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
|---|---|---|---|---|
| Date Filed: 01/30/2009 | | | | |
| Docketed Total: $20,000.00 | SUNTECH SERVICES OF FLORIDA | Docketed Total: $20,000.00 | | Modified Total: $20,000.00 |
| Filing Creditor Name and Address: | 1024 ROYAL BIRKDALE DR | | | |
| SUNTECH SERVICES OF FLORIDA | TARPON SPRINGS, FL 34688 | | | |
| 1024 ROYAL BIRKDALE DR | | | | |
| TARPON SPRINGS, FL 34688 | 503(b)(9) Reclamation Admin Secured $20,000.00 Priority Unsecured | | 503(b)(9) Reclamation Admin Secured Priority Unsecured $20,000.00 |

| Claim: 5227 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
|---|---|---|---|---|
| Date Filed: 01/26/2009 | | | | |
| Docketed Total: $5,000.00 | SWATZEL, DANNY | Docketed Total: $5,000.00 | | Modified Total: $5,000.00 |
| Filing Creditor Name and Address: | 700 LINDELL BLVD | | | |
| SWATZEL, DANNY | NO 7 218A | | | |
| 700 LINDELL BLVD | DEL RAY BEACH, FL 33444 | | | |
| NO 7 218A | | | | |
| DEL RAY BEACH, FL 33444 | 503(b)(9) Reclamation Admin Secured $900.00 Priority Unsecured $4,100.00 | | 503(b)(9) Reclamation Admin Secured Priority Unsecured $5,000.00 |

| Claim: 304 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
|---|---|---|---|---|
| Date Filed: 11/20/2008 | | | | |
| Docketed Total: $20,070.00 | TECH CONNECTORS LLC | Docketed Total: $20,070.00 | | Modified Total: $20,070.00 |
| Filing Creditor Name and Address: | 470 MISSION ST STE 2 | | | |
| TECH CONNECTORS LLC | CAROL STREAM, IL 60188 | | | |
| 470 MISSION ST STE 2 | | | | |
| CAROL STREAM, IL 60188 | 503(b)(9) Reclamation Admin Secured Priority $20,070.00 Unsecured | | 503(b)(9) Reclamation Admin Secured Priority Unsecured $20,070.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1746<br>Date Filed: 12/16/2008<br>Docketed Total: $19,118.50<br>Filing Creditor Name and Address:<br>TECHEAD<br>111 N 17TH ST<br>RICHMOND, VA 23219 | Claim Holder Name and Address    Case Number: 08-35653<br>TECHEAD    Docketed Total: **$19,118.50**<br>111 N 17TH ST<br>RICHMOND, VA 23219<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                        $19,118.50 | Case Number: 08-35653<br>Modified Total: **$19,118.50**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                        $19,118.50 |
| Claim: 4712<br>Date Filed: 01/23/2009<br>Docketed Total: $19,118.50<br>Filing Creditor Name and Address:<br>TECHEAD<br>111 N 17TH ST<br>RICHMOND, VA 23219 | Claim Holder Name and Address    Case Number: 08-35653<br>TECHEAD    Docketed Total: **$19,118.50**<br>111 N 17TH ST<br>RICHMOND, VA 23219<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                        $19,118.50 | Case Number: 08-35653<br>Modified Total: **$19,118.50**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                        $19,118.50 |
| Claim: 3624<br>Date Filed: 01/15/2009<br>Docketed Total: $79,156.55<br>Filing Creditor Name and Address:<br>THE IRVINE COMPANY FASHION<br>ISLAND SHOPPING CENTER<br>BEWLEY LASSLEBEN & MILLER<br>13215 E PENN ST STE 510<br>WHITTIER, CA 90602 | Claim Holder Name and Address    Case Number: 08-35653<br>THE IRVINE COMPANY FASHION    Docketed Total: **$79,156.55**<br>ISLAND SHOPPING CENTER<br>BEWLEY LASSLEBEN & MILLER<br>13215 E PENN ST STE 510<br>WHITTIER, CA 90602<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                        $79,156.55 | Case Number: 08-35653<br>Modified Total: **$79,156.55**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                        $79,156.55 |
| Claim: 3919<br>Date Filed: 01/15/2009<br>Docketed Total: $90,560.09<br>Filing Creditor Name and Address:<br>THE IRVINE COMPANY THE<br>MARKET PLACE<br>C O ERNIE ZACHARY PARK<br>BEWLEY LASSLEBEN & MILLER<br>13215 E PENN ST STE 510<br>WHITTIER, CA 90602 | Claim Holder Name and Address    Case Number: 08-35654<br>THE IRVINE COMPANY THE    Docketed Total: **$90,560.09**<br>MARKET PLACE<br>C O ERNIE ZACHARY PARK<br>BEWLEY LASSLEBEN & MILLER<br>13215 E PENN ST STE 510<br>WHITTIER, CA 90602<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                        $90,560.09 | Case Number: 08-35654<br>Modified Total: **$90,560.09**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                        $90,560.09 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 5327<br>Date Filed: 01/23/2009<br>Docketed Total: $1,923.27<br>Filing Creditor Name and Address:<br>THOMPSON BUILDING<br>MATERIALS FONTANA<br>PO BOX 950<br>FONTANA, CA 92334 | Claim Holder Name and Address    Case Number: 08-35653<br><br>THOMPSON BUILDING MATERIALS FONTANA<br>PO BOX 950<br>FONTANA, CA 92334    Docketed Total: **$1,923.27** |    Case Number: 08-35653<br><br>Modified Total: **$1,923.27** |

