Case 08-35653-KRH    Doc 4522    Filed 08/16/09    Entered 08/17/09 00:59:31    Desc
Imaged Certificate of Service    Page 1 of 15
Case 3:09-cv-00123-HEH    Document 17    Filed 08/10/2009    Page 1 of 7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DEVELOPERS DIVERSIFIED REALTY CORPORATION, et al., ) ) ) Appellants, ) ) v. ) ) CIRCUIT CITY STORES, INC., et al., Debtors-in-Possession ) ) ) Appellees. ) | No. 3:09-CV-123-HEH |
| BRIGHTON COMMERCIAL, L.L.C., et al., ) ) Appellants, ) ) v. ) ) CIRCUIT CITY STORES, INC., et al., Debtors-in-Possession ) ) ) Appellees. ) | No. 3:09-CV-286-HEH |

[Stamp: RICHMOND DIVISION FILED AUG 1 3 2009 CLERK U.S. BANKRUPTCY COURT]

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _CMcCracken_
DEPUTY CLERK

### AGREED ORDER GRANTING MOTION TO DISMISS BANKRUPTCY APPEAL AS MOOT

**WHEREAS** on June 29, 2009, Circuit City Stores, Inc. and its affiliated appellees (the "Appellees") filed their Motion to Dismiss Bankruptcy Appeal as Moot (the "Motion")[1]; and

**WHEREAS**, the Appellees and appellants in the bankruptcy appeal styled <u>Port Arthur Holdings III, LTD v. Circuit City Stores, Inc.</u>, Case No. 09-232 (the "Port Arthur Appeal"), the appellants in the bankruptcy appeal styled <u>502-12 86th Street LLC, et al. v. Circuit City Stores, Inc., et al.</u>, Case No. 09-190 (the "502-12 Appeal"), and appellants (collectively, the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Case 08-35653-KRH    Doc 4522    Filed 08/16/09    Entered 08/17/09 00:59:31    Desc
Imaged Certificate of Service    Page 2 of 15
Case 3:09-cv-00123-HEH    Document 17    Filed 08/10/2009    Page 2 of 7

"Appellants") in the above-captioned consolidated bankruptcy appeal (the "Appeal") hereby agree to the relief sought in the Motion.

1.  The Appeal is dismissed as moot.

2.  This Order shall be dispositive, to the extent applicable, to the issues raised in the Port Arthur Appeal and the 502-12 Appeal pursuant to the Agreed Order Granting Motion to Consolidate Appeals, Establish Briefing Schedule, and Stay Appeals entered in the Appeal on May 11, 2009.

Entered: **Aug. 10, 2009**

Signed: _____/s/_____

United States District Court for
The Eastern District of Virginia,
Richmond Division

Case 08-35653-KRH    Doc 4522    Filed 08/16/09    Entered 08/17/09 00:59:31    Desc
Imaged Certificate of Service    Page 3 of 15
Case 3:09-cv-00123-HEH    Document 17    Filed 08/10/2009    Page 3 of 7

WE AGREE TO THIS

Gregg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

-and-

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

-and-

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000
*Counsel for Appellees*

---

Augustus C. Epps, Jr.
Michael D. Mueller
Noelle M. James
Jennifer M. McLemore
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100
*Counsel to Appellants Brighton Commercial L.L.C, et al.*

---

Michael P. Falzone
Sheila deLa Cruz
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street

3

Case 08-35653-KRH    Doc 4522    Filed 08/16/09    Entered 08/17/09 00:59:31    Desc
Imaged Certificate of Service    Page 4 of 15
Case 3:09-cv-00123-HEH    Document 17    Filed 08/10/2009    Page 4 of 7

WE AGREE TO THIS

Gregg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

-and-

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

-and-

---

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000
*Counsel for Appellees*

---

Augustus C. Epps, Jr.
Michael D. Mueller
Noelle M. James
Jennifer M. McLemore
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100
*Counsel to Appellants Brighton Commercial L.L.C, et al.*

---

Michael P. Falzone
Sheila deLa Cruz
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street

3

WE AGREE TO THIS

Gregg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

-and-

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

-and-

_____

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000
*Counsel for Appellees*

_____

Augustus C. Epps, Jr.
Michael D. Mueller
Noelle M. James
Jennifer M. McLemore
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100
*Counsel to Appellants Brighton Commercial L.L.C, et al.*

