**UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION OF VIRGINIA
Richmond Division**

RICHMOND DIVISION
FILED
AUG 1 4 2009
CLERK
U.S. BANKRUPTCY COURT

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653 (KRH) |
| | ) | |
| Debtors | ) | Jointly Administered |

## RESPONSE TO DEBTOR'S TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS

Comes now the creditor, The Clark County Treasurer, Clark County, Indiana, by counsel Frank E. Ballard, Jr., and in response to debtors twenty-seventh omnibus objection to proof of claims, states as follows:

1. That the creditor, on or about December 23, 2008, filed 2 claims for personal property taxes against the debtor.

2. That the first claim was in the amount of $5,357.36, which represents personal property taxes assessed against the debtor for the year 2007 payable in 2008. That due to accrued interest, said tax bill is now $5,893.10. (See "Attachment A.")

3. That the second claim was in the amount of $5,357.36, which represents estimated personal property taxes against the debtor for the year 2008 payable 2009. Said personal property taxes have not yet been finalized by the local and state government.

4. That the basis for the debtors objection is that these taxes have been paid or that debtor did not conduct business in the taxing jurisdiction during the time of assessment. In response, creditor submits "Attachment B" and "Attachment C," Business Tangible Personal Property Return and Business Tangible Personal Property Assessment Return forms respectively.

5. That creditor further states that the due date for paying personal property taxes in the State of Indiana is March 1st.

6. That the claims filed on behalf of the creditor are valid personal property claims.

**WHEREFORE,** the creditor, The Clark County Treasurer, of the County of Clark, State of

Attachment A

### View Payable 2008 Personal Property Master

| Field | Value | | Field | Value |
|---|---|---|---|---|
| Tax ID Nbr: | 024-50000-2391 | | Property Number: | 10-024-50000-2391 |
| Tax Unit: | 24 - CLARKSVILLE GREATER CLARK OFW | | Tax Rate: | 2.9867000 |
| Owner of Record: | Circuit City Store #4109(loc #4109) | | HMCR: | 75.299800 |
| Tax Yr / Pay Yr: | 2007 / 2008 | | PTRC Bus / Res: | 11.143800 / 21.540000 |

Tabs: Prop Info | Alert | Appeals/Bank | Assess/Exempt/Ded | Audit Hist | **Billing** | Misc | Names | Oth Assess | Projects | Prop Desc | Prop Hist

#### Billing Information

| | Tax Bill | Adjustments | Balance |
|---|---|---|---|
| Spring Tax: | 2,678.68 | 0.00 | 2,678.68 |
| Spring Penalty: | 267.87 | 0.00 | 267.87 |
| Spring Annual: | 0.00 | 0.00 | 0.00 |
| Fall Tax: | 2,678.68 | 0.00 | 2,678.68 |
| Fall Penalty: | 267.87 | 0.00 | 267.87 |
| Fall Annual: | 0.00 | 0.00 | 0.00 |
| Delq 1 Yr Tax: | 0.00 | 0.00 | 0.00 |
| 1 Yr Penalty: | 0.00 | 0.00 | 0.00 |
| Delq 2 Yr Tax: | 0.00 | 0.00 | 0.00 |
| 2 Yr Penalty: | 0.00 | 0.00 | 0.00 |
| PTRC: | 671.89 | 0.00 | 671.89 |
| Circuit Breaker: | 0.00 | 0.00 | 0.00 |
| Late Fine: | 0.00 | 0.00 | 0.00 |
| 20% Penalty: | 0.00 | 0.00 | 0.00 |
| Demand Fee: | 0.00 | 0.00 | 0.00 |
| Cert to Court: | 0.00 | 0.00 | 0.00 |
| Jdg Tax/PenAmt: | 0.00 | 0.00 | 0.00 |
| Judgement Fee: | 0.00 | 0.00 | 0.00 |
| Other Assess: | 0.00 | 0.00 | 0.00 |
| NSF Fee: | 0.00 | 0.00 | 0.00 |

| Field | Value |
|---|---|
| Duplicate Nbr: | 508448 |
| Billing: | 5,893.10 |
| Adjustments: | 0.00 |
| Subtotal: | 5,893.10 |
| Receipts: | 0.00 |
| Total Due: | 5,893.10 |
| Surplus Transfer: | 0.00 |
| Acct Balance: | 5,893.10 |
| Other Receipts: | 0.00 |
| Refund Amount: | 0.00 |

Tabs: Summary | AA/CEs

Tabs: Property Billing | Other Assessment Billing | Receipts | Refunds | Surplus Transfers | Billed To

Cancel

start — Property Tax System — 11:16 AM



# BUSINESS TANGIBLE PERSONAL PROPERTY RETURN

State Form 11274 (R25 / 2-09)
PRESCRIBED BY THE DEPARTMENT OF LOCAL GOVERNMENT FINANCE

**FORM 103 - SHORT**

**MARCH 1, 2009**
For Assessor's Use Only

RECEIVED

PRIVACY NOTICE: The records in this series are confidential according to I.C. 6-1.1-35-9.

