UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

RICHMOND DIVISION
FILED
AUG 1 9 2009
CLERK
U.S. BANKRUPTCY COURT

In re: )
)   Chapter 11
)   Case No. 08-35653 (KRH)
)
CIRCUIT CITY STORES, INC. )
*et al.*, )   Jointly Administered
)
)
)

**TREASURER, STATE OF MAINE'S RESPONSE TO DEBTORS'
"TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN TAX CLAIMS FOR NO TAX LIABILITY)"
IN PARTICULAR TO DEBTORS' OBJECTION TO CLAIMS 12773 AND 12774**

1. The claimant is the Maine State Treasurer, David G. Lemoine. The claim is for unclaimed property due to be reported and paid over to the State of Maine.

2. I am the Assistant Attorney General assigned to represent the Treasurer with respect to unclaimed property. I have authority with respect to resolution of these claims.

3. The Bankruptcy Court should overrule the Omnibus Objection as to the Maine Treasurer's claim because, in spite of the debtors' statements to the contrary, the Maine Treasurer's claim is not for a tax liability.

4. The Bankruptcy Court should also overrule the Omnibus Objection to the Maine Treasurer's claim because, in spite of the debtors' suggestion to the contrary, the debtors did conduct business in Maine. See attached copies of filings made by Circuit City Purchasing Company, LLC with the Maine Secretary of State, e.g. 2008 Annual Report, and Application for Authority to Do Business dated August 18, 2004.

5. The Maine Treasurer's claim is based primarily on an audit performed by its contractor, the Unclaimed Property Clearinghouse—ACS, on Young America Corporation. The audit reflects that this audited corporation, Young America Corporation, processed rebates for the debtors and that a portion (approximately $49,514.58) of outstanding/unclaimed rebates attributable/belonging to Circuit City should be turned over to the Maine Treasurer based on applicable uniform unclaimed property laws. Documentation of that audit will be used as evidence, if necessary.

DATED: August 18, 2009

*Lucinda E. White* (signature)

LUCINDA E. WHITE
Assistant Attorney General
6 State House Station
Augusta, ME 04430-0006
Tel. (207) 626-8822
Fax (207) 626-8812
Lucinda.White@maine.gov

Cc (VIA FEDERAL EXPRESS):

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square P.O. Box 636
Wilmington DE 19899-0636
ATTN: Greg M. Galardi
ATTN: Ian S. Fredericks

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago IL 60606
ATTN: Chris L. Dickerson

MCGUIREWOODS, LLP
One James Center
901 E. Carey Street
Richmond VA
ATTN: Dion W. Hayes
ATTN: Douglas M. Foley

Filing Fee
$150.00

Make check payable to:
**Secretary of State**

Please file by
**APRIL 1, 2008**

# STATE OF MAINE
## 2008 ANNUAL REPORT

FOR LIMITED LIABILITY COMPANIES ON FILE AS OF
DECEMBER 31, 2007

Pursuant to 31 MRSA §757.2, the information on this
report must be current as of the date signed

Do not change any preprinted information on this form.

Filing by April 1, 2008 will allow us to
provide better service. The legal
filing deadline is set June 1, 2008.
A $50 late filing fee will be assessed
if the report is late.

DCN Number

20080019864498

Charter Number

20050078FC

CIRCUIT CITY PURCHASING COMPANY, LLC
CORPORATION SERVICE COMPANY, REGISTERED AGENT
45 MEMORIAL CIRCLE
AUGUSTA, ME 04330

9950 MAYLAND DRIVE
RICHMOND, VA 23233

If you have any questions regarding the completion of this annual report or if the preprinted information on this report form is incorrect, contact the Reporting & Information Section at (207) 624-7752. All corporate forms are available on our website at www.maine.gov/sos/cec/corp. To file your annual report online, go to www.SOSonline.org and click on the Interactive Corporate Services link. Please see reverse side of this form for additional filing instructions →→→

