## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **CIRCUIT CITY STORES, INC., et al.** | **Case No. 08-35653 (KRH)** |
| **Debtors.** | **Jointly Administered** |

### NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b)

NOW COMES NIXON PEABODY LLP, located at One Embarcadero Center, 18th Floor, San Francisco, California 94111-3600, who respectfully requests that this Honorable Court take notice that Louis E. Dolan, Jr. joins Gina M. Fornario and Louis J. Cisz, III as counsel of record for the California Self-Insurers' Security Fund (the "Fund'), a priority unsecured creditor of Circuit City Stores, Inc. (the "Debtor") and a party-in-interest in the above-captioned case.

The Fund requests that, pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), all notices given or required to be given to creditors, any creditors' committee or other committee, or any other parties in interest, including, without limitation, notices given pursuant to Bankruptcy Rules 2002(a), (b), (c), and (f), whether sent by the Court, the Debtor, any trustee, or any other party in this case, and all papers served or required to be served in connection with any such matter, be served at the following address:

> Louis J. Cisz, III
> Gina M. Fornario
> Louis E. Dolan, Jr.
> NIXON PEABODY LLP
> One Embarcadero Center, 18th Floor
> San Francisco, California  94111-3600

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. section 1109(b), the foregoing request includes not only notices and papers referred to the in the Bankruptcy Rules but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger or courier service, telephone, facsimile, or otherwise, filed or made with regard to the above-captioned case and the proceedings.

Dated: August 19, 2009                                Respectfully Submitted,

                                                      NIXON PEABODY LLP

                                                      /s/ Louis E. Dolan_____
                                                      Louis E. Dolan, Jr. (VSB #34437)
                                                      401 9th Street, N.W. Suite 900
                                                      Washington, D.C. 20004-2128
                                                      Telephone: (202) 585-8818
                                                      Facsimile: (202) 585-8080
                                                      Email: ldolan@nixonpeabody.com

                                                      -and-

                                                      Louis J. Cisz, III (*pro hac vice* pending)
                                                      Gina M. Fornario (*pro hac* vice pending)
                                                      One Embarcadero Center
                                                      18th Floor
                                                      San Francisco, CA 94111-3600
                                                      Telephone: (415) 984-8320
                                                      Facsimile: (866) 246-2754
                                                      Email: lcisz@nixonpeabody.com

                                                      *Counsel for California Self Insurers Security Fund*

# CERTIFICATE OF SERVICE

  I hereby certify that on August 19, 2009, a true and complete of the foregoing was filed and served electronically using the Court's ECF system to the entities at the addresses indicated below:

| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM, LLP<br>P.O. Box 636<br>Wilmington, DE  19899-0636<br>T: (302) 651-3000<br>F: (302) 651-3001 | Dion W. Hayes<br>Douglas M. Foley<br>McGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA  23219<br>T: (804) 775-1089<br>F: (804) 775-1061 |
| Chris L. Dickerson, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM, LLP<br>333 West Wacker Drive<br>Chicago, IL  60606<br>T: 312-407-0700<br>F: 312-407-0411 | Robert B. Van Arsdale<br>Office of the United States Trustee<br>Richmond, Virginia Office<br>701 East Broad Street, Suite 4304<br>Richmond, VA 23219-1888<br>T: (804) 771-2310<br>F: (804) 771-2330 |
| Jeffrey N. Pomerantz, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard, 11th Fl<br>Los Angeles, CA 90067 | Lynn L. Tavenner, Esq.<br>Tavenner & Beran, PLC<br>20th North Eighth Street, Second Fl<br>Richmond, VA 23219 |

  I also hereby certify that a caused a copy of the foregoing document to be delivered in PDF format, by e-mail to: circuitcityservice@mcguirewoods.com and project.circuitcity@skadden.com

                 /s/ Louis E. Dolan_____

# LOCAL RULE 9022-1 CERTIFICATION

  I hereby certify that the foregoing has been either endorsed or served upon all necessary parties.

                 /s/ Louis E. Dolan_____