IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | Case No. 08-35653 |
| Debtors. | Jointly Administered |

## ORDER GRANTING ADMISSION PRO HAC VICE

This matter came before the Court on the Motion for Admission Pro Hac Vice (the "Motion") filed by Louis E. Dolan, Jr. a member in good standing of the bars of the State of Virginia, the United States District Court for the Eastern District of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia, and finding that proper notice of the Motion was given; and that Gina M. Fornario is a member in good standing and eligible to practice before the United States District Court for the Northern District of California and the state bars of New York and California,

IT IS HEREBY ORDERED that:

1. The motion is granted; and

2. Gina M. Fornario is hereby permitted to appear *pro hac vice* in the above-captioned proceeding, in accordance with Rule 2090-1(E)(2) of the Local Rules of the Bankruptcy Court of the Eastern District of Virginia.

_____
United States Bankruptcy Judge