IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | Case No. 08-35653 |
| Debtors. | Jointly Administered |

## MOTION FOR ADMISSION PRO HAC VICE

Louis E. Dolan, Jr., (the "Movant") an attorney and a member in good standing of the bars of the State of Virginia, the United States District Court for the Eastern District of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia hereby moves the Court to enter an order permitting Louis J. Cisz, III (the "Admittee") to practice *pro hac vice* before the United States Bankruptcy Court for the Eastern District of Virginia for the purpose of representing the California Self Insurers Security Fund, pursuant to Rule 2090-1(E)(2) of the Local Rules of the Bankruptcy Court of the Eastern District of Virginia (the "Local Rules") in the above-captioned Chapter 11 case and any related adversary proceedings. In support of this motion, the Movant respectfully represents as follows:

1. Louis J. Cisz, III is an attorney at the law firm of Nixon Peabody LLP ("Nixon Peabody"). Nixon Peabody maintains an office at One Embarcadero Center, 18th Floor San Francisco, CA 94111-3600 and its telephone number there is (415) 984-8200.

2. Mr. Cisz is a member of the state bar of California and he is admitted to practice before the United States District Courts of the Northern, Southern, Eastern and Central District of California. The Admittee is a member in good standing and eligible to practice in each jurisdiction in which he has been admitted to practice. There are no disciplinary proceedings

pending against the Admittee in any jurisdiction and he has never been suspended or disbarred in any jurisdiction. The Admittee understands that if he is admitted *pro hac vice*, he will be subject to the disciplinary jurisdiction of this Court.

3. The Movant requests that the Court allow the Motion so that the Admittee may file pleadings and appear and be heard at hearings in this chapter 11 case in accordance with the requirements of Local Rule 2090-1(E)(2).

4. An affidavit in support of this motion to admit Mr. Cisz *pro hac vice* is attached herewith and incorporated herein by reference as Exhibit ("A").

5. The Movant respectfully requests that this Court treat this Motion as a written memorandum of points and authorities or waive any requirement that this Motion be accompanied by a written memorandum of points and authorities as described in Local Rule 9013-1(G).

6. Notice of this Motion has been provided to the Office of the United States Trustee for the Eastern District of Virginia, Richmond Division, counsel to the above-captioned debtors, and counsel to the creditor's committee. Due to the administrative nature of the relief requested herein, Movant submits that no other or further notice need be given.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE, Louis E. Dolan, Jr. respectfully requests that the Court enter an order permitting Mr. Cisz to appear *pro hac vice* in and in connection with this chapter 11 case and grant such other relief as is deemed appropriate.

Dated:  August 19, 2009

Respectfully Submitted,

NIXON PEABODY LLP

/s/ Louis E. Dolan
Louis E. Dolan, Jr. (VSB #34437)
401 9th Street, N.W. Suite 900
Washington, D.C. 20004-2128
Telephone: (202) 585-8818
Facsimile:  (202) 585-8080
Email: ldolan@nixonpeabody.com

-and-

Louis J. Cisz, III
One Embarcadero Center
18th Floor
San Francisco, CA 94111-3600
Telephone: (415) 984-8320
Facsimile: (866) 246-2754
Email: lcisz@nixonpeabody.com

*Counsel for California Self Insurers Security Fund*

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | Case No. 08-35653 |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF LOUIS J. CISZ, III IN SUPPORT
### OF MOTION FOR ADMISSION PRO HAC VICE

Louis J. Cisz, III, being duly sworn, deposes and says:

1. I am an attorney at the law firm of Nixon Peabody LLP, ("Nixon Peabody"), which maintains an office at One Embarcadero Center, 18th Floor San Francisco, CA 94111-3600. Nixon Peabody's telephone number is (415) 984-8200.

2. I admitted to practice before the United States District Courts for the Northern, Southern, Eastern, and Central District of California and the state bars of California.

3. I am a member in good standing and eligible to practice in each jurisdiction to which I have been admitted. There are no disciplinary proceedings pending against me and I have never been suspended or disbarred in any jurisdiction.

4. Within the last ninety days, I have read the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia and reread the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Federal Rules of Bankruptcy Procedure.

Signed under the pains and penalties of perjury this 19th day of August 2009.

Louis J. Cisz, III
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Phone: (415) 984-8320 Fax: (866) 246-2754
Email: lcisz@nixonpeabody.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2009, a true and complete of the foregoing was filed and served electronically using the Court's ECF system and was sent by first class mail, postage prepaid, to the entities at the addresses indicated below:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
P.O. Box 636
Wilmington, DE 19899-0636
T: (302) 651-3000
F: (302) 651-3001

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, IL 60606
T: 312-407-0700
F: 312-407-0411

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Fl
Los Angeles, CA 90067

Dion W. Hayes
Douglas M. Foley
McGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
T: (804) 775-1089
F: (804) 775-1061

Robert B. Van Arsdale
Office of the United States Trustee
Richmond, Virginia Office
701 East Broad Street, Suite 4304
Richmond, VA 23219-1888
T: (804) 771-2310
F: (804) 771-2330

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20th North Eighth Street, Second Fl
Richmond, VA 23219

I also hereby certify that a caused a copy of the foregoing document to be delivered in PDF format, by e-mail to: circuitcityservice@mcguirewoods.com and project.circuitcity@skadden.com

/s/ Louis E. Dolan

## LOCAL RULE 9022-1 CERTIFICATION

I hereby certify that the foregoing has been either endorsed or served upon all necessary parties.

/s/ Louis E. Dolan

5