Charles R. Gibbs (admitted *pro hac vice*)
Sarah Link Schultz (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: 214.969.2800
Facsimile: 214.969.4343

- and -

Catherine E. Creely
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Attorneys for Golfsmith International, L.P.,
A Delaware Limited Partnership*

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 |
| | Jointly Administered |
| Debtors. | |

### NOTICE OF WITHDRAWAL AND APPEARANCE
### OF ADDITIONAL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that, on or about December 4, 2008, a Notice of Appearance and Demand for Service of Papers was filed by Charles R. Gibbs, Sarah Link Schultz, Jonathan L. Gold and Mary A. House of Akin Gump Strauss Hauer & Feld LLP on behalf of Golfsmith International, L.P., a Delaware Limited Partnership ("Golfsmith").

682344.0001 WEST 6392273 v1

**PLEASE TAKE FURTHER NOTICE** that Jonathan L. Gold and Mary A. House have since ceased their employment with Akin Gump Strauss Hauer & Feld LLP, and therefore hereby withdraw their appearances in these proceedings on behalf of Golfsmith.

**PLEASE TAKE FURTHER NOTICE** that Catherine Creely of Akin Gump Strauss Hauer & Feld LLP is hereby added as counsel of record for Golfsmith. Accordingly, going forward, it is respectfully requested that all notices given or required to be given in these proceedings (and in any other cases hereafter jointly administered or consolidated herewith) and all papers served or required to be served in these proceedings, be served upon the undersigned at the office address, facsimile number, and email addresses listed as follows:

> Charles R. Gibbs
> Sarah Link Schultz
> AKIN GUMP STRAUSS HAUER & FELD LLP
> 1700 Pacific Avenue, Suite 4100
> Dallas, Texas 75201
> Telephone: (214) 969-2800
> Facsimile: (214) 969-4343
> Email: cgibbs@akingump.com
> Email: sschultz@akingump.com
>
> Catherine E. Creely
> AKIN GUMP STRAUSS HAUER & FELD LLP
> 1333 New Hampshire Avenue, N.W.
> Washington, D.C. 20036
> Telephone: (202) 887-4000
> Facsimile: (202) 887-4288
> Email: ccreely@akingump.com

Pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers to which the Bankruptcy Rules refer and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or other request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

Dated: August 20, 2009.

                /s/ Catherine Creely
Catherine E. Creely (Virginia Bar Number: 74796)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone:    (202) 887-4000
Facsimile:    (202) 887-4288

-- and --

Charles R. Gibbs (Texas Bar Number: 07846300)
Sarah Link Schultz (Texas Bar Number: 24033047)
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201-4675
Telephone:    (214) 969-2800
Facsimile:    (214) 969-4343

ATTORNEYS FOR GOLFSMITH INTERNATIONAL,
L.P., A DELAWARE LIMITED PARTNERSHIP

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2009, a true and accurate copy of the foregoing *Notice of Withdrawal and Appearance of Additional Counsel of Record* was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and mailed, by U.S. Mail, first class, postage prepaid, to all persons listed below.

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Dion W. Hayes
McGuire Woods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510

Bruce H. Besanko
9950 Mayland Drive
Richmond, VA 23233

W. Clarkson McDow, Jr.
Office of the U.S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

                                                *Sarah Link Schultz*
                                                Sarah Link Schultz