Claim: 5327 row detail:

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5327 | | | | $1,923.27 | | | | | | | | $1,923.27 |
| 5363 | | | | $9,420.53 | | | | | | | | $9,420.53 |
| 1459 | | | | $14,958.40 | | | | | | | | $14,958.40 |
| 5470 | | | | $1,200.00 | | | | | | | | $1,200.00 |

Claim: 5363<br>Date Filed: 01/23/2009<br>Docketed Total: $9,420.53<br>Filing Creditor Name and Address:<br>THOMPSON BUILDING<br>MATERIALS FONTANA<br>PO BOX 950<br>FONTANA, CA 92334

Claim Holder Name and Address   Case Number: 08-35653<br>THOMPSON BUILDING MATERIALS FONTANA<br>PO BOX 950<br>FONTANA, CA 92334   Docketed Total: **$9,420.53**<br>Case Number: 08-35653   Modified Total: **$9,420.53**

Claim: 1459<br>Date Filed: 12/16/2008<br>Docketed Total: $14,958.40<br>Filing Creditor Name and Address:<br>TMLP<br>PO BOX 870<br>TAUNTON, MA 02780-0870

Claim Holder Name and Address   Case Number: 08-35653<br>TMLP<br>PO BOX 870<br>TAUNTON, MA 02780-0870   Docketed Total: **$14,958.40**<br>Case Number: 08-35653   Modified Total: **$14,958.40**

Claim: 5470<br>Date Filed: 01/26/2009<br>Docketed Total: $1,200.00<br>Filing Creditor Name and Address:<br>TOWN OF NATICK<br>MASSACHUSETTS<br>13 E CENTRAL ST<br>NATICK, MA 01760

Claim Holder Name and Address   Case Number: 08-35653<br>TOWN OF NATICK MASSACHUSETTS<br>13 E CENTRAL ST<br>NATICK, MA 01760   Docketed Total: **$1,200.00**<br>Case Number: 08-35653   Modified Total: **$1,200.00**

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8373**
Date Filed:   01/29/2009
Docketed Total:   $619,202.40
Filing Creditor Name and Address:
  TRANE US INC
  MARK O ANDERSON
  1700 IDS CTR
  MINNEAPOLIS, MN 55402

Claim Holder Name and Address          Case Number:          08-35653
TRANE US INC                           Docketed Total:       **$619,202.40**
MARK O ANDERSON
1700 IDS CTR
MINNEAPOLIS, MN 55402

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $619,202.40 | | |

Case Number:          08-35653
Modified Total:       **$619,202.40**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $619,202.40 |

---

**Claim: 9205**
Date Filed:   01/30/2009
Docketed Total:   $37,119.74
Filing Creditor Name and Address:
  TRANE US INC
  MARK O ANDERSON
  1700 IDS CTR
  MINNEAPOLIS, MN 55402

Claim Holder Name and Address          Case Number:          08-35654
TRANE US INC                           Docketed Total:       **$37,119.74**
MARK O ANDERSON
1700 IDS CTR
MINNEAPOLIS, MN 55402

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $37,119.74 | | |

Case Number:          08-35654
Modified Total:       **$37,119.74**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $37,119.74 |