Michael P. Falzone
Sheila deLa Cruz
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street

3

Case 08-35653-KRH    Doc 4522    Filed 08/16/09    Entered 08/17/09 00:59:31    Desc
              Imaged Certificate of Service    Page 6 of 15
    Case 3:09-cv-00123-HEH    Document 17    Filed 08/10/2009    Page 6 of 7

P.O. Box 500
Richmond, Virginia 23218
(804) 771-9500
*Counsel to Appellants 502, 12 86th Street, et al.*

/s/ *signature*

James S. Carr
Robert L. LeHane
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178-0002
(212) 808-7800

-and-

David J. Ervin
Joseph D. Wilson
KELLEY DRYE & WARREN LLP
Washington Harbour
Suite 400
3050 K Street, N.W.
Washington, DC 20007
(202) 342-8400
*Counsel to Appellants Developers Diversified Realty Corporation, et al.*

---

David Howard Cox
David A Rahnis
JACKSON & CAMPBELL PC
1120 Twentieth Street, N.W.
South Tower
Washington, DC 200036
(202) 457-1600
*Counsel to Appellant Port Arthur Holdings III, LTD*

\9597549.1

4

Case 08-35653-KRH    Doc 4522    Filed 08/16/09    Entered 08/17/09 00:59:31    Desc
Imaged Certificate of Service    Page 7 of 15
Case 3:09-cv-00123-HEH    Document 17    Filed 08/10/2009    Page 7 of 7

P.O. Box 500
Richmond, Virginia 23218
(804) 771-9500
*Counsel to Appellants 502-12 86th Street, et al.*

---

James S. Carr
Robert L. LeHane
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178-0002
(212) 808-7800

-and-

David J. Ervin
Joseph D. Wilson
KELLEY DRYE & WARREN LLP
Washington Harbour
Suite 400
3050 K Street, N.W.
Washington, DC 20007
(202) 342-8400
*Counsel to Appellants Developers Diversified Realty Corporation, et al.*

David Howard Cox
David A Rahnis
JACKSON & CAMPBELL PC
1120 Twentieth Street, N.W.
South Tower
Washington, DC 200036
(202) 457-1600
*Counsel to Appellant Port Arthur Holdings III, LTD*


\9597549.1

4

Case 08-35653-KRH    Doc 4522    Filed 08/16/09    Entered 08/17/09 00:59:31    Desc
          Imaged Certificate of Service    Page 8 of 15
Case 3:09-cv-00286-HEH    Document 5    Filed 08/10/2009    Page 1 of 7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DEVELOPERS DIVERSIFIED REALTY CORPORATION, et al., <br><br> Appellants, <br><br> v. <br><br> CIRCUIT CITY STORES, INC., et al., Debtors-in-Possession <br><br> Appellees. | ) ) ) ) ) ) ) No. 3:09-CV-123-HEH ) ) ) ) ) ) ) |
| BRIGHTON COMMERCIAL, L.L.C., et al., <br><br> Appellants, <br><br> v. <br><br> CIRCUIT CITY STORES, INC., et al., Debtors-in-Possession <br><br> Appellees. | ) ) ) ) ) ) ) No. 3:09-CV-286-HEH ) ) ) ) ) |

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY C/McCracken
DEPUTY CLERK

**AGREED ORDER GRANTING MOTION TO
DISMISS BANKRUPTCY APPEAL AS MOOT**

**WHEREAS** on June 29, 2009, Circuit City Stores, Inc. and its affiliated appellees (the

"Appellees") filed their Motion to Dismiss Bankruptcy Appeal as Moot (the "Motion")[1]; and

**WHEREAS**, the Appellees and appellants in the bankruptcy appeal styled <u>Port Arthur

Holdings III, LTD v. Circuit City Stores, Inc.</u>, Case No. 09-232 (the "Port Arthur Appeal"), the

appellants in the bankruptcy appeal styled <u>502-12 86th Street LLC, et al. v. Circuit City Stores,

Inc., et al.</u>, Case No. 09-190 (the "502-12 Appeal"), and appellants (collectively, the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

"Appellants") in the above-captioned consolidated bankruptcy appeal (the "Appeal") hereby agree to the relief sought in the Motion.