**INSTRUCTIONS:** PLEASE TYPE OR PRINT
Form 104 must be filed with this return.
This form must be filed with the Assessor not later than May 15 unless an extension is granted in writing.
You Must Use 103 Long Form if:
1. You are a manufacturer or processor;
2. Your business personal property assessment is $150,000 or more;
3. You wish to claim any exemptions or deductions (other than the enterprise zone credit or the investment deduction); or
4. You are claiming any special adjustments such as equipment not placed in service, special tooling, permanently retired equipment or abnormal obsolescence.

VICKY KENT HAIRE
CLARK COUNTY ASSESSOR

―――― Store closed 12/31/08. ――――

**Name of taxpayer:** Circuit City Stores, Inc #04109    Final Return
**Federal identification number:**

**Name under which business is conducted:** Circuit City Stores, Inc
**DLGF taxing district number:**

**Address where property is located:** 1500 Greentree Boulevard, Clarksville, IN 47129
**DLGF taxing district name:**

**Nature of business:** Retail
**NAICS Code Number:**
**Township:** Jeffersonville

**Name and address to which Assessment and Tax Notice is to be mailed:** Circuit City Stores, Inc. BPP
**County:**

1. Federal Income Tax Year ends
2. Location of accounting records
**Retail merchants certificate number:**

24-50000-239-1

Circuit City Stores, Inc. #4109
Tax Dept
P.O. Box 42304
Richmond, VA 23242-2304

BC 443112
ST 10013
LO 10024

Greater Clark OFW

Location: 1500 Greentree Blvd.

2003 - 1,001,340.
2004 - 194,710
2005 - 195,080.
2006 - 189,370
2007 - 201,870
2008 - 268,670.

OOB
7-9-09

**CHANGE BY COUNTY BOARD**
$
$
$

...o the best of my knowledge and belief,
or controlled by the named taxpayer, in
accordance with I.C. 6-1.1 et seq., as

**Signature:** Sarah Harris
**Date:** 5-8-09

**Title:** Tax Supervisor
**Telephone number:** (804) 385-5143
**Signature of person preparing return based on all information of which he has any knowledge:** Sarah Harris

* NAICS - North American Industry Classification System - complete list of codes may be found at www.census.gov.

Page 1 of 2

RECEIVED
MAY 14 2008
*Chris Conlin*



| | | | |
|---|---|---|---|
| **BUSINESS TANGIBLE PERSONAL PROPERTY ASSESSMENT RETURN** State Form 11405 (R27 / 2-08) Prescribed by the Department of Local Government Finance | **FORM 103 - LONG** | **MARCH 1, 2008** For Assessor's Use Only | |

**INSTRUCTIONS:** This form must be filed with the township assessor not later than May 15 unless an extension of up to 30 days is granted in writing. Please type or print **Form 104 must be filed with the return.** Penalties for failure to file complete return forms are at the bottom of Schedule B of this form.

**PRIVACY NOTICE:** The records in this series are confidential according to I.C. 6-1.1-35-9.

24-5000-239-1

| Name of taxpayer | Federal Identification Number |
|---|---|
| Circuit City Stores, Inc.    Assessor Acct: 24500002391    #4109 | 54-0493875 |
| Name under which business is conducted | DLGF Taxing district number |
| DBA: Circuit City Stores, Inc. | ~~10000R~~ 10013 |
| Address where property is located (number and street, city, state, and ZIP code) | DLGF Taxing district name 62 CLARK |
| 1500 Greentree Boulevard Clarksville, IN 47129 | ~~Jeffersonville Township-R~~ NEW |
| Nature of business Retail Sales of Consumer Electronics | 2002 NAICS * | Township Jeffersonville Township-R |
| Name and address to which Assessment and Tax Notice is to be mailed (If different than above) Circuit City Stores, Inc. Attention: Tax Department, P.O. Box 42304, Richmond, VA 23242 | County Clark |
| | Retail Merchants Certification Number |

1. Federal Income Tax Year ends __February 28__     Name filed under __Circuit City Stores, Inc.__
2. Location of accounting records __9954 Mayland Drive, Richmond, VA__
3. Form of business    ☐ Partnership or Joint Venture    ☐ Sole Proprietorship    ☑ Corporation    ☐ Estate or Trust
   ☐ Other, describe: ____
4. Do you have other locations in Indiana?    ☑ Yes  ☐ No    (If Yes, file Form 105)
5. Are inventory records maintained on a perpetual basis?    ☑ Yes  ☐ No    Method of valuation for inventory __COST__
6. Was any consigned or other not owned inventory held, possessed or controlled on March 1?    ☐ Yes  ☐ No    (See 50 IAC 4.2-5-2)
7. Inventory Elections:    Calendar year average    ☐ Yes  ☐ No    (See 50 IAC 4.2-5-9)
   Alternative inventory:    Manufacturers or Processors    ☐ Yes  ☐ No    Elections binding in following years.    (See 50 IAC 4.2-5-7)
8. If nature of business is contracting, is job site inventory included in Schedule "B"?    ☐ Yes  ☑ No
9. Did you own, possess or control any personal property in a public warehouse or other storage place in Indiana as of March 1?    ☐ Yes  ☐ No
10. Did you own, hold, possess or control any leased, rented or other depreciable personal property on March 1?    ☐ Yes  ☐ No    (See 50 IAC 4.2-8)
11. Did you own, hold, possess or control any Special Tools on March 1?    ☐ Yes  ☐ No    (See 50 IAC 4.2-6-2)
12. Did you own, hold, possess or control any returnable containers on March 1?    ☐ Yes  ☐ No    (See 50 IAC 4.2-6-4)
13. Total sales for this location during the prior fiscal or calendar year $ __9,416,989__