1. A brief statement of the character of the business in which the limited liability company is actually engaged in the State of Maine, if none so indicate (31 MRSA §757.1.C)

   PURCHASE OF SUPPLIES FOR RESALE

2. Name of all Managers or Members:                Street address of each (not P.O. Box)

   PHILIP SCHOONOVER          9950 MAYLAND DR  RICHMOND  VA  23233
   PHILIP DUNN                9950 MAYLAND DR  RICHMOND  VA  23233
   REGINALD HEDGEBETH         9950 MAYLAND DR  RICHMOND  VA  23233
   JEFFERY MCDONALD           9950 MAYLAND DR  RICHMOND  VA  23233

**THIS PREPRINTED FORM MUST BE USED.** However if more space is needed, please attach additional pages, using one side only. All attachments must contain the name and charter number of the limited liability company across the top of the page. Each page should be numbered consecutively. List number of pages attached. ___1___

Dated: 4-18-08                    _P Dunn_ (AUTHORIZED SIGNATURE)

                    PHILIP J. DUNN    TREASURER
                    (TYPE OR PRINT NAME AND CAPACITY)

RETURN TO: Reporting Section, Bureau of Corporations, Elections and Commissions, 101 State House Station, Augusta, Maine 04333-0101

FEIN 20-0995170

Circuit City Purchasing Company, LLC
9950 Mayland Drive
Richmond, VA 23233

*Managers*

Philip Schoonover
President

Philip J. Dunn
Chief Financial Officer/Treasurer

Reginald D. Hedgebeth
Vice President / Secretary

Jeffrey A. McDonald
Assistant Vice President/ Assistant Secretary

Scott D. Ash
Assistant Vice President/ Assistant Secretary

Business address for all Managers, Officers and Directors:
9950 Mayland Drive
Richmond, VA 23233

3/11/2008

**FOREIGN
LIMITED LIABILITY COMPANY**

**STATE OF MAINE**

**APPLICATION FOR AUTHORITY
TO DO BUSINESS**

Filing Fee $250.00

File No. 20050078FC  Pages 4
Fee Paid $ 250
DCN    2042431600011  QUAL
-----FILED-----
08/30/2004

*Julie L. Flynn*
Deputy Secretary of State

A True Copy When Attested By Signature

Deputy Secretary of State

CIRCUIT CITY PURCHASING COMPANY, LLC
(Name of Limited Liability Company in Jurisdiction of Organization)

Pursuant to 31 MRSA §712.3, the undersigned limited liability company executes and delivers the following Application for Authority to do Business:

**FIRST:** If the real limited liability company name is not available, the **fictitious** name under which it proposes to apply for authority to do business in the State of Maine is: (If not applicable, so indicate.)

_____

A **fictitious name** is a name adopted by a **foreign limited liability company** authorized to transact business in this State because its real name is unavailable pursuant to §603-A.

**SECOND:** Date of organization 04/09/2004    Jurisdiction of organization Virginia

Address of the registered or principal office, wherever located, is

9950 Mayland Drive, Richmond, VA 23233
(physical location - street (not P.O. Box), city, state and zip code)

_____
(mailing address if different from above)

**THIRD:** The foreign limited liability company validly exists as a limited liability company under the laws of the jurisdiction of its organization. The nature of the business or purposes to be conducted or promoted in the State of Maine is

Purchasing Company

**FOURTH:** The name of its Registered Agent, an individual Maine resident or a corporation, foreign or domestic, authorized to do business or carry on activities in Maine, and the address of the registered office shall be:

Corporation Service Company
(name)

45 Memorial Circle, Augusta, ME 04330
(physical location - street (not P.O. Box), city, state and zip code)

_____
(mailing address if different from above)

The Secretary of State of Maine is an agent upon whom service of process may be served pursuant to §722.3.

FORM NO MLLC-12 (1 of 2)

**FIFTH:** The name and business, residence or mailing address of each manager, if any, is

| NAME | ADDRESS |
|---|---|
| Circuit City Stores, Inc. | 9950 Mayland Drive, Richmond, VA 23233 |
| See attached manager rider | |

☐ Names and addresses of additional managers are attached hereto as Exhibit ____, and made a part hereof.