---

**Claim: 9206**
Date Filed:   01/30/2009
Docketed Total:   $105,247.60
Filing Creditor Name and Address:
  TRANE US INC
  MARK O ANDERSON
  1700 IDS CTR
  MINNEAPOLIS, MN 55402

Claim Holder Name and Address          Case Number:          08-35653
TRANE US INC                           Docketed Total:       **$105,247.60**
MARK O ANDERSON
1700 IDS CTR
MINNEAPOLIS, MN 55402

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $105,247.60 | | |

Case Number:          08-35653
Modified Total:       **$105,247.60**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $105,247.60 |

---

**Claim: 9207**
Date Filed:   01/30/2009
Docketed Total:   $294,806.74
Filing Creditor Name and Address:
  TRANE US INC
  MARK O ANDERSON
  1700 IDS CTR
  MINNEAPOLIS, MN 55402

Claim Holder Name and Address          Case Number:          08-35657
TRANE US INC                           Docketed Total:       **$294,806.74**
MARK O ANDERSON
1700 IDS CTR
MINNEAPOLIS, MN 55402

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $294,806.74 | | |

Case Number:          08-35657
Modified Total:       **$294,806.74**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $294,806.74 |

---

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9171<br>Date Filed: 01/30/2009<br>Docketed Total: $20,000.00<br>Filing Creditor Name and Address:<br>TRAVIS, RAYANNA<br>4575 FULCHER RD<br>HEPHZIBAH, GA 30815 | Claim Holder Name and Address<br><br>TRAVIS, RAYANNA<br>4575 FULCHER RD<br>HEPHZIBAH, GA 30815<br><br>Case Number: 08-35653<br>Docketed Total: $20,000.00 | Case Number: 08-35653<br>Modified Total: $20,000.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured || 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $20,000.00 | | || | | | | | $20,000.00 |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7434<br>Date Filed: 01/27/2009<br>Docketed Total: $22,440.00<br>Filing Creditor Name and Address:<br>TYSONS 3 LLC C O ZIEGLER<br>COMPANIES LLC<br>2300 WILSON BLVD 7TH FL<br>ARLINGTON, VA 22201 | Claim Holder Name and Address<br><br>TYSONS 3 LLC C O ZIEGLER<br>COMPANIES LLC<br>2300 WILSON BLVD 7TH FL<br>ARLINGTON, VA 22201<br><br>Case Number: 08-35653<br>Docketed Total: $22,440.00 | Case Number: 08-35653<br>Modified Total: $22,440.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured || 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $22,440.00 | | || | | | | | $22,440.00 |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3952<br>Date Filed: 01/12/2009<br>Docketed Total: $241.00<br>Filing Creditor Name and Address:<br>VALLEY FAMILY PHYSICIAN<br>CARE<br>1868 SPARKMAN DR<br>HUNTSVILLE, AL 35816 | Claim Holder Name and Address<br><br>VALLEY FAMILY PHYSICIAN CARE<br>1868 SPARKMAN DR<br>HUNTSVILLE, AL 35816<br><br>Case Number: 08-35653<br>Docketed Total: $241.00 | Case Number: 08-35653<br>Modified Total: $241.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured || 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $241.00 | || | | | | | $241.00 |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10435<br>Date Filed: 02/17/2009<br>Docketed Total: $338,000.00<br>Filing Creditor Name and Address:<br>VELEZ, JOSE<br>EEOC ATLANTA OFFICE<br>100 ALABAMA ST SW STE 4R30<br>ATLANTA, GA 30303 | Claim Holder Name and Address<br><br>VELEZ, JOSE<br>EEOC ATLANTA OFFICE<br>100 ALABAMA ST SW STE 4R30<br>ATLANTA, GA 30303<br><br>Case Number: 08-35653<br>Docketed Total: $338,000.00 | Case Number: 08-35653<br>Modified Total: $338,000.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured || 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $10,000.00 | $328,000.00 || | | | | | $338,000.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3476<br>Date Filed:    01/13/2009<br>Docketed Total:     $91.70<br>Filing Creditor Name and Address:<br>WILSON, LONNIE<br>2531 EL CAPITAN DR<br>TURLOCK, CA 95380-0000 | Claim Holder Name and Address            Case Number:            08-35653<br><br>WILSON, LONNIE<br>2531 EL CAPITAN DR        Docketed Total:            **$91.70**<br>TURLOCK, CA 95380-0000<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                $91.70                    | Case Number:            08-35653<br><br>Modified Total:            **$91.70**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                          $91.70 |
| Claim: 5898<br>Date Filed:    01/26/2009<br>Docketed Total:     $561.62<br>Filing Creditor Name and Address:<br>WYOMING, STATE OF<br>2515 WARREN AVE STE 502<br>CHEYENNE, WY 82002 | Claim Holder Name and Address            Case Number:            08-35654<br><br>WYOMING, STATE OF<br>2515 WARREN AVE STE 502        Docketed Total:            **$561.62**<br>CHEYENNE, WY 82002<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                $561.62                   | Case Number:            08-35654<br><br>Modified Total:            **$561.62**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                          $561.62 |
| Claim: 2591<br>Date Filed:    01/05/2009<br>Docketed Total:     $599.99<br>Filing Creditor Name and Address:<br>YOUNG, JACKSON H<br>1958 FARLEY DR<br>WILMINGTON, NC 28405 | Claim Holder Name and Address            Case Number:            08-35653<br><br>YOUNG, JACKSON H<br>1958 FARLEY DR        Docketed Total:            **$599.99**<br>WILMINGTON, NC 28405<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                $599.99                   | Case Number:            08-35653<br><br>Modified Total:            **$599.99**<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                          $599.99 |
| | | **Total Claims To Be Modified: 161**<br><br>**Total Amount As Docketed:**        **$43,084,312.06**<br><br>**Total Amount As Modified:**        **$43,084,312.06** |