1. The Appeal is dismissed as moot.

2. This Order shall be dispositive, to the extent applicable, to the issues raised in the Port Arthur Appeal and the 502-12 Appeal pursuant to the Agreed Order Granting Motion to Consolidate Appeals, Establish Briefing Schedule, and Stay Appeals entered in the Appeal on May 11, 2009.

Entered: **Aug. 10, 2009**

Signed: __/s/__

United States District Court for
The Eastern District of Virginia,
Richmond Division

Case 08-35653-KRH    Doc 4522    Filed 08/16/09    Entered 08/17/09 00:59:31    Desc
Imaged Certificate of Service    Page 10 of 15
Case 3:09-cv-00286-HEH    Document 5    Filed 08/10/2009    Page 3 of 7

WE AGREE TO THIS

Gregg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

-and-

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

-and-

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000
*Counsel for Appellees*

---

Augustus C. Epps, Jr.
Michael D. Mueller
Noelle M. James
Jennifer M. McLemore
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100
*Counsel to Appellants Brighton Commercial L.L.C, et al.*

---

Michael P. Falzone
Sheila deLa Cruz
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street

3

Case 08-35653-KRH    Doc 4522    Filed 08/16/09    Entered 08/17/09 00:59:31    Desc
              Imaged Certificate of Service    Page 11 of 15
Case 3:09-cv-00286-HEH    Document 5    Filed 08/10/2009    Page 4 of 7

WE AGREE TO THIS

Gregg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

-and-

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

-and-

---

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000
*Counsel for Appellees*

Augustus C. Epps, Jr.
Michael D. Mueller
Noelle M. James
Jennifer M. McLemore
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100
*Counsel to Appellants Brighton Commercial L.L.C. et al.*

---

Michael P. Falzone
Sheila deLa Cruz
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street

3

WE AGREE TO THIS

Gregg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

-and-

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

-and-

________________________
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000
*Counsel for Appellees*

________________________
Augustus C. Epps, Jr.
Michael D. Mueller
Noelle M. James
Jennifer M. McLemore
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100
*Counsel to Appellants Brighton Commercial L.L.C, et al.*

________________________
Michael P. Falzone
Sheila deLa Cruz
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street

Case 08-35653-KRH    Doc 4522    Filed 08/16/09    Entered 08/17/09 00:59:31    Desc
              Imaged Certificate of Service    Page 13 of 15
Case 3:09-cv-00286-HEH    Document 5    Filed 08/10/2009    Page 6 of 7

P.O. Box 500
Richmond, Virginia 23218
(804) 771-9500
*Counsel to Appellants 502-12 86th Street, et al.*

_____
James S. Carr
Robert L. LeHane
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178-0002
(212) 808-7800

-and-

David J. Ervin
Joseph D. Wilson
KELLEY DRYE & WARREN LLP
Washington Harbour
Suite 400
3050 K Street, N.W.
Washington, DC 20007
(202) 342-8400
*Counsel to Appellants Developers Diversified Realty Corporation, et al.*

_____
David Howard Cox
David A Rahnis
JACKSON & CAMPBELL PC
1120 Twentieth Street, N.W.
South Tower
Washington, DC 200036
(202) 457-1600
*Counsel to Appellant Port Arthur Holdings III, LTD*

\9597549.1

4

Case 08-35653-KRH    Doc 4522    Filed 08/16/09    Entered 08/17/09 00:59:31    Desc
                Imaged Certificate of Service    Page 14 of 15
    Case 3:09-cv-00286-HEH    Document 5    Filed 08/10/2009    Page 7 of 7

P.O. Box 500
Richmond, Virginia 23218
(804) 771-9500
*Counsel to Appellants 502-12 86th Street, et al.*


James S. Carr
Robert L. LeHane
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178-0002
(212) 808-7800

-and-

David J. Ervin
Joseph D. Wilson
KELLEY DRYE & WARREN LLP
Washington Harbour
Suite 400
3050 K Street, N.W.
Washington, DC 20007
(202) 342-8400
*Counsel to Appellants Developers Diversified Realty Corporation, et al.*

David Howard Cox
David A Rahnis
JACKSON & CAMPBELL PC
1120 Twentieth Street, N.W.
South Tower
Washington, DC 200036
(202) 457-1600
*Counsel to Appellant Port Arthur Holdings III, LTD*

\9597549.1

4

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1                  Date Rcvd: Aug 14, 2009
Case: 08-35653                 Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Aug 16, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 16, 2009**  **Signature:** _Joseph Speetjens_