If taxpayer answers "yes" to questions 6, 9, 10, or 12, the owner must file Form 103-O and the possessor must file Form 103-N.    (See 50 IAC 4.2-2 and 50 IAC 4.2-8).

Duplicate Return Requirement. Every taxpayer whose total combined assessed value of business personal property in a single taxing district is $150,000 or more must file each return in duplicate including the confidential returns and schedules attached thereto. (IC 6-1.1-3-7 (c))

In completing a personal property return for a year, a taxpayer must make a complete disclosure of all information relating to the value, nature or location of personal property owned, held, possessed or controlled on the assessment date. (IC 6-1.1-3-9 (a)). This information would include, but not be limited to, completion of the heading and related information, answers to all questions on the face of the return, and entries on all of the appropriate lines of Schedules A and B. If such information is not provided, the taxpayer will be contacted and directed to provide that information. In addition, a penalty of $25 may be imposed.    (I.C. 6-1.1-37-7 (d))

* NAICS - North American Industry Classification System - complete list of codes may be found at www.census.gov. The Indiana Code (IC) and Indiana Administrative Code (IAC) may be found on-line at the DLGF website - www.in.gov/dlgf. For further questions contact the Township Assessor (available on the DLGF website).

| SUMMARY    (Round all numbers to nearest ten dollars) | REPORTED BY TAXPAYER | CHANGE BY TOWNSHIP ASSESSOR | CHANGE BY THE COUNTY BOARD |
|---|---|---|---|
| Schedule A - Personal Property Other Than Inventory    + | $ 203,670 | $ | $ |
| Schedule B - Inventory    (Line 32 from Page 4)    + | $ 0 | $ | $ |
| Total True Tax Value - Before Deductions    = | $ 203,670 | $ | $ |
| Deduction per Form PPID-1 (Investment Deduction)    - | $ | $ | $ |
| Deduction per Form 103 ERA (Economic Revitalization)    - | $ | $ | $ |
| Final Assessed Valuation    = | $ 203,670 | $ | $ |

**SIGNATURE AND VERIFICATION**

Under penalties of perjury, I hereby certify that this return (including accompanying schedules, deduction claims and statements), to the best of my knowledge and belief, is true, correct, and complete; reports all tangible personal property, subject to taxation, owned, held, possessed or controlled by the named taxpayer, in the stated taxing district, on the assessment date, as required by law; and is prepared in accordance with IC 6-1.1 et seq., as amended, and regulations promulgated with respect thereto.

| Signature of authorized person *Sarah Harris* | Telephone number 804-486-4000 | Date (month, day, year) 5/12/08 |
|---|---|---|
| Name and title of authorized person (please type or print) Sarah Harris    Property Tax Supervisor | E-mail contact | |
| Signature of Person Preparing Return based on all information of which he has any knowledge | Name and contact information of preparer (please type or print) | |



# FRANK BALLARD, JR.
ATTORNEY AT LAW

425 E. 7th Street, Jeffersonville, In 47130
Phone: # 812/283-3007 Fax: # 812/284-9866
e-mail: frankbsr@insightbb.com

---

Tuesday, August 11, 2009

Clerk, U.S. Bankruptcy Court
Eastern Division of Virginia
US Courthouse Annex
1100 East Main Street
Richmond, VA 23219

**RE:    BANKRUPTCY OF CIRCUIT CITY STORES, INC., et al.
        CASE NUMBER: 08-35653 (KRH)**

Dear Clerk:

Enclosed you will find Response To Debtor's Twenty-Seventh Omnibus Objection To Claims which I am submitting on behalf of Creditor, The Clark County Treasurer's Office, Clark County, Indiana, in reference to real property and/or personal property taxes owed.

I would appreciate it if you would file this response with the Court, and if you should you have any questions or comments regarding this matter, please do not hesitate to contact my office.

Sincerely,

Frank E. Ballard, Jr.

cc:

Gregg M. Galardi, Esq. & Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
P.O. Box 636
Wilmington, DE 19899-0636

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
155 North Wacker Drive
Chicago, IL 60606

Douglas M. Foley
One James Center
901 East Cary Street
Richmond, VA 23219