**SIXTH:** The date on which the foreign limited liability company first did, or intends to do, business in the State of Maine is 09/01/2004.

**SEVENTH:** This application is accompanied by a certificate of existence or a document of similar import duly authenticated by the Secretary of State or other official having custody of limited liability company records in the state or country under whose law the foreign limited liability company is organized. The certificate of existence must have been made not more than 90 days prior to the delivery of this application for filing.

DATED 08/18/2004

**AUTHORIZED SIGNATURE(S)***

_____    _____
(signature)                      (type or print name and capacity)

**For Authorized Signature(s) on behalf of Entities**

Name of Entity  Philip J. Dunn, Treasurer, of Circuit City Stores, Inc., Sole Member of Circuit City Purchasing Company, LLC

By  /s/ P Dunn                   Philip J. Dunn, Treasurer
    (authorized signature)        (type or print name and capacity)

### Acceptance of Appointment of Registered Agent

The undersigned hereby accepts the appointment as registered agent for the above-named limited liability company

REGISTERED AGENT                 DATED _____

_____    _____
(signature)                      (type or print name)

**For Registered Agent which is a Corporation**

Name of Corporation  Corporation Service Company

By  /s/ Ann Shilling             Ann R. Shilling, Asst. Vice President
    (authorized signature)        (type or print name and capacity)

Note: If the registered agent does not sign, Form MLLC-18 (§714.2-A) must accompany this document.

---

The limited liability company name as used in the State of Maine must contain one of the following: "Limited Liability Company", "L.L.C." or "LLC" (§603-A). If the addition of these words is the only difference from the limited liability company's real name in its jurisdiction of organization, no further action is required.

*Application MUST be signed by at least one authorized person (§712.2).
The execution of this application constitutes an oath or affirmation under the penalties of false swearing under Title 17-A, section 453.

Please remit your payment made payable to the Maine Secretary of State.

SUBMIT COMPLETED FORMS TO: CORPORATE EXAMINING SECTION, SECRETARY OF STATE,
101 STATE HOUSE STATION, AUGUSTA, ME 04333-0101
FORM NO. MLLC-12 (2 of 2) Rev. 7-1-2003              TEL. (207) 624-7740

## MANAGER RIDER FOR
## CIRCUIT CITY PURCHASING
## COMPANY, LLC

Warren Alan McCollough, President
9950 Mayland Drive
Richmond, VA 23233

Michael E. Foss, CFO
9950 Mayland Drive
Richmond, VA 23233

Philip J. Dunn, VP, Treasurer, Controller
9950 Mayland Drive
Richmond, VA 23233

W. Stephen Cannon, Secretary
9950 Mayland Drive
Richmond, VA 23233

Jeffrey Allen McDonald, Asst. Secretary, Asst. VP
9950 Mayland Drive
Richmond, VA 23233

David R. Strauss, Asst. Secretary, Asst. VP
9950 Mayland Drive
Richmond, VA 23233

James E. King, Asst. Secretary, Asst. VP
9950 Mayland Drive
Richmond, VA 23233

# Commonwealth of Virginia



## State Corporation Commission

*I Certify the Following from the Records of the Commission:*

A certificate of organization was issued by the Commission to Circuit City Purchasing Company, LLC, a limited liability company formed under the laws of VIRGINIA, effective as of April 09, 2004.

As of the date below, articles of cancellation have not been filed in this office by Circuit City Purchasing Company, LLC, a Virginia limited liability company.

As of the date below, this certificate of organization is in effect and the company is current in the payment of all annual registration fees assessed against it by the Commission

Nothing more is hereby certified.



*Signed and Sealed at Richmond on this Date:*
*August 25, 2004*

*Joel H. Peck*
*Joel H. Peck, Clerk of the Commission*

CIS0353