\*        "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc.,                  Debtors' Fourth Omnibus Objection to Claims (Reclassification Of
Case No. 08-35653-KRH                              Certain Misclassified Claims To General Unsecured, Non-Priority
                                                                    Claims) - Adjourned

EXHIBIT B

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ARBORETUM OF SOUTH BARRINGTON LLC DAVID C CHRISTIAN II SEYFARTH SHAW LLP 131 S DEARBORN ST STE 2400 CHICAGO, IL 60603 | 7423 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $4,655,150.55 $4,655,150.55 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CISCO LINKSYS LLC LAWRENCE SCHWAB THOMAS GAA BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL STE 300 PALO ALTO, CA 94306 | 5076 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $833,696.57 $7,453,957.38 $8,287,653.95 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DENON ELECTRONICS JOHN HENDERSON 100 COPORATE DRIVE MAHWAH, NJ 07430 | 1451 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $589,396.62 $589,396.62 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DISH IT UP INC 3361 FAULKNER BLVD BRUNSWICK, OH 44212 | 8264 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $4,430.00 $4,430.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ESTATE OF JOSEPH Y EINBINDER AKA EINBINDER PROPERTIES LLC C O BERTRAM L POTEMKEN PERSONAL REPRESENTATIVE ESTATE OF JOSEPH Y EINBINDER 3602 GARDENVIEW RD BALTIMORE, MD 21208 | 8047 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $45,375.00 $45,375.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Page 1 of 7

In re: Circuit City Stores, Inc., et al.    Debtors' Omnibus Objection to Claims (Reclassification Of
Case No. 08-35653-KRH    Certain Misclassified Claims To General Unsecured, Non-Priority
Claims) - Adjourned

EXHIBIT B

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GENERAL ELECTRIC<br>PO BOX 640138<br>GE APPLIANCES RETAIL<br>PITTSBURGH, PA 15264-0138 | 7935 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $28,344,193.54<br><br><br><br><br><br>$28,344,193.54 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GENERAL INSTRUMENT CORPORATION DBA THE HOME AND NETWORKS MOBILITY BUSINESS OF MOTOROLA INC<br>101 TOURNAMENT DR<br>HORSHAM, PA 19044 | 7597 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $50,000.00<br><br>$85,321.74<br><br>$233,958.90<br><br>$369,280.64 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GIBSON, THOMAS<br>66 ATHENS ST<br>SAN FRANCISCO, CA 94112 | 3995 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br>$250,000.00<br><br><br><br><br>$250,000.00 | 01/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HENRICO COUNTY VIRGINIA<br>RHYSA GRIFFITH SOUTH<br>ASSISTANT COUNTY ATTORNEY<br>PO BOX 90775<br>HENRICO, VA 23273-0775 | 2290 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $532.40<br><br><br><br><br><br>$532.40 | 01/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HENRICO COUNTY VIRGINIA<br>RHYSA GRIFFITH SOUTH<br>ASSISTANT COUNTY ATTORNEY<br>PO BOX 90775<br>HENRICO, VA 23273-0775 | 12394 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $10,888.32<br><br><br><br><br><br>$10,888.32 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc.,    Debtors' Omnibus Objection to Claims (Reclassification Of
Case No. 08-35653-KRH    Certain Misclassified Claims To General Unsecured, Non-Priority
Claims) - Adjourned

## EXHIBIT B

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HENRICO COUNTY VIRGINIA ACCOUNT NO 00646911016 RHYSA GRIFFITH SOUTH ASSISTANT COUNTY ATTORNEY PO BOX 90775 HENRICO, VA 23273-0775 | 13007 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $13,053.59 $13,053.59 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HENRICO COUNTY VIRGINIA ACCT NO 0078201 1019 RHYSA GRIFFITH SOUTH ASSISTANT COUNTY ATTORNEY PO BOX 90775 HENRICO VIRGINIA, 23273-0775 | 13002 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $10,888.32 $10,888.32 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| IMATION ENTERPRISES CORP ON BEHALF OF ITSELF AND ITS AFFILIATES MONICA CLARK ESQ DORSEY & WHITNEY LLP 50 S 6TH ST STE 1500 MINNEAPOLIS, MN 55402-1498 | 9627 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $180,169.31 $180,169.31 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| INLAND SOUTHEAST DARIEN LLC C O BERT BITTOURNA ESQ INLAND REAL ESTATE GROUP 2901 BUTTERFIELD RD 3RD FL OAK BROOK, IL 60523 | 10024 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $529,004.09 $529,004.09 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| INLAND WESTERN OSWEGO GERRY CENTENNIAL LLC C O BERT BITTOURNA ESQ INLAND REAL ESTATE GROUP 2901 BUTTERFIELD RD 3RD FL OAK BROOK, IL 60523 | 9722 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $452,584.49 $452,584.49 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc.,    Debtors' Ninth Omnibus Objection to Claims (Reclassification Of
Case No. 08-35653-KRH    Certain Misclassified Claims To General Unsecured, Non-Priority
Claims) - Adjourned

## EXHIBIT B

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JACK HERNANDEZ AND ALL THOSE SIMILARLY SITUATED C O RIGHETTI LAW FIRM PC MATTHEW RIGHETTI 456 MONTGOMERY ST STE 1400 SAN FRANCISCO, CA 94104 | 6045 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $23,940,292.00<br><br><br><br><br>$23,940,292.00 | 01/13/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| KINCHELOE, DONNA M 1229 BRIGHTON AVE NO 137 MODESTO, CA 95355 | 5166 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $60,344.68<br><br><br><br><br>$60,344.68 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LAUREL PLUMBING INC JOHN C KILGANNON ESQ STEVENS & LEE PC 1818 MARKET ST 29TH FL PHILADELPHIA, PA 19103 | 5163 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $47,700.00<br><br><br><br><br>$47,700.00 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LUMISOURCE INC JOHN M BROM ATTORNEY QUERREY & HARROW LTD 175 W JACKSON BLVD NO 1600 CHICAGO, IL 60604 | 7792 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $235,200.00<br>$156,800.00<br><br><br><br>$392,000.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MARTINEZ, JASON WARWICK 621 WEST 7TH ST PUEBLO, CO 81003 | 6260 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $5,291.97<br><br><br>$81.94<br><br>$5,373.91 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.    Debtors' Fourteenth Omnibus Objection to Claims (Reclassification Of
Case No. 08-35653-KRH    Certain Misclassified Claims To General Unsecured, Non-Priority
Claims) - Adjourned

## EXHIBIT B

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MEMORIAL SQUARE 1031 LLC<br>C O BERT BITTOURNA ESQ<br>INLAND REAL ESTATE GROUP<br>2901 BUTTERFIELD RD 3RD FL<br>OAK BROOK, IL 60523 | 10020 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $71,264.80<br><br><br><br><br><br>$71,264.80 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MOTOROLA INC<br>101 TOURNAMENT DR<br>HORSHAM, PA 19044 | 7552 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $50,000.00<br><br>$495,963.00<br><br>$970,874.80<br><br>$1,516,837.80 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PARAMOUNT HOME<br>ENTERTAINMENT<br>ATTN ANDI MARYGOLD<br>5555 MELROSE AVE<br>HOLLYWOOD, CA 90038-3197 | 9681 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$1,695,610.26<br>$14,801,853.41<br>$16,497,463.67 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PHOTOCO INC<br>KEITH TEICHER<br>30305 SOLON RD<br>SOLON, OH 44139 | 1493 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br><br>$383,040.17<br>$383,040.17 | 11/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PLANTRONICS INC<br>LAWRENCE SCHWAB THOMAS GAA<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | 5096 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br>$296,365.00<br><br><br>$60,391.22<br>$20,062.40<br>$376,818.62 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.   Debtors' Ninth Omnibus Objection to Claims (Reclassification Of
Case No. 08-35653-KRH                      Certain Misclassified Claims To General Unsecured, Non-Priority
                                           Claims) - Adjourned

## EXHIBIT B

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SEAGATE TECHNOLOGY LLC<br>LAWRENCE SCHWAB & PATRICK COSTELLO<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | 9495 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $130,920.00<br><br>$769,502.70<br><br>$864,710.05<br><br>$1,765,132.75 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SLAM BRANDS INC<br>MICHAEL BOWERS<br>2260 152ND AVE NE<br>REDMOND, WA 98052 | 6033 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$539,270.86<br><br><br>$440,476.30<br><br>$979,747.16 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SNELL ACOUSTICS INC<br>JOHN HENDERSON<br>100 CORPORATE DRIVE<br>MAHWAH, NJ 07430 | 1450 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br><br>$2,166.39<br>$2,166.39 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| STEELE, PHILLIP LEE<br>1208 DAWKINS ST UNIT B<br>DURHAM, NC 27707 | 8828 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $3,189.74<br><br><br><br><br><br>$3,189.74 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THE LANDING AT ARBOR PLACE II LLC<br>C O SCOTT M SHAW<br>HUSCH BLACKWELL SANDERS LLP<br>2030 HAMILTON PL BLVD STE 150<br>CHATTANOOGA, TN 37421 | 11814 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$1,815.46<br><br><br><br><br>$1,815.46 | 03/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.    Debtors' Twenty-First Omnibus Objection to Claims (Reclassification Of
Case No. 08-35653-KRH    Certain Misclassified Claims To General Unsecured, Non-Priority
Claims) - Adjourned

## EXHIBIT B

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| THE PARKES COMPANIES INC<br>H BRENT PATRICK<br>SMITH CASHION & ORR PLC<br>231 THIRD AVE N<br>NASHVILLE, TN 37201 | 5079 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $35,107.00<br><br><br><br><br><br>$35,107.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TOSHIBA AMERICA CONSUMER PRODUCTS LLC<br>C O LEITESS LEITESS FRIEDBERG & FEDDER PC<br>1 CORPORATE CTR<br>10451 MILL RUN CIR STE 1000<br>OWINGS MILLS, MD 21117 | 9648 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>$6,393,681.50<br><br><br><br>$6,393,681.50 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TOSHIBA AMERICA INFORMATION SYSTEMS INC<br>ATTN STEVEN N LEITESS<br>C O LEITESS LEITESS FRIEDBERG & FEDDER PC<br>1 CORPORATE CTR<br>10451 MILL RUN CIR STE 1000<br>OWINGS MILLS, MD 21117 | 9391 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>$14,400,858.33<br><br><br><br>$14,400,858.33 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| UNION COUNTY CONSTRUCTION GROUP INC<br>JOHN C KILGANNON ESQ<br>STEVENS & LEE PC<br>1818 MARKET ST 29TH FL<br>PHILADELPHIA, PA 19103 | 3739 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $120,225.00<br><br><br><br><br><br>$120,225.00 | 01/14/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WALTER E HARTMAN & SALLY J HARTMAN AS TRUSTEES OF THE HARTMAN 1995 OHIO PROPERTY<br>WALTER E HARTMAN<br>PO BOX 3416<br>VENTURA, CA 93006 | 5300 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $27,498.74<br><br><br><br><br><br>$27,498.74 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:    35    $110,763,158.54

\*    "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7        User: frenchs          Page 1 of 1            Date Rcvd: Aug 12, 2009
Case: 08-35653              Form ID: pdforder      Total Noticed: 1

The following entities were noticed by first class mail on Aug 14, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 14, 2009**                    **Signature:**            _Joseph Speetjens_